- During fiscal year 2010, there were no additional contributions to Venture Capital Fund, Inc., a Puerto Rico Corporation, organized pursuant to Act No. 3 of October 6, 1987, as amended, known as the Puerto Rico Capital Investment Funds Act, that is managed by Advent-Morro Equity Partners (Advent-Morro Equity Partners, Inc.) in which the pension trust funds have a total commitment of $800 thousands. Advent-Morro is a Puerto Rico based private equity firm. The fund was created to make private equity investments in operating companies that are based, or are operating, or a combination of both, in Puerto Rico. Since inception, the fund has invested in 25 companies some of which it continues to provide capital for their expansion.

The fair value of the pension trust funds' investments in limited partnerships at June 30, 2010, amounted to approximately $82 million and is presented within other investments in the statement of fiduciary net assets – fiduciary funds. The fair values of these investments have been estimated by the corresponding general partner or fund manager of these partnerships and disclosed in its respective separate audited financial statements. The allocations of net gain and net loss to the limited partners are based on certain percentages, as established in the limited partnership agreements. The difference between the fair value of the investments and the total cumulative contributions is mostly due to distributions made.

As of June 30, 2010, the pension trust funds and discretely presented component units had capital commitments and contributions as follows (expressed in thousands):

| Guayacán Fund of Funds, L.P. | Public Sector Commitments | Fiscal Year Contributions | Cumulative Contributions |
|---|---|---|---|
| **Primary government:** | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | $25,000 | $   - | $23,820 |
| Puerto Rico System of Annuities and Pensions for Teachers | 20,000 | - | 19,056 |
| Subtotal | 45,000 | - | 42,876 |
| **Guayacán Fund of Funds II, L.P.** | | | |
| **Primary government:** | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 25,000 | - | 23,681 |
| Puerto Rico System of Annuities and Pensions for Teachers | 25,000 | - | 23,681 |
| Subtotal | 50,000 | - | 47,362 |
| **Guayacán Fund of Funds III, L.P.** | | | |
| Component Unit: | | | |
| State Insurance Fund Corporation | 40,000 | 3,129 | 5,903 |
| Balance carried forward | 135,000 | 3,129 | 96,141 |

(Continued)

- 117 -

| | | | |
|---|---:|---:|---:|
| Balance brought forward | $135,000 | $ 3,129 | $ 96,141 |
| **Guayacán Private Equity Fund, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 5,000 | - | 4,645 |
| Puerto Rico System of Annuities and Pensions for Teachers | 5,000 | - | 4,645 |
| Component unit: | | | |
| Economic Development Bank for Puerto Rico [1] | 20,000 | - | 18,578 |
| Subtotal | 30,000 | - | 27,868 |
| **Guayacán Private Equity Fund II, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 15,000 | 6,143 | 14,744 |
| Component unit: | | | |
| Economic Development Bank for Puerto Rico [1] | 20,000 | 4,914 | 11,795 |
| State Insurance Fund Corporation | 10,000 | 2,457 | 5,217 |
| Subtotal | 45,000 | 13,514 | 31,756 |
| **Other Funds** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 45,800 | 10,121 | 34,704 |
| Puerto Rico System of Annuities and Pensions for Teachers | 28,714 | 109 | 26,428 |
| Subtotal | 74,514 | 10,230 | 61,132 |
| Total | $284,514 | $26,873 | $216,897 |

(Concluded)

(1) Information related to the Economic Development Bank for Puerto Rico was
    obtained from unaudited financial statements provided by the respective fund.

**9. RECEIVABLES AND PAYABLES**

Receivables in the governmental funds include approximately $1.3 billion of accrued income, excise and sales and use taxes. Intergovernmental receivables include $431.4 million from the federal government and $26.5 million from CRIM. In addition, the enterprise funds include $73.8 million of unemployment, disability, and drivers' insurance premium receivable. Payables in the governmental funds include approximately $1.1 billion of trade accounts due to suppliers for purchase of merchandise and services rendered and $403.6 million of tax refunds payable.

In accordance with GASB Technical Bulletin No. 2004-1, *Tobacco Settlement Recognition and Financial Reporting Entity Issue,* as amended (the "TB"), a receivable of $40.7 million was recorded as other receivable in the government wide financial statements for estimated shipments from January 1 to June 30, 2010, which will be applied to debt service upon collection. Additionally, the TB indicated that the Trust designated as the TSA should recognize a liability for the bonds payable and an expense (and liability if unpaid) in the same period in its stand-alone financial statements. The expense (and liability if unpaid) recognizes the contractual obligation to remit the proceeds of the bond sold to the settling government (the "Commonwealth"). Since the Trust is reported as a blended component unit, the TB indicates these remittances should be reported as transfers into the fund receiving the proceeds and transfers out in the fund that accounts for the activities of the TSA. Since the Trust has no contractual obligation, under its enabling legislation or elsewhere, to remit all bond proceeds or assets related to the GSA to the settling government (the "Commonwealth"), the Trust has not recognized an expense and liability for unpaid proceeds from the bonds since it records the expense as amounts are disbursed as grants to its settling government (including its instrumentalities) or third parties.

**10. PLEDGES OF RECEIVABLES AND FUTURE REVENUES**

The Commonwealth has pledged the first two point seventy-five (2.75%) of the sales and use tax for the repayment of certain outstanding obligations of the Commonwealth. During 2010, COFINA, a blended component unit of the Commonwealth, responsible for the financing, payments and retirement of certain debt obligations of the Commonwealth, has issued bonds for approximately $3.6 billion payable through 2044. The Commonwealth has committed to appropriate each year, from the sales and use tax, amounts sufficient to cover the principal and interest requirements on the debt issued by COFINA. COFINA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $29.5 billion and $17.4 billion, respectively. The pledged sale and use tax base amount for the fiscal year ended June 30, 2010 amounted to $550.3 million. For fiscal year 2010, interest paid by COFINA amounted to $375.9 million and the sales and use tax revenue recognized by the Commonwealth was $553.9 million.

Also, the Commonwealth has pledged part of the gross receipts of the gasoline excise taxes and one half of the diesel oil excise taxes (up to $11 million monthly but no more than $120 million annually) and $15 per vehicle per year from motor vehicle license fees for the repayment of the PRHTA Revenue Bonds. The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by PRHTA. PRHTA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $6.2 billion and $5.6 billion, respectively. The pledged excise tax for the fiscal year ended June 30, 2010 amounted to $120 million. For fiscal year 2010, principal and interest paid by PRHTA amounted to $104 million and $349.2 million, respectively, and the excise tax revenue recognized by the Commonwealth was $282 million.

Rum manufactured in Puerto Rico is subject to federal excise taxes; however, these are returned by the U.S. Internal Revenue Service (IRS) to the Commonwealth. Act No. 44, as amended, requires that in

each fiscal year after fiscal year 2006, through fiscal year 2009, and each fiscal year thereafter through fiscal year 2057, the first $90 million and $117 million, respectively, of certain federal excise taxes received by the Commonwealth be transferred to the Puerto Rico Infrastructure Financing Authority ("PRIFA"). Such taxes consist of the federal excise taxes levied on rum and other articles produced in Puerto Rico and sold in the United States, which taxes are collected by the U.S. treasury and returned to the Commonwealth. The Commonwealth has pledged these taxes for the repayment of PRIFA's Special Tax Revenue Bonds. The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by PRIFA. PRIFA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. The federal excise taxes securing the Bonds are subject to a number of factors, including the continued imposition and remittance of such taxes to the Commonwealth and conditions affecting the Puerto Rico rum industry. If the federal excise taxes received by the Commonwealth in any fiscal year are insufficient, Act No. 44 requires that PRIFA request additional funding. The Director of the Office of Management and Budget of the Commonwealth then includes in the budget of the Commonwealth for the corresponding fiscal year, an appropriation necessary to cover such deficiency. The Commonwealth's Legislature, however, is not obligated to make the necessary appropriation to cover such deficiency. Total principal and interest remaining on the secured debt is $2.6 billion and $1.6 billion, respectively. The pledged federal excise tax amount for the fiscal year ended June 30, 2010 amounted to $117 million. For fiscal year 2010, principal and interest paid by PRIFA amounted to $24.8 million and $83.4 million, respectively, and the excise tax revenue recognized by the Commonwealth was $117 million.

## 11.   INTERFUND AND INTRAENTITY TRANSACTIONS

Interfund receivables and payables at June 30, 2010 are summarized as follows (expressed in thousands):

| Receivable Fund | Payable Fund | Amount |
|---|---|---|
| Other governmental | General | $167,345 |
| General | Lotteries | 45,993 |
| COFINA debt service | Pledge sales and use tax | 103,647 |
| Lotteries | General | 53,175 |
| Other proprietary | General | 21,006 |
| General | Unemployment insurance | 12,862 |
| General | Other governmental | 3,760 |
| | | $407,788 |

Transfers from (to) other funds for the year ended June 30, 2010 are summarized as follows (expressed in thousands):

| Transferee Fund | Transferor Fund | Amount |
|---|---|---|
| General | COFINA special revenue | $ 2,702,238 |
| COFINA special revenue | COFINA debt service | 1,750,542 |
| Pledge sales and use tax | General | 7,737 |
| COFINA debt service | Pledged sales and use tax | 553,860 |
| Other governmental | General | 332,014 |
| Debt service | General | 447,312 |
| General | Debt service | 227,395 |
| General | Lotteries | 220,406 |
| General | Unemployment insurance | 49,197 |
| Other proprietary | General | 8,675 |
| General | Other proprietary | 4,924 |
| General | Other governmental | 550 |
| Other governmental | Other governmental | 241 |
| | | $ 6,305,091 |

The principal purposes of the interfund transfers are to (expressed in thousands):

a.  Transfer of ($2,702,238) from the COFINA special revenue fund to the General Fund for the Fiscal Stabilization Funds, the Local Stimulus Economic Plan, and for the payment of extra constitutional debt.

b.  Transfer of ($1,750,542) from the COFINA debt service fund to the COFINA special revenue fund. All ($1,750,542) were transferred to the General Fund for the purposes stated above.

c.  Transfer of ($7,737) from the General Fund to Pledged Sale and Use Tax fund.

d.  Transfers of ($447,312) from the General Fund to the Debt Service Fund to make funds available for debt service payments.

e.  Transfer of ($220,406) from the Lotteries to the General Fund to distribute the increase in net assets of the Lotteries for the use of the General Fund, as required by the Lotteries enabling legislation.

f.  Recognize as transfers the rental payments made by the Commonwealth's agencies on properties leased by PBA, a blended component unit of the Commonwealth ($250,713); ($75,442) related to the revenues received from the Tobacco Settlement for the agreement managed by The Children's Trust, a blended component unit of the Commonwealth; and ($5,859) to the Puerto Rico Maritime Shipping Authority for the payment of appropriation debts.

g.  Distribution of the sales tax for the use of COFINA debt service fund as required by enabling legislation for the payment of its bonds ($553,860).

h.  Transfer unemployment insurance fund's distribution of surplus cash belonging to the general fund for the payment of administrative expenses ($49,197).

- 121 -

i.   Provide local matching funds from the general fund related to the federal capital grants of the Puerto Rico Water Pollution Revolving Fund and Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, two nonmajor enterprise funds of the Commonwealth ($8,675).

j.   Transfer from the Commonwealth capital project fund (a nonmajor governmental fund) to the general fund for the public improvements in municipalities and corporations ($550).

k.   Transfer from the Drivers and Disability Insurance funds related to the distribution of surplus cash to the General Fund ($4,924).

l.   Transfer from the Debt Service Fund to the General Fund for the payment of principal and interests of notes payable ($227,395).

m.   Transfer from The Children's Trust – Debt Service fund to Children's Trust – Special Revenue fund ($241).

Interfund receivables and payables represent the pending settlements of the aforementioned transfers or transactions from current and prior years.

Due from (to) primary government are as follows (expressed in thousands):

| Receivable Entity/Fund | Amount | Payable Entity/Fund | Amount |
|---|---|---|---|
| Business-type activities | $ 375,793 | Puerto Rico Aqueduct and Sewer | |
| Governmental activities | 231,535 | Authority | $ 375,793 |
| | $ 607,328 | Puerto Rico Medical Services Administration | 81,378 |
| | | Puerto Rico Ports Authority | 41,532 |
| Puerto Rico Electric Power | | Cardiovascular Center Corporation | |
| Authority | $ 84,247 | of Puerto Rico and the Caribbean | 38,447 |
| University of Puerto Rico | 75,011 | Puerto Rico Industrial Development Company | 19,244 |
| Government Development Bank for Puerto Rico | 63,981 | Puerto Rico Tourism Company | 17,460 |
| Puerto Rico Industrial Development Company | 43,403 | Puerto Rico Trade and Export Company | 9,922 |
| Puerto Rico Aqueduct and Sewer Authority | 33,714 | Puerto Rico Metropolitan Bus Authority | 7,949 |
| Puerto Rico Medical Services | | Puerto Rico Health Insurance | |
| Administration | 21,237 | Administration | 7,239 |
| Agricultural Services Development | | Governing Board of the 911 Service | 4,189 |
| Administration | 18,758 | Puerto Rico Highways and Transportation Authority | 2,246 |
| Puerto Rico Infrastructure Financing Authority | 15,139 | National Parks Company of Puerto Rico | 1,929 |
| Company for the Integral Development of | | | |
| Peninsula Cantera | 10,855 | | |
| Land Authority of Puerto Rico | 7,848 | | $ 607,328 |
| State Insurance Fund Corporation | 6,433 | | |
| Puerto Rico Convention Center District Authority | 2,742 | Governmental activities | $ 388,569 |
| Puerto Rico Ports Authority | 2,600 | | |
| Puerto Rico Metropolitan Bus Authority | 1,323 | | |
| Right to Employment Administration | 1,278 | | |
| | $ 388,569 | | |

The amount owed by PRASA of $376 million represents construction loans granted by the Puerto Rico Water Pollution Control Revolving Fund and the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, nonmajor enterprise funds, to finance the construction of capital assets for PRASA.

Governmental activities due from component units includes an allowance for doubtful accounts amounting to $108.9 million.

The amount receivable by PREPA from the primary government includes approximately $19.0 million representing an agreement with the Commonwealth by which the Commonwealth will pay outstanding fuel adjustment subsidy and certain other accumulated debt. The amount owed by the Commonwealth is presented within notes payable in the statement of net assets (deficit) of the governmental activities.

As of July 1, 1999 debts of approximately $102 million payable to UPR, a discretely presented component unit, in relation to outstanding noninterest bearing debt accumulated in prior years by the Health Facilities and Services Administration (HFSA) were transferred to the Commonwealth. On September 7, 2004, additional debts of approximately $71.2 million were also restructured and combined with the previous financing arrangement. As of June 30, 2010, $25.2 million remains outstanding of this arrangement. During the fiscal year 2009, the Office of Management and Budget and the UPR signed an intra-agency agreement amounting to $36 million to pay for appropriation for fiscal year 2007 and 2008. In April 2011 the OMB settled this intra-agency agreement for $18.6 million.

Due from (to) component units are as follows (expressed in thousands):

| Receivable Entity/Fund | Amount | Payable Entity/Fund | Amount |
|---|---|---|---|
| Puerto Rico Electric Power | | Puerto Rico Medical Services Administration | $ 19,883 |
|   Authority | $ 145,560 | Puerto Rico Ports Authority | 53,936 |
| Puerto Rico Ports Authority | 50,190 | Puerto Rico Maritime Transportation Authority | 51,302 |
| Puerto Rico Aqueduct and Sewer | | Puerto Rico Highways and Transportation Authority | 22,166 |
|   Authority | 14,595 | Puerto Rico Electric Power Authority | 28,265 |
| University of Puerto Rico | 2,978 | Puerto Rico Aqueduct and Sewer Authority | 28,754 |
| Puerto Rico Industrial, Tourist, Educational, | | Agricultural Services and Development Administration | 14,288 |
|   Medical and Environmental Control | | Puerto Rico Tourism Company | 10,170 |
|   Facilities Financing Authoritiy | 26,271 | Cardiovascular Center Corporation of Puerto Rico | |
| Land Authority of Puerto Rico | 20,219 |   and the Caribbean | 11,649 |
| State Insurance Fund Corporation | 5,221 | Farm Insurance Corporation of Puerto Rico | 5,931 |
| Puerto Rico Land Administration | 1,306 | Land Authority of Puerto Rico | 3,840 |
| Puerto Rico Convention Center District Authority | 10,170 | State Insurance Fund Corporation | 1,454 |
| | | Puerto Rico Industrial Development Company | 1,306 |
| | | Puerto Rico Metropolitan Bus Authority | 5,622 |
| | | Puerto Rico Solid Waste Authority | 5,737 |
| | | National Parks Company of Puerto Rico | 5,560 |
| | | Puerto Rico Convention Center District Authority | 2,603 |
| | | Puerto Rico Trade and Export Company | 1,066 |
| | | University of Puerto Rico | 2,978 |
| Subtotal | 276,510 | Sub total | 276,510 |
| Government Development | | Puerto Rico Highways and Transportation Authority | 969,848 |
|   Bank for Puerto Rico | 3,281,384 | Puerto Rico Aqueduct and Sewer Authority | 786,228 |
| | | Special Communities Perpetual Trust | 376,095 |
| | | State Insurance Fund Corporation | 220,000 |
| | | Puerto Rico Ports Authority | 143,738 |
| | | Puerto Rico Convention Center District Authority | 151,076 |
| | | Agricultural Services and Development Administration | 103,518 |
| | | Puerto Rico Industrial Development Company | 90,070 |
| | | Puerto Rico Solid Waste Authority | 68,085 |
| | | Puerto Rico Industrial, Tourist, Educational, Medical and | |
| | |   Environmental Control Facilities Financing Authority | 61,107 |
| | | Land Authority of Puerto Rico | 45,221 |
| | | National Parks Company of Puerto Rico | 13,949 |
| | | Company for the Integral Development of the | |
| | |   Península de Cantera | 10,779 |
| | | Puerto Rico Infrastructure Financing Authority | 3,135 |
| | | Puerto Rico Public Private Partnerships Authority | 2,147 |
| | | Puerto Rico Conservatory of Music Corporation | 1,028 |
| | | Economic Development Bank for Puerto Rico | 10,756 |
| | | Port of Amercias Authority | 204,713 |
| | | University of Puerto Rico | 19,891 |
| | | Subtotal | 3,281,384 |
| | $3,557,894 | | $3,557,894 |

The rest of the loans receivable reported by GDB consists of the following (expressed in thousands):

| | |
|---|---|
| Primary government — governmental activities | $1,561,095 |
| Other governmental entities and municipalities | 1,646,150 |
| Private sector | 530,062 |
| Total loans receivable reported by GDB | $3,737,307 |

The loans to the primary government are presented by the Commonwealth within notes payable in the statement of net assets (deficit).

Expenses of the primary government include approximately $2.7 billion in capital and operational contributions made by the primary government to the component units as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Health Insurance Administration | $1,169,143 |
| University of Puerto Rico | 769,173 |
| Nonmajor component units | 627,456 |
| Puerto Rico Aqueduct and Sewer Authority | 58,746 |
| Government Development Bank for Puerto Rico | 49,000 |
| Puerto Rico Highways and Transportation Authority | 42,909 |
| | |
| Total contributions made by primary government to component units | $2,716,427 |

## 12.  RESTRICTED ASSETS

Restricted assets of the primary government included in the basic financial statements at June 30, 2010 consist of cash, receivables, investments, and other assets to be used for the following purposes (expressed in thousands):

| | |
|---|---:|
| Governmental activities: | |
| Debt service and sinking fund | $ 2,012,948 |
| Public Housing Administration - funds received from the U.S Housing and Urban Development | 1,833 |
| Affordable housing program | 1,249 |
| Construction of governmental facilities | 206,252 |
| Collateral for underlying securities | 85,940 |
| Payment of operational expenses and certain financing granted to the Commonwealth, among other purposes | 900,191 |
| Assets in liquidiation | 34,024 |
| Other | 34,308 |
| | |
| Total restricted assets of governmental activities | $ 3,276,745 |
| | |
| Business-type activities: | |
| Disability insurance benefits | $   31,770 |
| Lending activities | 475,657 |
| Total restricted assets for business-type activities | $   507,427 |

Liabilities of the primary government payable from restricted assets consist of the following (expressed in thousands):

| | | |
|---|---|---:|
| Governmental activities: | | |
| Debt service | | $ 282,832 |
| Other | | 34,308 |
| Accounts payable to contractors | | 18,144 |
| Liabilities payable from restricted assets — governmental activities | | $ 335,284 |
| Business-type activities: | | |
| Disability insurance benefit payable | $ | 560 |
| Accounts payable and accrued liabilites | | 961 |
| Liabilities payable from restricted assets — business-type activities | $ | 1,521 |

Restricted net assets of the primary government consist of the following (expressed in thousands):

| | | |
|---|---|---:|
| Governmental activities restricted net assets (expressed in thousands): | | |
| Restricted for capital projects | $ | 188,108 |
| Collateral for underlying securites | | 85,940 |
| Assets in liquidations | | 34,024 |
| Payment of operational expenses and certain financing granted to the Commonwealth, among other purposes | | 900,191 |
| Restricted for debt service | | 1,730,116 |
| Affordable housing and related loan insurance programs | | 3,082 |
| Total restricted net assets-governmental activities | $ | 2,941,461 |
| Business-type activities restricted net assets: | | |
| Lending activities | $ | 474,696 |
| Payment of insurance benefits | | 31,210 |
| Total restricted net assets-business-type activities | $ | 505,906 |

Restricted assets of the component units included in the basic financial statements at June 30, 2010 are to be used for the following purposes (expressed in thousands):

| | |
|---|---:|
| Debt services and sinking fund requirements | $ 2,449,178 |
| Affordable housing and related loan insurance programs | 1,908,808 |
| Collateral for underlying securities | 1,317,234 |
| Construction and betterments funds | 938,188 |
| Other uses | 442,901 |
| Trust - nonexpendable | 310,149 |
| Educational funds | 130,850 |
| Industrial incentives | 21,260 |
| Financial assistance | 10,858 |
| Maintenance reserve fund | 5,578 |
| Escrow | 143 |
| Total for components units | $ 7,535,147 |

- 126 -

Act No. 92 of June 24, 1998, ("Act No. 92") provides, among other things, for the creation of the Permanent Fund of PRIFA. The Permanent Fund consists of a Corpus Account funded with a portion of the proceeds from the sale of assets of PRTA and additional accounts created or to be created by the PRIFA. Act No. 92 provides that the principal of the Corpus Account may not be reduced for any reason and that income received from investments in the Corpus Account and amounts received may be deposited in any of the additional accounts.

On March 2, 1999, PRIFA received $1.2 billion in connection with the sale of certain assets of PRTA, which were deposited in the Corpus Account. Amounts deposited in the additional accounts are to be used first to pay the principal, premium, and interest of any bonds outstanding or to be issued by PRIFA and then for the expansion, development, and modernization of infrastructure related to the aqueduct and sewer systems of Puerto Rico.

The amounts deposited in the Permanent Fund shall be invested up to $1 billion in (1) direct obligations of the U.S. government; (2) obligations, the payment of principal and interest of which are unconditionally guaranteed by the U.S. government; (3) certificates of deposit of any bank, national bank association, or trust company organized and existing under the laws of the Commonwealth, the United States of America, or any of its states, on which the excess over the federal deposit insurance is secured by investments of the types described in (1) and (2) above; or (4) tax-exempt obligations of any state, instrumentality, agency, of political subdivision of Puerto Rico or the United States, the payment of principal and interest of which is secured by investments of the types described in (1) and (2) above.

Amounts in excess of $1 billion shall be invested in any of the instruments mentioned above or in any other instruments, including publicly traded common and preferred stock, not prohibited by investment guidelines adopted by GDB.

By virtue of Act No. 3 of January 14, 2009 (Act No. 3) approved by the Legislature of Puerto Rico, Act. No. 44 of June 21, 1988, was amended to permit the PRIFA to sell all or a portion of the outstanding Corpus Account investments held in the 2000 Trust Agreement and use the net proceeds of said redemption to provide for the early extinguishment of the Series 2000 A and B Bonds, maintain a permanent investment of $300 million within the Corpus Account, payments to the IRS, payment of transaction expenses, and contribute any remaining amounts to the Commonwealth and GDB, among other purposes.

On January 29, 2009, PRIFA entered into an escrow restructuring for the Series 2000 A and B Bonds in accordance with the provisions of Act No. 3 and sold the investments held in the Corpus Account. During the year ended June 30, 2010, PRIFA used the remaining proceeds of the redemption to make additional contributions to the Commonwealth and GDB amounting to approximately $3.3 million.

At June 30, 2010, approximately $1,042 million have been invested in short-term U.S. Treasury securities, which are restricted for the early extinguishment of the Series 2000 A and B Bonds and included as part of cash and cash equivalents in the accompanying statement of net assets (deficit). Also, $310 million have been invested in a time deposit agreement with GDB as a permanent investment within the Corpus Account as established by Act. No. 3.

13. **CAPITAL ASSETS**

Capital assets activity for the year ended June 30, 2010 is as follows (expressed in thousands):

**Primary Government**

| | Beginning Balance | Increases | Decreases | Ending Balance |
|---|---|---|---|---|
| Governmental activities: | | | | |
| Capital assets, not being depreciated: | | | | |
|    Land | $ 881,877 | $ 21,746 | $ 30,043 | $ 873,580 |
|    Construction in progress | 1,322,447 | 198,825 | 425,917 | 1,095,355 |
|      Total capital assets, not being depreciated | 2,204,324 | 220,571 | 455,960 | 1,968,935 |
| Buildings and building improvements | 7,451,992 | 249,233 | 121,723 | 7,579,502 |
| Equipment, furniture, fixtures, vehicles, and software | 507,701 | 40,306 | 17,964 | 530,043 |
| Infrastructure | 444,248 | 172,446 | 10,848 | 605,846 |
|      Total capital assets, being depreciated and amortized | 8,403,941 | 461,985 | 150,535 | 8,715,391 |
| Less accumulated depreciation and amortization for: | | | | |
|    Buildings and building improvements | 2,671,550 | 203,995 | 28,067 | 2,847,478 |
|    Equipment, furniture, fixtures, vehicles, and software | 292,012 | 43,691 | 11,008 | 324,695 |
|    Infrastructure | 110,601 | 11,961 | 4,210 | 118,352 |
|      Total accumulated depreciation and amortization | 3,074,163 | 259,647 | 43,285 | 3,290,525 |
|      Total capital assets, being depreciated and amortized, net | 5,329,778 | 202,338 | 107,250 | 5,424,866 |
| Governmental activities capital assets, net | $7,534,102 | $422,909 | $563,210 | $7,393,801 |
| Business-type activities: | | | | |
|    Total capital assets, being depreciated — equipment | $ 4,818 | $ 926 | $ - | $ 5,744 |
|    Less accumulated depreciation of equipment | 4,136 | 22 | - | 4,158 |
| Total business-type activities capital assets, being depreciated, net | $ 682 | $ 904 | $ - | $ 1,586 |

Depreciation and amortization expense was charged to functions/programs of the primary government for the year ended June 30, 2010 as follows (expressed in thousands):

| Governmental activities: | |
|---|---:|
| General government | $ 85,833 |
| Public safety | 23,339 |
| Health | 7,194 |
| Public housing and welfare | 89,637 |
| Education | 37,626 |
| Economic development | 16,018 |
| Total depreciation and amortization expense — governmental activities | $259,647 |

The Commonwealth follows the provision of GASB Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries*, an amendment to GASB Statement No. 34. This statement establishes guidance for accounting and reporting for the impairment of capital assets and for insurance recoveries. Every year the Commonwealth performs an impairment analysis of its capital assets, in order to comply with the requirements of GASB Statement No. 42. The financial reporting impact resulting from this analysis had no effect on the statement of activities for the year ended June 30, 2010.

General infrastructure assets include $417 million representing the estimated cost of assets transferred to the Department of Natural and Environmental Resources (DNER) of the Commonwealth in 1997 upon completion of the Cerrillos Dam and Reservoir and the Portugues-River and Bucana-River Projects by the U.S. Army Corps of Engineers. These infrastructure assets are reported within governmental activities and include dams, intake facilities, and similar items built for flood control, water supply, and recreational purposes. The Commonwealth also recorded a payable due to the U.S. Army Corps of Engineers, amounting to $205 million, for its estimated allocated share of the construction costs associated with these projects, including accrued interest of $5 million. The final debt agreement between DNER and the U.S. Army Corps of Engineers has not been finalized, and therefore, terms and conditions could differ from those estimated. The depreciation is computed using the straight-line method over an estimated useful life of 50 years from the transfer date of the property. The related debt is expected to be payable on an annual basis over a 50 year period. However, the debt has been presented as a long-term payable after one year in the accompanying statement of net assets (deficit) since the commencement date of repayment has not yet been determined.

On August 17, 2001, the Legislature of the Commonwealth approved Act No. 120, which requires the conditional transfer of the ownership of certain real properties under the name of the Department of Recreation and Sports (DRS) of the Commonwealth to the municipalities of the Commonwealth. The land and the facilities were transferred at no cost to the municipalities. During the fiscal year ended June 30, 2010, land, building, and building improvements amounting to $14 million were transferred to several municipalities.

**Discretely Presented Component Units**

| | Beginning Balance (as Restated) | Increases | Decreases | Ending Balance |
|---|---|---|---|---|
| Capital assets, not being depreciated: | | | | |
| Land | $ 3,036,496 | $ 50,647 | $ 19,533 | $ 3,067,610 |
| Art works | 9,477 | 25 | - | 9,502 |
| Construction in progress | 6,159,895 | 2,349,557 | 3,789,237 | 4,720,215 |
| Total capital assets, not being depreciated | 9,205,868 | 2,400,229 | 3,808,770 | 7,797,327 |
| Capital assets, being depreciated: | | | | |
| Buildings and building improvements | 4,810,304 | 114,742 | 39,444 | 4,885,602 |
| Equipment, furniture, fixtures, vehicles, and software | 8,739,093 | 997,444 | 39,337 | 9,697,200 |
| Infrastructure | 24,928,423 | 1,755,987 | 89,793 | 26,594,617 |
| Intangibles, other than software | 2,293 | - | - | 2,293 |
| Total capital assets, being depreciated and amortized | 38,480,113 | 2,868,173 | 168,574 | 41,179,712 |
| Less accumulated depreciation and amortization for: | | | | |
| Buildings and building improvements | 1,953,687 | 186,736 | 53,564 | 2,086,859 |
| Equipment, furniture, fixtures, vehicles and software | 1,903,187 | 177,173 | 81,635 | 1,998,725 |
| Infrastructure | 13,897,608 | 808,681 | 12,884 | 14,693,405 |
| Intangibles, other than software | 811 | - | - | 811 |
| Total accumulated depreciation and amortization | 17,755,293 | 1,172,590 | 148,083 | 18,779,800 |
| Total capital assets, being depreciated and amortized, net | 20,724,820 | 1,695,583 | 20,491 | 22,399,912 |
| Capital assets, net | $ 29,930,688 | $ 4,095,812 | $ 3,829,261 | $ 30,197,239 |

On April 6, 2006, PRIFA and PRASA entered into an assistance agreement whereby the infrastructure projects undertaken by PRIFA for PRASA's benefit (the "PRASA Projects") will be transferred to PRASA not later than 90 days after the execution of the agreement. PRIFA and PRASA must comply with certain conditions precedent to transfer, which requires among other: (1) written assignment to PRASA of such contracts in connection with such projects, which contract PRASA determines are necessary; (2) completion of the technical and financial report; (3) completion of a legal report, including an assessment of actual or potential claims for such project; and (4) completion of the land acquisition process and transfer of land to PRASA in connection with such projects. PRIFA continued to fund the completion of the projects still in development up to the maximum available for such purposes.

- 130 -

On June 28, 2010, PRIFA and PRASA entered in an amended assistance agreement (the "Agreement") to acknowledge PRIFA's compliance with the conditions precedent to transfer on all PRASA Projects, excluding land owned by PRIFA, and PRASA's assumption of all operation, maintenance, and safety responsibilities of all PRASA Projects. In connection with the amendment, approximately $915 million of PRIFA's capital assets were transferred to PRASA. The transfer to PRASA of land owned by PRIFA in connection with such projects of approximately $9,282,000 at June 30, 2010, has not been executed since various conditions precedent to the transfer are in the process of being completed.

## 14.  TAX REVENUE ANTICIPATION NOTES PAYABLE

Act No. 1 of the Legislature of the Commonwealth, approved on June 26, 1987 ("Act No. 1"), authorizes the Secretary of the Treasury Department to issue, from time to time, notes in anticipation of taxes and revenues ("Tax Revenue Anticipation Notes" or "TRANS") so that the Secretary, in the cash flow management program designed to maximize the use of moneys in the general fund, will have an alternate means of providing a liquidity mechanism to cover any temporary cash shortages projected for a fiscal year. Act No. 139, approved on November 9, 2005, amended Section 2(g) of Act No. 1 to provide that the total principal amount of notes issued under the provisions of Act No.1 and outstanding at any time for any fiscal year may not exceed the lesser of eighteen percent (18%) of the net revenues of the general fund for the fiscal year preceding the fiscal year in which the notes are issued or one billion five hundred million dollars ($1,500,000,000).

TRANS issued during fiscal year 2010 amounted to $2,275 million at interest rates ranging from 2.80% to 3.50%. TRANS proceeds were used to cover temporary cash deficiencies resulting from the timing differences between tax collections and the payments of current expenditures. TRANS were refinanced at various points during the year in order to take advantage of interest rates.  The maximum amount of TRANS outstanding at any time during the year was approximately $900 million. As of June 30, 2010, the balance of TRANS outstanding was paid in full.

## 15.   SHORT AND LONG-TERM OBLIGATIONS

### (a)   Primary Government

*Summary of Short and Long-term Obligations* — Short and long-term obligations at June 30, 2010 and changes for the year then ended are as follows (expressed in thousands):

| Short Term Obligations | Balance At June 30, 2009 | Debt Issued | Debt Paid | Original Issue (Discounts) Premiums | Other Net Increases (Decreases) | Balance At June 30, 2010 | Due Within One Year |
|---|---|---|---|---|---|---|---|
| Notes payable to GDB | $  175,464 | $  100,000 | $  (18,256) | $    - | $  (122,521) | $  134,687 | $  134,687 |
| **Long Term Obligations** | | | | | | | |
| Governmental activities: | | | | | | | |
| General obligation and revenue bonds | $25,021,742 | $4,839,021 | $(1,410,735) | $(45,966) | $  193,654 | $28,597,716 | $  445,825 |
| Commonwealth appropriation bonds | 737,345 | - | - | - | 2,732 | 740,077 | - |
| Notes payable to component units: | | | | | | | |
| GDB | 1,730,138 | 956,565 | (1,382,817) | - | 122,521 | 1,426,407 | 110,305 |
| Other | 87,875 | - | (7,571) | - | (17,416) | 62,888 | 7,570 |
| Capital leases | 240,084 | 427 | (5,527) | - | - | 234,984 | 5,559 |
| Total bonds, notes payable and capital leases payable | 27,817,184 | 5,796,013 | (2,806,650) | (45,966) | 301,491 | 31,062,072 | 569,259 |
| Compensated absences | 1,616,925 | - | (794,989) | - | 684,257 | 1,506,193 | 740,546 |
| Net pension obligation | 6,754,230 | - | - | - | 1,209,720 | 7,963,950 | - |
| Net postemployment benefit obligation | 76,606 | - | - | - | 55,981 | 132,587 | - |
| Other long-term liabilities | 2,202,395 | - | (177,854) | - | 168,013 | 2,192,554 | 164,112 |
| Total governmental activities | 38,467,340 | 5,796,013 | (3,779,493) | (45,966) | 2,419,462 | 42,857,356 | 1,473,917 |
| Business-type activities: | | | | | | | |
| Compensated absences | 4,732 | - | - | - | (503) | 4,229 | 2,262 |
| Obligation for unpaid lottery prizes | 263,591 | - | - | - | (39,690) | 223,901 | 56,561 |
| Claims liability for insurance benefits | 98,726 | - | - | - | 4,543 | 103,269 | 103,269 |
| Total business-type activities | 367,049 | - | - | - | (35,650) | 331,399 | 162,092 |
| Total primary government | $38,834,389 | $5,796,013 | $(3,779,493) | $(45,966) | $2,383,812 | $43,188,755 | $1,636,009 |

The balances of general obligation and revenue bonds paid included within other financing uses and principal as reported in the statement of revenues, expenditures, and changes in fund balances (deficit) – governmental funds do not agree with amounts reported as debt paid in the above table primarily because the above table includes debt paid on general obligation and revenue bonds, which was accrued during the fiscal year 2009 as a fund liability. The prior year fund liability mentioned above amounted to approximately $158 million and was reported as a balance sheet transaction in the fund financial statements in 2009. Also, during fiscal year 2010 the amount of approximately $408 million was accrued as fund liability. The net effect of $250 million is the difference between the debt paid on bonds and notes in the previous table and the payments in the statement of revenues, expenditures, and changes in fund balances (deficit) – governmental funds.

The other net increases in bonds and notes payable consist of deferred losses on refunding, net of amortization, and amortization of premiums and discounts on bonds and new notes payables. These adjustments did not require any source or use of cash.

Compensated absences, net pension obligation, net postemployment benefit obligation, other long-term liabilities, obligation for unpaid lottery prizes, and claims liability for insurance benefits reflect other net increases (decreases) resulting from adjustments and changes to agree these obligations to their new estimated balances at June 30, 2010.

**(b) Debt Limitation**

The Constitution of the Commonwealth authorizes the contracting of debts as determined by the Legislature. Nevertheless, the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit, and taxing power of the Commonwealth are not to be issued if the amounts of the principal of, and interest on, such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth, exceeds 15% of the average annual revenue raised under the provisions of Commonwealth legislation and conveyed into the Treasury (hereinafter internal revenue) in the two fiscal years preceding the current fiscal year. Section 2, Article VI of the Constitution does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded. Internal revenue consists principally of income taxes, sales and use tax, property taxes and excise taxes. Certain revenue, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products, and customs duties, which are collected by the U.S. government and returned to the Commonwealth, motor vehicle fuel taxes and license fees, which are allocated to the PRHTA, a discrete component unit, are not included as revenue for the purpose of calculating the debt limit. At June 30, 2010, the Commonwealth is in compliance with the debt limitation requirement. In addition, the portion of sales and use tax allocated to COFINA is not included as internal revenue in consistency with the legislation creating COFINA, which legislation transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the constitutional provisions relating to the payment of debt service.

**(c) Bonds Payable**

The Constitution of the Commonwealth provides that public debt will constitute a first claim on the available revenue of the Commonwealth. Public debt includes general obligations and revenue bonds of the Commonwealth and any payment required to be made by the Commonwealth under its guarantees of bonds issued by blended or discretely presented component units. The full faith, credit, and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal and interest of the general obligation bonds.

Act No. 83 of August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation. The levy is made by CRIM, a municipal corporation, not a component unit of the Commonwealth. CRIM is required to remit the 1.03% of property tax collected to the Commonwealth to be used by the Commonwealth's debt service fund for payment of debt service on general obligations and revenue bonds of the Commonwealth. During the year ended June 30, 2010, the total revenue and receivable reported by the Commonwealth amounted to approximately $115 million and $27 million, respectively, which are included in the debt service fund.

For financial reporting purposes, the outstanding amount of bonds represents the total principal to be repaid, net of unamortized premiums, discount, and deferred refunding losses; for capital appreciation bonds, it represents total principal and unaccreted interest to be repaid.

**COFINA**

*Short-Term Debt* — During the year ended June 30, 2010, COFINA issued demand notes and bond anticipation notes to GDB and another financial institution amounting to approximately $708 million. These notes were repaid with the issuance of sales tax revenue bonds issued in fiscal year 2010, as explained below.

*Bonds Payable* — On February 9, 2010, COFINA issued Sales Tax Revenue Bonds, First Subordinate Series 2010A amounting to approximately $1,824 million. The proceeds from the issuance of the Series 2010A bonds were mainly used to (1) repay bond anticipation notes issued to a financial institution, (2) cover operational expenses of the Commonwealth for fiscal years 2010 and 2011, and (3) fund the Puerto Rico Economic Stimulus Fund.

On June 30, 2010, COFINA issued Sales Tax Revenue Bonds, First Subordinate Series 2010C, Series 2010D (Issuer Subsidy Build America Bonds) and Series 2010E (Issuer Subsidy Recovery Zone Economic Development Bonds) amounting to approximately $1,619 million, $89.4 million, and $92.8 million, respectively. Upon compliance with certain requirements of the United States Internal Revenue Code, COFINA will receive a subsidy payment from the U.S. federal government equal to 35% and 45% of the amount of each interest payment on the Series 2010D bonds and the Series E bonds, respectively.

The proceeds from the issuance of the Series 2010C, Series 2010D and Series 2010E were mainly used to (1) repay demand notes issued to GDB, (2) cover operational expenses of the Commonwealth for fiscal year 2011, (3) fund the Puerto Rico Stabilization Fund and (4) provide $732,797,165, along with $17,500,000 of other funds, to purchase U.S. Government State and Local Government Series securities that were placed in an irrevocable trust with an escrow agent for the purpose of generating resources for all future debt services payments of the $700,000,000 Series 2009A mandatory tender notes outstanding at June 30, 2010 (the "Refunded Bonds"), which are subject to mandatory tender for purchase on August 1, 2011. Accordingly, the Refunded Bonds are considered to be defeased and the liability has been removed from the statement of net assets (deficit). In the event the Refunded Bonds were not remarketed on August 1, 2011, the interest rate

would have increased from five percent (5%) to ten percent (10%). The reacquisition price exceeded the net carrying amount of the old debt by approximately $40,850,000, of which $39,899,000 are being netted against the new debt and amortized over the remaining life of the Refunded Bonds, which is shorter than the life of the new debt issued. This advance refunding was undertaken to reduce the total debt service payments over the next 30 years by $628 million (assuming the Refunded Bonds interest rate would have increased to 10% effective August 1, 2011), and resulted in an economic gain of $370 million.

Bonds payable outstanding at June 30, 2010 are as follows (expressed in thousands):

| | General Obligation Bonds | Revenue Bonds | Total |
|---|---|---|---|
| Term bonds payable through 2045; interest payable semiannually at rates varying from 3.00% to 6.50%. | $ 3,931,400 | $ 7,022,156 | $ 10,953,556 |
| Serial bonds payable through 2037; interest payable semiannually at rates varying from 3.25% to 6.50%. | 5,160,660 | 1,081,260 | 6,241,920 |
| Fixed rate bonds payable through 2058; interest payable at rates varying from 3.38% to 6.50%. | - | 5,003,422 | 5,003,422 |
| Capital appreciation bonds payable through 2057; no interest rate, yield ranging from 4.50% to 7.70%. Net of accreted discount of $168 million. (1) | 164,266 | 3,775,531 | 3,939,797 |
| The Children's Trust Fund tobacco settlement asset-backed bonds payable through 2057; interest payable annually at rates varying from 4.00% to 8.38%. | - | 1,405,967 | 1,405,967 |
| Capital Fund Program Bonds, maturing in various dates payable through 2024; interest payable at rates varying from 2.00% to 5.00%. | - | 548,450 | 548,450 |
| Bond payment obligation payable through 2011; interest payable at rates of 7.00% | 48,220 | - | 48,220 |
| Balance carried forward | 9,304,546 | 18,836,786 | 28,141,332 |

(1) Revenue bonds include $743 million capital appreciation
    bonds convertible to fixed rate interest bonds on
    August 1, 2016, 2019, and 2020.                    (Continued)

- 135 -

|  | General Obligation Bonds | Revenue Bonds | Total |
|---|---|---|---|
| Balance brought forward | $ 9,304,546 | $ 18,836,786 | $ 28,141,332 |
| Yield curve bonds payable from 2009 through 2028; no interest rate, yield varying from 6.00% to 6.50%. | 225,225 | - | 225,225 |
| LIBOR-Based Adjustable Rate Bonds due on August 1, 2057; interest payable at a rate of 1.16%. | - | 136,000 | 136,000 |
| Inverse rate bonds payable from 2011 through 2012; interest payable at a rate varying from 6.00% to 6.50%. | 10,300 | - | 10,300 |
| Insured bonds payable from 2015 through 2019; interest payable a rate varying from 5.00% to 5.25%. | 50,085 | - | 50,085 |
| Total | 9,590,156 | 18,972,786 | 28,562,942 |
| Unamortized premium, net | 230,823 | (14,578) | 216,245 |
| Deferred refunding loss, net | (65,768) | (115,703) | (181,471) |
| Total bonds payable | $ 9,755,211 | $ 18,842,505 | $ 28,597,716 |

(Concluded)

As of June 30, 2010, debt service requirements for general obligation and revenue bonds outstanding, including accreted interest of capital appreciation bonds are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Interest Subsidy (1) | Total |
|---|---|---|---|---|
| 2011 | $ 445,825 | $ 1,193,732 | $ (3,512) | $ 1,636,045 |
| 2012 | 459,592 | 1,208,581 | (4,200) | 1,663,973 |
| 2013 | 484,360 | 1,178,947 | (4,200) | 1,659,107 |
| 2014 | 511,315 | 1,152,822 | (4,200) | 1,659,937 |
| 2015 | 518,600 | 1,148,586 | (4,200) | 1,662,986 |
| 2016–2020 | 3,008,220 | 5,531,939 | (21,000) | 8,519,159 |
| 2021–2025 | 3,470,751 | 4,977,944 | (21,000) | 8,427,695 |
| 2026–2030 | 4,658,491 | 4,170,636 | (21,000) | 8,808,127 |
| 2031–2035 | 5,806,397 | 3,105,716 | (21,000) | 8,891,113 |
| 2036–2040 | 6,629,816 | 1,994,338 | (21,000) | 8,603,154 |
| 2041–2045 | 6,075,500 | 643,346 | (9,447) | 6,709,399 |
| 2046–2050 | 3,955,758 | 287,802 | - | 4,243,560 |
| 2051–2055 | 4,882,088 | 287,802 | - | 5,169,890 |
| 2056–2059 | 12,028,145 | 137,684 | - | 12,165,829 |
| Total | 52,934,858 | $ 27,019,875 | $ (134,759) | $ 79,819,974 |

| | |
|---|---|
| Less unaccreted interest | (24,371,916) |
| Plus unamortized premium, net | 216,245 |
| Less deferred refunding loss, net | (181,471) |
| Total | $ 28,597,716 |

(1) Sales Tax Revenue Bonds, First Subordinate Series 2010D and 2010E were issued as Build America Bonds. COFINA will receive a subsidy payment from the federal government equal to 35% and 45% , respectively, of the amount of each interest payment.

At June 30, 2010, COFINA has $136,000,000 of LIBOR based adjustable rate bonds maturing on August 1, 2057. As explained below, COFINA has entered into a $136,000,000 interest rate swap, whereby it receives the same rate paid on the adjustable rate bonds and pays a fixed rate of 4.92% through August 1, 2057. Accordingly, COFINA has synthetically fixed the interest rate on the adjustable rate bonds.

The table that follows represents governmental activities debt service payments on certain general obligation and revenue variable-rate bonds and the net payments on associated hedging derivative instruments (see note 23) as of June 30, 2010. Although interest rates on variable rate debt and the current reference rates of hedging derivative instruments change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rates of hedging derivative instruments on June 30, 2010 will remain the same for their term.

| Year Ending June 30 | Variable-Rate Bonds | | Hedging Derivative Instruments, Net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2011 | $ 2,450 | $ 10,617 | $ 50,519 | $ 63,586 |
| 2012 | 2,550 | 10,610 | 50,438 | 63,598 |
| 2013 | 2,625 | 10,606 | 50,373 | 63,604 |
| 2014 | 3,915 | 10,581 | 50,293 | 64,789 |
| 2015 | 4,069 | 10,548 | 50,212 | 64,829 |
| 2016–2020 | 222,962 | 51,408 | 240,043 | 514,413 |
| 2021–2025 | 392,862 | 41,197 | 152,415 | 586,474 |
| 2026–2030 | 421,913 | 27,233 | 87,634 | 536,780 |
| 2031–2035 | 313,614 | 11,304 | 43,224 | 368,142 |
| 2036–2040 | - | 7,893 | 25,563 | 33,456 |
| 2041–2045 | - | 7,893 | 25,563 | 33,456 |
| 2046–2050 | - | 7,893 | 25,563 | 33,456 |
| 2051–2055 | - | 7,893 | 25,563 | 33,456 |
| 2056–2058 | 136,000 | 3,552 | 13,176 | 152,728 |
| Total | $ 1,502,960 | $219,228 | $ 890,579 | $ 2,612,767 |

COFINA's outstanding bonds are payable from amounts deposited in the Dedicated Sales Tax Fund in each fiscal year. The minimum amount to be deposited is the Pledged Sales Tax Base Amount, which for the fiscal year ended June 30, 2010, was $550,264,000. The Pledged Sales Tax Base Amount increases each fiscal year thereafter at a statutory rate of 4% up to $1,850,000,000. At June 30, 2010, the Pledged Sales Tax Base Amount, by year, is as follows (expressed in thousands):

| Year Ending June 30 | Amount |
|---|---|
| 2011 | $ 572,275 |
| 2012 | 595,166 |
| 2013 | 618,972 |
| 2014 | 643,731 |
| 2015 | 669,480 |
| 2016–2020 | 3,771,166 |
| 2021–2025 | 4,588,200 |
| 2026–2030 | 5,582,247 |
| 2031–2035 | 6,791,657 |
| 2036–2040 | 8,263,089 |
| 2041–2045 | 9,250,000 |
| 2046–2050 | 9,250,000 |
| 2051–2055 | 9,250,000 |
| 2056–2058 | 5,550,000 |
| Total | $ 65,395,983 |

On September 17, 2009, the Commonwealth remarketed $93.8 million of variable rate Series 2007 A-4 bonds and converted them to fixed rate bonds, maturing July 1, 2031. These bonds are subject to redemption at the option of the Commonwealth on or after January 1, 2020 at the redemption price of 101% through December 31, 2020 and 100% after June 1, 2021. Concurrently with the issuance of the bonds, the Commonwealth issued $3.4 million of its Public Improvement Refunding Bonds, Series 2009 A to refund the remainder of the Series 2007 A-4 bonds.

On August 1, 2008, the Puerto Rico Housing Finance Authority (the "Authority"), a blended component unit of GDB, issued Capital Fund Modernization Program Subordinate Bonds amounting to $384 million and Housing Revenue Bonds amounting to $100 million. The proceeds from the issuance were mainly used to finance a loan (the "Loan") to Vivienda Modernization 1, LLC, (the "LLC"). The LLC will utilize moneys from the Loan for the purpose of financing a portion of the cost of the acquisition and modernization of various housing projects in the Commonwealth and paying certain transactional costs.

The LLC is a limited liability company created under the laws of the Commonwealth whose sole member is Vivienda Modernization Holdings 1, S.E. (the "Sole Member" or the "Partnership"), a civil partnership created under the laws of the Commonwealth. The partnership was created on August 1, 2008 by the Department of Housing of the Commonwealth of Puerto Rico ("DOH"), in its capacity as the general partner (the "General Partner") and Hudson SLP XL LLC, a Delaware limited liability company, as the Special Limited Partner (the "Special Limited Partner") and Hudson Housing Tax Credit Fund XL LP, a Delaware limited partnership, as the Investment Partnership (the "Investment Partnership"; collectively with the Special Limited Partner, the "Limited Partners"). The Partnership has been organized exclusively to be the sole member of the LLC, which entity has been organized exclusively to acquire a 99 year term Surface Right with respect to the Land and to develop, finance, rehabilitate, maintain, operate, lease and sell or otherwise dispose of each Apartment Complex, in order to obtain for the Partnership and its Partners statutory compliance, long-term appreciation, cash income, and tax benefits consisting, of tax credits and tax losses over the term hereof. In exchange for acquiring, constructing, or renovating and maintaining housing that is affordable to households with low or limited incomes, owners of such housing may be entitled to a direct credit on their federal taxes in accordance with Section 42 of the Internal Revenue Code of 1986, as amended.

Profits, losses and tax credits, are allocated in accordance with the Partnership Agreement. Profits and losses from operations and low-income housing tax credits in any one year shall be allocated 99.98% to the Investment Partnership, 0.01% to the Special Limited Partner and 0.01% to the General Partner. As defined in the Partnership Agreement, certain transactions and occurrences warrant special allocations of profits and losses. All other losses shall be allocated to the extent allowable under Section 704(b) of the IRC.

Pursuant to the Partnership Agreement, the Limited Partners are required to provide capital contributions totaling approximately $235 million to the Partnership ("Initial Projected Equity"), subject to potential adjustment based on the amount of low-income housing credits ultimately allocated to the Projects in addition to other potential occurrences as more fully explained in the Partnership Agreement. As of June 30, 2010, the Limited Partners have provided capital contributions totaling $21 million.

Pursuant to the Partnership Agreement, the General Partner is required to provide capital contributions totaling $10 to the Partnership. Should the Partnership have not sufficient funds available to pay the outstanding balance of the developer fee thereof, as defined, the General Partner shall be required to provide additional capital contributions to the Partnership in an amount

sufficient for the Partnership to pay such balance in full. The General Partner shall have no right or obligation to make any other capital contributions. As of June 30, 2010, the General Partner had provided no capital contributions. In addition, the DOH as general partner shall establish the Assurance Reserve Fund at initial closing in the amount of the initial capital contribution less $4 million (plus any initial capital contribution with respect to the apartment complexes). Amounts in the Assurance Reserve Fund shall be used, (i) upon the request of the General Partner, subject to the consent of the Special Limited Partner, or (ii) upon the direction to the Special Limited Partner, to meet financial obligations of the General Partner, other than for excess development costs, as provided in the Partnership Agreement. As of June 30, 2010, such reserve was maintained in the Partnership. The amount owed to DOH for the assurance reserve fund as of June 30, 2010, amounted to $17 million.

On August 7, 2008, the Puerto Rico Public Housing Administration ("PHA") and the LLC entered into a Regulatory and Operating Agreement (the "Agreement"). The PHA and the LLC have determined that it would be desirable for the public housing rental development to undergo comprehensive modernization (e.g. mew floors, electrical wiring, plumbing, windows, door, roofs and accessibility features) or development, which modernization or development will be undertaken and operated by the LLC.

On August 7, 2008, the DOH and PHA entered into an interagency agreement through which PHA transferred title to the public housing rental developments to the DOH for the subsequent sale to the LLC. In addition, the DOH will make a grant to the Authority from funds in the Program Modernization Fund in excess of the first receipts equal to $20 million to allow the Authority to make a permanent loan to the LLC. The Authority will provide to the LLC a (i) $100 million interim construction loan to be used in connection with the financing of the rehabilitation and/or construction work on the development from the proceeds of tax-exempt bonds issued by the Authority, (ii) $386.8 million capital fund loan in proceeds from certain tax-exempt bonds issued by the Authority, and (iii) a $100 million permanent loan.

On August 7, 2008, the LLC and the DOH entered into a Purchase and Sales Agreement through which the LLC acquired the surface rights of a property (the "Property") and the improvement erected on such property consisting of buildings and construction in progress with a net book value and cost of $45.9 million and $110 million, respectively, from the DOH under those certain deeds of Constitution of Surface Rights and Transfer of Improvements dated August 7, 2008, which will require the LLC to rehabilitate or construct on the Property four thousand one hundred thirty-two (4,132) residential rental units (the "Units" or collectively the "Development") all of which will receive the benefit of operating subsidy and benefit of low income housing tax credit under Section 42 of the Internal Revenue Code of 1986, as amended. Eighty-four (84) of the units, all of which will be located at the Brisas de Cayey II site, are to be newly constructed. The remaining units will be modernized.

Also, on August 7, 2008, the DOH entered into a loan agreement with the LLC in the amount of $102.8 million for the acquisition of the 33 residential rental properties (the "deferred purchase price note"). The LLC shall make payments equal to the amount of net available capital contributions, as defined, for the preceding calendar quarter.

The terms of the deferred purchase price note are described as set forth below:

| | |
|---|---|
| Commitment | $102,889,957 |
| Interest rate | 3.55 % |
| Maturity date | Later of (i) funding of the last installment of the third capital contribution or (ii) August 7, 2013 |

The note shall be a full recourse liability of the LLC; however, none of the LLC's members has personal liability. As of June 30, 2010, the principal balance outstanding on the deferred purchase price note was $102.8 million and accrued interest was $13.3 million. At the same time, based on the Purchase and Sale Agreement, the PHA received $92.4 million from the LLC, which was used to pay eligible project expenses incurred by the PHA on an interim basis to minimize the expenditure of 2003 tax exempt bonds that were ineligible for inclusion in the credit transaction. In addition, PHA received $18.1 million from the LLC for Capital Fund Bonds funds previously expensed by the PHA from June and July 2009.

The PHA has entered into an Interagency Agreement dated August 7, 2008 with DOH, in DOH's capacity as general partner of the Partnership, to delegate management and operational duties related to the Development to the PHA as set forth in the Interagency Agreement. The LLC and the PHA also intend that the units be developed, operated and managed so as to assure receipt by the LLC of the aforementioned economic and tax benefits to the full extent available to the LLC.

Additionally, on August 7, 2008, the LLC entered into a Master Developer Agreement with the DOH to perform services in connection with the development, rehabilitation, and modernization of certain housing projects ("Developer Agreement"). Pursuant to the Master Developer Agreement, the DOH will earn a developer's fee in the amount of $75 million for services performed and to be performed. Payment of the developer's fee shall be subject to the terms and conditions of Section 6(a) (i-iv) of the Master Developer Agreement. As of June 30, 2010, the DOH earned and was paid developer fees in the amount of $9 million.

Under the Partnership Agreement, projects which do not meet the final completion schedule or satisfy other completion, occupancy, rent attainment or tax-credit related requirements or other Investor Limited Partner conditions to capital contributions with respect to such projects as set forth in the Partnership Agreement may under certain conditions be required to be purchased by DOH or its designee. In such case, DOH or its designee would assume the portion of the Loan allocated to such project(s), including both moneys remaining to be disbursed and repayment obligations, and would become a new additional borrower under the loan agreement. The LLC would be released with respect to the amount of the Loan assumed. DOH or its designee could also seek to obtain a limited partner (who might or might not be the original Investor Limited Partner) and tax credit equity contributions. Such transfer does not affect the obligation of DOH to grant moneys to the Authority to fund the permanent loan. As a requirement of such purchase, DOH or its designee is required to repay equity already contributed by the Investor Limited Partner, plus interest and a purchase premium.

**(d) Commonwealth Appropriation Bonds**

Over the years, GDB, as fiscal agent and bank for the Commonwealth, had extended lines of credit, advances, and loans to several agencies and component units in order to finance their capital improvement projects and to cover their operational deficits at the time. At different points in time, these loans were refunded through the issuance of Commonwealth appropriation bonds issued by the

Puerto Rico Public Finance Corporation (PFC), a blended component unit of GDB. PFC is the financing arm of GDB, which serves only as a conduit for the issuance of the bonds.

During June 2004, PFC advance refunded through the PFC 2004 Series A and B and PFC 2003 Series A through C Refunding Commonwealth Appropriation Bonds, a portion of certain of its outstanding Commonwealth Appropriation Bonds issued in prior years (except for the Health Facilities and Services Administration bonds described below, where no portion was refunded). The Commonwealth recognized a mirror effect of this advance refunding by PFC in its own debt in proportion to the portion of the Commonwealth's notes included in the PFC refunding. As a result, the Commonwealth considered defeased and, therefore, removed from the balance sheet the portion refunded of $775.7 million.

The repayment source for these bonds (both the refunding and unrefunded portions) consisted until June 30, 2006 of Commonwealth appropriations submitted for approval of the Legislature annually during the budget process of the Commonwealth.

During July 2006, the source for the 2007 debt service of these appropriation bonds came from PFC instead (not from legislative appropriations), through an advance of approximately $303 million. PFC got its advance repaid by COFINA, a blended component unit of the Commonwealth created in 2007 with the capacity to issue bonds to repay or refinance the advance from PFC, the appropriation bonds, the Qualified Zone Academic Bonds (QZAB) and other debt obligations to GDB, collectively referred as the extra constitutional debt. The COFINA debt in turn will be serviced with the revenues generated from the collection of the first 1% of the sales and use tax, which came in effect on November 15, 2006 (note 3c). Also during 2009, the Legislative Assembly increased COFINA's dedicated revenues by increasing the percentage of revenues generated from the sales and use tax to 2.75%.

On July 31, 2007, December 20, 2007, and June 26, 2008, COFINA, issued $2,667 million Sales Tax Revenue Bonds Series 2007A and $1,333 million Series 2007B, $499.9 million Series 2007C and $737 million Series 2008A, respectively, to refinance certain series of the Act 164 PFC Bonds outstanding and the corresponding notes issued by PFC by certain series of the Commonwealth's agencies and component units. The Series 2007A, B, C, and 2008A proceeds were deposited in escrow with the Bank of New York/Mellon as master escrow agent to pay interest for appropriation bonds through February 2011.

On October 21, 2008, PFC requested the trustee to restructure certain escrow funds. The funds had been established on July 31, 2007, for the refunding of interest on certain of PFC's taxable bonds (taxable Refunded Interest Only Escrow Requirements). After the escrow fund had been originally established, a portion of the outstanding principal of the bonds, which were the basis for the calculation of the Taxable Refunded Interest Only Escrow Requirements, was extinguished with the proceeds of bonds issued by COFINA. In addition, all the maturities of the PFC Series 2000B Bonds held in escrow were also paid on December 1, 2008. The reduction of principal as described, decreased the Taxable Interest Only Escrow Requirements, and as such, PFC instructed the trustee to restructure the escrows. The restructuring analysis provided approximately $158 million of which approximately $78 million were received by COFINA and approximately $80 million were received by the Commonwealth. In addition, COFINA received approximately $17 million in contributions from PFC. Amounts received were recorded as a special item in the statement of activities during the year ended June 30, 2009.

The outstanding balance of the Commonwealth appropriation bonds comprises the following obligations (expressed in thousands):

| | |
|---|---:|
| Act No. 164 restructuring | $ 497,856 |
| Health Facilities and Services Administration | 39,004 |
| Office for the Improvement of Public Schools of Puerto Rico | 79,744 |
| Puerto Rico Maritime Shipping Authority (PRMSA) | 100,510 |
| Property tax settlement | 22,963 |
| | |
| Total Commonwealth appropriation bonds | $ 740,077 |

**Act No. 164 Restructuring**

On December 17, 2001, Act No. 164 was approved, which authorized certain government agencies and discretely presented component units to refund approximately $2.4 billion of their outstanding obligations with GDB, for which no repayment source existed, over a period not exceeding 30 years, and to be repaid with annual Commonwealth appropriations not to exceed $225 million. This refunding was done with Commonwealth appropriation bonds through several series issued by PFC during the period between December 2001 and June 2002.

Approximately $498 million of the aforementioned outstanding obligations belonged to the primary government, predominantly the Department of Health of the Commonwealth (health reform financing and other costs for approximately $1.1 billion) and the Department of the Treasury of the Commonwealth (the fiscal year 2001 deficit financing of $268 million and the obligation assumed for defective tax liens in the amount of approximately $132 million). The new combined bonds balance of the Act No. 164 restructuring bears interest at rates ranging from 4% to 6.25%. Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---:|---:|---:|
| 2011 | $      - | $ 27,313 | $ 27,313 |
| 2012 | - | 27,725 | 27,725 |
| 2013 | - | 22,488 | 22,488 |
| 2014 | 26,196 | 25,411 | 51,607 |
| 2015 | 26,284 | 24,683 | 50,967 |
| 2016–2020 | 110,613 | 104,284 | 214,897 |
| 2021–2025 | 40,921 | 69,539 | 110,460 |
| 2026–2030 | 217,037 | 46,384 | 263,421 |
| 2031–2032 | 97,444 | 1,805 | 99,249 |
| Total | 518,495 | $349,632 | $868,127 |
| | | | |
| Plus unamortized premium | 9,645 | | |
| Less deferred refunding loss | (30,284) | | |
| | | | |
| Total | $497,856 | | |

**Health Facilities and Services Administration**

As of July 1, 1999, approximately $595 million (including unpaid interest) of a promissory note of the Health Facilities and Services Administration (HFSA) due to GDB was transferred to the Department of Health of the Commonwealth and restructured through Commonwealth appropriation bonds. The bonds bear interest at rates ranging between 5.90% and 6.20%. Principal and interest on the bonds are payable solely from legislative appropriations to be made pursuant to Act No. 223 of August 9, 1998. Act No. 223 provides that OMB shall include in the annual budget of the Commonwealth an amount equal to $56.5 million for the fiscal year 1998-99, and for the next succeeding 15 fiscal years the amount necessary to pay the principal of and interest on the bonds, up to a maximum annual amount of $57.7 million.

Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2011 | $ - | $ 2,040 | $ 2,040 |
| 2012 | - | 2,040 | 2,040 |
| 2013 | - | 2,040 | 2,040 |
| 2014 | 10,665 | 1,720 | 12,385 |
| 2015 | 11,315 | 1,061 | 12,376 |
| 2016–2017 | 17,024 | 9,677 | 26,701 |
| Total | $39,004 | $18,578 | $57,582 |

**Office for the Improvement of Public Schools of Puerto Rico**

Previous public schools infrastructure improvement loans provided additional funds for major repairs and improvements to the public schools in Puerto Rico. This activity is administered by the Office for the Improvement of the Public Schools of Puerto Rico (OIPS), included as part of the general fund of the primary government. These loans were refunded originally through the issuance of Commonwealth appropriation bonds pursuant to Act No. 85 of June 13, 1998 (Act 85). The new combined bonds bear interest at rates ranging from 4.10% to 5.75%. As of June 30, 2010, approximately $79.7 million was outstanding.

Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2011 | $     - | $  5,096 | $   5,096 |
| 2012 | - | 5,262 | 5,262 |
| 2013 | 6,100 | 3,651 | 9,751 |
| 2014 | - | 3,532 | 3,532 |
| 2015 | - | 3,532 | 3,532 |
| 2016–2020 | 7,940 | 17,476 | 25,416 |
| 2021–2025 | 20,190 | 14,846 | 35,036 |
| 2026 | 54,395 | 1,062 | 55,457 |
| Total | 88,625 | $54,457 | $143,082 |
| Plus unamortized premium | 2,364 | | |
| Less deferred refunding loss | (11,245) | | |
| Total | $ 79,744 | | |

## Puerto Rico Maritime Shipping Authority

A promissory note payable owed by PRMSA to GDB was assumed by the Commonwealth in connection with the sale of the maritime operations of PRMSA. Commonwealth appropriation bonds were issued to refund this liability. The new combined bonds balance bears interest at a variable rate ranging from 4.60% to 5.55%. Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2011 | $     - | $  5,810 | $   5,810 |
| 2012 | - | 5,810 | 5,810 |
| 2013 | - | 5,810 | 5,810 |
| 2014 | 12,945 | 5,264 | 18,209 |
| 2015 | 12,415 | 4,640 | 17,055 |
| 2016–2020 | 59,240 | 13,244 | 72,484 |
| 2021–2025 | 15,905 | 5,657 | 21,562 |
| 2026–2030 | 13,765 | 1,814 | 15,579 |
| Total | $ 114,270 | $48,049 | $ 162,319 |
| Less unamortized discount | (134) | | |
| Less deferred refunding loss | (13,626) | | |
| Total | $ 100,510 | | |

**Property Tax Settlement**

During fiscal year 1996, the Commonwealth refinanced the liability for the settlement of the property taxes owed to the municipalities of Puerto Rico. Commonwealth appropriation bonds were issued to refund this liability. The new combined bonds balance bears interest at rates ranging from 4.10% to 4.90%. Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2014 | $11,469 | $ 6,922 | $18,391 |
| 2015 | 10,779 | 7,631 | 18,410 |
| Total | 22,248 | $14,553 | $36,801 |
| Plus accreted discount | 8,163 | | |
| Less deferred charges arising from debt refunding | (7,448) | | |
| Total | $22,963 | | |

**(e)  Advance Refunding, Defeased Bonds, and Refunding of Commonwealth Appropriation Bonds**

In prior years, the Commonwealth defeased certain general obligation and other bonds by placing the proceeds of the bonds in an irrevocable trust to provide for all future debt service payments on the refunded bonds. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the basic financial statements. At June 30, 2010, approximately $1.3 billion of bonds outstanding from prior years advance refunding are considered defeased.

In addition, PBA has defeased certain revenue bonds in prior years by placing the proceeds of new bonds in an irrevocable trust to provide for all future debt service payments on the old debts. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the statement of net assets (deficit). As of June 30, 2010, approximately $940 million of PBA bonds are considered defeased.

**(f)  Notes Payable to Component Units and Private Banks**

The Commonwealth has entered into various short-term line of credit agreements with GDB consisting of the following at June 30, 2010 (expressed in thousands):

| Agency | Purpose | Interest Rate | Line of Credit | Outstanding Balance |
|---|---|---|---|---|
| Department of the Treasury | To fund information technology project | 125 bp over GDB's commercial paper rate | $ 44,868 | $ 14,784 |
| Department of the Treasury | Purchase of mobile X-ray machines | 125 bp over 3 months LIBOR | 12,000 | 2,669 |
| Department of the Treasury | Repay a draw of letter of credit securing the Puerto Rico Public Improvement bonds | 150 bp over Federal Reserve Prime Rate | 115,000 | 100,000 |
| Department of Health | To cover diagnose and treatment costs | 125 bp over 3 months LIBOR | 8,000 | 5,718 |
| Department of Housing | To reimburse to the Puerto Rico Housing Finance Authority, a blended component unit of GDB, for certain advances to the Santurce Revitalization Project | 125 bp over 3 months LIBOR | 19,282 | 11,516 |
| | | | $199,150 | $134,687 |

The Commonwealth financed certain other long-term liabilities through GDB and other component units. The outstanding balance at June 30, 2010 on the financing provided by GDB comprises the following, all within governmental activities (expressed in thousands):

**GDB**

| | |
|---|---|
| Department of the Treasury | $   671,694 |
| Public Buildings Authority | 161,980 |
| Office of Management and Budget | 129,263 |
| Department of Education | 115,010 |
| Department of Transportation and Public Works | 80,180 |
| Department of Agriculture | 65,338 |
| Department of Justice | 51,384 |
| Department of Health | 38,427 |
| Police Department | 34,450 |
| Department of Housing | 26,442 |
| Puerto Rico Court Administration Office | 25,360 |
| Office of the Superintendent of the Capitol | 16,727 |
| Department of Recreation and Sports | 9,315 |
| Correction Administration | 837 |
| Notes payable to GDB | $1,426,407 |

**Other Components Units:**

| | |
|---|---|
| Health facilities agreement payable to the Medical Science Campus of UPR | $43,888 |
| Note payable to PREPA | 19,000 |
| | |
| Notes payable to other component units | $62,888 |

As of June 30, 2010, the Department of the Treasury of the Commonwealth has entered into various line of credit agreements with GDB amounting to a maximum of $1.8 billion for different purposes as presented in the following table. The purpose, interest rate, maturity date, and amount outstanding under each individual agreement at June 30, 2010 consist of the following (expressed in thousands):

| Purpose | Interest Rate | Maturity | Line of Credit | Outstanding Balance |
|---|---|---|---|---|
| To finance payroll and operational expenditures of the Commonwealth for fiscal year 2006 | 5.50% | June 30, 2036 | $  741,000 | $  230,000 |
| Resources to meet appropriations in annual budget of the Commonwealth (fiscal year 2004) and federal programs expenditures | 125 bp over 3 month libor | June 30, 2018 | 640,000 | 150,000 |
| Capital improvements projects of agencies and municipalities | 150 bp over GDB's commercial paper rate | June 30, 2019 | 130,000 | 90,878 |
| To pay agencies debt | 125 bp over 3 month libor | September 30, 2012 | 100,000 | 75,000 |
| To finance capital improvements projects for several government agencies | 7% | June 30, 2018 | 105,000 | 74,753 |
| Resources to cover the operational needs of the catastrophic disasters fund, (fiscal year 2004) of the Puerto Rico Health Insurance Administration and the Department of the Family | 125 bp over 3 month libor | September 30, 2015 | 79,930 | 43,297 |
| Acquisition of Salinas Correctional Facilities | 125 bp over 3 month libor | June 30, 2018 | 15,000 | 7,766 |
| Total | | | $ 1,810,930 | $  671,694 |

On April 27, 2009, GDB provided to the Public Buildings Authority (PBA) a non-revolving credit facility in the maximum principal amount of $98.5 million bearing interest on the unpaid principal amount of each advance at a fluctuating annual rate equal to 1.50% over and above the Prime Rate or at such other rate determined by GDB. The proceeds will be used exclusively for the payment of certain amounts due by PBA to its suppliers and service providers. The loan and the accrued interest are due on June 30, 2011 and will be payable from all funds generated by PBA and any other properties owned and pledged to GDB. As of June 30, 2010, $4 million were outstanding. PBA also maintains a $75 million line-of-credit agreement with GDB for payment of operational expenses.

Borrowings under this line of credit agreement bear interest at a fixed rate of 7%, and are payable upon maturity on June 30, 2018. As of June 30, 2010, $70 million were outstanding. In addition, on May 2, 2008, the Authority executed two Loan Agreements with GDB for the interim financing of its Capital Improvement Program in an amount not to exceed $226 million, bearing interest a variable rate of 1.5% over Prime Rate with a minimum rate of 5%. The loans and the accrued interest are due on October 31, 2010 and will be repaid from the proceeds of the next bond issuance of the Authority divided into $209 million on a tax-exempt basis and $16.9 million on a taxable basis. As of June 30, 2010, $88 million were outstanding. An additional line-of-credit was entered into between GDB and PBA on February 27, 2009 for a maximum amount of $64.5 million, bearing interest daily from the drawings date until its repayment at a rate of interest per annum equal to the Prime Rate plus 150 basis points not to exceed 12%. This loan was issued with the purpose of paying the interest component of certain outstanding revenue and revenue refunding bonds of the PBA. The loan and interest are payable upon maturity of the line of credit on June 30, 2010 and were paid with the proceeds from the Government Facilities Revenue Refunding Bonds, Series Q.

On June 5, 2006, the Office of Management and Budget entered into a $150 million line of credit agreement with GDB to provide economic assistance for disasters and emergencies. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR, and are payable upon the maturity of the line of credit on September 30, 2011. As of June 30, 2010, $129.3 million were outstanding.

On February 6, 2003, the Department of Education of the Commonwealth entered into a $25 million line of credit agreement with GDB for the purchase of equipment and for school improvements. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR, and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2010, $5 million was outstanding. On August 4, 2002, the Department of Education of the Commonwealth entered into an additional $140 million line of credit agreement with GDB in order to reimburse the Department of the Treasury of the Commonwealth for payments made on their behalf for state funds used to fund federal program expenditures. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR and were payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2010, $110 million still remains outstanding related to the borrowing. The line of credit is expected to be repaid upon collection of the federal grants.

The DTPW entered into four line-of-credit agreements with GDB amounting to $118 million for improvement and maintenance of roads around the island. Borrowings under these lines of credit bear interest at a 7% rate and are payable upon maturity of the line of credit on June 30, 2018. As of June 30, 2010, $80.2 million was outstanding.

On August 9, 1999, the Department of Agriculture of the Commonwealth entered into a $125 million non-revolving line-of-credit agreement with GDB to provide economic assistance to the agricultural sector, which sustained severe damages caused by Hurricane Georges in 1998. As of February 24, 2004 the line-of-credit increased by $50 million resulting in a total amount of $175 million. Borrowings under this line-of-credit agreement bear interest at variable rates based on 125 basis points over three-month LIBOR; starting on October 1, 2009 the outstanding balance will bear interest at a fixed rate of 7% and is payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2010, $65.3 million were outstanding.

On October 2, 2002, the Department of Justice of the Commonwealth entered into a $90 million line of credit agreement with GDB for the financing of 12 public improvement projects for the Municipality of Ponce pursuant to a court order. Borrowings under this line of credit agreement bear

interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2010, $19 million related to this line of credit agreement were outstanding. On August 8, 2005, the Department of Justice of the Commonwealth entered into an additional agreement (amendment) to increase line-of-credit of $90 million to $110 million to cover various projects in Ponce. Borrowings under this line of credit agreement bear interest at 7% rate and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2010, this line of credit agreement amounted to $32 million.

In August 2003, the Department of Health of the Commonwealth entered into a $30 million line of credit agreement with GDB in order to repay certain outstanding debts that the PRMeSA had with other agencies and suppliers. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon maturity of the line of credit on June 30, 2018. As of June 30, 2010, $23 million related to this line of credit agreement were outstanding. On November 8, 2004, the Department of Health entered into an additional $58.5 million line of credit agreement with GDB for the financing of a project of the Department of Health and PRMeSA. Borrowings under this line of credit agreement bear interest at variable rates based on 150 basis points over GDB's commercial paper rate and are payable upon the maturity of the line of credit on October 31, 2014. As of June 30, 2010, the outstanding balance of this line of credit agreement amounted to $15 million.

On July 29, 2004, the Police Department entered into a $48 million line of credit agreement with GDB for the acquisition of vehicles and high technology equipment. Borrowings under this line of credit agreement bear interest based on the All Inclusive Total Interest Cost of the Medium Term Notes, Series B, plus a mark-up of 1.25% and are payable upon the maturity of the line of credit on September 30, 2014. The outstanding balance of this line of credit agreement amounted to $34.5 million at June 30, 2010.

On December 3, 2007, the Department of Housing entered into a $30 million line-of-credit agreement with GDB for the purchase of Juan C. Cordero Dávila building. Borrowings under this line of credit agreement bear interest based on .75 basis points over three month LIBOR and are payable upon maturity of the line of credit on February 28, 2038. As of June 30, 2010, $26.4 million related to this line of credit agreement were outstanding.

On May 7, 2001, the Puerto Rico Court Administration Office (the "Office") entered into a $49.4 million no revolving line of credit agreement with GDB for operating purposes. Borrowings under this line of credit agreement bear interest at a variable rate of three month LIBOR plus 1%, not to exceed 8%. The Office must deposit $6 million a year, from the total fees collected on the filing of civil cases, in a special fund created by the Department of the Treasury of the Commonwealth, which is pledged for repayment until July 31, 2015. As of June 30, 2010, approximately $25.4 million remains outstanding.

On February 15, 2002, the Office of the Superintendent of the Capitol (Superintendent) entered into a $35 million line of credit agreement with GDB for the Office of the Superintendent of the Capitol parking's construction. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2010, $16.7 million remained outstanding from the line of credit agreement.

On January 18, 2005, the Department of Recreation and Sports (DRS) entered into a $17.2 million line of credit agreement with GDB for the development of a series of recreational projects at different municipalities. Borrowings under this line of credit agreement bear interest based on 150 basis points over GDB's commercial paper rate and are payable upon the maturity of the line of credit on June 30, 2018. The proceeds of the line of credit are used for development and

improvement of recreational facilities As of June 30, 2010, $0.4 million were outstanding. An additional line-of-credit was entered into between GDB and the DRS in the maximum principal amount of $17.6 million bearing interest on the unpaid principal amount of each advance at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. The line-of-credit proceeds are used for development and improvement of recreational facilities. As of June 30, 2010, $9 million were outstanding.

On May 12, 2004, the Correction Administration of the Commonwealth entered into a $60 million line-of-credit agreement with GDB for improvements to certain correctional facilities. Borrowings under this line-of-credit agreement bear interest at fixed 7% rate and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2010, $0.8 million were outstanding.

As of July 1, 1999 debts of approximately $102 million payable to UPR, a discretely presented component unit, in relation to outstanding noninterest bearing debt accumulated in prior years by HFSA were transferred to the Commonwealth. On September 7, 2004, additional debts of approximately $71.2 million were also restructured and combined with the previous financing arrangement. As of June 30, 2010, $25 million remains outstanding of this arrangement. During the fiscal year 2009, the OMB and the UPR signed an intra-agency agreement amounting to $36 million to pay for appropriation for fiscal year 2007 and 2008. In April 2011 the OMB settled this intra-agency agreement for $18.6 million. Future amounts required to pay principal balances at June 30, 2010 are expected to be as follows (expressed in thousands):

**Year Ending June 30**

| | |
|---|---|
| 2011 | $ 7,570 |
| 2012 | 26,599 |
| 2013 | 8,000 |
| 2014 | 1,719 |
| Total | $43,888 |

The noninterest bearing note payable to PREPA, a discretely presented component unit, consists of $19 million of fuel adjustment subsidy due by the Commonwealth and the refinancing during 2004 of $24.1 million of other accumulated debt by the Commonwealth's agencies with PREPA. The $19 million balance at June 30, 2010 is expected to be paid during the year ending June 30, 2011.

With the exception of a few lines of credit having a defined source of repayment, the remaining lines of credit described above used Commonwealth appropriations as the source of repayment until June 30, 2007. Beginning in fiscal year 2008, these lines of credit are expected to be repaid or refunded with a combination of Commonwealth appropriations and COFINA under the mechanism described in note 15(c).

**(g) Compensated Absences**

Long-term debt includes approximately $1.5 billion of accrued vacation and sick leave benefits at June 30, 2010. The total liability of compensated absences recorded as governmental and business type activities amounted to $1.5 billion and $4.2 million, respectively.

**(h)  Net Pension Obligation**

The amount reported as net pension obligation of approximately $8 billion represents the cumulative amount owed by the Commonwealth for the unfunded prior years' actuarially required pension contributions to the ERS, JRS, and the TRS (collectively known as the pension plans) (see note 20). The net pension obligation has been recorded as a liability in governmental activities in the accompanying statement of net assets (deficit).

**(i)  Unpaid Lottery Prizes**

The amount reported as unpaid lottery prizes represents the lottery prizes payable of the Lottery of Puerto Rico (commonly known as "Traditional Lottery") and the Additional Lottery System (commonly known as "Lotto") jointly known as the Lottery Systems at June 30, 2010. The minimum annual payments related to unpaid awards of both lotteries are as follows (expressed in thousands):

| Year Ending<br>June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2011 | $  56,561 | $  8,434 | $  64,995 |
| 2012 | 26,540 | 9,145 | 35,685 |
| 2013 | 23,337 | 9,641 | 32,978 |
| 2014 | 20,447 | 9,911 | 30,358 |
| 2015 | 17,279 | 9,649 | 26,928 |
| 2016–2020 | 56,204 | 43,399 | 99,603 |
| 2021–2025 | 20,530 | 23,945 | 44,475 |
| 2026–2030 | 3,003 | 3,898 | 6,901 |
| Total | $ 223,901 | $ 118,022 | $ 341,923 |

The minimum annual payments related to unpaid awards of Lotto excluded unclaimed prizes liability of approximately $5 million at June 30, 2010, which is reported as prizes payable — current portion.

The liability for unpaid lottery prizes is reported in the accompanying statement of net assets (deficit) – business – type activities and statement of net assets (deficit) — proprietary funds.

**(j)  Claims Liability for Insurance Benefits**

The Commonwealth provides unemployment compensation, non occupational disability, and drivers' insurance coverage to public and private employees through various insurance programs administered by the Department of Labor and Human Resources of the Commonwealth. These insurance programs cover workers against unemployment, temporary disability, or death because of work or employment related accidents or because of illness suffered as consequence of their employment.

The Commonwealth establishes liabilities for incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. Insurance benefit claim liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors. The liability for insurance benefits claims is reported as a current liability in the accompanying statement of net assets (deficit) business type activities — and

statement of net assets (deficit) proprietary funds. The liability as of June 30, 2010, amounts to $103 million.

**(k) Obligations under Capital Lease Arrangements**

The Commonwealth is obligated under capital leases with third parties that expire through 2038 for land, buildings, and equipment. At June 30, 2010, the capitalized cost of the land, buildings, and equipment amounted to approximately $271.1 million and is included in the accompanying government wide statement of net assets (deficit) within capital assets.

The present value of future minimum capital lease payments at June 30, 2010 reported in the accompanying government wide statement of net assets (deficit) is as follows (expressed in thousands):

| Year Ending June 30 | |
|---|---|
| 2011 | $ 23,416 |
| 2012 | 23,005 |
| 2013 | 26,257 |
| 2014 | 22,362 |
| 2015 | 22,107 |
| 2016–2020 | 105,651 |
| 2021–2025 | 100,986 |
| 2026–2030 | 100,011 |
| 2031–2035 | 58,595 |
| 2036–2038 | 14,775 |
| Total future minimum lease payments | 497,165 |
| Less amount representing interest costs | (262,181) |
| Present value of minimum lease payments | $ 234,984 |

Leased land, buildings, and equipment under capital leases in capital assets at June 30, 2010, include the following (expressed in thousands):

| | |
|---|---|
| Land | $ 7,960 |
| Buildings | 254,886 |
| Equipment | 8,269 |
| Subtotal | 271,115 |
| Less accumulated amortization | (48,500) |
| Total | $ 222,615 |

Amortization charge applicable to capital leases and included within depreciation expense of capital assets amounted to $7.4 million in 2010.

The Commonwealth is also committed under numerous operating leases, covering land, office facilities, and equipment. Rental expenditures within the governmental funds for the year ended June 30, 2010 under such operating leases were approximately $115 million.

The future minimum lease payments for these leases are as follows (expressed in thousands):

| Year Ending June 30 | |
| --- | --- |
| 2011 | $ 105,411 |
| 2012 | 79,119 |
| 2013 | 64,704 |
| 2014 | 37,433 |
| 2015 | 22,565 |
| 2016–2020 | 47,418 |
| 2021–2025 | 23,949 |
| 2026–2030 | 11,702 |
| 2031–2035 | 4,048 |
| Total future minimum lease payments | $ 396,349 |

**(l)   Other Long-term Liabilities**

The remaining long-term liabilities of governmental activities at June 30, 2010 include (expressed in thousands):

| | |
| --- | --- |
| Liability for legal claims and judgments (note 19) | $ 1,301,299 |
| Liability for salary increases granted through legislation | 318,375 |
| Liability to U.S. Army Corps of Engineers (note 13) | 205,000 |
| Employees' Christmas bonus | 153,348 |
| Liability for federal cost disallowances (note 19) | 102,790 |
| Liability to the Puerto Rico System of Annuities and Pensions for Teachers | 53,820 |
| Other | 57,922 |
| Total | $ 2,192,554 |

As described in note 13, the Commonwealth has a debt obligation with the U.S. Army Corps of Engineers in relation to the construction of the Cerrillos Dam and Reservoir project and the Portugues river and the Bucana river projects.

The Commonwealth, through laws dating back to 1954, has granted eligible police agents, various salary-related benefits such as annual salary increases, awards for years of service, and monetary benefits awarded for special assignments, among others. As of June 30, 2010, the Commonwealth's liability related to these salary-related benefits amounted to approximately $318.4 million.

On May 31, 2004, the Puerto Rico System of Annuities and Pensions for Teachers (TRS) claimed the Office of Management and Budget of the Commonwealth of Puerto Rico resources that should had been awarded to TRS pursuant to Law No. 62 of September 4, 1992, (Law No. 62) as amended, which establishes an increase of 3% in pension annuities every three years for those members who meet certain eligibility requirements. In addition, there have been other laws that granted benefits, such as summer and Christmas bonuses, among others. Most of the funds used to cover these

benefits are budgeted by the Commonwealth through legislative appropriations. Nevertheless, the cost of pension benefits that increased from 1992 to June 30, 2004, was not received in full by the TRS from legislative appropriations.

On April 23, 2010, the Office of Management and Budget ("OMB") and the TRS signed an agreement amounting to $53.8 million through which the TRS settled its claim related to Law No. 62 and Law No. 226, approved on August 10, 1998.

Amounts owed will be paid as follows (expressed in thousands):

| Fiscal Period | Amount |
|---|---|
| 2010–2011 | $ 10,764 |
| 2011–2012 | 10,764 |
| 2012–2013 | 10,764 |
| 2013–2014 | 10,764 |
| 2014–2015 | 10,764 |
| Total | $ 53,820 |

### (m) Fiduciary Funds

On February 27, 2007, the ERS's administration and GDB, acting as ERS's fiscal agent, presented to the Board of Trustees, a financial transaction for the issuance of pension funding bonds in order to reduce the System's unfunded actuarial accrued liability. The ERS authorized the issuance of one or more series of bonds (the "Bonds") in order to increase the funds currently available to pay pension benefits to certain of its beneficiaries and reduce its unfunded accrued actuarial pension liability. The ERS pledged future employer contributions to the payment of the Bonds, invested the proceeds of the Bonds and used these investments and the earnings thereon to provide such pension benefits to its beneficiaries.

On January 31, 2008, the ERS issued the first series of Bonds, which consisted of approximately $1.6 billion aggregate principal amount of Senior Pension Funding Bonds, Series A (the "Series A Bonds"). On June 2, 2008, the ERS issued the second of such series of Bonds; which consisted of approximately $1,059 million aggregate principal amount of Senior Pension Funding Bonds, Series B (the "Series B Bonds"). Finally, on June 30, 2008, the ERS issued the third and final of such series of Bonds, which consisted of approximately $300 million aggregate principal amount of Senior Pension Funding Bonds, Series C (the "Series C Bonds"). The following is a summary of changes in the bonds payable principal balance (expressed in thousands):

| | Balance at June 30, 2009 | Additions/ Accretion | Balance at June 30, 2010 |
|---|---|---|---|
| 5.85% to 6.45% Term Bonds Series A due July 1, 2058 | $1,592,875 | $ 3,093 | $1,595,968 |
| 6.25% to 6.55% Term Bonds Series B due July 1, 2058 | 1,075,774 | 16,950 | 1,092,724 |
| 6.15% to 6.50% Term Bonds Series C due July 1, 2043 | 300,349 | 158 | 300,507 |
| Bond discounts | (7,639) | 215 | (7,424) |
| Total | $2,961,359 | $20,416 | $2,981,775 |

- 156 -

As of June 30, 2010, the outstanding balance of the Bonds is as follows (in thousands):

**Description**

| | |
|---|---:|
| Series A Bonds: | |
| Capital Appreciation Bonds, maturing in 2028, bearing interest at 6.20% | $ 52,198 |
| Term Bonds, maturing in 2023, bearing interest at 5.85% | 200,000 |
| Term Bonds, maturing from 2031 through 2038, bearing interest at 6.15% | 679,000 |
| Term Bonds, maturing from 2039 through 2042, bearing interest at 6.20% | 332,770 |
| Term Bonds, maturing from 2055 through 2058, bearing interest at 6.45% | 332,000 |
| Total Series A Bonds outstanding | 1,595,968 |
| Series B Bonds: | |
| Capital Appreciation Bonds, maturing from 2028 through 2030, bearing interest at 6.40% | 160,833 |
| Capital Appreciation Bonds, maturing from 2031 through 2034, bearing interest at 6.45% | 115,791 |
| Term Bonds, maturing in 2031, bearing interest at 6.25% | 117,100 |
| Term Bonds, maturing from 2036 through 2039, bearing interest at 6.30% | 270,000 |
| Term Bonds, maturing from 2055 through 2058, bearing interest at 6.55% | 429,000 |
| Total Series B Bonds outstanding | 1,092,724 |
| Series C Bonds: | |
| Capital Appreciation Bonds, maturing in 2030, bearing interest at 6.50% | 2,507 |
| Term Bonds, maturing in 2028, bearing interest at 6.15% | 110,000 |
| Term Bonds, maturing in 2038, bearing interest at 6.25% | 45,000 |
| Term Bonds, maturing in 2043, bearing interest at 6.30% | 143,000 |
| Total Series C Bonds outstanding | 300,507 |
| Total bonds outstanding | 2,989,199 |
| Less bonds discount | (7,424) |
| Bonds payable — net | $2,981,775 |

**Series A Bonds** — The aggregate principal amount of the Series A Bonds issued amounted to approximately $1,589 million of which $1,544 million were issued as term bonds (the "Series A Term Bonds") and $45 million were issued as capital appreciation bonds ("the Series A Capital Appreciation Bonds"). Interest on the Series A Bonds accrues, or compounds (in the case of the Series A Capital Appreciation Bonds), from their date of delivery. Interest in the Series A Term Bonds are payable monthly on the first day of each month, commencing on March 1, 2008. Interest on the Series A Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Capital Appreciation Bonds on each January 1 and July 1, commencing on July 1, 2008 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360-day year consisting of twelve 30-day months. The Series A Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series A Capital Appreciation Bonds, the accreted amount) of the Series A Bonds, plus accrued interest to the redemption date, and without premium.

**Series B Bonds** — The aggregate principal amount of the Series B Bonds amounted to approximately $1,059 million of which $816 million were issued as term bonds (the "Series B Term Bonds") and

$243 million were issued as capital appreciation bonds (the "Series B Capital Appreciation Bonds"). Interest on the Series B Bonds accrues, or compounds (in the case of the Series B Capital Appreciation Bonds), from their date of delivery. Interest in the Series B Term Bonds are payable monthly on the first day of each month, commencing on July 1, 2008. Interest on the Series B Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Series B Capital Appreciation Bonds on each January 1 and July 1, commencing on July 1, 2008 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360-day year consisting of twelve 30-day months. The Series B Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series B Capital Appreciation Bonds, the accreted amount) of the Series B Bonds, plus accrued interest to the redemption date, and without premium.

**Series C Bonds** — The aggregate principal amount of the Series C Bonds amounted to approximately $300 million of which $298 million were issued as term bonds (the "Series C Term Bonds") and $2 million were issued as capital appreciation bonds (the "Series C Capital Appreciation Bonds"). Interest on the Series C Bonds accrues, or compounds (in the case of the Series C Capital Appreciation Bonds), from their date of delivery. Interest in the Series C Term Bonds are payable monthly on the first day of each month, commencing on August 1, 2008. Interest on the Series C Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Series C Capital Appreciation Bonds on each January 1 and July 1, commencing on July 1, 2009 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360-day year consisting of twelve 30-day months. The Series C Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series C Capital Appreciation Bonds, the accreted amount) of the Series C Bonds, plus accrued interest to the redemption date, and without premium.

Debt service requirements in future years on pension funding bonds as of June 30, 2010 are as follows (expressed in thousands):

| Year Ending<br>June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2011 | $ - | $ 166,519 | $ 166,519 |
| 2012 | - | 166,519 | 166,519 |
| 2013 | - | 166,519 | 166,519 |
| 2014 | - | 166,519 | 166,519 |
| 2015 | - | 166,519 | 166,519 |
| 2016–2020 | - | 832,595 | 832,595 |
| 2021–2025 | 200,000 | 809,195 | 1,009,195 |
| 2026–2030 | 186,112 | 844,369 | 1,030,481 |
| 2031–2035 | 342,267 | 708,935 | 1,051,202 |
| 2036–2040 | 1,240,170 | 526,825 | 1,766,995 |
| 2041–2045 | 218,100 | 254,552 | 472,652 |
| 2046–2050 | - | 247,568 | 247,568 |
| 2051–2055 | 183,200 | 247,568 | 430,768 |
| 2056–2059 | 577,800 | 72,707 | 650,507 |
| | 2,947,649 | $5,376,909 | $8,324,558 |
| Plus accreted interest | 41,550 | | |
| Less unamortized discount | (7,424) | | |
| Total | $2,981,775 | | |

**Pledge of Employer Contributions Pursuant to Security Agreement**

The ERS entered into a Security Agreement with the Fiscal Agent for the benefit of the bondholders, pursuant to which the ERS pledged to the Fiscal Agent, and granted the Fiscal Agent a security interest in employer contributions made after January 31, 2008, which was the date of issuance of the first series of bonds, and the funds on deposit with the Fiscal Agent under the various accounts established under the Pension Funding Bond Resolution (the "Resolution").

The Resolution and the Security Agreement constitute a contract between the ERS and the Fiscal Agent, on behalf of owners of the bonds. The pledge, covenants and agreements of the ERS set forth in the Resolution and the Security Agreement shall be for the equal benefit, protection and security of the owners of the bonds, regardless of time or times of their issuance or maturity, and shall be of equal rank, without preference, priority or distinction of any of the bonds over any other bond, except as expressly provided in or permitted by the Resolution. The pledge by the ERS of the pledged funds, which consist of all employer contributions that are made after January 31, 2008, which was the date of issuance of the first series of bonds, in accordance with the Act and amounts on deposit in the different accounts created pursuant to the Resolution for the benefits of the owners of the bonds, is irrevocable so long as any bonds are outstanding under the terms of the Resolution.

**(n) Discretely Presented Component Units**

Notes and appropriation bonds payable are those liabilities that are paid out of the component units' own resources. These notes and appropriation bonds do not constitute a liability or debt of the primary government.

The outstanding balance of notes payable at June 30, 2010 is as follows (expressed in thousands):

| Component Unit | Interest rates | Maturity Through | Balance at June 30, 2009 as Restated | Additions | Reductions | Balance at June 30, 2010 | Amounts Due Within One Year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 2.5%–6.97% | 2040 | $2,098,725 | $1,371,076 | $ 338,045 | $3,131,756 | $158,614 |
| Puerto Rico Electric Power Authority | 3.36%–4.30% | 2023 | 1,054,791 | 150,000 | 1,139,270 | 65,521 | 15,090 |
| State Insurance Fund Corporation | 6.31%–6.84% | 2019 | 48,283 | - | 4,480 | 43,803 | 2,160 |
| Economic Development Bank for Puerto Rico | 4.51%–6.30% | 2023 | 293,000 | 181,321 | 18,000 | 456,321 | - |
| Puerto Rico Industrial Development Company | 5.10%–8.45% | 2024 | 84,003 | 4,441 | 4,779 | 83,665 | 5,137 |
| Puerto Rico Land Authority | 2.55% | 2031 | 2,821 | - | 2,121 | 700 | - |
| Puerto Rico Ports Authority | Variable | 2028 | 605,449 | 9,196 | 43,832 | 570,813 | 173,334 |
| Agricultural Services and Development Administration | Variable | 2011 | 11,354 | 5,604 | 11,354 | 5,604 | 5,604 |
| Puerto Rico Trade and Export Company | 4.75%–6.14% | 2030 | 200,570 | 76,618 | 80,000 | 197,188 | 16,273 |
| Puerto Rico Aqueduct and Sewer Authority | 3.15% | 2012 | 247,436 | - | 2,748 | 244,688 | 2,944 |
| Puerto Rico Metropolitan Bus Authority | 6.68% | 2012 | 42,130 | - | 1,720 | 40,410 | 4,720 |
| Total notes payable component units | | | $4,688,562 | $1,798,256 | $1,646,349 | $4,840,469 | $383,876 |

Debt service requirements on component units' notes payable with fixed maturities at June 30, 2010 were as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2011 | $ 383,876 | $ 242,189 | $ 626,065 |
| 2012 | 942,016 | 206,673 | 1,148,689 |
| 2013 | 715,732 | 166,558 | 882,290 |
| 2014 | 459,385 | 137,381 | 596,766 |
| 2015 | 651,178 | 109,350 | 760,528 |
| 2016–2020 | 1,100,594 | 385,731 | 1,486,325 |
| 2021–2025 | 456,024 | 138,700 | 594,724 |
| 2026–2030 | 115,062 | 41,376 | 156,438 |
| 2031–2035 | 4,114 | - | 4,114 |
| 2036–2040 | 5,596 | - | 5,596 |
| Premium, net | 6,892 | - | 6,892 |
| Total | $4,840,469 | $1,427,958 | $6,268,427 |

The table that follows represents debt service payments on a component unit's variable-rate note payable and the net payments on associated hedging derivative instrument as of June 30, 2010. Although interest rates on variable rate debt and the current reference rate of hedging derivative instrument change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rate of the hedging derivative instrument on June 30, 2010 will remain in the same of their term.

| Year Ending June 30 | Variable-Rate Note Payable | | Hedging Derivative Instruments, Net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2011 | $ 22,747 | $ 12,776 | $ 15,621 | $ 51,144 |
| 2012 | 22,747 | 12,025 | 15,621 | 50,393 |
| 2013 | 22,747 | 11,273 | 15,621 | 49,641 |
| 2014 | 22,747 | 10,521 | 15,621 | 48,889 |
| 2015 | 22,747 | 9,770 | 15,621 | 48,138 |
| 2016–2020 | 113,737 | 37,575 | 31,243 | 182,555 |
| 2021–2025 | 113,737 | 18,788 | - | 132,525 |
| 2026–2030 | 45,496 | 2,254 | - | 47,750 |
| Total | $ 386,705 | $ 114,982 | $ 109,348 | $ 611,035 |

Commonwealth appropriation bonds payable outstanding at June 30, 2010 are as follows (expressed in thousands):

| Component Unit | Interest rates | Maturity Through | Balance at June 30, 2009 | Additions | Reductions | Balance at June 30, 2010 | Amounts Due Within One Year |
|---|---|---|---|---|---|---|---|
| Puerto Rico Aqueduct and Sewer Authority | 1.25% - 6.15% | 2031 | $676,794 | $ - | $5,245 | $671,549 | $8,615 |
| Puerto Rico Tourism Company | 4.00%–6.15% | 2031 | 60,664 | - | 136 | 60,528 | - |
| Land Authority of Puerto Rico | 2.55% | 2031 | 76,715 | - | - | 76,715 | - |
| Government Development Bank for Puerto Rico | 4.10%–5.25% | 2031 | 4,812 | - | - | 4,812 | - |
| Puerto Rico Infrastructure Financing Authority | 0.539% | 2031 | 4,956 | - | - | 4,956 | - |
| Puerto Rico Solid Waste Authority | 1.25%–5.75% | 2031 | 10,689 | - | - | 10,689 | - |
| Total Commonwealth appropriation bonds — component units | | | $834,630 | $ - | $5,381 | $829,249 | $8,615 |

Debt service requirements on component units' appropriation bonds payable with fixed maturities at June 30, 2010 were as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2011 | $    8,615 | $  45,307 | $    53,922 |
| 2012 | 8,985 | 45,904 | 54,889 |
| 2013 | - | 34,372 | 34,372 |
| 2014 | 16,943 | 34,898 | 51,841 |
| 2015 | 17,338 | 34,304 | 51,642 |
| 2016–2020 | 110,777 | 154,175 | 264,952 |
| 2021–2025 | 127,350 | 123,960 | 251,310 |
| 2026–2030 | 383,904 | 78,881 | 462,785 |
| 2031–2035 | 170,346 | 4,318 | 174,664 |
| Premium, net | 37,723 | - | 37,723 |
| Deferred loss, net | (52,732) | - | (52,732) |
| Total | $829,249 | $556,119 | $1,385,368 |

Bonds payable outstanding at June 30, 2010 are as follows (expressed in thousands):

| Component Unit | Interest Rates | Maturity Through | Balance at June 30, 2009 | Additions | Reductions | Balance at June 30, 2010 | Amount Due Within One Year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 2.6%-6.5% | 2039 | $   959,133 | $   259,650 | $   244,334 | $   974,449 | $   67,605 |
| Puerto Rico Infrastructure Financing Authority | Variable | 2046 | 3,034,250 | - | 36,189 | 2,998,061 | 1,038,860 |
| University of Puerto Rico | 3%-5.75% | 2036 | 698,039 | 2,341 | 23,915 | 676,465 | 29,337 |
| Puerto Rico Municipal Finance Authority | 3.70%–6.00% | 2030 | 1,295,050 | - | 97,146 | 1,197,904 | 90,200 |
| Puerto Rico Ports Authority | 5.00%–7.30% | 2028 | 54,655 | 46,556 | 58,545 | 42,666 | - |
| Puerto Rico Aqueduct and Sewer Authority | 4.25%-6.15% | 2050 | 1,890,234 | 23,645 | 4,449 | 1,909,430 | 2,992 |
| Puerto Rico Highways and Transportation Authority | 2.25%–6.50% | 2046 | 7,033,431 | 5,462 | 521,154 | 6,517,739 | 120,095 |
| Puerto Rico Industrial Development Company | 5.10%–6.75% | 2028 | 265,638 | 377 | 17,050 | 248,965 | 11,875 |
| Puerto Rico Convention Center District Authority | 4.00%–5.00% | 2036 | 472,909 | - | 6,949 | 465,960 | 8,640 |
| Puerto Rico Electric Power Authority | 3.00%–7.00% | 2035 | 6,008,385 | 2,573,961 | 1,087,024 | 7,495,322 | 172,278 |
| Total bonds payable- component units | | | $21,711,724 | $2,911,992 | $2,096,755 | $22,526,961 | $1,541,882 |

Debt service requirements on component units' bonds payable with fixed maturities at June 30, 2010 were as follows (expressed in thousands):

| Year Ending June 30, | Principal | Interest | Total |
|---|---:|---:|---:|
| 2011 | $  1,541,882 | $  1,061,326 | $  2,603,208 |
| 2012 | 558,868 | 1,009,657 | 1,568,525 |
| 2013 | 615,735 | 987,829 | 1,603,564 |
| 2014 | 626,290 | 958,966 | 1,585,256 |
| 2015 | 942,138 | 996,563 | 1,938,701 |
| 2016–2020 | 2,637,742 | 3,120,298 | 5,758,040 |
| 2021–2025 | 3,706,347 | 3,470,716 | 7,177,063 |
| 2026–2030 | 3,923,226 | 2,465,655 | 6,388,881 |
| 2031–2035 | 2,881,197 | 1,745,938 | 4,627,135 |
| 2036–2040 | 3,258,737 | 1,068,979 | 4,327,716 |
| 2041–2045 | 1,772,935 | 405,925 | 2,178,860 |
| 2046–2050 | 855,083 | 80,522 | 935,605 |
| Premium, net | 249,448 | - | 249,448 |
| Unacreted discount | (691,783) | - | (691,783) |
| Deferred loss | (350,884) | - | (350,884) |
| Total | $22,526,961 | $17,372,374 | $39,899,335 |

The table that follows represents debt service payments on certain component units' variable-rate bonds and the net payments on associated hedging derivative instruments as of June 30, 2010. Although interest rates on variable rate debt and the current reference rates of hedging derivative instruments change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rates of hedging derivative instruments on June 30, 2010 will remain the same for their term.

| Year Ending June 30, | Variable-Rate Bonds | | Hedging Derivative Instruments, Net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2011 | $          - | $      9,401 | $          34,603 | $      44,004 |
| 2012 | - | 9,401 | 34,598 | 43,999 |
| 2013 | - | 9,401 | 34,608 | 44,009 |
| 2014 | - | 9,401 | 34,603 | 44,004 |
| 2015 | - | 9,401 | 34,603 | 44,004 |
| 2016-2020 | 87,670 | 44,632 | 170,236 | 302,538 |
| 2021-2025 | 107,235 | 38,598 | 151,649 | 297,482 |
| 2026-2030 | 402,085 | 30,111 | 119,024 | 551,220 |
| 2031-2035 | 72,800 | 14,752 | 68,250 | 155,802 |
| 2036-2040 | - | 14,101 | 65,777 | 79,878 |
| 2041-2045 | 155,620 | 9,871 | 28,667 | 194,158 |
| 2046-2050 | 233,440 | 426 | 374 | 234,240 |
| Total | $  1,058,850 | $    199,496 | $        776,992 | $  2,035,338 |

Several component units have defeased certain revenue bonds by placing the proceeds of new bonds in irrevocable trusts to provide for all future debt service payments on the old debts. Accordingly, the trust accounts' assets and liabilities for the defeased bonds are not included in the statement of net assets (deficit). As of June 30, 2010, the following bonds are considered defeased (in million):

|  | Amount Outstanding |
|---|---|
| Puerto Rico Electric Power Authority | $4,079 |
| Puerto Rico Highways and Transportation Authority | 2,527 |
| Puerto Rico Municipal Finance Agency | 243 |
| Total | $6,849 |

## 16.  GUARANTEED AND APPROPRIATION DEBT

### (a)  Guaranteed Debt

The Commonwealth may provide guarantees for the repayment of certain borrowings of component units to carry out designated projects. At June 30, 2010, the following component unit debts are guaranteed by the Commonwealth (expressed in thousands):

|  | Maximum Guarantee | Outstanding Balance |
|---|---|---|
| Blended component unit — | | |
| Public Buildings Authority (1) | $ 3,325,000 | $ 3,180,587 |
| Discretely presented component units: | | |
| Government Development Bank for Puerto Rico | 267,000 | 267,000 |
| Puerto Rico Aqueduct and Sewer Authority | 972,627 | 972,627 |
| Port of the Americas Authority | 250,000 | 204,713 |
| Total | $ 4,814,627 | $ 4,624,927 |

(1) Act No. 95 of July 26, 2010 amended Article 6(a) of Act No. 56 of June 19, 1958 to increase the Commonwealth's maximum guarantee over the Public Buildings Authority's borrowings from $3,325 million to $4,325 million.

The Commonwealth has guaranteed the payments of rentals of its departments, agencies, and component units to PBA, a blended component unit, under various lease agreements executed pursuant to the law that created PBA. Such rental payments include the amounts required by PBA for the payment of principal and interest on the guaranteed debt as authorized by law. The rental commitment to cover principal and interest on the guaranteed debt (excluding premiums and deferred refunding losses) as of June 30, 2010 and for the next five years and thereafter follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2011 | $ 84,850 | $ 167,323 | $ 252,173 |
| 2012 | 81,002 | 163,671 | 244,673 |
| 2013 | 78,580 | 159,823 | 238,403 |
| 2014 | 74,135 | 155,261 | 229,396 |
| 2015 | 77,920 | 151,199 | 229,119 |
| 2016–2020 | 392,130 | 683,674 | 1,075,804 |
| 2021–2025 | 408,835 | 565,790 | 974,625 |
| 2026–2030 | 610,395 | 424,207 | 1,034,602 |
| 2031–2035 | 787,352 | 240,604 | 1,027,956 |
| 2036–2039 | 559,190 | 50,975 | 610,165 |
| | 3,154,389 | $2,762,527 | $5,916,916 |
| Add (deduct) accreted discount | 26,198 | | |
| | $3,180,587 | | |

Rental income of PBA funds amounted to approximately $332 million during the year ended June 30, 2010, of which $153 million was used to cover debt service obligations.

Act No. 45 of July 28, 1994 states that the Commonwealth guarantees the payment of principal and interest of all outstanding bonds at the date the law was enacted and of all future bond issues to refinance those outstanding bonds of PRASA. Act No. 140 of August 3, 2000 amended Act No. 45 to extend the Commonwealth guarantee to include the principal and interest payments of the Rural Development Serial Bonds and the loans under the State Revolving Fund Program (SRFP) outstanding at the effective date of Act No. 140, and of all future bonds and SRFP loans that may be issued through June 30, 2005. Act No. 386 of September 21, 2004 extended the Commonwealth guarante to June 30, 2010.  Act. No. 75 of July 12, 2010 amended section 1 of Act No. 45 of July 28, 1994 to extend the Commonwealth guarantee over the Rural Development and SRFP's borrowings to June 30, 2015.

On March 18, 2008, PRASA issued approximately $284.8 million of Revenue Refunding Bonds, Series A and B (the "2008 Revenue Refunding Bonds"), (guaranteed by the Commonwealth) to refund PRASA's outstanding Revenue Refunding Bonds, Series 1995 (guaranteed by the Commonwealth) in the amount of approximately $262.8 million. The 2008 Revenue Refunding Bonds bear interest at rates from 5.80% to 6.10% per annum with maturity dates ranging from July 1, 2021 to July 1, 2034. The outstanding balance of the Rural Development Serial Bonds, SRFP and 2008 Revenue Refunding Bonds loans at June 30, 2010 amounted to $312.1 million, $375.8 million and $284.8 million, respectively.

**Adjustable Refunding Bonds** — The Commonwealth guarantees the Adjustable Refunding Bonds, Series 1985, issued by GDB, a discretely presented component unit. The outstanding balance of these bonds amounted to $267 million at June 30, 2010. On August 1, 2008, GDB repurchased the $267 million outstanding of its adjustable refunding bond as a result of significant increases in the interest rate of these auction rate bonds. On December 30, 2009, GDB remarketed and reissued these bonds at a fixed rate of 4.75%, maturing on December 1, 2015. These notes are subject to redemption at the option of GDB on or after June 1, 2013 at a redemption price of 101% through May 31, 2014 and 100% after June 1, 2014.

The Puerto Rico Housing Bank, a former component unit of the Commonwealth, which merged with GDB during 2002, insured mortgages granted to low and moderate income families through its mortgage loan insurance program. The Commonwealth guarantees up to $75 million of such mortgage loans. As of June 30, 2010, the mortgage loan insurance program was insuring loans aggregating $621.0 million. Currently, the Commonwealth has not been called to make any direct payments pursuant to these guarantees.

At various times during fiscal years ended 2005 and 2006, the Port of the Americas Authority entered into bond purchase agreements with GDB, whereby GDB agreed to disburse to the Port of the Americas Authority from time to time certain bond principal advances up to a maximum aggregate principal amount of $70 million (Port of the Americas Authority 2005 Series A Bond), $40 million (Port of the Americas Authority 2005 Series B Bond), and $140 million (Port of the Americas Authority 2005 Series C Bond). The proceeds of the bonds are to be used to finance the cost of development and construction of the Port of the Americas. The aggregate unpaid principal balance of all outstanding bond principal advances shall be payable in full on January 1, 2015 and January 15, 2015. The principal amount may be paid with any of the following: (i) a long-term bond issuance once the projects are completed; (ii) other revenue of the Port of the Americas Authority; (iii) or legislative appropriations as established in Act No. 409 of September 22, 2004 (Act No. 409). Principal and interests payments are guaranteed by the Commonwealth by Act No. 409. As of June 30, 2010, the principal outstanding under those bond purchase agreements amounted to $204.7 million.

**(b) Appropriation Debt**

At June 30, 2010, the outstanding balances of debt payable by Commonwealth appropriations, as described in note 15(d), which are included in the individual financial statements of the following discretely presented component units, are as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Public Finance Corporation (a blended component unit of GDB) | $1,626,899 |
| Puerto Rico Aqueduct and Sewer Authority | 685,950 |
| Special Communities Perpetual Trust | 376,095 |
| Puerto Rico Convention Center District Authority | 151,076 |
| Agricultural Services and Development Administration | 103,518 |
| Puerto Rico Solid Waste Authority | 68,085 |
| Puerto Rico Industrial Development Company | 43,403 |
| Puerto Rico Housing Finance Authority (a blended component unit of GDB) | 13,921 |
| Company for the Integral Development of the "Península de Cantera" | 10,779 |
| National Parks Company of Puerto Rico | 6,107 |
| Government Development Bank for Puerto Rico (GDB) | 4,811 |
| Puerto Rico Infrastructure Financing Authority | 4,956 |
| Institute of Puerto Rican Culture | 144 |
| | |
| Total | $3,095,744 |

These balances are reported in the statement of net assets (deficit) as Commonwealth appropriation bonds payable and notes payable.

## 17. CONDUIT DEBT OBLIGATIONS AND NO COMMITMENT DEBT

From time to time, certain of the Commonwealth's component units issue revenue bonds to provide financial assistance to private sector entities for the acquisition and construction of transportation, environmental, industrial, tourism, educational, and commercial facilities, deemed to be in the public interest and that are expected to provide benefits to Puerto Rico. These bonds are secured by the property financed and are payable solely from payments received on the underlying mortgage loans. Upon repayment of the bonds, ownership of the acquired facilities is retained by the private sector entity served by the bond issuance. Neither the Commonwealth nor any political subdivision or component unit thereof is obligated in any manner for the repayment of the bonds. Accordingly, the bonds are not reported as liabilities in the basic financial statements of the issuing entities. As of June 30, 2010, conduit debt obligations consisted of the following bonds issued by component units (expressed in thousands):

| Issuing Entity | Issued Since Inception to Date | Amount Outstanding |
|---|---|---|
| Discretely presented component units: | | |
| Puerto Rico Ports Authority | $ 155,410 | $ 46,326 |
| Puerto Rico Highways and Transportation Authority | 270,000 | 158,000 |
| Government Development Bank for Puerto Rico | 1,147,475 | 816,270 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | 5,997,000 | 1,328,000 |
| Total | $7,569,885 | $2,348,596 |

### (a) Puerto Rico Ports Authority (PRPA)

PRPA issued $39,810,000 in Special Facilities Revenue Bonds under the provisions of a trust agreement dated June 1, 1993, and $115,600,000 in Special Facility Revenue Bonds, under the provisions of a trust agreement dated May 1, 1996, between PRPA and a private bank. The proceeds from the sale of the bonds were used to finance the construction, acquisition of equipment, and improvement of certain facilities at Luis Munoz Marin International Airport, for the benefit of a major private airline. The property is owned by PRPA and leased to the private company. These bonds are limited obligations of PRPA, and are payable solely from and secured by a pledge of certain payments made under the Special Facilities Agreement with the private company and certain other moneys. Neither the credit of the Commonwealth nor that any of its political subdivisions is pledged for the repayment of these bonds. In addition, the bonds are unconditionally guaranteed by the private company's parent company. Pursuant to the agreements between PRPA and the private company, the private company has agreed to pay amounts sufficient to pay the principal of and premium, if any, and interest on the bonds. The bonds are not collateralized by any property, but are payable solely from certain pledged payments by the private company under the agreement or by the private company's parent company under its unconditional guarantee.

**(b) Puerto Rico Highways and Transportation Authority (PRHTA)**

In March 1992, PRHTA issued Special Facility Revenue Bonds, 1992 Series A, B and C for approximately $117 million for the construction of a toll bridge. The proceeds from the sale of these bonds were transferred by PRHTA to a private entity, Autopistas de Puerto Rico ("Autopistas"), pursuant to a signed concession agreement for the design, construction, operation and maintenance of the bridge. On October 30, 2003, PRHTA issued Special Facility Revenue Refunding Bonds, 2004 Series A, amounting to approximately $153 million for the purpose of refunding PRHTA's Special Facility Revenue Bonds, 1992 Series A, B, and C, which were issued to fund the construction of the bridge, and to pay the cost of issuance of the bonds. The proceeds from the sale of the bonds were transferred by PRHTA to Autopistas pursuant to a new loan agreement by and between Autopistas and PRHTA. The bonds shall be paid from the proceeds received by Autopistas from the operation of the bridge.

Under certain circumstances, the concession agreement may be terminated and PRHTA is then obligated to assume the Autopista's entire obligation to pay principal of, and interest on, the bonds outstanding, which pursuant to the signed agreement, will be paid from the net revenues of the use and operation of the bridge. PRHTA does not currently expect the concession agreement to terminate. The outstanding bonds (including accrued interest) at June 30, 2010 amounted to approximately $158 million.

**(c) GDB**

In December 2003, GDB, through its Housing Finance Authority, issued $663 million in Capital Fund Program Bonds Series 2003 to lend the proceeds to the Public Housing Administration in its financing of improvements to various public low and moderate income housing projects. These bonds are limited obligations of the Housing Finance Authority, which will be paid solely from an annual allocation of public housing capital funds when received from the U.S. Department of Housing and Urban Development and other funds available under the bond indenture; Accordingly, these bonds are considered no commitment debt and are excluded, along with the related assets held in trust, from the accompanying basic financial statements. The outstanding balance of these bonds amounted to $360 million at June 30, 2010.

On August 1, 2008, the Housing Finance Authority issued the Capital Fund Modernization Program Subordinate Bonds amounting to $384,475,000 and the Housing Revenue Bonds amounting to $100,000,000. The proceeds from the issuance were mainly used to finance a loan to a limited liability company and pay the costs of issuance. The $384,475,000 bonds are limited obligations of the Authority, payable primarily by a pledge and assignment of federal housing assistance payments made available by the U.S. Department of Housing and Urban Development, with an outstanding balance of $356,270,000 at June 30, 2010. The $100,000,000 bonds are also limited obligations of the Housing Finance Authority, payable from amounts deposited in escrow accounts with a trustee and the proceeds of a loan to be made by the Housing Finance Authority to the limited liability company using moneys received as a grant from the Department of Housing of Puerto Rico. Payment of principal of the Housing Revenue Bonds is also secured by an irrevocable standby letter of credit issued by GDB. These bonds are considered no-commitment debt and, accordingly, are excluded along with the related assets held in trust, from the Housing Finance Authority's financial statements.

**(d) AFICA**

AFICA's revenue bonds are special and limited obligations of AFICA and, except to the extent payable from bond proceeds and investments thereof, will be payable solely from and secured by a pledge and assignment of the amounts payable under the loan agreements between AFICA and the borrowers. Furthermore, payment of principal and interest on the revenue bonds is unconditionally guaranteed by the borrowers, their parent companies, or letters of credit generally issued by major U.S. banks or U.S. branches of international banks.

The revenue bonds are considered conduit debt and do not constitute a debt or a pledge of the good faith and credit of AFICA or the Commonwealth or any political subdivision thereof.

In connection with the issuance of revenue bonds, AFICA enters into trust agreements, whereby AFICA assigns and pledges to the trustees, for the benefit of the holders of the revenue bonds, (1) all amounts receivable by AFICA in repayment of the amounts due under the loan agreements; (2) any rights, title, and interest of AFICA in the proceeds derived from the issuance of the revenue bonds and of any securities in which moneys in any fund or account created by the trust agreements or loan agreements are invested and the proceeds derived therefrom; and (3) AFICA's rights, title, and interest in and to the loan agreements, subject to AFICA's retention of certain rights, including the right to collect moneys payable to AFICA, which are not received with respect to repayment of the loans.

Since inception and up to June 30, 2010, AFICA has issued revenue bonds aggregating to $5,997 million, $1,328 of which was outstanding as of June 30, 2010. Of the revenue bonds outstanding at June 30, 2010, $755 million represent industrial and commercial revenue bonds; $106 million, tourism related revenue bonds; $141 million, hospital revenue bonds; and $326 million, educational revenue bonds. Pursuant to the loan agreements covering the issuance of these bonds, corporations and partnerships operating in Puerto Rico borrowed the proceeds from the bond issuances by AFICA.

## 18.  RISK MANAGEMENT

The following describes the risk management programs separately administered by certain discretely presented component units:

### (a)  GBD

During fiscal year 2010, as part of its risk management activities and as a condition to provide financing support to certain public corporations, GDB has entered into fiscal oversight agreements with such public corporations. The agreements require the public corporations, among other, to implement a comprehensive expense reduction program, including certain fiscal oversight controls, subject to laws and existing agreements of the public corporations, design to minimize future tariff increases to households and the private sector, and to protect and improve the credit rating of the public corporations, so that the public corporations may obtain adequate financing to fund its capital expenditure requirements and to operate its infrastructure in an efficient and reliable manner and in compliance with applicable laws and regulations. GDB's agreement to provide current financing and any future financing is expressly conditioned upon the public corporations' compliance with the covenants established in the fiscal oversight agreement and GDB's right to monitor and enforce such compliance. These agreements will be in effect until the public corporations have regained a level of financial stability and are able to secure long-term financing that will result in the continued stability of the public corporations' operations and financial condition.

Also, as part of its role of providing financing to the Commonwealth and its instrumentalities to further the economic development of Puerto Rico, and as part of its risk management activities, GDB is renegotiating and/or restructuring payment terms of the loans to certain governmental entities. Some of the renegotiations/restructurings extend the period for principal repayment but provide for repayment of the contractual interest in accordance with the original terms.

Other Risks Related to Mortgage and Loan Servicing and Insurance Activities — Certain loan portfolios of the Housing Finance Authority are administered by private servicers who are required to maintain an error and omissions insurance policy. The Housing Finance Authority has a program to manage the risk of loss on its mortgage loan lending and insurance activities.

### (b)  UPR

UPR is exposed to various risks of loss related to torts; theft of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. Through January 1993, UPR was insured under claims-made insurance policies with respect to medical malpractice risks for $250,000 per occurrence up to an annual aggregate of $500,000. Subsequent to such date, UPR was unable to obtain insurance at a cost it considered to be economically justifiable; consequently, UPR is now self-insured for such risks. Under Act No. 98 of August 24, 1994, the responsibility of UPR is limited to a maximum amount of $75,000 per person, or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Self-insured risk liabilities are reported when it is probable that a loss has occurred and the amount of the loss can be reasonably estimated. Liabilities include an amount for claims that have been incurred but not reported. Because actual claims liabilities depend upon such complex factors as inflation, changes in legal doctrines, and damage awards, the process used in computing claims liabilities does not necessarily result in an exact amount. Claims liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors. Changes in the claims liability amount in fiscal years 2010 and 2009 were as follows (expressed in thousands):

|                                               | 2010       | 2009       |
|-----------------------------------------------|------------|------------|
| Claims payable — July 1                       | $ 27,354   | $ 19,124   |
| Incurred claims and changes in estimates      | (2,370)    | 9,970      |
| Payments for claims and adjustments expenses  | (1,559)    | (1,739)    |
| Claims payable — June 30                      | $ 23,425   | $ 27,355   |

UPR continues to carry commercial insurance for all other risks of loss. Settled claims resulting from these risks have not exceeded commercial insurance coverage in any of the past three fiscal years.

**(c)  PREPA**

PREPA is exposed to various risks of losses related to torts; thefts of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. PREPA obtains insurance policies covering all-risk property (excluding transmission and distribution lines), boiler and machinery, and public liability. The all-risk property and boiler and machinery policies have a combined coverage of $750 million per occurrence. The policies' self-retention in case of earthquake and windstorm losses is $25 million and $2 million for all other covered risks. The public general liability policy covers property damage and bodily injury to third parties with a $75 million aggregate limit in excess of the self-retention limit of $1 million per occurrence.

PREPA has a cost plus health insurance program covering substantially all employees. PREPA contracted an administrator for the processing, approval, and payment of claims plus an administrative fee. The accrual for employees' health plan includes the liability for claims processed and an estimate for claims incurred but not reported.

Changes in the balances of the health insurance program and other self insurance risks during fiscal years 2010 and 2009 were as follows (expressed in thousands):

|                           | 2010         | 2009         |
|---------------------------|--------------|--------------|
| Claims payable — July 1   | $    5,552   | $    7,154   |
| Incurred claims           | 114,179      | 136,348      |
| Claim payments            | (114,134)    | (137,950)    |
| Claims payable — June 30  | $    5,597   | $    5,552   |

Claims payable are a component of accounts payable and accrued liabilities in the accompanying statement of net assets (deficit).

**(d) SIFC**

SIFC provides workers' compensation insurance to public and private employees. This insurance covers workers against injuries, disability, or death because of work or employment related accidents, or because illness is suffered as a consequence of their employment. SIFC establishes liabilities for incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. The liability includes estimates for cases reported that have not been adjudged and cases incurred but not reported. The following table provides a reconciliation of the beginning and ending liability for incurred but unpaid benefits and benefit adjustment expenses for the two most recent fiscal years (expressed in thousands):

|  | 2010 | 2009 |
|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at July 1 | $ 738,475 | $ 702,355 |
| Total incurred benefits | 556,650 | 533,820 |
| Total benefit payments | (516,882) | (497,700) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at June 30 | $ 778,243 | $ 738,475 |

The liability for incurred but unpaid benefits and benefit adjustment expenses is reported as liabilities for automobile accident insurance and workmen compensation claims in the accompanying statement of net assets (deficit).

The liability for incurred but unpaid benefits and benefit adjustment expenses is based on historical claims experience data, assumptions and projections as to future events, including claims frequency, severity, persistency, and inflationary trends determined by an independent actuarial study. This liability has been discounted at 3.80% in 2010 and 3.25% in 2009. SIFC's management believes that discounting such liability results in a better matching of costs and revenues since compensation benefits have a long payment cycle. The assumptions used in estimating and establishing the liability are reviewed annually based on current circumstances and trends.

SIFC's management believes that the liability for incurred but unpaid benefits and benefit adjustment expenses, actuarially determined at June 30, 2010, is a reasonable estimate of the ultimate net cost of settling benefits and benefit expenses incurred. Because actual benefit costs depend upon such factors as duration of worker disability, medical cost trends, occupational disease, inflation, and other social and economic factors, the process used in computing the ultimate cost of settling benefits and expenses for administering benefits is necessarily based on estimates. The amount ultimately paid may be above or below such estimates. Adjustments resulting from changes in estimates of these liabilities are charged or credited to operations in the period in which they occur.

**(e) AACA**

AACA operates a system of compulsory insurance for vehicles licensed to be used on public roads and highways in Puerto Rico. This insurance covers death and bodily injuries caused by automobile accidents. The annual premium is $35 per motor vehicle.

The following table provides a reconciliation of the beginning and ending liability for the future benefits for the two most recent fiscal years (expressed in thousands):

|  | 2010 | 2009 |
|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at beginning of year | $ 166,352 | $ 115,085 |
| Total incurred benefits | 74,090 | 127,552 |
| Total benefit payments | (74,515) | (76,285) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at end of year | $ 165,927 | $ 166,352 |

The liability for future benefits is reported as liability for automobile accident insurance and workmen compensation claims in the accompanying statement of net assets (deficit). The liability covers the estimated cost of all future benefits related to claims incurred but not reported during the year. Future benefits include death and funeral, disability and accident and health benefits. AACA has recorded this liability, including administrative expenses for claim processing, based on the results of an actuarial report prepared by an independent actuary.

Changes in the ultimate liabilities for benefit payments may be required as information develops, which varies from experience, provides additional data, or, in some cases, augments data, which previously were not considered sufficient for use in determining the claim liabilities.

**(f)  PRIFA**

PRIFA is responsible for assuring that its property is properly insured. Annually, PRIFA compiles the information of all property owned and its respective market value and purchases its property and casualty insurance policies. Insurance coverage for fiscal year 2010 remained similar to those of prior years. For the last three years, insurance settlements have not exceeded the amount of coverage.

**(g)  PRASA**

PRASA has acquired commercial insurance to mitigate its exposure to certain losses involving real and personal property (including windstorm, flood and earthquake damages) and comprehensive general and automobile claims. Each commercial insurance policy maintained by PRASA contains specific policy limits and deductibles. Settled claims resulting from these risks have not exceeded commercial insurance coverage in any of the past three fiscal years.

## 19.  COMMITMENTS AND CONTINGENCIES

**Primary Government** — The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended, persons are authorized to sue the Commonwealth only for causes of actions set forth in said Act to a maximum amount of $75,000 or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended, the Commonwealth may provide its officers and employees with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the payment of such judgments.

With respect to pending and threatened litigation, excluding the litigation mentioned in the following paragraphs, the Commonwealth reported approximately $421 million as an amount to cover for awarded and anticipated unfavorable judgments at June 30, 2010. This amount was included as other long-term liabilities in the accompanying statement of net assets (deficit), and represents the amount estimated as probable liability or a liability with a fixed or expected due date that will require future available financial resources for this payment. The amounts claimed exceed $7 billion; however, the ultimate liability cannot be presently determined. It is the opinion of management that the claims are excessive and exaggerated. Management believes that the ultimate liability in excess of amounts provided, if any, would not be significant.

The Commonwealth is a defendant in two parallel lawsuits, one filed in the state court and the other at the federal court. The plaintiffs are various primary healthcare centers seeking to recover from the Commonwealth $800 million of Medicaid funds retained by the Department of Health of the Commonwealth since 1997. In February 2005, United States Court of Appeals for the First Circuit determined that the Commonwealth must return any funds withheld because of noncompliance with a federal law. As of June 30, 2010, the Commonwealth accrued $280 million for this legal contingency.

The Commonwealth is a defendant in a class action presented by parents of special education students in the areas of education and healthcare. In October 2006, the State Court of Appeals decided in favor of the parents' request to include damage claims pursuant to the same class action case although not as a remedy in the class action per se. The court now may award damages to the members of the class action and to do so it may look at the claims by dividing them into groups or consider each case individually. This will require that the parents prove the damages suffered. The Commonwealth plans to defend vigorously each individual case. As of June 30, 2010, the Commonwealth accrued $600 million for this legal contingency.

The Commonwealth receives financial assistance from the federal government in the form of grants and entitlements. Receipt of grants is generally conditioned upon compliance with terms and conditions of the grant agreements and applicable federal laws and regulations, including the expenditure of resources for eligible purposes. Substantially, all grants are subject to audit under Circular A-133 of the Office of Management and Budget of the United States of America (OMB Circular A-133), all of which are performed at the individual department or agency level. Disallowance as a result of these audits may become liabilities of the Commonwealth. At June 30, 2010, based on an evaluation of pending federal disallowances, the Commonwealth has recorded approximately $103 million as other long-term liabilities in the accompanying statement of net assets (deficit). Expenditures that are still subject to audit could be disallowed but management believes any such future disallowances would not be material to the basic financial statements.

Construction commitments at June 30, 2010, entered by PBA, amounted to approximately $72.7 million. In addition, the Commonwealth's construction commitments for public housing facilities amounted to approximately $322 million at June 30, 2010.

On November 23, 1998, a global settlement agreement (the "Global Agreement") was entered into by and between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The agreement calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. After 2025, the tobacco companies are to continue making contributions in perpetuity. Pursuant to Act No. 173 of July 30, 1999, which created the Children's Trust (a blended component unit), the Commonwealth assigned and transferred to the Trust all payments that the Commonwealth is entitled to receive under the Global Agreement. Payments received under the agreement and recognized as revenue during the year ended June 30, 2010 amounted to approximately $76 million.

**Discretely Presented Component Units** — in the normal course of their operations, various component units are subject to guarantees, actions brought by third parties seeking damages or entering into commitments. Such actions are disclosed in the separately issued reports of the component units, some of which are summarized below:

**(a) GDB**

On August 18, 2002, the Legislature approved Law No. 198, which creates the Cooperative Development Investment Fund. The purpose of this fund is to promote the development of cooperative entities. This fund will be capitalized through contributions to be provided by GDB up to $25 million to be matched by cooperative entities. As of June 30, 2010, GDB has contributed $16.2 million to the Cooperative Development Investment Fund, $624,000 of which were contributed during the year ended June 30, 2010.

The Development Fund has entered into an agreement with the Economic Development Bank for Puerto Rico (EDB) whereby the Development Fund would guarantee a portion of loans granted by EDB under a government program named "The Key for Your Business" (the "Program"). Under the agreement, the Development Fund would assign $10 million of its capital for the Program. The Development Fund guarantees one-third of the outstanding principal balance of each loan plus accrued interest and certain other charges. On August 28, 2008, the Development Fund and EDB amended the agreement to increase from $10 million to $15 million the Development Fund's capital designated for the Program. The Development Fund charges one percent of the loan amount as guarantee fee and no loan can exceed $50,000. At June 30, 2010, outstanding guarantees amounted to approximately $8 million, and the allowance for losses on guarantees amounted to approximately $2.5 million.

The Housing Finance Authority acts as a servicer for a number of mortgage loans owned by other investors. The servicing is generally subcontracted to a third party. As of June 30, 2010, the principal balance of the mortgage loans serviced for others is approximately as follows (expressed in thousands):

| | |
|---|---:|
| R-G Mortgage, Inc. | $1,496 |
| Popular Mortgage, Inc. | 85 |
| Office for the Administration of the Assets of the Urban Renovation and Housing Corporation or its successor without guaranteed mortgage loan payments | 44 |
| Total | $1,625 |

GDB and certain of its component units are defendants in several lawsuits arising out of the normal course of business. Management, based on advice of legal counsel, is of the opinion that the ultimate liability, if any, resulting from these pending proceedings will not have a material adverse effect on the financial position and results of operations of GDB or its component units.

**(b) PRHTA**

On December 24, 2003, Siemens Transportation Partnership Puerto Rico S.E. ("STT") and others filed legal claims against PRHTA in the amounts of approximately $50 million for damages, amounts withheld, acceleration of work and other causes of action in connection with the construction of the Urban Train Project. On November 24, 2004, PRHTA filed a counter claim against STT for liquidating damages as stipulated in the contract in the amount of $100 million. PRHTA amended its counter claim on November 17, 2008 to include other credits against STT.

Therefore, the total claimed damages were increased to $233 million. Under the contractual obligation between STT and PRHTA, STT was responsible to defend, indemnify, and hold harmless PRHTA from claims asserted by third parties against the PRHTA for the acts and omissions by STT, or any of its subcontractors, in the project. Presently, some Alignment Sections Contractor (ASC's) has asserted claims against PRHTA for damages suffered in part by STT actions or omissions amounting to $150 million, approximately. On September 22, 2005, PRHTA filed a third party complaint for breach of contract, liquidated damages and others against various ASC's in the amount of $25 million. On April 20, 2007, the Administrative Judge designated this case as a complex litigation and remitted it to the Chief Justice of the Supreme Court who has to assign a presiding judge for the case. On August 28, 2008, STT amended its complaint to adjust the amount claimed to $114 million. On April 21, 2009, in accordance to the calendar approved by the Court through its order dated May 6, 2009, the PRHTA filed and amended third party complaint in which, aside from amending its allegation to the already appearing parties, the guarantors and sureties, and assurance companies were brought to the case. In June 2009, a committee was assigned to evaluate the STT claims, which entailed a period of negotiations between STT and PRHTA. As a result of said negotiations, on May 28, 2010, PRHTA settled all claims with Siemens. During July 2010, PRHTA settled these legal cases with STT and Necso and issued a new line of credit of $63 million to pay the total amount for these settlements and other legal claims for approximately $62 million.

On December 22, 2009, Chartis Insurance Company (Chartis) filed a complaint against STT and PRHTA, requesting a Declaratory Judgment in its favor to support its position to deny cover to Siemens request for coverage for all costs associated to its defend and subsequent settlement reached in case KAC2003-8807 (804). The PRHTA's was included in case merely as party with interest, but no monetary claim was asserted against it.

The only pending claims are those between the PRHTA, ICA (Bayamón Alignment Section) and KKZ (Rio Piedras Alignment Section). Notwithstanding, the Court stayed said proceedings in light of ongoing negotiations between PRHTA, ICA and KKZ. According to current negotiation status, the PRHTA expects to have executed agreements with ICA and KKZ by the end of April 2011, which foresee an offset between retained funds to said contractors and the execution of pending corrective works at their respective Alignment Sections. Due to current negotiations with ICA and KKZ and the staying on the judicial proceedings, the PRHTA exposure in terms of potential loss or gain for these claims is none.

Redondo Construction (RC) filed legal claims against the PRHTA in the amount of approximately $38.1 million for damages, additional compensation, unpaid claims, prejudgment interests and other causes of action related to various construction contracts. On August 31, 2009, the Bankruptcy Court entered judgment in favor of RC for approximately $22.2 million plus prejudgment interest at 6% to 6.5%. The PRHTA filed several post judgment motions to amend judgment and to oppose prejudgment interest. During December 2009, the PRHTA was served with another claim from RC for economic damages of approximately $40 million.

PRHTA is a defendant or co-defendant in various lawsuits for alleged damages in cases principally related to construction projects. These are generally either fully or partially covered by insurance. The contactors are required, under the terms of the construction agreements to carry adequate public liability insurance and to hold harmless the PRHTA from lawsuits brought on account of damages relating to the construction of the projects.

As of June 30, 2010, PRHTA, based on legal advice, has recorded a provision of approximately $121.9 million, of which $25 million has been classified as current, to cover probable losses on those claims not fully covered by insurance. In the opinion of legal counsel, any liability in excess of

the insurance coverage and/or the recorded provisions that may arise for such claims will not be significant to the PRHTA's financial position or results of operations.

**(c) PRASA**

PRASA is a defendant on various lawsuits presented by customers alleging that PRASA has over billed them due to the methodology used to estimate consumption. The plaintiffs requested a certification of the suit as a class action and seek recovery damages in the amount of approximately $793 million and an injunction enjoining PRASA from continuing to bill using the current methodology. PRASA's potential exposure from these lawsuits cannot be presently determined and, as such, no liability is being reported on the accompanying basic financial statements.

PRASA is the defendant or codefendant in various other lawsuits. The ultimate outcome of the lawsuits cannot presently be determined. However, management, based on the advice of legal counsels, is of the opinion that these lawsuits will not have a material impact on the basic financial statements.

**(d) PREPA**

PREPA is a defendant or codefendant in several lawsuits incidental to its business, some involving substantial amounts. In those instances that management and legal counsel believe that the outcome of the litigation will be unfavorable to PREPA, a provision has been made to cover the estimated liability. PREPA's management, based on discussions with legal counsel believes that the additional liability, if any, resulting from the ultimate resolution of these matters will not have a material effect on PREPA's financial position or results of operations.

On May 18, 2000, Abengoa, Puerto Rico, S.E. (Abengoa), PREPA's contractor for the repowering of San Juan steam plant units 5 and 6, unilaterally declared a termination of the contract with PREPA and filed a complaint for breach of contract. PREPA has moved for time to answer the complaint and has filed a counterclaim for the cost of the project and for all damages caused to PREPA by the alleged illegal contract termination. PREPA believes that the actions by the contractor will not materially affect the ability of PREPA to provide service nor there will be a material difference in the quality of service provided by PREPA. In June 2004, the Office of the Comptroller of the Commonwealth of Puerto Rico (the "Comptroller") issued a report stating that PREPA overcharged its clients by approximately $49.8 million, and should reimburse this amount to such clients. After this report was made public, two lawsuits were filed by clients of PREPA against PREPA demanding the reimbursement of such alleged overcharges. PREPA's position is that the Comptroller incorrectly based his conclusion on data that is not relevant to the calculation of PREPA's rates, and that PREPA's rates were properly established in the year 2000 in accordance with applicable laws and regulations. In particular, PREPA notes that its rates properly take into consideration the cost of the fuel used by PREPA's generating facilities and the cost of the electricity purchased from the two co-generating facilities that sell power to PREPA.

In 2008, Power Technologies Corp. filed a suit against PREPA, alleging that PREPA had withdrawn from a contracting process for a new energy facility, in which Power Technologies was involved, without explanation or justification. Power Technologies seeks damages of $51.4 million. The case is currently in discovery stage.

**(e) PRMeSA**

PRMeSA has accounts receivable aggregating $24 million at June 30, 2010, from the Hospital of the Municipality of San Juan, related to medical services rendered. PRMeSA alleges that these amounts are related to services rendered during the period from June 30, 2005 to June 30, 2008.

PRMeSA filed at the Department of Justice of the Commonwealth and with the Commission for the Resolution of Controversies over Payments and Debts between Governmental Agencies, a claim demanding the resolution of this matter. On June 29, 2009, the Commission designated the OMB to serve as a mediator in this claim. As of June 30, 2010, no resolution or recommendation has been made by the OMB in connection with this controversy.

PRMeSA is a party in certain legal actions and claims related to medical malpractice arising in the ordinary conduct of its business. Although PRMeSA appears as a defendant in the claims, many of them involve medical personnel of the member institutions, and in effect, these claims are against said institutions. As a result of the deficiency as of June 30, 2010, of funds available in the Self-Insured Fund, any unfavorable outcome may have a significant effect on the financial condition of PRMeSA.

Based on a review of current facts and circumstances, management has provided for what is believed to be a reasonable estimate of the exposure to loss associated to litigation. PRMeSA has established an accrual reserve for claim losses in the amount of $7 million at June 30, 2010.

**(f) PRIFA**

At June 30, 2010, PRIFA is a defendant in various legal proceeding arising from its normal operations. Management, based on the advice of its legal counsel, is of the opinion that the ultimate liability, if any, resulting from these pending proceedings and legal actions in the aggregate will not have a material effect on the PRIFA's financial statements. However, management is of the opinion that they will reach settlements in certain cases. A liability to cover claims and other contingencies amounting to $7.9 million has been reflected as part of accounts payable and accrued expenses in the accompanying statement of net assets (deficit).

**(g) PRHIA**

PRHIA is codefendant in a case involving a claim for $14 million by a provider of information technology services. PRHIA's legal counsel believes that at this stage an estimate can be made as to the financial effect of $1,500,000 to the litigation and cannot offer any evaluation of the likelihood of a favorable or unfavorable outcome.

**(h) SPECIAL COMMUNITIES PERPETUAL TRUST**

The Special Communities Perpetual Trust (the "Trust") has financial assistance agreements with several municipalities of the Commonwealth to provide funding for the construction, improvement and rehabilitation of certain projects of the Special Communities. At June 30, 2010, the Trust's commitments with the municipalities amounted to approximately $116.7 million, from which a total of approximately $88.8 million had been disbursed.

The Trust is a defendant in numerous legal proceedings pertaining to matters incidental to the performance its normal operations. The Trust recorded approximately $10,060,000 to cover for awarded and anticipated unfavorable judgments at June 30, 2010. This amount represents the amount estimated as probable liability that will require future available financial resources for its

payment. The amounts claimed approximate $70 million; however, the ultimate liability cannot be presently determined. It is the opinion of management that the claims are excessive and exaggerated. Management, based on the advice of its legal counsel, believes that the ultimate liability in excess of amounts provided would likely not exceed $12.7 million.

**Environmental Commitments and Contingencies**

**Primary Government**

During 2009, the Commonwealth adopted GASB Statement No. 49, "*Accounting and Financial Reporting for Pollution Remediation Obligations*". This Statement addresses accounting and financial reporting standards for pollution (including contamination) remediation obligations, which are obligations to address the current or potential detrimental effects of existing pollution by participating in pollution remediation activities such as site assessments and cleanups. The scope excludes pollution prevention or control obligations with respect to current operations, and future pollution remediation activities that are required upon retirement of an asset, such as landfill closure and postclosure care and nuclear power plant decommissioning.

Once any of five specified obligating events occurs, a government is required to estimate the component of expected pollution remediation outlays and determine whether outlays for those components should be accrued as a liability or, if appropriate, capitalized when goods and services are acquired. Obligating events include the following:

- The government is compelled to take pollution remediation action because of an imminent endangerment.

- The government violates a pollution prevention–related permit or license.

- The government is named, or evidence indicates that it will be named, by a regulator as a responsible party or potentially responsible party (PRP) for remediation, or as a government responsible for sharing costs.

- The government is named, or evidence indicates that it will be named, in a lawsuit to compel participation in pollution remediation.

- The government commences or legally obligates itself to commence pollution remediation.

As of June 30, 2010, the pollution remediation obligation recorded in the accompanying statement of net assets (deficit) amounted to approximately $7.5 million

**Component Units**

The following component units' operations include activities that are subject to state and federal environmental regulations:

- *PREPA* — Facilities and operations of PREPA are subject to regulations under numerous federal and Commonwealth environmental laws, including the Clean Air Act, Clean Water Act, Oil Pollution Act (OPA) Resource Conservation Recovery Act (RCRA), Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) and Underground Storage Tanks, among others. In February 1992, the Environmental Protection Agency (EPA) conducted a multimedia inspection of PREPA's facilities and identified several alleged instances of noncompliance related to PREPA's air, water, and oil spill prevention control and countermeasures compliance programs.

PREPA and the EPA undertook negotiations to resolve the issues regarding the deficiencies observed during the inspection and to ensure future compliance with all applicable laws and regulations. As a result of the negotiations, PREPA and the EPA reached and agreement that resulted in a consent decree (the "Consent Decree") approved by the United States federal court in March 1999. Under the terms and conditions of the Consent Decree, PREPA paid a civil penalty of $1.5 million and implemented additional compliance projects amounting $4.5 million. In addition, the Consent Decree requires that PREPA improves and implements compliance programs and operations in order to assure compliance with environmental laws and regulations.

In 2004, the United States federal court approved a modification to the Consent Decree agreed by PREPA and the EPA under which PREPA reduced, in two steps, the sulfur content in the No. 6 fuel oil used in certain generating units of its Costa Sur and Aguirre power plants (to 0.75% or less by March 1, 2005 and to 0.5% or less by March 1, 2007), and used No. 6 fuel oil with sulfur content of not more than 0.5% through July 18, 2009 at its Palo Seco and San Juan power plants. Additionally, PREPA has completed a nitrogen oxide emissions reduction program and modified the optimal operating ranges for all its units under the Consent Decree. PREPA also paid a $300,000 civil fine and reserved $200,000 to fund certain supplemental environmental projects and programs under the Consent Decree.

Since September 2004, there has been no legal action in the United States federal court or any administrative proceeding against PREPA regarding the Consent Decree or its modification. The Consent Decree includes stipulated penalties for certain events of non compliance. Non compliance events must be disclosed to EPA in the corresponding report. Ordinarily, when a covered noncompliance event occurs, PREPA pays the stipulated penalty in advance in order to benefit from a 50% discount of the applicable stipulated penalty.

In 1997, as a result of an inspection carried out by EPA and the Puerto Rico Environmental Quality Board (EQB) at PREPA's Palo Seco Power Plant, the EPA issued an Administrative Order for the investigation and possible remediation of seven areas identified by the EPA at the Palo Seco Power Plant and the Palo Seco General warehouse. The Administrative Order required PREPA to carry out a Remedial Investigation/Feasibility study (RI/FS). The RI/FS required under the Order is designed to: (i) determine the nature and extent of contamination and any threat to the public health, welfare or environmental caused by any release or threatened released of hazardous substances, pollutants or contaminants at or from the site; and (ii) determine and evaluate alternatives for the remediation and control of the release or threatened release of hazardous substances, pollutants, or contaminants at or from the site. The RI/FS is still in progress. The RI was completed and a final report was submitted to EPA for evaluation. PREPA is waiting for EPA's evaluation.

The information gather under the RI reflected the presence of free product (Separate Phase Hydrocarbons) in several monitoring wells. The analysis of this product also reflected a low concentration of polychlorinated biphenyls (PCBs). PREPA and EPA entered in to an Administrative Order on Consent (CERCLA-02-2008-2022) requiring PREPA to complete a removal plan that consists of determining if the underground water has been impacted by the PCBs, the extension of the contamination and the implementation of a work plan for free product removal. Analytical data collected during this activity reflected that underground water has not been impacted by PCBs. Nevertheless, water/oil mix has been found in several monitoring wells (MWs). PCBs concentrations between 1.36 – 2.36 parts per million were detected in the oil found in 3 of the 7 MWs. Multiphase extraction (MPE) activities in the MWs where water/oil phases were found, has been performed on a weekly basis. MWs gauging readings are performed during these activities. MPE will end by December 2010. Collected data will be evaluated in order to determine further actions. It is EPA's interest that RI/FS be completed by September 2011.

The remaining costs to achieve compliance have been estimated at $500,000. The Order also establishes a Reimbursement of Costs condition in which PREPA agrees to reimburse EPA for all costs incurred by EPA in connection to the site. No bill has been received by PREPA, as of this date.

In 2002, PREPA received a "Special Notice Concerning Remedial Investigation/Feasibility Study for Soil" at the Vega Baja Solid Waste Disposal Superfund Site. The EPA has identified PREPA and other six entities as "potentially responsible parties", as defined by the CERCLA. In 2003, PREPA agreed to join the other potentially responsible parties in an Administrative Order on Consent (AOC) for an RI/FS, with the understanding that such agreement did not constitute an acceptance or responsibility. Under the AOC, PREPA committed up to $250,000 as its contribution to partially fund the RI/FS. At this time, RI/FS has been completed. The work proceeded in accordance with the schedule established by PREPA and the other designated potentially responsible parties. On July 2010, a proposed plan was issued identifying the Preferred Alternative to address soil contamination at the Vega Baja Solid Waste Disposal Site. EPA held a public hearing on August 3 2010 to discuss the alternatives to address soil contamination. A Record of Decision (ROD) by EPA is scheduled for the end of September 2010 in which a determination of the selected alternative will be made.

On January 10, 2008, PREPA and Skanska Energy Services, LLC (Skanska) entered into an Engineer Procure Construct Finance Contract for the construction of the Gasoducto del Sur Project (the "Project") for an original Contract Price of $74,324,259. On December 2, 2008, the Superior Court of Ponce issued and injunction stopping all construction. On July 23, 2009, PREPA's Governing Board authorized the termination and settlement of the Contract. PREPA obtained title to all equipment and material procured and 100% of engineering documents and all pending disputes were settled for a lump-sum payment of $59,000,000 due to the Contractor. The Termination and Settlement Agreement was executed on August 7, 2009. Pursuant to an Asset Purchase Agreement dated August 17, 2009, PREPA sold the assets of the Gasoducto del Sur Project to The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority (AFICA by its Spanish acronym) for approximately $36 million. In addition, PREPA entered into a Subordinated Loan Agreement with the Government Development Bank (GDB) for $35,000,000 evidenced by a 24-month subordinated note until such time that Puerto Rico Aqueduct and Sewer Authority (PRASA) shall purchase from AFICA the Project.

- *PRASA* — On July 1, 2003, PRASA entered into an agreement (Civil Action No. 01-1709) to attain compliance with the Clean Water Act in relation to PRASA's wastewater pump stations (WWPSs). PRASA completed all improvements projects required by EPA for these WWPSs. The agreement also required PRASA to invest $1 million in the implementation of a Supplemental Environmental Project (SEP). This project consists of the hook up of three NON-PRASA communities to the PRASA's drinking water system. The agreement also required the implementation of the Preventive Maintenance Program (PMP) for all of PRASA's WWPSs. This is scheduled to be completed by December of 2010. PRASA has paid stipulated penalties ranging from $30 to $150 thousands on a quarterly basis for by-passes that occurred at the pump stations. The amount paid during the fiscal year 2010 was $400,000.

On June 22, 2006, PRASA entered into a consent decree (Civil Action No. 06-1624) with EPA that requires PRASA to implement system-wide remedial measures at all of the wastewater treatment plants operated by PRASA. The decree establishes deadlines for the compliance with the conditions set forth in the agreement and stipulates penalties for violation of any of those deadlines. PRASA was assessed a penalty of $1 million which was paid during fiscal year 2008. In accordance with this consent decree, PRASA deposited in an escrow account with GDB the amount of $3 million. These funds will be used for providing sewer service to a community that has not been connected to PRASA's sewer system. PRASA has paid stipulated penalties ranging from $300,000 to $500,000

on a yearly basis for non compliance of the agreement. During fiscal year 2010, PRASA deposited the amount of $500,000 in an escrow account.

On May 25, 2006, PRASA entered into a plea agreement with the U.S. Department of Justice related to violations of the Clean Water Act, as amended, Title 33, USC, Section 11311(a) and 1319(c)(2)(A). As part of the agreement (Criminal Case No. 06-CR-00202-001), PRASA paid a $9 million fine. In addition, the agreement required PRASA to comply with several special conditions, such as: (i) upgrade the collection and wastewater treatment system of the Ponce de Leon Avenue Area of San Juan for a cost of not less than $10 million to prevent direct discharges to the Martín Peña Canal; (ii) upgrade nine wastewater treatment plants for a cost of not less than $109 million; and (iii) comply with a consent decree signed by PREPA with the U.S. government on June 22, 2006. The plea agreement also established stipulated penalties for violation of any on the deadlines of performance standards set forth in the agreement. Currently, PRASA is in compliance with the deadlines and requirements of this consent order.

On December 15, 2006, an agreement was signed between PRASA and the Department of Health of the Commonwealth relating to violations of the Safe Drinking Water Act, as amended. The agreement was preliminary approved by the supervising court on March 15, 2007 and it was amended and finally approved by the court on June 20, 2008. PRASA agreed to implement a work plan to remediate the violations, establish preventive and mitigation measures, and execute a preventive maintenance program for the purpose of meeting the requirements of the Safe Drinking Water Act. As part of the agreement, PRASA paid a penalty of $1 million during fiscal year ended June 30, 2007. During fiscal year ended June 30, 2008 and based on the amendment and final approval of the agreement, PRASA accrued approximately $2.7 million for penalties for noncompliance as stipulated by the final agreement, which were paid during fiscal year 2009. Also, as part of the penalties for noncompliance with the remedial measures of the agreement with the Department of Health during fiscal year 2009, $1.3 million were deposited in a GDB escrow account to be used for a SEP. During fiscal year ended June 30, 2010, PRASA paid the amount of $100,000, part paid in penalties and part deposited in an escrow account.

On November 2007, PRASA entered into negotiation of a consent decree (Civil Action No. 10-1365) with EPA that requires PRASA to implement system wide remedial measures at all of the sludge treatment systems at the water treatment plants owned and operated by PRASA. The consent decree was lodged on May 3, 2010 and its entry date was August 24, 2010. This consent order closed previous consent orders known as PRASA II Civil Action No. 92-1511 and PRASA III Civil Action No. 00-2554. This consent order establishes deadlines for the compliance with the conditions set forth in the proposed agreement and stipulates penalties for violation of any of those deadlines.

PRASA was assessed a penalty of $3.2 million which will be paid during fiscal year 2011. In accordance with this consent decree, from the amount of $3.2 million, PRASA will have to pay a civil penalty of approximately $1 million to the United States Treasury and will have to deposit in an escrow account with GDB, $2.5 million for the design and construction of a SEP. One of the projects that are under evaluation is the installation of aeration systems to improve water quality in Lake Cidra and Lake Toa Vaca.

PRASA is a defendant in other environmental minor lawsuits, pending trial or final judgment. PRASA intends to vigorously defend itself against all of the allegations. Management, based on the advice of legal counsel, is of opinion that any liability that may result from such lawsuits would not have a material adverse effect on PRASA's financial positions as of June 30, 2010.

- *PRSWA* — PRSWA initiated in years prior to the year ended June 30, 2010, the implementation and development of the Strategic Plan for Recycling and Disposal of Solid Waste in Puerto Rico at an estimated cost of approximately $112 million. The first stage consists of the construction of thirty-nine (39) projects to be financed through and interim financing agreement with the Government Development Bank for Puerto Rico. The lines-of-credit under the agreement were paid by the Treasury Department through joint resolutions approved by the Legislature of Puerto Rico. PRSWA has continued with the planning and construction of the projects.

  During May 2008, PRSWA approved the "Dynamic Itinerary for the Infrastructure Projects of Solid Waste in Puerto Rico". This itinerary defines the strategies for safe and efficient handling of solid waste in Puerto Rico for the next twenty-five (25) years in compliance with all applicable regulations. PRSWA proposes this itinerary for the purpose of adopting this plan as the official instrument to guide public policy for the development of infrastructure projects for handling and final disposition of solid waste in Puerto Rico. The projects proposed in the itinerary includes programs to develop facilities for the recovery of recyclable materials (MRF's), facilities for the deposit of acceptable sludge, facilities to convert solid waste to energy, transshipment facilities and lateral expansion to sanitary stuffing systems (SRS). The development of these projects takes into consideration the closing of various SRS. The construction investment is estimated in approximately $1.9 billion dollars. PRSWA projects that financing for these projects will come from both the public and private sectors.

**Construction Commitments** — As of June 30, 2010, the following component units maintained various unspent construction agreements as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Aqueduct and Sewer Authority | $  668,400 |
| Puerto Rico Highways and Transportation Authority | 641,028 |
| Port of the Americas Authority | 166,403 |
| Puerto Rico Infrastructure Financing Authority | 76,565 |
| Company for the Integral Development of the "Península de Cantera" | 53,456 |
| Puerto Rico Medical Services Administration | 33,539 |
| Puerto Rico Ports Authority | 25,000 |
| Puerto Rico Electric Power Authority | 23,562 |
| Puerto Rico Maritime Transportation Authority | 16,236 |
| Puerto Rico Conservatory of Music Corporation | 10,000 |
| Institute of Puerto Rican Culture | 5,916 |
| Puerto Rico Land Administration | 1,439 |
| Institutional Trust of the National Guard of Puerto Rico | 1,161 |
| Puerto Rico Convention Center District Authority | 1,000 |
| Puerto Rico Industrial Development Company | 559 |
| Puerto Rico Trade and Export Company | 46 |
| | |
| Total | $1,724,310 |

20.  **RETIREMENT SYSTEMS**

The Commonwealth sponsors three contributory pension plans (collectively known as the "Retirement Systems"), which are reported in the accompanying statement of fiduciary net assets:

- Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)

- The Commonwealth of Puerto Rico Judiciary Retirement System (JRS)

- Puerto Rico System of Annuities and Pensions for Teachers (TRS)

Each system is independent; thus, their assets or liabilities may not be transferred from one system to another or used for any purpose other than to benefit the participants of each system.

The Retirement Systems issue financial reports, which are publicly available and include the basic financial statements, the required trend information, and any other required supplementary information. These reports may be obtained by written request to the corresponding retirement system administrator at the addresses detailed in note 1(b).

**(a)  ERS**

**Plan Description** — The ERS is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 447 on May 15, 1951. The ERS began operations on January 1, 1952, at which date, contributions by employers and participating employees commenced. The ERS is a pension trust fund of the Commonwealth. The ERS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

The responsibility for the proper operation and administration of the ERS is vested on the board of trustees, composed of two participating employees and one pensioner, who are appointed by the Governor of the Commonwealth. Also, there are four Commonwealth government agency representatives, which are the Secretary of the Treasury, the President of the Government Development Bank for Puerto Rico, the Executive Director of the Commonwealth's Human Resources Office, and the Municipal Affairs Commissioner.

As of June 30, 2010, the ERS has an unfunded actuarial accrued liability of approximately $17,837 million, representing an 8.5% funding ratio using net assets. In the opinion of management and based on information prepared by external consulting actuaries, if measures are not taken now to deal with this situation, the ERS will not be able to fully fund pensions beginning in fiscal year 2019; however, net assets held in trust for pension benefits will be exhausted during fiscal year 2014. This situation could have a direct negative effect on the Commonwealth's general fund, since most of the employers under the ERS are government agencies obligated to make actuarial contributions to fund the ERS.

To attend to these issues, the Governor of the Commonwealth (the "Governor"), by Executive Order OE-2010-10 dated March 12, 2010, created the Special Commission on the Retirement Systems Reform (the "Commission"), to provide individual and/or group recommendations on actions that the executive and legislative branches can execute to provide immediate alternatives to ease the current crisis and long-term solutions to improve the financial condition of the ERS.

On October 21, 2010, the Commission presented a report to the Governor that included specific recommendations addressing the current fiscal crisis and cash flow problems of ERS. Among these

recommendations, the Commission proposed increasing the contribution percentages, restructuring benefits and establishing certain limitations on loans, among other.

After reviewing the Commission's report, ERS and the Commonwealth, with the assistance of the ERS external consulting actuaries, concluded that annual increases in the employers' contribution rate would be required to fully fund pensions, without having to liquidate ERS investment portfolio. It is the intention of the Commonwealth to include such increase in contributions as part of its fiscal year 2012 budget and in the annual budgets thereafter. The Commonwealth is committed to finding a long-term solution to the funding situation of ERS.

The successful implementation of these measures cannot be assured, as it is dependent upon future events and circumstances whose outcome cannot be anticipated.

The ERS consists of different benefit structures pursuant to Act No. 447 of 1951, as amended, including a cost-sharing multi-employer contributory defined benefit program and a cash balance program, similar to a cash balance plan. The ERS is sponsored by the Commonwealth, public corporations, and municipalities of Puerto Rico. Substantially all full-time employees of the Commonwealth and its instrumentalities (Commonwealth Agencies, Municipalities, and Public Corporations, including the ERS) are covered by the ERS. All regular, appointed, and temporary employees of the Commonwealth at the date of employment become plan members of the ERS. The ERS is optional for Commonwealth officers appointed by the Governor and Head of Agencies.

Plan members, other than those joining the ERS after March 31, 1990, are eligible for the benefits described below:

*Retirement Annuity* — Plan members are eligible for a retirement annuity upon reaching the following age:

| Policemen and Firefighters | Other Employees |
|---|---|
| 50 with 25 years of credited service | 55 with 25 years of credited service |
| 58 with 10 years of credited service | 58 with 10 years of credited service |

Plan members are eligible for monthly benefit payments determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the highest 36 months of compensation recognized by the ERS. The annuity, for which a plan member is eligible, is limited to a minimum of $400 per month and a maximum of 75% of the average compensation.

*Merit Annuity* — Plan members are eligible for merit annuity with a minimum of 30 years or more of credited service. The annuity for which the plan member is eligible is limited to a minimum of 65% and a maximum of 75% of the average compensation.

*Deferred Retirement Annuity* — A participating employee who ceases to be an employee of the Commonwealth after having accumulated a minimum of 10 years of credited service qualifies for retirement benefits provided his/her contributions to the ERS are left within the ERS until attainment of 58 years of age.

*Coordinated Plan* — On the coordinated plan, the participating employee contributes a 5.775% of the monthly salary for the first $550 and 8.275% for the excess over $550. By the time the employee reaches 65 years old and begins to receive social security benefits, the pension benefits are reduced by the following:

- $165 per month if retired with 55 years of age and 30 years of credited service

- $110 per month if retired with less than 55 years of age and 30 years of credited service

- All other between $82 and $100 per month

- Disability annuities under the coordinated plan are also adjusted at age 65 and in some cases can be reduced over $165 per month

*Noncoordinated Plan* — On the noncoordinated plan, the participating employee contributes an 8.275% of the monthly salary and does not have any change on the pension benefits upon receiving social security benefits.

*Reversionary Annuity* — A plan member, upon retirement, could elect to receive a reduced retirement annuity giving one or more benefit payments to his/her dependents. The life annuity payments would start after the death of the retiree for an amount not less than $240 yearly or greater than the annuity payments being received by the retiree.

*Occupational Disability Annuity* — A participating employee, who as a direct result of the performance of his/her occupation is totally and permanently disabled, is eligible for a disability annuity of 50% of the compensation received at the time of the disability.

*Nonoccupational Disability Annuity* — A participating employee totally and permanently disabled for causes not related to his/her occupation, and with no less than 10 years of credited service, is eligible for an annuity of 1.5% of the average compensation of the first 20 years of credited services increased by 2% for every additional year of credited service in excess of 20 years.

**Death Benefits**

*Occupational:*

Surviving Spouse — annuity equal to 50% of the participating employee's salary at the date of the death.

Children — $10 per month for each child, minor or student, up to a maximum benefit per family of 100% of the participating employee's salary at the date of the death. If no spouse survives, or dies while receiving the annuity payments, each child, age 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies.

*Nonoccupational:*

Beneficiary — the contributions and interest accumulated as of the date of the death plus an amount equal to the annual compensation at the time of death.

Postretirement — Beneficiary with surviving spouse age 60 or over and child, age 18 or under, up to 50% (60%, if not covered under Title II of the Social Security Act) of retiree's pension or otherwise the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $750.

**Refunds** — A participating employee who ceases his/her employment with the Commonwealth without right to a retirement annuity has the right to a refund of the contributions to the ERS, plus any interest earned thereon.

**Amendments to Benefits Structure for Plan Members who Joined the ERS on or After April 1, 1990** — Act No. 1 of February 16, 1990, made certain amendments applicable to new participating employees joining the ERS effective April 1, 1990. These changes consist principally of an increase in the retirement age from 55 to 65, a decrease in the benefit percentage of the average compensation in the occupational disability and occupational death benefits annuities from 50% to 40%, and the elimination of the merit annuity for participating employees (except policemen and firemen) who have completed 30 years of creditable service.

**Cost of Living Adjustment for Pension Benefits** — Act No. 10 of May 21, 1992, provided for increases of 3% every three years, of the pensions paid by the ERS to those plan members with three or more years of retirement. The Act requires further legislation to grant this increase every three years, subject to the presentation of actuarial studies regarding its costs and the source of financing. Since fiscal year 1992 to 2007 there have been other acts addressing the cost of living allowance (C.O.L.A.) as Act No. 207 of August 13, 1995; Act No. 221 of August 9, 1998; Act No. 40 of June 13, 2001; Act No. 157 of June 27, 2003; and Act No. 35 of April 24, 2007.

On April 24, 2007, the Governor signed the Act No. 35 to provide for an increase of 3% of the pension paid by the ERS to those plan members whose monthly pension is less than $1,250, effective on July 1, 2008.

To protect the financial health of the ERS, the increases granted pursuant to the above laws are being financed through annual appropriations from the Commonwealth and contributions from municipalities and public corporations.

**Other Benefits Granted** — For fiscal years 2003 to 2007, the Commonwealth granted additional benefits to the ERS's retirees. As of June 30, 2010, these increases are being funded through special appropriations from the Commonwealth for the amount corresponding to the Commonwealth agencies and by contributions from the public corporations and municipalities.

**Early Retirement Programs** — During fiscal year 2001, the Commonwealth granted three additional retirement programs through Act No. 370 of December 31, 1999, Act No. 119 of July 13, 2000, and Act No. 174 of August 12, 2000. These acts applied to employees of the Municipality of San Juan, employees of the State Insurance Fund Corporation and the employees within the three branches of the Commonwealth, respectively. These early retirement programs ended in fiscal year 2006, at which time, these employees became fully beneficiaries of the ERS. In order to avoid any economic impact on the ERS, the employers were responsible for contributing to the ERS the amounts to cover the benefit payments and the employer and employee contributions with respect to the plan members covered until the attainment of the normal retirement age.

During fiscal year 2006, the Puerto Rico Industrial and Development Company (PRIDCO) implemented an early retirement program for its employees under Act No. 143, dated November 22, 2005. PRIDCO will reimburse the annuities and other benefits paid by the ERS during a five-year period, plus the employer and employee contributions with respect to the plan members covered until the attainment of the normal retirement age.

During fiscal year 2008, the Commonwealth issued Act No. 70, dated July 13, 2007, to implement an early retirement program for the employees of the Puerto Rico National Parks Company. The Municipality of San Juan issued the Resolution No. 41, dated May 5, 2008, which provided an early retirement program for the municipalities' employees. Also, GDB implemented an early retirement program for its employees under the Act No. 188 of December 12, 2007. The Puerto Rico National Parks Company has already made two payments and would reimburse the remaining balance on

annuities and other benefits paid by the ERS in three installments on each July 31 starting on 2009 through 2011. The Municipality of San Juan will reimburse the annuities and other benefits paid by the ERS during a five-year period, plus the employer and employee contributions with respect to the plan members covered until they reach the normal retirement age.

The Land Authority of Puerto Rico (the "Land Authority") implemented an early retirement program for its employees under Law No. 59 of January 31, 2008. The Land Authority has already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting on 2009 through 2012.

The Right to Employment Administration (the "Administration") implemented an early retirement program for its employees under Law No. 275 of December 31, 2008. The Administration already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting on 2009 through 2012.

The Puerto Rico Environmental Quality Board (the "EQB") implemented an early retirement program for its employees under the Law 224 Act No. 7 dated August 9, 2008. The EQB already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting on 2009 through 2012.

The Puerto Rico Department of Labor and Human Resources (the "Department of Labor") implemented an early retirement program for its employees under the Law 136 dated July 29, 2008. The Department of Labor already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting on 2009 through 2012.

*Amendment to Act No. 447 Effective January 1, 2000, to Create System 2000* — On September 24, 1999, Law 305, an amendment to Act No. 447 of May 15, 1951, which created the ERS, was enacted to provide for a new benefit structure, similar to a cash balance plan, known as System 2000, to cover employees joining the ERS on or after January 1, 2000.

Employees participating in the ERS as of December 31, 1999, were allowed to elect either to stay in the defined benefit structure or transfer to System 2000. People joining the public sector on or after January 1, 2000, are only allowed to become members of System 2000. Under System 2000, contributions received from participants are pooled and invested by the ERS, together with the assets corresponding to the defined benefit structure. There are no separate accounts for System 2000 participants. Future benefit payments under the original defined benefit structure and System 2000 will be paid from the same pool of assets. As a different benefit structure, System 2000 is not a separate plan, and as such, is not presented separately from the original defined benefit structure, pursuant to the provisions of GASB Statement No. 25. The Commonwealth does not guarantee benefits at retirement age.

The annuity benefits to participants is based on a formula which assumes that each year the employee's contribution (with a minimum of 8.275% of the employee's salary up to a maximum of 10%) will be invested as instructed by the employee in an account which either: (1) earns a fixed rate based on the two-year Constant Maturity Treasury Notes or, (2) earns a rate equal to 75% of the return of the ERS's investment portfolio (net of management fees), or (3) earns a combination of both alternatives. Plan members receive periodic account statements similar to those of defined contribution plans showing their accrued balances. Disability benefits are not granted under System 2000 rather should be provided to those plan members that voluntarily elect to participate in a private insurance long-term disability program. The employers' contributions (9.275% of the

employee's salary) with respect to employees under System 2000 will continue but will be used to fund the defined benefit plan. System 2000 reduced the retirement age from 65 years to 60 for those employees who joined the current plan on or after January 1, 2000.

At June 30, 2010, System 2000's membership consisted of 55,279 current participating employees.

**Funding Policy** — The contribution requirement to the ERS is established by law and is not actuarially determined. Required employers' contributions consist of 9.275% of applicable payroll in the cases of municipalities, central government, and public corporations. Required employee contribution consists of 5.775% of the first $550 of the monthly salary with the excess at 8.275% for the coordinated benefit structure and 8.275% of the total monthly salary for participating employee's contributions for the non-coordinated benefit structure. If necessary, additional non payroll related contributions from the Commonwealth should ultimately cover any deficiency between the participating employers' and employee's contributions and the ERS's pension benefit obligations and general and administrative deductions.

ERS, besides the contributions received from plan members and employers, also receives legislative appropriations from special laws to cover additional benefits and the increase in benefits to retired employees. In the past years, there have been laws that granted additional benefits, such as, summer and Christmas bonuses, and various increases in cost of living allowances (3%), among others.

(b) **JRS**

**Plan Description** — The Commonwealth of Puerto Rico Judiciary Retirement System (the "JRS") is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration (the "Administration") and was created by Act No. 12 on October 19, 1954 ("Act No. 12 of 1954"). The JRS is a pension trust fund of the Commonwealth and is not an employer. The JRS provides retirement benefits to the employees of the judiciary branch of the Commonwealth, through the office of the Administration of Court Facilities (the "Employer"). The JRS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

The responsibility for the proper operation and administration of the JRS is vested on a board of trustees, composed of two participating employees and one pensioner, who are appointed by the Governor of the Commonwealth. Also, there are four Commonwealth government agency representatives, which are the Secretary of the Treasury, the President of the Government Development Bank for Puerto Rico, the Commissioner of Municipalities Affairs, and the Executive Director of the Human Resources Office of the Commonwealth of Puerto Rico.

As of June 30, 2010, the JRS has an unfunded actuarial accrued liability of approximately $283 million, representing a 16.4% funding ratio. In the opinion of management and based on information prepared by consulting actuaries, if measures are not taken now to deal with this situation, the JRS will not be able to fully fund pensions during fiscal year 2018. This situation could have a direct negative effect on the Commonwealth's general fund, since the Commonwealth is the plan sponsor and is obligated to make actuarial contributions to fund the JRS.

To attend to these issues, the Governor of the Commonwealth (the "Governor"), by Executive Order OE-2010-10 dated March 12, 2010, created the Special Commission on the Retirement Systems Reform (the "Commission"), to provide individual and/or group recommendations on actions that the executive and legislative branches can execute to provide immediate alternatives to ease the current crisis and long-term solutions to improve the financial condition of the JRS.

On October 21, 2010, the Commission presented a report to the Governor that included specific recommendations addressing the current fiscal crisis and cash flow problems of the System. Among these recommendations, the Commission proposed increasing the contribution percentages, restructuring benefits and establishing certain limitations on loans, among other.

After reviewing the Commission's report, JRS and the Employer, with the assistance of the System's external consulting actuaries, concluded that annual increases in the Employer's contributions would be required to fully fund pensions, without having to liquidate JRS's investment portfolio. It is the intention of the Employer to make such additional contributions during its fiscal year 2012 and thereafter. The Commonwealth is committed to finding a long-term solution to the funding situation of JRS.

The successful implementation of these measures cannot be assured, as it is dependent upon future events and circumstances whose outcome cannot be anticipated.

The JRS consists of a single – employer defined benefit plan sponsored by the Commonwealth. Under the terms of Act No. 12 of 1954, as amended, all judges of the judiciary branch of the Commonwealth are plan member of the JRS.

Members of the JRS are eligible for the following benefits:

*Retirement Annuity* — Plan members with 10 years of credited service are eligible for retirement upon reaching 60 years of age.

Plan members are eligible for monthly benefit payments determined by the application of a stipulated benefit to the plan member's average compensation. Average compensation is computed based on the last month of compensation. The annuity for which a plan member is eligible, is limited to a minimum of 25% and a maximum of 75% of the average compensation, except for the judges of the Supreme Court for whom the annuity is limited to a minimum of 50% and a maximum of 100% of the average compensation received by the members of the Supreme Court.

*Reversionary Annuity* — A plan member, upon retirement, could elect to receive a reduced retirement annuity giving one or more benefit payments to his/her dependants. The payments would start after the death of the retiree, for an amount not less than $120 yearly or greater than the annuity payments being received by the retiree.

*Occupational Disability Annuity* — A participating employee, who as a direct result of the performance of his/her occupation is totally and permanently disabled, is eligible for a disability annuity of 50% of the compensation, received at the time of the disability.

*Nonoccupational Disability Annuity* — A participating employee totally and permanently disabled for causes not related to his/her occupation, and with no less than 10 years of credited service, is eligible for annuity of 30% of the average compensation of the first 10 years of credited services, increased by 1% for every additional year of credited service in excess of 10 years, up to a maximum of 50% of the average compensation.

*Death Benefits*

Occupational:

- Surviving spouse — annuity equal to 50% of the participating employee's salary at the date of the death.

- Children — $10 per month for each child, minor or student, up to a maximum benefit per family of 75% of the participating employee's salary at the date of the death. If no spouse survives or dies while receiving the annuity payments, each child, 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies.

Nonoccupational:

The contributions and interest accumulated as of the date of the death, plus an amount equal to the annual compensation at the time of the death.

Postretirement:

- Surviving spouse and child, 21 or under — up to 60% of the retiree's pension.

- Other designated by the retiree — the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $500.

*Refunds* — A participating employee who ceases his/her employment with the Commonwealth without right to a retirement annuity has the right to a refund of the contributions to the JRS, plus any interest earned thereon.

*Cost of Living Adjustment for Pension Benefits* — Act No. 177 of 1997 provides, effective January 1, 1999, for increases of 3%, every three years, of the pensions paid by the JRS to those plan members with three or more years of retirement. The act requires further legislation to grant this increase every three years.

**Funding Policy** — The contributions to the JRS are established by law and are not actuarially determined. During 2009, the JRS and the Employer entered into an agreement to increase the Employer's contributions from 20% to 30.34%, effective on July 1, 2008. Employees' contributions consist of 8% of the employees' monthly salary. Contributions from the Commonwealth should ultimately cover any deficiency between the employer's and employees' contributions and the JRS's pension benefit obligations and administrative costs.

**(c) TRS**

**Plan Description** — The Puerto Rico System of Annuities and Pensions for Teachers (the "TRS") is a defined benefit plan administered by the Puerto Rico Teachers Retirement System and was created by Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. The TRS is considered an integral part of the Commonwealth's financial reporting entity and is included in the Commonwealth's basic financial statements as a pension trust fund. The TRS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974.

The responsibility for the proper operation and administration of the TRS is vested in a Board of Trustees (the "Board").

The TRS is a defined benefit plan sponsored by the Commonwealth. Substantially, all active teachers of the Commonwealth's Department of Education are covered by the TRS under the terms of Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. The new law gives the Puerto Rico Teachers Retirement System's active employees as of March 29, 2004, the option to

participate in the plan. Employees recruited by the Puerto Rico Teachers Retirement System after the approval of the new law become members of the plan. All active teachers of the Department of Education become plan members of the TRS at their date of employment. Licensed teachers working in private schools or other educational organizations can be members of the TRS at their own choice as long as the required employer and employee contributions are satisfied.

As of June 30, 2010, TRS has an unfunded actuarial accrued liability of approximately $7 billion, resulting in a funding ratio of 24%. In the opinion of management, based on information prepared by consulting actuaries, if measures are not taken now to deal with this situation, TRS will not be able to fully fund pensions in fiscal years beginning after June 30, 2020. This situation could have a direct negative effect on the Commonwealth's general fund, since the Commonwealth is the ultimate plan sponsor and will be obligated to make actuarial contributions to fund TRS.

To attend to these issues, the Governor of the Commonwealth (the "Governor"), by Executive Order OE-2010-10 dated March 12, 2010, created the Special Commission on the Retirement Systems Reform (the "Commission") to provide individual and/or group recommendations on actions that the executive and legislative branches can execute to provide immediate alternatives to ease the current crisis and long-term solutions to improve the financial condition of TRS.

On October 21, 2010, the Commission presented a report to the Governor that included specific recommendations addressing the current fiscal crisis and cash flow problems of TRS. Among these recommendations, the Commission proposed increasing the contribution percentages, restructuring benefits and establishing certain limitations on loans, among other.

After reviewing the Commission's report, TRS and the Commonwealth, with the assistance of the TRS's external consulting actuaries, concluded that annual increases in the employers' contribution rate will be required to fully fund pensions, without having to liquidate the TRS's investment portfolio.  It is the intention of the Commonwealth to include such increase in contributions as part of its fiscal year 2012 budget and in the annual budgets thereafter. The Commonwealth is committed to finding a long-term solution to the funding situation of TRS.

The successful implementation of these measures cannot be assured, as it is dependent upon future events and circumstances whose outcome cannot be anticipated.

The plan members of the TRS are eligible for the benefits described below:

*Retirement Annuity* — Plan members are eligible for monthly benefit payments determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the highest 36 months of compensation recognized by the TRS. The annuity for which a plan member is eligible is limited to a minimum of $400 per month and a maximum of 75% of the average compensation.

The plan members are eligible for retirement annuity benefits upon complying with the following:

| Age | Years of Creditable Services | Retirement Annuity Compensation |
|---|---|---|
| Fifty | 30 or more | 75% of average compensation |
| Under fifty | 30 or more | 65% of average compensation |
| Sixty | At least 10, but less than 25 | 1.8% of average compensation times years of service |
| Fifty | At least 25, but less than 30 | 1.8% of average compensation times years of service |
| Forty-seven but less than Fifty | At least 25, but less than 30 | 95% of the annual pension that would have received with 50 years of age |

- 192 -

*Deferred Retirement Annuity* — A participating employee who terminates service before age 60, after having accumulated a minimum of ten years of creditable services, qualifies for a deferred retirement annuity payable beginning at age 60. A participating employee who has completed 25 or more years of creditable services and is under the age of 47 at termination, qualifies for a deferred retirement annuity payable beginning at age 47. The vested rights described above are provided if his/her contributions to the TRS are left within the TRS until the attainment of the respective retirement age.

*Occupational Disability Annuity* — A participating employee, who as a direct result of the performance of his/her occupation becomes disabled, is eligible for an annuity of 1.8% of average compensation based on the highest 60 months or the number of months of creditable services, if less than five years, recognized by the TRS, times years of creditable services; but not less than $400 per month.

*Nonoccupational Disability Annuity* — A participating employee disabled for causes not related to his/her occupation, and with at least five years of credited service, is eligible for an annuity of 1.8% of average compensation based on the highest 60 months recognized by the TRS, times years of service; but not less than $400 per month.

*Death Benefits:*

*Pre-retirement* — The beneficiaries receive the contributions made to the plan and 2% interest accumulated as of the date of death (after discounting debts with the TRS), plus an amount equal to the annual compensation of the member at the time of death.

*Post-retirement* — The surviving spouse receives 50% of the retiree's pension and if there are children under 22 years of age or disabled (until disability ceases), they receive the other 50% of the pension. If there is no surviving spouse or children who qualify, the beneficiaries receive the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $1,000.

*Refunds* — A participating employee who ceases his/her employment with the Commonwealth without the right to a retirement annuity has the right to a refund of the employee contributions paid to the TRS, plus any interest earned thereon.

*Early Retirement Program* — On January 27, 2000, Act No. 44 was approved, which provided that effective March 9, 2000, plan members are eligible for early retirement upon attaining the age of 50 and 28 years of services in the first year of implementation and age 50 and 25 years of service in subsequent years. Those who select early retirement under these conditions will receive monthly benefits equal to 75% of their average compensation, which is computed based on the highest 36 months of compensation recognized by the TRS. Effective July 31, 2001, the option for early retirement was closed.

*Special Benefits* — Special benefits include the following:

- Christmas Bonus — An annual bonus of $600 for each retiree and disabled member paid each December. The TRS pays $150 per retiree and disabled member and the remaining bonus is paid by the Commonwealth.

- Summer Bonus — An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July. This benefit is prorated if there are multiple beneficiaries and is funded by the Commonwealth.

- 193 -

- Medication Bonus — An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July to cover health costs. Evidence of coverage is not required. This benefit is funded by the Commonwealth.

- Cost-of-Living Adjustments — Act No. 62 of September 4, 1992 provided, subject to the approval of the Legislature of the Commonwealth (the "Legislature"), for increases of 3% every three years in pensions to those plan members with three or more years of retirement. In years 1995, 1998, 2001, 2004, and 2007, the Legislature has replicated the benefit granted per Act No. 62 of September 4, 1992. This benefit is funded by the Commonwealth. The Legislature did not approve this benefit increase.

**Funding Policy** — The law requires the employer to contribute 8.5% of the applicable payroll. Participating employees are required to contribute 9% of their compensation. Commonwealth contributions should ultimately cover any deficiency between the participating employees' contributions and the TRS's pension benefit obligations and administrative costs. The employer and participants' contributions will be evaluated at least every five years.

The special contributions of approximately $46,572,000 in 2010 represent contributions from the general fund of the Commonwealth for special benefits granted by special laws.

Other relevant information on the Commonwealth's Retirement Systems is presented below (as of June 30, 2010, for ERS, JRS, and TRS):

**(d) Membership**

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Retirees and beneficiaries currently receiving benefits | 106,538 | 394 | 34,373 | 141,305 |
| Current participating employees | 140,642 | 362 | 44,679 | 185,683 |
| Total | 247,180 | 756 | 79,052 | 326,988 |

**(e) Annual Pension Cost and Net Pension Obligation**

The Commonwealth's annual pension cost and net pension obligation of the three pension plans for the year ended June 30, 2010 were as follows (expressed in thousands):

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Annual required contributions | $1,459,774 | $ 28,127 | $   477,213 | $1,965,114 |
| Interest on net pension obligation | 411,812 | 1,442 | 99,535 | 512,789 |
| Adjustment to annual required sponsors' contributions | (474,435) | (1,673) | (80,410) | (556,518) |
| Annual pension cost | 1,397,151 | 27,896 | 496,338 | 1,921,385 |
| Statutory sponsors' contributions made | (534,275) | (11,006) | (166,384) | (711,665) |
| Increase in net pension obligation | 862,876 | 16,890 | 329,954 | 1,209,720 |
| Net pension obligation at beginning of year | 5,490,824 | 19,220 | 1,244,186 | 6,754,230 |
| Net pension obligation at end of year | $6,353,700 | $ 36,110 | $1,574,140 | $7,963,950 |

The net pension obligation for ERS, JRS and TRS of $8 billion, are recorded in the accompanying statement of net assets (deficit).

|  | ERS | JRS | TRS |
|---|---|---|---|
| Date of latest actuarial valuation | June 30, 2010 | June 30, 2010 | June 30, 2010 |
| Actuarial-cost method | Projected unit credit cost method with straight proration based on service to decrement | Projected unit credit cost method with straight proration based on service to decrement | Entry age normal |
| Amortization method | 30 years closed, level percentage of the projected payroll | 30 years closed, level percentage of the projected payroll | 30 years closed, level percentage of the projected payroll |
| Remaining amortization period | 27 years | 16 years | 27 years |
| Amortization approach | Closed | Closed | Closed |

The annual required contribution was determined by actuarial valuations for each of the pension plans as described below:

|  | ERS | JRS | TRS |
|---|---|---|---|
| Asset-valuation method | Market value of assets | Market value of assets | Market value of assets |
| Actuarial assumptions: |  |  |  |
| Inflation | 2.5 % | 2.5 % | 2.5 % |
| Investment rate of return | 7.5 % | 7.5 % | 8.0 % |
| Projected salary increases per annum | 3.0% (no increase in 2009–10 and 2010–11) | 3.0 % | 3.5 % (general wage inflation, plus service — based merit increase) |
| Cost-of-living adjustments | 0.99% annually to approximate 3.0% triennial increases | 0.99% annually to approximate 3.0% triennial increases | None |

**(f) Three Year Trend Information**

The three year trend information is as follows (expressed in thousands):

|  | ERS | JRS | TRS |
|---|---|---|---|
| Annual pension cost (APC): |  |  |  |
| Year ended June 30, 2010 | $1,397,151 | $27,896 | $ 496,338 |
| Year ended June 30, 2009 | 1,207,487 | 22,122 | 459,645 |
| Year ended June 30, 2008 | 1,149,597 | 19,829 | 355,742 |
| Percentage of APC contributed: |  |  |  |
| Year ended June 30, 2010 | 38.2 % | 39.5 % | 33.5 % |
| Year ended June 30, 2009 | 49.2 | 50.2 | 42.0 |
| Year ended June 30, 2008 | 50.6 | 36.6 | 52.0 |
| Net pension obligation (asset): |  |  |  |
| Year ended June 30, 2010 | 6,353,700 | 36,110 | 1,574,140 |
| Year ended June 30, 2009 | 5,490,824 | 19,220 | 1,244,186 |
| Year ended June 30, 2008 | 4,877,846 | 8,203 | 957,382 |

**(g) Funded Status**

Funded status of the pension plans as of June 30, 2010, the most recent actuarial valuation date, is as follows (expressed in thousands):

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Actuarial accrued liability | $19,501,761 | $338,195 | $9,280,000 | $29,119,956 |
| Actuarial value of assets | 1,664,991 | 55,410 | 2,222,000 | 3,942,401 |
| Unfunded actuarial accrued liability | $17,836,770 | $282,785 | $7,058,000 | $25,177,555 |
| Funded ratio | 8.54 % | 16.38 % | 23.94 % | 13.54 % |

The schedule of funding progress included as required supplementary information presents multiyear trend information about whether the actuarial value of plan assets is increasing or decreasing over time relative to the actuarial accrued liability for benefits.

## 21. OTHER POSTEMPLOYMENT BENEFITS

The Commonwealth provides postemployment healthcare benefits through defined benefit plans that are administered by the Retirement Systems:

- Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Medical Insurance Plan Contribution (ERS MIPC)

- The Puerto Rico Judiciary Retirement System Medical Insurance Plan Contribution (JRS MIPC)

- Puerto Rico System of Annuities and Pensions for Teachers Medical Insurance Plan Contribution (TRS MIPC)

**(a) Plans Descriptions**

ERS MIPC is a cost sharing multiple employer defined benefit other postemployment benefit (OPEB) plan sponsored by the Commonwealth. JRS MIPC and TRS MIPC are single employer defined benefit OPEB plans sponsored by the Commonwealth. These OPEB plans were created under Act No. 95 approved on June 29, 1963. Healthcare benefits are provided through insurance companies whose premiums are paid by the retiree with the Commonwealth providing a matching share. ERS MIPC covers substantially all full time employees of: (1) the Commonwealth's primary government and (2) certain municipalities of Puerto Rico and certain component units of the Commonwealth not having their own postemployment benefit plan. JRS MIPC covers all judges of Judiciary Branch of the Commonwealth. TRS MIPC covers all active teachers of the Department of Education of the Commonwealth.

Commonwealth employees become plan members upon their date of employment. Plan members are eligible for benefits upon reaching the following age:

**ERS MIPC**
**Police and Firemen**

50 with 25 years of credited service
58 with 10 years of credited service

**Other Employees**

55 with 25 years of credited service
58 with 10 years of credited service

**JRS MIPC**

60 with 10 years of credited service

**TRS MIPC**

47 with 25 years of credited service
60 with 10 years of credited service

**Funding Policy** — The contribution requirement of ERS MIPC, JRS MIPC and TRS MIPC are established by Act No. 95 approved on June 29, 1963. The benefits are paid directly by the Commonwealth to the insurance providers at a rate of a maximum of $100 per month per retiree. All these OPEB plans are financed on a pay-as-you-go basis. There is no contribution requirement for plan member during active employment. Retirees contribute the amount of the healthcare insurance premium not covered by the Commonwealth contribution. The amount contributed during the year ended June 30, 2010 was as follows (expressed in thousands):

| | |
|---|---|
| ERS MIPC | $ 85,460 |
| JRS MIPC | 295 |
| TRS MIPC | 28,427 |

**(b) Funded Status**

Funded status of the postemployment healthcare benefit plans as of June 30, 2010, the most recent actuarial valuation date, is as follows (in thousands):

|  | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| Actuarial accrued liability (AAL) | $1,646,148 | $5,808 | $694,230 | $2,346,186 |
| Actuarial value of assets | - | - | - | - |
| Unfunded actuarial accrued liability | $1,646,148 | $5,808 | $694,230 | $2,346,186 |

The schedule of funding progress included as required supplementary information present multiyear trend information about whether the actuarial value of plan assets is increasing or decreasing over time relative to the actuarial accrued liability for benefits.

**(c) Membership**

|  | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| Retirees and beneficiaries currently receiving benefits | 106,538 | 394 | 34,373 | 141,305 |
| Current participating employees | 140,642 | 362 | 44,679 | 185,683 |
| Total | 247,180 | 756 | 79,052 | 326,988 |

**(d) Annual OPEB costs and Net OPEB obligation**

The annual OPEB cost and the annual required contribution (ARC) were computed as part of an actuarial valuation in accordance with parameters of GASB Statement No. 45 based on current years demographic data.

The annual ARC for the postemployment healthcare benefit plans were as follows (in thousands):

|  | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| ARC |  |  |  |  |
| Normal costs | $ 32,187 | $ 123 | $ 13,342 | $ 45,652 |
| Amortization of unfunded AAL | 96,107 | 365 | 29,145 | 125,617 |
| ARC | $128,294 | $488 | $42,487 | $171,269 |

The annual OPEB cost and the net OPEB obligation for the postemployment healthcare benefits plans were as follows (in thousands):

|  | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| Annual OPEB cost: |  |  |  |  |
| ARC | $ 128,294 | $ 488 | $ 42,487 | $ 171,269 |
| Interest on net OPEB cost | 2,209 | 14 | 842 | 3,065 |
| Adjustment to annual required contribution | (3,314) | (23) | (834) | (4,171) |
| Annual OPEB cost | 127,189 | 479 | 42,495 | 170,163 |
| Statutory sponsor's contributions made | (85,460) | (295) | (28,427) | (114,182) |
| Increase in net OPEB obligation | 41,729 | 184 | 14,068 | 55,981 |
| Net OPEB obligation at beginning of year | 55,217 | 342 | 21,047 | 76,606 |
| Net OPEB obligation at year end | $ 96,946 | $ 526 | $ 35,115 | $ 132,587 |

The net OPEB obligation for ERS MIPC, JRS MIPC, and TRS MIPC totaling $133 million is recorded in the accompanying statement of net assets (deficit).

**(e) Actuarial Assumptions**

Actuarial valuations of an ongoing plan involve estimates of the net value of reported amounts and assumptions about the probability of occurrence of events far into the future. Examples include assumptions about future employment, mortality, and the healthcare cost trend. Amounts determined regarding the funded status of the plan and the ARC of the employer are subject to continuous revision as actual results are compared with past expectations and new estimates are made about the future.

|  | ERS MIPC | JRS MIPC | TRS MIPC |
|---|---|---|---|
| Date of latest actuarial valuation | June 30, 2010 | June 30, 2010 | June 30, 2010 |
| Actuarial-cost method | Projected unit credit cost method | Projected unit credit cost method | Entry age normal |
| Amortization method | Level percentage of the projected payroll | Level percentage of the projected payroll | Level percentage of the projected payroll |
| Discount rate | 4% | 4% | 4% |
| Remaining amortization period | 27 years | 16 years | 27 years |
| Amortization approach | Closed | Closed | Closed |

## 22.  DEBT SERVICE DEPOSIT AGREEMENTS

On May 26, 2005 (but effective on July 1, 2005), the Commonwealth, PFC, and GDB (together the Commonwealth) and Lehman Brothers Special Financing Inc. (Lehman) entered into Debt Service Deposit Agreements (DSD Agreements), the objective of which was for the Commonwealth to secure an upfront payment in exchange for granting Lehman the rights to earnings generated from eight of its debt service funds. On September 25, 2009, as a result of Lehman commencing a case in the United States Bankruptcy Court for the Southern District of New York under chapter 11 of the United States Code, Lehman selected Hexagon Securities LLC to act as the Qualified Dealer under the DSD Agreements and delivered Qualified Securities as permitted under the DSD Agreement. Seven of the funds are associated with the Commonwealth's PFC bonds, presented in the accompanying basic financial statements as Commonwealth appropriation bonds, and one fund is associated with the Commonwealth's general obligation bonds. The upfront payment, which amounted to $82.7 million, was received on May 26, 2005 and equaled the present value of the projected earnings income adjusted for credit timing risks as well as an appropriate amount of compensation for Lehman.

With the upfront payment made as explained above, the Commonwealth delivered to Lehman the required and scheduled debt service deposits and Lehman delivered qualified government debentures, which will mature before the next debt service payment date at an amount approximating such next debt service payment. Lehman will attempt to earn sufficient funds on the debt service deposit amounts, less its cost for the qualified government debentures, to make back the $82.7 million over time. At the same time, the Commonwealth will be managing its borrowings and investments by increasing the predictability of its cash flows from earnings on its investments and not for purpose of speculation. The Commonwealth acknowledges that, in exchange for the upfront payment received, it is foregoing its right to receive investment earnings on the deposit amounts referred to above in the future and that, by accepting the upfront payment, the Commonwealth has minimized the risks resulting from fluctuations in interest rates during the term of the DSD Agreements but also has foregone the possibility of receiving greater returns on such amounts from such fluctuations.

Under the DSD Agreements, the Commonwealth will be exposed to the payment to Lehman of a Termination Amount, as defined in the agreement, principally upon the occurrence of redemption or a defeasance of the related bonds on or prior to the last scheduled deposit date. The amount of the Termination Amount will vary depending on various market conditions, as defined in the DSD Agreements. Under certain market conditions, the Termination Amount owed to Lehman by the Commonwealth may exceed the amount of the original upfront payment received.

The $82.7 million upfront payment received by the Commonwealth was recognized as other revenue for budgetary purposes in 2005; however, under U.S. Generally Accepted Accounting Principles, such upfront payment was deferred and is being recognized proportionally over the future periods the Commonwealth would have otherwise earned such interest earnings. As the effective date of DSD Agreements was July 1, 2005, all of the $82.7 million upfront payment received in 2005 had been recorded as deferred revenue. During fiscal year 2010, approximately $6 million was amortized into other revenue in the accompanying statement of activities.

## 23. DERIVATIVE INSTRUMENTS

The fair value balances and notional amounts of derivative instruments outstanding at June 30, 2010, classified by type, and the changes in fair value of such derivative instruments for the fiscal year then ended as reported in the 2010 financial statements are as follows (amounts in thousands):

| Item | | | Changes in Fair Value (1) | | Fair Value at June 30, 2010 (2) | | |
|------|---|---|------|------|------|------|------|
| | | | Classification | Amount | Classification | Amount | Notional |
| **Governmental activities** | | | | | | | |
| | Cash flow hedges: | | | | | | |
| 1 | Pay-fixed interest rate swap | * | Deferred Outflow | $12,485 | Debt | $(48,443) | $ 280,000 |
| 2 | Pay-fixed interest rate swap | * | Deferred Outflow | 8,601 | Debt | (31,191) | 174,982 |
| 3 | Pay-fixed interest rate swap | | Deferred Outflow | 2,516 | Debt | (9,436) | 56,000 |
| 4 | Pay-fixed interest rate swap | | Deferred Outflow | 2,616 | Debt | (10,287) | 56,000 |
| 5 | Pay-fixed interest rate swap | | Deferred Outflow | 2,701 | Debt | (10,895) | 55,975 |
| 6 | Pay-fixed interest rate swap | | Deferred Outflow | 1,208 | Debt | (5,091) | 46,950 |
| 7 | Pay-fixed interest rate swap | | Deferred Outflow | 3,166 | Debt | (12,578) | 62,000 |
| 8 | Pay-fixed interest rate swap | | Deferred Outflow | 3,058 | Debt | (12,301) | 61,975 |
| 9 | Pay-fixed interest rate swap | | Deferred Outflow | 2,434 | Debt | (9,750) | 50,000 |
| 10 | Pay-fixed interest rate swap | * | Deferred Outflow | 5,027 | Debt | (17,663) | 97,403 |
| 11 | Pay-fixed interest rate swap | | Deferred Outflow | 661 | Debt | (3,370) | 32,815 |
| 12 | Pay-fixed interest rate swap | | Deferred Outflow | 590 | Debt | (3,364) | 32,625 |
| 13 | Pay-fixed interest rate swap | | Deferred Outflow | 406 | Debt | (3,119) | 31,280 |
| 14 | Pay-fixed interest rate swap | | Deferred Outflow | 268 | Debt | (2,869) | 30,005 |
| 15 | Pay-fixed interest rate swap | * | Deferred Outflow | 770 | Debt | (2,520) | 14,925 |
| 16 | Pay-fixed interest rate swap | * | Deferred Outflow | 770 | Debt | (2,518) | 14,925 |
| 17 | Pay-fixed interest rate swap | | Deferred Outflow | 421 | Debt | (1,454) | 7,502 |
| 18 | Pay-fixed interest rate swap | | Deferred Outflow | 417 | Debt | (1,445) | 7,500 |
| 19 | Pay-fixed interest rate swap | | Deferred Outflow | 426 | Debt | (1,470) | 7,500 |
| 20 | Pay-fixed interest rate swap | | Deferred Outflow | 413 | Debt | (1,432) | 7,496 |
| 21 | Pay-fixed interest rate swap | | Deferred Outflow | 925 | Debt | (3,334) | 17,365 |
| 22 | Pay-fixed interest rate swap | | Deferred Outflow | 756 | Debt | (2,641) | 14,925 |
| 23 | Pay-fixed interest rate swap | | Deferred Outflow | 755 | Debt | (2,639) | 14,915 |
| 24 | Pay-fixed interest rate swap | | Deferred Outflow | 3,904 | Debt | (13,019) | 67,639 |
| 25 | Pay-fixed interest rate swap | | Deferred Outflow | 12,294 | Debt | (40,211) | 224,268 |
| 26 | Pay-fixed interest rate swap | ** | Deferred Outflow | 12,182 | Debt | (47,055) | 136,000 |
| | Investment derivative instruments: | | | | | | |
| 27 | Basis Swap | | Investment Revenue | (7,970) | Liability | (62,345) | 1,273,778 |
| 28 | Basis Swap | | Investment Revenue | (1,325) | Liability | (21,274) | 424,592 |
| 29 | Forward swap | * | Investment Revenue | 1,944 | Liability | (4,534) | 29,165 |
| 30 | Forward swap | * | Investment Revenue | 2,577 | Liability | (5,626) | 40,000 |
| 31 | Forward swap | ** | Investment Revenue | 35,056 | Liability | (97,759) | 453,500 |
| 32 | Forward swap | ** | Investment Revenue | 36,552 | Liability | (98,154) | 453,500 |

(1) Positive (negative) values represent increase (decrease) in fair value.
(2) Negative values represent the Commonwealth's payable positions.
* Insured swap.
** Derivative instrument corresponds to Puerto Rico Sales Tax Financing Corporation ("COFINA").
   Other derivative instruments correspond to the Commonwealth of Puerto Rico.

The fair values of the interest rate swaps were estimated using the zero-coupon method. This method calculates the future net settlement payments required by the swap, assuming that the current forward rates implied by the yield curve correctly anticipate future spot interest rates. These payments are then discounted using the spot rates implied by the current yield curve for hypothetical zero-coupon bonds due on the date of each future net settlement of the swaps.

The following table shows the derivative instrument position by counterparty at June 30, 2010 (in thousands):

| Counterparty/Swap | Total | |
|---|---|---|
| | Notional Amount | Fair Value |
| Deutsche Bank AG | $   214,925 | $   (35,709) |
| Goldman Sachs Capital Markets | 1,583,753 | (144,029) |
| Morgan Stanley Capital Services Inc. | 1,064,656 | (142,987) |
| Royal Bank of Canada | 47,205 | (8,615) |
| UBS AG | 291,906 | (53,230) |
| Bank of New York | 349,165 | (58,604) |
| DEPFA BANK plc | 628,482 | (128,950) |
| Merrill Lynch Capital Services, Inc. | 97,403 | (17,663) |
| Total | $4,277,495 | $ (589,787) |

*Hedging Derivative Instruments*

The following table displays the objective and terms of the Commonwealth's hedging derivative instruments outstanding at June 30, 2010, along with the credit rating of the associated counterparty (amounts in thousands). Regarding derivative instruments where the counterparty is unrated, the rating provided is of the counterparty's guarantor.

| Item | Type | Objective | Notional Amount | Effective Date | Maturity Date | Terms Pays | Terms Receives | Counterparty Credit Rating Moody's/ S&P |
|------|------|-----------|-----------------|----------------|---------------|------------|----------------|-----------------------------------------|
| 1 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2003 Series C4 & C5 bonds | $ 280,000 | 07/01/2008 | 07/01/2021 | 3.7658 % | 67% 1M LIBOR | Aaa/AA |
| 2 | Pay-fixed interest rate swap | Hedge of changes in cash flows on Bank of America Index Put Bond | 174,982 | 07/01/2008 | 07/01/2025 | 3.6815 | 67% 1M LIBOR | A3/BBB |
| 3 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2004 Series B-2 bonds | 56,000 | 11/10/2008 | 07/01/2024 | 3.5820 | 59.8% 1M LIBOR + 0.25% | Aa3/A+ |
| 4 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2004 Series B-3 bonds | 56,000 | 11/10/2008 | 07/01/2027 | 3.5590 | 58.3% 1M LIBOR + 0.24% | Aa3/A+ |
| 5 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2004 Series B-4 bonds | 55,975 | 11/10/2008 | 07/01/2028 | 3.5750 | 58.3% 1M LIBOR + 0.24% | Aa3/A+ |
| 6 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2004 Series B-1 bonds | 46,950 | 11/10/2008 | 07/01/2021 | 3.3080 | 59.8% 1M LIBOR + 0.25% | Aa3/A+ |
| 7 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2008 Series B-8 bonds | 62,000 | 05/18/2004 | 07/01/2032 | 3.5090 | 57.3% 1M LIBOR + 0.24% | A1/A |
| 8 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2008 Series B-7 bonds | 61,975 | 05/18/2004 | 06/30/2031 | 3.5740 | 58.3% 1M LIBOR + 0.24% | A1/A |
| 9 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2008 Series B-5 bonds | 50,000 | 05/18/2004 | 06/29/2029 | 3.5730 | 58.3% 1M LIBOR + 0.24% | A1/A |
| 10 | Pay-fixed interest rate swap | Hedge of changes in cash flows on Bank of America Index Put Bond | 97,403 | 07/01/2008 | 07/01/2025 | 3.6815 | 67.0% 1M LIBOR | A2/A |
| 11 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 32,815 | 08/10/2006 | 07/01/2021 | 4.2000 | CPI+.90% | A2/A |
| 12 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 32,625 | 08/10/2006 | 07/01/2020 | 4.3200 | CPI+1.02% | A2/A |
| 13 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 31,280 | 08/10/2006 | 07/01/2019 | 4.2900 | CPI+1.00% | A2/A |
| 14 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 30,005 | 08/10/2006 | 07/01/2018 | 4.2600 | CPI+.98% | A2/A |
| 15 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A3 bonds | 14,925 | 10/16/2007 | 07/01/2029 | 3.5180 | 66.0% 1M LIBOR | A2/A |
| 16 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A2 bonds | 14,915 | 10/16/2007 | 07/01/2029 | 3.5180 | 66.0% 1M LIBOR | A2/A |
| 17 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A8 bonds | 7,502 | 10/16/2007 | 07/01/2034 | 3.5180 | 66.0% 1M LIBOR | A2/A |
| 18 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the GDB loan | 7,500 | 10/16/2007 | 07/01/2033 | 3.5180 | 66.0% 1M LIBOR | A2/A |
| 19 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A9 bonds | 7,500 | 10/16/2007 | 07/01/2034 | 3.5180 | 66.0% 1M LIBOR | A2/A |
| 20 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the GDB loan | 7,496 | 10/16/2007 | 07/01/2033 | 3.5180 | 66.0% 1M LIBOR | A2/A |
| 21 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the GDB loan | 17,365 | 10/16/2007 | 07/01/2031 | 3.5180 | 66.0% 1M LIBOR | Aaa/AA- |
| 22 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A3 bonds | 14,925 | 10/16/2007 | 07/01/2029 | 3.5180 | 66.0% 1M LIBOR | Aaa/AA- |
| 23 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A bonds | 14,915 | 10/16/2007 | 07/01/2029 | 3.5180 | 66.0% 1M LIBOR | Aaa/AA- |
| 24 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the GDB loan | 67,639 | 10/16/2007 | 07/01/2033 | 3.5180 | 66.0% 1M LIBOR | Aa3/A+ |
| 25 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A (2,3,8,9) bonds | 224,268 | 10/16/2007 | 07/01/2034 | 3.5180 | 66.0% 1M LIBOR | Aa3/A+ |
| 26 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the COFINA 2007 Series A bonds | 136,000 | 07/31/2007 | 08/01/2057 | 4.9200 | 67.0% 3 M LIBOR + 0.93% | A2/A |

LIBOR: London Interbank Offered Rate Index
SIFMA: Securities Industry and Financial Markets Association Index
CPI: Consumer Price Index

*Risks*

Credit Risk — The Commonwealth is exposed to credit risk on hedging derivative instruments that are in asset positions. When the fair value of a derivative contract is positive, the counterparty owes the Commonwealth, which creates a credit risk for the Commonwealth. When the fair value of the derivative contract is negative, the Commonwealth owes to the counterparty and, therefore, does not pose credit risk to the Commonwealth.

The Commonwealth has sought to limit its counterparty risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap documents. In addition, to minimize its exposure to loss related to credit risk, it is the Commonwealth's policy to require counterparty collateral posting provisions in its hedging derivative instruments. These terms require collateralization of the fair value of hedging derivative instruments in asset position (net of the effect of applicable netting arrangements) in excess of certain agreed threshold should the counterparty's credit rating fall below the following:

The counterparty with respect to derivative instruments No. 3, 4, 5, and 6 (or its respective guarantor) is required to post collateral in excess of certain agreed threshold ($30.0 million) if its credit rating goes below A2 (Moody's) or A (Standard & Poor's). Each of the counterparties with respect to other derivative instruments is required to post collateral in excess of certain agreed thresholds (which range from $30.0 million to $50.0 million) if its credit rating goes below Aa3 (Moody's Investor Service) or AA- (Standard & Poor's). Collateral posted is to be in the form of cash or U.S. Treasury securities. The Commonwealth has never failed to access collateral when required.

It is the Commonwealth's policy to enter into netting arrangements whenever it has entered into more than one derivative instrument transaction with counterparty. Under the terms of these arrangements, should one party become insolvent or otherwise default on its obligations, closeout netting provisions permit the nondefaulting party to accelerate and terminate all outstanding transactions and net the transactions' fair values so that a single sum will be owed by, or owed to, the nondefaulting party.

At June 30, 2010, none of the hedging derivative instruments by counterparty was in an asset position. Thus, the Commonwealth had no aggregate counterparty credit exposure as of that date.

Interest Rate Risk — The Commonwealth is exposed to interest rate risk on its swaps. On its pay-fixed, receive-variable interest rate swap, as LIBOR or the Consumer Price Index decreases, the Commonwealth's net payment on the swaps increases.

Basis Risk — The Commonwealth is exposed to basis risk on most of its pay-fixed interest rate swaps because the variable-rate payments received by the Commonwealth on these hedging derivative instruments are based on a rate or index other than interest rates the Commonwealth pays on its hedged variable-rate debt, which is remarketed daily, weekly or monthly. Under the terms of its synthetic fixed rate swap transactions, the Commonwealth pays a variable rate on its bonds based on SIFMA or Prime Rate but receives a variable rate on the swaps based on a percentage of LIBOR.

Termination Risk — The Commonwealth or its counterparties may terminate a derivative instrument if the other party fails to perform under the terms of the contract. The Commonwealth is at risk that counterparty will terminate a swap at a time when the Commonwealth owes it a termination payment. The Commonwealth has mitigated this risk by specifying that the counterparty has the right to terminate only as a result of certain events, including: a payment default by the Commonwealth; other Commonwealth defaults which remain uncured for 30 days after notice; Commonwealth bankruptcy; insolvency of the Commonwealth (or similar events); or a downgrade of the Commonwealth's credit

ratings below Ba1 as issued by Moody's Investor Service or BB+ by Standard & Poor's for the majority of the derivative instruments. The derivative instruments that are insured by Assured Guaranty Municipal Corp., Assured Guaranty Corp. or MBIA Insurance Corporation (derivative instruments No. 1, 2, 10, 15 and 16) may not be terminated by the counterparty unless an Insurer Event has occurred (i.e., Insurer's credit ratings fall below A3 by Moody's Investor Service or A- by Standard & Poor's). If at the time of termination, a hedging derivative instrument is in a liability position, the Commonwealth would be liable to the counterparty for a payment equal to the liability, subject to netting arrangements.

Counterparty Risk — The Commonwealth is at risk that a counterparty (or its guarantor) will not meet its obligations under the swap. If a counterparty were to default under its agreement when the counterparty would owe a termination payment to the Commonwealth, the Commonwealth may have to pay another entity to assume the position of the defaulting counterparty. The Commonwealth has sought to limit its counterparty risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap documents.

Rollover Risk — The Commonwealth is exposed to rollover risk on hedging derivative instruments that are hedges of debt that mature or may be terminated prior to the maturity of the hedged debt. When these hedging derivative instruments terminate, the Commonwealth will be reexposed to the risks being hedged by the hedging derivative instrument. Derivative instrument No.21 exposes the Commonwealth to rollover risk because the interest rate swap terminates prior to both the redemption date and the maturity date of the associated bonds.

*Investment Derivative Instruments*

The following table displays the terms of the Commonwealth's investment derivative instruments outstanding at June 30, 2010, along with the credit rating of the associated counterparty (amounts in thousands). Regarding derivative instruments where the counterparty is unrated, the rating provided is of the counterparty's guarantor.

| Item | Type | Notional Amount | Effective Date | Maturity Date | Terms Pays | Terms Receives | Counterparty Credit Rating Moody's/ S&P |
|------|------|----------------|----------------|---------------|------|----------|------|
| 27 | Basis swap | $ 1,273,778 | 07/10/2007 | 07/01/2035 | SIFMA | 67% 3M LIBOR + 0.4409% | A1/A |
| 28 | Basis swap | 424,592 | 07/05/2007 | 07/01/2035 | SIFMA | 67% 3M LIBOR + .4409% | A2/A |
| 29 | Forward swap | 29,165 | 07/01/2012 | 07/01/2031 | 3.8510 % | 67% 1M LIBOR | Aaa/AA |
| 30 | Forward swap | 40,000 | 07/01/2012 | 07/01/2031 | 3.7684 | 67% 1M LIBOR | Aaa/AA |
| 31 | Forward swap | 453,500 | 02/01/2012 | 08/01/2040 | 3.9500 | 67% 3M LIBOR | A3/BBB |
| 32 | Forward swap | 453,500 | 02/01/2012 | 08/01/2040 | 3.9500 | 67% 3M LIBOR | A2/A |

The Commonwealth entered into the basis swaps to hedge the portion of the fair value of the underlying liabilities attributable to the relative value/basis risk between tax-exempt and taxable rates. Because of the tax-exemption, tax-exempt bonds trade at yields lower than taxable yields. At June 30, 2010 and 2009, management of the Commonwealth concluded that these basis swaps were not considered as effective hedge instruments under GASB Statement No. 53. In addition, the Commonwealth entered into the forward swaps in connection with the expected issuance of certain variable rate bonds. The recent U.S. financial market crisis has resulted in a significant reduction in the availability of credit/liquidity facilities to support variable rate bonds, and a related increase in the price of these facilities when they

can be obtained. As a result, the occurrence of this expected transaction is not deemed probable and, accordingly, these forward swap agreements have been classified as investment derivative instruments.

*Risks*

Credit Risk — The Commonwealth is exposed to credit risk on investment derivative instruments that are in asset positions. When the fair value of a derivative contract is positive, the counterparty owes the Commonwealth, which creates a credit risk for the Commonwealth. When the fair value of the derivative contract is negative, the Commonwealth owes to the counterparty and, therefore, does not pose credit risk to the Commonwealth.

The Commonwealth has sought to limit its counterparty risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap documents. In addition, to minimize its exposure to loss related to credit risk, it is the Commonwealth's policy to require counterparty collateral posting provisions in its derivative instruments. These terms require collateralization of the fair value of investment derivative instruments in asset position (net of the effect of applicable netting arrangements) in excess of certain agreed thresholds (which range from $30.0 million to $50.0 million) if the credit rating of the counterparty goes below Aa3 (Moody's Investor Service) or AA- (Standard & Poor's). Collateral posted is to be in the form cash or U.S. Treasury securities. The Commonwealth has never failed to access collateral when required.

It is the Commonwealth's policy to enter into netting arrangements whenever it has entered into more than one derivative instrument transaction with counterparty. Under the terms of these arrangements, should one party become insolvent or otherwise default on its obligations, closeout netting provisions permit the nondefaulting party to accelerate and terminate all outstanding transactions and net the transactions' fair values so that a single sum will be owed by, or owed to, the non-defaulting party.

At June 30, 2010, none of the investment derivative instruments by counterparty was in an asset position. Thus, the Commonwealth had no aggregate counterparty credit exposure as of that date.

Interest Rate Risk — The Commonwealth is exposed to interest rate risk on its swaps. On its pay-fixed, receive-variable interest rate swap, as LIBOR decreases, the Commonwealth's net payment on the swap increases. On its basis swaps, whereby if LIBOR increases and SIFMA trades a higher percentage of LIBOR, the Commonwealth's net payment on the basis swap increases.

Counterparty Risk — The Commonwealth is at risk that a counterparty (or its guarantor) will not meet its obligations under the swap. If counterparty were to default under its agreement when the counterparty would owe a termination payment to the Commonwealth, the Commonwealth may have to pay another entity to assume the position of the defaulting counterparty. The Commonwealth has sought to limit its counterparty risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap documents.

Termination risk: The Commonwealth or its counterparties may terminate a derivative instrument if the other party fails to perform under the terms of the contract. The Commonwealth is at risk that counterparty will terminate a swap at a time when the Commonwealth owes it a termination payment. The Commonwealth has mitigated this risk by specifying that the counterparty has the right to terminate only as a result of certain events, including: a payment default by the Commonwealth; other Commonwealth defaults which remain uncured for 30 days after notice; Commonwealth bankruptcy; insolvency of the Commonwealth (or similar events); or a downgrade of the Commonwealth's credit ratings below Ba1 as issued by Moody's Investor Service or BB+ by Standard & Poor's for the majority of the derivative instruments. The derivative instruments that are insured by Assured Guaranty

Municipal Corp., Assured Guaranty Corp. or MBIA Insurance Corporation (derivative instruments No. 28, and 29) may not be terminated by the counterparty unless an Insurer Event has occurred (i.e., Insurer's credit ratings fall below A3 by Moody's Investor Service or A- by Standard & Poor's). If at the time of termination, a hedging derivative instrument is in a liability position, the Commonwealth would be liable to the counterparty for a payment equal to the liability, subject to netting arrangements.

*Collateral Posting Requirements and Contingencies*

All of the Commonwealth's derivative instruments, except for the Commonwealth's insured derivative swaps, and the COFINA's derivative instrument No. 32 include provisions that require the Commonwealth and COFINA to post collateral in excess of certain agreed thresholds (that range from $30.0 million to $50.0 million) in the event their credit rating falls below Baa1 (Moody's Investor Service) or BBB+ (Standard & Poor's). If the Commonwealth or the COFINA's credit rating falls below Baa3 (Moody's) or BBB- (Standard & Poor's), they are required to post collateral of 100% of its payable position. The collateral posted is to be in the form of cash, U.S. Treasury securities, or specified Agency securities in the amount equal to in the form of cash or greater to in the form of securities of the fair value of derivative instruments in liability positions net of the effect of applicable netting arrangements and applicable thresholds. If the Commonwealth or COFINA does not post collateral, the derivative instrument may be terminated by the counterparty.

At June 30, 2010, the aggregate fair value of all the Commonwealth's uninsured derivative instruments with these collateral posting provisions was $(234.3) million. The Commonwealth's credit rating as of June 30, 2010 was A3 (Moody's) and BBB- (Standard & Poor's). Since the Commonwealth triggered the collateral posting requirements at June 30, 2010, it was required to post $85.7 million in collateral to its counterparties based on posting cash. At June 30, 2010, the Commonwealth posted $75.0 million in cash collateral to its counterparties. The shortage of $10.7 million in the required posting collateral was covered the next business day.

At June 30, 2010, the aggregate fair value of the COFINA's derivative instrument with this collateral posting provision (derivative instrument No. 32) was $(98.2) million. If the collateral posting requirement was triggered at June 30, 2010, COFINA would be required to post $48.2 million in collateral to its counterparty based on posting cash. The COFINA's credit rating as of June 30, 2010 was A1 (Moody's) and A+ (Standard & Poor's); therefore, no collateral has been posted as of that date.

## 24.  SUBSEQUENT EVENTS

**Primary Government** — On December 1, 2009, the Governor signed into law Act No. 161, which overhauls the existing permitting and licensing process in Puerto Rico in order to provide for a leaner and more efficient process that fosters economic development. In the short term, this restructuring is focused on eliminating the significant backlog of unprocessed permits that are currently in the pipeline of various government agencies. Longer term, this law seeks to significantly reduce the number of inter-agency processes and transactions currently required by creating a centralized, client-focused system that simplifies and shortens the permitting process for applicants. On December 1, 2010, a new permitting agency created under Act No. 161, which centralized permitting processes previously carried out by various agencies, commenced operations.

On July 19, 2010, the Governor signed Acts No. 82 and 83, providing for, among other things, the adoption of a new energy policy, which is critical for Puerto Rico's competitiveness. Act No. 82 focuses on reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse, renewable-energy technologies. Act No. 83 created a green energy incentives program to promote the development of renewable energy projects as well as a Renewable Portfolio Standards Program. These

initiatives are expected to address energy prices in Puerto Rico and provide a means of attracting investment in the energy sector.

On July 7, 2010, the Board of Directors of PBA, a blended component unit, authorized the Executive Director to obtain a loan from the Government Development Bank for Puerto Rico to refinance the interest component of certain outstanding revenue and revenue refunding bonds. PBA is authorized to accept the terms and conditions of a loan in a principal amount not to exceed $36,944,781 to pay the interest component coming due during the twelve months after the date of the first drawing under the Loan Agreement. The loan shall mature on such date as GDB may determine but in no event later than June 30, 2011.

On August 16, 2010, the Board of Directors authorized the Executive Director to request and obtain a line of credit for approximately $93,000,000 for construction projects development.

On September 1, 2010, the Board of Directors authorized the Executive Director to accept an increase of $12,314,927 to the loan of $36,944,781, such that the aggregate amount of the loan will not exceed $49,259,708. The proceeds of the loan shall be used to finance the interest of certain outstanding revenue bonds until such time as PBA issues revenue refunding bonds to refund such interest. The term of the loan, including the maturity date, rates of interest thereon and source and method of payment shall remain the same as set forth in the Loan Agreement, previously approved by the Board of Directors.

On September 1, 2010, the Board of Directors authorized the Executive Director to accept a loan from the Government Development Bank for Puerto Rico in the amount of $160,000,000. PBA in conjunction with the Puerto Rico Public Partnerships Authority, the Puerto Rico Department of Education, the Department of Transportation and Public Works and the Puerto Rico Infrastructure Financing Authority, is undertaking a significant expansive modernization project for the Puerto Rico's Public Schools, known as the Schools for the 21st Century. The proceeds of the loan shall be used to finance project costs under the Inter-Departmental Agreement, until such time as PBA issues the Qualified School Construction Bonds (the "QSCBs").

On September 24, 2010, the Treasury Department transferred $60.3 million to PBA for the payment of debts from agencies of the Commonwealth related to rent due as of June 30, 2009.

On July 2, 2010, the Government enacted Act No. 70 (Act No. 70), which is designed to reduce government expenditures by providing an early retirement window for eligible employees (who opted to retire by January 14, 2011 or during such other period that may be established by a designated committee) under a formula that results in a positive actuarial impact for the government's Retirement Systems. Act. No. 70 establishes that early retirement benefits will be provided to eligible employees that have completed between 15 to 29 years of creditable services and will consist of monthly benefits ranging from 37.5% to 50% of each employee's annual monthly salary. Economic incentives are available to all eligible employees and will consist of a lump-sum payment ranging from one-month to six-month salary. Additionally, all employees that choose to participate in this program are eligible to receive health plan coverage up to 12 months in a health plan selected by the Administrator of the Puerto Rico Government Employees and Judiciary Retirement Systems Administration (the "Administrator"). Eligible employees may elect to participate in this program within 30 days after a date to be determined by the Administrator, no later than December 31, 2012. Approximately 4,000 employees opted for early retirement under Act 70.

On September 2, 2010, the Governor signed Act No. 132. Act No. 132, which was designed primarily to stimulate the Puerto Rico real estate market, which in recent years has been suffering from lower sales, rising inventories, falling median prices and increased foreclosure rates. Pursuant to the provisions of Act No. 132, the Government has provided tax and transaction fee incentives to both purchasers and

sellers of new and existing residential properties, as well as commercial properties with sale prices that do not exceed $3 million. The incentives provided under Act No. 132 will be available from September 1, 2010 to June 30, 2011. Certain permanent incentives are also available for rental housing.

In an effort to maintain the local rum industry and preserve or increase the amount of federal excise taxes on rum shipments returned to Puerto Rico under the cover-over program, the Governor of Puerto Rico signed Act No. 178 of December 1, 2010 (Act 178), which increases from 10% to 25% the portion of the monies from the federal excise tax that the Government of Puerto Rico may invest to provide incentives to and promote the Puerto Rican rum industry. The law also authorizes the Governor of Puerto Rico to increase this percentage up to 46% after December 31, 2011, through an Executive Order. In order to promote the Puerto Rican rum industry in general, the amount received from such refund will be transferred to a special account of the General Fund, which may be used for marketing, production and infrastructure investment incentives. Effective January 1, 2011, Act No. 1 replaced Act 178 and contains identical provisions.

The Government of Puerto Rico is in discussions with certain rum producers to provide them a series of subsidies and incentives, as permitted under Act No. 1, in order to promote the production of rum in Puerto Rico. If such discussions culminate in definitive agreements, this would allow such companies to benefit from the cover-over program rebate and would promote and encourage the export of rum produced in Puerto Rico.

The tax reform consists of two phases focused on providing tax relief to individuals and corporations, promoting economic development and job creation, simplifying the tax system and reducing tax evasion through enhanced tax compliance measures. The first phase, enacted as Act No. 171 of November 15, 2010, is expected to provide individual and corporate taxpayers with significant savings for taxable year 2010. The second phase, enacted as Act No. 1 of January 31, 2011 (Act No. 1), is projected to provide individual and corporate taxpayers significant savings for the next six taxable years, commencing in taxable year 2011. Consistent with the objective of maintaining the path towards fiscal stability, the tax relief provisions applicable to individuals and corporations for taxable years 2014 through 2016 become effective only if (i) OMB certifies that the administration's expense control target has been met, (ii) the Treasury Department certifies that General Fund revenue target has been met and (iii) the Planning Board certifies a year-over-year target increase in gross domestic product.

On September 28, 2010, the Treasury Department signed an agreement with Evertec, Inc. and Softek for the implementation of a new point of sale system to strengthen its sales tax enforcement efforts (the "IVU Loto"). The system is designed to: (i) transmit daily to the Treasury Department information on all sales tax transactions; (ii) reconcile transmitted transactional information with information reported by merchants; (iii) provide wireless transmission devices for use by street vendors; and (iv) capture a greater percentage of cash sales through the implementation of a special lottery using sales receipts as lottery tickets. The Treasury Department will implement this new point of sale system in two phases. The first phase entails a pilot program in which 200 businesses are expected to participate. Once the pilot program has concluded, a business certification program will take place followed by full scale implementation expected to begin in January 2011. The implementation of this new system is expected to increase sales tax collections by $100 million during the first year; $200 million during the second year and $400 million during the third year.

The IVU Loto pilot program started on December 1, 2010. Two hundred merchants in the municipality of Ponce were selected to participate in the program. On January 11, 2011, merchants filed their monthly sales and use tax returns for the month of December and the Treasury Department is in the process of comparing sales and use tax withholdings reported by the IVU Loto system with the information filed by merchants that participated in the pilot program. The Treasury Department adopted regulations on

December 14, 2010 requiring that all qualifying merchants acquire and use an IVU Loto device on or prior to April 30, 2011.

On July 2, 2010, the Commonwealth approved Act No. 71 of July 2, 2010 (Act 71). Act No. 71 established a 120 day amnesty program available from August 16, 2010 until December 13, 2010, in which taxpayers may pay outstanding property tax debts with a discount of 100% of any penalties, interest and surcharges (the "Program"). Pursuant to Act 71 and CRIM's Administrative Order No. 2010-05, the Program is available with respect to taxable year 2008-2009 and previous years in the case of real property taxes, and for taxable year 2008 and previous years with respect to personal property taxes. To benefit from the Program the taxpayer must: (i) have paid property taxes for fiscal year 2009-2010 and the first semester of 2010-2011 in the case of real property taxes, and tax year 2009 in the case of personal property taxes; and (ii) certify to the CRIM that it will pay real and personal property taxes related to fiscal year 2010-2011.

On November 15, 2010, the Commonwealth approved Act No. 172, which establishes that taxpayers which apply for a voluntary disclosure program on or before April 15, 2011 will be eligible for a 20% flat income tax rate on the gross amounts reported and will not be subject to interest, surcharges and penalty fees. This legislation extends the benefits of the program to municipal license tax declarations for which taxpayers will pay principal on the municipal tax determined, but will not be subject to interest, surcharges and penalty fees. Declarations by taxpayers must relate to tax years commenced after July 1, 2003 and ending on or before December 31, 2009, and payment of tax determined under the program must be paid no later than June 30, 2011.

On April 19, 2010, Moody's Investors Service ("Moody's") announced the results of the recalibration of certain U.S. municipal bond issues and issuers in order to enhance the comparability of credit ratings across its portfolio of rated securities. As a result of this recalibration, the Commonwealth's general obligation debt is now rated "A3" by Moody's which is three categories above the previous "Baa3" rating. On August 10, 2010, Moody's assigned a negative outlook to the Commonwealth's general obligation debt and related credits primarily as a result of the low funding levels of the Commonwealth's Retirement Systems.

On November 29, 2010, Standard & Poor's Ratings Services, a division of The McGraw-Hill Companies, Inc. ("S&P"), confirmed its "BBB–" rating on the Commonwealth's general obligation and appropriation debt and changed the outlook on general obligation debt to positive from stable. The outlook on the Commonwealth's appropriation rating remains stable. In taking this rating action, S&P stated that while the ratings continue to reflect their opinion on the Commonwealth's history of chronic budget deficits, the revision in the outlook of the Commonwealth's general obligation debt was based on their view as to the recent implementation of expenditure controls and revenue enhancement measures that they believe could help restore budget balance within the next two years.

On March 7, 2011, S&P raised its general obligation rating on the Commonwealth of Puerto Rico to "BBB" from "BBB-" with a stable outlook. S&P have also affirmed the "BBB-" rating with a stable outlook on the Commonwealth's appropriation debt. In addition, S&P assigned its "BBB" rating and stable outlook to the Commonwealth Series 2011C general obligation public improvement refunding bonds. The upgrade is based on their view of the Commonwealth's recent revenue performance and continued efforts to achieve fiscal and budgetary balance.

On January 19, 2011, Fitch, Inc. ("Fitch") assigned a "BBB+" rating to the Commonwealth's general obligation and appropriation debt with a stable outlook. In assigning the rating, Fitch stated that, while it recognized the Commonwealth's historic budget deficits, overestimation of revenues, reliance on borrowings to meet budgetary gaps, and the low level of pension funding, the successful implementation

- 210 -

of the dramatic steps taken by the government to restructure fiscal operations and stimulate the economy was a positive credit factor.

On February 10, 2011, the Commonwealth issued Public Improvement Refunding Bonds, Series 2011 A amounting to $356,520,000 and terminated approximately $231 million of synthetic fixed rate swaps associated to the general obligation bonds refunded by the Series 2011A Bonds. The proceeds were used to provide funds to (i) refund a portion of the principal (but not the interest) payable on July 1, 2011 on certain general obligation bonds and notes of the Commonwealth, (ii) refund, in whole or in part, certain other general obligation bonds and notes of the Commonwealth, (iii) repay certain GDB lines of credit used to deposit moneys in the Redemption Fund to cover a portion of the principal (but not the interest) payable on July 1, 2011 on certain general obligation bonds and notes of the Commonwealth, (iv) fund termination payments under certain interest rate swap agreements in connection with the refunding of the Refunded Bonds, and (v) pay the cost of issuance of the Bonds.

On March 2, 2011, the Commonwealth issued Public Improvement Refunding Bonds, Series 2011 B amounting to $274,550,000. The Series 2011B Bonds were directly purchased by an institutional investor and the proceeds were used to refund on a current basis, the Commonwealth's Public Improvement Refunding Bonds, Series 2007 A-8, Series 2007 A-9 and Series 2008 B.

On March 10, 2011, the Commonwealth issued Public Improvement Refunding Bonds, Series 2011 C amounting to $442,015,000. The net proceeds were issued to provide funds to repay advances made to the Commonwealth under a Government Development Bank for Puerto Rico line of credit used to make deposits to the Commonwealth's Redemption Fund for the repayment of interest due during fiscal year 2011 on certain general obligation bonds and notes, pay capitalized interest on the Bonds, and pay the cost of issuance of the Bonds.

**Component Units**

**(a) GDB**

*GDB Senior Notes 2010* — On July 29, 2010, GDB issued $1.6 billion of Senior Notes, 2010 Series A and B. The Senior Notes, 2010 Series A consist of terms notes with a total principal balance of $1,448,741,000 maturing on various dates from August 1, 2011 to August 1, 2020 and bearing fixed interest rates ranging from 2.00% to 5.50%. The Senior Notes, 2010 Series A are subject to Redemption prior to maturity at the option of GDB, either in whole or in part, at a price equal to the principal amount of be redeemed plus accrued interest to the date of redemption, without premium on August 1, 2011 and on any day thereafter, subject to at least 20 days prior notice. Interest on the Senior Notes, 2010 Series A will be payable monthly on the first day of each month, commencing on September 1, 2010. GDB will use the proceeds for general corporate purposes, including, but not limited to redeeming other notes issued by GDB, increasing its investment portfolio, making loans to, and purchasing obligations of, the Commonwealth and its public corporations, instrumentalities and municipalities, and repaying certain outstanding debt. In particular, GDB expects to use a portion of the proceeds of the Senior Notes, 2010 Series A to redeem some of the Senior Notes, 2008 Series A and B and Senior Notes, 2009 Series A.

The Senior Notes, 2010 Series B consist of a term note with a principal balance of $151,259,000 maturing on August 1, 2025 and bearing a fixed interest rate of 5.75%. The Senior Notes, 2010 Series B are subject to redemption prior to maturity at the option of GDB, either in whole or in part, at a price equal to the principal amount to be redeemed plus accrued interest to the date of redemption, without premium on August 1, 2011 and on any day thereafter, subject to at least 20 days prior notice. Interest on the Senior Notes, 2010 Series B, will be payable on November 1,

2010 and quarterly thereafter. GDB will use the proceeds for making loans to the Commonwealth and its public corporations, instrumentalities and municipalities to be used to finance the capital expenditures. The Senior Notes 2010, Series B were issued as "Build America Bonds". Upon compliance with certain requirements of the United States Internal Revenue Code, GDB will receive a subsidy payment from the federal government equal to 35% of the amount of each interest payment on the Senior Notes, 2010 Series B.

On August 24, 2010, GDB issued approximately $1.2 billion of Senior Notes, 2010 Series C and D. The Senior Notes, 2010 Series C consist of term notes with a principal balance of $1,086,478,000 maturing on various dates from August 1, 2012 to August 1, 2019 and bearing fixed interest rates ranging from 3.00% and 5.40%. The Senior Notes, 2010 Series C are subject to redemption prior to maturity at the option of GDB, either in whole or in part, at a price equal to the principal amount to be redeemed plus accrued interest to the date of redemption, without premium on September 1, 2011 and on any date thereafter, subject to at least 20 days prior notice. Interest will be payable monthly on the first day of each month, commencing on October 1, 2010. GDB will use the proceeds for general corporate purposes, including, but not limited to, redeeming other notes issued by GDB, increasing its investment portfolio, making loans to, and purchasing obligations of the Commonwealth and its public corporations, instrumentalities and municipalities, and repaying certain outside debt.

The Senior Notes, 2010 Series D consist of a term note with a principal balance of $96,411,000 maturing on August 1, 2025 and bearing a fixed interest rate of 5.75%. The Senior Notes, 2010 Series D are subject to redemption prior to maturity date at the option of GDB, either in whole or in part, at a price equal to the principal amount to be redeemed plus accrued interest to the date of redemption, without premium on September 1, 2011 and on any day thereafter, subject to at least 20 days prior notice. Interest on the Senior Notes, 2010 Series D will be payable on November 1, 2010 and quarterly thereafter. GDB will use the proceeds for making loans to the Commonwealth and its public corporations, instrumentalities and municipalities to be used to finance capital expenditures. The Senior Notes, 2010 Series D were issued as "Build America Bonds". Upon compliance with certain requirements of the United States Internal Revenue Code, GDB will receive a subsidy payment from the federal government equal to 35% of the amount of each interest payment on the senior Notes, 2010 Series D.

*Popular, Inc. Note* — On July 23, 2010, Popular Inc. repurchased the floating rate notes it has issued to GDB at a price of 109% of the outstanding principal amount plus accrued interest. The total amount received was $110,228,710 including principal of $100 million, premium of $9 million and accrued interest of approximately $1.2 million.

*HOME Program* — Effective July 1, 2010, the Housing Finance Authority was certified by the HUD to administer the HOME Investment Partnership (HOME) Program. The objectives of the HOME program include: (1) expanding the supply of decent and affordable housing, particularly housing for low and very low income Americans; (2) strengthening the abilities of state and local governments to design and implement strategies for achieving adequate supplies of decent, affordable housing; (3) providing financial and technical assistance to participating jurisdictions, including the development of model programs for affordable low income housing; and (4) extending and strengthening partnerships among all levels of government and the private sector, including for-profit and nonprofit organizations, in the production and operating of affordable housing.

**(b) PRHIA**

Effective October 1, 2010, in compliance with the Commonwealth strategies, PRHIA developed a new integrated health model named "MI SALUD" with the following changes from prior health administration program:

a.   Set up a standard premium per region as established by the Administration.

b.   Eliminate referrals when the beneficiary needs the service of a specialist.

c.   Better access to prescribed medicines without the authorization of the primary healthcare provider.

d.   Extended hours for healthcare providers of basic services.

e.   Tele-emergency services available 24 hours.

f.   Integration of the physical health and mental health in one place.

g.   The risk of the primary healthcare provider in relation to medicines, emergency and preventive health test was decreased and transferred to the health insurance companies.

h.   Increased coverage to include the middle class working force.

i.   Set up a ceiling in relation to administrative expenses and gains of the health insurance companies.

Effective November 23, 2010, the Legislature amended Act No. 72 authorizing PRHIA to incur in obligations up to $187 million in order to pay outstanding debts incurred prior to July 1, 2010.

Reorganization Plan No. 3, created under Act. No. 182 of December 17, 2009, amended Act No. 95 of June 29, 1963 to transfer to PRHIA the faculty to negotiate, contract, and procure health benefits for the governmental employees.

**(c) PRHTA**

On July 1, 2010, PRHTA issued $253,670,000 of Highway Revenue Refunding Bonds (Series AA) and $44,275,000 of Transportation Revenue Refunding Bonds (Series H) for the purpose of converting the interest rate mode from a term rate to a fixed rate. The Series AA which consists of $188,395,000 aggregate principal amount of Series AA-1 Bonds and $65,275,000 aggregate principal amount of Series AA-2 Bonds bear interest at a fixed rate of 4.95% and 5.30% respectively, and are due on July 1, 2026 and 2035, respectively. The Series H bears interest at a fixed rate of 5.45% and is due on July 1, 2035.

On July 13, 2010, PRHTA entered into a new nonrevolving line of credit with GDB for the amount of $63 million for the settlement of various legal cases. This line of credit matures on August 30, 2012 and bears interest daily at variable rate of interest per annum equal to Prime Rate plus 150 basis points. The interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent.

On August 27, 2010, PRHTA entered into a nonrevolving line of credit with GDB for the amount of $45 million for the exclusive purpose of paying collateral posting requirements on the fixed payer

swaps associated to PRHTA Floating Rate Notes and to cover costs related to this financing. This line of credit matures on August 27, 2011 and bears interest daily at variable rate of interest per annum equal to Prime Rate plus 150 basis points. The interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent.

On August 27, 2010, PRHTA entered into a nonrevolving line of credit for the amount of $118.3 million, for the purpose of paying certain costs incurred or to be incurred in the acquisition, construction, equipping, installation and development of certain capital improvements, and paying certain costs associated with the automatization of the PRHTA's toll collection system. This line of credit matures on August 27, 2013 and bear interest daily at variable rate of interest per annum equal to Prime Rate plus 150 basis points. The interest rate shall not exceed twelve (12) percent and shall not be less than six (6) percent.

On November 8, 2010, PRHTA entered into a new agreement with GDB for the amount of $83.8 million to increase the $45 million nonrevolving line of credit agreed on August 27, 2010, with the same loan terms.

On January 26, 2011, PRHTA received an extension of its lines of credit amounting to $122.1 million, $25 million, $15 million, and $78.3 million, which were due on June 30, 2011. The maturity date of these lines of credit was extended to August 31, 2012.

**(d) PREPA**

*Via Verde Pipeline*

PREPA plans to convert existing oil-fired facilities to allow them to use either oil or natural gas and to build a pipeline system to be known as "Vía Verde", to transport natural gas to several of the Authority's generating plants. In order to achieve this, during December 2010 PREPA issued bonds pursuant to Section 208 of the Trust Agreement to finance a portion of its capital improvement program and a portion of the construction of the Vía Verde natural gas pipeline.

On July 29, 2010, PREPA established with Citibank, N.A. a $200 million line of credit, with a maturity date of June 2011, for the purchase of fuel oil and energy.

On September 2010, pursuant to the Trust Agreement, PREPA issued Power Revenue Refunding, Series DDD, with a par amount of $218,225,000 to provide funds to refund certain series with redemption dates that range between November 15, 2010 and January 1, 2011.

On November 5, 2010, PREPA entered into a $50 million loan agreement with First Bank to finance initial disbursements related to Via Verde Project. This loan will be paid off with the proceeds of the bonds issuance expected on December 2010.

On December 2010, PREPA issued Series EEE amounting $355.7 million to funding portion of its capital improvement program, to repay the First Bank loan and to finance portion of the construction costs of the Via Verde natural gas pipeline.

*Energy Diversification*

On July 10, 2010, the Commonwealth enacted Act No. 82, known as the Act for a Public Policy for Energy Diversification through Sustainable and Alternative Renewable Energy. Act No. 82 requires PREPA to meet prescribed targets of energy generation from renewable sources by specified dates,

as follows: 12% of energy sales from renewable energy production by 2015 and 15% of energy sales from renewable energy production by 2020, with a requirement to establish a plan to reach 20% of energy sales from renewable energy production by 2035. Act No. 82 also establishes Renewable Energy Certificates as a legally recognized asset that can be purchased, sold, traded and transferred separately from electric power and used to meet the renewable energy targets and creates a Renewable Energy Commission with the power to implement and supervise compliance with Act No. 82. Failure to comply with the renewable energy targets could result in the imposition of fines. Concurrently with the enactment of Act No. 82, the Commonwealth enacted Act No. 83 of July 19, 2010, known as the Green Energy Incentives Act, which provides incentives to promote the development of renewable energy projects. PREPA is taking measures to comply with Act No. 82, such as entering into power purchase agreements with developers of renewable energy projects, but it is too early to determine whether PREPA will be able to comply with the requirements of Act No. 82 and what impact Act No. 82 and Act No. 83 will have on PREPA.

*Wheeling*

Act No. 73 provides that PREPA shall identify and implement a system that permits the operation of a wheeling service mechanism by January 2, 2010. Act No. 73 also provides for the creation of a Committee of Wheeling, which Committee is responsible for the implementation of the wheeling system. The Committee of Wheeling engaged Christensen Associates Energy Consulting, LLC, based in Wisconsin, to prepare the Puerto Rico Wheeling System Implementation Plan Study that was delivered to PREPA in December 2009. This study, which included various regulatory proposals regarding the establishment of the system and the applicable tariffs, was reviewed by PREPA and substantial changes were made.

Public Hearings were held on June 1 and 2, 2010 to consider the following documents: Wheeling System Tariffs, Wheeling Transmission Regulation and Wheeling Interconnection Procedure. The public hearing examiner submitted a final report to PREPA's Governing Board on June 30, 2010. In the report, the examiner recommends approval of the Wheeling Transmission Regulation and Wheeling Interconnection Procedure, but rejected approval of the Wheeling System Tariffs based on lack of information to the public. The Tariffs have to be submitted to the public hearings procedure again with enough time for public evaluation.

**(e)  EDB**

On July 20, 2010, EDB accepted an offer from the issuer of $75 million floating rate notes (the "Notes") due on September 12, 2010 to redeem the Notes at 109%. As a result, EDB recorded a gain of approximately $7.7 million on this investment existing at June 30, 2010.

**(f)  ASDA**

Effective July 29, 2010, under Reorganization Plan No. 7 of 2010, ASDA ceased to exist and its funds, materials, and employees were transferred to the "Administración para el Desarrollo de Empresas Agrícolas (ADEA)". Also, most of the funds, materials, and employees of the "Corporación de Desarrollo Rural" were also transferred to ADEA. ADEA will continue to operate under the Puerto Rico Department of Agricultures' umbrella.

**(g) PRTEC**

On July 1, 2010 and July 27, 2010, collateralized promissory notes for $72 million and $136 million, respectively, were issued. On July 9, 2010, collateralized promissory notes for $137 million were called.

**(h) PRPA**

On July 21, 2010, the PRPA amended and restated a credit agreement with Banco Bilbao Vizcaya Argentaria Puerto Rico (BBVAPR) for an aggregate amount of $83,721,083. Under the Amended and Restated Credit Agreement dated July 21, 2010, the PRPA will commence monthly payments of principal of $768,083, plus interest. A final installment of $74,504,084 plus accrued and unpaid interest will be due on June 30, 2011, the Termination Date. Concurrently, on July 21, 2010, the PRPA and GDB amended the Letter of Credit Disbursement and Reimbursement Agreement in which the GDB agreed to issue a Letter of Credit in the amount of $92,087,399 in favor of BBVAPR as security for the PRPA's repayment obligation under a certain amended and restated credit agreement, dated July 21, 2010, between the PRPA and BBVAPR.

The Fiscal Oversight Agreement, dated July 1, 2009, between the GDB and PRPA was amended on August 23, 2010 to in order to provide for streamlined monthly financial and operational reporting.

On December 3, 2010, PRPA obtained a refunding related to the borrowings under a line of credit agreement with Wells Fargo for $71,898,000. Under the term loan agreement dated December 3, 2010, PRPA will commence payment of annual principal installments, with each principal installment to be in an amount of $4,493,625 per installment plus interest, payable on each July 1 of each year commencing on July 1, 2011, with a final installment in the amount of all principal payable on April 30, 2012. Also, on December 1, 2010, PRPA and Wells Fargo Bank entered in a Collateral Security Agreement granting a security interest in favor of Wells Fargo Bank in the accounts receivable constituting PFC revenues and the proceeds thereof deposited in specified bank accounts and to pledge and assign to Wells Fargo Bank each of PRPA's rights in and to the aforesaid accounts receivable and deposit accounts, as collateral security for all obligations of PRPA under the term loan agreement dated December 3, 2010. Additionally, on December 3, 2010, PRPA and GDB entered into a Letter of Credit and Reimbursement Agreement in which GDB agreed to issue a letter of credit in the amount of $73,168,198 in favor of Wells Fargo Bank as security for the PRPA's repayment obligation under a certain term loan agreement dated December 3, 2010, between PRPA and Wells Fargo Bank.

**(i)   PRCHE**

On July 26, 2010, the Governor of Puerto Rico signed the Reorganization Plan number one (No.1) for the PRCHE, under Act No. 182 of December 17, 2009 known as "Act of Reorganization and Modernization of the Executive Branch of the Government of Puerto Rico of 2009". The Plan has the purpose of merging the Council of General Education of Puerto Rico with PRCHE. A new organization will be created, and all the assets and liabilities of the PRCHE will be transferred and assumed during the merger.

**(j)   PRIFA**

On September 18, 2010, PRIFA transferred completed construction projects for the celebration of the XXI Central American & Caribbean Games amounting to approximately $200 million to the Puerto Rico Recreation and Sports Department.

In October 2010, PRIFA entered into a memorandum of understanding with Puerto Rico Public-Private Partnerships Authority, Puerto Rico Public Buildings Authority, Puerto Rico Department of Education, Puerto Rico Department of Transportation and Public Works ("DTOP", in its Spanish acronym), and GDB for the administration of the Schools for the 21st Century Program (the "21st Century Program"). The 21st Century Program comprise of the modernization of approximately ninety-five (95) public schools and the construction five (5) new public schools in Puerto Rico. The 21st Century Program will positively affect schools covering all academic levels and will impact approximately 50,000 students. Total investment under the Program will approximate $756 million.

**(k)   UPR**

To address budgetary deficit issues, on June 30, 2010, the Board of Trustees of the UPR established a "Stabilization Fee" to be charged to all students in addition to tuition charges and other fees already in place in the UPR. The Stabilization Fee amounts to $400 per student per semester with the expectation of increasing revenues upwards of $40 million per year. This stabilization fee has no set termination date.

In November 2010 by virtue of Law No. 176, as amended by Law No. 46 of April 2011, the Government of Puerto Rico has committed to transfer 10% of the Additional Lottery's net annual income with a guaranteed minimum amount of $30 million per academic year, for the creation of a Special Scholarship Fund for the UPR. The purpose of the fund is to provide financial aid to graduate and undergraduate students. The fund will be administered by the UPR.

In October 2010, the UPR obtained a $100 million line of credit facility with the GDB for working capital purposes during the 2010-2011 academic year. The line of credit is collateralized by the UPR's accounts receivable from the Commonwealth of Puerto Rico and its agencies as well as by the Commonwealth income guaranteed appropriations under Act No. 2 of January 20, 1966, as amended.

In April 2011, the UPR settled with the Commonwealth the amounts Due from Commonwealth for $18,598,441. The UPR will receive the amount during fiscal year 2012.

* * * * * *

**REQUIRED SUPPLEMENTARY INFORMATION**

# COMMONWEALTH OF PUERTO RICO

**REQUIRED SUPPLEMENTARY INFORMATION (UNAUDITED)**
**SCHEDULE OF FUNDING PROGRESS — RETIREMENT SYSTEMS**
**JUNE 30, 2010**

Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | AAL | UAAL | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2010 | $1,664,991 | $19,501,761 | $17,836,770 | 8.5 % | $3,818,332 | 467.1 % |
| June 30, 2009 | 1,842,143 | 18,943,586 | 17,101,443 | 9.7 | 4,292,552 | 398.4 |
| June 30, 2007 | 2,891,501 | 16,769,512 | 13,878,011 | 17.2 | 4,246,409 | 326.8 |

The Commonwealth of Puerto Rico Judiciary Retirement System (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | AAL | UAAL | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2010 | $55,410 | $338,195 | $282,785 | 16.4 % | $32,061 | 882.0 % |
| June 30, 2009 | 50,566 | 323,928 | 273,362 | 15.6 | 30,587 | 893.7 |
| June, 30 2007 | 81,473 | 258,577 | 177,104 | 31.5 | 31,256 | 566.6 |

Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | AAL | UAAL | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| Junio 30, 2010 | $2,222,000 | $9,280,000 | $7,058,000 | 24 % | $1,370,000 | 515.2 % |
| June 30, 2009 | 2,158,000 | 8,722,000 | 6,564,000 | 25 | 1,418,000 | 462.9 |
| June 30, 2007 | 3,163,000 | 7,756,000 | 4,593,000 | 41 | 1,370,000 | 335.3 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**REQUIRED SUPPLEMENTARY INFORMATION (UNAUDITED)**
**SCHEDULE OF FUNDING PROGRESS — POSTEMPLOYMENT HEALTHCARE BENEFITS**
**JUNE 30, 2010**

Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | AAL | UAAL | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2010 | $  - | $1,646,148 | $1,646,148 | -  % | $3,818,332 | 43.1 % |
| June 30, 2009 | - | 1,633,159 | 1,633,159 | - | 4,292,552 | 38.0 |

The Commonwealth of Puerto Rico Judiciary Retirement System (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | AAL | UAAL | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2010 | $  - | $5,808 | $5,808 | -  % | $32,061 | 18.1 % |
| June 30, 2009 | - | 5,643 | 5,643 | - | 30,587 | 18.5 |

Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | AAL | UAAL | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2010 | $  - | $694,230 | $694,230 | -  % | $1,370,344 | 50.7 % |
| June 30, 2009 | - | 750,382 | 750,382 | - | 1,418,304 | 52.9 |

See accompanying independent auditors' report.

**COMBINING AND INDIVIDUAL FUND
FINANCIAL STATEMENTS AND SCHEDULES**

**GENERAL FUND**

The general fund is the primary operating fund of the Commonwealth. The general fund is used to account for resources traditionally associated with government, which are not required legally or by sound financial management to be accounted for in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, education, and economic development. Following is the supplemental schedule of expenditures — budget and actual — general fund.

# COMMONWEALTH OF PUERTO RICO

**SUPPLEMENTAL SCHEDULE OF EXPENDITURES BY AGENCY — BUDGET AND ACTUAL**
**BUDGET BASIS — GENERAL FUND**
**YEAR ENDED JUNE 30, 2010**
**(In thousands)**

|  | Original Budget | Amended Budget | Actual |
|---|---|---|---|
| EXPENDITURES: |  |  |  |
| Current: |  |  |  |
| General government: |  |  |  |
| Senate of Puerto Rico | $   42,887 | $   42,887 | $   38,536 |
| House of Representatives of Puerto Rico | 47,025 | 47,025 | 45,876 |
| Comptroller's Office | 43,000 | 43,000 | 42,602 |
| Governor's Office | 17,870 | 24,056 | 22,820 |
| Office of Management and Budget | 18,230 | 20,788 | 58,854 |
| Planning Board | 16,445 | 12,472 | 12,819 |
| Constructions and Land Subdivisions Appeals Board | 1,946 | 1,019 | 992 |
| Department of State | 11,682 | 10,218 | 7,883 |
| Department of the Treasury | 242,459 | 216,763 | 676,630 |
| Central Office of Personnel Administration | 7,832 | 5,739 | 5,641 |
| Commonwealth Elections Commission | 36,136 | 36,136 | 34,730 |
| Federal Affairs Administration | 4,507 | 4,514 | 4,441 |
| General Services Administration | 8,521 | 664 | 12,321 |
| Municipal Complaints Hearing Commission | 5,929 | 4,472 | 4,199 |
| Civil Rights Commission | 1,193 | 1,193 | 1,193 |
| Office of the Citizen's Ombudsman | 5,376 | 5,376 | 5,272 |
| Apellative Board of the Personnel System Administration | 1,607 | 1,475 | 1,348 |
| Rules and Permits Administration | 18,137 | 9,038 | 5,595 |
| Commonwealth's Commission to Settle Municipal Complaints | 320 | 187 | 102 |
| Commissions for the Public Work Relations | 1,852 | 2,323 | 2,345 |
| Government Ethics Board | 10,290 | 10,290 | 10,290 |
| Legislative Affairs Office | 12,172 | 12,172 | 11,768 |
| Office of the Superintendent of the Capitol | 10,980 | 14,980 | 14,984 |
| Comptroller's Special Reports Joint Commission | 691 | 691 | 691 |
| Legislative Donation Commission | 20,767 | 20,767 | 907 |
| Coordination Office for Special Communities of Puerto Rico | 23,005 | 6,714 | 6,357 |
| Puerto Rico Statistics Institute | 977 | 977 | 977 |
| Corporation "Enlace" Caño Martín Peña | 1,386 | 1,386 | 1,386 |
| Information and Technology Communication Office | 19,423 | 19,423 | 19,921 |
| Government Ethics Board | 710 | 710 | - |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 236,893 | 236,893 | 238,670 |
| Puerto Rico System of Annuities and Pensions for Teachers | 76,733 | 76,733 | 76,733 |
| Contributions to Political Parties | 450 | 450 | 450 |
| Total general government | 947,431 | 891,531 | 1,367,333 |
| Public Safety: |  |  |  |
| Puerto Rico General Court of Justice | 384,676 | 385,052 | 368,789 |
| Civil Defense | 9,583 | 8,294 | 6,495 |
| Commission of Investigation, Processing and Appeals Board | 1,198 | 886 | 507 |
| Department of Justice | 156,803 | 154,632 | 160,639 |
| Puerto Rico Police Department | 702,278 | 857,264 | 777,792 |
| Puerto Rico Firefighters Corps | 70,736 | 77,717 | 65,421 |
| Puerto Rico National Guard | 9,794 | 54,496 | 19,686 |
| Public Service Commission | 19,577 | 9,366 | 8,701 |
| Consumer Affairs Department | 19,026 | 15,678 | 12,344 |
| Juvenile Institutions Administration | 75,435 | 83,079 | 67,892 |
| Correction Administration | 432,715 | 422,500 | 395,656 |
| Natural Resources Administration | 36,071 | 46,913 | 46,168 |
| Department of Correction and Rehabilitation | 6,275 | 5,464 | 5,576 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**SUPPLEMENTAL SCHEDULE OF EXPENDITURES BY AGENCY — BUDGET AND ACTUAL**
**BUDGET BASIS — GENERAL FUND**
**YEAR ENDED JUNE 30, 2010**
**(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---|---|---|
| EXPENDITURES (Continued): | | | |
| Public Safety (continued): | | | |
| Parole Board | $ 4,480 | $ 2,897 | $ 2,797 |
| Forensic Sciences Institute | 22,190 | 17,950 | 18,213 |
| Special Prosecutor Panel | 1,836 | 5,837 | 1,836 |
| Pre-Trial Services Office | 6,391 | 6,458 | 6,411 |
| Correctional Health | 89,805 | 80,004 | 79,693 |
| Medical Emergencies Service | 30,528 | 29,706 | 30,422 |
| Criminal Justice College | 3,935 | 3,935 | 3,934 |
| Total public safety | 2,083,332 | 2,268,128 | 2,078,972 |
| | | | |
| Health: | | | |
| Environmental Quality Board | 12,179 | 12,412 | 12,141 |
| Department of Health | 295,557 | 309,706 | 308,037 |
| Puerto Rico Medical Services Administration | 15,161 | 15,814 | 15,814 |
| Mental Health and Drug Addiction Services Administration | 134,914 | 122,114 | 120,837 |
| Puerto Rico Solid Waste Authority | 16,114 | 9,227 | 8,719 |
| Puerto Rico Health Insurance Administration | 1,067,072 | 1,598,782 | 1,169,266 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | - | - | 2,000 |
| Total health | 1,540,997 | 2,068,055 | 1,636,814 |
| | | | |
| Public housing and welfare: | | | |
| Office of Youth Affairs | 14,114 | 6,705 | 6,069 |
| New Business Training Administration | 14,862 | 13,177 | 12,932 |
| Department of Labor and Human Resources | - | 7,729 | 7,841 |
| Labor Relations Board | 1,080 | 815 | 811 |
| Department of Housing | 29,234 | 31,312 | 25,765 |
| Department of Recreation and Sports | 46,622 | 44,390 | 44,395 |
| Administration for the Horse Racing Sport and Industry | 4,835 | 3,428 | 3,503 |
| Women's Affairs Commission | 8,274 | 4,300 | 4,038 |
| Public Housing Administration | 1,500 | 1,500 | 1,216 |
| Office of the Veteran's Ombudsman | 4,421 | 4,285 | 3,029 |
| Department of Family | 75,505 | 45,079 | 56,476 |
| Family and Children Administration | 146,106 | 162,413 | 176,793 |
| Minors Support Administration | 32,162 | 12,510 | 12,336 |
| Vocational Rehabilitation Administration | 45,235 | 17,837 | 18,010 |
| Social Economic Development Administration | 120,826 | 109,303 | 98,011 |
| Office of the Disabled Persons Ombudsman | 5,217 | 2,701 | 2,714 |
| Office for Elderly Affairs | 3,532 | 3,646 | 3,558 |
| Right to Employment Administration | 20,156 | 18,039 | 13,125 |
| Company for the Integral Development of the Peninsula de Cantera | 540 | 540 | 583 |
| Industries for the Blind, Mentally Retarded, and Other Disabled Persons of Puerto Rico | 500 | 500 | 500 |
| Patient Ombudsman | 5,904 | 3,785 | 3,261 |
| Administration for the Care and Development of the Childhood | 17,608 | 12,973 | 9,834 |
| Total public housing and welfare | 598,233 | 506,967 | 504,900 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**SUPPLEMENTAL SCHEDULE OF EXPENDITURES BY AGENCY — BUDGET AND ACTUAL**
**BUDGET BASIS — GENERAL FUND**
**YEAR ENDED JUNE 30, 2010**
**(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---|---|---|
| EXPENDITURES (Continued): | | | |
| Education: | | | |
| Department of Education | $2,528,036 | $2,346,653 | $2,215,114 |
| Institute of Puerto Rican Culture | 38,549 | 22,787 | 25,633 |
| Puerto Rico School of Plastics Arts | 4,439 | 2,585 | 2,665 |
| State Office for Historic Preservation | 2,564 | 1,770 | 1,250 |
| General Education Council | 1,774 | 1,509 | 1,501 |
| University of Puerto Rico | 788,276 | 788,276 | 788,276 |
| Puerto Rico Council on Higher Education | 31,369 | 28,455 | 28,564 |
| Musical Arts Corporation | 5,827 | 5,827 | 5,825 |
| Fine Arts Center Corporation | 5,426 | 2,909 | 3,040 |
| Puerto Rico Public Broadcasting Corporation | 15,788 | 15,787 | 15,781 |
| Athenaeum of Puerto Rico | 500 | 500 | 500 |
| Puerto Rico Conservatory of Music Corporation | 4,641 | 4,641 | 4,639 |
| Total education | 3,427,189 | 3,221,699 | 3,092,788 |
| Economic development: | | | |
| Department of Transportation and Public Works | 193,994 | 114,710 | 89,151 |
| Department of Natural and Environmental Resources | 37,308 | 7,370 | 2,026 |
| Department of Agriculture | 30,303 | 25,675 | 22,774 |
| Cooperative Enterprises Development Administration | 5,143 | 2,901 | 3,030 |
| Rural Development Corporation | 6,660 | 5,298 | 5,377 |
| Department of Economic Development and Commerce | 5,440 | 5,307 | 5,078 |
| Energy Affairs Administration | 770 | 2,305 | 1,467 |
| Puerto Rico Ports Authority | 900 | 900 | 900 |
| Puerto Rico Electric Power Authority | - | 10 | 21 |
| Government Development Bank for Puerto Rico | - | 54,000 | 54,000 |
| Puerto Rico Metropolitan Bus Authority | 34,994 | 34,994 | 39,888 |
| Puerto Rico Maritime Transportation Authority | 21,348 | 21,448 | 20,566 |
| Agricultural Services and Development Administration | 133,954 | 103,225 | 102,506 |
| Culebra Conservation and Development Authority | 2,381 | 526 | 526 |
| National Parks Company of Puerto Rico | 11,103 | 19,928 | 13,425 |
| Corporation for the Development of the Film Industry in Puerto Rico | 561 | 561 | 534 |
| Puerto Rico Trade and Export Company | 3,174 | 3,174 | 3,173 |
| Puerto Rico Infrastructure Financing Authority | 117,000 | 204,009 | 204,008 |
| Total economic development | 605,033 | 606,341 | 568,450 |
| Intergovernmental — Municipal Service Administration | 379,879 | 382,864 | 391,104 |
| Total intergovernmental | 379,879 | 382,864 | 391,104 |
| TOTAL EXPENDITURES | $9,582,094 | $9,945,585 | $9,640,361 |
| OPERATING TRANSFER-OUT TO OTHER FUNDS: | | | |
| Office of Management and Budget | 67,306 | 117,950 | 117,939 |
| Transfer of Treasury — Transfer to Debt Service | 520,600 | 520,600 | 610,426 |
| | $ 587,906 | $ 638,550 | $ 728,365 |

See notes to independent auditors' report.                                    (Concluded)

## NONMAJOR GOVERNMENTAL FUNDS

### Special Revenue Funds

Special revenue funds are used to account for the proceeds of specific revenue sources that are legally restricted to expenditure for specific purposes.

**Public Buildings Authority Special Revenue Fund** — The operating fund of a blended component unit used to account for the operation, maintenance, equipment replacement, and other extraordinary operation and maintenance costs of the buildings and facilities that, when constructed, are leased to the Commonwealth's primary government agencies.

**The Children's Trust Special Revenue Fund** — The Children's Trust special revenue fund is used to account for the money received by the Commonwealth from a global settlement agreement dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United State of America, including the Commonwealth. The financial resources received by this fund are used to carry out projects aimed at promoting the well-being of children and youth of Puerto Rico.

### Debt Service Funds

The debt service funds are used to account for the accumulation of resources predominantly for, and the payment of, general long-term bonds principal, interest, and related costs other than bonds payable from operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1 of the following year are accounted for as a fund liability if resources are available as of June 30 for its payment.

**The Children's Trust Debt Service Fund** — The debt service fund of The Children's Trust (a blended component unit) accounts for the accumulation of resources for payment of interest and principal on long-term obligations financed with moneys to be received by the Commonwealth from the global settlement agreement signed by certain tobacco companies.

**Public Buildings Authority Debt Service Fund** — A blended component unit engaged in the construction and/or acquisition of building facilities for lease mainly to the Commonwealth's primary government agencies. Its debt service fund is used to account for the accumulation of resources for the payment of revenue bonds and other liabilities incurred to finance the construction of the buildings and facilities.

**Puerto Rico Maritime Shipping Authority Debt Service Fund** — This is the remainder of a former shipping company owned by the Commonwealth. Its debt service fund is used to account for the accumulation of resources for the payment of the long-term liability that resulted from the sale of its marine operations. This fund is mainly subsidized from appropriations and operating transfers from the general fund.

### Capital Projects Funds

Capital project funds are used to account for the financial resources used by the primary government for the acquisition or construction of major capital facilities not being financed by the Public Buildings Authority's Capital Projects Fund, proprietary fund types, pension trust funds, and discretely presented component units.

**Public Buildings Authority's Capital Projects Fund** — The Public Buildings Authority's capital projects fund is used to account for the financial resources used for the acquisition or construction of major capital facilities not financed by proprietary fund types, pension trust funds, and discretely presented component units.

**Commonwealth Public Improvements Funds and Other Funds** — These funds present the activities of the capital improvements program of the Commonwealth, financed with the proceeds of the general obligation bonds.

## COMMONWEALTH OF PUERTO RICO

**COMBINING BALANCE SHEET — NONMAJOR GOVERNMENTAL FUNDS**
**JUNE 30, 2010**
**(In thousands)**

| | Special Revenue | | Debt Service | | | Capital Projects | | Total |
| | Public Buildings Authority | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Ahority | Nonmajor Governmental Funds |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| CASH AND CASH EQUIVALENTS IN COMMERCIAL BANKS | $ 35,785 | $   - | $   - | $   - | $   - | $ 49,750 | $   - | $ 85,535 |
| CASH AND CASH EQUIVALENTS IN GOVERNMENTAL BANKS | - | 24,523 | - | - | 1,864 | 220,045 | - | 246,432 |
| INVESTMENTS | - | 31,901 | 111,676 | - | - | - | - | 143,577 |
| RECEIVABLES — Net of allowance for uncollectibles: | | | | | | | | |
| Accounts | 1,155 | - | - | - | - | 671 | - | 1,826 |
| Loans | - | - | - | - | - | 39 | - | 39 |
| Accrued interest | - | 2 | 442 | - | - | - | - | 444 |
| Other | - | - | 40,671 | - | - | - | - | 40,671 |
| DUE FROM: | | | | | | | | |
| Other funds | 162,584 | - | - | - | - | 4,761 | - | 167,345 |
| Component units | 38,447 | - | - | - | - | - | - | 38,447 |
| Other governmental entities | 6,849 | - | - | - | - | - | - | 6,849 |
| RESTRICTED ASSETS: | | | | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | 139,193 | - | - | 77,932 | 217,125 |
| Cash and cash equivalents in governmental banks | - | - | - | 65,404 | - | - | - | 65,404 |
| REAL ESTATE HELD FOR SALE OR FUTURE DEVELOPMENT | 3,084 | - | - | - | - | 1,853 | - | 4,937 |
| TOTAL ASSETS | $247,904 | $56,426 | $152,789 | $204,597 | $1,864 | $277,119 | $77,932 | $1,018,631 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**COMBINING BALANCE SHEET — NONMAJOR GOVERNMENTAL FUNDS**
**JUNE 30, 2010**
**(In thousands)**

| | Special Revenue | | Debt Service | | | Capital Projects | | Total |
| | Public Buildings Authority | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Authoritiy | Nonmajor Governmental Funds |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES AND FUND BALANCES** | | | | | | | | |
| LIABILITIES: | | | | | | | | |
| Accounts payable and accrued liabilities | $ 15,167 | $ 687 | $ - | $ - | $ 93 | $ 37,064 | $13,363 | $ 66,374 |
| Due to: | | | | | | | | |
| Other funds | 3,760 | - | - | - | - | - | - | 3,760 |
| Other governmental entities | 3,077 | - | - | - | - | - | - | 3,077 |
| Component units | 39,635 | - | - | - | - | - | - | 39,635 |
| Bonds payable | - | - | - | 84,850 | - | - | - | 84,850 |
| Interest payable | - | - | - | 85,100 | - | - | - | 85,100 |
| Deferred revenue | 127,217 | - | 40,671 | - | - | - | - | 167,888 |
| Total liabilities | 188,856 | 687 | 40,671 | 169,950 | 93 | 37,064 | 13,363 | 450,684 |
| FUND BALANCES: | | | | | | | | |
| Reserved for: | | | | | | | | |
| Encumbrances | - | - | - | - | - | 6,376 | - | 6,376 |
| Debt service | - | - | - | 34,647 | - | - | - | 34,647 |
| Capital projects | - | - | - | - | - | - | 64,569 | 64,569 |
| Unreserved: | | | | | | | | |
| Debt service | - | - | 112,118 | - | 1,771 | - | - | 113,889 |
| Special revenue funds | 59,048 | 55,739 | - | - | - | - | - | 114,787 |
| Capital projects funds | - | - | - | - | - | 233,679 | - | 233,679 |
| Total fund balances | 59,048 | 55,739 | 112,118 | 34,647 | 1,771 | 240,055 | 64,569 | 567,947 |
| TOTAL LIABILITIES AND FUND BALANCES | $247,904 | $56,426 | $152,789 | $204,597 | $1,864 | $277,119 | $77,932 | $1,018,631 |

See accompanying independent auditors' report.

(Concluded)

- 228 -

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCES — NONMAJOR GOVERNMENTAL FUNDS**
**YEAR ENDED JUNE 30, 2010**
**(In thousands)**

| | Special Revenue | | Debt Service | | | Capital Projects | | Total |
| | Public Buildings Authority | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Authority | Nonmajor Governmental Funds |
|---|---|---|---|---|---|---|---|---|
| REVENUES: | | | | | | | | |
| Interest and investment earnings | $    185 | $    67 | $  3,409 | $    - | $    2 | $    - | $    - | $  3,663 |
| Intergovernmental | - | - | - | - | - | 12,000 | - | 12,000 |
| Other | - | - | - | - | 672 | - | - | 672 |
| Total revenues | 185 | 67 | 3,409 | - | 674 | 12,000 | - | 16,335 |
| EXPENDITURES: | | | | | | | | |
| Current: | | | | | | | | |
| General government | 110,675 | 252 | 11 | - | - | - | - | 110,938 |
| Health | - | 2,254 | - | - | - | - | - | 2,254 |
| Education | - | 874 | - | - | - | - | - | 874 |
| Economic development | - | 681 | - | - | 30 | - | - | 711 |
| Intergovernmental | - | 1,682 | - | - | - | 113,622 | - | 115,304 |
| Capital outlay | - | - | - | - | - | 68,257 | 95,306 | 163,563 |
| Debt service: | | | | | | | | |
| Principal | 106,092 | - | 23,525 | 145,373 | - | - | - | 274,990 |
| Interest | 9,796 | - | 56,495 | 148,942 | 5,859 | - | - | 221,092 |
| Other — debt issuance costs | - | - | - | 6,094 | - | - | - | 6,094 |
| Total expenditures | 226,563 | 5,743 | 80,031 | 300,409 | 5,889 | 181,879 | 95,306 | 895,820 |
| DEFICIENCY OF REVENUES UNDER EXPENDITURES | (226,378) | (5,676) | (76,622) | (300,409) | (5,215) | (169,879) | (95,306) | (879,485) |
| OTHER FINANCING SOURCES (USES): | | | | | | | | |
| Transfers in | 10,416 | 241 | 75,442 | 118,925 | 5,859 | - | 121,372 | 332,255 |
| Transfers out | - | - | (241) | - | - | (550) | - | (791) |
| Long term debt issued | 86,300 | - | - | 49,935 | - | 17,912 | - | 154,147 |
| Bond issue discount | - | - | - | (4,777) | - | - | - | (4,777) |
| Issuance of refunding bonds | - | - | - | 483,540 | - | - | - | 483,540 |
| Payment for refunding of bonds | - | - | - | (297,000) | - | - | - | (297,000) |
| Termination fee on swap agreements | - | - | - | (28,395) | - | - | - | (28,395) |
| Total other financing sources | 96,716 | 241 | 75,201 | 322,228 | 5,859 | 17,362 | 121,372 | 638,979 |
| NET CHANGE IN FUND BALANCES | (129,662) | (5,435) | (1,421) | 21,819 | 644 | (152,517) | 26,066 | (240,506) |
| FUND BALANCES — Beginning of year | 188,710 | 61,174 | 113,539 | 12,828 | 1,127 | 392,572 | 38,503 | 808,453 |
| FUND BALANCES — End of year | $  59,048 | $55,739 | $112,118 | $  34,647 | $ 1,771 | $ 240,055 | $  64,569 | $  567,947 |

See accompanying independent auditors' report.

## NONMAJOR PROPRIETARY FUNDS

Proprietary funds are used to account for operations that are financed and operated in a manner similar to private business enterprises where the intent of the government is that the costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges.

**Disability Insurance** — It was created by Act No. 139 on June 26, 1968. It is used to account for disability benefits to remedy temporarily the loss of income as a result of disability caused by sickness or accident unrelated to the employment.

**Drivers' Insurance** — It was created by Act No. 428 on May 15, 1950. It is used to account for contributions made by the drivers and their employers to provide a social security plan for the benefit of the drivers in Puerto Rico. The plan also includes payment of benefits for health and life insurance.

**Puerto Rico Water Pollution Control Revolving Fund** — It was created by Act No. 44 on June 21, 1988, as amended. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Environmental Quality Board (EQB). Pursuant to such Act, EQB is authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection Agency (EPA) for lending activities.

**Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund** — It was created by Act No. 32 on July 7, 1997. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Department of Health (DOH). Pursuant to such act, DOH, on behalf of the Commonwealth, is authorized to enter into operating and capitalization grant agreements with the EPA for lending activities.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF NET ASSETS — NONMAJOR PROPRIETARY FUNDS**
**JUNE 30, 2010**
**(In thousands)**

| | | | Business-Type Activities — Nonmajor Enterprise Funds | | |
| --- | --- | --- | --- | --- | --- |
| | **Disability Insurance** | **Drivers' Insurance** | **Puerto Rico Water Pollution Control Revolving Fund** | **Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund** | **Total** |
| **ASSETS** | | | | | |
| CURRENT ASSETS: | | | | | |
| Cash and cash equivalents in governmental banks | $51,612 | $11,051 | $ - | $ - | $ 62,663 |
| Cash and cash equivalents in governmental banks - restricted | - | - | 77,214 | 17,272 | 94,486 |
| Insurance premiums receivables, net | 3,368 | 1,017 | - | - | 4,385 |
| Due from component units - restricted | - | - | 12,021 | 4,367 | 16,388 |
| Accrued interest receivable | 187 | - | - | - | 187 |
| Restricted receivables | - | - | 2,582 | 1,427 | 4,009 |
| Other receivables | 8 | 36 | - | - | 44 |
| Total current assets | 55,175 | 12,104 | 91,817 | 23,066 | 182,162 |
| NONCURRENT ASSETS: | | | | | |
| Loans receivable from component units - restricted | - | - | 237,666 | 121,739 | 359,405 |
| Due from other funds | - | 21,006 | - | - | 21,006 |
| Restricted investments | 31,770 | - | - | - | 31,770 |
| Other restricted assets | - | - | 1,369 | - | 1,369 |
| TOTAL ASSETS | 86,945 | 33,110 | 330,852 | 144,805 | 595,712 |
| **LIABILITIES AND NET ASSETS** | | | | | |
| CURRENT LIABILITIES: | | | | | |
| Accounts payable and accrued liabilities | 1,432 | 190 | 865 | 96 | 2,583 |
| Deferred revenue | - | 21 | - | - | 21 |
| Compensated absences | 219 | - | - | - | 219 |
| Insurance benefits payable | 560 | 313 | - | - | 873 |
| Total current liabilities | 2,211 | 524 | 865 | 96 | 3,696 |
| NONCURRENT LIABILITIES — Compensated absences | 289 | 336 | - | - | 625 |
| TOTAL LIABILITIES | 2,500 | 860 | 865 | 96 | 4,321 |
| NET ASSETS: | | | | | |
| Restricted for payment of insurance benefits | 31,210 | - | - | - | 31,210 |
| Restricted for lending activities | - | - | 329,987 | 144,709 | 474,696 |
| Unrestricted | 53,235 | 32,250 | - | - | 85,485 |
| TOTAL NET ASSETS | $84,445 | $32,250 | $329,987 | $144,709 | $591,391 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF REVENUES, EXPENSES, AND CHANGES IN NET ASSETS —
NONMAJOR PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2010**
**(In thousands)**

|  | **Business-Type Activities — Nonmajor Enterprise Funds** | | | | |
|  | **Disability Insurance** | **Drivers' Insurance** | **Puerto Rico Water Pollution Control Revolving Fund** | **Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund** | **Total** |
|---|---|---|---|---|---|
| **OPERATING REVENUES:** | | | | | |
| Insurance premiums | $ 11,739 | $ 3,957 | $ - | $ - | $ 15,696 |
| Interest | - | - | 4,672 | 2,385 | 7,057 |
| Total operating revenues | 11,739 | 3,957 | 4,672 | 2,385 | 22,753 |
| **OPERATING EXPENSES:** | | | | | |
| Insurance benefits | 2,684 | 1,940 | - | - | 4,624 |
| General, administrative, and other operating expenses | 8,118 | 3,056 | 3,086 | 1,296 | 15,556 |
| Total operating expenses | 10,802 | 4,996 | 3,086 | 1,296 | 20,180 |
| **OPERATING INCOME (LOSS)** | 937 | (1,039) | 1,586 | 1,089 | 2,573 |
| **NONOPERATING REVENUES:** | | | | | |
| Contributions from U.S. government | - | - | 34,112 | 14,619 | 48,731 |
| Interest and investment earnings | 3,419 | 50 | - | - | 3,469 |
| Total nonoperating revenues | 3,419 | 50 | 34,112 | 14,619 | 52,200 |
| **INCOME (LOSS) BEFORE TRANSFERS** | 4,356 | (989) | 35,698 | 15,708 | 54,773 |
| **TRANSFERS FROM OTHER FUNDS** | - | - | 6,020 | 2,655 | 8,675 |
| **TRANSFERS TO OTHER FUNDS** | (4,335) | (589) | - | - | (4,924) |
| **NET CHANGE IN NET ASSETS** | 21 | (1,578) | 41,718 | 18,363 | 58,524 |
| **NET ASSETS — Beginning of year** | 84,424 | 33,828 | 288,269 | 126,346 | 532,867 |
| **NET ASSETS — End of year** | $ 84,445 | $ 32,250 | $ 329,987 | $ 144,709 | $ 591,391 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF CASH FLOWS — NONMAJOR PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2010**
**(In thousands)**

| | | | | | |
|---|---|---|---|---|---|
| | | | **Business-Type Activities — Nonmajor Enterprise Funds** | | |
| | **Disability Insurance** | **Drivers' Insurance** | **Puerto Rico Water Pollution Control Revolving Fund** | **Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund** | **Total** |
| CASH FLOWS FROM OPERATING ACTIVITIES: | | | | | |
| Receipts from customers and users | $11,735 | $ 3,846 | $ - | $ - | $ 15,581 |
| Payments to suppliers | (2,721) | (25) | - | - | (2,746) |
| Payments to employees | (5,341) | (3,207) | - | - | (8,548) |
| Payments of insurance benefits | (2,745) | (1,947) | - | - | (4,692) |
| Other payments | - | - | (3,314) | (1,264) | (4,578) |
| Net cash provided by (used in) operating activities | 928 | (1,333) | (3,314) | (1,264) | (4,983) |
| CASH FLOWS FROM NONCAPITAL FINANCING ACTIVITIES: | | | | | |
| Intergovernmental grants and contributions | - | - | 34,112 | 14,619 | 48,731 |
| Transfers from other funds | - | - | 6,020 | 2,420 | 8,440 |
| Transfers to other funds | (4,335) | (589) | - | - | (4,924) |
| Net cash provided by (used in) noncapital financing activities | (4,335) | (589) | 40,132 | 17,039 | 52,247 |
| CASH FLOWS FROM INVESTING ACTIVITIES: | | | | | |
| Interest collected on deposits, investments and loans | 1,167 | 50 | 4,321 | 2,210 | 7,748 |
| Loans originated | - | - | (53,443) | (16,009) | (69,452) |
| Principal collected on loans | - | 5,000 | 10,885 | 4,103 | 19,988 |
| Proceeds from sales and maturities of investments | 7,479 | - | - | - | 7,479 |
| Purchases of investments | (7,163) | - | - | - | (7,163) |
| Net cash provided by (used in) investing activities | 1,483 | 5,050 | (38,237) | (9,696) | (41,400) |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | (1,924) | 3,128 | (1,419) | 6,079 | 5,864 |
| CASH AND CASH EQUIVALENTS — Beginning of year | 53,536 | 7,923 | 78,633 | 11,193 | 151,285 |
| CASH AND CASH EQUIVALENTS — End of year | $51,612 | $11,051 | $ 77,214 | $ 17,272 | $157,149 |
| RECONCILIATION OF OPERATING INCOME (LOSS) TO NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES: | | | | | |
| Operating income (loss) | $ 937 | $(1,039) | $ 1,586 | $ 1,089 | $ 2,573 |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities: | | | | | |
| Interests earned on deposits, loans and investments | - | - | (4,672) | (2,385) | (7,057) |
| Changes in operating assets and liabilities: | | | | | |
| Increase in accounts receivable | (4) | (104) | (99) | - | (207) |
| Increase (decrease) in accounts payable and accrued liabilities | 356 | (110) | (129) | 32 | 149 |
| Decrease in deferred revenues | - | (7) | - | - | (7) |
| Decrease in compensated absences | (300) | (66) | - | - | (366) |
| Decrease in liability for insurance benefits payable | (61) | (7) | - | - | (68) |
| Total adjustments | (9) | (294) | (4,900) | (2,353) | (7,556) |
| NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES | $ 928 | $(1,333) | $ (3,314) | $ (1,264) | $ (4,983) |

See accompanying independent auditors' report.

## FIDUCIARY FUNDS

Fiduciary funds are used to account for funds held by the Commonwealth in a trustee capacity, or as an agent for individuals, organizations, and other governmental units. Following are the Commonwealth's fiduciary funds:

## Pension Trust Funds

The pension trust funds are used to account for the assets, liabilities, and net assets available for pension benefits held in trust for the public employees of the Commonwealth.

**Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)** — ERS is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 447 on May 15, 1951. ERS is sponsored by the Commonwealth, public corporations, and municipalities of Puerto Rico. Substantially all full-time employees of the Commonwealth and its instrumentalities are covered by ERS.

**Puerto Rico System of Annuities and Pensions for Teachers (TRS)** — TRS is a defined benefit pension plan administered by the Puerto Rico Teachers Retirement System and was created by Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. TRS is sponsored by the Commonwealth. Substantially, all active teachers of the Commonwealth's Department of Education are covered by TRS. Licensed teachers working in private schools or other educational organizations can be members of TRS at their own choice as long as the required employer and employee contributions are satisfied.

**Commonwealth of Puerto Rico Judiciary Retirement System (JRS)** — JRS is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 12 on October 19, 1954. JRS provides retirement benefits to the employees of the judiciary branch of the Commonwealth, through the office of the Administration of Court Facilities.

## Agency Fund

Agency fund is used to account for assets held by the Commonwealth as an agent for individuals, private organizations, and other governments. This fund is custodial in nature (assets equal liabilities) and does not involve measurement of the results of operations.

**Special Deposits** — This fund acts in a fiduciary capacity in order to account for moneys received with specified purposes for which the law does not specify its recording in any other fund. It mainly includes deposits under the custody of the courts of justice for alimony payments, escrows, revenue collections and agency accounts for which the commonwealth act in an agent's capacity.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF FIDUCIARY NET ASSETS — PENSION TRUST FUNDS**
**JUNE 30, 2010**
**(In thousands)**

| | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Total |
|---|---|---|---|---|
| **ASSETS:** | | | | |
| Cash and cash equivalents in commercial banks — unrestricted | $ 226,401 | $ 24,019 | $ 4,007 | $ 254,427 |
| Cash and cash equivalents in governmental banks | | | | |
| Unrestricted | 51,446 | 3,288 | 30 | 54,764 |
| Restricted | 741,082 | - | - | 741,082 |
| Collateral from securities lending transactions | 110,931 | 48,673 | 2,474 | 162,078 |
| Investments: | | | | |
| Debt and equity securities, at fair value | 2,055,840 | 1,692,341 | 76,248 | 3,824,429 |
| Other | 55,307 | 26,683 | - | 81,990 |
| Receivables — net: | | | | |
| Accounts | 284,361 | - | - | 284,361 |
| Loans and advances | 1,226,155 | 409,881 | 768 | 1,636,804 |
| Accrued interest and dividends | 6,597 | 4,584 | 271 | 11,452 |
| Other | 35,220 | 56,417 | 68 | 91,705 |
| Capital assets — net | 8,964 | 22,970 | - | 31,934 |
| Other assets | 40,491 | 832 | - | 41,323 |
| Total assets | 4,842,795 | 2,289,688 | 83,866 | 7,216,349 |
| **LIABILITIES:** | | | | |
| Accounts payable and accrued liabilities | 35,183 | 18,344 | 25,848 | 79,375 |
| Securities lending transactions | 110,931 | 48,673 | 2,474 | 162,078 |
| Interest payable | 13,876 | - | - | 13,876 |
| Other liabilities | 36,039 | 694 | 134 | 36,867 |
| Bonds payable | 2,981,775 | - | - | 2,981,775 |
| Total liabilities | 3,177,804 | 67,711 | 28,456 | 3,273,971 |
| NET ASSETS HELD IN TRUST FOR PENSION AND OTHER BENEFITS | $1,664,991 | $2,221,977 | $55,410 | $3,942,378 |

See accompanying independent auditors' report.

## COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF CHANGES IN FIDUCIARY NET ASSETS — PENSION TRUST FUNDS**
**YEAR ENDED JUNE 30, 2010**
**(In thousands)**

| | Pension Trust Funds | | | |
|---|---|---|---|---|
| | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Total |
| ADDITIONS: | | | | |
| Contributions: | | | | |
| Sponsor | $ 381,243 | $ 118,127 | $10,021 | $ 509,391 |
| Participants | 345,265 | 129,888 | 3,104 | 478,257 |
| Special | 192,242 | 47,837 | 629 | 240,708 |
| Total contributions | 918,750 | 295,852 | 13,754 | 1,228,356 |
| Investment income and investment expense: | | | | |
| Interest | 179,585 | 61,303 | 1,284 | 242,172 |
| Dividends | 10,663 | 10,111 | 211 | 20,985 |
| Net change in fair value of investments | 216,011 | 203,265 | 7,385 | 426,661 |
| Investment expenses | (7,649) | (4,735) | (164) | (12,548) |
| Net investment income | 398,610 | 269,944 | 8,716 | 677,270 |
| Other income | 31,783 | 53,771 | 804 | 86,358 |
| Total additions | 1,349,143 | 619,567 | 23,274 | 1,991,984 |
| DEDUCTIONS: | | | | |
| Pension and other benefits | 1,249,776 | 518,553 | 17,897 | 1,786,226 |
| Refunds of contributions | 45,146 | 7,847 | - | 52,993 |
| General and administrative | 43,318 | 28,783 | 533 | 72,634 |
| Interest on bonds payable | 188,055 | - | - | 188,055 |
| Total deductions | 1,526,295 | 555,183 | 18,430 | 2,099,908 |
| NET CHANGE IN NET ASSETS HELD IN TRUST FOR PENSION AND OTHER BENEFITS | (177,152) | 64,384 | 4,844 | (107,924) |
| NET ASSETS HELD IN TRUST FOR PENSION AND OTHER BENEFITS: | | | | |
| Beginning of year | 1,842,143 | 2,157,593 | 50,566 | 4,050,302 |
| End of year | $1,664,991 | $2,221,977 | $55,410 | $3,942,378 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF CHANGES IN ASSETS AND LIABILITIES — AGENCY FUNDS**
**YEAR ENDED JUNE 30, 2010**
**(In thousands)**

|  | Balance at June 30, 2009 | Additions | Deletions | Balance at June 30, 2010 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| CASH AND CASH EQUIVALENTS IN COMMERCIAL BANKS AND U.S. TREASURY | $ 662,714 | $ 34,688 | $ - | $ 697,402 |
| CASH AND CASH EQUIVALENTS IN GOVERNMENTAL BANKS | 1,135,401 | 4,138,097 | 4,472,987 | 800,511 |
| OTHER INVESTMENTS | 5,936 | - | 4,710 | 1,226 |
| TOTAL ASSETS | $ 1,804,051 | $ 4,172,785 | $ 4,477,697 | $ 1,499,139 |
| **LIABILITIES** | | | | |
| ACCOUNTS PAYABLE AND ACCRUED LIABILITIES | $ 1,804,051 | $ 4,172,785 | $ 4,477,697 | $ 1,499,139 |
| TOTAL LIABILITIES | $ 1,804,051 | $ 4,172,785 | $ 4,477,697 | $ 1,499,139 |

See accompanying independent auditors' report.

## NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS

These entities are presented because the nature and significance of their relationship with the primary government are such that their exclusion would cause the basic financial statements to be misleading. These are discretely presented in a separate column in the basic financial statements due to the nature of the services they provide. The accounting principles followed by each of the component units included herein may vary depending on the type of industries they are involved in (that is, banking, construction, public utilities, and so forth). The detailed information for each of these entities may be obtained directly from the administrative offices of the corresponding entities, as described in note 1 to the basic financial statements included in the financial section of this report.

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| | Agricultural Services and Development Administration | Automobile Accidents Compensation Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Company for the Integreal Development of the Península Cantera | Corporation for the "Caño Martín Peña" ENLACE Project | Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | Culebra Conservation and Development Authority |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| CURRENT ASSETS: | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 15,923 | $ 5,615 | $ 7,592 | $ 3,449 | $2,013 | $ 1,254 | $ 226 |
| Cash and cash equivalents in governmental banks | 7,687 | - | - | - | - | 11,153 | - |
| Investments | - | 131,259 | - | - | - | - | - |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | - | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | - | - | - | - |
| Investments | - | - | - | - | - | - | - |
| Other restricted assets | - | - | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | 43,222 | - | - | - | - | - |
| Receivables — net: | | | | | | | |
| Insurance premium | - | - | - | - | - | - | - |
| Intergovernmental | - | - | - | - | - | - | - |
| Accounts | 5,996 | - | 10,562 | - | - | - | - |
| Loans and advances | - | - | - | 9 | - | 1,902 | - |
| Accrued interest | - | 753 | - | - | - | - | - |
| Other governmental entities | 3,600 | 1,744 | 4,010 | 625 | 224 | 270 | - |
| Other | 3,214 | 1,424 | 276 | 15 | - | - | - |
| Due from: | | | | | | | |
| Primary government | 18,758 | - | - | 10,855 | - | - | - |
| Component units | - | - | - | - | - | - | - |
| Inventories | 3,357 | - | 2,379 | - | - | - | - |
| Prepaid expenses | 1,738 | - | 400 | 42 | - | - | - |
| Total current assets | 60,273 | 184,017 | 25,219 | 14,995 | 2,237 | 14,579 | 226 |
| NONCURRENT ASSETS: | | | | | | | |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | 11,666 | 379 | - | - | 35 | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | - | - | - | - |
| Investments | - | - | - | - | - | - | - |
| Other restricted assets | - | - | - | - | - | - | - |
| Investments | - | - | - | - | - | - | - |
| Receivables: | | | | | | | |
| Loans, interest, and other | - | - | - | 6,995 | - | - | - |
| Other governmental agencies | - | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - |
| Due from: | | | | | | | |
| Primary government | - | - | - | - | - | - | - |
| Component units | - | - | - | - | - | - | - |
| Deferred outflows of resources | - | - | - | - | - | - | - |
| Deferred expenses and other assets | - | 31 | - | - | - | - | 27 |
| Property held for sale or future development | - | - | - | 497 | - | - | - |
| Capital assets, not being depreciated | 3,656 | 901 | 103 | 452 | 905 | - | 640 |
| Capital assets, depreciable — net | 34,120 | 7,994 | 18,303 | 112 | 568 | - | 341 |
| Total noncurrent assets | 49,442 | 9,305 | 18,406 | 8,056 | 1,508 | - | 1,008 |
| TOTAL ASSETS | $109,715 | $193,322 | $43,625 | $23,051 | $3,745 | $14,579 | $1,234 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| ASSETS | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Corporation | Farm Insurance Corporation of Puerto Rico | Fine Arts Center Corporation | Governing Board of the 9-1-1- Service | Institue of Puerto Rican Culture | Institutional Trust of the National Guard of Puerto Rico |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | |
| Cash and cash equivalents in commercial banks | $    476 | $    1 | $   12,205 | $   8,736 | $    - | $   20,774 | $    - |
| Cash and cash equivalents in governmental banks | 252 | - | - | - | 20,725 | 2,719 | 11,222 |
| Investments | 63,450 | - | - | - | - | - | 51,030 |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | - | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | - | - | - | - |
| Investments | - | - | - | - | - | - | - |
| Other restricted assets | - | - | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - | - | - |
| Receivables — net: | | | | | | | |
| Insurance premium | - | - | - | - | - | - | - |
| Intergovernmental | - | - | - | - | - | - | 37 |
| Accounts | - | - | 3,383 | 127 | 2,097 | 173 | 856 |
| Loans and advances | 80,833 | - | - | - | - | - | - |
| Accrued interest | 5,082 | - | - | - | - | - | 4 |
| Other governmental entities | - | 205 | - | 114 | - | 76 | 22 |
| Other | - | - | - | - | 10 | - | - |
| Due from: | | | | | | | |
| Primary government | - | - | - | - | - | - | - |
| Component units | - | - | - | - | - | - | - |
| Inventories | - | 27 | - | - | 24 | 1,611 | - |
| Prepaid expenses | - | - | 137 | 84 | 50 | - | 9 |
| Total current assets | 150,093 | 233 | 15,725 | 9,061 | 22,906 | 25,353 | 63,180 |
| NONCURRENT ASSETS: | | | | | | | |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | 2,854 | - | - | 546 | - | - | - |
| Cash and cash equivalents in governmental banks | - | 39 | - | - | 29,697 | - | - |
| Investments | 6,081 | - | - | - | - | - | - |
| Other restricted assets | - | - | - | - | - | - | - |
| Investments | 890,397 | - | - | - | - | - | - |
| Receivables: | | | | | | | |
| Loans, interest, and other | 129,123 | - | - | - | - | - | - |
| Other governmental agencies | 157 | - | - | - | - | - | - |
| Other | - | - | 7,048 | - | - | - | - |
| Due from: | | | | | | | |
| Primary government | - | - | - | - | - | - | - |
| Component units | - | - | - | - | - | - | - |
| Deferred outflows of resources | - | - | - | - | - | - | - |
| Deferred expenses and other assets | 6,969 | - | - | - | - | - | - |
| Property held for sale or future development | - | - | - | - | - | - | 2,452 |
| Capital assets, not being depreciated | 2,735 | - | - | 3,155 | - | 8,365 | 18,258 |
| Capital assets, depreciable — net | 6,782 | 107 | 223 | 12,825 | 2,038 | 70,619 | 5,616 |
| Total noncurrent assets | 1,045,098 | 146 | 7,271 | 16,526 | 31,735 | 78,984 | 26,326 |
| TOTAL ASSETS | $1,195,191 | $    379 | $   22,996 | $   25,587 | $    54,641 | $  104,337 | $  89,506 |

(Continued)

- 240 -

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| ASSETS | Land Authority of Puerto Rico | Musical Arts Corporation | National Parks Company of Puerto Rico | Port of the Americas Authority | Public Corporation for the Supervision and Deposit Insurance of PR Cooperatives | Puerto Rico Conservatory of Music Corporation | Puerto Rico Convention Center District Authority |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 2,215 | $ 1,868 | $ 522 | $ - | $ - | $ 157 | $ 19,589 |
| Cash and cash equivalents in governmental banks | 27,411 | 345 | 685 | 2,813 | 737 | - | 1,126 |
| Investments | - | - | - | - | 45,847 | - | - |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | - | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | - | - | - | - |
| Investments | - | - | - | - | - | - | - |
| Other restricted assets | - | - | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - | - | - |
| Receivables — net: | | | | | | | |
| Insurance premium | - | - | - | - | - | - | - |
| Intergovernmental | - | - | - | - | - | - | - |
| Accounts | 7,783 | 49 | 436 | 2 | - | - | 7,169 |
| Loans and advances | - | - | - | - | - | - | - |
| Accrued interest | 58 | - | 17 | - | 1,218 | - | - |
| Other governmental entities | 3,932 | 53 | 308 | - | - | 1,474 | - |
| Other | - | - | - | - | 5 | 382 | - |
| Due from: | | | | | | | |
| Primary government | 7,848 | - | - | - | - | - | 2,742 |
| Component units | 14,288 | - | - | - | - | - | 10,170 |
| Inventories | - | - | - | - | - | - | - |
| Prepaid expenses | 58 | - | 13 | 2 | - | 33 | 974 |
| Total current assets | 63,593 | 2,315 | 1,981 | 2,817 | 47,807 | 2,046 | 41,770 |
| NONCURRENT ASSETS: | | | | | | | |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | - | 749 | 15,176 | - | - | 14,581 | - |
| Cash and cash equivalents in governmental banks | 425 | - | 10,832 | - | - | - | - |
| Investments | 6,967 | - | - | - | - | - | 64,662 |
| Other restricted assets | - | - | - | - | - | - | - |
| Investments | - | - | - | - | 138,912 | - | - |
| Receivables: | | | | | | | |
| Loans, interest, and other | - | - | - | - | 3,300 | - | - |
| Other governmental agencies | 79 | - | - | - | - | - | - |
| Other | 9,618 | - | - | - | - | - | 4,678 |
| Due from: | | | | | | | |
| Primary government | - | - | - | - | - | - | - |
| Component units | 5,931 | - | - | - | - | - | - |
| Deferred outflows of resources | - | - | - | - | - | - | - |
| Deferred expenses and other assets | 553 | - | - | - | - | - | 15,076 |
| Property held for sale or future development | - | - | - | - | - | - | - |
| Capital assets, not being depreciated | 83,800 | 153 | 20,273 | 261,082 | - | 23,474 | 245,933 |
| Capital assets, depreciable — net | 9,015 | 223 | 180,782 | 12 | 2,848 | 45,808 | 417,605 |
| Total noncurrent assets | 116,388 | 1,125 | 227,063 | 261,094 | 145,060 | 83,863 | 747,954 |
| TOTAL ASSETS | $ 179,981 | $ 3,440 | $ 229,044 | $263,911 | $ 192,867 | $ 85,909 | $789,724 |

(Continued)

- 241 -

**COMMONWEALTH OF PUERTO RICO**

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| ASSETS | Puerto Rico Council on Higher Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical and Environmental, Control Facilities Financing Authority | Puerto Rico Infrastructure Financing Authority | Puerto Rico Land Administration | Puerto Rico Maritime Transportation Authority | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority |
|---|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 5 | $ 9,263 | $ - | $ - | $ 392 | $ 861 | $ 7 | $ 533 |
| Cash and cash equivalents in governmental banks | 1,883 | - | 9,022 | 132 | 72,986 | - | - | 80 |
| Investments | - | - | - | 16,611 | - | - | - | - |
| Restricted assets: | | | | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | 160,447 | - | - | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | 48,814 | - | - | - | - |
| Investments | - | 10,028 | - | 1,049,177 | - | - | - | - |
| Other restricted assets | - | - | - | 36,818 | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - | - | - | - |
| Receivables — net: | | | | | | | | |
| Insurance premium | - | - | - | - | - | - | - | - |
| Intergovernmental | - | - | - | - | - | 4,188 | - | 20,918 |
| Accounts | - | 30,081 | - | 144 | 2,125 | 248 | 3,662 | 146 |
| Loans and advances | - | 224 | 1 | - | - | - | - | - |
| Accrued interest | - | 24 | - | - | 444 | - | - | - |
| Other governmental entities | 194 | - | 267 | - | - | - | 3,772 | 1,576 |
| Other | 118 | - | - | - | 749 | - | 699 | - |
| Due from: | | | | | | | | |
| Primary government | - | 43,403 | - | 15,139 | - | - | 21,237 | 1,323 |
| Component units | - | - | - | - | 1,306 | - | - | - |
| Inventories | - | - | - | - | - | 63 | 2,284 | 3,868 |
| Prepaid expenses | - | 1,860 | - | 660 | 107 | 1,544 | 1,028 | 2,761 |
| Total current assets | 2,200 | 94,883 | 9,290 | 1,311,331 | 94,720 | 6,904 | 32,689 | 31,205 |
| NONCURRENT ASSETS: | | | | | | | | |
| Restricted assets: | | | | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | - | - | 2,450 | - |
| Cash and cash equivalents in governmental banks | 523 | - | - | - | 400 | - | - | 13 |
| Investments | - | 38,350 | - | 313,915 | - | - | - | - |
| Other restricted assets | - | - | - | 38,976 | - | - | - | - |
| Investments | 7,237 | 11,986 | - | - | - | - | - | - |
| Receivables: | | | | | | | | |
| Loans, interest, and other | - | 228 | - | - | - | - | - | - |
| Other governmental agencies | - | 568 | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | - |
| Due from: | | | | | | | | |
| Primary government | - | - | 26,271 | - | - | - | - | - |
| Component units | - | - | - | - | - | - | - | - |
| Deferred outflows of resources | - | - | - | - | - | - | - | - |
| Deferred expenses and other assets | - | 2,355 | 23,471 | 47,098 | - | - | - | 542 |
| Property held for sale or future development | - | 18,534 | - | - | 168,987 | - | - | - |
| Capital assets, not being depreciated | - | 232,454 | - | 417,045 | 27,467 | 6,348 | 28,872 | 2,569 |
| Capital assets, depreciable — net | 296 | 472,501 | - | 216 | 9,121 | 37,930 | 32,075 | 61,987 |
| Total noncurrent assets | 8,056 | 776,976 | 49,742 | 817,250 | 205,975 | 44,278 | 63,397 | 65,111 |
| TOTAL ASSETS | $ 10,256 | $ 871,859 | $ 59,032 | $ 2,128,581 | $ 300,695 | $ 51,182 | $ 96,086 | $ 96,316 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| | Puerto Rico Municipal Finance Agency | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico Public Private Partnerships Authority | Puerto Rico School of Plastic Arts | Puerto Rico Solid Waste Authority | Puerto Rico Telephone Authority | Puerto Rico Tourism Company |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **CURRENT ASSETS:** | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ - | $ 271 | $ 1,667 | $ - | $ - | $ - | $ - | $ 51,420 |
| Cash and cash equivalents in governmental banks | 9,131 | 11 | - | 307 | - | 4,108 | 7,358 | - |
| Investments | - | - | - | - | - | 18,013 | - | 10,202 |
| Restricted assets: | | | | | | | | |
| Cash and cash equivalents in commercial banks | 3,798 | 25,350 | - | - | - | - | - | - |
| Cash and cash equivalents in governmental banks | - | 4,190 | - | - | - | - | - | - |
| Investments | 253,937 | - | - | - | - | - | - | - |
| Other restricted assets | 30,458 | - | - | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreement | - | - | - | - | - | - | - | - |
| Receivables — net: | | | | | | | | |
| Insurance premium | - | - | - | - | - | - | - | - |
| Intergovernmental | - | - | - | - | - | - | - | - |
| Accounts | - | 14,846 | 1,022 | - | 983 | - | - | 6,529 |
| Loans and advances | - | - | - | - | - | - | - | 13,832 |
| Accrued interest | - | - | - | - | - | - | 1 | - |
| Other governmental entities | - | - | 137 | - | 378 | 3,699 | - | - |
| Other | - | - | 276 | - | - | 764 | - | 508 |
| Due from: | | | | | | | | |
| Primary government | - | - | - | - | - | - | - | - |
| Component units | - | - | - | - | - | - | - | - |
| Inventories | - | - | - | - | - | - | - | - |
| Prepaid expenses | 43 | 5,068 | - | - | - | 349 | - | 7 |
| Total current assets | 297,367 | 49,736 | 3,102 | 307 | 1,361 | 26,933 | 7,359 | 82,498 |
| **NONCURRENT ASSETS:** | | | | | | | | |
| Restricted assets: | | | | | | | | |
| Cash and cash equivalents in commercial banks | - | - | 1,544 | - | 40 | - | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | - | 1,319 | 11,108 | 4,706 | - |
| Investments | 1,063,297 | - | - | - | 905 | 500 | - | - |
| Other restricted assets | 15,025 | - | - | - | - | - | - | - |
| Investments | - | - | - | - | - | - | - | 58,087 |
| Receivables: | | | | | | | | |
| Loans, interest, and other | - | - | - | - | - | - | - | - |
| Other governmental agencies | - | 21,145 | - | - | - | - | - | - |
| Other | - | - | - | - | - | - | - | 15,011 |
| Due from: | | | | | | | | |
| Primary government | - | 2,600 | - | - | - | - | - | - |
| Component units | - | 50,190 | - | - | - | - | - | - |
| Deferred outflows of resources | - | 53,667 | - | - | - | - | - | - |
| Deferred expenses and other assets | - | 3,957 | 683 | - | - | 18 | - | 1,822 |
| Property held for sale or future development | - | - | - | - | - | - | - | - |
| Capital assets, not being depreciated | - | 489,517 | 83 | - | - | 47,522 | - | 14,152 |
| Capital assets, depreciable — net | - | 676,019 | 18,288 | 2 | 8,208 | 122,453 | - | 23,008 |
| Total noncurrent assets | 1,078,322 | 1,297,095 | 20,598 | 2 | 10,472 | 181,601 | 4,706 | 112,080 |
| **TOTAL ASSETS** | $ 1,375,689 | $ 1,346,831 | $ 23,700 | $ 309 | $ 11,833 | $ 208,534 | $ 12,065 | $ 194,578 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| | Puerto Rico Trade and Export Company | Right to Employment Administration | Special Communities Perpetual Trust | State Insurance Fund Corporation | Nonmajor Component Units Totals |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **CURRENT ASSETS:** | | | | | |
| Cash and cash equivalents in commercial banks | $ 14,029 | $ - | $ - | $ 53,906 | $ 234,969 |
| Cash and cash equivalents in governmental banks | 1,388 | - | - | 167,696 | 360,977 |
| Investments | - | - | - | 357,877 | 694,289 |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | 189,595 |
| Cash and cash equivalents in governmental banks | - | - | - | - | 53,004 |
| Investments | - | - | 160,105 | - | 1,473,247 |
| Other restricted assets | - | - | - | - | 67,276 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | 155,342 | 198,564 |
| Receivables — net: | | | | | |
| Insurance premium | - | - | - | 68,205 | 68,205 |
| Intergovernmental | - | - | - | - | 25,143 |
| Accounts | - | - | - | - | 98,419 |
| Loans and advances | - | - | - | - | 96,801 |
| Accrued interest | 1,674 | - | - | 9,275 | 18,550 |
| Other governmental entities | 1,034 | 139 | 798 | 1,405 | 30,056 |
| Other | 174 | 27 | - | 23,547 | 32,188 |
| Due from: | | | | | |
| Primary government | - | 1,278 | - | 6,433 | 129,016 |
| Component units | - | - | - | 5,221 | 30,985 |
| Inventories | - | - | - | 6,851 | 20,464 |
| Prepaid expenses | 60 | - | - | 337 | 17,364 |
| Total current assets | 18,359 | 1,444 | 160,903 | 856,095 | 3,839,112 |
| **NONCURRENT ASSETS:** | | | | | |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | 15,986 | - | - | - | 66,006 |
| Cash and cash equivalents in governmental banks | 1,286 | - | 1,252 | - | 61,600 |
| Investments | 180,915 | - | 41,580 | - | 1,711,091 |
| Other restricted assets | - | - | - | - | 60,082 |
| Investments | - | - | - | 968,237 | 2,074,856 |
| Receivables: | | | | | |
| Loans, interest, and other | - | - | - | - | 139,646 |
| Other governmental entities | - | - | - | - | 21,381 |
| Other | - | - | - | - | 36,923 |
| Due from: | | | | | |
| Primary government | - | - | - | - | 2,600 |
| Component units | - | - | - | - | 82,392 |
| Deferred outflows of resources | - | - | - | - | 53,667 |
| Deferred expenses and other assets | - | - | - | - | 102,602 |
| Real estate held for sale or future development | - | - | - | - | 190,470 |
| Capital assets, not being depreciated | 69,291 | - | - | 13,010 | 2,022,215 |
| Capital assets, depreciable — net | 52,989 | 240 | - | 79,819 | 2,411,093 |
| Total noncurrent assets | 320,467 | 240 | 42,832 | 1,061,066 | 9,036,624 |
| **TOTAL ASSETS** | $ 338,826 | $ 1,684 | $ 203,735 | $ 1,917,161 | $ 12,875,736 |

(Continued)

- 244 -

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| | Agricultural Services and Development Administration | Automobile Accidents Compensation Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Company for the Integral Development of the Península de Cantera | Corporation for the "Caño Martín Peña" ENLACE Project | Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico |
|---|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | | |
| **LIABILITIES:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable and accrued liabilities | $ 44,537 | $ 10,330 | $ 26,505 | $ 4,518 | $ 86 | $ 157 |
| Deposits and escrow liabilities | - | - | - | - | - | - |
| Due to: | | | | | | |
| Primary government | - | - | 38,447 | - | - | - |
| Component units | 14,288 | - | 11,649 | 10,779 | - | - |
| Other governmental entities | 8,025 | 976 | 1,221 | - | 923 | 165 |
| Securities lending transactions and reverse repurchase agreements | - | 43,222 | - | - | - | - |
| Interest payable | - | - | - | - | - | - |
| Deferred revenue | 236 | 37,770 | - | - | - | - |
| Notes payable, current portion | 5,604 | - | - | - | - | - |
| Bonds payable, current portion | - | - | - | - | - | - |
| Accrued compensated absences, current portion | 8,046 | 2,668 | 3,103 | 58 | 38 | 27 |
| Liability for automobile accident insurance and workmen compensation claims | - | 165,927 | - | - | - | - |
| Capital leases | - | - | - | - | - | - |
| Current portion of other long-term liabilities | - | - | 178 | - | - | - |
| Total current liabilities | 80,736 | 260,893 | 81,103 | 15,355 | 1,047 | 349 |
| **Noncurrent liabilities:** | | | | | | |
| Due to: | | | | | | |
| Primary government | - | - | - | - | - | - |
| Component units | 103,518 | - | - | - | - | - |
| Other governmental entities | - | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - | - |
| Deferred revenue | - | - | - | - | - | - |
| Notes payable | - | - | - | - | - | - |
| Commonwealth appropriation bonds | - | - | - | - | - | - |
| Bonds payable | - | - | - | - | - | - |
| Accrued compensated absences | - | - | - | 82 | - | 109 |
| Liabilitiy for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - |
| Capital leases | - | - | - | - | - | - |
| Derivative instruments — interest rate swaps | - | - | - | - | - | - |
| Other long-term liabilities | - | - | 1,967 | - | - | - |
| Total noncurrent liabilities | 103,518 | - | 1,967 | 82 | - | 109 |
| Total liabilities | 184,254 | 260,893 | 83,070 | 15,437 | 1,047 | 458 |
| **NET ASSETS (DEFICIT):** | | | | | | |
| Invested in capital assets, net of related debt | - | 8,895 | 18,140 | 192 | 1,472 | - |
| Restricted for: | | | | | | |
| Trust — nonexpendable | - | - | - | - | - | - |
| Capital projects | - | - | - | - | - | - |
| Debt service | - | - | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - | - |
| Student loans and other educational purpose | - | - | - | 497 | - | - |
| Other specified purposes | - | - | - | 6,925 | 35 | 13,513 |
| Unrestricted | (74,539) | (76,466) | (57,585) | - | 1,191 | 608 |
| Total net assets (deficit) | (74,539) | (67,571) | (39,445) | 7,614 | 2,698 | 14,121 |
| **TOTAL LIABILITIES AND NET ASSETS (DEFICIT)** | $ 109,715 | $ 193,322 | $ 43,625 | $ 23,051 | $ 3,745 | $ 14,579 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| | Culebra Conservation and Development Authority | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Corporation | Farm Insurance Corporation of Puerto Rico | Fine Arts Center Corporation | Governing Board of the 9-1-1- Service |
|---|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | | |
| **LIABILITIES:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable and accrued liabilities | $ 35 | $ - | $ 2,233 | $ 304 | $ 271 | $ 1,531 |
| Deposits and escrow liabilities | - | 385,279 | 136 | - | 236 | - |
| Due to: | | | | | | |
| Primary government | - | - | - | - | - | 4,189 |
| Component units | - | 419 | - | - | - | - |
| Other governmental entities | - | 4 | - | 77 | - | 3,069 |
| Securities lending transactions and reverse repurchase agreements | - | 63,450 | - | - | - | - |
| Interest payable | - | 2,462 | - | - | - | - |
| Deferred revenue | - | - | 788 | 4,655 | 546 | - |
| Notes payable, current portion | - | - | - | - | - | - |
| Bonds payable, current portion | - | - | - | - | - | - |
| Accrued compensated absences, current portion | 9 | - | 289 | 636 | 400 | 387 |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - |
| Capital leases | - | - | - | - | - | - |
| Current portion of other long-term liabilities | - | 4,297 | - | - | - | - |
| **Total current liabilities** | 44 | 455,911 | 3,446 | 5,672 | 1,453 | 9,176 |
| | | | | | | |
| Noncurrent liabilities: | | | | | | |
| Due to: | | | | | | |
| Primary government | - | - | - | - | - | - |
| Component units | - | 10,337 | - | 5,931 | - | - |
| Other governmental entities | - | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | 114,300 | - | - | - | - |
| Deferred revenue | - | - | - | - | - | - |
| Notes payable | - | 456,321 | - | - | - | - |
| Commonwealth appropriation bonds | - | - | - | - | - | - |
| Bonds payable | - | - | - | - | - | - |
| Accrued compensated absences | 48 | 2,223 | - | - | 267 | 903 |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - |
| Capital leases | - | - | - | - | - | - |
| Derivative instruments — interest rate swaps | - | - | - | - | - | - |
| Other long-term liabilities | - | 11,120 | - | - | - | - |
| **Total noncurrent liabilities** | 48 | 594,301 | - | 5,931 | 267 | 903 |
| **Total liabilities** | 92 | 1,050,212 | 3,446 | 11,603 | 1,720 | 10,079 |
| | | | | | | |
| **NET ASSETS (DEFICIT):** | | | | | | |
| Invested in capital assets, net of related debt | 980 | (1,239) | - | 223 | 15,465 | 2,038 |
| Restricted for: | | | | | | |
| Trust — nonexpendable | - | - | - | - | - | - |
| Capital projects | - | - | - | - | 546 | 10,051 |
| Debt service | - | - | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - | - |
| Student loans and other educational purpose | - | - | - | - | - | - |
| Other specified purposes | - | 8,889 | - | - | - | 12,190 |
| Unrestricted | 162 | 137,329 | (3,067) | 11,170 | 7,856 | 20,283 |
| **Total net assets (deficit)** | 1,142 | 144,979 | (3,067) | 11,393 | 23,867 | 44,562 |
| | | | | | | |
| **TOTAL LIABILITIES AND NET ASSETS (DEFICIT)** | $ 1,234 | $1,195,191 | $ 379 | $ 22,996 | $ 25,587 | $ 54,641 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| LIABILITIES AND NET ASSETS (DEFICIT) | Institute of Puerto Rican Culture | Institutional Trust of the National Guard of Puerto Rico | Land Authority of Puerto Rico | Musical Arts Corporation | National Parks Company of Puerto Rico | Port of the Americas Authority | Public Corporation for the Supervision and Deposit Insurance of PR Cooperatives |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| Current liabilities: | | | | | | | |
| Accounts payable and accrued liabilities | $ 2,066 | $ 1,090 | $ 33,652 | $ 2,736 | $ 2,086 | $ 13,438 | $ 33,094 |
| Deposits and escrow liabilities | - | - | 10,304 | - | - | - | - |
| Due to: | | | | | | | |
| Primary government | - | - | - | - | 1,929 | - | - |
| Component units | - | - | 49,061 | - | 19,509 | - | - |
| Other governmental entities | 144 | 12 | 15,751 | 208 | 3,941 | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - | - | - |
| Interest payable | - | - | 2,773 | - | 391 | - | - |
| Deferred revenue | - | - | 8 | 744 | - | - | - |
| Notes payable, current portion | - | - | - | - | - | - | - |
| Bonds payable, current portion | - | - | - | - | - | - | - |
| Accrued compensated absences, current portion | 246 | 94 | 439 | 116 | 281 | - | 1,673 |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - | - |
| Capital leases | - | - | - | - | - | - | - |
| Current portion of other long-term liabilities | - | - | 11,573 | - | 5,986 | - | - |
| Total current liabilities | 2,456 | 1,196 | 123,561 | 3,804 | 34,123 | 13,438 | 34,767 |
| Noncurrent liabilities: | | | | | | | |
| Due to: | | | | | | | |
| Primary government | - | - | - | - | - | - | - |
| Component units | - | - | - | - | - | 204,713 | - |
| Other governmental entities | - | - | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - | - | - |
| Deferred revenue | - | - | - | - | - | - | - |
| Notes payable | - | - | 700 | - | - | - | - |
| Commonwealth appropriation bonds | - | - | 76,715 | - | - | - | - |
| Bonds payable | - | - | - | - | - | - | - |
| Accrued compensated absences | 2,025 | - | 974 | 108 | 4,886 | - | - |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - | - |
| Capital leases | - | - | - | - | - | - | - |
| Derivative instruments — interest rate swaps | - | - | - | - | - | - | - |
| Other long-term liabilities | - | - | - | 4,551 | 2,378 | - | - |
| Total noncurrent liabilities | 2,025 | - | 78,389 | 4,659 | 7,264 | 204,713 | - |
| Total liabilities | 4,481 | 1,196 | 201,950 | 8,463 | 41,387 | 218,151 | 34,767 |
| **NET ASSETS (DEFICIT):** | | | | | | | |
| Invested in capital assets, net of related debt | 78,840 | 23,874 | 92,815 | 376 | 194,949 | 43,149 | 2,848 |
| Restricted for: | | | | | | | |
| Trust — nonexpendable | - | - | - | - | - | - | - |
| Capital projects | 10,872 | - | - | - | 26,007 | - | - |
| Debt service | - | - | - | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - | - | - |
| Student loans and other educational purpose | - | 500 | - | - | - | - | - |
| Other specified purposes | 7,740 | 4,522 | 425 | 405 | - | - | 69,658 |
| Unrestricted | 2,404 | 59,414 | (115,209) | (5,804) | (33,299) | 2,611 | 85,594 |
| Total net assets (deficit) | 99,856 | 88,310 | (21,969) | (5,023) | 187,657 | 45,760 | 158,100 |
| TOTAL LIABILITIES AND NET ASSETS (DEFICIT) | $ 104,337 | $ 89,506 | $ 179,981 | $ 3,440 | $ 229,044 | $ 263,911 | $ 192,867 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| LIABILITIES AND NET ASSETS (DEFICIT) | Puerto Rico Conservatory of Music Corporation | Puerto Rico Convention Center District Authority | Puerto Rico Council on Higher Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental, Control Facilities Financing Authority | Puerto Rico Infrastructure Financing Authority | Puerto Rico Land Administration | Puerto Rico Maritime Transportation Authority |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| Current liabilities: | | | | | | | | |
| Accounts payable and accrued liabilities | $ 4,335 | $ 6,704 | $ 295 | $ 32,357 | $ 85 | $ 134,692 | $ 3,591 | $ 14,715 |
| Deposits and escrow liabilities | - | 1,888 | - | - | - | - | - | - |
| Due to: | | | | | | | | |
| Primary government | - | - | - | 19,244 | - | - | - | - |
| Component units | 416 | 153,679 | - | 91,376 | 2,007 | 3,135 | - | 1,150 |
| Other governmental entities | - | - | - | - | - | - | - | 2,884 |
| Securities lending transactions and reverse | | | | | | | | |
| repurchase agreements | - | - | - | - | - | - | - | - |
| Interest payable | - | 15,060 | - | 4,161 | - | 55,477 | - | - |
| Deferred revenue | 1,536 | 4,915 | - | - | - | - | 2,330 | 7,223 |
| Notes payable, current portion | - | - | - | 5,137 | - | - | - | - |
| Bonds payable, current portion | - | 8,640 | - | 11,875 | - | 1,038,860 | - | - |
| Accrued compensated absences, current portion | 213 | 130 | - | 5,485 | 6 | - | 785 | 1,557 |
| Liability for automobile accident insurance and | | | | | | | | |
| workmen compensation claims | - | - | - | - | - | - | - | - |
| Capital leases | - | - | - | - | - | - | - | - |
| Current portion of other long-term liabilities | - | - | - | 175 | - | - | - | - |
| Total current liabilities | 6,500 | 191,016 | 295 | 169,810 | 2,098 | 1,232,164 | 6,706 | 27,529 |
| Noncurrent liabilities: | | | | | | | | |
| Due to: | | | | | | | | |
| Primary government | - | - | - | - | - | - | - | - |
| Component units | 612 | - | - | - | 59,100 | - | - | 50,152 |
| Other governmental entities | - | - | - | - | - | - | - | - |
| Securities lending transactions and reverse | | | | | | | | |
| repurchase agreements | - | - | - | - | - | - | - | - |
| Deferred revenue | - | 5,179 | - | - | - | - | 6,750 | - |
| Notes payable | - | - | - | 78,528 | - | - | - | - |
| Commonwealth appropriation bonds | - | - | - | - | - | 4,956 | - | - |
| Bonds payable | - | 457,320 | - | 237,090 | - | 1,959,201 | - | - |
| Accrued compensated absences | 794 | - | 545 | - | - | - | - | - |
| Liability for automobile accident insurance and | | | | | | | | |
| workmen compensation claims | - | - | - | - | - | - | - | - |
| Capital leases | - | - | - | - | - | - | - | - |
| Derivative instruments — interest rate swaps | - | - | - | - | - | - | - | - |
| Other long-term liabilities | 2,008 | - | - | 11,149 | - | 4,859 | 34,955 | - |
| Total noncurrent liabilities | 3,414 | 462,499 | 545 | 326,767 | 59,100 | 1,969,016 | 41,705 | 50,152 |
| Total liabilities | 9,914 | 653,515 | 840 | 496,577 | 61,198 | 3,201,180 | 48,411 | 77,681 |
| **NET ASSETS (DEFICIT):** | | | | | | | | |
| Invested in capital assets, net of related debt | 49,973 | 55,005 | 296 | 405,277 | | 216 | 9,121 | 39,699 |
| Restricted for: | | | | | | | | |
| Trust — nonexpendable | - | - | - | - | - | 310,149 | - | - |
| Capital projects | 25,415 | - | - | 32,342 | - | 1,079,745 | - | - |
| Debt service | - | - | - | 32,342 | - | 1,079,745 | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - | - | - | - |
| Student loans and other educational purpose | 1,221 | - | 7,822 | - | - | - | - | - |
| Other specified purposes | - | 45,173 | - | - | - | 507 | - | - |
| Unrestricted | (614) | 36,031 | 1,298 | (62,337) | (2,166) | (2,463,216) | 243,163 | (66,198) |
| Total net assets (deficit) | 75,995 | 136,209 | 9,416 | 375,282 | (2,166) | (1,072,599) | 252,284 | (26,499) |
| TOTAL LIABILITIES AND NET ASSETS (DEFICIT) | $ 85,909 | $ 789,724 | $ 10,256 | $ 871,859 | $ 59,032 | $ 2,128,581 | $ 300,695 | $ 51,182 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| LIABILITIES AND NET ASSETS (DEFICIT) | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority | Puerto Rico Municipal Finance Agency | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico Public Private Partnerships Authority | Puerto Rico School of Plastic Arts | Puerto Rico Solid Waste Authority |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| Current liabilities: | | | | | | | | |
| Accounts payable and accrued liabilities | $ 27,496 | $ 38,510 | $ 556 | $ 77,428 | $ 2,445 | $ 978 | $ 682 | $ 5,234 |
| Deposits and escrow liabilities | - | - | 88,463 | 1,372 | - | - | - | - |
| Due to: | | | | | | | | |
| Primary government | 81,378 | 7,949 | - | - | - | - | - | - |
| Component units | 19,883 | 5,622 | - | 130,241 | - | - | - | 73,822 |
| Other governmental entities | 127,305 | 9,794 | 1,596 | 1,392 | 607 | 4 | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | 25,381 | 134 | - | - | - | - |
| Interest payable | - | - | - | 86 | - | - | - | 39 |
| Deferred revenue | - | 2,239 | - | 709 | - | - | - | - |
| Notes payable, current portion | - | 4,720 | - | 173,334 | - | - | - | - |
| Bonds payable, current portion | - | - | 90,200 | - | - | - | - | - |
| Accrued compensated absences, current portion | 14,301 | 4,547 | - | 6,887 | 1,091 | 32 | 83 | 389 |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - | - | - |
| Capital leases | - | - | - | - | - | - | - | - |
| Current portion of other long-term liabilities | 184 | - | - | - | 74 | - | - | - |
| Total current liabilities | 270,547 | 73,381 | 206,196 | 390,874 | 4,926 | 1,014 | 765 | 79,484 |
| Noncurrent liabilities: | | | | | | | | |
| Due to: | | | | | | | | |
| Primary government | - | - | - | 41,532 | - | - | - | - |
| Component units | - | - | - | 67,433 | - | 2,147 | - | - |
| Other governmental entities | - | - | 4,789 | 11,594 | - | - | - | 3,500 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - | - | - | - |
| Deferred revenue | - | - | - | 2,060 | - | - | - | - |
| Notes payable | - | 35,690 | - | 397,479 | - | - | - | 10,689 |
| Commonwealth appropriation bonds | - | - | - | - | - | - | - | - |
| Bonds payable | - | - | 1,107,704 | 42,666 | - | - | - | - |
| Accrued compensated absences | - | - | - | - | 1,573 | - | 672 | 495 |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - | - | - |
| Capital leases | - | - | - | - | - | - | - | - |
| Derivative instruments — interest rate swaps | - | - | - | 53,667 | - | - | - | - |
| Other long-term liabilities | 7,481 | - | - | 2,933 | 44 | - | - | - |
| Total noncurrent liabilities | 7,481 | 35,690 | 1,112,493 | 619,364 | 1,617 | 2,147 | 672 | 14,684 |
| Total liabilities | 278,028 | 109,071 | 1,318,689 | 1,010,238 | 6,543 | 3,161 | 1,437 | 94,168 |
| **NET ASSETS (DEFICIT):** | | | | | | | | |
| Invested in capital assets, net of related debt | 60,687 | 47,417 | - | 408,318 | 18,252 | - | 8,208 | 109,791 |
| Restricted for: | | | | | | | | |
| Trust — nonexpendable | - | - | - | - | - | - | - | - |
| Capital projects | - | - | - | 5,579 | - | - | - | - |
| Debt service | - | - | - | 3,780 | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - | - | - | - |
| Student loans and other educational purpose | 2 | - | - | - | - | - | 905 | - |
| Other specified purposes | - | - | 136,845 | - | 1,334 | - | - | 160 |
| Unrestricted | (242,631) | (60,172) | (79,845) | (81,084) | (2,429) | (2,852) | 1,283 | 4,415 |
| Total net assets (deficit) | (181,942) | (12,755) | 57,000 | 336,593 | 17,157 | (2,852) | 10,396 | 114,366 |
| TOTAL LIABILITIES AND NET ASSETS (DEFICIT) | $ 96,086 | $ 96,316 | $ 1,375,689 | $ 1,346,831 | $ 23,700 | $ 309 | $ 11,833 | $ 208,534 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2010**
**(In thousands)**

| LIABILITIES AND NET ASSETS (DEFICIT) | Puerto Rico Telephone Authority | Puerto Rico Tourism Company | Puerto Rico Trade and Export Company | Right to Employment Administration | Special Communities Perpetual Trust | State Insurance Fund Corporation | Nonmajor Component Units Totals |
|---|---|---|---|---|---|---|---|
| LIABILITIES: | | | | | | | |
| Current liabilities: | | | | | | | |
| Accounts payable and accrued liabilities | $ 18 | $ 47,414 | $ 4,770 | $ 1,745 | $ 53,071 | $ 208,968 | $ 844,758 |
| Deposits and escrow liabilities | - | - | - | - | - | - | 487,678 |
| Due to: | | | | | | | |
| Primary government | - | 17,460 | 9,922 | - | - | - | 180,518 |
| Component units | - | 10,170 | 1,066 | - | 376,095 | 1,454 | 599,726 |
| Other governmental entities | - | 1,388 | - | 1,729 | - | 1,027 | 182,242 |
| Securities lending transactions and reverse | | | | | | | |
| repurchase agreements | - | - | - | - | - | 155,342 | 262,014 |
| Interest payable | - | - | 1,585 | - | - | - | 107,424 |
| Deferred revenue | - | - | - | - | - | 23,928 | 87,752 |
| Notes payable, current portion | - | - | 16,273 | - | - | 2,160 | 207,228 |
| Bonds payable, current portion | - | - | - | - | - | - | 1,149,575 |
| Accrued compensated absences, current portion | - | 2,064 | 2,804 | - | - | - | 58,884 |
| Liability for automobile accident insurance and | | | | | | | |
| workmen compensation claims | - | - | - | - | - | 196,182 | 362,109 |
| Capital leases | - | - | - | - | - | 509 | 509 |
| Current portion of other long-term liabilities | - | - | 42 | - | - | - | 22,509 |
| Total current liabilities | 18 | 78,496 | 36,462 | 3,474 | 53,071 | 589,570 | 4,552,926 |
| Noncurrent liabilities: | | | | | | | |
| Due to: | | | | | | | |
| Primary government | - | - | - | - | - | - | 41,532 |
| Component units | - | - | - | - | 376,095 | 220,000 | 1,100,038 |
| Other governmental entities | - | - | - | 1,948 | - | - | 21,831 |
| Securities lending transactions and reverse | | | | | | | |
| repurchase agreements | - | - | - | - | - | - | 114,300 |
| Deferred revenue | - | - | - | - | - | - | 13,989 |
| Notes payable | - | - | 180,915 | - | - | 41,643 | 1,191,276 |
| Commonwealth appropriation bonds | - | 60,528 | - | - | - | - | 152,888 |
| Bonds payable | - | - | - | - | - | - | 3,803,981 |
| Accrued compensated absences | - | 2,626 | - | 1,818 | - | - | 20,148 |
| Liability for automobile accident insurance and | | | | | | | |
| workmen compensation claims | - | - | - | - | - | 582,061 | 582,061 |
| Capital leases | - | - | - | - | - | 31,160 | 31,160 |
| Derivative instruments — interest rate swaps | - | - | - | - | - | - | 53,667 |
| Other long-term liabilities | 7,026 | 584 | 6,125 | - | - | 85,824 | 183,004 |
| Total noncurrent liabilities | 7,026 | 63,738 | 187,040 | 3,766 | 376,095 | 960,688 | 7,309,875 |
| Total liabilities | 7,044 | 142,234 | 223,502 | 7,240 | 429,166 | 1,550,258 | 11,862,801 |
| NET ASSETS (DEFICIT): | | | | | | | |
| Invested in capital assets, net of related debt | - | 37,070 | 106,007 | 240 | - | 17,357 | 1,855,951 |
| Restricted for: | | | | | | | |
| Trust — nonexpendable | - | - | - | - | - | - | 310,149 |
| Capital projects | - | - | - | - | - | - | 78,470 |
| Debt service | - | - | - | - | - | - | 1,115,867 |
| Affordable housing and related loan insurance programs | - | - | - | - | 150,048 | - | 150,048 |
| Student loans and other educational purpose | - | - | - | - | - | - | 10,945 |
| Other specified purposes | 4,706 | - | 1,096 | - | - | - | 314,125 |
| Unrestricted | 315 | 15,274 | 8,221 | (5,796) | (375,479) | 349,546 | (2,822,620) |
| Total net assets (deficit) | 5,021 | 52,344 | 115,324 | (5,556) | (225,431) | 366,903 | 1,012,935 |
| TOTAL LIABILITIES AND NET ASSETS (DEFICIT) | $ 12,065 | $ 194,578 | $ 338,826 | $ 1,684 | $ 203,735 | $ 1,917,161 | $ 12,875,736 |

See accompanying independent auditors' report.

(Concluded)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED**
**COMPONENT UNITS**
**COMBINING STATEMENT OF ACTIVITIES**
**YEAR ENDED JUNE 30, 2010**
**(In thousands)**

| | | Program Revenues | | | | Net Revenues (Expenses) and Changes in Net Assets (Deficit) | General Revenues and Transfers | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Expenses | Charges for Services | Operating Grants and Contributions | Earnings on Investments | Capital Grants and Contributions | | Payments from (to) Primary Government | Payments from (to) Other Component Units | Grants and Contributions Not Restricted to Specific Programs | Taxes | Interest and Investment Earnings | Other | Change in Net Assets (Deficit) | Net Assets (Deficit), Beginning of Year (as Restated) | Net Assets (Deficit), End of Year |
| Agricultural Services and Development Administration | $ 172,685 | $ 115,868 | $ - | $ - | $ - | $ (56,817) | $ 89,712 | $ - | $ - | $ 8,697 | $ - | $ - | $ 41,592 | $ (116,131) | $ (74,539) |
| Automobile Accidents Compensation Administration | 95,474 | 85,004 | - | - | - | (10,470) | - | - | - | - | 10,837 | - | 367 | (67,938) | (67,571) |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 96,977 | 84,822 | - | - | - | (12,155) | 15,415 | - | - | - | 76 | - | 3,336 | (42,781) | (39,445) |
| Company for the Integral Development of the "Península de Cantera" | 14,130 | - | - | - | 1,293 | (12,837) | 12,023 | - | 19 | - | 83 | - | (712) | 8,326 | 7,614 |
| Corporation for the "Caño Martín Peña" ENLACE Project | 1,591 | - | - | - | 134 | (1,457) | 1,374 | - | - | - | 31 | 23 | (29) | 2,727 | 2,698 |
| Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | 3,202 | 342 | - | - | - | (2,860) | 3,801 | - | - | - | - | 17 | 958 | 13,163 | 14,121 |
| Culebra Conservation and Development Authority | 922 | 312 | - | - | - | (610) | 526 | - | - | - | - | - | (84) | 1,226 | 1,142 |
| Economic Development Bank for Puerto Rico | 52,056 | 49,296 | - | - | - | (2,760) | 30,000 | - | - | - | 3,564 | 1,115 | 31,919 | 113,060 | 144,979 |
| Employment and Training Enterprises Corporation | 4,465 | 2,075 | - | - | - | (2,390) | - | - | - | - | 3 | 327 | (2,060) | (1,007) | (3,067) |
| Farm Insurance Corporation of Puerto Rico | 3,145 | 2,752 | 1,253 | - | - | 860 | - | - | - | - | 182 | 47 | 1,089 | 10,304 | 11,393 |
| Fine Arts Center Corporation | 7,156 | 2,033 | - | - | - | (5,123) | 4,225 | 1,700 | - | - | 155 | - | 957 | 22,910 | 23,867 |
| Governing Board of the 911 Service | 22,027 | 21,925 | - | - | - | (102) | - | - | - | - | 267 | - | 165 | 44,397 | 44,562 |
| Institute of Puerto Rican Culture | 23,061 | - | - | - | - | (23,061) | 17,076 | - | - | 18,839 | 1,113 | - | 13,967 | 85,889 | 99,856 |
| Institutional Trust of the National Guard of Puerto Rico | 8,877 | 5,210 | - | - | - | (3,667) | 2,452 | - | 456 | - | 1,289 | - | 530 | 87,780 | 88,310 |
| Land Authority of Puerto Rico | 28,327 | 11,321 | - | - | - | (17,006) | 15,427 | - | - | - | 67 | - | (1,512) | (20,457) | (21,969) |
| Musical Arts Corporation | 8,394 | 485 | - | - | - | (7,909) | 9,460 | (1,700) | - | - | 254 | 236 | 341 | (5,364) | (5,023) |
| National Parks Company of Puerto Rico | 45,001 | 10,294 | - | - | 15,743 | (18,964) | - | - | - | - | - | 293 | (18,671) | 206,328 | 187,657 |
| Port of the Americas Authority | 1,031 | 7 | - | - | - | (1,024) | 10,187 | - | - | - | 5 | 4,552 | 13,720 | 32,040 | 45,760 |
| Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | 11,926 | 19,326 | 1,610 | - | - | 9,010 | - | - | - | - | 7,657 | - | 16,667 | 141,433 | 158,100 |
| Puerto Rico Conservatory of Music Corporation | 10,524 | 2,306 | 1,583 | - | 15,126 | 8,491 | 4,814 | - | 1,155 | - | 8 | - | 14,468 | 61,527 | 75,995 |
| Puerto Rico Convention Center District Authority | 47,158 | 25,012 | - | - | - | (22,146) | 4,876 | 35,142 | - | - | (29,897) | 1,743 | (10,282) | 146,491 | 136,209 |
| Puerto Rico Council on Higher Education | 30,036 | 427 | 1,746 | - | - | (27,863) | 28,646 | - | - | - | 31 | 55 | 869 | 8,547 | 9,416 |
| Puerto Rico Industrial Development Company | 85,440 | 62,185 | - | - | 2,264 | (20,991) | 4,735 | - | - | - | 1,993 | 3,938 | (10,325) | 385,607 | 375,282 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | 12,749 | 218 | - | - | - | (12,531) | - | - | - | - | 1,397 | - | (11,134) | 8,968 | (2,166) |
| Puerto Rico Infrastructure Financing Authority | 363,001 | - | 77,593 | 26,664 | - | (258,744) | 239,481 | (934,500) | - | - | 3 | - | (953,760) | (118,839) | (1,072,599) |
| Puerto Rico Land Administration | 9,221 | 8,966 | - | - | - | (255) | - | - | - | - | 879 | 16 | 640 | 251,644 | 252,284 |
| Puerto Rico Maritime Transportation Authority | 33,394 | 4,612 | 1,680 | - | 8,386 | (18,716) | 21,779 | - | - | - | 2 | - | 3,065 | (29,564) | (26,499) |
| Puerto Rico Medical Services Administration | 232,165 | 124,675 | - | - | - | (107,490) | 15,689 | - | - | - | 1,011 | - | (90,790) | (91,152) | (181,942) |
| Puerto Rico Metropolitan Bus Authority | 89,286 | 6,313 | 14,306 | - | 22,834 | (45,833) | 52,646 | - | - | - | - | - | 6,813 | (19,568) | (12,755) |
| Puerto Rico Municipal Finance Agency | 59,058 | - | - | - | - | (59,058) | - | - | - | - | 108,826 | 41 | 49,809 | 7,191 | 57,000 |
| Puerto Rico Ports Authority | 216,225 | 157,932 | - | - | - | (58,293) | 242 | - | 15,553 | - | 125 | 3,855 | (38,518) | 375,111 | 336,593 |
| Puerto Rico Public Broadcasting Corporation | 26,547 | 3,200 | - | - | - | (23,347) | 16,545 | - | 3,000 | - | 17 | 251 | (3,534) | 20,691 | 17,157 |
| Puerto Rico Public Private Partnerships Authority | 2,941 | 89 | - | - | - | (2,852) | - | - | - | - | - | - | (2,852) | - | (2,852) |
| Puerto Rico School of Plastic Arts | 6,015 | 884 | 3,588 | - | - | (1,543) | 2,650 | - | - | - | 66 | - | 1,173 | 9,223 | 10,396 |
| Puerto Rico Solid Waste Authority | 21,782 | 5,001 | - | - | - | (16,781) | 22,145 | - | - | - | - | - | 5,364 | 109,002 | 114,366 |
| Puerto Rico Telephone Authority | 151 | - | - | - | - | (151) | - | - | - | - | 14 | - | (137) | 5,158 | 5,021 |
| Puerto Rico Tourism Company | 111,146 | 168,872 | 5,157 | - | - | 62,883 | 1,894 | (105,287) | - | 13,326 | 5,215 | - | (21,969) | 74,313 | 52,344 |
| Puerto Rico Trade and Export Company | 36,914 | 16,314 | - | - | - | (20,600) | 5,160 | - | - | - | 9,427 | 1,123 | (4,890) | 120,214 | 115,324 |
| Right to Employment Administration | 15,659 | - | - | - | - | (15,659) | 13,062 | - | - | - | 1 | 1 | (2,595) | (2,961) | (5,556) |
| Special Communities Perpetual Trust | 91,516 | - | - | - | - | (91,516) | 25,213 | - | - | - | 1,868 | - | (64,435) | (160,996) | (225,431) |
| State Insurance Fund Corporation | 704,043 | 628,442 | - | - | - | (75,601) | (43,799) | - | - | - | 124,389 | (292) | 4,697 | 362,206 | 366,903 |
| **Total nonmajor component units** | $2,805,418 | $1,626,520 | $108,516 | $ 26,664 | $ 65,780 | $ (977,938) | $ 627,456 | $ (1,004,645) | $20,183 | $ 40,862 | $ 250,958 | $ 17,341 | $ (1,025,783) | $ 2,038,718 | $ 1,012,935 |

See accompanying independent auditor's report.

**STATISTICAL SECTION**

## STATISTICAL SECTION (UNAUDITED)

This part of the Commonwealth of Puerto Rico's comprehensive annual financial report presents detailed information as a context for understanding what the information in the financial statements, note disclosures, and required supplementary information says about the Commonwealth's overall financial health.

Contents                                                                                              Pages

Financial Trends                                                                                      254-258

These schedules contain trend information to help the reader understand how the Commonwealth's financial performance and well being have changed over time.

Revenue Capacity                                                                                      259-260

This schedule contains information to help the reader assess the Commonwealth's most significant local revenue sources.

Debt Capacity                                                                                         261-262

These schedules present information to help the reader assess the affordability of the Commonwealth's current levels of outstanding debt and the Commonwealth's ability to issue additional debt in the future.

Demographic and Economic Information                                                                  263-265

These schedules offer demographic and economic indicators to help the reader understand the environment within which the Commonwealth's financial activities take place.

Operating Information                                                                                 266

This schedule contains service data to help the reader understand how the information in the Commonwealth's financial report relates to the services the government provides and the activities it performs.

Sources: Unless otherwise noted, the information in these schedules is derived from the comprehensive annual financial reports for the relevant year.

# COMMONWEALTH OF PUERTO RICO

**CHANGES IN NET ASSETS (DEFICIT) (UNAUDITED)**
**LAST EIGHT FISCAL YEARS**
**ACCRUAL BASIS OF ACCOUNTING**
**(In thousands)**

| | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|
| **EXPENSES:** | | | | | | | | |
| Governmental activities: | | | | | | | | |
| General government | $ 3,156,646 | $ 2,460,391 | $ 2,592,834 | $ 2,847,596 | $ 2,844,494 | $ 1,827,816 | $ 1,963,879 | $ 2,324,715 |
| Public safety | 2,228,000 | 2,247,480 | 2,161,265 | 1,983,782 | 2,217,294 | 2,580,951 | 1,950,635 | 1,606,272 |
| Health | 2,843,744 | 2,858,750 | 2,471,960 | 1,943,582 | 1,422,813 | 2,364,110 | 2,386,735 | 1,903,811 |
| Public housing and welfare | 3,726,041 | 3,560,871 | 3,194,945 | 3,157,877 | 3,287,559 | 3,443,886 | 2,919,315 | 3,239,366 |
| Education | 4,543,362 | 5,280,249 | 4,571,722 | 4,748,008 | 4,110,669 | 5,000,686 | 3,684,331 | 3,375,815 |
| Economic development | 292,037 | 779,449 | 471,640 | 554,271 | 564,447 | 1,006,945 | 896,925 | 451,945 |
| Payment of obligations of component units | 196,898 | 136,415 | - | - | - | - | - | - |
| Intergovernmental | 533,939 | 613,033 | 474,023 | 593,264 | 440,390 | - | 591,237 | 466,762 |
| Interest and other | 1,648,875 | 1,128,918 | 1,086,906 | 863,723 | 882,163 | 845,556 | 778,700 | 671,228 |
| Total governmental activities | 19,169,542 | 19,065,556 | 17,025,295 | 16,692,103 | 15,769,829 | 17,069,950 | 15,171,757 | 14,039,914 |
| **Business-type activities:** | | | | | | | | |
| Lotteries | 820,261 | 467,788 | 699,005 | 679,274 | 670,425 | 699,407 | 731,344 | 695,888 |
| Unemployment | 720,992 | 723,287 | 269,924 | 192,484 | 207,483 | 197,967 | 142,652 | 343,243 |
| Other | 20,180 | 31,947 | 28,738 | 26,860 | 25,043 | 32,437 | 26,763 | 22,385 |
| Total business-type activities | 1,561,433 | 1,223,022 | 997,667 | 898,618 | 902,951 | 929,811 | 900,759 | 1,061,516 |
| Total primary government expenses | 20,730,975 | 20,288,578 | 18,022,962 | 17,590,721 | 16,672,780 | 17,999,761 | 16,072,516 | 15,101,430 |
| **PROGRAM REVENUE:** | | | | | | | | |
| Governmental activities: | | | | | | | | |
| Charges for services | 600,473 | 758,427 | 664,505 | 757,724 | 828,993 | 702,691 | 769,207 | 757,116 |
| Operating grants and contributions | 6,536,125 | 5,541,715 | 4,311,592 | 4,773,174 | 4,365,711 | 4,096,204 | 1,038,776 | 3,830,639 |
| Capital grants and contributions | 129,947 | 110,847 | 137,916 | 257,514 | 100,990 | 121,083 | 2,592,055 | 173,644 |
| Total governmental activities | 7,266,545 | 6,410,989 | 5,114,013 | 5,788,412 | 5,295,694 | 4,919,978 | 4,400,038 | 4,761,399 |
| **Business activities:** | | | | | | | | |
| Charges for services | 1,218,613 | 1,206,080 | 1,161,084 | 1,140,539 | 1,149,426 | 1,187,009 | 1,136,705 | 1,132,285 |
| Operating grants and contributions | 544,393 | 245,770 | 77,803 | 43,480 | 59,613 | 22,315 | 59,728 | 97,033 |
| Total business-type activities | 1,763,006 | 1,451,850 | 1,238,887 | 1,184,019 | 1,209,039 | 1,209,324 | 1,196,433 | 1,229,318 |
| **NET (EXPENSE) REVENUE:** | | | | | | | | |
| Governmental activities | (11,902,997) | (12,654,567) | (11,911,282) | (10,903,691) | (10,474,135) | (12,149,972) | (10,771,719) | (9,278,515) |
| Business-type activities | 201,573 | 228,828 | 241,220 | 285,401 | 306,088 | 279,513 | 295,674 | 167,802 |
| **TOTAL PRIMARY GOVERNMENT NET EXPENSE** | $(11,701,424) | $(12,425,739) | $(11,670,062) | $(10,618,290) | $(10,168,047) | $(11,870,459) | $(10,476,045) | $(9,110,713) |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**CHANGES IN NET ASSETS (DEFICIT) (UNAUDITED)**
**LAST EIGHT FISCAL YEARS**
**ACCRUAL BASIS OF ACCOUNTING**
**(In thousands)**

| | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|
| GENERAL REVENUE: | | | | | | | | |
| Governmental activities: | | | | | | | | |
| Taxes: | | | | | | | | |
| Income | $ 4,857,035 | $ 5,424,476 | $ 5,493,881 | $ 6,488,211 | $ 6,255,391 | $ 5,526,006 | $ 5,191,080 | $ 4,941,128 |
| Excise | 1,145,538 | 1,118,283 | 1,318,866 | 1,475,311 | 2,013,998 | 2,101,216 | 1,924,610 | 1,894,729 |
| Sales and use tax | 1,087,053 | 1,089,073 | 910,609 | 583,639 | - | - | - | - |
| Other | 326,343 | 103,348 | 11,356 | 4,663 | 15,145 | 7,128 | 19,211 | 3,055 |
| Revenue from global tobacco settlement agreement | 75,584 | 90,073 | 82,608 | 69,604 | 66,796 | 106,521 | 70,420 | 101,849 |
| Unrestricted investment earnings (losses) | (42,682) | 114,699 | 160,926 | 176,674 | 117,080 | 116,686 | 60,585 | 85,565 |
| Revenue from component units | 76,758 | 386,182 | 74,389 | 311,732 | 68,745 | 474,069 | 175,729 | 111,752 |
| Grants and contributions not restricted to specific programs | 114,739 | 115,176 | 120,006 | 135,916 | 196,721 | 102,691 | 5,706 | 103,423 |
| Payment from agency fund | - | - | - | - | - | - | - | - |
| Special items | - | 175,102 | 3,749,348 | - | (2,485) | - | (35,646) | (203,514) |
| Gain on sale of assets | - | - | - | - | 19,588 | - | - | - |
| Transfers | 265,852 | 251,170 | 309,815 | 342,743 | 242,642 | 492,796 | 203,258 | 279,060 |
| Other | 166,517 | 96,696 | 299,631 | 71,187 | 203,525 | 322,185 | 384,719 | 214,381 |
| Total governmental activities | 8,072,737 | 8,964,278 | 12,531,435 | 9,659,680 | 9,197,146 | 9,249,298 | 7,999,672 | 7,531,428 |
| Business-type activities: | | | | | | | | |
| Unrestricted investments earnings | 21,260 | 20,036 | 35,423 | 37,177 | 33,165 | 32,284 | 23,831 | 77,362 |
| Revenue from component units | - | - | - | - | - | - | - | 1,038 |
| Grants and contributions not restricted to specific programs | - | - | - | - | - | - | - | - |
| Transfers | (265,852) | (251,170) | (309,815) | (342,743) | (242,642) | (492,796) | (203,258) | (279,060) |
| Total business-type activities | (244,592) | (231,134) | (274,392) | (305,566) | (209,477) | (460,512) | (179,427) | (200,660) |
| Total primary government | 7,828,145 | 8,733,144 | 12,257,043 | 9,354,114 | 8,987,669 | 8,788,786 | 7,820,245 | 7,330,768 |
| CHANGE IN NET ASSETS: | | | | | | | | |
| Governmental activities | (3,830,260) | (3,690,289) | 620,153 | (1,244,011) | (1,276,989) | (2,900,674) | (2,772,047) | (1,747,087) |
| Business-type activities | (43,019) | (2,306) | (33,172) | (20,165) | 96,611 | (180,999) | 116,247 | (32,858) |
| TOTAL PRIMARY GOVERNMENT | $(3,873,279) | $(3,692,595) | $ 586,981 | $(1,264,176) | $(1,180,378) | $(3,081,673) | $(2,655,800) | $(1,779,945) |

Information for these schedules was not available for fiscal periods prior to 2002 because was not required prior to adoption of GASB Statement No. 34.    (Concluded)

# COMMONWEALTH OF PUERTO RICO

**NET ASSETS (DEFICIT) BY COMPONENT (UNAUDITED)**
**LAST EIGHT FISCAL YEARS**
**ACCRUAL BASIS OF ACCOUNTING**
**(In thousands)**

| | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|
| **GOVERNMENTAL ACTIVITIES:** | | | | | | | | |
| Invested in capital assets — net of related debt | $ 3,866,328 | $ 3,888,495 | $ 3,979,308 | $ 3,635,271 | $ 3,485,882 | $ 3,774,098 | $ 3,133,230 | $ 1,969,864 |
| Restricted | 2,941,461 | 979,094 | 713,814 | 331,051 | 280,078 | 296,692 | | 19,749 |
| Unrestricted deficit | (38,031,328) | (32,053,838) | (22,385,747) | (22,405,216) | (20,975,523) | (19,987,579) | (16,789,576) | (13,942,397) |
| **TOTAL GOVERNMENTAL ACTIVITIES NET ASSETS (DEFICIT)** | $(31,223,539) | $(27,186,249) | $(17,692,625) | $(18,438,894) | $(17,209,563) | $(15,916,789) | $(13,656,346) | $(11,952,784) |
| **BUSINESS-TYPE ACTIVITIES:** | | | | | | | | |
| Invested in capital assets — net of related debt | $ 1,586 | $ 682 | $ 674 | $ 674 | $ 1,008 | $ 847 | $ 1,672 | $ 1,895 |
| Restricted | 505,906 | 29,209 | 33,803 | 910,479 | 947,507 | 872,215 | 853,194 | 736,947 |
| Unrestricted net assets (deficit) | 289,418 | 810,038 | 689,686 | (153,818) | (171,015) | (202,212) | (3,037) | (3,260) |
| **TOTAL BUSINESS-TYPE ACTIVITIES NET ASSETS** | $ 796,910 | $ 839,929 | $ 724,163 | $ 757,335 | $ 777,500 | $ 670,850 | $ 851,829 | $ 735,582 |
| **PRIMARY GOVERNMENT:** | | | | | | | | |
| Invested in capital assets — net of related debt | $ 3,867,914 | $ 3,889,177 | $ 3,979,982 | $ 3,635,945 | $ 3,486,890 | $ 3,774,945 | $ 3,134,902 | $ 1,971,759 |
| Restricted | 3,447,367 | 1,008,303 | 747,617 | 1,241,530 | 1,227,585 | 1,168,907 | 853,194 | 756,696 |
| Unrestricted deficit | (37,741,910) | (31,243,800) | (21,696,061) | (22,559,034) | (21,146,538) | (20,189,791) | (16,792,613) | (13,945,657) |
| **TOTAL PRIMARY GOVERNMENT NET ASSETS (DEFICIT)** | $(30,426,629) | $(26,346,320) | $(16,968,462) | $(17,681,559) | $(16,432,063) | $(15,245,939) | $(12,804,517) | $(11,217,202) |

**COMMONWEALTH OF PUERTO RICO**

**CHANGES IN FUND BALANCES (DEFICIT) OF GOVERNMENTAL FUNDS (UNAUDITED)**
**ALL GOVERNMENTAL FUND TYPES**
**LAST TEN FISCAL YEARS**
**(In thousands)**

| | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|
| REVENUES: | | | | | | | | | | |
| Taxes: | | | | | | | | | | |
| Income | $ 5,109,313 | $ 5,191,042 | $ 5,493,881 | $ 6,389,973 | $ 6,181,995 | $ 5,564,673 | $ 5,061,761 | $ 4,874,795 | $ 4,843,852 | $ 4,536,840 |
| Excise | 1,145,538 | 1,118,283 | 1,306,416 | 1,475,311 | 2,013,998 | 2,101,216 | 1,924,610 | 1,894,729 | 1,713,098 | 1,788,992 |
| Sales and use tax | 1,094,208 | 1,081,918 | 910,609 | 583,639 | - | - | - | - | - | - |
| Other | 326,342 | 103,348 | 11,356 | 4,663 | 15,145 | 7,128 | 19,211 | 3,055 | 1,963 | 92,024 |
| Charges for services | 600,473 | 758,427 | 664,505 | 757,724 | 828,993 | 702,691 | 750,978 | 780,905 | 535,423 | 645,806 |
| Intergovernmental | 6,655,543 | 5,767,738 | 4,569,457 | 5,166,604 | 4,663,422 | 4,319,977 | 3,654,766 | 4,107,706 | 3,634,358 | 3,807,049 |
| Interest and investment earnings | 56,145 | 114,699 | 160,926 | 176,674 | 117,080 | 116,686 | 58,914 | 85,565 | 90,940 | 67,020 |
| Other | 278,874 | 540,854 | 455,439 | 434,024 | 334,591 | 869,338 | 629,426 | 436,668 | 839,240 | 270,711 |
| Total revenues all governmental fund types | 15,266,436 | 14,676,309 | 13,572,589 | 14,988,612 | 14,155,224 | 13,681,709 | 12,099,666 | 12,183,423 | 11,658,874 | 11,208,442 |
| EXPENDITURES: | | | | | | | | | | |
| General government | 1,830,482 | 1,512,909 | 1,769,498 | 2,537,999 | 2,489,093 | 1,675,428 | 1,777,365 | 1,774,156 | 1,279,750 | 739,009 |
| Public safety | 2,207,228 | 2,071,001 | 2,134,919 | 1,864,256 | 2,108,152 | 2,409,668 | 1,765,199 | 1,424,846 | 1,659,280 | 1,623,362 |
| Health | 2,785,439 | 2,762,476 | 2,345,650 | 1,948,201 | 1,429,888 | 2,344,522 | 2,176,741 | 1,908,717 | 1,983,727 | 954,563 |
| Public housing and welfare | 3,553,699 | 3,428,546 | 3,098,684 | 3,048,585 | 3,130,373 | 3,320,849 | 2,738,016 | 2,953,189 | 2,726,129 | 2,315,899 |
| Education | 4,584,792 | 5,053,505 | 4,432,880 | 4,400,321 | 4,101,980 | 4,177,664 | 3,474,013 | 3,297,248 | 3,343,002 | 2,308,479 |
| Economic development | 249,899 | 688,460 | 415,976 | 533,253 | 516,444 | 706,066 | 868,926 | 428,621 | 637,794 | 170,937 |
| Intergovernmental | 533,762 | 613,033 | 470,395 | 593,247 | 409,727 | - | 528,829 | 465,699 | 466,169 | 222,721 |
| Capital outlays | 293,298 | 352,582 | 429,238 | 512,824 | 502,348 | 665,630 | 581,788 | 1,184,976 | 507,634 | 1,020,344 |
| Payments of obligations of component units | 196,898 | 136,415 | - | - | - | - | - | - | - | - |
| Debt service: | | | | | | | | | | |
| Principal | 2,009,870 | 482,742 | 2,163,704 | 904,604 | 446,281 | 391,554 | 526,572 | 330,346 | 2,062,059 | 466,467 |
| Interest and other | 1,369,445 | 1,094,142 | 1,037,136 | 814,723 | 822,234 | 733,931 | 737,502 | 1,158,749 | 614,347 | 545,001 |
| Total expenditures all governmental fund types | 19,614,812 | 18,195,811 | 18,298,080 | 17,158,013 | 15,956,520 | 16,425,312 | 15,174,951 | 14,926,547 | 15,279,891 | 10,366,782 |
| OTHER FINANCING SOURCES (USES): | | | | | | | | | | |
| Transfers in | 6,296,416 | 9,974,368 | 1,305,040 | 1,165,075 | 1,423,240 | 1,745,992 | 1,034,090 | 1,664,278 | 966,935 | 756,229 |
| Transfers out | (6,030,564) | (9,723,198) | (995,225) | (822,332) | (1,180,598) | (1,253,216) | (830,832) | (1,385,218) | (779,752) | (2,864,056) |
| Long-term debt issued | 4,754,372 | 5,965,925 | 1,921,363 | 1,140,356 | 1,518,355 | 1,619,562 | 3,001,116 | 2,241,190 | 3,107,821 | 834,396 |
| Discount on bonds issued | (64,011) | (63,715) | (4,060) | - | (323) | (6,078) | (23,061) | (36,204) | (16,075) | - |
| Capital leases | 427 | 292 | 43,850 | 2,975 | 4,580 | 847 | 2,300 | 58,897 | - | - |
| Refunding bonds issued | 1,163,735 | 237,875 | 2,086,240 | 379,498 | - | - | 2,372,689 | 1,754,686 | 1,636,838 | 329,370 |
| Sale of capital assets | 2,431 | 158,940 | - | - | - | - | - | - | - | - |
| Upfront fee on swap agreements | - | 35,980 | - | - | - | - | - | - | - | - |
| Proceeds from termination of swap aggrements | 12,231 | - | - | - | - | - | - | - | - | - |
| Termination fee on swap agreements | (40,849) | (74,671) | - | - | - | - | - | - | - | - |
| Payment for refunding of bonds | (1,047,297) | (183,000) | - | - | - | - | - | - | - | - |
| Bond proceeds— premium | 18,045 | 34,842 | - | - | - | - | - | - | - | - |
| Special item: payment of debt by COFINA | - | - | 3,749,348 | - | - | - | - | - | - | - |
| Special item: escrow restructuring | - | 175,102 | - | - | - | - | - | - | - | - |
| Payment to refunded bond escrow agent | - | - | (4,507,828) | - | - | - | (2,316,910) | (1,754,686) | (1,665,811) | (227,369) |
| Other | - | - | 106,107 | - | 54,135 | - | - | - | 327,785 | - |
| Total other financing sources (uses) all governmental fund types | 5,064,936 | 6,538,740 | 3,704,835 | 1,865,572 | 1,819,389 | 2,107,107 | 3,239,392 | 2,542,943 | 3,577,741 | (1,171,430) |
| NET CHANGE IN FUND BALANCES (DEFICIT) | $ 716,560 | $ 3,019,238 | $ (1,020,656) | $ (303,829) | $ 18,093 | $ (636,496) | $ 164,107 | $ (200,181) | $ (43,276) | $ (329,770) |

The annual special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation, collected by the Municipal Revenue Collection Center on the Commonwealth's behalf, is presented as
intergovernmental revenue from 2002 henceforth but as property tax in prior years.

# COMMONWEALTH OF PUERTO RICO

**FUND BALANCES (DEFICIT) OF GOVERNMENTAL FUNDS (UNAUDITED)**
**LAST EIGHT FISCAL YEARS**
**MODIFIED-ACCRUAL BASIS OF ACCOUNTING**
**(In thousands)**

| | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|
| **GENERAL FUND:** | | | | | | | | |
| Reserved | $ 1,252,903 | $ 1,247,211 | $ 723,634 | $ 993,320 | $ 770,628 | $ 810,314 | $ 1,102,232 | $ 262,758 |
| Unreserved deficit | (1,800,199) | (2,682,838) | (2,494,519) | (1,504,478) | (1,154,383) | (1,321,585) | (1,468,182) | (342,941) |
| **TOTAL GENERAL FUND** | $ (547,296) | $(1,435,627) | $(1,770,885) | $ (511,158) | $ (383,755) | $ (511,271) | $ (365,950) | $ (80,183) |
| **ALL OTHER GOVERNMENTAL FUNDS:** | | | | | | | | |
| Reserved | $ 2,393,393 | $ 2,053,409 | $ 11,667 | $ 125,756 | $ 73,346 | $ 45,546 | $ 72,455 | $ 33,047 |
| Unreserved reported in: | | | | | | | | |
| Debt service funds | 482,301 | 668,132 | 127,577 | 131,782 | 143,732 | 156,564 | 119,830 | 168,928 |
| Special revenue funds | 114,768 | 249,891 | 200,929 | 137,286 | 358,452 | 256,949 | 449,455 | 506,252 |
| Capital project funds | 233,679 | 424,480 | 520,576 | 223,443 | 219,163 | 437,923 | 744,577 | 228,215 |
| **TOTAL ALL OTHER GOVERNMENTAL FUNDS** | $ 3,224,141 | $ 3,395,912 | $ 860,749 | $ 618,267 | $ 794,693 | $ 896,982 | $ 1,386,317 | $ 936,442 |

# COMMONWEALTH OF PUERTO RICO

**GENERAL FUND NET REVENUES FOR THE LAST TEN FISCAL YEARS (UNAUDITED)**
**(In thousands)**

| | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|
| Administrative measures | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 244,097 | $ - |
| Excises on off-shore shipments rum | 352,301 | 404,265 | 356,827 | 377,872 | 346,272 | 341,166 | 328,921 | 309,958 | 314,253 | 286,890 |
| Custom duties | - | 3,269 | 4,846 | 14,504 | 9,553 | 26,731 | 34,266 | 25,918 | 30,595 | 43,154 |
| From noninternal revenues | 352,301 | 407,534 | 361,673 | 392,376 | 355,825 | 367,897 | 363,187 | 335,876 | 588,945 | 330,044 |
| Miscellaneous | 314,754 | 284,436 | 466,742 | 330,064 | 331,803 | 430,534 | 379,501 | 314,857 | 238,116 | 210,665 |
| Transfer from nonbudgeted funds | - | - | - | - | - | - | - | 123,600 | 80,000 | 89,093 |
| Electronic lottery | 80,006 | 75,213 | 105,298 | 71,815 | 55,212 | 68,011 | 86,115 | 89,443 | 57,897 | 70,211 |
| Traditional lottery | 42,826 | 51,480 | 46,636 | 73,014 | 62,729 | 64,638 | 65,387 | 67,621 | 61,358 | 57,482 |
| Nontax revenues | 437,586 | 411,129 | 618,676 | 474,893 | 449,744 | 563,183 | 531,003 | 595,521 | 437,371 | 427,451 |
| Alcoholic beverages and others | 15,339 | 14,307 | 16,014 | 15,179 | 14,804 | 14,528 | 14,200 | 13,518 | 14,805 | 15,182 |
| Entertainment machines | 18,712 | 19,263 | 19,682 | 16,930 | 16,981 | 15,019 | 14,393 | 13,932 | 12,874 | 11,322 |
| Motor vehicles | 61,717 | 62,853 | 51,994 | 65,501 | 59,525 | 55,669 | 55,638 | 58,426 | 54,896 | 49,834 |
| Licenses | 95,768 | 96,423 | 87,690 | 97,610 | 91,310 | 85,216 | 84,231 | 85,876 | 82,575 | 76,338 |
| Others | 1,864 | 5,159 | 7,224 | 20,235 | 25,681 | 29,927 | 24,334 | 20,539 | 64,626 | 16,686 |
| Hotel rooms | - | - | - | - | - | - | - | 9,056 | - | - |
| 5% general excise tax | - | - | - | 193,949 | 551,723 | 557,323 | 535,381 | 505,709 | 486,302 | 508,972 |
| Crude oil and derived products | - | - | - | - | - | - | - | 12,925 | 38,619 | 1,901 |
| Slot machines | 23,273 | 23,764 | 23,492 | 23,128 | 23,167 | 85,513 | 76,966 | 90,018 | 36,953 | - |
| Cement | 1,195 | 1,555 | 2,054 | 2,627 | 2,919 | 3,228 | 3,432 | 3,279 | 3,426 | 2,707 |
| Insurance premiums | 24,089 | 26,816 | 42,060 | 39,052 | 43,055 | 28,324 | 27,217 | 26,771 | 24,290 | 22,845 |
| Horse races | 22,862 | 25,245 | 26,783 | 29,321 | 30,786 | 31,463 | 28,865 | 28,872 | 22,033 | 18,893 |
| Motor vehicle | 350,764 | 310,920 | 366,341 | 396,667 | 533,957 | 606,662 | 551,181 | 499,252 | 418,024 | 406,252 |
| Petroleum products | 4,695 | 4,335 | 8,401 | 6,028 | 5,146 | 5,143 | 4,934 | 5,860 | 5,095 | 7,046 |
| Cigarettes | 182,501 | 129,429 | 119,124 | 132,399 | 135,267 | 146,527 | 144,733 | 149,487 | 116,055 | 119,135 |
| General taxes — total | 611,243 | 527,223 | 595,479 | 843,406 | 1,351,701 | 1,494,110 | 1,397,043 | 1,351,768 | 1,215,423 | 1,104,437 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**GENERAL FUND NET REVENUES FOR THE LAST TEN FISCAL YEARS (UNAUDITED)**
**(In thousands)**

| | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|
| Other beverages | $ 19,081 | $ 19,248 | $ 19,026 | $ 18,932 | $ 18,745 | $ 19,692 | $ 17,428 | $ 17,884 | $ 18,234 | $ 13,101 |
| Beer | 211,785 | 203,386 | 198,879 | 207,813 | 219,379 | 221,902 | 217,568 | 223,309 | 179,737 | 177,448 |
| Distilled spirits | 53,930 | 54,767 | 50,189 | 52,283 | 54,056 | 56,641 | 61,306 | 58,389 | 51,734 | 46,963 |
| Alcoholic beverages — total | 284,796 | 277,401 | 268,094 | 279,028 | 292,180 | 298,235 | 296,302 | 299,582 | 249,705 | 237,512 |
| Excise taxes — total | 896,039 | 804,624 | 863,573 | 1,122,434 | 1,643,881 | 1,792,345 | 1,693,345 | 1,651,350 | 1,465,128 | 1,341,949 |
| Sales and use tax | 540,348 | 797,194 | 911,000 | 582,560 | | | | | | |
| Inheritance and gift taxes | 3,617 | 5,064 | 6,600 | 4,663 | 9,466 | 7,129 | 15,691 | 2,825 | 1,962 | 7,475 |
| Taxes on dividends to 10% | 29,774 | 48,663 | 59,770 | 138,859 | 66,721 | 80,398 | 70,192 | 49,790 | 62,548 | 58,580 |
| Interest subject to 17% | 9,902 | 11,738 | 13,657 | 12,112 | 11,536 | 10,489 | 10,108 | 11,278 | 14,310 | 14,782 |
| Tollgate tax | 15,034 | 19,372 | 21,610 | 25,083 | 27,396 | 22,973 | 31,579 | 45,321 | 59,515 | 49,511 |
| Withholding to nonresidents | 830,352 | 1,081,739 | 1,087,782 | 933,728 | 921,260 | 612,005 | 631,100 | 517,141 | 583,256 | 696,835 |
| Partnerships | 1,688 | 1,839 | 1,942 | 2,960 | 2,787 | 3,245 | 3,005 | 2,101 | 2,670 | 3,026 |
| Corporations | 1,682,321 | 1,375,596 | 1,565,534 | 2,002,718 | 1,872,458 | 1,870,937 | 1,831,027 | 1,776,985 | 1,706,137 | 1,696,766 |
| Individuals | 2,593,598 | 2,648,261 | 2,759,305 | 3,071,655 | 3,087,748 | 2,885,903 | 2,720,920 | 2,767,678 | 2,449,982 | 2,259,090 |
| Income taxes — total | 5,706,634 | 5,989,466 | 6,427,200 | 6,774,338 | 5,999,372 | 5,493,079 | 5,313,622 | 5,173,119 | 4,880,380 | 4,786,065 |
| Property taxes | 227,812 | 1,011 | 219 | 800 | 1,106 | 3,949 | - | - | - | 287 |
| Tax revenues | 6,926,253 | 6,891,524 | 7,378,682 | 7,995,182 | 7,735,669 | 7,374,589 | 7,091,198 | 6,910,345 | 6,428,083 | 6,204,639 |
| From internal revenues | 7,363,839 | 7,302,653 | 7,997,358 | 8,470,075 | 8,185,413 | 7,937,772 | 7,622,201 | 7,505,866 | 6,865,454 | 6,632,090 |
| Total | $7,716,140 | $7,710,187 | $8,359,031 | $8,862,451 | $8,541,238 | $8,305,669 | $7,985,388 | $7,841,742 | $7,454,399 | $6,962,134 |

Note: The net revenue presented above include the actual revenue and the operating transfers-in from other funds presented in the statement of revenues and
 expenditures — budget and actual — budget basis.
Source: Puerto Rico Treasury Department.                                                                                                                      (Concluded)

# COMMONWEALTH OF PUERTO RICO

**LEGAL DEBT MARGIN INFORMATION (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**(In thousands)**

| | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal revenue average for two years | $7,333,246 | $7,650,006 | $8,233,717 | $ 8,327,744 | $8,061,593 | $7,779,987 | $7,564,034 | $7,185,660 | $6,748,772 | $6,639,861 |
| Legal debt limit — 15% of internal revenue average for two years | 1,099,987 | 1,147,501 | 1,235,058 | 1,249,162 | 1,209,239 | 1,166,998 | 1,134,605 | 1,077,849 | 1,012,316 | 995,979 |
| Maximum debt service requirement | 826,812 | 785,298 | 785,298 | 719,927 | 680,742 | 630,685 | 598,547 | 599,611 | 521,035 | 588,359 |
| Additional legal debt service requirement margin | 273,175 | 362,203 | 449,760 | 529,235 | 528,497 | 536,313 | 536,058 | 478,238 | 491,281 | 407,620 |
| Total maximum debt service requirement as a percentage of internal revenue average for two years | 11.27 % | 10.27 % | 9.54 % | 8.64 % | 8.44 % | 8.11 % | 7.91 % | 8.34 % | 7.72 % | 8.86 % |

Legal debt margin calculation for fiscal year 2010:
  Internal revenue for the year ended
  June 30, 2009     $ 7,302,653
  Internal revenue for the year ended
  June 30, 2010     7,363,839

    Total internal revenue for the years
  ended June 30, 2009 and 2010     14,666,492

Internal revenue average for the two years     7,333,246
Legal debt limit — 15% of internal
  revenue average for the two years     1,099,987
Maximum debt service requirement     826,812

Additional legal debt service requirement
as a percentage of internal revenue
average for two years     $    273,175

Sources: Government Development Bank for Puerto Rico, General obligation debt service may not exceed 15% of the average of the internal revenues for the last two fiscal years.

# COMMONWEALTH OF PUERTO RICO

**RATIO OF ANNUAL DEBT SERVICE FOR GENERAL
BONDED DEBT TO TOTAL GENERAL EXPENDITURES (UNAUDITED)
LAST TEN FISCAL YEARS
(In thousands)**

| | Total Debt Service | Total Governmental Expenditures | Ratio |
|---|---|---|---|
| Fiscal year: | | | |
| 2010 | $ 936,971 | $ 19,614,812 | 4.8% |
| 2009 | 413,967 | 18,195,811 | 2.3 |
| 2008 | 671,917 | 18,298,080 | 3.7 |
| 2007 | 606,800 | 17,158,013 | 3.5 |
| 2006 | 565,137 | 15,849,707 | 3.6 |
| 2005 | 491,394 | 16,425,312 | 3.0 |
| 2004 | 459,336 | 15,174,951 | 3.0 |
| 2003 | 362,136 | 14,926,547 | 2.4 |
| 2002 | 608,674 | 15,279,891 | 4.0 |
| 2001 | 538,436 | 10,366,782 | 5.2 |

# COMMONWEALTH OF PUERTO RICO

## DEMOGRAPHIC AND ECONOMIC STATISTICS (UNAUDITED)
## LAST TEN FISCAL YEARS

| | Population * | | Per Capita Income | | Median Age | | Life Expectancy (Years) (1) | | School Enrollment | Labor Force (in thousands) | Unemployment Rate (%) | Gross Product (Current Prices $ )** | | Real Gross Product (2000 Prices $)** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal year: | | | | | | | | | | | | | | | |
| 2010 | 3,973 | | 15,203 | (p) | 36.3 | | 77.7 | | 671,154 | 1,313 | 16.0 | 63,292 | (p) | 39,907 | (p) |
| 2009 | 3,961 | (r) | 14,786 | (r) | 36.3 | (r) | 77.7 | (r) | 649,692 | 1,349 | 13.4 | 62,678 | (r) | 41,464 | (r) |
| 2008 | 3,948 | (r) | 14,217 | (r) | 37.5 | (r) | 77.7 | (r) | 685,348 | 1,368 | 11.0 | 61,665 | (r) | 43,205 | (r) |
| 2007 | 3,935 | (r) | 13,244 | | 37.0 | (r) | 77.7 | (r) | 710,861 | 1,409 | 10.4 | 59,521 | (r) | 44,475 | |
| 2006 | 3,920 | (r) | 12,970 | | 36.5 | (r) | 77.7 | (r) | 731,644 | 1,422 | 11.7 | 56,732 | | 45,009 | |
| 2005 | 3,903 | (r) | 12,507 | | 36.0 | (r) | 77.7 | (r) | 714,306 | 1,385 | 10.6 | 53,752 | | 44,785 | |
| 2004 | 3,887 | (r) | 11,724 | | 35.6 | (r) | 77.2 | | 764,861 | 1,360 | 11.4 | 50,709 | | 43,950 | |
| 2003 | 3,869 | (r) | 11,429 | | 35.1 | (r) | 77.5 | | 746,500 | 1,352 | 12.1 | 47,479 | | 42,795 | |
| 2002 | 3,849 | (r) | 10,921 | | 34.7 | (r) | 77.1 | | 808,408 | 1,309 | 12.1 | 45,071 | | 41,915 | |
| 2001 | 3,828 | (r) | 10,732 | | 34.2 | (r) | 76.9 | | 746,124 | 1,278 | 10.5 | 44,047 | | 42,040 | |

Source: Puerto Rico Planning Board, Department of Education, Department of Labor and Human Resources, and General Council
of Education of the Commonwealth of Puerto Rico. The enrollment in private schools is an estimate.
* Population as of July 1 (in thousands).
** Amounts expressed in millions.
(1) Based on most recent study of 2006.
(p) Preliminary figures.
(r) Revised figures.

# COMMONWEALTH OF PUERTO RICO

**AVERAGE EMPLOYMENT BY SECTOR (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**(In thousands)**

| Sector | 2010 (p) | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Agriculture | 17 | 19 | 15 | 16 | 22 | 26 | 25 | | 24 | 23 | 21 |
| Manufacturing | 102 | 112 | 129 | 135 | 136 | 138 | 136 | | 134 | 137 | 157 |
| Mining | a/ | 1 | 1 | 1 | a/ | 1 | a/ | | a/ | a/ | a/ |
| Construction | 54 | 68 | 82 | 94 | 88 | 87 | 88 | | 82 | 84 | 84 |
| Trade | 240 | 244 | 257 | 260 | 271 | 261 | 253 | | 252 | 236 | 239 |
| Finance, insurance, and real estate | 41 | 43 | 43 | 45 | 46 | 43 | 41 | | 42 | 42 | 39 |
| Transportation, communications, and public utilities | 57 | 57 | 54 | 53 | 58 | 59 | 55 | (r) | 57 | 62 | 56 |
| Services | 330 | 353 | 359 | 364 | 355 | 349 | 340 | | 328 | 311 | 298 |
| Government (1) | 261 | 271 | 279 | 296 | 280 | 274 | 268 | | 269 | 257 | 248 |
| Total | 1,102 | 1,168 | 1,219 | 1,264 | 1,256 | 1,238 | 1,206 | | 1,188 | 1,152 | 1,142 |

(p)  Preliminary figures.
a/   Less than 1,000.
(r)  Figures revised in accordance with the Census of Population and Housing of 2000.
(1)  Includes the Commonwealth, its municipalities, and federal government, and excludes public corporations.
   Sources: Puerto Rico Department of Labor and Human Resources, Household Survey, and Puerto Rico Planning Board.

# COMMONWEALTH OF PUERTO RICO

**TOURISM INDICATORS (UNAUDITED)**
**LAST TEN FISCAL YEARS**

| | 2010 (p) | 2009 (r) | | 2008 | 2007 | 2006 | 2005 | 2004 | | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All hotels and hostelry registration | 2,029,208 | 1,936,662 | (r) | 1,196,890 | 2,044,097 | 2,160,455 | 2,097,606 | 2,008,730 | | 1,964,963 | 1,821,274 | 1,836,377 |
| Occupancy rates | 62.2 % | 63.4 % | | 67.6 % | 68.7 % | 67.9 % | 67.7 % | 68.9 % | | 64.9 % | 67.8 % | 66.7 % |
| Number of rooms | 14,076 | 13,430 | (r) | 13,269 (r) | 13,402 (r) | 13,424 (r) | 13,321 (r) | 12,751 | (r) | 12,850 | 11,759 | 11,438 |
| Visitors' expenditures* | $ 3,598 | $ 3,473 | | $ 3,535 | $ 3,414 | $ 3,369 | $ 3,239 | $ 3,024 | | $ 2,677 | $ 2,486 | $ 2,728 |

 * Amounts expressed in millions of dollars.
(p) Preliminary figures.
(r) Revised figures.

Sources: Puerto Rico Tourism Company and Puerto Rico Planning Board.

# COMMONWEALTH OF PUERTO RICO

## OPERATING INDICATORS BY FUNCTION (UNAUDITED)
## LAST TEN FISCAL YEARS

| Function | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 |
|---|---|---|---|---|---|---|---|---|---|---|
| Fire protection: | | | | | | | | | | |
| Number of stations | 95 | 95 | 95 | 94 | 94 | 94 | 98 | 93 | 93 | 92 |
| Fire personnel and officers | 1,889 | 2,225 | 2,232 | 2,232 | 2,233 | 2,233 | 1,851 | 1,894 | 1,867 | 1,852 |
| Calls answered | 14,021 | 9,698 | 10,146 | 10,441 | 10,435 | 11,514 | 10,716 | 12,340 | 13,256 | 14,271 |
| Building inspections conducted | 76,246 | 83,626 | 71,006 | 73,478 | 73,360 | 71,610 | 56,093 | 53,750 | 41,415 | 31,693 |
| Police protection: | | | | | | | | | | |
| Number of stations | 210 | 193 | 233 | 238 | 238 | 234 | 231 | 228 | 235 | 239 |
| Police personnel and officers | 18,274 | 18,834 | 19,422 | 19,069 | 20,552 | 20,806 | 21,185 | 21,079 | 20,468 | 20,800 |
| Calls answered | 7,271 | 7,451 | 7,258 | 7,101 | 7,146 | 7,178 | 6,907 | 5,538 | 4,673 | 4,957 |
| Water system: | | | | | | | | | | |
| Customers | 1,279,757 | 1,265,798 | 1,257,336 | 1,290,497 | 1,285,732 | 1,251,699 | 1,256,981 | 1,238,461 | 1,209,834 | 1,195,038 |
| Personnel | 5,001 | 5,617 | 5,839 | 5,830 | 5,544 | 5,459 | 5,442 | 5,580 | 5,633 | 5,525 |
| Water consumption (millions of cubic meters) | 325 | 331 | 327 | 350 | 365 | 356 | 359 | 350 | 349 | 348 |
| Electric distribution system: | | | | | | | | | | |
| Customers | 1,469,493 | 1,458,636 | 1,449,221 | 1,452,529 | 1,450,227 | 1,438,699 | 1,419,602 | 1,401,301 | 1,383,888 | 1,365,668 |
| Personnel | 8,804 | 9,332 | 9,429 | 9,444 | 9,541 | 9,712 | 9,635 | 9,646 | 9,652 | 9,582 |
| Electricity consumption (millions of kilowatt) | 19,235 | 18,516 | 19,602 | 20,672 | 20,620 | 20,507 | 20,260 | 19,887 | 19,130 | 18,723 |
| Electricity production (millions of kilowatt) | 23,580 | 22,651 | 23,935 | 25,082 | 24,870 | 24,500 | 24,100 | 23,717 | 22,514 | 22,132 |
| Education: | | | | | | | | | | |
| Enrollment in public schools (1): | | | | | | | | | | |
| Kindergarten to sixth grade | 264,049 | 262,234 | 276,291 | 293,781 | 306,073 | 323,270 | 321,653 | 326,606 | 334,929 | 341,467 |
| Seventh to ninth grade | 124,343 | 122,506 | 128,641 | 133,171 | 135,166 | 137,717 | 142,305 | 146,896 | 146,837 | 145,858 |
| Tenth to twelfth grade | 104,731 | 103,255 | 108,028 | 117,205 | 122,251 | 118,491 | 116,829 | 118,519 | 117,072 | 119,162 |
| Teachers actively teaching (in public school) | 46,472 | 45,268 | 45,064 | 45,124 | 46,064 | 46,858 | 47,286 | 46,772 | 46,591 | 45,968 |
| Enrollment in private schools: | | | | | | | | | | |
| Kindergarten to sixth grade | 11,614 | 97,004 | 105,724 | 103,442 | 107,358 | 83,548 | 117,622 | 98,719 | 135,655 | 90,577 |
| Seventh to ninth grade | 32,144 | 33,510 | 35,437 | 33,294 | 32,850 | 27,612 | 37,226 | 31,245 | 41,273 | 27,366 |
| Tenth to twelfth grade | 29,773 | 31,183 | 31,227 | 29,968 | 27,946 | 23,668 | 29,226 | 24,515 | 32,642 | 21,694 |
| Enrollment in universities and colleges: | | | | | | | | | | |
| Public | 71,569 | 69,475 | 68,132 | 66,990 | 68,813 | 71,044 | 74,056 | 74,801 | 73,974 | 73,846 |
| Private | 177,803 | 166,143 | 157,306 | 158,412 | 140,734 | 136,650 | 132,735 | 125,041 | 117,578 | 100,704 |

Source: Various agencies and component units of the Commonwealth of Puerto Rico. The enrollment in private schools is an estimate.
(1) The enrollment in public schools for 2007–2008 don't include the special education by grade.

# Commonwealth of Puerto Rico

Comprehensive Annual Financial Report
Year Ended June 30, 2011

# COMPREHENSIVE ANNUAL FINANCIAL REPORT

## Fiscal Year Ended June 30, 2011



## Commonwealth of Puerto Rico

### Honorable Luis G. Fortuño Burset
### Governor

*Prepared by:*

### Puerto Rico Department of the Treasury

### Jesús F. Méndez Rodríguez, CPA
*Secretary of the Treasury*

### Jaysel D. Chevres Santiago, CPA
*Assistant Secretary of Central Accounting*

This document is available on the Puerto Rico Department of the Treasury homepage
On the World Wide Web: http://www.hacienda.gobierno.pr

# COMMONWEALTH OF PUERTO RICO

**TABLE OF CONTENTS**

| | Page |
|---|---|
| **Part I: Introductory Section (Unaudited)** | |
| LETTER OF TRANSMITTAL | 1–11 |
| PRINCIPAL OFFICIALS | 12 |
| ORGANIZATIONAL CHART | 13 |
| **Part II: Financial Section** | |
| INDEPENDENT AUDITORS' REPORT | 15–17 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS (UNAUDITED) | 18–47 |
| BASIC FINANCIAL STATEMENTS: | |
| Government-Wide Financial Statements: | |
| Statement of Net Assets (Deficit) | 48–49 |
| Statement of Activities | 50–51 |
| Fund Financial Statements: | |
| Balance Sheet — Governmental Funds | 52–53 |
| Reconciliation of the Balance Sheet to the Statement of Net Assets (Deficit) — Governmental Funds | 54 |
| Statement of Revenues, Expenditures, and Changes in Fund Balances (Deficit) — Governmental Funds | 55–56 |
| Reconciliation of the Statement of Revenues, Expenditures, and Changes in Fund Balances (Deficit) to the Statement of Activities — Governmental Funds | 57 |
| Statement of Revenues and Expenditures – Budget and Actual — Budget Basis — General Fund | 58 |
| Statement of Net Assets (Deficit) — Proprietary Funds | 59 |
| Statement of Revenues, Expenses, and Changes in Fund Net Assets (Deficit) — Proprietary Funds | 60 |
| Statement of Cash Flows — Proprietary Funds | 61–62 |

Statement of Fiduciary Net Assets — Fiduciary Funds                                    63

Statement of Changes in Fiduciary Net Assets — Pension Trust Funds                     64

Combining Statement of Net Assets (Deficit) — Major Component Units                 65–68

Combining Statement of Activities — Major Component Units                              69

Notes to Basic Financial Statements                                                70–252

**Required Supplementary Information (Unaudited):**

SCHEDULE OF FUNDING PROGRESS — RETIREMENT SYSTEMS                                     254

SCHEDULE OF FUNDING PROGRESS — POSTEMPLOYMENT
   HEALTHCARE BENEFITS                                                                 255

**Supplementary Information:**

**Combining and Individual Fund Financial Statements and Schedules:**

GENERAL FUND:

Supplemental Schedule of Expenditures by Agency —
   Budget and Actual — Budget Basis                                               258–260

NONMAJOR GOVERNMENTAL FUNDS:

Combining Balance Sheet                                                           263–264

Combining Statement of Revenues, Expenditures, and Changes in Fund Balances          265

NONMAJOR PROPRIETARY FUNDS:

Combining Statement of Net Assets                                                    267

Combining Statement of Revenues, Expenses, and Changes in Net Assets                 268

Combining Statement of Cash Flows                                                    269

FIDUCIARY FUNDS:

Combining Statement of Fiduciary Net Assets — Pension Trust Funds                    271

Combining Statement of Changes in Fiduciary Net Assets — Pension Trust Funds         272

Combining Statement of Changes in Assets and Liabilities — Agency Funds              273

NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS:

Combining Statement of Net Assets (Deficit) ............................................. 275–286

Combining Statement of Activities ............................................................ 287

**Part III: Statistical Section (Unaudited):**

SCHEDULES OF FINANCIAL TREND INFORMATION:

Changes in Net Assets (Deficit) for the Last Eight Fiscal Years ............... 291–292

Net Assets (Deficit) by Component for the Last Eight Fiscal Years .......... 293

Changes in Fund Balances (Deficit) of Governmental Funds all
Governmental Fund Types for the Last Ten Fiscal Years ...................... 294

Fund Balances (Deficit) of Governmental Funds for the
Last Eight Fiscal Years ......................................................................... 295

SCHEDULE OF REVENUE CAPACITY INFORMATION —

General Fund Net Revenues for the Last Ten Fiscal Years ....................... 297–298

SCHEDULES OF DEBT CAPACITY INFORMATION:

Legal Debt Margin Information for the Last Ten Fiscal Years .................. 300

Ratio of Annual Debt Service for General Bonded
Debt to Total General Expenditures for the Last Ten Fiscal Years ....... 301

SCHEDULES OF DEMOGRAPHIC AND ECONOMIC INFORMATION:

Demographic and Economic Statistics for the Last Ten Fiscal Years ....... 303

Average Employment by Sector for the Last Ten Fiscal Years ................. 304

Tourism Indicators for the Last Ten Fiscal Years .................................... 305

SCHEDULE OF OPERATING INFORMATION —

Operating Indicators by Function for the Last Ten Fiscal Years .............. 307

**INTRODUCTORY SECTION**



CPA JESUS F. MENDEZ RODRIGUEZ
SECRETARY OF TREASURY

April 27, 2012

The Honorable Governor of Puerto Rico,
Members of the Legislature, and People of Puerto Rico:

It is my pleasure to present the Comprehensive Annual Financial Report (CAFR) of the Commonwealth of Puerto Rico (the "Commonwealth") for the fiscal year ended June 30, 2011. This report, presented in three sections, Introductory, Financial, and Statistical, is the primary means of reporting the Commonwealth's financial activities.

The Introductory Section includes this letter of transmittal, general information about the Commonwealth, a list of the Commonwealth's principal elected and appointed officials and an organizational chart. The Financial Section includes the independent auditors' report, management's discussion and analysis (MD&A), the audited basic financial statements as listed in the table of contents and the notes thereto and the required supplementary information. The statistical section set forth selected unaudited financial and demographic information for the Commonwealth on a multiyear basis.

**Profile of the Commonwealth**

The Puerto Rico Department of the Treasury is responsible for the preparation of this report. The responsibility for the accuracy of presented data and the completeness and fairness of the presentation, including all of the disclosures, rests on the Commonwealth's management. To the best of our knowledge and belief, the following data, as presented, is accurate in all material respects and is presented in a manner designed to set forth the financial position and the results of operations of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth as of June 30, 2011 and the respective changes in financial position and cash flows, where applicable, thereof and the respective budgetary comparison for the general fund for the year then ended in conformity with accounting principles generally accepted in the United States of America. We have included all the necessary disclosures to enable the reader to gain a thorough understanding of the Commonwealth's activities.

The financial reporting entity consists of the primary government, other organizations for which the primary government is financially accountable, and other organizations for which the nature and significance of their relationship with the primary government are such that exclusion would cause the reporting entity's financial statements to be misleading or incomplete.

The definition of the reporting entity is based primarily on the notion of financial accountability. A primary government is financially accountable for the organizations that make up its legal entity. It is also financially accountable for legally separate organizations if its officials appoint a voting majority of an organization's governing body and it is able to either impose its will on that organization or there is a

potential for the organization to provide specific financial benefits to, or to impose specific financial burdens on the primary government. A primary government may also be financially accountable for governmental organizations that are fiscally dependent on it. Certain component units, despite being legally separate from the primary government, are blended with the primary government. Blended component units provide services exclusively to the Commonwealth and thus are reported as if they were part of the primary government. The Commonwealth has four blended component units.

Discretely presented component units are legally separate from the primary government and are reported as discretely presented component units because the Commonwealth appoints a majority of these organizations governing bodies and either is able to impose its will on them or a financial benefit/burden situation exists. Discretely presented component units, both major and nonmajor, are reported in a separate column in the government wide financial statements to emphasize that they are not part of the primary government and to differentiate their financial position and results of operations from those of the primary government. The Commonwealth has 49 discretely presented component units of which six are considered major component units and 43 nonmajor component units.

In addition, the Commonwealth has three (3) fiduciary component units which have been omitted from the government-wide financial statements, as their resources are not available to fund the operations of the Commonwealth.

Generally, each component unit issues audited financial statements, which can be obtained from the component unit's administrative offices. The basic financial statements included in the financial section of this CAFR provide descriptions of the operations of each of the following component units of the Commonwealth:

***Blended Component Units****:*

Public Buildings Authority

Puerto Rico Maritime Shipping Authority

Puerto Rico Sales Tax Financing Corporation

The Children's Trust

***Discretely Presented Component Units****:*

*Major Component Units:*

Government Development Bank for Puerto Rico

Puerto Rico Highways and Transportation Authority

Puerto Rico Electric Power Authority

Puerto Rico Aqueduct and Sewer Authority

University of Puerto Rico

Puerto Rico Health Insurance Administration

 SECRETARY OF THE TREASURY

*Nonmajor Component Units:*

Agricultural Enterprise Development Administration

Automobile Accidents Compensations Administration

Cardiovascular Center Corporation of Puerto Rico and the Caribbean

Company for the Integral Development of the Península de Cantera

Corporation for the Caño Martín Peña ENLACE Project

Corporation for the Development of the Art, Science and Film Industry of Puerto Rico

Culebra Conservation and Development Authority

Economic Development Bank for Puerto Rico

Employment and Training Enterprises Corporation

Farm Insurance Corporation of Puerto Rico

Fine Arts Center Corporation

Governing Board of the 9-1-1 Service

Institute of Puerto Rican Culture

Institutional Trust of the National Guard of Puerto Rico

Land Authority of Puerto Rico

Musical Arts Corporation

National Parks Company of Puerto Rico

Port of the Americas Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

Puerto Rico Conservatory of Music Corporation

Puerto Rico Convention Center District Authority

Puerto Rico Council on Higher Education

Puerto Rico Government Investment Trust Fund

Puerto Rico Industrial Development Company

 SECRETARY OF THE TREASURY

Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority

Puerto Rico Infrastructure Financing Authority

Puerto Rico Land Administration

Puerto Rico and Municipal Islands Maritime Transport Authority

Puerto Rico Medical Services Administration

Puerto Rico Metropolitan Bus Authority

Puerto Rico Municipal Finance Agency

Puerto Rico Ports Authority

Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Private Partnerships Authority

Puerto Rico School of Plastic Arts

Puerto Rico Telephone Authority

Puerto Rico Tourism Company

Puerto Rico Trade and Export Company

Right to Employment Administration

Special Communities Perpetual Trust

Solid Waste Authority

State Insurance Fund Corporation

University of Puerto Rico Comprehensive Cancer Center

***Fiduciary Component Units:***

Employees' Retirement System of the Government of the Commonwealth of Puerto Rico

Puerto Rico Judiciary Retirement System

Puerto Rico System of Annuities and Pensions for Teachers



SECRETARY OF THE TREASURY

**Independent Auditors**

Commonwealth statutes require an annual audit by independent certified public accountants. The firm of Deloitte & Touche LLP was selected by the Commonwealth to perform the audit of the basic financial statements in accordance with auditing standards generally accepted in the United States of America for the fiscal year 2011. The goal of an independent audit is to provide reasonable assurance that the financial statements of the Commonwealth for the fiscal year ended June 30, 2011 are fairly stated in all material respects in accordance with U.S. generally accepted accounting principles. The independent auditors' report on the basic financial statements is included in the financial section of this report.

**Internal Controls**

The management of the Commonwealth is responsible for the establishment and maintenance of internal controls that ensure that assets of the Commonwealth are protected from loss, theft, or misuse, and that adequate accounting data is compiled for the preparation of financial statements in conformity with U.S. generally accepted accounting principles. The internal controls are designed to provide reasonable, but not absolute, assurance that these objectives are met. The concept of reasonable assurance recognizes that: (i) the cost of a control should not exceed the benefits likely to be derived; and (ii) the valuation of costs and benefits requires estimates and judgments by management.

As a recipient of federal assistance, the Commonwealth is also responsible for ensuring that internal controls are in place to ensure that documents and processes are in compliance with applicable laws and regulations related to such federal financial assistance programs.

Certain departments, agencies, and political subdivisions are subject to the requirements of the U.S. Office of Management and Budget Circular A-133. As a result, these entities are audited for compliance with the requirements of the federal financial assistance programs. These audits are performed at the department or agency level. The Commonwealth has provided for the possible cost disallowance that may arise from these audits, as well as from other audits that may be performed by federal grantors.

**Budget and Fiscal Policy**

The fiscal year of the Commonwealth begins each July 1. The Governor is constitutionally required to submit to the Legislature an annual balanced budget of capital improvements and operating expenses of the Commonwealth for the ensuing fiscal year.

The annual budget is prepared by the Puerto Rico Office of Management and Budget (OMB), working with the Puerto Rico Planning Board, the Puerto Rico Department of the Treasury, and other government offices and agencies. Section 7 of Article 6 of the Constitution provides that "*The appropriations made for any fiscal year shall not exceed the total revenue, including available surplus, estimated for the said fiscal year unless the imposition of taxes sufficient to cover the said appropriations is provided by law*".

In addition to the internal controls previously discussed, the Commonwealth maintains extensive budgetary controls. The objective of these controls is to ensure compliance with legal provisions embodied in the annual appropriated budget approved by the Legislature. Activities of the general fund are included in the annual appropriated budget. Budgetary control resides at the department level. The Commonwealth also maintains an encumbrance accounting system as one method of maintaining budgetary control.



SECRETARY OF THE TREASURY

The annual budget, which is developed using elements of program budgeting, includes an estimate of revenue and other resources for the ensuing fiscal year under laws existing at the time the budget is submitted and legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four-year investment plan prepared by the Puerto Rico Planning Board.

The Legislature may amend the budget submitted by the Governor, but may not increase items that would cause a deficit without imposing additional taxes to cover such deficit. Once approved by the Legislature, the budget is referred to the Governor, who may decrease or eliminate any item, but may not increase or insert new items in the budget. The Governor may also veto the budget in its entirety and return it to the Legislature with his objections. The Legislature, by a two-thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the end of the fiscal year, as originally approved by the Legislature and the Governor, it is automatically renewed for the ensuing fiscal year until a new budget is approved by the Legislature and the Governor. This allows the Commonwealth to continue to pay operating and other expenses until a new budget is approved.

**Governmental Activities**

General governmental activities of the Commonwealth are accounted for in five major governmental funds. These funds are: general, pledged sales and use tax, debt service, COFINA special revenue, and COFINA debt service. Nonmajor governmental funds are combined in a single column in the governmental fund financial statements, and individually identified in the supplementary combining nonmajor governmental funds' financial statements of this report.

**Business-type Activities**

Proprietary funds are used to account for operations that are financed and operated in a manner similar to private business enterprises, where the intent of the government is that the costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges or where the government has decided that periodic determination of net income is appropriate for accountability purposes.

The Commonwealth's major proprietary operations comprise the following activities: the Unemployment Insurance Fund and the Lotteries Fund (which includes the Lottery of Puerto Rico and the Additional Lottery System). The Disability Insurance Fund, the Drivers' Insurance Fund, the Puerto Rico Water Pollution Control Revolving Fund and the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund are all nonmajor proprietary funds combined in a single column in the proprietary fund financial statements, and individually identified in the supplementary combining nonmajor proprietary funds' financial statements of this report.

**Fiduciary Operations**

Fiduciary funds are used to account for assets held by the Commonwealth in a trustee capacity or as an agent for individuals, private organizations, and other governmental units. These include the pension and agency funds. Pension trust funds are established through trust agreements specifying how the fund will operate. Agency funds are custodial in nature and do not report fund balances.

The pension funds include the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico and its Instrumentalities, the Puerto Rico Judiciary Retirement System, and the Puerto Rico System of Annuities and Pensions for Teachers.

 SECRETARY OF THE TREASURY

Agency funds consist of the Special Deposits Fund. This agency fund includes deposits under the custody of the Courts of Justice, Minors Support Administration for child support payments, deposits under the custody of the Commissioner of Insurance of the Commonwealth for escheated property, and for insurance companies under liquidation and an allocated share of the sales and use tax corresponding to the municipalities.

## Cash Management Policies and Practices

The Commonwealth maintains a cash pool for its cash and cash equivalents. The balance in the pooled cash accounts is available to meet current operating requirements and any excess is invested in various interest-bearing accounts in the Government Development Bank for Puerto Rico, a discretely presented component unit. In addition, the Puerto Rico Government Investment Trust Fund (PRGITF) was created by the Commonwealth pursuant to Act No. 176 of August 11, 1995, as a no-load diversified collective investment trust that for the purpose of providing eligible governmental investors of Puerto Rico with a convenient and economical way to invest in a professionally managed money market portfolio. The deposits on hand and the investments purchased are not collateralized, secured, or guaranteed by the Commonwealth or any of its agencies, instrumentalities, or political subdivisions.

The Commonwealth's investment policy is to minimize credit and market risk while maintaining a competitive yield on its portfolio. The cash temporarily idle during this year was invested mainly in U.S. government securities, stocks, corporate bonds, repurchase agreements, Commonwealth securities other trading securities, and short-term investments. These are primary government investments that are restricted and unrestricted.

## Capital Assets

These basic financial statements include the capital assets of the Commonwealth. A discussion of capital assets accounting is included in the MD&A that is part of the basic financial statements. More detailed information about capital assets can be found in the notes to the basic financial statements.

## Debt Administration

The Commonwealth had a number of debt issues outstanding. The Commonwealth's general obligation and appropriation debt is currently rated "Baa1" by Moody's Investors Service, "BBB" by Standard & Poor's Ratings Services, and "BBB+" by Fitch, Inc.

Section 2, Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes are backed by the full faith, credit and taxing power of the Commonwealth shall not be issued if the amount of the principal and interest on such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of the Commonwealth Legislation and deposited into the Treasury of Puerto Rico in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2, Article VI of the Constitution does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the commonwealth on such guaranteed debt. At June 30, 2011, the Commonwealth is in compliance with the debt limitation requirement. See the computation of the legal debt margin in the statistical section of this report. More detailed information about the long-term debt can be found in the notes to the basis financial statements.



SECRETARY OF THE TREASURY

**Risk Financing**

The Commonwealth purchases commercial insurance to cover casualty, theft, tort claims, and other losses. The current insurance policies have not been canceled or terminated. As it relates to workers' compensation, the Commonwealth's discretely presented component unit, the State Insurance Fund Corporation, provides workers' compensation to both public and private employees.

**Financial Advisor and Fiscal Agent**

The principal functions of the Government Development Bank for Puerto Rico are to act as financial advisor to and fiscal agent for the Commonwealth, its municipalities, and public corporations, in connection with the issuance of bonds and notes, and to make loans to private enterprises to aid the economic development of Puerto Rico.

**Economic Conditions and Outlook**

The Commonwealth's economy is recovering from a recession that began in the fourth quarter of fiscal year 2006. The Puerto Rico Planning Board's preliminary reports of the performance of the Puerto Rico's economy during fiscal year 2011 indicate that the economy registered a contraction of 1% compared to a contraction of 3.8% in 2010 in total real gross product. However, there are indicators that the economy is beginning to move forward, including an increase in retail sales, reduction in unemployment rate among other positive indicators.

Puerto Rico has a diversified economy with manufacturing and services comprising its principal sectors. Manufacturing is the largest sector in terms of gross domestic product. Manufacturing in Puerto Rico is now more diversified than during the earlier phases of its industrial development and includes several industries less prone to business cycles. In the last three decades, industrial development has tended to be more capital intensive and more dependent on skilled labor.

The services sector, which includes finance, insurance, real estate, wholesale and retail trade, tourism, and other services, has shown a strong interaction with manufacturing, tourism, construction, and agriculture.

In terms of per capita income in fiscal year 2011 was $16,241; in 2010 was $15,203; in 2009 was $14,786; in 2008 was $14,217; and in 2007 was $13,244.

According to the Puerto Rico Department of Labor and Human Resources, during fiscal year 2011, the labor force was 1.28 million compared to 1.31 million in fiscal year 2010. The average unemployment rate was 15.9 % during the fiscal year 2011.

**Major Initiatives**

The administration has just enacted tax reform and is expected to focus now on pension reform, both intended to achieve longer term structural balance.

*Tax Reform*

The tax reform initiative, the final piece of which was passed by the Legislature in January 2011, is designed to replace revenues lost through significantly lower personal and corporate income tax rates with a temporary excise tax on certain manufacturers and ultimately by implementation of a source income rule for multi-national corporations. The restructuring of the tax system is intended to stimulate the economy and promote private sector investment by providing tax relief to individuals and corporations,



SECRETARY OF THE TREASURY

simplifying the tax system, and reducing tax evasion. The top corporate tax rate is reduced immediately from 41% to 30% and then to 25% in 2014 and there will be tax relief across all corporate income tax brackets. All individual tax payers will likewise have tax relief; the number of tax deductions will be reduced from 28 to 10 and the average tax rate will be reduced 49% by fiscal 2016. Act No. 1 of 2011 conditions the implementation of the tax reductions applicable to individuals and corporations after fiscal year 2014 on the Commonwealth's ability to continue its path towards fiscal stability. The Commonwealth is expecting to provide taxpayers aggregate annual savings of $1.2 billion for the next six fiscal years, commencing in taxable year 2011.

The reduction in income tax revenues resulting from the implementation of the tax reform is expected to be offset by additional revenues produced by a temporary excise tax on transactions between manufacturers and distributors that are members of the same non-resident holding or control group that produce in Puerto Rico; enhanced enforcement efforts; and increased economic activity produced by the tax relief measures.

The excise tax, enacted in December 2010 as Act 154 and effective January 1, 2011, includes tax credits for the affected companies who maintain employment of at least 90% of the current level, and will be phased out by fiscal 2016 when it is replaced by revenues from the source income rule. Such excise tax affects foreign corporations or partnerships that are principally engaged in the manufacturing of pharmaceuticals and electronics. The Commonwealth collected approximately $1.8 billion from the excise tax payments during the first year of implementation (from February 2011 through January 2012) of Act 154 and expects to raise $5.6 billion for the six-year period that the excise tax is in place.

### *Pension Reform*

In order to address the growing unfunded pension and non-pension benefit obligations and funding shortfalls of the three government retirement systems, the Governor of Puerto Rico submitted two bills to the Legislative Assembly to address in part the retirement systems' financial condition. One of such bills was enacted as Act No. 96 on June 16, 2011 ("Act 96"). On June 23, 2011, in accordance with Act 96, $162.5 million of funds on deposit in the Corpus Account of the Puerto Rico Infrastructure Development Fund (the "Corpus Account"), which is under the custody and control of the Puerto Rico Infrastructure Financing Authority, were contributed to the Employees Retirement System and invested in capital appreciation bonds issued by COFINA maturing annually on August 1, 2043 through 2048 and accreting interest at a rate of 7%. The principal amount of the COFINA bonds will grow to an aggregate amount of approximately $1.65 billion at their maturity dates.

The second bill submitted by the Governor was enacted as Act No. 114 of July 5, 2011 ("Act 114") and Act No. 116 of July 6, 2011 ("Act 116"). These Acts provide an increase in employer contributions to the Employee Retirement System and the Teachers Retirement System of 1% of covered payroll in each of the next five fiscal years and by 1.25% of covered payroll in each of the following five fiscal years. As a result of these increases, the Employee Retirement System and the Teachers Retirement System would receive approximately $36 million and $14 million, respectively, in additional employer contributions during fiscal year 2012, and the additional employer contributions are projected to increase gradually each fiscal year (by an average aggregate increase of $71 million per fiscal year) to approximately $494 million and $195 million, respectively, by fiscal year 2021. The additional employer contributions for fiscal year 2012 have been included in the approved budget for such fiscal year.

In addition to these measures, on August 8, 2011, the Board of Trustees of the Employees Retirement System adopted a new regulation regarding the rules relating to the concession of personal loans to its members, which, among other changes, lowers the maximum amount of those loans from $15,000 to $5,000. This change is expected to improve gradually the Employees Retirement System's liquidity.



SECRETARY OF THE TREASURY

*Tax Regime for Companies Doing Business in Puerto Rico*

One of the benefits enjoyed by the Commonwealth is that corporations operating in Puerto Rico (other than corporations organized in the United States with a local branch) and individuals residing in Puerto Rico generally are not subject to federal income taxes on income derived in Puerto Rico. This enables the Commonwealth to utilize local tax legislation as a tool for stimulating economic development, and it has done so for many years.

*Public Sector Debt*

Historically, the Commonwealth has maintained, as a matter of fiscal policy, a prudent relationship between the growth of public sector debt and the growth of the economic base required to service that debt. During certain fiscal years, however, public sector debt increased at a greater rate than the rate of gross product primarily due to an increase in the amount of debt incurred to finance certain key infrastructure projects, which are important to the development of the economy and are expected to produce long-term economic benefits. In addition, certain debt was refinanced to enable Puerto Rico to benefit from the historically low levels of interest rates and realize debt service savings. During fiscal year 2011, public sector debt increased 3.7%.

*Prospects for the Future*

The Commonwealth is committed to research and pursue solutions to improve the Commonwealth's competitive economic performance and the quality of life for its people. The Commonwealth's economic development program is focused on initiatives aimed at producing more diversified and sustainable economic development.

In January 2009, the administration began to implement a multi-year Fiscal Stabilization Plan and Economic Reconstruction Plan, which sought to achieve fiscal balance and restore economic growth. The Fiscal Stabilization Plan was central to safeguarding the Commonwealth's investment-grade credit rating and restoring Puerto Rico's economic growth and development. The fiscal stabilization plan's operating expense reduction measures have resulted in savings of approximately $837 million, and the tax revenue enforcement measures, and the temporary and permanent revenue raising measures have resulted in additional revenues of $933 million during fiscal year 2011.

To balance the impact of the Fiscal Stabilization Plan, the administration developed and is implementing an economic reconstruction program designed to stimulate growth in the short term and lay the foundation for long-term economic development. The Economic Reconstruction Plan consists of two main components: (i) two economic stimulus programs, and (ii) a supplemental stimulus plan. The two economic stimulus programs aimed at reigniting growth and counterbalancing any adverse effects associated with the Fiscal Stabilization Plan. The Supplemental Stimulus Plan was designed to provide investment in strategic areas with the objective of laying the foundations for long-term growth in Puerto Rico. The coordinated implementation of the Supplemental Stimulus Plan is expected to reinforce continuity in reigniting economic growth while making key investments for long-term development.

SECRETARY OF THE TREASURY

In addition, the administration designed and began to implement the Strategic Model for a New Economy, a series of economic development initiatives to enhance Puerto Rico's overall economic competitiveness and strengthen specific industry sectors. The current administration is emphasizing the following initiatives to enhance Puerto Rico's competitive position: (i) overhauling the permitting process, (ii) reducing energy costs, (iii) reforming the tax system, (iv) promoting the development of various projects through public-private partnerships, (v) implementing strategic initiatives targeted at specific economic sectors, and (vi) promoting the development of certain strategic/regional projects. These economic development initiatives are intended to support the prospects of long-term and sustainable growth.

**Financial and Economic Condition**

The MD&A, which can be found immediately following the independent auditors' report, provides an overview of the Commonwealth's financial activities addressing both governmental and business activities reported in the government wide financial statements. In addition, the MD&A focuses on the Commonwealth's major funds. Component units and fiduciary activities are excluded from the MD&A. Furthermore, the MD&A provides an overview of additional economic factors affecting the Commonwealth.

**Acknowledgements**

The preparation of this report requires the collective efforts of numerous finance personnel throughout the Commonwealth and is made possible only with the cooperation and support of the Executive, Legislative, and Judicial branch agencies, and component units of the Commonwealth. I sincerely appreciate the dedicated efforts of all these individuals.

The report could not have been accomplished without the professionalism and dedication of Jaysel D. Chevres, as well as the rest of personnel of the Central Government Accounting area. This report confirms our commitment to the people of Puerto Rico, the Governor, the Legislature, and the financial community to maintain our basic financial statements in conformity with the highest standards of financial accountability.

Respectfully submitted,

Hon. Jesús F. Méndez Rodríguez, CPA
Secretary of the Treasury



SECRETARY OF THE TREASURY

## COMMONWEALTH OF PUERTO RICO

**PRINCIPAL OFFICIALS**

**Luis G. Fortuño Burset**
Governor

**Members of the Cabinet**

**Marcos Rodríguez Ema**
Chief of Staff

| | | |
|---|---|---|
| **Kenneth D. McClintock Hernández**<br>Secretary of State | **Guillermo A. Somoza Colombani**<br>Secretary of Justice | **Jesús F. Méndez Rodríguez**<br>Secretary of the Treasury |
| **Edward Moreno Alonso**<br>Acting Secretary of Education | **Miguel A. Romero Lugo**<br>Secretary of Labor and Human Resources | **Lorenzo González Feliciano**<br>Secretary of Health |
| **Miguel Santiago Córdova**<br>Acting Secretary of Agriculture | **Rubén A. Hernández Gregorat**<br>Secretary of Transportation and Public Works | **José R. Pérez Riera**<br>Secretary of Economic Development and Commerce |
| **Yanitsia Irizarry Méndez**<br>Secretary of Family Affairs | **Miguel B. Hernández Vivoni**<br>Secretary of Housing | **Daniel J. Galán Kercadó**<br>Secretary of Natural and Environmental Resources |
| **Luis G. Rivera Marín**<br>Secretary of Consumer Affairs | **Henry E. Neumann Zayas**<br>Secretary of Sports and Recreation | **Jesús González Cruz**<br>Secretary of Corrections and Rehabilitation |

**LEGISLATIVES OFFICERS**

| | |
|---|---|
| **Thomas Rivera Schatz**<br>President, Senate | **Jenniffer González Colón**<br>Speaker, House of Representatives |

**FISCAL OFFICERS**

| | |
|---|---|
| **Juan Carlos Pavía**<br>Director, Office of Management and Budget | **Juan Carlos Batlle**<br>President, Government Development Bank for Puerto Rico |



GOVERNMENT OF PUERTO RICO
FUNCTIONAL ORGANIZATIONAL STRUCTURE

- 13 -

**FINANCIAL SECTION**



Deloitte & Touche LLP
Torre Chardon
350 Chardon Ave.
Suite 700
San Juan, PR 00918-2140
USA

Tel: +1 787 759 7171
Fax: +1 787 756 6340
www.deloitte.com

**INDEPENDENT AUDITORS' REPORT**

To the Honorable Governor and Legislature
Commonwealth of Puerto Rico
San Juan, Puerto Rico

We have audited the accompanying financial statements of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth of Puerto Rico (the "Commonwealth"), as of and for the year ended June 30, 2011, which collectively comprise the Commonwealth's basic financial statements as listed in the table of contents. These financial statements are the responsibility of the Commonwealth's management. Our responsibility is to express an opinion on the respective financial statements based on our audit. We did not audit the financial statements of the following activities, funds, and component units:

- Puerto Rico Public Housing Administration, Human Resources and Occupational Development Council, the Office for the Administration of the Assets of the Urban Renovation and Housing Corporation of the Commonwealth of Puerto Rico, and the Office for the Improvements of Public Schools, which collectively represent 20% and 4%, respectively, of the assets and revenues of the governmental activities and 28% and 4%, respectively, of the assets and revenues of the general fund;

- The Unemployment Insurance Fund, which is both a major fund and 35% and 42%, respectively, of the assets and revenues of the business-type activities. The Additional Lottery System, which represents 78% and 46%, respectively, of the assets and revenues of the lotteries fund and 12% and 44%, respectively, of the assets and revenues of the business-type activities. The Disability Insurance Fund, the Drivers' Insurance Fund, the Puerto Rico Water Pollution Control Revolving Fund and the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, which represent 54% and 4%, respectively, of the assets and revenues of the business-type activities and 6% and 2%, respectively, of the assets and revenues of the aggregate remaining fund information;

- Public Buildings Authority special revenue, debt service, and capital project funds; The Children's Trust special revenue and debt service funds; and the Puerto Rico Maritime Shipping Authority debt service fund, which collectively represent 5% and .05%, respectively, of the assets and revenues of the governmental activities and 6% and .28%, respectively, of the assets and revenues of the aggregate remaining fund information;

- Entities identified in note 2 that are presented as discretely presented component units, which collectively represent 72% and 91%, respectively, of the assets and revenues of the aggregate discretely presented component units.

Member of
Deloitte Touche Tohmatsu Limited

Those financial statements were audited by other auditors whose reports thereon have been furnished to us, and our opinion, insofar as it relates to the amounts included for the activities, funds, and component units indicated above, is based solely on the reports of the other auditors.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the respective financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Commonwealth's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the respective financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit and the reports of other auditors provide a reasonable basis for our opinion.

In our opinion, based on our audit and the reports of other auditors, the financial statements referred to above present fairly, in all material respects, the respective financial position of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth, as of June 30, 2011, and the respective changes in financial position and respective cash flows, where applicable, thereof and the respective budgetary comparison for the general fund for the year then ended in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 1 to the basic financial statements, during fiscal year 2011, the Commonwealth adopted Governmental Accounting Standards Board (GASB) Statement No. 54, *Fund Balance Reporting and Governmental Fund Type Definitions.*

The management's discussion and analysis on pages 18 through 47 and the schedules of funding progress on pages 254 and 255 are not a required part of the basic financial statements but are supplementary information required by the Governmental Accounting Standards Board. This supplementary information is the responsibility of the Commonwealth's management. We have applied certain limited procedures, which consisted principally of inquiries of management regarding the methods of measurement and presentation of the required supplementary information. However, we did not audit such information and we do not express an opinion on it.

Our audit was conducted for the purpose of forming an opinion on the Commonwealth's basic financial statements. The introductory section, combining and individual nonmajor fund financial statements and schedules, and statistical tables are presented for purposes of additional analysis and are not a required part of the basic financial statements. This supplementary information is the responsibility of the Commonwealth's management. The combining and individual nonmajor fund financial statements and schedules have been subjected to the auditing procedures applied by us and the other auditors in the audit of the basic financial statements and, in our opinion, based on our audit and the reports of other auditors, are fairly stated in all material respects in relation to the basic financial statements taken as a whole. The introductory and statistical sections have not been subjected to the auditing procedures applied by us and the other auditors in the audit of the basic financial statements and, accordingly, we express no opinion on them.

As discussed in Note 20 to the basic financial statements, the Pension Trust Funds' unfunded actuarial accrued liability and funded ratio as of June 30, 2011, were approximately $33,115 million and 11%, respectively. In the opinion of management, based on information prepared by consulting actuaries, the Employee's Retirement System of the Government of the Commonwealth of Puerto Rico, the Commonwealth of Puerto Rico Judiciary Retirement System, and the Puerto Rico System of Annuities and Pensions for

Teachers, comprising the Pension Trust Funds, will not be able to fully fund pensions after the fiscal years 2014, 2019, and 2022, respectively, if measures are not taken to reduce the unfunded actuarial accrued liability and increase the funded ratio of the Pension Trust Funds.

*Deloitte & Touche LLP*

April 27, 2012

Stamp No. E26135
affixed to original.

# COMMONWEALTH OF PUERTO RICO

**MANAGEMENT'S DISCUSSION AND ANALYSIS** [1]
**JUNE 30, 2011**

The following is a narrative overview and analysis of the financial activities of the Commonwealth of Puerto Rico (the "Commonwealth" or the "Government") for the fiscal year ended June 30, 2011. The management discussion and analysis ("MD&A") is intended to serve as an introduction to the basic financial statements, which have the following components: (1) government-wide financial statements; (2) fund financial statements; and (3) notes to the financial statements. The MD&A is designed to: (a) assist the reader in focusing on significant financial matters; (b) provide an overview of the Commonwealth's financial activities; (c) identify any material changes from the original budget; and (d) highlight individual fund matters. We encourage readers to review this information in conjunction with the Letter of Transmittal, which is located in the Introductory Section of this report, and the Commonwealth's basic financial statements, including the notes to the financial statements, which are located after this analysis. During fiscal year 2011, the Commonwealth implemented GASB Statement No. 54, *Fund Balance Reporting and Governmental Fund Type Definitions*. This Statement introduced new terms that are defined in Note 24 to the basic financial statements.

## FINANCIAL HIGHLIGHTS – Primary Government

### *General Fund Highlights*

- Total General Fund actual revenues on a budget basis (excluding other financing sources) for fiscal year 2011 was $8 billion, representing an increase of approximately $61.3 million, or .7%, from original budgeted revenues.

- Total actual expenditures[2] on a budget basis of $9.1 billion represented a decrease of $565 million when compared with fiscal year 2010. Furthermore, budgetary deficit as a percentage of revenues improved from 44% in 2009 to 27% in 2010 and to 14% in 2011.

- Transfers out and other payments for debt service includes lines of credits extended by GDB to the Commonwealth to refinance $490.9 million of interest accrued during such fiscal year and a portion of principal due on July 1, 2011 on the Commonwealth's general obligation bonds. These lines were repaid through the issue of PR Public Improvement Refunding Bonds Series 2011 A & C. Also, during the fiscal year 2011, PBA also used a line of credit from GDB to make payments of approximately $147.8 million of interest accrued during such fiscal year on its Commonwealth's guaranteed bonds, which line of credit was refinanced with the proceeds of a series of

---

[1] The management's discussion and analysis is not a required part of the basic financial statements but is supplementary information required by the Governmental Accounting Standards Board. This supplementary information is the responsibility of the Commonwealth's management. The independent auditors have applied certain limited procedures, which consisted principally of inquiries of management regarding the methods of measurement and presentation of the required supplementary information. Therefore, the independent auditors did not audit such information and did not express an opinion on it.

[2] Total actual expenditures include $28.7 million paid and accrued during fiscal year 2011 as part of the early retirement benefits established by Act No 70.

Commonwealth guaranteed bonds issued by PBA. This line of credit was repaid through the issue of Government Facilities Revenue Bonds Series 2011 S.

▪ The General Fund balance deficit for fiscal year 2011 was reduced by $296.2 million, a 54% reduction in the General Fund deficit when compared to fiscal year 2010.

*Government-wide Highlights*

▪ The Commonwealth reported a deficit in net assets at year-end of $33.7 billion, comprised of $15.1 billion in total assets offset by $48.8 billion in total liabilities.

▪ Total liabilities at year end were $48.8 billion, comprised of $48.5 billion in governmental activities and $349.6 million in business-type activities.

▪ The Commonwealth's governmental activities had total revenues and transfers of $15.9 billion, which were less than total expenses of $19.2 billion.

▪ The total expense of all the Commonwealth's programs, which includes $1.3 billion in business-type activities, was $20.6 billion.

*Long-term Debt*

• Total long-term obligations of the primary government as of June 30, 2011 were $45.7 billion, of which $1.6 billion are due within one year. Long-term obligations of the primary government increased by $2.5 billion, or 5.7%, when compared to the prior fiscal year.

**MAJOR FINANCIAL ELEMENTS**

*Revenues* – The General Fund is the primary operating fund of the Commonwealth. General Fund revenues are broadly based and include revenues raised internally as well as those from non Puerto Rico sources. Internal revenues consist principally of income, sales and use tax, excise tax and a special temporary tax on real property. Revenues from non Puerto Rico sources are derived from federal excise taxes and customs duties returned to the Commonwealth. The major source of revenue from the component units are charges for services.

*Expenditures* – Expenditures consist principally of grants and subsidies, personal services, other services, materials and supplies, equipment purchases, capital outlays, debt service and transfers.

*Debt* – Comprises bonds and notes of the Commonwealth and component units. The Commonwealth's policy has been and continues to be to prudently manage its debt within the constitutional limitation. Debt of component units, other than bond anticipation notes, is generally supported by the revenues of such units from rates charged for services or products and Commonwealth's pledged revenues. However, certain debt of component units is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes. Direct debt of the Commonwealth is issued pursuant to specific legislation approved in each particular case. Debt of component units is issued in accordance with their enabling statutes. Government Development Bank for Puerto Rico ("GDB"), as fiscal agent of the Commonwealth, must approve the specific terms of each debt issuance.

**OVERVIEW OF THE FINANCIAL STATEMENTS**

This MD&A is intended to serve as an introduction to the Commonwealth's basic financial statements. The Commonwealth's basic financial statements include three components: (1) government-wide financial statements; (2) fund financial statements; and (3) notes to the financial statements. This report also contains additional required supplementary information in addition to the basic financial statements themselves.

The basic financial statements include two kinds of financial statements that present different views of the Commonwealth, the government-wide financial statements and the fund financial statements. These financial statements also include the notes to the basic financial statements that explain some of the information in the financial statements and provide more detail.

**Government-wide Financial Statements**

The government-wide financial statements provide a broad view of the Commonwealth's operations in a manner similar to a private sector business. The statements provide both short and long-term information about the Commonwealth's financial position, which assists in assessing the Commonwealth's economic condition at the end of the fiscal year. These are prepared using the flow of economic resources measurement focus and the accrual basis of accounting. This basically means they follow methods that are similar to those used by most businesses. They take into account all revenue and expenses connected with the fiscal year even if cash involved has not been received or paid. The government-wide financial statements include two statements:

- *Statement of Net Assets (Deficit)* – This presents all of the government's assets and liabilities with the difference between the two reported as net assets (deficit). Over time, increases or decreases in the Commonwealth's net assets (deficit) may serve as a useful indicator of whether the financial position of the Commonwealth is improving or deteriorating.

- *Statement of Activities* – This presents information showing how the government's net assets (deficit) changed during the most recent fiscal year. All changes in net assets (deficit) are reported as soon as the underlying event giving rise to the change occurs, regardless of the timing of related cash flows. Thus, revenue and expenses are reported in this statement for some items that will not result in cash flows until future fiscal periods (such as uncollected taxes and earned but unused vacation leave). This statement also presents a comparison between direct expenses and program revenues for each function of the Commonwealth.

Both of the above financial statements have separate sections for three different types of Commonwealth programs or activities. These three types of activities are as follows:

- *Governmental Activities* – The activities in this section are mostly supported by taxes and intergovernmental revenue (federal grants). Most services normally associated with the Commonwealth government fall into this category, including general government, education, public housing and welfare, health, public safety and economic development.

- *Business Type Activities* – These functions normally are intended to recover all or a significant portion of their costs through user fees and charges to external users of goods and services. These business type activities of the Commonwealth include the operations of the following major funds: unemployment insurance trust fund (administered by the Commonwealth's Employment Security Bureau) and the lotteries fund.

- *Component Units* – These are organizations that are legally separate from the Commonwealth, but either the Commonwealth is financially accountable for them or the nature and significance of their

relationship with the Commonwealth are such that their exclusion would cause the Commonwealth's financial statements to be misleading or incomplete. The Commonwealth has both blended and discretely presented component units.

- ***Blended Component Units*** – Although legally separate entities, these are in substance part of the primary government's operations. Therefore, data from blended component units are integrated into the appropriate funds for reporting purposes. The Commonwealth's four blended component units are:

  - Public Buildings Authority
  - Puerto Rico Maritime Shipping Authority
  - Puerto Rico Sales Tax Financing Corporation ("COFINA" by its Spanish acronym)
  - The Children's Trust

- ***Discretely Presented Component Units*** – These are operations for which the Commonwealth has financial accountability, but they have certain independent qualities as well. For the most part, these entities operate similar to private sector businesses and the business type activities described above. The Commonwealth's discretely presented component units are presented in two categories: (i) major; and (ii) nonmajor. This separation is determined by the relative size of the entities' assets, liabilities, revenue, and expenses in relation to the total of all component units.

  The Commonwealth's discretely presented component units are combined into a single column for reporting in the government-wide financial statements. Complete financial statements of the individual component units can be obtained from their respective administrative offices. Addresses and other additional information about the Commonwealth's component units are presented in Note 1 to the basic financial statements.

  The Commonwealth's six discretely presented major component units are:

  - Government Development Bank for Puerto Rico
  - Puerto Rico Aqueduct and Sewer Authority
  - Puerto Rico Electric Power Authority
  - Puerto Rico Health Insurance Administration
  - Puerto Rico Highways and Transportation Authority
  - University of Puerto Rico

The government-wide financial statements can be found immediately following this management's discussion and analysis.

**Fund Financial Statements**

A fund is a grouping of related accounts that is used to maintain control over resources that have been segregated for specific activities or objectives. The Commonwealth, like other states and local governments, uses fund accounting to help ensure and demonstrate compliance with finance related legal requirements. The fund financial statements focus on individual parts of the Commonwealth government, reporting the Commonwealth's operations in more detail than the government-wide financial statements. All of the funds of the Commonwealth can be divided into three categories. It is important to note that these fund categories use different accounting approaches and should be interpreted differently. The three categories of funds are the following:

- ***Governmental Funds Financial Statements*** – Most of the basic services provided by the Commonwealth are financed through governmental funds. Governmental funds are used to account for essentially the same functions reported as governmental activities in the government-wide financial statements. However, unlike the government-wide financial statements, the governmental fund financial statements focus on near-term inflows and outflows of expendable resources. They also focus on the balances of expendable resources available at the end of the fiscal year. Such information may be useful in evaluating the government's near term financing requirements. This approach is known as using the flow of current financial resources measurement focus and the modified accrual basis of accounting. These statements provide a detailed short term view of the Commonwealth's finances that assist in determining whether there will be adequate financial resources available to meet the current needs of the Commonwealth. Because the focus of governmental funds is narrower than that of the government-wide financial statements, it is useful to compare the information presented for governmental funds with similar information presented for governmental activities in the government-wide financial statements. By doing so, readers may better understand the long-term impact of the government's near term financing decisions. Both the governmental fund balance sheet and the governmental fund statement of revenues, expenditures, and changes in fund balances (deficit) provide a reconciliation to facilitate this comparison between governmental funds and the governmental activities. These reconciliations are presented on the page immediately following each governmental fund financial statement.

The Commonwealth has five major governmental funds. That is, each major fund is presented in a separate column in the governmental funds balance sheet and in the governmental funds statement of revenues, expenditures, and changes in fund balances (deficit). The Commonwealth's five major governmental funds are:

- The General Fund
- The Pledged Sales and Use Tax Fund
- The Debt Service Fund
- The COFINA Special Revenue Fund
- The COFINA Debt Service Fund

The remaining nonmajor governmental funds are grouped and presented in a single column in the governmental funds financial statements. The basic governmental funds financial statements can be found immediately following the government-wide financial statements.

The Commonwealth adopts an annual appropriated budget for its General Fund. A budgetary comparison statement has been provided for the General Fund to demonstrate compliance with this budget. The statement of revenue and expenditures — budget and actual — budget basis — general fund only presents the information for the general fund for which there is a legally adopted budget, as required by GAAP. See Note 3 to the basic financial statement for a reconciliation of the statement of

revenue and expenditures — budget and actual — budget basis — general fund with the statement of revenues, expenditures, and changes in fund balance (deficit) for the general fund. This statement is presented on the page immediately following the reconciliation of the statement of revenues, expenditures, and changes in fund balances (deficit) to the statement of activities — governmental funds.

- **_Proprietary Funds Financial Statements_** – These funds are used to show activities that operate more like those of commercial enterprises. Because these funds charge fees for services provided to outside customers, including local governments, they are known as enterprise funds. Proprietary funds provide the same type of information as the government-wide financial statements, only in more detail. Like the government-wide financial statements, proprietary fund financial statements use the accrual basis of accounting. There is no reconciliation needed between the government-wide financial statements for business-type activities and the proprietary fund financial statements. The Commonwealth has two major proprietary funds: (i) the unemployment insurance trust fund (administered by the Commonwealth's Employment Security Bureau); and (ii) the lotteries fund, which includes the Lottery of Puerto Rico and the Additional Lottery System. Other nonmajor proprietary funds are grouped and presented in a separate column in the proprietary funds financial statements. The basic proprietary funds financial statements can be found immediately following the governmental fund financial statements.

- **_Fiduciary Funds and Similar Component Units Financial Statements_** – These funds are used to account for resources held for the benefit of parties outside the Commonwealth government. Fiduciary funds are not reflected in the government-wide financial statements because the resources of these funds are not available to support the Commonwealth's own programs. The accounting used for fiduciary funds is much like that used for proprietary funds. They use the accrual basis of accounting. The Commonwealth's fiduciary funds are: (i) the pension trust funds (three separate retirement systems for employees, which are fiduciary component units of the Commonwealth); and (ii) the agency funds (which account for the assets held for distribution by the Commonwealth as an agent for other governmental units, other organizations, or individuals). The basic fiduciary funds and similar component units' financial statements can be found immediately following the proprietary funds financial statements.

**Component Units Financial Statements**

As mentioned above, these are operations, for which the Commonwealth has financial accountability, but they have certain independent qualities as well, and they operate similar to private sector businesses. The government-wide financial statements present information for the component units in a single column on the statement of net assets (deficit). Also, some information on the statement of net assets (deficit) is aggregated for component units. The combining statements of net assets and the combining statement of activities provide detail for each major component unit and the nonmajor component units in aggregate. The combining financial statements for major component units can be found immediately following the fiduciary funds financial statements.

**Notes to Basic Financial Statements**

The notes provide additional information that is essential to a full understanding of the data provided in the government-wide and the fund financial statements. The notes to the basic financial statements can be found immediately following the major component units' combining financial statements.

**Required Supplementary Information and Supplementary Information**

The basic financial statements include a section of required supplementary information immediately following its notes. This section includes information of funding progress for the Commonwealth's three

separate retirement systems, supplemental schedule of expenditures by agency-budget and actual budget basis-general fund, nonmajor governmental funds, nonmajor proprietary funds, fiduciary funds and nonmajor discretely presented component units.

## GOVERNMENT'S FISCAL STABILITY AND ECONOMIC GROWTH INITIATIVES

In January 2009, the administration began to implement a multi-year Fiscal Stabilization Plan and Economic Reconstruction Plan, which sought to achieve fiscal balance and restore economic growth. The Fiscal Stabilization Plan was central to safeguarding the Commonwealth's investment-grade credit rating and restoring Puerto Rico's economic growth and development.

To balance the impact of the Fiscal Stabilization Plan, the administration developed and is implementing an economic reconstruction program designed to stimulate growth in the short term and lay the foundation for long-term economic development.

In addition, the administration designed and began to implement the Strategic Model for a New Economy, a series of economic development initiatives to enhance Puerto Rico's overall economic competitiveness and strengthen specific industry sectors. These economic development initiatives are intended to support the prospects of long-term and sustainable growth.

### *Results of the Government's Fiscal Stability and Economic Growth Initiatives*

The results of the Government's fiscal stability and economic growth initiatives are summarized as follows:

- General Fund revenues, on a budget basis, for fiscal year 2011 were $400 million above the previous fiscal year and $61.3 million above original budget.
- Revenues generated from the local Sales and Use Tax (IVU by its Spanish acronym) increased by 3.1% in 2011 compared to the previous year.
- Budgeted deficit as a percentage of revenues was reduced from 44% in fiscal year 2009 to 27% in fiscal year 2010; and to 14 % in 2011.
- General Fund deficit as of June 30, 2011 amounted to $251 million, a $296 million or 54% reduction when compared to a deficit of $547 million as of June 30, 2010 and an 83% reduction when compared to deficit as of June 30, 2009.
- $1.2 billion in annual savings to individual and corporation taxpayers for the next six fiscal years, commencing in taxable year 2011 to promote economic development and job creation.
- The Government estimates that the fiscal stabilization plan's operating expense reduction measures have resulted in annual savings of approximately $837 million, and that the tax revenue enforcement measures, and the temporary and permanent revenue raising measures have resulted in additional revenues of $933 million during fiscal year 2011.
- The Government estimates annual savings of approximately $62 million in salary expenditures as a result of the voluntary termination benefit program.
- Improvements in the investment grade credit rating in order to safeguard and strengthen fiscal operations, reduce financing costs, stimulate the economy and protect real estate valuation.
- In December 2011, the Economic Activity Index (EAI) increased by .5%, entering on a positive side for the first time since March 2006.
- Bankruptcies dropped to 9% in 2011, compared with the fiscal year 2010, the first drop since March 2006.
- Home sales totaled approximately 15,600, a 30.4% improvement over the previous year.

- Cement sales, a significant indicator of construction activity, have plummeted throughout the economic depression, dropping 13.5% in 2008, 29.6% in 2009 and 20% in 2010, before turning the corner in fiscal year 2011 to increase by 5.2%.
- Retail sales increased 2.8% in 2011.
- Exports fell by 4.9% in 2009, but then increased 1.4% in 2010 and 5.2% in 2011, when, at $64.8 billion, they registered the highest level in Puerto Rico history.
- Car sales fell by 11.6% and 15.6% in 2008 and 2009, respectively, and then, increased by 17.3% in 2010, and 1.5% in 2011.
- On the tourism sector, hotel occupancy dropped 1.8% in 2009, but then increased 1.2% in 2010 and 2.2% in 2011.
- New corporation registrations increased from .3% in fiscal year 2010, to 14% in fiscal year 2011.

***Fiscal Stabilization Plan***

The Fiscal Stabilization Plan had three main objectives: (i) stabilize the short-term fiscal situation; (ii) safeguard and strengthen the Commonwealth's investment-grade credit rating; and (iii) achieve budgetary balance. The Fiscal Stabilization Plan, which was generally contained in Act No. 7 of March 9, 2009, as amended ("Act 7"), included (i) a gradual operating expense-reduction plan through reduction of operating expenses, including payroll, which is the main component of the government expenditures, and the reorganization of the Executive Branch; (ii) a combination of temporary and permanent revenue raising measures, coupled with additional tax enforcement measures; and (iii) certain financial measures discussed below.

*Expense Reduction Measures* – A significant portion of Puerto Rico's budget deficit is attributable to the accumulated effect of high operating expenses in the government. The Fiscal Stabilization Plan sought to reduce the government's recurring expense base to make it consistent with the level of government revenues. The Fiscal Stabilization Plan established a government-wide operating expense-reduction program aimed at reducing operating expenses, including payroll.

Payroll expense is the most significant component of the government's recurring expense base. The reduction in payroll expenses contemplated by the Fiscal Stabilization Plan was implemented in three phases and included certain benefits conferred to participating employees.

Act 7 extended the term of collective bargaining agreements with public employees that had expired at the time of its enactment or that would expire while it is in effect, for a period of two years (until March 9, 2011) and provided that during this period such collective bargaining agreements could not be renegotiated or renewed. Act No. 73 of May 17, 2011 ("Act 73") extended the term of the noneconomic clauses of such collective bargaining agreements for an additional period of two years (until March 9, 2013) and provided that the economic clauses may be negotiated considering primarily the fiscal condition of the applicable agency and the Government and the safeguarding of services to the people. Act 73 further provides that for the negotiation of any economic clauses, OMB must evaluate the current and projected fiscal condition of the applicable agency of the Government and issue a certification as to the available resources, if any, for such negotiations.

The second element of the expense-reduction measures, which pertains to other operating expenses, was conducted through an austerity program in combination with other expense reduction measures. The austerity program mandated a 10% reduction in other operational expenses, including cellular phone use, credit cards, and official vehicles.

In July 2010, the Governor renewed an executive order issued in September 2009 requiring all agencies and public corporations to reduce modify or cancel service contracts to achieve a cost reduction of at least 15%. The executive order covers advertising, consulting, information technology, accounting, legal and other

services (except for direct services to the public), and grants the Fiscal Restructuring and Stabilization Board created under Act 7 (the "Fiscal Board") the power to monitor agencies and public corporations in order to ensure the required 15% minimum cost reduction. Each agency or public corporation had 30 days to report the following to the Fiscal Board: (i) all service contracts currently in effect, (ii) all canceled and/or modified contracts and the corresponding savings, (iii) justification for any remaining contracts in light of the mission of the agency or public corporation, and (iv) the reasonableness of the fees or compensation terms for each remaining contract.

In July 2010, the Governor also renewed another executive order issued in September 2009 requiring all agencies and public corporations to report the following to the Fiscal Board within 30 days: (i) all lease contracts currently in effect, (ii) the uses of leased premises, (iii) the needs for such premises, (iv) the terms and conditions of each lease, and (v) budgeted amounts for rent and other related expenses. During fiscal year 2010, the administration achieved savings by, among other things, consolidating operations of one or more agencies or public corporations and renegotiating leases to obtain more favorable terms.

*Tax Revenue Enforcement Measures* – The Fiscal Stabilization Plan also sought to increase tax revenues by implementing a more rigorous and ongoing tax enforcement and compliance strategy. Specific tax enforcement initiatives included: (i) enhancements to the administration of federal grants and fund receipts; (ii) stronger collections and auditing efforts on Puerto Rico's sales and use tax; and (iii) a voluntary tax compliance program.

*Revenue Raising Measures* – The goal of achieving fiscal and budgetary balance required a combination of measures that included the introduction of permanent and temporary tax increases. The Fiscal Plan included six temporary and four permanent revenue increasing measures. The temporary revenue increasing measures consisted of: (i) a 5% surtax on income of certain individuals, (ii) a 5% surtax on income of certain corporations, (iii) a 5% income tax on credit unions (commonly known as "cooperativas" in Puerto Rico), (iv) a 5% income tax on Puerto Rico international banking entities, (v) a special property tax on residential and commercial real estate, and (vi) a moratorium on certain tax credits. The temporary measures were initially set to be in effect for up to three fiscal years beginning in fiscal year 2010. Act 1 of 2011, however, limited the duration of the 5% surtax on income derived by certain individuals and corporations and the special property tax to two years. The permanent measures include (i) modifications to the alternative minimum tax for individuals and corporations, (ii) an increase in the excise tax on cigarettes, (iii) a new excise tax on motorcycles, and (iv) an increase in the excise tax on alcoholic beverages. The total revenues from these temporary and permanent measures for fiscal year 2010 were $428 million, and for 2011 were $450 million.

*Financial Measures* – The administration has also carried out several financial measures designed to achieve fiscal stability throughout the Fiscal Stabilization Plan implementation period. These measures included, among others, (i) a financing or bond issuance program, the proceeds of which were used to bridge the budgetary imbalance during the Fiscal Stabilization Plan implementation period and fund some of the Economic Reconstruction Plan initiatives, (ii) the restructuring of the securities held in the Corpus Account of the Infrastructure Development Fund and (iii) the restructuring of a portion of the Commonwealth's debt service.

These financial measures were anchored on the bond-issuance program of COFINA. Act 7, in conjunction with Act No. 91 of May 13, 2006, as amended ("Act 91 of 2006"), and Act No. 1 of January 14, 2009 ("Act 1 of 2009"), allocated to COFINA, commencing on July 1, 2009, 2.75% (one-half of the tax rate of 5.5%) of the sales and use tax imposed by the central government, thus increasing COFINA's financing capacity and allowing the Commonwealth to achieve fiscal stability throughout the implementation period of the Fiscal Stabilization Plan.

During fiscal years 2009 and 2010, COFINA issued approximately $5.6 billion and $3.6 billion, respectively, of revenue bonds payable from sales and use tax collections transferred to COFINA. The proceeds from these bond issues were used for, among other uses, paying approximately $1.9 billion of the Commonwealth's obligations that did not have a designated source of repayment, paying or financing approximately $4.8 billion of operational expenses constituting a portion of the Commonwealth's deficit, and funding the Local Stimulus Fund and the Stabilization Fund for fiscal year 2011 with approximately $500 million and $1 billion, respectively.

Act No. 3, which was approved by the Legislative Assembly of the Commonwealth on January 14, 2009 ("Act 3"), authorized the sale of the securities held in the Corpus Account. Puerto Rico Infrastructure Financing Authority ("PRIFA") sold the securities in January 2009 and used the proceeds to, among other things, make a deposit to the General Fund of approximately $319 million, which was applied to cover a portion of the Commonwealth's budget deficit and make a transfer to GDB of approximately $159 million as a capital contribution. The gross proceeds resulting from the sale were approximately $884 million.

Another financial measure taken has been the restructuring of a portion of the Commonwealth's debt service on the Commonwealth's general obligation bonds and bonds of Public Buildings Authority ("PBA") that are guaranteed by the Commonwealth and are payable from Commonwealth budget appropriations. During fiscal year 2010, the Commonwealth refinanced $512.9 million of interest accrued during such fiscal year on the Commonwealth's general obligation bonds and $164.5 million of interest accrued during such fiscal year on PBA bonds. During fiscal year 2011, the Commonwealth refinanced $490.9 million of interest accrued during such fiscal year and principal due on July 1, 2011 on the Commonwealth's general obligation bonds. During fiscal year 2011, PBA also used a line of credit from GDB to make payments of approximately $147.8 million of interest accrued during such fiscal year on its Commonwealth guaranteed bonds, which line of credit was refinanced with the proceeds of a series of Commonwealth guaranteed bonds issued by PBA.

The Fiscal Stabilization Plan has provided more fiscal stability, thereby safeguarding and strengthening Puerto Rico's credit. The fiscal structure resulting from the full implementation of the plan will be sustainable and conducive to economic growth and development.

***Economic Reconstruction Plan***

To balance the impact of the Fiscal Stabilization Plan, the administration developed and is implementing an economic reconstruction program designed to stimulate growth in the short term and lay the foundation for long-term economic development. The Economic Reconstruction Plan consists of two main components: (i) two economic stimulus programs, and (ii) a supplemental stimulus plan.

*Economic Stimulus Programs* – The cornerstone of Puerto Rico's short-term economic reconstruction plan was the implementation of two economic stimulus programs aimed at reigniting growth and counterbalancing any adverse effects associated with the Fiscal Stabilization Plan. The economic stimulus programs consisted of Puerto Rico's participation in ARRA (also referred to herein as the "Federal Stimulus") and a local plan (the "Local Stimulus") designed to complement the Federal Stimulus.

- ***Federal Stimulus Program*** – Puerto Rico was awarded with $6.8 billion in stimulus funds from ARRA. The funds are distributed in four main categories: relief to individuals, budgetary and fiscal relief, taxpayers' relief, and capital improvements. In terms of government programs, the Federal Stimulus allocates funds to education, agriculture and food assistance, health, housing and urban development, labor, and transportation, among others. As of October 14, 2011, PRIFA, which is responsible for the administration of ARRA in Puerto Rico, reported that approximately $5.5 billion in ARRA funds had been disbursed, representing approximately 79% of awarded funds.

- *Local Stimulus Program* – The administration formulated the Local Stimulus to supplement the Federal Stimulus and address specific local challenges associated with the local mortgage market, the availability of credit, and the infrastructure and construction sectors. Despite the fact that the Local Stimulus amounted to a $500 million investment by the government, it is estimated that its effect would be greater due to certain lending programs, which are being coordinated in collaboration with commercial banks in Puerto Rico. The administration has been disbursing funds under the $500 million local stimulus program. Most municipalities have received disbursements earmarked to pay outstanding debts and fund local projects. The administration has also disbursed funds allocated towards job training programs, a strategic water distribution project in a southern municipality and the revamping of the Puerto Rico permits system. It is estimated that approximately $400 million of Local Stimulus funds will be used for infrastructure projects. As of September 30, 2011, approximately $360 million of Local Stimulus funds had been disbursed.

*Supplemental Stimulus Plan* – The Supplemental Stimulus Plan was designed to provide investment in strategic areas with the objective of laying the foundations for long-term growth in Puerto Rico. The coordinated implementation of the Supplemental Stimulus Plan is expected to reinforce continuity in reigniting economic growth while making key investments for long-term development. The Supplemental Stimulus Plan is being conducted through a combination of direct investments and guaranteed lending. Specifically, the Supplemental Stimulus Plan targets critical areas such as key infrastructure projects, public capital improvement programs, private-sector lending to specific industries, and the export and research-and-development knowledge industries. The Supplemental Stimulus Plan takes into account the strategic needs that Puerto Rico must fulfill in order to become a more competitive player in its region and in the global economy.

On September 1, 2010, the Governor signed Act No. 132, also known as the Real Estate Market Stimulus Act of 2010 ("Act 132"), which provides certain incentives to help reduce the existing housing inventory. The incentives provided by Act 132 were effective from September 1, 2010 through June 30, 2011, and were subsequently extended until October 31, 2011 by Act No. 115 of July 5, 2011. On November 1, 2011, the Government approved Act No. 216 ("Act 216"), which provides incentives similar to the ones available under Act 132 and establishes an orderly transition to gradually reduce those incentives without disrupting the functioning of the housing market in Puerto Rico. The incentives provided by Act 216 are limited to residential real property and are effective from November 1, 2011 to December 31, 2012.

### Economic Development Program

The Department of Economic Development and Commerce of the Commonwealth, in coordination with other government agencies, is in the process of implementing the *Strategic Model for a New Economy*, which consists of a comprehensive, long-term, economic development program aimed at improving Puerto Rico's overall global relevance, competitiveness, and business environment, and increasing private-sector capital formation and participation in the economy. These initiatives are centered on the dual mission of fostering multi-sector growth while reducing costs and barriers to business and investment, and are a medium-to-long-term counterpart to the Economic Plan and the Supplemental Stimulus Plan described above.

The current administration is emphasizing the following initiatives to enhance Puerto Rico's competitive position: (i) overhauling the permitting process, (ii) reducing energy costs, (iii) reforming the tax system, (iv) promoting the development of various projects through public-private partnerships, (v) implementing strategic initiatives targeted at specific economic sectors, and (vi) promoting the development of certain strategic/regional projects.

- *Permitting Process* – The first initiative, the reengineering of Puerto Rico's permitting and licensing process, has already been achieved. On December 1, 2009, the Governor signed into law Act No. 161,

known as the Law for the Restructuring & Unification of the Permit Evaluation & Authorization Process, which overhauls the existing permitting and licensing process in Puerto Rico in order to provide for a leaner and more efficient process that fosters economic development. In the short term, this restructuring is focused on eliminating the significant backlog of unprocessed permits that are currently in the pipeline of various government agencies. In the long term, this law seeks to significantly reduce the number of inter-agency processes and transactions currently required by creating a centralized, client-focused system that simplifies and shortens the permitting process for applicants. The Integrated Permits System (SIP by its Spanish acronym), as the new Puerto Rico permits process is called, became operational on December 1, 2010. Through September, 2011, 38,500 permits requests have been filed and 88% of these have already been resolved

- *Energy Policy* – On July 19, 2010, the Governor signed Acts No. 82 ("Act 82") and 83 ("Act 83"), providing for, among other things, the adoption of a new energy policy, which is critical for Puerto Rico's competitiveness. Presently, fluctuations in oil prices have a significant effect on Puerto Rico's overall economic performance. Act 82, known as the "Public Policy on Energy Diversification through Renewable and Alternative Sources", focuses on reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse, renewable-energy technologies. This new energy policy seeks to lower energy costs, reduce energy-price volatility, and establish environmentally sustainable energy production through a reduction in ecologically harmful emissions. Act 82 creates a Renewable Portfolio Standard, recognizing many sources of renewable energy utilizing various technologies, setting a hard target of 12% renewable energy production by 2015 and 15% by 2020, and a requirement for retail energy providers to establish a plan to reach 20% renewable energy production by 2035. Moreover, Act 83, also known as the "Green Energy Incentives Act", assembles under one law the incentives for the construction and use of renewable energy sources. Act 83 offers new benefits to stimulate the development of green energy projects, creates Renewable Energy Certificates (RECs) and creates the Green Energy Fund (the "GEF").

- *Tax Reform* – The tax reform consists of two phases focused on providing tax relief to individual and corporations, promoting economic development and job creation, simplifying the tax system and reducing tax evasion through enhanced tax compliance measures.

The first phase, enacted as Act No. 171 of November 15, 2010, applies to the 2010 tax return and provides a tax credit to each individual and corporate taxpayer. The tax credit applicable to individuals and determined by reference to the tax liability ranges from 7% for those taxpayers in higher brackets to 15% for taxpayers in the lowest bracket. Corporate taxpayers will also be entitled to a 7% tax credit determined by reference to the tax liability; provided, that such taxpayer paid the statutorily required Christmas bonus for 2010. Also, the corporate net operating loss carry forward is extended from 7 years to 10 years. This first phase was expected to provide individual and corporate taxpayers with aggregate savings of $309 million for taxable year 2010.

The second phase, enacted as Act 1 of 2011, (i) promotes employment by doubling the earning income credit and increasing the maximum applicable income to qualify for such credit; (ii) provides a $400 tax credit to individuals over 65 years of age with an income below $15,000; (iii) significantly reduces individual income tax rates and limited the deductions; and (iv) significantly reduces corporate income tax rates. The second phase was projected to provide taxpayers aggregate annual savings of $1.2 billion for the next six fiscal years, commencing in taxable year 2011.

The reduction in income tax revenues resulting from the implementation of the tax reform is expected to be offset by the additional revenues produced by (i) an expanded income tax source rule and a new excise tax imposed on entities that purchase products manufactured in Puerto Rico by their affiliates under the provisions of Act 154, discussed below, (ii) enhanced enforcement efforts, including the

statutorily required reporting of certain client information by financial institutions to the Treasury Department, and (iii) increased economic activity produced by the tax relief measures. The combined effect of the tax reform measures and the revenue and enforcement measures is expected to be revenue positive.

Act 1 of 2011 conditions the implementation of the tax reductions applicable to individuals and corporations after fiscal year 2014 on the Commonwealth's ability to continue its path towards fiscal stability. Specifically, the tax relief provisions for individuals and corporations for taxable years 2014 through 2016 will only be implemented if (i) OMB certifies that the expense control target has been met, (ii) the Treasury Department certifies that General Fund revenue target has been met and (iii) the Planning Board certifies a year-over-year target increase in gross domestic product.

*Act 154 – Expanded Income Taxation and New Excise Tax.* Act 154, approved on October 25, 2010, as amended, seeks, among other things, to balance the tax burden among the taxpayers and increase the tax revenues of the Government. Act 154 modified the income taxation of certain nonresident alien individuals, foreign corporations and foreign partnerships (each a taxpayer) by expanding the circumstances in which such persons would be subject to Puerto Rico income taxation, and the act imposed an excise tax on the acquisition of certain personal property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico. Act 154 applies to income realized and acquisitions occurring after December 31, 2010.

The Act provides that, in certain circumstances, taxpayers will be deemed to be engaged in trade or business in Puerto Rico and taxable in Puerto Rico with respect to a portion of taxpayer's income where the taxpayers engage in significant transactions with other persons that are members of the same controlled group. Where a person engages in significant transactions with a member of the same controlled group that has gross receipts of seventy-five million dollars or more in any of the last three years and that manufactures or produces goods in Puerto Rico, or provides services in connection with the manufacture or production of goods in Puerto Rico, the person will not be subject to income tax, will instead be subject to the excise tax in lieu of any income tax. The excise tax will apply for a period of six years. The excise tax is based on the value of the personal property or services acquired and will be 4% for calendar year 2011, declining to 3.75% in 2012, 2.75% in 2013, 2.5% in 2014, 2.25% in 2015 and 1% in 2016. On December 29, 2010, the Treasury Department adopted regulations that provide certain tax credits against the temporary excise tax that lessen its impact on affected taxpayers subject to the temporary excise tax. These regulations became effective on January 1, 2011. The regulations address implementation and interpretation issues and include provisions regarding certain applicable credits against the tax subject to maintaining a baseline employment and other conditions. The Government estimates that this excise tax will affect foreign corporations or partnerships that are principally engaged in the manufacturing of pharmaceuticals and electronics. The Government raised approximately $1.6 billion from the excise tax during the first year of implementation of Act 154 and $5.6 billion for the six year period that the excise tax is in place.

In connection with the expansion of the taxation of foreign persons by Act 154, the Government obtained a legal opinion regarding the creditability of the excise tax for U.S. federal income tax purposes. The opinion concludes that this excise tax should be creditable against U.S. federal income tax. That conclusion was based in part upon a determination that the expansion of the taxation of foreign persons and the imposition of the excise tax more likely than not satisfy the constitutional requirements of due process and the Commerce Clause of the United States Constitution, for reasons discussed therein.

On March 30, 2011, the United States Internal Revenue Service (the "IRS") issued Notice 2011-29 addressing the creditability of the new excise tax imposed by Act 154. Notice 2011-29 provides that

the provisions of the new Puerto Rico excise tax are novel and the determination of its creditability requires the resolution of a number of legal and factual issues. Pending the resolution of those issues, the IRS will not challenge a taxpayer's position that the excise tax is a tax in lieu of an income tax under Section 903. The IRS also provided that any change in the foregoing tax credit treatment of the excise tax after resolution of the pending issues will be prospective and will apply to excise tax paid or accrued after the date that further guidance is issued.

- ***Public-Private Partnerships*** – The Government believes that the Public-Private Partnerships (the "PPPs") represent an important tool for economic development, particularly in times of fiscal difficulties. PPPs are long-term contracts between government and nongovernmental entities such as private companies, credit unions, and municipal corporations to develop, operate, manage or maximize infrastructure projects and/or government services. PPP contracts are centered on the concept of risk transfer. The nongovernmental partner takes on certain responsibilities and risks related to the development and/or operation of the project in exchange for certain benefits. PPPs can play a pivotal role in restoring investment in infrastructure and bringing about economic growth.

  PPPs provide the opportunity for the government to lower project development costs, accelerate project development, reduce financial risk, create additional revenue sources, establish service quality metrics, re-direct government resources to focus on the implementation of public policy, create jobs and attract new investment. Puerto Rico has opportunities for the establishment of PPPs in the areas of toll roads, airports and maritime ports, public schools, water provision, correctional facilities, and energy, among others.

  On June 8, 2009, the Legislative Assembly approved Act No. 29 ("Act 29"), which established a clear public policy and legal framework for the establishment of PPPs in Puerto Rico to further the development and maintenance of infrastructure facilities, improve the services rendered by the Government and foster the creation of jobs. Act 29 created the Public-Private Partnerships Authority (the "PPP Authority"), the entity tasked with implementing the Commonwealth's public policy regarding PPPs. On December 19, 2009, the PPP Authority approved regulations establishing the administrative framework for the procurement, evaluation, selection, negotiation and award process for PPPs in Puerto Rico.

  During fiscal year 2010, the PPP Authority engaged various financial advisors to assist it in the evaluation and procurement of various projects in the energy, transportation, water and public school infrastructure sectors. During the fourth quarter of fiscal year 2010, the PPP Authority published desirability studies for four public-private partnership priority projects and commenced procurement for such projects.

  As part of the Government's PPPs initiative, the PPP Authority and the Puerto Rico Highways and Transportation Authority (collectively, the "Sponsors") recently completed the procurement for a concession of toll roads PR-22 and PR-5 (the "Toll Roads"). On June 10, 2011, the Sponsors selected Autopistas Metropolitanas de Puerto Rico, LLC ("Metropistas"), a consortium comprised of Goldman Sachs Infrastructure Partners and Abertis Infraestructuras, as the winning proponent based on a bid of $1.1 billion. On June 27, 2011, Metropistas and the Highways and Transportation Authority executed the concession agreement for the Toll Roads (the "Concession Agreement") and, on September 22, 2011, the parties successfully completed the financial closing. As a result of this transaction, the Puerto Rico Highways and Transportation Authority received a lump-sum payment of $1.1 billion and a commitment to invest $56 million in immediate improvements and comply with world-class operating standards.

- ***Sector Initiatives*** – The administration will complement the previously mentioned initiatives with specific strategic initiatives with the objective of creating jobs and increasing economic activity across various sectors of the Puerto Rico economy. The Commonwealth has natural or structural competitive advantages in several areas, such as pharmaceutical and biotechnology manufacturing. These advantages provide opportunities for the development of regional clusters in high-tech manufacturing, research and development, tourism, renewable energy, international trade and professional services. The specific initiatives will be designed to promote sustainable economic growth while accelerating to a knowledge-based and innovation driven economy, focused mainly in the development of human capital and intellectual property, thus diversifying Puerto Rico's economic base.

- ***Strategic/Regional Projects*** – The administration has also targeted strategic/regional projects that will generate investments in various regions of the Island in order to foster balanced economic development. One of the strategic projects for the northern region is called the Urban Bay (formerly known as the Golden Triangle), an urban redevelopment project that incorporates the areas of Old San Juan, Puerta de Tierra, Isla Grande, including the Puerto Rico Convention Center District (the "District"), and Condado, as well as other communities in the vicinity of historic San Juan Bay. The aim of the Urban Bay project is to develop San Juan Bay into a major tourism, recreation, commercial and residential sector which serves the local community and becomes a major attraction for leisure and business travelers, both local and external. Construction of the immediate improvements on the project footprint is already underway. Another projects, are:

  - Science City - also represents a critical effort to move Puerto Rico to the forefront of science, technology and research and development. It seeks to leverage the significant competitive advantages in the knowledge-based sectors that put Puerto Rico in an ideal position to undertake this type of development. Through the recently enacted Law No. 208 of October 20, 2011, the benefits of investing in and performing science and technology research and development activities in the newly denominated "Science District" were expanded through the inclusion of such activities as eligible for tax exemption under the Economic Incentives Act.
  - Redevelopment of the old Roosevelt Roads navy facility in Ceiba, which is a key element in the administration's strategy to create jobs and reignite the economy of Puerto Rico's eastern region, including Ceiba, Naguabo, Vieques, and Culebra. This tourist complex will include hotels, casinos, eco-tourist attractions, international airport, retail, yacht marina, and cruise ship ports.
  - Redevelopment of the Aguadilla airport to serve as the second international airport of Puerto Rico and as a regional logistics hub. The Government is in the process of submitting a formal application to obtain a Foreign Trade Zone designation for the Aguadilla airport.

***Voluntary Termination Benefit Program***

On July 2, 2010, the Commonwealth enacted Act No. 70 ("Act 70") to establish a program that provides benefits for early retirement or economic incentives for voluntary employment termination to eligible employees, as defined. Act 70 applies to agencies and component units whose budgets are funded in whole or in part by the Commonwealth's General Fund.

Act 70 established that early retirement benefits ("early retirement program") will be provided to eligible employees that have completed between 15 to 29 years of credited services in the Retirement System and will consist of biweekly benefits ranging from 37.5% to 50% of each employee' salary, as defined. In this early retirement program, the Commonwealth will make the employer contributions to the Retirement System and

pay the corresponding pension until the employee complies with the requirements of age and 30 years of credited services in the Retirement System.

Economic incentives are available to eligible employees who have less than 15 years of credited service in the Retirement System ("incentivized resignation program") or who have at least 30 years of credited service in the Retirement System and the age for retirement or who have the age for retirement ("incentivized retirement program"). Economic incentives will consist of a lump-sum payment ranging from one-month to six-month salary based on employment years.

Additionally, eligible employees that choose to participate in the early retirement program or in the incentivized resignation program are eligible to receive health plan coverage for up to 12 months in a health plan selected by management of the Commonwealth.

Based on the number of employees who agreed to participate in this voluntary termination benefit program (approximately 3,000 employees at June 30, 2011), the Government estimates annual savings of approximately $62 million in salary expenditures, net of $27 million in annual pension payments.

In addition, Act 70 allows certain component units of the Commonwealth that operate with their own resources to implement a similar program that provides benefits for early retirement or economic incentives for voluntary employment termination to eligible employees, as defined. The benefits and the requirements are the same provided by Act 70, except as follows: in the early retirement benefit program, the component unit will make the employee and the employer contributions to the Retirement System and pay the corresponding pension until the employee complies with the requirements of age and 30 years of credited service in the Retirement System; and in the incentivized retirement program, the component unit will make the employee and the employer contributions to the Retirement System for a five year period. At June 30, 2011, approximately 600 employees of these component units agreed to participate in this voluntary termination benefit program. At the same time, Act 70 has a positive actuarial impact on the unfunded actuarial accrued liability of the Retirement System.

### *Unfunded Pension and Non-Pension Post-Employment Benefit Obligations and Funding Shortfalls of the Retirement Systems*

One of the challenges every administration has faced during the past 20 years is how to address the growing unfunded pension benefit obligations and funding shortfalls of the three Government retirement systems (the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System) that are funded principally with budget appropriations from the Commonwealth's General Fund. As of June 30, 2011, the date of the latest actuarial valuations of the retirement systems, the unfunded actuarial accrued liability (including basic and system administered benefits) for the Employees Retirement System, the Teachers Retirement System and the Judiciary Retirement System was $23.7 billion, $9.1 billion and $319 million, respectively, and the funded ratios were 6.8%, 20.8% and 16.7%, respectively.

Based on current employer and member contributions to the retirement systems, the unfunded actuarial accrued liability will continue to increase significantly, with a corresponding decrease in the funded ratio, since the annual contributions are not sufficient to fund pension benefits, and thus, are also insufficient to amortize the unfunded actuarial accrued liability. Because annual benefit payments and administrative expenses of the retirement systems have been significantly larger than annual employer and member contributions, the retirement systems have been forced to use investment income, borrowings and sale of investment portfolio assets to cover funding shortfalls.

Based on the assumptions used in the latest actuarial valuations, including the expected continued funding shortfalls: (i) the Employees Retirement System, the largest of the three retirement systems, would deplete its

net assets (total assets less liabilities, including the principal amount of certain pension obligation bonds) by fiscal year 2014; (ii) the Teachers Retirement System would deplete its net assets by fiscal year 2022; and (iii) the Judiciary Retirement System would deplete its net assets by fiscal year 2019. The estimated years for depletion of the assets could vary depending on how actual results differ from the assumptions used in the actuarial valuations, as well as based on any future changes to the contribution and benefits structures of the retirement systems. As a result of the increases in employer contributions to the Employees Retirement System and the Teachers Retirement System adopted in July 2011, as described below, the Administrator of the Retirement Systems projects that the period before depletion of the assets of these two systems will be extended by three to four years.

Since the Commonwealth and other participating employers are ultimately responsible for any funding deficiency in the three retirement systems, the depletion of the assets available to cover retirement benefits will require the Commonwealth and other participating employers to cover annual funding deficiencies. It is estimated that the Commonwealth would be responsible for approximately 74% of the combined annual funding deficiency of the three retirement systems, with the balance being the responsibility of the municipalities and participating public corporations.

The Commonwealth also provides non-pension post-employment benefits that consist of a medical insurance plan contribution. Annual benefit costs, which amounted to approximately $170.2 million for fiscal year 2010 and $165.9 million for fiscal year 2011, are funded on a pay-as-you-go basis from the General Fund and are valued using actuarial principles similar to the way that pension benefits are calculated. Commonwealth's contributions made for these benefits amounted to approximately $114.2 million for fiscal year 2010 and $125.4 million for fiscal year 2011. Based on the latest actuarial valuations, as of June 30, 2011, the aggregate unfunded actuarial accrued liability of these benefits for the three retirement systems was $2.5 billion.

Because of its multi-year fiscal imbalances previously mentioned, the Commonwealth has been unable and is currently unable to make the actuarially recommended contributions to the retirement systems. If the Commonwealth fails to take action in the short-term to address the retirement systems' funding deficiency, the continued use of investment assets to pay benefits as a result of funding shortfalls and the resulting depletion of assets could adversely affect the ability of the retirement systems to meet the rates of return assumed in the actuarial valuations, which could in turn result in an earlier depletion of the retirement systems' assets and a significant increase in the unfunded actuarial accrued liability. Ultimately, since the Commonwealth's General Fund is required to cover a significant amount of the funding deficiency, the Commonwealth would have difficulty funding the annual required contributions unless it implements significant reforms to the retirement systems, obtains additional revenues, or takes other budgetary measures.

In order to address the growing unfunded pension and non-pension benefit obligations and funding shortfalls of the three Government retirement systems, in February 2010, the Governor established a special commission to make recommendations for improving the financial solvency of the retirement systems. The special commission submitted a report to the Governor on October 21, 2010.

As a result of the special commission's report and the Government's analysis, the Governor submitted two bills to the Legislative Assembly to address in part the retirement systems' financial condition. One of such bills was enacted as Act No. 96 of June 16, 2011 ("Act 96"). On June 23, 2011, in accordance with Act 96, $162.5 million of funds on deposit in the Corpus Account of the Puerto Rico Infrastructure Development Fund (the "Corpus Account"), which is under the custody and control of the Puerto Rico Infrastructure Financing Authority ("PRIFA"), were contributed to the Employees Retirement System and invested in capital appreciation bonds issued by COFINA maturing annually on August 1, 2043 through 2048 and accreting interest at a rate of 7%. The principal amount of the COFINA bonds will grow to an aggregate amount of approximately $1.65 billion at their maturity dates.

The second bill submitted by the Governor was enacted as Act No. 114 of July 5, 2011 ("Act 114") and Act No. 116 of July 6, 2011 ("Act 116"). These Acts provide an increase in employer contributions to the Employee Retirement System and the Teachers Retirement System of 1% of covered payroll in each of the next five fiscal years and by 1.25% of covered payroll in each of the following five fiscal years. As a result of these increases, the Employee Retirement System and the Teachers Retirement System would receive approximately $36 million and $14 million, respectively, in additional employer contributions during fiscal year 2012, and the additional employer contributions are projected to increase gradually each fiscal year (by an average aggregate increase of $71 million per fiscal year) to approximately $494 million and $195 million, respectively, by fiscal year 2021. The additional employer contributions for fiscal year 2012 have been included in the approved budget for such fiscal year. With respect to the increases in the employer contributions corresponding to the municipalities, Act 116 provides that the increases for fiscal years 2012, 2013 and 2014 will be paid for by the Commonwealth from the General Fund budget, representing approximately $6.3 million, $12.8 million and $19.7 million in fiscal years 2012, 2013 and 2014, respectively.

In addition to these measures, on August 8, 2011, the Board of Trustees of the Employees Retirement System adopted a new regulation regarding the rules relating to the concession of personal loans to its members, which, among other changes, lowers the maximum amount of those loans from $15,000 to $5,000. These changes are expected to improve gradually the Employees Retirement System's liquidity.

**GENERAL FUND FINANCIAL ANALYSIS**

Since 2000, the Commonwealth has faced a number of fiscal challenges, including an imbalance (a deficit) between its General Fund total revenues and expenditures. The deficit reached its highest level in fiscal year 2009. Prior to fiscal year 2009, the Government bridged the deficit through the use of non-recurring measures, such as borrowing from GDB or in the bond market, postponing the payment of various government expenditures, such as payments to suppliers and utility providers, and other one-time measures such as the use of derivatives and borrowings collateralized with government owned real estate and uncollected General Fund revenues. In January 2009, the Government began to implement a multi-year plan designed to achieve fiscal balance, restore sustainable economic growth and safeguard the investment-grade ratings of the Commonwealth bonds. This plan included certain expense reduction measures that, together with various temporary and permanent revenue raising measures, have allowed the government to reduce the deficit. These measures are briefly described below under the heading "Fiscal Stabilization and Economic Reconstruction Plan".

For fiscal year 2011, the deficit was $1.1 billion, consisting of the difference between total recurring revenues of $8 billion and total expenditures for such fiscal year of $9.1 billion. For fiscal year 2010, the deficit was $2 billion, consisting of the difference between total recurring revenues of $7.6 billion and total expenditures for such fiscal year of $9.6 billion. The deficits for fiscal years 2011 and 2010 decreased by 47% and 38%, respectively, when compared to the deficit for prior year. During the last two fiscal years, the Government has been able to reduce the deficit by both increasing its revenues and reducing its expenditures. The Government's ability to continue reducing the deficit will depend in part on its ability to continue increasing revenues and reducing expenditures, which in turn depends on a number of factors, including improvements in general economic conditions.

*Results for Fiscal Year 2011*

Total General Fund recurring revenues, budgetary basis, (excluding other financing sources) for fiscal year 2011 were $8 billion, representing an increase of approximately $400 million from actual recurring revenues of $7.6 billion for fiscal year 2010 and an increase of approximately $61.3 million from estimated revenues for fiscal year 2011 of $7.9 billion.

The increase in General Fund total revenues is mainly due to an increase of $170.1 million in tax withholdings from non-residents and the collection of $677.8 million as a result of the new temporary excise tax and the expansion of the taxation of certain foreign persons adopted as Act No. 154 of October 25, 2010, as amended ("Act No. 154") as part of the tax reform (discussed below under "Tax Reform"). This increase was partially offset by a decrease of $407 million and $18.5 million in collections from income tax on individuals and entertainment machine licenses, respectively. The decrease in individual income taxes is due to the tax relief provided to individual taxpayers as part of the tax reform and to current economic conditions. The Government had expected that the decrease in General Fund net revenues as a result of the tax relief provided to taxpayers as part of the tax reform would be offset principally by the temporary excise tax imposed on certain foreign persons by Act No. 154. For the year 2011, the excise tax payments amounted to $1.6 billion, which was consistent with the Government's projection of collections from the excise tax. The Government's expectations with respect to the impact of the tax reform on fiscal year 2011 revenues were met.

Expenditures for fiscal year 2011 were approximately $9.1 billion, which represented an increase of approximately $127 million or 1.4% of original budgeted expenditures and exceeded total General Fund revenues (excluding other financing sources) by $1.1 billion, or 14%. The difference between total expenditures and total General Fund revenues (excluding other financing sources) is referred to herein as the "deficit" and was covered principally by proceeds from a COFINA bond issuance and proceeds from bonds issued to refinance debt service payments.

During fiscal years 2011 and 2010, the Commonwealth did not face an aggregate shortfall of cash due to the fiscal stabilization plan implemented by the current administration. During the fiscal year 2009, the Commonwealth faced an aggregate cash shortfall of $1.2 billion that, when added to the deficit of $3.3 billion, provided for approximately $4.5 billion in excess expenditures and cash shortfall. The difference between General Fund revenues and total expenditures for such fiscal year was principally paid from proceeds of bond issues made by COFINA and the restructuring of the corpus account of the Puerto Rico Infrastructure Financing Authority ("PRIFA") pursuant to the fiscal stabilization plan.

**GOVERNMENT-WIDE FINANCIAL ANALYSIS**

*Net Assets (Deficit)*

Net assets (deficit) may serve over time as a useful indicator of a government's financial position. Total assets and total liabilities of the Commonwealth's primary government at June 30, 2011 amounted to $15.1 billion and $48.8 billion, respectively, for a net deficit of $33.7 billion, compared to a $30.4 billion net deficit at the beginning of the current year.

A portion of the Commonwealth's net assets (deficit) reflects its investment in capital assets such as land, buildings, and equipment, less any related debt used to acquire those assets that are still outstanding. The Commonwealth uses these capital assets to provide services to its residents; consequentially, these assets are not available for future spending. Although the Commonwealth's investment in its capital assets is reported net of related debt, it should be noted that the resources needed to repay this debt must be provided from other sources, since the capital assets themselves cannot be used to liquidate these liabilities.

An additional portion of the Commonwealth's net assets (deficit) represents resources that are subject to external restrictions on how they may be used. An otherwise positive remaining balance would be used to meet the Commonwealth's ongoing obligations to its residents and creditors. Internally imposed designations of resources are not presented as restricted net assets.

The net deficit of the primary government primarily results from the Commonwealth's practice of issuing debt and transferring such funds to the component units so that they can carry out the construction projects.

The primary government retains the debt while the component units report the corresponding asset financed by such debt.

Total primary government assets decreased by $1.1 billion during fiscal year 2011 when compared to the prior fiscal year. This decrease is mainly due to the decrease of $1.1 billion in restricted investments.

Total primary government liabilities increased by $2.1 billion during the current fiscal year when compared to the prior fiscal year.

### COMMONWEALTH'S NET ASSETS (DEFICIT) – PRIMARY GOVERNMENT
**JUNE 30, 2011**
**(Expressed in thousands)**

|  | Governmental activities | Business-type activities | Total |
|---|---|---|---|
| Current assets | $ 3,264,534 | $ 584,140 | $ 3,848,674 |
| Capital assets | 7,766,690 | 1,660 | 7,768,350 |
| Other assets | 2,935,147 | 594,001 | 3,529,148 |
| Total assets | 13,966,371 | 1,179,801 | 15,146,172 |
| Current liablities | 4,611,611 | 183,693 | 4,795,304 |
| Noncurrent liabilities | 43,862,961 | 165,882 | 44,028,843 |
| Total liabilities | 48,474,572 | 349,575 | 48,824,147 |
| Invested in capital assets, net of related debt | 3,691,871 | 1,660 | 3,693,531 |
| Restricted | 1,495,558 | 840,241 | 2,335,799 |
| Unrestricted | (39,695,630) | (11,675) | (39,707,305) |
| Total net assets (deficit) | $ (34,508,201) | $ 830,226 | $ (33,677,975) |

- 37 -

**COMMONWEALTH'S NET ASSETS (DEFICIT) – PRIMARY GOVERNMENT**
**JUNE 30, 2010**
**(Expressed in thousands)**

|  | Governmental activities | Business-type activities | Total |
|---|---|---|---|
| Current assets | $    3,754,128 | $    625,687 | $    4,379,815 |
| Capital assets | 7,393,801 | 1,586 | 7,395,387 |
| Other assets | 3,944,000 | 538,760 | 4,482,760 |
| Total assets | 15,091,929 | 1,166,033 | 16,257,962 |
| Current liablties | 4,277,200 | 199,816 | 4,477,016 |
| Noncurrent liabilities | 42,038,268 | 169,307 | 42,207,575 |
| Total liabilities | 46,315,468 | 369,123 | 46,684,591 |
| Invested in capital assets, net of related debt | 3,866,328 | 1,586 | 3,867,914 |
| Restricted | 2,941,461 | 505,906 | 3,447,367 |
| Unrestricted | (38,031,328) | 289,418 | (37,741,910) |
| Total net assets (deficit) | $    (31,223,539) | $    796,910 | $    (30,426,629) |

### Changes in Net Assets (Deficit)

The Commonwealth's net deficit increased by $3.2 billion or 10.5% from last year's total net deficit, as restated. Approximately 47.5% of the Commonwealth's total revenue came from taxes, while 40% resulted from grants and contributions (primarily federal financial assistance). Charges for services provided represented 10.4% of the total revenue. The Commonwealth's expenses cover a range of services. The largest expenses were for general government, education, public housing and welfare, health, and public safety, which presented a combined increase of .12% when compared with prior fiscal year. In 2011, governmental activities' expenses exceeded program revenue by $12.1 billion, resulting in the use of $8.9 billion of general revenue (mostly taxes and transfers). On the other hand, program revenue from business type activities in 2011 exceeded expenses by approximately $270 million.

Governmental activities increased the Commonwealth's net deficit by $3.2 billion.

Business type activities decreased the Commonwealth's net deficit by $57.8 million.

**COMMONWEALTH OF PUERTO RICO**
**CHANGES IN NET ASSETS (DEFICIT) - PRIMARY GOVERNMENT**
**YEAR ENDED JUNE 30, 2011**
**(Expressed in thousands)**

| | Governmental activities | Business-type activities | Total |
|---|---|---|---|
| Revenues: | | | |
| Program revenues: | | | |
| Charges for services | $ 632,005 | $ 1,192,724 | $ 1,824,729 |
| Operating grants and contributions | 6,006,310 | 450,689 | 6,456,999 |
| Capital grants and contributions | 457,725 | - | 457,725 |
| | 7,096,040 | 1,643,413 | 8,739,453 |
| General revenues: | | | |
| Income taxes | 4,726,036 | - | 4,726,036 |
| Sales and use tax | 1,129,006 | - | 1,129,006 |
| Excise taxes | 2,106,784 | - | 2,106,784 |
| Other taxes | 317,292 | - | 317,292 |
| Revenues from component units | 84,610 | - | 84,610 |
| Other | 305,425 | 17,900 | 323,325 |
| | 8,669,153 | 17,900 | 8,687,053 |
| Total revenues | 15,765,193 | 1,661,313 | 17,426,506 |
| Expenses: | | | |
| General government | 2,880,614 | - | 2,880,614 |
| Public safety | 2,205,782 | - | 2,205,782 |
| Health | 3,022,000 | - | 3,022,000 |
| Public housing and welfare | 3,937,901 | - | 3,937,901 |
| Education | 4,469,337 | - | 4,469,337 |
| Economic develoment | 517,921 | - | 517,921 |
| Payment of obligations of component units | 6,411 | - | 6,411 |
| Intergovernmental | 430,941 | - | 430,941 |
| Interest and other | 1,807,230 | 40,044 | 1,847,274 |
| Lotteries | - | 697,746 | 697,746 |
| Unemployment | - | 635,145 | 635,145 |
| Total expenses | 19,278,137 | 1,372,935 | 20,651,072 |
| Increase (decrease) in net assets before transfers | (3,512,944) | 288,378 | (3,224,566) |
| Transfers | 230,551 | (230,551) | - |
| Change in net assets (deficit) | (3,282,393) | 57,827 | (3,224,566) |
| Net assets (deficit), beginning of year (as restated) | (31,225,808) | 772,399 | (30,453,409) |
| Net assets (deficit), end of year | $ (34,508,201) | $ 830,226 | $ (33,677,975) |

**COMMONWEALTH OF PUERTO RICO**
**CHANGES IN NET ASSETS (DEFICIT) - PRIMARY GOVERNMENT**
**YEAR ENDED JUNE 30, 2010**
**(Expressed in thousands)**

|  | Governmental activities | Business-type activities | Total |
|---|---|---|---|
| Revenues: |  |  |  |
| Program revenues: |  |  |  |
| Charges for services | $ 600,473 | $ 1,218,613 | $ 1,819,086 |
| Operating grants and contributions | 6,536,125 | 544,393 | 7,080,518 |
| Capital grants and contributions | 129,947 | - | 129,947 |
|  | 7,266,545 | 1,763,006 | 9,029,551 |
| General revenues: |  |  |  |
| Income taxes | 4,857,035 | - | 4,857,035 |
| Sales and use tax | 1,087,053 | - | 1,087,053 |
| Excise taxes | 1,145,538 | - | 1,145,538 |
| Other taxes | 326,343 | - | 326,343 |
| Revenues from component units | 76,758 | - | 76,758 |
| Other | 314,158 | 21,260 | 335,418 |
|  | 7,806,885 | 21,260 | 7,828,145 |
| Total revenues | 15,073,430 | 1,784,266 | 16,857,696 |
| Expenses: |  |  |  |
| General government | 3,156,646 | - | 3,156,646 |
| Public safety | 2,228,000 | - | 2,228,000 |
| Health | 2,843,744 | - | 2,843,744 |
| Public housing and welfare | 3,726,041 | - | 3,726,041 |
| Education | 4,543,362 | - | 4,543,362 |
| Economic develoment | 292,037 | - | 292,037 |
| Payment of obligations of component units | 196,898 | - | 196,898 |
| Intergovernmental | 533,939 | - | 533,939 |
| Interest and other | 1,648,875 | 20,180 | 1,669,055 |
| Lotteries | - | 720,992 | 720,992 |
| Unemployment | - | 820,261 | 820,261 |
| Total expenses | 19,169,542 | 1,561,433 | 20,730,975 |
| Increase (decrease) in net assets before transfers | (4,096,112) | 222,833 | (3,873,279) |
| Transfers | 265,852 | (265,852) | - |
| Change in net assets (deficit) | (3,830,260) | (43,019) | (3,873,279) |
| Net assets (deficit), beginning of year (as restated) | (27,393,279) | 839,929 | (26,553,350) |
| Net assets (deficit), end of year | $ (31,223,539) | $ 796,910 | $ (30,426,629) |

**Revenues – Governmental Activities**

Year ended June 30, 2011



**Governmental Activities**

Governmental activities increased the Commonwealth's net deficit by $3.2 billion. A comparison of the cost of services by function for the Commonwealth's governmental activities is shown below, along with the revenue used to cover the net expenses of the governmental activities.

<div align="center">

**COMMONWEALTH'S GOVERNMENTAL ACTIVITIES -
EXPENSES NET OF PROGRAM REVENUE
Year ended June 30, 2011
(Expressed in thousands)**

</div>

| | | |
|---|---|---:|
| Net expense: | | |
| General government | $ | (2,225,971) |
| Public safety | | (2,102,364) |
| Health | | (1,909,481) |
| Public housing and welfare | | (172,015) |
| Education | | (3,169,237) |
| Economic development | | (358,447) |
| Payment of obligations of component units | | (6,411) |
| Intergovernmental | | (430,941) |
| Interest and other | | (1,807,230) |
| Total governmental activities expenses, net of program revenue | | (12,182,097) |
| General revenues: | | |
| Taxes | | 8,279,118 |
| Revenues from component units | | 84,610 |
| Transfers from business-type activities | | 230,551 |
| Other revenue | | 305,425 |
| Total governmental activities general revenue | | 8,899,704 |
| Increase in governmental activities net deficit | $ | (3,282,393) |

*Business Type Activities*

The business type activities decreased the Commonwealth's net deficit by $57.8 million.

*Financial Analysis of the Commonwealth's Individual Funds*

As noted earlier, the Commonwealth uses fund accounting to help ensure and demonstrate compliance with finance related legal requirements.

**GOVERNMENTAL FUNDS**

The focus of the Commonwealth's governmental funds is to provide information on near-term inflows, outflows, and balances of expendable resources. Such information is useful in assessing the Commonwealth's financing requirements. In particular, unassigned fund balance may serve as a useful measure of a government's net resources available for spending at the end of the fiscal year. As of the end of fiscal year 2011, the Commonwealth's governmental funds reported combined ending fund balance of $1.6 billion. The expenditures exceeded the revenues by $3.8 billion. However, this was offset by other financing sources amounting to $2.8 billion in the governmental funds. This year, the excess of expenditures over revenue

decreased by $562 million compared with the prior year. Other financing sources decreased by $2.3 billion compared to prior year.

The general fund is the chief operating fund of the Commonwealth. At the end of the current fiscal year, the total general fund balance had a total deficit of $251 million. The fund's deficit of the Commonwealth's general fund decreased by $296.2 million as a result of the current fiscal year's change in financial position. This is a 54% decrease when compared to total general fund deficit reported in fiscal year 2010.

The debt service fund is the fund in which the Commonwealth accumulates the resources for the payment of the long-term debt. At end of the fiscal year, the fund balance of the debt service fund decreased by $55 million when compared to prior fiscal year. Bonds and interest payable decreased by $45.1 million compared with the prior year.

## PROPRIETARY FUNDS

The Commonwealth's proprietary funds provide the same type of information found in the government-wide financial statements, but in more detail. As discussed in the business type activities above, the Commonwealth's net deficit decreased by $57.8 million as a result of operations in the proprietary funds. This resulted from an increase in net assets of $5 million by the unemployment insurance fund, decrease in net deficit of $13.8 million in the lotteries fund and an increase of net assets of $39 million by the Commonwealth's other proprietary funds.

## CAPITAL ASSETS AND DEBT ADMINISTRATION

### Capital Assets

The Commonwealth's investment in capital assets for its governmental and business type activities as of June 30, 2011 amounts to $11.3 billion, less accumulated depreciation and amortization of $3.5 billion, leaving a book value of $7.8 billion. This investment in capital assets includes land, construction in progress, buildings, building improvements and equipment as infrastructure.

The net book value of capital assets at June 30, 2011 is distributed by function/activity in the following proportions: general government, 41%; public safety, 5%; health, 1%; public housing and welfare, 33%; education, 6%; and economic development, 14%. Capital outlays were approximately $452 million for the fiscal year. Depreciation and amortization charges for the fiscal year totaled $265 million.

The infrastructure assets representing items that are normally immovable and of value only to the Commonwealth as roads, highways, bridges, toll facilities, water and sewer systems, lighting production, transmission and distribution systems, and similar items are principally owned by the component units of the Commonwealth. Therefore, the infrastructure assets are reported within depreciable capital assets under the discretely presented component units' column. Additional information on the Commonwealth's capital assets can be found in Note 13 to the basic financial statements that accompany this report.

**COMMONWEALTH'S CAPITAL ASSETS - PRIMARY GOVERNMENT**
**JUNE 30, 2011**
**(Expressed in thousands)**

|  | Governmental activities | | Business-type activities | |
|---|---:|---|---:|---|
| Land | $ | 867,215 | $ | - |
| Construction in progress |  | 1,117,079 |  | - |
| Buildings and building improvements, net |  | 5,118,329 |  | - |
| Equipment, furniture, fixtures, vehicles and software, net |  | 189,562 |  | 1,660 |
| Infrastructure, net |  | 474,505 |  | - |
| Total capital assets | $ | 7,766,690 | $ | 1,660 |

*Debt Administration*

General obligation bonds are backed by the full faith and credit of the Commonwealth, including the Commonwealth's power to levy additional taxes to help ensure repayment of the debt.

The Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit, and taxing power of the Commonwealth are not to be issued if the amount of the principal of, and interest on, such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenue raised under the provisions of Commonwealth legislation and conveyed into the treasury (internal revenues) in the two fiscal years preceding the current fiscal year. Section 2, Article VI of the Constitution of the Commonwealth does not limit the amount of debt that the Commonwealth may guarantee as long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. At June 30, 2011, the Commonwealth is in compliance with the debt limitation requirement.

The Commonwealth's policy has been and continues to be to prudently manage such debt within the constitutional limitation. Debt of municipalities, other than bond anticipation notes, is supported by real and personal property taxes and municipal license taxes. Debt of public corporations, other than bond anticipation notes, is generally supported by the revenues of such corporations from rates charged for services or products. However, certain debt of public corporations is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes.

Internal revenues consist principally of income taxes, property taxes, sales and use taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Treasury Department of Puerto Rico and motor vehicle fuel taxes and license fees, which are allocated to the Highways and Transportation Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the sales and use tax allocated to COFINA is not included as internal revenues since the legislation that created COFINA transferred ownership of such portion of the sales and use tax to COFINA and provided that such portion was not available resources under the Constitutional provisions relating to full faith and credit bonds.

The Commonwealth's general obligation and appropriation debt is currently rated "Baa1" by Moody's Investors Service ("Moody's"), "BBB" by Standard & Poor's Ratings Services ("S&P"), and "BBB+" by Fitch, Inc. ("Fitch").

**OTHER MATTERS**

***Insurance matters*** – Government owned property is insured through policies obtained by the Secretary of the Treasury and through self-insured, except for property owned by the Puerto Rico Electric Power Authority and the Puerto Rico Aqueduct and Sewer Authority, whose properties are insured through arrangements and policies obtained by the respective authorities. Personal injury against the Commonwealth is limited by law to $150,000 per occurrence.

***Differences between budget and basic financial statements***- Revenues and expenditures, as reported by the Treasury Department in its basic financial statements, may differ substantially from resources and appropriations in its annual budget for a number of reasons, including the following:

- The budgetary accounts are on a budgetary basis, while financial statements prepared by the Treasury Department include adjustments as required by government accounting standards.

- Expenditures for current purposes in a particular year may include amounts appropriated for earlier periods but not previously expended or amounts not budgeted for a particular fiscal year, but expended during that year, and, conversely, may exclude amounts appropriated for such fiscal year but not expended until later periods.

- Bonds are authorized by the Commonwealth in accordance with a four year capital improvement program. Since bond sale are determined by bond market conditions and other factors, the amounts for bonds sold for these improvements are financed by advances from the General Fund to the Capital Projects Fund, which are later reimbursed from proceeds of a bond or notes sales.

***Derivative Instruments*** – The Commonwealth accounts for derivative instruments in accordance with GASB Statement No. 53, *Accounting and Financial Reporting for Derivative Instruments*. Derivative instruments such as interest rate and commodity swaps, interest rate locks, options (caps, floors, and collars), swap options, forward contracts, and futures contracts are entered into by governments as investments; as hedges of identified financial risks associated with assets or liabilities, or expected transactions (i.e., hedgeable items); to lower the costs of borrowings; to effectively fix cash flows or synthetically fix prices; or to offset the changes in fair value of hedgeable items. Certain derivative instruments, with the exception of synthetic guaranteed investment contracts that are fully benefit-responsive, are reported at fair value by governments in their government-wide financial statements. The changes in fair value of hedging derivative instruments do not affect investment revenue but are reported as deferrals. Alternatively, the changes in fair value of investment derivative instruments (which include ineffective hedging derivative instruments) are reported as part of investment revenue in the current reporting period. Effectiveness is determined by considering whether the changes in cash flows or fair values of the potential hedging derivative instrument substantially offset the changes in cash flows or fair values of the hedgeable item. As of June 30, 2011, the outstanding notional amount of the Commonwealth's various swap agreements was $3.8 billion.

**GLOBAL ECONOMIC FACTORS AFFECTING THE COMMONWEALTH**

The Commonwealth's economy is recovering from a recession that began in the fourth quarter of fiscal year 2006. Although Puerto Rico's economy is closely linked to the United States economy, in recent fiscal years the performance of the Puerto Rico economy has not been consistent with the performance of the United States economy. For fiscal years 2007, 2008, 2009 and 2010 Puerto Rico's real gross national product decreased by 1.2%, 2.9%, 4.0% and 3.8%, respectively, while the United States real gross domestic product grew at a rate of 1.8% and 2.7% during fiscal years 2007 and 2008, respectively, contracted during fiscal year 2009 at a rate of 3%, and grew by 0.9% in fiscal year 2010. According to the Puerto Rico Planning Board's (the "Planning Board") latest projections made in March 2011, which take into account the preliminary results

for fiscal year 2010, the economic impact of the disbursement of funds from the American Recovery and Reinvestment Act of 2009 ("ARRA"), and other economic factors, it is projected that the real gross national product for fiscal year 2011 contracted by 1%. The real gross national product for fiscal year 2012, however, is forecasted to grow by 0.7%.

The Planning Board's revised forecast for fiscal year 2011 took into account the estimated effects on the Puerto Rico economy of the Government's fiscal stabilization plan, the impact of the initial phase of the tax reform, the disbursement of funds from ARRA, the continuation of the fiscal stabilization plan, and the activity expected to be generated from the Government's local stimulus package. The revised forecast also considered the effect on the Puerto Rico economy of general and global economic conditions, the U.S. economy, the volatility of oil prices, interest rates and the behavior of local exports, including expenditures by visitors. The Planning Board's forecast for fiscal year 2012 projects an increase in gross national product of 0.7% in constant dollars. The Planning Board's forecast for fiscal year 2012 took into account the estimated effect of the projected growth of the U.S. economy, tourism activity, personal consumption expenditures, federal transfers to individuals and the acceleration of investment in construction due to the Government's local stimulus package and the establishment of public-private partnerships. It also took into account the disbursement of the remaining ARRA funds, and the continuation of the implementation of the tax reform.

The United States economy started the contraction in fiscal year 2009 principally due to the downturn in the housing market and the world-wide financial crisis, which continued affecting fiscal years 2010 and 2011. These crises have made it more difficult for U.S. businesses and consumers to access credit, and have significantly reduced the value of financial assets. As a result of the declines in home values and assets prices, the U.S. Federal Reserve reported that the net worth of American households was reduced by nearly $11 trillion. These developments in the United States have had a significant and negative impact on the Commonwealth's economy. In addition, other variables contributing to the decrease of the Commonwealth's gross national product was the continuous contraction of the manufacturing and construction sectors, the volatility of oil prices experienced during the last years, and the budgetary pressures on government finances.

In terms of budgetary pressures, the Commonwealth has experienced a structural deficiency between recurring government revenues and expenditures. Prior to the current fiscal year, the government bridged the deficit resulting from the structural deficiency through the use of non-recurring measures, such as borrowing from GDB or in the bond market, postponing the payment of various government expenses, such as payments to suppliers and utilities providers, and other onetime measures such as the use of derivatives and borrowings collateralized with government owned real estate. However, during 2009, the current administration took over the Commonwealth and implemented the Fiscal Stabilization Plan and the Economic Reconstruction Plan, among other initiatives, as fully explained before on this MD&A under the heading "General Fund Financial Analysis".

Due to the Commonwealth dependence on oil for power generation and the level of consumption of gasoline by Puerto Rico residents, the high level of oil prices accounted for an increased outflow of local income during the last years. Oil accounts for approximately 70% of Puerto Rico's energy resources and each $10 increase in the average price of oil costs the Puerto Rico economy approximately $750 million annually and could lower Puerto Rico's economic growth by 0.6%. Although the situation improved significantly during fiscal year 2009, oil prices remained volatile during fiscals 2010 and 2011. During 2009, the current administration adopted an energy-diversification policy that includes a conversion to alternate energy sources, such as natural gas, whose cost is much lower and stable than oil. The Commonwealth, under the actual capital improvement program, has a multi-million dollar new natural gas pipeline project under development, among other new energy sources alternatives.

The dominant sectors of the Puerto Rico economy in terms of production and income are manufacturing and services. The manufacturing sector has undergone fundamental changes over the years as a result of increased

emphasis on higher-wage, high-technology industries, such as pharmaceuticals, biotechnology, computers, microprocessors, professional and scientific instruments, and certain high technology machinery and equipment. The service sector, which includes finance, insurance, real estate, wholesale and retail trade, transportation, communications and public utilities, and other services, plays a major role in the economy. It ranks second to manufacturing in contribution to gross domestic product and leads all sectors in providing employment.

Construction represents a relatively small segment of the economy compared to other sectors. However, it has made significant contributions to the growth of economic activity due to its multiplier effect on the whole economy. Since its peak in fiscal year 2000, real construction investment has declined at an average annual growth rate of 8.7%. Such rates of interest started to decrease significantly in fiscal year 2005, as a consequence of the current contraction of the local economic activity. During the last four fiscal years (from fiscal year 2007 to 2010) real construction investment decreased at an average annual rate of 17.0%. During the same time period, the total value of construction permits, in current dollars, decreased at an average annual rate of 16.8%. Public investment has been an important component of construction investment. During fiscal year 2010, approximately 49.3% of the total investment in construction was related to public projects, which represents an increase in its share of total construction investment compared to 37.9% in fiscal year 2000.

Most of the external factors that affect the Puerto Rico economy (other than oil prices) are determined by the policies and performance of the United States economy. These external factors include exports, direct investment, the amount of federal transfer payments, the level of interest rates, the rate of inflation, and tourist expenditures. During fiscal year 2010, approximately 68.1% of Puerto Rico's exports went to the United States mainland, which was also the source of approximately 51.2% of Puerto Rico's imports. In fiscal year 2010, Puerto Rico experienced a positive merchandise trade balance of $20.8 billion.

According to the Household Survey, the number of persons employed in Puerto Rico during fiscal year 2011 averaged 1,077,000, a decrease of 2.3% compared to previous fiscal year; and the unemployment rate averaged 15.9%. At January 31, 2012, the Household Survey reported 1,096,000 persons employed in Puerto Rico and an unemployment rate of 15.1%.

**Requests for Information**

This financial report is designed to provide a general overview of the Commonwealth's finances for all of the Commonwealth's residents, taxpayers, customers, investors, and creditors. This financial report seeks to demonstrate the Commonwealth's accountability for the money it receives. Questions concerning any of the information provided in this report or requests for additional information should be addressed to: Department of the Treasury of the Commonwealth of Puerto Rico, Área de Contabilidad Central, P.O. Box 9024140, San Juan, PR 00902-4140.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2011**
**(In thousands)**

|  | Primary Government | | | |
|---|---|---|---|---|
|  | Governmental Activities | Business-type Activities | Totals Primary Government | Component Units |
| ASSETS: | | | | |
| Cash and cash equivalents in commercial banks | $ 437,712 | $ 71,285 | $ 508,997 | $ 1,403,775 |
| Cash and cash equivalents in governmental banks | 298,086 | 75,274 | 373,360 | 339,659 |
| Cash and cash equivalents in U.S. Treasury — restricted | - | 339,666 | 339,666 | - |
| Investments | 136,943 | - | 136,943 | 4,819,694 |
| Collateral from securities lending transactions | - | - | - | 84,284 |
| Receivables — net of allowance for uncollectibles: | | | | |
| Income taxes | 1,317,030 | - | 1,317,030 | - |
| Sales and use tax | 96,652 | - | 96,652 | - |
| Unemployment and other insurance premiums | - | 54,013 | 54,013 | 41,493 |
| Intergovernmental | 321,733 | 845 | 322,578 | 31,712 |
| Accounts | 160,638 | - | 160,638 | 1,056,200 |
| Loans | 170,242 | - | 170,242 | 4,316,080 |
| Accrued interest | 1,374 | 1,649 | 3,023 | 254,142 |
| Other governmental entities | - | - | - | 382,285 |
| Other | 41,106 | 5,662 | 46,768 | 125,713 |
| Due from: | | | | |
| Primary government | - | - | - | 279,545 |
| Component units — net of allowance for doubtful | | | | |
| accounts amounting to $53.1 million in Governmental Activities | 58,330 | - | 58,330 | 280,709 |
| Other governmental entities | 7,091 | - | 7,091 | - |
| Internal balances | (35,746) | 35,746 | - | - |
| Inventories | 11,231 | - | 11,231 | 484,957 |
| Prepaid expenses | 24,459 | - | 24,459 | 33,733 |
| Other assets | 11,965 | - | 11,965 | - |
| Restricted assets: | | | | |
| Cash and cash equivalents in commercial banks | 302,560 | 1,343 | 303,903 | 1,464,882 |
| Cash and cash equivalents in governmental banks | 1,227,927 | 107,729 | 1,335,656 | 329,503 |
| Receivables | - | 4,568 | 4,568 | - |
| Loans receivable from component units | - | 413,449 | 413,449 | - |
| Investments | 1,081,420 | 35,157 | 1,116,577 | 5,318,568 |
| Other | 19,940 | 1,251 | 21,191 | 181,997 |
| Long-term investments | - | - | - | 1,453,866 |
| Long-term receivables from: | | | | |
| Loans | - | - | - | 166,012 |
| Other governmental entities | - | - | - | 81,069 |
| Other | - | - | - | 102,761 |
| Long-term amounts due from: | | | | |
| Primary government | - | - | - | 101,698 |
| Component units | - | - | - | 4,192,406 |
| Real estate held for sale or future development | 47,892 | - | 47,892 | 328,447 |
| Capital assets: | | | | |
| Land and other nondepreciable assets | 1,984,294 | - | 1,984,294 | 7,329,075 |
| Other capital assets (net of depreciation/amortization) | 5,782,396 | 1,660 | 5,784,056 | 22,947,964 |
| Deferred outflows of resources | 142,805 | - | 142,805 | 181,302 |
| Deferred expenses and other assets | 318,291 | 30,504 | 348,795 | 498,558 |
| TOTAL ASSETS | $13,966,371 | $1,179,801 | $15,146,172 | $58,612,089 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2011**
**(In thousands)**

|  | Primary Government | | | |
|  | Governmental Activities | Business-type Activities | Totals Primary Government | Component Units |
|---|---|---|---|---|
| LIABILITIES: | | | | |
| Accounts payable and accrued liabilities | $ 840,187 | $ 11,791 | $ 851,978 | $ 2,521,583 |
| Deposits and escrow liabilities | - | - | - | 6,221,831 |
| Tax refunds payable | 430,172 | - | 430,172 | - |
| Due to: | | | | |
| Primary government | - | - | - | 100,695 |
| Component units | 312,325 | - | 312,325 | 495,434 |
| Other governmental entities | 45,212 | 469 | 45,681 | 357,104 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | 1,141,703 |
| Interest payable | 655,792 | - | 655,792 | 635,368 |
| Deferred revenue | 324,751 | 24,789 | 349,540 | 108,815 |
| Insurance benefits payable | - | 86,338 | 86,338 | - |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | 363,304 |
| Termination benefits payable | 39,014 | - | 39,014 | - |
| Due to primary government — long-term portion | - | - | - | 424,228 |
| Due to component units — long-term portion | - | - | - | 3,977,681 |
| Due to other governmental entities — long-term portion | - | 249 | 249 | 139,953 |
| Securities lending transactions and reverse repurchase agreements — long-term portion | - | - | - | 50,800 |
| Deferred revenue — long-term portion | - | - | - | 12,194 |
| Liability for automobile accident insurance and workmen compensation claims — long-term portion | - | - | - | 587,315 |
| Hedging derivative instruments — interest rate swaps | 135,012 | - | 135,012 | 215,550 |
| Investment derivative instruments — interest rate swaps | 254,871 | - | 254,871 | - |
| Liabilities payable within one year: | | | | |
| Commonwealth appropriation bonds | - | - | - | 8,985 |
| Bonds | 374,027 | - | 374,027 | 740,192 |
| Notes | 191,857 | - | 191,857 | 816,849 |
| Capital leases | 5,606 | - | 5,606 | 1 |
| Compensated absences | 709,810 | 2,512 | 712,322 | 210,068 |
| Lottery prizes | - | 57,324 | 57,324 | - |
| Voluntary termination benefits payable | 34,386 | 470 | 34,856 | 32,374 |
| Other long-term liabilities | 258,589 | - | 258,589 | 185,135 |
| Liabilities payable after one year: | | | | - |
| Commonwealth appropriation bonds | 743,184 | - | 743,184 | 812,210 |
| Bonds | 28,752,109 | - | 28,752,109 | 20,796,465 |
| Notes | 1,558,017 | - | 1,558,017 | 6,851,955 |
| Capital leases | 223,968 | - | 223,968 | 99 |
| Net pension obligation | 9,325,352 | - | 9,325,352 | - |
| Net postemployment benefit obligation | 174,918 | - | 174,918 | - |
| Compensated absences | 720,755 | 2,300 | 723,055 | 358,449 |
| Lottery prizes | - | 161,162 | 161,162 | - |
| Voluntary termination benefits payable | 297,784 | 2,171 | 299,955 | 134,745 |
| Other long-term liabilities | 2,066,874 | - | 2,066,874 | 769,032 |
| Total liabilities | 48,474,572 | 349,575 | 48,824,147 | 49,070,117 |
| NET ASSETS (DEFICIT): | | | | |
| Invested in capital assets — net of related debt | 3,691,871 | 1,660 | 3,693,531 | 8,875,668 |
| Restricted for: | | | | |
| Trust — nonexpendable | - | - | - | 165,269 |
| Capital projects | 178,833 | - | 178,833 | 255,061 |
| Debt service | 1,241,779 | - | 1,241,779 | 890,192 |
| Lending activities | - | 509,316 | 509,316 | - |
| Payment of insurance benefits | - | 330,925 | 330,925 | - |
| Affordable housing and related loan insurance programs | 3,087 | - | 3,087 | 486,765 |
| Student loans and other educational purposes | - | - | - | 108,600 |
| Net assets in liquidation | 31,243 | - | 31,243 | - |
| Other | 612,340 | - | 612,340 | 119,381 |
| Unrestricted net assets (deficit) | (40,267,354) | (11,675) | (40,279,029) | (1,358,964) |
| TOTAL NET ASSETS (DEFICIT) | $(34,508,201) | $830,226 | $(33,677,975) | $ 9,541,972 |

See accompanying notes to basic financial statements.                                   (Concluded)

# COMMONWEALTH OF PUERTO RICO

## STATEMENT OF ACTIVITIES
## YEAR ENDED JUNE 30, 2011
## (In thousands)

| Functions | Expenses | Program Revenues | | | | Net (Expense) Revenue and Changes in Net Assets (Deficit) | | | |
| | | Charges for Services | Operating Grants and Contributions | Earnings on Investments | Capital Grants and Contributions | Primary Government | | | Component Units |
| | | | | | | Governmental Activities | Business-type Activities | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **PRIMARY GOVERNMENT:** | | | | | | | | | |
| **Governmental activities:** | | | | | | | | | |
| General government | $ 2,880,614 | $ 352,572 | $ 302,071 | $ - | $ - | $ (2,225,971) | $ - | $ (2,225,971) | $ - |
| Public safety | 2,205,782 | 46,868 | 56,550 | - | - | (2,102,364) | - | (2,102,364) | - |
| Health | 3,022,000 | 143,366 | 969,153 | - | - | (1,909,481) | - | (1,909,481) | - |
| Public housing and welfare | 3,937,901 | 39,718 | 3,328,651 | - | 397,517 | (172,015) | - | (172,015) | - |
| Education | 4,469,337 | 1,794 | 1,298,306 | - | - | (3,169,237) | - | (3,169,237) | - |
| Economic development | 517,921 | 47,687 | 51,579 | - | 60,208 | (358,447) | - | (358,447) | - |
| Payment of obligations of component units | 6,411 | - | - | - | - | (6,411) | - | (6,411) | - |
| Intergovernmental | 430,941 | - | - | - | - | (430,941) | - | (430,941) | - |
| Interest and other | 1,807,230 | - | - | - | - | (1,807,230) | - | (1,807,230) | - |
| Total governmental activities | 19,278,137 | 632,005 | 6,006,310 | - | 457,725 | (12,182,097) | - | (12,182,097) | - |
| **Business-type activities:** | | | | | | | | | |
| Unemployment insurance | 635,145 | 272,105 | 406,352 | - | - | - | 43,312 | 43,312 | - |
| Lotteries | 697,746 | 890,508 | - | - | - | - | 192,762 | 192,762 | - |
| Nonmajor proprietary funds | 40,044 | 30,111 | 44,337 | - | - | - | 34,404 | 34,404 | - |
| Total business-type activities | 1,372,935 | 1,192,724 | 450,689 | - | - | - | 270,478 | 270,478 | - |
| TOTAL PRIMARY GOVERNMENT | $20,651,072 | $1,824,729 | $6,456,999 | $ - | $457,725 | $(12,182,097) | $270,478 | $(11,911,619) | $ - |

- 50 -

(Continued)

# COMMONWEALTH OF PUERTO RICO

## STATEMENT OF ACTIVITIES
## YEAR ENDED JUNE 30, 2011
### (In thousands)

| Functions | Expenses | Program Revenues — Charges for Services | Program Revenues — Operating Grants and Contributions | Program Revenues — Earnings on Investments | Program Revenues — Capital Grants and Contributions | Net (Exp) Rev — Primary Government Governmental Activities | Net (Exp) Rev — Primary Government Business-type Activities | Net (Exp) Rev — Primary Government Total | Net (Exp) Rev — Component Units |
|---|---|---|---|---|---|---|---|---|---|
| **COMPONENT UNITS:** | | | | | | | | | |
| Government Development Bank for Puerto Rico | $ 882,487 | $ 642,504 | $279,609 | $ - | $ - | $ - | $ - | $ - | $ 39,626 |
| Puerto Rico Highways and Transportation Authority | 1,147,756 | 260,974 | - | - | 182,657 | - | - | - | (704,125) |
| Puerto Rico Electric Power Authority | 4,713,089 | 4,422,997 | - | - | 13,577 | - | - | - | (276,515) |
| Puerto Rico Aqueduct and Sewer Authority | 1,001,759 | 724,108 | - | - | 27,851 | - | - | - | (249,800) |
| University of Puerto Rico | 1,423,132 | 237,717 | 176,653 | - | 5,580 | - | - | - | (1,003,182) |
| Puerto Rico Health Insurance Administration | 2,017,294 | 764,426 | - | - | - | - | - | - | (1,252,868) |
| Nonmajor component units | 3,277,714 | 1,646,736 | 26,940 | 19,347 | 22,960 | - | - | - | (1,561,731) |
| TOTAL COMPONENT UNITS | $14,463,231 | $8,699,462 | $483,202 | $19,347 | $252,625 | | | | (5,008,595) |
| **GENERAL REVENUES:** | | | | | | | | | |
| Taxes: | | | | | | | | | |
| Income taxes | | | | | | 4,726,036 | - | 4,726,036 | |
| Sales and use tax | | | | | | 1,129,006 | - | 1,129,006 | |
| Excise taxes | | | | | | 2,106,784 | - | 2,106,784 | 335,907 |
| Other taxes | | | | | | 317,292 | - | 317,292 | |
| Revenue from global tobacco settlement agreement | | | | | | 71,097 | - | 71,097 | |
| Revenue from State Insurance Fund Corporation | | | | | | 51,179 | - | 51,179 | |
| Revenue from Puerto Rico Tourism Company | | | | | | 23,738 | - | 23,738 | |
| Revenue from Governing Board of 9-1-1 Services | | | | | | 9,693 | - | 9,693 | |
| Grants and contributions not restricted to specific programs | | | | | | - | - | - | 210,080 |
| Payments from primary government | | | | | | | | | 2,702,971 |
| Unrestricted investment earnings — net | | | | | | 71,144 | 17,900 | 89,044 | 298,710 |
| Other | | | | | | 163,184 | - | 163,184 | 117,264 |
| Transfers | | | | | | 230,551 | (230,551) | - | |
| Total general revenues and transfers | | | | | | 8,899,704 | (212,651) | 8,687,053 | 3,664,932 |
| CHANGE IN NET ASSETS (DEFICIT) | | | | | | (3,282,393) | 57,827 | (3,224,566) | (1,343,663) |
| NET ASSETS (DEFICIT) — Beginning of year (as restated) (Note 4) | | | | | | (31,225,808) | 772,399 | (30,453,409) | 10,885,635 |
| NET ASSETS (DEFICIT) — End of year | | | | | | $(34,508,201) | $ 830,226 | $(33,677,975) | $ 9,541,972 |

(Concluded)

See accompanying notes to basic financial statements.

- 51 -

# COMMONWEALTH OF PUERTO RICO

## BALANCE SHEET — GOVERNMENTAL FUNDS
### JUNE 30, 2011
### (In thousands)

| ASSETS | General | Pledged Sales and Use Tax | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|---|
| CASH AND CASH EQUIVALENTS IN COMMERCIAL BANKS | $ 389,878 | $ - | $ 13,136 | $ - | $ - | $ 34,698 | $ 437,712 |
| CASH AND CASH EQUIVALENTS IN GOVERNMENTAL BANKS | 46,006 | - | 228,654 | - | - | 23,426 | 298,086 |
| INVESTMENTS | - | - | - | - | - | 136,943 | 136,943 |
| RECEIVABLES: | | | | | | | |
| Income taxes | 1,317,030 | - | - | - | - | - | 1,317,030 |
| Sales and use tax | - | 96,652 | - | - | - | - | 96,652 |
| Intergovernmental | 294,529 | - | 27,204 | - | - | - | 321,733 |
| Accounts | 159,049 | - | - | - | - | 1,589 | 160,638 |
| Loans | 170,203 | - | - | - | - | 39 | 170,242 |
| Accrued interest | 777 | - | 145 | - | - | 452 | 1,374 |
| Other | - | - | - | - | - | 41,106 | 41,106 |
| DUE FROM: | | | | | | | |
| Other funds | 42,311 | - | - | - | - | 104,364 | 146,675 |
| Component units | 24,593 | - | - | - | - | 33,737 | 58,330 |
| Other governmental entities | 648 | - | - | - | - | 6,443 | 7,091 |
| OTHER ASSETS | 11,965 | - | - | - | - | - | 11,965 |
| RESTRICTED ASSETS: | | | | | | | |
| Cash and cash equivalents in commercial banks | 50,044 | - | 5,384 | - | 4,973 | 242,159 | 302,560 |
| Cash and cash equivalents in governmental banks | 112,242 | - | 494,989 | 347,701 | 14,788 | 258,207 | 1,227,927 |
| Investments | 435,837 | - | - | 156,894 | 488,689 | - | 1,081,420 |
| Due from other funds | - | - | - | - | 96,652 | - | 96,652 |
| Other restricted assets | 19,200 | - | - | - | 740 | - | 19,940 |
| REAL ESTATE HELD FOR SALE OR FUTURE DEVELOPMENT | 42,955 | - | - | - | - | 4,937 | 47,892 |
| TOTAL ASSETS | $3,117,267 | $96,652 | $769,512 | $504,595 | $605,842 | $888,100 | $5,981,968 |

(Continued)

- 52 -

# COMMONWEALTH OF PUERTO RICO

## BALANCE SHEET — GOVERNMENTAL FUNDS
### JUNE 30, 2011
### (In thousands)

| | General | Pledged Sales and Use Tax | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|---|
| **LIABILITIES AND FUND BALANCES (DEFICIT)** | | | | | | | |
| **LIABILITIES:** | | | | | | | |
| Accounts payable and accrued liabilities | $ 792,442 | $ - | $ - | $ 24 | $ - | $ 44,300 | $ 836,766 |
| Tax refunds payable | 430,172 | | | | | - | 430,172 |
| Due to: | | | | | | | |
| Other funds | 180,737 | 96,652 | - | - | - | 1,684 | 279,073 |
| Other governmental entities | 16,247 | - | - | - | - | 28,965 | 45,212 |
| Component units | 287,308 | - | - | - | - | 25,017 | 312,325 |
| Notes payable | 32,179 | - | - | - | - | - | 32,179 |
| Bonds payable | - | - | 252,605 | - | - | 81,002 | 333,607 |
| Interest payable | 148,026 | - | 221,278 | - | - | 82,219 | 451,523 |
| Deferred revenue | 1,417,120 | - | - | - | - | 129,493 | 1,546,613 |
| Termination benefits payable | 39,014 | - | - | - | - | - | 39,014 |
| Other current liabilities | 25,082 | - | - | - | - | 2,364 | 27,446 |
| Total liabilities | 3,368,327 | 96,652 | 473,883 | 24 | - | 395,044 | 4,333,930 |
| **FUND BALANCES (DEFICIT):** | | | | | | | |
| Nonspendable | 17,747 | - | - | - | - | - | 17,747 |
| Spendable: | | | | | | | |
| Restricted | 551,699 | - | 26,490 | 504,571 | 605,842 | 378,680 | 2,067,282 |
| Committed | 629,591 | - | 269,139 | - | - | 39,624 | 938,354 |
| Assigned | 14,512 | - | - | - | - | 74,752 | 89,264 |
| Unassigned | (1,464,609) | - | - | - | - | - | (1,464,609) |
| Total fund balances (deficit) | (251,060) | - | 295,629 | 504,571 | 605,842 | 493,056 | 1,648,038 |
| TOTAL LIABILITIES AND FUND BALANCES (DEFICIT) | $ 3,117,267 | $96,652 | $769,512 | $504,595 | $605,842 | $888,100 | $ 5,981,968 |

(Concluded)

See accompanying notes to basic financial statements.

- 53 -

## COMMONWEALTH OF PUERTO RICO

**RECONCILIATION OF THE BALANCE SHEET TO THE STATEMENT OF
NET ASSETS (DEFICIT) — GOVERNMENTAL FUNDS
JUNE 30, 2011
(In thousands)**

| | |
|---|---:|
| TOTAL FUND BALANCE OF GOVERNMENTAL FUNDS | $   1,648,038 |
| AMOUNTS REPORTED FOR GOVERNMENTAL ACTIVITIES IN THE STATEMENT OF NET ASSETS (DEFICIT) ARE DIFFERENT THAN THE AMOUNTS REPORTED IN THE GOVERNMENTAL FUNDS BECAUSE: | |
| Inventories and prepaid expenses that are not reported in governmental funds and are reported in the statement of net assets (deficit) | 35,690 |
| Deferred outflows of resources | 142,805 |
| Capital assets used in governmental activities are not financial resources and therefore are not reported in the funds | 7,766,690 |
| Deferred revenue reported in the governmental funds are recognized as revenue in the governmental activities | 1,221,862 |
| Debt issued by the Commonwealth have associated costs that are paid from current available resources in the funds. However, these costs are deferred in the statement of net assets (deficit) | 318,291 |
| Long-term liabilities are not due and payable in the current period and therefore are not reported in the funds: | |
| Accounts payable and accrued liabilities | (3,421) |
| Voluntary termination benefits payable | (332,170) |
| Derivative instruments interest rate swaps | (389,883) |
| Appropriation bonds | (743,184) |
| Bonds payable | (28,792,529) |
| Notes payable | (1,717,695) |
| Capital leases payable | (229,574) |
| Compensated absences | (1,430,565) |
| Net pension obligation | (9,325,352) |
| Net postemployment benefit obligation | (174,918) |
| Interest payable | (204,269) |
| Other long-term liabilities | (2,298,017) |
| TOTAL NET DEFICIT OF GOVERNMENTAL ACTIVITIES | $(34,508,201) |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCES (DEFICIT)**
**GOVERNMENTAL FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | General | Pledged Sales and Use Tax | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | |
| Taxes: | | | | | | | |
| Income taxes | $ 4,749,942 | $ - | $ - | $ - | $ - | $ - | $ 4,749,942 |
| Sales and use tax | 555,990 | 573,016 | - | - | - | - | 1,129,006 |
| Excise taxes | 2,106,784 | - | - | - | - | - | 2,106,784 |
| Property taxes | 241,719 | - | - | - | - | - | 241,719 |
| Other taxes | 83,589 | - | - | - | - | - | 83,589 |
| Charges for services | 632,005 | - | - | - | - | - | 632,005 |
| Revenue from global tobacco settlement agreement | 71,097 | - | - | - | - | - | 71,097 |
| Revenues from component units | 84,610 | - | - | - | - | - | 84,610 |
| Intergovernmental | 6,002,950 | - | 122,187 | - | - | 1,075 | 6,126,212 |
| Interest and investment earnings | 22,138 | - | 1,433 | 554 | 796 | 3,608 | 28,529 |
| Other | 200,029 | - | - | - | 7,738 | 2,627 | 210,394 |
| Total revenues | 14,750,853 | 573,016 | 123,620 | 554 | 8,534 | 7,310 | 15,463,887 |
| | | | | | | | |
| **EXPENDITURES:** | | | | | | | |
| Current: | | | | | | | |
| General government | 1,145,340 | - | - | 63 | 39 | 139,436 | 1,284,878 |
| Public safety | 2,044,398 | - | - | - | - | - | 2,044,398 |
| Health | 2,928,477 | - | - | - | - | 4,359 | 2,932,836 |
| Public housing and welfare | 3,734,850 | - | - | - | - | 1,254 | 3,736,104 |
| Education | 4,450,805 | - | - | - | - | 2,527 | 4,453,332 |
| Economic development | 460,878 | - | - | - | - | 108 | 460,986 |
| Payment of obligations of component units | - | - | - | 6,411 | - | - | 6,411 |
| Intergovernmental | 429,702 | - | - | - | - | 469 | 430,171 |
| Capital outlays | 227,003 | - | - | - | - | 225,479 | 452,482 |
| Debt service: | | | | | | | |
| Principal | 658,752 | - | 1,081,697 | - | - | 105,336 | 1,845,785 |
| Interest | 312,462 | - | 523,040 | - | 540,574 | 206,114 | 1,582,190 |
| Other — debt issuance costs | - | - | 19,797 | - | - | - | 19,797 |
| Total expenditures | 16,392,667 | - | 1,624,534 | 6,474 | 540,613 | 685,082 | 19,249,370 |
| | | | | | | | |
| **EXCESS (DEFICIENCY) OF REVENUES OVER (UNDER) EXPENDITURES** | (1,641,814) | 573,016 | (1,500,914) | (5,920) | (532,079) | (677,772) | (3,785,483) |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCES (DEFICIT)**
**GOVERNMENTAL FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | General | Pledged Sales and Use Tax | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|---|
| OTHER FINANCING SOURCES (USES): | | | | | | | |
| Transfers in | $ 2,443,735 | $    - | $   722,456 | $ 1,167,924 | $   573,016 | $ 797,448 | $ 5,704,579 |
| Transfers out | (1,069,590) | (573,016) | (658,146) | (1,557,605) | (1,167,924) | (447,747) | (5,474,028) |
| Proceeds from long term debt issued | 559,626 | - | 544,675 | - | 327,512 | 252,322 | 1,684,135 |
| Issuance of refunding bonds | - | - | 1,364,475 | - | - | - | 1,364,475 |
| Payments to refunded bonds escrow agent | - | - | (483,515) | - | - | - | (483,515) |
| Sale of capital assets | 4,081 | - | - | - | - | - | 4,081 |
| Discount on bonds issued | - | - | (20,253) | - | - | - | (20,253) |
| Capital leases | 198 | - | - | - | - | - | 198 |
| Termination fee on swap agreements | - | - | (23,854) | - | - | - | (23,854) |
| Total other financing sources (uses) | 1,938,050 | (573,016) | 1,445,838 | (389,681) | (267,396) | 602,023 | 2,755,818 |
| NET CHANGE IN FUND BALANCES (DEFICIT) | 296,236 | - | (55,076) | (395,601) | (799,475) | (75,749) | (1,029,665) |
| FUND BALANCES (DEFICIT) — Beginning of of year, as restated | (547,296) | - | 350,705 | 900,172 | 1,405,317 | 568,805 | 2,677,703 |
| FUND BALANCES (DEFICIT) — End of year | $   (251,060) | $    - | $   295,629 | $   504,571 | $   605,842 | $ 493,056 | $ 1,648,038 |

See accompanying notes to basic financial statements. (Concluded)

# COMMONWEALTH OF PUERTO RICO

**RECONCILIATION OF THE STATEMENT OF REVENUES, EXPENDITURES, AND
CHANGES IN FUND BALANCES (DEFICIT) TO THE STATEMENT
OF ACTIVITIES-GOVERNMENTAL FUNDS
YEAR ENDED JUNE 30, 2011**
**(In thousands)**

NET CHANGE IN FUND BALANCES (DEFICIT) — Total governmental funds $(1,029,665)

AMOUNTS REPORTED FOR GOVERNMENTAL ACTIVITIES IN THE
 STATEMENT OF ACTIVITIES ARE DIFFERENT BECAUSE:
 Governmental funds report capital outlays as expenditures. However, in the statement
  of activities, the cost of those assets is allocated over their estimated useful lives and
  reported as depreciation and amortization expense.  In the current period, these amounts are:

| | | |
|---|---:|---:|
| Capital outlays | 452,482 | |
| Less: depreciation and amortization expense | (264,692) | 187,790 |

The net effect of various transactions involving capital assets (i.e. sales,
 trade-ins, and donations) is to increase net assets. 185,099

The issuance of long-term debt (e.g. bonds, notes) provides current financial
 resources to governmental funds, while the repayment of the principal of long-term
 debt consumes the current financial resources of governmental funds. Neither
 transaction, however, has any effect on net assets. Also, governmental funds
 report the effect of issuance costs, premiums, discounts, and similar items when
 debt is first issued, whereas these amounts are deferred and amortized in the
 statement of activities.  This amount is the net effect of these differences in the
 treatment of long-term debt and related items.

| | | |
|---|---:|---:|
| Proceeds from issuance of long-term debt | (2,950,271) | |
| Principal payments of long-term debt | 2,300,370 | |
| Other | (179,309) | (829,210) |

Bond issuance costs are expenditures in governmental funds, but are deferred assets in the
 statement of net assets (deficit). (4,651)

Some revenues in the statement of activities do not provide current financial resources,
 and therefore, are deferred in governmental funds. Also, revenues related to prior periods
 that became available during the current period are reported in governmental funds but
 are eliminated in statement of activities. This amount is the net adjustment. (49,421)

Some expenses reported in the statement of activities do not require the use of current
 financial resources and, therefore, are not reported as expenditures in governmental funds. (1,783,801)

Changes in fair value of investment derivative instruments do not require the use of current
 financial resources and, therefore, are not reported as investment revenue in
 governmental funds. 42,615

Generally, inventory and prepayments are recorded as expenditures in the
 governmental funds when purchased rather than capitalized as an asset.
 However, these assets are capitalized in the statement of net assets (deficit). (1,149)

CHANGE IN NET ASSETS (DEFICIT) OF GOVERNMENTAL ACTIVITIES $(3,282,393)

See accompanying notes to basic financial statements.

## COMMONWEALTH OF PUERTO RICO

**STATEMENT OF REVENUES AND EXPENDITURES — BUDGET AND ACTUAL —**
**BUDGET BASIS — GENERAL FUND**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---|---|---|
| REVENUES: | | | |
| Income taxes | $  5,374,500 | $  4,912,500 | $  4,909,212 |
| Property taxes | 340,000 | 238,000 | 241,719 |
| Excise taxes | 860,000 | 1,532,000 | 1,576,940 |
| Other taxes | 82,000 | 82,000 | 83,327 |
| Sales and use taxes | 604,000 | 555,000 | 553,020 |
| Charges for services | 231,000 | 191,000 | 228,003 |
| Intergovernmental | 344,000 | 341,000 | 333,031 |
| Revenues from component units | 54,000 | 24,000 | 23,738 |
| Other | 43,000 | 43,000 | 44,829 |
| Total revenues | 7,932,500 | 7,918,500 | 7,993,819 |
| EXPENDITURES — Current: | | | |
| General government | 1,409,914 | 1,458,443 | 1,410,070 |
| Public safety | 1,886,318 | 1,929,538 | 1,947,739 |
| Health | 1,501,706 | 1,628,061 | 1,654,661 |
| Public housing and welfare | 458,976 | 467,814 | 466,226 |
| Education | 2,951,861 | 2,970,843 | 2,800,677 |
| Economic development | 368,293 | 395,139 | 417,853 |
| Intergovernmental | 371,619 | 370,869 | 378,243 |
| Total expenditures | 8,948,687 | 9,220,707 | 9,075,469 |
| DEFICIENCY OF REVENUES UNDER EXPENDITURES | (1,016,187) | (1,302,207) | (1,081,650) |
| OTHER FINANCING SOURCES (USES): | | | |
| Notes payable issued | - | - | 559,626 |
| Transfer in from COFINA | 1,061,000 | 1,381,020 | 1,551,965 |
| Transfer in from Debt Service Fund and Lotteries Fund | 156,000 | 122,000 | 861,515 |
| Transfer out and other payments for debt service | (200,813) | (200,813) | (1,547,564) |
| Total other financing sources (uses) | 1,016,187 | 1,302,207 | 1,425,542 |
| EXCESS OF REVENUES AND OTHER FINANCING SOURCES OVER EXPENDITURES AND OTHER FINANCING USES | $        - | $        - | $     343,892 |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF NET ASSETS (DEFICIT) — PROPRIETARY FUNDS**
**JUNE 30, 2011**
**(In thousands)**

| | Business-Type Activities — Enterprise Funds | | | |
| --- | --- | --- | --- | --- |
| | Unemployment Insurance | Lotteries | Other Proprietary | Total Proprietary |
| ASSETS: | | | | |
| Current assets: | | | | |
| Cash and cash equivalents in commercial banks | $ - | $ 71,224 | $ 61 | $ 71,285 |
| Cash and cash equivalents in governmental banks | - | 13,422 | 61,852 | 75,274 |
| Cash and cash equivalents in commercial banks — restricted | 870 | - | 473 | 1,343 |
| Cash and cash equivalents in governmental banks — restricted | 15,852 | - | 91,877 | 107,729 |
| Cash and cash equivalents in U.S. Treasury — restricted | 339,666 | - | - | 339,666 |
| Insurance premiums receivables — net | 50,143 | - | 3,870 | 54,013 |
| Intergovernmental receivable | 845 | - | - | 845 |
| Due from other funds | - | - | 2,682 | 2,682 |
| Loans receivable from component unit — restricted | - | - | 16,547 | 16,547 |
| Accrued interest receivable | 1,337 | - | 312 | 1,649 |
| Other receivables | 39 | 5,586 | 37 | 5,662 |
| Restricted receivables | - | - | 4,568 | 4,568 |
| Total current assets | 408,752 | 90,232 | 182,279 | 681,263 |
| Noncurrent assets: | | | | |
| Loans receivable from component unit — restricted | - | - | 396,902 | 396,902 |
| Due from other funds | - | 55,575 | 18,116 | 73,691 |
| Restricted investments | - | - | 35,157 | 35,157 |
| Capital assets — net | - | 1,660 | - | 1,660 |
| Other noncurrent assets | - | 30,504 | - | 30,504 |
| Other restricted assets | - | - | 1,251 | 1,251 |
| Total assets | 408,752 | 177,971 | 633,705 | 1,220,428 |
| LIABILITIES AND NET ASSETS (DEFICIT): | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities | - | 9,141 | 2,650 | 11,791 |
| Due to other funds | 16,729 | 23,095 | 803 | 40,627 |
| Due to other governmental entities | - | - | 469 | 469 |
| Deferred revenue | 10,513 | 12,206 | 2,070 | 24,789 |
| Compensated absences | - | 1,629 | 883 | 2,512 |
| Lottery prizes | - | 57,324 | - | 57,324 |
| Termination benefits | - | 470 | - | 470 |
| Insurance benefits payable | 85,783 | - | 555 | 86,338 |
| Total current liabilities | 113,025 | 103,865 | 7,430 | 224,320 |
| Noncurrent liabilities: | | | | |
| Due to other governmental entities | - | - | 249 | 249 |
| Lottery prizes, excluding current portion | - | 161,162 | - | 161,162 |
| Compensated absences, excluding current portion | - | 1,071 | 1,229 | 2,300 |
| Termination benefits | - | 2,171 | - | 2,171 |
| Total liabilities | 113,025 | 268,269 | 8,908 | 390,202 |
| NET ASSETS (DEFICIT): | | | | |
| Invested in capital assets — net of related debt | - | 1,660 | - | 1,660 |
| Restricted for payment of insurance benefits | 295,727 | - | 35,198 | 330,925 |
| Restricted for lending activities | - | - | 509,316 | 509,316 |
| Unrestricted | - | (91,958) | 80,283 | (11,675) |
| TOTAL NET ASSETS (DEFICIT) | $295,727 | $ (90,298) | $624,797 | $ 830,226 |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF REVENUES, EXPENSES, AND CHANGES IN FUND NET ASSETS (DEFICIT)**
**PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | Business-Type Activities — Enterprise Funds | | | |
| | Unemployment Insurance | Lotteries | Other Proprietary | Total Proprietary |
|---|---|---|---|---|
| OPERATING REVENUES: | | | | |
| Insurance premiums | $ 272,105 | $      - | $ 22,106 | $  294,211 |
| Lottery ticket sales | - | 890,088 | - | 890,088 |
| Interest | - | - | 8,005 | 8,005 |
| Other | - | 420 | - | 420 |
| Total operating revenues | 272,105 | 890,508 | 30,111 | 1,192,724 |
| OPERATING EXPENSES: | | | | |
| Insurance benefits | 635,145 | - | 3,413 | 638,558 |
| Lottery prizes | - | 560,464 | - | 560,464 |
| General, administrative, and other operating expenses | - | 137,282 | 16,933 | 154,215 |
| Total operating expenses | 635,145 | 697,746 | 20,346 | 1,353,237 |
| OPERATING INCOME (LOSS) | (363,040) | 192,762 | 9,765 | (160,513) |
| NONOPERATING REVENUES (EXPENSES): | | | | |
| Contributions from U.S. government | 406,352 | - | 44,337 | 450,689 |
| Contributions to component unit | - | - | (19,698) | (19,698) |
| Interest and investment earnings | 12,823 | 256 | 4,821 | 17,900 |
| Total nonoperating revenues | 419,175 | 256 | 29,460 | 448,891 |
| INCOME BEFORE TRANSFERS | 56,135 | 193,018 | 39,225 | 288,378 |
| TRANSFERS FROM OTHER FUNDS | - | - | 3,073 | 3,073 |
| TRANSFERS TO OTHER FUNDS | (51,205) | (179,175) | (3,244) | (233,624) |
| NET CHANGE IN NET ASSETS (DEFICIT) | 4,930 | 13,843 | 39,054 | 57,827 |
| NET ASSETS (DEFICIT) — Beginning of year, as restated | 290,797 | (104,141) | 585,743 | 772,399 |
| NET ASSETS (DEFICIT) — End of year | $ 295,727 | $  (90,298) | $624,797 | $  830,226 |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF CASH FLOWS — PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | Business-Type Activities — Enterprise Funds | | | |
| | Unemployment Insurance | Lotteries | Other Proprietary | Total Proprietary |
|---|---|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | | | | |
| Receipts from customers and users | $ 282,624 | $ 890,717 | $ 22,125 | $1,195,466 |
| Other receipts | - | 153 | 3 | 156 |
| Payments to suppliers | - | (56,448) | (8,401) | (64,849) |
| Payments to employees | - | (75,839) | (8,199) | (84,038) |
| Payments of lottery prizes | - | (565,880) | - | (565,880) |
| Payments of insurance benefits | (665,838) | - | (3,731) | (669,569) |
| Other payments | - | - | (520) | (520) |
| Net cash provided by (used in) operating activities | (383,214) | 192,703 | 1,277 | (189,234) |
| CASH FLOWS FROM NONCAPITAL FINANCING ACTIVITIES: | | | | |
| Intergovernmental grants and contributions | 406,737 | - | 44,337 | 451,074 |
| Contributions to component unit | - | - | (19,698) | (19,698) |
| Transfers from other funds | - | - | 3,307 | 3,307 |
| Transfers to other funds | (52,783) | (203,369) | (3,244) | (259,396) |
| Net cash provided by (used in) noncapital financing activities | 353,954 | (203,369) | 24,702 | 175,287 |
| CASH FLOWS FROM CAPITAL AND RELATED FINANCING ACTIVITIES — Capital expenditures | - | (603) | - | (603) |
| CASH FLOWS FROM INVESTING ACTIVITIES: | | | | |
| Interest collected on deposits, investments and loans | 12,823 | 256 | 8,722 | 21,801 |
| Loans originated | - | - | (56,144) | (56,144) |
| Principal collected on loans | - | - | 18,605 | 18,605 |
| Proceeds from sales and maturities of investments | - | - | 7,851 | 7,851 |
| Purchases of investments | - | - | (8,491) | (8,491) |
| Net cash provided by (used in) investing activities | 12,823 | 256 | (29,457) | (16,378) |
| NET DECREASE IN CASH AND CASH EQUIVALENTS | (16,437) | (11,013) | (3,478) | (30,928) |
| CASH AND CASH EQUIVALENTS AT BEGINNING OF YEAR, AS RESTATED | 372,825 | 95,659 | 157,741 | 626,225 |
| CASH AND CASH EQUIVALENTS AT END OF YEAR | $ 356,388 | $ 84,646 | $154,263 | $ 595,297 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF CASH FLOWS — PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | Business-Type Activities — Enterprise Funds | | | |
| --- | --- | --- | --- | --- |
| | Unemployment Insurance | Lotteries | Other Proprietary | Total Proprietary |
| RECONCILIATION OF OPERATING INCOME (LOSS) TO NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES: | | | | |
| Operating income (loss) | $(363,040) | $ 192,762 | $   9,765 | $ (160,513) |
| | | | | |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities: | | | | |
| Interests earned on deposits, loans and investments | - | - | (8,002) | (8,002) |
| Depreciation | - | 473 | - | 473 |
| Changes in operating assets and liabilities: | | | | |
| (Increase) decrease in accounts and loans receivable | 18,478 | (1,035) | 1 | 17,444 |
| Decrease in in due from other funds | - | - | 7 | 7 |
| Increase in other assets | - | (212) | - | (212) |
| Decrease in other restricted assets | - | - | 118 | 118 |
| Increase in accounts payable and accrued liabilities | - | 2,510 | 706 | 3,216 |
| Decrease in due to other governmental entities | - | - | (515) | (515) |
| Decrease in obligation for unpaid lottery awards | - | (5,416) | - | (5,416) |
| Increase (decrease) in deferred revenues | (7,960) | 1,665 | (552) | (6,847) |
| Increase (decrease) in compensated absences | - | (685) | 67 | (618) |
| Increase in termination benefits payable | - | 2,641 | - | 2,641 |
| Decrease in liability for insurance benefits payable | (30,692) | - | (318) | (31,010) |
| | | | | |
| Total adjustments | (20,174) | (59) | (8,488) | (28,721) |
| | | | | |
| NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES | $(383,214) | $ 192,703 | $   1,277 | $ (189,234) |

See accompanying notes to basic financial statements.                    (Concluded)

## COMMONWEALTH OF PUERTO RICO

**STATEMENT OF FIDUCIARY NET ASSETS — FIDUCIARY FUNDS**
**JUNE 30, 2011**
**(In thousands)**

|  | Pension Trust | Special Deposits- Agency |
|---|---:|---:|
| ASSETS: |  |  |
| Cash and cash equivalents in commercial banks — unrestricted | $   495,293 | $   697,988 |
| Cash and cash equivalents in governmental banks: |  |  |
|   Unrestricted | 55,698 | 661,560 |
|   Restricted | 411,946 | - |
| Collateral for securities lending transactions | 208,475 | - |
| Investments: |  |  |
|   Debt and equity securities — at fair value | 4,261,593 | - |
|   Other | 91,087 | 1,270 |
| Receivables — net: |  |  |
|   Accounts | 190,299 | - |
|   Loans and advances | 1,682,890 | - |
|   Accrued interests and dividends | 11,839 | - |
|   Other | 62,252 | 9,393 |
| Capital assets — net | 31,155 | - |
| Other assets | 39,019 | - |
|     Total assets | 7,541,546 | 1,370,211 |
| LIABILITIES: |  |  |
| Accounts payable and accrued liabilities | 104,202 | 1,370,211 |
| Securities lending transactions | 208,475 | - |
| Interest payable | 13,876 | - |
| Other liabilities | 37,862 | - |
| Bonds payable | 3,003,482 | - |
|     Total liabilities | 3,367,897 | 1,370,211 |
| NET ASSETS — Held in trust for pension and other benefits | $4,173,649 | $          - |

See accompanying notes to basic financial statements.

## COMMONWEALTH OF PUERTO RICO

**STATEMENT OF CHANGES IN FIDUCIARY NET ASSETS — PENSION TRUST FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | |
|---|---:|
| ADDITIONS: | |
| Contributions: | |
| Sponsor | $ 633,744 |
| Participants | 448,094 |
| Special | 236,884 |
| Total contributions | 1,318,722 |
| | |
| Investment income and investment expense: | |
| Interest | 231,143 |
| Dividends | 14,435 |
| Net change in fair value of investments | 906,927 |
| Investment expenses | (11,327) |
| Net investment income | 1,141,178 |
| | |
| Other income | 50,235 |
| Total additions | 2,510,135 |
| | |
| DEDUCTIONS: | |
| Pension and other benefits | 1,910,014 |
| Refunds of contributions | 99,660 |
| General and administrative | 79,848 |
| Interest on bonds payable | 189,342 |
| Total deductions | 2,278,864 |
| | |
| NET CHANGE IN NET ASSETS HELD IN TRUST FOR PENSION AND OTHER BENEFITS | 231,271 |
| | |
| NET ASSETS HELD IN TRUST FOR PENSION AND OTHER BENEFITS: | |
| Beginning of year | 3,942,378 |
| | |
| End of year | $4,173,649 |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

## COMBINING STATEMENT OF NET ASSETS (DEFICIT) — MAJOR COMPONENT UNITS
## JUNE 30, 2011
## (In thousands)

| | Major Component Units | | | | | | Major Component Units Totals | Nonmajor Component Units Totals | All Component Units Totals |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ASSETS | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | | | |
| **CURRENT ASSETS:** | | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 649,956 | $ 24,354 | $ 64,845 | $ 62,630 | $ 98,824 | $ 29,029 | $ 929,638 | $ 474,137 | $ 1,403,775 |
| Cash and cash equivalents in governmental banks | | 2,604 | 11 | - | 2,180 | 95,411 | 100,206 | 239,453 | 339,659 |
| Investments | 3,775,241 | - | - | - | 73,998 | - | 3,849,239 | 970,455 | 4,819,694 |
| Restricted assets: | | | | | | | | | |
| Cash and cash equivalents in commercial banks | 526,765 | - | - | - | 8,397 | - | 535,162 | 162,407 | 697,569 |
| Cash and cash equivalents in governmental banks | - | - | - | - | - | 1,321 | 1,321 | 225,907 | 227,228 |
| Investments | 565,404 | - | - | - | 54,650 | - | 620,054 | 128,690 | 748,744 |
| Other restricted assets | - | - | - | - | - | - | - | 30,578 | 30,578 |
| Collateral from securities lending transactions | - | - | - | - | - | - | - | - | - |
| Receivables — net: | | | | | | | | | |
| Insurance premium | - | - | - | - | - | - | - | 41,493 | 41,493 |
| Intergovernmental | - | - | - | 3,344 | 15,761 | - | 19,105 | 12,607 | 31,712 |
| Accounts | - | 1,966 | 705,712 | 89,651 | 49,938 | 25,129 | 872,396 | 183,804 | 1,056,200 |
| Loans and advances | 4,212,463 | - | - | - | - | - | 4,212,463 | 103,617 | 4,316,080 |
| Accrued interest | 231,028 | - | - | - | - | - | 231,028 | 23,114 | 254,142 |
| Other governmental entities | - | 3,998 | 230,190 | 39,624 | 10,712 | 24,409 | 308,933 | 73,352 | 382,285 |
| Other | - | - | - | - | 3,622 | - | 3,622 | 122,091 | 125,713 |
| Due from: | | | | | | | | | |
| Primary government | 18,628 | - | 67,656 | 14,173 | 40,843 | 71,501 | 212,801 | 66,744 | 279,545 |
| Component units | - | 3,810 | 178,910 | 20,141 | 17,350 | - | 220,211 | 60,498 | 280,709 |
| Inventories | - | - | 424,656 | 28,572 | 4,570 | - | 457,798 | 27,159 | 484,957 |
| Prepaid expenses | - | 5,395 | 6,130 | 4,104 | - | 80 | 15,709 | 18,024 | 33,733 |
| Total current assets | 9,979,485 | 42,127 | 1,671,980 | 264,265 | 384,949 | 246,880 | 12,589,686 | 3,048,414 | 15,638,100 |

(Continued)

- 65 -

# COMMONWEALTH OF PUERTO RICO

## COMBINING STATEMENT OF NET ASSETS (DEFICIT) — MAJOR COMPONENT UNITS
### JUNE 30, 2011
### (In thousands)

| ASSETS (Cont'd) | Major Component Units | | | | | | Major Component Units Totals | Nonmajor Component Units Totals | All Component Units Totals |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | | | |
| **NONCURRENT ASSETS:** | | | | | | | | | |
| Restricted assets: | | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ - | $ 2,943 | $ 545,697 | $ 166,930 | $ 4,802 | $ - | $ 720,372 | $ 46,941 | $ 767,313 |
| Cash and cash equivalents in governmental banks | - | 32,062 | - | 42,922 | - | - | 74,984 | 27,291 | 102,275 |
| Investments | 1,007,948 | 780,130 | 628,784 | - | 99,441 | - | 2,516,303 | 2,053,521 | 4,569,824 |
| Other restricted assets | 67,934 | 26,261 | - | - | - | - | 94,195 | 57,224 | 151,419 |
| Investments | - | - | - | - | - | - | - | 1,453,866 | 1,453,866 |
| Receivables: | | | | | | | | | |
| Loans, interest, and other | 1,882 | - | - | - | 3,313 | - | 3,313 | 162,699 | 166,012 |
| Other governmental entities | - | 138 | - | - | 64,986 | - | 67,006 | 14,063 | 81,069 |
| Other | - | - | 95,407 | - | - | - | 95,407 | 7,354 | 102,761 |
| Due from: | | | | | | | | | |
| Primary government | 64,278 | - | - | - | 24,720 | - | 88,998 | 12,700 | 101,698 |
| Component units | 4,131,043 | - | - | - | - | - | 4,131,043 | 61,363 | 4,192,406 |
| Real estate held for sale or future development | 126,641 | - | - | - | - | - | 126,641 | 201,806 | 328,447 |
| Capital assets, not being depreciated | 59,300 | 2,432,129 | 1,132,002 | 1,778,747 | 159,090 | - | 5,561,268 | 1,767,807 | 7,329,075 |
| Capital assets, depreciable — net | 11,750 | 8,664,984 | 5,680,600 | 5,433,273 | 811,634 | 167 | 20,602,408 | 2,345,556 | 22,947,964 |
| Deferred outflows of resources | - | 63,299 | 69,142 | - | - | - | 132,441 | 48,861 | 181,302 |
| Deferred expenses and other assets | 59,548 | 112,346 | 108,733 | 54,889 | 68,590 | - | 404,106 | 94,452 | 498,558 |
| Total noncurrent assets | 5,530,324 | 12,114,292 | 8,260,365 | 7,476,761 | 1,236,576 | 167 | 34,618,485 | 8,355,504 | 42,973,989 |
| TOTAL | $15,509,809 | $12,156,419 | $9,932,345 | $7,741,026 | $1,621,525 | $247,047 | $47,208,171 | $11,403,918 | $58,612,089 |

(Continued)

- 66 -

# COMMONWEALTH OF PUERTO RICO

## COMBINING STATEMENT OF NET ASSETS (DEFICIT) — MAJOR COMPONENT UNITS
### JUNE 30, 2011
### (In thousands)

| LIABILITIES AND NET ASSETS (DEFICIT) | Major Component Units | | | | | | Major Component Units Totals | Nonmajor Component Units Totals | All Component Units Totals |
|---|---|---|---|---|---|---|---|---|---|
| | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | | | |
| **LIABILITIES:** | | | | | | | | | |
| Current liabilities: | | | | | | | | | |
| Accounts payable and accrued liabilities | $ 48,215 | $ 149,769 | $ 968,715 | $ 229,000 | $ 93,402 | $277,770 | $ 1,766,871 | $ 754,712 | $ 2,521,583 |
| Deposits and escrow liabilities | 5,521,023 | - | 39,505 | 6,146 | - | - | 5,566,674 | 548,540 | 6,115,214 |
| Due to: | | | | | | | | | |
| Primary government | - | 4,838 | - | 16,547 | - | 7,239 | 28,624 | 72,071 | 100,695 |
| Component units | - | 34,303 | 29,084 | 77,346 | 49,427 | - | 190,160 | 305,274 | 495,434 |
| Other governmental entities | - | 6,570 | 193,852 | 36,029 | 1,402 | - | 237,853 | 119,251 | 357,104 |
| Securities lending transactions and reverse repurchase agreements | 970,819 | - | - | - | - | - | 970,819 | 170,884 | 1,141,703 |
| Interest payable | 30,722 | 246,990 | 183,314 | 61,862 | 5,022 | - | 527,910 | 105,393 | 633,303 |
| Deferred revenue | - | - | 19,269 | - | - | - | 19,269 | 89,546 | 108,815 |
| Notes payable, current portion | 90,981 | - | 166,465 | 241,744 | 790 | - | 499,980 | 316,869 | 816,849 |
| Commonwealth appropriation bonds, current portion | - | - | - | 8,985 | - | - | 8,985 | - | 8,985 |
| Bonds payable, current portion | 68,559 | 129,980 | 361,060 | 3,123 | 28,800 | - | 591,522 | 148,670 | 740,192 |
| Accrued compensated absences, current portion | 3,892 | 11,478 | 87,274 | 12,738 | 31,359 | 458 | 147,199 | 62,869 | 210,068 |
| Voluntary termination benefits payable | 2,200 | - | - | - | - | 188 | 2,388 | 29,986 | 32,374 |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - | - | 363,304 | 363,304 |
| Capital leases | - | - | - | - | - | - | - | 1 | 1 |
| Current portion of other long-term liabilities | 95,548 | - | 69,408 | 8,432 | 2,337 | - | 175,725 | 9,410 | 185,135 |
| Total current liabilities | 6,831,959 | 583,928 | 2,098,677 | 721,221 | 212,539 | 285,655 | 10,733,979 | 3,096,780 | 13,830,759 |

(Continued)

- 67 -

# COMMONWEALTH OF PUERTO RICO

## COMBINING STATEMENT OF NET ASSETS (DEFICIT) — MAJOR COMPONENT UNITS
### JUNE 30, 2011
### (In thousands)

| LIABILITIES AND NET ASSETS (DEFICIT) (Cont'd) | Major Component Units | | | | | | Major Component Units Totals | Nonmajor Component Units Totals | All Component Units Totals |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | | | |
| **Noncurrent liabilities:** | | | | | | | | | |
| Due to: | | | | | | | | | |
| Primary government | $ — | $ — | $ — | $ 396,902 | $ — | $ — | $ 396,902 | $ 27,326 | $ 424,228 |
| Component units | — | 1,294,307 | — | 1,002,179 | 77,072 | 171,080 | 2,544,638 | 1,433,043 | 3,977,681 |
| Other governmental entities | — | — | — | — | 123,356 | — | 123,356 | 16,597 | 139,953 |
| Deposits and escrow liabilities | 32,665 | — | — | 73,952 | — | — | 106,617 | — | 106,617 |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — | — | — |
| Interest payable | — | — | — | — | — | — | — | 50,800 | 50,800 |
| Deferred revenue | — | — | — | — | — | 2,065 | 2,065 | 12,194 | 14,259 |
| Notes payable | 5,180,091 | — | 34,036 | — | 1,218 | — | 5,215,345 | 1,636,610 | 6,851,955 |
| Commonwealth appropriation bonds | 4,812 | — | — | 654,611 | — | — | 659,423 | 152,787 | 812,210 |
| Bonds payable | 845,394 | 6,256,981 | 7,500,192 | 1,913,021 | 614,934 | — | 17,130,522 | 3,665,943 | 20,796,465 |
| Accrued compensated absences | 767 | 10,911 | 139,903 | 33,704 | 126,108 | 305 | 311,698 | 46,751 | 358,449 |
| Voluntary termination benefits payable | — | 77,132 | — | — | — | 1,979 | 79,111 | 55,634 | 134,745 |
| Liability for automobile accident insurance and workmen compensation claims | — | — | — | — | — | — | — | 587,315 | 587,315 |
| Capital leases | — | — | — | — | — | — | — | 99 | 99 |
| Hedging derivative instruments — interest rate swaps | — | 97,547 | 69,142 | — | — | — | 166,689 | 48,861 | 215,550 |
| Other long-term liabilities | 29,979 | 92,667 | 259,890 | 11,024 | 93,951 | 64,291 | 551,802 | 217,230 | 769,032 |
| Total noncurrent liabilities | 6,093,708 | 7,829,545 | 8,003,163 | 4,085,393 | 1,036,639 | 239,720 | 27,288,168 | 7,951,190 | 35,239,358 |
| Total liabilities | 12,925,667 | 8,413,473 | 10,101,840 | 4,806,614 | 1,249,178 | 525,375 | 38,022,147 | 11,047,970 | 49,070,117 |
| **NET ASSETS (DEFICIT):** | | | | | | | | | |
| Invested in capital assets — net of related debt | 71,050 | 3,262,710 | 17,070 | 3,374,252 | 337,279 | 167 | 7,062,528 | 1,813,140 | 8,875,668 |
| Restricted for: | | | | | | | | | |
| Trust — nonexpendable | — | — | — | — | — | — | — | 165,269 | 165,269 |
| Capital projects | — | 65,697 | 77,606 | — | 5,389 | — | 148,692 | 106,369 | 255,061 |
| Debt service | — | 520,347 | — | — | 52,088 | — | 572,435 | 317,757 | 890,192 |
| Affordable housing and related loan insurance programs | 362,049 | — | — | — | — | — | 362,049 | 124,716 | 486,765 |
| Student loans and other educational purposes | — | — | — | — | 93,945 | — | 93,945 | 14,655 | 108,600 |
| Other specified purposes | — | — | — | 24,482 | 1,703 | — | 26,185 | 93,196 | 119,381 |
| Unrestricted | 2,151,043 | (105,808) | (264,171) | (464,322) | (118,057) | (278,495) | 920,190 | (2,279,154) | (1,358,964) |
| Total net assets (deficit) | 2,584,142 | 3,742,946 | (169,495) | 2,934,412 | 372,347 | (278,328) | 9,186,024 | 355,948 | 9,541,972 |
| TOTAL | $15,509,809 | $12,156,419 | $9,932,345 | $7,741,026 | $1,621,525 | $247,047 | $47,208,171 | $11,403,918 | $58,612,089 |

- 68 -

# COMMONWEALTH OF PUERTO RICO

## COMBINING STATEMENT OF ACTIVITIES — MAJOR COMPONENT UNITS

### YEAR ENDED JUNE 30, 2011

(In thousands)

| | Expenses | Program Revenues: Charges for Services | Program Revenues: Operating Grants and Contributions | Program Revenues: Earnings on Investments | Program Revenues: Capital Grants and Contributions | Net Revenues (Expenses) and Changes in Net Assets (Deficit) | General Revenues and Transfers: Payments From Primary Government | General Revenues and Transfers: Payments from (to) Other Component Units | General Revenues and Transfers: Grants and Contributions Not Restricted to Specific Programs | General Revenues and Transfers: Excise Taxes | General Revenues and Transfers: Interest and Investment Earnings | General Revenues and Transfers: Other | Change in Net Assets (Deficit) | Net Assets (Deficit), Beginning of Year (As Restated) | Net Assets (Deficit), End of Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Major component units:** | | | | | | | | | | | | | | | |
| Government Development Bank for Puerto Rico | $ 882,487 | $ 642,594 | $ 279,609 | $ - | $ - | $ 39,626 | $ 555 | $ - | $ - | $ - | $ - | $ - | $ 40,181 | $ 2,543,961 | $ 2,584,142 |
| Puerto Rico Highways and Transportation Authority | 1,147,756 | 260,974 | - | - | 182,657 | (704,125) | - | - | - | 271,388 | 23,377 | - | (409,360) | 4,152,306 | 3,742,946 |
| Puerto Rico Electric Power Authority | 4,713,089 | 4,422,997 | - | - | 13,577 | (276,515) | - | - | - | 4,087 | - | - | (272,428) | 102,933 | (169,495) |
| Puerto Rico Aqueduct and Sewer Authority | 1,001,759 | 724,108 | - | - | 27,851 | (249,800) | 129,992 | - | - | - | 4,578 | 3,012 | (112,218) | 3,046,630 | 2,934,412 |
| University of Puerto Rico | 1,423,132 | 237,717 | 176,653 | - | 5,580 | (1,003,182) | 768,158 | 71,214 | 194,160 | - | 2,993 | 28,068 | 61,411 | 310,936 | 372,347 |
| Puerto Rico Health Insurance Administration | 2,017,294 | 764,426 | - | - | - | (1,252,868) | 1,217,049 | (71,214) | - | - | 4,991 | - | (30,828) | (247,500) | (278,328) |
| Nonmajor component units | 3,277,714 | 1,646,736 | 26,940 | 19,347 | 22,960 | (1,561,731) | 587,217 | - | 15,920 | 64,519 | 258,684 | 86,184 | (620,421) | 976,369 | 355,948 |
| | $14,463,231 | $8,699,462 | $483,202 | $19,347 | $252,625 | $(5,008,595) | $2,702,971 | $ - | $210,080 | $335,907 | $298,710 | $117,264 | $(1,343,663) | $10,885,635 | $9,541,972 |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**NOTES TO BASIC FINANCIAL STATEMENTS**
**AS OF AND FOR THE YEAR ENDED JUNE 30, 2011**

## 1.   SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

The Commonwealth of Puerto Rico (the "Commonwealth") was constituted on July 25, 1952, under the provisions of the Commonwealth's Constitution (the "Constitution") as approved by the people of Puerto Rico and the U.S. Congress. The Constitution provides for the separation of powers of the executive, legislative, and judicial branches of the government. The Commonwealth assumes responsibility for general government, public safety, health, public housing and welfare, education, and economic development.

The accompanying basic financial statements of the Commonwealth are presented in conformity with Generally Accepted Accounting Principles (GAAP) for governments in the United States of America as prescribed by the Governmental Accounting Standards Board (GASB).

The accompanying basic financial statements present the financial position of the Commonwealth and its various funds, the results of operations of the Commonwealth and its various funds and fund types, and the cash flows of the proprietary funds. The basic financial statements are presented as of June 30, 2011 and for the year then ended. The basic financial statements include the various departments, agencies, boards, commissions, public trusts and public corporations, and any other organizational units governed by the Puerto Rico Legislature and/or officers of the Commonwealth.

### (a)   Financial Reporting Entity

The accompanying basic financial statements include all departments, agencies, and governmental entities whose funds are under the custody and control of the Secretary of the Treasury of the Commonwealth and the Commonwealth's component units pursuant to Act No. 230 of July 23, 1974, as amended, known as Commonwealth of Puerto Rico Accounting Law. The Commonwealth has considered all potential component units for which it is financially accountable and other organizations for which the nature and significance of their relationship with the Commonwealth are such that exclusion would cause the Commonwealth's basic financial statements to be misleading or incomplete. The GASB has set forth criteria to be considered in determining financial accountability. These criteria include: (i) appointing a voting majority of an organization's governing body and the ability of the Commonwealth to impose its will on that organization or (ii) the potential for the organization to provide specific financial benefits to, or impose specific financial burdens on, the Commonwealth.

As required by GAAP, these basic financial statements present the Commonwealth and its component units.

### (b)   Component Units

Component units are entities that are legally separate organizations for which the Commonwealth's elected officials are financially accountable or other organizations for which the nature and significance of their relationship with the Commonwealth are such that exclusion would cause the Commonwealth's basic financial statements to be misleading or incomplete. GAAP details two methods of presentation: (i) blending the financial data of the component units' balances and

transactions in a manner similar to the presentation of the Commonwealth's balances and transactions; or (ii) discrete presentation of the component units' financial data in columns separate from the Commonwealth's balances and transactions. The Commonwealth is financially accountable because it appoints the members of the governing authorities of each of the component units and because it is able to impose its will on these organizations or because the organizations provide specific financial benefits or impose specific financial burdens on the Commonwealth. The financial statements of the component units discussed below have been included in the financial reporting entity either as blended component units or as discretely presented component units in accordance with GASB Statement No. 14, The Financial Reporting Entity, as amended by GASB Statement No. 39, *Determining Whether Certain Organizations are Component Units*.

**Blended Component Units** — The following entities, while legally separate from the Commonwealth, meet the criteria to be reported as part of the primary government because they provide services entirely or almost entirely to the Commonwealth.

*Public Buildings Authority (PBA)* — PBA is governed by a seven member board comprised by the Secretary of the Department of Transportation and Public Works (DTPW), the Secretary of the Department of Education of the Commonwealth, the President of the Government Development Bank for Puerto Rico (GDB), and four members appointed by the Governor of Puerto Rico with the advice and consent of the Senate. It is a legally separate entity, whose activities are blended within the primary government because it exists to construct, purchase, or lease office, school, health, correctional, social welfare, and other facilities for lease to the Commonwealth's departments, component units, and instrumentalities. Bonds issued by PBA to finance such facilities are payable from lease collections, which are largely derived from Commonwealth appropriations and are further secured by the Commonwealth's guaranty.

*Puerto Rico Maritime Shipping Authority (PRMSA)* — PRMSA is governed by the President of GDB. The operations of PRMSA consist of servicing the long-term liability to third parties that resulted from the sale of certain maritime operations formerly owned and operated by PRMSA. The Commonwealth is required to annually appropriate funds in its general operating budget to provide for the payment of principal and interest on such debt.

*Puerto Rico Sales Tax Financing Corporation (Known as" COFINA" by its Spanish Acronym)* — COFINA was created under Act No. 91 of the Legislative Assembly of the Commonwealth, approved on May 13, 2006, as amended by Act No. 291, approved on December 26, 2006, Act No. 56, approved on July 6, 2007, Act No. 1, approved on January 14, 2009, Act No. 7, approved on March 9, 2009 ("Act 7"), and Act No. 18, approved on May 22, 2009 (collectively, "Act 91"). COFINA was originally created for the purpose of financing the payment, retirement or defeasance of certain debt obligations of the Commonwealth outstanding as June 30, 2006 (the "2006 Appropriation Debt"). The members of the board of directors of COFINA are the same as the ones of GDB.

During 2009, the Commonwealth's Legislative Assembly expanded the purposes of COFINA and increased COFINA's dedicated revenues from 1% to 2.75% (out of total sales tax of 5.5%) the portion of the Commonwealth sales tax transferred to COFINA. COFINA is authorized to pay or finance, in whole or in part, or fund, in addition to the 2006 Appropriation Debt: (i) the debt of the Secretary of the Treasury of the Commonwealth with GDB in the amount of $1 billion, a portion of the proceeds of which were used to cover the budgetary deficit of the Commonwealth for fiscal year 2009, (ii) certain financing granted to the Secretary of the Treasury by GDB payable from future Commonwealth general obligation bonds, and any debt of the Commonwealth outstanding as of December 31, 2008 that did not have a source of repayment or was payable from budgetary

appropriations (iii) a portion of the accounts payable to suppliers of the Commonwealth, (iv) operational expenses of the Commonwealth for fiscal years 2009, 2010, and 2011, (v) operational expenses of the Commonwealth for fiscal year 2012, to the extent included in the annual budget of the Commonwealth, (vi) the Puerto Rico Economic Stimulus Fund, (vii) the Commonwealth Emergency Fund in order to cover expenses resulting from catastrophic events such as hurricanes or floods, and (viii) the Economic Cooperation and Public Employees Alternatives Fund (all such uses, together with the 2006 Appropriation Debt, the "Authorized Uses").

*The Children's Trust (the "Trust")* — The Trust is governed by a seven member board comprised by the Governor, who designates the president of the board, the President of GDB, the Director of the Office of Management and Budget (OMB) of the Commonwealth, the Secretary of Justice of the Commonwealth, and three private citizens appointed by the Governor with the advice and consent of the Senate. The Trust's sole operation consists of providing financial assistance principally to the Commonwealth's departments to carry out projects aimed at promoting the well-being of families, children and youth of Puerto Rico, especially in the areas of education, recreation, and health. The operation of the Trust is financed with the moneys being received by the Commonwealth from a global settlement agreement (GSA) dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The GSA calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. After 2025, the tobacco companies shall continue making contributions in perpetuity.

The blended component units are composed of various funds. COFINA debt service fund and the special revenue fund are presented as major governmental funds. All other funds are reported in the other governmental funds column. Complete financial statements of the blended component units can be obtained directly by contacting their respective administrative offices at:

Public Buildings Authority
P.O. Box 41029 — Minillas Station
San Juan, PR 00940-1029

Puerto Rico Maritime
Shipping Authority
P.O. Box 42001
San Juan, PR 00940-2001

The Children's Trust
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Sales Tax Financing
Corporation
P.O. Box 42001
San Juan PR 00940-2001

**Discretely Presented Component Units** — The following component units, consistent with GASB Statement No. 14, as amended by GASB Statement No. 39, are discretely presented in the basic financial statements because of the nature of the services they provide, the Commonwealth's ability to impose its will, principally through the appointment of their governing authorities, and because the component units provide specific financial benefits to, or impose financial burdens on, the Commonwealth. These have been classified by management between major and nonmajor component units. A major discretely presented component unit is defined as a component unit that meets ten percent or more of total assets, liabilities, net assets, revenue or expenses of all discretely presented component units. If a component unit is expected to meet the minimum criteria for inclusion as major component unit in a future year, the Commonwealth may elect to report as a major component unit.

**Major Component Units**

*Government Development Bank for Puerto Rico (GDB)* — GDB is governed by a seven member board appointed by the Governor. GDB acts as fiscal agent, depository of funds, disbursing agent, investor and financial advisor for the Commonwealth, its public corporations, and municipalities in connection with the issuance of bonds and notes; and it also makes loans and advances funds predominantly to the Commonwealth's departments, component units, and municipalities. GDB's boards of directors' members are executives on a trustworthy position, named and supervised by the Governor.

*Puerto Rico Aqueduct and Sewer Authority (PRASA)* — PRASA is governed by a nine member board comprising five members appointed by the Governor with the advice and consent of the Senate, the Executive President of PREPA, the President of the Puerto Rico Planning Board, the Executive Director of Mayors' Federation, and the Executive Director of Mayors' Association. PRASA owns and operates the Commonwealth's system of public water supply and sanitary sewer facilities. PRASA is authorized, among other things, to borrow money and issue revenue bonds for any of its corporate purposes. The Commonwealth guarantees the principal and interest payments of certain outstanding bonds and of all future bonds issued to refinance those outstanding bonds at the date of refinancing. Act No. 45 of July 28, 1994 was later amended to include other loans under the State Revolving Fund Program (SRFP). The Commonwealth provides financial support to PRASA through legislative appropriations.

*Puerto Rico Electric Power Authority (PREPA)* — PREPA is governed by a nine member board comprising the Secretary of DTPW, and six members appointed by the Governor with the advice and consent of the Senate, and two members representing the consumers' interest elected in a referendum carried out by the Puerto Rico Consumer Affairs Department. Board members are appointed or elected for a period of four years. PREPA is responsible for conserving, developing, and utilizing the power resources in order to promote the general welfare of Puerto Rico and owns and operates the Commonwealth's electrical power generation, transmission, and distribution system. The Commonwealth provides financial support to PREPA through legislative appropriations.

*Puerto Rico Health Insurance Administration (PRHIA)* — PRHIA is governed by a Board of Directors, which, by law, is composed of nine members (four compulsory members and five discretionary members). The compulsory members are the Secretary of Health of the Commonwealth, the Secretary of the Treasury of the Commonwealth, the Insurance Commissioner of Puerto Rico, and the Administrator of the Administration of Services of Mental Health and Addiction. The five discretionary members are appointed by the Governor, with the advice and consent of the Senate. PRHIA was created for implementing, administering, and negotiating a health insurance system through contracts with insurance underwriters to provide quality medical and hospital care to low income individuals, employees of the Commonwealth and policemen who voluntarily subscribe to the Puerto Rico health insurance medical plan. The board of directors' president is designated by the Governor and all discretionary board members are executives on a trustworthy position. The Commonwealth provides financial support to PRHIA through legislative appropriations.

*Puerto Rico Highways and Transportation Authority (PRHTA)* — PRHTA is governed by the Secretary of DTPW. PRHTA has broad powers to carry out its responsibilities in accordance with DTPW's overall transportation policies. These powers include, among other things, the complete control and supervision of any highway facilities constructed, owned, or operated by PRHTA, the ability to set tolls for the use of the highway facilities, and the power to issue bonds, notes, or other

obligations. PRHTA plans and manages the construction of all major projects relating to the Commonwealth's toll highway system, undertakes major repairs, and maintains the toll ways. The Commonwealth has the ability to significantly influence the toll rates charged by PRHTA.

*University of Puerto Rico (UPR)* — UPR is governed by a seventeen member board of trustees comprising one full time student; two permanent professors, and fourteen citizens from the community sector, of which at least one must be graduated from the institution. Community members are designated by the Governor with the advice and consent of the Senate. Members designated by the Governor are appointed for a period of six years. The terms for the student and professors are one year. The Commonwealth provides financial support to UPR through legislative appropriations.

## Nonmajor Component Units

*Agricultural Enterprises Development Administration (AEDA)* — AEDA is governed by the Secretary of Agriculture of the Commonwealth. The purpose of AEDA is to provide a wide variety of services and incentives to the agricultural sector. The Commonwealth has the ability to impose its will on AEDA. The Commonwealth provides financial support to AEDA through legislative appropriations.

*Automobile Accidents Compensation Administration (AACA)* — AACA is governed by a Cabinet Member, and a four member board appointed by the Governor with the advice and consent of the Senate. AACA operates a system of compulsory insurance coverage for all registered motor vehicles and compensates citizens for injuries arising from motor vehicle accidents. The Commonwealth has the ability to significantly influence rates charged by AACA.

*Cardiovascular Center Corporation of Puerto Rico and the Caribbean (CCCPRC)* — CCCPRC is governed by a seven member board comprising of the Secretary of Health of the Commonwealth, the Director of the Medical Sciences Campus of the UPR, the Executive Director of the Puerto Rico Medical Services Administration, and four additional members appointed by the Governor with the advice and consent of the Senate, one of which should be from the Cardiology Society of Puerto Rico and another a member of a cardiology foundation properly registered in the Department of State of the Commonwealth. The purpose of the CCCPRC is to provide special treatment to patients suffering from cardiovascular diseases. The Commonwealth provides financial support to CCCPRC through legislative appropriations.

*Company for the Integral Development of the "Península de Cantera" (CIDPC)* — CIDPC is governed by an eleven member board, of which six members are appointed by the Governor and five members appointed by the Mayor of the Municipality of San Juan. CIDPC was created to establish and implement a comprehensive development plan for the Península de Cantera area. Its main function is to supervise and coordinate governmental efforts and also promote and manage private sector initiatives for the improvements and rehabilitation of the aforementioned area.

*Corporation for the "Caño Martín Peña" ENLACE Project (CPECMP)* — CPECMP was created for the purpose of coordinate the public policy related to the rehabilitation of the Caño Martín Peña area. CPECMP is governed by a board of directors of thirteen members of which seven members are appointed by the Governor and six members appointed by the Mayor of the Municipality of San Juan.

*Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico (CDASFIPR)* — CDASFIPR was created for the development of the arts and the film industry in Puerto Rico and is governed by a seven member board comprising of the Secretary of Economic Development and Commerce, who is the president, the President of the Puerto Rico Public Broadcasting Corporation, the Secretary of Treasury, the Executive Director the Puerto Rico Institute of Culture and three additional members appointed by the Governor with the advice and consent of the Senate.

*Culebra Conservation and Development Authority (CCDA)* — CCDA was created to formulate and administer the program and plan for the conservation, use, and development of natural resources of the municipality of Culebra. CCDA is administered through a board of directors composed of seven members, including the Mayor the municipality of Culebra and six additional members appointed by the Mayor of the Municipality of Culebra and confirmed by the municipal legislature. The administration and operations of the CCDA are conducted by an executive director elected by the board of directors. The Commonwealth provides financial support to CCDA through legislative appropriations.

*Economic Development Bank for Puerto Rico (EDB)* — EDB is governed by a ten member board comprising the President of GDB, who is the Chairman, the Secretary of Agriculture of the Commonwealth, the Secretary of the Department of Economic Development and Commerce of the Commonwealth, the Executive Director of the Puerto Rico Industrial Development Company, the Executive Director of the Puerto Rico Tourism Company, and four members representing the private sector and appointed by the Governor with the advice and consent of the Senate. Private sector members are appointed for a maximum period of three years. EDB is responsible for the promotion and development of the private sector economy of the Commonwealth. This purpose is to be met by granting direct loans, loan guarantees, loan participation, and/or direct investments to any person or business organization devoted to manufacturing, agriculture, trade, tourism, or other service enterprises with preference, but not limited, to economic activities that may have the effect of substituting imports. The Commonwealth has the ability to impose its will on EDB.

*Employment and Training Enterprises Corporation (ETEC)* — ETEC is governed by an eleven member consulting board, which includes two private citizens appointed by the Governor with the consent of the Senate. The purpose of ETEC is to provide training for management, business development, and employment for inmates of the correctional institutions of the Commonwealth. The Commonwealth generally provides financial support to ETEC through legislative appropriations.

*Farm Insurance Corporation of Puerto Rico (FICPR)* — FICPR is governed by a five member board consisting of the Secretary of Agriculture of the Commonwealth, the Dean of the Agricultural Sciences Faculty of the UPR Mayaguez Campus, a representative of GDB, and two bona fide farmers appointed by the Governor with the advice and consent of the Senate. The purpose of the FICPR is to provide insurance to farmers against losses in their farms caused by natural disasters. The Commonwealth has the ability to impose its will on FICPR.

*Fine Arts Center Corporation (FACC)* — FACC is governed by a nine member board comprising the President of the Musical Arts Corporation and eight members named by the Governor. FACC was created with the purpose of administering the Fine Arts Center. The Commonwealth provides financial support to FACC through legislative appropriations.

*Governing Board of the 9-1-1 Service (911 Service)* — The 911 Service is governed by a five member board comprising the Chief of Police, the Executive Director of the Medical Emergency Services, the Director of the State Emergency Management Agency, the Chief of the Puerto Rico Firefighters Corps, and one member appointed by consensus of the four ex-officio members to represent the public interest. The 911 Service is responsible for providing an efficient service of fast response to emergency calls through the 911 number and transferring these to the appropriate response agencies using technological and human resources to safeguard lives and properties.

*Institute of Puerto Rican Culture (IPRC)* — IPRC is governed by a nine member board comprising the President of Musical Arts Corporation and eight members appointed by the Governor with the advice and consent of the Senate. The IPRC is responsible for implementing the public policy related to the development of Puerto Rican arts, humanities and culture. The Commonwealth provides financial support to IPRC through legislative appropriations.

*Institutional Trust of the National Guard of Puerto Rico (ITNGPR)* — ITNGPR is governed by a seven member board comprising of the Adjutant General of the Puerto Rico National Guard, the President of GDB, the Secretary of Justice of the Commonwealth, three militaries from the Puerto Rico National Guard, and one representative from the community appointed by the Governor. ITNGPR's purpose is to provide life insurance, retirement benefits, and economic assistance to the active members of the Puerto Rico National Guard and their families. The Commonwealth generally provides financial support to ITNGPR through legislative appropriations.

*Land Authority of Puerto Rico (LAPR)* — LAPR is governed by a five member board consisting of the Secretary of Agriculture of the Commonwealth and four members appointed by the Governor. LAPR was created to carry out the provisions of the Land Law of Puerto Rico. LAPR maintains debt that is paid with Commonwealth's appropriations and funds generated by LAPR operations.

*Musical Arts Corporation (MAC)* — MAC is governed by a seven member board appointed by the Governor with the advice and consent of the Senate. MAC was created to promote the development of the arts and cultural programs of the Commonwealth. The Commonwealth provides financial support to MAC through legislative appropriations.

*National Parks Company of Puerto Rico (NPCPR)* — NPCPR is governed by a nine member board comprising the Secretary of Recreation and Sports Department of the Commonwealth (the "Secretary"), who is the chairman, the Secretary of the Department of Education of the Commonwealth, the Executive Director of the Puerto Rico Tourism Company, the Secretary of the Department of Natural and Environmental Resources of the Commonwealth, and five members appointed by the Governor with the recommendation from the Secretary and with known interest in the development and preservation of parks in the private sector. NPCPR is responsible for the operation of all national parks and the protection, conservation, maintenance and use of parks, beaches, forests, and natural and historical monuments for the optimum enjoyment of present and future generations. The Commonwealth provides financial support to NPCPR through legislative appropriations.

*Port of the Americas Authority (PAA)* — PAA is governed by an eleven member board comprising of the Secretary of DTPW, the Secretary of Economic Development and Commerce, the Executive Director of Puerto Rico Industrial Development Company, the Majors of the Municipalities of Ponce, Peñuelas and Guayanilla and five private citizens appointed by the Governor with the consent of the Senate. The purpose of the PAA is to provide an alternative to container transshipment port in the south of Puerto Rico.

*Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives (PCSDIPRC)* — PCSDIPRC is governed by a nine member board comprising of the Administrator of the Cooperative Development Administration, the Commissioner of Financial Institutions of Puerto Rico, the Secretary of the Treasury of the Commonwealth, the Inspector of Cooperatives, three citizens representing the cooperative movement, one representative of the Puerto Rico Cooperatives League, and one private citizen representing the public interest. PCSDIPRC has the responsibility of providing to all the cooperatives and the Federation of Cooperatives of Puerto Rico insurance coverage over the stocks and deposits, and for monitoring the financial condition of the insured cooperatives, and the uninsured cooperatives when requested by the Inspector of Cooperatives. The Commonwealth has the ability to impose its will on PCSDIPRC.

*Puerto Rico Conservatory of Music Corporation (PRCMC)* — PRCMC is governed by a seven member board appointed by the Governor, with the advice and consent of the Senate. PRCMC is responsible for providing the Puerto Rican community and especially its youths with the required facilities to educate and perfect their musical skills, including secondary education programs for developing musical arts. It prepares the artistic element that nourishes the Puerto Rico Symphony Orchestra and other musical organizations, and coordinates the governmental efforts to interested industries, private enterprises, and particular citizens. The Commonwealth provides financial support to PRCMC through legislative appropriations.

*Puerto Rico Convention Center District Authority (PRCCDA)* — PRCCDA is governed by a nine member board of directors comprising of four members from the public sector and five members from the private sector. The public sector members comprise the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, the Executive Director of the Puerto Rico Tourism Company (PRTC), the president of GDB, and one member from the public sector. The private sector members are individuals having experience in the areas of hotel operations, tourism, real estate, or convention centers who are appointed by the Governor with the advice and consent of the Senate. PRCCDA was created to develop, own, finance, plan, design, construct, operate, manage, and promote the new Puerto Rico Convention Center and the Puerto Rico Convention District. The PRCCDA also has the ownership interest as well as other rights and obligations related to the development and operations of the Jose Miguel Agrelot Coliseum. The Commonwealth provides financial support to PRCCDA through legislative appropriations.

*Puerto Rico Council on Higher Education (PRCHE)* — PRCHE is governed by a board comprising eight members appointed by the Governor with the consent of the Senate and the Secretary of Education of the Commonwealth as an ex-officio member. Its purpose is to develop higher education, to administer the licensing and certification of institutions of higher education, and to administer scholarship funds. The Commonwealth provides financial support to PRCHE through legislative appropriations.

*Puerto Rico Government Investment Trust Fund (PRGITF)* — PRGITF is governed by the Secretary of the Treasury of the Commonwealth. GDB is its trustee, custodian, and administrator. PRGITF's main objective is to provide investment opportunities in a professionally managed money market portfolio by investing in high quality securities with minimal credit risk. Qualified investors include the Commonwealth's central government, its public corporations, instrumentalities and agencies, and the municipalities of Puerto Rico. In conformity with GASB Statement No. 31, Accounting and Financial Reporting for Certain Investments and for External Investments Pools, the financial statements of the PRGITF are not included in the accompanying basic financial statements because the primary government and each component unit investor is already presenting as cash or investment their corresponding share of the assets of the PRGITF.

*Puerto Rico Industrial Development Company (PRIDCO)* — PRIDCO is governed by a seven member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, the Secretary of the Treasury of the Commonwealth, the President of GDB, the President of the Planning Board of Puerto Rico, and three members from the private sector appointed by the Governor with the advice and consent of the Senate. The private sector members are appointed for a period of four years. PRIDCO administers the Commonwealth sponsored economic development program by providing facilities, general assistance, and special incentive grants to manufacturing companies operating in Puerto Rico. PRIDCO has issued interim notes and revenue bonds to finance manufacturing plants and other facilities. Rentals derived from the leasing of specified facilities of PRIDCO are pledged for the payment of PRIDCO's revenue bonds. PRIDCO maintains debt that is paid with Commonwealth's appropriations. The Commonwealth provides financial support to PRIDCO through legislative appropriations.

*Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority (known as AFICA by its Spanish acronym)* — AFICA is governed by a seven member board comprising of the Executive Director of PRIDCO, the President of GDB, the Executive Director of PRIFA, the Executive Director of the Puerto Rico Tourism Company (the "PRTC"), the President of the Environmental Quality Board, and two private citizens appointed by the Governor. AFICA is authorized to issue revenue bonds to finance industrial, tourist, environmental control, medical, and educational facilities in Puerto Rico and the United States of America for use by private companies, nonprofit entities, or governmental agencies. The bonds are payable solely from collections from such private companies, nonprofit entities, or governmental agencies, and do not constitute debt of the Commonwealth or any of its other component units.

*Puerto Rico Infrastructure Financing Authority (PRIFA)* — PRIFA is governed by a seven member board comprising of five members appointed the board of the directors of GDB, the Secretary of the Treasury of the Commonwealth and one member appointed by the Governor. The President is appointed by the Governor from among its members. Its responsibilities are to provide financial, administrative, consulting, technical, advisory, and other types of assistance to other component units and governmental instrumentalities of the Commonwealth, which are authorized to develop infrastructure facilities and to establish alternate means for financing them. PRIFA's boards of directors' members are executives on a trustworthy position, named and supervised by the Governor. The Commonwealth provides financial support to PRIFA through legislative appropriations.

*Puerto Rico Land Administration (PRLA)* — PRLA is governed by an eleven member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who serves as President, the President of the Planning Board of Puerto Rico, who serves as Vice-President, the Secretary of the Treasury of the Commonwealth, the Secretary of Agriculture of the Commonwealth, the Secretary of DTPW of the Commonwealth, the Secretary of Housing of the Commonwealth, the Executive Director of Puerto Rico Industrial Development Corporation and four members appointed by the Governor with the advice and consent of the Senate. PRLA acquires parcels of land on behalf of government instrumentalities through negotiation or expropriation for future development or for reserve. The Commonwealth provides financial support to the PRLA through legislative appropriations.

*Puerto Rico and Municipal Islands Maritime Transport Authority (PRMIMTA)* — PRMIMTA is governed by a five member board comprising the Secretary of DTPW, who serves as President, the Executive Director of the Ports Authority, the Mayors of Vieques and Culebra, and one additional member appointed by the Governor. The operations of PRMIMTA consist of administer and operate the maritime transportation services between San Juan, Fajardo, Vieques and Culebra. The Commonwealth provides financial support to PRMIMTA through legislative appropriations.

*Puerto Rico Medical Services Administration (PRMeSA)* — PRMeSA is governed by a ten member board comprising the Secretary of the Department of Health of the Commonwealth, who is the Chairman, the Dean of the Medical Sciences Faculty of the UPR, the President of the Board of the Puerto Rican Cancer Society, the Mayor of the Municipality of San Juan, the Administrator of the State Insurance Fund Corporation, the Administrator of the Administration of Mental Health and Anti — Addiction Services, the President of the Medical Policy and Administration Committee, the Secretary of the Department of Family, and two members appointed by the Secretary of the Department of Health of the Commonwealth. Its purpose is to plan, organize, operate, and administer the centralized health services, provided in support of the hospital and other functions, offered by the member institutions and users of the medical complex known as the Puerto Rico Medical Center. The Commonwealth provides financial support to PRMeSA through legislative appropriations.

*Puerto Rico Metropolitan Bus Authority (PRMBA)* — PRMBA is governed by the Secretary of DTPW of the Commonwealth. PRMBA provides bus transportation to passengers within the San Juan Metropolitan Area. The Commonwealth provides financial support to PRMBA through legislative appropriations.

*Puerto Rico Municipal Finance Agency (PRMFA)* — PRMFA is governed by a five member board comprising the President of GDB, who is the Chairman, the Commissioner of Municipal Affairs, and three additional members appointed by the Governor, one of whom shall be either the mayor or chief financial officer of a municipality. PRMFA was organized to create a capital market to assist the municipalities of Puerto Rico in financing their public improvement programs.

*Puerto Rico Ports Authority (PRPA)* — PRPA is governed by a five member board consisting of the Secretary of DTPW of the Commonwealth, who is the Chairman, the Secretary of Economic Development and Commerce of the Commonwealth, the Executive Director of the PRTC, the Executive Director of Puerto Rico Industrial Development Company and one private citizen appointed by the Governor with the consent of the Senate. The purpose of PRPA is to administer all ports and aviation transportation facilities of the Commonwealth and to render other related services. The Commonwealth generally provides financial support to PRPA through legislative appropriations.

*Puerto Rico Public Broadcasting Corporation (PRPBC)* — PRPBC is governed by an eleven member board of directors comprising the Secretary of the Department of Education of the Commonwealth, the President of the UPR, the Executive Director of IPRC, and eight private citizens appointed by the Governor with the advice and consent of the Senate. At least three of these private citizens must have proven interest, knowledge, and experience in education, culture, art, science, or radio and television. PRPBC was created for the purpose of integrating, developing, and operating the radio, television, and electronic communication facilities that belong to the Commonwealth. The Commonwealth provides financial support to PRPBC through legislative appropriations.

*Puerto Rico Public Private Partnerships Authority (PPPA)* — PPPA is governed by a five member board of directors comprising the President of GDB, the Secretary of the Treasury, the President of the Planning Board and two members appointed by the Governor, one member selected by the President of the Senate of Puerto Rico and another member, by the Speaker of the Puerto Rico House of Representatives. PPPA is the only government entity authorized and responsible for implementing public policy on Public Private Partnerships established by Act No. 29 of June 8, 2009 and to determine the functions, services or facilities for which such Partnerships will be established.

*Puerto Rico School of Plastic Arts (PRSPA)* — PRSPA is governed by a seven member board. Four members are appointed by the board of directors of IPRC, representing the public educational and cultural interests. Board members may not be employees of the PRSPA. The remaining three members are elected from among the members of the board of directors of IPRC, one of whom will serve as president. PRSPA was created to develop, promote, plan, and coordinate programs of study in higher education oriented to the plastic arts, teaching, artistic techniques, and to help students to develop humanistic values. The Commonwealth generally provides financial support to PRSPA through legislative appropriations.

*Puerto Rico Telephone Authority (PRTA)* — PRTA is governed by a five member board comprising the President of GDB and four members that are appointed by the board of directors of GDB. PRTA is the legal entity responsible to account for the equity interest in Telecommunications de Puerto Rico, Inc., for the benefit of the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS). The Commonwealth generally provides financial support to PRTA through legislative appropriations.

*Puerto Rico Tourism Company (PRTC)* — PRTC is governed by a seven member board comprising of representatives of different tourist related sectors appointed by the Governor with the consent of the Senate. At least one member must represent internal tourism and two must not be residents of the metropolitan area. Its purpose is to promote the tourism industry of Puerto Rico. The Commonwealth generally provides financial support to PRTC through legislative appropriations.

Puerto Rico Trade and Export Company (PRTEC) — PRTEC is governed by a nine member board comprising the Secretary of the Department of Economic Development and Commerce, who is the Chairman, the Executive Director of the Ports Authority, the Secretary of the Department of Agriculture, the President of EDB, the Executive Director of PRIDCO, the Legal Division Director of PRTEC, and three private citizens. PRTEC has the responsibility to promote the highest efficiency in the services provided to the commercial sector, with emphasis on small and medium sized enterprises while promoting the export of products and services from Puerto Rico to other countries. The Commonwealth provides financial support to PRTEC through legislative appropriations.

*Right to Employment Administration (REA)* — REA is governed by an administrator appointed by the Governor with the consent of the Senate. The Commonwealth provides financial support to REA through legislative appropriations and federal funds.

*Solid Waste Authority (SWA)* — SWA is governed by a government board appointed by the Secretary of the Department of Natural Resources, whereby, the Secretary and the Executive Director of SWA periodically meet. SWA provides alternatives for processing of solid waste and encourages recycling, reuse, and recovery of resources from waste. The Commonwealth provides financial support to SWA through legislative appropriations.

*Special Communities Perpetual Trust (SCPT)* — SCPT is governed by a board of directors composed of eleven members: the Secretary of the Department of Housing of the Commonwealth, the Secretary of the DTPW of the Commonwealth, the Coordinator for the Social and Economic Financing of the Special Communities, one mayor of a municipality of Puerto Rico, one community leader resident in one special community, four private citizens representing the public interest, and two public employees. All members of the board of directors are appointed by the Governor. SCPT's principal purpose is to fund development projects that address the infrastructure and housing needs of the underprivileged communities. The Commonwealth provides financial support to SCPT through legislative appropriations.

*State Insurance Fund Corporation (SIFC)* — SIFC is governed by a seven member board appointed by the Governor with the advice and consent of the Senate. The board comprises the Commissioner of Insurance of Puerto Rico, an officer from the Department of Labor and Human Resources of the Commonwealth, an officer from the Department of Health of the Commonwealth, a representative of the employers' interest, a representative of the employees' interest, and two members without any of these interests. One of these members is appointed by the Governor as president of the board for a period of six years. The three public officials are appointed for a period of five years, and the rest of the members for four, three, two, and one year, respectively. SIFC provides workers' compensation and disability insurance to public and private employees. The Commonwealth has access to SIFC's resources.

*University of Puerto Rico Comprehensive Cancer Center (UPRCCC)* — UPRCCC is governed by an eleven member board comprising of five ex-officio members: the President of the University of Puerto Rico (the UPR), the Chancellor of Medical Sciences Campus of the UPR, the Secretary of the Department of Health of the Commonwealth, the Dean of the UPR School of Medicine and the Director of the Office of Management and Budget of the Commonwealth. The remaining six (6) members are as follows: one member who is a representative of the medical faculty of the Medical Science Campus, appointed by the President of the University; one member who is a cancer research specialist of the Medical Science Campus of the University, appointed by the President of the University; one member who is a cancer patient residing in Puerto Rico, appointed by the President of the University; and three citizens of Puerto Rico who have shown commitment to the fight against cancer, one of which will be a member of the "Liga Puertorriqueña Contra el Cancer", appointed by the Governor.

Complete financial statements of the discretely presented component units can be obtained directly by contacting their administrative offices:

| | |
|---|---|
| Government Development Bank for Puerto Rico<br>P.O. Box 42001<br>San Juan, PR 00940–2001 | Puerto Rico Aqueduct and Sewer Authority<br>P.O. Box 7066<br>San Juan, PR 00916-7066 |
| Puerto Rico Electric Power Authority<br>P.O. Box 364267<br>San Juan, PR 00936-4267 | Puerto Rico Health Insurance Administration<br>P.O. Box 195661<br>San Juan PR 00919-5661 |
| Puerto Rico Highways and Transportation<br>Authority<br>P.O. Box 42007<br>San Juan, PR 00940-2007 | University of Puerto Rico<br>P.O. Box 23400<br>San Juan, PR 00931-3400 |

Agricultural Enterprises and Development
Administration
P.O. Box 10163
Santurce, PR 00909

Automobile Accidents Compensations
Administration
P.O. Box 364847
San Juan, PR 00936-4847

Cardiovascular Center Corporation of
Puerto Rico and the Caribbean
P.O. Box 366528
San Juan, PR 00936-6528

Company for the Integral Development of the
"Península de Cantera"
P.O. Box 7187
Santurce, PR 00916-7187

Corporation for the "Caño Martín Peña"
ENLACE Project
P.O. Box 41308
San Juan, PR 00940-1308

Corporation for the Development of the Arts,
Science and Film Industry of Puerto Rico
P.O. Box 362350
Hato Rey, PR 00936-2350

Culebra Conservation and Development
Authority
P.O. Box 217
Culebra, PR 00775-0217

Economic Development Bank for Puerto Rico
P.O. Box 2134
San Juan, PR 00922-2134

Employment and Training Enterprises
Corporation
P.O. Box 366505
San Juan, PR 00936-6505

Farm Insurance Corporation of Puerto Rico
P.O. Box 9200
Santurce, PR 00908

Fine Arts Center Corporation
P.O. Box 41287 - Minillas Station
San Juan, PR 00940-1287

Governing Board of the 9-1-1 Service
P.O. Box 270200
San Juan, PR 00927-0200

Institute of Puerto Rican Culture
P.O. Box 9024184
San Juan, PR 00902-4184

Institutional Trust of the National Guard of
Puerto Rico
P.O. Box 9023786
San Juan, PR 00902-3786

Land Authority of Puerto Rico
P.O. Box 9745
Santurce, PR 00908-9745

Musical Arts Corporation
P.O. Box 41227
San Juan, PR 00940-1227

National Parks Company of Puerto Rico
P.O. Box 9022089
San Juan, PR 00902-2089

Port of the Americas Authority
P.O. Box 195534
San Juan, PR 00919-5534

Public Corporation for the Supervision and
Deposit Insurance of Puerto Rico Cooperatives
P.O. Box 195449
San Juan, PR 00919-5449

Puerto Rico Conservatory of Music Corporation
951 Ave. Ponce de León
San Juan, PR 00907-3373

Puerto Rico Convention Center District Authority
P.O. Box 19269
San Juan, PR 00907

Puerto Rico Council on Higher Education
P.O. Box 19900
San Juan, PR 00910-1900

Puerto Rico Government Investment Trust Fund
P.O. Box 42001 - Minillas Station
San Juan, PR 00940-2001

Puerto Rico Industrial, Tourist, Educational,
Medical, and Environmental Control
Facilities Financing Authority
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Land Administration
P.O. Box 363767
San Juan, PR 00936-3767

Puerto Rico Medical Services Administration
P.O. Box 2129
San Juan, PR 00922-2129

Puerto Rico Municipal Finance Agency
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Public Broadcasting Corporation
P.O. Box 190909
San Juan, PR 00919-0909

Puerto Rico School of Plastic Arts
P.O. Box 9021112
San Juan, PR 00902-1112

Puerto Rico Telephone Authority
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Trade and Export Company
P.O. Box 195009
San Juan, PR 00919-5009

Special Communities Perpetual Trust
P.O. Box 42001
San Juan, PR 00940-2001

University of Puerto Rico Comprehensive Cancer Center
P.O. Box 23400
San Juan, PR 00931-3400

Puerto Rico Industrial Development Company
P.O. Box 362350
San Juan, PR 00940

Puerto Rico Infrastructure Financing Authority
P.O. Box 41207 – Minillas Station

San Juan, PR 00940

Puerto Rico and Municipal Islands Maritime
Transport Authority
P.O. Box 4305
Puerto Real, PR 00740

Puerto Rico Metropolitan Bus Authority
P.O. Box 195349
San Juan, PR 00919-5349

Puerto Rico Ports Authority
P.O. Box 362829
San Juan, PR 00936-2829

Puerto Rico Public Private Partnership Authority
P.O. Box 42001
San Juan, PR 00940-2001

Solid Waste Authority
P.O. Box 40285 - Minillas Station
San Juan, PR 00940-0285

Puerto Rico Tourism Company
P.O. Box 9023960
Old San Juan Station
San Juan, PR 00902-3960

Right to Employment Administration
P.O. Box 364452
San Juan, PR 00936-4452

State Insurance Fund Corporation
P.O. Box 365028
San Juan, PR 00936-5028

The financial statements of the discretely presented component units have a year end of June 30, 2011, except for the Puerto Rico Telephone Authority, which has a year end of December 31, 2010.

**Fiduciary Component Units** — The three employee retirement systems administer pension funds for the Commonwealth and its political subdivisions. The three systems are subject to legislative and executive controls, and the administrative expenses are subject to legislative budget controls. These component units, while meeting the definition of a component unit and are legally separate, are presented in the fund financial statements along with other fiduciary funds of the Commonwealth. They have been omitted from the government wide financial statements, as their resources are not available to fund operations of the Commonwealth. The three systems, as governmental retirement plans, are excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

*Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)* — ERS is governed by a board of trustees, which is composed of the Secretary of the Treasury of the Commonwealth, who is the President, the President of GDB, the Commissioner for Municipal Affairs, the Director of the Puerto Rico Central Office of Personnel Administration, two participating employees, and one retiree, who are appointed by the Governor. The Commonwealth reports ERS as a cost sharing multiple employer pension plan. ERS is the administrator of a multiple employer defined benefit pension plan, which covers all regular employees of the Commonwealth and its instrumentalities and of certain municipalities and component units not covered by their own retirement systems. On September 24, 1999, an amendment to the law that created ERS was enacted with the purpose of establishing a new defined contribution plan (System 2000) for employees hired by the government on or after January 1, 2000.

*Puerto Rico Judiciary Retirement System (JRS)* — JRS is governed by the same board of trustees as ERS. JRS is a single employer defined benefit plan, administered by ERS, which covers all active judges or retired judges of the judiciary branch of the Commonwealth.

*Puerto Rico System of Annuities and Pensions for Teachers (TRS)* — TRS is governed by a nine member board comprising three ex-officio members, which are the Secretary of the Department of Education, the Secretary of the Treasury of the Commonwealth, the President of GDB, and one member who is a representative of a teachers' organization designated by the Governor; three teachers appointed by the Governor, one of which represents currently certified teachers in active service, and two who represent retired teachers; one member who is a representative of the entity that represents the proper unit under Act No. 45 of February 25, 1998, as amended; and one additional member, as representative of the public interest, with knowledge of and experience in the administration and operation of financial systems, appointed by the Governor. The Commonwealth reports TRS as a single employer pension plan. TRS provides retirement benefits to all teachers of the Department of Education of the Commonwealth, all pensioned teachers, all teachers transferred to an administrative position in the Department of Education of the Commonwealth, teachers who work in the Teachers' Association of Puerto Rico, and those who practice in private institutions accredited by the Department of Education of the Commonwealth. TRS provides retirement, death, and disability benefits.

Complete financial statements of these component units can be obtained directly by contacting their respective administrative offices at:

Employees' Retirement System of the
Government of the Commonwealth of Puerto Rico
P.O. Box 42003 - Minillas Station
Santurce, PR 00940

Puerto Rico Judiciary
Retirement System
P.O. Box 42003 - Minillas Station
Santurce, PR 00940

Puerto Rico System of Annuities and Pensions for
Teachers
P.O. Box 191879
San Juan, PR 00919-1879

**(c)   Government Wide Financial Statements**

The government wide financial statements (the statement of net assets and the statement of activities) report information of all of the nonfiduciary activities of the Commonwealth and its component units. For the most part, the effect of interfund activity has been removed from these government wide financial statements. Governmental activities, which normally are supported by taxes and intergovernmental revenue, are reported separately from business type activities, which rely to a significant extent on fees and charges for support. Likewise, the primary government is reported separately from the legally separate component units for which the primary government is financially accountable. The statement of net assets presents the reporting entities' nonfiduciary assets and liabilities, with the difference reported as net assets. Net assets are reported in three categories:

*Invested in Capital Assets, Net of Related Debt* — These consist of capital assets, net of accumulated depreciation and amortization and reduced by outstanding balances of bonds, notes, and other debt that is attributed to the acquisition, construction, or improvement of those assets.

*Restricted Net Assets* — These result when constraints placed on the net assets' use are either externally imposed by creditors, grantors, contributors, and the like or imposed by law through constitutional provisions or enabling legislation.

*Unrestricted Net Assets* — These consist of net assets that do not meet the definition of the two preceding categories. Unrestricted net assets often are designated to indicate that management does not consider them to be available for general operations. Unrestricted net assets often have constraints on resources that are imposed by management, but can be removed or modified.

When both restricted and unrestricted resources are available for use, generally, it is the Commonwealth's policy to use restricted resources first, then the unrestricted resources as they are needed.

The statement of activities demonstrates the degree to which the direct expenses of a given function, segment, or component unit are offset by program revenue. Direct expenses are those that are clearly identifiable with a specific function, segment, or component unit. Program revenue includes charges to customers who purchase, use, or directly benefit from goods or services provided by a given function, segment, or component unit. Program revenue also includes grants and contributions that are restricted to meeting the operational or capital requirements of a particular function, segment, or component unit. Taxes and other items not properly included

among program revenue are reported instead as general revenue. Resources that are dedicated internally are reported as general revenue rather than as program revenue. The Commonwealth does not allocate general government (indirect) expenses to other functions.

**(d)   Measurement Focus, Basis of Accounting, and Financial Statement Presentation**

*Government Wide Financial Statements* — The government wide financial statements are reported using the economic resources measurement focus and the accrual basis of accounting. Revenue is recorded when earned and expenses are recorded when a liability is incurred, regardless of the timing of related cash flows. Revenues from property tax are recognized in the fiscal year for which the taxes are levied. Grants and similar items are recognized as revenue as soon as all eligibility requirements have been met.

*Governmental Fund Financial Statements* — The governmental fund financial statements are reported using the current financial resources measurement focus and the modified accrual basis of accounting. Revenue is recognized as soon as it is both measurable and available. Revenue is considered to be available when it is collectible within the current period or soon enough thereafter to pay liabilities of the current period. Principal revenue sources considered susceptible to accrual include tax revenue, net of estimated overpayments (refunds) and amounts considered not collectible, which are recorded as taxpayers earn income (income taxes), as sales are made (consumption, sales and use taxes) and as cash is received (miscellaneous taxes). For this purpose, the Commonwealth considers income tax revenue to be available if collected within 120 days after the end of the current fiscal year end, property tax revenue if collected within 90 days after the end of the current fiscal year, and consumption sales and use tax if collected within 30 days after the end of the current fiscal year. In applying the susceptible to accrual concept to federal grants, there are essentially two types of revenue. For the majority of grants, moneys must be expended by the Commonwealth on the specific purpose or project before any amounts will be reimbursed. Revenue is, therefore, recognized as expenditures are incurred to the extent available. For the other revenue, moneys are virtually unrestricted and are generally revocable only for failure to comply with prescribed compliance requirements. These resources are reflected as revenue at the time of receipt or earlier if the susceptible to accrual criteria is met. Expenditures are generally recorded when a liability is incurred, as under accrual accounting. Modifications to the accrual basis of accounting include the following:

- Employees' vested annual vacation and sick leave are recorded as expenditures when utilized. The amount of accumulated annual vacation and sick leave unpaid at June 30, 2011 has been reported only in the government wide financial statements.

- Interest and principal on general long-term obligations and interest on interest rate swap agreements are recorded when due, except for interest and principal due on July 1 of the following fiscal year, if resources are available for its payment as of June 30.

- Debt service expenditures, federal funds' cost disallowances, other long-term obligations, and amounts subject to judgments under litigation are recorded only when payment is due.

*Proprietary Funds, Fiduciary Funds, and Discretely Presented Component Units Financial Statements* — The financial statements of the proprietary funds, fiduciary funds, and discretely presented component units are reported using the economic measurement focus and the accrual basis of accounting, similar to the government wide financial statements described above.

Each enterprise fund has the option under GASB Statement No. 20, *Accounting and Financial Reporting for Proprietary Funds and Other Governmental Entities That Use Proprietary Fund Accounting*, to elect and apply all Financial Accounting Standards Board (FASB) pronouncements issued after November 30, 1989, unless these conflict with a GASB pronouncement. The primary government's major enterprise funds have elected not to apply FASB pronouncements issued after November 30, 1989 and two nonmajor enterprise funds elected to adopt the FASB's pronouncements issued after November 30, 1989. Also, certain discretely presented component units have disclosed their election in their separately issued financial statements. The component units follow GAAP as issued by GASB and FASB as applicable to each component unit based on the nature of their operations. In addition, the Puerto Rico Government Investment Trust Fund adopted GASB Statement No. 31; *Accounting and Financial Reporting for Certain Investments and for External Investments Pools*; however, such financial statements are not included in the accompanying basic financial statements because the primary government and each component unit's investor already present their corresponding share of the assets of the PRGITF as cash or investments.

Proprietary funds distinguish operating revenue and expenses from nonoperating items. Operating revenue and expenses generally result from providing services and producing and delivering goods in connection with a proprietary fund's principal ongoing operations. Revenue and expenses not meeting this definition are reported as nonoperating revenue and expenses. The major operating revenue of the Commonwealth enterprise funds is as follows:

*Unemployment Insurance Fund* — Amounts requisitioned for the Puerto Rico Unemployment Insurance Trust Fund held by the U.S. Treasury for payment of unemployment benefits and charges made to individual employers.

*Lotteries Fund* — Amounts collected from the sale of traditional lottery tickets and electronic lotto games.

**(e)   Fund Accounting**

The Commonwealth reports its financial position and results of operations in funds, which are considered separate accounting entities, and discrete presentations of those component units, which are not required to be blended. The operations of each fund are accounted for within a set of self-balancing accounts. Fund accounting segregates funds according to their intended purpose and is used to aid management in demonstrating compliance with legal, financial, and contractual provisions. Major funds are determined using a predefined percentage of the assets, liabilities, revenue, or expenditures/expenses of either the fund category or the governmental and enterprise funds combined. The nonmajor funds are combined in a single column in the fund financial statements. The Commonwealth reports the following major funds:

**Governmental Funds**

*General Fund* — The general fund is the primary operating fund of the Commonwealth. It is used to account for and report all financial resources received and used for those services traditionally provided by a government, except those required to be accounted for and reported in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, and education.

*Pledged Sales and Use Tax Fund* — The pledge sales and use tax fund in used to account for and report the sales tax revenue and the corresponding transfer to COFINA debt service fund for the payment of debt.

*Debt Service Fund* — The debt service fund accounts for and reports financial resources that are restricted, committed or assigned to expenditure for general long-term bonds' principal, interest, and related costs other than bonds payable from the operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1 of the following fiscal year are accounted for as a fund liability if resources are available as of June 30 for its payment.

*COFINA Special Revenue Fund* — The special revenue fund of the Puerto Rico Sales Tax Financing Corporation (COFINA) is used to account for and report all financial resources of COFINA, except those required to be accounted for and reported in another fund.

*COFINA Debt Service Fund* — The debt service fund of the Puerto Rico Sales Tax Financing Corporation is used to account for the Commonwealth Sales Tax deposited in the Dedicated Sales Tax Fund for the payment of interest and principal on long-term obligations.

*Nonmajor Governmental Funds* — The Commonwealth reports the following blended component units within the nonmajor governmental funds: Public Buildings Authority, The Children's Trust, and the Puerto Rico Maritime Shipping Authority. If a component unit is blended, the governmental fund types of the component unit should be blended with those of the primary government by including them in the appropriate combining statements of the primary government. Although the primary government's General Fund is usually the main operating fund of the reporting entity, the General Fund of a blended component unit should be reported as a Special Revenue Fund. Special Revenue Funds are used to account for and report the proceeds of specific revenue sources that are restricted or committed to expenditure for specified purposes other than debt service or capital projects.

*Capital Projects Fund* — This fund is used to account for and report financial resources that are restricted, committed, or assigned to expenditures for capital outlays, including the acquisition or construction of capital facilities and other capital assets. Capital projects funds exclude those types of capital-related outflows financed by proprietary funds or for assets that will be held in trust for individuals, private organizations, or other governments.

**Major Proprietary Funds**

These funds account for those activities for which the intent of management is to recover, primarily through user charges, the cost of providing goods or services to the general public.

*Unemployment Insurance Fund* — This fund accounts for amounts requisitioned for the Puerto Rico Unemployment Insurance Trust Fund held by the U.S. Treasury for payment of unemployment benefits and charges made to individual employers.

*Lotteries Fund* — This fund accounts for the assets and operations of two lottery systems administered by the Commonwealth.

*Nonmajor Proprietary Funds* — The Commonwealth reports the following nonmajor proprietary funds: Disability Insurance, Drivers' Insurance, Puerto Rico Water Pollution Control Revolving Fund, and Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund.

**Fiduciary Funds**

Fiduciary funds are used to account for assets held by the Commonwealth in a trustee capacity, or as an agent for individuals, private organizations, and other governmental units. The following are the Commonwealth's fiduciary funds:

*Pension Trust Funds* — These are used to account for the assets, liabilities, and net assets available for pension benefits held in trust for the public employees' retirement systems.

*Agency Funds* — These are custodial in nature (assets equal liabilities) and do not involve measurement of the results of operations.

**Discretely Presented Component Units**

Discrete presentation of component units is used to present the financial information of entities that do not qualify to be blended, in accordance with GASB Statement No. 14, as amended by GASB Statement No. 39, with the funds of the primary government. The component units' column in the government wide financial statements is used to report the financial activities of the Commonwealth's discretely presented component units. The financial statements of these component units are presented following the accrual basis of accounting. Under the accrual basis, revenue is recognized when earned and expenses are recorded at the time liabilities are incurred, without regard to receipt or payment of cash.

**(f)     Reconciliation of Government-wide and Fund Financial Statements**

A summary reconciliation of the difference between total fund balances (deficit) as reflected on the governmental funds balance sheet and total net assets (deficit) of governmental activities as shown on the government-wide statement of net assets is presented in an accompanying schedule to the governmental funds balance sheet. The asset and liability elements which comprise the difference are related to the governmental funds using the current financial resources measurement focus and the modified accrual basis of accounting while the government-wide financial statements use the economic resources measurement focus and the accrual basis of accounting.

A summary reconciliation of the difference between net change in fund balances (deficit) as reflected on the governmental funds statement of revenues, expenditure, and changes in fund balances (deficit) and change in net assets (deficit) of governmental activities as shown on the governmental-wide statement of activities is presented in an accompanying schedule to the governmental funds statement of revenues, expenditures, and changes in fund balances (deficit). The revenue and expense elements which comprise the reconciliation difference stem from governmental funds using the current financial resources measurement focus and the modified accrual basis of accounting while the government-wide financial statements use the economic resources measurement focus and the accrual basis of accounting.

**(g)     Statutory (Budgetary) Accounting**

The Commonwealth's budget is adopted in accordance with a statutory basis of accounting, which is not in accordance with GAAP. Revenue is generally recognized when cash is received, net of tax refunds claimed by taxpayers as of year-end. Short term and long-term borrowings may be used to finance budgetary excess of expenditures over revenue. Expenditures are generally recorded when the related expenditure is incurred or encumbered. Encumbrances generally lapse the year following the end of the fiscal year when the encumbrance was established, as established by Act

No. 123 of August 17, 2001. Unencumbered appropriations lapse at year-end. Amounts required for settling claims and judgments against the Commonwealth and certain other liabilities are not recognized until they are encumbered or otherwise processed for payment.

Under the statutory basis of accounting, the Commonwealth uses encumbrance accounting to record the full amount of purchase orders, contracts, and other commitments of appropriated resources as deductions from the appropriation prior to actual expenditure. In the governmental funds, encumbrance accounting is a significant aspect of budgetary control.

The statement of revenue and expenditures — budget and actual — budget basis — general fund only presents the information for the general fund for which there is a legally adopted budget, as required by GAAP. See Note 3(b) for a reconciliation of the statement of revenue and expenditures — budget and actual — budget basis — general fund with the statement of revenues, expenditures, and changes in fund balance (deficit) for the general fund. The special revenue funds do not have a legally mandated budget.

**(h)   Cash and Short Term Investments**

The Commonwealth follows the practice of pooling cash. The balance in the pooled cash accounts is available to meet current operating requirements, and any excess is invested in various interest bearing accounts with the Government Development Bank for Puerto Rico and with the Puerto Rico Government Investment Trust Fund (PRGITF). Cash and cash equivalents include investments with original maturities of 90 days or less from the date of acquisition.

The Commissioner of Financial Institutions requires that private financial institutions deposit collateral securities to secure the deposits of the Commonwealth and all other governmental entities in each of these institutions. The amount of collateral securities to be pledged for the security of public deposits shall be established by the rules and regulations promulgate by the Commissioner of Financial Institutions.

The Puerto Rico Unemployment Insurance Trust Fund is maintained to account for the collection of unemployment insurance contributions from employers and the payment of unemployment benefits to eligible claimants. As required by federal law, all resources not necessary for current benefit payments are placed on deposit with the U.S. Treasury. Interest earned over such deposit is retained in the fund.

Cash and short term investments and cash equivalents of the component units are maintained in separate bank accounts, from those of the primary government, in their own names.

**(i)   Securities Purchased under Agreements to Resell**

Certain component units of the Commonwealth enter into purchases of securities with simultaneous agreements to resell the same securities ("repurchase agreements"). The amounts advanced under these agreements generally represent short–term loans and are reflected as an asset. The securities underlying these agreements mainly consist of U.S. government obligations, mortgage-backed securities, and interest bearing deposits with other banks. Repurchase agreements are authorized transactions under their respective enabling legislation and/or authorized by GDB.

**(j)   Securities Lending Transactions**

Certain component units of the Commonwealth enter into securities lending transactions in which governmental entities (lenders) transfer their securities to broker dealers and other entities (borrowers) for collateral with a simultaneous agreement to return the collateral for the same securities in the future. Cash received as collateral on securities lending transactions and investments made with that cash are reflected as investments. Securities received as collateral are reported as investments if the component unit has the ability to pledge or sell them without a borrower default. Liabilities resulting from these securities lending transactions also are reported in the statement of net assets. Securities lending transactions collateralized by letters of credit or by securities that the component unit does not have the ability to pledge or sell unless the borrower defaults are not reported as assets and liabilities in the statement of net assets.

**(k)   Investments and Investment Contracts**

Investments and investment contract mainly include U.S. government and agencies' obligations, mortgage-backed securities, repurchase agreements, commercial paper, local government obligations, investment contracts, and corporate debt and equity obligations. Investments and investment contracts, are carried at fair value, except for money market investments and participating investment contracts with a remaining maturity at the time of purchase of one year or less and nonparticipating investment contracts (guaranteed investment contracts), which are carried at cost; and investment positions in 2a-7 like external investment pools, which are carried at the pool's share price. Fair value is determined based on quoted market prices and quotations received from independent broker/dealers or pricing service organizations. Investment income, including changes in the fair value of investments, is presented as investment earnings in the statement of activities, the statement of revenues, expenditures, and changes in fund balances (deficit) — governmental funds, and the statement of revenues, expenses, and changes in fund net assets (deficit) — proprietary funds. Realized gains and losses from the sale of investments and unrealized changes in the fair value of outstanding investments are included in the change in the fair value of investments.

The PRGITF is considered a 2a7 like external investment pool and, as such, reports its investments at amortized cost.

**(l)   Receivables**

Tax receivables in the general fund include predominantly amounts owed by taxpayers for individual and corporate income taxes, net of estimated uncollectible amounts. Income tax receivables are recognized as revenue when they become measurable and available based on actual collections during the 120 days following the fiscal year end related to tax returns due before year end. Taxes receivables also include amounts owed by taxpayers on income earned in periods prior to June 30, 2011, estimated to be collectible but not currently available, and thus are reported as deferred revenue in the general fund. Unemployment, disability, and driver's insurance receivables in the enterprise funds are stated net of estimated allowances for uncollectible accounts.

The sales and use tax receivable is recognized as revenue when it becomes measurable and available based on actual collections during the 30 days following the fiscal year-end related to sales and use tax returns due before year-end.

Excise tax receivable is recognized as revenue when it becomes measurable and available based on actual collections during the 30 days following the fiscal year-end related to transactions that occurred before year-end. Act 154 of October 25, 2010 imposes a new temporary excise tax on the acquisition of certain personal property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico by nonresident alien individuals, foreign corporations and foreign partnerships. Act 154 applies to income realized and acquisitions occurring after December 31, 2010. Act No 154 provides that, in certain circumstances, taxpayers will be deemed to be engaged in trade or business in Puerto Rico and taxable in Puerto Rico with respect to a portion of taxpayer's income where the taxpayers engage in significant transactions with other persons that are members of the same controlled group. Where a person engages in significant transactions with a member of the same controlled group that has gross receipts of seventy-five million dollars or more in any of the last three years and that manufactures or produces goods in Puerto Rico, or provides services in connection with the manufacture or production of goods in Puerto Rico, the person will not be subject to income tax, will instead be subject to the excise tax in lieu of any income tax. The excise tax will apply for a period of six years. The excise tax is based on the value of the personal property or services acquired and will be 4% for calendar year 2011, declining to 3.75% in 2012, 2.75% in 2013, 2.5% in 2014, 2.25% in 2015 and 1% in 2016.

Real property tax payments for the fiscal year ended June 30, 2011 were due September 1, 2010 and March 1, 2011. Property tax revenue represents payments received during the year and payments received (against the current fiscal year and prior years' levies) within the first three months of the following fiscal year reduced by tax refunds for the fund financial statements. Additionally, the government wide financial statements recognize real property tax revenues (net of refunds) which are not available to the governmental fund type in the fiscal year for which the taxes are levied. Act No. 7 of March 9, 2009, as amended, imposed an additional real property tax on residential and commercial real properties with appraised values in excess of approximately $210,000. This tax applied during fiscal years 2010 and 2011 and amounted to 0.591% of such properties' appraised value as determined by the Municipal Revenue Collection Center (CRIM). Act No. 1 of January 31, 2011 eliminated this additional real property tax commencing the quarter ended June 30, 2011.

Accounts receivable are stated net of estimated allowances for uncollectible accounts, which are determined, based upon past collection experience and current economic conditions. Intergovernmental receivables primarily represent amounts owed to the Commonwealth for reimbursement of expenditures incurred pursuant to federally funded programs. Intergovernmental receivables also include taxes that the CRIM, is required to remit to the Commonwealth to be used by the Commonwealth's debt service fund for payment of debt service on general obligations of the Commonwealth. The amount to be remitted is based on the special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation, which is levied by the CRIM.

The accounts receivable from nongovernmental customers of the component units are net of estimated uncollectible amounts. These receivables arise primarily from service charges to users. Accounts receivable from the primary government and other component units that arise from service charges although deemed fully collectible, are evaluated for collectability

Loans of the general fund are net of estimated uncollectible amounts. These receivables arise from amounts owed by public corporations and municipalities for public insurance and rent paid by the general fund on their behalf.

The loans of the pension trust funds do not have allowances for uncollectible amounts since such loans are secured by mortgage deeds, plan members' contributions, and any unrestricted amounts remaining in escrow. Loans of the component units consist predominantly of loans to the primary government, other component units, and municipalities, and do not have allowances for uncollectible accounts as those are deemed fully collectible. The remaining loans of the component units are to small and medium businesses, agricultural, and low income housing loans from nongovernmental customers, and are presented net of estimated losses on such portfolios.

**(m) Inventories**

Generally, inventories are valued at cost and predominantly on the first in, first out basis. Governmental fund inventories are recorded as expenditures when purchased rather than capitalized as an asset. Only significant amounts of inventory at the end of the year are capitalized in the governmental funds. However, inventories are always capitalized in the statement of net assets of governmental activities.

**(n) Restricted Assets**

Funds set aside for the payment and guarantee of notes and interest payable and for other specified purposes are classified as restricted assets since their use is limited for this purpose by applicable agreements or required by law. Restricted assets in the proprietary funds mainly include amounts set aside for the payment of insurance benefits.

**(o) Real Estate Held for Sale**

Real estate held for sale are carried at the lower of fair value or cost, which is established by a third-party professional assessment or based upon an appraisal, minus estimated costs to sell. Subsequent declines in the value of real estate available for sale are charged to expenditure/expense.

**(p) Capital Assets**

Capital assets include land, buildings, building improvements, equipment (including software), vehicles, construction in process, and infrastructure assets, are reported in the applicable governmental, business type activities, and component unit columns in the government wide financial statements. The Commonwealth's primary government defines capital assets as assets that (i) have an initial, individual cost of $25,000 or more at the date of acquisition; and (ii) have a useful life of five or more years. Capital assets are recorded at historical cost or at estimated historical cost if actual historical cost is not available.

The method to deflate the current cost of the same or a similar asset using an approximate price index was used to estimate the historical cost of certain land, buildings, and building improvements, because invoices and similar documentation were no longer available in certain instances. Donated capital assets are recorded at fair market value at the time of donation. Major outlays for capital assets and improvements are capitalized as projects are constructed. Interest costs are capitalized during the construction period only for business type activities and most component units. The costs of normal maintenance and repairs that do not add value to the assets or materially extend asset lives are not capitalized.

Capital assets utilized in the governmental funds are recorded as expenditures in the governmental fund financial statements. Depreciation expense is recorded in the government wide financial statements, as well as the proprietary funds and component units' financial statements.

Capital assets of the primary government are depreciated on the straight line method over the assets' estimated useful life. There is no depreciation recorded for land and construction in progress. The estimated useful life of capital assets is as follows:

|  | Years |
|---|---|
| Buildings and building improvements | 20–50 |
| Equipment, furniture, fixtures, vehicles and software | 5–15 |
| Infrastructure | 50 |

The capital assets of the component units are recorded in accordance with the applicable standards of the component units and under their own individual capitalization thresholds. Depreciation has been recorded when required by these standards based on the types of assets, use and estimated useful lives of the respective assets, and on the nature of each of the component unit's operations.

The estimated useful lives of capital assets reported by the component units are as follows:

|  | Years |
|---|---|
| Buildings and building improvements | 3–50 |
| Equipment, furniture, fixtures, vehicles and software | 3–20 |
| Intangibles, other than software | 3–5 |
| Infrastructure | 10–50 |

The Commonwealth follows the provisions of GASB Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries — an amendment to GASB Statement No. 34*. This statement establishes guidance for accounting and reporting for the impairment of capital assets and for insurance recoveries.

**(q)   Tax Refunds Payable**

During the calendar year, the Commonwealth collects individual income taxes through withholdings and payments from taxpayers. At June 30, the Commonwealth estimates the amount owed to taxpayers for overpayments during the first half of the calendar year. These estimated amounts and the actual tax refunds claimed for prior years but not paid at year end are recorded as tax refunds payable and as a reduction of tax revenue.

**(r)   Deferred Revenue**

Deferred revenue at the governmental fund level arises when potential revenue does not meet either the "measurable" or the "available" criteria for revenue recognition in the current period. Deferred revenue also arises when resources are received before the Commonwealth has a legal claim to them, as when grant moneys are received prior to incurring the qualifying expenditures. In subsequent periods, when the revenue recognition criteria is met, or when the Commonwealth has a legal claim to the resources, the liability for deferred revenue is removed from the balance sheet, and the revenue is recognized. Deferred revenue at the government wide and proprietary fund levels arises only when the Commonwealth receives resources before it has a legal claim to them.

**(s)    Long-term Debt**

The liabilities reported in the government wide financial statements include Commonwealth's general obligation bonds and long-term notes, obligations under lease/purchase agreements, and long-term liabilities including vacation, sick leave, long-term liabilities to other governmental entities, net pension obligation, legal claims, and noncurrent federal fund cost disallowances related to expenditures of federal grants. Long-term obligations financed by proprietary fund types and component units are recorded as liabilities in those funds and in the discretely presented component units' column.

Premiums, discounts, and issuance costs — in the government wide financial statements, long-term debt, and other long-term obligations — are presented in the columns for governmental and business type activities. The same is presented in the proprietary fund financial statements. Bond and note premiums and discounts, as well as issuance costs, are deferred and amortized over the life of the debt. Bonds and notes payable are reported net of the applicable bond premium or discount. Bond issuance costs are reported as deferred charges in other assets and are amortized over the term of the related debt. In the governmental fund financial statements, governmental funds recognize bond premiums and discounts, as well as bond issuance costs, during the current period. The face amount of debt issued is reported as other financing sources. Premiums received on debt issuance are reported as other financing sources while discounts are reported as other financing uses. Issuance costs, whether or not withheld from the actual debt proceeds received, are reported as expenditures.

The difference between reacquisition price and the net carrying amount of the old debt in a refunding transaction is deferred and amortized as a component of interest over the remaining life of the old debt, or the life of the new debt, whichever is shorter. On the statement of net assets, this deferred amount is reported as a deduction from, or as an addition to, the new debt liability.

**(t)    Derivative Instruments**

The Commonwealth accounts for derivative instruments in accordance with GASB Statement No. 53, *Accounting and Financial Reporting for Derivative Instruments*. Derivative instruments such as interest rate and commodity swaps, interest rate locks, options (caps, floors, and collars), swaptions, forward contracts, and futures contracts are entered into by governments as investments; as hedges of identified financial risks associated with assets or liabilities, or expected transactions (i.e., hedgeable items); to lower the costs of borrowings; to effectively fix cash flows or synthetically fix prices; or to offset the changes in fair value of hedgeable items. Certain derivative instruments, with the exception of synthetic guaranteed investment contracts that are fully benefit-responsive, are reported at fair value by governments in their government-wide financial statements. The changes in fair value of hedging derivative instruments are reported as deferred inflows or deferred outflows. The changes in fair value of investment derivative instruments (which include ineffective hedging derivative instruments) are reported as part of investment revenue in the current reporting period. Effectiveness is determined by considering whether the changes in cash flows or fair values of the potential hedging derivative instrument substantially offset the changes in cash flows or fair values of the hedgeable item. See Note 23 for disclosure information relating to hedging and investment derivative instruments.

**(u)   Accounting for Pension Costs**

For the purpose of applying the requirements of GASB Statement No. 27, *Accounting for Pensions by State and Local Government Employers, as amended by GASB Statement No. 50*, Pension Disclosures, the Commonwealth's financial reporting entity is considered to be a sponsor of three defined benefit pension plans: JRS, TRS and ERS. This is because substantially all the participants in the three pension trust funds are part of the financial reporting entity of the Commonwealth. For the purpose of the basic financial statements, and as disclosed in Note 20, the Commonwealth's annual pension cost, measured on the accrual basis of accounting, for the year ended June 30, 2011 amounted to approximately $2.2 billion. However, the amount recognized as pension expenditure in the governmental funds was recorded under the modified accrual basis, and amounted to approximately $874 million. The excess of the annual required contribution over the statutorily required contributions increased the net pension obligation at June 30, 2011 to approximately $9.3 billion. This amount is presented in the statement of net assets (deficit) of the governmental activities as of June 30, 2011.

For purposes of the stand-alone financial statements of each of the blended and discretely presented component units, the entities accounted for pension costs from the standpoint of a participant in a multiple employer cost sharing plan. Accordingly, pension costs recognized are equal to the statutorily or contractually required contributions, with a liability recorded for any unpaid required contributions. The basis of accounting used by the component units was either modified accrual basis or accrual basis, depending upon individual fund structure and type of entity. Most component units did not have pension related assets or liabilities at transition because they have contributed the statutorily required contributions.

**(v)   Other Postemployment Benefits**

In addition to the pension benefits described in Note 21, the Commonwealth provides other postemployment benefits (OPEB) such as summer and Christmas bonus, and post-employment healthcare benefits for its retired employees in accordance with local law. Substantially, all of the employees may become eligible for these benefits if they reach normal retirement age while working for the Commonwealth.

The Christmas bonus and the summer bonus benefits are provided by the Commonwealth statutes. The Christmas bonus and the summer bonus paid by the Commonwealth to the retired employees during the year ended June 30, 2011 was $600 per retiree and the total amount was approximately $112 million. These benefits are recorded as expenditures when paid in the general fund.

Healthcare benefits are provided through insurance companies whose premiums are paid by the retiree with the Commonwealth providing a matching share of not more than $100 per month for each retiree. During the year ended June 30, 2011, the cost of providing healthcare benefits amounted to approximately $125 million.

**(w)   Compensated Absences**

The vacation policy of the Commonwealth generally provides for the accumulation of 2.5 days per month, except for the teachers who accrue 4 days per month. Vacation time accumulated is fully vested to the employees from the first day of work up to a maximum of 60 days. Employees accumulate sick leave generally at a rate of 1.5 days per month up to a maximum of 90 days. Upon retirement, an employee receives compensation for all accumulated unpaid leave at the current rate, if the employee has at least 10 years of service with the Commonwealth. Accrued compensated

absences of the primary government at June 30, 2011 amounting to approximately $1.5 billion are presented in the statement of net assets (deficit). Compensated absence accumulation policies for the blended component units and discretely presented component units vary from entity to entity based on negotiated agreements and other factors agreed upon between the management of these entities and their employees.

The Public Service Personnel Law requires certain component units and the primary government of the Commonwealth to annually pay the employees the accumulated vacation and sick leave earned in excess of the limits mentioned above.

**(x)   Termination Benefits**

Commonwealth accounts for termination benefits in accordance with GASB Statement No. 47, *Accounting for Termination Benefits. Pursuant to the provisions of GASB Statement No. 47*, in financial statements prepared on the accrual basis of accounting, employers should recognize a liability and expense for voluntary termination benefits (for example, early-retirement incentives) when the offer is accepted and the amount can be estimated. A liability and expense for involuntary termination benefits (for example, severance benefits) should be recognized when a plan of termination has been approved by those with the authority to commit the government to the plan, the plan has been communicated to the employees, and the amount can be estimated. In financial statements prepared on the modified accrual basis of accounting, liabilities and expenditures for termination benefits should be recognized to the extent the liabilities are normally expected to be liquidated with expendable available financial resources.

**(y)   Encumbrances**

Encumbrance accounting, under which purchase orders, contracts, and other commitments for expenditures are recorded to reflect the use of the applicable spending appropriations, is used by the general fund during the fiscal year to control expenditures. The cost of those goods received and services rendered on or before June 30 are recognized as expenditures. For GAAP reporting purposes, encumbrances outstanding at year end are reported within the restricted, committed, and assigned GAAP fund balance classifications and do not constitute expenditures or liabilities on GAAP basis because the commitments will be honored during the subsequent year. The unencumbered balance of any appropriation of the general fund at the end of the fiscal year lapses immediately. Appropriations, other than in the general fund, are continuing accounts for which the Legislature has authorized that an unspent balance from the prior year be carried forward and made available for current spending.

**(z)   Interfund and Intraentity Transactions**

The Commonwealth has the following types of transactions among funds:

*Interfund Transfer* — Legally required transfers that are reported when incurred as transfer in by the recipient fund and as transfer out by the disbursing fund, with receivables and payables presented as amounts due to and due from other funds. Advances between funds are also presented as amounts due to and due from other funds. However, these transfers and related amounts receivable and payable are considered internal balances and activities that have been eliminated in the government wide financial statements.

*Intraentity Transactions* — There are two types of intraentity transactions. First, are resource flows between the primary government and its component units and among the component units. These resource flows and related outstanding balances are reported as if they were external transactions. However, resource flows between the primary government and blended component units are classified as interfund transactions, as described above. Second, are intraentity balances between the primary government funds and discretely presented component units that are tantamount to long-term debt financing. The primary government's liability is reported in the statement of net assets, the proceeds in the primary government's funds, and the asset in the discretely presented component units' statement of net assets.

**(aa) Lottery Revenue and Prizes**

The revenue, expenses, and prizes awarded by the Lottery of Puerto Rico and the Additional Lottery System, reported within the lotteries enterprise fund, are recognized as drawings are held. Moneys collected prior to June 30 for tickets related to drawings to be conducted subsequent to June 30 are reported as deferred revenue. Unpaid prizes awarded as of June 30 are reported as a fund liability. Unclaimed prizes expire after six months and are transferred to the general fund.

**(ab) Risk Management**

The Commonwealth purchases commercial insurance covering casualty, theft, tort claims, and other losses for the primary government, most component units, and the municipalities. The Commonwealth is reimbursed for premium payments made on behalf of the component units and the municipalities. The current insurance policies have not been canceled or terminated. For workers' compensation, the Commonwealth has a discretely presented component unit, the SIFC, which provides workers' compensation to both public and private employees. In the past three years, the Commonwealth has not settled claims that exceed insurance coverage.

Certain component units combine commercial insurance with internal self-insurance funds covering specific risks related to their specialized operations.

**(ac) Tobacco Settlement**

The Commonwealth follows GASB Technical Bulletin No. 2004-1, *Tobacco Settlement Recognition and Financial Reporting Entity Issue*, as amended by GASB Statement No. 48, *Sales and Pledges of Receivables and Future Revenues and Intra-Entity Transfers of Assets and Future Revenues*, (the "TB"), which provides accounting guidance for entities created to obtain the rights to all or a portion of future tobacco settlement resources and for the governments that create such entities.

The TB indicates that the entity created to obtain the rights, which is called the Tobacco Settlement Authority (TSA), should be considered a component unit of the government that created it and the component unit should be blended. The TB also states that the government receiving the payments from the tobacco companies under the agreement, which are called settling governments, should recognize a receivable and revenue for tobacco settlement resources when an event occurs. The event that results in the recognition of an asset and revenue by the settling government is the domestic shipment of cigarettes. The TB indicates that accruals should be made by the settling government and TSAs for estimated shipments from January 1 to their respective fiscal year ends, since the annual payments are based on a calendar year. However, under the modified accrual basis of accounting at the fund level, revenue should be recognized only to the extent that resources are available.

**(ad)  Reclassifications**

Certain reclassifications have been made to the information presented in the separately issued financial statements of certain blended component units and agencies included within the special revenue, debt service, capital projects, proprietary funds, and discretely presented component units to conform to the accounting classifications used by the Commonwealth in the basic financial statements.

**(ae)  Use of Estimates**

The preparation of the basic financial statements in conformity with GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the basic financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

**(af)  New Accounting Standards Adopted**

The following new accounting standards were adopted by the Commonwealth effective July 1, 2010:

GASB Statement No. 54, *Fund Balance Reporting and Governmental Fund Type Definitions*, establishes fund balance classifications that comprise a hierarchy based primarily on the extent to which a government is bound to observe constraints imposed upon the use of the resources reported in governmental funds. Governments are required to classify and report amounts in the appropriate fund balance classifications by applying accounting policies that determine whether restricted, committed, assigned, and unassigned amounts are considered to have been spent. Disclosure of the policies in the notes to financial statements is required. Governments are also required to disclose information about the processes through which constraints are imposed on amounts in the committed and assigned classifications. GASB Statement No. 54 also provides guidance for classifying stabilization amounts on the face of the balance sheet and requires disclosure of certain information about stabilization arrangements in the notes to financial statements. The objective of GASB Statement No. 54 is to enhance the usefulness of fund balance information by providing clearer fund balance classifications that can be more consistently applied and by clarifying the existing governmental fund type definitions.

The financial reporting impact resulting from the implementation of GASB Statement No. 54 is the inclusion of new classifications in the fund balance section of the balance sheet, based on the extent to which the Commonwealth is bound to observe constraints imposed upon the resources in the governmental funds. Fund balance has been reported in Nonspendable and Spendable, which includes Restricted, Committed, Assigned or Unassigned Fund Balance classifications.

GASB Statement No. 59, *Financial Instruments Omnibus*, updates and improves existing standards regarding financial reporting and disclosure requirements of certain financial instruments and external investment pools for which significant issues have been identified in practice. GASB Statement No. 59 includes the following guidance:

- Emphasizes the applicability of U.S. Securities and Exchange Commission requirements to certain external investment pools — known as 2a7-like pools — to provide users more consistent information on qualifying pools.

- Addresses the applicability of GASB Statement No. 53, *Accounting and Financial Reporting for Derivative Instruments*, to certain financial instruments to clarify which financial instruments are within the scope of that pronouncement and to provide greater consistency in financial reporting.

- Applies the reporting provisions for interest-earning investment contracts of GASB Statement No. 31, *Accounting and Financial Reporting for Certain Investments and for External Investment Pools*, to unallocated insurance contracts to improve the consistency of reporting by pension and OPEB plans.

There was no impact on the Commonwealth's financial statements as a result of the implementation of GASB Statement No. 59.

**(ag) Future Adoption of Accounting Pronouncements**

The GASB has issued the following accounting standards that have effective dates after June 30, 2011:

- GASB Statement No. 57, *OPEB Measurements by Agent Employers and Agent Multiple-Employer Plans*. This Statement addresses issues related to the use of the alternative measurement method and the frequency and timing of measurements by employers that participate in agent multiple employers other postemployment benefit (OPEB) plans. The provisions of this Statement related to the use and reporting of the alternative measurement method are effective immediately. The provisions related to the frequency and timing of measurements are effective for actuarial valuations first used to report funded status information in OPEB plan financial statements for periods beginning after June 15, 2011. Earlier application of this Statement is encouraged.

- GASB Statement No. 60, *Accounting and Financial Reporting for Service Concession Arrangements*. This Statement improves financial reporting by addressing issues related to service concession arrangements (SCAs), which are a type of public-private or public-public partnership. As used in this Statement, an SCA is an arrangement between a transferor (a government) and an operator (governmental or nongovernmental entity) in which: (i) the transferor conveys to an operator the right and related obligation to provide services through the use of infrastructure or another public asset (a facility) in exchange for significant consideration; and (ii) the operator collects and is compensated by fees from third parties. The requirements of this Statement are effective for financial statements for periods beginning after December 15, 2011.

- GASB Statement No. 61, *The Financial Reporting Entity: Omnibus-an amendment of GASB Statements No. 14 and No. 34*. This Statement improves financial reporting for a governmental financial reporting entity. The requirements of Statement No. 14, *The Financial Reporting Entity*, and the related financial reporting requirements of Statement No. 34, *Basic Financial Statements and Management's Discussion and Analysis for State and Local Governments*, were amended to better meet user needs and to address reporting entity issues that have arisen since the issuance of those Statements. This Statement modifies certain requirements for inclusion of component units in the financial reporting entity. This statement is effective for financial statements for periods beginning after June 15, 2012.

- GASB Statement No. 62, *Codification of Accounting and Financial Reporting Guidance Contained in Pre-November 30, 1989 FASB and AICPA Pronouncements*. This Statement incorporates into the GASB's authoritative literature certain accounting and financial reporting guidance that is included in the following pronouncements issued on or before November 30, 1989, which does not conflict with or contradict GASB pronouncements: (i) FASB Statements and Interpretations; (ii) Accounting Principles Board Opinions; and (iii) Accounting Research Bulletins of the American Institute of Certified Public Accountants' (AICPA) Committee on Accounting Procedure. This Statement also supersedes Statement No. 20, *Accounting and Financial Reporting for Proprietary Funds and Other Governmental Entities that Use Proprietary Fund Accounting*. The requirements of this Statement are effective for financial statements for periods beginning after December 15, 2011.

- GASB Statements No. 63, *Financial Reporting of Deferred Outflows of Resources, Deferred Inflows of Resources, and Net Position*. The Statement provides financial reporting guidance for deferred outflows of resources, which is a consumption of net assets by the government that is applicable to a future reporting period and deferred inflows of resources which is an acquisition of net assets by the government that is applicable to a future reporting period. GASB Statement No. 63 also amends the net asset reporting requirements in Statement No. 34, *Basic Financial Statements — and Management's Discussion and Analysis — for State and Local Governments* and other pronouncements by incorporating deferred outflows of resources and deferred inflows of resources into the definitions of the required components of the residual measure and by renaming that measure as net position, rather than net assets. The requirements of GASB Statement No. 63 are effective for financial statements for periods beginning after December 15, 2011. Earlier application is encouraged.

- GASB Statements No. 64, *Derivative Instruments: Application of Hedge Accounting Termination Provisions — An Amendment of GASB Statement No. 53*. This Statement clarifies whether an effective hedging relationship continues after the replacement of a swap counterparty or a swap counterparty's credit support provider. This Statement sets forth criteria that establish when the effective hedging relationship continues and hedge accounting should continue to be applied. The requirements of GASB Statement No. 64 are effective for financial statements for periods beginning after June 15, 2011. Earlier application is encouraged.

- GASB Statement No. 65, *Items Previously Reported as Assets and Liabilities*. This Statement establishes accounting and financial reporting standards that reclassify, as deferred outflows of resources or deferred inflows of resources, certain items that were previously reported as assets and liabilities and recognizes, as outflows of resources or inflows of resources, certain items that were previously reported as assets and liabilities. This Statement also provides other financial reporting guidance related to the impact of the financial statement elements deferred outflows of resources and deferred inflows of resources, such as changes in the determination of the major fund calculations and limiting the use of the term deferred in financial statement presentations. The provisions of this Statement are effective for financial statements for periods beginning after December 15, 2012.

- GASB Statement No. 66, *Technical Corrections — 2012*. The objective of this Statement is to improve accounting and financial reporting for a governmental financial reporting entity by resolving conflicting guidance that resulted from the issuance of two pronouncements, Statements No. 54, *Fund Balance Reporting and Governmental Fund Type Definitions*, and No. 62, *Codification of Accounting and Financial Reporting Guidance Contained in Pre-November 30, 1989 FASB and AICPA Pronouncements*. This Statement amends Statement No. 10, *Accounting and Financial Reporting for Risk Financing and Related Insurance Issues*,

by removing the provision that limits fund-based reporting of an entity's risk financing activities to the general fund and the internal service fund type. As a result, governments should base their decisions about fund type classification on the nature of the activity to be reported, as required in Statement 54 and Statement No. 34, *Basic Financial Statements — and Management's Discussion and Analysis — for State and Local Governments*. This Statement also amends Statement 62 by modifying the specific guidance on accounting for (1) operating lease payments that vary from a straight line basis, (2) the difference between the initial investment (purchase price) and the principal amount of a purchased loan or group of loans, and (3) servicing fees related to mortgage loans that are sold when the stated service fee rate differs significantly from a current (normal) servicing fee rate. These changes clarify how to apply Statement No. 13, *Accounting for Operating Leases with Scheduled Rent Increases*, and result in guidance that is consistent with the requirements in Statement No. 48, *Sales and Pledges of Receivables and Future Revenues and Intra-Entity Transfers of Assets and Future Revenues*, respectively. The provisions of this Statement are effective for financial statements for periods beginning after December 15, 2012.

The impact of these statements on the Commonwealth's basic financial statements has not yet been determined.

**2.   COMPONENT UNITS**

The Commonwealth follows the provisions of GASB Statement No. 14, as amended by GASB Statement No. 39. The basic financial statements of the Commonwealth include the financial statements of the following component units that were audited by other auditors:

Blended component units:

Public Buildings Authority
Puerto Rico Maritime Shipping Authority
The Children's Trust

Discretely presented component units:

Agricultural Enterprises Development Administration
Automobile Accidents Compensation Administration
Cardiovascular Center Corporation of Puerto Rico and the Caribbean
Company for the Integral Development of the "Península de Cantera"
Corporation for the "Caño Martín Peña" ENLACE Project
Corporation for the Development of Arts, Science and Film Industry of Puerto Rico
Culebra Conservation and Development Authority
Economic Development Bank for Puerto Rico
Employment and Training Enterprises Corporation
Farm Insurance Corporation of Puerto Rico
Fine Arts Center Corporation
Governing Board of the 911 Service
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of Puerto Rico
Land Authority of Puerto Rico
Musical Arts Corporation
National Parks Company of Puerto Rico
Port of the Americas Authority

Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives
Puerto Rico Aqueduct and Sewer Authority
Puerto Rico Conservatory of Music Corporation
Puerto Rico Council on Higher Education
Puerto Rico Electric Power Authority
Puerto Rico Health Insurance Administration
Puerto Rico Highways and Transportation Authority
Puerto Rico Industrial Development Company
Puerto Rico Industrial, Tourist, Educational, Medical and Environmental,
   Control Facilities Financing Authority
Puerto Rico Infrastructure Financing Authority
Puerto Rico Land Administration
Puerto Rico and Municipal Islands Maritime Transport Authority
Puerto Rico Medical Services Administration
Puerto Rico Metropolitan Bus Authority
Puerto Rico Municipal Finance Agency
Puerto Rico Ports Authority
Puerto Rico Public Broadcasting Corporation
Puerto Rico Public Private Partnership Authority
Puerto Rico School of Plastic Arts
Puerto Rico Telephone Authority
Puerto Rico Trade and Export Company
Right to Employment Administration
Solid Waste Authority
Special Communities Perpetual Trust
State Insurance Fund Corporation
University of Puerto Rico

## 3.   STEWARDSHIP, COMPLIANCE AND ACCOUNTABILITY

### (a)   Budgetary Control

The Governor is constitutionally required to submit to the Legislature an annual balanced budget of the Commonwealth for the ensuing fiscal year. The annual budget is prepared by the Commonwealth's OMB and takes into consideration the advice provided by the Puerto Rico Planning Board (annual economic growth forecasts and four year capital improvements plan), the Department of the Treasury of the Commonwealth (revenue estimates, accounting records, and the comprehensive annual financial report), GDB (fiscal agent), and other governmental offices and agencies. Section 7 of Article VI of the Constitution of Puerto Rico provides that "The appropriations made for any fiscal year shall not exceed the total revenue, including available surplus, estimated for the said fiscal year, unless the imposition of taxes sufficient to cover the said appropriations is provided by law".

The annual budget, which is developed utilizing elements of program budgeting, includes an estimate of revenue and other resources for the ensuing fiscal year under: (i) laws existing at the time the budget are submitted; and (ii) legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four year capital improvements plan adopted by the Puerto Rico Planning Board.

The Legislature may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes or identifying other sources of revenue to cover such deficit. Upon passage by the Legislature, the budget is referred to the Governor who may decrease or eliminate any line item but may not increase or insert any new line item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislature with his objections. The Legislature, by two thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the end of the fiscal year, the annual budget for the preceding fiscal year, as approved by the Legislature and the Governor, is automatically renewed for the ensuing fiscal year until a new budget is approved by the Legislature and the Governor. This permits the Commonwealth to continue making payments for its operating and other expenses until the new budget is approved. The appropriated annual budget for fiscal year 2011 amounted to approximately $8.9 billion. The Legislature also made several special budgetary appropriations to the general fund throughout the year, which amounted to approximately $272 million.

The OMB has authority to amend the budget within a department, agency, or government unit without legislative approval.

For budgetary purposes, encumbrance accounting is used. The encumbrances (that is, purchase orders, contracts) are considered expenditures when a commitment is made. For GAAP reporting purposes, encumbrances outstanding at year end are reported within the restricted, committed, and assigned GAAP fund balance classifications and do not constitute expenditures or liabilities on a GAAP basis because the commitments will be honored during the subsequent year. The unencumbered balance of any appropriation of the general fund at the end of the fiscal year lapses immediately. Appropriations, other than in the general fund, are continuing accounts for which the Legislature has authorized that an unspent balance from the prior year be carried forward and made available for current spending.  In addition, for budgetary purposes, revenues are recorded when cash is received.

During any fiscal year in which the resources available to the Commonwealth are insufficient to cover the appropriations approved for such year, the Governor may take administrative measures to reduce expenses and submit to both houses of the Legislature a detailed report of any adjustment necessary to balance the budget, or make recommendations to the Legislature for new taxes or authorize borrowings under provisions of existing legislation or take any other necessary action to meet the estimated deficiency. Any such proposed adjustments shall give effect to the "priority norms" established by law for the disbursement of public funds in the following order of priority: (i), the payment of the interest on and amortization requirements for public debt (Commonwealth general obligations and guaranteed debt for which the Commonwealth's guarantee has been exercised); (ii), the fulfillment of obligations arising out of legally binding contracts, court decisions on eminent domain, and other unavoidable obligations to protect the name, credit and full faith of the Commonwealth; (iii), current expenditures in the areas of health, protection of persons and property, education, welfare and retirement systems; and (iv), all other purpose.

In addition, the Legislature may direct that certain revenue be retained and made available for spending within a specific appropriation account. Generally, expenditures may not exceed the level of spending authorized for an individual department. However, the Commonwealth is statutorily required to pay debt service, regardless of whether such amounts are appropriated. Appropriations are enacted for certain departments, agencies, and government units included in the general fund.

For these funds, a statement of revenue and expenditures — budget and actual budget basis — general fund is included. Appropriations for capital projects are made for each bond issue and the authorization continues for the expected construction period.

The OMB has the responsibility to ensure that budgetary spending control is maintained on an individual department basis. OMB may transfer part or all of any unencumbered balance within a department to another department subject to legislative approval. Budgetary control is exercised through the Puerto Rico Integrated Financial Accounting System (PRIFAS). PRIFAS ensures that encumbrances or expenditures are not processed if they exceed the department's total available spending authorization, which is considered its budget. The legal level of budgetary control is at the individual department level for general fund expenditures, principal and interest due for the year for the debt service fund, and by bond authorization for capital expenditures.

**(b)   Budget/GAAP Reconciliation**

The following schedule presents comparisons of the legally adopted budget with actual data on a budget basis. Because accounting principles applied for purposes of developing data on a budget basis differ significantly from those used to present financial statements in conformity with GAAP, a reconciliation of entity, timing, and basis differences in the excess (deficiency) of revenue and other financing sources over expenditures and other financing uses for the year ended June 30, 2011 is presented below for the general fund (expressed in thousands):

| | |
|---|---:|
| Excess of revenues and other financing sources over expenditures and other financing uses — budget basis | $ 343,892 |
| Entity differences-excess (deficiency) of revenues and other financing sources under expenditures and other financing uses for: | |
| Nonbudgeted funds | (72,314) |
| Inclusion of agencies with independent treasuries | (13,939) |
| Timing differences: | |
| Adjustment for encumbrances | 194,773 |
| Current year expenditures against prior year encumbrances | (134,814) |
| Basis of accounting differences: | |
| Net increase in taxes receivable (net of tax refunds and deferred revenues) | 131,067 |
| Net decrease in other receivables | (152,429) |
| | |
| Excess of revenues and other financing sources over expenditures and other financing uses — GAAP basis | $ 296,236 |

(c)   **Deficit Net Assets**

The following activities, funds, and discretely presented component units reflect deficit fund balance/net assets at June 30, 2011 (expressed in thousands):

| | |
|---|---:|
| Primary Government: | |
| Governmental activities | $34,508,201 |
| General fund | 251,060 |
| Enterprise fund-Lotteries | 90,298 |
| Component units: | |
| Puerto Rico Infrastructure Financing Authority | 1,562,923 |
| Puerto Rico Health Insurance Administration | 278,328 |
| Special Communities Perpetual Trust | 243,456 |
| Puerto Rico Medical Services Administration | 182,464 |
| Puerto Rico Electric Power Authority | 169,495 |
| Agricultural Enterprises Development Administration | 105,434 |
| Automobile Accidents Compensations Administration | 47,078 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 42,171 |
| Puerto Rico Metropolitan Bus Authority | 11,514 |
| Puerto Rico Public Private Partnerships Authority | 11,276 |
| Land Authority of Puerto Rico | 8,198 |
| Puerto Rico and Municipal Islands Maritime Transportation Authority | 8,108 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | 4,093 |
| Musical Arts Corporation | 3,600 |
| Employment and Training Enterprises Corporation | 1,924 |
| Right to Employment Administration | 1,257 |

The Commonwealth's governmental activities show a deficit of approximately $34.5 billion, mostly attributed to the Commonwealth outstanding bonds amounting to approximately $29.1 billion, which are recognized in the statement of net assets (deficit). The deficit is attributable to the accumulated effect of high operating expenses in the government along with a decrease in estimated revenues as well as the primary government issuing debt, the proceeds of which are to certain extent transferred to component units and to other governments, and which are not presented in these basic financial statements. On the other hand, the discretely presented component units report net assets of approximately $9.5 billion. This inverse relationship between the governmental activities and component units' net assets reveal the operational structure of the Commonwealth where the primary government issues debt, the proceeds of which are predominantly transferred to the component units and to other governments, that are not presented in these basic financial statements, to finance their capital projects and other operational needs. The Commonwealth includes within the annual budgetary appropriation process the necessary funds to cover the annual debt service requirements of the aforementioned debt, most of which are the result of Act No. 164 of December 17, 2001, described in Note 15(d).

Governmental Activities also include COFINA's deficit amounting to $13.5 billion principally attributed to bonds payable amounting to $14.4 billion; the proceeds of which were used to pay obligations of the Commonwealth of Puerto Rico and for other uses.

In an effort to address the Commonwealth's fiscal difficulties, the current administration is committed to research and pursue solutions to improve the Commonwealth's competitive economic performance and the quality of life for its people. The Commonwealth's economic

development program is focused on initiatives aimed at producing more diversified and sustainable economic development.

The Commonwealth has developed and commenced implementing a multi-year Fiscal Stabilization and Economic Reconstruction Plan that seeks to achieve fiscal balance and restore economic growth and acknowledges that fiscal stabilization is central to safeguarding the Commonwealth's investment-grade credit rating and restoring Puerto Rico's economic growth and development. During the first quarter of 2009, the Legislative Assembly enacted three bills providing for the implementation of this plan, which is composed of two main elements: the Fiscal Stabilization Plan (the "Fiscal Plan") and the Economic Reconstruction Plan (the "Economic Plan").

## 4.   RESTATEMENTS

Subsequent to the issuance of the Commonwealth's basic financial statements for the year ended June 30, 2010, management of various funds and component units determined that their respective 2010 financial statements were misstated.

**Primary Government** — The following table summarizes changes to net assets at the beginning of the year as previously reported in the statement of activities by the governmental activities and the business-type activities. The changes resulted primarily from restatements to correct errors in the prior year's financial statements of the Public Buildings Authority, a blended component unit presented within governmental activities (see Note 2) and the Unemployment Insurance Fund, Disability Insurance Fund, and Drivers' Insurance Fund, presented within business-type activities, which are audited by other auditors (expressed in thousands):

|  | Primary Government | | |
|  | Governmental Activities | Business-Type Activities | Totals Primary Government |
|---|---|---|---|
| Net assets (deficit) — beginning of year, as previously reported | $(31,223,539) | $796,910 | $(30,426,629) |
| Restatement adjustments — principally understatement of liabilities | (2,269) | (24,511) | (26,780) |
| Net assets (deficit) — beginning of year, as restated | $(31,225,808) | $772,399 | $(30,453,409) |

The following table summarizes the effect of the Public Buildings Authority's restatement on fund balance at the beginning of the year as previously reported in the statement of revenues, expenditures, and changes in fund balances (deficit) by the governmental funds (expressed in thousands):

|  | Other Governmental | Total Governmental |
|---|---|---|
| Fund balances (deficit) — beginning of year — as previously reported | $567,947 | $2,676,845 |
| Restatement adjustment — overstatement of accounts payable | 858 | 858 |
| Fund balances (deficit) — beginning of year, as restated | $568,805 | $2,677,703 |

The net assets of the Unemployment Insurance Fund, Disability Insurance Fund, and Drivers' Insurance Fund as of June 30, 2010, in the statement of revenues, expenses and changes in fund net assets (deficit) of the proprietary funds, as previously reported, have been restated to reflect a decrease of $24,511, which represents the correction of errors, principally understatement of liabilities. A summary of the effect of the restatements in the fiscal year 2010 statement of revenues, expenses, and changes in fund net assets (deficit) of the proprietary funds is as follows (expressed in thousands):

| | Business-Type Activities — Enterprise Funds | | | |
| --- | --- | --- | --- | --- |
| | Unemployment Insurance | Lotteries | Other Proprietary | Totals Proprietary |
| Net assets (deficit) — beginning of year — as previously reported | $ 309,660 | $ (104,141) | $ 591,391 | $ 796,910 |
| Restatement adjustments — principally understatement of liabilities | (18,863) | - | (5,648) | (24,511) |
| Net assets (deficit) — beginning of year, as restated | $ 290,797 | $ (104,141) | $ 585,743 | $ 772,399 |

**Discretely Presented Component Units** — The following table summarizes changes to net assets at the beginning of the year as previously reported in the statement of activities by certain discretely presented component units. The changes resulted primarily from restatements to correct errors in the prior year's financial statements of certain component units (expressed in thousands):

| | |
| --- | --- |
| Net assets — beginning of year — as previously reported | $ 10,733,710 |
| Restatements of nonmajor component units audited by other auditors (Note 2) | (36,566) |
| Restatements of major component units audited by other auditors (Note 2) | 188,491 |
| Net assets — beginning of year — as restated | $ 10,885,635 |

## 5.   PUERTO RICO GOVERNMENT INVESTMENT TRUST FUND (PRGITF)

PRGITF was created by Act No. 176, of August 11, 1995, and began operations on December 4, 1995. PRGITF is a no load diversified collective investment trust administered by GDB that was created for the purpose of providing eligible governmental investors of Puerto Rico with a convenient and economical way to invest in a professionally managed money market portfolio. PRGITF is not an investment company or a mutual fund and is not subject to regulation or registration under the investment company Act of 1940. Units issued by PRGITF are not subject to regulation or registration under the Securities and Exchange Act of 1933, as amended, because the units are issued by a government entity. The deposits on hand and the investments purchased are not collateralized, secured, or guaranteed by the Commonwealth or any of its agencies, instrumentalities, or political subdivisions.

PRGITF is considered a 2a7-like external investment pool, and as such, reports its investment at amortized cost.

The investment securities on hand at June 30, 2011, consisted of certificates of deposit and time deposits, money market funds, securities purchased under agreements to resell, corporate obligations, commercial paper, and U.S. government and sponsored agencies obligations, all of which may be considered highly liquid. However, the participants' investments are subject to the ability of PRGITF to

receive payment from the securities' issuer when due. The liquidity of certain investments and changes in interest rates may affect PRGITF's yield and the fair value of its investments.

The dollar amount of the deposits on hand at June 30, 2011 at $1.00 per unit of participation, was reported in the individual financial statements of each of the participants, and combined in the basic financial statements as follows (expressed in thousands):

|  | Balance Outstanding | Percentage of Total |
|---|---|---|
| Primary government: | | |
| Puerto Rico Sales Tax Financing Corporation | $ 157,427 | 32.89 % |
| Commonwealth | 153,989 | 32.17 |
| The Children's Trust | 25,749 | 5.38 |
| Puerto Rico Public Buildings Authority | 54 | 0.01 |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 2 | - |
| Total for primary government | 337,221 | 70.45 |
| Discretely presented component units: | | |
| Government Development Bank for Puerto Rico | 117,362 | 24.52 |
| Puerto Rico Aqueduct and Sewer Authority | 17,033 | 3.56 |
| Institutional Trust of the National Guard of Puerto Rico | 3,896 | 0.81 |
| State Insurance Fund Corporation | 1,037 | 0.22 |
| Solid Waste Authority | 621 | 0.13 |
| Puerto Rico Land Administration | 536 | 0.11 |
| Puerto Rico Infrastructure Financing Authority | 405 | 0.08 |
| Puerto Rico Electric Power Authority | 258 | 0.05 |
| Puerto Rico Highways and Transportation Authority | 170 | 0.04 |
| Total for discretely presented component units | 141,318 | 29.52 |
| Other governmental entities | 149 | 0.03 |
| Total for all participants | $ 478,688 | 100.00 % |

The deposits at June 30, 2011 were invested in securities with a cost that approximates fair value, plus accrued interest, for approximately $479 million. The external portion of PRGITF was not considered significant for separate reporting in the accompanying basic financial statements.

As June 30, 2011, the PRGITF's investments were rated AAA to A- by Standard and Poor's. U.S. Government securities carry the explicit guarantee of the U.S. Government.

Following is a table of the investments and other assets held at June 30, 2011, presented at amortized cost (expressed in thousands):

| | |
|---|---|
| Commercial paper | $215,993 |
| U.S. government and sponsored agencies obligations | 94,527 |
| Securities purchased under agreements to resell | 94,018 |
| Money market funds | 6,859 |
| Certificates of deposit and time deposits | 38,500 |
| Corporate obligations | 29,274 |
| Liabilities in excess of other assets | (483) |
| Total | $478,688 |

## 6. DEPOSITS AND INVESTMENTS

Pursuant to the provisions of Act No. 91 of March 29, 2004, the primary government may invest in different types of securities, including domestic, international, and fixed income securities, among others.

The primary government maintains a cash and investment pool that is available for use by all funds, except for the fiduciary funds. Each fund's portion of this pool is reported on the statement of net assets as cash and cash equivalents. The fiduciary funds' investments are held and managed separately from those of other primary government funds.

**Primary Government** — Cash and cash equivalents consist of demand deposits, interest-bearing accounts, certificates of deposit, bank investment contracts, and deposits invested in PRGITF (see Note 5).

The carrying amount of deposits of the primary government at June 30, 2011 consists of the following (expressed in thousands):

| | Carrying Amount | | | Bank |
|---|---|---|---|---|
| | Unrestricted | Restricted | Total | Balance |
| Commercial banks | $ 508,997 | $ 303,903 | $ 812,900 | $ 762,304 |
| Governmental banks | 373,360 | 1,335,656 | 1,709,016 | 2,219,357 |
| U.S. Treasury | 339,666 | - | 339,666 | 339,666 |
| Total | $1,222,023 | $ 1,639,559 | $2,861,582 | $3,321,327 |

Custodial credit risk is the risk that in the event of bank failure, the primary government's deposit might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by banks in the Commonwealth's name. There is no formal policy for custodial credit risk for cash accounts opened with commercial banks outside of Puerto Rico.

At year-end, the Commonwealth's bank balance of deposits in commercial banks amounting to approximately $762 million was covered by federal depository insurance or by collateral held by the

- 110 -

Commonwealth's agent in the Commonwealth's name. Deposits of approximately $339.7 million with the U.S. Treasury represent unemployment insurance taxes collected from employers that are transferred to the federal Unemployment Insurance Trust Fund in the U.S. Treasury. These deposits are uninsured and uncollateralized. The bank balance of deposits in governmental banks, which as of June 30, 2011 amounted to approximately $2.2 billion are also uninsured and uncollateralized. These deposits in governmental banks are maintained with GDB and EDB. Deposits maintained in GDB and EDB are exempt from the collateral requirement established by the Commonwealth and thus represent a custodial credit risk, because in the event of GDB's or EDB's failure, the Commonwealth may not be able to recover these deposits.

Deposits in governmental banks represent the balance of interest and noninterest-bearing accounts in GDB and EDB. The deposit liability at GDB and EDB is substantially related to deposits from other component units and of the Commonwealth. The deposit liability does not agree with the governmental cash balances shown above because of reconciling items such as outstanding checks and deposits in transit.

The bank balance of GDB's and EDB's deposits at June 30, 2011 is broken down as follows (expressed in thousands):

| | |
|---|---:|
| Primary government | $2,146,295 |
| Discretely presented components units | 732,951 |
| Total pertaining to the Commonwealth | 2,879,246 |
| Municipalities of Puerto Rico | 596,744 |
| Other nongovernmental entities | 108,877 |
| Escrow accounts | 652,308 |
| Certificate of indebtedness | 1,771,133 |
| Total deposits per GDB and EDB | $6,008,308 |

Unrestricted deposits include approximately $479 million that are invested in PRGITF (see Note 5). Such amount has been included as cash and cash equivalents and investments in the statement of net assets (deficit).

**Investments**

*Custodial Credit Risk* — Custodial credit risk for investments is the risk that, in the event of the failure of the counterparty to the transaction, the primary government may not be able to recover the value of the investment or collateral securities that are in the possession of an outside party. The governmental activities, had approximately $83,684,000 in nonparticipating investment contract (guaranteed investment contract), and $1,521,000 in other investments that were exposed to custodial risk as uninsured, unregistered and held by the counterparties or by their trust departments or agents, but not in the primary government's name.

All of the Commonwealth's investments in U.S. Treasury securities and mortgage-backed securities guaranteed by Government National Mortgage Association (GNMA) carry the explicit guarantee of the U.S. government and are presented as "No Risk" in the credit risk tables.

*Governmental Activities* — The following table summarizes the type and maturities of investments held by the governmental activities at June 30, 2011 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

| Investment Type | Maturity (In Years) | | | | |
|---|---|---|---|---|---|
| | Within One Year | After One to Five Years | After Five to Ten Years | After Ten Years | Total |
| U.S. government securities | $354,553 | $   - | $ - | $   - | $  354,553 |
| U.S. government agencies notes: | | | | | |
| Association (FNMA) | - | 374,097 | - | - | 374,097 |
| U.S. corporate bonds and notes | 31,011 | - | - | - | 31,011 |
| Money market funds | 58,654 | - | - | - | 58,654 |
| PRGITF | 183,176 | - | - | - | 183,176 |
| External investment pools — fixed–income securities: | | | | | |
| Dreyfus Government Cash Management | 102,659 | - | - | - | 102,659 |
| Others | - | - | - | 27,443 | 27,443 |
| Nonparticipating investment contracts: | | | | | |
| Bayerische Hypo-und Vereinsbank AG | - | - | - | 83,684 | 83,684 |
| Others | 1,565 | 1,521 | - | - | 3,086 |
| Total debt securities and fixed–income investment contracts | $731,618 | $375,618 | $ - | $111,127 | $1,218,363 |

| | |
|---|---|
| Reconciliation to the government-wide statement of net assets: | |
| Unrestricted investments and investment contracts | $  136,943 |
| Restricted investments and investment contracts | 1,081,420 |
| Total | $1,218,363 |

The credit quality ratings (Standard and Poor's) and fair value by investment type for the investments reported by the governmental activities at June 30, 2011 consist of the following (expressed in thousands):

| Investment Type | Credit Risk | | | | | |
|---|---|---|---|---|---|---|
| | Rating | | | | | |
| | No Risk | AAA To A- | BBB+ to B- | CCC | Not Rated | Total |
| U.S. government securities | $354,553 | $   - | $ - | $ - | $   - | $  354,553 |
| U.S. government agencies notes: | | | | | | |
| FNMA | - | 374,097 | - | - | - | 374,097 |
| U.S. corporate bonds and notes | - | 31,011 | - | - | - | 31,011 |
| Money market funds | - | - | - | - | 58,654 | 58,654 |
| PRGITF | - | 183,176 | - | - | - | 183,176 |
| External investment pools — fixed–income securities: | | | | | | |
| Dreyfus Government Cash Management | - | 102,659 | - | - | - | 102,659 |
| Others | - | 27,443 | - | - | - | 27,443 |
| Nonparticipating investment contracts: | | | | | | |
| Bayerische Hypo-und Vereinsbank AG | - | 83,684 | - | - | - | 83,684 |
| Others | 1,521 | - | - | - | 1,565 | 3,086 |
| Total debt securities and fixed–income investment contracts | $356,074 | $802,070 | $ - | $ - | $60,219 | $1,218,363 |

The Commonwealth classified approximately $154 million of investments presented in PRGITF as cash and cash equivalents.

*Business Type Activities* — The following table summarizes the type and maturities of investments held by the business-type activities at June 30, 2011 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

| | Maturity (In Years) | | | | |
| Investment Type | Within One Year | After One to Five Years | After Five to Ten Years | After Ten Years | Total |
|---|---|---|---|---|---|
| U.S. government securities | $ - | $1,007 | $ 111 | $ 1,041 | $ 2,159 |
| Mortgage and asset-backed securities: | | | | | |
| GNMA | - | - | - | 2,552 | 2,552 |
| FNMA | 65 | - | 74 | 1,155 | 1,294 |
| Federal Home Loan Mortgage Corporation (FHLMC) | - | - | 326 | 1,852 | 2,178 |
| Commercial mortgages | - | - | - | 1,810 | 1,810 |
| Asset–backed securities | - | 1,561 | 244 | - | 1,805 |
| U.S. corporate bonds and notes | - | 2,236 | 2,597 | 1,446 | 6,279 |
| Foreign government bonds and notes | - | 217 | 577 | - | 794 |
| U.S. municipal notes | - | - | - | 669 | 669 |
| Total debt securities and fixed–income investment contracts | $ 65 | $5,021 | $3,929 | $10,525 | 19,540 |
| External investment pools — equity securities: | | | | | |
| SPDR S&P 500ETF Trust | | | | | 9,597 |
| MFC ISHARES TR Russell 2000 index Fund | | | | | 2,774 |
| MFC ISHARES TR MSCI EAFE Index Fund | | | | | 2,069 |
| MFC Vanguard Tax-Managed Intl Fund | | | | | 1,177 |
| Total | | | | | $35,157 |
| Reconciliation to the government-wide statement of net assets: | | | | | |
| Unrestricted investments and investment contracts | | | | | $ - |
| Restricted investments and investment contracts | | | | | 35,157 |
| Total | | | | | $35,157 |

The credit quality ratings (Standard and Poor's) and fair value by investment type for the investments reported by the business-type activities at June 30, 2011 consist of the following (expressed in thousands):

| | Credit Risk | | | | | |
| | Rating | | | | | |
| Investment Type | No Risk | AAA To A- | BBB+ to B- | CCC | Not Rated | Total |
|---|---|---|---|---|---|---|
| U.S. government securities | $2,159 | $ - | $ - | $ - | $ - | $ 2,159 |
| Mortgage and asset-backed securities: | | | | | | |
| GNMA | 2,552 | - | - | - | - | 2,552 |
| FNMA | - | 1,294 | - | - | - | 1,294 |
| FHLMC | - | 2,178 | - | - | - | 2,178 |
| Commercial mortgages | - | 1,810 | - | - | - | 1,810 |
| Asset–backed securities | - | 1,805 | - | - | - | 1,805 |
| U.S. corporate bonds and notes | - | 4,690 | 1,589 | - | - | 6,279 |
| Foreign government bonds and notes | - | 794 | - | - | - | 794 |
| U.S. municipal notes | - | 669 | - | - | - | 669 |
| Total debt securities | $4,711 | $13,240 | $1,589 | $ - | $ - | $19,540 |

- 113 -

*Component Units* — Cash and cash equivalents of the component units at June 30, 2011 consist of (expressed in thousands):

| | Carrying Amount | | | Bank |
| | Unrestricted | Restricted | Total | Balance |
|---|---|---|---|---|
| Commercial banks | $ 1,403,775 | $ 1,464,882 | $ 2,868,657 | $ 2,950,096 |
| Governmental banks | 339,659 | 329,503 | 669,162 | 732,951 |
| Total | $ 1,743,434 | $ 1,794,385 | $ 3,537,819 | $ 3,683,047 |

Cash and cash equivalents consist of demand deposits, interest-bearing accounts, certificates of deposit, and bank investment contracts.

Custodial credit risk is the risk that, in the event of bank failure, the component unit's deposits might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by the Secretary of the Treasury of the Commonwealth. There is no formal policy for custodial credit risk for cash accounts opened with commercial banks outside of Puerto Rico.

Deposits maintained in GDB and EDB are exempt from the collateral requirement established by the Commonwealth and thus represent a custodial credit risk because in the event of GDB's or EDB's failure, the Commonwealth may not be able to recover the deposits.

As of June 30, 2011, the component units had approximately $1.9 million of cash and cash equivalents that were exposed to custodial credit risk as uninsured and uncollateralized.

**Investments** — The component units' investment policies allow management to purchase or enter into the following investment instruments:

- U.S. government and agencies obligations

- Certificates of deposit and time deposits

- Bankers' acceptances

- Obligations of the Commonwealth of Puerto Rico and municipalities

- Federal funds sold

- Securities purchased under agreements to resell ("repurchase agreements")

- World Bank securities

- Corporate debt, including investment contracts

- External investment pools

- Stock of corporations created under the laws of the United States of America or the Commonwealth

- Options, futures, and interest-rates swap agreements for hedging and risk control purposes, as well as for the creation of synthetic products that qualify under any of the foregoing investment categories.

- Open-end mutual funds with acceptable underlying assets and rated AAA by Standard & Poor's or Aaa by Moody's Investors Service.

- A few component units, principally SIFC, are also allowed to enter into foreign currency investments, under certain limitations.

The component units' investment policies establish limitations and other guidelines on amounts to be invested in the aforementioned investment categories and by issuer/counterparty and on exposure by country. In addition, such policies provide guidelines on the institutions with which investment transactions can be entered into.

The component units' investment policies provide that investments transactions shall be entered into only with counterparties that are rated BBB+/A-1 or better by the Standard & Poor's or equivalent rating by Fitch or Moody's Investors Service, depending on the type and maturity of the investment and the counterparty to the transaction. In addition, the investment policy specifies that no more than 5% of a manager's assets at fair value shall be invested in the securities of any single issuer.

The following table summarizes the type and maturities of investments held by the component units at June 30, 2011 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

|  | Maturity (In Years) | | | | |
|---|---|---|---|---|---|
| Investment Type | Within One Year | After One to Five Years | After Five to Ten Years | After Ten Years | Total |
| U.S. government securities | $1,164,468 | $ 650,802 | $ 492,753 | $ 102,285 | $ 2,410,308 |
| U.S. government agencies notes: | | | | | |
| Federal Home Loan Bank (FHLB) | 274,407 | 703,784 | 26,923 | - | 1,005,114 |
| FNMA | 90,478 | 190,606 | 44,815 | 54,941 | 380,840 |
| FHLMC | 15,816 | 153,808 | 24,645 | 2,431 | 196,700 |
| Federal Farm Credit Bank (FFCB) | - | 174,524 | 12,213 | - | 186,737 |
| Other | 3,468 | 3,594 | 2,271 | - | 9,333 |
| Mortgage and asset–backed securities: | | | | | |
| GNMA | 11,077 | 155,293 | 3,259 | 537,277 | 706,906 |
| FNMA | 8,001 | 6,629 | 117,534 | 498,882 | 631,046 |
| FHLMC | - | 29,081 | 93,345 | 367,104 | 489,530 |
| Commercial mortgages | - | - | 713 | 40,167 | 40,880 |
| Asset–backed securities | 714 | 35,000 | 948 | 3,856 | 40,518 |
| Other | 3,236 | 1,721 | 8,450 | - | 13,407 |
| U.S. corporate bonds and notes | 145,701 | 470,617 | 137,012 | 27,077 | 780,407 |
| Foreign government bonds and notes | 2,341 | 4,241 | 1,532 | - | 8,114 |
| U.S. municipal notes | 5,073 | 91,538 | 116,177 | 622,935 | 835,723 |
| Commonwealth agency bonds and notes | 92,785 | 397,877 | 330,477 | 544,256 | 1,365,395 |
| Money market funds | 252,050 | - | - | - | 252,050 |
| Negotiable certificates of deposit | 104,545 | - | - | - | 104,545 |
| Repurchase agreements | 281,021 | - | - | - | 281,021 |
| PRGITF | 118,400 | - | - | - | 118,400 |
| External investment pools — fixed–income securities | 154,506 | 326 | - | 4,735 | 159,567 |
| Nonparticipating investment contracts | 112,192 | - | - | 560,984 | 673,176 |
| Others | 261,455 | 28,696 | 1,496 | 3,199 | 294,846 |
| Total debt securities and fixed–income investment contracts | $3,101,734 | $3,098,137 | $1,414,563 | $3,370,129 | 10,984,563 |
| Equity securities: | | | | | |
| U.S. corporate stocks | | | | | 285,434 |
| Non U.S. corporate stocks | | | | | 87,395 |
| External investment pools — equity securities | | | | | 146,246 |
| Limited partnership/private equity | | | | | 88,490 |
| Total | | | | | $11,592,128 |
| Reconciliation to the government-wide statement of net assets: | | | | | |
| Unrestricted investments and investment contracts | | | | | $ 6,273,560 |
| Restricted investments and investment contracts | | | | | 5,318,568 |
| Total | | | | | $11,592,128 |

All investments in U.S. Treasury securities and mortgage-backed securities guaranteed by GNMA carry the explicit guarantee of the U.S. government and are presented as "No Risk" category in the table below. The credit quality ratings for investments held by the component units at June 30, 2011 are as follows (expressed in thousands):

| Investment Type | No Risk | AAA To A- | BBB+ to B- | CCC | Not Rated | Total |
|---|---|---|---|---|---|---|
| | | | **Credit Risk** | | | |
| | | | Rating | | | |
| U.S. government securities | $2,410,308 | $ - | $ - | $ - | $ - | $ 2,410,308 |
| U.S. government agencies notes: | | | | | | |
| FHLB | - | 1,005,114 | - | - | - | 1,005,114 |
| FNMA | - | 380,840 | - | - | - | 380,840 |
| FHLMC | - | 196,700 | - | - | - | 196,700 |
| FFCB | - | 186,737 | - | - | - | 186,737 |
| Other | - | 9,333 | - | - | - | 9,333 |
| Mortgage and asset–backed securities: | | | | | | |
| GNMA | 706,906 | - | - | - | - | 706,906 |
| FNMA | - | 631,046 | - | - | - | 631,046 |
| FHLMC | - | 489,530 | - | - | - | 489,530 |
| Commercial mortgages | - | 38,068 | - | - | 2,812 | 40,880 |
| Asset–backed securities | - | 39,265 | 890 | 158 | 205 | 40,518 |
| Other | - | 17 | 10,214 | - | 3,176 | 13,407 |
| U.S. corporate bonds and notes | - | 397,302 | 376,803 | - | 6,302 | 780,407 |
| Foreign government bonds and notes | - | 6,897 | 203 | - | 1,014 | 8,114 |
| U.S. municipal notes | - | 834,070 | - | - | 1,653 | 835,723 |
| Commonwealth agency bonds and notes | - | 25,832 | 1,119,711 | - | 219,852 | 1,365,395 |
| Money market funds | 8,774 | 104,387 | - | - | 138,889 | 252,050 |
| Negotiable certificates of deposit | - | - | - | - | 104,545 | 104,545 |
| Repurchase agreements | - | - | - | - | 281,021 | 281,021 |
| PRGITF | - | 118,400 | - | - | - | 118,400 |
| External investment pools — fixed–income securities | - | 108,062 | - | - | 51,505 | 159,567 |
| Nonparticipating investment contracts | - | 631,373 | 41,803 | - | - | 673,176 |
| Others | - | - | - | - | 294,846 | 294,846 |
| Total debt securities and fixed–income investment contracts | $3,125,988 | $5,202,973 | $1,549,624 | $ 158 | $1,105,820 | $10,984,563 |

Certain component units classified approximately $22.9 million of investments presented in PRGITF as cash and cash equivalents.

The component units had approximately $1,183,374,000 in various types of U.S. Government and agency securities, mortgage-backed securities and other investments that were exposed to custodial credit risk as uninsured, unregistered and held by the counterparties or by their trust departments or agents, but not in the component units' name.

**Foreign Currency Risk** — Foreign currency risk is the risk that changes in exchange rates will adversely affect the fair value of an investment. SIFC limits its exposure to foreign currency risk by limiting the total amount invested to 5% of the portfolio. As of June 30, 2011, the SIFC had the following investments denominated in foreign currency (expressed in thousands):

| Description | Currency | Fair Value |
|---|---|---|
| Common stock: | Australian Dollar | $  4,407 |
| | British Pound | 6,586 |
| | Canadian Dollar | 4,975 |
| | DKK | 834 |
| | Euro | 16,106 |
| | Hong Kong dollar | 4,486 |
| | Japanese Yen | 17,638 |
| | Norwegian Krone | 2,862 |
| | Singapore Dollar | 1,192 |
| | Swedish Krona | 540 |
| | Swiss Franc | 7,394 |
| Preferred stock — | Euro | 2,301 |
| Total equity securities | | $ 69,321 |

**Fiduciary Funds** — Cash and cash equivalents of the fiduciary funds at June 30, 2011 consist of the following (expressed in thousands):

| | Carrying Amount | | | Bank |
|---|---|---|---|---|
| | Unrestricted | Restricted | Total | Balance |
| Commercial banks | $1,193,281 | $        - | $1,193,281 | $1,190,584 |
| Governmental banks | 717,258 | 411,946 | 1,129,204 | 947,808 |
| Total | $1,910,539 | $411,946 | $2,322,485 | $2,138,392 |

Cash and cash equivalents consist of demand deposits, interest bearing accounts, certificates of deposit, and bank investment contracts.

**Custodial Risk** — Custodial credit risk is the risk that, in the event of a bank failure, the fiduciary funds' deposits might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by the Secretary of the Treasury of the Commonwealth.  Deposits with GDB, Bank of New York, and with other non Puerto Rico commercial banks are uninsured and uncollateralized, as these entities are exempt from compliance with the collateralization requirement.

The Commonwealth was exposed to the following custodial credit risk arising from the balances of deposits maintained by the fiduciary funds in commercial and component units' banks at June 30, 2011 (expressed in thousands):

| | | |
|---|---|---:|
| Insured and collateralized with securities held by the entity or by its agent in the entity's name | $ | 3,678 |
| Collateralized with securities held by the pledging financial intitution's trust department or agent in the entity's name | | 693,827 |
| Uncollateralized | | 1,440,887 |
| Total | $ | 2,138,392 |

**Investments** — The fair value of investments in marketable securities held by the Pension Trust Fund as of June 30, 2011, is as follows (in thousands):

| | | |
|---|---|---:|
| Bonds and notes: | | |
| U.S. government and sponsored agencies' securities | $ | 374,511 |
| Municipal bonds | | 32,200 |
| COFINA Bonds | | 162,500 |
| U.S. corporate bonds | | 640,289 |
| Total bonds and notes | | 1,209,500 |
| Stocks and non-exchange traded funds: | | |
| U.S. corporate stocks | | 396,517 |
| Non-U.S. corporate stocks | | 105,166 |
| Non-exchange traded mutual funds: | | |
| Equity and other funds: | | |
| U.S. | | 1,499,970 |
| Non-U.S. | | 502,303 |
| Fixed income funds: | | |
| U.S. | | 359,358 |
| Non-U.S. | | 188,779 |
| Total stocks and non-exchange traded mutual funds | | 3,052,093 |
| Private equity investments | | 91,087 |
| Total investments | $ | 4,352,680 |

Pursuant to Act No. 96 of June 16th, 2011, during the fiscal year ended June 30, 2011, ERS received a special contribution of $162.5 million from the Puerto Rico Infrastructure Financing Authority, a component unit of the Commonwealth. The contribution was invested in the COFINA Bonds, which provide for a 7% accretion rate and maturity dates between 2043 and 2048. The COFINA Bonds are included as part of investments in the accompanying statement of fiduciary net assets, while the related contribution is included as part of sponsors' contributions for the year ended June 30, 2011, in the statement of changes in fiduciary net assets.

The Pension Trust Fund's investments are exposed to custodial credit risk, credit risk, concentration of credit risk, foreign currency risk, and interest rate risk. Following is a description of these risks as of June 30, 2011:

*Custodial Credit Risk Related to Investments* — Custodial credit risk for investments is the risk that, in the event of the failure of the counterparty to a transaction, the Pension Trust Fund may not be able to recover the value of the investment or collateral securities that are in the possession of an outside party. At June 30, 2011, securities investments were registered in the name of the Pension Trust Fund and were held in the possession of the Pension Trust Fund's custodian banks, State Street Bank and Trust and Bank of New York, except for securities lent.

*Credit Risk* — All fixed-income securities at the time of purchase must be of investment grade quality. All issuances shall be rated investment grade by at least two of the nationally recognized rating agencies. The portfolio is expected to maintain a minimum weighted-average credit quality of either "A" or better using either Standard and Poor's or Moody's Investor Service credit ratings. TRS's investment guidelines prohibit the investments in securities with expected maturity dates beyond 30 years. Positions that drift below investment grade should be reported to a management representative of the TRS and monitored carefully. TRS portfolio is not expected to have more than 5% invested in securities that have drifted after purchase below investment-grade quality. JRS investment policy limits the investment in corporate debt securities to the top ratings issued by nationally recognized statistical rating organizations.

The Pension Trust Fund's U.S. government and sponsored agencies' securities portfolio includes approximately $71,779,000 of U.S. Treasury notes and approximately $45,134,000 of mortgage-backed securities guaranteed by Government National Mortgage Association (GNMA), which carry the explicit guarantee of the U.S. government.

The Moody's ratings of bonds as of June 30, 2011, excluding U.S. Treasury notes, mortgage-backed securities guaranteed by GNMA, and the COFINA Bonds are as follows (in thousands):

| Moody's Rating | Investment Type | Fair Value |
|---|---|---|
| Aaa | U.S. government and sponsored agencies securities | $  331,893 |
| Aaa | Asset-backed securities | 1,916 |
| A3 | U.S. government and sponsored agencies securities | 1,366 |
| Aaa | U.S. corporate bonds | 48,572 |
| Aa2 | U.S. corporate bonds | 25,917 |
| Aa2 | U.S. government issues | 158 |
| Aa3 | U.S. corporate bonds | 45,295 |
| A1 | U.S. corporate bonds | 59,082 |
| A1 | Asset-backed securities | 8 |
| A2 | U.S. corporate bonds | 110,131 |
| A3 | U.S. corporate bonds | 87,318 |
| Baa1 | U.S. corporate bonds | 69,314 |
| Baa2 | U.S. corporate bonds | 111,829 |
| Baa2 | Mortgage-backed securities | 42 |
| Baa3 | U.S. corporate bonds | 45,908 |
| Ba3 | U.S. corporate bonds | 8,097 |
| B2 | U.S. corporate bonds | 428 |
| B3 | U.S. corporate bonds | 537 |
| B3 | Asset-backed securities | 40 |
| B3 | Mortgage-backed securities | 76 |
| NR | U.S. corporate bonds | 2,256 |
| NR | Mortgage-backed securities | 118 |
| Ba1 | U.S. coporate bonds | 12,494 |
| Ba2 | U. S. coporate bonds | 4,679 |
| Ba2 | Mortgage-backed securities | 253 |
| A1 | Municipal bonds | 173,143 |
| A2 | Municipal bonds | 1,622 |
| A3 | Municipal bonds | 3,106 |
| Aa1 | Municipal bonds | 2,053 |
| Aa1 | Mortgage-backed securities | 481 |
| Aa2 | Municipal bonds | 9,998 |
| Aa3 | Municipal bonds | 216 |
| Aaa | Municipal bonds | 2,433 |
| Baa1 | Municipal bonds | 2,129 |
| C | Asset and mortgage-backed securities | 109 |
| CA | Asset and mortgage-backed securities | 244 |
| Caa1 | Asset and mortgage-backed securities | 1,091 |
| Caa2 | Asset-backed securities | 125 |
| Caa3 | Mortgage-backed securities | 424 |
| WR | Corporate bonds | 3,506 |
| | Subtotal | 1,168,407 |
| | U.S. Treasury notes and bonds | 21,951 |
| | Government National Mortgage Association (GNMA) | 19,142 |
| | Total bonds and notes | $ 1,209,500 |

- 121 -

In addition, the Pension Trust Fund invests in shares of the State Street Global Advisor Intermediate Credit Index Non Lending Fund (the "SSgA Intermediate Fund"). The investment objective of the SSgA Intermediate Fund is to replicate the Barclays Capital U.S. Intermediate Credit Bond Index by investing exclusively in fixed income securities. Shares of the SSgA Intermediate Fund can be redeemed on a daily basis at their net asset value (NAV) and have no redemption restrictions. The Pension Trust Fund's investment in the SSgA Intermediate Fund is included as part of non-exchange traded mutual funds.

Moody's credit ratings for the underlying investments comprising the SSgA Intermediate Fund as of June 30, 2011, are as follows (in thousands):

| Moody's Rating | Investment Type | Fair Value |
|---|---|---|
| Aaa | Government sponsored/Corporate bonds | $ 68,188 |
| Aa | Government sponsored/Corporate bonds | 102,008 |
| A | Government sponsored/Corporate bonds | 208,237 |
| Baa | Government sponsored/Corporate bonds | 169,704 |
| Total | | $ 548,137 |

*Concentration of Credit Risk* — No ERS and JRS investment in marketable securities in any organization represents 5% or more of ERS and JRS net assets held in trust for pension benefits. There are no TRS investments in any one issuer that represent 5% or more of total investments as of June 30, 2011. TRS investment guidelines specify that no more than 5% of a manager's assets at market shall be invested in the securities of any single issuer.

As of June 30, 2011, the Pension Trust Fund owned shares in the State Street Global Advisors' S&P 500 Flagship Securities Lending Fund (the "S&P 500 Fund"), the Russell 3000 Index Non Lending Fund (the "Russell 3000 Fund"), the Morgan Stanley Investment Management Active International Allocation Trust (the "Morgan Stanley Fund"), the Invesco International Equity Trust Fund (the "Invesco Fund"), and the SSgA Intermediate Fund, as follows (in thousands):

| Fund Name | Shares | Fair Value |
|---|---|---|
| S&P 500 Fund | 1,623,291 | $ 431,968 |
| Russell 3000 Fund | 84,154,306 | 1,068,002 |
| Morgan Stanley Fund | 15,999,984 | 281,072 |
| SSGA Intermediate Fund | 318,633,779 | 548,137 |
| Invesco Fund | 6,086,146 | 221,231 |
| Total | | $2,550,410 |

The investment objectives of the S&P 500 Fund and the Russell 3000 Fund are to match the return of the Standard & Poor's 500 Index and the Russell 3000 Index, respectively. The objective of the Morgan Stanley Fund is to achieve capital appreciation through exposure to non U.S. markets. The objective of the Invesco Fund is to achieve capital appreciation by investing primarily in the securities of foreign companies. Shares of these funds can be redeemed on a daily basis at NAV and have no redemption restrictions. The Pension Trust Fund's investment in these funds is included as part of non-exchange traded mutual funds.

As of June 30, 2011, the investments underlying the S&P 500 Fund, the Russell 3000 Fund, the Morgan Stanley Fund, the Invesco Fund, and the SSgA Intermediate Fund had the following sector allocations:

| Sector | S&P 500 Fund | Russell 3000 Fund | Morgan Stanley Fund | Invesco Fund | SSgA Intermediate Fund |
|---|---|---|---|---|---|
| Information technology | 18% | 18% | 7% | 4% | 4% |
| Health care | 12% | 12% | 7% | 7% | 0% |
| Financials | 15% | 16% | 20% | 21% | 33% |
| Energy | 13% | 12% | 9% | 12% | 5% |
| Consumer staples | 11% | 9% | 9% | 10% | 10% |
| Industrials | 11% | 12% | 15% | 9% | 6% |
| Consumer discretionary | 11% | 12% | 11% | 10% | 4% |
| Utilities | 3% | 4% | 2% | 5% | 7% |
| Telecommunication services | 3% | 3% | 5% | 10% | 7% |
| Materials | 4% | 5% | 14% | 12% | 4% |
| Government sponsored | 0% | 0% | 0% | 0% | 20% |
| Totals | 100% | 100% | 100% | 100% | 100% |

*Interest Rate Risk* — In accordance with their investment policy, ERS and JRS manage their exposure to declines in fair values by structuring the investment portfolio so that securities mature to meet cash requirements for benefit payments, thereby avoiding the need to sell securities on the open market prior to maturity. ERS and JRS are expected to achieve capital preservation and income generation by investing in a diversified portfolio of marketable, investment grade core fixed-income securities. ERS investments in equity securities are not subject to the maximum maturity policy since they do not carry a maturity date. TRS is expected to achieve capital preservation and income generation by investing in a diversified portfolio of marketable investment-grade core fixed-income securities. TRS investment guidelines specify that the duration of the portfolio is expected to vary no more than between 75% and 125% of the duration of the respective benchmark.

The contractual maturities of investments in debt securities as of June 30, 2011, are as follow (in thousands):

| | Maturity Between | Investment Maturities (In Years) | | | |
|---|---|---|---|---|---|
| | | Fair Value | Less Than 1 | Between 1-5 | Between 5-10 | More Than 10 |
| U.S. government and sponsored agencies' securities | (2011–2051) | $ 374,511 | $ 31,225 | $ 88,126 | $ 64,917 | $ 190,243 |
| Corporate bonds | (2011–2051) | 640,289 | 42,173 | 224,083 | 227,566 | 146,467 |
| Municipal bonds | (2012–2033) | 32,200 | 4,288 | 6,929 | 10,867 | 10,116 |
| COFINA Bond | | 162,500 | | | | 162,500 |
| Total bonds | | $ 1,209,500 | $ 77,686 | $ 319,138 | $ 303,350 | $ 509,326 |

As of June 30, 2011, investment maturities as a percentage of total debt securities are as follows:

| Maturity | Maximum Maturity |
|---|---|
| Less than one year | 6% |
| One to five years | 26% |
| More than five to ten years | 25% |
| More than ten years | 43% |
| Total | 100% |

The average maturity of the investments underlying the SSgA Intermediate Fund was approximately 4.3 years as of June 30, 2011.

*Foreign Currency Risk* — As of June 30, 2011, ERS and JRS investments in the Morgan Stanley Fund amounting to approximately $281 million represented 100% of the total commingled fund. Also, as of June 30, 2011, ERS and TRS owned approximately $221 million in shares of the Invesco Fund, which represented approximately 89% of the total commingled fund. The Pension Trust Fund owned approximately $401 million in shares of the State Street Intermediate Index Bond Fund, which represents 14% of the total comingled fund.

TRS international portfolio is expected to achieve long-term and aggressive capital appreciation by investing in Core EAFE (Europe Australasia and the Far East) securities. The portfolio is expected to be broadly diversified with respect to exposures to countries, economic sectors, industries, and individual stock. No single issue is expected to exceed 5% (at market) of the portfolio.

The Pension Trust Fund's investments and deposits exposed to foreign currency risk as of June 30, 2011, are as follows:

| Investment Type | Local Currency | Fair Value (in thousands) |
|---|---|---|
| Foreign currency | Japanese Yen | $      161 |
| Total cash exposed to foreign currency risk | | $      161 |
| Shares of the Invesco Fund | Various (refer to countries below) | $   221,231 |
| Shares of the SSgA Intermediate Fund | Various (refer to countries below) | 400,775 |
| Shares of the Morgan Stanley Fund | Various (refer to countries below) | 281,072 |
| Common stock | Australian Dollar | 6,057 |
| Common stock | British Sterling Pound | 22,498 |
| Common stock | Danish Krone | 6,583 |
| Common stock | Euro Currency | 16,958 |
| Common stock | Hong Kong Dollar | 4,269 |
| Common stock | Japanese Yen | 22,480 |
| Common stock | Norwegian Krone | 1,492 |
| Common stock | South Africa Rand | 1,113 |
| Common stock | Singapore Dollar | 2,758 |
| Common stock | South Korean Won | 877 |
| Common stock | Swedish Krona | 8,374 |
| Common stock | Swiss Franc | 10,767 |
| Common stock | Turkish Lira | 940 |
| Total securities exposed to foreign currency risk | | $1,008,244 |

As of June 30, 2011, the Morgan Stanley Fund had an asset mix and country allocation as follows:

**Morgan Stanley:**

| Assets Mix | Percent |
|---|---|
| Cash and equivalents | 2.26 |
| Future contracts | 7.21 |
| Equity securities | 90.53 |
| **Total** | 100.00 |

| Country Allocation | Currency | Currency Code | Portfolio Percent |
|---|---|---|---|
| Australia | Dollars | AUD | 4.79 |
| Hong Kong | Dollars | HKD | 1.50 |
| Singapore | Dollars | SGD | 2.20 |
| Japan | Yen | JPY | 13.93 |
| Japan Global Survivor | Yen | JPY | 4.69 |
| Asia x Pacific | | | 27.11 |
| Austria | Euro | EUR | 0.64 |
| Belgium | Euro | EUR | 0.58 |
| EMU | Euro | EUR | 5.20 |
| European Union Growth | Euro | EUR | 3.64 |
| Finland | Euro | EUR | 1.23 |
| France | Euro | EUR | 6.06 |
| Germany | Euro | EUR | 11.19 |
| Italy | Euro | EUR | 0.02 |
| Netherlands | Euro | EUR | 2.63 |
| Spain | Euro | EUR | 1.14 |
| Euro Europe | | | 32.33 |
| Denmark | Kroner | DKK | 1.11 |
| Norway | Kroner | NOK | 1.98 |
| Sweden | Krona | SEK | 3.56 |
| Switzerland | Francs | CHF | 7.22 |
| United Kingdom | Pounds | GBP | 16.38 |
| Non-Euro Europe | | | 30.25 |
| China | Yuan Renmimbi | CNY | 0.55 |
| Indonesia | Rupiahs | IDR | 0.41 |
| Philipines | Philipine Peso | PHP | 0.88 |
| South Korea | Won | KRW | 1.37 |
| Thailand | New Dollars | TWD | 0.82 |
| Asia Emerging | | | 4.03 |
| Poland | Zlotych | PLN | 0.57 |
| Russia | Ruble | RUB | 0.94 |
| Emerging Europe | | | 1.51 |
| Brazil | Brazilian Real | BRL | 0.76 |
| Mexico | Mexican Peso | MXN | 0.85 |
| Latin America | | | 1.61 |
| Emerging | | | 7.15 |
| Agriculture | | | 0.90 |
| Thematic | | | 0.90 |
| Cash | | | 2.26 |
| Total | | | 100.00 |

In addition, the composition of the underlying investments in the Invesco Fund and the SSgA Intermediate Fund by country, as of June 30, 2011, was as follows:

**Invesco Fund**

| | Currency | Percentage |
|---|---|---|
| Europe: | | |
| Denmark | Danish Krone | 1% |
| Finland | Euro | 1% |
| France | Euro | 9% |
| Germany | Euro | 6% |
| Italy | Euro | 3% |
| Netherlands | Euro | 2% |
| Norway | Norwegian Krone | 3% |
| Spain | Euro | 6% |
| Switzerland | Swiss Franc | 8% |
| United Kingdom | Sterling Pound | 14% |
| Total Europe | | 53% |
| Pacific Basin: | | |
| Australia | Australian Dollar | 7% |
| Hong Kong | Hong Kong Dollar | 3% |
| Japan | Japanese Yen | 25% |
| Total Pacific Basin | | 35% |
| Emerging markets | Various | 6% |
| Canada | Canada Dollar | 6% |
| Total investments | | 100% |

- 127 -

**SSgA Intermediate Fund**

| | Currency | Percentage |
|---|---|---|
| Europe: | | |
| Germany | Euro | 4 % |
| Switzerland | Swiss Franc | 2 % |
| United Kingdom | Sterling Pound | 4 % |
| Total Europe | | 10 % |
| Pacific Basin: | | |
| Australia | Australian Dollar | 1 % |
| Japan | Japanese Yen | 1 % |
| Total Pacific Basin | | 2 % |
| Americas: | | |
| Canada | Canada Dollar | 5 % |
| Mexico | Mexican Peso | 1 % |
| Brazil | Brazilian Real | 1 % |
| U.S. | U.S. Dollar | 66 % |
| Total Americas | | 73 % |
| Supranational | Various | 7 % |
| Other | Various | 8 % |
| Total investments | | 100 % |

## 7.   SECURITIES LENDING TRANSACTIONS

During the year, the pension trust funds, included within the fiduciary funds, the Government Development Bank (GDB), the Economic Development Bank (EDB), ant the State Insurance Fund Corporation (SIFC), discretely presented component units, entered into securities lending transactions. These transactions are explained below:

**Pension Trust Funds**

The Retirement System participates in a securities lending program, whereby securities are transferred to an independent broker or dealer in exchange for collateral in the form of cash, government securities, and/or irrevocable bank letters of credit equal to approximately 102% of the market value of the domestic securities on loan and 105% of the market value of the international securities on loan, with a simultaneous agreement to return the collateral for the same securities in the future. Collateral is marked to market daily, and the agent places a request for additional collateral from brokers, if needed. The custodian bank is the agent for the securities lending program.

At year end, the Retirement System has no credit risk exposure to borrowers because the amounts that the Retirement System owes the borrowers (the "collateral") exceeded the amounts the borrowers owe to the Retirement System (the "loaned securities"). At June 30, 2011, the collateral received represented 102% of the fair value of the domestic securities lent.

The securities on loan for which collateral was received as of June 30, 2011, consisted of the following (expressed in thousands):

| Description | Fair Value of Underlying Securities |
|---|---|
| U.S. government and sponsored agencies' securities | $    39,352 |
| U.S. equity securities | 79,260 |
| U.S. corporate debt securities | 9,645 |
| Non U.S. equity securities | 5,074 |
| Non-exchange traded mutual funds: | |
| U.S. | 65,551 |
| Non U.S. | 4,831 |
| Total | $  203,713 |

The underlying collateral for these securities had a fair value of approximately $208 million as of June 30, 2011. The collateral received was invested in a short term investment fund sponsored by the custodian bank and is presented as collateral for securities lending transactions in the accompanying statement of fiduciary net assets.

As of June 30, 2011, the distribution of the short-term investment fund by investment type is as follows:

| Investment Type | Percentage |
|---|---|
| Securities bought under agreements to resell | 13.37 % |
| Commercial paper | 20.60 % |
| Certificates of deposit | 17.78 % |
| Floating rate notes | 31.39 % |
| Interest bearing | 0.19 % |
| Time deposits | 16.67 % |
| | 100 % |

Under the terms of the securities lending agreement, the Retirement System is fully indemnified against failure of the borrowers to return the loaned securities (to the extent the collateral is inadequate to replace the loaned securities) or failure to pay the Retirement System for income distributions by the securities' issuers while the securities are on loan. In addition, the Retirement System is indemnified against loss should the lending agent fail to demand adequate and appropriate collateral on a timely basis.

**Component Units**

*GDB*

The following is selected information concerning securities sold under agreements to repurchase (expressed in thousands):

| | |
|---|---|
| Carrying amount at June 30, 2011 | $970,819 |
| Maximum amount outstanding at any month-end | 970,819 |
| Average amount outstanding during the year | 650,176 |
| Weighted average interest rate for the year | 2.43 % |
| Weighted average interest rate at year-end | 0.13 % |

The following summarizes the activity of securities sold under agreements to repurchase for the year ended June 30, 2011 (expressed in thousands):

| | Beginning Balance | Issuances | Maturities | Ending Balance |
|---|---|---|---|---|
| GDB Operating Fund | $1,058,835 | $4,477,337 | $4,565,353 | $970,819 |

All sales of investments under agreements to repurchase are for fixed terms. In investing the proceeds of securities sold under agreements to repurchase, GDB's policy is for the term to maturity of investments to be on or before the maturity of the related repurchase agreements. At June 30, 2011, the total amount of securities sold under agreements to repurchase mature within one year.

*EDB*

EDB's investment policies, as authorized by Act number 22 of July 24, 1985, Article 3, allow management to purchase securities under agreements to resell. The following table summarizes certain information about these agreements (expressed in thousands):

| | |
|---|---|
| Carrying amount at June 30, 2011 | $281,021 |
| Average amount outstanding during the year | 342,263 |
| Maximum amount outstanding at any month-end | 431,259 |
| Weighted average interest rate for the year | 0.85 % |
| Weighted average interest rate at year-end | 0.79 % |
| Weighted average maturity (years) | 0.10 % |

EDB's investment policies establish the minimum amount of acceptable collateral. The market prices of the collateral are revised monthly and the margin amount adjusted accordingly. The aggregate market value of the securities underlying the agreements outstanding at June 30, 2011 was $303.5 million.

As of June 30, 2011, securities sold under agreements to repurchase were collateralized with mortgage-backed securities, other government agencies securities, and other investments with a market value of $148.5 million.

The activity for securities sold under agreements to repurchase during 2011 was as follows (expressed in thousands):

|  | Beginning Balance | Issuances | Maturities | Ending Balance | Amounts Due Within One year |
|---|---|---|---|---|---|
| Securities sold under agreements to repurchase | $ 177,750 | $ 286,384 | $ 326,734 | $ 137,400 | $ 86,600 |

*SIFC*

The Commonwealth statutes and the SIFC's board of directors' policies permit the SIFC to use its investments to enter into securities lending transactions, whereby securities are transferred to an independent broker or dealer in exchange for collateral in the form of cash, securities and/or irrevocable bank letter of credit. The SIFC's securities custodian, JP Morgan Chase Bank, N.A., as agent of the SIFC, manages the securities lending program and receives cash, securities, or irrevocable bank letters of credit as collateral. The collateral securities cannot be pledged or sold by the SIFC unless the borrower defaults. The collateral requirement is equal to 102% for securities issued in the United States of America and 105% for securities issued outside of the United States of America, of the fair value of the securities lent. Additional collateral has to be provided by the next business day if it's fair value falls to less than 100% of the fair value of the securities lent. All security loans can be terminated on demand by either the SIFC or the borrower, although the average term of the loans is two weeks. In lending securities, the term to maturity of the securities loans is matched with the term to maturity of the investment of the cash collateral. Such matching existed at year-end. At year end, the SIFC has no credit risk exposure to borrowers because the amounts the SIFC owes the borrowers exceed the amounts the borrowers owe SIFC. Contracts with the lending agents require them to indemnify the SIFC if the borrowers fail to return the securities (and if the collateral is inadequate to replace the securities lent) or fail to pay the SIFC for income distributions by the securities' issuers while the securities are on loan.

Securities lent as of June 30, 2011 had a fair value of $150.1 million and were secured with collateral received with a fair value of $152.6 million. Securities lent for which cash was received as collateral as of June 30, 2011 consist of the following (expressed in thousands):

| Description | Fair Value of Underlying Securities |
|---|---|
| Corporate bonds and notes | $   24,340 |
| Equity securities | 14,486 |
| U.S. sponsored agencies bonds and notes | 10,616 |
| U.S. Treasury notes and bonds | 33,697 |
|  | $   83,139 |

Cash collateral received as of June 30, 2011 amounted to $84.3 million and was invested as follows (expressed in thousands):

| Description | Fair Value of Underlying Securities |
|---|---|
| Resell agreements | $ 40,203 |
| Foreign certificates of deposit with other banks | 8,000 |
| Comercial paper | 14,037 |
| Certificates of deposit with other banks | 10,000 |
| Corporate bonds and notes | 12,044 |
| | $ 84,284 |

In addition, the SIFC had the following lending obligations as of June 30, 2011 for which securities were received as collateral (expressed in thousands):

| | Fair Value | |
|---|---|---|
| Description | Securities Lent | Investment Collateral Received |
| U.S. Treasury notes and bonds | $ 61,594 | $ 62,849 |
| U.S. Sponsored agencies bonds and notes | 5,335 | 5,444 |
| | $ 66,929 | $ 68,293 |

8.   **INVESTMENTS IN LIMITED PARTNERSHIPS**

Pursuant to the Statement of Investment Guidelines for the Government of Puerto Rico, the pension trust funds and the component units invested approximately $15 million in limited partnerships during the year ended June 30, 2011. The investments were as follows:

- During fiscal year 2011, there were no contributions to Guayacán Fund of Funds, L.P., a Delaware limited partnership, organized by Grupo Guayacán, Inc. as general partner, which has total commitments of $55.5 million (of which $45 million are from pension trust funds and the remaining balances from private corporate investors). This fund invests in the United States of America and international private equity partnerships that in turn invest in private companies.

- During fiscal year 2011, there were no contributions to Guayacán Fund of Funds, II, L.P., a Delaware limited partnership, organized by Grupo Guayacán, Inc. as general partner, which has total commitments of $62 million (of which $50 million are from the pension trust funds and the remaining balances from private corporate investors). The fund invests in a broad range of U.S. and international private equity investment partnerships that, in turn, will make equity and equity related investments primarily in private businesses.

- During fiscal year 2011, approximately $5.8 million were invested in Guayacán Fund of Funds III, L.P., a Delaware limited partnership, organized by Grupo Guayacán, Inc., as general partner, that has total commitments of $81.8 million (of which $40 million are from the State Insurance Fund Corporation and the remaining balances from private corporate investors.) This fund seek to provide investors with a superior investment return and extensive diversification by investing in seventeen (17) private equity investment partnerships in the United States and Europe.

- During fiscal year 2011, there were no contributions to Guayacán Private Equity Fund, L.P., a Delaware limited partnership, organized by Advent Morro Equity Partners, Inc. as general partner, that has total commitments of $41.9 million (of which $10 million are from the pension trust funds, $20 million are from a component unit and the remaining balance from the private corporate investors in Puerto Rico). This fund invests in Puerto Rico private equity.

- During fiscal year 2011, approximately $6.2 million were invested in Guayacán Private Equity Fund II, L.P. a Delaware limited partnership, organized by Advent/Morro Partners as general partner, that has total commitments of $69 million (of which $15 million are from pension trust funds and $30 million are from components units, and the remaining balance from the private corporate investors in Puerto Rico). This fund invests in Puerto Rico private equity.

- During fiscal year 2011, approximately $5.4 million were invested in GF Capital Private Equity Fund, L.P., a limited partnership, organized under the laws of the State of Delaware, in which the pension trust funds have a total commitment of $25 million. The purpose of the partnership is to make private equity investments in a variety of industries, including media and entertainment, branded consumer products, and software for media and telecommunications applications. The partnership initiatives are focused on companies capitalized at between $20 million to $400 million with a representation of buyouts, growth capital, and recapitalizations.

- During fiscal year 2011, there were no contributions to Chase Capital Partners Private Equity Fund of Funds Corporate Investors II, LTD, a limited partnership, organized by Chase as general partner, in which the pension trust funds have a total commitment of $20 million. The fund's investment strategy is to capitalize on a globally diversified portfolio of private equity investment opportunities across various sectors including buyouts, growth equity, venture capital, and other special situations through partnership and direct investments.

- During fiscal year 2011, there were no contributions to Chase Capital Partners Private Equity Fund of Funds II, LTD, a limited partnership, organized by J.P. Morgan Alternative Asset Management, Inc. as investment manager, in which the pension trust funds have a total commitment of $15 million. The fund's investment strategy is to capitalize on a globally diversified portfolio of private equity investments opportunities across various sectors, including buyouts, growth equity, venture capital and other special situations through partnership, investments, and direct investments.

- During fiscal year 2011, there were no contributions to Invesco Venture Partnership Fund III, L.P., a Delaware limited partnership, organized by IPC Partnership Associates III, LLC as general partner, in which the pension trust funds have a total commitment of $5.5 million. The partnership was organized to invest in other collective investments funds investing in alternative assets, including primarily U.S. and international funds that focus on both early- and later-stage venture capital investments.

- 133 -

- During fiscal year 2011, there were no contributions to Invesco Non U.S. Partnership Fund III, L.P., a Delaware limited partnership, organized by IPC Partnership Associates III, LLC as general partner, in which the pension trust funds have a total commitment of $4.5 million. The partnership was organized to invest in other collective investments funds investing in alternative assets, including primarily investments focusing on non U.S. buyouts, expansion capital, turnaround, mezzanine, and distressed investment partnerships.

- During fiscal year 2011, there were no contributions to Invesco U.S. Buyout & Expansion Capital Partnership Fund III, L.P., a Delaware limited partnership, organized by IPC Partnership Associates III, LLC as general partner, in which the pension trust funds have a total commitment of $3.7 million. The partnership was organized to invest in other collective investment funds investing in alternative assets, including primarily investments focusing on small, mid-size, and large domestic buyout transactions.

- During fiscal year 2011, there were no additional contributions to Venture Capital Fund, Inc., a Puerto Rico Corporation, organized pursuant to Act No. 3 of October 6, 1987, as amended, known as the Puerto Rico Capital Investment Funds Act, that is managed by Advent-Morro Equity Partners (Advent-Morro Equity Partners, Inc.) in which the pension trust funds have a total commitment of $800 thousands. Advent-Morro is a Puerto Rico based private equity firm. The fund was created to make private equity investments in operating companies that are based, or are operating, or a combination of both, in Puerto Rico. Since inception, the fund has invested in 25 companies some of which it continues to provide capital for their expansion.

- The pension trust funds have a commitment and cumulative contribution of $1.7 million in Martineau Bay, which represents an investment in a hotel resort that filed under Chapter 11 of the United States Bankruptcy Code.

  The fair value of the pension trust funds' investments in limited partnerships at June 30, 2011, amounted to approximately $91 million and is presented within other investments in the statement of fiduciary net assets – fiduciary funds. The fair values of these investments have been estimated by the corresponding general partner or fund manager of these partnerships and disclosed in its respective separate audited financial statements. The allocations of net gain and net loss to the limited partners are based on certain percentages, as established in the limited partnership agreements. The difference between the fair value of the investments and the total cumulative contributions is mostly due to distributions made.

As of June 30, 2011, the pension trust funds and discretely presented component units had capital commitments and contributions as follows (expressed in thousands):

| | Public Sector Commitments | Fiscal Year Contributions | Cumulative Contributions |
|---|---|---|---|
| **Guayacán Fund of Funds, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | $ 25,000 | $ - | $ 23,820 |
| Puerto Rico System of Annuities and Pensions for Teachers | 20,000 | - | 19,056 |
| Subtotal | 45,000 | - | 42,876 |
| **Guayacán Fund of Funds II, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 25,000 | - | 23,681 |
| Puerto Rico System of Annuities and Pensions for Teachers | 25,000 | - | 23,681 |
| Subtotal | 50,000 | - | 47,362 |
| **Guayacán Fund of Funds III, L.P.** | | | |
| Component Unit: | | | |
| State Insurance Fund Corporation | 40,000 | 5,824 | 11,727 |
| **Guayacán Private Equity Fund, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 5,000 | - | 4,645 |
| Puerto Rico System of Annuities and Pensions for Teachers | 5,000 | - | 4,645 |
| Component unit: | | | |
| Economic Development Bank for Puerto Rico (1) | 20,000 | - | 18,578 |
| Subtotal | 30,000 | - | 27,868 |
| **Guayacán Private Equity Fund II, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 15,000 | 2,500 | 17,244 |
| Component unit: | | | |
| Economic Development Bank for Puerto Rico (1) | 20,000 | 2,000 | 13,795 |
| State Insurance Fund Corporation | 10,000 | 1,681 | 6,898 |
| Subtotal | 45,000 | 6,181 | 37,937 |
| **Other Funds** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 45,800 | 5,350 | 40,054 |
| Puerto Rico System of Annuities and Pensions for Teachers | 28,714 | - | 26,428 |
| Subtotal | 74,514 | 5,350 | 66,482 |
| Total | $284,514 | $17,355 | $234,252 |

(1) Information related to the Economic Development Bank for Puerto Rico was obtained from unaudited financial statements provided by the respective fund.

9.   **RECEIVABLES AND PAYABLES**

**Governmental Activities**

Receivables in the governmental funds include approximately $1.4 billion of accrued income, excise and sales and use taxes. Intergovernmental receivables include $294 million from the federal government and $27.2 million from CRIM. In addition, the enterprise funds include $66.2 million of unemployment, disability, and drivers' insurance premium receivable. Payables in the governmental funds include approximately $836.8 million of trade accounts due to suppliers for purchase of merchandise and services rendered and $430.2 million of tax refunds payable.

In accordance with GASB Technical Bulletin No. 2004-1, *Tobacco Settlement Recognition and Financial Reporting Entity Issue,* as amended (the "TB"), a receivable of $40.6 million was recorded as other receivable in the government wide financial statements for estimated shipments from January 1 to June 30, 2011, which will be applied to debt service upon collection. Additionally, the TB indicated that the Trust designated as the TSA should recognize a liability for the bonds payable and an expense (and liability if unpaid) in the same period in its stand-alone financial statements. The expense (and liability if unpaid) recognizes the contractual obligation to remit the proceeds of the bond sold to the settling government (the "Commonwealth"). Since the Trust is reported as a blended component unit, the TB indicates these remittances should be reported as transfers into the fund receiving the proceeds and transfers out in the fund that accounts for the activities of the TSA. Since the Trust has no contractual obligation, under its enabling legislation or elsewhere, to remit all bond proceeds or assets related to the GSA to the settling government (the "Commonwealth"), the Trust has not recognized an expense and liability for unpaid proceeds from the bonds since it records the expense as amounts are disbursed as grants to its settling government (including its instrumentalities) or third parties.

**Component Units**

*GDB*

Loans to the Commonwealth of Puerto Rico, its agencies and instrumentalities amounted to approximately $6.0 billion or 38.7% of GDB's total assets as of June 30, 2011. These loans are expected to be collected from appropriations from, proceeds from bond issuances of, or revenues generated by, the Commonwealth, its agencies and instrumentalities. The Commonwealth's recurring expenditures have exceeded its recurring revenues during the past years and its credit ratings have been lowered. In addition, many of the Commonwealth's agencies and instrumentalities have had losses from operations during the past years. The collectability of these loans may be affected by budgetary constraints, the fiscal situation, and the credit rating of the Commonwealth of Puerto Rico, its agencies and instrumentalities, and their ability to generate sufficient funds from taxes, charges and/or bond issuances. Continuance of and/or significant negative changes in these factors may affect the ability of the Commonwealth and its agencies and instrumentalities to repay their outstanding loan balances with GDB and accordingly, may have an adverse impact on GDB's financial condition, liquidity, funding sources, and results of operations.

GDB's management believes that no losses will be incurred by GDB with respect to principal and interest on most of its loans to the public sector (including municipalities) and, as a result, no allowance for loan losses is generally established for them. For public sector loans, excluding municipalities, GDB's management bases its position in that in the past, the Director of the Commonwealth's Office of Management and Budget (OMB) has included in the budget of the Commonwealth appropriations to assist the Commonwealth and certain public sector corporations, agencies, and instrumentalities in repaying their loans with GDB. The Legislature of the Commonwealth (the "Legislature") has generally

approved these appropriations, and such practice is anticipated to continue in the future. Further, in accordance with Act No. 164 of December 17, 2001, GDB is no longer allowed to originate loans to any governmental entity for which the source of repayment consists of appropriations from the Commonwealth's general fund without first obtaining the approval of the Legislature, except for (i) loans up to an aggregate amount of $100,000,000 as long as, among other things, GDB obtains the written approval of the Governor and the Director of OMB, (ii) loans to any financially troubled governmental entity to enable it to honor its debt obligations, and (iii) loans to the Secretary of the Treasury under legislation authorizing the Secretary to borrow funds in anticipation of tax revenues.

Although management of GDB believes that no additional losses of principal and interest will be incurred by GDB with respect to loans outstanding to the public sector at June 30, 2011, there can be no assurance that the Director of the OMB will include amounts for loan repayments in the Commonwealths' budget, and that the Legislature will appropriate sufficient funds in the future to cover all amounts due to GDB by the Commonwealth or public sector entities requiring the Commonwealth's support, or that the proceeds from any future bond issuances by COFINA or certain public entities which have financed their capital improvement programs with GDB, will be sufficient to cover the outstanding amount of extra-constitutional or capital improvement program debt at June 30, 2011. The participation of certain public entities in the bond market has been delayed waiting for the credit rating of such entities to improve or for more favorable market conditions. Because of the relationship among GDB, the public sector entities, the Director of the OMB, and the Legislature, the timing and amount of any financial assistance and bond proceeds to be used to repay certain public sector loans cannot be reasonably estimated by GDB. GDB, however, has in the past collected the outstanding principal and interest at the contractual rate on loans repaid from Commonwealth's appropriations or bond proceeds. Accordingly, no allowance has been established in the case of public sector loans for any shortfall between the present value of the expected future cash flows and the recorded investment in the loans.

At June 30, 2011, loans to public corporations and agencies of the Commonwealth amounting to $6,002,823 were repayable from the following sources (in thousands):

| Repayment Source | Amount |
|---|---|
| Proceeds from future bond issuances of public corporations | $1,646,025 |
| Operating revenues of public entities other than the Commonwealth | 1,554,059 |
| Legislative appropriations — previously from issuance of Commonwealth's general obligation bonds | 1,116,859 |
| Legislative appropriations — previously from Dedicated Sales Tax Fund | 770,799 |
| Legislative appropriations — other | 848,239 |
| Other — including funds from federal grants | 66,842 |
| Total | $6,002,823 |

During fiscal year 2011, GDB received $63.1 million and $101.4 million of appropriations to repay principal of and interest on public sector loans whose repayment source was originally from the Dedicated Sales Tax Fund, known as FIA by the acronym of its Spanish name, created by Act No. 91 of May 13, 2006, the FIA Fund, and from future issuances of Commonwealth's general obligations bonds, respectively. The Commonwealth's general fund budget for fiscal year 2012 includes $65.1 million and $91.5 million of appropriations to repay principal of and interest on public sector loans whose repayment sources was originally form the FIA Fund and from future issuances of Commonwealth's general obligations bonds, respectively. These appropriations are based on payment schedules proposed by GDB, which are based on a period of amortization of 30 years each, at contractual interest rates. GDB will annually submit to the OMB, to be included in the Commonwealth's budget for legislative

approval in each subsequent fiscal year, an amount established in the payment schedules with the terms stated above. GDB expects that future appropriations will be approved by the Legislature of the Commonwealth to comply with such schedules. However, there can be no assurance that the Director of OMB will include an amount for loan repayments in the Commonwealth's budget, and that the Legislature will appropriate sufficient funds in the future to cover all amounts due to GDB on these loans.

Since one of GDB's principal functions is to provide financing to the Commonwealth and its instrumentalities, GDB's loan portfolio includes loans to various departments and agencies of the Commonwealth, to various public corporations, and to municipalities, which represent a significant portion of the GDB's assets. Loans to the Commonwealth and its departments and agencies typically include working capital lines of credit payable from short-term tax and revenue anticipation notes issued by the Commonwealth, interim financing of capital improvements payable from Commonwealth general obligation bonds or revenue bonds issued by the corresponding agency and, in recent years, loans to finance the Commonwealth's budget deficit payable from the FIA Fund, uncollected taxes and annual appropriations made by the Legislature of Puerto Rico. Loans to the public sector, excluding municipalities, amounted to approximately $6.0 billion or 38.7% of GDB's assets at June 30, 2011.

At June 30, 2011, approximately $2.7 billion of the public sector loans are payable from legislative appropriations from, or future tax revenues of, the Commonwealth. Accordingly, the payment of these loans may be affected by budgetary constraints, the fiscal situation and the credit rating of the Commonwealth. Significant negative changes in these factors may have an adverse impact on GDB's financial condition. From fiscal years 2003 to fiscal year 2010, the Commonwealth's recurring expenditures have exceeded its recurring revenues. These shortfalls were partially covered with loans from GDB and other nonrecurring revenues. From fiscal year 2003 to 2008, GDB granted loans to the Commonwealth aggregating to $1,964 million to cover part of the Commonwealth's deficit. As of June 30, 2011, the outstanding principal amount of these loans was $227 million.

In addition, at June 30, 2011, approximately $3.3 billion of public sector loans are payable from proceeds from future bond issuances and operating income of public corporations of the Commonwealth. GDB lends funds to such public corporations for capital improvements and operating needs. The loans for capital improvements generally are construction loans and are repaid from the proceeds of future bonds issuances of the respective public corporations. Such loans may, however, also be repaid from the revenues of such public corporations, from loans provided by sources other than GDB, from federal grants, and from the sale of assets of such public corporations. The amount of outstanding loans from GDB to the public corporations fluctuates annually, depending upon the capital program needs of the public corporations, the timing and level of their capital expenditures, and their ability to gain access to the long-term capital markets. At June 30, 2011, GDB has approximately $1.3 billion and $1 billion of loans outstanding due from the Puerto Rico Highways and Transportation Authority and the Puerto Rico Aqueduct and Sewer Authority, representing approximately 71% of the $3.3 billion mentioned above. The default by any such and other public sector borrowers on GDB's loans may have a material adverse effect on the financial condition and operating results of GDB.

**Pension Trust Funds**

Loans receivable from plan members are guaranteed by the contributions of plan members and by other sources, including mortgage deeds and any unrestricted amount remaining in the escrow funds. In addition, collections on loans receivable are received through payroll withholdings. The maximum amount of loans to plan members for personal and cultural trip loans were $15,000 and $10,000, respectively, for the year ended June 30, 2011.

The allowance for loan losses is considered a general allowance for all categories of loans and interest receivable, except mortgage loans, and also a specific allowance for the special collection project loans balances.

As of June 30, 2011, the composition of loans and interest receivable from plan members is summarized as follows (in thousands):

| | |
|---|---:|
| Loans receivable: | |
| Personal | $1,310,434 |
| Mortgage | 276,485 |
| Cultural trips | 74,762 |
| Total loans to plan members | 1,661,681 |
| Accrued interest receivable | 30,748 |
| Total loans and interest receivable from plan members | 1,692,429 |
| Less allowance for adjustments and losses in realization | (9,539) |
| Total loans and interest receivable from plan members — net | $1,682,890 |

As of June 30, 2011, accounts receivable from employers consisted of the following (in thousands):

| | |
|---|---:|
| Early retirement programs | $ 41,884 |
| Special laws | 63,526 |
| Employer and employee contributions | 55,412 |
| Interest on late payments | 24,241 |
| Total accounts receivable from employers | 185,063 |
| Less allowance for doubtful accounts receivable | (911) |
| Accounts receivable from employers — net | $184,152 |

According to Act No. 447, each employer must pay, on a monthly basis, the amounts corresponding to contributions and loan repayments, on or before the fifteenth day of the following month. After that date, interests are charged as established by the System.

The accounts receivable from employers related to special laws amounts to $63.5 million as of June 30, 2011. ERS has entered into installment payment agreements with approximately 91% of these employers, while the remaining 9% of employers have not entered into installment payments with ERS.

As of June 30, 2011, accounts receivable from employers include accounts receivable from Medical Service Administration (ASEM by its Spanish acronym) of approximately $41 million, as follow (in thousands):

| | |
|---|---:|
| Employer and employee contributions | $ 21,568 |
| Interest | 18,997 |
| Total accounts receivable from ASEM | $ 40,565 |

During the fiscal year 2011, the Commonwealth's Legislature approved Law 2961 assigning funds to ASEM to settle its account receivable with ERS as of June 30, 2010. On January 5, 2011, ERS received an initial payment of $54 million. In addition, on August 2011, ERS received an interest payment of $14 million. ASEM and ERS have established a 3 year payment plan for the remaining outstanding balance of employer and employee contributions owed.

**10.   PLEDGES OF RECEIVABLES AND FUTURE REVENUES**

The Commonwealth has pledged the first two point seventy-five (2.75%) percent of the sales and use tax for the repayment of certain outstanding obligations of the Commonwealth. During 2011, COFINA, a blended component unit of the Commonwealth, responsible for the financing, payments and retirement of certain debt obligations of the Commonwealth, has issued bonds for approximately $327.5 million payable through 2050. The Commonwealth has committed to appropriate each year, from the sales and use tax, amounts sufficient to cover the principal and interest requirements on the debt issued by COFINA. COFINA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $33.2 billion and $16.8 billion, respectively. The pledged sale and use tax base amount for the fiscal year ended June 30, 2011 amounted to $572 million. For fiscal year 2011, interest paid by COFINA amounted to $540.6 million and the sales and use tax revenue recognized by the Commonwealth was $573 million.

Also, the Commonwealth has pledged part of the gross receipts of the gasoline excise taxes and one half of the diesel oil excise taxes (up to $11 million monthly but no more than $120 million annually) and $15 per vehicle per year from motor vehicle license fees for the repayment of the PRHTA Revenue Bonds. The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by PRHTA. PRHTA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $6.2 billion and $5.3 billion, respectively. The pledged excise tax for the fiscal year ended June 30, 2011 amounted to $120 million. For fiscal year 2011, principal and interest paid by PRHTA amounted to $120 million and $315 million, respectively, and the excise tax revenue recognized by the Commonwealth was $271 million.

Rum manufactured in Puerto Rico is subject to federal excise taxes; however, these are returned by the U.S. Internal Revenue Service (IRS) to the Commonwealth. Act No. 44, as amended, requires that in each fiscal year through fiscal year 2057, the first $117 million, of certain federal excise taxes received by the Commonwealth be transferred to the Puerto Rico Infrastructure Financing Authority ("PRIFA"). Such taxes consist of the federal excise taxes levied on rum and other articles produced in Puerto Rico and sold in the United States, which taxes are collected by the U.S. treasury and returned to the Commonwealth. The Commonwealth has pledged these taxes for the repayment of PRIFA's Special Tax Revenue Bonds. The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by PRIFA. PRIFA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. The federal excise taxes securing the Bonds are subject to a number of factors, including the continued

imposition and remittance of such taxes to the Commonwealth and conditions affecting the Puerto Rico rum industry. The level of federal excise taxes to be received by the Commonwealth is currently expected to fall, although the exact amount cannot be determined. If the federal excise taxes received by the Commonwealth in any fiscal year are insufficient, Act No. 44 requires that PRIFA request additional funding. The Director of the Office of Management and Budget of the Commonwealth then includes in the budget of the Commonwealth for the corresponding fiscal year, an appropriation necessary to cover such deficiency, if any. The Commonwealth's Legislature, however, is not obligated to make the necessary appropriation to cover such deficiency. Total principal and interest remaining on the secured debt is $2.5 billion and $1.5 billion, respectively. The pledged federal excise tax amount for the fiscal year ended June 30, 2011 amounted to $117 million. For fiscal year 2011, principal and interest paid by PRIFA amounted to $30.2 million and $82 million, respectively, and the excise tax revenue recognized by the Commonwealth was $117 million.

## 11.  INTERFUND AND INTRAENTITY TRANSACTIONS

Interfund receivables and payables at June 30, 2011 are summarized as follows (expressed in thousands):

| Receivable Fund | Payable Fund | |
|---|---|---|
| Other governmental | General | $ 104,364 |
| COFINA Debt Service | Pledged Sales and Use Tax | 96,652 |
| Lotteries | General | 55,575 |
| General | Lotteries | 23,095 |
| Other proprietary | General | 20,798 |
| General | Unemployment | 16,729 |
| General | Other governmental | 1,684 |
| General | Other proprietary | 803 |
| | | $ 319,700 |

Transfers from (to) other funds for the year ended June 30, 2011 are summarized as follows (expressed in thousands):

| Transferee Fund | Transferor Fund | |
|---|---|---|
| General | COFINA Special Revenue | $ 1,551,965 |
| COFINA Special Revenue | COFINA Debt Service | 1,167,924 |
| Debt service | General | 722,456 |
| General | Debt service | 658,146 |
| COFINA Debt Service | Pledged Sales and Use Tax | 573,016 |
| Other governmental | Other nonmajor governmental | 447,747 |
| Other governmental | General | 344,061 |
| General | Lotteries | 179,175 |
| General | Unemployment | 51,205 |
| General | Other proprietary | 3,244 |
| Other proprietary | General | 3,073 |
| Other governmental | COFINA Special Revenue | 5,640 |
| | | $ 5,707,652 |

The principal purposes of the interfund transfers are to (expressed in thousands):

a.  Transfer of ($1,167,924) from the COFINA Debt Service Fund to the COFINA Special Revenue
    Fund to be transferred to the General Fund to fund the Fiscal Stabilization Fund and the Local
    Stimulus Economic Plan and for the payment of extra constitutional debt.

b.  Transfer of ($1,551,965) from the COFINA Special Revenue Fund to the General Fund for the
    purpose stated above.

c.  Transfer of ($722,456) from the General Fund to the Debt Service Fund to make funds available for
    debt service payments.

d.  Transfer of ($658,146) from the Debt Service Fund to the General Fund for the payment of principal
    and interests on notes payable.

e.  Distribution of the sales and use tax for the use of COFINA Debt Service fund as required by
    enabling legislation for the payment of its bonds ($573,016).

f.  Transfer from the PBA special revenue fund to PBA Debt Service Fund and PBA Capital Project
    Fund ($447,747).

g.  Recognize as transfers the rental payments made by the Commonwealth's agencies on properties
    leased by PBA, a blended component unit of the Commonwealth ($267,105); ($71,097) related to
    the revenues received from the Tobacco Settlement for the agreement managed by The Children's
    Trust, a blended component unit of the Commonwealth; and ($5,859) to the Puerto Rico Maritime
    Shipping Authority for the payment of appropriation debts.

h.  Transfer of ($179,175) from the Lotteries to the General Fund to distribute the increase in net assets
    of the Lotteries for the use of the General Fund, as required by the Lotteries enabling legislation.

i.  Transfer from the Unemployment Insurance Fund's related to the distribution of surplus cash
    corresponding to the General Fund for the payment of administrative expenses ($51,205).

j.  Transfer from the Drivers and Disability Insurance Funds related to the distribution of surplus cash
    to the General Fund ($3,244).

k.  Provide local matching funds from the General Fund related to the federal capital grant of the Puerto
    Rico Safe Drinking Water Treatment Revolving Loan Fund, a nonmajor enterprise fund of the
    Commonwealth ($3,073).

l.  Transfer of ($5,640) from the COFINA Special Revenue Fund to the PBA Special Revenue Fund for
    the payment of principal and interest of line of credits.

Interfund receivables and payables represent the pending settlements of the aforementioned transfers or
transactions from current and prior years.

Due from (to) primary government are as follows (expressed in thousands):

| Receivable Entity/Fund | Amount | Payable Entity/Fund | Amount |
|---|---|---|---|
| Business-type activities | $413,449 | PR Aqueduct and Sewer Authority | $413,449 |
| Governmental activities | 111,474 | Cardiovascular Center Corporation of PR and the Caribbean | 31,670 |
| | | Puerto Rico Ports Authority | 27,326 |
| | $524,923 | Puerto Rico Metropolitan Bus Authority | 11,811 |
| | | PR Tourism Company | 10,473 |
| Government Development Bank for Puerto Rico | $ 82,906 | Puerto Rico Industrial Development Company | 7,669 |
| Puerto Rico Health Insurance Administration | 71,501 | Puerto Rico Health Insurance Administration | 7,239 |
| PR Electric Power Authority | 67,656 | Governing Board of the 911 Service | 5,124 |
| University of Puerto Rico | 65,563 | PR Highways and Transportation Authority | 4,838 |
| Company for the Integral Development of Península Cantera | 20,217 | PR Medical Services Administration | 3,394 |
| Agricultural Enterprises Development Administration | 14,718 | National Parks Company of PR | 1,930 |
| PR Aqueduct and Sewer Authority | 14,173 | | |
| Puerto Rico Ports Authority | 12,700 | | $524,923 |
| PR Medical Services Administration | 10,152 | | |
| Land Authority of Puerto Rico | 6,635 | | |
| PR Infrastructure Financing Authority | 3,433 | | |
| Right to Employment Administration | 3,093 | | |
| PR Public Private Partnerships Authority | 2,404 | | |
| University of Puerto Rico Comprehensive Cancer Center | 2,000 | | |
| Solid Waste Authority | 1,494 | | |
| Cardiovascular Center Corporation of PR and the Caribbean | 1,490 | | |
| Puerto Rico Metropolitan Bus Authority | 1,108 | Governmental activities | $381,243 |
| | $381,243 | | $381,243 |

The amount owed by PRASA of $413 million represents construction loans granted by the Puerto Rico Water Pollution Control Revolving Fund and the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, nonmajor enterprise funds, to finance the construction of capital assets for PRASA.

The amounts presented as due from primary government by the University of Puerto Rico and the Puerto Rico Electric Power Authority include $56.3 million and $12.6 million, respectively, that were recorded and presented by the Commonwealth as notes payable in the accompanying statement of net assets (deficit) of the governmental activities.

Due from (to) component units are as follows (expressed in thousands):

| Receivable Entity/Fund | Amount | Payable Entity/Fund | Amount |
|---|---|---|---|
| Puerto Rico Electric Power Authority | $ 178,910 | Puerto Rico Ports Authority | $ 66,918 |
| Puerto Rico Ports Authority | 34,878 | Puerto Rico Aqueduct and Sewer Authority | 49,576 |
| Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority | 29,084 | Puerto Rico and Municipal Islands Maritime Transport Authority | 39,753 |
| | | PR Highways and Transportation Authority | 34,303 |
| | | Puerto Rico Electric Power Authority | 29,084 |
| Puerto Rico Aqueduct and Sewer Authority | 20,141 | Puerto Rico Tourism Company | 20,995 |
| Land Authority of Puerto Rico | 19,425 | Puerto Rico Medical Services Administration | 19,538 |
| University of Puerto Rico | 17,350 | Agricultural Enterprises Development Administration | 15,517 |
| Puerto Rico Convention Center District Authority | 14,929 | University of Puerto Rico | 13,898 |
| | | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 13,237 |
| State Insurance Fund Corporation | 11,172 | Solid Waste Authority | 9,231 |
| Puerto Rico Medical Services Administration | 6,699 | Puerto Rico Metropolitan Bus Authority | 5,812 |
| | | Farm Insurance Corporation of Puerto Rico | 5,660 |
| Puerto Rico Metropolitan Bus Authority | 4,368 | National Parks Company of Puerto Rico | 4,681 |
| | | State Insurance Fund Corporation | 4,273 |
| | | Puerto Rico Convention Center District Authority | 3,573 |
| PR Highways and Transportation Authority | 3,810 | Land Authority of Puerto Rico | 3,437 |
| Puerto Rico Land Administration | 1,306 | Puerto Rico Industrial Development Company | 2,586 |
| Subtotal | 342,072 | Subtotal | 342,072 |
| | | PR Highways and Transportation Authority | 1,294,307 |
| | | Puerto Rico Aqueduct and Sewer Authority | 1,029,949 |
| | | Special Communities Perpetual Trust | 367,902 |
| | | Port of the Americas Authority | 214,525 |
| | | Puerto Rico Medical Services Administration | 193,252 |
| | | Puerto Rico Health Insurance Administration | 171,080 |
| | | Puerto Rico Ports Authority | 156,513 |
| | | Puerto Rico Convention Center District Authority | 147,600 |
| | | University of Puerto Rico | 112,601 |
| | | Agricultural Enterprises Development Administration | 99,482 |
| | | Puerto Rico Industrial Development Company | 88,532 |
| | | Solid Waste Authority | 68,948 |
| | | Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority | 59,314 |
| | | Land Authority of Puerto Rico | 41,834 |
| | | Company for the Integral Development of the Peninsula de Cantera | 20,175 |
| | | University of Puerto Rico Comprehensive Cancer Center | 18,317 |
| | | National Parks Company of Puerto Rico | 13,050 |
| | | Economic Development Bank for Puerto Rico | 10,337 |
| | | Puerto Rico Infrastructure Financing Authority | 10,321 |
| | | Puerto Rico Public Private Partnerships Authority | 9,704 |
| | | Institute of Puerto Rican Culture | 1,828 |
| | | Puerto Rico Conservatory of Music Corporation | 1,472 |
| Government Development Bank for Puerto Rico | 4,131,043 | | 4,131,043 |
| | $4,473,115 | | $4,473,115 |

The rest of the loans receivable reported by GDB consists of the following (expressed in thousands):

| | |
|---|---|
| Primary government — governmental activities | $1,680,956 |
| Other governmental entities and municipalities | 1,926,430 |
| Private sector | 605,077 |
| Total loans receivable reported by GDB | $4,212,463 |

The loans to the primary government are presented by the Commonwealth within notes payable in the statement of net assets (deficit).

Expenses of the primary government include approximately $2.7 billion in capital and operational contributions made by the primary government to the component units as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Health Insurance Administration | $1,217,049 |
| University of Puerto Rico | 768,158 |
| Nonmajor components units | 587,217 |
| Puerto Rico Aqueduct and Sewer Authority | 129,992 |
| Government Development Bank for Puerto Rico | 555 |
| Total contributions made by primary government to component units | $2,702,971 |

## 12.  RESTRICTED ASSETS

Restricted assets of the primary government included in the basic financial statements at June 30, 2011 consist of cash, receivables, investments, and other assets to be used for the following purposes (expressed in thousands):

| | |
|---|---:|
| Governmental activities: | |
| Debt service and sinking fund | $  1,795,863 |
| Public Housing Administration — funds received from the U.S Housing and Urban Development | 1,834 |
| Affordable housing program | 1,253 |
| Construction of governmental facilities | 348,205 |
| Payment of operational expenses and certain financing granted to the Commonwealth, among other purposes | 504,595 |
| Preservation and acquisition of natural resources | 10,611 |
| Public safety programs | 9,382 |
| Education programs | 6,026 |
| Economic development programs | 17,493 |
| Public housing and welfare programs | 18,689 |
| Health programs | 16,376 |
| General government programs | 15,903 |
| Other | 15,629 |
| Assets in liquidation | 31,243 |
| Total restricted assets of governmental activities | $  2,793,102 |
| | |
| Business-type activities: | |
| Payment of insurance benefits | $     444,382 |
| Lending activities | 511,145 |
| Total restricted assets for business-type activities | $     955,527 |

Liabilities of the primary government payable from restricted assets consist of the following (expressed in thousands):

| | |
|---|---:|
| Governmental activities: | |
| Debt service | $  554,084 |
| Other | 2,364 |
| Accounts payable to contractors | 169,372 |
| | |
| Liabilities payable from restricted assets — governmental activities | $  725,820 |
| | |
| Business-type activities: | |
| Insurance benefits payable | $  113,457 |
| Accounts payable and accrued liabilites | 1,829 |
| | |
| Liabilities payable from restricted assets — business-type activities | $  115,286 |

Restricted net assets of the primary government consist of the following (expressed in thousands):

| | |
|---|---:|
| Governmental activities restricted net assets: | |
| Restricted for capital projects | $      178,833 |
| Net assets in liquidation | 31,243 |
| Payment of operational expenses and certain financing granted to the Commonwealth, among other purposes | 612,340 |
| Restricted for debt service | 1,241,779 |
| Affordable housing and related loan insurance programs | 3,087 |
| | |
| Total restricted net assets — governmental activities | $   2,067,282 |
| | |
| Business-type activities restricted net assets: | |
| Lending activities | $ 509,316 |
| Payment of insurance benefits | 330,925 |
| | |
| Total restricted net assets — business-type activities | $ 840,241 |

Restricted assets of the component units included in the basic financial statements at June 30, 2011 are to be used for the following purposes (expressed in thousands):

| | |
|---|---:|
| Debt services and sinking fund requirements | $ 4,025,022 |
| Construction and betterments funds | 1,620,315 |
| Collateral for underlying securities | 1,000,118 |
| Other uses | 534,409 |
| Educational funds | 99,352 |
| Malpractice insurance fund | 8,403 |
| Financial assistance | 6,140 |
| Industrial incentives | 1,191 |
| | |
| Total for components units | $ 7,294,950 |

Act No. 92 of June 24, 1998, ("Act No. 92") provided, among other things, for the creation of the Permanent Fund of PRIFA. The Permanent Fund consisted of a Corpus Account funded with a portion of the proceeds from the sale of assets of PRTA and additional accounts created or to be created by PRIFA. Act No. 92 provided that the principal of the Corpus Account may not be reduced for any reason and that income received from investments in the Corpus Account and other amounts received may be deposited in any of the additional accounts.

On March 2, 1999, PRIFA received $1.2 billion in connection with the sale of certain assets of PRTA, which were deposited in the Corpus Account. Amounts deposited in the additional accounts are to be used first to pay the principal, premium, and interest of any bonds outstanding or to be issued by PRIFA and then for the expansion, development, and modernization of infrastructure related to the aqueduct and sewer systems of Puerto Rico.

The amounts deposited in the Permanent Fund shall be invested up to $1 billion in (1) direct obligations of the U.S. government; (2) obligations, the payment of principal and interest of which are unconditionally guaranteed by the U.S. government; (3) certificates of deposit of any bank, national bank association, or trust company organized and existing under the laws of the Commonwealth, the United States of America, or any of its states, on which the excess over the federal deposit insurance is secured by investments of the types described in (1) and (2) above; or (4) tax-exempt obligations of any state, instrumentality, agency, or political subdivision of Puerto Rico or the United States, the payment of principal and interest of which is secured by investments of the types described in (1) and (2) above.

Amounts in excess of $1 billion shall be invested in any of the instruments mentioned above or in any other instruments, including publicly traded common and preferred stock, not prohibited by investment guidelines adopted by GDB.

By virtue of Act No. 3 of January 14, 2009 (Act No. 3), Act. No. 44 of June 21, 1988, was amended to permit the PRIFA to sell all or a portion of the outstanding Corpus Account investments held in the 2000 Trust Agreement and use the net proceeds of said redemption to provide for the early extinguishment of the Series 2000 A and B Bonds, maintain a permanent investment of $300 million within the Corpus Account, pay any amounts due to the IRS, payment of transaction costs, and contribute any remaining amounts to the Commonwealth and GDB, among other purposes.

On January 29, 2009, PRIFA entered into an escrow restructuring for the Series 2000 A and B Bonds in accordance with the provisions of Act No. 3 and sold the investments held in the Corpus Account. During the years ended June 30, 2011, 2010, and 2009, PRIFA used the remaining proceeds of the redemption to make additional contributions to the Commonwealth and GDB amounting to approximately $1.7 million, $3.3 million, and $464 million, respectively.

On June 16, 2011, the Legislature of the Commonwealth enacted Act No. 96, which required the early termination of the time deposit agreement between PRIFA and GDB. Act No. 96 also required PRIFA to contribute $162.5 million to the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (the "Retirement System"). On June 23, 2011, PRIFA early terminated the time deposit agreement with GDB and made the capital contribution of $162.5 million to the Retirement System. The remaining funds from the cancellation of the time deposit agreement with GDB, which amounted to approximately $165 million were invested by PRIFA in Sales Tax Revenue Bonds Junior Subordinate, Series 2011 A (the "Sales Tax Revenue Bonds") as set forth by Act No. 96. The Sales Tax Revenue Bonds are obligations issued by COFINA. These bonds shall not be subject to redemption prior to their maturity, which range from August 1, 2046 to August 1, 2050.

## 13. CAPITAL ASSETS

Capital assets activity for the year ended June 30, 2011 is as follows (expressed in thousands):

**Primary Government**

| | Beginning Balance | Increases | Decreases | Ending Balance |
|---|---|---|---|---|
| Governmental activities: | | | | |
| Capital assets, not being depreciated: | | | | |
| Land | $ 873,580 | $ 8,988 | $ 15,353 | $ 867,215 |
| Construction in progress | 1,095,355 | 327,532 | 305,808 | 1,117,079 |
| Total capital assets, not being depreciated | 1,968,935 | 336,520 | 321,161 | 1,984,294 |
| Buildings and building improvements | 7,579,502 | 706,016 | 118,386 | 8,167,132 |
| Equipment, furniture, fixtures, vehicles, and software | 530,043 | 25,121 | 9,771 | 545,393 |
| Infrastructure | 605,846 | - | - | 605,846 |
| Total capital assets, being depreciated and amortized | 8,715,391 | 731,137 | 128,157 | 9,318,371 |
| Less accumulated depreciation and amortization for: | | | | |
| Buildings and building improvements | 2,847,478 | 214,608 | 13,283 | 3,048,803 |
| Equipment, furniture, fixtures, vehicles, and software | 324,695 | 37,095 | 5,959 | 355,831 |
| Infrastructure | 118,352 | 12,989 | - | 131,341 |
| Total accumulated depreciation and amortization | 3,290,525 | 264,692 | 19,242 | 3,535,975 |
| Total capital assets, being depreciated and amortized, net | 5,424,866 | 466,445 | 108,915 | 5,782,396 |
| Governmental activities capital assets, net | $7,393,801 | $802,965 | $430,076 | $7,766,690 |
| Business-type activities: | | | | |
| Total capital assets, being depreciated — equipment | $ 5,744 | $ 1,126 | $ - | $ 6,870 |
| Less accumulated depreciation of equipment | 4,158 | 1,052 | - | 5,210 |
| Total business-type activities capital assets, being depreciated, net | $ 1,586 | $ 74 | $ - | $ 1,660 |

Depreciation and amortization expense was charged to functions/programs of the primary government for the year ended June 30, 2011 as follows (expressed in thousands):

| | |
|---|---|
| Governmental activities: | |
| General government | $  86,886 |
| Public safety | 24,289 |
| Health | 6,970 |
| Public housing and welfare | 97,053 |
| Education | 30,742 |
| Economic development | 18,752 |
| | |
| Total depreciation and amortization expense — governmental activities | $ 264,692 |

The Commonwealth follows the provision of GASB Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries*, an amendment to GASB Statement No. 34. This statement establishes guidance for accounting and reporting for the impairment of capital assets and for insurance recoveries. Every year the Commonwealth performs an impairment analysis of its capital assets, in order to comply with the requirements of GASB Statement No. 42. The financial reporting impact resulting from this analysis had no effect on the statement of activities for the year ended June 30, 2011.

General infrastructure assets include $472 million representing actual and estimated costs of assets transferred to the Department of Natural and Environmental Resources (DNER) of the Commonwealth in 1997 upon completion of the Cerrillos Dam and Reservoir and the Portugues-River and Bucana-River Projects ("the Cerrillos Dam and Reservoir Project") by the United States (U.S.) Army Corps of Engineers. These infrastructure assets are reported within governmental activities and include dams, intake facilities, and similar items built for flood control, water supply, and recreational purposes. The depreciation is computed using the straight-line method over an estimated useful life of 50 years from the transfer date of the property. Late in April 2011, the Commonwealth received a final debt agreement from the U.S. Army Corps of Engineers establishing a repayment schedule for its allocated share of the construction costs associated with the Cerrillos Dam and Reservoir Project, excluding those costs for items built for recreational purposes, amounting to $214 million. Unpaid allocated share of these construction costs associated with the Cerrillos Dam and Reservoir Project amounted to $212 million, plus accrued interest of $147 million, at June 30, 2011 (see Note 15). The Commonwealth also recorded a payable due to the U.S. Army Corps of Engineers, amounting to $13.3 million, for its estimated allocated share of the construction costs associated with the recreational part of the Cerrillos Dam and Reservoir Project, including accrued interest of $3 million. The final debt agreement between DNER and the U.S. Army Corps of Engineers for the recreational part of the Cerrillos Dam and Reservoir Project has not been finalized, and therefore, terms and conditions could differ from those estimated (see Note 15). The depreciation is computed using the straight-line method over an estimated useful life of 50 years from the transfer date of the property.

On August 17, 2001, the Legislature of the Commonwealth approved Act No. 120, which requires the conditional transfer of the ownership of certain real properties under the name of the Department of Recreation and Sports (DRS) of the Commonwealth to the municipalities of the Commonwealth. The land and the facilities were transferred at no cost to the municipalities. During the fiscal year ended June 30, 2011, land, building, and building improvements amounting to $15 million were transferred to several municipalities.

**Discretely Presented Component Units**

| | Beginning Balance (as Restated) | Increases | Decreases | Ending Balance |
|---|---|---|---|---|
| Capital assets, not being depreciated/amortized: | | | | |
| Land | $ 3,081,283 | $ 180,969 | $ 43,009 | $ 3,219,243 |
| Art works | 9,400 | 581 | - | 9,981 |
| Construction in progress | 4,622,208 | 1,364,761 | 1,887,118 | 4,099,851 |
| Total capital assets, not being depreciated/amortized | 7,712,891 | 1,546,311 | 1,930,127 | 7,329,075 |
| Capital assets, being depreciated/amortized: | | | | |
| Buildings and building improvements | 4,862,776 | 321,312 | 58,718 | 5,125,370 |
| Equipment, furniture, fixtures, vehicles, and software | 9,940,057 | 543,826 | 31,026 | 10,452,857 |
| Infrastructure | 26,681,735 | 722,726 | 47,720 | 27,356,741 |
| Intangibles, other than software | 2,293 | - | - | 2,293 |
| Total capital assets, being depreciated/amortized | 41,486,861 | 1,587,864 | 137,464 | 42,937,261 |
| Less accumulated depreciation/amortization for: | | | | |
| Buildings and building improvements | 2,112,778 | 202,196 | 21,110 | 2,293,864 |
| Equipment, furniture, fixtures, vehicles and software | 2,003,902 | 160,768 | 23,895 | 2,140,775 |
| Infrastructure | 14,740,889 | 812,903 | - | 15,553,792 |
| Intangibles, other than software | 811 | 55 | - | 866 |
| Total accumulated depreciation/amortization | 18,858,380 | 1,175,922 | 45,005 | 19,989,297 |
| Total capital assets, being depreciated/amortized, net | 22,628,481 | 411,942 | 92,459 | 22,947,964 |
| Capital assets, net | $30,341,372 | $1,958,253 | $2,022,586 | $30,277,039 |

On April 6, 2006, PRIFA and PRASA entered into an assistance agreement whereby the infrastructure projects undertaken by PRIFA for PRASA's benefit (the "PRASA Projects") will be transferred to PRASA not later than 90 days after the execution of the agreement. PRIFA and PRASA must comply with certain conditions precedent to transfer, which requires among other: (1) written assignment to PRASA of such contracts in connection with such projects, which contract PRASA determines are necessary; (2) completion of the technical and financial report; (3) completion of a legal report, including an assessment of actual or potential claims for such project; and (4) completion of the land acquisition process and transfer of land to PRASA in connection with such projects. PRIFA continued to fund the completion of the projects still in development up to the maximum available for such purposes.

On June 28, 2010, PRIFA and PRASA entered into an amended assistance agreement (the "Agreement") to acknowledge PRIFA's compliance with the conditions precedent to transfer on all PRASA Projects, excluding land owned by PRIFA, and PRASA's assumption of all operation, maintenance, and safety responsibilities of all PRASA Projects. In connection with the amendment, approximately $915 million of PRIFA's capital assets were transferred to PRASA. The transfer to PRASA of land owned by PRIFA in connection with such projects of approximately $7,568,000 at June 30, 2011, has not been executed since various conditions precedent to the transfer are in the process of being completed.

During the year ended June 30, 2011, PRIFA also transferred completed construction projects amounting to approximately $321 million to municipalities of Puerto Rico, and other agencies and instrumentalities of the Commonwealth, from which $247.6 million related to sport facilities developed for the celebration of the XXI Central American and Caribbean Games were transferred to the Puerto Rico Recreation and Sports Department. During the year ended June 30, 2011, depreciation expense of approximately $125 thousand was charged to the general government function in the accompanying statement of activities.

In October 2010, PRIFA entered into a memorandum of understanding with Puerto Rico Public-Private Partnerships Authority, Puerto Rico Public Buildings Authority, Puerto Rico Department of Education, Puerto Rico Department of Transportation and Public Works ("DTOP", for its Spanish acronym), and the GDB for the administration of the Schools for the 21st Century Program (the "21st Century Program"). The 21st Century Program comprises the modernization of approximately ninety-one (91) public schools and the construction of ten (10) new public schools in Puerto Rico. At June 30, 2011, total investment under the Program amounted to $71.8 million.

## 14. TAX REVENUE ANTICIPATION NOTES PAYABLE

Act No. 1 of the Legislature of the Commonwealth, approved on June 26, 1987 ("Act No. 1"), authorizes the Secretary of the Treasury Department to issue, from time to time, notes in anticipation of taxes and revenues ("Tax Revenue Anticipation Notes" or "TRANS") so that the Secretary, in the cash flow management program designed to maximize the use of moneys in the general fund, will have an alternate means of providing a liquidity mechanism to cover any temporary cash shortages projected for a fiscal year. Act No. 139, approved on November 9, 2005, amended Section 2(g) of Act No. 1 to provide that the total principal amount of notes issued under the provisions of Act No. 1 and outstanding at any time for any fiscal year may not exceed the lesser of eighteen percent (18%) of the net revenues of the general fund for the fiscal year preceding the fiscal year in which the notes are issued or one billion five hundred million dollars ($1,500,000,000).

TRANS issued during fiscal year 2011 amounted to $1,850 million at interest rates ranging from 2.85% to 6%. TRANS proceeds were used to cover temporary cash deficiencies resulting from the timing differences between tax collections and the payments of current expenditures. TRANS were refinanced at various points during the year in order to take advantage of interest rates. The maximum amount of TRANS outstanding at any time during the year was approximately $900 million. As of June 30, 2011, the balance of TRANS outstanding was paid in full.

## 15. SHORT AND LONG-TERM OBLIGATIONS

### (a) Primary Government

*Summary of Short and Long-term Obligations* — Short and long-term obligations at June 30, 2011 and changes for the year then ended are as follows (expressed in thousands):

| | Balance At June 30, 2010 | Debt Issued | Debt Paid | Original Issue (Discounts) Premiums | Other Net Increases (Decreases) | Balance At June 30, 2011 | Due Within One Year |
|---|---|---|---|---|---|---|---|
| **Short Term Obligations** | | | | | | | |
| Notes payable to GDB | $ 134,687 | $ - | $ (102,508) | $ - | $ - | $ 32,179 | $ 32,179 |
| **Long Term Obligations** | | | | | | | |
| Governmental activities: | | | | | | | |
| General obligation and revenue bonds | $28,597,716 | $2,138,125 | $(1,765,907) | $(20,253) | $ 176,455 | $29,126,136 | $ 374,027 |
| Commonwealth appropriation bonds | 740,077 | - | - | - | 3,107 | 743,184 | - |
| Notes payable to component units: | | | | | | | |
| GDB | 1,426,407 | 811,948 | (589,578) | - | - | 1,648,777 | 121,779 |
| Other | 62,888 | - | (13,970) | - | 20,000 | 68,918 | 37,899 |
| Capital leases | 234,984 | 198 | (5,608) | - | - | 229,574 | 5,606 |
| Total bonds, notes payable and capital leases payable | 31,062,072 | 2,950,271 | (2,375,063) | (20,253) | 199,562 | 31,816,589 | 539,311 |
| Compensated absences | 1,506,193 | - | (740,546) | - | 664,918 | 1,430,565 | 709,810 |
| Net pension obligation | 7,963,950 | - | - | - | 1,361,402 | 9,325,352 | - |
| Net postemployment benefit obligation | 132,587 | - | - | - | 42,331 | 174,918 | - |
| Voluntary termination benefits payable | - | - | - | - | 332,170 | 332,170 | 34,386 |
| Other long-term liabilities | 2,192,554 | - | - | - | 132,909 | 2,325,463 | 258,589 |
| Total governmental activities | 42,857,356 | 2,950,271 | (3,115,609) | (20,253) | 2,733,292 | 45,405,057 | 1,542,096 |
| Business-type activities: | | | | | | | |
| Compensated absences | 4,229 | - | - | - | 583 | 4,812 | 2,512 |
| Obligation for unpaid lottery prizes | 223,901 | - | - | - | (5,415) | 218,486 | 57,324 |
| Termination benefits | - | - | (269) | - | 2,910 | 2,641 | 470 |
| Claims liability for insurance benefits | 103,269 | - | - | - | (16,931) | 86,338 | 86,338 |
| Total business-type activities | 331,399 | - | (269) | - | (18,853) | 312,277 | 146,644 |
| Total primary government | $43,188,755 | $2,950,271 | $(3,115,878) | $(20,253) | $2,714,439 | $45,717,334 | $1,688,740 |

The balances of general obligation and revenue bonds paid included within other financing uses and principal as reported in the statement of revenues, expenditures, and changes in fund balances (deficit) – governmental funds do not agree with amounts reported as debt paid in the above table primarily because the above table includes debt paid on general obligation and revenue bonds, which was accrued during the fiscal year 2010 as a fund liability. The prior year fund liability mentioned above amounted to approximately $408 million and was reported as a balance sheet transaction in the fund financial statements in 2010. Also, during fiscal year 2011 the amount of approximately $338 million was accrued as a fund liability. The net effect of $70 million is the difference between the debt paid on bonds and notes in the previous table and the payments in the statement of revenues, expenditures, and changes in fund balances (deficit) – governmental funds.

The other net increases in bonds and notes payable consist of deferred losses on refunding, net of amortization, and amortization of premiums and discounts on bonds and new notes payables. These adjustments did not require any source or use of cash.

Compensated absences, net pension obligation, net postemployment benefit obligation, termination benefits, other long-term liabilities, obligation for unpaid lottery prizes, and claims liability for insurance benefits reflect other net increases (decreases) resulting from adjustments and changes to agree these obligations to their new estimated balances at June 30, 2011.

**(b) Debt Limitation**

The Constitution of the Commonwealth authorizes the contracting of debts as determined by the Legislature. Nevertheless, Section 2, Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit, and taxing power of the Commonwealth shall not be issued if the amounts of the principal of and interest on such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2, Article VI of the Constitution does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, sales and use tax, property taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Commonwealth, and motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees, which are allocated to PRHTA, a discrete component unit, are not included as revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of sales and use tax allocated to COFINA is not included as internal revenues consistent with the legislation creating COFINA, which transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the constitutional provisions relating to the payment of debt service. At June 30, 2011, the Commonwealth is in compliance with the debt limitation requirement.

**(c) Bonds Payable**

The Constitution of the Commonwealth provides that public debt will constitute a first claim on the available revenue of the Commonwealth. Public debt includes general obligations and revenue bonds of the Commonwealth and any payment required to be made by the Commonwealth under its guarantees of bonds issued by blended or discretely presented component units. The full faith, credit, and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal and interest of the general obligation bonds.

Act No. 83 of August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation. The levy is made by CRIM, a municipal corporation, not a component unit of the Commonwealth. CRIM is required to remit the 1.03% of property tax collected to the Commonwealth to be used by the Commonwealth's debt service fund for payment of debt service on general obligations and revenue bonds of the Commonwealth. During the year ended June 30, 2011, the total revenue and receivable reported by the Commonwealth amounted to approximately $122 million and $27 million, respectively, which are included in the debt service fund.

For financial reporting purposes, the outstanding amount of bonds represents the total principal to be repaid, net of unamortized premiums, discount, and deferred refunding losses; for capital appreciation bonds, it represents total principal and unaccreted interest to be repaid.

**COFINA**

*Bonds Payable* — On June 23, 2011 COFINA issued Sales Tax Revenue Bonds, Junior Subordinate Series 2011A amounting to approximately $327.5 million. The Junior Subordinate Series 2011A bonds represent capital appreciation bonds which mature between August 1, 2043 and August 1, 2050 on which interest is capitalized at an annual rate of 7% each February and August 1 until maturity. The proceeds from the issuance of the Series 2011A bonds were deposited in an interest-bearing deposit account with GDB and will be used to pay operational expenses of the Commonwealth for fiscal year 2011 and 2012.

Bonds payable outstanding at June 30, 2011 are as follows (expressed in thousands):

| | General Obligation Bonds | Revenue Bonds | Total |
|---|---|---|---|
| Term bonds payable through 2044; interest payable semiannually at rates varying from 1.29% to 6.50%. | $4,426,291 | $ 7,022,799 | $11,449,090 |
| Serial bonds payable through 2041; interest payable semiannually at rates varying from 1.7% to 6.75%. | 4,966,140 | 996,410 | 5,962,550 |
| Fixed rate bonds payable through 2058; interest payable at rates varying from 3.38% to 6.50%. | - | 5,002,780 | 5,002,780 |
| Capital appreciation bonds payable through 2056; no interest rate, yield ranging from 3.75% to 7.48%. Net of accreted discount of $116 million. (1) | 158,338 | 4,324,026 | 4,482,364 |
| The Children's Trust Fund tobacco settlement asset-backed bonds payable through 2057; interest payable annually at rates varying from 4% to 4.25%. | - | 1,415,204 | 1,415,204 |
| Capital Fund Program Bonds, maturing in various dates payable through 2024; interest payable at rates varying from 2.00% to 5.00%. | - | 523,060 | 523,060 |
| Yield curve bonds payable from 2009 through 2031; no interest rate, yield of 2.49%. | 156,500 | - | 156,500 |
| LIBOR-Based Adjustable Rate Bonds due on August 1, 2057; interest payable at a rate of 1.16%. | - | 136,000 | 136,000 |
| Insured bonds payable from 2015 through 2021; interest payable a rate varying from 5.00% to 5.25%. | 50,085 | - | 50,085 |
| Total | 9,757,354 | 19,420,279 | 29,177,633 |
| Unamortized premium (discount), net | 184,340 | (22,602) | 161,738 |
| Deferred refunding loss, net | (108,377) | (104,858) | (213,235) |
| Total bonds payable | $9,833,317 | $19,292,819 | $29,126,136 |

(1) Revenue bonds include $793 million capital appreciation bonds convertible to fixed rate interest bonds due on August 1, 2025 to August 1, 2032.

As of June 30, 2011, debt service requirements for general obligation and revenue bonds
outstanding, including accreted interest of capital appreciation bonds are as follows (expressed in
thousands):

| Year Ending June 30 | Principal | Interest | Interest Subsidy (1) | Total |
|---|---|---|---|---|
| 2012 | $      374,027 | $  1,265,867 | $     (4,200) | $  1,635,694 |
| 2013 | 484,360 | 1,248,134 | (4,200) | 1,728,294 |
| 2014 | 507,740 | 1,222,638 | (4,200) | 1,726,178 |
| 2015 | 522,175 | 1,219,202 | (4,200) | 1,737,177 |
| 2016 | 554,210 | 1,196,941 | (4,200) | 1,746,951 |
| 2017–2021 | 3,176,415 | 5,817,506 | (21,000) | 8,972,921 |
| 2022–2026 | 3,565,921 | 5,207,165 | (21,000) | 8,752,086 |
| 2027–2031 | 5,024,567 | 4,176,318 | (21,000) | 9,179,885 |
| 2032–2036 | 6,149,927 | 3,073,868 | (21,000) | 9,202,795 |
| 2037–2041 | 6,697,025 | 1,741,281 | (21,000) | 8,417,306 |
| 2042–2046 | 7,172,215 | 475,248 | (5,247) | 7,642,216 |
| 2047–2051 | 6,462,596 | 287,477 | - | 6,750,073 |
| 2052–2056 | 5,090,170 | 287,477 | - | 5,377,647 |
| 2057–2058 | 10,923,621 | 80,042 | - | 11,003,663 |
| Total | 56,704,969 | $27,299,164 | $(131,247) | $83,872,886 |
| Less unaccreted interest | (27,527,336) | | | |
| Plus unamortized premium, net | 161,738 | | | |
| Less deferred refunding loss, net | (213,235) | | | |
| Total | $ 29,126,136 | | | |

(1) Sales Tax Revenue Bonds, First Subordinate Series 2010D and 2010E were issued as Build
America Bonds. COFINA will receive a subsidy payment from the federal government equal to
35% and 45% , respectively, of the amount of each interest payment.

The table that follows represents governmental activities debt service payments on certain general obligation and revenue variable-rate bonds and the net payments on associated hedging derivative instruments (see Note 23) as of June 30, 2011. Although interest rates on variable rate debt and the current reference rates of hedging derivative instruments change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rates of hedging derivative instruments on June 30, 2011 will remain the same for their term.

| Year Ending June 30 | Variable-Rate Bonds | | Hedging Derivative Instruments, Net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2012 | $    2,550 | $  14,418 | $  31,935 | $    48,903 |
| 2013 | 2,625 | 14,634 | 31,861 | 49,120 |
| 2014 | 2,725 | 14,567 | 31,779 | 49,071 |
| 2015 | 2,825 | 14,498 | 31,696 | 49,019 |
| 2016 | 2,925 | 14,427 | 31,608 | 48,960 |
| 2017–2021 | 349,130 | 64,971 | 137,329 | 551,430 |
| 2022–2026 | 246,145 | 38,970 | 76,112 | 361,227 |
| 2027–2031 | 153,250 | 20,319 | 45,593 | 219,162 |
| 2032–2036 | 67,650 | 13,464 | 32,779 | 113,893 |
| 2037–2041 | - | 7,568 | 25,888 | 33,456 |
| 2042–2046 | - | 7,568 | 25,888 | 33,456 |
| 2047–2051 | - | 7,568 | 25,888 | 33,456 |
| 2052–2056 | - | 7,568 | 25,888 | 33,456 |
| 2057–2058 | 136,000 | 1,892 | 8,145 | 146,037 |
| Total | $965,825 | $242,432 | $562,389 | $1,770,646 |

COFINA's outstanding bonds are payable from amounts deposited in the Dedicated Sales Tax Fund in each fiscal year. The minimum amount to be deposited is the Pledged Sales Tax Base Amount, which for the fiscal year ended June 30, 2011, was $572,274,560. The Pledged Sales Tax Base Amount increases each fiscal year thereafter at a statutory rate of 4% up to $1,850,000,000. At June 30, 2011, the Pledged Sales Tax Base Amount, by year, is as follows (expressed in thousands):

| Year Ending June 30 | Amount |
|---|---|
| 2012 | $    595,166 |
| 2013 | 618,972 |
| 2014 | 643,731 |
| 2015 | 669,480 |
| 2016 | 696,260 |
| 2017–2021 | 3,922,013 |
| 2022–2026 | 4,771,728 |
| 2027–2031 | 5,805,537 |
| 2032–2036 | 7,063,323 |
| 2037–2041 | 8,587,499 |
| 2042–2046 | 9,250,000 |
| 2047–2051 | 9,250,000 |
| 2052–2056 | 9,250,000 |
| 2057–2058 | 3,700,000 |
| Total | $64,823,709 |

On October 5, 2010, the Commonwealth issued $103 million in Public Improvement Refunding Notes Series 2010 D (the "Notes"). The proceeds from the issuance of the Notes were used to redeem $50 million of its Public Improvement Refunding Bonds, Series 2007 A-6 and $50 million of its Public Improvement Refunding Bonds, Series 2007 A-7 (the "Bonds") and to cancel a line of credit with GDB, used to repay a drawing on the letter of credit securing the Bonds on April 30, 2010.

On February 17, 2011, the Commonwealth issued $356 million in Public Improvement Refunding Bonds, Series 2011 A. The proceeds from the issuance of the bonds were used to (1) refund a portion of the principal (but not the interest) payable on July 1, 2011 on certain general obligation bonds and notes of the Commonwealth; (2) refund, in whole or in part, certain general obligation bonds and notes of the Commonwealth; (3) repay certain GDB lines of credit used to deposit moneys in the Redemption Fund to cover a portion of the principal (but not the interest) on certain general obligation bonds and notes of the Commonwealth; (4) fund termination payments under certain interest rate swap agreements hedging the cash flows of the refunded bonds, and (5) pay certain transaction costs.

On March 2, 2011, the Commonwealth issued $275 million in Public Improvement Refunding Bonds, Series 2011 B. The Series 2011 B Bonds were directly purchased by an institutional investor and the proceeds were used to refund on a current basis, the Commonwealth's Public Improvement Refunding Bonds, Series 2007 A-8, Series 2007 A-9, and series 2008 B.

On March 17, 2011, the Commonwealth issued $442 million in Public Improvement Refunding Bonds, Series 2011 C. The proceeds from the issuance of the bonds were used to (i) repay advances made to the Commonwealth under a GDB line of credit used to make deposits to the Commonwealth's Redemption Fund for the repayment of interest (but not principal) due during fiscal year 2011 on certain general obligation bonds and notes, (ii) to pay capitalized interest on the Bonds and (iii) pay certain transactional costs.

On June 23, 2011, the Commonwealth remarketed $188 million variable rate Sub-Series 2003 C-5-2 Bonds in connection with the expiration of the existing liquidity facility for the Series C-5 Bonds, and the substitution therefore of the letter of credit. Pursuant to the terms of the resolution, in order to maintain the Series C-5-2 Bonds in the weekly rate mode, the Secretary of Treasury has elected to replace the existing liquidity facility with respect to the Series C-5 Bonds with an irrevocable, transferable, direct-pay letter of credit of Barclays Bank PLC, to be issued concurrently with the remarketing of the Series C-5-2 Bonds. The letter of credit will expire on June 21, 2013, subject to earlier termination under certain circumstances or extension. The Series C-5-2 Bonds are subject to redemption and tender for purchase prior to maturity.

On August 1, 2008, Puerto Rico Housing Finance Authority (the "Authority"), a blended component unit of GDB, issued Capital Fund Modernization Program Subordinate Bonds amounting to $384 million and Housing Revenue Bonds amounting to $100 million. The proceeds from the issuance were mainly used to finance a loan (the "Loan") to Vivienda Modernization 1, LLC, (the "LLC"). The LLC will utilize moneys from the Loan for the purpose of financing a portion of the cost of the acquisition and modernization of various housing projects in the Commonwealth and paying certain transactional costs.

The LLC is a limited liability company created under the laws of the Commonwealth whose sole member is Vivienda Modernization Holdings 1, S.E. (the "Sole Member" or the "Partnership"), a civil partnership created under the laws of the Commonwealth. The partnership was created on August 1, 2008 by the Department of Housing of the Commonwealth of Puerto Rico ("DOH"), in its

capacity as the general partner (the "General Partner") and Hudson SLP XL LLC, a Delaware limited liability company, as the Special Limited Partner (the "Special Limited Partner") and Hudson Housing Tax Credit Fund XL LP, a Delaware limited partnership, as the Investment Partnership (the "Investment Partnership"); collectively with the Special Limited Partner, (the "Limited Partners"). The Partnership has been organized exclusively to be the sole member of the LLC, which entity has been organized exclusively to acquire a 99 year term Surface Right with respect to the Land and to develop, finance, rehabilitate, maintain, operate, lease and sell or otherwise dispose of each Apartment Complex, in order to obtain for the Partnership and its Partners statutory compliance, long-term appreciation, cash income, and tax benefits consisting, of tax credits and tax losses over the term hereof. In exchange for acquiring, constructing, or renovating and maintaining housing that is affordable to households with low or limited incomes, owners of such housing may be entitled to a direct credit on their federal taxes in accordance with Section 42 of the Internal Revenue Code of 1986, as amended.

Profits, losses and tax credits are allocated in accordance with the Partnership Agreement. Profits and losses from operations and low-income housing tax credits in any year shall be allocated 99.98% to the Investment Partnership, 0.01% to the Special Limited Partner and 0.01% to the General Partner. As defined in the Partnership Agreement, certain transactions and occurrences warrant special allocations of profits and losses. All other losses shall be allocated to the extent allowable under Section 704(b) of the IRC.

Pursuant to the Partnership Agreement, the Limited Partners are required to provide capital contributions totaling approximately $235 million to the Partnership ("Initial Projected Equity"), subject to potential adjustment based on the amount of low-income housing credits ultimately allocated to the Projects in addition to other potential occurrences as more fully explained in the Partnership Agreement. As of June 30, 2011, the Limited Partners have provided capital contributions totaling $21 million.

Pursuant to the Partnership Agreement, the General Partner is required to provide capital contributions totaling $10 to the Partnership. Should the Partnership have not sufficient funds available to pay the outstanding balance of the developer fee thereof, as defined, the General Partner shall be required to provide additional capital contributions to the Partnership in an amount sufficient for the Partnership to pay such balance in full. The General Partner shall have no right or obligation to make any other capital contributions. As of June 30, 2011, the General Partner had provided no capital contributions. In addition, DOH as general partner shall establish the Assurance Reserve Fund at initial closing in the amount of the initial capital contribution less $4 million (plus any initial capital contribution with respect to the apartment complexes). Amounts in the Assurance Reserve Fund shall be used, (i) upon the request of the General Partner, subject to the consent of the Special Limited Partner, or (ii) upon the direction to the Special Limited Partner, to meet financial obligations of the General Partner, other than for excess development costs, as provided in the Partnership Agreement. As of June 30, 2011, such reserve was maintained in the Partnership. The amount owed to DOH for the assurance reserve fund as of June 30, 2011, amounted to $17 million.

On August 7, 2008, Puerto Rico Public Housing Administration ("PHA") and the LLC entered into a Regulatory and Operating Agreement (the "Agreement"). PHA and the LLC have determined that it would be desirable for the public housing rental development to undergo comprehensive modernization (e.g. new floors, electrical wiring, plumbing, windows, door, roofs and accessibility features) or development, which modernization or development will be undertaken and operated by the LLC.

On August 7, 2008, DOH and PHA entered into an interagency agreement through which PHA transferred title to the public housing rental developments to DOH for the subsequent sale to the LLC. In addition, DOH will make a grant to the Authority from funds in the Program Modernization Fund in excess of the first receipts equal to $20 million to allow the Authority to make a permanent loan to the LLC. The Authority will provide to the LLC a (i) $100 million interim construction loan to be used in connection with the financing of the rehabilitation and/or construction work on the development from the proceeds of tax-exempt bonds issued by the Authority, (ii) $386.8 million capital fund loan in proceeds from certain tax-exempt bonds issued by the Authority, and (iii) a $100 million permanent loan.

On August 7, 2008, the LLC and DOH entered into a Purchase and Sales Agreement through which the LLC acquired the surface rights of a property (the "Property") and the improvement erected on such property consisting of buildings and construction in progress with a net book value and cost of $45.9 million and $110 million, respectively, from DOH under those certain deeds of Constitution of Surface Rights and Transfer of Improvements dated August 7, 2008, which will require the LLC to rehabilitate or construct on the Property four thousand one hundred thirty-two (4,132) residential rental units (the "Units" or collectively the "Development") all of which will receive the benefit of operating subsidy and benefit of low income housing tax credit under Section 42 of the Internal Revenue Code of 1986, as amended. Eighty-four (84) of the units, all of which will be located at the Brisas de Cayey II site, are to be newly constructed. The remaining units will be modernized.

Also, on August 7, 2008, DOH entered into a loan agreement with the LLC in the amount of $102.9 million for the acquisition of the 33 residential rental properties (the "deferred purchase price note"). The LLC shall make payments equal to the amount of net available capital contributions, as defined, for the preceding calendar quarter.

The terms of the deferred purchase price note are described as set forth below:

| | |
|---|---|
| Commitment | $102,889,957 |
| Interest rate | 3.55 % |
| Maturity date | Later of (i) funding of the last installment of the third capital contribution or (ii) August 7, 2013 |

The note shall be a full recourse liability of the LLC; however, none of the LLC's members has personal liability. As of June 30, 2011, the principal balance outstanding on the deferred purchase price note was $102.8 million and accrued interest was $11 million. At the same time, based on the Purchase and Sale Agreement, PHA received $92.4 million from the LLC, which was used to pay eligible project expenses incurred by PHA on an interim basis to minimize the expenditure of 2003 tax exempt bonds that were ineligible for inclusion in the credit transaction. In addition, PHA received $18.1 million from the LLC for Capital Fund Bonds funds previously expensed by the PHA from June and July 2009.

PHA has entered into an Interagency Agreement dated August 7, 2008 with DOH, in DOH's capacity as general partner of the Partnership, to delegate management and operational duties related to the Development to PHA as set forth in the Interagency Agreement. The LLC and PHA also intend that the units be developed, operated and managed so as to assure receipt by the LLC of the aforementioned economic and tax benefits to the full extent available to the LLC.

Additionally, on August 7, 2008, the LLC entered into a Master Developer Agreement with DOH to perform services in connection with the development, rehabilitation, and modernization of certain housing projects ("Developer Agreement"). Pursuant to the Master Developer Agreement, DOH will

earn a developer's fee in the amount of $75 million for services performed and to be performed. Payment of the developer's fee shall be subject to the terms and conditions of Section 6(a) (i-iv) of the Master Developer Agreement. As of June 30, 2011, the LLC owed DOH the amount of $41 million.

Under the Partnership Agreement, projects which do not meet the final completion schedule or satisfy other completion, occupancy, rent attainment or tax-credit related requirements or other Investor Limited Partner conditions to capital contributions with respect to such projects as set forth in the Partnership Agreement may under certain conditions be required to be purchased by DOH or its designee. In such case, DOH or its designee would assume the portion of the Loan allocated to such project(s), including both moneys remaining to be disbursed and repayment obligations, and would become a new additional borrower under the loan agreement. The LLC would be released with respect to the amount of the Loan assumed. DOH or its designee could also seek to obtain a limited partner (who might or might not be the original Investor Limited Partner) and tax credit equity contributions. Such transfer does not affect the obligation of DOH to grant moneys to the Authority to fund the permanent loan. As a requirement of such purchase, DOH or its designee is required to repay equity already contributed by the Investor Limited Partner, plus interest and a purchase premium.

The Commonwealth's bonds payable are subject to arbitrage regulations issued by the Internal Revenue Service of the United States of America, that require rebate to the federal government of excess investments earnings on tax-exempt debt proceeds if the yield on those earnings exceeds the effective yield on the related tax-exempt debt issued. Excess earnings must be rebated every five years or upon maturity of the debt, whichever is earlier. Arbitrage calculations resulted in no liability as of June 30, 2011.

**(d) Commonwealth Appropriation Bonds**

Over the years, GDB, as fiscal agent and bank for the Commonwealth, had extended lines of credit, advances, and loans to several agencies and component units in order to finance their capital improvement projects and to cover their operational deficits at the time. At different points in time, these loans were refunded through the issuance of Commonwealth appropriation bonds issued by the Puerto Rico Public Finance Corporation (PFC), a blended component unit of GDB. PFC is the financing arm of GDB, which serves only as a conduit for the issuance of the bonds.

During June 2004, PFC advance refunded through the PFC 2004 Series A and B and PFC 2003 Series A through C Refunding Commonwealth Appropriation Bonds, a portion of certain of its outstanding Commonwealth Appropriation Bonds issued in prior years (except for the Health Facilities and Services Administration bonds described below, where no portion was refunded). The Commonwealth recognized a mirror effect of this advance refunding by PFC in its own debt in proportion to the portion of the Commonwealth's notes included in the PFC refunding. As a result, the Commonwealth considered defeased and, therefore, removed from the balance sheet the portion refunded of $775.7 million.

The repayment source for these bonds (both the refunding and unrefunded portions) consisted until June 30, 2006 of Commonwealth appropriations submitted for approval of the Legislature annually during the budget process of the Commonwealth.

During July 2006, the source for the 2007 debt service of these appropriation bonds came from PFC instead (not from legislative appropriations), through an advance of approximately $303 million. PFC got its advance repaid by COFINA, a blended component unit of the Commonwealth created in

- 161 -

2007 with the capacity to issue bonds to repay or refinance the advance from PFC, the appropriation bonds, the Qualified Zone Academic Bonds (QZAB) and other debt obligations to GDB, collectively referred as the extra constitutional debt. The COFINA debt in turn will be serviced with the revenues generated from the collection of the first 1% of the sales and use tax, which came in effect on November 15, 2006 (note 3c). Also during 2009, the Legislative Assembly increased COFINA's dedicated revenues by increasing the percentage of revenues generated from the sales and use tax to 2.75%.

On July 31, 2007, December 20, 2007, and June 26, 2008, COFINA, issued $2,667 million Sales Tax Revenue Bonds Series 2007A and $1,333 million Series 2007B, $499.9 million Series 2007C and $737 million Series 2008A, respectively, to refinance certain series of the Act 164 PFC Bonds outstanding and the corresponding notes issued by PFC by certain series of the Commonwealth's agencies and component units. The Series 2007A, B, C, and 2008A proceeds were deposited in escrow with the Bank of New York/Mellon as master escrow agent to pay interest for appropriation bonds through February 2011.

On October 21, 2008, PFC requested the trustee to restructure certain escrow funds. The funds had been established on July 31, 2007, for the refunding of interest on certain of PFC's taxable bonds (taxable Refunded Interest Only Escrow Requirements). After the escrow fund had been originally established, a portion of the outstanding principal of the bonds, which were the basis for the calculation of the Taxable Refunded Interest Only Escrow Requirements, was extinguished with the proceeds of bonds issued by COFINA. In addition, all the maturities of the PFC Series 2000B Bonds held in escrow were also paid on December 1, 2008. The reduction of principal as described, decreased the Taxable Interest Only Escrow Requirements, and as such, PFC instructed the trustee to restructure the escrows. The restructuring analysis provided approximately $158 million of which approximately $78 million were received by COFINA and approximately $80 million were received by the Commonwealth. In addition, COFINA received approximately $17 million in contributions from PFC. Amounts received were recorded as a special item in the statement of activities during the year ended June 30, 2009.

The outstanding balance of the Commonwealth appropriation bonds comprises the following obligations (expressed in thousands):

| | |
|---|---:|
| Act No. 164 restructuring | $ 497,941 |
| Health Facilities and Services Administration | 39,004 |
| Office for the Improvement of Public Schools of Puerto Rico | 80,050 |
| Puerto Rico Maritime Shipping Authority (PRMSA) | 101,210 |
| Property tax settlement | 24,979 |
| Total Commonwealth appropriation bonds, net | $ 743,184 |

**Act No. 164 Restructuring**

On December 17, 2001, Act No. 164 was approved, which authorized certain government agencies and discretely presented component units to refund approximately $2.4 billion of their outstanding obligations with GDB, for which no repayment source existed, over a period not exceeding 30 years, and to be repaid with annual Commonwealth appropriations not to exceed $225 million. This refunding was done with Commonwealth appropriation bonds through several series issued by PFC during the period between December 2001 and June 2002.

Approximately $498 million of the aforementioned outstanding obligations belonged to the primary government, predominantly the Department of Health of the Commonwealth (health reform financing and other costs for approximately $1.1 billion) and the Department of the Treasury of the Commonwealth (the fiscal year 2001 deficit financing of $268 million and the obligation assumed for defective tax liens in the amount of approximately $132 million). The new combined bonds balance of the Act No. 164 restructuring bears interest at rates ranging from 1.25% to 6.25%. Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $ - | $ 27,725 | $ 27,725 |
| 2013 | - | 22,488 | 22,488 |
| 2014 | 26,196 | 25,411 | 51,607 |
| 2015 | 26,284 | 24,683 | 50,967 |
| 2016 | 29,069 | 22,199 | 51,268 |
| 2017–2021 | 91,631 | 99,208 | 190,839 |
| 2022–2026 | 74,164 | 63,809 | 137,973 |
| 2027–2031 | 271,151 | 36,796 | 307,947 |
| Total | 518,495 | $322,319 | $840,814 |
| Plus unamortized premium | 8,289 | | |
| Less deferred refunding loss | (28,843) | | |
| Total | $497,941 | | |

**Health Facilities and Services Administration**

As of July 1, 1999, approximately $595 million (including unpaid interest) of a promissory note of the Health Facilities and Services Administration (HFSA) due to GDB was transferred to the Department of Health of the Commonwealth and restructured through Commonwealth appropriation bonds. The bonds bear interest at rates ranging between 6.00% and 6.10%. Principal and interest on the bonds are payable solely from legislative appropriations to be made pursuant to Act No. 223 of August 9, 1998. Act No. 223 provides that OMB shall include in the annual budget of the Commonwealth an amount equal to $56.5 million for the fiscal year 1998-99, and for the next succeeding 15 fiscal years the amount necessary to pay the principal of and interest on the bonds, up to a maximum annual amount of $57.7 million.

Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $    - | $  2,040 | $  2,040 |
| 2013 | - | 2,040 | 2,040 |
| 2014 | 10,665 | 1,720 | 12,385 |
| 2015 | 11,315 | 1,061 | 12,376 |
| 2016 | 12,025 | 361 | 12,386 |
| 2017 | 4,999 | 9,316 | 14,315 |
| Total | $39,004 | $16,538 | $55,542 |

**Office for the Improvement of Public Schools of Puerto Rico**

Previous public schools infrastructure improvement loans provided additional funds for major repairs and improvements to the public schools in Puerto Rico. This activity is administered by the Office for the Improvement of the Public Schools of Puerto Rico (OIPS), included as part of the general fund of the primary government. These loans were refunded originally through the issuance of Commonwealth appropriation bonds pursuant to Act No. 85 of June 13, 1998 (Act 85). The new combined bonds bear interest at rates ranging from 4.10% to 5.75%. As of June 30, 2011, approximately $80 million was outstanding. Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $    - | $  5,262 | $  5,262 |
| 2013 | 6,100 | 3,651 | 9,751 |
| 2014 | - | 3,532 | 3,532 |
| 2015 | - | 3,532 | 3,532 |
| 2016 | - | 3,532 | 3,532 |
| 2017–2021 | 8,535 | 17,122 | 25,657 |
| 2022–2026 | 73,990 | 12,729 | 86,719 |
| Total | 88,625 | $49,360 | $137,985 |
| Plus unamortized premium | 1,967 | | |
| Less deferred refunding loss | (10,542) | | |
| Total | $ 80,050 | | |

**Puerto Rico Maritime Shipping Authority**

A promissory note payable owed by PRMSA to GDB was assumed by the Commonwealth in connection with the sale of the maritime operations of PRMSA. Commonwealth appropriation bonds were issued to refund this liability. The new combined bonds balance bears interest at a variable rate ranging from 3.65% to 5.80%. Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $ - | $ 5,810 | $ 5,810 |
| 2013 | - | 5,810 | 5,810 |
| 2014 | 12,945 | 5,314 | 18,259 |
| 2015 | 12,415 | 4,692 | 17,107 |
| 2016 | 13,060 | 4,038 | 17,098 |
| 2017–2021 | 49,085 | 10,924 | 60,009 |
| 2022–2026 | 16,690 | 4,873 | 21,563 |
| 2027–2031 | 10,075 | 1,263 | 11,338 |
| Total | 114,270 | $ 42,724 | $ 156,994 |
| Less unamortized discount | (115) | | |
| Less deferred refunding loss | (12,945) | | |
| Total | $ 101,210 | | |

**Property Tax Settlement**

During fiscal year 1996, the Commonwealth refinanced the liability for the settlement of the property taxes owed to the municipalities of Puerto Rico. Commonwealth appropriation bonds were issued to refund this liability. The new combined bonds balance bears interest at rates ranging from 4.10% to 4.90%. Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2014 | $ 11,469 | $ 6,922 | $ 18,391 |
| 2015 | 10,779 | 7,631 | 18,410 |
| Total | 22,248 | $ 14,553 | $ 36,801 |
| Plus accreted discount | 9,647 | | |
| Less deferred charges arising from debt refunding | (6,916) | | |
| Total | $ 24,979 | | |

**(e)  Advance Refunding, Defeased Bonds, and Refunding of Commonwealth Appropriation Bonds**

In prior years, the Commonwealth defeased certain general obligation and other bonds by placing the proceeds of the bonds in an irrevocable trust to provide for all future debt service payments on the refunded bonds. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the basic financial statements. At June 30, 2011, approximately $1.3 billion of bonds outstanding from prior years advance refunding are considered defeased.

In addition, PBA has defeased certain revenue bonds in prior years by placing the proceeds of new bonds in an irrevocable trust to provide for all future debt service payments on the old debts. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the statement of net assets (deficit). As of June 30, 2011, approximately $742 million of PBA bonds are considered defeased.

**(f)  Notes Payable to Component Units and Others**

The Commonwealth has entered into various short-term line of credit agreements with GDB consisting of the following at June 30, 2011 (expressed in thousands):

| Agency | Purpose | Interest Rate | Line of Credit | Outstanding Balance |
|---|---|---|---|---|
| Department of the Treasury | To fund information technology project | 125 bp over GDB's commercial paper rate | $44,868 | $14,469 |
| Department of the Treasury | Purchase of mobile X-ray machines | 125 bp over 3 month LIBOR | 12,000 | 2,613 |
| Department of Health | To cover diagnose and treatment costs | 125 bp over 3 month LIBOR | 8,000 | 5,018 |
| Department of Housing | To reimburse to the Puerto Rico Housing Finance Authority, a blended component unit of GDB, for certain advances to the Santurce Revitalization Project | 125 bp over 3 months LIBOR | 19,282 | 10,079 |
| | | | $84,150 | $32,179 |

The Commonwealth financed certain other long-term liabilities through GDB and other component units. The outstanding balance at June 30, 2011 on the financing provided by GDB comprises the following, all within governmental activities (expressed in thousands):

- 166 -

*GDB*

| | |
|---|---:|
| Department of the Treasury | $  662,734 |
| Public Buildings Authority | 400,315 |
| Office of Management and Budget | 117,524 |
| Department of Education | 113,524 |
| Department of Transportation and Public Works | 80,756 |
| Department of Agriculture | 65,439 |
| Department of Justice | 52,976 |
| Department of Health | 40,739 |
| Police Department | 33,699 |
| Department of Housing | 24,335 |
| Puerto Rico Court Administration Office | 21,584 |
| Office of the Superintendent of the Capitol | 16,484 |
| Department of Recreation and Sports | 9,755 |
| Correction Administration | 8,913 |
| Notes payable to GDB | $1,648,777 |

*Other Components Units:*

| | |
|---|---:|
| Note payable to UPR | $56,318 |
| Note payable to PREPA | 12,600 |
| Notes payable to other component units | $68,918 |

As of June 30, 2011, the Department of the Treasury of the Commonwealth has entered into various line of credit agreements with GDB amounting to a maximum of $1.9 billion for different purposes as presented in the following table. The purpose, interest rate, maturity date, and amount outstanding under each individual agreement at June 30, 2011 consist of the following (expressed in thousands):

| Purpose | Interest Rate | Maturity | Line of Credit | Outstanding Balance |
|---|---|---|---|---|
| To finance payroll and operational expenditures of the Commonwealth for fiscal year 2006 | 5.50 % | June 30, 2036 | $ 741,000 | $227,122 |
| Resources to meet appropriations in annual budget of the Commonwealth (fiscal year 2004) and federal programs expenditures | 125 bp over 3 month LIBOR | June 30, 2018 | 640,000 | 148,123 |
| Capital improvements projects of agencies and municipalities | 150 bp over GDB's commercial paper rate | June 30, 2019 | 130,000 | 88,877 |
| To pay agencies debt | 125 bp over 3 month LIBOR | September 30, 2012 | 100,000 | 74,062 |
| To finance capital improvements projects for several government agencies | 7 % | June 30, 2018 | 105,000 | 73,122 |
| Resources to cover the operational needs of the catastrophic disasters fund, (fiscal year 2004) of the Puerto Rico Health Insurance Administration and the Department of the Family | 125 bp over 3 month LIBOR | September 30, 2015 | 79,930 | 43,827 |
| Acquisition of Salinas Correctional Facilities | 125 bp over 3 month LIBOR | June 30, 2018 | 15,000 | 7,597 |
| To repay an advance made under a liquidity facility, due to a mandatory tender of the Puerto Rico Public Improvement Refunding Bonds, Series 2007 A-3 | 125 bp over Prime Rate | June 30, 2040 | 100,000 | 4 |
| Total | | | $1,910,930 | $662,734 |

On April 27, 2009, GDB provided to the Public Buildings Authority (PBA) a non-revolving credit facility in the maximum principal amount of $98.5 million bearing interest on the unpaid principal amount of each advance at a fluctuating annual rate equal to 1.50% over and above the Prime Rate or at such other rate determined by GDB. The proceeds of the facility were used exclusively for the payment of certain amounts due by PBA to its suppliers and service providers. All such payments shall be subject to the prior approval of GDB and shall be disbursed directly to the suppliers and service providers. The loan and the accrued interest are due on June 30, 2011 and will be payable from all funds generated by PBA and any other properties owned and pledged to GDB. As of June 30, 2011, $4.1 million were outstanding. PBA also maintains a $75 million line-of-credit agreement with GDB the proceeds of which were used for payment of operational expenses. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon maturity on June 30, 2018. As of June 30, 2011, $69 million were outstanding. The line of credit agreement is collateralized with two of the PBA's properties. Payments of principal and interest will be provided from appropriations from the Commonwealth's general budget pursuant to the provisions of Resolution No. 387 of December 21, 2005. During the fiscal year ended June 30, 2011, payments of principal and interest due for $875,924 and $5,000,000, respectively, were made by COFINA. In addition, on May 2, 2008, PBA executed two Loan Agreements with GDB for the interim financing of its Capital Improvement Program in an amount not to exceed $226 million, bearing interest at 6%. The loans and the accrued interest are due on October 31, 2011 and will be

repaid from the proceeds of the next bond issuance of PBA divided into $209 million on a tax-exempt basis and $16.9 million on a taxable basis. As of June 30, 2011, $133.9 million were outstanding. On July 9, 2010, PBA executed a loan agreement with GDB for the financing of the interest component of certain outstanding revenue and revenue refunding bonds of PBA in an aggregate principal amount not to exceed $36.9 million. The loan shall mature on such date as GDB may determine but in no event later than June 30, 2012 and will be payable from the proceeds of the issuance of revenue bonds to be issued by PBA. The loan bears interest at a rate of interest per annum equal to the Prime Rate plus 150 basis points with a minimum interest rate of 6%. On September 22, 2010 and November 29, 2010, the loan agreement was amended to increase the amount of the loan to $49.2 million and $147.8 million, respectively. As of June 30, 2011, $147.9 million were outstanding. On August 18, 2010, GDB provided to PBA a non-revolving credit facility in the maximum principal amount of $93.6 million bearing interest at a fluctuating annual rate equal to 1.50% over Prime Rate or such other rate determined by GDB, with a minimum interest rate of 6%. The proceeds of the credit facility will be used for construction projects development. The credit facility is due on June 30, 2012 and will be payable from the proceeds of a future bond issuance of PBA. As of June 30, 2011, $14.5 million were outstanding. An additional line-of-credit was entered into between GDB and PBA on October 21, 2010, for the financing of the projects cost, under the Inter-Departmental Agreement, until such time as PBA issues the Qualified School Construction Bonds (the QSCBs) in an aggregate principal amount not to exceed $160 million. The outstanding principal of and the interest on credit facility will mature on August 31, 2011 and will be payable from the proceeds of the issuance of the QSCBs or from any other funds available to PBA. The credit facility bears interest at a fluctuating annual rate of 1.50% over Prime Rate, with a minimum interest rate of 6% or a maximum interest rate of 12%. On April 4, 2011, the loan agreement was amended to increase the loan amount to $721.6 million. As of June 30, 2011, $30.9 million were outstanding.

On June 5, 2006, the Office of Management and Budget entered into a $150 million line of credit agreement with GDB to provide economic assistance for disasters and emergencies. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR and are payable upon the maturity of the line of credit on September 30, 2011. As of June 30, 2011, $117.5 million were outstanding.

On February 6, 2003, the Department of Education of the Commonwealth entered into a $25 million line of credit agreement with GDB for the purchase of equipment and for school improvements. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2011, $4.9 million was outstanding. On August 4, 2002, the Department of Education of the Commonwealth entered into an additional $140 million line of credit agreement with GDB in order to reimburse the Department of the Treasury of the Commonwealth for payments made on their behalf for state funds used to fund federal program expenditures. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2011, $108.6 million still remains outstanding related to the borrowing. The line of credit is expected to be repaid upon collection of the federal grants.

The Department of Transportation and Public Works of the Commonwealth entered into four line-of-credit agreements with GDB amounting to $118 million for improvement and maintenance of roads around the island. Borrowings under these lines of credit bear interest at a 7% rate and are payable upon maturity of the line of credit on June 30, 2018. As of June 30, 2011, $80.8 million was outstanding.

On August 9, 1999, the Department of Agriculture of the Commonwealth entered into a
$125 million non-revolving line-of-credit agreement with GDB to provide economic assistance to
the agricultural sector, which sustained severe damages caused by Hurricane Georges in 1998. As of
February 24, 2004, the line-of-credit increased by $50 million resulting in a total amount of
$175 million. Borrowings under this line-of-credit agreement bear interest at variable rates based on
125 basis points over three-month LIBOR; starting on October 1, 2010 the outstanding balance will
bear interest at a fixed rate of 7% and is payable upon the maturity of the line of credit on June 30,
2018. As of June 30, 2011, $65.4 million were outstanding.

On October 2, 2002, the Department of Justice of the Commonwealth entered into a $90 million line
of credit agreement with GDB for the financing of 12 public improvement projects for the
Municipality of Ponce pursuant to a court order. Borrowings under this line of credit agreement bear
interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2018. As
of June 30, 2011, $19 million related to this line of credit agreement were outstanding. On August 8,
2005, the Department of Justice of the Commonwealth entered into an additional agreement
(amendment) to increase line-of-credit of $90 million to $110 million to cover various projects in
Ponce. Borrowings under this line of credit agreement bear interest at 7% rate and are payable upon
the maturity of the line of credit on June 30, 2018. As of June 30, 2011, this line of credit agreement
amounted to $34.0 million.

In August 2003, the Department of Health of the Commonwealth entered into a $30 million line of
credit agreement with GDB in order to repay certain outstanding debts that the PRMeSA had with
other agencies and suppliers. Borrowings under this line of credit agreement bear interest at a fixed
rate of 7% and are payable upon maturity of the line of credit on June 30, 2018. As of June 30, 2011,
$22.7 million related to this line of credit agreement were outstanding. On November 8, 2004, the
Department of Health entered into an additional $58.5 million line of credit agreement with GDB for
the financing of a project of the Department of Health and PRMeSA. Borrowings under this line of
credit agreement bear interest at variable rates based on 150 basis points over GDB's commercial
paper rate and are payable upon the maturity of the line of credit on October 31, 2014. As of
June 30, 2011, the outstanding balance of this line of credit agreement amounted to $18 million.

On July 29, 2004, the Police Department of the Commonwealth entered into a $48 million line of
credit agreement with GDB for the acquisition of vehicles and high technology equipment.
Borrowings under this line of credit agreement bear interest based on the All Inclusive Total Interest
Cost of the Medium Term Notes, Series B, plus a mark-up of 1.25% and are payable upon the
maturity of the line of credit on September 30, 2014. The outstanding balance of this line of credit
agreement amounted to $33.7 million at June 30, 2011.

On December 3, 2007, the Department of Housing of the Commonwealth entered into a $30 million
line-of-credit agreement with GDB for the purchase of Juan C. Cordero Dávila building. Borrowings
under this line of credit agreement bear interest based on .75 basis points over three month LIBOR
and are payable upon maturity of the line of credit on February 28, 2038. As of June 30, 2011,
$24.3 million related to this line of credit agreement were outstanding.

On May 7, 2001, the Puerto Rico Court Administration Office (the "Office") entered into a
$49.4 million nonrevolving line of credit agreement with GDB for operating purposes. Borrowings
under this line of credit agreement bear interest at a variable rate of three month LIBOR plus 1%,
not to exceed 8%. The Office must deposit $6 million a year, from the total fees collected on the
filing of civil cases, in a special fund created by the Department of the Treasury of the
Commonwealth, which is pledged for repayment until July 31, 2015. As of June 30, 2011,
approximately $21.6 million remains outstanding.

On February 15, 2002, the Office of the Superintendent of the Capitol (Superintendent) entered into a $35 million line of credit agreement with GDB for the Office of the Superintendent of the Capitol parking's construction. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2011, $16.5 million remained outstanding from the line of credit agreement.

On January 18, 2005, the Department of Recreation and Sports of the Commonwealth (DRS) entered into a $17.2 million line of credit agreement with GDB for the development of a series of recreational projects at different municipalities. Borrowings under this line of credit agreement bear interest based on 150 basis points over GDB's commercial paper rate and are payable upon the maturity of the line of credit on June 30, 2018. The proceeds of the line of credit are used for development and improvement of recreational facilities. As of June 30, 2011, $0.5 million were outstanding. Also, on February 9, 2004, DRS entered into a $16 million line of credit agreement with GDB for the development and improvement of recreational facilities. Borrowings under this line of credit agreement bear interest on the unpaid principal amount of each advance at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2011, $0.5 million were outstanding. An additional line-of-credit was entered into between GDB and the DRS in the maximum principal amount of $17.6 million bearing interest on the unpaid principal amount of each advance at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. The line-of-credit proceeds are used for development and improvement of recreational facilities. As of June 30, 2011, $8.7 million were outstanding.

On May 12, 2004, the Correction Administration of the Commonwealth ("Correction Administration") entered into a $60 million line-of-credit agreement with GDB for improvements to certain correctional facilities. Borrowings under this line-of-credit agreement bear interest at fixed 7% rate and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2011, $3.8 million were outstanding. In addition, on November 24, 2010, the Correction Administration entered into an $80 million line-of-credit agreement with GDB for the construction of a new correctional medical center. Borrowings under this line-of-credit agreement bear interest at a variable rate equal to 1.50% over Prime Rate with a minimum rate of 6% and a maximum rate of 12%, upon the maturity of the line of credit on January 31, 2013. As of June 30, 2011, $5.1 million were outstanding.

As of July 1, 1999 debts of approximately $102 million payable to UPR, a discretely presented component unit, in relation to outstanding noninterest bearing debt accumulated in prior years by HFSA were transferred to the Commonwealth. On September 7, 2004, additional debts of approximately $71.2 million were also restructured and combined with the previous financing arrangement. As of June 30, 2011, $17.7 million remains outstanding of this arrangement. The Commonwealth has also agreed to pay the UPR $20 million related to Commonwealth legislative scholarships which are payable in annual installments of $5 million. In addition, during the fiscal year 2010, the OMB and the UPR signed an intra-agency agreement amounting to $36 million to pay for appropriations for fiscal years 2007 and 2008. In April 2011 the OMB settled this intra-agency agreement for $18.6 million to be payable during fiscal year 2012. Future amounts required to pay principal balances at June 30, 2011 are expected to be as follows (expressed in thousands):

| Year Ending June 30 | |
| --- | --- |
| 2012 | $ 31,599 |
| 2013 | 13,000 |
| 2014 | 6,719 |
| 2015 | 5,000 |
| Total | $ 56,318 |

The noninterest bearing note payable to PREPA, a discretely presented component unit, consists of a fuel adjustment subsidy due by the Commonwealth and the refinancing during 2004 of other accumulated debt by the Commonwealth's agencies with PREPA. The outstanding balance of $12.6 million at June 30, 2011 is expected to be paid in installments of $6.3 million approximately until settlement.

With the exception of a few lines of credit having a defined source of repayment, the remaining lines of credit described above used Commonwealth appropriations as the source of repayment until June 30, 2007. Beginning in fiscal year 2008, these lines of credit have been repaid or refunded with a combination of Commonwealth appropriations and COFINA under the mechanism described in Note 15(d).

**(g)  Compensated Absences**

Long-term debt includes approximately $1.4 billion of accrued vacation and sick leave benefits at June 30, 2011. The total liability of compensated absences recorded as governmental and business type activities amounted to $1.4 billion and $4.8 million, respectively.

**(h)  Net Pension Obligation**

The amount reported as net pension obligation of approximately $9.3 billion represents the cumulative amount owed by the Commonwealth for the unfunded prior years' actuarially required pension contributions to the ERS, JRS, and the TRS (collectively known as the pension plans) (see note 20). The net pension obligation has been recorded as a liability in governmental activities in the accompanying statement of net assets (deficit).

**(i)  Net Other Postemployment Benefits Obligation**

The amount reported as net other postemployment benefits obligation of approximately $174.9 million represents the cumulative amount owed by the Commonwealth for the unfunded

prior years' actuarially required other postemployment benefit contributions to the ERS, JRS, and
the TRS (collectively known as the pension plans) (see Note 21). The net other postemployment
benefits obligation has been recorded as a liability in governmental activities in the accompanying
statement of net assets (deficit).

**(j) Unpaid Lottery Prizes**

The amount reported as unpaid lottery prizes represents the lottery prizes payable of the Lottery of
Puerto Rico (commonly known as "Traditional Lottery") and the Additional Lottery System
(commonly known as "Lotto") jointly known as the Lottery Systems at June 30, 2011. The
minimum annual payments related to unpaid awards of both lotteries are as follows (expressed in
thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $  52,103 | $    9,209 | $  61,312 |
| 2013 | 24,869 | 9,765 | 34,634 |
| 2014 | 21,921 | 10,094 | 32,015 |
| 2015 | 18,696 | 9,887 | 28,583 |
| 2016 | 16,535 | 9,947 | 26,482 |
| 2017–2021 | 53,182 | 42,289 | 95,471 |
| 2022–2026 | 21,319 | 23,268 | 44,587 |
| 2027–2030 | 4,640 | 4,885 | 9,525 |
| | | | |
| Total | $ 213,265 | $ 119,344 | $ 332,609 |

The minimum annual payments related to unpaid awards of Lotto excluded unclaimed prizes
liability of approximately $5.2 million at June 30, 2011, which is reported as prizes payable —
current portion.

The liability for unpaid lottery prizes is reported in the accompanying statement of net assets
(deficit) – business – type activities and statement of net assets (deficit) — proprietary funds.

**(k) Claims Liability for Insurance Benefits**

The Commonwealth provides unemployment compensation, no occupational disability, and drivers'
insurance coverage to public and private employees through various insurance programs
administered by the Department of Labor and Human Resources of the Commonwealth. These
insurance programs cover workers against unemployment, temporary disability, or death because of
work or employment related accidents or because of illness suffered as consequence of their
employment.

The Commonwealth establishes liabilities for incurred but unpaid benefits and benefit adjustment
expenses based on the ultimate cost of settling the benefits. Insurance benefit claim liabilities are
reevaluated periodically to take into consideration recently settled claims, the frequency of claims,
and other economic and social factors. The liability for insurance benefits claims is reported as a
current liability in the accompanying statement of net assets (deficit) business type activities — and
statement of net assets (deficit) proprietary funds. The liability as of June 30, 2011, amounts to
$86 million.

**(l)  Obligations under Capital Lease Arrangements**

The Commonwealth is obligated under capital leases with third parties that expire through 2041 for land, buildings, and equipment.

The present value of future minimum capital lease payments at June 30, 2011 reported in the accompanying government wide statement of net assets (deficit) is as follows (expressed in thousands):

**Year Ending**
**June 30**

| | |
|---|---:|
| 2012 | $  23,054 |
| 2013 | 26,303 |
| 2014 | 22,407 |
| 2015 | 22,135 |
| 2016 | 29,580 |
| 2017–2021 | 103,787 |
| 2022–2026 | 101,015 |
| 2027–2031 | 96,411 |
| 2032–2036 | 50,773 |
| 2037–2041 | 5,971 |
| Total future minimum lease payments | 481,436 |
| Less amount representing interest costs | (251,862) |
| Present value of minimum lease payments | $ 229,574 |

Leased land, buildings, and equipment under capital leases in capital assets at June 30, 2011, include the following (expressed in thousands):

| | |
|---|---:|
| Land | $   7,960 |
| Buildings | 254,886 |
| Equipment | 7,461 |
| Subtotal | 270,307 |
| Less accumulated amortization | (54,700) |
| Total | $215,607 |

Amortization charge applicable to capital leases and included within depreciation expense of capital assets amounted to $7.2 million in 2011.

The Commonwealth is also committed under numerous operating leases, covering land, office facilities, and equipment. Rental expenditure within the governmental funds for the year ended June 30, 2011 under such operating leases was approximately $223 million.

The future minimum lease payments for these leases are as follows (expressed in thousands):

| Year Ending June 30 | |
|---|---:|
| 2012 | $ 98,536 |
| 2013 | 81,042 |
| 2014 | 55,949 |
| 2015 | 35,456 |
| 2016 | 19,063 |
| 2017–2021 | 47,684 |
| 2022–2026 | 23,663 |
| 2027–2031 | 11,798 |
| 2032–2036 | 4,048 |
| Total future minimum lease payments | $ 377,239 |

**(m) Termination Benefits Payable**

*Voluntary Termination Benefits*

On July 2, 2010, the Commonwealth enacted Act No. 70 to establish a program that provides early retirement benefits or economic incentives for voluntary employment termination to eligible employees, as defined. Act No. 70 applies to agencies and component units whose budgets are funded in whole or in part by the General Fund.

Act No. 70 established that early retirement benefits ("early retirement program") will be provided to eligible employees that have completed between 15 to 29 years of credited services in the Retirement System and will consist of biweekly benefits ranging from 37.5% to 50% of each employee's salary, as defined. Pursuant to Act No. 70, the Commonwealth, as employer, will continue making the applicable employer contributions to the Retirement System, as well as covering the annuity payments to the employees opting for the early retirement, until both the years of service and age requirements for full vesting would have occurred, at which time the applicable Retirement System will continue making the annuity payments.

Economic incentives are available to eligible employees who have less than 15 years of credited service in the Retirement System ("incentivized resignation program") or who have at least 30 years of credited service in the Retirement System and the age for retirement or who have the age for retirement ("incentivized retirement program"). Economic incentives will consist of a lump-sum payment ranging from one-month to six-month salary based on employment years.

Additionally, eligible employees that choose to participate in the early retirement program or in the incentivized resignation program are eligible to receive health plan coverage for up to 12 months in a health plan selected by management of the Commonwealth.

In addition, Act No. 70 allows certain component units of the Commonwealth that operate with their own resources to implement a similar program that provides benefits for early retirement or economic incentives for voluntary employment termination to eligible employees, as defined. The benefits and the requirements are the same provided by Act No. 70, except as follows: in the early retirement benefit program, the component unit will make the employee and the employer contributions to the Retirement System and pay the corresponding pension until the employee

complies with the requirements of age and 30 years of credited service in the Retirement System; and in the incentivized retirement program, the component unit will make the employee and the employer contributions to the Retirement System for a five year period.

The following table summarized the financial impact resulting for the benefits granted to participants of Act No. 70 and similar programs in the government wide financial statements as of and for the year ended June 30, 2011 (expressed in thousands):

| | Primary Government | | | |
| Accrued Voluntary Termination | Governmental Activities | Business-type Activities | Totals Primary Government | Component Units |
|---|---|---|---|---|
| Benefits as of June 30, 2011: | | | | |
| Current liabilities | $ 44,328 | $ 470 | $ 44,798 | $ 32,374 |
| Noncurrent liabilities | 297,784 | 2,171 | 299,955 | 134,745 |
| Total | $342,112 | $2,641 | $344,753 | $167,119 |
| Expenses for the Year Ended June 30, 2011 | $362,136 | $2,910 | $365,046 | $177,300 |

At June 30, 2011, unpaid long-term benefits granted on Act No. 70 were discounted at interest rates that range from 1.85% to 3.29% at the primary government level and from 0.30% to 3.41% at the component units level.

By Act No. 70, the General Fund of the Commonwealth must appropriate on an annual basis funds necessary to cover the annual payments of Act No. 70 on certain components units. Discounted termination benefits payable of these component units amounted to approximately $54.3 million as of June 30, 2011.

*Involuntary Termination Benefits*

The Commonwealth has a current liability of approximately $29,072,000 as of June 30, 2011 for unpaid involuntary termination benefits occurred in prior years.

**(n) Other Long-term Liabilities**

The remaining long-term liabilities of governmental activities at June 30, 2011 include (expressed in thousands):

| | |
|---|---|
| Liability for legal claims and judgments (Note 19) | $1,380,711 |
| Liability for salary increases granted through legislation | 344,412 |
| Liability to U.S. Army Corps of Engineers (Note 13) | 224,942 |
| Employees' Christmas bonus | 139,474 |
| Liability for federal cost disallowances (Note 19) | 118,943 |
| Liability to the Puerto Rico System of Annuities and Pensions for Teachers | 43,056 |
| Other | 73,925 |
| Total | $2,325,463 |

The Commonwealth, through laws dating back to 1954, has granted eligible police agents, various salary-related benefits such as annual salary increases, awards for years of service, and monetary benefits awarded for special assignments, among others. As of June 30, 2011, the Commonwealth's liability related to these salary-related benefits amounted to approximately $344 million.

As described in Note 13, the Commonwealth has a debt obligation with the U.S. Army Corps of Engineers in relation to its estimated allocated share of the construction costs associated with the Cerrillos Dam and Reservoir Project. Late in April 2011, the Commonwealth received a final debt agreement from the U.S. Army Corps of Engineers establishing a repayment schedule for its allocated share of the construction costs associated with the Cerrillos Dam and Reservoir Project, amounting to $214 million, excluding those costs for items built for recreational purposes. Unpaid allocated share of these construction costs amounted to $212 million, plus accrued interest of $147 million, at June 30, 2011 and it is payable on annual installment payments over a 35 year period. The expected maturity date of this debt obligation is June 5, 2046. Due payments of principal and interest on this debt obligation, including late fees, amounted to $25 million and $146 million, respectively, at June 30, 2011 and were recorded in the accompanying Governmental Funds- General Fund's financial statements as of and for the year ended June 30, 2011. This debt obligation bears interest at 6.063%. Debt service requirements on this debt obligation with fixed maturities at June 30, 2011 were as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $ 26,734 | $ 157,023 | $ 183,757 |
| 2013 | 1,752 | 11,210 | 12,962 |
| 2014 | 1,858 | 11,104 | 12,962 |
| 2015 | 1,971 | 10,991 | 12,962 |
| 2016 | 2,090 | 10,872 | 12,962 |
| 2017–2021 | 12,513 | 52,296 | 64,809 |
| 2022–2026 | 16,794 | 48,014 | 64,808 |
| 2027–2031 | 22,542 | 42,267 | 64,809 |
| 2032–2036 | 30,256 | 34,553 | 64,809 |
| 2037–2041 | 40,609 | 24,200 | 64,809 |
| 2032–2046 | 54,506 | 10,303 | 64,809 |
| Total | $211,625 | $412,833 | $624,458 |

In addition, the Commonwealth has a debt obligation of $13.3 million with the U.S. Army Corps of Engineers in relation to its estimated allocated share of the construction costs associated with the recreational part of the Cerrillos Dam and Reservoir Project, including accrued interest of $3 million, at June 30, 2011. The final debt agreement with the U.S. Army Corps of Engineers for the recreational part of the Cerrillos Dam and Reservoir Project has not been finalized, and therefore, terms and conditions could differ from those estimated. The related debt is expected to be payable on annual installment payments over a 35 year period. However, the debt has been presented as a long-term payable after one year in the accompanying statement of net assets (deficit) since the commencement date of repayment has not yet been determined.

**(o) Fiduciary Funds**

On February 27, 2007, the ERS's administration and GDB, acting as ERS's fiscal agent (the "Fiscal Agent"), presented to the Board of Trustees, a financial transaction for the issuance of pension

funding bonds in order to reduce the ERS's unfunded actuarial accrued liability. The ERS authorized the issuance of one or more series of bonds (the "Bonds") in order to increase the funds available to pay pension benefits to certain of its beneficiaries and reduce its unfunded accrued actuarial pension liability. The ERS pledged future employer contributions to the payment of the Bonds, invested the proceeds of the Bonds, and used these investments and the earnings thereon to provide pension benefits to its beneficiaries.

On January 31, 2008, the ERS issued the first series of Bonds, which consisted of approximately $1.6 billion aggregate principal amount of Senior Pension Funding Bonds, Series A (the "Series A Bonds"). On June 2, 2008, the ERS issued the second of such series of Bonds; which consisted of approximately $1,059 million aggregate principal amount of Senior Pension Funding Bonds, Series B (the "Series B Bonds"). Finally, on June 30, 2008, the ERS issued the third and final of such series of Bonds, which consisted of approximately $300 million aggregate principal amount of Senior Pension Funding Bonds, Series C (the "Series C Bonds"). The following is a summary of changes in the bonds payable principal balance (expressed in thousands):

| | Balance at June 30, 2010 | Additions/ Accretion | Balance at June 30, 2011 |
|---|---|---|---|
| 5.85% to 6.45% Term Bonds Series A due July 1, 2058 | $ 1,595,968 | $   3,287 | $ 1,599,255 |
| 6.25% to 6.55% Term Bonds Series B due July 1, 2058 | 1,092,724 | 18,039 | 1,110,763 |
| 6.15% to 6.50% Term Bonds Series C due July 1, 2043 | 300,507 | 165 | 300,672 |
| Bond discounts | (7,424) | 216 | (7,208) |
| Total | $ 2,981,775 | $ 21,707 | $ 3,003,482 |

As of June 30, 2011, the outstanding balance of the Bonds is as follows (in thousands):

**Description**

| | |
|---|---|
| Series A Bonds: | |
| Capital Appreciation Bonds, maturing in 2028, bearing interest at 6.20% | $      55,485 |
| Term Bonds, maturing in 2023, bearing interest at 5.85% | 200,000 |
| Term Bonds, maturing from 2031 through 2038, bearing interest at 6.15% | 679,000 |
| Term Bonds, maturing from 2039 through 2042, bearing interest at 6.20% | 332,770 |
| Term Bonds, maturing from 2055 through 2058, bearing interest at 6.45% | 332,000 |
| Total Series A Bonds outstanding | 1,599,255 |
| | |
| Series B Bonds: | |
| Capital Appreciation Bonds, maturing from 2028 through 2030, bearing interest at 6.40% | 171,400 |
| Capital Appreciation Bonds, maturing from 2031 through 2034, bearing interest at 6.45% | 123,263 |
| Term Bonds, maturing in 2031, bearing interest at 6.25% | 117,100 |
| Term Bonds, maturing from 2036 through 2039, bearing interest at 6.30% | 270,000 |
| Term Bonds, maturing from 2055 through 2058, bearing interest at 6.55% | 429,000 |
| Total Series B Bonds outstanding | 1,110,763 |
| | |
| Series C Bonds: | |
| Capital Appreciation Bonds, maturing in 2030, bearing interest at 6.50% | 2,672 |
| Term Bonds, maturing in 2028, bearing interest at 6.15% | 110,000 |
| Term Bonds, maturing in 2038, bearing interest at 6.25% | 45,000 |
| Term Bonds, maturing in 2043, bearing interest at 6.30% | 143,000 |
| Total Series C Bonds outstanding | 300,672 |
| | |
| Total bonds outstanding | 3,010,690 |
| Less bonds discount | (7,208) |
| | |
| Bonds payable — net | $3,003,482 |

**Series A Bonds** — The aggregate principal amount of the Series A Bonds issued amounted to approximately $1,589 million of which $1,544 million were issued as term bonds (the "Series A Term Bonds") and $45 million were issued as capital appreciation bonds ("the Series A Capital Appreciation Bonds"). Interest on the Series A Bonds accrues, or compounds (in the case of the Series A Capital Appreciation Bonds), from their date of delivery. Interest in the Series A Term Bonds are payable monthly on the first day of each month, commencing on March 1, 2008. Interest on the Series A Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Capital Appreciation Bonds on each January 1 and July 1, commencing on July 1, 2008 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360-day year consisting of twelve 30-day months. The Series A Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series A Capital Appreciation Bonds, the accreted amount) of the Series A Bonds, plus accrued interest to the redemption date, and without premium.

**Series B Bonds** — The aggregate principal amount of the Series B Bonds amounted to approximately $1,059 million of which $816 million were issued as term bonds (the "Series B Term Bonds") and $243 million were issued as capital appreciation bonds (the "Series B Capital Appreciation Bonds"). Interest on the Series B Bonds accrues, or compounds (in the case of the Series B Capital Appreciation Bonds), from their date of delivery. Interest in the Series B Term Bonds are payable monthly on the first day of each month, commencing on July 1, 2008. Interest on the Series B Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Series B Capital Appreciation Bonds on each January 1 and July 1, commencing on July 1, 2008 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360-day year consisting of twelve 30-day months. The Series B Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series B Capital Appreciation Bonds, the accreted amount) of the Series B Bonds, plus accrued interest to the redemption date, and without premium.

**Series C Bonds** — The aggregate principal amount of the Series C Bonds amounted to approximately $300 million of which $298 million were issued as term bonds (the "Series C Term Bonds") and $2 million were issued as capital appreciation bonds (the "Series C Capital Appreciation Bonds"). Interest on the Series C Bonds accrues, or compounds (in the case of the Series C Capital Appreciation Bonds), from their date of delivery. Interest in the Series C Term Bonds are payable monthly on the first day of each month, commencing on August 1, 2008. Interest on the Series C Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Series C Capital Appreciation Bonds on each January 1 and July 1, commencing on July 1, 2009 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360-day year consisting of twelve 30-day months. The Series C Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series C Capital Appreciation Bonds, the accreted amount) of the Series C Bonds, plus accrued interest to the redemption date, and without premium.

Debt service requirements in future years on pension funding bonds as of June 30, 2011 are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $ - | $ 166,519 | $ 166,519 |
| 2013 | - | 166,519 | 166,519 |
| 2014 | - | 166,519 | 166,519 |
| 2015 | - | 166,519 | 166,519 |
| 2016 | - | 166,519 | 166,519 |
| 2017–2021 | - | 666,076 | 666,076 |
| 2022–2026 | 200,000 | 809,195 | 1,009,195 |
| 2027–2031 | 441,213 | 760,565 | 1,201,778 |
| 2032–2036 | 154,666 | 708,935 | 863,601 |
| 2037–2041 | 1,210,220 | 526,825 | 1,737,045 |
| 2042–2046 | 180,550 | 254,552 | 435,102 |
| 2047–2051 | - | 247,568 | 247,568 |
| 2052–2056 | 362,800 | 247,568 | 610,368 |
| 2057–2058 | 398,200 | 72,707 | 470,907 |
| | 2,947,649 | $5,126,586 | $8,074,235 |
| Plus accreted interest | 63,041 | | |
| Less unamortized discount | (7,208) | | |
| Total | $3,003,482 | | |

**Pledge of Employer Contributions Pursuant to Security Agreement**

The ERS entered into a Security Agreement with the Fiscal Agent for the benefit of the bondholders, pursuant to which the ERS pledged to the Fiscal Agent, and granted the Fiscal Agent a security interest in employer contributions made after January 31, 2008, which was the date of issuance of the first series of bonds, and the funds on deposit with the Fiscal Agent under the various accounts established under the Pension Funding Bond Resolution (the "Resolution").

The Resolution and the Security Agreement constitute a contract between the ERS and the Fiscal Agent, on behalf of owners of the bonds. The pledge, covenants and agreements of the ERS set forth in the Resolution and the Security Agreement shall be for the equal benefit, protection and security of the owners of the bonds, regardless of time or times of their issuance or maturity, and shall be of equal rank, without preference, priority or distinction of any of the bonds over any other bond, except as expressly provided in or permitted by the Resolution. The pledge by the ERS funds, which consist of all employer contributions that are made after January 31, 2008, which was the date of issuance of the first series of bonds, in accordance with the Act and amounts on deposit in the different accounts created pursuant to the Resolution for the benefits of the owners of the bonds, is irrevocable so long as any bonds are outstanding under the terms of the Resolution.

**(p) Discretely Presented Component Units**

Notes and appropriation bonds payable are those liabilities that are paid out of the component units' own resources. These notes and appropriation bonds do not constitute a liability or debt of the primary government.

The outstanding balance of notes payable at June 30, 2011 is as follows (expressed in thousands):

| Component Unit | Interest rates | Maturity Through | Balance at June 30, 2010 | Additions | Reductions | Balance at June 30, 2011 | Amounts Due Within One Year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 2.5%–6.97% | 2040 | $3,131,756 | $3,516,889 | $1,377,573 | $5,271,072 | $ 90,981 |
| Economic Development Bank for Puerto Rico | 1.9%-7.23% | 2026 | 456,321 | 153,104 | 1,608 | 607,817 | - |
| Puerto Rico Ports Authority | Variable | 2028 | 570,813 | - | 15,830 | 554,983 | 261,572 |
| Puerto Rico Electric Power Authority | 3.25%–4.375% | 2023 | 65,521 | 150,000 | 15,020 | 200,501 | 166,465 |
| Puerto Rico Trade and Export Company | 4.51%–6.48% | 2034 | 197,188 | 300,372 | 137,175 | 360,385 | 423 |
| Puerto Rico Aqueduct and Sewer Authority | 0.0325 | 2012 | 244,688 | - | 2,944 | 241,744 | 241,744 |
| University of Puerto Rico | 3.25%–5.50% | 2014 | - | 2,683 | 675 | 2,008 | 790 |
| Puerto Rico Industrial Development Company | 5.10%–8.45% | 2024 | 83,665 | 21,435 | 5,804 | 99,296 | 6,569 |
| Puerto Rico Tourism Company | Variable | 2013 | - | 3,042 | - | 3,042 | - |
| State Insurance Fund Corporation | Variable | 2028 | 43,803 | 242,000 | 2,160 | 283,643 | 3,992 |
| Puerto Rico Metropolitan Bus Authority | 6.68 % | 2012 | 40,410 | - | 1,577 | 38,833 | 38,833 |
| Agricultural Enterprises and Development Administration | Variable | 2011 | 5,604 | - | 124 | 5,480 | 5,480 |
| Puerto Rico Land Authority | Variable | 2011 | 700 | - | 700 | - | - |
| Total notes payable component units | | | $4,840,469 | $4,389,525 | $1,561,190 | $7,668,804 | $816,849 |

Debt service requirements on component units' notes payable with fixed maturities at June 30, 2011 were as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $ 816,849 | $ 312,217 | $1,129,066 |
| 2013 | 634,898 | 294,879 | 929,777 |
| 2014 | 661,314 | 270,881 | 932,195 |
| 2015 | 1,203,740 | 223,247 | 1,426,987 |
| 2016 | 322,914 | 193,941 | 516,855 |
| 2017-2021 | 2,648,146 | 503,141 | 3,151,287 |
| 2022-2026 | 991,322 | 147,149 | 1,138,471 |
| 2027-2031 | 269,239 | 44,669 | 313,908 |
| 2032-2036 | 106,091 | 5,356 | 111,447 |
| 2037-2041 | 9,359 | 1,440 | 10,799 |
| 2042-2046 | 4,932 | - | 4,932 |
| Total | $7,668,804 | $1,996,920 | $9,665,724 |

The table that follows represents debt service payments on a component unit's variable-rate notes payable and the net payments on associated hedging derivative instrument as of June 30, 2011. Although interest rates on variable rate debt and the current reference rate of hedging derivative instrument change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rate of the hedging derivative instrument on June 30, 2011 will remain the same for their term.

| Year Ending June 30 | Variable-Rate Notes Payable | | Hedging Derivative Instruments, Net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2012 | $  17,258 | $  12,621 | $  15,841 | $  45,720 |
| 2013 | 18,069 | 12,101 | 15,195 | 45,365 |
| 2014 | 18,923 | 11,509 | 14,516 | 44,948 |
| 2015 | 19,821 | 10,887 | 13,801 | 44,509 |
| 2016 | 20,765 | 10,236 | 13,050 | 44,051 |
| 2017–2021 | 119,792 | 40,257 | 10,250 | 170,299 |
| 2022–2026 | 151,907 | 18,507 | - | 170,414 |
| 2027–2029 | 45,174 | 679 | - | 45,853 |
| Total | $411,709 | $116,797 | $  82,653 | $611,159 |

Commonwealth appropriation bonds payable outstanding at June 30, 2011 are as follows (expressed in thousands):

| Component Unit | Interest rates | Maturity Through | Balance at June 30, 2010 | Additions | Reductions | Balance at June 30, 2011 | Amounts Due Within One Year |
|---|---|---|---|---|---|---|---|
| Puerto Rico Aqueduct and Sewer Authority | 1.25% - 6.15% | 2031 | $671,549 | $  - | $7,953 | $663,596 | $8,985 |
| Puerto Rico Tourism Company | 4.00%–6.15% | 2031 | 60,528 | - | 101 | 60,427 | - |
| Land Authority of Puerto Rico | 2.25%-5.80% | 2031 | 76,715 | - | - | 76,715 | - |
| Government Development Bank for Puerto Rico | 4.00%–5.25% | 2031 | 4,812 | - | - | 4,812 | - |
| Puerto Rico Infrastructure Financing Authority | 0.539 % | 2031 | 4,956 | - | - | 4,956 | - |
| Solid Waste Authority | 1.25%–5.75% | 2031 | 10,689 | - | - | 10,689 | - |
| Total Commonwealth appropriation bonds — component units | | | $829,249 | $  - | $8,054 | $821,195 | $8,985 |

Debt service requirements on component units' appropriation bonds payable with fixed maturities at June 30, 2011 were as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $ 8,985 | $ 45,904 | $ 54,889 |
| 2013 | - | 34,372 | 34,372 |
| 2014 | 16,846 | 34,898 | 51,744 |
| 2015 | 17,247 | 35,077 | 52,324 |
| 2016 | 19,869 | 32,940 | 52,809 |
| 2017-2021 | 114,095 | 147,143 | 261,238 |
| 2022-2026 | 174,823 | 117,513 | 292,336 |
| 2027-2031 | 458,569 | 61,565 | 520,134 |
| 2032-2036 | 25,210 | 467 | 25,677 |
| Premium, net | 35,818 | - | 35,818 |
| Deferred loss, net | (50,267) | - | (50,267) |
| Total | $821,195 | $509,879 | $1,331,074 |

Bonds payable outstanding at June 30, 2011 are as follows (expressed in thousands):

| Component Unit | Interest Rates | Maturity Through | Balance at June 30, 2010 | Additions | Reductions | Balance at June 30, 2011 | Amount Due Within One Year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 2.6%–6.5% | 2039 | $ 974,449 | $ - | $ 60,496 | $ 913,953 | $ 68,559 |
| Puerto Rico Infrastructure Financing Authority | Variable | 2048 | 2,998,061 | - | 1,026,565 | 1,971,496 | 32,175 |
| University of Puerto Rico | 3%–5.75% | 2036 | 676,465 | 1,563 | 34,294 | 643,734 | 28,800 |
| Puerto Rico Municipal Finance Authority | 3.70%–6.00% | 2031 | 1,197,904 | - | 93,673 | 1,104,231 | 94,775 |
| Puerto Rico Ports Authority | 6.50 % | 2028 | 42,666 | 2,321 | - | 44,987 | - |
| Puerto Rico Aqueduct and Sewer Authority | 4.25%–6.15% | 2050 | 1,909,430 | 9,132 | 2,418 | 1,916,144 | 3,123 |
| Puerto Rico Highways and Transportation Authority | 2.25%–6.50% | 2046 | 6,517,739 | 12,031 | 142,809 | 6,386,961 | 129,980 |
| Puerto Rico Industrial Development Company | 5.10%–6.75% | 2029 | 248,965 | 413 | 11,874 | 237,504 | 12,680 |
| Puerto Rico Convention Center District Authority | 4.00%–5.00% | 2037 | 465,960 | - | 9,565 | 456,395 | 9,040 |
| Puerto Rico Electric Power Authority | 2.00%–6.125% | 2040 | 7,495,322 | 581,870 | 215,940 | 7,861,252 | 361,060 |
| Total bonds payable-component units | | | $22,526,961 | $607,330 | $1,597,634 | $21,536,657 | $740,192 |

Debt service requirements on component units' bonds payable with fixed maturities at June 30, 2011 were as follows (expressed in thousands):

| Year Ending June 30, | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $ 740,192 | $ 1,018,267 | $ 1,758,459 |
| 2013 | 614,610 | 1,000,498 | 1,615,108 |
| 2014 | 626,235 | 971,668 | 1,597,903 |
| 2015 | 629,088 | 941,755 | 1,570,843 |
| 2016 | 909,305 | 920,131 | 1,829,436 |
| 2017-2021 | 3,507,499 | 4,063,744 | 7,571,243 |
| 2022-2026 | 3,988,762 | 3,135,441 | 7,124,203 |
| 2027-2031 | 3,624,164 | 2,238,831 | 5,862,995 |
| 2032-2036 | 3,158,356 | 1,422,824 | 4,581,180 |
| 2037-2041 | 3,079,082 | 688,218 | 3,767,300 |
| 2042-2046 | 1,139,148 | 194,252 | 1,333,400 |
| 2047-2051 | 287,831 | 12,088 | 299,919 |
| Discount, net | (555,834) | - | (555,834) |
| Unaccreted discount | (1,766) | - | (1,766) |
| Deferred loss | (210,015) | - | (210,015) |
| Total | $21,536,657 | $16,607,717 | $38,144,374 |

The table that follows represents debt service payments on two component units' variable-rate bonds and the net payments on associated hedging derivative instrument as of June 30, 2011. Although interest rates on variable rate debt and the current reference rate of hedging derivative instrument change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rate of the hedging derivative instrument on June 30, 2011 will remain the same for their term.

| Year Ending June 30, | Variable-Rate Bonds | | Hedging Derivative Instruments, Net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2012 | $ - | $ 10,461 | $ 33,585 | $ 44,046 |
| 2013 | - | 10,461 | 33,596 | 44,057 |
| 2014 | - | 10,461 | 33,590 | 44,051 |
| 2015 | - | 10,461 | 33,590 | 44,051 |
| 2016 | - | 10,461 | 33,595 | 44,056 |
| 2017-2021 | 104,525 | 48,442 | 162,327 | 315,294 |
| 2022-2026 | 111,630 | 42,167 | 143,397 | 297,194 |
| 2027-2031 | 453,635 | 27,112 | 106,253 | 587,000 |
| 2032-2036 | - | 14,279 | 65,599 | 79,878 |
| 2037-2041 | - | 14,279 | 63,034 | 77,313 |
| 2042-2046 | 389,060 | 7,567 | 17,638 | 414,265 |
| Total | $1,058,850 | $206,151 | $726,204 | $1,991,205 |

Several component units have defeased certain revenue bonds by placing the proceeds of new bonds in irrevocable trusts to provide for all future debt service payments on the old debts. Accordingly, the trust accounts' assets and liabilities for the defeased bonds are not included in the statement of net assets (deficit). As of June 30, 2011, the following bonds are considered defeased (expressed in million):

|  | Amount Outstanding |
|---|---|
| Puerto Rico Electric Power Authority | $4,100 |
| Puerto Rico Highways and Transportation Authority | 2,060 |
| Puerto Rico Municipal Finance Agency | 243 |
| Total | $6,403 |

## 16. GUARANTEED AND APPROPRIATION DEBT

### (a) Guaranteed Debt

The Commonwealth may provide guarantees for the repayment of certain borrowings of component units to carry out designated projects. At June 30, 2011, the following component unit debts are guaranteed by the Commonwealth (expressed in thousands):

|  | Maximum Guarantee | Outstanding Balance |
|---|---|---|
| Blended component unit — | | |
| Public Buildings Authority | $4,325,000 | $3,008,202 |
| Discretely presented component units: | | |
| Government Development Bank for Puerto Rico | 267,000 | 267,000 |
| Puerto Rico Aqueduct and Sewer Authority | 1,004,234 | 1,004,234 |
| Port of the Americas Authority | 250,000 | 214,525 |
| Total | $5,846,234 | $4,493,961 |

The Commonwealth has guaranteed the payments of rentals of its departments, agencies, and component units to PBA, a blended component unit, under various lease agreements executed pursuant to the law that created PBA. Such rental payments include the amounts required by PBA for the payment of principal and interest on the guaranteed debt as authorized by law. The rental commitment to cover principal and interest on the guaranteed debt (excluding premiums and deferred refunding losses) as of June 30, 2011 and for the next five years and thereafter follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2012 | $  81,002 | $  163,671 | $  244,673 |
| 2013 | 78,580 | 159,823 | 238,403 |
| 2014 | 74,135 | 155,261 | 229,396 |
| 2015 | 77,920 | 151,199 | 229,119 |
| 2016 | 81,945 | 146,911 | 228,856 |
| 2017–2021 | 384,305 | 660,011 | 1,044,316 |
| 2022–2026 | 445,140 | 540,311 | 985,451 |
| 2027–2031 | 638,246 | 390,805 | 1,029,051 |
| 2032–2036 | 848,371 | 199,595 | 1,047,966 |
| 2037–2040 | 359,895 | 27,616 | 387,511 |
| | 3,069,539 | $2,595,203 | $5,664,742 |
| Plus accreted value on bonds outstanding | 30,341 | | |
| Plus unamortized premium, net | 50,996 | | |
| Less deferred loss on bonds defeased | (142,674) | | |
| | $3,008,202 | | |

Rental income of PBA funds amounted to approximately $213 million during the year ended June 30, 2011, of which $116 million was used to cover debt service obligations.

**Adjustable Refunding Bonds** — The Commonwealth guarantees the Adjustable Refunding Bonds, Series 1985, issued by GDB, a discretely presented component unit. The outstanding balance of these bonds amounted to $267 million at June 30, 2011. On August 1, 2008, GDB repurchased the $267 million outstanding of its adjustable refunding bond as a result of significant increases in the interest rate of these auction rate bonds. On December 30, 2009, GDB remarketed and reissued these bonds at a fixed rate of 4.75%, maturing on December 1, 2015. These notes are subject to redemption at the option of GDB on or after June 1, 2013 at a redemption price of 101% through May 31, 2014 and 100% after June 1, 2014.

**Mortgage Loan Insurance** — The Puerto Rico Housing Finance Authority (the "Authority"), a component unit of GDB, provides mortgage credit insurance to low and moderate income families through its mortgage loan insurance program. The Commonwealth guarantees up to $75 million of the principal insured by the mortgage loan insurance program. As of June 30, 2011, the mortgage loan insurance program covered loans aggregating to approximately $566 million. Currently, the Commonwealth has not been called to make any direct payments pursuant to these guarantees.

**Land Acquisition and Construction Loans Insurance** — The Authority's land acquisition and construction loans insurance program provides mortgage credit insurance to low and moderate income families for the purchase of lots. The program is financed through legislative appropriations and proceeds from mortgage insurance premiums and any other income derived from this insurance activity. Under this program, the Authority is authorized to commit good faith and credit of the Commonwealth up to $5 million for the issuance of debenture bonds.

Act No. 45 of July 28, 1994 states that the Commonwealth guarantees the payment of principal and interest of all outstanding bonds at the date the law was enacted and of all future bond issues to refinance those outstanding bonds of PRASA. Act No. 140 of August 3, 2000 amended Act No. 45 to extend the Commonwealth guarantee to include the principal and interest payments of the Rural Development Serial Bonds and the loans under the State Revolving Fund Program (SRFP) outstanding at the effective date of Act No. 140, and of all future bonds and SRFP loans that may be issued through June 30, 2005. Act No. 386 of September 21, 2004 extended the Commonwealth guarantee to June 30, 2010. Act. No. 75 of July 12, 2010 amended section 1 of Act No. 45 of July 28, 1994 to extend the Commonwealth guarantee over the Rural Development and SRFP's borrowings to June 30, 2015.

United States Department of Agriculture (USDA) Rural Development Program assist PRASA in the financing and construction of aqueduct and sewer facilities in rural areas by purchasing revenue bonds from PRASA, the proceeds of which are used by PRASA to finance such projects. GDB provides entire financing for the projects through short-term lines of credit. As of June 30, 2011, the USDA Rural Development Program Serial Bonds consisted of twenty-four (24) separate series, issued from 1983 through 2009, bearing interest from 4.25% to 5% due in semiannual installments through 2050. The outstanding balance of the USDA Rural Development Program Serial Bonds as of June 30, 2011 was approximately $306 million. The USDA Rural Development Program Serial Bonds are guaranteed by the Commonwealth pursuant to Act No. 140 of August 3, 2000, as amended, and PRASA's net revenue is pledged toward the payment of debt service on the USDA Rural Development Program Serial Bonds.

The Puerto Rico Water Pollution Control Revolving Fund and Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund (the Revolving Funds) were created by Act No. 44 of June 21, 1988 and Act No. 32 of July 7, 1997, respectively, of the Commonwealth. The Puerto Rico Water Pollution Control Revolving Fund is administered, pursuant to Act No. 44 and Act No. 9 of June 21, 1988 and June 18, 1970, respectively, as amended, by Puerto Rico Environmental Quality Board (EQB). The Puerto Rico Safe Drinking water Treatment Revolving Loan Fund is administered, pursuant to Act No. 5 of July 21, 1977, as amended, by Puerto Rico Department of Health (DOH).

Pursuant to these laws, EQB and DOH, on behalf of the Commonwealth, are authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection agency (EPA). Puerto Rico Infrastructure Financing Authority (PRIFA), a component unit of the Commonwealth, PRASA, and GDB entered into a memorandum of understanding under which each party has agreed to assume specific responsibilities in connection with the operations of the Revolving Funds.

PRASA has entered into revolving loan agreements to finance certain capital improvements. As of June 30, 2011, PRASA had outstanding approximately $413.4 million under these loan agreements.

The loan agreements are evidenced by promissory notes, which bear interest at a 2% annual rate payable semiannually. Construction loans are required to be paid in full within 20 years of the project completion date. PRASA has pledged its net revenues on a basis subordinate in all respect to

- 188 -

the PRASA's bonds outstanding. If PRASA's pledged revenues are not sufficient for the payment of principal and interest, the payments are guaranteed by the Commonwealth under the Act No. 45 of July 28, 1994, as amended, which obligates the Commonwealth to pay principal and interest on the notes.

On March 18, 2008, PRASA issued approximately $284.8 million of Revenue Refunding Bonds, Series A and B (the "2008 Revenue Refunding Bonds"), (guaranteed by the Commonwealth) to refund PRASA's outstanding Revenue Refunding Bonds, Series 1995 (guaranteed by the Commonwealth) in the amount of approximately $262.8 million. The 2008 Revenue Refunding Bonds bear interest at rates from 5.80% to 6.10% per annum with maturity dates ranging from July 1, 2021 to July 1, 2034. The outstanding balance of the 2008 Revenue Refunding Bonds at June 30, 2011 amounted $284.8 million.

At various times during fiscal years ended 2005 and 2006, the Port of the Americas Authority, a component unit of the Commonwealth, entered into a bond purchase agreements with GDB, whereby GDB agreed to disburse to the Port of the Americas Authority from time to time certain bond principal advances up to a maximum aggregate principal amount of $70 million (Port of the Americas Authority 2005 Series A Bond), $40 million (Port of the Americas Authority 2005 Series B Bond), and $140 million (Port of the Americas Authority 2005 Series C Bond). The proceeds of the bonds were used to finance the cost of development and construction of the Port of the Americas. The aggregate unpaid principal balance of all outstanding bond principal advances shall be payable in full on January 1, 2015 and January 15, 2015. The principal amount may be paid with any of the following: (i) a long-term bond issuance once the projects are completed; (ii) other revenue of the Port of the Americas Authority; (iii) or legislative appropriations as established in Act No. 409 of September 22, 2004 (Act No. 409). Principal and interests payments are guaranteed by the Commonwealth by Act No. 409. As of June 30, 2011, the principal outstanding under those bond purchase agreements amounted to $214.5 million.

**(b) Appropriation Debt**

At June 30, 2011, the outstanding balances of debt payable by Commonwealth appropriations, as described in note 15(d), which are included in the individual financial statements of the following discretely presented component units, are as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Public Finance Corporation (a blended component unit of GDB) | $ 1,618,284 |
| Puerto Rico Aqueduct and Sewer Authority | 677,335 |
| Special Communities Perpetual Trust | 367,902 |
| Puerto Rico Convention Center District Authority | 147,600 |
| Agricultural Services and Development Administration | 99,482 |
| Puerto Rico Industrial Development Company | 42,860 |
| Company for the Integral Development of the "Península de Cantera" | 20,175 |
| Puerto Rico Housing Finance Authority (a blended component unit of GDB) | 13,618 |
| Puerto Rico Solid Waste Authority | 10,689 |
| National Parks Company of Puerto Rico | 5,963 |
| Government Development Bank for Puerto Rico (GDB) | 4,811 |
| Puerto Rico Infrastructure Financing Authority | 3,958 |
| Institute of Puerto Rican Culture | 1,828 |
| | |
| Total | $ 3,014,505 |

These balances are reported in the statement of net assets (deficit) as Commonwealth appropriation bonds payable and notes payable.

## 17.   CONDUIT DEBT OBLIGATIONS AND NO COMMITMENT DEBT

From time to time, certain of the Commonwealth's component units issue revenue bonds to provide financial assistance to private sector entities for the acquisition and construction of transportation, environmental, industrial, tourism, educational, and commercial facilities, deemed to be in the public interest and that are expected to provide benefits to Puerto Rico. These bonds are secured by the property financed and are payable solely from payments received on the underlying mortgage loans. Upon repayment of the bonds, ownership of the acquired facilities is retained by the private sector entity served by the bond issuance. Neither the Commonwealth nor any political subdivision or component unit thereof is obligated in any manner for the repayment of the bonds. Accordingly, the bonds are not reported as liabilities in the basic financial statements of the issuing entities. As of June 30, 2011, conduit debt obligations consisted of the following bonds issued by component units (expressed in thousands):

| Issuing Entity | Issued Since Inception to Date | Amount Outstanding |
|---|---|---|
| Discretely presented component units: | | |
| Puerto Rico Ports Authority | $  155,410 | $  155,410 |
| Puerto Rico Highways and Transportation Authority | 270,000 | 160,000 |
| Government Development Bank for Puerto Rico | 1,147,475 | 623,785 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | 6,080,000 | 1,343,291 |
| Total | $7,652,885 | $2,282,486 |

### (a)  Puerto Rico Ports Authority (PRPA)

PRPA issued $39,810,000 in Special Facilities Revenue Bonds under the provisions of a trust agreement dated June 1, 1993, and $115,600,000 in Special Facility Revenue Bonds, under the provisions of a trust agreement dated May 1, 1996, between PRPA and a private bank. The proceeds from the sale of the bonds were used to finance the construction, acquisition of equipment, and improvement of certain facilities at Luis Munoz Marin International Airport, for the benefit of a major private airline. The property is owned by PRPA and leased to the private company. These bonds are limited obligations of PRPA, and are payable solely from and secured by a pledge of certain payments made under the Special Facilities Agreement with the private company and certain other moneys. Neither the credit of the Commonwealth nor that of any of its political subdivisions is pledged for the repayment of these bonds. In addition, the bonds are unconditionally guaranteed by the private company's parent company. Pursuant to the agreements between PRPA and the private company, the private company has agreed to pay amounts sufficient to pay the principal of and premium, if any, and interest on the bonds. The bonds are not collateralized by any property, but are payable solely from certain pledged payments by the private company under the agreement or by the private company's parent company under its unconditional guarantee. The outstanding balance of these bonds amounted to $155 million at June 30, 2011.

### (b)  Puerto Rico Highways and Transportation Authority (PRHTA)

In March 1992, PRHTA issued Special Facility Revenue Bonds, 1992 Series A, B and C for approximately $117 million for the construction of a toll bridge. The proceeds from the sale of these bonds were transferred by PRHTA to a private entity, Autopistas de Puerto Rico & Compañía, S.E.

("Autopistas"), pursuant to a signed concession agreement for the design, construction, operation and maintenance of the bridge. On October 30, 2003, PRHTA issued Special Facility Revenue Refunding Bonds, 2004 Series A, amounting to approximately $153 million for the purpose of refunding PRHTA's Special Facility Revenue Bonds, 1992 Series A, B, and C, which were issued to fund the construction of the bridge, and to pay the cost of issuance of the bonds. The proceeds from the sale of the bonds were transferred by PRHTA to Autopistas pursuant to a new loan agreement by and between Autopistas and PRHTA. The bonds shall be paid from the proceeds received by Autopistas from the operation of the bridge.

Under certain circumstances, the concession agreement may be terminated and PRHTA is then obligated to assume the Autopista's entire obligation to pay principal of, and interest on, the bonds outstanding, which pursuant to the signed agreement, will be paid from the net revenues of the use and operation of the bridge. PRHTA does not currently expect the concession agreement to terminate. The outstanding bonds (including accrued interest) at June 30, 2011 amounted to approximately $160 million.

**(c)  Government Development Bank for Puerto Rico (GDB)**

In December 2003, GDB, through its Housing Finance Authority, issued $663 million in Capital Fund Program Bonds Series 2003 to lend the proceeds thereof to the Public Housing Administration in its financing of improvements to various public low and moderate income housing projects. These bonds are limited obligations of the Housing Finance Authority, which will be paid solely from an annual allocation of public housing capital funds when received from the U.S. Department of Housing and Urban Development and other funds available under the bond indenture. Accordingly, these bonds are considered no commitment debt and are excluded, along with the related assets held in trust, from the accompanying basic financial statements. The outstanding balance of these bonds amounted to $179.9 million at June 30, 2011.

On August 1, 2008, the Housing Finance Authority issued the Capital Fund Modernization Program Subordinate Bonds amounting to $384,475,000 and the Housing Revenue Bonds amounting to $100,000,000. The proceeds from the issuance were mainly used to finance a loan to a limited liability company and pay the costs of issuance. The $384,475,000 bonds are limited obligations of the Authority, payable primarily by a pledge and assignment of federal housing assistance payments made available by the U.S. Department of Housing and Urban Development, with an outstanding balance of $343.8 million at June 30, 2011. The $100,000,000 bonds are also limited obligations of the Housing Finance Authority, payable from amounts deposited in escrow accounts with a trustee and the proceeds of a loan to be made by the Housing Finance Authority to the limited liability company using moneys received as a grant from the Department of Housing of Puerto Rico. Payment of principal of the Housing Revenue Bonds is also secured by an irrevocable standby letter of credit issued by GDB. These bonds are considered no-commitment debt and, accordingly, are excluded along with the related assets held in trust, from the Housing Finance Authority's financial statements.

**(d) Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority (AFICA)**

AFICA's revenue bonds are special and limited obligations of AFICA and, except to the extent payable from bond proceeds and investments thereof, will be payable solely from and secured by a pledge and assignment of the amounts payable under the loan agreements between AFICA and the borrowers. Furthermore, payment of principal and interest on the revenue bonds is unconditionally guaranteed by the borrowers, their parent companies, or letters of credit generally issued by major U.S. banks or U.S. branches of international banks.

The revenue bonds are considered conduit debt and do not constitute a debt or a pledge of the good faith and credit of AFICA or the Commonwealth or any political subdivision thereof.

In connection with the issuance of revenue bonds, AFICA enters into trust agreements, whereby AFICA assigns and pledges to the trustees, for the benefit of the holders of the revenue bonds, (1) all amounts receivable by AFICA in repayment of the amounts due under the loan agreements; (2) any rights, title, and interest of AFICA in the proceeds derived from the issuance of the revenue bonds and of any securities in which moneys in any fund or account created by the trust agreements or loan agreements are invested and the proceeds derived therefrom; and (3) AFICA's rights, title, and interest in and to the loan agreements, subject to AFICA's retention of certain rights, including the right to collect moneys payable to AFICA, which are not received with respect to repayment of the loans.

Since inception and up to June 30, 2011, AFICA has issued revenue bonds aggregating to $6,080 million, $1,343 million of which was outstanding as of June 30, 2011. Of the revenue bonds outstanding at June 30, 2011, $786 million represent industrial and commercial revenue bonds; $105 million, tourism related revenue bonds; $138 million, hospital revenue bonds; and $314 million, educational revenue bonds. Pursuant to the loan agreements covering the issuance of these bonds, corporations and partnerships operating in Puerto Rico borrowed the proceeds from the bond issuances by AFICA.

## 18. RISK MANAGEMENT

The following describes the risk management programs separately administered by certain discretely presented component units:

**(a) GDB**

Starting in fiscal year 2010, as part of its risk management activities and as a condition to provide financing support to certain public corporations, GDB has entered into fiscal oversight agreements with such public corporations. The agreements require the public corporations, among other, to implement a comprehensive expense reduction program, including certain fiscal oversight controls, subject to laws and existing agreements of the public corporations, design to minimize future tariff increases to households and the private sector, and to protect and improve the credit rating of the public corporations, so that the public corporations may obtain adequate financing to fund its capital expenditure requirements and to operate its infrastructure in an efficient and reliable manner and in compliance with applicable laws and regulations. GDB's agreement to provide current financing and any future financing is expressly conditioned upon the public corporations' compliance with the covenants established in the fiscal oversight agreement and GDB's right to monitor and enforce such compliance. These agreements will be in effect until the public corporations have regained a level of financial stability and are able to secure long-term financing that will result in the continued stability

of the public corporations' operations and financial condition. As of June 30, 2011, GDB's management determined that all public corporations and agencies have complied with the material terms and conditions of their respective agreements.

Also, as part of its role of providing financing to the Commonwealth and its instrumentalities to further the economic development of Puerto Rico, and as part of its risk management activities, GDB is renegotiating and/or restructuring payment terms of the loans to certain governmental entities. Some of the renegotiations/restructurings extend the period for principal repayment but provide for repayment of the contractual interest in accordance with the original terms.

Other Risks Related to Mortgage and Loans Servicing and Insurance Activities — Certain loan portfolios of the Housing Finance Authority, a blended component unit of GDB, are administered by private servicers who are required to maintain an error and omissions insurance policy. The Housing Finance Authority has a program to manage the risk of loss on its mortgage loan lending and insurance activities.

**(b) UPR**

UPR is exposed to various risks of loss related to torts; theft of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. Through January 1993, UPR was insured under claims-made insurance policies with respect to medical malpractice risks for $250,000 per occurrence up to an annual aggregate of $500,000. Subsequent to such date, UPR was unable to obtain insurance at a cost it considered to be economically justifiable; consequently, UPR is now self-insured for such risks. Under Act No. 98 of August 24, 1994, the responsibility of UPR is limited to a maximum amount of $75,000 per person, or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Self-insured risk liabilities are reported when it is probable that a loss has occurred and the amount of the loss can be reasonably estimated. Liabilities include an amount for claims that have been incurred but not reported. Because actual claims liabilities depend upon such complex factors as inflation, changes in legal doctrines, and damage awards, the process used in computing claims liabilities does not necessarily result in an exact amount. Claims liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors. Changes in the claims liability amount in fiscal years 2011 and 2010 were as follows (expressed in thousands):

|  | 2011 | 2010 |
|---|---|---|
| Claims payable — July 1 | $ 23,425 | $ 27,354 |
| Incurred claims and changes in estimates | 2,743 | (2,370) |
| Payments for claims and adjustments expenses | (2,337) | (1,559) |
| Claims payable — June 30 | $ 23,831 | $ 23,425 |

UPR continues to carry commercial insurance for all other risks of loss. Settled claims resulting from these risks have not exceeded commercial insurance coverage in any of the past three fiscal years.

(c) **PREPA**

PREPA is exposed to various risks of losses related to torts; thefts of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. PREPA obtains insurance policies covering all-risk property (excluding transmission and distribution lines), boiler and machinery, and public liability. The all-risk property and boiler and machinery policies have a combined coverage of $750 million per occurrence. The policies' self-retention in case of earthquake and windstorm losses is $25 million and $2 million for all other covered risks. The public general liability policy covers property damage and bodily injury to third parties with a $75 million aggregate limit in excess of the self-retention limit of $1 million per occurrence.

PREPA has a cost plus health insurance program covering substantially all employees. PREPA contracted an administrator for the processing, approval, and payment of claims plus an administrative fee. The accrual for employees' health plan includes the liability for claims processed and an estimate for claims incurred but not reported.

Changes in the balances of the health insurance program and other self-insurance risks during fiscal years 2011 and 2010 were as follows (expressed in thousands):

|  | 2011 | 2010 |
|---|---|---|
| Claims payable — July 1 | $ 5,597 | $ 5,552 |
| Incurred claims | 95,921 | 114,179 |
| Claim payments | (94,351) | (114,134) |
| Claims payable — June 30 | $ 7,167 | $ 5,597 |

Claims payable are a component of accounts payable and accrued liabilities in the accompanying statement of net assets (deficit).

(d) **SIFC**

SIFC provides workers' compensation insurance to public and private employees. This insurance covers workers against injuries, disability, or death because of work or employment related accidents, or because illness is suffered as a consequence of their employment. SIFC establishes liabilities for incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. The liability includes estimates for cases reported that have not been adjudged and cases incurred but not reported. The following table provides a reconciliation of the beginning and ending liability for incurred but unpaid benefits and benefit adjustment expenses for the two most recent fiscal years (expressed in thousands):

|  | 2011 | 2010 |
|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at July 1 | $ 778,243 | $ 738,475 |
| Total incurred benefits | 525,568 | 556,650 |
| Total benefit payments | (519,793) | (516,882) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at June 30 | $ 784,018 | $ 778,243 |

- 194 -

The liability for incurred but unpaid benefits and benefit adjustment expenses is reported as liability for automobile accident insurance and workmen compensation claims in the accompanying statement of net assets (deficit).

The liability for incurred but unpaid benefits and benefit adjustment expenses is based on historical claims experience data, assumptions and projections as to future events, including claims frequency, severity, persistency, and inflationary trends determined by an independent actuarial study. This liability has been discounted at 4.20% in 2011. SIFC's management believes that discounting such liability results in a better matching of costs and revenues since compensation benefits have a long payment cycle. The assumptions used in estimating and establishing the liability are reviewed annually based on current circumstances and trends.

SIFC's management believes that the liability for incurred but unpaid benefits and benefit adjustment expenses, actuarially determined at June 30, 2011, is a reasonable estimate of the ultimate net cost of settling benefits and benefit expenses incurred. Because actual benefit costs depend upon such factors as duration of worker disability, medical cost trends, occupational disease, inflation, and other social and economic factors, the process used in computing the ultimate cost of settling benefits and expenses for administering benefits is necessarily based on estimates. The amount ultimately paid may be above or below such estimates. Adjustments resulting from changes in estimates of these liabilities are charged or credited to operations in the period in which they occur.

**(e) AACA**

AACA operates a system of compulsory insurance for vehicles licensed to be used on public roads and highways in Puerto Rico. This insurance covers death and bodily injuries caused by automobile accidents. The annual premium is $35 per motor vehicle.

The following table provides a reconciliation of the beginning and ending liability for the future benefits for the two most recent fiscal years, presented based on undiscounted method (expressed in thousands):

|                                                                                      | 2011       | 2010       |
| ------------------------------------------------------------------------------------ | ---------- | ---------- |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at beginning of year | $ 165,927  | $ 166,352  |
| Total incurred benefits                                                              | 63,180     | 74,090     |
| Total benefit payments                                                               | (62,511)   | (74,515)   |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at end of year | $ 166,596  | $ 165,927  |

The liability for future benefits is reported as liability for automobile accident insurance and workmen compensation claims in the accompanying statement of net assets (deficit). The liability covers the estimated cost of all future benefits related to claims incurred but not reported during the year. Future benefits include death and funeral, disability and accident and health benefits. AACA has recorded this liability, including administrative expenses for claim processing, based on the results of an actuarial report prepared by an independent actuary.

Changes in the ultimate liabilities for benefit payments may be required as information develops, which varies from experience, provides additional data, or, in some cases, augments data, which previously were not considered sufficient for use in determining the claim liabilities.

**(f) PRIFA**

PRIFA is responsible for assuring that its property is properly insured. Annually, PRIFA compiles the information of all property owned and its respective market value and purchases its property and casualty insurance policies. Insurance coverage for fiscal year 2011 remained similar to those of prior years. For the last three years, insurance settlements have not exceeded the amount of coverage.

**(g) PRASA**

PRASA has acquired commercial insurance to mitigate its exposure to certain losses involving real and personal property (including windstorm, flood and earthquake damages) and comprehensive general and automobile claims. Each commercial insurance policy maintained by PRASA contains specific policy limits and deductibles. Settled claims resulting from these risks have not exceeded commercial insurance coverage in any of the past three fiscal years.

**19.   COMMITMENTS AND CONTINGENCIES**

**Primary Government** — The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended, persons are authorized to sue the Commonwealth only for causes of actions set forth in said Act to a maximum amount of $75,000 or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended, the Commonwealth may provide its officers and employees with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the payment of such judgments.

With respect to pending and threatened litigation, excluding the litigation mentioned in the following paragraphs, the Commonwealth reported approximately $281 million as an amount to cover for awarded and anticipated unfavorable judgments at June 30, 2011. This amount was included as other long-term liabilities in the accompanying statement of net assets (deficit), and represents the amount estimated as probable liability or a liability with a fixed or expected due date that will require future available financial resources for this payment. The amounts claimed exceed $17 billion; however, the ultimate liability cannot be presently determined. It is the opinion of management that the claims are excessive and exaggerated. Management believes that the ultimate liability in excess of amounts provided, if any, would not be significant.

The Commonwealth is a defendant in two parallel lawsuits, one filed in the state court and the other at the federal court. The plaintiffs are various primary healthcare centers seeking to recover from the Commonwealth $500 million of Medicaid funds retained by the Department of Health of the Commonwealth since 1997. In February 2005, United States Court of Appeals for the First Circuit determined that the Commonwealth must return any funds withheld because of noncompliance with a federal law. As of June 30, 2011, the Commonwealth accrued $500 million for this legal contingency.

The Commonwealth is a defendant in a class action presented by parents of special education students in the areas of education and healthcare. In October 2006, the State Court of Appeals decided in favor of the parents' request to include damage claims pursuant to the same class action case although not as a

remedy in the class action per se. The court now may award damages to the members of the class action and to do so it may look at the claims by dividing them into groups or consider each case individually. This will require that the parents prove the damages suffered. The Commonwealth plans to defend vigorously each individual case. As of June 30, 2011, the Commonwealth accrued $600 million for this legal contingency.

The Commonwealth receives financial assistance from the federal government in the form of grants and entitlements. Receipt of grants is generally conditioned upon compliance with terms and conditions of the grant agreements and applicable federal laws and regulations, including the expenditure of resources for eligible purposes. Substantially, all grants are subject to audit under Circular A-133 of the Office of Management and Budget of the United States of America (OMB Circular A-133), all of which are performed at the individual department or agency level. Disallowance as a result of these audits may become liabilities of the Commonwealth. At June 30, 2011, based on an evaluation of pending federal disallowances, the Commonwealth has recorded approximately $118.9 million as other long-term liabilities in the accompanying statement of net assets (deficit). Expenditures that are still subject to audit could be disallowed but management believes any such future disallowances would not be material to the basic financial statements.

Construction commitments at June 30, 2011, entered by PBA, amounted to approximately $72.7 million. In addition, the Commonwealth's construction commitments for public housing facilities amounted to approximately $322 million at June 30, 2011.

On November 23, 1998, a global settlement agreement (the "Global Agreement") was entered into by and between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The agreement calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. After 2025, the tobacco companies are to continue making contributions in perpetuity. Pursuant to Act No. 173 of July 30, 1999, which created the Children's Trust (a blended component unit), the Commonwealth assigned and transferred to the Trust all payments that the Commonwealth is entitled to receive under the Global Agreement. Payments received under the agreement and recognized as revenue during the year ended June 30, 2011 amounted to approximately $71 million.

**Discretely Presented Component Units** — in the normal course of their operations, various component units are subject to guarantees, actions brought by third parties seeking damages or entering into commitments. Such actions are disclosed in the separately issued reports of the component units, some of which are summarized below:

**(a) GDB**

On August 18, 2002, the Legislature approved Law No. 198, which creates the Cooperative Development Investment Fund. The purpose of this fund is to promote the development of cooperative entities. This fund will be capitalized through contributions to be provided by GDB up to $25 million to be matched by cooperative entities. As of June 30, 2011, GDB has contributed $16.9 million to the Cooperative Development Investment Fund, $673,000 of which were contributed during the year ended June 30, 2011.

The Development Fund, a blended component unit of GDB, has entered into an agreement with the Economic Development Bank for Puerto Rico (EDB) whereby the Development Fund would guarantee a portion of loans granted by EDB under a government program named "The Key for Your Business" (the "Program"). Under the agreement, the Development Fund would assign $15 million of its capital for the Program. The Development Fund guarantees one-third of the outstanding principal balance of each loan plus accrued interest and certain other charges. The Development Fund charges one percent of the loan amount as guarantee fee and no loan can exceed $50,000. At June 30, 2011, the outstanding balance of loans guaranteed amounted to approximately $14.2 million, and the allowance for losses on guarantees amounted to approximately $1.5 million.

The Housing Finance Authority, a blended component unit of GDB, acts as servicer for a number of mortgage loans owned by other investors. The servicing is generally subcontracted to a third party. As of June 30, 2011, the principal balance of the mortgage loans serviced for others is approximately as follows (expressed in thousands):

| | |
|---|---|
| R-G Mortgage, Inc. | $1,439 |
| Office for the Administration of the Assets of the Urban Renovation and Housing Corporation or its successor without guaranteed mortgage loan payments | 43 |
| Popular Mortgage, Inc. | 38 |
| | |
| Total | $1,520 |

GDB and certain of its component units are defendants in several lawsuits arising out of the normal course of business. Management, based on advice of legal counsel, is of the opinion that the ultimate liability, if any, resulting from these pending proceedings will not have a material adverse effect on the financial position and results of operations of GDB or its component units.

**(b) PRHTA**

PRHTA is a defendant or co-defendant in various lawsuits for alleged damages in cases principally related to construction projects. These are generally either fully or partially covered by insurance. The contactors are required, under the terms of the construction agreements to carry adequate public liability insurance and to hold harmless the PRHTA from lawsuits brought on account of damages relating to the construction of the projects.

During July 2010, PRHTA settled two legal cases amounting to approximately $62 million. On June 13, 2011, PRHTA deposited approximately $21.8 million at the Federal Court of Puerto Rico as part of the appeal process at the U.S. Court of Appeals for the First Circuit of Boston for another legal case related to a construction project.

As of June 30, 2011, PRHTA, based on legal advice, has recorded a provision of approximately $92.6 million to cover probable losses on those claims not fully covered by insurance. In the opinion of legal counsel, any liability in excess of the insurance coverage and/or the recorded provision that may arise for such claims will not be significant to the PRHTA's financial position or results of operations.

**(c) PRASA**

PRASA is a defendant on various lawsuits presented by customers alleging that PRASA has over billed them due to the methodology used to estimate consumption. There are two cases in which plaintiffs requested a certification of the suit as a class action and seek recovery damages in the amount of approximately $386 million, plus legal costs of around $100 million (25%) and interests and an injunction enjoining PRASA from continuing to bill using the current methodology. PRASA's potential exposure from these lawsuits cannot be presently determined and, as such, no liability is being reported on the accompanying basic financial statements.

PRASA is the defendant or codefendant in various other lawsuits. The ultimate outcome of the lawsuits cannot presently be determined. However, PRASA's management, based on the advice of legal counsels, is of the opinion that these lawsuits will not have a material impact on the basic financial statements.

**(d) PREPA**

PREPA is a defendant or codefendant in several lawsuits incidental to its business, some involving substantial amounts. In those instances that management and legal counsel believe that the outcome of the litigation will be unfavorable to PREPA, a provision has been made to cover the estimated liability. PREPA's management, based on discussions with legal counsel believes that the additional liability, if any, resulting from the ultimate resolution of these matters will not have a material effect on PREPA's financial position or results of operations.

On May 18, 2000, Abengoa, Puerto Rico, S.E. (Abengoa), PREPA's contractor for the repowering of San Juan steam plant units 5 and 6, unilaterally declared a termination of the contract with PREPA and filed a complaint for breach of contract. PREPA has moved for time to answer the complaint and has filed a counterclaim for the cost of the project and for all damages caused to PREPA by the alleged illegal contract termination. PREPA believes that the actions by the contractor will not materially affect the ability of PREPA to provide service nor there will be a material difference in the quality of service provided by PREPA.

In June 2004, the Office of the Comptroller of the Commonwealth of Puerto Rico (the "Comptroller") issued a report stating that PREPA overcharged its clients by approximately $49.8 million, and should reimburse this amount to such clients. After this report was made public, two lawsuits were filed by clients of PREPA against PREPA demanding the reimbursement of such alleged overcharges. PREPA's position is that the Comptroller incorrectly based his conclusion on data that is not relevant to the calculation of PREPA's rates, and that PREPA's rates were properly established in the year 2000 in accordance with applicable laws and regulations. In particular, PREPA notes that its rates properly take into consideration the cost of the fuel used by PREPA's generating facilities and the cost of the electricity purchased from the two co-generating facilities that sell power to PREPA.

In 2008, Power Technologies Corp. filed a suit against PREPA, alleging that PREPA had withdrawn from a contracting process for a new energy facility, in which Power Technologies was involved, without explanation or justification. Power Technologies seeks damages of $51.4 million. The case is currently in discovery stage.

In addition to these cases, PREPA is involved in typical litigation for an electric power utility, but management estimates the amounts of such claims are not material and will not affect adversely PREPA's operations.

### (e) PRMeSA

On October 14, 2010, the Legislature of the Commonwealth approved a new article 9A to Act No. 66 of June 22, 1978, (the "Article"), authorizing PRMeSA to incur in obligations up to $285 million, under such terms and conditions approved by the Board of Member Institutions (the Board) of PRMeSA and GDB, as fiscal agent of the Commonwealth and its instrumentalities.

These additional funds shall be deposited in a special account at GDB and may only be used for the following purposes:

a.  payment of debts to suppliers, agencies, institutions, reserve fund for the self-insurance (professional responsibility and inter-fund debt) of PRMeSA; and

b.  to provide operational liquidity to ease PRMeSA's fiscal situation during the 2010-11 fiscal year, as determined by the agreement with GDB.

From savings generated as a result of the debt renegotiations with the agencies and institutions, PRMeSA will create a fund to cover operating expenses related to maintenance, overhaul and reconditioning of the physical plant. GDB, in its role as fiscal agent, shall possess the administrative mechanisms as it deems necessary to ensure that these funds will be used solely and exclusively for the purposes set forth in the Article. The special bank account and the funds deposited therein shall not be seized, syndicated, frozen, encumbered or otherwise affected by decisions, judgments, orders or rulings issued by courts of Justice of the Government of Puerto Rico or its agencies or public corporations during any adjudicative proceeding of administrative or judicial nature, regardless of whether they were initiated by private individuals or public institutions.

PRMeSA was required to develop and implement within one hundred eighty (180) days from the approval of the Article, an aggressive collection plan for the recovery of its accounts receivable. The Directors shall report periodically to GDB on the implementation of that plan, and report annually to the Board and GDB the collection proceeds arising from the execution of the plan. GDB was authorized as fiscal agent to undertake any necessary measures in order to, within a reasonable period of time, help PRMeSA to become and operate as an independent fiscal instrumentality.

However, once the collection plan is working as expected and providing PRMeSA the funds resources required, and became a financially independent institution as determined by GDB, PRMeSA will be required to assume the remaining established obligations.

The Commonwealth will honor the payment of the obligations authorized, with legislative appropriations made by the Legislature on the annual budgets, beginning with the fiscal year 2012-2013 and ending in the fiscal year 2023-2024.

Also, for the fiscal years 2012-2013 and 2013-2014, the Director of the Office of Management and Budget, will consign on the annual budgets, the amount corresponding to interests on the obligations incurred and, beginning on fiscal year 2014-2015, and for the next nine (9) years, the amount of $31.5 million plus interests on the obligations incurred. If in any moment the legislative appropriations or other income of PRMeSA were not sufficient to cover the payment of the obligations authorized and the accrued interest, the Secretary of the Treasury will withdraw from any amounts available in the General Fund of the Commonwealth the necessary amounts to repay the principal and interests of the line of credit.

PRMeSA has accounts receivable aggregating $19 million at June 30, 2011, from the Hospital of the Municipality of San Juan, related to medical services rendered. PRMeSA alleges that these amounts are related to services rendered during the period from June 30, 2005 to June 30, 2011.

PRMeSA filed at the Department of Justice of the Commonwealth and with the Commission for the Resolution of Controversies over Payments and Debts between Governmental Agencies, a claim demanding the resolution of this matter. On June 29, 2009, the Commission designated the OMB to serve as a mediator in this claim. As of June 30, 2011, no resolution or recommendation has been made by the OMB in connection with this controversy.

PRMeSA is a party in certain legal actions and claims related to medical malpractice arising in the ordinary conduct of its business. Although PRMeSA appears as a defendant in the claims, many of them involve medical personnel of the member institutions, and in effect, these claims are against said institutions. As a result of the deficiency as of June 30, 2011, of funds available in the Self-Insurance Fund, any unfavorable outcome may have a significant effect on the financial condition of PRMeSA.

Based on a review of current facts and circumstances, PRMeSA's management has provided for what is believed to be a reasonable estimate of the exposure to loss associated to litigation. PRMeSA has established an accrual reserve for claim losses in the amount of $7 million at June 30, 2011.

(f) **PRIFA**

At June 30, 2011, PRIFA is a defendant in various legal proceeding arising from its normal operations. Management, based on the advice of its legal counsel, is of the opinion that the ultimate liability, if any, resulting from these pending proceedings and legal actions in the aggregate will not have a material effect on PRIFA's financial statements. However, management is of the opinion that they will reach settlements in certain cases. A liability to cover claims and other contingencies amounting to $4.9 million has been reflected as part of accounts payable and accrued expenses in the accompanying statement of net assets (deficit).

(g) **Special Communities Perpetual Trust**

The Special Communities Perpetual Trust (the "Trust") has financial assistance agreements with several municipalities of the Commonwealth to provide funding for the construction, improvement and rehabilitation of certain projects of the Special Communities. At June 30, 2011, the Trust's commitments with the municipalities amounted to approximately $116.7 million, from which a total of approximately $93.3 million had been disbursed.

The Trust is a defendant in numerous legal proceedings pertaining to matters incidental to the performance its normal operations. The Trust recorded approximately $3 million to cover for awarded and anticipated unfavorable judgments at June 30, 2011. This amount represents the amount estimated as probable liability that will require future available financial resources for its payment. The amounts claimed approximate $48 million; however, the ultimate liability cannot be presently determined. It is the opinion of management that the claims are excessive and exaggerated. Management, based on the advice of its legal counsel, believes that the ultimate liability in excess of amounts provided would likely not exceed $1.8 million.

There is a case pending in court in which the Trust is the plaintiff for the expropriation of real property. Management, based on the advice of its legal counsel, believes that the Trust will have to pay approximately $600,000 in excess of amounts already deposited with the court when the final expropriation takes place.

**Environmental Commitments and Contingencies**

**Primary Government**

The Commonwealth accounts for the pollution remediation obligations in accordance with GASB Statement No. 49, "*Accounting and Financial Reporting for Pollution Remediation Obligations*". This Statement addresses accounting and financial reporting standards for pollution (including contamination) remediation obligations, which are obligations to address the current or potential detrimental effects of existing pollution by participating in pollution remediation activities such as site assessments and cleanups. The scope excludes pollution prevention or control obligations with respect to current operations, and future pollution remediation activities that are required upon retirement of an asset, such as landfill closure and postclosure care.

Once any of five specified obligating events occurs, a government is required to estimate the component of expected pollution remediation outlays and determine whether outlays for those components should be accrued as a liability or, if appropriate, capitalized when goods and services are acquired. Obligating events include the following:

- The government is compelled to take pollution remediation action because of an imminent endangerment.

- The government violates a pollution prevention–related permit or license.

- The government is named, or evidence indicates that it will be named, by a regulator as a responsible party or potentially responsible party (PRP) for remediation, or as a government responsible for sharing costs.

- The government is named, or evidence indicates that it will be named, in a lawsuit to compel participation in pollution remediation.

- The government commences or legally obligates itself to commence pollution remediation.

As of June 30, 2011, the pollution remediation obligation recorded in the accompanying statement of net assets (deficit) amounted to approximately $7 million, and is included in other long-term liabilities.

**Component Units**

The following component units' operations include activities that are subject to state and federal environmental regulations:

- *PREPA* — Facilities and operations of PREPA are subject to regulations under numerous federal and Commonwealth environmental laws, including the Clean Air Act, Clean Water Act, Oil Pollution Act (OPA) Resource Conservation Recovery Act (RCRA), Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) and Underground Storage Tanks, among others. In February 1992, the Environmental Protection Agency (EPA)

conducted a multimedia inspection of PREPA's facilities and identified several alleged instances of noncompliance related to PREPA's air, water, and oil spill prevention control and countermeasures compliance programs.

PREPA and the EPA undertook negotiations to resolve the issues regarding the deficiencies observed during the inspection and to ensure future compliance with all applicable laws and regulations. As a result of the negotiations, PREPA and the EPA reached an agreement that resulted in a consent decree (the "Consent Decree") approved by the United States federal court in March 1999. Under the terms and conditions of the Consent Decree, PREPA paid a civil penalty of $1.5 million and implemented additional compliance projects amounting $4.5 million. In addition, the Consent Decree requires that PREPA improves and implements compliance programs and operations in order to assure compliance with environmental laws and regulations.

In 2004, the United States federal court approved a modification to the Consent Decree agreed by PREPA and the EPA under which PREPA reduced, in two steps, the sulfur content in the No. 6 fuel oil used in certain generating units of its Costa Sur and Aguirre power plants (to 0.75% or less by March 1, 2005 and to 0.5% or less by March 1, 2007), and used No. 6 fuel oil with sulfur content of not more than 0.5% through July 18, 2009 at its Palo Seco and San Juan power plants. Additionally, PREPA has completed a nitrogen oxide emissions reduction program and modified the optimal operating ranges for all its units under the Consent Decree. PREPA also paid a $300,000 civil fine and reserved $200,000 to fund certain supplemental environmental projects and programs under the Consent Decree.

PREPA has audited the Consent Decree programs and a considerable number of them can be closed since their requirements have been completed. The programs can be closed under a Stipulation of Partial Termination filed jointly, in federal court, with the EPA.

Since September 2004, there has been no legal action in the United States federal court or any administrative proceeding against PREPA regarding the Consent Decree or its modification. The Consent Decree includes stipulated penalties for certain events of noncompliance. Noncompliance events must be disclosed to EPA in the corresponding report. Ordinarily, when a covered noncompliance event occurs, PREPA pays the stipulated penalty in advance in order to benefit from a 50% discount of the applicable stipulated penalty.

In 1997, as a result of an inspection carried out by EPA and the Puerto Rico Environmental Quality Board (EQB) at PREPA's Palo Seco Power Plant, the EPA issued an Administrative Order for the investigation and possible remediation of seven areas identified by the EPA at the Palo Seco Power Plant and the Palo Seco General warehouse. The Administrative Order required PREPA to carry out a Remedial Investigation/Feasibility study (RI/FS). The RI/FS required under the Order is designed to: (i) determine the nature and extent of contamination and any threat to the public health, welfare or environmental caused by any release or threatened released of hazardous substances, pollutants or contaminants at or from the site; and (ii) determine and evaluate alternatives for the remediation and control of the release or threatened release of hazardous substances, pollutants, or contaminants at or from the site. The RI/FS is still in progress. The RI was completed and a final report was submitted to EPA for evaluation. PREPA is waiting for EPA's evaluation.

The information gather under the RI reflected the presence of free product (Separate Phase Hydrocarbons) in several monitoring wells. The analysis of this product also reflected a low concentration of polychlorinated biphenyls (PCBs). PREPA and EPA entered in to an Administrative Order on Consent (CERCLA-02-2008-2022) requiring PREPA to complete a

removal plan that consists of determining if the underground water has been impacted by the
PCBs, the extension of the contamination and the implementation of a work plan for free
product removal. Analytical data collected during this activity reflected that underground water
has not been impacted by PCBs. Nevertheless, water/oil mix has been found in several
monitoring wells (MWs). PCBs concentrations between 1.36 – 2.36 parts per million were
detected in the oil found in 3 of the 7 MWs. Multiphase extraction (MPE) activities in the MWs
where water/oil phases were found, has been performed on a weekly basis. After several MPE,
this activity was discontinued at USEPA's recommendations. MWs gauging readings were
performed during these activities. The last MW gauging readings reflected the presence of
oil/water mix in nine MW's. Three of these wells are located off-site. This situation represents
an environmental threat since the wells are located near the ocean. USEPA request the take
actions to avoid the environmental threat, PREPA proposed the installation of LNAPL Barrier
wall which prevent further off-site migration of LNAPL and include long term passive recovery
of the LNAP. The cost of the wall barrier installation is around $1,000,000. As part of the
USEPA/PREPA meetings regarding RI/FS and AOC, USEPA is considered that RI/FS will be
completed as a no action ROD with some institutional controls and the AOC will be closed with
the installation of the barrier wall. USEPA will notify PREPA with the final decision after
discussion with other USEPA Region 2 personnel.

The remaining costs to achieve compliance have been estimated at $1,500,000. Both Orders also
establish a Reimbursement of Costs condition in which PREPA agrees to reimburse EPA for all
costs incurred by EPA in connection to the site. No bill has been received by PREPA, as of this
date.

The Record of Decision (ROD) was published as scheduled by EPA on September 30, 2011.
Alternative No. 2, Removal with On-Site Consolidation and Cover in the Non-Residential Area,
was selected. From this point on, EPA resumed negotiations with the Potential Responsible
Parties (PRP's), both private and public, towards signing a Consent Decree through which the
PRP's would contribute enough funds to cover the costs of the remedial action and the
maintenance of the site. PREPA has already approved a contribution of $1,000,000 through
Resolution 3804, April 1, 2011. Notwithstanding, through further negotiations an additional
contribution of $300,000 was required by EPA. This contribution will be considered by
PREPA's Governing Board in the upcoming weeks. Once approved PREPA should be able to
finalize the negotiations and execute the Consent Decree, subject to the ability of the other
public PRP's to do the same. Once this CD is executed no further disbursements are foreseeable,
but for the noncompliance of other PRP's

In 2002, PREPA received a "Special Notice Concerning Remedial Investigation/Feasibility
Study for Soil" at the Vega Baja Solid Waste Disposal Superfund Site. The EPA has identified
PREPA and other six entities as "potentially responsible parties", as defined in the CERCLA. In
2003, PREPA agreed to join the other potentially responsible parties in an Administrative Order
on Consent (AOC) for an RI/FS, with the understanding that such agreement did not constitute
an acceptance or responsibility. Under the AOC, PREPA committed up to $250,000 as its
contribution to partially fund the RI/FS. At this time, RI/FS has been completed. The work
proceeded in accordance with the schedule established by PREPA and the other designated
potentially responsible parties. In July 2010, a proposed plan was issued identifying the
Preferred Alternative to address soil contamination at the Vega Baja Solid Waste Disposal Site.
EPA held a public hearing on August 3, 2010 to discuss the alternatives to address soil
contamination. A Record of Decision (ROD) by EPA is scheduled for the end of September
2010 in which a determination of the selected alternative will be made.

On January 10, 2008, PREPA and Skanska Energy Services, LLC (Skanska) entered into an Engineer Procure Construct Finance Contract for the construction of the Gasoducto del Sur Project (the "Project") for an original Contract Price of $74,324,259. On December 2, 2008, the Superior Court of Ponce issued an injunction stopping all construction. On July 23, 2009, PREPA's Governing Board authorized the termination and settlement of the Contract. PREPA obtained title to all equipment and material procured and 100% of engineering documents and all pending disputes were settled for a lump-sum payment of $59,000,000 due to the Contractor. The Termination and Settlement Agreement was executed on August 7, 2009. Pursuant to an Asset Purchase Agreement dated August 17, 2009, PREPA sold the assets of the Gasoducto del Sur Project to The Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority (AFICA by its Spanish acronym) for approximately $36 million. In addition, PREPA entered into a Subordinated Loan Agreement with the Government Development Bank (GDB) for $35,000,000 evidenced by a 24-month subordinated note until such time that Puerto Rico Aqueduct and Sewer Authority (PRASA) shall purchase from AFICA the Project.

- *PRASA* — On July 1, 2003, PRASA entered into an agreement (Civil Action No. 01-1709) with EPA to attain compliance with the Clean Water Act in relation to PRASA's wastewater pump stations (WWPSs) in response to a significant number of sanitary sewer bypasses from these locations. The Clean Water Act prohibits discharges of sewage from any point in the collection and treatment system other than the authorized point at the treatment facility. PRASA completed all improvement projects required by EPA for these WWPSs on or before the established completion dates in the Agreement. This Agreement also required PRASA to invest $1 million in the development and implementation of a Supplemental Environmental Project (SEP). This project consisted of the connection of three NON-PRASA communities to the PRASA's drinking water system. The connection has been completed and is awaiting completion of adjacent systems to fully integrate these systems to PRASA's service. The Agreement also required the implementation of the Preventive Maintenance Program (PMP) for all of PRASA's WWPSs. This was fully completed in December of 2010, after a three phase, EPA-approved implementation schedule. As part of the Agreement, PRASA pays stipulated penalties for pump station bypass events on a quarterly basis. The penalty calculations are based on the pumping capacity of the pump station and the time taken to correct the deficiency causing the bypass event. The amount paid during fiscal year 2011 was approximately $.4 million.

On June 22, 2006, PRASA entered into a consent decree (Civil Action No. 06-1624) with EPA that requires PRASA to implement system-wide remedial measures at all of the wastewater treatment plants operated by PRASA. The decree establishes deadlines for the compliance with the conditions set forth in the agreement and stipulates penalties for violation of any of those deadlines. PRASA was assessed a stipulated civil penalty of $1 million which was paid during fiscal year 2008. This penalty was assessed by the Court as payment for the discharge permit violations of several treatment facilities to the Clear Water Act. The agreement also required PRASA to deposit in an escrow account with GDB an additional civil penalty of $3 million. These funds are to be used for providing sewer service to a community that has not been connected to PRASA's sanitary sewer system. PRASA is currently engaged in discussion with EPA as to the specific community that will benefit from this project. As part of the agreement, PRASA pays stipulated penalties on a yearly basis for exceedances to each of PRASA's facilities to their individual discharge permits. The penalty calculations are based on frequency of the exceedances as well as the percentage of the exceedances with its respective limit. The amount paid during fiscal year 2011 was approximately $.5 million. These penalty payments are deposited into an escrow account from which a fraction of the deposited amount can be reimbursed to PRASA based on completion of specific projects and initiatives.

On May 25, 2006, PRASA entered into a plea agreement with the U.S. Department of Justice related to violations of the Clean Water Act, as amended, Title 33, USC, Sections 1131(a) and 1319(c)(2)(A). As part of the agreement (Criminal Case No. 06-CR-00202-001), PRASA paid a $9 million fine. This penalty was assessed by the Court as payment for the discharge permit violations of several treatment facilities to the Clean Water Act. In addition, the agreement required PRASA to comply with several special conditions, such as: (i) upgrade the collection and wastewater treatment system in the Ponce de León Avenue area of San Juan for a cost of not less than $10 million to prevent direct discharges to the Martín Peña Channel; (ii) upgrade nine wastewater treatment plants for a cost of not less than $109 million; and (iii) comply with the consent decree signed by PREPA with the U.S. government on June 22, 2006. The plea agreement also established stipulated penalties for violation of any on the deadlines of performance standards set forth in the agreement. Currently, PRASA is in compliance with the deadlines and requirements of this consent order and no penalties have been paid.

On December 15, 2006, an agreement (Civil Case No. KPE 2006-0858 was signed between PRASA and the Department of Health of the Commonwealth related to violations of the Safe Drinking Water Act (SDWA), as amended. The agreement was preliminary approved by the supervising court on March 15, 2007 and it was amended and finally approved by that court on June 20, 2008. PRASA agreed to implement a work plan to remediate the violations, establish preventive and mitigation measures, and execute a preventive maintenance program for the purpose of meeting the requirements of the SDWA. This Act requires the compliance with parameters of water quality and treatment techniques in PRASA's water systems. As part of the agreement, PRASA paid a penalty of $1 million during fiscal year ended June 30, 2007. The civil penalty was stipulated by the court for alleged non-compliance issues to the SDWA attended in this decree. In this Consent Decree, PRASA shall pay stipulated penalties for failing to comply with remedial measures deadlines, fail to submit deliverables or exceedances to maximum contaminant levels. During fiscal year ended June 30, 2008 and based on the amendment and final approval of the agreement, PRASA accrued approximately $2.7 million for penalties for noncompliance as stipulated by the final agreement, which were paid during fiscal year 2009. Also, as part of the penalties for noncompliance with the remedial measures of the agreement with the Department of Health during fiscal year 2009, $1.3 million were deposited in a GDB escrow account to be used for a SEP. This SEP included three projects: (1) a chemical monitoring of 67 non-PRASA systems, (2) the installation of a disinfection system in six non-PRASA systems, and (3) the connection of schools that have their own deficient water systems o PRASA's water system. During fiscal year ended June 30, 2011, PRASA paid the amount of $200,000.

On November 2007, PRASA entered into negotiation of a consent decree (Civil Action No. 10-1365) with EPA that requires PRASA to implement system wide remedial measures at all of the sludge treatment systems at the water treatment plants owned and operated by PRASA. The consent decree was lodged on May 3, 2010 and its entry date was August 24, 2010. This consent order closed previous consent orders known as PRASA II Civil Action No. 92-1511 and PRASA III Civil Action No. 00-2554. This consent order establishes deadlines for the compliance with the conditions set forth in the proposed agreement and stipulates penalties for violation of any of those deadlines.

PRASA was assessed a penalty of approximately $3.2 million which was paid during fiscal year 2011. In accordance with this consent decree, from the amount of $3.2 million, PRASA paid a civil penalty of approximately $1 million to the Treasury of the United States of America. The civil penalty was established by EPA and U.S. Department of Justice for the alleged non-compliance issues attended in this consent decree associated with the Clean Water Act. The

other amount of approximately $2.2 million was deposited in an escrow account with GDB for the design and construction of a SEP. As part of this consent decree, the SEP project that will be executed by PRASA is the installation of an aeration system in the Toa Vaca Lake. The aeration system is under construction. The total amount of penalties paid under this agreement during the fiscal year 2011 was approximately $100,000. Stipulated penalties must be paid by PRASA for failing to comply with remedial measures deadlines, fail to submit deliverables or DMR's monthly reports or permit limit exceedances.

PRASA is a defendant in other environmental minor lawsuits, pending trial or final judgment. PRASA intends to vigorously defend itself against all of the allegations. PRASA's management, based on the advice of legal counsel, is of opinion that any liability that may result from such lawsuits would not have a material adverse effect on PRASA's financial positions as of June 30, 2011.

- *SWA* — SWA initiated in years prior to the year ended June 30, 2011, the implementation and development of the Strategic Plan for Recycling and Disposal of Solid Waste in Puerto Rico at an estimated cost of approximately $112 million. The first stage consists of the construction of thirty-nine (39) projects to be financed through and interim financing agreement with the Government Development Bank for Puerto Rico. The lines-of-credit under the agreement were paid by the Treasury Department of the Commonwealth through joint resolutions approved by the Legislature of Puerto Rico. SWA has continued with the planning and construction of the projects.

During May 2008, SWA approved the "Dynamic Itinerary for the Infrastructure Projects of Solid Waste in Puerto Rico". This itinerary defines the strategies for safe and efficient handling of solid waste in Puerto Rico for the next twenty-five (25) years in compliance with all applicable regulations. SWA proposes this itinerary for the purpose of adopting this plan as the official instrument to guide public policy for the development of infrastructure projects for handling and final disposition of solid waste in Puerto Rico. The projects proposed in the itinerary include programs to develop facilities for the recovery of recyclable materials (MRF's), facilities for the deposit of acceptable sludge, facilities to convert solid waste to energy, transshipment facilities and lateral expansion to sanitary stuffing systems (SRS). The development of these projects takes into consideration the closing of various SRS. The construction investment is estimated in approximately $1.9 billion. SWA projects that financing for these projects will come from both the public and private sectors.

**Construction Commitments** — As of June 30, 2011, the following component units maintained various unspent construction agreements as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Highways and Transportation Authority | $  667,726 |
| Puerto Rico Electric Power Authority | 105,100 |
| Puerto Rico Infrastructure Financing Authority | 63,145 |
| University of Puerto Rico | 60,707 |
| Puerto Rico Aqueduct and Sewer Authority | 50,900 |
| Company for the Integral Development of the "Peninsula de Cantera" | 25,664 |
| Puerto Rico Ports Authority | 25,400 |
| Port of the Americas Authority | 19,271 |
| Puerto Rico and Municipal Islands Maritime Transport Authority | 14,900 |
| Puerto Rico Land Administration | 4,585 |
| Governing Board of the 9-1-1 Service | 3,287 |
| Institute of Puerto Rican Culture | 3,097 |
| Puerto Rico Conservatory of Music Corporation | 401 |
| Institutional Trust of the National Guard of Puerto Rico | 294 |
| Total | $1,044,477 |

## 20.  RETIREMENT SYSTEMS

The Commonwealth sponsors three contributory pension plans (collectively known as the "Retirement Systems"), which are reported in the accompanying statement of fiduciary net assets:

- Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)

- The Commonwealth of Puerto Rico Judiciary Retirement System (JRS)

- Puerto Rico System of Annuities and Pensions for Teachers (TRS)

Each system is independent; thus, their assets or liabilities may not be transferred from one system to another or used for any purpose other than to benefit the participants of each system.

The Retirement Systems issue financial reports, which are publicly available and include the basic financial statements, the required trend information, and any other required supplementary information. These reports may be obtained by written request to the corresponding retirement system administrator at the addresses detailed in note 1(b).

### (a)  ERS

*Plan Description* — The ERS is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 447 on May 15, 1951. The ERS began operations on January 1, 1952, at which date, contributions by employers and participating employees commenced. The ERS is a pension trust fund of the Commonwealth. The ERS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

The responsibility for the proper operation and administration of the ERS is vested on the board of trustees, composed of two participating employees and one pensioner, who are appointed by the Governor of the Commonwealth. Also, there are four Commonwealth government agency representatives, which are the Secretary of the Treasury, the President of the Government

Development Bank for Puerto Rico, the Executive Director of the Commonwealth's Human Resources Office, and the Municipal Affairs Commissioner.

As of June 30, 2011, the ERS has an unfunded actuarial accrued liability of approximately $23.7 billion, representing a 6.80% funding ratio using net assets. In the opinion of management and based on information prepared by external consulting actuaries, if measures are not taken now to deal with this situation, the ERS will not be able to fully fund pensions beginning in fiscal year 2020; however, net assets held in trust for pension benefits will be exhausted during fiscal year 2014. This situation could have a direct negative effect on the Commonwealth's general fund, since most of the employers under the ERS are government agencies obligated to make actuarial contributions to fund the ERS.

To address to these issues, the Governor of the Commonwealth (the "Governor"), by Executive Order OE-2010-10 dated March 12, 2010, created the Special Commission on the Retirement Systems Reform (the "Commission"), to provide individual and/or group recommendations on actions that the executive and legislative branches can execute to provide immediate alternatives to ease the current crisis and long-term solutions to improve the financial condition of the ERS.

On October 21, 2010, the Commission presented a report to the Governor that included specific recommendations addressing the current fiscal crisis and cash flow problems of ERS. Among these recommendations, the Commission proposed increasing the contribution percentages, restructuring benefits and establishing certain limitations on loans, among other.

After reviewing the Commission's report, ERS and the Commonwealth, with the assistance of the ERS external consulting actuaries, concluded that annual increases in the employers' contribution rate would be required to fully fund pensions, without having to liquidate ERS investment portfolio. Accordingly, on July 16, 2011, the Commonwealth enacted Act No. 116, an amendment to Act No. 447 of May 15, 1951, which increases the employers' contributions to the ERS. The employers' contributions to the ERS will increase from 9.275% to 10.275% effective July 1, 2011, with annual increases of 1% each July 1st from July 1, 2012 until June 30, 2016 and then with annual increases of 1.25% each July 1st from July 1, 2016 until June 30, 2021 (when the employer's contribution will reach 20.525%).

Other measures taken to improve the funding ratio of ERS, include 1) improving the collection of late contributions by receiving such contributions directly from  the Centro Recaudaciones Ingresos Municipales (CRIM) when a municipality fails to send their contributions within 30 days from the due date or from the Department of Treasury of the Commonwealth (Hacienda) in the case of agencies; 2) implementation of Act No. 70 establishing early retirement incentives; 3) revision of the Employee Personal Loan Policy by limiting personal and cultural loan amounts to $5,000 each, from $15,000 and $10,000, respectively; and 4) the receipt of a special contribution from the Commonwealth that was invested in junior subordinated capital appreciation bonds issued by Corporación para el Fondo de Interés Apremiante de Puerto Rico (the "COFINA Bonds") amounting to $162.5 million.

Act No. 70 establishes a program that provides benefits for early retirement or economic incentives for voluntary employment terminations to eligible employees, as defined. Act No. 70 also establishes that early retirement benefits will be provided to eligible employees that have completed between 15 to 29 years of creditable services and will consist of monthly benefits ranging from 37.5% to 50% of each employees' monthly salary.  Benefits under this program will be paid by the General Fund of the Commonwealth (the "General Fund") and by the public corporations, covering their respective employees until the plan member reaches the later of age 55 for members under Law

447 or age 65 for members under Act 1, or the date the plan member would have completed 30 years of service had the member continued its employment.  ERS will be responsible for benefit payments afterwards.  In addition, the General Fund and the public corporations will also be required to make a contribution equal to 9.275% (17.55% for public corporations) of final salary of the plan member to the ERS.

The successful implementation of these measures cannot be assured, as it is dependent upon future events and circumstances whose outcome cannot be anticipated.

The ERS consists of different benefit structures pursuant to Act No. 447 of 1951, as amended, including a cost-sharing multi-employer contributory defined benefit program and a cash balance program, similar to a cash balance plan. The ERS is sponsored by the Commonwealth, public corporations, and municipalities of Puerto Rico. Substantially all full-time employees of the Commonwealth and its instrumentalities (Commonwealth Agencies, Municipalities, and Public Corporations, including the ERS) are covered by the ERS. All regular, appointed, and temporary employees of the Commonwealth at the date of employment become plan members of the ERS. The ERS is optional for Commonwealth officers appointed by the Governor and Head of Agencies.

Plan members, other than those joining the ERS after March 31, 1990, are eligible for the benefits described below:

*Retirement Annuity* — Plan members are eligible for a retirement annuity upon reaching the following age:

| Policemen and Firefighters | Other Employees |
|---|---|
| 50 with 25 years of credited service | 55 with 25 years of credited service |
| 58 with 10 years of credited service | 58 with 10 years of credited service |

Plan members are eligible for monthly benefit payments determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the highest 36 months of compensation recognized by the ERS. The annuity, for which a plan member is eligible, is limited to a minimum of $400 per month and a maximum of 75% of the average compensation.

*Merit Annuity* — Plan members are eligible for merit annuity with a minimum of 30 years or more of credited service. The annuity for which the plan member is eligible is limited to a minimum of 65% and a maximum of 75% of the average compensation.

*Deferred Retirement Annuity* — A participating employee who ceases to be an employee of the Commonwealth after having accumulated a minimum of 10 years of credited service qualifies for retirement benefits provided his/her contributions to the ERS are left within the ERS until attainment of 58 years of age.

*Coordinated Plan* — On the coordinated plan, the participating employee contributes a 5.775% of the monthly salary for the first $550 and 8.275% for the excess over $550. By the time the employee reaches 65 years old and begins to receive social security benefits, the pension benefits are reduced by the following:

- $165 per month if retired with 55 years of age and 30 years of credited service.

- $110 per month if retired with less than 55 years of age and 30 years of credited service.

- All other between $82 and $100 per month.

- Disability annuities under the coordinated plan are also adjusted at age 65 and in some cases can be reduced over $165 per month.

*Noncoordinated Plan* — On the noncoordinated plan, the participating employee contributes an 8.275% of the monthly salary and does not have any change on the pension benefits upon receiving social security benefits.

*Reversionary Annuity* — A plan member, upon retirement, could elect to receive a reduced retirement annuity giving one or more benefit payments to his/her dependents. The life annuity payments would start after the death of the retiree for an amount not less than $240 yearly or greater than the annuity payments being received by the retiree.

*Occupational Disability Annuity* — A participating employee, who as a direct result of the performance of his/her occupation is totally and permanently disabled, is eligible for a disability annuity of 50% of the compensation received at the time of the disability.

*Nonoccupational Disability Annuity* — A participating employee totally and permanently disabled for causes not related to his/her occupation, and with no less than 10 years of credited service, is eligible for an annuity of 1.5% of the average compensation of the first 20 years of credited services increased by 2% for every additional year of credited service in excess of 20 years.

*Death Benefits:*

*Occupational:*

Surviving Spouse — annuity equal to 50% of the participating employee's salary at the date of the death.

Children — $10 per month for each child, minor or student, up to a maximum benefit per family of 100% of the participating employee's salary at the date of the death. If no spouse survives, or dies while receiving the annuity payments, each child, age 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies.

*Nonoccupational:*

Beneficiary — the contributions and interest accumulated as of the date of the death plus an amount equal to the annual compensation at the time of death.

Postretirement — Beneficiary with surviving spouse age 60 or over and child, age 18 or under, up to 50% (60%, if not covered under Title II of the Social Security Act) of retiree's pension or otherwise the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $750.

*Refunds* — A participating employee who ceases his/her employment with the Commonwealth without right to a retirement annuity has the right to a refund of the contributions to the ERS, plus any interest earned thereon.

*Amendments to Benefits Structure for Plan Members who Joined the ERS on or After April 1, 1990* — Act No. 1 of February 16, 1990, made certain amendments applicable to new participating employees joining the ERS effective April 1, 1990. These changes consist principally of an increase in the retirement age from 55 to 65, a decrease in the benefit percentage of the average compensation in the occupational disability and occupational death benefits annuities from 50% to 40%, and the elimination of the merit annuity for participating employees (except policemen and firemen) who have completed 30 years of creditable service.

*Cost of Living Adjustment for Pension Benefits* — Act No. 10 of May 21, 1992, provided for increases of 3% every three years, of the pensions paid by the ERS to those plan members with three or more years of retirement. The Act requires further legislation to grant this increase every three years, subject to the presentation of actuarial studies regarding its costs and the source of financing. Since fiscal year 1992 to 2007 there have been other acts addressing the cost of living allowance (C.O.L.A.) as Act No. 207 of August 13, 1995; Act No. 221 of August 9, 1998; Act No. 40 of June 13, 2001; Act No. 157 of June 27, 2003; and Act No. 35 of April 24, 2007.

On April 24, 2007, the Governor signed the Act No. 35 to provide for an increase of 3% of the pension paid by the ERS to those plan members whose monthly pension is less than $1,250, effective on July 1, 2008.

To protect the financial health of the ERS, the increases granted pursuant to the above laws are being financed through annual appropriations from the Commonwealth and contributions from municipalities and public corporations.

*Other Benefits Granted* — For fiscal years 2003 to 2007, the Commonwealth granted additional benefits to the ERS's retirees. As of June 30, 2011, these increases are being funded through special appropriations from the Commonwealth for the amount corresponding to the Commonwealth agencies and by contributions from the public corporations and municipalities.

*Early Retirement Programs* — During fiscal year 2008, the Commonwealth issued Act No. 70, dated July 13, 2007, to implement an early retirement program for the employees of the National Parks Company of Puerto Rico. The Municipality of San Juan issued Resolution No. 41, dated May 5, 2008, which provided an early retirement program for the municipalities' employees. Also, GDB implemented an early retirement program for its employees under the Act No. 188 of December 12, 2007. The National Parks Company of Puerto Rico has already made two payments and would reimburse the remaining balance on annuities and other benefits paid by the ERS in three installments on each July 31 starting on 2009 through 2012. The Municipality of San Juan will reimburse the annuities and other benefits paid by the ERS during a five-year period, plus the employer and employee contributions with respect to the plan members covered until they reach the normal retirement age.

The Land Authority of Puerto Rico (the "Land Authority") implemented an early retirement program for its employees under Law No. 59 of January 31, 2008. The Land Authority has already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting on 2009 through 2012.

The Right to Employment Administration (the "Administration") implemented an early retirement program for its employees under Law No. 275 of December 31, 2008. The Administration already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting on 2009 through 2012.

The Puerto Rico Environmental Quality Board (the "EQB") implemented an early retirement program for its employees under the Act No. 7 dated August 9, 2008. The EQB already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting on 2009 through 2012.

The Puerto Rico Department of Labor and Human Resources (the "Department of Labor") implemented an early retirement program for its employees under the Law 136 dated July 29, 2008. The Department of Labor already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting on 2009 through 2012.

*Amendment to Act No. 447 Effective January 1, 2000, to Create System 2000* — On September 24, 1999, Law 305, an amendment to Act No. 447 of May 15, 1951, which created the ERS, was enacted to provide for a new benefit structure, similar to a cash balance plan, known as System 2000, to cover employees joining the ERS on or after January 1, 2000.

Employees participating in the ERS as of December 31, 1999, were allowed to elect either to stay in the defined benefit structure or transfer to System 2000. People joining the public sector on or after January 1, 2000, are only allowed to become members of System 2000. Under System 2000, contributions received from participants are pooled and invested by the ERS, together with the assets corresponding to the defined benefit structure. Future benefit payments under the original defined benefit structure and System 2000 will be paid from the same pool of assets. As a different benefit structure, System 2000 is not a separate plan, and as such, is not presented separately from the original defined benefit structure, pursuant to the provisions of GASB Statement No. 25. The Commonwealth does not guarantee benefits at retirement age.

The annuity benefits to participants is based on a formula which assumes that each year the employee's contribution (with a minimum of 8.275% of the employee's salary up to a maximum of 10%) will be invested as instructed by the employee in an account which either: (1) earns a fixed rate based on the two-year Constant Maturity Treasury Notes or, (2) earns a rate equal to 90% of the return of the ERS's investment portfolio (net of management fees), or (3) earns a combination of both alternatives. Plan members receive periodic account statements similar to those of defined contribution plans showing their accrued balances. Disability benefits are not granted under System 2000 rather should be provided to those plan members that voluntarily elect to participate in a private insurance long-term disability program. The employers' contributions (9.275% of the employee's salary for 2011) with respect to employees under System 2000 will continue but will be used to fund the defined benefit plan. System 2000 reduced the retirement age from 65 years to 60 for those employees who joined the current plan on or after January 1, 2000.

At June 30, 2011, System 2000's membership consisted of 55,569 current participating employees.

*Funding Policy* — The contribution requirement to the ERS is established by law and is not actuarially determined. Required employers' contributions consist of 9.275% of applicable payroll in the cases of municipalities, central government, and public corporations. Required employee contribution consists of 5.775% of the first $550 of the monthly salary with the excess at 8.275% for the coordinated benefit structure and 8.275% of the total monthly salary for participating employee's contributions for the noncoordinated benefit structure. If necessary, additional non payroll related contributions from the Commonwealth should ultimately cover any deficiency between the participating employers' and employee's contributions and the ERS's pension benefit obligations and general and administrative deductions.

ERS, besides the contributions received from plan members and employers, also receives legislative appropriations from special laws to cover additional benefits and the increase in benefits to retired employees. In the past years, there have been laws that granted additional benefits, such as, summer and Christmas bonuses, and various increases in cost of living allowances (3%), among others.

Most of the funds used to cover these benefits are budgeted by the Commonwealth through legislative appropriations.

During the year ended June 30, 2011, ERS decreased the assumed rate of return from 7.5% in 2010 to 6.4% in 2011, which resulted in an increase of approximately $2.43 billion in the actuarial accrued liability.

**(b)  JRS**

*Plan Description* — The Commonwealth of Puerto Rico Judiciary Retirement System (the "JRS") is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration (the "Administration") and was created by Act No. 12 on October 19, 1954 ("Act No. 12 of 1954"). The JRS is a pension trust fund of the Commonwealth and is not an employer. The JRS provides retirement benefits to the employees of the judiciary branch of the Commonwealth, through the office of the Administration of Court Facilities (the "Employer"). The JRS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

The responsibility for the proper operation and administration of the JRS is vested on a board of trustees, composed of two participating employees and one pensioner, who are appointed by the Governor of the Commonwealth. Also, there are four Commonwealth government agency representatives, which are the Secretary of the Treasury, the President of the Government Development Bank for Puerto Rico, the Commissioner of Municipalities Affairs, and the Executive Director of the Human Resources Office of the Commonwealth of Puerto Rico.

As of June 30, 2011, the JRS has an unfunded actuarial accrued liability of approximately $318 million, representing a 16.7% funding ratio. In the opinion of management and based on information prepared by consulting actuaries, if measures are not taken now to deal with this situation, the JRS will not be able to fully fund pensions during fiscal year 2019. This situation could have a direct negative effect on the Commonwealth's general fund, since the Commonwealth is the plan sponsor and is obligated to make actuarial contributions to fund the JRS.

To address these issues, JRS and the Office of the Administration of Court Facilities ("the Employer") entered into an agreement to increase the employer contributions from 20% to 30.34%, effective on July 1, 2008. Employees' contributions consist of 8% of the employees' monthly salary. Contributions from the Commonwealth should ultimately cover any deficiencies between the employer's and employee contributions and JRS pension benefit obligation and administrative costs.

The successful implementation of these measures cannot be assured, as it dependent upon future events and circumstances whose outcome cannot be anticipated.

The JRS and the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS), also a pension trust fund of the Commonwealth, are administered by the Administration. The Administration allocated 1.5317% of its general and administrative expenses to the JRS during the year ended June 30, 2011. The methodology used to determine the allocation of the Administration's expenses was based on total Employer and participating employees'

contributions to the JRS, divided by the aggregate total of employers and participants' contributions to the JRS and ERS, combined.

During the year ended June 30, 2011, the JRS liquidated investments of approximately $19 million to pay for administrative expenses charged by the Administration, covering several previous fiscal years.

The JRS consists of a single – employer defined benefit plan sponsored by the Commonwealth. Under the terms of Act No. 12 of 1954, as amended, all judges of the judiciary branch of the Commonwealth are plan member of the JRS.

Members of the JRS are eligible for the following benefits:

*Retirement Annuity* — Plan members with 10 years of credited service are eligible for retirement upon reaching 60 years of age.

Plan members are eligible for monthly benefit payments determined by the application of a stipulated benefit to the plan member's average compensation. Average compensation is computed based on the last month of compensation. The annuity for which a plan member is eligible, is limited to a minimum of 25% and a maximum of 75% of the average compensation, except for the judges of the Supreme Court for whom the annuity is limited to a minimum of 50% and a maximum of 100% of the average compensation received by the members of the Supreme Court.

*Reversionary Annuity* — A plan member, upon retirement, could elect to receive a reduced retirement annuity giving one or more benefit payments to his/her dependents. The payments would start after the death of the retiree, for an amount not less than $120 yearly or greater than the annuity payments being received by the retiree.

*Occupational Disability Annuity* — A participating employee, who as a direct result of the performance of his/her occupation is totally and permanently disabled, is eligible for a disability annuity of 50% of the compensation, received at the time of the disability.

*Nonoccupational Disability Annuity* — A participating employee totally and permanently disabled for causes not related to his/her occupation, and with no less than 10 years of credited service, is eligible for annuity of 30% of the average compensation of the first 10 years of credited services, increased by 1% for every additional year of credited service in excess of 10 years, up to a maximum of 50% of the average compensation.

*Death Benefits:*

*Occupational*:

- Surviving spouse — annuity equal to 50% of the participating employee's salary at the date of the death.

- Children — $10 per month for each child, minor or student, up to a maximum benefit per family of 75% of the participating employee's salary at the date of the death. If no spouse survives or dies while receiving the annuity payments, each child, 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies.

*Nonoccupational:*

The contributions and interest accumulated as of the date of the death, plus an amount equal to the annual compensation at the time of the death.

*Postretirement:*

- Surviving spouse and child, 21 or under — up to 60% of the retiree's pension.

- Other designated by the retiree — the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $500.

*Refunds* — A participating employee who ceases his/her employment with the Commonwealth without right to a retirement annuity has the right to a refund of the contributions to the JRS, plus any interest earned thereon.

*Cost of Living Adjustment for Pension Benefits* — Act No. 177 of 1997 provides, effective January 1, 1999, for increases of 3%, every three years, of the pensions paid by the JRS to those plan members with three or more years of retirement. The Act requires further legislation to grant this increase every three years.

*Funding Policy* — The contributions to the JRS are established by law and are not actuarially determined. Required contributions consist of 30.34% of applicable payroll for the employer and 8% for the participating employees. Contributions from the Commonwealth should ultimately cover any deficiency between the employer's and employees' contributions and the JRS's pension benefit obligations and administrative costs.

During the year June 30, 2011, JRS decreased the assumed rate of return from 7.5% in 2010 to 6.6% in 2011, which resulted in an increase of approximately $30 million in the actuarial accrued liability.

**(c)   TRS**

*Plan Description* — The Puerto Rico System of Annuities and Pensions for Teachers (the "TRS") is a defined benefit plan administered by the Puerto Rico Teachers Retirement System and was created by Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. The TRS is considered an integral part of the Commonwealth's financial reporting entity and is included in the Commonwealth's basic financial statements as a pension trust fund. The TRS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974.

The responsibility for the proper operation and administration of the TRS is vested in a Board of Trustees (the "Board"), composed of nine members, as follows:  three ex-official members, which are the Secretary of the Treasury, the Secretary of the Department of Education, and the President of GDB; one member who is a representative of a teacher's organization designated by the Governor; three teachers of TRS appointed by the Governor, one of which is a currently certified teacher in active service, and two who represented retired teachers; one member who is a representative of the entity in accordance with Act No. 45 of February 25, 1998, as amended; and one additional member, as representative of the public interest, with knowledge of and experience in the administration and operation of financial systems, appointed by the Governor.

As of June 30, 2011, TRS has an unfunded actuarial accrued liability of approximately $9 billion, resulting in a funding ratio of 21%. In the opinion of management, based on information prepared by consulting actuaries, if measures are not taken now to deal with this situation, TRS will not be able to fully fund pensions in fiscal years beginning after June 30, 2022. This situation could have a direct negative effect on the Commonwealth's general fund, since the Commonwealth is the ultimate plan sponsor and will be obligated to make actuarial contributions to fund TRS.

To attend to these issues, the Governor created the Special Commission on the Retirement Systems Reform (the "Commission") in 2010 to provide individual and/or group recommendations on actions that the executive and legislative branches can execute to provide immediate alternatives to ease the current crisis and long-term solutions to improve the financial condition of TRS.

On October 21, 2010, the Commission presented a report to the Governor that included specific recommendations addressing the current fiscal crisis and cash flow problems of TRS. Among these recommendations, the Commission proposed increasing the contribution percentages, restructuring benefits and establishing certain limitations on loans, among other.

After reviewing the Commission's report, TRS and the Commonwealth, with the assistance of the TRS's external consulting actuaries, concluded that annual increases in the employers' contribution rate will be required to fully fund pensions, without having to liquidate the TRS's investment portfolio. As a result of such determination, the Commonwealth approved Act No. 114 on July 5, 2011, establishing annual employer contribution increases of 1% for the fiscal years 2012 to 2016. In addition, it establishes annual employer contributions increases of 1.25% for the fiscal year 2017 to 2021.

The successful implementation of these measures cannot be assured, as it is dependent upon future events and circumstances whose outcome cannot be anticipated.

The TRS is a defined benefit plan sponsored by the Commonwealth. Substantially, all active teachers of the Commonwealth's Department of Education are covered by the TRS under the terms of Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. The new law gives the Puerto Rico Teachers Retirement System's active employees as of March 29, 2004, the option to participate in the plan. Employees recruited by the Puerto Rico Teachers Retirement System after the approval of the new law become members of the plan. All active teachers of the Department of Education become plan members of the TRS at their date of employment. Licensed teachers working in private schools or other educational organizations can be members of the TRS at their own choice as long as the required employer and employee contributions are satisfied.

The plan members of the TRS are eligible for the benefits described below:

*Retirement Annuity* — Plan members are eligible for monthly benefit payments determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the highest 36 months of compensation recognized by the TRS. The annuity for which a plan member is eligible is limited to a minimum of $400 per month and a maximum of 75% of the average compensation.

The plan members are eligible for retirement annuity benefits upon complying with the following:

| Age | Years of Creditable Services | Retirement Annuity Compensation |
|---|---|---|
| Fifty | 30 or more | 75% of average compensation |
| Under fifty | 30 or more | 65% of average compensation |
| Sixty | At least 10, but less than 25 | 1.8% of average compensation times years of service |
| Fifty | At least 25, but less than 30 | 1.8% of average compensation times years of service |
| Forty-seven but less than Fifty | At least 25, but less than 30 | 95% of the annual pension that would have received with 50 years of age |

*Deferred Retirement Annuity* — A participating employee who terminates service before age 60, after having accumulated a minimum of ten years of creditable services, qualifies for a deferred retirement annuity payable beginning at age 60. A participating employee who has completed 25 or more years of creditable services and is under the age of 47 at termination, qualifies for a deferred retirement annuity payable beginning at age 47. The vested rights described above are provided if his/her contributions to the TRS are left within the TRS until the attainment of the respective retirement age.

*Occupational Disability Annuity* — A participating employee, who as a direct result of the performance of his/her occupation becomes disabled, is eligible for an annuity of 1.8% of average compensation based on the highest 60 months or the number of months of creditable services, if less than five years, recognized by the TRS, times years of creditable services; but not less than $400 per month.

*Nonoccupational Disability Annuity* — A participating employee disabled for causes not related to his/her occupation, and with at least five years of credited service, is eligible for an annuity of 1.8% of average compensation based on the highest 60 months recognized by the TRS, times years of service; but not less than $400 per month.

*Death Benefits:*

*Pre-retirement* — The beneficiaries receive the contributions made to the plan and 2% interest accumulated as of the date of death (after discounting debts with the TRS), plus an amount equal to the annual compensation of the member at the time of death.

*Post-retirement* — The surviving spouse receives 50% of the retiree's pension and if there are children under 22 years of age or disabled (until disability ceases), they receive the other 50% of the pension. If there is no surviving spouse or children who qualify, the beneficiaries receive the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $1,000.

*Refunds* — A participating employee who ceases his/her employment with the Commonwealth without the right to a retirement annuity has the right to a refund of the employee contributions paid to the TRS, plus any interest earned thereon.

*Early Retirement Program* — On January 27, 2000, Act No. 44 was approved, which provided that effective March 9, 2000, plan members are eligible for early retirement upon attaining the age of 50 and 28 years of services in the first year of implementation and age 50 and 25 years of service in subsequent years. Those who select early retirement under these conditions will receive monthly benefits equal to 75% of their average compensation, which is computed based on the highest 36 months of compensation recognized by the TRS. Effective July 31, 2001, the option for early retirement was closed.

*Special Benefits* — Special benefits include the following:

- Christmas Bonus — An annual bonus of $600 for each retiree and disabled member paid each December. The TRS pays $150 per retiree and disabled member and the remaining bonus is paid by the Commonwealth.

- Summer Bonus — An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July. This benefit is prorated if there are multiple beneficiaries and is funded by the Commonwealth.

- Medication Bonus — An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July to cover health costs. Evidence of coverage is not required. This benefit is funded by the Commonwealth.

- Cost-of-Living Adjustments — Act No. 62 of September 4, 1992 provided, subject to the approval of the Legislature of the Commonwealth (the "Legislature"), for increases of 3% every three years in pensions to those plan members with three or more years of retirement. In years 1995, 1998, 2001, 2004, and 2007, the Legislature has replicated the benefit granted per Act No. 62 of September 4, 1992. This benefit is funded by the Commonwealth.

- Other Pension Increase Acts. — Act No. 128 of June 10, 1967 and Act No. 124 of June 8, 1973 provided a pension increase (form 2% to 10%) based on the monthly pension, and Act No. 47 of June 1, 1984, provided a pension increase based on credited service worked. This increase is funded by the Commonwealth.

- Cultural Loans — Act No. 22 of June 14, 1965 provides 50% repay of the interest that would be required to pay from the actives teachers and retirees. This increase is funded by the Commonwealth.

- Death Benefit — Act No. 272 of March 29, 2004 increases the death benefit of $500 to $1,000. This $500 increase is funded by the Commonwealth.

*Funding Policy* — Participating employees are required to contribute 9% of their compensation to the TRS, while the employer was required to contribute 8.5% of the applicable payroll until June 30, 2011. However, Act No. 114 provides for annual employer contributions increases of 1% for the fiscal years 2012 to 2016, and 1.25% annually for the fiscal years 2017 to 2021. Commonwealth contributions should ultimately cover any deficiency between the participating employees' contributions and the TRS's pension benefit obligations and administrative costs.

The special contributions of approximately $47,753,000 in 2011 represent contributions from the general fund of the Commonwealth for special benefits granted by special laws.

During the year ended June 30, 2011, TRS decreased the assumed rate of return from 8% in 2010 to 6.4% in 2011, which resulted in an increase of approximately $1.9 billion in the actuarial accrued liability.

Other relevant information on the Commonwealth's Retirement Systems is presented below (as of June 30, 2011, for ERS, JRS, and TRS):

**(d)  Membership as of June 30, 2011**

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Retirees and beneficiaries currently receiving benefits | 113,191 | 439 | 36,129 | 149,759 |
| Current participating employees | 135,972 | 362 | 43,402 | 179,736 |
| Total | 249,163 | 801 | 79,531 | 329,495 |

**(e)  Annual Pension Cost and Net Pension Obligation**

The Commonwealth's annual pension cost and net pension obligation of the three pension plans as of and for the year ended June 30, 2011 were as follows (expressed in thousands):

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Annual required contributions | $1,734,979 | $ 29,684 | $  528,170 | $2,292,833 |
| Interest on net pension obligation | 476,528 | 2,708 | 125,931 | 605,167 |
| Adjustment to annual required sponsors' contributions | (555,326) | (3,279) | (103,701) | (662,306) |
| Annual pension cost | 1,656,181 | 29,113 | 550,400 | 2,235,694 |
| Statutory sponsors' contributions made | (701,709) | (10,955) | (161,628) | (874,292) |
| Increase in net pension obligation | 954,472 | 18,158 | 388,772 | 1,361,402 |
| Net pension obligation at beginning of year | 6,353,700 | 36,110 | 1,574,140 | 7,963,950 |
| Net pension obligation at end of year | $7,308,172 | $ 54,268 | $1,962,912 | $9,325,352 |

The net pension obligation for ERS, JRS and TRS of $9.1 billion, is recorded in the accompanying statement of net assets (deficit).

The following tables show the most significant actuarial methods and assumptions used to estimate the net pension obligation:

|  | ERS | JRS | TRS |
|---|---|---|---|
| Date of latest actuarial valuation | June 30, 2011 | June 30, 2011 | June 30, 2011 |
| Actuarial-cost method | Projected unit credit cost method with straight proration based on service to decrement | Projected unit credit cost method with straight proration based on service to decrement | Entry age normal |
| Amortization method | 30 years closed, level dollar | 30 years closed, level percentage of payroll | 30 years closed, level percentage of payroll |
| Remaining amortization period | 27 years | 16 years | 27 years |
| Amortization approach | Closed | Closed | Closed |

The annual required contribution for the year ended June 30, 2011, was determined by actuarial valuations for each of the pension plans as described below:

|  | ERS | JRS | TRS |
|---|---|---|---|
| Asset-valuation method | Market value of assets | Market value of assets | Market value of assets |
| Actuarial assumptions: |  |  |  |
| Inflation | 2.5 % | 2.5 % | 2.5 % |
| Investment rate of return | 6.4 % | 6.6 % | 6.4 % |
| Projected payroll growth | 2.5 % | - % | - % |
| Projected salary increases per annum | 3.0% (no increase in 2010-11) | 3.0 % | 3.5 % (general wage inflation, plus service — based merit increase) |
| Cost-of-living adjustments | 0.99% annually to approximate 3.0% triennial increases | 0.99% annually to approximate 3.0% triennial increases | None |

| Mortality | Pre-retirement Mortality: For general employees and Mayors, RP-2000 Employee Mortality Rates for males and females projected on a generational basis using Scale AA. For members covered under Act 127, RP-2000 Employee Mortality Rates with blue collar adjustments for males and females, projected on a generational basis using Scale AA. As generational tables, they reflect mortality improvements both before and after the measurement date.

100% of deaths while in active service are assumed to be occupational for members covered under Act 127. For other members, 25% of deaths while in active service are occupational and 75% are assumed to be non-occupational.

Post-retirement Healthy Mortality: Gender-specific mortality rates were developed based on a study of plan's experience from 2003 - 2007. Sample rates shown below are as of 2005 and are thereafter projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date.

Post-retirement Disabled Mortality: RP-2000 Disabled Annuitant Mortality Rates, without projection. No provision was made for future mortality improvement for disabled retirees. | Pre-retirement Mortality: RP-2000 Employee Mortality Rates with white collar adjustments for males and females, projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date.

Among deaths while in active service, 50% are assumed to be occupational, 50% are assumed to be nonoccupational.

Post-retirement Healthy Mortality: RP-2000 Healthy Annuitant Mortality Rates with white collar adjustments for males and females, projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date.

Post-retirement Disabled Mortality: RP-2000 Disabled Annuitant Mortality Rates, without projection. No provision was made for future mortality improvement for disabled retirees. | Pre-retirement Mortality: RP-2000 Employee Mortality Rates for males and females, projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date.

Post-retirement Healthy Mortality: Rates which vary by gender are assumed for healthy retirees and beneficiaries based on a study of plan's experience from 2004 to 2007. The rates are projected on a generational basis starting in 2005 using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date.

Post-retirement Disabled Mortality: Rates which vary by gender are assumed for disabled retirees based on a study of plan's experience from 2004 to 2007. No provision was made for future mortality improvement for disabled retirees. |

The ERS, JRS, and TRS statutory contribution as a percentage of the required contribution for the current year and each of the two preceding years is as follows:

|  | ERS | JRS | TRS |
|---|---|---|---|
| Year ended June 30, 2011 | 40.44 % | 36.90 % | 30.60 % |
| Year ended June 30, 2010 | 36.60 | 39.13 | 34.87 |
| Year ended June 30, 2009 | 47.23 | 50.03 | 43.88 |

**(f)  Three Year Trend Information**

The three year trend information is as follows (dollars expressed in thousands):

|  | ERS | JRS | TRS |
|---|---|---|---|
| Annual pension cost (APC): |  |  |  |
| Year ended June 30, 2011 | $1,656,181 | $29,113 | $  550,400 |
| Year ended June 30, 2010 | 1,397,151 | 27,896 | 496,338 |
| Year ended June 30, 2009 | 1,207,487 | 22,122 | 459,645 |
| Percentage of APC contributed: |  |  |  |
| Year ended June 30, 2011 | 42.4 % | 37.6 % | 29.4 % |
| Year ended June 30, 2010 | 38.2 | 39.5 | 33.5 |
| Year ended June 30, 2009 | 49.2 | 50.2 | 42.0 |
| Net pension obligation (asset): |  |  |  |
| At June 30, 2011 | $7,308,172 | $54,268 | $1,962,912 |
| At June 30, 2010 | 6,353,700 | 36,110 | 1,574,140 |
| At June 30, 2009 | 5,490,824 | 19,220 | 1,244,186 |

**(g)  Funded Status**

Funded status of the pension plans as of June 30, 2011, the most recent actuarial valuation date, is as follows (dollars expressed in thousands):

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Actuarial accrued liability | $ 25,457,354 | $   382,776 | $ 11,448,609 | $ 37,288,739 |
| Actuarial value of assets | 1,723,811 | 63,975 | 2,385,863 | 4,173,649 |
| Unfunded actuarial accrued liability | $ 23,733,543 | $   318,801 | $   9,062,746 | $ 33,115,090 |
| Funded ratio | 6.8 % | 16.7 % | 20.8 % | 11.2 % |
| Covered payroll | $   3,666,402 | $   31,811 | $   1,320,400 | $   5,018,613 |
| Unfunded actuarial accrued liability as a percentage of covered payroll | 647.3 % | 1002.2 % | 686.4 % | 659.9 % |

The schedule of funding progress presented as required supplementary information following the notes to the basic financial statements, presents multiyear trend information about whether the actuarial value of plan assets is increasing or decreasing over time relative to the actuarial accrued liability for benefits.

The projections of benefits for financial reporting purposes do not explicitly incorporate the potential effects of legal or contractual funding limitations.

## 21.   OTHER POSTEMPLOYMENT BENEFITS

The Commonwealth provides postemployment healthcare benefits through defined benefit plans that are administered by the Retirement Systems:

- Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Medical Insurance Plan Contribution (ERS MIPC)

- The Puerto Rico Judiciary Retirement System Medical Insurance Plan Contribution (JRS MIPC)

- Puerto Rico System of Annuities and Pensions for Teachers Medical Insurance Plan Contribution (TRS MIPC)

### (a) Plans Descriptions

ERS MIPC is a cost sharing multiple employer defined benefit other postemployment benefit (OPEB) plan sponsored by the Commonwealth. JRS MIPC and TRS MIPC are single employer defined benefit OPEB plans sponsored by the Commonwealth. These OPEB plans were created under Act No. 95 approved on June 29, 1963. Healthcare benefits are provided through insurance companies whose premiums are paid by the retiree with the Commonwealth providing a matching share. ERS MIPC covers substantially all full time employees of: (1) the Commonwealth's primary government and (2) certain municipalities of Puerto Rico and certain component units of the Commonwealth not having their own postemployment benefit plan. JRS MIPC covers all judges of Judiciary Branch of the Commonwealth. TRS MIPC covers all active teachers of the Department of Education of the Commonwealth.

Commonwealth employees become plan members upon their date of employment. Plan members are eligible for benefits upon reaching the following age:

**ERS MIPC**
**Police and Firemen**

50 with 25 years of credited service
58 with 10 years of credited service

**Other Employees**

55 with 25 years of credited service
58 with 10 years of credited service

**JRS MIPC**

60 with 10 years of credited service

**TRS MIPC**

47 with 25 years of credited service
60 with 10 years of credited service

*Funding Policy* — The contribution requirement of ERS MIPC, JRS MIPC and TRS MIPC are established by Act No. 95 approved on June 29, 1963. The benefits are paid directly by the Commonwealth to the insurance providers at a rate of a maximum of $100 per month per retiree. All

these OPEB plans are financed on a pay-as-you-go basis. There is no contribution requirement for plan member during active employment. Retirees contribute the amount of the healthcare insurance premium not covered by the Commonwealth contribution.

**(b) Membership as of June 30, 2011**

|  | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| Retirees and beneficiaries currently receiving benefits | 113,191 | 439 | 36,129 | 149,759 |
| Current participating employees | 135,972 | 362 | 43,402 | 179,736 |
| Total | 249,163 | 801 | 79,531 | 329,495 |

**(c) Annual OPEB costs and Net OPEB obligation**

The annual OPEB cost and the annual required contribution (ARC) were computed as part of an actuarial valuation in accordance with parameters of GASB Statement No. 45 based on current years demographic data.

The Commonwealth's annual OPEB cost and the net OPEB obligation for the postemployment healthcare benefits plans as of and for the year ended June 30, 2011 were as follows (expressed in thousands):

|  | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| Annual OPEB cost: |  |  |  |  |
| ARC | $ 129,395 | $ 529 | $ 39,925 | $ 169,849 |
| Interest on net OPEB obligation | 3,878 | 21 | 1,405 | 5,304 |
| Adjustment to annual required contribution | (5,937) | (37) | (1,439) | (7,413) |
| Annual OPEB cost | 127,336 | 513 | 39,891 | 167,740 |
| Statutory sponsor's contributions made | (93,541) | (310) | (31,558) | (125,409) |
| Increase in net OPEB obligation | 33,795 | 203 | 8,333 | 42,331 |
| Net OPEB obligation at beginning of year | 96,946 | 526 | 35,115 | 132,587 |
| Net OPEB obligation at year end | $ 130,741 | $ 729 | $ 43,448 | $ 174,918 |

The net OPEB obligation for ERS MIPC, JRS MIPC, and TRS MIPC totaling $173 million is recorded in the accompanying statement of net assets (deficit).

**(d) Actuarial Assumptions**

Actuarial valuations of an ongoing plan involve estimates of the net value of reported amounts and assumptions about the probability of occurrence of events far into the future. Examples include assumptions about future employment, mortality, and the healthcare cost trend. Amounts determined regarding the funded status of the plan and the ARC of the employer are subject to continuous revision as actual results are compared with past expectations and new estimates are made about the future.

|  | ERS MIPC | JRS MIPC | TRS MIPC |
|---|---|---|---|
| Date of latest actuarial valuation | June 30, 2011 | June 30, 2011 | June 30, 2011 |
| Actuarial-cost method | Projected unit credit cost method with straight proration based on service to decrement | Projected unit credit cost method with straight proration based on service to decrement | Entry age normal |
| Amortization method | 30 years closed, level dollar | 30 years closed, level percentage of payroll | 30 years closed, level percentage of payroll |
| Discount rate | 4% | 4% | 4% |
| Projected payroll growth | - | 3% | - |
| Projected salary increases | - | - | 3.5% general wage inflation plus a service based merit increase |
| Inflation | - | - | 2.5% |
| Remaining amortization period | 27 years | 16 years | 27 years |
| Amortization approach | Closed | Closed | Closed |

The ERS MIPC, JRS MIPC, and TRS MIPC statutory contributions as a percentage of the required contribution for the current year and each of the two preceding years are as follows:

|  | ERS MIPC | JRS MIPC | TRS MIPC |
|---|---|---|---|
| Year ended June 30, 2011 | 72.29 % | 58.64 % | 79.04 % |
| Year ended June 30, 2010 | 66.61 | 60.41 | 66.91 |
| Year ended June 30, 2009 | 77.67 | 61.36 | 73.19 |

Calculations are based on the types of benefits provided under the terms of the substantive plan at the time of each valuation and on the pattern of sharing of costs between the employer and plan members to that point. The projections of benefits for financial reporting purposes does not explicitly incorporate the potential effects of legal or contractual funding limitations on the pattern of cost sharing between the employer and plan members in the future.

The actuarial calculations reflect a long–term perspective. Consistent with that perspective, actuarial methods and assumptions used include techniques that are designed to reduce short–term volatility in actuarial accrued liabilities and actuarial value of assets.

**(e) Three Year Trend Information**

The three year trend information is as follows (dollars expressed in thousands):

|  | ERS MIPC | JRS MIPC | TRS MIPC |
|---|---|---|---|
| Annual OPEB cost: |  |  |  |
| Year ended June 30, 2011 | $ 127,336 | $ 513 | $ 39,891 |
| Year ended June 30, 2010 | 127,189 | 479 | 42,495 |
| Year ended June 30, 2009 | 111,100 | 421 | 38,033 |
| Percentage of annual OPEB cost contributed: |  |  |  |
| Year ended June 30, 2011 | 73.4 % | 60.4 % | 79.1 % |
| Year ended June 30, 2010 | 67.0 | 61.5 | 66.9 |
| Year ended June 30, 2009 | 78.0 | 62.0 | 73.2 |
| Net OPEB obligation: |  |  |  |
| At June 30, 2011 | $ 130,741 | $ 729 | $ 43,448 |
| At June 30, 2010 | 96,946 | 526 | 35,115 |
| At June 30, 2009 | 55,217 | 342 | 21,047 |

**(f) Funded Status**

Funded status of the postemployment healthcare benefit plans as of June 30, 2011, the most recent actuarial valuation date, is as follows (expressed in thousands):

|  | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| Actuarial accrued liability (AAL) | $ 1,758,389 | $ 5,810 | $ 706,069 | $ 2,470,268 |
| Actuarial value of assets | - | - | - | - |
| Unfunded actuarial accrued liability | $ 1,758,389 | $ 5,810 | $ 706,069 | $ 2,470,268 |
| Funded ratio | - % | - % | - % | - % |
| Covered payroll | $ 3,666,402 | $ 31,811 | $ 1,320,400 | $ 5,018,613 |
| Unfunded actuarial accrued liability as a percentage of covered payroll | 48.0 % | 18.3 % | 53.5 % | 49.2 % |

The schedule of funding progress presented as required supplementary information following the notes to the basic financial statements, present multiyear trend information about whether the actuarial value of plan assets is increasing or decreasing over time relative to the actuarial accrued liability for benefits.

## 22. DEBT SERVICE DEPOSIT AGREEMENTS

On May 26, 2005 (but effective on July 1, 2005), the Commonwealth, PFC, and GDB (together the Commonwealth) and Lehman Brothers Special Financing Inc. (Lehman) entered into Debt Service Deposit Agreements (DSD Agreements), the objective of which was for the Commonwealth to secure an upfront payment in exchange for granting Lehman the rights to earnings generated from eight of its debt service funds. On September 25, 2008, as a result of Lehman commencing a case in the United States Bankruptcy Court for the Southern District of New York under chapter 11 of the United States Code, Lehman selected Hexagon Securities LLC to act as the Qualified Dealer under the DSD Agreements and

delivered Qualified Securities as permitted under the DSD Agreement. Seven of the funds are associated with the Commonwealth's PFC bonds, presented in the accompanying basic financial statements as Commonwealth appropriation bonds, and one fund is associated with the Commonwealth's general obligation bonds. The upfront payment, which amounted to $82.7 million, was received on May 26, 2005 and equaled the present value of the projected earnings income adjusted for credit timing risks as well as an appropriate amount of compensation for Lehman.

With the upfront payment made as explained above, the Commonwealth delivered to Lehman the required and scheduled debt service deposits and Lehman delivered qualified government debentures, which will mature before the next debt service payment date at an amount approximating such next debt service payment. Lehman will attempt to earn sufficient funds on the debt service deposit amounts, less its cost for the qualified government debentures, to make back the $82.7 million over time. At the same time, the Commonwealth will be managing its borrowings and investments by increasing the predictability of its cash flows from earnings on its investments and not for purpose of speculation. The Commonwealth acknowledges that, in exchange for the upfront payment received, it is foregoing its right to receive investment earnings on the deposit amounts referred to above in the future and that, by accepting the upfront payment, the Commonwealth has minimized the risks resulting from fluctuations in interest rates during the term of the DSD Agreements but also has foregone the possibility of receiving greater returns on such amounts from such fluctuations.

Under the DSD Agreements, the Commonwealth will be exposed to the payment to Lehman of a Termination Amount, as defined in the agreement, principally upon the occurrence of redemption or a defeasance of the related bonds on or prior to the last scheduled deposit date. The amount of the Termination Amount will vary depending on various market conditions, as defined in the DSD Agreements. Under certain market conditions, the Termination Amount owed to Lehman by the Commonwealth may exceed the amount of the original upfront payment received.

The $82.7 million upfront payment received by the Commonwealth was recognized as other revenue for budgetary purposes in 2005; however, under U.S. Generally Accepted Accounting Principles, such upfront payment was deferred and is being recognized proportionally over the future periods the Commonwealth would have otherwise earned such interest earnings. Unamortized balance amounted to approximately $46.1 million at June 30, 2011. During fiscal year 2011, approximately $6 million was amortized into other revenue in the accompanying statement of activities.

## 23. DERIVATIVE INSTRUMENTS

The fair value balances and notional amounts of derivative instruments outstanding at June 30, 2011, classified by type, and the changes in fair value of such derivative instruments for the fiscal year then ended as reported in the 2011 basic financial statements are as follows (in thousands):

| Item | | | Changes in Fair Value (1) | | Fair Value at June 30, 2011 (2) | | | Notional |
|------|---|---|---|---|---|---|---|---|
| | | | Classification | Amount | Classification | Amount | | |
| Governmental activities | | | | | | | | |
| Cash flow hedges: | | | | | | | | |
| 1 | Pay-fixed interest rate swap | (4) | Deferred Outflow | $ 10,209 | Debt | $(38,234) | | $ 280,000 |
| 2 | Pay-fixed interest rate swap | | Deferred Outflow | 2,188 | Debt | (7,247) | (5) | 56,000 |
| 3 | Pay-fixed interest rate swap | | Deferred Outflow | 2,492 | Debt | (7,795) | (5) | 56,000 |
| 4 | Pay-fixed interest rate swap | | Deferred Outflow | 1,363 | Debt | (3,728) | (5) | 44,500 |
| 5 | Pay-fixed interest rate swap | | Deferred Outflow | 2,265 | Debt | (1,105) | | 32,815 |
| 6 | Pay-fixed interest rate swap | | Deferred Outflow | 2,240 | Debt | (1,124) | | 32,625 |
| 7 | Pay-fixed interest rate swap | | Deferred Outflow | 2,106 | Debt | (1,013) | | 31,280 |
| 8 | Pay-fixed interest rate swap | | Deferred Outflow | 1,928 | Debt | (941) | | 30,005 |
| 9 | Pay-fixed interest rate swap | (4) | Deferred Outflow | 514 | Debt | (2,006) | (5) | 14,925 |
| 10 | Pay-fixed interest rate swap | (4) | Deferred Outflow | 514 | Debt | (2,004) | (5) | 14,915 |
| 11 | Pay-fixed interest rate swap | | Deferred Outflow | (422) | Debt | (422) | | 2,650 |
| 12 | Pay-fixed interest rate swap | | Deferred Outflow | (1,124) | Debt | (1,124) | | 7,500 |
| 13 | Pay-fixed interest rate swap | | Deferred Outflow | 702 | Debt | (1,940) | (5) | 14,925 |
| 14 | Pay-fixed interest rate swap | | Deferred Outflow | 701 | Debt | (1,938) | (5) | 14,915 |
| 15 | Pay-fixed interest rate swap | | Deferred Outflow | (3,568) | Debt | (27,169) | | 196,770 |
| 16 | Pay-fixed interest rate swap | (3) | Deferred Outflow | 9,834 | Debt | (37,222) | | 136,000 |
| Investment derivative instruments: | | | | | | | | |
| 17 | Pay-fixed interest rate swap | (4) | Investment Revenue | (15,133) | Investment | (15,133) | (5) | 114,071 |
| 18 | Pay-fixed interest rate swap | (4) | Investment Revenue | (11,361) | Investment | (11,361) | (5) | 83,314 |
| 19 | Basis Swap | | Investment Revenue | 28,424 | Investment | (33,920) | (5) | 1,273,778 |
| 20 | Basis Swap | | Investment Revenue | 9,454 | Investment | (11,820) | (5) | 424,592 |
| 21 | Forward swap | (4) | Investment Revenue | 459 | Investment | (4,076) | | 29,165 |
| 22 | Forward swap | (4) | Investment Revenue | 569 | Investment | (5,058) | | 40,000 |
| 23 | Forward swap | (3) | Investment Revenue | 12,881 | Investment | (84,877) | | 453,500 |
| 24 | Forward swap | (3) | Investment Revenue | 9,528 | Investment | (88,626) | | 453,500 |

(1) Positive (negative) values represent decrease (increase) in fair value.
(2) Negative values represent the Commonwealth's payable positions. Fair value on swap excludes its accrued interest receivable or payable
(3) Derivative instrument corresponds to Puerto Rico Sales Tax Financing Corporation ("COFINA"). Other derivative instruments correspond to the Commonwealth of Puerto Rico.
(4) Insured swap.
(5) Amortizing swaps. The notional amounts of the hedging swaps match the principal amount of the associated debt. The hedging swap agreements contain scheduled reductions to outstanding notional amounts that follow scheduled reductions in the associated debt.

The fair values of the pay-fixed interest rate swaps and the basis swaps were estimated using the zero-coupon method. This method calculates the future net settlement payments required by the swap, assuming that the current forward rates implied by the yield curve correctly anticipate future spot interest rates. These payments are then discounted using the spot rates implied by the current yield curve for hypothetical zero-coupon bonds due on the date of each future net settlement of the swaps. The fair values of the forward swaps were estimated based on the present value of their estimated future cash flows.

Accrued interest payable on swaps are presented separately from the fair values of the swaps in the Commonwealth's government-wide statement of net assets and in the governmental funds- balance sheet and amounted to $15 million at June 30, 2011.

The following table shows the derivative instrument position by counterparty at June 30, 2011 (in thousands):

| Counterparty/Swap | Total | |
|---|---|---|
| | Notional Amount | Fair Value |
| Deutsche Bank AG | $ 156,500 | $ (18,771) |
| Goldman Sachs Capital Markets | 1,409,778 | (71,142) |
| Morgan Stanley Capital Services Inc. | 1,044,807 | (110,184) |
| Royal Bank of Canada | 29,840 | (3,878) |
| UBS AG | 196,770 | (27,169) |
| Bank of New York | 349,165 | (47,368) |
| DEPFA BANK plc | 567,571 | (100,010) |
| Merrill Lynch Capital Services, Inc. | 83,314 | (11,361) |
| Total | $3,837,745 | $ (389,883) |

*Hedging Derivative Instruments*

The following table displays the objective and terms of the Commonwealth's hedging derivative instruments outstanding at June 30, 2011, along with the credit rating of the associated counterparty (amounts in thousands):

| Item | Type | Objective | Notional Amount | Effective Date | Maturity Date | Pays | Terms Receives | Counterparty Credit Rating Moody's/S&P |
|---|---|---|---|---|---|---|---|---|
| 1 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2003 Series C-4, C-5-1 and C-5-2 bonds | $280,000 | 7/1/2008 | 7/1/2021 | 3.7658 % | 67% 1M LIBOR | Aaa/AA |
| 2 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2004 Series B-2 bonds | 56,000 | 11/10/2008 | 7/1/2024 | 3.5820 | 59.80% 1M LIBOR + 0.25% | Aa3/A+ |
| 3 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2004 Series B-3 bonds | 56,000 | 11/10/2008 | 7/1/2027 | 3.5590 | 58.30% 1M LIBOR + 0.24% | Aa3/A+ |
| 4 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2004 Series B-1 bonds | 44,500 | 11/10/2008 | 7/1/2021 | 3.3080 | 59.80% 1M LIBOR + 0.25% | Aa3/A+ |
| 5 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 32,815 | 8/10/2006 | 7/1/2021 | 4.2000 | CPI +90% | A2/A |
| 6 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 32,625 | 8/10/2006 | 7/1/2020 | 4.3200 | CPI +1.02% | A2/A |
| 7 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 31,280 | 8/10/2006 | 7/1/2019 | 4.2900 | CPI +1.00% | A2/A |
| 8 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 30,005 | 8/10/2006 | 7/1/2018 | 4.2600 | CPI +98% | A2/A |
| 9 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A3 bonds | 14,925 | 10/16/2007 | 7/1/2029 | 3.5180 | 66% 1M LIBOR | A2/A |
| 10 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A2 bonds | 14,915 | 10/16/2007 | 7/1/2029 | 3.5180 | 66% 1M LIBOR | A2/A |
| 11 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2011 Series B bonds | 2,650 | 10/16/2007 | 7/1/2034 | 3.5180 | 66% 1M LIBOR | A2/A |
| 12 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2011 Series B bonds | 7,500 | 10/16/2007 | 7/1/2034 | 3.5180 | 66% 1M LIBOR | A2/A |
| 13 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A3 bonds | 14,925 | 10/16/2007 | 7/1/2029 | 3.5180 | 66% 1M LIBOR | Aa1/AA- |
| 14 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A2 bonds | 14,915 | 10/16/2007 | 7/1/2029 | 3.5180 | 66% 1M LIBOR | Aa1/AA- |
| 15 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A2 and A3 bonds and Series 2011 B bonds | 196,770 | 10/16/2007 | 7/1/2034 | 3.5180 | 66% 1M LIBOR | Aa3/A+ |
| 16 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the COFINA 2007 Series A bonds | 136,000 | 7/31/2007 | 8/1/2057 | 4.9200 | 67% 3M LIBOR +0.93% | A1/A |

LIBOR: London Interbank Offered Rate Index
CPI: Consumer Price Index

For derivative instruments No. 5, 6, 7, and 8, the floating interest rate, CPI plus a spread (the rate to receive), is capped to the maximum rate permitted by Commonwealth law (12% as of June 30, 2011). This cap is equal to the cap in the hedged bond. Other swaps do not have embedded options.

During the year ended June 30, 2011, the Commonwealth terminated various hedging derivative instruments with notional amount of $505.0 million and recorded a deferred refunding loss of $67.7 million, which approximates the fair value of the swaps at the refunding date. In addition, derivative instruments No. 11, 12, and 15 were reassigned to a new hedging relationship on March 1, 2011 when the old hedging relationship was refunded with the new hedging relationship. The fair values of these derivative instruments at the inception of the new hedging relationships amounted to $8.8 million and are amortizing on a straight line basis over the life of the corresponding derivative instrument which equals the life of the hedged bond.

*Risks*

*Credit Risk* — The Commonwealth is exposed to credit risk on hedging derivative instruments that are in asset positions. When the fair value of a derivative contract is positive, the counterparty owes the Commonwealth, which creates a credit risk for the Commonwealth. When the fair value of the derivative contract is negative, the Commonwealth owes to the counterparty and, therefore, does not pose credit risk to the Commonwealth.

The Commonwealth has sought to limit its counterparty risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap documents. In addition, to minimize its exposure to loss related to credit risk, it is the Commonwealth's policy to require counterparty collateral posting provisions in its derivative instruments. These terms require collateralization of the fair value of hedging derivative instruments in asset position (net of the effect of applicable netting arrangements) in excess of certain agreed threshold should the counterparty's credit rating fall below the following:

The counterparty with respect to derivative instruments No. 2, 3, and 4 is required to post collateral for the full amount of the fair value of the derivative instrument if the credit rating goes below A2 (Moody's) or A (Standard & Poor's). Each of the counterparties with respect to other derivative instruments is required to post collateral in excess of certain agreed upon thresholds (which decrease from $20.0 million to zero (full collateralization), depending on the credit rating) once the counterparty's credit rating goes below Aa3 (Moody's Investor Service ) or AA- (Standard & Poor's). Collateral posted is to be in the form cash, U.S. Treasury securities, or specified Agencies securities. The Commonwealth has never failed to access collateral when required.

It is the Commonwealth's policy to enter into netting arrangements whenever it has entered into more than one derivative instrument transaction with counterparty. Under the terms of these arrangements, should one party become insolvent or otherwise default on its obligations, closeout netting provisions permit the non-defaulting party to accelerate and terminate all outstanding transactions and net the transactions' fair values so that a single sum will be owed by, or owed to, the non-defaulting party.

At June 30, 2011, none of the hedging derivative instruments by counterparty was in an asset position. Thus, the Commonwealth had no aggregate counterparty credit exposure neither netting arrangements as of that date.

*Interest Rate Risk* — The Commonwealth is exposed to interest rate risk on its swaps. On its pay-fixed, receive-variable interest rate swap, as LIBOR or the Consumer Price Index (CPI) decreases, the Commonwealth's net payment on the swap increases. Additionally, as long-term LIBOR and CPI rates decrease, the fair values of the derivative instruments in liability positions decrease.

*Basis Risk* — The Commonwealth is exposed to basis risk on most of its pay-fixed interest rate swaps because the variable-rate payments received by the Commonwealth on these hedging derivative instruments are based on a rate or index other than interest rates the Commonwealth pays on its hedged variable-rate debt, which is remarketed or reset daily, weekly or monthly. Under the terms of its synthetic fixed rate swap transactions, the Commonwealth pays a variable rate on its bonds based on Securities Industry and Financial Markets Association Index (SIFMA) or Prime Rate but receives a variable rate on the swaps based on a percentage of LIBOR.

*Termination Risk* — The Commonwealth or its counterparties may terminate a derivative instrument if the other party fails to perform under the terms of the contract. The Commonwealth is at risk that the counterparty will terminate a swap at a time when the Commonwealth owes a termination payment to the counterparty. The Commonwealth has mitigated this risk by specifying that the counterparty has the right to terminate only as a result of certain events, including: a payment default by the Commonwealth; other Commonwealth defaults which remain uncured for 30 days after notice; Commonwealth bankruptcy; insolvency of the Commonwealth (or similar events); or a downgrade of the Commonwealth's credit ratings below Ba1 as issued by Moody's Investor Service or BB+ by Standard & Poor's for the majority of the derivative instruments. The derivative instruments that are insured by Assured Guaranty Municipal Corp. (derivative instruments No. 1, 9, and 10) may not be terminated by the counterparty unless an Insurer Event has occurred (i.e., Insurer's credit ratings fall below A3 by Moody's Investor Service or A- by Standard & Poor's) and the Commonwealth's credit ratings are downgraded below Ba1 as issued by Moody's Investor Service or BB+ by Standard & Poor's. If at the time of termination, a hedging derivative instrument is in a liability position, the Commonwealth would be liable to the counterparty for a payment equal to the liability's value as determined in accordance with the swap agreement provisions, subject to netting arrangements.

*Counterparty Risk* — The Commonwealth is at risk that a counterparty (or its guarantor) will not meet its obligations under the swap. If counterparty were to default under its agreement when the counterparty would owe a termination payment to the Commonwealth, the Commonwealth may have to pay another entity to assume the position of the defaulting counterparty. The Commonwealth has sought to limit its counterparty risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap documents.

*Rollover Risk* — The Commonwealth is exposed to rollover risk on hedging derivative instruments that mature or may be terminated prior to the maturity of the hedged debt, thus re-exposing the Commonwealth to the risk being hedged. None of the Commonwealth's hedging derivative instruments matures or may be terminated prior to the maturity of the hedged debt.

*Investment Derivative Instruments* — The following table displays the terms of the Commonwealth's investment derivative instruments outstanding at June 30, 2011, along with the credit rating of the associated counterparty (amounts in thousands):

| Item | Type | Notional Amount | Effective Date | Maturity Date | Terms Pays | Receives | Counterparty Credit Rating Moody's/S&P |
|------|------|----------------|----------------|---------------|------------|----------|----------------------------------------|
| 17 | Pay-fixed interest rate swap | $ 114,071 | 7/1/2008 | 7/1/2028 | 3.6815 % | 67% 1M LIBOR | Baa3/BBB |
| 18 | Pay-fixed interest rate swap | 83,314 | 7/1/2008 | 7/1/2024 | 3.6815 % | 67% 1M LIBOR | A2/A |
| 19 | Basis Swap | 1,273,778 | 7/10/2007 | 7/1/2035 | SIFMA | 67% 3M LIBOR + 0.4409% | A1/A |
| 20 | Basis Swap | 424,592 | 7/5/2007 | 7/1/2035 | SIFMA | 67% 3M LIBOR + 0.4409% | A2/A |
| 21 | Forward swap | 29,165 | 7/1/2012 | 7/1/2031 | 3.8510 % | 67% 1M LIBOR | Aaa/AA |
| 22 | Forward swap | 40,000 | 7/1/2012 | 7/1/2031 | 3.7684 % | 67% 1M LIBOR | Aaa/AA |
| 23 | Forward swap | 453,500 | 2/1/2012 | 8/1/2040 | 3.9500 % | 67% 3M LIBOR | Baa3/BBB |
| 24 | Forward swap | 453,500 | 2/1/2012 | 8/1/2040 | 3.9500 % | 67% 3M LIBOR | A2/A |

None of the investment derivative instruments have embedded options.

The Commonwealth entered into the basis swaps (derivative instruments No. 19 and 20) to hedge the portion of the fair value of the underlying liabilities attributable to the relative value/basis risk between tax-exempt and taxable rates, which can be expressed as a ratio. At June 30, 2011 and 2010, management of the Commonwealth concluded that these basis swaps were not considered as effective hedge instruments under GASB Statement No. 53. In addition, the Commonwealth and COFINA entered into the forward swaps (derivative instruments No. 21, 22, 23, and 24) in connection with the expected issuance of certain variable rate bonds. Due to changes in the market conditions since the Commonwealth and COFINA entered into these swaps, the occurrence of this expected transaction is not deemed probable and, accordingly, these forward swap agreements have been classified as investment derivative instruments at June 30, 2011 and 2010.

On June 1, 2011, the 2003 Series C-6 bonds associated with the derivative instruments No. 17 and 18 were converted from a SIFMA rate mode (SIFMA plus 1.70%) to a LIBOR rate mode (100% of 1 Month LIBOR plus 2.70%). At June 30, 2011, these hedging relationships no longer met the criteria for effectiveness and therefore, they were reclassified to investment derivative instruments. Accordingly, their deferral amounts at June 30, 2010 and the decreases in fair values of the swaps from June 30, 2010 to June 30, 2011 totaling $26.5 million are reported within the investment revenue classification in the Commonwealth's government-wide statement of activities.

*Risks*

*Credit Risk* — The Commonwealth is exposed to credit risk on investment derivative instruments that are in asset positions. When the fair value of a derivative contract is positive, the counterparty owes the Commonwealth, which creates a credit risk for the Commonwealth. When the fair value of the derivative contract is negative, the Commonwealth owes to the counterparty and, therefore, does not pose credit risk to the Commonwealth.

The Commonwealth has sought to limit its counterparty risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap documents. In addition, to minimize its exposure to loss related to credit risk, it is the Commonwealth's policy to require counterparty collateral posting provisions in its derivative instruments. These terms require collateralization of the fair value of investment derivative instruments in asset position (net of the effect of applicable netting arrangements) in excess of certain agreed upon thresholds (which range from $20.0 million to zero (full collateralization) depending on the credit rating) once the credit rating of the counterparty goes below Aa3 (Moody's Investor Service) or AA- (Standard & Poor's). Collateral posted

is to be in the form cash, U.S. Treasury securities, or specified Agency securities. The Commonwealth has never failed to access collateral when required.

It is the Commonwealth's policy to enter into netting arrangements whenever it has entered into more than one derivative instrument transaction with counterparty. Under the terms of these arrangements, should one party become insolvent or otherwise default on its obligations, closeout netting provisions permit the nondefaulting party to accelerate and terminate all outstanding transactions and net the transactions' fair values so that a single sum will be owed by, or owed to, the non-defaulting party.

At June 30, 2011, none of the investment derivative instruments by counterparty was in an asset position. Thus, the Commonwealth had no aggregate counterparty credit exposure neither netting arrangements as of that date.

*Interest Rate Risk* — The Commonwealth is exposed to interest rate risk on its swaps. On its pay-fixed, receive-variable interest rate swaps, as LIBOR rates decrease, the Commonwealth's net payment on the swap increases. Additionally, as long-term LIBOR rates decrease, the fair values of these derivative instruments in liability positions decrease. On its forward starting pay-fixed, receive-variable interest rate swaps, as LIBOR rates decrease, the fair value of the swap increases. On its basis swaps, as LIBOR increases and/or SIFMA trades a higher percentage of LIBOR, the Commonwealth's net payment on the basis swap increases. Additionally, as long-term LIBOR rates decrease and/or long-term SIFMA/LIBOR ratios increase, the fair values of the basis swaps in liability positions decrease.

*Counterparty Risk* — The Commonwealth is at risk that a counterparty (or its guarantor) will not meet its obligations under the swap. If counterparty were to default under its agreement when the counterparty would owe a termination payment to the Commonwealth, the Commonwealth may have to pay another entity to assume the position of the defaulting counterparty. The Commonwealth has sought to limit its counterparty risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap documents.

*Termination Risk* — The Commonwealth or its counterparties may terminate a derivative instrument if the other party fails to perform under the terms of the contract. The Commonwealth is at risk that counterparty will terminate a swap at a time when the Commonwealth owes a termination payment to the counterparty. The Commonwealth has mitigated this risk by specifying that the counterparty has the right to terminate only as a result of certain events, including: a payment default by the Commonwealth; other Commonwealth defaults which remain uncured for 30 days after notice; Commonwealth bankruptcy; insolvency of the Commonwealth (or similar events); or a downgrade of the Commonwealth's credit ratings below Ba1 as issued by Moody's Investor Service or BB+ by Standard & Poor's for the majority of the derivative instruments. The derivative instruments that are insured by Assured Guaranty Municipal Corp. (derivative instruments No. 21) may not be terminated by the counterparty unless an Insurer Event has occurred (i.e., Insurer's credit ratings fall below A3 by Moody's Investor Service or A- by Standard & Poor's) and the Commonwealth's credit ratings are downgraded below Ba1 as issued by Moody's Investor Service or BB+ by Standard & Poor's. If at the time of termination, an investment derivative instrument is in a liability position, the Commonwealth would be liable to the counterparty for a payment equal the liability's value as determined in accordance with the swap agreement provisions, subject to netting arrangements.

*Collateral Posting Requirements and Contingencies* — All of the Commonwealth's derivative instruments, except for the Commonwealth's derivative instruments that are insured by Assured Guaranty Municipal Corp. and the COFINA's derivative instruments No. 16 and 23, include provisions that require the Commonwealth and COFINA to post collateral in excess of certain agreed upon thresholds (that range from $30.0 million to $50.0 million) in the event its credit rating falls below Baa1

(Moody's Investor Service) or BBB+ (Standard & Poor's). If the Commonwealth or the COFINA's credit rating falls below Baa3 (Moody's) or BBB- (Standard & Poor's), they are required to post collateral of 100% of their payable positions. The collateral posted is to be in the form of cash, U.S. Treasury securities, or specified Agency securities in the amount equal to in the form of cash, or greater to in the form of securities of the fair value of derivative instruments in liability positions net of the effect of applicable netting arrangements and applicable thresholds. If the Commonwealth or COFINA does not post collateral, the derivative instrument may be terminated by the counterparty.

At June 30, 2011, the aggregate fair value of the Commonwealth's derivative instruments with these collateral posting provisions (uninsured or where an Insurer Event has occurred) was $(134.9) million. The Commonwealth's credit rating as of June 30, 2011 was A3 (Moody's) and BBB (Standard & Poor's). Since the aggregate fair value of these derivative instruments was below each of the corresponding thresholds with the counterparties, the Commonwealth was not required to post collateral as of June 30, 2011.

At June 30, 2011, the fair value of the COFINA's derivative instrument with this collateral posting provision (derivative instrument No. 24) was $(88.6) million. Since COFINA's credit rating as of June 30, 2011 was A1 (Moody's) and A+ (Standard & Poor's), no collateral was required to be posted as of that date.

## 24. FUND BALANCE (DEFICIT)

In accordance with GASB Statement No. 54, *Fund Balance Reporting and Governmental Fund Type Definitions,* the classification of Fund Balance is based on the extent to which the Commonwealth is bound to observe constraints imposed upon the use of resources in the governmental funds. The classifications are as follows:

Nonspendable — includes fund balance amounts that cannot be spent either because it is not in spendable form or because of legal or contractual constraints requiring such amounts to remain intact.

Restricted — includes fund balance amounts that are constrained for specific purposes which are externally imposed by creditors (such as through debt covenants), laws or regulations of other governments, or constrained due to constitutional provisions or enabling legislation.

Committed — includes fund balance amounts that are constrained for specific purposes that are internally imposed by the government's formal action at the highest level of decision making authority and does not lapse at year-end. The highest level of decision authority for the Commonwealth is the Legislature and the Governor.

In accordance with the Commonwealth's Constitution, the Governor is required to submit to the Legislature an annual balanced budget of the Commonwealth for the ensuing fiscal year. The Legislature may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes or identifying other sources of revenue to cover such deficit. Upon passage by the Legislature, the budget is referred to the Governor who may decrease or eliminate any line item but may not increase or insert any new line item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislature with his objections. The Legislature, by two thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the end of the fiscal year, the annual budget for the preceding fiscal year, as approved by the Legislature and the Governor, is automatically renewed for the ensuing fiscal year until a new budget is approved by the Legislature and the Governor. The Office of Management and Budget, which respond to the Governor as part of the

Commonwealth's Executive Branch, has authority to amend the budget within a department, agency, or government unit without legislative approval.

Assigned — includes fund balance amounts that are constrained by the Commonwealth Legislature and the Governor and are intended to be used for specific purposes that are neither considered restricted or committed.

Unassigned — is the residual classification for the General Fund. In a governmental fund other than the General Fund, a negative amount indicates that the expenditures incurred for a specific purpose exceeded the amounts in the fund that are restricted, committed and assigned to that purpose.

The Commonwealth uses restricted amounts to be spent first when both restricted and unrestricted fund balance is available, unless there are legal documents/contracts that prohibit doing this, such as a grant agreement requiring dollar for dollar spending. Additionally, unless required by law or agreement, the Commonwealth would first use committed, then assigned, and lastly unassigned amounts of unrestricted fund balance when expenditures are made.

The Commonwealth does not have a formal minimum fund balance policy.

Below is the detail included in the fund balance (deficit) classifications for the governmental funds at June 30, 2011 (expressed in thousands):

| | General | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|
| **Nonspendable:** | | | | | | |
| Minimum fund balance for natural resource preservation | $ 5,000 | $ - | $ - | $ - | $ - | $ 5,000 |
| Other assets | 10,591 | - | - | - | - | 10,591 |
| Education | 1,374 | - | - | - | - | 1,374 |
| Public housing and welfare | 782 | - | - | - | - | 782 |
| Subtotal | 17,747 | - | - | - | - | 17,747 |
| **Spendable:** | | | | | | |
| Restricted for: | | | | | | |
| Debt service | - | 26,490 | - | 605,842 | 178,833 | 811,165 |
| Special revenue | - | - | 504,571 | - | - | 504,571 |
| Public housing and welfare | 14,727 | - | - | - | - | 14,727 |
| Capital project | 438,888 | - | - | - | 199,847 | 638,735 |
| Education | 30,936 | - | - | - | - | 30,936 |
| Other purposes | 67,148 | - | - | - | - | 67,148 |
| Subtotal | 551,699 | 26,490 | 504,571 | 605,842 | 378,680 | 2,067,282 |
| Committed to: | | | | | | |
| General Fund | 593,177 | - | - | - | - | 593,177 |
| Debt service | - | 269,139 | - | - | - | 269,139 |
| Special revenue | - | - | - | - | 39,624 | 39,624 |
| Public housing and welfare | 35,019 | - | - | - | - | 35,019 |
| Education | 1,395 | - | - | - | - | 1,395 |
| Subtotal | 629,591 | 269,139 | - | - | 39,624 | 938,354 |
| Assigned to: | | | | | | |
| Education | 14,512 | - | - | - | - | 14,512 |
| Special revenue | - | - | - | - | 74,752 | 74,752 |
| Subtotal | 14,512 | - | - | - | 74,752 | 89,264 |
| Unassigned | (1,464,609) | - | - | - | - | (1,464,609) |
| Total fund balance (deficit) | $ (251,060) | $295,629 | $504,571 | $605,842 | $493,056 | $ 1,648,038 |

## 25. SUBSEQUENT EVENTS

### Primary Government

On November 7, 2011, the Commonwealth approved Law Act No. 218. Act No. 218 establishes an amnesty program available until February 29, 2012, in which taxpayers may pay, outstanding income, estate, donations and special real property tax debts with a discount of 100% of any penalties, interest and surcharges ("the Program"). To benefit from the Program the taxpayer must pay the total amount of the outstanding debt as of the date of payment on or before February 29, 2012. This legislation extends the benefits to those taxpayers with outstanding debts subject to payments plans, payroll discounts and those who have tax returns under investigation.

On November 22, 2011, the Commonwealth approved law Act No. 231 which creates the Municipal Improvements Fund. The Municipal Improvements Fund will receive .01% of the deposits collected from the .05% municipal sales and uses tax collected by the Secretary of the Treasury. The collections

will be deposited in an account or special fund in GDB to be distributed through legislation by the Legislative Assembly for public permanent projects and improvements in the municipalities.

On September 29, 2011, the Department of Housing of the Commonwealth received approximately $100 million from Vivienda Modernization 1, LLC for the repayment of note receivable principal and interest of $87.8 million and 12.2 million, respectively, on a note receivable.

In December 2011, the Office for the Improvements of Public Schools fully paid a noncurrent liability amounting to $88,625,000 from proceeds received from the Puerto Rico Sale Tax Financing Corporation *(known as" COFINA" by its Spanish Acronym)*.

On November 23, 2011, COFINA issued its Sales Tax Revenue Bonds, First Subordinate Series 2011A amounting to approximately $734.8 million. The Series 2011A bonds mature between August 1, 2023 and August 1, 2050 bearing interest rates from 5.00% to 7.00%. The proceeds from the issuance of the Series 2011A bonds will be mainly used to refund certain outstanding bonds of COFINA and provide funds to the Commonwealth to cover operating expenses. In addition, COFINA issued its Sales Tax Revenue Bonds, First Subordinate Series 2011B amounting to approximately $45.6 million. The Series 2011B matures between August 1, 2031 and August 1, 2036 bearing fixed interest rates from 5.00% to 5.15%. The proceeds from the issuance of the Series 2011B bonds will be mainly used to refund certain outstanding bonds of COFINA.

On December 13, 2011, COFINA issued its Sales Tax Revenue Bonds, Senior Series 2011C amounting to approximately $1,006.5 million. The Series 2011C bonds will mature between August 1, 2020 and August 1, 2046 bearing interest rates from 4.00% to 6.25%. The proceeds from the issuance of the Series 2011C bonds will be mainly used to refund certain outstanding bonds of the Puerto Rico Public Finance Corporation and cover certain payments associated with swap agreements of COFINA. In addition, COFINA issued its Sales Tax Revenue Bonds, Senior Series 2011D amounting to approximately $91.1 million. The Series 2011D bonds mature between August 1, 2023 and August 1, 2036 bearing interest rates from 3.80% to 4.85%. The proceeds from the issuance of the Series 2011D bonds will be mainly used to refund certain outstanding bonds of the Puerto Rico Public Finance Corporation.

The Public Buildings Authority ("PBA") is currently involved in the "Schools for the 21st Century" program, which is a multi-agency effort with the objective of rehabilitating, renovating, and/or constructing approximately 100 public schools through the use of an innovative procurement approach that effectively transfers the risk of design, construction and maintenance to the private sector. Under this program, the Puerto Rico Public-Private Partnerships Authority ensures overall compliance with procurement requirements while the Puerto Rico Infrastructure Financing Authority serves as procurement and construction manager. The public schools included under the program will undergo major repairs of structural deficiencies, renovations of electrical and mechanical defects, and the creation of new community spaces, sciences labs, art centers, among other things.

PBA has issued its $756,449,000 aggregate principal amount of Government Facilities Revenue Bonds, Series R (Qualified School Construction Bonds-Issuer Subsidy) (the "Series R Bonds"). The proceeds of the Series R Bonds will be used to finance the rehabilitation, renovation or construction of at least 100 public schools under this program. PBA expects to finance the rehabilitation, renovation or construction of the remaining public schools through a future issuance of bonds also designated as "Qualified School Construction Bonds".

Concurrently with the issuance of the Series R Bonds, on August 24, 2011 PBA issued its $303,945,000 aggregate principal amount of Government Facilities Revenue Bonds, Series S Guaranteed by the Commonwealth. The bonds are being issued to (i) repay certain advances made to PBA by GDB under

line of credit facilities to (a) pay interest due January and July 1, 2011 on certain bonds issued under the 1995 Bond Resolution and the 1970 Bond Resolution, and (b) pay a portion of the construction costs of certain buildings and facilities leased by PBA to various departments, agencies, instrumentalities and municipalities of the Commonwealth; and (ii) pay costs of issuing the bonds. The Government Facilities Revenue Bonds, Series S, repay the lines of credit principal in the amounts of $147.8 million, $16.2 million and $122 million, and accrued interest of $16 million.

In July 2011, PBA repaid the accrued interest for the line of credit $98,500,000 with annual rate equal to 1.50%. The accrued interest paid at July 30, 2011, was in the amount of $309,490.

On December 19, 2011, PBA issued Government Facilities Revenue Bonds, Series T (Qualified Zone Academy Bonds-Direct Payment) (the "Series T Bonds") Guaranteed by the Commonwealth of Puerto Rico amounting to $121,528,000 maturing on July 1, 2030 bearing a fixed interest rate of 5.60%. The Series T Bonds are subject to redemption prior to the maturity at the option of PBA, either in whole or in part, at a price equal to the principal amount to be redeemed plus accrued interest to the date of the redemption, without premium, within ninety (90) days after December 22, 2014 to the extent that less than all of the available project proceeds are not expended for qualified purposes by the end of the three-year expenditure period beginning on the date of issuance. Interest on the bonds will be payable on August 1, 2012, on October 1, 2012 and quarterly thereafter on each January 1, April 1, July 1 and October 1. The proceeds will be used to pay part of the cost of renovating and rehabilitating certain public schools.

On July 11, 2011, the Commonwealth issued Public Improvement Bonds of 2011 and Public Improvement Refunding Bonds Series 2011 D and Series 2011 E amounting to approximately $602,105,000. The Public Improvement Bonds of 2011 ("2011 Bonds") consist of term bonds with a total principal of $304,000,000 maturing on July 1, 2041 and bearing interest rate of 5.75%. Interest on the 2011 Bonds will be payable semi-annually on each January 1 and July 1, commencing on January 1, 2012. The net proceeds of the 2011 Bonds will be used to carry out certain capital improvements programs authorized by the Legislature Assembly in Act No. 79 of June 1, 2011 and the refunding of bond anticipation notes issued under the Act No. 79 to finance, on an interim basis, portions of certain such capital improvements programs. In addition, the Commonwealth issued the Public Improvement Refunding Bonds Series 2011 D and Series 2011 E ("Refunding Bonds") amounting $52,190,000 and $245,915,000, respectively. The net proceeds of the Refunding Bonds were used to: (i) refund in full certain other general obligation bonds and notes of the Commonwealth, (ii) fund termination payments under certain interest rate swap agreements and a debt service deposit agreement entered into in connection with the issuance of the refunded bonds, (iii) pay capitalized interest on the Refunding Bonds, and (iv) pay certain transaction costs. The scheduled payment of principal of and interest on the Refunding Bonds, Series 2011 D with maturity dates July 1, 2019 and bearing interest at a rate of 3.875% ($5,900,000) and July 1, 2020 and bearing interest at a rate of 4.125% ($4,500,000) (the Insured Bonds), when due will be guaranteed under an insurance policy to be issued concurrently with the delivery of the Insured Bonds by Assured Guaranty Municipal Corp.

On March 7, 2012, the Commonwealth issued Public Improvement Refunding Bonds, Series 2012 A (General Obligation Bonds) (the "Series 2012 A Bonds"). The Series 2012 A Bonds consist of serial bonds with a principal amount of $639,445,000 maturing between July 1, 2020 and July 1, 2033 bearing interest rates from 4.00% to 5.75% and term bonds with a principal amount of $1,678,745,000 maturing between July 1, 2035 and July 1, 2041 and bearing interest rates from 5.00% to 5.50%. The proceeds from the issuance of the Series 2012 A Bonds will be used to provide funds to (i) repay the GDB lines of credit, the proceeds of which refinanced deposits to the Commonwealth's redemption fund for the payment of principal and interest due on January 1, 2012 and July 1, 2012 on certain general obligation bonds and notes of the Commonwealth, (ii) refund certain of the Commonwealth's outstanding general

- 239 -

obligation bonds and fund associated termination payments due under an investment agreement and interest rate exchange agreements, (iii) pay capitalized interest on a portion of the Series 2012 A Bonds to April 3, 2015 and (iv) pay expenses related to the issuance and sale of the Series 2012 a Bonds.

On March 7, 2012, the Commonwealth issued Public Improvement Refunding Bonds, Series 2012 B (General Obligation Bonds) (the "Series 2012 B Bonds"). The Series 2012 B Bonds consist of serial bonds with a principal amount of $365,660,000 maturing between July 1, 2013 and July 1, 2020 bearing interest rates from 2.25% to 4.40% and a term bond with a principal amount of $49,610,000 maturing on July 1, 2033 and bearing a fixed interest rate of 5.30%. The proceeds from the issuance of the Series 2012 B Bonds will be used to provide funds (i) repay a GDB line of credit, the proceeds of which refinanced deposits to the Commonwealth's redemption fund for the payment of principal and interest due from February 1, 2012 to July 1, 2012 on certain general obligation bonds and notes of the Commonwealth, (ii) refund certain of the Commonwealth's outstanding general obligation bonds. (iii) pay capitalized interest on a portion of the Series 2012 B Bonds, and (iv) pay expenses related to the issuance and sale of the Series 2012 B Bonds.

**Component Units**

**(a) GDB**

On July 1, 2011, GDB refunded $400 million of its then outstanding Senior Notes Series 2009 C and Series 2009 D.

*GDB Senior Notes 2011* — On September 13, 2011, GDB issued $450 million of Senior Notes, 2011 Series C. The Senior Notes, 2011 Series C mature on October 15, 2012 bearing fixed interest rate of 1.00%. Interest on the Senior Notes, 2011 Series C will be payable on maturity. GDB used the proceeds to provide a loan to the Secretary of the Treasury of Puerto Rico for the purpose of managing intra-year cash flow needs of the Commonwealth during fiscal year 2012.

On October 5, 2011, GDB issued $295 million of Senior Notes, 2011 Series D. The Senior Notes, 2011 Series D mature on November 8, 2012 bearing fixed interest rate of 1.00%. GDB used the proceeds to provide a loan to the Secretary of the Treasury of Puerto Rico for the purpose of managing intra-year cash flow needs of the Commonwealth during fiscal year 2012.

On October 11, 2011, GDB issued $150 million of Senior Notes, 2011 Series E. The Senior Notes, 2011 Series E mature on April 11, 2012 bearing fixed interest rate of 1.85%. Interest on the Senior Notes, 2011 Series E will be payable on a monthly basis. GDB used the proceeds for general corporate purposes, including, but not limited to, increasing its investment portfolio, making loans and purchasing obligations of the Commonwealth and its public corporations, instrumentalities and municipalities.

On November 7, 2011, GDB issued $400 million of Senior Notes, 2011 Series F. The Senior Notes, 2011 Series F mature on January 8, 2013 bearing fixed interest rate of 1.75%. Interest on the Senior Notes, 2011 Series F will be payable on maturity. GDB used the proceeds for general corporate purposes, including, but not limited to, increasing its investment portfolio, making loans and purchasing obligations of the Commonwealth and its public corporations, instrumentalities and municipalities.

On December 28, 2011, GDB issued $1,399 million of Senior Notes, 2011 Series H. The Senior Notes, 2011 Series H consist of term notes maturing on various dates from August 1, 2015 to August 1, 2026 bearing fixed interest rates ranging from 3.80% to 5.20%. The Senior Notes, 2011 Series H are subject to Redemption at the option of GDB, either in whole or in part, at a price equal

to the principal amount to be redeemed plus accrued interest to the date of redemption without premium on February 1, 2013 and on any day thereafter, subject to at least 30 days prior notice. Interest on the Senior Notes, 2011 Series H will be payable monthly on the first day of each month, commencing on February 1, 2012. GDB used the proceeds for general corporate purposes, including, but not limited to, increasing its investment portfolio, making loans and purchasing obligations of the Commonwealth and its public corporations, instrumentalities and municipalities, redeeming and/or purchasing all or portion of certain notes previously issued and to pay for the costs of issuance. In particular, GDB expects to use a portion of the proceeds of the Senior Notes, 2011 Series H to redeem some of the Senior Notes, 2009 Series C and D, Senior Notes, 2010 Series A and Senior Notes, 2011 Series F.

On January 12, 2012, GDB issued $398 million of Senior Notes, 2011 Series I. The Senior Notes, 2011 Series I consist of term notes maturing on various dates from August 1, 2014 to August 1, 2018 bearing fixed interest rates. Interest on the Series Notes, 2011 Series I will be payable monthly on the first day of each month, commencing on February 1, 2012. GDB used the proceeds for general corporate purposes, including, but not limited to, increasing its investment portfolio, making loans and purchasing obligations of the Commonwealth and its public corporations, instrumentalities and municipalities, redeeming and/or purchasing all or portion of certain notes previously issued and to pay for the costs of issuance. In particular, GDB expects to use a portion of the proceeds of the Senior Notes, 2011 Series I to redeem some of the Senior Notes, 2009 Series C and D, Senior Notes, 2010 Series A and Senior Notes, 2011 Series F.

On February 8, 2012, GDB issued $1,000 million of Senior Notes, 2012 Series A. The Senior Notes, 2012 Series A consist of term notes maturing on various dates from February 1, 2015 to February 1, 2019 bearing fixed interest rates ranging from 3.448% to 4.375%. The Senior Notes, 2012 Series A are subject to redemption at the option of GDB, either in whole or in part, at a price equal to the greater of the principal amount to be redeemed or the sum of the present value of the remaining scheduled payments of principal and interest to the maturity date of the 2012 Series A Notes to be redeemed, not including any portion of those payments of interest accrued and unpaid as of the date on which the 2012 Series A Notes are to be redeemed, discounted to the date on which the 2012 Series A Notes are to be redeemed on a semiannual basis, assuming a 360-day year consisting of twelve 30-days months, at the Treasury Rate plus 50 basis points; plus, in each case, accrued interest on the 2012 Series A Notes to be redeemed to the redemption date. Interest on the 2012 Series A Notes will be payable semiannually on the first day of each February and August, commencing on August 1, 2012. GDB used the proceeds for general corporate purposes, including, but not limited to, increasing its investment portfolio, making loans to, and purchasing obligations of the Commonwealth and its public corporations, instrumentalities and municipalities and redeeming certain notes previously issued and to pay for the costs of issuance. In particular, GDB expects to use a portion of the proceeds of the 2012 Series A Notes to redeem some of the Senior Notes, 2009 Series C and D and Senior Notes, 2010 Series A and C.

### Housing Finance Authority

*Special Obligation Notes, 2011 Series A* — On October 4, 2011, the Housing Finance Authority issued $18 million of its Special Obligation Notes, 2011 Series A (the 2011 "Notes") at an aggregate discounted price of $9,180,000. The 2011 Notes will be collateralized by certain second mortgages originated under the Home Purchase Stimulus Program and will be repaid from collections of principal and interest of the underlying collateral. The second mortgage loans will be guaranteed by the Housing Finance Authority's Act No. 87 insurance.

*Restructuring of Mortgage Trust III, Collateralized Mortgage Obligations, Series A* — In July 2011, the Housing Finance Authority restructured approximately $425 million face amount of Mortgage Trust III bonds and obtained $60 million of cash from related collateral. The restructuring took place as follows: 1) tender offer amounting to approximately $144 million (including expenses related to the transaction) to acquire and cancel bonds with a carrying amount of approximately $112 million, and 2) purchase AAA securities amounting to approximately $160 million to establish an escrow for the payment through maturity of bonds with a carrying amount of approximately $129 million.

*Transfer of New Secure Housing Program* — On January 30, 2012, the Housing Finance Authority signed an interagency agreement with DOH to initiate the transition process and facilitate the undertaking of the responsibilities of DOH's as New Secure Housing (NSHP) Program sub-grantee.   As part of the transition process the Housing Finance Authority met with DOH's designated officials and reviewed Program's objectives, legal basis, grant terms, program functioning, challenges, results, pending issues and recommendations.   Also a summary of the status of each implementation phase of all offsite project sites was covered.   As part of the agreement, the remaining 209 vacant housing units of the Program were transferred to DOH for disposition under the DOH's regulatory parameters. The Housing Finance Authority also assumed responsibility for payment of principal and interest of the related debt of the Program.   As of February 29, 2012, the line of credit of the Program had an outstanding balance of $53.1 million. Any resulting liability or recapture that could be assessed by the federal government regarding any noncompliance event of the program will be assumed by the DOH.

**Public Finance Corporation** — On August 18, 2011, the Public Finance Corporation ("PFC") issued its 2011 Series A Bonds (Commonwealth Appropriation Bonds) (the "2011 Series A Bonds"). The 2011 Series A Bonds consist of a term bond with a principal amount of $242,430,000 maturing on August 1, 2028 and bearing a fixed interest rate of 6.50%. The 2011 Series A Bonds are subject to redemption at the option of PFC, either in whole or in part, at par amount to be redeemed, plus accrued interest at the redemption date, without premium on August 1, 2016 and on any date thereafter, subject to at least 30 days notice. In addition, the 2011 Series A Bonds are subject to mandatory redemption, in part, in the principal amount equal to the amortization requirement, as defined, plus accrued interest, without premium from August 1, 2027 to August 1, 2028. Interest on the 2011 Series A Bonds will be payable semiannually on the first day of each August and February, commencing on February 1, 2012. The 2011 Series A Bonds were issued to repurchase a portion of its 2004 Series A Bonds, paying interest on the 2011 Series A Bonds and paying issuance costs.

On December 15, 2011, PFC issued its 2011 Series B Bonds (Commonwealth Appropriation Bonds) (the "2011 Series B Bonds"). The 2011 Series B Bonds consists of serial bonds with a principal amount of $74,985,000 maturing on various dates from August 1, 2024 to August 1, 2026 and bearing a fixed interest rate of 6.00% and a term bond with a principal amount of $362,660,000 maturing on August 1, 2031 and bearing a fixed interest rate of 5.50%. The 2011 Series B Bonds are subject to redemption at the option of PFC, either in whole or in part, at a redemption price equal to the par amount to be redeemed, plus accrued interest to the redemption date, without premium on August 1, 2021 and on any date thereafter, subject to at least 30 days notice. In addition, the 2011 Series B Bonds are subject to mandatory redemption, in part, in the principal amount equal to the amortization requirement, as defined, from August 1, 2027 to August 1, 2031. Interest on the 2011 Series B Bonds will be payable semiannually on the first day of each August and February, commencing on August 1, 2012. The 2011 Series Bonds were issued for the purpose of (i) current refunding, and redeeming on the mandatory tender date, all 2004 Series A Bonds that are not expected to be defeased with the proceeds of the COFINA Senior Series 2011 Bonds, plus accrued interest to the redemption date, (ii) paying a portion of the interest on the 2011 Series A Bonds through February 1, 2012 and a portion of the interest on the 2011 Series B Bonds through

February 1, 2015, representing no more than three years of capitalized interest on the 2011 Series B
Bonds, and (iii) paying the cost of issuing the 2011 Series B Bonds.

### *Puerto Rico Development Fund*

*Closing of New Market Tax Credits Transaction* — On February 15, 2012, the Citibank N.A. and
GDB, through the Puerto Rico Development Fund (PRCDF), one of its blended component units,
funded and closed the New Market Tax Credit (NMTC) transaction commenced on October 14,
2011.  With the proceeds of the transaction PRCDF established a $45 million Revolving Loan
Fund.  A portion of the proceeds were used to acquire from the Housing Finance Authority $30.2
million worth of construction loans of for-sale affordable housing projects in low income
communities in Puerto Rico.  An additional $12.5 million was loaned and distributed to the
respective developers' construction disbursement accounts.  Professional and legal fees and
transaction expenses in the aggregate amount of $1.9 million, including the Housing Finance
Authority's fiscal agency fees of $0.7 million, were paid by PRCDF from the placement and sponsor
fees received in the transaction.

 On April 3, 2012, GDB, through PRCDF, entered into certain agreements with various financial
institutions whereby GDB will guarantee up to 30% of the principal of and 180 days of interest on
commercial loans issued by the financial institutions up to a maximum principal balance of
$800 million. GDB's funding commitment shall never exceed $200 million.

### (b) PRASA

*Issuance of Debt* — On September 14, 2011, PRASA issued approximately $70.2 million of Series
HH of USDA Rural Development Program Bonds, at a maximum interest of 4.25% of interest,
payable semiannually and maturing in semiannual installments through July 1, 2051. The funds
raised by this issuance were used to partially repay the outstanding balance of the USDA Rural
Development Program lines of credit for construction projects from GDB. The payment of principal
and interest on these bonds is guaranteed by the Commonwealth.

On February 15, 2012, PRASA issued approximately $1,800 million of Revenue Bonds, Series 2012
A (Senior Lien) (the "Series 2012 A Bonds"), The Series 2012 A Bonds consist of serial bonds with
a principal amount of $418,455,000 maturing on various dates from July 1, 2015 to July 1, 2030 and
bearing fixed interest rates ranging from 4.00% to 5.50% and term bonds with a principal amount of
$1,381,995,000 maturing between July 1, 2033 and July 1, 2047 and bearing interest rates from
5.00% to 6.00%. The Series 2012 A Bonds maturing after July 1, 2022 are subject to redemption at
the option of PRASA, starting on July 1, 2022. The Series 2012 A Bonds were issued to (i) repay
certain lines of credit provided by GDB, (ii) finance a portion of the Five–Year Capital
Improvement Program, (iii) make a deposit to the newly created Budgetary Reserve Fund, (iv) pay
capitalized interest on the Series 2012 A Bonds through July 1, 2013 and (v) pay the costs of
issuance of the Series 2012 A Bonds.

Also, on February 15, 2012, PRASA issued approximately $295.2 million of Revenue Bonds, Series
2012B (Senior Lien) (the "Series 2012 B Bonds"). The Series 2012 B Bonds consist of serial bonds
with a principal amount of $188,130,000 maturing on various dates from July 1, 2014 to July 1,
2023 and bearing fixed interest rates ranging from 3.35% to 5.00% and a term bond with a principal
amount of $107,115,000 maturing on July 1, 2027 and bearing interest at 5.35%. The 2012 Series B
Bonds maturing after July 1, 2015 are subject to redemption at the option of PRASA, starting on
July 1, 2015. The Series 2012 B Bonds were issued to (i) provide funds to repay a bond anticipation
note issued by PRASA in the aggregate principal amount of $241 million, (ii) provide funds to repay

certain lines of credit provided by GDB, (iii) pay capitalized interest on the Series 2012 B Bonds through July 1, 2013, and (iv) pay the costs of issuance of the Series 2012 B Bonds.

On January 17, 2012, PRASA issued approximately $241 million of Bond Anticipation Notes, Series 2012A (Senior Lien). The proceeds were used to repay a term loan with various commercial banks that matured on January 16, 2012 and pay the costs of issuance of the 2012A Bond Anticipation Notes.

*Thames Dick Corporation — Master Agreement Termination —* On January 31, 1996, PRASA and Thames Dick Superaqueduct Partners, Inc. (TDSP) executed an agreement entitled Master Agreement for the North Coast Superaqueduct Project to plan, design, construct, operate and maintain North Coast Superaqueduct Project (NCSP). PRASA and TDSP have agreed to cancel the Master Agreement and transfer the responsibility to PRASA for the operation and administration of the NCSP as of July 19, 2011. The amount of $2.1 million was deposited in an Escrow account to guarantee PRASA's claims that may arise after the cut-off date. TDSP is not responsible for retained liabilities exceeding the amount in escrow. Retained liabilities are claims by or against PRASA arising out of 1996 Master Agreement through the cut-off date. PRASA requested certain remedial maintenance services to be paid by TDSP and completed by PRASA after cut-off date for the amount of $1.8 million. This remedial maintenance services included (a) reservoir cleaning and (b) the repairing of three main pumps. TDSP transferred PRASA the control of NCSP and ownership of vehicles, laboratory equipment, office equipment, and others.

*Assets Transfer —* On August 16, 2011, PRASA entered into an Asset Purchase Agreement (the Agreement) with the Puerto Rico Industrial, Tourism, Educational, Medical and Environmental Central Facilities Financing Authority (AFICA), a public corporation of the Commonwealth of Puerto Rico to purchase certain assets that were being used to develop the Southern Gas Pipeline Project for the total purchase price of approximately $23.5 million and assumed the rights and obligations of PREPA under a Subordinated Loan Agreement between AFICA and PREPA and a Subordinated Note and Loan Agreement of approximately $31 million.

*Extension of Maturity Date — Term Loan Agreement —* On September 8, 2006, PRASA entered into a $250 million term loan agreement with Banco Popular de Puerto Rico, as Administrative Agent, and a syndicate of banks. On August 17, 2011, the maturity date of this term loan was extended from September 1, 2011 to January 16, 2012. PRASA will be required to make quarterly principal payments of $736,000 on September 1, 2011 and December 1, 2011.

## (c) PREPA

*Long – Term Debt —* During the month of July 2011, PREPA entered into a revolving line of credit with Citibank amounting to $260 million to finance fuel purchases. This credit facility has an automatic reduction provision that will lower the balance to $210 million on March 30, 2012. This line of credit matures on July 13, 2012, and bears interest at a variable rate per annum equal to the sum of 90-day LIBOR Floating Pool Rate plus the applicable Spread of 1.70%.

*Natural Disaster —* In September 2011, Hurricane Irene struck Puerto Rico causing significant damages across the island and to PREPA infrastructure. As a result, distribution, transmission and production components of the utility plant were seriously damaged. At this time the financial effect of the hurricane on PREPA's operations could not be determined; however, certain types of assets were insured and PREPA expects to collect all restoration costs from their insurance agencies. In addition, PREPA will claim to the Federal Emergency Management Agency (FEMA) uninsured damages caused by the hurricane.

*Nonrevolving Line of Credit* — During the month of October 2011, PREPA entered into a nonrevolving line of credit with the Government Development Bank (GDB) amounting to $244 million. This line of credit matures on June 30, 2012 and bears interest per annum equal to prime rate plus 150 basis points, as determined from time to time in good faith by GDB or upon written notice to PREPA, at a variable rate of interest per annum, which interest rate may be revised periodically, equal to the GDB cost of funding for variable rate loan transactions or the cost of any other obligations or source of funds used to fund the loan.

*Rate Stabilization Account* — During the month of November 2011, PREPA's Governing Board approved the creation of a Rate Stabilization Account ("RSA") which is going to be managed by PREPA and GDB. PREPA will make deposits to the RSA on a monthly basis from any moneys that are available after the payment of current expenses, principal and interest due, the funding of the required deposits to the Reserve Maintenance Fund, the Subordinate Obligations Fund, the Self Insurance Fund and the Capital Improvement Fund created by the Trust Agreement. Available amounts in the RSA can be used by the Authority with the approval of GDB to offset the application of a credit to consumers.

*Act No. 233* — On December 11, 2011, the Commonwealth approved Act No. 233 (the "Act") amending Act No. 83 of May 2, 1941, also known as the Puerto Rico Electric and Power Authority Act. The Act modified the calculation of the Contribution in Lieu of Taxes (CILT) made by PREPA. Energy used in municipal facilities for which the municipality receives rent or right of admission revenues will not be taken into consideration in the CILT calculation. The primary purpose of Act 233 is to give relief in energy costs to customers.

*Credit Ratings* — On December 16, 2011, during the course of routine surveillance, Fitch Ratings affirmed the BBB+ rating to PREPA's approximately $7.8 billion in outstanding power revenue bonds with a rating outlook and stable.

On March 28, 2012, Fitch Ratings assigned a BBB+ rating to PREPA's $461.5 million power revenue bonds, series 2012 A and $19.7 million power revenue refunding bonds, series 2012 B, which are expected to price via negotiation during the week of April 9, 2012. Bond proceeds will fund a portion of planned capital expenditures through fiscal year 2013, repay short-term borrowings payable to GDB, pay capitalized interest through January 1, 2015 (2012 A bonds), and economically refund certain series of the outstanding power revenue bonds. Fitch also reaffirmed the BBB+ rating on the outstanding parity power revenue bonds. In addition, the rating outlook was revised to negative from stable.

On March 27, 2012, Moody's Investors Service assigned a Baa1 rating to PREPA's power revenue bonds, series 2012 A, and power revenue refunding bonds, series 2012 B. Moody's has also downgraded the approximately $7.8 billion of outstanding power revenue bonds to Baa1 from A3, with a stable outlook.

On March 2, 2012, GDB approved a new revolving line of credit for the amount of $50 million to finance fuel purchases. This line of credit matures on June 30, 2012, and bears interest at a variable rate per annum equal to the sum of Prime Rate plus the applicable Spread of 1.50% with a minimum rate of 6%.

PREPA expects to issue $650 million Revenue Bonds, Series 2012A, (the "Series 2012 A Bonds"), and Power Revenue Refunding Bonds, Series 2012B (the "Series 2012 B Bonds") on May 1, 2012. The Series 2012 A Bonds consist of serial bonds with a principal amount of $114,510,000 maturing on July 1, 2029 and July 1, 2042 and bearing fixed interest rates of 4.80% and 5.05%, respectively,

and term bonds with a principal amount of $515,600,000 maturing on July 1, 2029 and July 1, 2042 and bearing interest rates of 5.00%. The Series 2012 A Bonds maturing after July 1, 2022 are subject to redemption at the option of PREPA, starting on July 1, 2022.  The Series 2012 A Bonds were issued to (i) finance a portion of the cost of various projects under its capital improvement program, (ii) repay certain advances made to PREPA by GDB under a line of credit facility, (iii) fund a deposit to the Reserve Account in the PREPA Revenue Bonds Interest and Sinking Fund, (iv) pay capitalized interest on the Series 2012A Bonds through January 1, 2015, and (v) pay the costs of issuance of the Series 2012 A Bonds.  The Series 2012 B Bonds consist of serial bonds with a principal amount of $19,890,000 maturing on July 1, 2016 and bearing fixed interest rates of 2.50% and 5.00%.  The Series 2012 B Bonds were issued to (i) provide funds, together with other available moneys, to refund the Power Revenue Bonds Series II of $21,345,000, and (ii) to pay the costs of issuance of the Series 2012B Bonds.

**PRHIA**

Effective October 1, 2011, PRHIA decided to expand the direct contracting project to cover, in addition to Vieques and Guaynabo, the West, the Metro North, the North, the San Juan, the Northeast and the Virtual Regions. These regions, previously covered by MCS Health Management Options, Inc. under coverage for premium arrangement will be managed by Triple-S Salud, Inc. as TPA starting on November 1, 2011. Under this arrangement, Triple-S Salud, Inc. will receive a PMPM for performing administrative services. In addition, PRHIA will implement certain cost containment strategies to control costs. Among these strategies are establishing a co-payment that will apply for the unjustified use of emergency rooms, detection and control of prescription drug overuse, implementation of disease management program for respiratory conditions, modification in provider fees and better coordination of benefits for the population having other medical insurance.

On October 18, 2011, the Legislature approved Law Number 205. This Law authorizes PRHIA to open a revolving line of credit either with GDB or with a commercial bank for the sole purpose of paying health insurance premiums, health service providers and financing costs related to the line of credit. The amount of the line of credit will be limited to and guaranteed by the amount of federal funds to be received by Puerto Rico from the Federal Government's Medicaid Program as certified by PRHIA's Board of Directors and by the Puerto Rico Medicaid Program. PRHIA will be obliged to use any federal funds received to pay the line of credit. The Government of Puerto Rico will guarantee and will make the necessary appropriations to cover any balance of the line of credit in excess of federal funds received.

On March 7, 2012, PRHIA entered into a $250 million credit facility agreement with various financial institutions. Advances made under the credit facility will be used to fund monthly expenses which are eligible to be reimbursed through a confirmed and certified Available Medicaid Grant as provided in the Health Insurance Administration Act and to pay legal and closing expenses and other costs and expenses related to the transactions contemplated in the credit facility agreement. Advances made under the credit facility bear interest at a rate per annum equal to the sum of (i) the higher of, LIBOR as in effect from time to time or an interest rate equal to fifty basis points (0.50%), plus (ii) the Applicable Margin, as defined.

**(d) PRHTA**

On June 27, 2011, the PRHTA entered into a Toll Concession Agreement (the "Agreement") with a private company named "Autopistas Metropolitanas de Puerto Rico, LLC". The purpose of this Agreement is to finance, operate and maintain the PR-22 and PR-5 highways for a 40 years term. In this transaction, the PRHTA will receive a concession fee of $1.08 billion and will stop receiving the

tolls revenues for those two highways. This transaction will benefit the PRHTA fiscal capacity in the following matters: 1) PRHTA will obtain a significant amount of cash, that will be used to defease the corresponding bonds payable, 2) a minimum of capital investment of approximately $75 million for the next 3 years need to be performed by the third party, so it will not have maintenance costs for the next 40 years, 3) increase the quality of highways in terms of security to Global Standards, and 4) savings in interest expenses of approximately $100 million annually due to the decrease in outstanding bonds by $1 billion. This Agreement was effective when the third party paid the Concession Fee on September 22, 2011.

During the execution of this transaction, PRHTA entered into a new agreement with GDB for the amount of $400 million nonrevolving line of credit. This line of credit matures on March 19, 2012 and bear interest daily at variable rate of interest per annum equal to Prime Rate plus 150 basis points. The interest rate shall not be less than six (6) percent.

On August 25, 2011, PRHTA entered into a new agreement with GDB for the amount of $77 million to increase the $45 million nonrevolving line of credit agreed on August 27, 2010, with the same loan terms and an extension in the maturity date until January 31, 2013.

On October 18 2011, PRHTA entered into a new agreement with GDB for the amount of $71 million for the purpose of paying certain costs incurred or to be incurred in the acquisition, construction, equipping, installation and development of certain capital improvements, and paying certain costs associated with the automatization of the PRHTA's toll collection system. This line of credit matures on August 31, 2013 and bears interest daily at variable rate of interest per annum equal to Prime Rate plus 150 basis points. The interest rate shall not be less than six (6) percent.

On October 20, 2011, PRHTA entered into a new agreement with GDB to modify the purpose of the $24 million nonrevolving line of credit agreed on April 19, 2011. The new purpose of the line of credit will be for paying cost incurred or to be incurred for operational purposes of the Maritime Transportation Authority.

On November 22, 2011, PRHTA entered into a new agreement with GDB for the amount of $49.3 million to increase the $45 million nonrevolving line of credit agreed on October 18, 2011, with the same loan terms.

On February 22, 2012, GDB approved an increase of $126 million to an existing nonrevolving line of credit agreement entered into on September 21, 2011, with the same terms.  The increment will be used to pay operational costs of $109 million related to the second semester of fiscal year 2012, and to pay accrued interest of $17.4 million.

**(e)  PAA**

Pursuant to the provisions of the legislative Joint Resolution No. 54 of June 10, 2011, the Commonwealth approved a budgetary appropriation for the fiscal year 2011-2012, amounting to $17,315,000, for the payment of principal and interest of the Series A Bond and the payment of interest only of the Series B and C Bonds of the PAA under the bond purchase agreements with the GDB. Such funds were made available for transfer through the GDB during August 2011.

On December 12, 2011, the Puerto Rico Governor signed the Act No. 240 of 2011, known as the *Law of the Ponce Ports Authority* (the "Act"), which establishes general guidance for the further development of the Port of the Americas and its integration to certain development strategies proposed by the Municipality of Ponce. The Act created the Ponce Ports Authority ("PPA") for continuing the development of the port and for managing the Port's future operations. The Board of

Directors of PPA shall consist of members from PAA and representatives from the Municipality of Ponce. All of the rights and duties of the Port of the Americas Authority shall be transferred to PPA.

Pursuant to the provisions of the Act, the PAA shall continue to handle the obligations, liabilities and commitments incurred prior to the enactment of the Act. The impact, if any, that the implementation of the Act may have on PAA's financial condition, cannot be determined as of the date of issuing the financial statements.

**(f) PRCCDA**

On July 7, 2011, as part of the Bahia Urbana Project, PRCCDA received a transfer of land from Puerto Rico Department of Transportation and Public Works, a department of the Commonwealth. As of the date the basic financial statements were available to be issued, the transferor's carrying value of the property was not available.

**(g) PRCHE**

On July 1, 2011, PRCHE consummated a merger with the Puerto Rico Council on General Education covered by the provisions of the Reorganization Plan No.1, of July 26, 2010, under the Act No. 182 of December 17, 2009 known as "Act of Reorganization and Modernization of the Executive Branch of the Government of Puerto Rico of 2009". A new organization was created; Puerto Rico Council on Education, and all the assets and liabilities of PRCHE were transferred and assumed by the new Council during the merge.

**(h) AFICA**

On August 16, 2011, PRASA executed a purchase agreement to acquire certain assets from AFICA for approximately $20.9 million and assume PREPA's subordinated loan with AFICA with an outstanding balance of approximately $30 million plus approximately $1 million to be used for related costs. The subordinated loan bears interest at 150 basis points over U.S. Prime Rate, with a floor of 6%, due on August 16, 2012.

AFICA also entered into a bill of sale with PREPA of approximately $12.5 million to cover the remaining balance owed to the Bank attributable to this transaction. Among the assets reacquired by PREPA are: (1) 75% of a project's design of approximately $3.1 million, (2) right-of-way of approximately $6.2 million, (3) inventory used by PREPA amounting to approximately $2.6 million, and (4) financing costs associated with this transaction of approximately $489,000. The subordinated loan bears interest at 150 basis points over U.S. Prime Rate, with a floor of 6%, due on September 29, 2011. Subsequently, AFICA made a principal payment of approximately $20.9 million to the Bank.

**(i) PRPA**

On November 28, 2011, AMR Corp. ("AMR"), the parent company of American Airlines, filed for bankruptcy under Chapter 11 of the US Bankruptcy Law. PRPA derived 21% of its rental revenues and 22% of its landing and other fees from AMR during fiscal year 2011. PRPA's collection of revenues in the next fiscal year may be affected if AMR's bankruptcy proceedings cause delays or suspension of payments, or if AMR's operations are modified as part of the underlying corporate reorganization.

On December 28, 2011, PRPA entered into a refinancing transaction in the amount of $678,451,920, by issuing bonds through the PRIFA as conduit. The proceeds will be used to finance and refinance some or all of the following: (i) the repayment of certain commercial loans, (ii) the payment of a

swap termination fee related to one of the loans, (iii) the repayment to GDB of certain loans and lines of credit; (iv) the payment of certain amounts owed by PRPA to PREPA and (v) the payment of cost of issuance.

In December 2011, PRPA entered into certain expropriation proceedings through the Puerto Rico First Instance Court ("the Court"), to acquire certain properties and concessions owned by third parties within the Luis Muñoz Marín International Airport complex. In connection with such proceedings, on December 27, 2011, PRPA obtained a $30 million nonrevolving credit facility with the Government Development Bank, out of which $25.4 million were deposited with the Court to start the expropriation process. The advance matures on December 31, 2012 and should be repaid out from the proceeds of the Puerto Rico Public Partnership Authority's concession, or the underlying rental income to become available immediately after transfer of the ownership to PRPA.

**(j)  PRIFA**

In October 2011, PRIFA transferred completed construction projects amounting to $28.5 million to the Department of Transportation and Public Works.

In December 2011, PRIFA issued $20,721,636 Special Revenue Bonds pursuant to an Interagency Agreement dated September 23, 2011 between PRIFA, Commonwealth of Puerto Rico Environmental Quality Board, GDB, and Commonwealth of Puerto Rico Office of Management and Budget for the purpose of making a deposit in the Revolving Fund to cover the required Commonwealth's matching contribution pursuant to certain Capitalization Grants received by the Revolving Funds from the Federal Government, and pay the cost of issuance of the Bonds.

These Bonds are limited obligations of PRIFA payable solely from and secured by funds held by the Revolving Fund in its Repayment Account, consisting of earnings from the repayments funds during the past years which, pursuant to the Enabling Act and Title VI of the Clean Water Act, can be used as collateral for the Bonds.

On December 28, 2011, PRIFA issued $669,215,000 Revenue Bonds (Ports Authority Project), Series 2011. The Revenue Bond, Series 2011 A consists of a term bond with a principal amount of $340 million maturing on June 15, 2013 and bearing a fixed interest rate of 2.99%. The Revenue Bond, Series 2011 A is subject to an extraordinary redemption prior to maturity date at the option of the Ports Authority, upon direction to PRIFA and the Trustee, in whole or in part, at a price equal to: (a) the principal amount to be redeemed plus accrued and unpaid interest to the redemption date, without premium, for bonds issued at par, (b) original offering price plus original issue discount accrued to the redemption date, plus accrued and unpaid interest to the redemption date, without premium, for bonds issued at less than stated principal amount and (c) original offering price less original issue premium amortized to the redemption date, plus accrued and unpaid interest to the redemption date, without redemption premium, for bonds issued at more than stated principal amount, on December 15, 2014 and on any day thereafter, subject to at least 30 days notice. Interest will be payable semiannually on each June 15 and December 15, commencing on June 15, 2012. PRIFA will use the proceeds to make a loan to Ports Authority to finance and refinance some or all of the following: (i) the repayment of certain commercial loans, (ii) the payment of a swap termination fee related to one of the loans, (iii) the repayment to GDB of certain loans and lines of credit; (iv) the payment of certain amounts owed by Ports Authority to PREPA and with respect to certain capital expenditures; and (v) the payment of cost of issuance.

The Revenue Bonds, Series 2011 B consist of term bonds with a principal amount of $192,830,000, maturing on various dates from December 15, 2014 to December 15, 2026 and bearing fixed interest

rates ranging from 3.00% to 6.00%. The Revenue Bonds, Series 2011 B are subject to redemption prior to maturity at the option of the Ports Authority, upon direction to PRIFA and the Trustee, in whole or in part, at a price equal to the principal amount to be redeemed plus accrued and unpaid interest to the redemption date, without premium on December 15, 2021 and on any day thereafter, subject to at least 30 days notice. Interest will be payable semiannually on each June 15 and December 15, commencing on June 15, 2012. PRIFA will use the proceeds to make a loan to Ports Authority to finance and refinance some or all of the following: (i) the repayment of certain commercial loans, (ii) the payment of a swap termination fee related to one of the loans, (iii) the repayment to GDB of certain loans and lines of credit; (iv) the payment of certain amounts owed by Ports Authority to PREPA and with respect to certain capital expenditures; and (v) the payment of cost of issuance.

The Revenue Bonds, Series 2011 C consist of term bonds with a principal amount of $136,385,000, maturing on December 15, 2026 and bearing fixed interest rates ranging from 2.75.% to 3.00%. The Revenue Bonds, Series 2011 C may be converted to another term rate period, consisting of any multiple of six months or to fixed rate mode at the option of Ports Authority. The Revenue Bonds, Series 2011 C are subject to redemption from sinking fund installments at a price equal to the principal amount to be redeemed plus accrued interest to the redemption date, without premium, commencing on December 15, 2014 until December 15, 2026. Interest will be payable semiannually on each June 15 and December 15, commencing on June 15, 2012. PRIFA will use the proceeds to make a loan to Ports Authority to finance and refinance some or all of the following: (i) the repayment of certain commercial loans, (ii) the payment of a swap termination fee related to one of the loans, (iii) the repayment to GDB of certain loans and lines of credit; (iv) the payment of certain amounts owed by Ports Authority to PREPA and with respect to certain capital expenditures; and (v) the payment of cost of issuance.

In January 2012, PRIFA entered into an agreement with the Municipality of San Juan ("the Municipality") for a sale of a parcel of land owned by PRIFA for $5 million. Pursuant to provisions set forth by the agreement, the Municipality will settle a legal claim against PRIFA in the amount of approximately $3.7 million and will pay the remaining $1.7 million in three equal installments, which are due at the date of closing, in July 2013, and July 2014. The carrying value of the asset amounted to approximately $5 million, after an impairment loss of approximately $2.4 million recognized during year ended June 30, 2011.

On February 24, 2012, PRIFA entered into an Assistance Agreement with the Puerto Rico Department of Justice ("PRDOJ") and GDB for the purpose of the acquisition, refurbishment and maintenance of a real estate ("Property"), in which the main offices of the PRDOJ will be relocated. In connection with the Assistance Agreement, GDB provided a $35 million credit facility to PRIFA to undertake the acquisition and administration of the Property and handle the initial phase of the rehabilitation and refurbishment of the Property. On March 8, 2012, PRIFA acquired the Property for $27 million.

The credit facility is payable solely from, and secured by the assignment of, the PRDOJ lease agreement and any other existing and future lease agreement. Furthermore, the credit facility is also secured by mortgage lien on the Property.

**(k) PPPA**

The financial close of the 40-year administrative concession for the operation, management, maintenance, rehabilitation, tolling and expansion of Toll Roads PR-22 and PR-5 (the "Toll Roads Project") was successfully completed on September 22, 2011.

On October 13, 2011, PPPA received a reimbursement of $15.8 million corresponding to all the costs incurred during the procurement process of the Toll Roads Project, including a professional fee charged by PPPA.

**(l) PRTC**

On August 26, 2011, Hotel Development Corporation's board of directors confirmed its commitment to make an additional $31,100,426 cumulative Class A Preferred Equity Investment in Coco Beach in connection with the development, construction and equipping of the JW Marriott Hotel and Stellaris Casino at Coco Beach.

**(m) REA**

The Government of Puerto Rico's Executive Branch Reorganization and Modernization Act of 2009 include the Department of Labor and Human Resources (the Department) Reorganizational Plan Number 9 of 2010. This Plan repeals Act No. 115 and consolidates and transfers REA's operations, personnel, assets, functions and powers to the Department. This Plan is pending approval of the Legislature.

**(n) SIFC**

In July 2011, the SIFC purchased a building for approximately $10,100,000.

**(o) UPR**

In August 2011, the $5.0 million line of credit with GDB was amended to increment its authorized balance to $75 million.

In October 2011, UPR amended a $100 million credit facility with GDB to increment its authorized balance to $125 million, to extend the revolving status of the line of credit from June 30, 2011 until October 1, 2012 and to convert the line of credit into a ten year term loan, with monthly equal principal payments plus interest starting on October 1, 2013. The maturity date of the line of credit was extended to October 1, 2022.

**Pension Trust Funds**

ERS - On July 6, 2011, the Commonwealth enacted Act No. 116 to establish an increase in the employer's contributions percentage and to improve the collection of employer contribution receivables. As previously discussed, this Act provides for increases in employer contributions from 9.275% to 10.275% of employee compensation for the 2011-2012 fiscal year, an additional 1% annually for each of the next four years, and 1.25% annually for each of the five years thereafter, reaching an aggregate contribution rate of 20.525% effective July 1, 2020.

In addition, this Act, provides for the collection of late employer contributions directly from the CRIM when a municipality fails to send their contributions within 30 days from the due date or from Hacienda in the case of agencies, when they fail to send their contributions as per the agreement date.

As the liquidity of the ERS and JRS assets has been impaired by the growth of its loan portfolio, on August 8, 2011, the ERS and JRS Boards of Trustees issued Resolution No. 8054, limiting the personal and cultural loan maximum amounts to $5,000. Such limitations on loan amounts are expected to improve the liquidity of the System's assets. In addition, Resolution No. 8054 provides for certain limitations on the renewal of personal and cultural loans.

Furthermore, on September 18, 2011, the Commonwealth enacted Act No. 196, which allows ERS and JRS to pledge contributions to guarantee personal loans issued by a financial institution. Act No. 196 also allows ERS and JRS to sell personal, cultural and mortgage loans.

\* \* \* \* \* \*

**REQUIRED SUPPLEMENTARY INFORMATION**

# COMMONWEALTH OF PUERTO RICO

**REQUIRED SUPPLEMENTARY INFORMATION (UNAUDITED)**
**SCHEDULE OF FUNDING PROGRESS — RETIREMENT SYSTEMS**
**JUNE 30, 2011**

The Schedule of Funding Progress presents the following information for the current year and each of the two preceding years for each of the Commonwealth's Retirement Systems. All actuarially determined information has been calculated in accordance with actuarial assumptions and methods reflected in the actuarial valuations as of the indicated actuarial valuation date.

Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2011 | $1,723,811 | $25,457,354 | $23,733,543 | 6.8 % | $3,366,402 | 647.3 % |
| June 30, 2010 | 1,664,991 | 19,501,761 | 17,836,770 | 8.5 | 3,818,332 | 467.1 |
| June 30, 2009 | 1,842,143 | 18,943,586 | 17,101,443 | 9.7 | 4,292,552 | 398.4 |

The Commonwealth of Puerto Rico Judiciary Retirement System (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2011 | $63,975 | $382,776 | $318,801 | 16.7 % | $31,811 | 1002.2 % |
| June 30, 2010 | 55,410 | 338,195 | 282,785 | 16.4 | 32,061 | 882.0 |
| June 30, 2009 | 50,566 | 323,928 | 273,362 | 15.6 | 30,587 | 893.7 |

Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| Junio 30, 2011 | $2,385,863 | $11,448,609 | $9,062,746 | 20.8 % | $1,320,400 | 686.4 % |
| Junio 30, 2010 | 2,221,977 | 9,279,776 | 7,057,799 | 23.9 | 1,370,344 | 515.0 |
| June 30, 2009 | 2,157,593 | 8,721,515 | 6,563,922 | 24.7 | 1,418,304 | 462.8 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**REQUIRED SUPPLEMENTARY INFORMATION (UNAUDITED)**
**SCHEDULE OF FUNDING PROGRESS — POSTEMPLOYMENT HEALTHCARE BENEFITS**
**JUNE 30, 2011**

The Schedule of Funding Progress presents GASB 45 results of OPEB valuations as of fiscal years ended June 30, 2011, 2010 and 2009 for each of the Commonwealth's Retirement Systems. The schedule provides a three year information trend about whether the actuarial values of plan assets are increasing or decreasing over time relative to the actuarial accrued liabilities for benefits.

Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2011 | $   - | $1,758,389 | $1,758,389 | -   % | $3,666,402 | 48.0% |
| June 30, 2010 | - | 1,646,148 | 1,646,148 | - | 3,818,332 | 43.1 |
| June 30, 2009 | - | 1,633,159 | 1,633,159 | - | 4,292,552 | 38.0 |

The Commonwealth of Puerto Rico Judiciary Retirement System (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2011 | $   - | $   5,810 | $   5,810 | -   % | $31,811 | 18.3 % |
| June 30, 2010 | - | 5,808 | 5,808 | - | 32,061 | 18.1 |
| June 30, 2009 | - | 5,643 | 5,643 | - | 30,587 | 18.4 |

Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2011 | $   - | $   706,069 | $   706,069 | -   % | $1,320,400 | 53.5 % |
| June 30, 2010 | - | 694,230 | 694,230 | - | 1,370,344 | 50.7 |
| June 30, 2009 | - | 750,382 | 750,382 | - | 1,418,304 | 52.9 |

See accompanying independent auditors' report.

**COMBINING AND INDIVIDUAL FUND
FINANCIAL STATEMENTS AND SCHEDULES**

**GENERAL FUND**

The general fund is the primary operating fund of the Commonwealth. The general fund is used to account for and report all financial resources received and used for those services traditionally provided by a government, which are not required legally or by sound financial management to be accounted for in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, education, and economic development. Following is the supplemental schedule of expenditures — budget and actual — general fund.

# COMMONWEALTH OF PUERTO RICO

**SUPPLEMENTAL SCHEDULE OF EXPENDITURES BY AGENCY — BUDGET AND ACTUAL**
**BUDGET BASIS — GENERAL FUND**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---|---|---|
| EXPENDITURES: | | | |
| Current: | | | |
| General government: | | | |
| Senate of Puerto Rico | $ 38,549 | $ 38,549 | $ 41,575 |
| House of Representatives of Puerto Rico | 47,025 | 48,025 | 49,925 |
| Comptroller's Office | 43,000 | 43,000 | 43,012 |
| Governor's Office | 19,870 | 20,993 | 21,189 |
| Office of Management and Budget | 107,083 | 52,507 | 42,611 |
| Planning Board | 11,464 | 10,881 | 10,688 |
| Department of State | 7,145 | 7,263 | 6,494 |
| Department of the Treasury | 650,313 | 765,526 | 724,694 |
| Central Office of Personnel Administration | 4,976 | 5,002 | 4,927 |
| Commonwealth Elections Commission | 36,083 | 38,853 | 30,195 |
| Federal Affairs Administration | 4,568 | 4,550 | 5,180 |
| General Services Administration | 200 | 200 | 354 |
| Municipal Complaints Hearing Commission | 4,365 | 4,353 | 6,137 |
| Civil Rights Commission | 1,193 | 1,190 | 1,166 |
| Office of the Citizen's Ombudsman | 5,376 | 5,370 | 5,535 |
| Appellative Board of the Personnel System Administration | 1,729 | 878 | 876 |
| Legislative Assembly | 53,260 | 34,126 | 36,135 |
| Commissions for the Public Work Relations | 3,059 | 1,507 | 1,537 |
| Government Ethics Board | 10,290 | 10,290 | 10,290 |
| Coordination Office for Special Communities of Puerto Rico | 5,181 | 5,166 | 3,587 |
| Puerto Rico Statistics Institute | 742 | 742 | 742 |
| Corporation "Enlace" Caño Martín Peña | 1,019 | 1,019 | 1,019 |
| Information and Technology Communication Office | - | - | 262 |
| Office for the Governmental's Integrity and Efficiency | 3,293 | 3,293 | 3,118 |
| Permits Management Office | 3,211 | 5,777 | 6,028 |
| Office of the Permits Inspector General | 4,186 | 4,295 | 3,631 |
| Board for the Review of Permits and Use of Lands | 981 | 981 | 964 |
| Public Service Board of Appeals | - | 2,354 | 2,107 |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 242,625 | 242,625 | 247,264 |
| Puerto Rico System of Annuities and Pensions for Teachers | 91,928 | 91,928 | 91,928 |
| Contributions to Political Parties | 1,200 | 1,200 | 900 |
| Public Buildings Authority | 6,000 | 6,000 | 6,000 |
| Total general government | 1,409,914 | 1,458,443 | 1,410,070 |
| | | | |
| Public safety: | | | |
| Puerto Rico General Court of Justice | 347,944 | 347,944 | 347,963 |
| Civil Defense | 6,152 | 6,117 | 6,400 |
| Commission of Investigation, Processing and Appeals Board | 508 | 508 | 463 |
| Department of Justice | 127,810 | 120,855 | 127,361 |
| Puerto Rico Police Department | 729,654 | 792,906 | 794,836 |
| Puerto Rico Firefighters Corps | 64,073 | 63,801 | 63,162 |
| Puerto Rico National Guard | 7,573 | 17,351 | 23,548 |
| Public Service Commission | 7,877 | 8,258 | 8,194 |
| Consumer Affairs Department | 10,759 | 10,337 | 10,362 |
| Juvenile Institutions Administration | 57,364 | 62,524 | 65,140 |
| Correction Administration | 353,169 | 325,578 | 317,541 |
| Natural Resources Administration | 38,183 | 39,861 | 43,129 |
| Department of Correction and Rehabilitation | 3,486 | 5,363 | 5,437 |

(Continued)

- 258 -

# COMMONWEALTH OF PUERTO RICO

**SUPPLEMENTAL SCHEDULE OF EXPENDITURES BY AGENCY — BUDGET AND ACTUAL
BUDGET BASIS — GENERAL FUND
YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---|---|---|
| EXPENDITURES (Continued): | | | |
| Public safety (continued): | | | |
| Parole Board | $    2,528 | $    2,825 | $    2,817 |
| Forensic Sciences Institute | 17,037 | 17,083 | 16,927 |
| Special Prosecutor Panel | 2,000 | 1,994 | 1,994 |
| Pre-Trial Services Office | 6,175 | 6,302 | 6,873 |
| Correctional Health | 75,436 | 71,424 | 77,713 |
| Medical Emergencies Service | 25,803 | 25,720 | 25,071 |
| Criminal Justice College | 2,787 | 2,787 | 2,808 |
| Total public safety | 1,886,318 | 1,929,538 | 1,947,739 |
| Health: | | | |
| Environmental Quality Board | 6,595 | 6,646 | 17,202 |
| Department of Health | 244,846 | 268,068 | 303,484 |
| Puerto Rico Medical Services Administration | 15,160 | 15,160 | 15,160 |
| Mental Health and Drug Addiction Services Administration | 97,386 | 109,725 | 106,222 |
| Solid Waste Authority | 8,308 | 8,280 | 8,134 |
| Puerto Rico Health Insurance Administration | 1,126,360 | 1,217,131 | 1,201,408 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 3,051 | 3,051 | 3,051 |
| Total health | 1,501,706 | 1,628,061 | 1,654,661 |
| Public housing and welfare: | | | |
| Office of Youth Affairs | 4,729 | 4,904 | 4,595 |
| New Business Training Administration | 7,594 | 9,770 | 9,407 |
| Department of Labor and Human Resources | - | 384 | 1,820 |
| Labor Relations Board | 715 | 774 | 767 |
| Department of Housing | 17,607 | 21,524 | 23,319 |
| Department of Recreation and Sports | 38,555 | 43,865 | 41,925 |
| Administration for the Horse Racing Sport and Industry | 2,728 | 2,719 | 2,646 |
| Women's Affairs Commission | 3,074 | 3,067 | 4,237 |
| Public Housing Administration | 1,500 | 1,557 | 1,211 |
| Office of the Veteran's Ombudsman | 2,774 | 2,761 | 2,607 |
| Department of Family | 36,842 | 42,160 | 41,394 |
| Family and Children Administration | 181,138 | 180,889 | 186,107 |
| Minors Support Administration | 11,143 | 11,215 | 10,913 |
| Vocational Rehabilitation Administration | 18,671 | 19,242 | 19,110 |
| Social Economic Development Administration | 104,004 | 90,926 | 82,969 |
| Office of the Disabled Persons Ombudsman | 2,365 | 2,326 | 2,385 |
| Office for Elderly Affairs | 3,541 | 3,548 | 3,534 |
| Right to Employment Administration | 7,993 | 13,451 | 14,662 |
| Company for the Integral Development of the Península de Cantera | 400 | 400 | 400 |
| Industries for the Blind, Mentally Retarded, and Other Disabled Persons of Puerto Rico | 500 | 500 | 500 |
| Patient Ombudsman | 2,612 | 2,632 | 2,629 |
| Administration for the Care and Development of the Childhood | 10,451 | 9,200 | 9,089 |
| Total public housing and welfare | 458,976 | 467,814 | 466,226 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**SUPPLEMENTAL SCHEDULE OF EXPENDITURES BY AGENCY — BUDGET AND ACTUAL**
**BUDGET BASIS — GENERAL FUND**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---:|---:|---:|
| EXPENDITURES (Continued): | | | |
| Education: | | | |
| Department of Education | $2,111,224 | $2,126,954 | $1,953,581 |
| Institute of Puerto Rican Culture | 22,427 | 25,292 | 25,734 |
| Puerto Rico School of Plastics Arts | 1,824 | 1,824 | 1,802 |
| State Office for Historic Preservation | 1,725 | 1,840 | 1,837 |
| General Education Council | 1,196 | 1,187 | 1,192 |
| University of Puerto Rico | 756,036 | 756,036 | 756,036 |
| Puerto Rico Council on Higher Education | 22,798 | 22,798 | 25,750 |
| Musical Arts Corporation | 7,622 | 8,626 | 8,618 |
| Fine Arts Center Corporation | 4,525 | 4,525 | 4,493 |
| Puerto Rico Public Broadcasting Corporation | 16,823 | 16,914 | 16,787 |
| Athenaeum of Puerto Rico | 500 | 500 | 500 |
| Puerto Rico Conservatory of Music Corporation | 5,161 | 4,347 | 4,347 |
| Total education | 2,951,861 | 2,970,843 | 2,800,677 |
| Economic development: | | | |
| Department of Transportation and Public Works | 58,311 | 60,530 | 66,816 |
| Department of Natural and Environmental Resources | 1,026 | 8,153 | 3,275 |
| Department of Agriculture | 17,593 | 21,120 | 21,726 |
| Cooperative Enterprises Development Administration | 3,392 | 3,435 | 3,093 |
| Puerto Rico Highways and Transportation Authority | - | - | 15,847 |
| Rural Development Corporation | 1,209 | 848 | 858 |
| Department of Economic Development and Commerce | 3,538 | 3,538 | 3,709 |
| Energy Affairs Administration | 373 | 872 | 1,038 |
| Puerto Rico Aqueduct and Sewer Authority | - | 165 | 170 |
| Puerto Rico Ports Authority | 900 | 900 | 900 |
| Puerto Rico Electric Power Authority | - | - | 7 |
| Puerto Rico Metropolitan Bus Authority | 33,775 | 33,203 | 35,949 |
| Puerto Rico Land Administration | - | - | 733 |
| Puerto Rico Maritime Transportation Authority | 24,157 | 24,178 | 27,270 |
| Agricultural Enterprises Development Administration | 81,243 | 85,312 | 84,780 |
| Culebra Conservation and Development Authority | 310 | 310 | 303 |
| National Parks Company of Puerto Rico | 19,939 | 26,853 | 25,976 |
| Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | 527 | 527 | 150 |
| Puerto Rico Trade and Export Company | 1,000 | 1,000 | 1,050 |
| Puerto Rico Infrastructure Financing Authority | 117,000 | 117,000 | 117,000 |
| Roosevelt Roads Redevelopment Authority | - | 3,085 | 3,085 |
| Puerto Rico Tourism Company | 4,000 | 4,110 | 4,118 |
| Total economic development | 368,293 | 395,139 | 417,853 |
| Intergovernmental — Municipal Services Administration | 371,619 | 370,869 | 378,243 |
| Total intergovernmental | 371,619 | 370,869 | 378,243 |
| TOTAL EXPENDITURES | $8,948,687 | $9,220,707 | $9,075,469 |
| OPERATING TRANSFER-OUT TO OTHER FUNDS: | | | |
| Office of Management and Budget | - | - | 267,105 |
| Transfer of Treasury — transfer to Debt Service Fund and other funds | 200,813 | 200,813 | 1,280,459 |
| | $ 200,813 | $ 200,813 | $1,547,564 |

## NONMAJOR GOVERNMENTAL FUNDS

### Special Revenue Funds

Special revenue funds are used to account for and report the proceeds of specific revenue sources that are restricted or committed to expenditure for specified purposes other than debt service or capital projects. Other resources (investment earnings and transfers from other funds, for example) also may be reported in the fund if those resources are restricted, committed, or assigned to the specified purpose of the fund.

**Public Buildings Authority Special Revenue Fund** — The operating fund of the Public Buildings Authority, a blended component unit, used to account for the operation, maintenance, equipment replacement, and other extraordinary operation and maintenance costs of the buildings and facilities that, when constructed, are leased to the Commonwealth's primary government agencies.

**The Children's Trust Special Revenue Fund** — The special revenue fund of the Children's Trust, a blended component unit, is used to account for the money received by the Commonwealth from a global settlement agreement dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United State of America, including the Commonwealth. The financial resources received by this fund are used to carry out projects aimed at promoting the well-being of children and youth of Puerto Rico.

### Debt Service Funds

The debt service funds are used to account for and report financial resources that are restricted, committed, or assigned to expenditure for principal and interest, and related costs other than bonds payable from operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1 of the following year are accounted for as a fund liability if resources are available as of June 30 for its payment.

**The Children's Trust Debt Service Fund** — The debt service fund of The Children's Trust accounts for the financial resources that are restricted, committed, or assigned to expenditure for the payment of interest and principal on long-term obligations financed with moneys to be received by the Commonwealth from the global settlement agreement signed by certain tobacco companies.

**Public Buildings Authority Debt Service Fund** — A blended component unit engaged in the construction and/or acquisition of building facilities for lease mainly to the Commonwealth's primary government agencies. Its debt service fund is used to account the financial resources that are restricted, committed, or assigned to expenditure for the payment of revenue bonds and other liabilities incurred to finance the construction of the buildings and facilities.

**Puerto Rico Maritime Shipping Authority Debt Service Fund** — This is the remainder of a former shipping company owned by the Commonwealth. Its debt service fund is used to account for the financial resources that are restricted, committed, or assigned to expenditure for the payment of the long-term liability that resulted from the sale of its marine operations. This fund is mainly subsidized from appropriations and operating transfers from the general fund.

### Capital Projects Funds

Capital project funds are used to account for and report financial resources that are restricted, committed, or assigned to expenditure for capital outlays, including the acquisition or construction of capital facilities and other capital assets not being financed by the Public Buildings Authority's Capital Projects Fund, proprietary fund types, pension trust funds, and discretely presented component units.

**Public Buildings Authority's Capital Projects Fund** — The Public Buildings Authority's capital projects fund is used to account for and report financial resources that are restricted, committed or assigned to expenditure for capital outlays, including the acquisition or construction of capital facilities and other capital assets not financed by proprietary fund types, pension trust funds, and discretely presented component units.

**Commonwealth Public Improvements Funds and Other Funds** — These funds present the activities of the capital improvements program of the Commonwealth, financed with the proceeds of the general obligation bonds.

# COMMONWEALTH OF PUERTO RICO

## COMBINING BALANCE SHEET — NONMAJOR GOVERNMENTAL FUNDS
### JUNE 30, 2011
### (In thousands)

| ASSETS | Special Revenue — Public Buildings Authority | Special Revenue — The Children's Trust | Debt Service — The Children's Trust | Debt Service — Public Buildings Authority | Debt Service — Puerto Rico Maritime Shipping Authority | Capital Projects — Commonwealth of Puerto Rico | Capital Projects — Public Buildings Authority | Total Nonmajor Governmental Funds |
|---|---|---|---|---|---|---|---|---|
| CASH AND CASH EQUIVALENTS IN COMMERCIAL BANKS | $ 34,698 | $ - | $ - | $ - | $ - | $ - | $ - | $ 34,698 |
| CASH AND CASH EQUIVALENTS IN GOVERNMENTAL BANKS | 3 | 21,671 | - | - | 1,752 | - | - | 23,426 |
| INVESTMENTS | - | 25,816 | 111,127 | - | - | - | - | 136,943 |
| RECEIVABLES — Net of allowance for uncollectibles: | | | | | | | | |
| Accounts | 918 | - | - | - | - | 671 | - | 1,589 |
| Loans | - | - | - | - | - | 39 | - | 39 |
| Accrued interest | 1 | - | 451 | - | - | - | - | 452 |
| Other | 530 | - | 40,576 | - | - | - | - | 41,106 |
| DUE FROM: | | | | | | | | |
| Other funds | 99,578 | - | - | - | - | 4,786 | - | 104,364 |
| Component units | 33,737 | - | - | - | - | - | - | 33,737 |
| Other governmental entities | 6,443 | - | - | - | - | - | - | 6,443 |
| RESTRICTED ASSETS: | | | | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | 143,426 | 484 | 32,904 | 65,345 | 242,159 |
| Cash and cash equivalents in governmental banks | - | - | - | 85,386 | 37 | 172,784 | - | 258,207 |
| REAL ESTATE HELD FOR SALE OR FUTURE DEVELOPMENT | 3,084 | - | - | - | - | 1,853 | - | 4,937 |
| TOTAL ASSETS | $178,991 | $47,488 | $152,154 | $228,812 | $2,273 | $213,037 | $65,345 | $888,100 |

(Continued)

- 263 -

# COMMONWEALTH OF PUERTO RICO

## COMBINING BALANCE SHEET — NONMAJOR GOVERNMENTAL FUNDS
### JUNE 30, 2011
#### (In thousands)

| | Special Revenue | | Debt Service | | | Capital Projects | | Total Nonmajor Governmental Funds |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Public Buildings Authority | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Authority | |
| **LIABILITIES AND FUND BALANCES** | | | | | | | | |
| **LIABILITIES:** | | | | | | | | |
| Accounts payable and accrued liabilities | $ 1,790 | $ 804 | $ - | $ - | $ 609 | $ 20,130 | $ 20,967 | $ 44,300 |
| Due to: | | | | | | | | |
| Other funds | 1,684 | - | - | - | - | - | - | 1,684 |
| Other governmental entities | 2,934 | - | - | - | - | - | 26,031 | 28,965 |
| Component units | 15,974 | - | - | - | - | - | 9,043 | 25,017 |
| Bonds payable | - | - | - | 81,002 | - | - | - | 81,002 |
| Interest payable | - | - | - | 82,219 | - | - | - | 82,219 |
| Deferred revenue | 88,917 | - | 40,576 | - | - | - | - | 129,493 |
| Other current liabilities | - | - | - | - | - | 2,364 | - | 2,364 |
| Total liabilities | 111,299 | 804 | 40,576 | 163,221 | 609 | 22,494 | 56,041 | 395,044 |
| **FUND BALANCES:** | | | | | | | | |
| Restricted for: | | | | | | | | |
| Debt service | - | - | 111,578 | 65,591 | 1,664 | - | - | 178,833 |
| Capital projects | - | - | - | - | - | 190,543 | 9,304 | 199,847 |
| Committed to: | | | | | | | | |
| Special revenue | - | 39,624 | - | - | - | - | - | 39,624 |
| Capital projects | - | - | - | - | - | - | - | - |
| Assigned to: | | | | | | | | |
| Capital projects | 67,692 | 7,060 | - | - | - | - | - | 74,752 |
| Special revenue | - | - | - | - | - | - | - | - |
| Unassigned | - | - | - | - | - | - | - | - |
| Total fund balances | 67,692 | 46,684 | 111,578 | 65,591 | 1,664 | 190,543 | 9,304 | 493,056 |
| TOTAL LIABILITIES AND FUND BALANCES | $178,991 | $47,488 | $152,154 | $228,812 | $2,273 | $213,037 | $65,345 | $888,100 |

See accompanying independent auditors' report.

(Concluded)

# COMMONWEALTH OF PUERTO RICO

## COMBINING STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCES — NONMAJOR GOVERNMENTAL FUN
### YEAR ENDED JUNE 30, 2011
(In thousands)

| | Special Revenue | | Debt Service | | | Capital Projects | | Total Nonmajor |
| | Public Buildings Authority | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Authority | Governmental Funds |
|---|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | | |
| Interest and investment earnings | $ 157 | $ 50 | $ 3,400 | $ - | $ 1 | $ - | $ - | $ 3,608 |
| Intergovernmental | - | - | - | - | - | - | 1,075 | 1,075 |
| Other | 2,627 | - | - | - | - | - | - | 2,627 |
| Total revenues | 2,784 | 50 | 3,400 | - | 1 | - | 1,075 | 7,310 |
| **EXPENDITURES:** | | | | | | | | |
| Current: | | | | | | | | |
| General government | 138,923 | 498 | 15 | - | - | - | - | 139,436 |
| Health | - | 4,359 | - | - | - | - | - | 4,359 |
| Public housing and welfare | - | 1,254 | - | - | - | - | - | 1,254 |
| Education | - | 2,527 | - | - | - | - | - | 2,527 |
| Economic development | - | - | - | - | 108 | - | - | 108 |
| Intergovernmental | - | 469 | - | - | - | - | - | 469 |
| Capital outlays | - | - | - | - | - | 62,623 | 162,856 | 225,479 |
| Debt service: | | | | | | | | |
| Principal | 876 | - | 19,610 | 84,850 | - | - | - | 105,336 |
| Interest | 4,764 | - | 55,410 | 140,081 | 5,859 | - | - | 206,114 |
| Total expenditures | 144,563 | 9,107 | 75,035 | 224,931 | 5,967 | 62,623 | 162,856 | 685,082 |
| DEFICIENCY OF REVENUES UNDER EXPENDITURES | (141,779) | (9,057) | (71,635) | (224,931) | (5,966) | (62,623) | (161,781) | (677,772) |
| **OTHER FINANCING SOURCES (USES):** | | | | | | | | |
| Transfers in | 315,423 | 2 | 71,095 | 255,875 | 5,859 | - | 149,194 | 797,448 |
| Transfers out | (405,069) | - | - | - | - | - | (42,678) | (447,747) |
| Proceeds from long term debt issued | 239,211 | - | - | - | - | 13,111 | - | 252,322 |
| Total other financing sources | 149,565 | 2 | 71,095 | 255,875 | 5,859 | 13,111 | 106,516 | 602,023 |
| NET CHANGE IN FUND BALANCES | 7,786 | (9,055) | (540) | 30,944 | (107) | (49,512) | (55,265) | (75,749) |
| FUND BALANCES — Beginning of year (as restated) | 59,906 | 55,739 | 112,118 | 34,647 | 1,771 | 240,055 | 64,569 | 568,805 |
| FUND BALANCES — End of year | $ 67,692 | $ 46,684 | $ 111,578 | $ 65,591 | $ 1,664 | $ 190,543 | $ 9,304 | $ 493,056 |

See accompanying independent auditors' report.

- 265 -

## NONMAJOR PROPRIETARY FUNDS

Proprietary funds are used to account for operations that are financed and operated in a manner similar to private business enterprises where the intent of the government is that the costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges.

**Disability Insurance** — It was created by Act No. 139 on June 26, 1968. It is used to account for disability benefits to remedy temporarily the loss of income as a result of disability caused by sickness or accident unrelated to the employment.

**Drivers' Insurance** — It was created by Act No. 428 on May 15, 1950. It is used to account for contributions made by the drivers and their employers to provide a social security plan for the benefit of the drivers in Puerto Rico. The plan also includes payment of benefits for health and life insurance.

**Puerto Rico Water Pollution Control Revolving Fund** — It was created by Act No. 44 on June 21, 1988, as amended. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Environmental Quality Board (EQB). Pursuant to such Act, EQB is authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection Agency (EPA) for lending activities.

**Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund** — It was created by Act No. 32 on July 7, 1997. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Department of Health (DOH). Pursuant to such act, DOH, on behalf of the Commonwealth, is authorized to enter into operating and capitalization grant agreements with the EPA for lending activities.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF NET ASSETS — NONMAJOR PROPRIETARY FUNDS**
**JUNE 30, 2011**
**(In thousands)**

| | | Business-Type Activities — Nonmajor Enterprise Funds | | | |
| | Disability Insurance | Drivers' Insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents in commercial banks | $ 43 | $ 18 | $ - | $ - | $ 61 |
| Cash and cash equivalents in governmental banks | 51,531 | 10,321 | - | - | 61,852 |
| Cash and cash equivalents in commercial banks — restricted | 473 | - | - | - | 473 |
| Cash and cash equivalents in governmental banks — restricted | - | - | 70,531 | 21,346 | 91,877 |
| Insurance premiums receivables, net | 2,809 | 1,061 | - | - | 3,870 |
| Due from other funds | - | 2,682 | - | - | 2,682 |
| Loans receivable from component unit — restricted | - | - | 11,751 | 4,796 | 16,547 |
| Accrued interest receivable | 312 | - | - | - | 312 |
| Restricted receivables | - | - | 3,172 | 1,396 | 4,568 |
| Other receivables | - | 37 | - | - | 37 |
| Total current assets | 55,168 | 14,119 | 85,454 | 27,538 | 182,279 |
| Noncurrent assets: | | | | | |
| Loans receivable from component unit — restricted | - | - | 255,213 | 141,689 | 396,902 |
| Due from other funds | - | 18,116 | - | - | 18,116 |
| Restricted investments | 35,157 | - | - | - | 35,157 |
| Other restricted assets | - | - | 1,251 | - | 1,251 |
| Total assets | 90,325 | 32,235 | 341,918 | 169,227 | 633,705 |
| **LIABILITIES AND NET ASSETS** | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 656 | 165 | 1,721 | 108 | 2,650 |
| Due to other funds | 803 | - | - | - | 803 |
| Due to other governmental entities | 314 | 155 | - | - | 469 |
| Deferred revenue | 2,051 | 19 | - | - | 2,070 |
| Compensated absences | 554 | 329 | - | - | 883 |
| Insurance benefits payable | 432 | 123 | - | - | 555 |
| Total current liabilities | 4,810 | 791 | 1,721 | 108 | 7,430 |
| Noncurrent liabilities: | | | | | |
| Due to other governmental entities | 164 | 85 | - | - | 249 |
| Compensated absences | 735 | 494 | - | - | 1,229 |
| Total liabilities | 5,709 | 1,370 | 1,721 | 108 | 8,908 |
| **NET ASSETS:** | | | | | |
| Restricted for payment of insurance benefits | 35,198 | - | - | - | 35,198 |
| Restricted for lending activities | - | - | 340,197 | 169,119 | 509,316 |
| Unrestricted | 49,418 | 30,865 | - | - | 80,283 |
| **TOTAL NET ASSETS** | $84,616 | $30,865 | $340,197 | $169,119 | $624,797 |

See accompanying independent auditors' report.

## COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF REVENUES, EXPENSES, AND CHANGES IN NET ASSETS — NONMAJOR PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | Business-Type Activities — Nonmajor Enterprise Funds | | | | |
| --- | --- | --- | --- | --- | --- |
| | Disability Insurance | Drivers' Insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| OPERATING REVENUES: | | | | | |
| Insurance premiums | $ 17,591 | $ 4,515 | $ - | $ - | $ 22,106 |
| Interest | - | 3 | 5,290 | 2,712 | 8,005 |
| Total operating revenues | 17,591 | 4,518 | 5,290 | 2,712 | 30,111 |
| OPERATING EXPENSES: | | | | | |
| Insurance benefits | 2,617 | 796 | - | - | 3,413 |
| General, administrative, and other operating expenses | 11,949 | 3,890 | 856 | 238 | 16,933 |
| Total operating expenses | 14,566 | 4,686 | 856 | 238 | 20,346 |
| OPERATING INCOME (LOSS) | 3,025 | (168) | 4,434 | 2,474 | 9,765 |
| NONOPERATING REVENUES (EXPENSES): | | | | | |
| Contributions from U.S. government | - | - | 22,157 | 22,180 | 44,337 |
| Contributions to component unit | - | - | (16,381) | (3,317) | (19,698) |
| Interest and investment earnings | 4,794 | 27 | - | - | 4,821 |
| Total nonoperating revenues | 4,794 | 27 | 5,776 | 18,863 | 29,460 |
| INCOME (LOSS) BEFORE TRANSFERS | 7,819 | (141) | 10,210 | 21,337 | 39,225 |
| TRANSFERS FROM OTHER FUNDS | - | - | - | 3,073 | 3,073 |
| TRANSFERS TO OTHER FUNDS | (3,147) | (97) | - | - | (3,244) |
| NET CHANGE IN NET ASSETS | 4,672 | (238) | 10,210 | 24,410 | 39,054 |
| NET ASSETS — Beginning of year, as restated | 79,944 | 31,103 | 329,987 | 144,709 | 585,743 |
| NET ASSETS — End of year | $ 84,616 | $ 30,865 | $ 340,197 | $ 169,119 | $ 624,797 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF CASH FLOWS — NONMAJOR PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

| | Disability Insurance | Drivers' Insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
|---|---|---|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | | | | |
| Receipts from customers and users | $17,657 | $ 4,468 | $ - | $ - | $ 22,125 |
| Other receipts | - | 3 | - | - | 3 |
| Payments to suppliers | (7,468) | (933) | - | - | (8,401) |
| Payments to employees | (4,976) | (3,223) | - | - | (8,199) |
| Payments of insurance benefits | (2,745) | (986) | - | - | (3,731) |
| Other payments | - | - | (294) | (226) | (520) |
| Net cash provided by (used in) operating activities | 2,468 | (671) | (294) | (226) | 1,277 |
| **CASH FLOWS FROM NONCAPITAL FINANCING ACTIVITIES:** | | | | | |
| Intergovernmental grants and contributions | - | - | 22,157 | 22,180 | 44,337 |
| Contributions to component unit | - | - | (16,381) | (3,317) | (19,698) |
| Transfers from other funds | - | - | - | 3,307 | 3,307 |
| Transfers to other funds | (3,147) | (97) | - | - | (3,244) |
| Net cash provided by (used in) noncapital financing activities | (3,147) | (97) | 5,776 | 22,170 | 24,702 |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | | | | |
| Interest collected on deposits, investments and loans | 1,162 | 56 | 4,995 | 2,509 | 8,722 |
| Loans originated | - | - | (30,224) | (25,920) | (56,144) |
| Principal collected on loans | - | - | 13,064 | 5,541 | 18,605 |
| Proceeds from sales and maturities of investments | 7,851 | - | - | - | 7,851 |
| Purchases of investments | (8,491) | - | - | - | (8,491) |
| Net cash provided by (used in) investing activities | 522 | 56 | (12,165) | (17,870) | (29,457) |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | (157) | (712) | (6,683) | 4,074 | (3,478) |
| CASH AND CASH EQUIVALENTS — Beginning of year, as restated | 52,204 | 11,051 | 77,214 | 17,272 | 157,741 |
| CASH AND CASH EQUIVALENTS — End of year | $52,047 | $10,339 | $ 70,531 | $ 21,346 | $154,263 |
| **RECONCILIATION OF OPERATING INCOME (LOSS) TO NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES:** | | | | | |
| Operating income (loss) | $ 3,025 | $ (168) | $ 4,434 | $ 2,474 | $ 9,765 |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities: | | | | | |
| Interests earned on deposits, loans and investments | - | - | (5,290) | (2,712) | (8,002) |
| Changes in operating assets and liabilities: | | | | | |
| (Increase) decrease in accounts receivable | 457 | (44) | (412) | - | 1 |
| Decrease in due from other funds | 7 | - | - | - | 7 |
| Decrease in other restricted assets | - | - | 118 | - | 118 |
| Increase (decrease) in accounts payable and accrued liabilities | (59) | (103) | 856 | 12 | 706 |
| Decrease in due to other governmental entities | (512) | (3) | - | - | (515) |
| Decrease in deferred revenues | (399) | (153) | - | - | (552) |
| Increase (decrease) in compensated absences | 77 | (10) | - | - | 67 |
| Decrease in liability for insurance benefits payable | (128) | (190) | - | - | (318) |
| Total adjustments | (557) | (503) | (4,728) | (2,700) | (8,488) |
| NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES | $ 2,468 | $ (671) | $ (294) | $ (226) | $ 1,277 |

See accompanying independent auditors' report.

## FIDUCIARY FUNDS

Fiduciary funds are used to account for funds held by the Commonwealth in a trustee capacity, or as an agent for individuals, organizations, and other governmental units. Following are the Commonwealth's fiduciary funds:

### Pension Trust Funds

The pension trust funds are used to account for the assets, liabilities, and net assets available for pension benefits held in trust for the public employees of the Commonwealth.

**Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)** — ERS is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 447 on May 15, 1951. ERS is sponsored by the Commonwealth, public corporations, and municipalities of Puerto Rico. Substantially all full-time employees of the Commonwealth and its instrumentalities are covered by ERS.

**Puerto Rico System of Annuities and Pensions for Teachers (TRS)** — TRS is a defined benefit pension plan administered by the Puerto Rico Teachers Retirement System and was created by Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. TRS is sponsored by the Commonwealth. Substantially, all active teachers of the Commonwealth's Department of Education are covered by TRS. Licensed teachers working in private schools or other educational organizations can be members of TRS at their own choice as long as the required employer and employee contributions are satisfied.

**Commonwealth of Puerto Rico Judiciary Retirement System (JRS)** — JRS is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 12 on October 19, 1954. JRS provides retirement benefits to the employees of the judiciary branch of the Commonwealth, through the office of the Administration of Court Facilities.

### Agency Fund

Agency fund is used to account for assets held by the Commonwealth as an agent for individuals, private organizations, and other governments. This fund is custodial in nature (assets equal liabilities) and does not involve measurement of the results of operations.

**Special Deposits** — This fund acts in a fiduciary capacity in order to account for moneys received with specified purposes for which the law does not specify its recording in any other fund. It mainly includes deposits under the custody of the courts of justice for alimony payments, escrows, revenue collections and agency accounts for which the Commonwealth act in an agent's capacity.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF FIDUCIARY NET ASSETS — PENSION TRUST FUNDS**
**JUNE 30, 2011**
**(In thousands)**

| | Pension Trust Funds | | | |
| | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Total |
|---|---|---|---|---|
| ASSETS: | | | | |
| Cash and cash equivalents in commercial banks — unrestricted | $ 391,505 | $ 97,379 | $ 6,409 | $ 495,293 |
| Cash and cash equivalents in governmental banks: | | | | |
| Unrestricted | 51,396 | 3,291 | 1,011 | 55,698 |
| Restricted | 411,946 | - | - | 411,946 |
| Collateral for securities lending transactions | 134,319 | 70,938 | 3,218 | 208,475 |
| Investments: | | | | |
| Debt and equity securities, at fair value | 2,396,650 | 1,802,853 | 62,090 | 4,261,593 |
| Other | 65,457 | 25,630 | - | 91,087 |
| Receivables — net: | | | | |
| Accounts | 190,299 | - | - | 190,299 |
| Loans and advances | 1,275,381 | 406,664 | 845 | 1,682,890 |
| Accrued interest and dividends | 7,594 | 3,982 | 263 | 11,839 |
| Other | 15,022 | 47,203 | 27 | 62,252 |
| Capital assets — net | 8,951 | 22,204 | - | 31,155 |
| Other assets | 38,547 | 472 | - | 39,019 |
| Total assets | 4,987,067 | 2,480,616 | 73,863 | 7,541,546 |
| LIABILITIES: | | | | |
| Accounts payable and accrued liabilities | 75,766 | 22,874 | 5,562 | 104,202 |
| Securities lending transactions | 134,319 | 70,938 | 3,218 | 208,475 |
| Interest payable | 13,876 | - | - | 13,876 |
| Other liabilities | 35,813 | 941 | 1,108 | 37,862 |
| Bonds payable | 3,003,482 | - | - | 3,003,482 |
| Total liabilities | 3,263,256 | 94,753 | 9,888 | 3,367,897 |
| NET ASSETS HELD IN TRUST FOR PENSION AND OTHER BENEFITS | $1,723,811 | $2,385,863 | $63,975 | $4,173,649 |

See accompanying independent auditors' report.

## COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF CHANGES IN FIDUCIARY NET ASSETS — PENSION TRUST FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

|  | Pension Trust Funds | | | |
|  | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Total |
|---|---|---|---|---|
| ADDITIONS: | | | | |
| Contributions: | | | | |
| Sponsor | $ 511,707 | $ 112,071 | $ 9,966 | $ 633,744 |
| Participants | 322,008 | 123,297 | 2,789 | 448,094 |
| Special | 187,674 | 48,581 | 629 | 236,884 |
| Total contributions | 1,021,389 | 283,949 | 13,384 | 1,318,722 |
| Investment income and investment expense: | | | | |
| Interest | 172,783 | 57,008 | 1,352 | 231,143 |
| Dividends | 7,344 | 6,915 | 176 | 14,435 |
| Net change in fair value of investments | 472,076 | 421,923 | 12,928 | 906,927 |
| Investment expenses | (6,483) | (4,682) | (162) | (11,327) |
| Net investment income | 645,720 | 481,164 | 14,294 | 1,141,178 |
| Other income | 49,257 | 968 | 10 | 50,235 |
| Total additions | 1,716,366 | 766,081 | 27,688 | 2,510,135 |
| DEDUCTIONS: | | | | |
| Pension and other benefits | 1,329,227 | 562,160 | 18,627 | 1,910,014 |
| Refunds of contributions | 91,195 | 8,465 | - | 99,660 |
| General and administrative | 47,782 | 31,570 | 496 | 79,848 |
| Interest on bonds payable | 189,342 | - | - | 189,342 |
| Total deductions | 1,657,546 | 602,195 | 19,123 | 2,278,864 |
| NET CHANGE IN NET ASSETS HELD IN TRUST FOR PENSION AND OTHER BENEFITS | 58,820 | 163,886 | 8,565 | 231,271 |
| NET ASSETS HELD IN TRUST FOR PENSION AND OTHER BENEFITS: | | | | |
| Beginning of year | 1,664,991 | 2,221,977 | 55,410 | 3,942,378 |
| End of year | $1,723,811 | $2,385,863 | $63,975 | $4,173,649 |

See accompanying independent auditors' report.

## COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF CHANGES IN ASSETS AND LIABILITIES — AGENCY FUNDS**
**YEAR ENDED JUNE 30, 2011**
**(In thousands)**

|  | Balance at June 30, 2010 | Additions | Deletions | Balance at June 30, 2011 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| CASH AND CASH EQUIVALENTS IN COMMERCIAL BANKS | $   697,402 | $       586 | $      - | $   697,988 |
| CASH AND CASH EQUIVALENTS IN GOVERNMENTAL BANKS | 800,511 | 3,985,798 | 4,124,749 | 661,560 |
| OTHER RECEIVABLES | - | 9,393 | - | 9,393 |
| OTHER INVESTMENTS | 1,226 | 44 | - | 1,270 |
| TOTAL ASSETS | $1,499,139 | $3,995,821 | $4,124,749 | $1,370,211 |
| **LIABILITIES** | | | | |
| ACCOUNTS PAYABLE AND ACCRUED LIABILITIES | $1,499,139 | $3,995,821 | $4,124,749 | $1,370,211 |
| TOTAL LIABILITIES | $1,499,139 | $3,995,821 | $4,124,749 | $1,370,211 |

See accompanying independent auditors' report.

## NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS

These entities are presented because the nature and significance of their relationship with the primary government are such that their exclusion would cause the basic financial statements to be misleading. These are discretely presented in a separate column in the basic financial statements due to the nature of the services they provide. The accounting principles followed by each of the component units included herein may vary depending on the type of industries they are involved in (that is, banking, construction, public utilities, and so forth). The detailed information for each of these entities may be obtained directly from the administrative offices of the corresponding entities, as described in Note 1 to the basic financial statements included in the financial section of this report.

# COMMONWEALTH OF PUERTO RICO

## NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS
## COMBINING STATEMENT OF NET ASSETS (DEFICIT)
### JUNE 30, 2011
#### (In thousands)

| ASSETS | Agricultural Enterprises Development Administration | Automobile Accidents Compensations Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Company for the Integral Development of the Peninsula Cantera | Corporation for the "Caño Martín Peña" ENLACE Project | Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | Culebra Conservation and Development Authority |
|---|---|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 8,926 | $ 10,986 | $ 8,448 | $ 3,512 | $ 889 | $11,700 | $ 68 |
| Cash and cash equivalents in governmental banks | 23,388 | — | — | — | — | 2,243 | — |
| Investments | | 147,514 | | | | | |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | | | | | | | |
| Cash and cash equivalents in governmental banks | | | | | | | |
| Investments | | | | | | | |
| Other restricted assets | | | | | | | |
| Collateral from securities lending transactions | | | | | | | |
| Receivables — net: | | | | | | | |
| Insurance premium | | | | | | | |
| Intergovernmental | | 666 | | | | | |
| Accounts | 5,767 | | 9,380 | | | | |
| Loans and advances | | | | | | | 2 |
| Accrued interest | | 782 | | 10 | | | |
| Other governmental entities | 3,129 | 234 | 1,379 | 518 | 415 | 1,925 | |
| Other | 4,103 | 1,436 | | 48 | | 540 | |
| Due from: | | | | | | | |
| Primary government | 14,718 | | 1,490 | 20,217 | | | |
| Component units | | | | | | | |
| Inventories | 10,670 | | 2,434 | | | | |
| Prepaid expenses | 1,808 | | 312 | 42 | 9 | | |
| Total current assets | 72,509 | 161,618 | 23,443 | 24,347 | 1,313 | 16,408 | 70 |
| NONCURRENT ASSETS: | | | | | | | |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | | 12 | 922 | | 35 | | 64 |
| Cash and cash equivalents in governmental banks | | | | | | | |
| Investments | | | | | | | |
| Other restricted assets | | | | | | | |
| Investments | | | | | | | |
| Receivables: | | | | | | | |
| Loans, interest, and other | | | | 6,357 | | | |
| Other governmental agencies | | | | | | | |
| Other | | | | | | | |
| Due from: | | | | | | | |
| Primary government | | | | | | | |
| Component units | | | | | | | |
| Other | | | | | | | |
| Deferred outflows of resources | | | | | | | |
| Deferred expenses and other assets | | 31 | | 5 | | | 5 |
| Property held for sale or future development | | | | 1,344 | | | |
| Capital assets, not being depreciated | 3,656 | 901 | 103 | 80 | 3,383 | | 640 |
| Capital assets, depreciable — net | 33,427 | 6,687 | 17,470 | 65 | 746 | | 347 |
| Total noncurrent assets | 37,083 | 7,631 | 18,495 | 7,851 | 4,164 | — | 1,056 |
| TOTAL ASSETS | $109,592 | $169,249 | $41,938 | $32,198 | $ 5,477 | $16,408 | $1,126 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS
COMBINING STATEMENT OF NET ASSETS (DEFICIT)
JUNE 30, 2010
(In thousands)

| | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Corporation | Farm Insurance Corporation of Puerto Rico | Fine Arts Center Corporation | Governing Board of the 9-1-1 Service | Institute of Puerto Rican Culture | Institutional Trust of the National Guard of Puerto Rico |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **CURRENT ASSETS:** | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 664 | $ - | $12,396 | $ 8,344 | $ - | $ 2,487 | $ - |
| Cash and cash equivalents in governmental banks | 2,951 | | | | 17,637 | 340 | 5,667 |
| Investments | 313,123 | | | | | | |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | 2,846 | | | | | 17,329 | |
| Cash and cash equivalents in governmental banks | | | | | | 2,985 | |
| Investments | | | | | | | |
| Other restricted assets | | | | | | | |
| Collateral from securities lending transactions | | | | | | | |
| Receivables — net: | | | | | | | |
| Insurance premium | | | 3,273 | | | | |
| Intergovernmental | | | | | | | |
| Accounts | | | | 88 | | 1,543 | 79 |
| Loans and advances | 88,776 | | | | 1,822 | 142 | 800 |
| Accrued interest | 7,219 | | | | | | |
| Other governmental entities | | 1,249 | | 228 | | 599 | |
| Other | | | | | 12 | | 29 |
| Due from: | | | | | | | |
| Primary government | | | | | | | |
| Component units | | | | | | | |
| Inventories | | | 236 | 83 | 28 | | 9 |
| Prepaid expenses | | 206 | | | 25 | 1,760 | |
| Total current assets | 415,579 | 1,455 | 15,905 | 8,743 | 19,524 | 27,185 | 6,584 |
| **NONCURRENT ASSETS:** | | | | | | | |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | | 367 | | 546 | 9,253 | | |
| Cash and cash equivalents in governmental banks | | | | | 16,755 | | |
| Investments | 5,625 | | | | | | |
| Other restricted assets | 816,942 | | | | | | |
| Investments | | | | | 4,062 | | 54,663 |
| Receivables: | | | | | | | |
| Loans, interest, and other | 126,093 | | | | | | |
| Other governmental agencies | 556 | | | | | | |
| Other | | | 7,139 | | | | |
| Due from: | | | | | | | |
| Primary government | | | | | | | |
| Component units | | | | | | | |
| Other | | | | | | | |
| Deferred outflows of resources | 4,836 | | | | | | |
| Deferred expenses and other assets | | | | | | | |
| Property held for sale or future development | 2,735 | | | 3,196 | 713 | 9,473 | 2,452 |
| Capital assets, not being depreciated | | | | 12,578 | 2,086 | 56,290 | 18,258 |
| Capital assets, depreciable — net | 6,667 | 107 | 189 | | | | 5,650 |
| Total noncurrent assets | 963,454 | 474 | 7,328 | 16,320 | 32,869 | 65,763 | 81,023 |
| TOTAL ASSETS | $1,379,033 | $1,929 | $23,233 | $25,063 | $52,393 | $92,948 | $87,607 |

- 276 -

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2011**
**(In thousands)**

| | Land Authority of Puerto Rico | Musical Arts Corporation | National Parks Company of Puerto Rico | Port of the Americas Authority | Public Corporation for the Supervision and Deposit Insurance of PR Cooperatives | Puerto Rico Conservatory of Music Corporation | Puerto Rico Convention Center District Authority |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| **CURRENT ASSETS:** | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 4,348 | $2,185 | $ 3,819 | $ — | $ — | $ 154 | $ 17,143 |
| Cash and cash equivalents in governmental banks | 22,694 | 185 | — | — | — | — | 1,122 |
| Investments | — | — | — | 2,552 | 5,052 | — | — |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | — | 8 | — | — | 19,844 | 135 | 13,300 |
| Cash and cash equivalents in governmental banks | — | 546 | — | — | — | — | 23,565 |
| Investments | — | — | — | — | — | — | — |
| Other restricted assets | — | — | — | — | — | — | — |
| Collateral from securities lending transactions | — | — | — | — | — | — | — |
| Receivables — net: | | | | | | | |
| Insurance premium | — | — | — | — | — | — | — |
| Intergovernmental | 8,166 | — | 383 | — | — | — | — |
| Accounts | 14,501 | 51 | — | 2 | — | — | 8,794 |
| Loans and advances | — | — | — | — | 1,373 | — | — |
| Accrued interest | 2,032 | 219 | 249 | — | — | 948 | — |
| Other governmental entities | — | — | — | — | — | 2,767 | — |
| Other | — | — | — | — | 7 | — | — |
| Due from: | | | | | | | |
| Primary government | 6,635 | — | — | — | — | — | — |
| Component units | 19,425 | — | — | — | — | — | 14,929 |
| Inventories | — | — | 141 | — | — | — | — |
| Prepaid expenses | 10 | — | — | 118 | — | 36 | 1,353 |
| Total current assets | 77,811 | 3,194 | 4,592 | 2,672 | 26,276 | 4,040 | 80,206 |
| **NONCURRENT ASSETS:** | | | | | | | |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial banks | — | — | 22,348 | — | — | 1,753 | 11,837 |
| Cash and cash equivalents in governmental banks | 119 | — | 125 | — | — | — | 33,364 |
| Investments | — | — | — | — | — | — | — |
| Other restricted assets | — | — | — | — | — | — | — |
| Investments | — | — | — | — | 166,211 | — | — |
| Receivables: | | | | | | | |
| Loans, interest, and other | — | — | — | — | 3,300 | — | — |
| Other governmental agencies | — | — | — | — | — | — | — |
| Other | — | — | — | — | — | — | 7,354 |
| Due from: | | | | | | | |
| Primary government | — | — | — | — | — | — | — |
| Component units | — | — | — | — | — | — | — |
| Deferred outflows of resources | — | — | — | — | — | — | — |
| Deferred expenses and other assets | 8,559 | — | — | — | 3,071 | — | 14,226 |
| Property held for sale or future development | — | — | — | — | — | — | — |
| Capital assets, not being depreciated | 82,716 | 568 | 19,148 | 291,668 | — | 34,756 | 281,722 |
| Capital assets, depreciable — net | 9,864 | 227 | 161,794 | 7 | — | 44,545 | 406,122 |
| Total noncurrent assets | 101,258 | 795 | 203,415 | 291,675 | 172,582 | 81,054 | 754,625 |
| TOTAL ASSETS | $179,069 | $3,989 | $208,007 | $294,347 | $198,858 | $85,094 | $834,831 |

- 277 -

(Continued)

# COMMONWEALTH OF PUERTO RICO

## NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS
## COMBINING STATEMENT OF NET ASSETS (DEFICIT)
## JUNE 30, 2011
## (In thousands)

| | Puerto Rico Council on Higher Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority | Puerto Rico Infrastructure Financing Authority | Puerto Rico Land Administration | Puerto Rico and Municipal Islands Maritime Transport Authority | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| CURRENT ASSETS: | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 12 | $ 4,839 | $ - | $ - | $ 1,848 | $ 291 | $ 2,871 | $ 1,647 |
| Cash and cash equivalents in governmental banks | 2,473 | | | 1,633 | 42,614 | | | 2,644 |
| Investments | | | | | 8,164 | | | |
| Restricted assets: | | | | | | | | |
| Cash and cash equivalents in commercial banks | | | | 119,867 | | | | |
| Cash and cash equivalents in governmental banks | 1,398 | | | 39,985 | | | | |
| Investments | 6,992 | 10,033 | | 7,266 | | | | |
| Other restricted assets | | | | | | | | |
| Collateral from securities lending transactions | | | | | | | | |
| Receivables — net: | | | | | | | | |
| Insurance premium | | | | | | | | |
| Intergovernmental | | | | | | | | |
| Accounts | | 26,762 | 1 | 66,033 | 2,551 | 2,668 | 17,870 | 298 |
| Accrued interest | | 318 | 269 | 16 | 467 | 89 | | |
| Loans and advances | | | | | | | | |
| Other governmental entities | 33 | | | 1,930 | 382 | 228 | 33,931 | 2,443 |
| Other | 28 | 1,246 | | | 524 | | | |
| Due from: | | | | | | | | |
| Primary government | | | | 3,433 | | | 10,152 | 1,108 |
| Component units | | | 2,599 | | 1,306 | 63 | 6,699 | 4,368 |
| Inventories | | | | | | | 2,271 | 3,320 |
| Prepaid expenses | | 1,955 | | 374 | 94 | 1,774 | 890 | 2,281 |
| Total current assets | 10,936 | 45,153 | 11,963 | 240,537 | 57,950 | 5,113 | 74,684 | 18,109 |
| NONCURRENT ASSETS: | | | | | | | | |
| Restricted assets: | | | | | | | | |
| Cash and cash equivalents in commercial banks | | | | 165,269 | | | 10,996 | |
| Cash and cash equivalents in governmental banks | | 41,435 | | | | | | |
| Investments | | | | 38,893 | | | | |
| Other restricted assets | | 93 | | | | | | |
| Receivables: | | | | | | | | |
| Loans, interest, and other | | 335 | | | | | | |
| Other governmental agencies | | | | | | | | |
| Other | | | | | | | | |
| Due from: | | | | | | | | |
| Primary government | | | | | | | | |
| Component units | | | 26,485 | | | | | |
| Other | | | | | | | | |
| Deferred outflows of resources | | | | | | | | |
| Deferred expenses and other assets | | 2,070 | 20,872 | | | | | 542 |
| Property held for sale or future development | | 44,332 | | | 153,678 | | | |
| Capital assets, not being depreciated | | 211,421 | | | 26,675 | 16,031 | 6,872 | 8,319 |
| Capital assets, depreciable — net | 258 | 462,025 | | | 10,091 | 36,922 | 48,733 | 58,389 |
| Total noncurrent assets | 258 | 761,711 | 47,357 | 348,171 | 190,444 | 52,953 | 66,601 | 67,250 |
| TOTAL ASSETS | $ 11,194 | $ 806,864 | $ 59,320 | $ 588,708 | $ 248,394 | $ 58,066 | $ 141,285 | $ 85,359 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

## NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS
## COMBINING STATEMENT OF NET ASSETS (DEFICIT)
### JUNE 30, 2011
### (In thousands)

| | Puerto Rico Municipal Finance Agency | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico Public Private Partnerships Authority | Puerto Rico School of Plastic Arts | Solid Waste Authority | Puerto Rico Telephone Authority | Puerto Rico Tourism Company |
|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | |
| **CURRENT ASSETS:** | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ - | $ 7,807 | $ 1,682 | 1,193 | $ 20 | $ 244 | $ - | $ 27,704 |
| Cash and cash equivalents in governmental banks | 5,717 | - | 5 | | 154 | 3,189 | 7,963 | 8,243 |
| Investments | | | | | | 19,314 | | 8,333 |
| Restricted assets: | | | | | | | | |
| Cash and cash equivalents in commercial banks | 3,736 | 16,892 | 1,594 | | | 10,847 | | |
| Cash and cash equivalents in governmental banks | | 288 | | | | | | |
| Investments | 80,834 | | | | | | | |
| Other restricted assets | 28,120 | 2,336 | | | | | | |
| Collateral from securities lending transactions | | | | | | | | |
| Receivables — net: | | | | | | | | |
| Insurance premium | | | | | | | | |
| Intergovernmental | | | | | | | | |
| Accounts | | 17,258 | 428 | | 587 | | | 6,923 |
| Loans and advances | | | | | | 1,426 | | 12,587 |
| Accrued interest | | | | | | 1,288 | 1 | |
| Other governmental entities | | | 514 | | | | | |
| Other | | | 215 | | 378 | | | 179 |
| Due from: | | | | | | | | |
| Primary government | | | | 2,404 | | 1,494 | | |
| Component units | | | | | | | | |
| Inventories | | | | 6 | | | | 315 |
| Prepaid expenses | 282 | 5,109 | 24 | 2 | | 145 | | |
| Total current assets | 118,689 | 49,690 | 4,462 | 3,603 | 1,139 | 37,947 | 7,964 | 64,284 |
| **NONCURRENT ASSETS:** | | | | | | | | |
| Restricted assets: | | | | | | | | |
| Cash and cash equivalents in commercial banks | 1,140,223 | | | | 33 | | | |
| Cash and cash equivalents in governmental banks | 12,706 | | | | | | | |
| Investments | | | | | 411 | 500 | 3,988 | 46,768 |
| Other restricted assets | | | | | 1,312 | | | |
| Receivables: | | | | | | | | |
| Loans, interest, and other | | 6,368 | | | | | | 26,614 |
| Other governmental agencies | | | | | | | | |
| Other | | | | | | | | |
| Due from: | | | | | | | | |
| Primary government | | 12,700 | | | | | | |
| Component units | | 34,878 | | | | | | |
| Other | | 48,861 | | | | | | |
| Deferred outflows of resources | | | | | | | | |
| Deferred expenses and other assets | | 2,946 | 363 | | | 17 | | |
| Property held for sale or future development | | | | | | | | 1,711 |
| Capital assets, not being depreciated | | 523,777 | 83 | | | 23,432 | | 14,152 |
| Capital assets, depreciated | | 631,182 | 16,034 | | | 115,064 | | 21,706 |
| Capital assets, depreciable — net | | | | 2 | 8,293 | | | |
| Total noncurrent assets | 1,152,929 | 1,260,712 | 16,480 | 2 | 10,049 | 139,013 | 3,988 | 110,951 |
| TOTAL ASSETS | $1,271,618 | $1,310,402 | $20,942 | $3,605 | $11,188 | $176,960 | $11,952 | $175,235 |

- 279 -

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2011**
**(In thousands)**

| ASSETS | Puerto Rico Trade and Export Company | Right to Employment Administration | Special Communities Perpetual Trust | State Insurance Fund Corporation | University of Puerto Rico Comprehensive Cancer Center | Nonmajor Component Units Totals |
|---|---:|---:|---:|---:|---:|---:|
| **CURRENT ASSETS:** | | | | | | |
| Cash and cash equivalents in commercial banks | $ 11,222 | $ — | $ — | $ 317,683 | $ 198 | $ 474,137 |
| Cash and cash equivalents in governmental banks | 2,198 | 8,462 | — | 58,475 | 1,565 | 239,453 |
| Investments | — | | | 454,163 | | 970,455 |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | | | 156,558 | | | 162,407 |
| Cash and cash equivalents in governmental banks | | | | | | 225,907 |
| Investments | | | | | | 128,690 |
| Other restricted assets | | | 122 | | | 30,578 |
| Collateral from securities lending transactions | | | | 84,284 | | 84,284 |
| Receivables — net: | | | | | | |
| Insurance premium | | | | 40,827 | | 41,493 |
| Intergovernmental | | | | | 151 | 12,607 |
| Accounts | | | | | | 133,804 |
| Loans and advances | | | | | | 103,617 |
| Accrued interest | | | | 7,633 | | 23,114 |
| Other governmental entities | 5,354 | 43 | | 17,958 | 847 | 73,352 |
| Other | 954 | 16 | 517 | 109,997 | | 122,091 |
| Due from: | | | | | | |
| Primary government | | 3,093 | | 11,172 | 2,000 | 66,744 |
| Component units | | | | 6,401 | | 60,498 |
| Inventories | 225 | | | | | 27,159 |
| Prepaid expenses | 228 | | | 301 | 70 | 18,024 |
| Total current assets | 20,181 | 11,614 | 157,197 | 1,108,894 | 4,831 | 3,048,414 |
| **NONCURRENT ASSETS:** | | | | | | |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | 6,508 | | | 3,724 | | 46,941 |
| Cash and cash equivalents in governmental banks | 1,191 | | | | | 27,291 |
| Investments | 344,287 | | | 310,876 | | 2,053,521 |
| Other restricted assets | | | | | | 57,224 |
| Investments | | | | 364,627 | | 1,453,866 |
| Receivables: | | | | | | |
| Loans, interest, and other | | | | | | 162,699 |
| Other governmental entities | | | | | | 14,063 |
| Other | | | | | | 7,354 |
| Due from: | | | | | | |
| Primary government | | | | | | 12,700 |
| Component units | | | | | | 61,363 |
| Other | | | | | | 48,861 |
| Deferred outflows of resources | | | | | | |
| Deferred expenses and other assets | | | | | | 94,452 |
| Real estate held for sale or future development | | | | | | 201,806 |
| Capital assets, not being depreciated | 60,279 | | | 13,010 | 4,425 | 1,767,807 |
| Capital assets, depreciable — net | 58,647 | 205 | | 85,470 | 24,471 | 2,345,556 |
| Total noncurrent assets | 470,912 | 205 | | 777,707 | 28,896 | 8,355,504 |
| TOTAL ASSETS | $491,093 | $11,819 | $157,197 | $1,886,601 | $33,727 | $11,403,918 |

- 280 -

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2011**
**(In thousands)**

| LIABILITIES AND NET ASSETS (DEFICIT) | Agricultural Enterprises Development Administration | Automobile Accidents Compensations Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Company for the Integral Development of the Peninsula de Cantera | Corporation for the "Cano Martin Pena" ENLACE Project | Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico |
|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | |
| **Current liabilities:** | | | | | | |
| Accounts payable and accrued liabilities | $ 61,319 | $ 5,612 | $ 29,767 | $ 3,568 | $ 162 | $ 283 |
| Deposits and escrow liabilities | — | — | — | — | — | — |
| Due to: | | | | | | |
| Primary government | 576 | — | 31,670 | — | — | — |
| Component units | — | 1,639 | 13,237 | 20,175 | — | 202 |
| Other governmental entities | 7,025 | — | 930 | — | — | — |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — |
| Interest payable | — | — | — | — | — | — |
| Deferred revenue | — | 39,478 | — | — | — | — |
| Notes payable, current portion | 5,480 | — | — | — | — | — |
| Bonds payable, current portion | — | — | — | — | — | — |
| Accrued compensated absences, current portion | 6,245 | 3,002 | 3,158 | 61 | 59 | 154 |
| Termination benefits payable | 19,958 | — | — | — | — | — |
| Liability for automobile accident insurance and workmen compensation claims | — | 166,596 | — | — | — | — |
| Capital leases | — | — | — | — | — | — |
| Current portion of other long-term liabilities | — | — | 87 | — | — | — |
| Total current liabilities | 100,603 | 216,327 | 78,849 | 23,804 | 221 | 639 |
| **Noncurrent liabilities:** | | | | | | |
| Due to: | | | | | | |
| Primary government | — | — | — | — | — | — |
| Component units | — | — | — | — | — | — |
| Other governmental entities | — | — | — | — | — | — |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — |
| Deferred revenue | — | — | — | — | — | — |
| Notes payable | 114,423 | — | — | — | — | — |
| Commonwealth appropriation bonds | — | — | — | — | — | — |
| Bonds payable | — | — | — | — | — | — |
| Accrued compensated absences | — | — | — | 90 | — | — |
| Termination benefits payable | — | — | — | — | — | — |
| Liability for automobile accident insurance and workmen compensation claims | — | — | — | — | — | — |
| Capital leases | — | — | — | — | — | — |
| Hedging derivative instruments — interest rate swaps | — | — | — | — | — | — |
| Other long-term liabilities | — | — | 5,260 | — | — | — |
| Total noncurrent liabilities | 114,423 | — | 5,260 | 90 | — | — |
| Total liabilities | 215,026 | 216,327 | 84,109 | 23,894 | 221 | 639 |
| **NET ASSETS (DEFICIT):** | | | | | | |
| Invested in capital assets, net of related debt | — | 7,588 | 17,486 | 145 | 4,129 | — |
| Restricted for: | | | | | | |
| Trust — nonexpendable | — | — | — | — | — | — |
| Capital projects | — | — | — | — | — | — |
| Debt service | — | — | — | — | — | — |
| Affordable housing and related loan insurance programs | — | — | — | — | — | — |
| Student loans and other educational purpose | — | — | — | — | 35 | — |
| Other specified purposes | — | — | 922 | 497 | 1,092 | 15,119 |
| Unrestricted | (105,434) | (54,666) | (60,579) | 7,662 | — | 650 |
| Total net assets (deficit) | (105,434) | (47,078) | (42,171) | 8,304 | 5,256 | 15,769 |
| TOTAL LIABILITIES AND NET ASSETS (DEFICIT) | $ 109,592 | $ 169,249 | $ 41,938 | $ 32,198 | $ 5,477 | $ 16,408 |

- 281 -

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2011**
**(In thousands)**

| LIABILITIES AND NET ASSETS (DEFICIT) | Culebra Conservation and Development Authority | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Corporation | Farm Insurance Corporation of Puerto Rico | Fine Arts Center Corporation | Governing Board of the 9-1-1- Service |
|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable and accrued liabilities | $ 8 | $ 454,620 | $ 2,890 | $ 1,645 | $ 278 | $ 1,008 |
| Deposits and escrow liabilities | - | - | 4 | - | 337 | - |
| Due to: | | | | | | |
| Primary government | - | - | - | - | - | 5,124 |
| Component units | - | 444 | - | - | - | - |
| Other governmental entities | - | - | 83 | 12 | 285 | 1,881 |
| Securities lending transactions and reverse repurchase agreements | - | 86,600 | - | - | - | - |
| Interest payable | - | 6,049 | - | - | 546 | - |
| Deferred revenue | - | - | 788 | 4,485 | - | - |
| Notes payable, current portion | - | - | - | - | - | - |
| Bonds payable, current portion | - | - | - | - | - | - |
| Accrued compensated absences, current portion | 14 | - | 88 | 653 | 206 | 403 |
| Liability for benefits payable | 17 | - | - | - | 88 | 161 |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - |
| Capital leases | 1 | - | - | - | - | - |
| Current portion of other long-term liabilities | - | 3,451 | - | - | - | - |
| Total current liabilities | 40 | 551,164 | 3,853 | 6,795 | 1,740 | 8,577 |
| Noncurrent liabilities: | | | | | | |
| Due to: | | | | | | |
| Primary government | - | - | - | - | - | - |
| Component units | - | - | - | 5,660 | - | - |
| Other governmental entities | - | 9,893 | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | 50,800 | - | - | - | - |
| Deferred revenue | - | - | - | - | - | - |
| Notes payable | - | 607,817 | - | - | - | - |
| Commonwealth appropriation bonds | - | - | - | - | - | - |
| Bonds payable | - | - | - | - | - | - |
| Accrued compensated absences | 48 | 2,059 | - | - | 455 | 704 |
| Termination benefits payable | 152 | - | - | - | 956 | 779 |
| Liability for automobile accident insurance and workmen compensation claims | - | - | - | - | - | - |
| Capital leases | 5 | - | - | - | - | - |
| Hedging derivative instruments — interest rate swaps | - | 10,122 | - | - | - | - |
| Other long-term liabilities | - | - | - | - | - | - |
| Total noncurrent liabilities | 205 | 680,691 | - | 5,660 | 1,411 | 1,483 |
| Total liabilities | 245 | 1,231,855 | 3,853 | 12,455 | 3,151 | 10,060 |
| **NET ASSETS (DEFICIT):** | | | | | | |
| Invested in capital assets, net of related debt | 987 | (935) | - | 189 | 15,774 | 2,799 |
| Restricted for: | | | | | | |
| Trust — nonexpendable | - | - | - | - | - | - |
| Capital projects | - | - | - | - | - | 9,270 |
| Debt service | - | - | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | 10,589 | - | - |
| Student loans and other educational purpose | - | 8,449 | - | - | - | - |
| Other specified purposes | 71 | - | - | - | 6,138 | 9,561 |
| Unrestricted | (177) | 139,664 | (1,924) | - | - | 20,703 |
| Total net assets (deficit) | 881 | 147,178 | (1,924) | 10,778 | 21,912 | 42,333 |
| TOTAL LIABILITIES AND NET ASSETS (DEFICIT) | $1,126 | $1,379,033 | $ 1,929 | $23,233 | $25,063 | $52,393 |

(Continued)

- 282 -

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2011**
(In thousands)

| LIABILITIES AND NET ASSETS (DEFICIT) | Institute of Puerto Rican Culture | Institutional Trust of the National Guard of Puerto Rico | Land Authority of Puerto Rico | Musical Arts Corporation | National Parks Company of Puerto Rico | Port of the Americas Authority | Public Corporation for the Supervision and Deposit Insurance of PR Cooperatives |
|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | |
| Current liabilities: | | | | | | | |
| Accounts payable and accrued liabilities | $ 810 | $ 902 | $ 35,003 | $ 584 | $ 966 | $ 8,280 | $ 27,710 |
| Deposits and escrow liabilities | — | — | 11,020 | — | — | — | — |
| Due to: | | | | | | | |
| Primary government | — | — | — | — | 1,930 | — | — |
| Component units | — | — | 45,271 | — | 9,504 | — | — |
| Other governmental entities | — | — | 14,191 | 438 | 12,317 | — | — |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — |
| Interest payable | — | — | — | — | 343 | 10,276 | — |
| Deferred revenue | — | — | 91 | 614 | — | — | — |
| Notes payable, current portion | — | — | — | — | — | — | — |
| Bonds payable, current portion | — | — | — | 506 | 131 | — | — |
| Accrued compensated absences, current portion | 237 | 57 | — | 347 | — | 26 | 1,659 |
| Termination benefits payable | 234 | — | — | — | — | — | 783 |
| Liability for automobile accident insurance and workmen compensation claims | — | — | — | — | — | — | — |
| Capital leases | — | — | — | — | — | — | — |
| Current portion of other long-term liabilities | — | — | — | — | — | — | — |
| Total current liabilities | 1,281 | 959 | 108,980 | 2,489 | 25,191 | 18,582 | 30,152 |
| Noncurrent liabilities: | | | | | | | |
| Due to: | | | | | | | |
| Primary government | 1,828 | — | — | — | — | — | — |
| Component units | — | — | — | — | — | — | — |
| Other governmental entities | 804 | — | — | — | — | — | — |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | 214,525 | — |
| Deferred revenue | — | — | 76,715 | — | 8,227 | — | — |
| Notes payable | — | — | — | — | — | — | — |
| Commonwealth appropriation bonds | — | — | — | — | — | — | — |
| Bonds payable | — | — | — | — | 5,379 | — | — |
| Accrued compensated absences | 1,924 | — | 1,572 | 59 | 10,930 | 9 | — |
| Termination benefits payable | 2,198 | — | — | — | — | — | — |
| Liability for automobile accident insurance and workmen compensation claims | — | — | — | — | — | — | — |
| Capital leases | — | — | — | — | — | — | — |
| Hedging derivative instruments — interest rate swaps | — | — | — | — | — | — | — |
| Other long-term liabilities | — | — | — | 5,041 | 2,621 | — | — |
| Total noncurrent liabilities | 6,754 | — | 78,287 | 5,100 | 27,157 | 214,534 | — |
| Total liabilities | 8,035 | 959 | 187,267 | 7,589 | 52,348 | 233,116 | 30,152 |
| **NET ASSETS (DEFICIT):** | | | | | | | |
| Invested in capital assets, net of related debt | 63,935 | 23,908 | 92,580 | 795 | 174,979 | 58,597 | 3,071 |
| Restricted for: | | | | | | | |
| Trust — nonexpendable | — | — | — | — | 22,348 | — | — |
| Capital projects | 11,039 | — | — | — | — | — | — |
| Debt service | — | — | — | — | — | — | — |
| Affordable housing and related loan insurance programs | — | 500 | — | — | — | — | — |
| Student loans and other educational purpose | — | 4,562 | — | — | — | — | — |
| Other specified purposes | 8,430 | — | 119 | 409 | — | — | 72,831 |
| Unrestricted | 1,509 | 57,678 | (100,897) | (4,804) | (41,668) | 2,634 | 92,804 |
| Total net assets (deficit) | 84,913 | 86,648 | (8,198) | (3,600) | 155,659 | 61,231 | 168,706 |
| TOTAL LIABILITIES AND NET ASSETS (DEFICIT) | $92,948 | $87,607 | $ 179,069 | $ 3,989 | $208,007 | $294,347 | $198,858 |

(Continued)

- 283 -

# COMMONWEALTH OF PUERTO RICO

## NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS
### COMBINING STATEMENT OF NET ASSETS (DEFICIT)
JUNE 30, 2011
(In thousands)

| | Puerto Rico Conservatory of Music Corporation | Puerto Rico Convention Center District Authority | Puerto Rico Council on Higher Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | Puerto Rico Infrastructure Financing Authority | Puerto Rico Land Administration | Puerto Rico and Municipal Islands Maritime Transport Authority |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | | | | |
| **LIABILITIES:** | | | | | | | | |
| Current liabilities: | | | | | | | | |
| Accounts payable and accrued liabilities | $ 3,055 | $ 6,716 | $ 512 | $ 29,500 | $ 85 | $ 110,173 | $ 4,077 | $ 13,339 |
| Deposits and escrow liabilities | — | 3,418 | — | — | — | — | — | — |
| Due to: | | | | | | | | |
| Primary government | — | — | — | 7,669 | — | — | — | — |
| Component units | — | — | — | — | — | — | — | 1,065 |
| Other governmental entities | 471 | 3,573 | — | 91,118 | — | 7,414 | — | 2,399 |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — | — |
| Interest payable | 9 | 10,649 | — | 3,762 | 4,006 | 41,779 | — | — |
| Deferred revenue | 1,166 | 4,597 | — | — | — | — | 2,466 | 7,223 |
| Notes payable, current portion | — | — | — | 6,669 | — | — | — | — |
| Bonds payable, current portion | — | 9,040 | — | 12,680 | — | 32,175 | — | 1,401 |
| Accrued compensated absences, current portion | 67 | — | 70 | — | 8 | 248 | 770 | — |
| Termination benefits payable | 184 | 143 | — | — | — | 385 | 120 | 134 |
| Liability for automobile accident insurance and workmen compensation claims | — | — | — | 577 | — | — | — | — |
| Capital leases | — | — | — | — | — | — | — | — |
| Current portion of other long-term liabilities | — | — | — | 121 | — | — | — | — |
| Total current liabilities | 4,952 | 38,136 | 582 | 151,996 | 4,099 | 192,174 | 7,433 | 25,561 |
| Noncurrent liabilities: | | | | | | | | |
| Due to: | | | | | | | | |
| Primary government | — | 147,600 | — | — | 59,314 | — | — | — |
| Component units | 1,472 | — | — | — | — | — | — | — |
| Other governmental entities | 9 | — | — | — | — | 10,321 | — | 38,688 |
| Deposit and escrow liabilities | — | — | — | — | — | — | — | — |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — | — |
| Interest payable | — | — | — | — | — | — | — | — |
| Deferred revenue | — | 4,563 | — | — | — | — | 5,750 | — |
| Notes payable | — | — | — | 92,727 | — | — | — | — |
| Bonds payable | — | 447,355 | — | 224,824 | — | 1,939,321 | — | — |
| Commonwealth appropriation bonds | — | — | — | — | — | 4,956 | — | — |
| Accrued compensated absences | — | — | 546 | — | — | — | 463 | 1,925 |
| Termination benefits payable | 1,092 | — | 526 | — | — | — | — | — |
| Liability for automobile accident insurance and workmen compensation claims | — | — | — | 8,622 | — | — | — | — |
| Capital leases | — | — | — | — | — | — | — | — |
| Hedging derivative instruments — interest rate swaps | — | — | — | — | — | 4,859 | — | — |
| Other long-term liabilities | 3,061 | — | — | 10,004 | — | — | 34,005 | — |
| Total noncurrent liabilities | 5,634 | 599,518 | 1,072 | 336,177 | 59,314 | 1,959,457 | 40,218 | 40,613 |
| Total liabilities | 10,586 | 637,654 | 1,654 | 488,173 | 63,413 | 2,151,631 | 47,651 | 66,174 |
| **NET ASSETS (DEFICIT):** | | | | | | | | |
| Invested in capital assets, net of related debt | 49,491 | 83,848 | 258 | 376,029 | — | 125 | 10,091 | 49,588 |
| Restricted for: | | | | | | | | |
| Trust — nonexpendable | — | — | — | — | — | 165,269 | — | — |
| Capital projects | 22,310 | 25,137 | — | — | — | — | — | — |
| Debt service | — | 46,281 | — | 35,026 | — | 31,987 | — | — |
| Affordable housing and related loan insurance programs | 3,347 | — | — | — | — | — | — | — |
| Student loans and other educational purpose | — | — | 8,573 | — | — | — | — | — |
| Other specified purposes | — | — | — | — | — | 507 | — | — |
| Unrestricted | (640) | 41,911 | 709 | (92,364) | (4,093) | (1,760,811) | 190,652 | (57,696) |
| Total net assets (deficit) | 74,508 | 197,177 | 9,540 | 318,691 | (4,093) | (1,562,923) | 200,743 | (8,108) |
| TOTAL LIABILITIES AND NET ASSETS (DEFICIT) | $85,094 | $834,831 | $11,194 | $806,864 | $59,320 | $ 588,708 | $248,394 | $ 58,066 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2011**
**(In thousands)**

| LIABILITIES AND NET ASSETS (DEFICIT) | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority | Puerto Rico Municipal Finance Agency | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico Public Private Partnerships Authority | Puerto Rico School of Plastic Arts | Solid Waste Authority |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| **Current liabilities:** | | | | | | | | |
| Accounts payable and accrued liabilities | $ 30,444 | $ 20,893 | $ 552 | $ 88,265 | $ 2,213 | $ 5,109 | $ 349 | $ 4,663 |
| Deposits and escrow liabilities | — | — | 77,742 | 1,399 | — | — | — | — |
| Due to: | | | | | | | | |
| Primary government | 3,394 | 11,811 | — | — | — | — | — | — |
| Component units | 14,552 | 5,812 | — | — | — | — | — | — |
| Other governmental entities | 56,453 | 8,367 | — | — | 525 | — | — | 74,679 |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — | 689 |
| Interest payable | — | — | 23,397 | 134 | — | — | — | — |
| Deferred revenue | — | 2,238 | — | 141 | — | 67 | — | 4 |
| Notes payable, current portion | — | 38,833 | — | 261,572 | — | — | — | — |
| Bonds payable, current portion | — | — | 94,775 | — | — | — | — | — |
| Accrued compensated absences, current portion | 13,493 | 4,530 | — | 5,483 | 947 | — | 60 | 305 |
| Termination benefits payable | — | 564 | — | 1,317 | 206 | — | 55 | 4,391 |
| Liability for automobile accident insurance and workmen compensation claims | — | — | — | — | — | — | — | — |
| Capital leases | 180 | — | — | — | — | — | — | — |
| Current portion of other long-term liabilities | — | — | — | 44 | 44 | — | — | — |
| **Total current liabilities** | 118,516 | 93,048 | 196,466 | 358,311 | 3,935 | 5,176 | 464 | 84,731 |
| **Noncurrent liabilities:** | | | | | | | | |
| Due to: | | | | | | | | |
| Primary government | 198,238 | — | — | 27,326 | — | — | — | — |
| Component units | — | — | — | 223,431 | — | — | — | — |
| Other governmental entities | — | — | 6,381 | 9,402 | — | — | — | — |
| Securities lending transactions and reverse repurchase agreements | — | — | — | — | — | — | — | — |
| Deferred revenue | — | — | — | 1,881 | — | — | — | — |
| Notes payable | — | — | — | 293,411 | — | 9,704 | — | 3,500 |
| Commonwealth appropriation bonds | — | — | 1,009,456 | — | — | 1 | — | — |
| Bonds payable | — | — | — | 44,987 | — | — | — | 10,689 |
| Accrued compensated absences | — | — | — | 17,338 | 1,266 | — | 488 | 389 |
| Termination benefits payable | — | 3,825 | — | — | 1,930 | — | 400 | — |
| Liability for automobile accident insurance and workmen compensation claims | — | — | — | — | — | — | — | — |
| Capital leases | 6,995 | — | — | 48,861 | — | — | — | — |
| Hedging derivative instruments — interest rate swaps | — | — | — | — | — | — | — | — |
| Other long-term liabilities | — | — | — | 5,448 | — | — | — | — |
| **Total noncurrent liabilities** | 205,233 | 3,825 | 1,015,837 | 672,085 | 3,196 | 9,705 | 888 | 14,578 |
| **Total liabilities** | 323,749 | 96,873 | 1,212,303 | 1,030,396 | 7,131 | 14,881 | 1,352 | 99,309 |
| **NET ASSETS (DEFICIT):** | | | | | | | | |
| Invested in capital assets, net of related debt | 55,426 | 58,447 | — | 388,188 | 16,073 | — | 8,293 | 76,486 |
| Restricted for: | | | | | | | | |
| Trust — nonexpendable | — | — | — | — | — | — | — | — |
| Capital projects | — | — | 131,610 | 16,236 | — | 2 | — | — |
| Debt service | — | — | — | 253 | — | — | — | — |
| Affordable housing and related loan insurance programs | — | — | — | — | — | — | — | — |
| Student loans and other educational purpose | — | — | — | — | — | — | 1,313 | — |
| Other specified purposes | 2 | — | — | 3,027 | 1,550 | — | — | 177 |
| Unrestricted | (237,892) | (69,961) | (72,295) | (127,698) | (3,812) | (11,278) | 230 | 988 |
| **Total net assets (deficit)** | (182,464) | (11,514) | 59,315 | 280,006 | 13,811 | (11,276) | 9,836 | 77,651 |
| **TOTAL LIABILITIES AND NET ASSETS (DEFICIT)** | $ 141,285 | $ 85,359 | $1,271,618 | $1,310,402 | $20,942 | $ 3,605 | $11,188 | $176,960 |

- 285 -

(Continued)

# COMMONWEALTH OF PUERTO RICO

## NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS
## COMBINING STATEMENT OF NET ASSETS (DEFICIT)
## JUNE 30, 2011
### (In thousands)

| LIABILITIES AND NET ASSETS (DEFICIT) | Puerto Rico Telephone Authority | Puerto Rico Tourism Company | Puerto Rico Trade and Export Company | Right to Employment Administration | Special Communities Perpetual Trust | State Insurance Fund Corporation | University of Puerto Rico Comprehensive Cancer Center | Nonmajor Component Units Totals |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES:** | | | | | | | | |
| **Current liabilities:** | | | | | | | | |
| Accounts payable and accrued liabilities | $ 4 | $ 38,996 | $ 4,863 | $ 9,277 | $ 32,751 | $ 166,535 | $ 1,546 | $ 754,712 |
| Deposits and escrow liabilities | | | | | | | | 548,540 |
| Due to: | | | | | | | | |
| Primary government | | 10,473 | | 1,763 | | | | 72,071 |
| Component units | | 20,995 | 1,455 | | | | | 305,274 |
| Other governmental entities | | 49 | | | | 4,273 | 663 | 119,251 |
| Securities lending transactions and reverse repurchase agreements | | | | | | | | |
| Interest payable | | | 4,989 | | | | | 170,884 |
| Deferred revenue | | | | | | | | 105,393 |
| Notes payable, current portion | | | 423 | | | 84,284 | | 89,546 |
| Bonds payable, current portion | | | | | | 25,709 | | 316,869 |
| Accrued compensated absences, current portion | | 2,518 | 702 | 105 | | 3,992 | | 148,670 |
| Termination benefits payable | | | 290 | | | 15,468 | | 62,789 |
| Liability for automobile accident insurance and workmen compensation claims, current portion | | | | | | 196,708 | | 363,304 |
| Capital leases | | | | | | | | 29,986 |
| Current portion of other long-term liabilities | | 1,536 | 23 | | | 564 | | 9,410 |
| Total current liabilities | 4 | 74,567 | 12,745 | 11,145 | 32,751 | 497,533 | 2,209 | 3,096,780 |
| **Noncurrent liabilities:** | | | | | | | | |
| Due to: | | | | | | | | |
| Primary government | 7,026 | | | | | | 18,317 | 27,326 |
| Component units | | | | | 367,902 | | | 1,433,043 |
| Other governmental entities | | | | | | | | 16,597 |
| Securities lending transactions and reverse repurchase agreements | | | | | | | | 50,800 |
| Deferred revenue | | | | | | | | 12,194 |
| Notes payable | | 3,042 | | | | | | 1,636,610 |
| Commonwealth appropriation bonds | | | | | | | | 152,787 |
| Bonds payable | | 60,427 | 359,962 | | | 279,651 | | 3,665,943 |
| Accrued compensated absences | | 1,038 | 1,220 | 1,083 | | 27,330 | | 46,751 |
| Termination benefits payable | | 2,426 | 2,316 | 848 | | | | 55,634 |
| Liability for automobile accident insurance and workmen compensation claims | | | | | | 587,310 | | 587,315 |
| Capital leases | | | | | | | 99 | 99 |
| Hedging derivative instruments — interest rate swaps | | | | | | | | 48,861 |
| Other long-term liabilities | | 532 | 5,872 | | | 116,384 | | 217,230 |
| Total noncurrent liabilities | 7,026 | 67,465 | 369,370 | 1,931 | 367,902 | 1,010,675 | 18,416 | 7,951,190 |
| Total liabilities | 7,030 | 142,032 | 382,115 | 13,076 | 400,653 | 1,508,208 | 20,625 | 11,047,970 |
| **NET ASSETS (DEFICIT):** | | | | | | | | |
| Invested in capital assets, net of related debt | | 35,528 | 102,828 | 205 | | 25,677 | 10,530 | 1,813,140 |
| Restricted for: | | | | | | | | |
| Trust — nonexpendable | | | | | | | | 165,269 |
| Capital projects | | | | | | | 29 | 106,369 |
| Debt service | 3,988 | 18,654 | | | | 72,600 | | 317,757 |
| Affordable housing and related loan insurance programs | | | | | 124,716 | | | 124,716 |
| Student loans and other educational purpose | | | | | | | 19 | 14,655 |
| Other specified purposes | | | 5,768 | | | | | 93,196 |
| Unrestricted | 934 | (20,979) | 382 | (1,462) | (368,172) | 280,116 | 2,524 | (2,279,154) |
| Total net assets (deficit) | 4,922 | 33,203 | 108,978 | (1,257) | (243,456) | 378,393 | 13,102 | 355,948 |
| TOTAL LIABILITIES AND NET ASSETS (DEFICIT) | $11,952 | $175,235 | $491,093 | $11,819 | $157,197 | $1,886,601 | $33,727 | $11,403,918 |

See accompanying independent auditors' report.

(Concluded)

**COMMONWEALTH OF PUERTO RICO**

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF ACTIVITIES**
**YEAR ENDED JUNE 30, 2011**
(In thousands)

| | Expenses | Charges for Services | Operating Grants and Contributions | Earnings on Investments | Capital Grants and Contributions | Net Revenues (Expenses) and Changes in Net Assets (Deficit) | Payments from (to) Primary Government | Payments from (to) Other Component Units | Grants and Contributions Not Restricted to Specific Programs | Taxes | Interest and Investment Earnings | Other | Change in Net Assets (Deficit) | Net Assets (Deficit) Beginning of Year (as Restated) | Net Assets (Deficit) End of Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Enterprises Development Administration | $ 220,525 | $ 92,730 | $ - | $ - | $ - | $ (127,795) | $ 89,976 | $ - | $ - | $ 6,924 | $ 21,510 | $ - | $ (30,895) | $ (74,539) | $ (105,434) |
| Automobile Accidents Compensations Administration | 85,086 | 84,069 | - | - | - | (1,017) | 11,975 | - | - | - | 55 | 6 | 20,493 | (67,571) | (47,078) |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 101,292 | 86,564 | - | - | - | (14,728) | - | - | 7 | - | 106 | (2,698) | | (39,473) | (42,171) |
| Company for the Integral Development of the "Península de Cantera" | 10,988 | 11,565 | - | - | 474 | 577 | 8,679 | - | - | - | - | 690 | 2,558 | 7,614 | 8,304 |
| Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | 6,127 | - | - | - | - | (6,127) | 3,767 | - | - | - | - | 6 | 1,648 | 2,698 | 5,256 |
| Culebra Conservation and Development Authority | 2,464 | 339 | - | - | - | (2,125) | 303 | - | - | - | - | - | (261) | 14,121 | 15,769 |
| | 786 | 222 | - | - | - | (564) | - | - | - | - | 16,380 | 1,126 | 2,199 | 1,142 | 881 |
| Economic Development Bank for Puerto Rico | 70,043 | 54,262 | - | - | - | (15,307) | - | - | - | - | - | 109 | 1,143 | 144,979 | 147,178 |
| Employment and Training Enterprises Corporation | 6,408 | 7,442 | - | - | - | 1,034 | 5,115 | - | - | - | 260 | 25 | (615) | (3,067) | (1,924) |
| Farm Insurance Corporation of Puerto Rico | 5,118 | 3,064 | 1,154 | - | - | (900) | - | - | - | - | 148 | - | (1,955) | 11,393 | 10,778 |
| Fine Arts Center Corporation | 9,351 | 2,133 | - | - | - | (7,218) | 5,115 | - | - | - | 319 | 2 | (2,229) | 23,867 | 21,912 |
| Governing Board of the 911 Service | 14,866 | 22,009 | 1,566 | - | - | 7,143 | (9,693) | - | - | - | 319 | 539 | (3,217) | 44,562 | 42,333 |
| Institute of Puerto Rican Culture | 23,088 | - | - | - | - | (19,620) | 15,864 | - | - | - | 1,808 | 539 | | 88,130 | 84,913 |
| Institutional Trust of the National Guard of Puerto Rico | 6,665 | 4,233 | - | - | - | (2,432) | (1,038) | - | - | - | 39 | 269 | (1,662) | 88,310 | 86,648 |
| Land Authority of Puerto Rico | 25,291 | 18,559 | - | - | - | (6,732) | 16,035 | - | - | - | 853 | 316 | 9,611 | (17,809) | (8,198) |
| Musical Arts Corporation | 9,189 | 562 | - | - | - | (8,627) | 8,466 | - | - | - | 283 | 1,370 | 1,008 | (4,608) | (3,600) |
| National Parks Company of Puerto Rico | 67,597 | 9,819 | - | - | 732 | (57,046) | 25,982 | - | - | - | 4 | - | (29,411) | 185,070 | 155,659 |
| Port of the Americas Authority | 1,053 | - | - | - | - | (1,053) | 16,530 | - | - | - | 4,946 | - | 15,471 | 45,760 | 61,231 |
| Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | 17,269 | 19,755 | 3,174 | - | - | 5,660 | 3,960 | - | - | - | 21 | 172 | 10,606 | 158,100 | 168,706 |
| Puerto Rico Conservatory of Music Corporation | 13,616 | 2,519 | 2,168 | - | 25 | (8,904) | - | - | - | - | 166 | 6,434 | (1,487) | 75,995 | 74,588 |
| Puerto Rico Convention Center District Authority | 29,718 | 27,365 | 1,706 | - | - | (52,353) | 17,822 | - | 3,264 | - | 37 | - | 60,968 | 136,209 | 197,177 |
| Puerto Rico Council on Higher Education | 29,956 | 514 | - | - | - | (27,736) | 27,738 | - | - | - | 3,594 | 10,872 | 124 | 9,416 | 9,540 |
| Puerto Rico Industrial Development Company | 139,791 | 67,768 | - | - | - | (72,023) | 966 | - | - | - | 1,614 | - | (56,591) | 375,282 | 318,691 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | 3,971 | 430 | - | 19,347 | - | (3,541) | - | - | - | - | 7 | - | (1,927) | (2,166) | (4,093) |
| Puerto Rico Infrastructure Financing Authority | 692,652 | 12,433 | - | - | - | (673,305) | 182,974 | (53,303) | 9,660 | - | 575 | 786 | (490,324) | (1,072,599) | (1,562,923) |
| Puerto Rico Land Administration | 12,032 | 4,258 | 3,546 | - | - | 401 | 44,585 | - | - | - | 11 | 181 | (51,541) | 252,284 | 200,743 |
| Puerto Rico and Municipal Islands Transport Authority | 41,643 | 147,793 | - | - | 7,645 | (26,194) | 18,566 | 88,899 | - | - | 783 | 42,330 | 18,391 | (26,499) | (8,108) |
| Puerto Rico Medical Services Administration | 210,894 | 9,249 | 9,546 | - | 12,182 | (62,701) | 64,267 | - | 2,989 | - | 56,865 | 1 | (522) | (181,942) | (182,464) |
| Puerto Rico Metropolitan Bus Authority | 94,004 | - | - | - | - | (63,027) | 2,818 | (106,810) | 9,660 | - | 35 | 2,315 | 101 | (11,255) | (11,154) |
| Puerto Rico Municipal Finance Agency | 54,551 | - | - | - | - | (54,551) | 17,522 | - | - | - | 11 | 21,152 | (56,587) | 57,000 | 59,315 |
| Puerto Rico Ports Authority | 234,727 | 144,475 | - | - | - | (90,252) | - | - | - | - | 187 | 181 | (3,346) | 336,593 | 280,006 |
| Puerto Rico Public Broadcasting Corporation | 30,902 | 6,453 | - | - | - | (24,049) | 1,824 | - | - | - | 12 | (3,346) | (8,562) | 17,157 | 13,811 |
| Puerto Rico Public Private Partnerships Authority | 19,313 | 10,750 | 3,080 | - | - | (8,563) | - | - | - | - | 678 | (8,562) | (829) | (2,714) | (11,276) |
| Puerto Rico School of Plastic Arts | 6,599 | 679 | - | - | - | (2,846) | - | - | - | - | 16,253 | 144 | (99) | 10,665 | 9,836 |
| Puerto Rico Telephone Authority | 111 | - | - | - | - | (111) | (16,364) | - | - | - | 4,299 | 75 | (19,141) | 5,021 | 4,922 |
| Puerto Rico Tourism Company | 118,206 | 163,966 | - | - | - | 45,760 | - | - | - | 57,595 | 498 | - | (6,346) | 52,344 | 33,203 |
| Puerto Rico Trade and Export Company | 40,528 | 16,785 | 1,000 | - | - | (22,743) | 23,550 | - | - | - | 855 | - | 4,299 | 115,324 | 108,978 |
| Right to Employment Administration | 19,329 | - | - | - | - | (19,329) | 15,080 | - | - | - | 129,768 | (310) | (9,508) | (5,556) | (1,257) |
| Solid Waste Authority | 26,122 | 1,036 | - | - | - | (25,086) | 33,569 | - | - | - | 3 | 13,102 | (18,025) | 87,159 | 77,651 |
| Special Communities Perpetual Trust | 52,449 | - | - | - | - | (52,449) | - | - | - | - | - | 11,490 | 11,490 | (225,431) | (243,456) |
| State Insurance Fund Corporation | 666,950 | 600,160 | - | - | - | (66,790) | - | - | - | - | - | | | 366,903 | 378,393 |
| University of Puerto Rico Comprehensive Cancer Center | 7,244 | 12,776 | - | - | - | 5,532 | 7,567 | - | - | - | | 13,102 | 13,102 | | 13,102 |
| **Total nonmajor component units** | **$3,277,714** | **$1,646,736** | **$26,940** | **$19,347** | **$22,960** | **$(1,561,731)** | **$587,217** | **$ (71,214)** | **$15,920** | **$64,519** | **$238,684** | **$86,184** | **$(620,421)** | **$ 976,369** | **$ 355,948** |

See accompanying independent auditor's report.

- 287 -

**STATISTICAL SECTION**

## STATISTICAL SECTION (UNAUDITED)

This part of the Commonwealth of Puerto Rico's comprehensive annual financial report presents detailed information as a context for understanding what the information in the financial statements, note disclosures, and required supplementary information says about the Commonwealth's overall financial health. The following are the categories of the various schedules that are included in this Section:

Contents                                                                                           Pages

**Financial Trends Information**                                                              291–295

These schedules contain trend information to help the reader understand how the Commonwealth's financial performance and well-being have changed over time.

**Revenue Capacity Information**                                                              297–298

This schedule contains information to help the reader assess the Commonwealth's most significant local revenue sources.

**Debt Capacity Information**                                                                 300–301

These schedules present information to help the reader assess the affordability of the Commonwealth's current levels of outstanding debt and the Commonwealth's ability to issue additional debt in the future.

**Demographic and Economic Information**                                                      303–305

These schedules offer demographic and economic indicators to help the reader understand the environment within which the Commonwealth's financial activities take place.

**Operating Information**                                                                        307

This schedule contains service data to help the reader understand how the information in the Commonwealth's financial report relates to the services the government provides and the activities it performs.

Sources: Unless otherwise noted, the information in these schedules is derived from the comprehensive annual financial reports for the relevant year.

# SCHEDULES OF FINANCIAL TRENDS INFORMATION

## COMMONWEALTH OF PUERTO RICO

### CHANGES IN NET ASSETS (DEFICIT) (UNAUDITED)
### LAST TEN FISCAL YEARS
### ACCRUAL BASIS OF ACCOUNTING
(In thousands)

| | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **EXPENSES:** | | | | | | | | | | |
| **Governmental activities:** | | | | | | | | | | |
| General government | $ 2,880,614 | $ 3,156,646 | $ 2,460,391 | $ 2,592,834 | $ 2,847,596 | $ 2,844,494 | $ 1,827,816 | $ 1,963,879 | $ 2,324,715 | $ 1,429,265 |
| Public safety | 2,205,782 | 2,228,000 | 2,247,480 | 2,161,265 | 1,983,782 | 2,217,294 | 2,580,951 | 2,386,735 | 1,950,635 | 1,383,061 |
| Health | 3,032,000 | 2,843,744 | 2,858,730 | 2,471,960 | 1,943,582 | 1,422,813 | 2,344,110 | 1,950,635 | 1,606,272 | 1,996,882 |
| Public housing and welfare | 3,937,901 | 3,726,041 | 3,560,671 | 3,194,945 | 3,157,877 | 3,287,559 | 3,443,886 | 2,919,315 | 1,903,811 | 2,803,742 |
| Education | 4,469,337 | 4,543,362 | 5,280,249 | 4,571,722 | 4,748,008 | 4,110,669 | 5,000,686 | 3,684,331 | 3,375,815 | 3,477,373 |
| Economic development | 517,921 | 292,037 | 779,449 | 471,640 | 554,271 | 564,447 | 1,006,945 | 896,925 | 1,239,366 | 632,083 |
| Payment of obligations of component units | 6,411 | 196,898 | 136,415 | - | - | - | - | - | 451,945 | - |
| Intergovernmental | 430,941 | 533,939 | 613,033 | 474,023 | 593,264 | 440,390 | - | 591,237 | 466,762 | 467,957 |
| Interest and other | 1,807,230 | 1,648,875 | 1,128,918 | 1,086,906 | 863,723 | 882,163 | 845,556 | 778,700 | 671,228 | 646,120 |
| Total governmental activities | 19,278,137 | 19,169,542 | 19,065,556 | 17,025,295 | 16,692,103 | 15,769,829 | 17,069,950 | 15,171,757 | 14,039,914 | 13,330,453 |
| **Business-type activities:** | | | | | | | | | | |
| Lotteries | 697,746 | 720,992 | 723,287 | 699,005 | 679,274 | 670,425 | 699,407 | 731,344 | 695,888 | 603,768 |
| Unemployment | 635,145 | 820,261 | 467,788 | 269,924 | 192,484 | 207,483 | 197,967 | 142,652 | 343,243 | 331,754 |
| Other | 40,044 | 20,180 | 31,947 | 28,738 | 26,860 | 25,043 | 32,437 | 26,763 | 22,385 | 16,902 |
| Total business-type activities | 1,372,935 | 1,561,433 | 1,223,022 | 997,667 | 898,618 | 902,951 | 929,811 | 900,759 | 1,061,516 | 952,424 |
| Total primary government expenses | 20,651,072 | 20,730,975 | 20,288,578 | 18,022,962 | 17,590,721 | 16,672,780 | 17,999,761 | 16,072,516 | 15,101,430 | 14,282,877 |
| **PROGRAM REVENUES:** | | | | | | | | | | |
| **Governmental activities:** | | | | | | | | | | |
| Charges for services | 632,005 | 600,473 | 758,427 | 664,505 | 757,724 | 828,993 | 702,691 | 769,207 | 757,116 | 535,423 |
| Operating grants and contributions | 6,006,310 | 6,536,125 | 5,541,715 | 4,311,592 | 4,773,174 | 4,365,711 | 4,096,204 | 1,038,776 | 3,830,639 | 3,400,729 |
| Earnings on investments | - | - | - | - | - | - | - | - | - | - |
| Capital grants and contributions | 457,725 | 129,947 | 110,847 | 137,916 | 257,514 | 100,990 | 121,083 | 2,592,055 | 173,644 | 187,512 |
| Total governmental activities | 7,096,040 | 7,266,545 | 6,410,989 | 5,114,013 | 5,788,412 | 5,295,694 | 4,919,978 | 4,400,038 | 4,761,399 | 4,123,664 |
| **Business-type activities:** | | | | | | | | | | |
| Charges for services | 1,192,724 | 1,218,613 | 1,206,080 | 1,161,084 | 1,140,539 | 1,149,426 | 1,187,009 | 1,136,705 | 1,132,285 | 1,021,070 |
| Operating grants and contributions | 450,689 | 544,393 | 245,770 | 77,803 | 43,480 | 59,613 | 22,315 | 59,728 | 97,033 | 26,509 |
| Total business-type activities | 1,643,413 | 1,763,006 | 1,451,850 | 1,238,887 | 1,184,019 | 1,209,039 | 1,209,324 | 1,196,433 | 1,229,318 | 1,047,579 |
| **NET (EXPENSE) REVENUE:** | | | | | | | | | | |
| Governmental activities | (12,182,097) | (11,902,997) | (12,654,567) | (11,911,282) | (10,903,691) | (10,474,135) | (12,149,972) | (10,771,719) | (9,278,515) | (9,206,789) |
| Business-type activities | 270,478 | 201,573 | 228,828 | 241,220 | 285,401 | 306,088 | 279,513 | 295,674 | 167,802 | 95,155 |
| TOTAL PRIMARY GOVERNMENT NET EXPENSE | $(11,911,619) | $(11,701,424) | $(12,425,739) | $(11,670,062) | $(10,618,290) | $(10,168,047) | $(11,870,459) | $(10,476,045) | $(9,110,713) | $(9,111,634) |

(Continued)

## COMMONWEALTH OF PUERTO RICO

**CHANGES IN NET ASSETS (DEFICIT) (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**ACCRUAL BASIS OF ACCOUNTING**
**(In thousands)**

| | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GENERAL REVENUES:** | | | | | | | | | | |
| **Governmental activities:** | | | | | | | | | | |
| Taxes: | | | | | | | | | | |
| Income | $ 4,726,036 | $ 4,857,035 | $ 5,424,476 | $ 5,493,881 | $ 6,488,211 | $ 6,255,391 | $ 5,526,006 | $ 5,191,080 | $ 4,941,128 | $ 4,446,570 |
| Excise | 2,106,784 | 1,145,538 | 1,118,283 | 1,318,866 | 1,475,311 | 2,013,998 | 2,101,216 | 1,924,610 | 1,894,729 | 1,713,098 |
| Sales and use tax | 1,129,006 | 1,087,053 | 1,089,073 | 910,609 | 583,639 | - | - | - | - | - |
| Property taxes | 233,703 | 227,812 | - | - | - | - | - | - | - | - |
| Other | 83,589 | 98,531 | 103,348 | 11,356 | 4,663 | 15,145 | 7,128 | 19,211 | 3,055 | 104,517 |
| Revenue from global tobacco settlement agreement | 71,097 | 75,584 | 90,073 | 82,608 | 69,604 | 66,796 | 106,521 | 70,420 | 101,849 | 37,153 |
| Unrestricted investment earnings (losses) | 71,144 | (42,682) | 114,699 | 160,926 | 176,674 | 117,080 | 116,686 | 60,585 | 85,565 | 90,940 |
| Revenue from component units | 84,610 | 76,758 | 386,182 | 74,389 | 311,732 | 68,745 | 474,069 | 175,729 | 111,752 | 228,118 |
| Grants and contributions not restricted to specific programs | - | 114,739 | 115,176 | 120,006 | 135,916 | 196,721 | 102,691 | 5,706 | 103,423 | 46,117 |
| Payment from agency fund | - | - | 175,102 | - | - | - | - | - | - | 129,000 |
| Special items | - | - | - | 3,749,348 | - | (2,485) | - | (35,646) | (203,514) | 123,785 |
| Gain on sale of assets | - | - | - | - | - | 19,588 | - | - | - | - |
| Transfers | 230,551 | 265,852 | 251,170 | 309,815 | 342,743 | 242,642 | 492,796 | 203,258 | 279,060 | 187,183 |
| Other | 163,184 | 166,517 | 96,696 | 299,631 | 71,187 | 203,525 | 322,185 | 384,719 | 214,381 | 472,642 |
| Total governmental activities | 8,899,704 | 8,072,737 | 8,964,278 | 12,531,435 | 9,659,680 | 9,197,146 | 9,249,298 | 7,999,672 | 7,531,428 | 7,579,123 |
| **Business-type activities:** | | | | | | | | | | |
| Unrestricted investment earnings | 17,900 | 21,260 | 20,036 | 35,423 | 37,177 | 33,165 | 32,284 | 23,831 | 77,362 | 36,455 |
| Revenue from component units | - | - | - | - | - | - | - | - | 1,038 | 3,370 |
| Grants and contributions not restricted to specific programs | - | - | - | - | - | - | - | - | - | 44,320 |
| Transfers | (230,551) | (265,852) | (251,170) | (309,815) | (342,743) | (242,642) | (492,796) | (203,258) | (279,060) | (187,183) |
| Total business-type activities | (212,651) | (244,592) | (231,134) | (274,392) | (305,566) | (209,477) | (460,512) | (179,427) | (200,660) | (103,038) |
| Total primary government | 8,687,053 | 7,828,145 | 8,733,144 | 12,257,043 | 9,354,114 | 8,987,669 | 8,788,786 | 7,820,245 | 7,330,768 | 7,476,085 |
| **CHANGE IN NET ASSETS:** | | | | | | | | | | |
| Governmental activities | (3,282,393) | (3,830,260) | (3,690,289) | 620,153 | (1,244,011) | (1,276,989) | (2,900,674) | (2,772,047) | (1,747,087) | (1,627,666) |
| Business-type activities | 57,827 | (43,019) | (2,306) | (33,172) | (20,165) | 96,611 | (180,999) | 116,247 | (32,858) | (7,883) |
| TOTAL PRIMARY GOVERNMENT | $(3,224,566) | $(3,873,279) | $(3,692,595) | $ 586,981 | $(1,264,176) | $(1,180,378) | $(3,081,673) | $(2,655,800) | $(1,779,945) | $(1,635,549) |

(Concluded)

# COMMONWEALTH OF PUERTO RICO

## NET ASSETS (DEFICIT) BY COMPONENT (UNAUDITED)
## LAST TEN FISCAL YEARS
## ACCRUAL BASIS OF ACCOUNTING
### (In thousands)

|  | 2002 | 2003 | 2002 |
| --- | ---: | ---: | ---: |
| GOVERNMENTAL ACTIVITIES: Invested in capital assets — net of related debt | $ 1,909,137 | $ 1,969,864 | $ 1,909,137 |
| Restricted | 4,616 | 19,749 | 4,616 |
| Unrestricted deficit | (12,085,385) | (13,942,397) | (12,085,385) |
| TOTAL GOVERNMENTAL ACTIVITIES NET DEFICIT | $(10,171,632) | $(11,952,784) | $(10,171,632) |
| BUSINESS-TYPE ACTIVITIES: Invested in capital assets — net of related debt | $ 310 | $ 1,895 | $ 310 |
| Restricted | 769,804 | 736,947 | 769,804 |
| Unrestricted net assets (deficit) | (1,675) | (3,260) | (1,675) |
| TOTAL BUSINESS-TYPE ACTIVITIES NET ASSETS | $ 768,439 | $ 735,582 | $ 768,439 |
| PRIMARY GOVERNMENT: Invested in capital assets — net of related debt | $ 1,909,447 | $ 1,971,759 | $ 1,909,447 |
| Restricted | 774,420 | 756,696 | 774,420 |
| Unrestricted deficit | (12,087,060) | (13,945,657) | (12,087,060) |
| TOTAL PRIMARY GOVERNMENT NET DEFICIT | $ (9,403,193) | $(11,217,202) | $ (9,403,193) |

|  | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2002 |
| --- | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: | ---: |
| **GOVERNMENTAL ACTIVITIES:** Invested in capital assets — net of related debt | $ 3,691,871 | $ 3,866,328 | $ 3,888,495 | $ 3,979,308 | $ 3,635,271 | $ 3,485,882 | $ 3,774,098 | $ 3,133,230 | $ 1,909,137 |
| Restricted | 2,067,282 | 2,941,461 | 979,094 | 713,814 | 331,051 | 280,078 | 296,692 | — | 4,616 |
| Unrestricted deficit | (40,267,354) | (38,031,328) | (32,053,838) | (22,385,747) | (22,405,216) | (20,975,523) | (19,987,579) | (16,789,576) | (12,085,385) |
| TOTAL GOVERNMENTAL ACTIVITIES NET DEFICIT | $(34,508,201) | $(31,223,539) | $(27,186,249) | $(17,692,625) | $(18,438,894) | $(17,209,563) | $(15,916,789) | $(13,656,346) | $(10,171,632) |
| **BUSINESS-TYPE ACTIVITIES:** Invested in capital assets — net of related debt | $ 1,660 | $ 1,586 | $ 682 | $ 674 | $ 674 | $ 1,008 | $ 847 | $ 1,672 | $ 310 |
| Restricted | 840,241 | 505,906 | 29,209 | 33,803 | 910,479 | 947,507 | 872,215 | 853,194 | 769,804 |
| Unrestricted net assets (deficit) | (11,675) | 289,418 | 810,038 | 689,686 | (153,818) | (171,015) | (202,212) | (3,037) | (1,675) |
| TOTAL BUSINESS-TYPE ACTIVITIES NET ASSETS | $ 830,226 | $ 796,910 | $ 839,929 | $ 724,163 | $ 757,335 | $ 777,500 | $ 670,850 | $ 851,829 | $ 768,439 |
| **PRIMARY GOVERNMENT:** Invested in capital assets — net of related debt | $ 3,693,531 | $ 3,867,914 | $ 3,889,177 | $ 3,979,982 | $ 3,635,945 | $ 3,486,890 | $ 3,774,945 | $ 3,134,902 | $ 1,909,447 |
| Restricted | 2,907,523 | 3,447,367 | 1,008,303 | 747,617 | 1,241,530 | 1,227,585 | 1,168,907 | 853,194 | 774,420 |
| Unrestricted deficit | (40,279,029) | (37,741,910) | (31,243,800) | (21,696,061) | (22,559,034) | (21,146,538) | (20,189,791) | (16,792,613) | (12,087,060) |
| TOTAL PRIMARY GOVERNMENT NET DEFICIT | $(33,677,975) | $(30,426,629) | $(26,346,320) | $(16,968,462) | $(17,681,559) | $(16,432,063) | $(15,245,939) | $(12,804,517) | $ (9,403,193) |

- 293 -

# COMMONWEALTH OF PUERTO RICO

## CHANGES IN FUND BALANCES (DEFICIT) OF GOVERNMENTAL FUNDS (UNAUDITED)
### ALL GOVERNMENTAL FUND TYPES
### LAST TEN FISCAL YEARS
(In thousands)

| | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | | | | |
| **Taxes:** | | | | | | | | | | |
| Income | $ 4,749,942 | $ 5,109,313 | $ 5,191,042 | $ 5,493,881 | $ 6,389,973 | $ 6,181,995 | $ 5,564,673 | $ 5,061,761 | $ 4,874,795 | $ 4,843,852 |
| Excise | 2,106,784 | 1,145,538 | 1,118,283 | 1,306,416 | 1,475,311 | 2,013,998 | 2,101,216 | 1,924,610 | 1,894,729 | 1,713,098 |
| Sales and use tax | 1,129,006 | 1,094,208 | 1,081,918 | 910,609 | 583,639 | – | – | – | – | – |
| Property taxes | 241,719 | 227,812 | – | – | – | – | – | – | – | – |
| Other | 83,589 | 98,530 | 103,348 | 11,356 | 4,663 | 15,145 | 7,128 | 19,211 | 3,055 | 1,963 |
| Charges for services | 632,005 | 600,473 | 758,427 | 664,505 | 757,724 | 828,993 | 702,691 | 750,978 | 780,905 | 535,423 |
| Intergovernmental | 6,126,212 | 6,655,543 | 5,767,738 | 4,569,457 | 5,166,604 | 4,663,422 | 4,319,977 | 3,654,766 | 4,107,706 | 3,634,358 |
| Interest and investment earnings | 28,529 | 56,145 | 114,699 | 160,926 | 176,674 | 117,080 | 116,686 | 58,914 | 85,565 | 90,940 |
| Other | 366,101 | 278,874 | 540,854 | 455,439 | 434,024 | 334,591 | 869,338 | 629,426 | 436,668 | 839,240 |
| Total revenues all governmental fund types | 15,463,887 | 15,266,436 | 14,676,309 | 13,572,589 | 14,988,612 | 14,155,224 | 13,681,709 | 12,099,666 | 12,183,423 | 11,658,874 |
| **EXPENDITURES:** | | | | | | | | | | |
| General government | 1,284,878 | 1,830,482 | 1,512,909 | 1,769,498 | 2,537,999 | 2,489,093 | 1,675,428 | 1,777,365 | 1,774,156 | 1,279,750 |
| Public safety | 2,044,398 | 2,207,228 | 2,071,001 | 2,114,919 | 1,864,256 | 2,108,152 | 2,409,668 | 1,765,199 | 1,424,846 | 1,659,280 |
| Health | 2,932,836 | 2,785,439 | 2,762,476 | 2,345,650 | 1,948,201 | 1,429,888 | 1,983,727 | 2,176,741 | 1,908,717 | 1,983,727 |
| Public housing and welfare | 3,736,104 | 3,553,699 | 3,428,546 | 3,098,684 | 3,048,585 | 3,130,373 | 3,320,849 | 2,738,016 | 2,953,189 | 2,726,129 |
| Education | 4,453,332 | 4,584,792 | 5,053,505 | 4,432,880 | 4,400,321 | 4,101,980 | 4,177,664 | 3,474,013 | 3,297,248 | 3,343,002 |
| Economic development | 460,986 | 249,899 | 688,460 | 415,976 | 533,253 | 516,444 | 706,066 | 868,926 | 428,621 | 637,794 |
| Intergovernmental | 430,171 | 533,762 | 613,033 | 470,395 | 593,247 | 409,727 | 665,630 | 528,829 | 465,699 | 466,169 |
| Capital outlays | 452,482 | 293,298 | 352,582 | 429,238 | 512,824 | 502,348 | 357,224 | 581,788 | 1,184,976 | 507,634 |
| Payments on obligations of component units | 6,411 | 196,898 | 136,415 | – | – | – | – | – | – | – |
| **Debt service:** | | | | | | | | | | |
| Principal | 1,845,785 | 2,009,870 | 482,742 | 2,163,704 | 904,604 | 446,281 | 391,554 | 526,572 | 330,346 | 2,062,059 |
| Interest and other | 1,601,987 | 1,369,445 | 1,094,142 | 1,037,136 | 814,723 | 822,234 | 737,502 | 737,502 | 1,158,749 | 614,347 |
| Total expenditures all governmental fund types | 19,249,370 | 19,614,812 | 18,195,811 | 18,298,080 | 17,158,013 | 15,956,520 | 16,425,312 | 15,174,951 | 14,926,547 | 15,279,891 |
| **OTHER FINANCING SOURCES (USES):** | | | | | | | | | | |
| Transfers in | 5,704,579 | 6,296,416 | 9,974,368 | 1,305,040 | 1,165,075 | 1,423,240 | 1,745,992 | 1,034,090 | 1,664,278 | 966,935 |
| Transfers out | (5,474,028) | (6,030,564) | (9,723,198) | (995,225) | (822,332) | (1,180,590) | (1,253,216) | (830,832) | (1,385,218) | (779,752) |
| Long-term debt issued | 1,684,135 | 4,754,372 | 5,965,925 | 1,921,363 | 1,140,356 | 1,518,355 | 1,619,562 | 3,001,116 | 2,241,190 | 3,107,821 |
| Discount on bonds issued | (20,253) | (64,011) | (63,715) | (4,060) | – | (323) | (6,078) | (23,061) | (36,204) | (16,075) |
| Capital leases | 198 | 427 | 292 | 43,850 | 2,975 | 4,580 | – | 2,300 | 58,897 | – |
| Refunding bonds issued | 1,364,475 | 1,163,735 | 237,875 | 2,086,240 | 379,498 | – | – | 2,372,689 | 1,754,686 | 1,636,838 |
| Sale of capital assets | 4,081 | 2,431 | 158,940 | – | – | – | 847 | – | – | – |
| Upfront fee on swap agreements | – | – | 35,980 | – | – | – | – | – | – | – |
| Proceeds from termination of swap agreements | – | 12,231 | – | – | – | – | – | – | – | – |
| Termination fee on swap agreements | (23,854) | (440,849) | (74,671) | – | – | – | – | – | – | – |
| Payment for refunding of bonds | (483,515) | (1,047,297) | (383,006) | – | – | – | – | – | – | – |
| Bond proceeds — premium | – | 18,045 | 34,842 | – | – | – | – | – | – | – |
| Special item: payment of debt by COFINA | – | – | – | 3,749,348 | – | – | – | – | – | – |
| Special item: escrow restructuring | – | – | 175,102 | – | – | – | – | – | – | – |
| Payment to refunded bond escrow agent | – | – | – | (4,507,828) | – | – | – | (2,316,910) | (1,754,686) | (1,665,811) |
| Other | – | – | – | 106,107 | – | 54,135 | – | – | – | 327,785 |
| Total other financing sources all governmental fund types | 2,755,818 | 5,064,936 | 6,338,740 | 3,704,835 | 1,865,572 | 1,819,389 | 2,107,107 | 3,239,392 | 2,542,943 | 3,577,741 |
| NET CHANGE IN FUND BALANCES (DEFICIT) | $ (1,029,665) | $ 716,560 | $ 3,019,238 | $ (1,020,656) | $ (303,829) | $ 18,093 | $ (636,496) | $ 164,107 | $ (200,181) | $ (43,276) |

The annual special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation, collected by the Municipal Revenue Collection Center on the Commonwealth's behalf, is presented as intergovernmental revenue from 2002 henceforth but as property tax in prior years.

In 2002, the Commonwealth adopted GASB No. 34. This statement requires that component units be included as expenditure by function. In prior years, such payments were reported as operating transfers–out to component units.

# COMMONWEALTH OF PUERTO RICO

## FUND BALANCE (DEFICIT) OF GOVERNMENTAL FUNDS (UNAUDITED)
## LAST TEN FISCAL YEARS
## MODIFIED-ACCRUAL BASIS OF ACCOUNTING
### (In thousands)

| | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GENERAL FUND:** | | | | | | | | | | |
| Nonspendable: | $ 17,747 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Spendable: | | | | | | | | | | |
| Restricted | 551,699 | - | - | - | - | - | - | - | - | - |
| Committed | 629,591 | - | - | - | - | - | - | - | - | - |
| Assigned | 14,512 | - | - | - | - | - | - | - | - | - |
| Unassigned | (1,464,609) | - | - | - | - | - | - | - | - | - |
| Reserved | - | 1,252,903 | 1,247,211 | 723,634 | 993,320 | 770,628 | 810,314 | 1,102,232 | 262,758 | 366,588 |
| Unreserved | | (1,800,199) | (2,652,838) | (2,494,519) | (1,504,478) | (1,154,383) | (1,321,585) | (1,468,182) | (342,941) | (193,131) |
| Total General Fund | (251,060) | (547,296) | (1,435,627) | (1,770,885) | (511,158) | (383,755) | (511,271) | (365,950) | (80,183) | 173,457 |
| **ALL OTHER GOVERNMENTAL FUNDS:** | | | | | | | | | | |
| Spendable: | | | | | | | | | | |
| Restricted | 1,515,583 | - | - | - | - | - | - | - | - | - |
| Committed | 308,763 | - | - | - | - | - | - | - | - | - |
| Assigned | 74,752 | - | - | - | - | - | - | - | - | - |
| Unassigned | - | | | | | | | | | |
| Reserved | | 2,393,393 | 2,053,409 | 11,667 | 125,756 | 73,346 | 45,546 | 72,455 | 33,047 | 72,455 |
| Unreserved reported in: | | | | | | | | | | |
| Debt service funds | | 482,301 | 668,132 | 127,577 | 131,782 | 143,732 | 156,564 | 119,830 | 168,928 | 120,216 |
| Special revenue funds | | 114,768 | 249,891 | 200,929 | 137,286 | 358,452 | 256,949 | 449,455 | 506,252 | 378,852 |
| Capital project funds | | 233,679 | 424,480 | 520,576 | 223,443 | 219,163 | 437,923 | 744,577 | 228,215 | 356,201 |
| Total all other governmental funds | 1,899,098 | 3,224,141 | 3,395,912 | 860,749 | 618,267 | 794,693 | 896,982 | 1,386,317 | 936,442 | 927,724 |
| TOTAL FUND BALANCE | $ 1,648,038 | $ 2,676,845 | $ 1,960,285 | $ (910,136) | $ 107,109 | $ 410,938 | $ 385,711 | $ 1,020,367 | $ 856,259 | $1,101,181 |

Note: In fiscal year 2011, the fund balance classifications were changed to conform to the requirements of GASB 54.

**SCHEDULE OF REVENUE CAPACITY**

# COMMONWEALTH OF PUERTO RICO

## GENERAL FUND NET REVENUES FOR THE LAST TEN FISCAL YEARS (UNAUDITED)
### (In thousands)

| | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Administrative measures | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 244,097 |
| Excises on off-shore shipments rum | 328,527 | 352,301 | 404,265 | 356,827 | 377,872 | 346,272 | 341,166 | 328,921 | 309,958 | 314,253 |
| Custom duties | - | - | 3,269 | 4,846 | 14,504 | 9,553 | 26,731 | 34,266 | 25,918 | 30,595 |
| From nonexternal revenues | 328,527 | 352,301 | 407,534 | 361,673 | 392,376 | 355,825 | 367,897 | 363,187 | 335,876 | 588,945 |
| Miscellaneous | 343,062 | 314,754 | 284,436 | 466,742 | 330,064 | 331,803 | 430,534 | 379,501 | 314,857 | 238,116 |
| Transfer from nonbudgeted funds | - | - | - | - | - | - | - | - | 123,600 | 80,000 |
| Electronic lottery | 55,690 | 80,006 | 75,213 | 105,298 | 71,815 | 55,212 | 68,011 | 86,115 | 89,443 | 57,897 |
| Traditional lottery | 46,164 | 42,826 | 51,480 | 46,636 | 73,014 | 62,729 | 64,638 | 65,387 | 67,621 | 61,358 |
| Nontax revenues | 444,916 | 437,586 | 411,129 | 618,676 | 474,893 | 449,744 | 563,183 | 531,003 | 595,521 | 437,371 |
| Alcoholic beverages and others | 18,197 | 15,339 | 14,307 | 16,014 | 15,179 | 14,804 | 14,528 | 14,200 | 13,518 | 14,805 |
| Entertainment machines | 251 | 18,712 | 19,263 | 19,682 | 16,981 | 16,930 | 15,019 | 14,393 | 13,932 | 12,874 |
| Motor vehicles | 62,945 | 61,717 | 62,853 | 51,994 | 65,501 | 59,525 | 55,669 | 55,638 | 58,426 | 54,896 |
| Licenses | 81,393 | 95,768 | 96,423 | 87,690 | 97,610 | 91,310 | 85,216 | 84,231 | 85,876 | 82,575 |
| Others | 3,814 | 1,864 | 5,159 | 7,224 | 20,235 | 25,681 | 29,927 | 24,334 | 20,539 | 64,626 |
| Hotel rooms | - | - | - | - | - | - | - | - | 9,056 | - |
| 5% general excise tax | - | - | - | - | 193,949 | 551,723 | 557,323 | 535,381 | 505,709 | 486,302 |
| Crude oil and derived products | 24,073 | 24,089 | 26,816 | 42,060 | 39,052 | 43,055 | 85,513 | 76,966 | 90,018 | 38,619 |
| Slot machines | 1,128 | 1,195 | 1,555 | 2,054 | 2,627 | 2,919 | 3,228 | 3,432 | 3,279 | 3,426 |
| Cement | 23,785 | 23,273 | 23,764 | 23,492 | 23,128 | 23,167 | 28,324 | 27,217 | 26,771 | 24,290 |
| Insurance premiums | 20,983 | 22,862 | 25,245 | 26,783 | 29,321 | 30,786 | 31,463 | 28,865 | 28,872 | 22,033 |
| Horse races | 4,203 | 4,695 | 4,335 | 8,401 | 6,028 | 5,146 | 5,143 | 4,934 | 5,860 | 5,095 |
| Motor vehicle | 364,188 | 350,764 | 310,920 | 366,341 | 396,667 | 533,957 | 606,662 | 551,181 | 499,252 | 418,024 |
| Petroleum products | 677,829 | - | - | - | - | - | - | - | - | - |
| Foráneas (Ley 54) | - | - | - | - | - | - | - | - | 12,925 | 36,953 |
| Cigarettes | 201,965 | 182,501 | 129,429 | 119,124 | 132,399 | 135,267 | 146,527 | 144,733 | 149,487 | 116,055 |
| General taxes — total | 1,321,968 | 611,243 | 527,223 | 595,479 | 843,406 | 1,351,701 | 1,494,110 | 1,397,043 | 1,351,768 | 1,215,423 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

## GENERAL FUND NET REVENUES FOR THE LAST TEN FISCAL YEARS (UNAUDITED)
### (In thousands)

| | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Other beverages | $ 20,158 | $ 19,081 | $ 19,248 | $ 19,026 | $ 18,932 | $ 18,745 | $ 19,692 | $ 17,428 | $ 17,884 | $ 18,234 |
| Beer | 209,568 | 211,785 | 203,386 | 198,879 | 207,813 | 219,379 | 221,902 | 217,568 | 223,309 | 179,737 |
| Distilled spirits | 51,237 | 53,930 | 54,767 | 50,189 | 52,283 | 54,056 | 56,641 | 61,306 | 58,389 | 51,734 |
| Alcoholic beverages — total | 280,963 | 284,796 | 277,401 | 268,094 | 279,028 | 292,180 | 298,235 | 296,302 | 299,582 | 249,705 |
| Excise taxes — total | 1,602,931 | 896,039 | 804,624 | 863,573 | 1,122,434 | 1,643,881 | 1,792,345 | 1,693,345 | 1,651,350 | 1,465,128 |
| Sales and use tax | 547,629 | 540,348 | 797,194 | 911,000 | 582,560 | - | - | - | - | - |
| Inheritance and gift taxes | 3,101 | 3,617 | 5,064 | 6,600 | 4,663 | 9,466 | 7,129 | 15,691 | 2,825 | 1,962 |
| Taxes on dividends to 10% | 26,756 | 29,774 | 48,663 | 59,770 | 138,859 | 66,721 | 80,398 | 70,192 | 49,790 | 62,548 |
| Interest subject to 17% | 6,985 | 9,902 | 11,738 | 13,657 | 12,112 | 11,536 | 10,489 | 10,108 | 11,278 | 14,310 |
| Tollgate tax | 12,607 | 15,034 | 19,372 | 21,610 | 25,083 | 27,396 | 22,973 | 31,579 | 45,321 | 59,515 |
| Withholding to nonresidents | 1,000,428 | 830,352 | 1,081,739 | 1,087,782 | 933,728 | 921,260 | 612,005 | 631,100 | 517,141 | 583,256 |
| Partnerships | 3,249 | 1,688 | 1,839 | 1,942 | 2,960 | 2,787 | 3,245 | 3,005 | 2,101 | 2,670 |
| Corporations | 1,674,087 | 1,682,321 | 1,375,596 | 1,565,534 | 2,002,718 | 1,872,458 | 1,870,937 | 1,831,027 | 1,776,985 | 1,706,137 |
| Individuals | 2,186,187 | 2,593,598 | 2,648,261 | 2,759,305 | 3,071,655 | 3,087,748 | 2,885,903 | 2,720,920 | 2,767,678 | 2,449,982 |
| Income taxes — total | 5,461,029 | 5,706,634 | 5,989,466 | 6,427,200 | 6,774,338 | 5,999,372 | 5,493,079 | 5,313,622 | 5,173,119 | 4,880,380 |
| Property taxes | 246,630 | 227,812 | 1,011 | 219 | 800 | 1,106 | 3,949 | - | - | - |
| Tax revenues | 7,391,983 | 6,926,253 | 6,891,524 | 7,378,682 | 7,995,182 | 7,735,669 | 7,374,589 | 7,091,198 | 6,910,345 | 6,428,083 |
| From internal revenues | 7,836,899 | 7,363,839 | 7,302,653 | 7,997,358 | 8,470,075 | 8,185,413 | 7,937,772 | 7,622,201 | 7,505,866 | 6,865,454 |
| Total | $8,165,426 | $7,716,140 | $7,710,187 | $8,359,031 | $8,862,451 | $8,541,238 | $8,305,669 | $7,985,388 | $7,841,742 | $7,454,399 |

Note: The net revenues presented above include the actual revenues and the operating transfers-in from other funds presented in the statement of revenues and expenditures — budget and actual — budget basis.
Source: Puerto Rico Treasury Department.

(Concluded)

**SCHEDULES OF DEBT CAPACITY INFORMATION**

# COMMONWEALTH OF PUERTO RICO

## LEGAL DEBT MARGIN INFORMATION (UNAUDITED)
## LAST TEN FISCAL YEARS
**(In thousands)**

| | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal revenue average for two years | $ 7,592,395 | $ 7,333,246 | $ 7,650,006 | $ 8,233,717 | $ 8,327,744 | $ 8,061,593 | $ 7,779,987 | $ 7,564,034 | $ 7,185,660 | $ 6,748,772 |
| Legal debt limit — 15% of internal revenue average for two years | 1,138,859 | 1,099,987 | 1,147,501 | 1,235,058 | 1,249,162 | 1,209,239 | 1,166,998 | 1,134,605 | 1,077,849 | 1,012,316 |
| Maximum debt service requirement | 876,205 | 826,812 | 785,298 | 785,298 | 719,927 | 680,742 | 630,685 | 598,547 | 599,611 | 521,035 |
| Additional legal debt service requirement margin | 262,654 | 273,175 | 362,203 | 449,760 | 529,235 | 528,497 | 536,313 | 536,058 | 478,238 | 491,281 |
| Total maximum debt service requirement as a percentage of internal revenue average for two years | 11.54 % | 11.27 % | 10.27 % | 9.54 % | 8.64 % | 8.44 % | 8.11 % | 7.91 % | 8.34 % | 7.72 % |

Legal debt margin calculation for fiscal year 2011:

| | |
|---|---|
| Internal revenue for the year ended June 30, 2010 | $ 7,363,839 |
| Internal revenue for the year ended June 30, 2011 | 7,820,950 |
| Total internal revenue for the two years ended June 30, 2010 and 2011 | 15,184,789 |
| Internal revenue average for the two years | 7,592,395 |
| Legal debt limit — 15% of internal revenue average for two years | 1,138,859 |
| Maximum debt service requirement | 876,205 |
| Additional legal debt service requirement as a percentage of internal revenue average for two years | $ 262,654 |

Sources: Government Development Bank for Puerto Rico, General obligation debt service may not exceed 15% of the average of the internal revenues for the last two fiscal years.

- 300 -

# COMMONWEALTH OF PUERTO RICO

**RATIO OF ANNUAL DEBT SERVICE FOR GENERAL**
**BONDED DEBT TO TOTAL GENERAL EXPENDITURES (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**(In thousands)**

| | Total Debt Service | Total Governmental Expenditures | Ratio |
|---|---|---|---|
| Fiscal year: | | | |
| 2011 | $1,555,902 | $19,249,370 | 8.1 % |
| 2010 | 936,971 | 19,614,812 | 4.8 |
| 2009 | 413,967 | 18,195,811 | 2.3 |
| 2008 | 671,917 | 18,298,080 | 3.7 |
| 2007 | 606,800 | 17,158,013 | 3.5 |
| 2006 | 565,137 | 15,849,707 | 3.6 |
| 2005 | 491,394 | 16,425,312 | 3.0 |
| 2004 | 459,336 | 15,174,951 | 3.0 |
| 2003 | 362,136 | 14,926,547 | 2.4 |
| 2002 | 608,674 | 15,279,891 | 4.0 |

**SCHEDULES OF DEMOGRAPHIC AND ECONOMIC INFORMATION**

# COMMONWEALTH OF PUERTO RICO

## DEMOGRAPHIC AND ECONOMIC STATISTICS (UNAUDITED)
## LAST TEN FISCAL YEARS

| Fiscal year: | Population* | | Per Capita Income | Median Age | Life Expectancy (Years) (1) | School Enrollment | Labor Force (in thousands) | Unemployment Rate (%) | Gross Product (Current Prices $ )** | | Real Gross Product (2000 Prices $)** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011 | 3,714 | (r) | 16,241 | 37.0 | 77.7 | 620,622 | 1,281 | 15.9 | 64,106 | (r) | 39,508 | (p) |
| 2010 | 3,731 | (r) | 15,203 (p) | 36.3 | 77.7 | 671,154 | 1,313 | 16.0 | 63,058 | (r) | 39,907 | (r) |
| 2009 | 3,751 | (r) | 14,786 | 36.3 | 77.7 | 649,692 | 1,349 | 13.4 | 62,598 | (r) | 41,464 | (r) |
| 2008 | 3,772 | (r) | 14,217 | 37.5 | 77.7 | 685,348 | 1,368 | 11.0 | 61,665 | (r) | 43,205 | (r) |
| 2007 | 3,794 | (r) | 13,244 | 37.0 | 77.7 | 710,861 | 1,409 | 10.4 | 59,521 | (r) | 44,475 | (r) |
| 2006 | 3,813 | (r) | 12,970 | 36.5 | 77.7 | 731,644 | 1,422 | 11.7 | 56,732 | (r) | 45,009 | (r) |
| 2005 | 3,824 | (r) | 12,507 | 36.0 | 77.7 | 714,306 | 1,385 | 10.6 | 53,752 | (r) | 44,785 | (r) |
| 2004 | 3,826 | (r) | 11,724 | 35.6 | 77.2 | 764,861 | 1,360 | 11.4 | 5,709 | (r) | 43,950 | (r) |
| 2003 | 3,825 | (r) | 11,429 | 35.1 | 77.5 | 746,500 | 1,352 | 12.1 | 47,479 | (r) | 42,795 | (r) |
| 2002 | 3,821 | (r) | 10,921 | 34.7 | 77.1 | 808,408 | 1,309 | 12.1 | 45,071 | (r) | 41,915 | (r) |

Source: Puerto Rico Planning Board, Department of Education, Department of Labor and Human Resources, and General Council of Education of the Commonwealth of Puerto Rico. The enrollment in private schools is an estimate.

*     Population as of July 1 (in thousands).
**    Amounts expressed in millions.
(1)    Based on most recent study of 2006.
(p)    Preliminary figures.
(r)    Revised figures.

# COMMONWEALTH OF PUERTO RICO

## AVERAGE EMPLOYMENT BY SECTOR (UNAUDITED)
## LAST TEN FISCAL YEARS
### (In thousands)

| Sector | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Agriculture | 17 | 17 | 19 | 15 | 16 | 22 | 26 | 25 | 24 | 23 |
| Manufacturing | 99 | 102 | 112 | 129 | 135 | 136 | 138 | 136 | 134 | 137 |
| Mining | a/ | a/ | 1 | 1 | 1 | a/ | 1 | a/ | a/ | a/ |
| Construction | 47 | 54 | 68 | 82 | 94 | 88 | 87 | 88 | 82 | 84 |
| Trade | 241 | 240 | 244 | 257 | 260 | 271 | 261 | 253 | 252 | 236 |
| Finance, insurance, and real estate | 41 | 41 | 43 | 43 | 45 | 46 | 43 | 41 | 42 | 42 |
| Transportation, communications, and public utilities | 48 | 57 | 57 | 54 | 53 | 58 | 59 | 55 | 57 | 62 |
| Services | 344 | 330 | 353 | 359 | 364 | 355 | 349 | 340 | 328 | 311 |
| Government (1) | 240 | 261 | 271 | 279 | 296 | 280 | 274 | 268 | 269 | 257 |
| Total | 1,077 | 1,102 | 1,168 | 1,219 | 1,264 | 1,256 | 1,238 | 1,206 | 1,188 | 1,152 |

a/ Less than 1,000.
(1) Includes the Commonwealth, its municipalities, and federal government, and excludes public corporations.
Sources: Puerto Rico Department of Labor and Human Resources, Household Survey, and Puerto Rico Planning Board.

# COMMONWEALTH OF PUERTO RICO

## TOURISM INDICATORS (UNAUDITED)
## LAST TEN FISCAL YEARS

| | 2011 | 2010 (p) | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| All hotels and hostelry registration | 2,120,681 | 2,029,208 | 1,936,662 | 1,196,890 | 2,044,097 | 2,160,455 | 2,097,606 | 2,008,730 | 1,964,963 | 1,821,274 |
| Occupancy rates | 66.1 % | 62.2 % | 63.4 % | 67.6 % | 68.7 % | 67.9 % | 67.7 % | 68.9 % | 64.9 % | 67.8 % |
| Number of rooms | 14,388 | 14,076 | 13,430 | 13,269 | 13,402 | 13,424 | 13,321 | 12,751 | 12,850 | 11,759 |
| Visitors' expenditures* | $ 3,713 | $ 3,598 | $ 3,473 | $ 3,535 | $ 3,414 | $ 3,369 | $ 3,239 | $ 3,024 | $ 2,677 | $ 2,486 |

\* Amounts expressed in millions of dollars.
(p) Preliminary figures.

Sources: Puerto Rico Tourism Company and Puerto Rico Planning Board.

- 305 -

**SCHEDULE OF OPERATING INFORMATION**

# COMMONWEALTH OF PUERTO RICO

## OPERATING INDICATORS BY FUNCTION (UNAUDITED)
## LAST TEN FISCAL YEARS

| Function | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 |
|---|---|---|---|---|---|---|---|---|---|---|
| Fire protection: | | | | | | | | | | |
| Number of stations | 94 | 95 | 95 | 95 | 94 | 94 | 94 | 98 | 93 | 93 |
| Fire personnel and officers | 1,713 | 1,889 | 2,225 | 2,232 | 2,232 | 2,233 | 2,233 | 1,851 | 1,894 | 1,867 |
| Calls answered | 11,013 | 14,021 | 9,698 | 10,146 | 10,441 | 10,435 | 11,514 | 10,716 | 12,340 | 13,256 |
| Building inspections conducted | 76,407 | 76,246 | 83,626 | 71,006 | 73,478 | 73,360 | 71,610 | 56,093 | 53,750 | 41,415 |
| Police protection: | | | | | | | | | | |
| Number of stations | 192 | 210 | 193 | 233 | 238 | 238 | 234 | 231 | 228 | 235 |
| Police personnel and officers | 18,333 | 18,274 | 18,834 | 19,422 | 19,069 | 20,552 | 20,806 | 21,185 | 21,079 | 20,468 |
| Calls answered | 7,050 | 7,271 | 7,451 | 7,258 | 7,101 | 7,146 | 7,178 | 6,907 | 5,538 | 4,673 |
| Water system: | | | | | | | | | | |
| Customers | 1,290,800 | 1,279,757 | 1,265,798 | 1,257,336 | 1,290,497 | 1,285,732 | 1,251,699 | 1,256,981 | 1,238,461 | 1,209,834 |
| Personnel | 4,919 | 5,001 | 5,617 | 5,839 | 5,830 | 5,544 | 5,459 | 5,442 | 5,580 | 5,633 |
| Water consumption (millions of cubic meters) | 317 | 325 | 331 | 327 | 350 | 365 | 356 | 359 | 350 | 349 |
| Electric distribution system: | | | | | | | | | | |
| Customers | 1,475,126 | 1,469,493 | 1,458,636 | 1,449,221 | 1,452,529 | 1,450,227 | 1,438,699 | 1,419,602 | 1,401,301 | 1,383,888 |
| Personnel | 8,659 | 8,804 | 9,332 | 9,429 | 9,444 | 9,541 | 9,712 | 9,635 | 9,646 | 9,652 |
| Electricity consumption (millions of kilowatt) | 18,501 | 19,235 | 18,516 | 19,602 | 20,672 | 20,620 | 20,507 | 20,260 | 19,887 | 19,130 |
| Electricity production (millions of kilowatt) | 22,631 | 23,580 | 22,651 | 23,935 | 25,082 | 24,870 | 24,500 | 24,100 | 23,717 | 22,514 |
| Education: | | | | | | | | | | |
| Enrollment in public schools (1): | | | | | | | | | | |
| Kindergarten to sixth grade | 246,770 | 264,049 | 262,234 | 276,291 | 293,781 | 306,073 | 323,270 | 321,653 | 326,606 | 334,929 |
| Seventh to ninth grade | 114,658 | 124,343 | 122,506 | 128,641 | 133,171 | 135,166 | 137,717 | 142,305 | 146,896 | 146,837 |
| Tenth to twelfth grade | 97,203 | 104,731 | 103,255 | 108,028 | 117,205 | 122,251 | 118,491 | 116,829 | 118,519 | 117,072 |
| Teachers actively teaching (in public school) | 39,863 | 46,472 | 45,268 | 45,064 | 45,124 | 46,064 | 46,858 | 47,286 | 46,772 | 46,591 |
| Enrollment in private schools: | | | | | | | | | | |
| Kindergarten to sixth grade | 99,975 | 11,614 | 97,004 | 105,724 | 103,442 | 107,358 | 83,548 | 117,622 | 98,719 | 135,655 |
| Seventh to ninth grade | 31,542 | 32,144 | 33,510 | 35,437 | 33,294 | 32,850 | 27,612 | 37,226 | 31,245 | 41,273 |
| Tenth to twelfth grade | 30,474 | 29,773 | 31,183 | 31,227 | 29,968 | 27,946 | 23,668 | 29,226 | 24,515 | 32,642 |
| Enrollment in universities and colleges: | | | | | | | | | | |
| Public | 67,291 | 71,569 | 69,475 | 68,132 | 66,990 | 68,813 | 71,044 | 74,056 | 74,801 | 73,974 |
| Private | 182,901 | 177,803 | 166,143 | 157,306 | 158,412 | 140,734 | 136,650 | 132,735 | 125,041 | 117,578 |

Source: Various agencies and component units of the Commonwealth of Puerto Rico. The enrollment in private schools is an estimate.
(1) The enrollment in public schools for 2007–2008 don't include the special education by grade.

# Commonwealth of Puerto Rico

Comprehensive Annual Financial Report
Year Ended June 30, 2012

# COMPREHENSIVE ANNUAL FINANCIAL REPORT

## Fiscal Year Ended June 30, 2012



## Commonwealth of Puerto Rico

### Honorable Alejandro García Padilla
### Governor

*Prepared by:*

### Puerto Rico Department of the Treasury

### Melba Acosta Febo, CPA, Esq.
*Secretary of the Treasury*

### Karolee García Figueroa, CPA, Esq.
*Under Secretary of the Treasury*

This document is available on the Puerto Rico Department of the Treasury homepage
On the World Wide Web: http://www.hacienda.gobierno.pr

## COMMONWEALTH OF PUERTO RICO

**TABLE OF CONTENTS**

|  | **Page** |
|---|---|
| **Part I: Introductory Section (Unaudited)** | |
| LETTER OF TRANSMITTAL | 1–13 |
| PRINCIPAL OFFICIALS | 14 |
| ORGANIZATIONAL CHART | 15 |
| **Part II: Financial Section** | |
| INDEPENDENT AUDITORS' REPORT | 17–19 |
| MANAGEMENT'S DISCUSSION AND ANALYSIS (UNAUDITED) | 20–33 |
| BASIC FINANCIAL STATEMENTS: | |
| Government-Wide Financial Statements: | |
| Statement of Net Assets (Deficit) | 34–35 |
| Statement of Activities | 36–37 |
| Fund Financial Statements: | |
| Balance Sheet — Governmental Funds | 38–39 |
| Reconciliation of the Balance Sheet of Governmental Funds to the Statement of Net Assets (Deficit) | 40 |
| Statement of Revenues, Expenditures, and Changes in Fund Balances (Deficit) — Governmental Funds | 41–42 |
| Reconciliation of the Statement of Revenues, Expenditures, and Changes in Fund Balances (Deficit) of Governmental Funds to the Statement of Activities | 43 |
| Statement of Revenues and Expenditures — Budget and Actual — Budget Basis — General Fund | 44 |
| Statement of Net Assets (Deficit) — Proprietary Funds | 45 |
| Statement of Revenues, Expenses, and Changes in Fund Net Assets (Deficit) — Proprietary Funds | 46 |
| Statement of Cash Flows — Proprietary Funds | 47–48 |

Statement of Fiduciary Net Assets — Fiduciary Funds                                    49

Statement of Changes in Fiduciary Net Assets — Pension Trust Funds                     50

Combining Statement of Net Assets (Deficit) — Major Component Units                  51–54

Combining Statement of Activities — Major Component Units                              55

Notes to Basic Financial Statements                                                 56–238

**Required Supplementary Information (Unaudited):**

SCHEDULE OF FUNDING PROGRESS — RETIREMENT SYSTEMS                                     240

SCHEDULE OF FUNDING PROGRESS — POSTEMPLOYMENT
  HEALTHCARE BENEFITS                                                                 241

**Supplementary Information:**

**Combining and Individual Fund Financial Statements and Schedules:**

GENERAL FUND:

Supplemental Schedule of Expenditures by Agency —
  Budget and Actual — Budget Basis                                                 244–246

NONMAJOR GOVERNMENTAL FUNDS:

Combining Balance Sheet                                                           249–250

Combining Statement of Revenues, Expenditures, and Changes in Fund Balances          251

NONMAJOR PROPRIETARY FUNDS:

Combining Statement of Net Assets                                                    253

Combining Statement of Revenues, Expenses, and Changes in Net Assets                 254

Combining Statement of Cash Flows                                                    255

FIDUCIARY FUNDS:

Combining Statement of Fiduciary Net Assets — Pension Trust Funds                     257

Combining Statement of Changes in Fiduciary Net Assets — Pension Trust Funds          258

Combining Statement of Changes in Assets and Liabilities — Agency Funds               259

NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS:

   Combining Statement of Net Assets (Deficit)      261–278

   Combining Statement of Activities      279

**Part III: Statistical Section (Unaudited):**

SCHEDULES OF FINANCIAL TREND INFORMATION:

   Changes in Net Assets (Deficit) for the Last Ten Fiscal Years      283–284

   Net Assets (Deficit) by Component for the Last Ten Fiscal Years      285

   Changes in Fund Balances (Deficit) of Governmental Funds all
     Governmental Fund Types for the Last Ten Fiscal Years      286

   Fund Balances (Deficit) of Governmental Funds for the
     Last Ten Fiscal Years      287

SCHEDULE OF REVENUE CAPACITY INFORMATION —

   General Fund Net Revenues for the Last Ten Fiscal Years      289–290

SCHEDULES OF DEBT CAPACITY INFORMATION:

   Legal Debt Margin Information for the Last Ten Fiscal Years      292

   Ratio of Annual Debt Service for General Bonded
     Debt to Total General Expenditures for the Last Ten Fiscal Years      293

SCHEDULES OF DEMOGRAPHIC AND ECONOMIC INFORMATION:

   Demographic and Economic Statistics for the Last Ten Fiscal Years      295

   Average Employment by Sector for the Last Ten Fiscal Years      296

   Tourism Indicators for the Last Ten Fiscal Years      297

SCHEDULE OF OPERATING INFORMATION —

   Operating Indicators by Function for the Last Ten Fiscal Years      299

**INTRODUCTORY SECTION**



***Commonwealth of Puerto Rico***
***DEPARTMENT OF THE TREASURY***
***San Juan, Puerto Rico***

Melba I. Acosta Febo, Esq.
Secretary of the Treasury

September 16, 2013

To the People of the Commonwealth of Puerto Rico,
Gov. Alejandro García Padilla and
Members of the Legislature:

The Comprehensive Annual Financial Report (CAFR) of the Commonwealth of Puerto Rico (the "Commonwealth") for the fiscal year ended June 30, 2012 is submitted herewith in accordance with our responsibilities of reporting the Commonwealth's financial activities. To the best of my knowledge, the information presented provides a reasonable understanding of the state's financial activities. This report reflects my commitment to you, the citizens of the Commonwealth, to our Governor, to our elected officials and to the financial community to maintain and disclose our financial statements in a manner which fully conforms with accounting principles generally accepted in the United States of America (USGAAP) as established by the Governmental Accounting Standards Board (GASB).

The report is comprised of three main sections. The Introductory Section includes this letter of transmittal, general information about the Commonwealth, a list of the Commonwealth's principal elected and appointed officials, as well as an organizational chart. The Financial Section consists of the independent auditors' report, management's discussion and analysis (MD&A), the audited basic financial statements as listed in the table of contents with the notes thereto and the required supplementary information. The Statistical Section set forth contains selected unaudited financial and demographic information for the Commonwealth on a multiyear basis.

### PROFILE OF THE COMMONWEALTH

As the governmental entity responsible for the preparation of this report, the Puerto Rico Department of the Treasury relies on information provided by the Commonwealth's financial and accounting management, in charge of ensuring that assets are safeguarded and financial transactions are properly recorded and adequately documented. The responsibility for both the accuracy of the presented data and the completeness and fairness of the presentation, including all disclosures, rests with the Commonwealth's management. To the best of our knowledge and belief, the information presented is accurate in all material respects and is presented in conformity with US GAAP. The presentation is designed to set forth the financial position and the results of operations of the governmental activities, the business-type activities, the aggregate discretely presented component units, the major funds, as well as the aggregate remaining funds of the Commonwealth as of June 30, 2012 with the respective changes in financial position and cash flows thereof, where applicable, and the respective budgetary comparison for the General Fund for the year then ended. We have included all the necessary disclosures to enable the reader to gain a thorough understanding of the Commonwealth's activities.

The financial reporting entity consists of the primary government as defined below, other organizations for which the primary government is financially accountable, and other organizations for which the nature and significance of their relationship with the primary government are such that exclusion would cause the reporting entity's financial statements to be misleading or incomplete.

The definition of the reporting entity is based primarily on the notion of financial accountability. A primary government is financially accountable for the organizations that make up its legal entity. It is also financially accountable for legally separate organizations if its officials appoint a voting majority of an organization's governing body and it is able to either impose its will on that organization or if the organization can potentially provide specific financial benefits to or impose specific financial burdens on the primary government. A primary government may also be financially accountable for governmental organizations that are fiscally dependent on it. Certain component units, despite being legally separate from the primary government, are blended with the primary government. Blended component units provide services exclusively to the Commonwealth and, thus, are reported as if they were part of the primary government. The Commonwealth has four blended component units.

Discretely presented component units are legally separate from the primary government and are reported as such because the Commonwealth appoints a majority of their governing bodies and either is able to impose its will on them or the existence of a financial benefit/burden situation is verifiable. Both major and non-major discretely presented component units are reported in a separate column in the government-wide financial statements to emphasize that they are not part of the primary government and to differentiate their financial position and results of operations from those of the primary government. The Commonwealth has 49 discretely presented component units of which six are considered major component units and 43 non-major component units.

In addition, the Commonwealth has three (3) fiduciary component units which have been omitted from the government-wide financial statements, as their resources are not available to fund the operations of the Commonwealth.

Generally, each component unit issues audited financial statements, which can be obtained from the component unit's administrative offices. The basic financial statements included in the financial section of this CAFR provide descriptions of the operations of each of the following component units of the Commonwealth:

**BLENDED COMPONENT UNITS**:

1. Public Buildings Authority

2. Puerto Rico Maritime Shipping Authority

3. Puerto Rico Sales Tax Financing Corporation

4. The Children's Trust

**DISCRETELY PRESENTED COMPONENT UNITS**:

*Major Component Units:*

1. Government Development Bank for Puerto Rico

2. Puerto Rico Highways and Transportation Authority

3. Puerto Rico Electric Power Authority

4.  Puerto Rico Aqueduct and Sewer Authority

5.  University of Puerto Rico

6.  Puerto Rico Health Insurance Administration

*Non-major Component Units:*

1.  Agricultural Enterprises Development Administration

2.  Automobile Accidents Compensations Administration

3.  Cardiovascular Center Corporation of Puerto Rico and the Caribbean

4.  Company for the Integral Development of the Península de Cantera

5.  Corporation for the Caño Martín Peña ENLACE Project

6.  Corporation for the Development of the Art, Science and Film Industry of Puerto Rico

7.  Culebra Conservation and Development Authority

8.  Economic Development Bank for Puerto Rico

9.  Employment and Training Enterprises Corporation

10. Farm Insurance Corporation of Puerto Rico

11. Fine Arts Center Corporation

12. Governing Board of the 9-1-1 Service

13. Institute of Puerto Rican Culture

14. Institutional Trust of the National Guard of Puerto Rico

15. Land Authority of Puerto Rico

16. Local Redevelopment Authority Roosevelt Roads Puerto Rico

17. Musical Arts Corporation

18. National Parks Company of Puerto Rico

19. Port of the Americas Authority

20. Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives

21. Puerto Rico Conservatory of Music Corporation

22. Puerto Rico Convention Center District Authority

23. Puerto Rico Council on Education

24. Puerto Rico Government Investment Trust Fund

25. Puerto Rico Industrial Development Company

26. Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities
    Financing Authority

27. Puerto Rico Infrastructure Financing Authority

28. Puerto Rico Land Administration

29. Puerto Rico and Municipal Islands Maritime Transport Authority

30. Puerto Rico Medical Services Administration

31. Puerto Rico Metropolitan Bus Authority

32. Puerto Rico Municipal Finance Agency

33. Puerto Rico Ports Authority

34. Puerto Rico Public Broadcasting Corporation

35. Puerto Rico Public Private Partnerships Authority

36. Puerto Rico School of Plastic Arts

37. Puerto Rico Telephone Authority

38. Puerto Rico Tourism Company

39. Puerto Rico Trade and Export Company

40. Special Communities Perpetual Trust

41. Solid Waste Authority

42. State Insurance Fund Corporation

43. University of Puerto Rico Comprehensive Cancer Center

*FIDUCIARY COMPONENT UNITS:*

1. Employees' Retirement System of the Government of the Commonwealth of Puerto Rico

2. Puerto Rico Judiciary Retirement System

3. Puerto Rico System of Annuities and Pensions for Teachers

**INDEPENDENT AUDITORS**

Commonwealth statutes require an annual audit by independent certified public accountants. The firm of Deloitte & Touche LLP was selected by the Commonwealth to perform the audit of the basic financial statements in accordance with auditing standards generally accepted in the United States of America for the fiscal year 2012. The goal of an independent audit is to provide reasonable assurance that the financial statements of the Commonwealth for the fiscal year ended June 30, 2012 are fairly stated in all material respects in accordance with U.S. generally accepted accounting principles. The independent auditors' report on the basic financial statements is included in the financial section of this report.

**INTERNAL CONTROLS**

The management of the Commonwealth is responsible for the establishment and maintenance of internal controls that ensure that assets of the Commonwealth are protected from loss, theft, or misuse, and that adequate accounting data is compiled for the preparation of financial statements in conformity with U.S. generally accepted accounting principles. The internal controls are designed to provide reasonable, but not absolute, assurance that these objectives are met. The concept of reasonable assurance recognizes that: (i) the cost of a control should not exceed the benefits likely to be derived; and (ii) the valuation of costs and benefits requires estimates and judgments by management.

As a recipient of federal assistance, the Commonwealth is also responsible for ensuring that internal controls are in place to ensure that documents and processes are in compliance with applicable laws and regulations related to such federal financial assistance programs.

Certain departments, agencies and political subdivisions are subject to the requirements of the U.S. Office of Management and Budget Circular A-133. As a result, these entities are audited for compliance with the requirements of the federal financial assistance programs. These audits are performed at the department or agency level. The Commonwealth has provided for the possible cost disallowance that may arise from these audits, as well as from other audits that may be performed by federal grantors.

**BUDGET AND FISCAL POLICY**

The fiscal year is the accounting period for the Commonwealth which begins on July 1 and ends in June 30.  In each regular legislative session the Governor is constitutionally required to submit to the Legislature the proposed expenditures for the ensuing fiscal year with the information necessary for the formulation of a program of legislation. It is specifically established in Section 7 of Article VI of the Constitution that  "*[t]he appropriations made for any fiscal year shall not exceed the total revenue, including available surplus, estimated for the said fiscal year unless the imposition of taxes sufficient to cover the said appropriations is provided by law*".

The primary responsibility for the formulation of the budget rests in the Puerto Rico Office of Management and Budget (OMB), in collaboration with the Puerto Rico Planning Board, the Puerto Rico Department of the Treasury and other government offices and agencies.  In addition to the internal controls previously discussed, the Commonwealth maintains extensive budgetary controls. These controls are meant to ensure compliance with legal provisions embodied in the annual appropriated budget approved by the Legislature. While the expenses of the General Fund are specified in the approved budget, budgetary control resides at the department level. The Commonwealth also maintains an encumbrance accounting system as one method of maintaining budgetary control.

The annual budget is developed using elements of program budgeting, with the detailed costs of every activity or program that is to be carried out in the following fiscal year in view of the Governor's recommendations as to appropriations that in his judgment are necessary, convenient and in conformity with the four-year investment plan prepared by the Puerto Rico Planning Board. It also includes an

estimate of revenue and other resources for the ensuing fiscal year under laws existing at the time the budget is submitted and considering legislative measures proposed by the Governor and submitted with the future budget.

In accordance with constitutional provisions, the Legislature may amend the budget submitted by the Governor, but may not increase items that would cause a deficit without imposing additional taxes. Once approved by the Legislature, the budget is referred to the Governor, who may decrease or eliminate any item, but may not increase or insert new items in the budget. The Governor may also veto the budget in its entirety and send it back to the Legislature with his objections. The Legislature, by a two-thirds majority in each chamber, may override the Governor's veto.  According to Section 6 of Article VI: "*[i]f at the end of any fiscal year the appropriations necessary for the ordinary operating expenses of the Government and for the payment of interest on and amortization of the public debt for the ensuing fiscal year shall not have been made, the several sums appropriated in the last appropriation acts for the objects and purposes therein specified, so far as the same may be applicable, shall continue in effect item by item, and the Governor shall authorize the payments necessary for such purposes until corresponding appropriations are made*". As a result, the Commonwealth can continue to pay operating and other expenses until a new budget is approved.

## GOVERNMENTAL ACTIVITIES

General governmental activities of the Commonwealth are accounted for in five major governmental funds. These funds are: general, pledged sales and use tax, debt service, COFINA special revenue, and COFINA debt service. Non-major governmental funds are combined in a single column in the governmental fund financial statements, and individually identified in the supplementary combining non-major governmental funds' financial statements of this report.

## BUSINESS-TYPE ACTIVITIES

Proprietary funds are used to account for operations that are financed and operated in a manner similar to private business enterprises, where the intent of the government is that the costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges or where the government has decided that periodic determination of net income is appropriate for accountability purposes.

The Commonwealth's major proprietary operations comprise both the Unemployment Insurance Fund and the Lotteries Fund (which includes the Lottery of Puerto Rico and the Additional Lottery System). The Disability Insurance Fund, the Drivers' Insurance Fund, the Puerto Rico Water Pollution Control Revolving Fund and the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund are all non-major proprietary funds combined in a single column in the proprietary fund financial statements, and individually identified in the supplementary combining non-major proprietary funds' financial statements of this report.

## FIDUCIARY OPERATIONS

Fiduciary funds are used to account for assets held by the Commonwealth in a trustee capacity or as an agent for individuals, private organizations, and other governmental units. These include the pension and agency funds. Pension trust funds are established through trust agreements specifying how the fund will operate. Agency funds are custodial in nature and do not report fund balances.

The pension funds include the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico and its Instrumentalities, the Puerto Rico Judiciary Retirement System, and the Puerto Rico System of Annuities and Pensions for Teachers.

Agency funds consist of the Special Deposits Fund. This agency fund includes deposits under the custody of the Courts of Justice, Minors Support Administration for child support payments, deposits under the custody of the Commissioner of Insurance of the Commonwealth for escheated property, for insurance companies under liquidation and an allocated share of the sales and use tax corresponding to the municipalities.

## CASH MANAGEMENT POLICIES AND PRACTICES

The Commonwealth maintains a cash pool for its cash and cash equivalents. The balance in the pooled cash accounts is available to meet current operating requirements and any excess is invested in various interest-bearing accounts in the Government Development Bank for Puerto Rico, a discretely presented component unit. In addition, the Puerto Rico Government Investment Trust Fund (PRGITF) was created by the Commonwealth pursuant to Act No. 176 of August 11, 1995, as a no-load diversified collective investment trust for the purpose of providing eligible governmental investors of Puerto Rico with a convenient and economical way to invest in a professionally managed money market portfolio. The deposits on hand and the investments purchased are not collateralized, secured, or guaranteed by the Commonwealth or any of its agencies, instrumentalities, or political subdivisions.

The Commonwealth's investment policy is to minimize credit and market risk while maintaining a competitive yield on its portfolio. The cash temporarily idle during this year was invested mainly in U.S. government securities, stocks, corporate bonds, repurchase agreements, Commonwealth securities, other trading securities and short-term investments. These are primary government investments that are restricted and unrestricted.

## CAPITAL ASSETS

These basic financial statements include the capital assets of the Commonwealth. A discussion of capital assets accounting is included in the MD&A as part of the basic financial statements. More detailed information about capital assets can be found in the notes to the basic financial statements.

## DEBT ADMINISTRATION

The Commonwealth's general obligation and appropriation debt is currently rated "Baa3" with a negative outlook by Moody's, "BBB-" with a negative outlook by Fitch, and "BBB-" with a negative outlook by S&P.

Section 2 of Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes which are backed by the full faith, credit and taxing power of the Commonwealth shall not be issued if the amount of the principal and interest on such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of the Commonwealth Legislation and deposited into the Treasury of Puerto Rico in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2 of Article VI of the Constitution does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. As of June 30, 2012, the Commonwealth is in compliance with the debt limitation requirement. Please refer to the computation of the legal debt margin in the statistical section of this report. More detailed information about the long-term debt can be found in the notes to the basic financial statements.

RISK FINANCING

The Commonwealth purchases commercial insurance to cover casualty, theft, tort claims, and other losses. The current insurance policies have not been canceled or terminated. As it relates to workers' compensation, the Commonwealth's discretely presented component unit, the State Insurance Fund Corporation, provides workers' compensation to both public and private employees.

FINANCIAL ADVISOR AND FISCAL AGENT

The principal functions of the Government Development Bank for Puerto Rico are to act as financial advisor to and fiscal agent for the Commonwealth, its municipalities and public corporations, in connection with the issuance of bonds and notes, and to make loans to private enterprises to aid the economic development of Puerto Rico.

2012 ELECTIONS

As a result of the November 2012 Puerto Rico general elections, Alejandro J. García Padilla, a member of the Popular Democratic Party, was sworn in as Governor in January of 2013. The Popular Democratic Party also won a majority of seats in both the Senate and the House of Representatives.

ECONOMIC CONDITIONS AND OUTLOOK

The economy of Puerto Rico is closely linked to the United States economy, as most of the external factors that affect the local economy are determined by the policies and performance of the mainland economy. These external factors include exports, direct investment, the amount of federal transfer payments, the level of interest rates, the rate of inflation, and tourist expenditures.

From fiscal year 2008 to fiscal year 2012, the manufacturing and service sectors generated the largest portion of gross domestic product. Manufacturing is the largest sector of the Puerto Rico economy in terms of gross domestic product. In the last three decades, industrial development in Puerto Rico has been relatively capital intensive and dependent on skilled labor.

Puerto Rico has experienced mixed results in the service sector, which includes wholesale and retail trade, utilities, transportation and warehousing, information, finance and insurance, real estate and rental, and certain services such as professional, scientific, technical, management, administrative, support, educational, health care, social, recreational, accommodation, food and other services. This sector has expanded in terms of income over the past decade, following the general trend of other industrialized economies, but with differences on the magnitudes of those changes. The development of the service sector has been positively affected by demand generated by other sectors of the economy, such as manufacturing and construction.

Tourism makes a significant contribution to economic activity. An estimated $3.2 billion were spent by visitors in Puerto Rico during fiscal year 2012. San Juan is the largest homeport for cruise ships in the Caribbean and one of the largest homeports for cruise ships in the world. During the fiscal year 2012, the number of persons registered in tourist hotels increased 9.4% compared with fiscal year 2011.

The Puerto Rico Planning Board's preliminary reports on the performance of the Puerto Rico economy for fiscal year 2012 indicate that real gross national product increased 0.1% over fiscal year 2011. Nominal gross national product was $69.5 billion in fiscal year 2012, compared to $65.6 billion in fiscal year 2011. Aggregate personal income increased from $61.6 billion in fiscal year 2011 to $62.3 billion in fiscal year 2012, and personal income per capita increased from $16,611 in fiscal year 2011 to $16,934 in fiscal year 2012.

According to the Household Survey, the number of persons employed in Puerto Rico during fiscal year 2012 averaged 1,035,465, a decrease of 1.1% compared to the previous fiscal year; and the unemployment rate averaged 15.2%.

## MAJOR INITIATIVES

### *Comprehensive Reform of Employees Retirement System*

On April 4, 2013, the Governor signed into law Act 3 of 2013 (Act 3), which adopted a comprehensive reform of the Employees Retirement System of the Commonwealth of Puerto Rico (ERS), the largest of the three Commonwealth retirement systems that are funded primarily with budget appropriations from the Commonwealth's General Fund. The other two systems are the Puerto Rico System of Annuities and Pensions for Teachers (the "Teachers Retirement System") and the Commonwealth Judiciary Retirement System (the "Judiciary Retirement System").

The ERS situation was approached through Act 3, which became effective on July 1, 2013 ("Effective Date"). The Act establishes the following: (i) it freezes and grandfathers the benefits that have accrued through June 30, 2013 of those participants who are covered by the ERS's defined benefit formula (those who joined the ERS prior to January 1, 2000 whose retirement benefits accrued at a rate of 1.5% or 2% per year of creditable service) (the "Defined Benefit Employees"); (ii) it provides that, beginning on July 1, 2013, the retirement benefits accruing on and after the Effective Date for Defined Benefit Employees will be based on a defined contribution plan and will be paid out in the form of a lifetime annuity (upon retirement, the employee will receive the benefits accrued through June 30, 2013 based on the defined benefit formula plus the contributions made by the employee after June 30, 2013 in the form of a lifetime annuity); (iii) it provides that defined contribution benefits accrued pursuant to System 2000 will also be paid in the form of a lifetime annuity rather than a lump sum payment; (iv) it eliminates the so called "merit pension" that provided to participants who joined the Employees Retirement System prior to April 1, 1990, after attaining 30 years of service, a retirement benefit of 65% (if less than 55 years of age) or 75% (if age 55 or greater) of the average salary earned during the highest 36 months of employment; (v) it increases the retirement age for various groups of participants; (vi) it increases the employee contribution to the ERS from 8.275% to a minimum of 10%; (vii) it eliminates or reduces various retirement benefits previously granted by special laws and the System will benefit from the savings generated; (viii) it increases the minimum pension from $400 to $500 per month for current retirees; and (ix) it eliminates or modifies other benefits, such as disability and survivor benefits.

Absent the enactment of Act 3, it was anticipated that the assets of the ERS would be depleted by fiscal year 2019 and that the cash funding shortfall during the period between fiscal year 2019 and fiscal year 2043 would be, on average, $905 million per year, which the Commonwealth and the other employers would have been required to contribute.  With the enactment of Act 3, and considering an additional annual contribution of $140 million for the next 20 years, (an appropriation which has been included in the proposed budget for fiscal year 2014 and signed into law by Act 32 of 2013), it is projected that the cash funding shortfall of the ERS will be eliminated.

The adoption of Act 3 was a critical step in addressing the financial condition of the ERS. Based on current census data, expectation of market conditions and other actuarial assumptions, the ERS's actuaries expect that the changes to the System instituted by Act 3, when taken together with an additional annual contribution of $140 million for the next 20 years, will be sufficient to cover the System's obligations now and in the long-term.  Act 3 does not address the underfunding condition of the Teachers Retirement System or the Judiciary Retirement System, nor does it eliminate the need for the Commonwealth to make additional contributions to the ERS, as discussed above. The Commonwealth is evaluating alternatives for addressing the funding shortfall of the Teachers Retirement System.

*Fiscal Stabilization*

The current administration has sponsored various initiatives to seek fiscal balance, stimulate economic growth, and safeguard and strengthen the Commonwealth's investment grade credit rating. These include: 1) an initiative which resulted in $280 million in advance payments of non-resident withholding tax related to manufacturing patents, and 2) the transfer of $240 million in excess funds in the Redemption Fund to the General Fund. These and other measures have reduced the projected deficit for fiscal year 2013. In addition, the Government implemented a tax amnesty program, designed to increase revenues by encouraging taxpayers with older tax liabilities to pay them, and is considering additional measures such as the sale of tax accounts receivable to further reduce the deficit for the current fiscal year.

*Comprehensive Tax Reform*

Puerto Rico faces a fiscal crisis which requires an effective and thorough plan. The current situation shows a weak economic outlook, which is a reflection of a worldwide recession. At the same time, there is a progressive deterioration of fiscal matters of the Government. This deterioration affects the capacity of the General Fund to generate sufficient funds to comply with its obligations with the government retirees and the reduction of government expenditures, among others. It also affects the capacity of the Government of Puerto Rico to access the financial markets because of the high interest rates that the Government must pay based on its actual reality. This reality inhibits the Government's capacity to make public improvements, which constitutes a fundamental piece of the economic and social development of Puerto Rico. Therefore, there is a need to establish a structure that allows the addition of new revenues to the General Fund without overburdening the working class of the Commonwealth. The solutions that have been identified and the manner in which they will be applied will reflect the transparency with which this Administration will work from now on, in contrast with prior administrations. The plan which is detailed in Act No. 40 of June 30, 2013 includes the following amendments to several laws, regulations and Codes: 1) the Puerto Rico Insurance Code; 2) the Property Tax Law; 3) the Savings and Loans Cooperatives Law; 4) the Sales and Use Tax Financing Corporation (COFINA) Law, and 5) Several articles of the Internal Revenue Code of 2011. These amendments will be applied in a proportional, fair, integrated and responsible manner, to address: 1) the fiscal crisis of the Government of Puerto Rico; 2) the protection of the credit rating of the Government of Puerto Rico; 3) the constitutional responsibility of addressing the structural deficit of the Government of Puerto Rico, and 4) the addition of new revenues to the General Fund in order to serve as a catalyst for the economic growth.

Additional actions were decisively taken. Act No. 41 and the other Acts detailed below were approved on the same date. Act No. 41 establishes an increase to the cigarettes and other tobacco derivatives tax. This Act will impose an additional tax of eleven dollars and fifteen cents ($11.15) for every 100 cigarettes. Starting on July 1, 2013, the total tax will be sixteen dollars and fifteen cents ($16.15) for every 100 cigarettes. Starting on July 1, 2015 it will be seventeen dollars ($17.00).

On the other hand, Act No. 31, signed and approved on June 26, 2013, designates $20 million from the cigarettes and other tobacco derivatives tax to alleviate the deficit of the Puerto Rico Highways and Transportation Authority (Highways Authority) and $10 million to the Puerto Rico Metropolitan Bus Authority (Bus Authority). During the fiscal year which ended on June 30, 2012, the revenues related to such tax were $172 million in the General Fund. The estimated revenues related to the new tax should provide the General Fund $17 million of additional revenues when compared to fiscal year 2012, net of the $30 million transferred to the Highways Authority and the Bus Authority. In addition, and also to alleviate the deficit of the Highways Authority, pursuant to Act No. 30, approximately $62 million of vehicle license fees were transferred from the General Fund to the Highways Authority.

Act No. 31 also raised the tax on crude oil derivatives and partially elaborated oil products or refined oil derivatives products on $9.25 for each crude oil barrel. The tax was previously based on a price index

- 10 -

scale. Additionally, this Act eliminates the ceiling of $120 million for this tax. The revenues obtained from this tax will be used to further alleviate the cash flow deficit of the Highways Authority, which as of June 30, 2012 was approximately $355 million. By approving this Act the new government does not have to impose an additional burden on the working class by imposing new taxes at the gas pump or vehicle licenses, and will also support the Highways Authority in repaying its debt with GDB, which represents roughly 24% of GDB's loans portfolio.

Furthermore, Act No. 48 increases the share of slot machines in casinos and restructures the manner in which its gains are distributed. It establishes as well a special tax of 1.5% for professional and consulting services rendered to a governmental entity, among others.

The rest of the Acts approved likewise address the fiscal crisis of the Commonwealth of Puerto Rico and include, among others, the creation of a budgetary support fund that will serve the needs of various agencies and will help pay legal claims and make public improvements and the creation of a fiscal reconstruction fund that will provide $245 million to help alleviate the current deficit.

The current Administration has come up against a reality of an unsuspected magnitude which has exposed a structural deficit of approximately $2,212 million composed of a financing deficit through COFINA of $332 million, the refinancing of debt of $775 million, actual expenditures over budget in several agencies amounting to $140 million and an insufficiency of net revenues of the General Fund of approximately $965 million as of January 31, 2013.

### *Economic Growth*

In recent years, the Commonwealth has emphasized the following initiatives to enhance Puerto Rico's competitive position: (i) a program designed to stimulate the creation of jobs; (ii) overhauling the permitting process; (iii) reducing energy costs; (iv) reforming the tax system; (v) promoting the development of various projects through public-private partnerships; (vi) implementing strategic initiatives targeted at specific economic sectors, and (vii) promoting the development of certain strategic/regional projects.

### *Jobs Act*

The Jobs Now Act was signed into law on February 10, 2013. It purports to create approximately 50,000 jobs within 18 months by eliminating certain hurdles that delay or impede the process of establishing or expanding businesses in Puerto Rico. It seeks to allow better access to capital, and also provides incentives under agreements between certain eligible businesses and the Government of Puerto Rico by means of the Puerto Rico Commerce and Exports Company. The benefits provided under the Act include, among others, partial reimbursement of salaries paid to certain persons previously unemployed, nominal rents on buildings owned by PRIDCO, two year property tax exemption for previously vacant buildings, preferential income tax rate for the first two years of operations, full municipal license tax and personal property tax exemption for first the two years of operation and extended carryover period for net operating losses incurred during the first two years of operations, as well as an energy credit per incremental job to be used against the electricity bill. The Act also provides for an expedited permitting process for establishing eligible businesses and orders the Economic Development Bank to both give priority to loan applications submitted by eligible businesses and to create programs to guarantee private financing to such eligible entities.

### *Energy Policy*

In July of 2010, the Commonwealth enacted legislation focused on reducing Puerto Rico's dependence on fossil fuels, particularly oil, through the promotion of diverse renewable-energy technologies. This legislation seeks to lower energy costs, reduce energy-price volatility, and establish environmentally

sustainable energy production through a reduction in ecologically harmful emissions. It creates a Renewable Portfolio Standard, recognizing many sources of renewable energy that utilize various technologies, and setting a hard target of 12% renewable energy production by 2015 and 15% by 2020, and a requirement for retail energy providers to establish a plan to reach 20% renewable energy production by 2035.

The legislation additionally provides incentives for the construction and use of renewable energy sources, and creates a Green Energy Fund through which the Commonwealth will co-invest $290 million in renewable energy projects over the next ten years. These initiatives are expected to address energy prices in Puerto Rico and provide a means for attracting investment in the energy sector.

### *Public-Private Partnerships*

The current Administration believes that public private partnerships ("PPPs"), if well implemented, can represent an important tool for economic development provided that they always meet certain criteria to further the public interest in each project undertaken in this manner. PPPs are long-term contracts between government and non-governmental entities (such as private companies, credit unions, and municipal corporations) to develop, operate, manage or maximize infrastructure projects and/or government services. PPP contracts are centered on the concept of risk transfer, where the non-governmental partner takes on certain responsibilities and risks related to the development and/or operation of the project in exchange for certain benefits. PPPs can play an important role in restoring investment in infrastructure, improving the quality and the efficiency of important public services and bringing about economic growth. In the same manner, PPPs provide the opportunity for the government to lower project development costs, accelerate project development, reduce financial risk, create additional revenue sources, establish service quality metrics, re-direct government resources to focus on the implementation of public policy, improve the quality of infrastructure facilities and of services, as well as create jobs and attract new investment. Puerto Rico has opportunities for the establishment of PPPs in the areas of toll roads, public transit, airports and maritime ports, public schools, water provision, correctional facilities, and energy generation, among others. In that sense, Act No. 29 of 2009, through the Public-Private Partnerships Authority ("PPP Authority") it created, can represent an important vehicle to attain the aforementioned objectives. In the past few years, a limited number of projects were undertaken, which we briefly describe hereunder.

In an effort to modernize public school facilities throughout the island and to trigger improved academic performance, the PPP Authority launched a program in a selected number of public schools throughout Puerto Rico. The program was expected to impact nearly 50,000 students, 2,000 teachers and various communities and create 14,000 jobs throughout Puerto Rico. The Government funded this project with the proceeds of Qualified School Construction Bonds (QSCB) issued by the Public Buildings Authority in the aggregate principal amount of $756 million.

The PPP strategy was also applied to address certain challenges faced by the Puerto Rico Ports Authority. On August 8, 2011, the PPP Authority and the Puerto Rico Ports Authority ("Ports Authority") received statements of qualifications from twelve (12) world-class consortia in response to the Request for Qualifications (RFQ) to grant a concession for financing, operation, maintenance and improvement of the Luis Muñoz Marín International Airport ("Airport"), the busiest airport in the Caribbean. The primary objectives of the PPP Authority and the Ports Authority were: (i) maximizing the upfront value for the Airport; (ii) improving the Airport's safety standards, service levels and quality; (iii) maintaining and improving the quality of service to travelers as well as achieving a higher level of customer satisfaction, and (iv) creating a world-class gateway to Puerto Rico while increasing the Island's profile as a destination in the Caribbean, in order to positively impact the development of the tourism industry and overall economic prospects in Puerto Rico. On July 17, 2012 the PPP Authority and the Ports Authority selected Aerostar Airport Holdings, LLC, a partnership formed by between "Grupo Aeropuertuario de Sureste" S.A.B. de C.V. ("ASUR") and Highstar Capital IV, as the winning proponent based on an

upfront payment of $615 million. On July 24, 2012, the parties executed the lease agreement for the Airport and, on February 27, 2013, the parties successfully completed the financial closing. As a result of this transaction, on February 27, 2013, the Ports Authority received a lump-sum payment of $615 million and will receive an estimated $552 million in revenue sharing over the life of the lease. It is estimated that Aerostar will invest $1.4 billion in the Airport during the life of the lease, including a commitment to invest approximately $267 million in immediate improvements and comply with world-class operating standards.

The PPP Authority is currently evaluating projects for the development and construction of new infrastructure facilities. These projects include a rail transportation system from Caguas to San Juan and the extension of the PR-22 Highway from Hatillo to Aguadilla, among others.

## FINANCIAL CONDITION

The MD&A, which can be found immediately following the independent auditors' report, provides an overview of the financial activities addressing both governmental and business type activities reported in the government wide financial statements. In addition, the MD&A focuses on the Commonwealth's major funds. Component units and fiduciary activities are excluded from the MD&A.

## OTHER INFORMATION

### *Acknowledgements*

The preparation of this report required the collective efforts, cooperation and support of numerous accounting and finance officials throughout the Commonwealth. Their dedicated efforts are sincerely appreciated.

The report could not have been accomplished without the professionalism and dedication of Jayson O. Padilla Morales, as well as the rest of the personnel of the Central Government Accounting Area, and Jorge Clivillés and Denisse Rodríguez from GDB, among other officials. This report reflects their collective efforts and is issued in compliance with the highest standards of financial accountability.

Respectfully submitted,

Melba Acosta Febo, CPA, Esq.
Secretary of the Treasury

- 13 -

## COMMONWEALTH OF PUERTO RICO

**PRINCIPAL OFFICIALS**

**Alejandro García Padilla**
Governor

**Members of the Cabinet**

**Ingrid M. Vila Biaggi**
Chief of Staff

| | | |
|---|---|---|
| **David E. Bernier Rivera**<br>Secretary of State | **Luis Sánchez Betances**<br>Secretary of Justice | **Melba I. Acosta Febo**<br>Secretary of the Treasury |
| **Rafael Román Meléndez**<br>Secretary of Education | **Vance Thomas Rider**<br>Secretary of Labor and<br>Human Resources | **Ana C. Rius Armendariz**<br>Acting Secretary of Health |
| **Myrna Comas Pagán**<br>Secretary of Agriculture | **Miguel Torres Díaz**<br>Secretary of Transportation and<br>Public Works | **Alberto Bacó Bagué**<br>Secretary of Economic<br>Development and Commerce |
| **Idalia Colón Rondón**<br>Secretary of Family Affairs | **Rubén Ríos Pagán**<br>Secretary of Housing | **Carmen R. Guerrero Pérez**<br>Secretary of Natural and<br>Environmental Resources |
| **Nery E. Adames Soto**<br>Secretary of Consumer Affairs | **Ramón E. Orta Rodríguez**<br>Secretary of Sports and<br>Recreation | **José R. Negrón Fernández**<br>Secretary of Corrections and<br>Rehabilitation |

---

**LEGISLATIVES OFFICERS**

**Eduardo Bhatia Gautier**
President, Senate

**Jaime Perelló Borrás**
Speaker, House of
Representatives

---

**FISCAL OFFICERS**

**Carlos Rivas Quiñones**
Director, Office of Management
and Budget

**José Pagán Beauchamp**
Acting President, Government
Development Bank for
Puerto Rico



GOVERNMENT OF PUERTO RICO
FUNCTIONAL ORGANIZATIONAL STRUCTURE

**FINANCIAL SECTION**



Deloitte & Touche LLP
Torre Chardon
350 Chardon Ave.
Suite 700
San Juan, PR 00918-2140
USA

Tel: +1 787 759 7171
Fax: +1 787 756 6340
www.deloitte.com

**INDEPENDENT AUDITORS' REPORT**

To the Honorable Governor and Legislature
Commonwealth of Puerto Rico
San Juan, Puerto Rico

We have audited the accompanying financial statements of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth of Puerto Rico (the "Commonwealth"), as of and for the year ended June 30, 2012, which collectively comprise the Commonwealth's basic financial statements as listed in the table of contents. These financial statements are the responsibility of the Commonwealth's management. Our responsibility is to express opinions on these financial statements based on our audit. We did not audit the financial statements of the following activities, funds, and component units:

- Puerto Rico Public Housing Administration, Labor Development Administration, the Office for the Administration of the Assets of the Urban Renovation and Housing Corporation of the Commonwealth of Puerto Rico, and the Office for the Improvements of Public Schools, which collectively represent 18% and 3%, respectively, of the assets and revenues of the governmental activities and 29% and 4%, respectively, of the assets and revenues of the general fund;

- The Unemployment Insurance Fund, which is both a major fund and 36% and 38%, respectively, of the assets and revenues of the business-type activities. The Additional Lottery System, which represents 68% and 50%, respectively, of the assets and revenues of the lotteries fund and 10% and 28%, respectively, of the assets and revenues of the business-type activities. The Disability Insurance Fund, the Drivers' Insurance Fund, the Puerto Rico Water Pollution Control Revolving Fund and the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, which represent 54% and 5%, respectively, of the assets and revenues of the business-type activities and 7% and 4%, respectively, of the assets and revenues of the aggregate remaining fund information;

- Public Buildings Authority special revenue, debt service, and capital project funds; The Children's Trust special revenue and debt service funds; and the Puerto Rico Maritime Shipping Authority debt service fund, which collectively represent 9% and .28%, respectively, of the assets and revenues of the governmental activities and 13% and 3%, respectively, of the assets and revenues of the aggregate remaining fund information;

- Entities identified in note 2 that are presented as discretely presented component units, which collectively represent 72% and 92%, respectively, of the assets and revenues of the aggregate discretely presented component units.

Those financial statements were audited by other auditors whose reports thereon have been furnished to us, and our opinions, insofar as they relate to the amounts included for the activities, funds, and component units indicated above, are based solely on the reports of the other auditors.

Member of
Deloitte Touche Tohmatsu Limited

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the respective financial statements are free of material misstatement. An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Commonwealth's internal control over financial reporting. Accordingly, we express no such opinion. An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the respective financial statements, assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audit and the reports of other auditors provide a reasonable basis for our opinions.

In our opinion, based on our audit and the reports of other auditors, the financial statements referred to above present fairly, in all material respects, the respective financial position of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth, as of June 30, 2012, and the respective changes in financial position and, where applicable, cash flows thereof and the respective budgetary comparison for the general fund for the year then ended in conformity with accounting principles generally accepted in the United States of America.

As discussed in Note 20 to the basic financial statements, the Pension Trust Funds' unfunded actuarial accrued liability and funded ratio as of June 30, 2012, were approximately $37,017 million and 8.4%, respectively. In the opinion of management, based on information prepared by consulting actuaries, the net assets of the Employee's Retirement System of the Government of the Commonwealth of Puerto Rico, the Commonwealth of Puerto Rico Judiciary Retirement System, and the Puerto Rico System of Annuities and Pensions for Teachers, comprising the Pension Trust Funds, will be exhausted by the fiscal years 2015, 2019, and 2021, respectively, if measures are not implemented to reduce the unfunded actuarial accrued liability and increase the funded ratio of the Pension Trust Funds. Management's plans concerning this matter are also described in Note 20.

Accounting principles generally accepted in the United States of America require that the management's discussion and analysis on pages 20 through 33 and the schedules of funding progress on pages 240 and 241 be presented to supplement the basic financial statements. Such information, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States of America, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the Commonwealth's financial statements. The combining and individual nonmajor fund financial statements and schedules are presented for purposes of additional analysis and are not a required part of the financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audit of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial

statements or to the financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, based on our audit and the reports of other auditors, the combining and individual nonmajor fund financial statements and schedules are fairly stated in all material respects in relation to the financial statements as a whole.

Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the Commonwealth's basic financial statements. The introductory and statistical sections are presented for the purposes of additional analysis and are not a required part of the basic financial statements. Such information has not been subjected to the auditing procedures applied by us and the other auditors in the audit of the basic financial statements, and accordingly, we do not express an opinion or provide any assurance on it.

*Deloitte & Touche LLP*

September 16, 2013

Stamp No. E85052
affixed to original.

# COMMONWEALTH OF PUERTO RICO

**MANAGEMENT'S DISCUSSION AND ANALYSIS** [1]
**JUNE 30, 2012**

The following is a narrative overview and analysis of the financial activities of the Commonwealth of Puerto Rico (the "Commonwealth" or the "Government") for the fiscal year ended June 30, 2012. The management discussion and analysis ("MD&A") is intended to serve as an introduction to the basic financial statements, which have the following components: (1) government-wide financial statements; (2) fund financial statements; and (3) notes to the financial statements. The MD&A is designed to: (a) assist the reader in focusing on significant financial matters; (b) provide an overview of the Commonwealth's financial activities; (c) identify any material changes from the original budget; and (d) highlight individual fund matters. We encourage readers to review this information in conjunction with the Letter of Transmittal, which is located in the Introductory Section of this report, and the Commonwealth's basic financial statements, including the notes to the financial statements, which are located after this analysis.

## MAJOR FINANCIAL ELEMENTS

*Revenues* — The General Fund is the primary operating fund of the Commonwealth. General Fund revenues are broadly based and include revenues raised internally as well as those from non-Puerto Rico sources. Internal revenues consist principally of income tax, sales and use tax, and excise tax. Revenues from non-Puerto Rico sources are derived from federal excise taxes and customs duties returned to the Commonwealth. The major source of revenue from the component units are charges for services.

*Expenditures* — Expenditures consist principally of grants and subsidies, personal services, other services, materials and supplies, equipment purchases, capital outlays, debt service and transfers.

*Debt* — Comprises bonds and notes of the Commonwealth and component units. The Commonwealth's policy has been and continues to be to prudently manage its debt within the constitutional limitation. Debt of component units, other than bond anticipation notes, is generally supported by the revenues of such units from rates charged for services or products and Commonwealth's pledged revenues. However, certain debt of component units is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes. Direct debt of the Commonwealth is issued pursuant to specific legislation approved in each particular case. Debt of component units is issued in accordance with their enabling statutes. Government Development Bank for Puerto Rico ("GDB"), as fiscal agent of the Commonwealth, must approve the specific terms of each debt issuance.

---

[1] The management's discussion and analysis is not a required part of the basic financial statements but is supplementary information required by the Governmental Accounting Standards Board. This supplementary information is the responsibility of the Commonwealth's management. The independent auditors have applied certain limited procedures, which consisted of inquiries of management about about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge they obtained during the audit of the basic financial statements. Therefore, the independent auditors did not audit such information and did not express an opinion nor provide any assurance on it.

## OVERVIEW OF THE FINANCIAL STATEMENTS

This MD&A is intended to serve as an introduction to the Commonwealth's basic financial statements. The Commonwealth's basic financial statements include three components: (1) government-wide financial statements; (2) fund financial statements; and (3) notes to the financial statements. This report also contains additional required supplementary information in addition to the basic financial statements themselves.

The basic financial statements include two kinds of financial statements that present different views of the Commonwealth, the government-wide financial statements and the fund financial statements. These financial statements also include the notes to the basic financial statements that explain some of the information in the financial statements and provide more detail.

### Government-Wide Financial Statements

The government-wide financial statements provide a broad view of the Commonwealth's operations in a manner similar to commercial enterprises. The statements provide both short and long-term information about the Commonwealth's financial position, which assists in assessing the Commonwealth's economic condition at the end of the fiscal year. These are prepared using the flow of economic resources measurement focus and the accrual basis of accounting. This basically means they follow methods that are similar to those used by most businesses. They take into account all revenue and expenses connected with the fiscal year even if cash involved has not been received or paid. The government-wide financial statements include two statements:

- *Statement of Net Assets (Deficit)* — This presents all of the government's assets and liabilities with the difference between the two reported as net assets (deficit). Over time, increases or decreases in the Commonwealth's net assets (deficit) may serve as a useful indicator of whether the financial position of the Commonwealth is improving or deteriorating.

- *Statement of Activities* — This presents information showing how the government's net assets (deficit) changed during the most recent fiscal year. All changes in net assets (deficit) are reported as soon as the underlying event giving rise to the change occurs, regardless of the timing of related cash flows. Thus, revenue and expenses are reported in this statement for some items that will not result in cash flows until future fiscal periods (such as uncollected taxes and earned but unused vacation leave). This statement also presents a comparison between direct expenses and program revenues for each function of the Commonwealth.

Both of the above financial statements have the following columns:

- *Governmental Activities* — These activities are mostly supported by taxes and intergovernmental revenue (federal grants). Most services normally associated with the Commonwealth government fall into this category, including general government, education, public housing and welfare, health, public safety and economic development.

- *Business Type Activities* — These activities normally are intended to recover all or a significant portion of their costs through user fees and charges to external users of goods and services. These business type activities of the Commonwealth include the operations of the following major funds: Unemployment Insurance Trust Fund (administered by the Commonwealth's Employment Security Bureau) and the Lotteries Fund.

- *Component Units* — These are organizations that are legally separate from the Commonwealth, but either the Commonwealth is financially accountable for them or the nature and significance of their relationship with the Commonwealth are such that their exclusion would cause the Commonwealth's

financial statements to be misleading or incomplete. The Commonwealth has both blended and discretely presented component units. Blended component units are presented within primary government activities. Discretely presented component units are presented in a separate column.

The government-wide financial statements can be found immediately following this management's discussion and analysis.

**Fund Financial Statements**

A fund is a grouping of related accounts that is used to maintain control over resources that have been segregated for specific activities or objectives. The Commonwealth uses fund accounting to help ensure and demonstrate compliance with finance related legal requirements. The fund financial statements focus on individual parts of the Commonwealth government, reporting the Commonwealth's operations in more detail than the government-wide financial statements. All of the funds of the Commonwealth can be divided into three categories. The three categories of funds are the following:

- *Governmental Funds Financial Statements* — Most of the basic services provided by the Commonwealth are financed through governmental funds. Governmental funds are used to account for essentially the same functions reported as governmental activities in the government-wide financial statements. However, unlike the government-wide financial statements, the governmental fund financial statements focus on near-term inflows and outflows of expendable resources. They also focus on the balances of expendable resources available at the end of the fiscal year. Such information may be useful in evaluating the government's near term financing requirements. This approach is known as using the flow of current financial resources measurement focus and the modified accrual basis of accounting. These statements provide a detailed short term view of the Commonwealth's finances that assist in determining whether there will be adequate financial resources available to meet the current needs of the Commonwealth. Because the focus of governmental funds is narrower than that of the government-wide financial statements, it is useful to compare the information presented for governmental funds with similar information presented for governmental activities in the government-wide financial statements. By doing so, readers may better understand the long-term impact of the government's near term financing decisions. Both the governmental fund balance sheet and the governmental fund statement of revenues, expenditures, and changes in fund balances (deficit) provide a reconciliation to facilitate this comparison between governmental funds and the governmental activities. These reconciliations are presented on the page immediately following each governmental fund financial statement.

The Commonwealth has five major governmental funds. That is, each major fund is presented in a separate column in the governmental funds balance sheet and in the governmental funds statement of revenues, expenditures, and changes in fund balances (deficit). The Commonwealth's five major governmental funds are:

- The General Fund
- The Pledged Sales and Use Tax Fund
- The Debt Service Fund
- The COFINA Special Revenue Fund
- The COFINA Debt Service Fund

The remaining non-major governmental funds are grouped and presented in a single column in the governmental funds financial statements. The basic governmental funds financial statements can be found immediately following the government-wide financial statements.

- *Proprietary Funds Financial Statements* — These funds are used to show activities that operate more like those of commercial enterprises. Because these funds charge fees for services provided to outside customers, including local governments, they are known as enterprise funds. Proprietary funds provide the same type of information as the government-wide financial statements, only in more detail. Like the government-wide financial statements, proprietary fund financial statements use the accrual basis of accounting. There is no reconciliation needed between the government-wide financial statements for business-type activities and the proprietary fund financial statements. The Commonwealth has two major proprietary funds: (i) the Unemployment Insurance Fund; and (ii) the Lotteries Fund, which includes the Lottery of Puerto Rico and the Additional Lottery System. Other non-major proprietary funds are grouped and presented in a separate column in the proprietary funds financial statements. The basic proprietary funds financial statements can be found immediately following the governmental fund financial statements.

- *Fiduciary Funds and Similar Component Units Financial Statements* — These funds are used to account for resources held for the benefit of parties outside the Commonwealth government. Fiduciary funds are not reflected in the government-wide financial statements because the resources of these funds are not available to support the Commonwealth's own programs. The accounting used for fiduciary funds is much like that used for proprietary funds. They use the accrual basis of accounting. The Commonwealth's fiduciary funds are: (i) the pension trust funds (three separate retirement systems for employees, which are fiduciary component units of the Commonwealth); and (ii) the agency funds (which account for the assets held for distribution by the Commonwealth as an agent for other governmental units, other organizations, or individuals). The basic fiduciary funds financial statements can be found immediately following the proprietary funds financial statements.

## Component Units Financial Statements

Component units are legally separate entities, for which the Commonwealth has financial accountability, but they have certain independent qualities as well. The government-wide financial statements present information for the component units in a single column on the statement of net assets (deficit). Also, some information on the statement of net assets (deficit) is aggregated for component units. The combining statements of net assets and the combining statement of activities provide detail for each major component unit and the non-major component units in aggregate. The combining financial statements for major component units can be found immediately following the fiduciary funds financial statements.

## Notes to Basic Financial Statements

The notes provide additional information that is essential to a full understanding of the data provided in the government-wide and the fund financial statements. The notes to the basic financial statements can be found immediately following the major component units' combining financial statements.

## Required Supplementary Information and Supplementary Information

The basic financial statements include a section of required supplementary information immediately following its notes. This section includes information of funding progress for the Commonwealth's three separate retirement systems, supplemental schedule of expenditures by agency-budget and actual budget basis-general fund, non-major governmental funds, non-major proprietary funds, fiduciary funds and non-major discretely presented component units.

## GOVERNMENT-WIDE FINANCIAL ANALYSIS

### Net Assets (Deficit)

Net assets (deficit) may serve over time as a useful indicator of a government's financial position. Total assets and total liabilities of the Commonwealth's primary government at June 30, 2012 amounted to $16.3 billion and $55.3 billion, respectively, for a net deficit of $39 billion, compared to a $33.7 billion net deficit at the beginning of the current year.

A portion of the Commonwealth's net assets (deficit) reflects its investment in capital assets such as land, buildings, and equipment, less any related debt used to acquire those assets. The Commonwealth uses these capital assets to provide services to its residents.

An additional portion of the Commonwealth's net assets (deficit) represents resources that are subject to external restrictions on how they may be used. Internally imposed designations of resources are not presented as restricted net assets.

## COMMONWEALTH'S NET ASSETS (DEFICIT) — PRIMARY GOVERNMENT
### JUNE 30, 2012
### (Expressed in thousands)

|  | Governmental Activities | Business-Type Activities | Total |
|---|---|---|---|
| Current assets | $ 2,825,114 | $ 743,508 | $ 3,568,622 |
| Capital assets | 8,145,800 | 1,726 | 8,147,526 |
| Other assets | 4,077,364 | 531,089 | 4,608,453 |
| Total assets | 15,048,278 | 1,276,323 | 16,324,601 |
| Current liabilities | 5,568,739 | 164,458 | 5,733,197 |
| Noncurrent liabilities | 49,480,175 | 148,615 | 49,628,790 |
| Total liabilities | 55,048,914 | 313,073 | 55,361,987 |
| Invested in capital assets, net of related debt | 3,473,838 | 1,726 | 3,475,564 |
| Restricted | 2,273,099 | 950,753 | 3,223,852 |
| Unrestricted | (45,747,573) | 10,771 | (45,736,802) |
| Total net assets (deficit) | $ (40,000,636) | $ 963,250 | $ (39,037,386) |

# COMMONWEALTH'S NET ASSETS (DEFICIT) — PRIMARY GOVERNMENT
## JUNE 30, 2011
## (Expressed in thousands)

|  | Governmental Activities | Business-Type Activities | Total |
|---|---|---|---|
| Current assets | $ 3,264,534 | $ 584,140 | $ 3,848,674 |
| Capital assets | 7,766,886 | 1,660 | 7,768,546 |
| Other assets | 2,935,147 | 594,001 | 3,529,148 |
| Total assets | 13,966,567 | 1,179,801 | 15,146,368 |
| Current liabilities | 4,611,611 | 183,693 | 4,795,304 |
| Noncurrent liabilities | 43,864,091 | 165,882 | 44,029,973 |
| Total liabilities | 48,475,702 | 349,575 | 48,825,277 |
| Invested in capital assets, net of related debt | 3,691,871 | 1,660 | 3,693,531 |
| Restricted | 1,495,558 | 840,241 | 2,335,799 |
| Unrestricted | (39,696,564) | (11,675) | (39,708,239) |
| Total net assets (deficit) | $ (34,509,135) | $ 830,226 | $ (33,678,909) |

### Changes in Net Assets (Deficit)

The Commonwealth's net deficit increased by $5.4 billion or 16% from last year's total net deficit, as restated. Approximately 47.2% of the Commonwealth's total revenue came from taxes, while 41.5% resulted from grants and contributions (primarily federal financial assistance). Charges for services provided represented 10.5% of the total revenue. The Commonwealth's expenses cover a range of services. The largest expenses were for general government, education, public housing and welfare, health, and public safety, which presented a combined increase of 6.2% when compared with prior fiscal year. In 2012, governmental activities' expenses exceeded program revenue by $13.9 billion, resulting in the use of $8.4 billion of general revenue (mostly taxes and transfers). On the other hand, program revenue from business-type activities in fiscal year 2012 exceeded expenses by approximately $340.8 million.

Governmental activities increased the Commonwealth's net deficit by $5.5 billion, while business-type activities decreased the Commonwealth's net deficit by $133 million.

**COMMONWEALTH OF PUERTO RICO**
**CHANGES IN NET ASSETS (DEFICIT) — PRIMARY GOVERNMENT**
**YEAR ENDED JUNE 30, 2012**
**(Expressed in thousands)**

| | Governmental Activities | Business-Type Activities | Total |
|---|---|---|---|
| Revenues: | | | |
| Program revenues: | | | |
| Charges for services | $    560,313 | $1,219,769 | $   1,780,082 |
| Operating grants and contributions | 6,531,687 | 364,219 | 6,895,906 |
| Capital grants and contributions | 152,591 | - | 152,591 |
| | 7,244,591 | 1,583,988 | 8,828,579 |
| General revenues: | | | |
| Income taxes | 4,037,400 | - | 4,037,400 |
| Sales and use tax | 1,144,659 | - | 1,144,659 |
| Excise taxes | 2,695,543 | - | 2,695,543 |
| Other taxes | 151,102 | - | 151,102 |
| Revenues from component units | 158,064 | - | 158,064 |
| Other, including loss on investments | (34,513) | 12,029 | (22,484) |
| | 8,152,255 | 12,029 | 8,164,284 |
| Total revenues | 15,396,846 | 1,596,017 | 16,992,863 |
| Expenses: | | | |
| General government | 3,989,149 | - | 3,989,149 |
| Public safety | 2,227,507 | - | 2,227,507 |
| Health | 2,926,901 | - | 2,926,901 |
| Public housing and welfare | 3,658,873 | - | 3,658,873 |
| Education | 4,729,574 | - | 4,729,574 |
| Economic develoment | 785,918 | - | 785,918 |
| Payment of obligations of component units | 458,207 | - | 458,207 |
| Intergovernmental | 374,127 | - | 374,127 |
| Interest and other | 1,957,885 | - | 1,957,885 |
| Lotteries | - | 722,620 | 722,620 |
| Unemployment | - | 486,342 | 486,342 |
| Non-major proprietary funds | - | 34,237 | 34,237 |
| Total expenses | 21,108,141 | 1,243,199 | 22,351,340 |
| Increase (decrease) in net assets before transfers | (5,711,295) | 352,818 | (5,358,477) |
| Transfers | 219,794 | (219,794) | - |
| Change in net assets (deficit) | (5,491,501) | 133,024 | (5,358,477) |
| Net assets (deficit), beginning of year (as restated) | (34,509,135) | 830,226 | (33,678,909) |
| Net assets (deficit), end of year | $(40,000,636) | $   963,250 | $(39,037,386) |

### COMMONWEALTH OF PUERTO RICO
**CHANGES IN NET ASSETS (DEFICIT) - PRIMARY GOVERNMENT**
**YEAR ENDED JUNE 30, 2011**
**(Expressed in thousands)**

| | Governmental Activities | Business-Type Activities | Total |
|---|---|---|---|
| Revenues: | | | |
| Program revenues: | | | |
| Charges for services | $ 632,005 | $ 1,192,724 | $ 1,824,729 |
| Operating grants and contributions | 6,006,310 | 450,689 | 6,456,999 |
| Capital grants and contributions | 457,725 | - | 457,725 |
| | 7,096,040 | 1,643,413 | 8,739,453 |
| General revenues: | | | |
| Income taxes | 4,726,036 | - | 4,726,036 |
| Sales and use tax | 1,129,006 | - | 1,129,006 |
| Excise taxes | 2,106,784 | - | 2,106,784 |
| Other taxes | 317,292 | - | 317,292 |
| Revenues from component units | 84,610 | - | 84,610 |
| Other | 305,425 | 17,900 | 323,325 |
| | 8,669,153 | 17,900 | 8,687,053 |
| Total revenues | 15,765,193 | 1,661,313 | 17,426,506 |
| Expenses: | | | |
| General government | 2,881,548 | - | 2,881,548 |
| Public safety | 2,205,782 | - | 2,205,782 |
| Health | 3,022,000 | - | 3,022,000 |
| Public housing and welfare | 3,937,901 | - | 3,937,901 |
| Education | 4,469,337 | - | 4,469,337 |
| Economic develoment | 517,921 | - | 517,921 |
| Payment of obligations of component units | 6,411 | - | 6,411 |
| Intergovernmental | 430,941 | - | 430,941 |
| Interest and other | 1,807,230 | 40,044 | 1,847,274 |
| Lotteries | - | 697,746 | 697,746 |
| Unemployment | - | 635,145 | 635,145 |
| Total expenses | 19,279,071 | 1,372,935 | 20,652,006 |
| Increase (decrease) in net assets before transfers | (3,513,878) | 288,378 | (3,225,500) |
| Transfers | 230,551 | (230,551) | - |
| Change in net assets (deficit) | (3,283,327) | 57,827 | (3,225,500) |
| Net assets (deficit), beginning of year | (31,225,808) | 772,399 | (30,453,409) |
| Net assets (deficit), end of year | $(34,509,135) | $ 830,226 | $(33,678,909) |

**Revenues and Transfers— Governmental Activities**

Year ended June 30, 2012



**Governmental Activities**

Governmental activities increased the Commonwealth's net deficit by $5.5 billion. A comparison of the cost of services by function for the Commonwealth's governmental activities is shown below, along with the revenue used to cover the net expenses of the governmental activities.

### COMMONWEALTH'S GOVERNMENTAL ACTIVITIES
#### EXPENSES NET OF PROGRAM REVENUE
#### YEAR ENDED JUNE 30, 2012
#### (Expressed in thousands)

| | |
|---|---:|
| Net expense: | |
| General government | $ (3,478,005) |
| Public safety | (2,105,144) |
| Health | (1,075,344) |
| Public housing and welfare | (504,965) |
| Education | (3,347,851) |
| Economic development | (705,101) |
| Payment of obligations of component units | (458,207) |
| Intergovernmental | (231,048) |
| Interest and other | (1,957,885) |
| | |
| Total governmental activities expenses, net of program revenue | (13,863,550) |
| | |
| General revenues: | |
| Taxes | 8,028,704 |
| Revenues from component units | 158,064 |
| Transfers from business-type activities | 219,794 |
| Other, including loss on investments | (34,513) |
| | |
| Total governmental activities general revenue | 8,372,049 |
| | |
| Increase in governmental activities net deficit | $ (5,491,501) |

**Business-Type Activities**

The business-type activities decreased the Commonwealth's net deficit by $133 million.

**GOVERNMENTAL FUNDS**

The focus of the Commonwealth's governmental funds is to provide information on near-term inflows, outflows, and balances of expendable resources. Such information is useful in assessing the Commonwealth's financing requirements. In particular, unassigned fund balance may serve as a useful measure of a government's net resources available for spending at the end of the fiscal year. As of the end of fiscal year 2012, the Commonwealth's governmental funds reported combined ending fund balance of $1.5 billion. In fiscal year 2012, the expenditures exceeded the revenues by $5.2 billion. However, this was offset by other financing sources amounting to $5.1 billion in the governmental funds. This year, the excess of expenditures over revenue increased by $1.4 billion compared with the prior year. Other financing sources increased by $2.3 billion compared to prior year.

During fiscal year 2012, there was an increase in General Fund total revenues, which is mainly due to an increase of $589 million in excise taxes prompted principally by the temporary excise tax imposed on certain foreign persons by Act No. 154 and $652 million in intergovernmental revenue. This increase was partially offset by a decrease of $681 million and $175 million in collections from income tax on individuals and property taxes, respectively. The decrease in individual income taxes is due to the tax relief provided to individual taxpayers as part of the tax reform and to current economic conditions. The Government expected that the decrease in General Fund net revenues as a result of the tax relief provided to individual taxpayers as part of the tax reform would be offset principally by the temporary excise tax imposed on certain foreign persons by Act No. 154. For fiscal year 2012, the excise tax payments amounted to $2.7 billion. Expenditures for fiscal year 2012 were approximately $9.9 billion, which represented an increase of approximately $831 million or 9.2% of original budgeted expenditures and exceeded total General Fund revenues (excluding other financing sources) by $1.3 billion, or 15.6%. The excess of total expenditures over total General Fund revenues (excluding other financing sources) is referred to herein as the "deficit" and was covered principally by proceeds from a COFINA bond issuance and proceeds from bonds issued to refinance debt service payments.

The general fund is the chief operating fund of the Commonwealth. At the end of the current fiscal year, the total general fund balance had a total deficit of $1,107 million. The fund's deficit of the Commonwealth's general fund increased by $856.2 million as a result of the current fiscal year's change in financial position. This is a 342% increase when compared to total general fund deficit reported in fiscal year 2011.

The debt service fund is the fund in which the Commonwealth accumulates the resources for the payment of the long-term debt. At end of the fiscal year, the fund balance of the debt service fund increased by $314.8 million when compared to prior fiscal year. Bonds and interest payable increased by $93.2 million compared with prior year.

**PROPRIETARY FUNDS**

The Commonwealth's proprietary funds provide the same type of information found in the government-wide financial statements, but in more detail. The Commonwealth's net assets of the business-type activities increased by $133 million as a result of operations in the proprietary funds. This resulted from an increase in net assets of $54.8 million by the unemployment insurance fund, $22.3 million in the lotteries fund and $55.9 million by the Commonwealth's other proprietary funds.

**CAPITAL ASSETS AND DEBT ADMINISTRATION**

*Capital Assets*

The Commonwealth's investment in capital assets for its governmental and business type activities as of June 30, 2012 amounts to $11.9 billion, less accumulated depreciation and amortization of $3.8 billion, leaving a book value of $8.1 billion. This investment in capital assets includes land, construction in progress, buildings, building improvements and equipment as infrastructure.

The net book value of capital assets at June 30, 2012 is distributed by function/activity in the following proportions: general government, 44%; public safety, 5%; health, 1%; public housing and welfare, 32%; education, 5%; and economic development, 13%. Capital outlays were approximately $558.4 million for the fiscal year. During the year ended June 30, 2012, PRIFA also transferred completed construction projects amounting to approximately $144.6 million to PBA. Depreciation and amortization charges for the fiscal year totaled $294 million.

The infrastructure assets representing items that are normally immovable and of value only to the Commonwealth as roads, highways, bridges, toll facilities, water and sewer systems, lighting production, transmission and distribution systems, and similar items are principally owned by the component units of the Commonwealth. Therefore, the infrastructure assets are reported within depreciable capital assets under the discretely presented component units' column. Additional information on the Commonwealth's capital assets can be found in Note 13 to the basic financial statements that accompany this report.

### COMMONWEALTH'S CAPITAL ASSETS — PRIMARY GOVERNMENT
#### JUNE 30, 2012
#### (Expressed in thousands)

|  | Governmental Activities | Business-Type Activities |
|---|---|---|
| Land | $  878,881 | $        - |
| Construction in progress | 1,487,071 | - |
| Buildings and building improvements, net | 5,124,347 | - |
| Equipment, furniture, fixtures, vehicles and software, net | 193,535 | 1,726 |
| Infrastructure, net | 461,966 | - |
| Total capital assets | $8,145,800 | $    1,726 |

### Debt Administration

Total long-term obligations of the primary government as of June 30, 2012 were $51.7 billion, of which $2.0 billion are due within one year. Long-term obligations of the primary government increased by $5.9 billion, or 13%, when compared to the prior fiscal year.

General obligation bonds are backed by the full faith and credit of the Commonwealth, including the Commonwealth's power to levy additional taxes to help ensure repayment of the debt.

The Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit, and taxing power of the Commonwealth are not to be issued if the amount of the principal of, and interest on, such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenue raised under the provisions of Commonwealth legislation and conveyed into the treasury (internal revenues) in the two fiscal years preceding the current fiscal year. Section 2, Article VI of the Constitution of the Commonwealth does not limit the amount of debt that the Commonwealth may guarantee as long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. At June 30, 2012, the Commonwealth is in compliance with the debt limitation requirement.

The Commonwealth's policy has been and continues to be to prudently manage such debt within the constitutional limitation. Debt of municipalities, other than bond anticipation notes, is supported by real and personal property taxes,  municipal license taxes, and the corresponding part of the sales and use tax. Debt of public corporations, other than bond anticipation notes, is generally supported by the revenues of such corporations from rates charged for services or products. However, certain debt of public corporations is supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes.

Internal revenues consist principally of income taxes, property taxes, sales and use taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco

products and customs duties, which are collected by the United States Government and returned to the Treasury Department of Puerto Rico and motor vehicle fuel taxes and license fees, which are allocated to the Highways and Transportation Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the sales and use tax allocated to COFINA is not included as internal revenues since the legislation that created COFINA transferred ownership of such portion of the sales and use tax to COFINA and provided that such portion was not available resources under the Constitutional provisions relating to full faith and credit bonds.

The Commonwealth's general obligation and appropriation debt is currently rated "Baa3" with a negative outlook by Moody's, "BBB-" with a negative outlook by Fitch, and "BBB-" with a negative outlook by S&P.

Additional information on the Commonwealth's long term debt can be found in Note 15 to the basic financial statements that accompany this report.

**General Fund Budgetary Highlights**

The Commonwealth adopts an annual appropriated budget for its General Fund. A budgetary comparison statement has been provided for the General Fund to demonstrate compliance with this budget. The statement of revenue and expenditures — budget and actual — budget basis — general fund only presents the information for the general fund for which there is a legally adopted budget, as required by US GAAP. See Note 3 to the basic financial statement for a reconciliation of the statement of revenue and expenditures — budget and actual — budget basis — general fund with the statement of revenues, expenditures, and changes in fund balance (deficit) for the general fund. This statement is presented on the page immediately following the reconciliation of the statement of revenues, expenditures, and changes in fund balances (deficit) to the statement of activities — governmental funds.

Total General Fund actual revenues on a budget basis (sources) for fiscal year 2012 was $8.6 billion, (excluding other financing source) representing an increase of approximately $51.5 million, or 6%, from original budgeted revenues and an increase of approximately $579 million from actual revenues of $7.9 billion for fiscal year 2011.

Total actual expenditures on a budget basis of $9.9 billion represented an increase of $836 million when compared with fiscal year 2011.

For fiscal year 2012, the actual budgetary deficit in the General Fund was $1.3 billion, consisting of the difference between total recurring revenues of $8.6 billion and total expenditures for such fiscal year of $9.9 billion. For fiscal year 2011, the deficit was $1.1 billion, consisting of the difference between total recurring revenues of $8 billion and total expenditures for such fiscal year of $9.1 billion. The deficits for fiscal years 2012 increased by 23% when compared to 2011 and decreased by 47% when compared to the deficit in 2010. The Government's ability to continue reducing the deficit will depend in part on its ability to continue increasing revenues and reducing expenditures, which in turn depends on a number of factors, including improvements in general economic conditions.

***Differences Between Budget and Basic Financial Statements*** — Revenues and expenditures, as reported by the Treasury Department in its basic financial statements, may differ substantially from resources and appropriations in its annual budget for a number of reasons, including the following:

- The budgetary accounts are on a budgetary basis, while financial statements prepared by the Treasury Department include adjustments as required by government accounting standards.

- Expenditures for current purposes in a particular year may include amounts appropriated for earlier periods but not previously expended or amounts not budgeted for a particular fiscal year, but expended during that year, and, conversely, may exclude amounts appropriated for such fiscal year but not expended until later periods.

- Bonds are authorized by the Commonwealth in accordance with a four year capital improvement program. Since bond sale are determined by bond market conditions and other factors, the amounts for bonds sold for these improvements are financed by advances from the General Fund to the Capital Projects Fund, which are later reimbursed from proceeds of a bond or notes sales.

**Requests for Information**

This financial report is designed to provide a general overview of the Commonwealth's finances for all of the Commonwealth's residents, taxpayers, customers, investors, and creditors. This financial report seeks to demonstrate the Commonwealth's accountability for the money it receives. Questions concerning any of the information provided in this report or requests for additional information should be addressed to: Department of the Treasury of the Commonwealth of Puerto Rico, Área de Contabilidad Central, P.O. Box 9024140, San Juan, PR 00902-4140.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

|  | Primary Government | | | |
|  | Governmental Activities | Business-type Activities | Totals Primary Government | Component Units |
|---|---|---|---|---|
| ASSETS: | | | | |
| Cash and cash equivalents in commercial banks | $    394,060 | $    48,424 | $    442,484 | $ 1,682,465 |
| Cash and cash equivalents in governmental banks | 392,320 | 90,145 | 482,465 | 556,912 |
| Investments | 23,268 | - | 23,268 | 1,514,530 |
| Collateral from securities lending transactions | - | - | - | 112,060 |
| Receivables — net of allowance for uncollectibles: | | | | |
| Income and excise taxes | 1,232,925 | - | 1,232,925 | - |
| Sales and use tax | 102,879 | - | 102,879 | - |
| Unemployment and other insurance premiums | - | 4,299 | 4,299 | 46,199 |
| Intergovernmental | 344,500 | - | 344,500 | 53,029 |
| Accounts | 88,814 | - | 88,814 | 1,065,885 |
| Loans | 77,128 | - | 77,128 | 4,542,078 |
| Accrued interest | 40,110 | 90 | 40,200 | 160,421 |
| Other governmental entities | - | - | - | 449,821 |
| Other | 41,746 | 9,487 | 51,233 | 34,804 |
| Due from: | | | | |
| Primary government | - | - | - | 365,008 |
| Component units — net of allowance for doubtful | | | | |
| accounts amounting to $47.6 million in Governmental Activities | 67,599 | - | 67,599 | 351,151 |
| Other governmental entities | 22,984 | - | 22,984 | - |
| Internal balances | (37,077) | 37,077 | - | - |
| Inventories | 10,743 | - | 10,743 | 468,265 |
| Prepaid expenses | 10,299 | - | 10,299 | 53,695 |
| Other assets | 12,816 | - | 12,816 | - |
| Restricted assets: | | | | |
| Cash and cash equivalents in commercial banks | 1,047,252 | 2,392 | 1,049,644 | 1,609,710 |
| Cash and cash equivalents in governmental banks | 1,386,384 | 111,197 | 1,497,581 | 545,081 |
| Cash and cash equivalents in U.S. Treasury | - | 382,883 | 382,883 | - |
| Unemployment and other insurance premiums | - | 68,582 | 68,582 | - |
| Intergovernmental | - | 71 | 71 | - |
| Accrued interest | - | 2,164 | 2,164 | - |
| Receivables | - | 4,608 | 4,608 | - |
| Loans receivable from component units | - | 450,044 | 450,044 | - |
| Investments | 1,077,601 | 34,538 | 1,112,139 | 5,129,887 |
| Other | 19,940 | 1,130 | 21,070 | 232,407 |
| Long-term investments | - | - | - | 5,641,741 |
| Long-term receivables from: | | | | |
| Loans | - | - | - | 147,599 |
| Other governmental entities | - | - | - | 98,496 |
| Other | - | - | - | 109,706 |
| Long-term amounts due from: | | | | |
| Primary government | - | - | - | 269,294 |
| Component units | - | - | - | 3,777,981 |
| Real estate held for sale or future development | 47,689 | - | 47,689 | 266,295 |
| Capital assets: | | | | |
| Land and other nondepreciable assets | 2,365,952 | - | 2,365,952 | 7,026,540 |
| Other capital assets — net of depreciation or amortization | 5,779,848 | 1,726 | 5,781,574 | 23,414,007 |
| Deferred outflows of resources | 152,767 | - | 152,767 | 136,771 |
| Deferred expenses and other assets | 345,731 | 27,466 | 373,197 | 442,259 |
| TOTAL ASSETS | 15,048,278 | 1,276,323 | 16,324,601 | 60,304,097 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

**STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Primary Government | | | |
| --- | --- | --- | --- | --- |
| | Governmental Activities | Business-type Activities | Total Primary Government | Component Units |
| LIABILITIES: | | | | |
| Accounts payable and accrued liabilities | 838,574 | 12,952 | 851,526 | 2,380,686 |
| Deposits and escrow liabilities | - | - | - | 6,943,361 |
| Tax refunds payable | 851,750 | - | 851,750 | - |
| Due to: | | | | |
| Primary government | - | - | - | 114,884 |
| Component units | 603,309 | - | 603,309 | 560,200 |
| Other governmental entities | 7,448 | 47 | 7,495 | 324,385 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | 1,101,469 |
| Interest payable | 716,597 | - | 716,597 | 610,206 |
| Deferred revenue | 319,604 | 25,284 | 344,888 | 140,943 |
| Insurance benefits payable | - | 72,994 | 72,994 | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | 559,294 |
| Termination benefits payable | 3,563 | - | 3,563 | - |
| Bond anticipation notes payable | 75,835 | - | 75,835 | - |
| Due to primary government — long-term portion | - | - | - | 450,392 |
| Due to component units — long-term portion | - | - | - | 3,568,932 |
| Due to other governmental entities — long-term portion | - | - | - | 113,528 |
| Securities lending transactions and reverse repurchase agreements — long-term portion | - | - | - | 19,000 |
| Deferred revenue — long-term portion | - | - | - | 1,095,940 |
| Liability for automobile accident insurance, workmen compensation and medical claims — long-term portion | - | - | - | 631,031 |
| Hedging derivative instruments — interest rate swaps | 152,767 | - | 152,767 | 336,084 |
| Investment derivative instruments — interest rate swaps | 72,206 | - | 72,206 | - |
| Liabilities payable within one year: | | | | |
| Bonds | 468,485 | - | 468,485 | 1,075,028 |
| Notes | 132,619 | - | 132,619 | 1,209,468 |
| Capital leases | 9,500 | - | 9,500 | 755 |
| Compensated absences | 679,649 | 2,711 | 682,360 | 205,165 |
| Lottery prizes | - | 49,883 | 49,883 | - |
| Voluntary termination benefits payable | 63,918 | 587 | 64,505 | 24,323 |
| Other long-term liabilities | 572,915 | - | 572,915 | 85,830 |
| Liabilities payable after one year: | | | | |
| Commonwealth appropriation bonds | 532,911 | - | 532,911 | 511,523 |
| Bonds | 32,723,509 | - | 32,723,509 | 21,751,281 |
| Notes | 1,500,183 | - | 1,500,183 | 6,351,334 |
| Capital leases | 214,935 | - | 214,935 | 30,128 |
| Net pension obligation | 11,158,801 | - | 11,158,801 | - |
| Net postemployment benefit obligation | 215,244 | - | 215,244 | - |
| Compensated absences | 696,321 | 2,257 | 698,578 | 371,152 |
| Lottery prizes | - | 141,703 | 141,703 | - |
| Voluntary termination benefits payable | 589,607 | 4,655 | 594,262 | 179,431 |
| Other long-term liabilities | 1,848,664 | - | 1,848,664 | 654,646 |
| Total liabilities | 55,048,914 | 313,073 | 55,361,987 | 51,400,399 |
| NET ASSETS (DEFICIT): | | | | |
| Invested in capital assets — net of related debt | 3,473,838 | 1,726 | 3,475,564 | 8,239,104 |
| Restricted for: | | | | |
| Trust — nonexpendable | - | - | - | 256,932 |
| Capital projects | - | - | - | 230,229 |
| Debt service | 2,053,235 | - | 2,053,235 | 1,004,582 |
| Lending activities | - | 564,875 | 564,875 | - |
| Payment of insurance benefits | - | 385,878 | 385,878 | - |
| Affordable housing and related loan insurance programs | 3,094 | - | 3,094 | 324,971 |
| Student loans and other educational purposes | - | - | - | 97,597 |
| Net assets in liquidation | 24,607 | - | 24,607 | - |
| Other | 192,163 | - | 192,163 | 153,753 |
| Unrestricted net assets (deficit) | (45,747,573) | 10,771 | (45,736,802) | (1,403,470) |
| TOTAL NET ASSETS (DEFICIT) | $ (40,000,636) | $963,250 | $ (39,037,386) | $ 8,903,698 |

See accompanying notes to basic financial statements.                                    (Concluded)

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF ACTIVITIES**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | | Program Revenues | | | | Net (Expense) Revenue and Changes in Net Assets (Deficit) | | | |
| | | | | | | Primary Government | | | |
| Functions | Expenses | Charges for Services | Operating Grants and Contributions | Earnings on Investments | Capital Grants and Contributions | Governmental Activities | Business-type Activities | Total | Component Units |
|---|---|---|---|---|---|---|---|---|---|
| PRIMARY GOVERNMENT: | | | | | | | | | |
| Governmental activities: | | | | | | | | | |
| General government | $ 3,989,149 | $ 250,185 | $ 260,959 | $ - | $ - | $ (3,478,005) | $ - | $ (3,478,005) | $ - |
| Public safety | 2,227,507 | 51,725 | 70,638 | - | - | (2,105,144) | - | (2,105,144) | - |
| Health | 2,926,901 | 142,808 | 1,708,749 | - | - | (1,075,344) | - | (1,075,344) | - |
| Public housing and welfare | 3,658,873 | 44,755 | 2,956,562 | - | 152,591 | (504,965) | - | (504,965) | - |
| Education | 4,729,574 | 1,542 | 1,380,181 | - | - | (3,347,851) | - | (3,347,851) | - |
| Economic development | 785,918 | 69,298 | 11,519 | - | - | (705,101) | - | (705,101) | - |
| Payment of obligations of component units | 458,207 | - | - | - | - | (458,207) | - | (458,207) | - |
| Intergovernmental | 374,127 | - | 143,079 | - | - | (231,048) | - | (231,048) | - |
| Interest and other | 1,957,885 | - | - | - | - | (1,957,885) | - | (1,957,885) | - |
| Total governmental activities | 21,108,141 | 560,313 | 6,531,687 | - | 152,591 | (13,863,550) | - | (13,863,550) | - |
| | | | | | | | | | |
| Business-type activities: | | | | | | | | | |
| Unemployment insurance | 486,342 | 281,763 | 306,604 | - | - | - | 102,025 | 102,025 | - |
| Lotteries | 722,620 | 909,893 | - | - | - | - | 187,273 | 187,273 | - |
| Nonmajor proprietary funds | 34,237 | 28,113 | 57,615 | - | - | - | 51,491 | 51,491 | - |
| Total business-type activities | 1,243,199 | 1,219,769 | 364,219 | - | - | - | 340,789 | 340,789 | - |
| | | | | | | | | | |
| TOTAL PRIMARY GOVERNMENT | $22,351,340 | $1,780,082 | $6,895,906 | $ - | $152,591 | $(13,863,550) | $340,789 | $(13,522,761) | $ - |

(Continued)

- 36 -

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF ACTIVITIES**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| Functions | Expenses | Charges for Services | Operating Grants and Contributions | Earnings on Investments | Capital Grants and Contributions | Governmental Activities | Business-type Activities | Total | Component Units |
|---|---|---|---|---|---|---|---|---|---|
| | | **Program Revenues** | | | | **Net (Expenses) Revenues and Changes in Net Assets (Deficit)** | | | |
| | | | | | | **Primary Government** | | | |
| COMPONENT UNITS: | | | | | | | | | |
| Government Development Bank for Puerto Rico | $ 1,016,155 | $ 776,157 | $ 177,001 | $ - | $ - | $ - | $ - | $ - | $ (62,997) |
| Puerto Rico Highways and Transportation Authority | 1,268,088 | 232,137 | - | - | 306,518 | - | - | - | (729,433) |
| Puerto Rico Electric Power Authority | 5,454,523 | 5,046,494 | - | - | 37,494 | - | - | - | (370,535) |
| Puerto Rico Aqueduct and Sewer Authority | 1,131,699 | 742,891 | - | - | 48,327 | - | - | - | (340,481) |
| University of Puerto Rico | 1,398,103 | 236,224 | 187,989 | 465 | - | - | - | - | (973,425) |
| Puerto Rico Health Insurance Administration | 2,182,012 | 1,360,124 | - | - | - | - | - | - | (821,888) |
| Nonmajor component units | 2,794,012 | 1,688,354 | 51,941 | 91,710 | 18,826 | - | - | - | (943,181) |
| TOTAL COMPONENT UNITS | $15,244,592 | $10,082,381 | $ 416,931 | $92,175 | $411,165 | - | - | - | (4,241,940) |
| GENERAL REVENUES: | | | | | | | | | |
| Taxes: | | | | | | | | | |
| Income taxes | | | | | | 4,037,400 | - | 4,037,400 | - |
| Sales and use tax | | | | | | 1,144,659 | - | 1,144,659 | - |
| Excise taxes | | | | | | 2,695,543 | - | 2,695,543 | 318,310 |
| Other taxes | | | | | | 151,102 | - | 151,102 | - |
| Revenue from global tobacco settlement agreement | | | | | | 72,491 | - | 72,491 | - |
| Revenue from State Insurance Fund Corporation | | | | | | 51,342 | - | 51,342 | - |
| Revenue from Puerto Rico Tourism Company | | | | | | 23,631 | - | 23,631 | - |
| Revenue from Governing Board of 9-1-1 Services | | | | | | 10,600 | - | 10,600 | - |
| Grants and contributions not restricted to specific programs | | | | | | - | - | - | 179,408 |
| Payments from primary government | | | | | | - | - | - | 2,738,213 |
| Unrestricted investment earnings — net | | | | | | (191,479) | 12,029 | (179,450) | 241,597 |
| Other | | | | | | 156,966 | - | 156,966 | 181,074 |
| Transfers | | | | | | 219,794 | (219,794) | - | - |
| Total general revenues and transfers | | | | | | 8,372,049 | (207,765) | 8,164,284 | 3,658,602 |
| CHANGE IN NET ASSETS (DEFICIT) | | | | | | (5,491,501) | 133,024 | (5,358,477) | (583,338) |
| NET ASSETS (DEFICIT) — Beginning of year (as restated) (Note 4) | | | | | | (34,509,135) | 830,226 | (33,678,909) | 9,487,036 |
| NET ASSETS (DEFICIT) — End of year | | | | | | $(40,000,636) | $ 963,250 | $(39,037,386) | $ 8,903,698 |

See accompanying notes to basic financial statements.                                                    (Concluded)

# COMMONWEALTH OF PUERTO RICO

**BALANCE SHEET — GOVERNMENTAL FUNDS**
**JUNE 30, 2012**
**(In thousands)**

| | General | Pledged Sales and Use Tax | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| CASH AND CASH EQUIVALENTS IN COMMERCIAL BANKS | $ 271,631 | $    - | $    - | $    - | $    - | $ 122,429 | $ 394,060 |
| CASH AND CASH EQUIVALENTS IN GOVERNMENTAL BANKS | 128,129 | - | 242,028 | - | - | 22,163 | 392,320 |
| INVESTMENTS | - | - | - | - | - | 23,268 | 23,268 |
| RECEIVABLES: | | | | | | | |
| Income and excise taxes | 1,232,925 | - | - | - | - | - | 1,232,925 |
| Sales and use tax | - | 102,879 | - | - | - | - | 102,879 |
| Intergovernmental | 312,258 | - | 32,242 | - | - | - | 344,500 |
| Accounts | 88,143 | - | - | - | - | 671 | 88,814 |
| Loans | 77,089 | - | - | - | - | 39 | 77,128 |
| Accrued interest | 39,108 | - | 559 | - | - | 443 | 40,110 |
| Other | 5 | - | - | - | - | 41,741 | 41,746 |
| DUE FROM: | | | | | | | |
| Other funds | 50,297 | - | - | - | 102,879 | 51,658 | 204,834 |
| Component units | 28,978 | - | - | - | - | 38,621 | 67,599 |
| Other governmental entities | 137 | - | - | - | - | 22,847 | 22,984 |
| OTHER ASSETS | 11,965 | - | - | - | - | 851 | 12,816 |
| RESTRICTED ASSETS: | | | | | | | |
| Cash and cash equivalents in commercial banks | 199,398 | - | 137 | - | 5 | 847,712 | 1,047,252 |
| Cash and cash equivalents in governmental banks | 168,439 | - | 902,553 | 5,394 | 20,070 | 289,928 | 1,386,384 |
| Investments | 325,374 | - | - | 51,674 | 590,098 | 110,455 | 1,077,601 |
| Due from other funds | - | - | - | - | - | 13,596 | 13,596 |
| Other assets | 19,200 | - | - | - | 740 | - | 19,940 |
| REAL ESTATE HELD FOR SALE OR FUTURE DEVELOPMENT | 42,752 | - | - | - | - | 4,937 | 47,689 |
| TOTAL ASSETS | $ 2,995,828 | $ 102,879 | $ 1,177,519 | $ 57,068 | $ 713,792 | $ 1,591,359 | $ 6,638,445 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**BALANCE SHEET — GOVERNMENTAL FUNDS**
**JUNE 30, 2012**
**(In thousands)**

| | General | Pledged Sales and Use Tax | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|---|
| **LIABILITIES AND FUND BALANCES (DEFICIT)** | | | | | | | |
| LIABILITIES: | | | | | | | |
| Accounts payable and accrued liabilities | $ 777,686 | $ - | $ - | $ 37 | $ - | $ 57,431 | $ 835,154 |
| Tax refunds payable | 851,750 | - | - | - | - | - | 851,750 |
| Due to: | | | | | | | |
|   Other funds | 150,944 | 102,879 | - | - | - | 1,684 | 255,507 |
|   Other governmental entities | 7,448 | - | - | - | - | - | 7,448 |
|   Component units | 420,742 | - | - | - | - | 2,924 | 423,666 |
| Notes payable | 16,884 | - | - | - | - | - | 16,884 |
| Bond anticipation notes payable | - | - | - | - | - | 75,835 | 75,835 |
| Bonds payable | - | - | 346,460 | - | - | 78,580 | 425,040 |
| Interest payable | 165,614 | - | 220,616 | - | - | 96,853 | 483,083 |
| Deferred revenue | 1,270,709 | - | - | - | - | 75,655 | 1,346,364 |
| Termination benefits payable | 3,563 | - | - | - | - | - | 3,563 |
| Other liabilities | 437,044 | - | - | - | - | - | 437,044 |
| Total liabilities | 4,102,384 | 102,879 | 567,076 | 37 | - | 388,962 | 5,161,338 |
| FUND BALANCES (DEFICIT): | | | | | | | |
| Nonspendable | 94,559 | - | - | - | - | - | 94,559 |
| Spendable: | | | | | | | |
|   Restricted | 181,133 | - | 335,614 | 57,031 | 713,792 | 999,125 | 2,286,695 |
|   Committed | 633,659 | - | 274,829 | - | - | 35,922 | 944,410 |
|   Assigned | 22,056 | - | - | - | - | 165,742 | 187,798 |
|   Unassigned | (2,037,963) | - | - | - | - | 1,608 | (2,036,355) |
| Total fund balances (deficit) | (1,106,556) | - | 610,443 | 57,031 | 713,792 | 1,202,397 | 1,477,107 |
| TOTAL LIABILITIES AND FUND BALANCES (DEFICIT) | $ 2,995,828 | $ 102,879 | $ 1,177,519 | $ 57,068 | $ 713,792 | $ 1,591,359 | $ 6,638,445 |

See accompanying notes to basic financial statements.                                          (Concluded)

# COMMONWEALTH OF PUERTO RICO

**RECONCILIATION OF THE BALANCE SHEET OF GOVERNMENTAL FUNDS
TO THE STATEMENT OF NET ASSETS (DEFICIT)
JUNE 30, 2012
(In thousands)**

| | |
|---|---:|
| TOTAL FUND BALANCE OF GOVERNMENTAL FUNDS | $   1,477,107 |
| AMOUNTS REPORTED FOR GOVERNMENTAL ACTIVITIES IN THE STATEMENT OF NET ASSETS (DEFICIT) ARE DIFFERENT THAN THE AMOUNTS REPORTED IN THE GOVERNMENTAL FUNDS BECAUSE: | |
| Inventories and prepaid expenses that are not reported in governmental funds and are reported in the statement of net assets (deficit) | 21,042 |
| Deferred outflows of resources | 152,767 |
| Capital assets used in governmental activities are not financial resources and, therefore, are not reported in the funds | 8,145,800 |
| Deferred revenue reported in the governmental funds are recognized as revenue in the governmental activities | 1,026,760 |
| Debt issued by the Commonwealth have associated costs that are paid from current available resources in the funds. However, these costs are deferred in the statement of net assets (deficit) | 345,731 |
| Long-term liabilities are not due and payable in the current period and therefore are not reported in the funds: | |
| Accounts payable and accrued liabilities | (3,420) |
| Interest payable | (233,514) |
| Derivative instruments interest rate swaps | (224,973) |
| Commonwealth appropriation bonds | (532,911) |
| Bonds payable | (32,766,954) |
| Notes payable | (1,615,918) |
| Due to component unit | (179,643) |
| Capital leases payable | (224,435) |
| Net pension obligation | (11,158,801) |
| Net postemployment benefit obligation | (215,244) |
| Compensated absences | (1,375,970) |
| Voluntary termination benefits payable | (653,525) |
| Other long-term liabilities | (1,984,535) |
| TOTAL NET DEFICIT OF GOVERNMENTAL ACTIVITIES | $ (40,000,636) |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCES (DEFICIT) - GOVERNMENTAL FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | General | Pledged Sales and Use Tax | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|---|
| REVENUES: | | | | | | | |
| Taxes: | | | | | | | |
| Income taxes | $ 4,068,802 | $    - | $    - | $    - | $    - | $    - | $ 4,068,802 |
| Sales and use tax | 543,266 | 601,393 | - | - | - | - | 1,144,659 |
| Excise taxes | 2,695,543 | - | - | - | - | - | 2,695,543 |
| Property taxes | 66,375 | - | - | - | - | - | 66,375 |
| Other taxes | 90,514 | - | - | - | - | - | 90,514 |
| Charges for services | 624,069 | - | - | - | - | - | 624,069 |
| Revenue from global tobacco settlement agreement | 72,491 | - | - | - | - | - | 72,491 |
| Revenues from component units | 85,573 | - | - | - | - | - | 85,573 |
| Intergovernmental | 6,634,415 | - | 115,969 | - | - | 28,061 | 6,778,445 |
| Interest and investment earnings | 18,200 | - | 3,329 | 93 | 565 | 6,472 | 28,659 |
| Other | 145,409 | - | - | - | - | 11,547 | 156,956 |
| Total revenues | 15,044,657 | 601,393 | 119,298 | 93 | 565 | 46,080 | 15,812,086 |
| EXPENDITURES: | | | | | | | |
| Current: | | | | | | | |
| General government | 1,935,622 | - | - | 47 | 45 | 91,746 | 2,027,460 |
| Public safety | 2,315,808 | - | - | - | - | 3,832 | 2,319,640 |
| Health | 2,942,970 | - | - | - | - | 7,397 | 2,950,367 |
| Public housing and welfare | 3,399,071 | - | - | - | - | 6,950 | 3,406,021 |
| Education | 4,596,366 | - | - | - | - | 2,703 | 4,599,069 |
| Economic development | 578,374 | - | - | - | - | 205,116 | 783,490 |
| Payment of obligations of component units | - | - | - | 458,207 | - | - | 458,207 |
| Intergovernmental | 376,767 | - | - | - | - | 660 | 377,427 |
| Capital outlays | 131,488 | - | - | - | - | 426,889 | 558,377 |
| Debt service: | | | | | | | |
| Principal | 1,087,775 | - | 346,460 | - | - | 437,492 | 1,871,727 |
| Interest | 201,394 | - | 520,198 | - | 587,673 | 297,092 | 1,606,357 |
| Other — debt issuance costs | 4,876 | - | 34,350 | - | 14,499 | 23,720 | 77,445 |
| Total expenditures | 17,570,511 | - | 901,008 | 458,254 | 602,217 | 1,503,597 | 21,035,587 |
| EXCESS (DEFICIENCY) OF REVENUES OVER (UNDER) EXPENDITURES | (2,525,854) | 601,393 | (781,710) | (458,161) | (601,652) | (1,457,517) | (5,223,501) |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCES (DEFICIT) — GOVERNMENTAL FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | General | Pledged Sales and Use Tax | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|---|
| OTHER FINANCING SOURCES (USES): | | | | | | | |
| Transfers in | $ 1,882,205 | $    - | $ 770,399 | $ 963,236 | $ 601,393 | $ 668,944 | $ 4,886,177 |
| Transfers out | (1,159,948) | (601,393) | (704,889) | (952,615) | (963,236) | (284,302) | (4,666,383) |
| Proceeds from long term debt issued | 877,034 | - | - | - | 1,541,008 | 1,285,181 | 3,703,223 |
| Issuance of refunding bonds | 432,629 | - | 3,031,565 | - | - | 1,017,984 | 4,482,178 |
| Payments to refunded bonds escrow agent | (369,395) | - | (1,835,425) | - | (110,749) | (506,719) | (2,822,288) |
| Sale of capital assets | 1,434 | - | - | - | - | - | 1,434 |
| Premium on bonds issued | 5,729 | - | 729 | - | 35,351 | 1,079 | 42,888 |
| Discount on bonds issued | - | - | (5,616) | - | (3,549) | (15,309) | (24,474) |
| Termination payments on swap agreements | - | - | (160,239) | - | (390,616) | - | (550,855) |
| Total other financing sources (uses) | 1,669,688 | (601,393) | 1,096,524 | 10,621 | 709,602 | 2,166,858 | 5,051,900 |
| NET CHANGE IN FUND BALANCES (DEFICIT) | (856,166) | - | 314,814 | (447,540) | 107,950 | 709,341 | (171,601) |
| FUND BALANCES (DEFICIT) — Beginning of of year, as restated | (250,390) | - | 295,629 | 504,571 | 605,842 | 493,056 | 1,648,708 |
| FUND BALANCES (DEFICIT) — End of year | $ (1,106,556) | $    - | $ 610,443 | $ 57,031 | $ 713,792 | $ 1,202,397 | $ 1,477,107 |

See accompanying notes to basic financial statements.                                        (Concluded)

**COMMONWEALTH OF PUERTO RICO**

**RECONCILIATION OF THE STATEMENT OF REVENUES, EXPENDITURES, AND
CHANGES IN FUND BALANCES (DEFICIT) OF GOVERNMENTAL FUNDS
TO THE STATEMENT OF ACTIVITIES
YEAR ENDED JUNE 30, 2012
(In thousands)**

| | | |
|---|---:|---:|
| NET CHANGE IN FUND BALANCES (DEFICIT) — Total governmental funds | | $ (171,601) |
| AMOUNTS REPORTED FOR GOVERNMENTAL ACTIVITIES IN THE | | |
| STATEMENT OF ACTIVITIES ARE DIFFERENT BECAUSE: | | |
| Governmental funds report capital outlays as expenditures. However, in the statement | | |
| of activities, the cost of those assets is allocated over their estimated useful lives and | | |
| reported as depreciation and amortization expense. In the current period, these amounts are: | | |
| Capital outlays | 558,377 | |
| Less: depreciation and amortization expense | (294,060) | 264,317 |
| | | |
| The net effect of various miscellaneous transactions involving capital assets (i.e. sales, | | |
| trade-ins, and donations) is to decrease net assets. | | (29,973) |
| | | |
| The issuance of long-term debt (e.g. bonds, notes) provides current financial | | |
| resources to governmental funds, while the repayment of the principal of long-term | | |
| debt consumes the current financial resources of governmental funds. Neither | | |
| transaction, however, has any effect on net assets. Also, governmental funds | | |
| report the effect of issuance costs, premiums, discounts, and similar items when | | |
| debt is first issued, whereas these amounts are deferred and amortized in the | | |
| statement of activities. This amount is the net effect of these differences in the | | |
| treatment of long-term debt and related items: | | |
| Principal payments of long-term debt | 1,871,727 | |
| Proceeds from issuance of long-term debt | (3,703,223) | |
| Issuance of refunding bonds | (4,482,178) | |
| Payments to refunded bonds escrow agents | 2,822,288 | |
| Termination payments on swap agreement | 550,855 | |
| Other | (362,520) | (3,303,051) |
| | | |
| Bond issuance costs are expenditures in governmental funds, but are deferred assets in the | | |
| statement of net assets (deficit). | | 77,445 |
| | | |
| Some revenues in the statement of activities do not provide current financial resources, | | |
| and therefore, are deferred in governmental funds. Also, revenues related to prior periods | | |
| that became available during the current period are reported in governmental funds but | | |
| are eliminated in the statement of activities. This amount is the net adjustment. | | (195,102) |
| | | |
| Some expenses reported in the statement of activities do not require the use of current | | |
| financial resources and, therefore, are not reported as expenditures in governmental funds. | | (1,889,569) |
| | | |
| Changes in fair value of investment derivative instruments do not require the use of current | | |
| financial resources and, therefore, are not reported as investment revenue in | | |
| governmental funds. This amount is the net decrease in such fair value. | | (229,319) |
| | | |
| Generally, inventory and prepayments are recorded as expenditures in the | | |
| governmental funds when purchased rather than capitalized as an asset. | | |
| However, these assets are capitalized in the statement of net assets (deficit). | | |
| This amount is the net decrease in total inventories and prepaid expenses. | | (14,648) |
| | | |
| CHANGE IN NET ASSETS (DEFICIT) OF GOVERNMENTAL ACTIVITIES | | $ (5,491,501) |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF REVENUES AND EXPENDITURES — BUDGET AND ACTUAL —
BUDGET BASIS — GENERAL FUND
YEAR ENDED JUNE 30, 2012
(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---|---|---|
| REVENUES: | | | |
| Income taxes | $ 4,647,000 | $ 4,624,000 | $ 4,527,049 |
| Sales and use taxes | 680,000 | 560,000 | 540,026 |
| Excise taxes | 2,501,000 | 2,707,000 | 2,792,846 |
| Property taxes | 76,000 | 40,000 | 65,497 |
| Other taxes | 84,000 | 81,000 | 82,578 |
| Charges for services | 92,000 | 104,000 | 179,962 |
| Revenues from component units | 24,000 | 24,000 | 19,557 |
| Intergovernmental | 271,000 | 299,000 | 265,910 |
| Other | 147,000 | 113,000 | 100,072 |
| Total revenues | 8,522,000 | 8,552,000 | 8,573,497 |
| EXPENDITURES — Current: | | | |
| General government | 1,565,969 | 1,731,262 | 1,957,580 |
| Public safety | 1,932,009 | 1,942,189 | 2,011,965 |
| Health | 1,293,083 | 1,391,501 | 1,686,402 |
| Public housing and welfare | 436,211 | 478,073 | 474,074 |
| Education | 3,083,560 | 2,970,371 | 2,926,638 |
| Economic development | 380,189 | 409,499 | 458,102 |
| Intergovernmental | 389,620 | 406,299 | 396,447 |
| Total expenditures | 9,080,641 | 9,329,194 | 9,911,208 |
| DEFICIENCY OF REVENUES UNDER EXPENDITURES | (558,641) | (777,194) | (1,337,711) |
| OTHER FINANCING SOURCES (USES): | | | |
| Notes payable issued | - | 865,186 | 877,034 |
| Transfer in from COFINA | 610,000 | 617,038 | 952,615 |
| Transfer in from Debt Service Fund and Lotteries Fund | 128,000 | 98,000 | 863,546 |
| Transfer out and other payments for debt service | (179,359) | (803,030) | (2,055,095) |
| Total other financing sources | 558,641 | 777,194 | 638,100 |
| DEFICIENCY OF REVENUES AND OTHER FINANCING SOURCES UNDER EXPENDITURES AND OTHER FINANCING USES | $ - | $ - | $ (699,611) |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF NET ASSETS (DEFICIT) — PROPRIETARY FUNDS**
**JUNE 30, 2012**
**(In thousands)**

| | Business-Type Activities — Enterprise Funds | | | |
| | Unemployment Insurance | Lotteries | Other Proprietary | Total Proprietary |
|---|---|---|---|---|
| ASSETS: | | | | |
| Current assets: | | | | |
| Cash and cash equivalents in commercial banks | $        - | $ 48,341 | $      83 | $   48,424 |
| Cash and cash equivalents in governmental banks | - | 26,300 | 63,845 | 90,145 |
| Insurance premiums receivables — net | - | - | 4,299 | 4,299 |
| Accrued interest receivable | - | - | 90 | 90 |
| Other receivables | - | 9,231 | 256 | 9,487 |
| Restricted assets: | | | | |
| Cash and cash equivalents in commercial banks | 864 | - | 1,528 | 2,392 |
| Cash and cash equivalents in governmental banks | - | - | 111,197 | 111,197 |
| Cash and cash equivalents in U.S. Treasury | 382,883 | - | - | 382,883 |
| Insurance premiums receivables — net | 68,582 | - | - | 68,582 |
| Intergovernmental receivable | 71 | - | - | 71 |
| Loans receivable from component unit | - | - | 19,166 | 19,166 |
| Accrued interest receivable | 2,164 | - | - | 2,164 |
| Receivables | 37 | - | 4,571 | 4,608 |
| Total current assets | 454,601 | 83,872 | 205,035 | 743,508 |
| Noncurrent assets: | | | | |
| Loans receivable from component unit — restricted | - | - | 430,878 | 430,878 |
| Due from other funds | - | 67,559 | 18,131 | 85,690 |
| Restricted investments | - | - | 34,538 | 34,538 |
| Capital assets — net | - | 1,726 | - | 1,726 |
| Other noncurrent assets | - | 27,466 | - | 27,466 |
| Other restricted assets | - | - | 1,130 | 1,130 |
| Total assets | 454,601 | 180,623 | 689,712 | 1,324,936 |
| LIABILITIES AND NET ASSETS (DEFICIT): | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities | - | 9,952 | 3,000 | 12,952 |
| Due to other funds | 20,630 | 27,180 | 803 | 48,613 |
| Due to other governmental entities | - | - | 47 | 47 |
| Deferred revenue | 11,285 | 11,837 | 2,162 | 25,284 |
| Compensated absences | - | 1,830 | 881 | 2,711 |
| Lottery prizes | - | 49,883 | - | 49,883 |
| Voluntary termination benefits payable | - | 587 | - | 587 |
| Insurance benefits payable | 72,161 | - | 833 | 72,994 |
| Total current liabilities | 104,076 | 101,269 | 7,726 | 213,071 |
| Noncurrent liabilities: | | | | |
| Lottery prizes, excluding current portion | - | 141,703 | - | 141,703 |
| Compensated absences, excluding current portion | - | 934 | 1,323 | 2,257 |
| Voluntary termination benefits payable | - | 4,655 | - | 4,655 |
| Total liabilities | 104,076 | 248,561 | 9,049 | 361,686 |
| NET ASSETS (DEFICIT): | | | | |
| Invested in capital assets — net of related debt | - | 1,726 | - | 1,726 |
| Restricted for lending activities | - | - | 564,875 | 564,875 |
| Restricted for payment of insurance benefits | 350,525 | - | 35,353 | 385,878 |
| Unrestricted | - | (69,664) | 80,435 | 10,771 |
| TOTAL NET ASSETS (DEFICIT) | $350,525 | $ (67,938) | $680,663 | $   963,250 |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF REVENUES, EXPENSES, AND CHANGES IN FUND NET ASSETS (DEFICIT) — PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | Business-Type Activities — Enterprise Funds | | | |
| | Unemployment Insurance | Lotteries | Other Proprietary | Total Proprietary |
|---|---|---|---|---|
| **OPERATING REVENUES:** | | | | |
| Insurance premiums | $ 281,763 | $        - | $ 19,521 | $  301,284 |
| Lottery ticket sales | - | 909,842 | - | 909,842 |
| Interest | - | - | 8,592 | 8,592 |
| Other | - | 51 | - | 51 |
| Total operating revenues | 281,763 | 909,893 | 28,113 | 1,219,769 |
| **OPERATING EXPENSES:** | | | | |
| Insurance benefits | 486,342 | - | 4,037 | 490,379 |
| Lottery prizes | - | 576,372 | - | 576,372 |
| General, administrative, and other operating expenses | - | 146,248 | 16,619 | 162,867 |
| Total operating expenses | 486,342 | 722,620 | 20,656 | 1,229,618 |
| **OPERATING INCOME (LOSS)** | (204,579) | 187,273 | 7,457 | (9,849) |
| **NONOPERATING REVENUES (EXPENSES):** | | | | |
| Contributions from U.S. government | 306,604 | - | 57,615 | 364,219 |
| Contributions to component unit | - | - | (13,581) | (13,581) |
| Interest and investment earnings | 10,357 | 229 | 1,443 | 12,029 |
| Total nonoperating revenues | 316,961 | 229 | 45,477 | 362,667 |
| **INCOME BEFORE TRANSFERS** | 112,382 | 187,502 | 52,934 | 352,818 |
| **TRANSFERS FROM OTHER FUNDS** | - | - | 4,907 | 4,907 |
| **TRANSFERS TO OTHER FUNDS** | (57,584) | (165,142) | (1,975) | (224,701) |
| **NET CHANGE IN NET ASSETS (DEFICIT)** | 54,798 | 22,360 | 55,866 | 133,024 |
| **NET ASSETS (DEFICIT) — Beginning of year** | 295,727 | (90,298) | 624,797 | 830,226 |
| **NET ASSETS (DEFICIT) — End of year** | $ 350,525 | $ (67,938) | $680,663 | $  963,250 |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF CASH FLOWS — PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | Business-Type Activities — Enterprise Funds | | | |
| | Unemployment Insurance | Lotteries | Other Proprietary | Total Proprietary |
|---|---|---|---|---|
| CASH FLOWS FROM OPERATING ACTIVITIES: | | | | |
| Receipts from customers and users | $ 263,269 | $ 883,217 | $ 19,234 | $1,165,720 |
| Other receipts | - | 51 | - | 51 |
| Payments to suppliers | - | (38,967) | (7,604) | (46,571) |
| Payments to employees | - | (81,134) | (8,229) | (89,363) |
| Payments of lottery prizes | - | (600,224) | - | (600,224) |
| Payments of insurance benefits | (499,963) | - | (3,758) | (503,721) |
| Other payments | - | - | (624) | (624) |
| Net cash provided by (used in) operating activities | (236,694) | 162,943 | (981) | (74,732) |
| CASH FLOWS FROM NONCAPITAL FINANCING ACTIVITIES: | | | | |
| Intergovernmental grants and contributions | 307,380 | - | 57,530 | 364,910 |
| Net increase in due from other funds | - | (14,384) | - | (14,384) |
| Contributions to component unit | - | - | (13,581) | (13,581) |
| Transfers from other funds | - | - | 4,907 | 4,907 |
| Transfers to other funds | (53,683) | (158,657) | (1,975) | (214,315) |
| Net cash provided by (used in) noncapital financing activities | 253,697 | (173,041) | 46,881 | 127,537 |
| CASH FLOWS FROM CAPITAL AND RELATED FINANCING ACTIVITIES — Capital expenditures | - | (136) | - | (136) |
| CASH FLOWS FROM INVESTING ACTIVITIES: | | | | |
| Interest collected on deposits, investments and loans | 10,356 | 229 | 9,720 | 20,305 |
| Loans originated | - | - | (55,655) | (55,655) |
| Principal collected on loans | - | - | 21,678 | 21,678 |
| Proceeds from sales and maturities of investments | - | - | 20,945 | 20,945 |
| Purchases of investments | - | - | (20,198) | (20,198) |
| Net cash provided by (used in) investing activities | 10,356 | 229 | (23,510) | (12,925) |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | 27,359 | (10,005) | 22,390 | 39,744 |
| CASH AND CASH EQUIVALENTS AT BEGINNING OF YEAR | 356,388 | 84,646 | 154,263 | 595,297 |
| CASH AND CASH EQUIVALENTS AT END OF YEAR | $ 383,747 | $ 74,641 | $176,653 | $ 635,041 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**STATEMENT OF CASH FLOWS — PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | Business-Type Activities — Enterprise Funds | | | |
| --- | --- | --- | --- | --- |
| | Unemployment Insurance | Lotteries | Other Proprietary | Total Proprietary |
| RECONCILIATION OF OPERATING INCOME (LOSS) TO NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES: | | | | |
| Operating income (loss) | $(204,579) | $ 187,273 | $   7,457 | $    (9,849) |
| | | | | |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities: | | | | |
| Interests earned on deposits, loans and investments | - | - | (8,592) | (8,592) |
| Depreciation | - | 70 | - | 70 |
| Changes in operating assets and liabilities: | | | | |
| Increase in accounts and loans receivable | (19,265) | (3,645) | (381) | (23,291) |
| Decrease in other assets | - | 3,038 | 393 | 3,431 |
| Increase in accounts payable and accrued liabilities | - | 811 | 349 | 1,160 |
| Decrease in due to other governmental entities | - | - | (671) | (671) |
| Decrease in obligation for unpaid lottery awards | - | (26,900) | - | (26,900) |
| Increase (decrease) in deferred revenues | 772 | (369) | 94 | 497 |
| Increase in compensated absences | - | 64 | 92 | 156 |
| Increase in termination benefits payable | - | 2,601 | - | 2,601 |
| Increase (decrease) in liability for insurance benefits payable | (13,622) | - | 278 | (13,344) |
| | | | | |
| Total adjustments | (32,115) | (24,330) | (8,438) | (64,883) |
| | | | | |
| NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES | $(236,694) | $ 162,943 | $    (981) | $  (74,732) |

See accompanying notes to basic financial statements.                                        (Concluded)

**COMMONWEALTH OF PUERTO RICO**

**STATEMENT OF FIDUCIARY NET ASSETS — FIDUCIARY FUNDS**
**JUNE 30, 2012**
**(In thousands)**

|  | Pension Trust | Agency |
|---|---|---|
| ASSETS: |  |  |
| Cash and cash equivalents in commercial banks — Unrestricted | $ 642,978 | $ 698,972 |
| Cash and cash equivalents in governmental banks: |  |  |
| Unrestricted | 189,528 | 546,931 |
| Restricted | 233,931 | - |
| Collateral for securities lending transactions | 76,486 | - |
| Investments: |  |  |
| Debt and equity securities — at fair value | 3,870,788 | - |
| Other | 76,591 | - |
| Receivables — net: |  |  |
| Accounts | 124,672 | - |
| Loans and advances | 1,359,340 | - |
| Accrued interests and dividends | 20,902 | - |
| Other | 174,167 | 5,252 |
| Capital assets — net | 32,553 | - |
| Other assets | 37,283 | - |
| Total assets | 6,839,219 | 1,251,155 |
| LIABILITIES: |  |  |
| Accounts payable and accrued liabilities | 297,125 | 1,251,155 |
| Securities lending transactions | 76,486 | - |
| Interest payable | 13,877 | - |
| Other liabilities | 29,802 | - |
| Bonds payable | 3,026,593 | - |
| Total liabilities | 3,443,883 | 1,251,155 |
| NET ASSETS — Held in trust for pension benefits | $3,395,336 | $ - |

See accompanying notes to basic financial statements.

**COMMONWEALTH OF PUERTO RICO**

**STATEMENT OF CHANGES IN FIDUCIARY NET ASSETS — PENSION TRUST FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | |
|---|---:|
| ADDITIONS: | |
| Contributions: | |
| Sponsor | $ 522,617 |
| Participants | 442,370 |
| Special | 246,481 |
| Total contributions | 1,211,468 |
| Investment income and investment expense: | |
| Interest | 234,559 |
| Dividends | 6,444 |
| Net change in fair value of investments | 79,395 |
| Investment expenses | (9,145) |
| Net investment income | 311,253 |
| Other income | 26,119 |
| Total additions | 1,548,840 |
| DEDUCTIONS: | |
| Pension and other benefits | 1,993,514 |
| Refunds of contributions | 57,448 |
| General and administrative | 85,454 |
| Interest on bonds payable | 190,737 |
| Total deductions | 2,327,153 |
| NET CHANGE IN NET ASSETS HELD IN TRUST FOR PENSION BENEFITS | (778,313) |
| NET ASSETS HELD IN TRUST FOR PENSION BENEFITS: | |
| Beginning of year | 4,173,649 |
| End of year | $3,395,336 |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF NET ASSETS (DEFICIT) — MAJOR COMPONENT UNITS**
**JUNE 30, 2012**
**(In thousands)**

| | Major Component Units | | | | | | | Nonmajor Component Units Totals | All Component Units Totals |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | Major Component Units Totals | | |
| CURRENT ASSETS: | | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 1,184,517 | $ 19,519 | $ 139,350 | $ 62,060 | $ 45,596 | $ 26,730 | $ 1,477,772 | $ 204,693 | $ 1,682,465 |
| Cash and cash equivalents in governmental banks | 73,100 | 5,267 | 60,411 | - | 57,910 | 194,689 | 391,377 | 165,535 | 556,912 |
| Investments | 551,155 | - | - | - | 80,135 | - | 631,290 | 883,240 | 1,514,530 |
| Restricted assets: | | | | | | | | | |
| Cash and cash equivalents in commercial banks | 94,931 | - | - | - | 12,056 | - | 106,987 | 141,590 | 248,577 |
| Cash and cash equivalents in governmental banks | - | - | - | - | - | 1,321 | 1,321 | 215,434 | 216,755 |
| Investments | 228,666 | - | - | - | 69,709 | - | 298,375 | 292,089 | 590,464 |
| Other restricted assets | 2,689 | - | - | - | - | - | 2,689 | 28,221 | 30,910 |
| Collateral from securities lending transactions | - | - | - | - | - | - | - | 112,060 | 112,060 |
| Receivables — net: | | | | | | | | | |
| Insurance premiums | - | - | - | - | - | - | - | 46,199 | 46,199 |
| Intergovernmental | - | - | - | 2,883 | 20,222 | - | 23,105 | 29,924 | 53,029 |
| Accounts | - | 4,998 | 809,712 | 93,983 | 47,719 | 19,227 | 975,639 | 90,246 | 1,065,885 |
| Loans and advances | 4,437,900 | - | - | - | - | - | 4,437,900 | 104,178 | 4,542,078 |
| Accrued interest | 132,508 | - | - | - | - | - | 132,508 | 27,913 | 160,421 |
| Other governmental entities | - | 4,299 | 276,982 | 49,722 | 15,912 | 12,831 | 359,746 | 90,075 | 449,821 |
| Other | - | - | - | - | 13,026 | - | 13,026 | 21,778 | 34,804 |
| Due from: | | | | | | | | | |
| Primary government | - | - | 50,242 | 67,586 | 45,122 | 115,180 | 278,130 | 86,878 | 365,008 |
| Component units | 125,947 | 14,142 | 122,846 | 14,109 | 27,494 | - | 304,538 | 46,613 | 351,151 |
| Inventories | - | - | 423,068 | 21,357 | 4,319 | - | 448,744 | 19,521 | 468,265 |
| Prepaid expenses | - | 14,860 | 55 | 7,289 | 706 | 1,878 | 24,788 | 28,907 | 53,695 |
| Total current assets | 6,831,413 | 63,085 | 1,882,666 | 318,989 | 439,926 | 371,856 | 9,907,935 | 2,635,094 | 12,543,029 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF NET ASSETS (DEFICIT) — MAJOR COMPONENT UNITS**
**JUNE 30, 2012**
**(In thousands)**

| | Major Component Units | | | | | | | Nonmajor Component Units Totals | All Component Units Totals |
|---|---|---|---|---|---|---|---|---|---|
| | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | Major Component Units Totals | | |
| **ASSETS** | | | | | | | | | |
| NONCURRENT ASSETS: | | | | | | | | | |
| Restricted assets: | | | | | | | | | |
| Cash and cash equivalents in commercial banks | - | 387 | 615,263 | 695,070 | 3,928 | - | 1,314,648 | 46,485 | 1,361,133 |
| Cash and cash equivalents in governmental banks | - | 129,631 | - | 160,632 | - | - | 290,263 | 38,063 | 328,326 |
| Investments | 1,201,992 | 610,379 | 655,547 | - | 88,120 | - | 2,556,038 | 1,983,385 | 4,539,423 |
| Other restricted assets | 67,983 | 34,155 | - | - | - | - | 102,138 | 99,359 | 201,497 |
| Investments | 3,601,202 | - | - | - | - | - | 3,601,202 | 2,040,539 | 5,641,741 |
| Receivables: | | | | | | | | | |
| Loans, interest, and other | - | - | - | - | 3,939 | - | 3,939 | 143,660 | 147,599 |
| Other governmental entities | 15,231 | - | - | - | 63,514 | - | 78,745 | 19,751 | 98,496 |
| Other | - | - | 104,780 | - | - | - | 104,780 | 4,926 | 109,706 |
| Due from: | | | | | | | | | |
| Primary government | 62,045 | - | - | - | 11,720 | - | 73,765 | 195,529 | 269,294 |
| Component units | 3,745,326 | - | - | - | - | - | 3,745,326 | 32,655 | 3,777,981 |
| Deferred outflows of resources | - | 25,464 | 111,307 | - | - | - | 136,771 | - | 136,771 |
| Deferred expenses and other assets | 52,067 | 83,883 | 85,113 | 64,127 | 72,473 | - | 357,663 | 84,596 | 442,259 |
| Real estate held for sale or future development | 106,122 | - | - | - | - | - | 106,122 | 160,173 | 266,295 |
| Capital assets, not being depreciated | 85,016 | 2,442,365 | 981,111 | 1,717,536 | 110,108 | - | 5,336,136 | 1,690,404 | 7,026,540 |
| Capital assets, depreciable — net | 11,203 | 8,683,100 | 5,818,065 | 5,641,266 | 848,802 | 148 | 21,002,584 | 2,411,423 | 23,414,007 |
| Total noncurrent assets | 8,948,187 | 12,009,364 | 8,371,186 | 8,278,631 | 1,202,604 | 148 | 38,810,120 | 8,950,948 | 47,761,068 |
| TOTAL | 15,779,600 | 12,072,449 | 10,253,852 | 8,597,620 | 1,642,530 | 372,004 | 48,718,055 | 11,586,042 | 60,304,097 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF NET ASSETS (DEFICIT) — MAJOR COMPONENT UNITS**
**JUNE 30, 2012**
**(In thousands)**

| | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | Major Component Units Totals | Nonmajor Component Units Totals | All Component Units Totals |
|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | | | | | |
| LIABILITIES: | | | | | | | | | |
| Current liabilities: | | | | | | | | | |
| Accounts payable and accrued liabilities | 184,050 | 219,274 | 747,015 | 239,072 | 88,438 | 75,321 | 1,553,170 | 827,516 | 2,380,686 |
| Deposits and escrow liabilities | 5,691,792 | - | 49,780 | 6,408 | 68 | - | 5,748,048 | 619,236 | 6,367,284 |
| Due to: | | | | | | | | | |
| Primary government | - | 6,857 | - | 19,658 | - | 7,239 | 33,754 | 81,130 | 114,884 |
| Component units | - | 17,863 | 49,781 | 32,253 | 33,295 | - | 133,192 | 427,008 | 560,200 |
| Other governmental entities | - | 835 | 208,800 | 14,029 | 19,852 | - | 243,516 | 80,869 | 324,385 |
| Securities lending transactions and reverse repurchase agreements | 884,484 | - | - | - | - | - | 884,484 | 216,985 | 1,101,469 |
| Interest payable | 48,925 | 157,026 | 185,757 | 88,606 | 4,424 | - | 484,738 | 113,022 | 597,760 |
| Deferred revenue | - | 28,404 | - | 19,930 | - | - | 48,334 | 92,609 | 140,943 |
| Notes payable, current portion | 570,515 | - | 555,438 | - | 1,336 | - | 1,127,289 | 82,179 | 1,209,468 |
| Bonds payable, current portion | 33,880 | 104,125 | 379,975 | 15,923 | 31,790 | - | 565,693 | 509,335 | 1,075,028 |
| Accrued compensated absences, current portion | 4,421 | 11,155 | 82,849 | 12,704 | 35,861 | 544 | 147,534 | 57,631 | 205,165 |
| Voluntary termination benefits payable | 8,300 | - | - | - | - | 245 | 8,545 | 15,778 | 24,323 |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - | 213,173 | 213,173 | 346,121 | 559,294 |
| Capital leases | - | - | - | - | - | - | - | 755 | 755 |
| Current portion of other long-term liabilities | 14,537 | - | 51,546 | 8,674 | 2,107 | - | 76,864 | 8,966 | 85,830 |
| Total current liabilities | 7,440,904 | 545,539 | 2,310,941 | 457,257 | 217,171 | 296,522 | 11,268,334 | 3,479,140 | 14,747,474 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF NET ASSETS (DEFICIT) — MAJOR COMPONENT UNITS**
**JUNE 30, 2012**
**(In thousands)**

|  | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | Major Component Units Totals | Nonmajor Component Units Totals | All Component Units Totals |
|---|---|---|---|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | | | | | |
| Noncurrent liabilities: | | | | | | | | | |
| Due to: | | | | | | | | | |
| Primary government | - | - | - | 430,386 | - | - | 430,386 | 20,006 | 450,392 |
| Component units | - | 1,881,963 | - | 109,788 | 88,058 | 171,080 | 2,250,889 | 1,318,043 | 3,568,932 |
| Other governmental entities | - | - | - | - | 63,220 | - | 63,220 | 50,308 | 113,528 |
| Deposits and escrow liabilities | 375,142 | - | 126,367 | 74,568 | - | - | 576,077 | - | 576,077 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - | - | - | 19,000 | 19,000 |
| Interest payable | - | - | - | - | - | 12,446 | 12,446 | - | 12,446 |
| Deferred revenue | - | 1,086,453 | - | - | - | - | 1,086,453 | 9,487 | 1,095,940 |
| Notes payable | 4,779,849 | - | 18,593 | - | 2,268 | - | 4,800,710 | 1,550,624 | 6,351,334 |
| Commonwealth appropriation bonds | 3,427 | - | - | 398,049 | - | - | 401,476 | 110,047 | 511,523 |
| Bonds payable | 573,886 | 4,788,877 | 7,931,714 | 4,081,226 | 582,659 | - | 17,958,362 | 3,792,919 | 21,751,281 |
| Accrued compensated absences | 698 | 11,657 | 139,904 | 32,567 | 132,012 | 363 | 317,201 | 53,951 | 371,152 |
| Voluntary termination benefits payable | - | 81,902 | - | - | - | 2,491 | 84,393 | 95,038 | 179,431 |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - | - | - | 631,031 | 631,031 |
| Capital leases | - | - | - | - | - | - | - | 30,128 | 30,128 |
| Hedging derivative instruments — interest rate swaps | - | 224,777 | 111,307 | - | - | - | 336,084 | - | 336,084 |
| Other long-term liabilities | 84,549 | 70,873 | 130,712 | 14,864 | 98,522 | 43,082 | 442,602 | 212,044 | 654,646 |
| Total noncurrent liabilities | 5,817,551 | 8,146,502 | 8,458,597 | 5,141,448 | 966,739 | 229,462 | 28,760,299 | 7,892,626 | 36,652,925 |
| Total liabilities | 13,258,455 | 8,692,041 | 10,769,538 | 5,598,705 | 1,183,910 | 525,984 | 40,028,633 | 11,371,766 | 51,400,399 |
| **NET ASSETS (DEFICIT):** | | | | | | | | | |
| Invested in capital assets — net of related debt | 96,219 | 2,858,059 | 38,122 | 3,205,651 | 352,904 | 148 | 6,551,103 | 1,688,001 | 8,239,104 |
| Restricted for: | | | | | | | | | |
| Trust — nonexpendable | - | - | - | - | - | - | - | 256,932 | 256,932 |
| Capital projects | - | 64,890 | 18,299 | - | 1,432 | - | 84,621 | 145,608 | 230,229 |
| Debt service | - | 552,637 | - | - | 60,777 | - | 613,414 | 391,168 | 1,004,582 |
| Affordable housing and related loan insurance programs | 216,693 | - | - | - | - | - | 216,693 | 108,278 | 324,971 |
| Student loans and other educational purposes | - | - | - | - | 86,783 | - | 86,783 | 10,814 | 97,597 |
| Other specified purposes | - | - | - | 26,186 | 11,610 | - | 37,796 | 115,957 | 153,753 |
| Unrestricted | 2,208,233 | (95,178) | (572,107) | (232,922) | (54,886) | (154,128) | 1,099,012 | (2,502,482) | (1,403,470) |
| TOTAL NET ASSETS (DEFICIT) | $ 2,521,145 | $ 3,380,408 | $ (515,686) | $2,998,915 | $ 458,620 | $(153,980) | $ 8,689,422 | $ 214,276 | $ 8,903,698 |

See accompanying notes to basic financial statements.

(Concluded)

**COMMONWEALTH OF PUERTO RICO**

**COMBINING STATEMENT OF ACTIVITIES — MAJOR COMPONENT UNITS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | Expenses | Program Revenues | | | | Net Revenues (Expenses) and Changes in Net Assets (Deficit) | General Revenues and Transfers | | | | | | Change in Net Assets (Deficit) | Net Assets (Deficit), Beginning of Year (As Restated) | Net Assets (Deficit), End of Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Charges for Services | Operating Grants and Contributions | Earnings on Investments | Capital Grants and Contributions | | Payments From Primary Government | Payments from (to) Other Component Units | Grants and Contributions Not Restricted to Specific Programs | Excise Taxes | Interest and Investment Earnings | Other | | | |
| **Major component units:** | | | | | | | | | | | | | | | |
| Government Development Bank for Puerto Rico | $ 1,016,155 | $ 776,157 | $177,001 | $ - | $ - | $ (62,997) | $ - | $ - | $ - | $ - | $ - | $ - | $ (62,997) | $2,584,142 | $2,521,145 |
| Puerto Rico Highways and Transportation Authority | 1,268,088 | 232,137 | - | - | 306,518 | (729,433) | - | - | - | 259,842 | 24,056 | 82,997 | (362,538) | 3,742,946 | 3,380,408 |
| Puerto Rico Electric Power Authority | 5,454,523 | 5,046,494 | - | - | 37,494 | (370,535) | - | - | - | - | 24,344 | - | (346,191) | (169,495) | (515,686) |
| Puerto Rico Aqueduct and Sewer Authority | 1,131,699 | 742,891 | - | - | 48,327 | (340,481) | 393,650 | - | - | - | 4,670 | 6,664 | 64,503 | 2,934,412 | 2,998,915 |
| University of Puerto Rico | 1,398,103 | 236,224 | 187,989 | 465 | - | (973,425) | 763,469 | 70,891 | 174,139 | - | 2,808 | 48,391 | 86,273 | 372,347 | 458,620 |
| Puerto Rico Health Insurance Administration | 2,182,012 | 1,360,124 | - | - | - | (821,888) | 945,033 | - | - | - | 1,203 | - | 124,348 | (278,328) | (153,980) |
| Nonmajor component units | 2,794,012 | 1,688,354 | 51,941 | 91,710 | 18,826 | (943,181) | 636,061 | (70,891) | 5,269 | 58,468 | 184,516 | 43,022 | (86,736) | 301,012 | 214,276 |
| | $15,244,592 | $10,082,381 | $416,931 | $92,175 | $411,165 | $(4,241,940) | $2,738,213 | $ - | $179,408 | $318,310 | $241,597 | $181,074 | $(583,338) | $9,487,036 | $8,903,698 |

See accompanying notes to basic financial statements.

## COMMONWEALTH OF PUERTO RICO

**NOTES TO BASIC FINANCIAL STATEMENTS**
**AS OF AND FOR THE YEAR ENDED JUNE 30, 2012**

1.    **SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

The Commonwealth of Puerto Rico (the "Commonwealth") was constituted on July 25, 1952, under the provisions of the Commonwealth's Constitution (the "Constitution") as approved by the people of Puerto Rico and the U.S. Congress. The Constitution provides for the separation of powers of the executive, legislative, and judicial branches of the government. The Commonwealth assumes responsibility for general government, public safety, health, public housing and welfare, education, and economic development.

The accompanying basic financial statements of the Commonwealth are presented in conformity with Accounting Principles Generally Accepted in the United States of America (US GAAP) for governments as prescribed by the Governmental Accounting Standards Board (GASB).

The accompanying basic financial statements present the financial position of the Commonwealth and its various funds, the results of operations of the Commonwealth and its various funds and fund types, and the cash flows of the proprietary funds. The basic financial statements are presented as of June 30, 2012 and for the year then ended. The basic financial statements include the various departments, agencies, boards, commissions, public trusts and public corporations, and any other organizational units governed by the Puerto Rico Legislature and/or officers of the Commonwealth.

(a)    **Financial Reporting Entity**

The basic financial statements of the Commonwealth include all departments, agencies, and governmental entities whose funds are under the custody and control of the Secretary of the Treasury of the Commonwealth and the Commonwealth's component units pursuant to Act No. 230 of July 23, 1974, as amended, known as Commonwealth of Puerto Rico Accounting Law. The Commonwealth has considered all potential component units for which it is financially accountable and other organizations for which the nature and significance of their relationship with the Commonwealth are such that exclusion would cause the Commonwealth's basic financial statements to be misleading or incomplete. The GASB has set forth criteria to be considered in determining financial accountability. These criteria include: (i) appointing a voting majority of an organization's governing body and the ability of the Commonwealth to impose its will on that organization or (ii) the potential for the organization to provide specific financial benefits to, or impose specific financial burdens on, the Commonwealth.

As required by US GAAP, these basic financial statements present the Commonwealth and its component units.

(b)    **Component Units**

Component units are entities that are legally separate organizations for which the Commonwealth's elected officials are financially accountable or other organizations for which the nature and significance of their relationship with the Commonwealth are such that exclusion would cause the Commonwealth's basic financial statements to be misleading or incomplete. US GAAP details two methods of presentation: (i) blending the financial data of the component units' balances and

transactions in a manner similar to the presentation of the Commonwealth's balances and transactions; or (ii) discrete presentation of the component units' financial data in columns separate from the Commonwealth's balances and transactions. The Commonwealth is financially accountable because it appoints the members of the governing authorities of each of the component units and because it is able to impose its will on these organizations or because the organizations provide specific financial benefits or impose specific financial burdens on the Commonwealth. The financial statements of the component units discussed below have been included in the financial reporting entity either as blended component units or as discretely presented component units in accordance with GASB Statement No. 14, *The Financial Reporting Entity*, as amended by GASB Statement No. 39, *Determining Whether Certain Organizations are Component Units*.

**Blended Component Units** — The following entities, while legally separate from the Commonwealth, meet the criteria to be reported as part of the primary government because they provide services entirely or almost entirely to the Commonwealth.

*Public Buildings Authority (PBA)* — PBA is governed by a seven member board comprised by the Secretary of the Department of Transportation and Public Works (DTPW), the Secretary of the Department of Education of the Commonwealth, the President of the Government Development Bank for Puerto Rico (GDB), and four members appointed by the Governor of Puerto Rico with the advice and consent of the Senate. It is a legally separate entity, whose activities are blended within the primary government because it exists to construct, purchase, or lease office, school, health, correctional, social welfare, and other facilities for lease to the Commonwealth's departments, component units, and instrumentalities. Bonds issued by PBA to finance such facilities are payable from lease collections, which are largely derived from Commonwealth appropriations and are further secured by the Commonwealth's guaranty.

*Puerto Rico Maritime Shipping Authority (PRMSA)* — PRMSA is governed by the President of GDB. The operations of PRMSA consist of servicing the long-term liability to third parties that resulted from the sale of certain maritime operations formerly owned and operated by PRMSA. The Commonwealth is required to annually appropriate funds in its general operating budget to provide for the payment of principal and interest on such debt.

*Puerto Rico Sales Tax Financing Corporation (Known as" COFINA" by its Spanish Acronym)* — COFINA was created under Act No. 91 of the Legislative Assembly of the Commonwealth, approved on May 13, 2006, as amended by Act No. 291, approved on December 26, 2006; Act No. 56, approved on July 6, 2007; Act No. 1, approved on January 14, 2009; Act No. 7, approved on March 9, 2009 ("Act 7"); and Act No. 18, approved on May 22, 2009 (collectively, "Act 91"). COFINA was originally created for the purpose of financing the payment, retirement or defeasance of certain debt obligations of the Commonwealth outstanding at June 30, 2006 (the "2006 Appropriation Debt"). The members of the board of directors of COFINA are the same as the ones of GDB.

During 2009, the Commonwealth's Legislative Assembly expanded the purposes of COFINA and increased COFINA's dedicated revenues from 1% to 2.75% (out of total sales tax of 5.5%) the portion of the Commonwealth sales tax transferred to COFINA. COFINA is authorized to pay or finance, in whole or in part, or fund, in addition to the 2006 Appropriation Debt: (i) the debt of the Secretary of the Treasury of the Commonwealth with GDB in the amount of approximately $1 billion, a portion of the proceeds of which were used to cover the budgetary deficit of the Commonwealth for fiscal year 2009, (ii) certain financing granted to the Secretary of the Treasury by GDB payable from future Commonwealth general obligation bonds, and any debt of the Commonwealth outstanding as of December 31, 2008 that did not have a source of repayment or

was payable from budgetary appropriations (iii) a portion of the accounts payable to suppliers of the Commonwealth, (iv) operational expenses of the Commonwealth for fiscal years 2009, 2010, and 2011, (v) operational expenses of the Commonwealth for fiscal year 2012, to the extent included in the annual budget of the Commonwealth, (vi) the Puerto Rico Economic Stimulus Fund, (vii) the Commonwealth Emergency Fund in order to cover expenses resulting from catastrophic events such as hurricanes or floods, and (viii) the Economic Cooperation and Public Employees Alternatives Fund (all such uses, together with the 2006 Appropriation Debt, the "Authorized Uses").

*The Children's Trust* — The Children's Trust is governed by a seven member board comprised by the Governor, who designates the president of the board, the President of GDB, the Director of the Office of Management and Budget (OMB) of the Commonwealth, the Secretary of Justice of the Commonwealth, and three private citizens appointed by the Governor with the advice and consent of the Senate. The Children's Trust's sole operation consists of providing financial assistance principally to the Commonwealth's departments to carry out projects aimed at promoting the well-being of families, children and youth of Puerto Rico, especially in the areas of education, recreation, and health. The operation of the Children's Trust is financed with the moneys being received by the Commonwealth from a global settlement agreement (GSA) dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The GSA calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. After 2025, the tobacco companies shall continue making contributions in perpetuity.

The blended component units are composed of various funds. COFINA debt service fund and the special revenue fund are presented as major governmental funds. All other funds are reported in the other governmental funds column. Complete financial statements of the blended component units can be obtained directly by contacting their respective administrative offices at:

Public Buildings Authority
P.O. Box 41029 — Minillas Station
San Juan, PR 00940-1029

Puerto Rico Maritime
Shipping Authority
P.O. Box 42001
San Juan, PR 00940-2001

The Children's Trust
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Sales Tax Financing
Corporation
P.O. Box 42001
San Juan PR 00940-2001

**Discretely Presented Component Units** — The following component units, consistent with GASB Statement No. 14, as amended by GASB Statement No. 39, are discretely presented in the basic financial statements because of the nature of the services they provide, the Commonwealth's ability to impose its will, principally through the appointment of their governing authorities, and because the component units provide specific financial benefits to, or impose financial burdens on, the Commonwealth. These have been classified by management between major and nonmajor component units. A major discretely presented component unit is defined as a component unit that meets ten percent (10%) or more of total assets, liabilities, net assets, revenue or expenses of all discretely presented component units. The determination of a major component unit also depends on each component unit's significance relative to the other component units and the nature and significance of its relationship to the primary government. If a component unit is expected to meet the minimum criteria for inclusion as major component unit in a future year, the Commonwealth may elect to report as a major component unit.

**Major Component Units:**

*Government Development Bank for Puerto Rico (GDB)* — GDB is governed by a seven member board appointed by the Governor. GDB acts as fiscal agent, depository of funds, disbursing agent, investor and financial advisor for the Commonwealth, its public corporations, and municipalities in connection with the issuance of bonds and notes; and it also makes loans and advances funds predominantly to the Commonwealth's departments, component units, and municipalities. GDB's boards of directors' members are executives on a trustworthy position, named and supervised by the Governor.

*Puerto Rico Aqueduct and Sewer Authority (PRASA)* — PRASA is governed by a nine member board comprising five members appointed by the Governor with the advice and consent of the Senate, the Executive President of Puerto Rico Electric Power Authority, the President of the Puerto Rico Planning Board, the Executive Director of Mayors' Federation, and the Executive Director of Mayors' Association. PRASA owns and operates the Commonwealth's system of public water supply and sanitary sewer facilities. PRASA is authorized, among other things, to borrow money and issue revenue bonds for any of its corporate purposes. The Commonwealth guarantees the principal and interest payments of certain outstanding bonds and of all future bonds issued to refinance those outstanding bonds at the date of refinancing. Act No. 45 of July 28, 1994 was later amended to include other loans under the State Revolving Fund Program (SRFP). The Commonwealth provides financial support to PRASA through legislative appropriations.

*Puerto Rico Electric Power Authority (PREPA)* — PREPA is governed by a nine member board comprising the Secretary of the Department of Transportation and Public Works (DTPW), and six members appointed by the Governor with the advice and consent of the Senate, and two members representing the consumers' interest elected in a referendum carried out by the Puerto Rico Consumer Affairs Department. Board members are appointed or elected for a period of four years. PREPA is responsible for conserving, developing, and utilizing the power resources in order to promote the general welfare of Puerto Rico and owns and operates the Commonwealth's electrical power generation, transmission, and distribution system. The Commonwealth provides financial support to PREPA through legislative appropriations.

*Puerto Rico Health Insurance Administration (PRHIA)* — PRHIA is governed by a Board of Directors, which, by law, is composed of nine members (four compulsory members and five discretionary members). The compulsory members are the Secretary of Health of the Commonwealth, the Secretary of the Treasury of the Commonwealth, the Insurance Commissioner of Puerto Rico, and the Administrator of the Administration of Services of Mental Health and Addiction. The five discretionary members are appointed by the Governor, with the advice and consent of the Senate. PRHIA was created for implementing, administering, and negotiating a health insurance system through contracts with insurance underwriters to provide quality medical and hospital care to low income individuals, employees of the Commonwealth and policemen who voluntarily subscribe to the Puerto Rico health insurance medical plan. The board of directors' president is designated by the Governor and all discretionary board members are executives on a trustworthy position. The Commonwealth provides financial support to PRHIA through legislative appropriations.

*Puerto Rico Highways and Transportation Authority (PRHTA)* — PRHTA is governed by the Secretary of DTPW. PRHTA has broad powers to carry out its responsibilities in accordance with DTPW's overall transportation policies. These powers include, among other things, the complete control and supervision of any highway facilities constructed, owned, or operated by PRHTA, the ability to set tolls for the use of the highway facilities, and the power to issue bonds, notes, or other

obligations. PRHTA plans and manages the construction of all major projects relating to the Commonwealth's toll highway system, undertakes major repairs, and maintains the toll ways. The Commonwealth has the ability to significantly influence the toll rates charged by PRHTA.

*University of Puerto Rico (UPR)* — UPR is governed by a seventeen member board of trustees comprising one full time student; two permanent professors, and fourteen citizens from the community sector, of which at least one must be graduated from the institution. Community members are designated by the Governor with the advice and consent of the Senate. Members designated by the Governor are appointed for a period of six years. The terms for the student and professors are one year. The Commonwealth provides financial support to UPR through legislative appropriations.

**Nonmajor Component Units:**

*Agricultural Enterprises Development Administration (AEDA)* — AEDA is governed by the Secretary of Agriculture of the Commonwealth. The purpose of AEDA is to provide a wide variety of services and incentives to the agricultural sector. The Commonwealth has the ability to impose its will on AEDA. The Commonwealth provides financial support to AEDA through legislative appropriations.

*Automobile Accidents Compensation Administration (AACA)* — AACA is governed by a Cabinet Member, and a four member board appointed by the Governor with the advice and consent of the Senate. AACA operates a system of compulsory insurance coverage for all registered motor vehicles and compensates citizens for injuries arising from motor vehicle accidents. The Commonwealth has the ability to significantly influence rates charged by AACA. The Commonwealth has access to AACA's resources.

*Cardiovascular Center Corporation of Puerto Rico and the Caribbean (CCCPRC)* — CCCPRC is governed by a seven member board comprising of the Secretary of Health of the Commonwealth, the Director of the Medical Sciences Campus of the UPR, the Executive Director of the Puerto Rico Medical Services Administration, and four additional members appointed by the Governor with the advice and consent of the Senate, one of which should be from the Cardiology Society of Puerto Rico and another a member of a cardiology foundation properly registered in the Department of State of the Commonwealth. The purpose of the CCCPRC is to provide special treatment to patients suffering from cardiovascular diseases. The Commonwealth provides financial support to CCCPRC through legislative appropriations.

*Company for the Integral Development of the "Península de Cantera" (CIDPC)* — CIDPC is governed by an eleven member board, of which six members are appointed by the Governor and five members appointed by the Mayor of the Municipality of San Juan. CIDPC was created to establish and implement a comprehensive development plan for the Península de Cantera area. Its main function is to supervise and coordinate governmental efforts and also promote and manage private sector initiatives for the improvements and rehabilitation of the aforementioned area.

*Corporation for the "Caño Martín Peña" ENLACE Project (CPECMP)* — CPECMP was created for the purpose of coordinate the public policy related to the rehabilitation of the Caño Martín Peña area. CPECMP is governed by a board of directors of thirteen members of which seven members are appointed by the Governor and six members appointed by the Mayor of the Municipality of San Juan.

*Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico (CDASFIPR)* — CDASFIPR was created for the development of the arts and the film industry in Puerto Rico and is governed by a seven member board comprising of the Secretary of Economic Development and Commerce, who is the president, the President of the Puerto Rico Public Broadcasting Corporation, the Secretary of Treasury, the Executive Director the Puerto Rico Institute of Culture and three additional members appointed by the Governor with the advice and consent of the Senate.

*Culebra Conservation and Development Authority (CCDA)* — CCDA was created to formulate and administer the program and plan for the conservation, use, and development of natural resources of the municipality of Culebra. CCDA is administered through a board of directors composed of seven members, including the Mayor of the municipality of Culebra and six additional members appointed by the Mayor of the Municipality of Culebra and confirmed by the municipal legislature. The administration and operations of the CCDA are conducted by an executive director elected by the board of directors. The Commonwealth provides financial support to CCDA through legislative appropriations.

*Economic Development Bank for Puerto Rico (EDB)* — EDB is governed by nine members board comprising the President of GDB, who is the Chairman, the Secretary of Agriculture of the Commonwealth, the Secretary of the Department of Economic Development and Commerce of the Commonwealth, the Executive Director of the Puerto Rico Industrial Development Company, the Executive Director of the Puerto Rico Tourism Company, and four members representing the private sector and appointed by the Governor with the advice and consent of the Senate. Private sector members are appointed for a maximum period of three years. EDB is responsible for the promotion and development of the private sector economy of the Commonwealth. This purpose is to be met by granting direct loans, loan guarantees, loan participation, and/or direct investments to any person or business organization devoted to manufacturing, agriculture, trade, tourism, or other service enterprises with preference, but not limited, to economic activities that may have the effect of substituting imports. The Commonwealth has the ability to impose its will on EDB.

*Employment and Training Enterprises Corporation (ETEC)* — ETEC is governed by an eleven member consulting board, which includes two private citizens appointed by the Governor with the consent of the Senate. The purpose of ETEC is to provide training for management, business development, and employment for inmates of the correctional institutions of the Commonwealth. The Commonwealth generally provides financial support to ETEC through legislative appropriations.

*Farm Insurance Corporation of Puerto Rico (FICPR)* — FICPR is governed by a five member board consisting of the Secretary of Agriculture of the Commonwealth, the Dean of the Agricultural Sciences Faculty of the UPR Mayaguez Campus, a representative of GDB, and two bona fide farmers appointed by the Governor with the advice and consent of the Senate. The purpose of the FICPR is to provide insurance to farmers against losses in their farms caused by natural disasters. The Commonwealth has the ability to impose its will on FICPR.

*Fine Arts Center Corporation (FACC)* — FACC is governed by a nine member board comprising the President of the Musical Arts Corporation and eight members named by the Governor. FACC was created with the purpose of administering the Fine Arts Center. The Commonwealth provides financial support to FACC through legislative appropriations.

*Governing Board of the 9-1-1 Service (911 Service)* — The 911 Service is governed by a five member board comprising the Chief of Police, the Executive Director of the Medical Emergency Services, the Director of the State Emergency Management Agency, the Chief of the Puerto Rico Firefighters Corps, and one member appointed by consensus of the four ex-officio members to represent the public interest. The 911 Service is responsible for providing an efficient service of fast response to emergency calls through the 911 number and transferring these to the appropriate response agencies using technological and human resources to safeguard lives and properties.

*Institute of Puerto Rican Culture (IPRC)* — IPRC is governed by a nine member board comprising the President of Musical Arts Corporation and eight members appointed by the Governor with the advice and consent of the Senate. The IPRC is responsible for implementing the public policy related to the development of Puerto Rican arts, humanities and culture. The Commonwealth provides financial support to IPRC through legislative appropriations.

*Institutional Trust of the National Guard of Puerto Rico (ITNGPR)* — ITNGPR is governed by a seven member board comprising of the Adjutant General of the Puerto Rico National Guard, the President of GDB, the Secretary of Justice of the Commonwealth, three militaries from the Puerto Rico National Guard, and one representative from the community appointed by the Governor. ITNGPR's purpose is to provide life insurance, retirement benefits, and economic assistance to the active members of the Puerto Rico National Guard and their families. The Commonwealth generally provides financial support to ITNGPR through legislative appropriations.

*Land Authority of Puerto Rico (LAPR)* — LAPR is governed by a five member board consisting of the Secretary of Agriculture of the Commonwealth and four members appointed by the Governor. LAPR was created to carry out the provisions of the Land Law of Puerto Rico. LAPR maintains debt that is paid with Commonwealth's appropriations and funds generated by LAPR operations.

*Local Redevelopment Authority for Roosevelt Roads Puerto Rico (LRA)* — LRA is governed by a nine member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, two members appointed by the Mayor of the Municipality of Ceiba, one member appointed by the Mayor of the Municipality of Naguabo, one member appointed by the President of the Senate, one member appointed by the Speaker of the House of Representatives and three additional members appointed by the Governor, all to possess known interest and expertise in the areas of planning; commercial, tourism, residential and institutional development; real estate; tourism and recreational facilities administration; and infrastructure projects' management. LRA is responsible for the implementation of the reuse and redevelopment plan for the former Navy Station of Roosevelt Roads located in Ceiba, Puerto Rico. Some of the activities involved in these redevelopment plans include the direction, supervision, regulation and maintenance of the economic development on the land and facilities formerly occupied by the US Navy.

*Musical Arts Corporation (MAC)* — MAC is governed by a seven member board appointed by the Governor with the advice and consent of the Senate. MAC was created to promote the development of the arts and cultural programs of the Commonwealth. The Commonwealth provides financial support to MAC through legislative appropriations.

*National Parks Company of Puerto Rico (NPCPR)* — NPCPR is governed by a nine member board comprising the Secretary of Recreation and Sports Department of the Commonwealth (the "Secretary"), who is the chairman, the Secretary of the Department of Education of the Commonwealth, the Executive Director of the Puerto Rico Tourism Company, the Secretary of the Department of Natural and Environmental Resources of the Commonwealth, and five members

appointed by the Governor with the recommendation from the Secretary and with known interest in the development and preservation of parks in the private sector. NPCPR is responsible for the operation of all national parks and the protection, conservation, maintenance and use of parks, beaches, forests, and natural and historical monuments for the optimum enjoyment of present and future generations. The Commonwealth provides financial support to NPCPR through legislative appropriations.

*Port of the Americas Authority (PAA)* — PAA is governed by an eleven member board comprising of the Secretary of DTPW, the Secretary of Economic Development and Commerce, the Executive Director of Puerto Rico Industrial Development Company, the Majors of the Municipalities of Ponce, Peñuelas and Guayanilla and five private citizens appointed by the Governor with the consent of the Senate. The main purpose of PAA is the planning, development and construction of a large scale container terminal in the city of Ponce, Puerto Rico.

*Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives (PCSDIPRC)* — PCSDIPRC is governed by a nine member board comprising of the Administrator of the Cooperative Development Administration, the Commissioner of Financial Institutions of Puerto Rico, the Secretary of the Treasury of the Commonwealth, the Inspector of Cooperatives, three citizens representing the cooperative movement, one representative of the Puerto Rico Cooperatives League, and one private citizen representing the public interest. PCSDIPRC has the responsibility of providing to all the cooperatives and the Federation of Cooperatives of Puerto Rico insurance coverage over the stocks and deposits, and for monitoring the financial condition of the insured cooperatives, and the uninsured cooperatives when requested by the Inspector of Cooperatives. The Commonwealth has the ability to impose its will on PCSDIPRC.

*Puerto Rico Conservatory of Music Corporation (PRCMC)* — PRCMC is governed by a seven member board appointed by the Governor, with the advice and consent of the Senate. PRCMC is responsible for providing the Puerto Rican community and especially its youths with the required facilities to educate and perfect their musical skills, including secondary education programs for developing musical arts. It prepares the artistic element that nourishes the Puerto Rico Symphony Orchestra and other musical organizations, and coordinates the governmental efforts to interested industries, private enterprises, and particular citizens. The Commonwealth provides financial support to PRCMC through legislative appropriations.

*Puerto Rico Convention Center District Authority (PRCCDA)* — PRCCDA is governed by a nine member board of directors comprising of four members from the public sector and five members from the private sector. The public sector members comprise the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, the Executive Director of the Puerto Rico Tourism Company (PRTC), the president of GDB, and one member from the public sector. The private sector members are individuals having experience in the areas of hotel operations, tourism, real estate, or convention centers who are appointed by the Governor with the advice and consent of the Senate. PRCCDA was created to develop, own, finance, plan, design, construct, operate, manage, and promote the new Puerto Rico Convention Center and the Puerto Rico Convention District. The PRCCDA also has the ownership interest as well as other rights and obligations related to the development and operations of the Jose Miguel Agrelot Coliseum. The Commonwealth provides financial support to PRCCDA through legislative appropriations.

*Puerto Rico Council on Education (PRCE)* — PRCE is governed by a board comprising nine members appointed by the Governor with the consent of the Senate. Its purpose is to develop higher education, to administer the licensing and certification of institutions of higher education, and to administer scholarship funds. The Commonwealth provides financial support to PRCE through legislative appropriations.

*Puerto Rico Government Investment Trust Fund (PRGITF)* — PRGITF is governed by the Secretary of the Treasury of the Commonwealth. GDB is its trustee, custodian, and administrator. PRGITF's main objective is to provide investment opportunities in a professionally managed money market portfolio by investing in high quality securities with minimal credit risk. Qualified investors include the Commonwealth's central government, its public corporations, instrumentalities and agencies, and the municipalities of Puerto Rico. In conformity with GASB Statement No. 31, *Accounting and Financial Reporting for Certain Investments and for External Investments Pools*, the financial statements of the PRGITF are not included in the accompanying basic financial statements because the primary government and each component unit investor is already presenting as cash or investment their corresponding share of the assets of the PRGITF.

*Puerto Rico Industrial Development Company (PRIDCO)* — PRIDCO is governed by a seven member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, the Secretary of the Treasury of the Commonwealth, the President of GDB, the President of the Planning Board of Puerto Rico, and three members from the private sector appointed by the Governor with the advice and consent of the Senate. The private sector members are appointed for a period of four years. PRIDCO administers the Commonwealth sponsored economic development program by providing facilities, general assistance, and special incentive grants to manufacturing companies operating in Puerto Rico. PRIDCO has issued interim notes and revenue bonds to finance manufacturing plants and other facilities. Rentals derived from the leasing of specified facilities of PRIDCO are pledged for the payment of PRIDCO's revenue bonds. PRIDCO maintains debt that is paid with Commonwealth's appropriations. The Commonwealth provides financial support to PRIDCO through legislative appropriations.

*Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority (known as AFICA by its Spanish acronym)* — AFICA is governed by a seven member board comprising of the Executive Director of PRIDCO, the President of GDB, the Executive Director of Puerto Rico Infrastructure Financing Authority, the Executive Director of the Puerto Rico Tourism Company (the "PRTC"), the President of the Environmental Quality Board, and two private citizens appointed by the Governor. AFICA is authorized to issue revenue bonds to finance industrial, tourist, environmental control, medical, and educational facilities in Puerto Rico and the United States of America for use by private companies, nonprofit entities, or governmental agencies. The bonds are payable solely from collections from such private companies, nonprofit entities, or governmental agencies, and do not constitute debt of the Commonwealth or any of its other component units.

*Puerto Rico Infrastructure Financing Authority (PRIFA)* — PRIFA is governed by a seven member board comprising of five members appointed the board of the directors of GDB, the Secretary of the Treasury of the Commonwealth and one member appointed by the Governor. The President is appointed by the Governor from among its members. Its responsibilities are to provide financial, administrative, consulting, technical, advisory, and other types of assistance to other component units and governmental instrumentalities of the Commonwealth, which are authorized to develop infrastructure facilities and to establish alternate means for financing them. PRIFA's boards of directors' members are executives on a trustworthy position, named and supervised by the Governor. The Commonwealth provides financial support to PRIFA through legislative appropriations.

*Puerto Rico Land Administration (PRLA)* — PRLA is governed by an eleven member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who serves as President, the President of the Planning Board of Puerto Rico, who serves as Vice-President, the Secretary of the Treasury of the Commonwealth, the Secretary of Agriculture of the Commonwealth, the Secretary of DTPW of the Commonwealth, the Secretary of Housing of the Commonwealth, the Executive Director of Puerto Rico Industrial Development Corporation and four members appointed by the Governor with the advice and consent of the Senate. PRLA acquires parcels of land on behalf of government instrumentalities through negotiation or expropriation for future development or for reserve. The Commonwealth provides financial support to the PRLA through legislative appropriations.

*Puerto Rico and Municipal Islands Maritime Transport Authority (PRMIMTA)* — PRMIMTA is governed by a five member board comprising the Secretary of DTPW, who serves as President, the Executive Director of the Ports Authority, the Mayors of Vieques and Culebra, and one additional member appointed by the Governor. The operations of PRMIMTA consist of administering and operating the maritime transportation services between San Juan, Fajardo, Vieques and Culebra. The Commonwealth provides financial support to PRMIMTA through legislative appropriations.

*Puerto Rico Medical Services Administration (PRMeSA)* — PRMeSA is governed by a ten member board comprising the Secretary of the Department of Health of the Commonwealth, who is the Chairman, the Dean of the Medical Sciences Faculty of the UPR, the President of the Board of the Puerto Rican Cancer Society, the Mayor of the Municipality of San Juan, the Administrator of the State Insurance Fund Corporation, the Administrator of the Administration of Mental Health and Anti — Addiction Services, the President of the Medical Policy and Administration Committee, the Secretary of the Department of Family, and two members appointed by the Secretary of the Department of Health of the Commonwealth. Its purpose is to plan, organize, operate, and administer the centralized health services, provided in support of the hospital and other functions, offered by the member institutions and users of the medical complex known as the Puerto Rico Medical Center. The Commonwealth provides financial support to PRMeSA through legislative appropriations.

*Puerto Rico Metropolitan Bus Authority (PRMBA)* — PRMBA is governed by the Secretary of DTPW of the Commonwealth. PRMBA provides bus transportation to passengers within the San Juan Metropolitan Area. The Commonwealth provides financial support to PRMBA through legislative appropriations.

*Puerto Rico Municipal Finance Agency (PRMFA)* — PRMFA is governed by a five member board comprising the President of GDB, who is the Chairman, the Commissioner of Municipal Affairs, and three additional members appointed by the Governor, one of whom shall be either the mayor or chief financial officer of a municipality. PRMFA was organized to create a capital market to assist the municipalities of Puerto Rico in financing their public improvement programs.

*Puerto Rico Ports Authority (PRPA)* — PRPA is governed by a five member board consisting of the Secretary of DTPW of the Commonwealth, who is the Chairman, the Secretary of Economic Development and Commerce of the Commonwealth, the Executive Director of the PRTC, the Executive Director of Puerto Rico Industrial Development Company and one private citizen appointed by the Governor with the consent of the Senate. The purpose of PRPA is to administer all ports and aviation transportation facilities of the Commonwealth and to render other related services. The Commonwealth generally provides financial support to PRPA through legislative appropriations.

*Puerto Rico Public Broadcasting Corporation (PRPBC)* — PRPBC is governed by an eleven member board of directors comprising the Secretary of the Department of Education of the Commonwealth, the President of the UPR, the Executive Director of IPRC, and eight private citizens appointed by the Governor with the advice and consent of the Senate. At least three of these private citizens must have proven interest, knowledge, and experience in education, culture, art, science, or radio and television. PRPBC was created for the purpose of integrating, developing, and operating the radio, television, and electronic communication facilities that belong to the Commonwealth. The Commonwealth provides financial support to PRPBC through legislative appropriations.

*Puerto Rico Public Private Partnerships Authority (PPPA)* — PPPA is governed by a five member board of directors comprising the President of GDB, the Secretary of the Treasury, the President of the Planning Board and two members appointed by the Governor, one member selected by the President of the Senate of Puerto Rico and another member, by the Speaker of the Puerto Rico House of Representatives. PPPA is the only government entity authorized and responsible for implementing public policy on Public Private Partnerships established by Act No. 29 of June 8, 2009 and to determine the functions, services or facilities for which such Partnerships will be established.

*Puerto Rico School of Plastic Arts (PRSPA)* — PRSPA is governed by a seven member board. Four members are appointed by the board of directors of IPRC, representing the public educational and cultural interests. Board members may not be employees of the PRSPA. The remaining three members are elected from among the members of the board of directors of IPRC, one of whom will serve as president. PRSPA was created to develop, promote, plan, and coordinate programs of study in higher education oriented to the plastic arts, teaching, artistic techniques, and to help students to develop humanistic values. The Commonwealth generally provides financial support to PRSPA through legislative appropriations.

*Puerto Rico Telephone Authority (PRTA)* — PRTA is governed by a five member board comprising the President of GDB and four members that are appointed by the board of directors of GDB. PRTA is the legal entity responsible to account for the equity interest in Telecommunications de Puerto Rico, Inc., for the benefit of the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS). The Commonwealth generally provides financial support to PRTA through legislative appropriations.

*Puerto Rico Tourism Company (PRTC)* — PRTC is governed by a seven member board comprising of representatives of different tourist related sectors appointed by the Governor with the consent of the Senate. At least one member must represent internal tourism and two must not be residents of the metropolitan area. Its purpose is to promote the tourism industry of Puerto Rico. The Commonwealth generally provides financial support to PRTC through legislative appropriations.

*Puerto Rico Trade and Export Company (PRTEC)* — PRTEC is governed by a nine member board comprising the Secretary of the Department of Economic Development and Commerce, who is the Chairman, the Executive Director of the Ports Authority, the Secretary of the Department of Agriculture, the President of EDB, the Executive Director of PRIDCO, the Legal Division Director of PRTEC, and three private citizens. PRTEC has the responsibility to promote the highest efficiency in the services provided to the commercial sector, with emphasis on small and medium sized enterprises while promoting the export of products and services from Puerto Rico to other countries. The Commonwealth provides financial support to PRTEC through legislative appropriations.

*Solid Waste Authority (SWA)* — SWA is governed by a government board appointed by the Secretary of the Department of Natural Resources, whereby, the Secretary and the Executive Director of SWA periodically meet. SWA provides alternatives for processing of solid waste and encourages recycling, reuse, and recovery of resources from waste. The Commonwealth provides financial support to SWA through legislative appropriations.

*Special Communities Perpetual Trust (SCPT)* — SCPT is governed by a board of directors composed of eleven members: the Secretary of the Department of Housing of the Commonwealth, the Secretary of the DTPW of the Commonwealth, the Coordinator for the Social and Economic Financing of the Special Communities, one mayor of a municipality of Puerto Rico, one community leader resident in one special community, four private citizens representing the public interest, and two public employees. All members of the board of directors are appointed by the Governor. SCPT's principal purpose is to fund development projects that address the infrastructure and housing needs of the underprivileged communities. The Commonwealth provides financial support to SCPT through legislative appropriations.

*State Insurance Fund Corporation (SIFC)* — SIFC is governed by a seven member board appointed by the Governor with the advice and consent of the Senate. The board comprises the Commissioner of Insurance of Puerto Rico, an officer from the Department of Labor and Human Resources of the Commonwealth, an officer from the Department of Health of the Commonwealth, a representative of the employers' interest, a representative of the employees' interest, and two members without any of these interests. One of these members is appointed by the Governor as president of the board for a period of six years. The three public officials are appointed for a period of five years, and the rest of the members for four, three, two, and one year, respectively. SIFC provides workers' compensation and disability insurance to public and private employees. The Commonwealth has access to SIFC's resources.

*University of Puerto Rico Comprehensive Cancer Center (UPRCCC)* — UPRCCC is governed by an eleven member board comprising of five ex-officio members: the President of the University of Puerto Rico (the UPR), the Chancellor of Medical Sciences Campus of the UPR, the Secretary of the Department of Health of the Commonwealth, the Dean of the UPR School of Medicine and the Director of the Office of Management and Budget of the Commonwealth. The remaining six (6) members are as follows: one member who is a representative of the medical faculty of the Medical Science Campus, appointed by the President of the University; one member who is a cancer research specialist of the Medical Science Campus of the University, appointed by the President of the University; one member who is a cancer patient residing in Puerto Rico, appointed by the President of the University; and three citizens of Puerto Rico who have shown commitment to the fight against cancer, one of which will be a member of the "Liga Puertorriqueña Contra el Cancer", appointed by the Governor.

Complete financial statements of the discretely presented component units can be obtained directly by contacting their administrative offices:

Government Development Bank for Puerto Rico
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Aqueduct and Sewer Authority
P.O. Box 7066
San Juan, PR 00916-7066

Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, PR 00936-4267

Puerto Rico Health Insurance Administration
P.O. Box 195661
San Juan PR 00919-5661

Puerto Rico Highways and Transportation
Authority
P.O. Box 42007
San Juan, PR 00940-2007

University of Puerto Rico
Jardín Botánico Sur

1187 Street Flamboyán
San Juan, PR 00916-1117

Agricultural Enterprises Development
Administration
P.O. Box 9200
Santurce, PR 00908-0200

Automobile Accidents Compensation
Administration
P.O. Box 364847
San Juan, PR 00936-4847

Cardiovascular Center Corporation of
Puerto Rico and the Caribbean
P.O. Box 366528
San Juan, PR 00936-6528

Company for the Integral Development of the
"Península de Cantera"
P.O. Box 7187
Santurce, PR 00916-7187

Corporation for the "Caño Martín Peña"
ENLACE Project
P.O. Box 41308
San Juan, PR 00940-1308

Corporation for the Development of the Arts,
Science and Film Industry of Puerto Rico
P.O. Box 362350
San Juan, PR 00936-2350

Culebra Conservation and Development
Authority
P.O. Box 217
Culebra, PR 00775-0217

Economic Development Bank for Puerto Rico
P.O. Box 2134
San Juan, PR 00922-2134

Employment and Training Enterprises
Corporation
P.O. Box 366505
San Juan, PR 00936-6505

Farm Insurance Corporation of Puerto Rico
P.O. Box 9200
Santurce, PR 00908

Fine Arts Center Corporation
P.O. Box 41287 — Minillas Station
San Juan, PR 00940-1287

Governing Board of the 9-1-1 Service
P.O. Box 270200
San Juan, PR 00927-0200

Institute of Puerto Rican Culture
P.O. Box 9024184
San Juan, PR 00902-4184

Institutional Trust of the National Guard of
Puerto Rico
P.O. Box 9023786
San Juan, PR 00902-3786

Land Authority of Puerto Rico
P.O. Box 9745
Santurce, PR 00908-9745

Local Redevelopment Authority for Roosevelt
Roads Puerto Rico
400 Calaf Street
PMB 456
San Juan, PR 00918-1314

Musical Arts Corporation
P.O. Box 41227
San Juan, PR 00940-1227

National Parks Company of Puerto Rico
P.O. Box 9022089
San Juan, PR 00902-2089

Port of the Americas Authority
P.O. Box 195534
San Juan, PR 00919-5534

Public Corporation for the Supervision and
Deposit Insurance of Puerto Rico Cooperatives
P.O. Box 195449
San Juan, PR 00919-5449

Puerto Rico Conservatory of Music Corporation
951 Ponce de León Ave.
San Juan, PR 00907-3373

Puerto Rico Convention Center District
Authority
P.O. Box 19269,
San Juan, Puerto Rico, 00910-1269

Puerto Rico Council on Education
P.O. Box 19900
San Juan, PR 00910-1900

Puerto Rico Government Investment Trust Fund
P.O. Box 42001 — Minillas Station
San Juan, PR 00940-2001

Puerto Rico Industrial Development Company
P.O. Box 362350
San Juan, PR 00936-2350

Puerto Rico Industrial, Tourist, Educational,
Medical, and Environmental Control
Facilities Financing Authority
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Infrastructure Financing Authority
P.O. Box 41207 Minillas Station
San Juan, PR 00940

Puerto Rico Land Administration
P.O. Box 363767
San Juan, PR 00936-3767

Puerto Rico and Municipal Islands Maritime
Transport Authority
P.O. Box 4305
Puerto Real, PR 00740

Puerto Rico Medical Services Administration
P.O. Box 2129
San Juan, PR 00922-2129

Puerto Rico Metropolitan Bus Authority
P.O. Box 195349
San Juan, PR 00919-5349

Puerto Rico Municipal Finance Agency
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Ports Authority
P.O. Box 362829
San Juan, PR 00936-2829

Puerto Rico Public Broadcasting Corporation
P.O. Box 190909
San Juan, PR 00919-0909

Puerto Rico Public Private Partnership
Authority
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico School of Plastic Arts
P.O. Box 9021112
San Juan, PR 00902-1112

Puerto Rico Telephone Authority
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Tourism Company
Tanca Street #500, Ochoa Building 3rd Floor,
Old San Juan, PR 00902-3960

Puerto Rico Trade and Export Company
P.O. Box 195009
San Juan, PR 00919-5009

Solid Waste Authority
P.O. Box 40285
San Juan, PR 00940-0285

Special Communities Perpetual Trust
P.O. Box 42001
San Juan, PR 00940-2001

State Insurance Fund Corporation
P.O. Box 365028
San Juan, PR 00936-5028

University of Puerto Rico Comprehensive Cancer Center
PMB 711
89 De Diego Ave., Suite 105
San Juan, PR 00927-6346

The financial statements of the discretely presented component units have a year end of June 30, 2012, except for the Puerto Rico Telephone Authority, which has a year end of December 31, 2011.

**Fiduciary Component Units** — The three employee retirement systems administer pension funds for the Commonwealth and its political subdivisions. The three systems (the "Systems") are subject to legislative and executive controls, and the administrative expenses are subject to legislative budget controls. These component units, while meeting the definition of a component unit and are legally separate, are presented in the fund financial statements along with other fiduciary funds of the Commonwealth. They have been omitted from the government wide financial statements, as their resources are not available to fund operations of the Commonwealth. The Systems, as governmental retirement plans, are excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

*Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)* — ERS is governed by a board of trustees, which is composed of the Secretary of the Treasury of the Commonwealth, who is the President, the President of GDB, the Commissioner for Municipal Affairs, the Director of the Puerto Rico Central Office of Personnel Administration, two participating employees, and one retiree, who are appointed by the Governor. The Commonwealth reports ERS as a cost sharing multiple employer pension plan. ERS is a multiple employer defined benefit pension plan, which covers all regular employees of the Commonwealth and its instrumentalities and of certain municipalities and component units not covered by their own retirement systems.

*Puerto Rico Judiciary Retirement System (JRS)* — JRS is governed by the same board of trustees as ERS. JRS is a single employer defined benefit plan that covers all active judges or retired judges of the judiciary branch of the Commonwealth.

*Puerto Rico System of Annuities and Pensions for Teachers (TRS)* — TRS is governed by a nine member board comprising three ex-officio members, which are the Secretary of the Department of Education, the Secretary of the Treasury of the Commonwealth, the President of GDB, and one member who is a representative of a teachers' organization designated by the Governor; three teachers appointed by the Governor, one of which represents currently certified teachers in active service, and two who represent retired teachers; one member who is a representative of the entity that represents the proper unit under Act No. 45 of February 25, 1998, as amended; and one additional member, as representative of the public interest, with knowledge of and experience in the administration and operation of financial systems, appointed by the Governor. The Commonwealth reports TRS as a single employer pension plan. TRS provides retirement benefits to all teachers of the Department of Education of the Commonwealth, all pensioned teachers, all teachers transferred to an administrative position in the Department of Education of the Commonwealth, and those who practice in private institutions accredited by the Department of Education of the Commonwealth who elect to become members. TRS provides retirement, death, and disability benefits.

Complete financial statements of these component units can be obtained directly by contacting their respective administrative offices at:

Employees' Retirement System of the
Government of the Commonwealth of Puerto Rico
P.O. Box 42003 — Minillas Station
San Juan, PR 00940-2203

Puerto Rico Judiciary
Retirement System
P.O. Box 42003 — Minillas Station
San Juan, PR 00940-2203

Puerto Rico System of Annuities and Pensions for
Teachers
P.O. Box 191879
San Juan, PR 00919-1879

### (c)   Government-Wide Financial Statements

The government-wide financial statements (the statement of net assets and the statement of activities) report information of all of the nonfiduciary activities of the Commonwealth and its component units. For the most part, the effect of interfund activity has been removed from these government wide financial statements. Governmental activities, which normally are supported by taxes and intergovernmental revenue, are reported separately from business type activities, which rely to a significant extent on fees and charges for support. Likewise, the primary government is reported separately from the legally separate component units for which the primary government is financially accountable. The statement of net assets presents the reporting entities' nonfiduciary assets and liabilities, with the difference reported as net assets. Net assets are reported in three categories:

*Invested in Capital Assets, Net of Related Debt* — These consist of capital assets, net of accumulated depreciation and amortization and reduced by outstanding balances of bonds, notes, and other debt that is attributed to the acquisition, construction, or improvement of those assets.

*Restricted Net Assets* — These result when constraints placed on the net assets' use are either externally imposed by creditors, grantors, contributors, and the like or imposed by law through constitutional provisions or enabling legislation.

*Unrestricted Net Assets* — These consist of net assets that do not meet the definition of the two preceding categories. Unrestricted net assets often are designated to indicate that management does not consider them to be available for general operations. Unrestricted net assets often have constraints on resources that are imposed by management, but can be removed or modified.

When both restricted and unrestricted resources are available for use, generally, it is the Commonwealth's policy to use restricted resources first, then the unrestricted resources as they are needed.

The statement of activities demonstrates the degree to which the direct expenses of a given function, segment, or component unit are offset by program revenue. Direct expenses are those that are clearly identifiable with a specific function, segment, or component unit. Program revenue includes charges to customers who purchase, use, or directly benefit from goods or services provided by a given function, segment, or component unit. Program revenue also includes grants and contributions that are restricted to meeting the operational or capital requirements of a particular function, segment, or component unit. Taxes and other items not properly included among program revenue are reported instead as general revenue. Resources that are dedicated internally are reported as general revenue rather than as program revenue. The Commonwealth does not allocate general government (indirect) expenses to other functions.

**(d)   Measurement Focus, Basis of Accounting, and Financial Statement Presentation**

*Government Wide Financial Statements* — The government wide financial statements are reported using the economic resources measurement focus and the accrual basis of accounting. Revenue is recorded when earned and expenses are recorded when a liability is incurred, regardless of the timing of related cash flows. Revenues from property tax are recognized in the fiscal year for which the taxes are levied. Grants and similar items are recognized as revenue as soon as all eligibility requirements have been met.

*Governmental Fund Financial Statements* — The governmental fund financial statements are reported using the current financial resources measurement focus and the modified accrual basis of accounting. Revenue is recognized as soon as it is both measurable and available. Revenue is considered to be available when it is collectible within the current period or soon enough thereafter to pay liabilities of the current period. Principal revenue sources considered susceptible to accrual include tax revenue, net of estimated overpayments (refunds) and amounts considered not collectible, which are recorded as taxpayers earn income (income taxes), as sales are made (consumption, sales and use taxes) and as cash is received (miscellaneous taxes). For this purpose, the Commonwealth considers income tax revenue to be available if collected within 120 days after the end of the current fiscal year end, property tax revenue if collected within 90 days after the end of the current fiscal year, and consumption sales and use tax if collected within 30 days after the end of the current fiscal year. In applying the susceptible to accrual concept to federal grants, there are essentially two types of revenue. For the majority of grants, moneys must be expended by the Commonwealth on the specific purpose or project before any amounts will be reimbursed. Revenue is, therefore, recognized as expenditures are incurred to the extent available. For the other revenue, moneys are virtually unrestricted and are generally revocable only for failure to comply with prescribed compliance requirements. These resources are reflected as revenue at the time of receipt or earlier if the susceptible to accrual criteria is met. Expenditures are generally recorded when a liability is incurred, as under accrual accounting. Modifications to the accrual basis of accounting include the following:

- Employees' vested annual vacation and sick leave are recorded as expenditures when utilized. The amount of accumulated annual vacation and sick leave unpaid at June 30, 2012 has been reported only in the government wide financial statements.

- Interest and principal on general long-term obligations and interest on interest rate swap agreements are recorded when due, except for interest and principal due on July 1 of the following fiscal year, if resources are available for its payment as of June 30.

- Debt service expenditures, federal funds' cost disallowances, other long-term obligations, and amounts subject to judgments under litigation are recorded in the governmental funds only when payment is due; and in the case of judgments under litigation, when a settlement has been made and awaiting payment. Until this criteria is met, these liabilities have been recorded only in the government wide financial statements.

*Proprietary Funds, Fiduciary Funds, and Discretely Presented Component Units Financial Statements* — The financial statements of the proprietary funds, fiduciary funds, and discretely presented component units are reported using the economic measurement focus and the accrual basis of accounting, similar to the government wide financial statements described above.

Each enterprise fund has the option under GASB Statement No. 20, *Accounting and Financial Reporting for Proprietary Funds and Other Governmental Entities That Use Proprietary Fund Accounting*, to elect and apply all Financial Accounting Standards Board (FASB) pronouncements issued after November 30, 1989, unless these conflict with a GASB pronouncement. The primary government's major enterprise funds have elected not to apply FASB pronouncements issued after November 30, 1989 and two nonmajor enterprise funds elected to adopt the FASB's pronouncements issued after November 30, 1989. Also, certain discretely presented component units have disclosed their election in their separately issued financial statements. The component units follow GAAP as issued by GASB and FASB as applicable to each component unit based on the nature of their operations. In addition, the Puerto Rico Government Investment Trust Fund adopted GASB Statement No. 31; *Accounting and Financial Reporting for Certain Investments and for External Investments Pools*; however, such financial statements are not included in the accompanying basic financial statements because the primary government and each component unit's investor already present their corresponding share of the assets of the PRGITF as cash or investments.

Proprietary funds distinguish operating revenue and expenses from nonoperating items. Operating revenue and expenses generally result from providing services and producing and delivering goods in connection with a proprietary fund's principal ongoing operations. Revenue and expenses not meeting this definition are reported as nonoperating revenue and expenses. The major operating revenue of the Commonwealth's enterprise funds is as follows:

*Unemployment Insurance Fund* — Amounts requisitioned for the Puerto Rico Unemployment Insurance Trust Fund held by the U.S. Treasury for payment of unemployment benefits and charges made to individual employers.

*Lotteries Fund* — Amounts collected from the sale of traditional lottery tickets and electronic lotto games.

**(e)   Fund Accounting**

The Commonwealth reports its financial position and results of operations in funds, which are considered separate accounting entities, and discrete presentations of those component units, which are not required to be blended. The operations of each fund are accounted for within a set of self-balancing accounts. Fund accounting segregates funds according to their intended purpose and is used to aid management in demonstrating compliance with legal, financial, and contractual

provisions. Major funds are determined using a predefined percentage of the assets, liabilities, revenue, or expenditures/expenses of either the fund category or the governmental and enterprise funds combined. The nonmajor funds are combined in a single column in the fund financial statements. The Commonwealth reports the following major funds:

**Governmental Funds:**

*General Fund* — The general fund is the primary operating fund of the Commonwealth. It is used to account for and report all financial resources received and used for those services traditionally provided by a government, except those required to be accounted for and reported in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, and education.

*Pledged Sales and Use Tax Fund* — The pledge sales and use tax fund is used to account for and report the sales tax revenue and the corresponding transfer to COFINA debt service fund for the payment of debt.

*Debt Service Fund* — The debt service fund accounts for and reports financial resources that are restricted, committed or assigned to expenditure for general long-term bonds' principal, interest, and related costs other than bonds payable from the operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1 of the following fiscal year are accounted for as a fund liability if resources are available as of June 30 for its payment.

*COFINA Special Revenue Fund* — The special revenue fund of the Puerto Rico Sales Tax Financing Corporation (COFINA) is used to account for and report all financial resources of COFINA, except those required to be accounted for and reported in another fund.

*COFINA Debt Service Fund* — The debt service fund of the Puerto Rico Sales Tax Financing Corporation is used to account for the Commonwealth sales tax revenue being deposited in the Dedicated Sales Tax Fund for the payment of interest and principal on long-term obligations.

*Nonmajor Governmental Funds* — The Commonwealth reports the following blended component units within the nonmajor governmental funds: Public Buildings Authority, The Children's Trust, and the Puerto Rico Maritime Shipping Authority. If a component unit is blended, the governmental fund types of the component unit should be blended with those of the primary government by including them in the appropriate combining statements of the primary government. Although the primary government's General Fund is usually the main operating fund of the reporting entity, the General Fund of a blended component unit should be reported as a Special Revenue Fund. Special Revenue Funds are used to account for and report the proceeds of specific revenue sources that are restricted or committed to expenditure for specified purposes other than debt service or capital projects.

The capital projects fund is used to account for and report financial resources that are restricted, committed, or assigned to expenditures for capital outlays, including the acquisition or construction of capital facilities and other capital assets. These capital expenditures may be for the primary government directly or for discrete component units and outside organizations and governments such as the municipalities of the Commonwealth and other applicable entities. Capital projects funds exclude those types of capital-related outflows financed by proprietary funds or for assets that will be held in trust for individuals, private organizations, or other governments.

**Proprietary Funds** — These funds account for those activities for which the intent of management is to recover, primarily through user charges, the cost of providing goods or services to the general public.

The Commonwealth reports the following major proprietary funds:

*Unemployment Insurance Fund* — This fund accounts for amounts requisitioned for the Puerto Rico Unemployment Insurance Trust Fund held by the U.S. Treasury for payment of unemployment benefits and charges made to individual employers.

*Lotteries Fund* — This fund accounts for the assets and operations of two lottery systems administered by the Commonwealth.

The Commonwealth reports the following nonmajor proprietary funds: Disability Insurance, Drivers' Insurance, Puerto Rico Water Pollution Control Revolving Fund, and Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund.

**Fiduciary Funds** — Fiduciary funds are used to account for assets held by the Commonwealth in a trustee capacity, or as an agent for individuals, private organizations, and other governmental units. The following are the Commonwealth's fiduciary funds:

*Pension Trust Funds* — These are used to account for the assets, liabilities, and net assets available for pension benefits held in trust for the public employees' retirement systems.

*Agency Funds* — These are custodial in nature (assets equal liabilities) and do not involve measurement of the results of operations.

**Discretely Presented Component Units** — Discrete presentation of component units is used to present the financial information of entities that do not qualify to be blended, in accordance with GASB Statement No. 14, as amended by GASB Statement No. 39, with the funds of the primary government. The component units' column in the government wide financial statements is used to report the financial activities of the Commonwealth's discretely presented component units. The financial statements of these component units are presented following the accrual basis of accounting. Under the accrual basis, revenue is recognized when earned and expenses are recorded at the time liabilities are incurred, without regard to receipt or payment of cash.

**(f)   Reconciliation of Government-wide and Fund Financial Statements**

A summary reconciliation of the difference between total fund balances (deficit) as reflected on the governmental funds balance sheet and total net assets (deficit) of governmental activities as shown on the government-wide statement of net assets is presented in an accompanying schedule to the governmental funds balance sheet. The asset and liability elements which comprise the difference are related to the governmental funds using the current financial resources measurement focus and the modified accrual basis of accounting while the government-wide financial statements use the economic resources measurement focus and the accrual basis of accounting.

A summary reconciliation of the difference between net change in fund balances (deficit) as reflected on the governmental funds statement of revenues, expenditure, and changes in fund balances (deficit) and change in net assets (deficit) of governmental activities as shown on the government-wide statement of activities is presented in an accompanying schedule to the government funds statement of revenues, expenditures, and changes in fund balances (deficit). The revenue and expense elements which comprise the reconciliation difference stem from governmental funds using the current financial resources measurement focus and the modified

- 75 -

accrual basis of accounting while the government-wide financial statements use the economic resources measurement focus and the accrual basis of accounting.

**(g)    Statutory (Budgetary) Accounting**

The Commonwealth's budget is adopted in accordance with a statutory basis of accounting, which is not in accordance with US GAAP. Revenue is generally recognized when cash is received, net of tax refunds claimed by taxpayers as of year-end. Short term and long-term borrowings may be used to finance budgetary excess of expenditures over revenue. Expenditures are generally recorded when the related expenditure is incurred or encumbered. Encumbrances generally lapse the year following the end of the fiscal year when the encumbrance was established, as established by Act No. 123 of August 17, 2001. Unencumbered appropriations lapse at year-end. Amounts required for settling claims and judgments against the Commonwealth and certain other liabilities are not recognized until they are encumbered or otherwise processed for payment.

Under the statutory basis of accounting, the Commonwealth uses encumbrance accounting to record the full amount of purchase orders, contracts, and other commitments of appropriated resources as deductions from the appropriation prior to actual expenditure. In the governmental funds, encumbrance accounting is a significant aspect of budgetary control.

The statement of revenue and expenditures — budget and actual — budget basis — general fund only presents the information for the general fund for which there is a legally adopted budget, as required by US GAAP. See Note 3(b) for a reconciliation of the statement of revenue and expenditures — budget and actual — budget basis — general fund with the statement of revenues, expenditures, and changes in fund balances (deficit) for the general fund. The special revenue funds do not have a legally mandated budget.

**(h)    Cash and Short Term Investments**

The Commonwealth follows the practice of pooling cash. The balance in the pooled cash accounts is available to meet current operating requirements, and any excess is invested in various interest bearing accounts with the Government Development Bank for Puerto Rico and with the Puerto Rico Government Investment Trust Fund (PRGITF). Cash and cash equivalents include investments with original maturities of 90 days or less from the date of acquisition.

The Commissioner of Financial Institutions requires that private financial institutions deposit collateral securities to secure the deposits of the Commonwealth and all other governmental entities in each of these institutions. The amount of collateral securities to be pledged for the security of public deposits shall be established by the rules and regulations promulgated by the Commissioner of Financial Institutions.

The Puerto Rico Unemployment Insurance Trust Fund is maintained to account for the collection of unemployment insurance contributions from employers and the payment of unemployment benefits to eligible claimants. As required by federal law, all resources not necessary for current benefit payments are placed on deposit with the U.S. Treasury. Interest earned over such deposit is retained in the fund.

Cash and short term investments and cash equivalents of the component units and certain funds of the primary government are maintained in separate bank accounts, from those of the rest of the primary government, in their own names.

**(i)**   **Securities Purchased under Agreements to Resell**

Certain component units of the Commonwealth enter into purchases of securities with simultaneous agreements to resell the same securities ("repurchase agreements"). The amounts advanced under these agreements generally represent short–term loans and are reflected as an asset. The securities underlying these agreements mainly consist of U.S. government obligations, mortgage-backed securities, and interest bearing deposits with other banks. Repurchase agreements are authorized transactions under their respective enabling legislation and/or authorized by GDB.

**(j)**   **Securities Lending Transactions**

Certain component units of the Commonwealth enter into securities lending transactions in which governmental entities (lenders) transfer their securities to broker dealers and other entities (borrowers) for collateral with a simultaneous agreement to return the collateral for the same securities in the future. Cash received as collateral on securities lending transactions and investments made with that cash are reflected as investments. Securities received as collateral are reported as investments if the component unit has the ability to pledge or sell them without a borrower default. Liabilities resulting from these securities lending transactions also are reported in the statement of net assets. Securities lending transactions collateralized by letters of credit or by securities that the component unit does not have the ability to pledge or sell unless the borrower defaults are not reported as assets and liabilities in the statement of net assets.

**(k)**   **Investments and Investment Contracts**

Investments and investment contract mainly include U.S. government and agencies' obligations, mortgage-backed securities, repurchase agreements, commercial paper, local government obligations, investment contracts, and corporate debt and equity obligations. Investments and investment contracts, are carried at fair value, except for money market investments and participating investment contracts with a remaining maturity at the time of purchase of one year or less and nonparticipating investment contracts (guaranteed investment contracts), which are carried at cost; and investment positions in 2a-7 like external investment pools, which are carried at the pool's share price. Fair value is determined based on quoted market prices and quotations received from independent broker/dealers or pricing service organizations. Investment income, including changes in the fair value of investments, is presented as investment earnings in the statement of activities, the statement of revenues, expenditures, and changes in fund balances (deficit) — governmental funds, and the statement of revenues, expenses, and changes in fund net assets (deficit) — proprietary funds. Realized gains and losses from the sale of investments and unrealized changes in the fair value of outstanding investments are included in the change in the fair value of investments.

The PRGITF is considered a 2a7 like external investment pool and, as such, reports its investments at amortized cost.

**(l)**   **Receivables**

Tax receivables in the general fund include predominantly amounts owed by taxpayers for individual and corporate income taxes, net of estimated uncollectible amounts. Income tax receivables are recognized as revenue when they become measurable and available based on actual collections during the 120 days following the fiscal year end related to tax returns due before year end. Taxes receivables also include amounts owed by taxpayers on income earned in periods prior to June 30, 2012, estimated to be collectible but not currently available, and thus are reported as

deferred revenue in the general fund. Unemployment, disability, and driver's insurance receivables in the enterprise funds are stated net of estimated allowances for uncollectible accounts.

The sales and use tax receivable is recognized as revenue when it becomes measurable and available based on actual collections during the 30 days following the fiscal year-end related to sales and use tax returns due before year-end.

Excise tax receivable is recognized as revenue when it becomes measurable and available based on actual collections during the 30 days following the fiscal year-end related to transactions that occurred before year-end. Act No. 154 of October 25, 2010 imposes a new temporary excise tax on the acquisition of certain personal property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico by nonresident alien individuals, foreign corporations and foreign partnerships. Act No. 154 applies to income realized and acquisitions occurring after December 31, 2010. Act No. 154 provides that, in certain circumstances, taxpayers will be deemed to be engaged in trade or business in Puerto Rico and taxable in Puerto Rico with respect to a portion of taxpayer's income where the taxpayers engage in significant transactions with other persons that are members of the same controlled group. Where a person engages in significant transactions with a member of the same controlled group that has gross receipts of seventy-five million dollars or more in any of the last three years and that manufactures or produces goods in Puerto Rico, or provides services in connection with the manufacture or production of goods in Puerto Rico, the person will not be subject to income tax, but will instead be subject to the excise tax in lieu of any income tax. The excise tax will apply for a period of six years. The excise tax is based on the value of the personal property or services acquired and will be 4% for calendar year 2011, declining to 3.75% in 2012, 2.75% in 2013, 2.5% in 2014, 2.25% in 2015 and 1% in 2016. On February 28, 2013, Act No. 2 was enacted raising the then prevailing excise tax rate of 2.75% to 4%, effective immediately, and maintaining such rate fixed at 4% until the year 2017.

Real property tax payments, under Act No. 7 described below, for the fiscal year ended June 30, 2012 were due September 1, 2011 and March 1, 2012. Property tax revenue represents payments received during the year and payments received (against the current fiscal year and prior years' levies) within the first three months of the following fiscal year reduced by tax refunds for the fund financial statements. Additionally, the government wide financial statements recognize real property tax revenues (net of refunds) which are not available to the governmental fund type in the fiscal year for which the taxes are levied. Act No. 7 of March 9, 2009, as amended, imposed a real property tax, in addition to the one already established for the municipalities of the Commonwealth through the Municipal Revenue Collection Center (CRIM), on residential and commercial real properties with appraised values in excess of approximately $210,000. This tax was applicable during fiscal years 2010 through 2012 and amounted to 0.591% of such properties' appraised value as determined by the CRIM. Act No. 1 of January 31, 2011 eliminated this additional real property tax commencing with the quarter ended June 30, 2011.

Accounts receivable are stated net of estimated allowances for uncollectible accounts, which are determined, based upon past collection experience and current economic conditions. Intergovernmental receivables primarily represent amounts owed to the Commonwealth for reimbursement of expenditures incurred pursuant to federally funded programs. Intergovernmental receivables also include taxes that the CRIM, is required to remit to the Commonwealth to be used by the Commonwealth's debt service fund for payment of debt service on general obligations of the Commonwealth. The amount to be remitted is based on the special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation, which is levied by the CRIM.

The accounts receivable from nongovernmental customers of the component units are net of estimated uncollectible amounts. These receivables arise primarily from service charges to users. Accounts receivable from the primary government and other component units that arise from service charges although deemed fully collectible, are evaluated for collectability.

Loans of the general fund are net of estimated uncollectible amounts. These receivables arise from amounts owed by public corporations and municipalities for public insurance and rent paid by the general fund on their behalf.

The loans of the pension trust funds do not have allowances for uncollectible amounts since such loans are secured by mortgage deeds, plan members' contributions, and any unrestricted amounts remaining in escrow. Loans of the component units consist predominantly of loans to the primary government, other component units, and municipalities, and do not have allowances for uncollectible accounts as those are deemed fully collectible. The remaining loans of the component units are to small and medium businesses, agricultural, and low income housing loans from nongovernmental customers, and are presented net of estimated losses on such portfolios.

**(m)   Inventories**

Generally, inventories are valued at cost and predominantly on the first in, first out basis. Governmental fund inventories are recorded as expenditures when purchased rather than capitalized as an asset. Only significant amounts of inventory at the end of the year are capitalized in the governmental funds. However, inventories are always capitalized in the statement of net assets of governmental activities.

**(n)   Restricted Assets**

Funds set aside for the payment and guarantee of notes and interest payable and for other specified purposes are classified as restricted assets since their use is limited for this purpose by applicable agreements or required by law. Restricted assets in the proprietary funds mainly include amounts set aside for the payment of insurance benefits.

**(o)   Real Estate Held for Sale**

Real estate held for sale are carried at the lower of fair value or cost, which is established by a third-party professional assessment or based upon an appraisal, minus estimated costs to sell. Subsequent declines in the value of real estate available for sale are charged to expenditure/expense.

**(p)   Capital Assets**

Capital assets include land, buildings, building improvements, equipment (including software), vehicles, construction in process, and infrastructure assets, and are reported in the applicable governmental, business type activities, and component unit columns in the government wide financial statements. The Commonwealth's primary government defines capital assets as assets that (i) have an initial, individual cost of $25,000 or more at the date of acquisition; and (ii) have a useful life of five or more years. Capital assets are recorded at historical cost or at estimated historical cost if actual historical cost is not available.

The method to deflate the current cost of the same or a similar asset using an approximate price index was used to estimate the historical cost of certain land, buildings, and building

improvements, because invoices and similar documentation were no longer available in certain instances. Donated capital assets are recorded at fair market value at the time of donation. Major outlays for capital assets and improvements are capitalized as projects are constructed. Interest costs are capitalized during the construction period only for business type activities and most component units. The costs of normal maintenance and repairs that do not add value to the assets or materially extend asset lives are not capitalized.

Capital assets utilized in the governmental funds are recorded as expenditures in the governmental fund financial statements. Depreciation expense is recorded in the government wide financial statements, as well as the proprietary funds and component units' financial statements.

Capital assets of the primary government are depreciated on the straight line method over the assets' estimated useful life. There is no depreciation recorded for land and construction in progress. The estimated useful life of capital assets is as follows:

|  | Years |
|---|---|
| Buildings and building improvements | 20–50 |
| Equipment, furniture, fixtures, vehicles and software | 5–15 |
| Infrastructure | 50 |

The capital assets of the component units are recorded in accordance with the applicable standards of the component units and under their own individual capitalization thresholds. Depreciation has been recorded when required by these standards based on the types of assets, use and estimated useful lives of the respective assets, and on the nature of each of the component unit's operations.

The estimated useful lives of capital assets reported by the component units are as follows:

|  | Years |
|---|---|
| Buildings and building improvements | 3–50 |
| Equipment, furniture, fixtures, vehicles and software | 3–20 |
| Intangibles, other than software | 3–5 |
| Infrastructure | 10–50 |

The Commonwealth follows the provisions of GASB Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries — an amendment to GASB Statement No. 34*. This statement establishes guidance for accounting and reporting for the impairment of capital assets and for insurance recoveries.

**(q)  Tax Refunds Payable**

During the calendar year, the Commonwealth collects individual income taxes through withholdings and payments from taxpayers. At June 30, the Commonwealth estimates the amount owed to taxpayers for overpayments during the first half of the calendar year. These estimated amounts and the actual tax refunds claimed for prior years but not paid at year end are recorded as tax refunds payable and as a reduction of tax revenue.

**(r)  Deferred Revenue**

Deferred revenue at the governmental fund level arises when potential revenue does not meet the "available" criteria for revenue recognition in the current period. Deferred revenue also arises

- 80 -

when resources are received before the Commonwealth has a legal claim to them, as when grant moneys are received prior to incurring the qualifying expenditures. In subsequent periods, when the revenue recognition criteria is met, or when the Commonwealth has a legal claim to the resources, the liability for deferred revenue is removed from the balance sheet, and the revenue is recognized. Deferred revenue at the government wide and proprietary fund levels arises only when the Commonwealth receives resources before it has a legal claim to them.

**(s)  Long-term Debt**

The liabilities reported in the government wide financial statements include Commonwealth's general obligation bonds and long-term notes, obligations under lease/purchase agreements, and long-term liabilities including vacation, sick leave, long-term liabilities to other governmental entities, net pension obligation, legal claims, and noncurrent federal fund cost disallowances related to expenditures of federal grants. Long-term obligations financed by proprietary fund types and component units are recorded as liabilities in those funds and in the discretely presented component units' column.

In the government wide financial statements, premiums, discounts, and issuance costs on long-term debt and other long-term obligations are presented in the columns for governmental and business type activities. The same is presented in the proprietary fund financial statements. Bond and note premiums and discounts, as well as issuance costs, are deferred and amortized over the life of the debt. Bonds and notes payable are reported net of the applicable bond premium or discount. Bond issuance costs are reported as deferred charges in other assets and are amortized over the term of the related debt. In the governmental fund financial statements, governmental funds recognize bond premiums and discounts, as well as bond issuance costs, during the current period. The face amount of debt issued is reported as other financing sources. Premiums received on debt issuance are reported as other financing sources while discounts are reported as other financing uses. Issuance costs, whether or not withheld from the actual debt proceeds received, are reported as expenditures.

The difference between reacquisition price and the net carrying amount of the old debt in a refunding transaction is deferred and amortized as a component of interest over the remaining life of the old debt, or the life of the new debt, whichever is shorter. On the statement of net assets, this deferred amount is reported as a deduction from, or as an addition to, the new debt liability.

**(t)   Derivative Instruments**

The Commonwealth accounts for derivative instruments in accordance with GASB Statement No. 53, *Accounting and Financial Reporting for Derivative Instruments*. Derivative instruments such as interest rate and commodity swaps, interest rate locks, options (caps, floors, and collars), swaptions, forward contracts, and futures contracts are entered into by governments as investments; as hedges of identified financial risks associated with assets or liabilities, or expected transactions (i.e., hedgeable items); to lower the costs of borrowings; to effectively fix cash flows or synthetically fix prices; or to offset the changes in fair value of hedgeable items. Certain derivative instruments, with the exception of synthetic guaranteed investment contracts that are fully benefit-responsive, are reported at fair value by governments in their government-wide financial statements. The changes in fair value of hedging derivative instruments are reported as deferred inflows or deferred outflows. The changes in fair value of investment derivative instruments (which include ineffective hedging derivative instruments) are reported as part of investment revenue in the current reporting period. Effectiveness is determined by considering whether the changes in cash flows or fair values of the potential hedging derivative instrument substantially offset the changes in cash flows or fair values of the hedgeable item. See Note 23 for disclosure information relating to hedging and investment derivative instruments.

**(u)   Accounting for Pension Costs**

The Commonwealth accounts for pension costs under the provisions of GASB Statement No. 27, *Accounting for Pensions by State and Local Government Employers*. Under GASB Statement No. 27, pension expense is equal to the statutory required contribution to the employees' retirement system.  A pension liability or asset is reported equal to the cumulative difference between annual required contributions and actual contributions.

For the purpose of applying the requirements of GASB Statement No. 27, as amended by GASB Statement No. 50, *Pension Disclosures*, the Commonwealth's financial reporting entity is considered to be a sponsor of three defined benefit pension plans: JRS, TRS and ERS. This is because substantially all the participants in the three pension trust funds are part of the financial reporting entity of the Commonwealth. For the purpose of the basic financial statements, and as disclosed in Note 20, the Commonwealth's annual pension cost, measured on the accrual basis of accounting, for the year ended June 30, 2012 amounted to approximately $2.6 billion. However, the statutory contributions made by the sponsors of the three defined benefit plans amounted to approximately $775.8 million.  The excess of the annual required contribution over the statutorily required contributions of approximately $1.8 billion increased the net pension obligation at June 30, 2012 to approximately $11.2 billion. This amount is presented in the statement of net assets (deficit) of the governmental activities as of June 30, 2012.

For purposes of the stand-alone financial statements of each of the blended and discretely presented component units, the entities accounted for pension costs from the standpoint of a participant in a multiple employer cost sharing plan. Accordingly, pension costs recognized are equal to the statutorily or contractually required contributions, with a liability recorded for any unpaid required contributions. The basis of accounting used by the component units was either modified accrual basis or accrual basis, depending upon individual fund structure and type of entity. Most component units did not have pension related assets or liabilities at transition because they have contributed the statutorily required contributions.

**(v)    Other Postemployment Benefits**

In addition to the pension benefits described in Note 20, the Commonwealth provides other postemployment benefits (OPEB) such as summer and Christmas bonus, and post-employment healthcare benefits for its retired employees in accordance with local law. Substantially, all of the employees may become eligible for these benefits if they reach normal retirement age while working for the Commonwealth.

The Christmas bonus and the summer bonus benefits are provided by the Commonwealth statutes. The Christmas bonus and the summer bonus paid by the Commonwealth to the retired employees during the year ended June 30, 2012 was $600 per retiree and the total amount was approximately $97.3 million. These benefits are recorded as expenditures when paid in the general fund.

Healthcare benefits are provided through insurance companies whose premiums are paid by the retiree with the Commonwealth providing a matching share of not more than $100 per month for each retiree. During the year ended June 30, 2012, the cost of providing healthcare benefits amounted to approximately $131.8 million.

**(w)    Compensated Absences**

The vacation policy of the Commonwealth generally provides for the accumulation of 2.5 days per month, except for the teachers who accrue 4 days per month. Vacation time accumulated is fully vested to the employees from the first day of work up to a maximum of 60 days. Employees accumulate sick leave generally at a rate of 1.5 days per month up to a maximum of 90 days. Upon retirement, an employee receives compensation for all accumulated unpaid vacation leave at the current rate regardless of years of service; and for all accumulated unpaid sick if the employee has at least 10 years of service with the Commonwealth. Accrued compensated absences of the primary government at June 30, 2012 amounting to approximately $1.4 billion are presented in the statement of net assets (deficit). Compensated absence accumulation policies for the blended component units and discretely presented component units vary from entity to entity based on negotiated agreements and other factors agreed upon between the management of these entities and their employees.

The Public Service Personnel Law requires certain component units and the primary government of the Commonwealth to annually pay the employees the accumulated vacation and sick leave earned in excess of the limits mentioned above.

**(x)    Termination Benefits**

The Commonwealth accounts for termination benefits in accordance with GASB Statement No. 47, *Accounting for Termination Benefits*. Pursuant to the provisions of GASB Statement No. 47, in financial statements prepared on the accrual basis of accounting, employers should recognize a liability and expense for voluntary termination benefits (for example, early-retirement incentives) when the offer is accepted and the amount can be estimated. A liability and expense for involuntary termination benefits (for example, severance benefits) should be recognized when a plan of termination has been approved by those with the authority to commit the government to the plan, the plan has been communicated to the employees, and the amount can be estimated. In financial statements prepared on the modified accrual basis of accounting, liabilities and expenditures for termination benefits should be recognized to the extent the liabilities are normally expected to be liquidated with expendable available financial resources.

**(y)   Encumbrances**

Encumbrance accounting, under which purchase orders, contracts, and other commitments for
expenditures are recorded to reflect the use of the applicable spending appropriations, is used by
the general fund during the fiscal year to control expenditures. The cost of those goods received
and services rendered on or before June 30 are recognized as expenditures. For US GAAP
reporting purposes, encumbrances outstanding at year end are reported within the restricted,
committed, assigned, and unassigned fund balance classifications and do not constitute
expenditures or liabilities on US GAAP basis because the commitments will be honored during the
subsequent year. The unencumbered balance of any appropriation of the general fund at the end of
the fiscal year lapses immediately. Appropriations, other than in the general fund, are continuing
accounts for which the Legislature has authorized that an unspent balance from the prior year be
carried forward and made available for current spending.

**(z)   Interfund and Intraentity Transactions**

The Commonwealth has the following types of transactions among funds:

*Interfund Transfer* — Legally required transfers that are reported when incurred as transfer in by
the recipient fund and as transfer out by the disbursing fund, with receivables and payables
presented as amounts due to and due from other funds. Advances between funds are also presented
as amounts due to and due from other funds. However, these transfers and related amounts
receivable and payable are considered internal balances and activities that have been eliminated in
the government wide financial statements.

*Intraentity Transactions* — There are two types of intraentity transactions. First, the flow of
resources between the primary government and its component units and among the component
units. These flow of resources and the related outstanding balances are reported as if they were
external transactions. However, flow of resources between the primary government and blended
component units are classified as interfund transactions, as described above. Second, the intraentity
balances between the primary government funds and discretely presented component units that are
tantamount to long-term debt financing. The primary government's liability is reported in the
statement of net assets, the proceeds in the primary government's funds, and the asset in the
discretely presented component units' statement of net assets.

**(aa)   Lottery Revenue and Prizes**

The revenue, expenses, and prizes awarded by the Lottery of Puerto Rico and the Additional
Lottery System, reported within the lotteries enterprise fund, are recognized as drawings are held.
Moneys collected prior to June 30 for tickets related to drawings to be conducted subsequent to
June 30 are reported as deferred revenue. Unpaid prizes awarded as of June 30 are reported as a
fund liability. Unclaimed prizes expire after six months and are transferred to the general fund.

**(ab)   Risk Management**

The Commonwealth purchases commercial insurance covering casualty, theft, tort claims, and
other losses for the primary government, most component units, and the municipalities. The
Commonwealth is reimbursed for premium payments made on behalf of the component units and
the municipalities. The current insurance policies have not been canceled or terminated. For
workers' compensation, the Commonwealth has a discretely presented component unit, the SIFC,

which provides workers' compensation to both public and private employees. In the past three years, the Commonwealth has not settled claims that exceed insurance coverage.

Certain component units combine commercial insurance with internal self-insurance funds covering specific risks related to their specialized operations.

**(ac)  Tobacco Settlement**

The Commonwealth follows GASB Technical Bulletin No. 2004-1, *Tobacco Settlement Recognition and Financial Reporting Entity Issue*, as amended by GASB Statement No. 48, *Sales and Pledges of Receivables and Future Revenues and Intra-Entity Transfers of Assets and Future Revenues*, (the "TB"), which provides accounting guidance for entities created to obtain the rights to all or a portion of future tobacco settlement resources and for the governments that create such entities.

The TB indicates that the entity created to obtain the rights, which is called the Tobacco Settlement Authority (TSA), should be considered a component unit of the government that created it and the component unit should be blended. The TB also states that the government receiving the payments from the tobacco companies under the agreement, which are called settling governments, should recognize a receivable and revenue for tobacco settlement resources when an event occurs. The event that results in the recognition of an asset and revenue by the settling government is the domestic shipment of cigarettes. The TB indicates that accruals should be made by the settling government and TSAs for estimated shipments from January 1 to their respective fiscal year ends, since the annual payments are based on a calendar year. However, under the modified accrual basis of accounting at the fund level, revenue should be recognized only to the extent that resources are available.

**(ad)  Reclassifications**

Certain reclassifications have been made to the information presented in the separately issued financial statements of certain blended component units and agencies included within the special revenue, debt service, capital projects, proprietary funds, and discretely presented component units to conform to the accounting classifications used by the Commonwealth in the basic financial statements.

**(ae)  Use of Estimates**

The preparation of the basic financial statements in conformity with US GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the basic financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

**(af)  New Accounting Standards Adopted**

The following new accounting standards were adopted by the Commonwealth effective July 1, 2011:

- GASB Statement No. 57, *OPEB Measurements by Agent Employers and Agent Multiple-Employer Plans*. This Statement addresses issues related to the use of the alternative measurement method and the frequency and timing of measurements by employers that participate in agent multiple employers other postemployment benefit (OPEB) plans. The provisions of this Statement related to the use and reporting of the alternative measurement

method are effective immediately. The provisions related to the frequency and timing of measurements are effective for actuarial valuations first used to report funded status information in OPEB plan financial statements for periods beginning after June 15, 2011. There was no impact on the Commonwealth's financial statements as a result of the implementation of GASB Statement No. 57.

- GASB Statement No. 64, *Derivative Instruments: Application of Hedge Accounting Termination Provisions — An Amendment of GASB Statement No. 53*. This Statement clarifies whether an effective hedging relationship continues after the replacement of a swap counterparty or a swap counterparty's credit support provider. This Statement sets forth criteria that establish when the effective hedging relationship continues and hedge accounting should continue to be applied. The requirements of GASB Statement No. 64 are effective for financial statements for periods beginning after June 15, 2011. There was no impact on the Commonwealth's financial statements as a result of the implementation of GASB Statement No. 64.

**(ag) Future Adoption of Accounting Pronouncements**

The GASB has issued the following accounting standards that have effective dates after June 30, 2012:

- GASB Statement No. 60, *Accounting and Financial Reporting for Service Concession Arrangements*. This Statement improves financial reporting by addressing issues related to service concession arrangements (SCAs), which are a type of public-private or public-public partnership. As used in this Statement, an SCA is an arrangement between a transferor (a government) and an operator (governmental or nongovernmental entity) in which: (i) the transferor conveys to an operator the right and related obligation to provide services through the use of infrastructure or another public asset (a facility) in exchange for significant consideration; and (ii) the operator collects and is compensated by fees from third parties. The requirements of this Statement are effective for financial statements for periods beginning after December 15, 2011. Within the Commonwealth's reporting entity, SCAs are normally entered at the component unit level rather than at the primary government. The SCA expected to have the most significant impact for the Commonwealth during fiscal year 2013, in terms of quantity and public exposure, is the one closed by PRPA on February 28, 2013 regarding the concession of the Luis Muñoz Marin International Airport. Refer to note 25(j) for further information on this SCA.

- GASB Statement No. 61, *The Financial Reporting Entity: Omnibus-an amendment of GASB Statements No. 14 and No. 34*. This Statement improves financial reporting for a governmental financial reporting entity. The requirements of Statement No. 14, *The Financial Reporting Entity*, and the related financial reporting requirements of Statement No. 34, *Basic Financial Statements and Management's Discussion and Analysis for State and Local Governments*, were amended to better meet user needs and to address reporting entity issues that have arisen since the issuance of those Statements. The most significant effects of the amendments are to: 1) increase the emphasis on financial relationships by raising the bar for inclusion; 2) refocus and clarify the requirements to blend certain component units, and 3) improve the recognition of ownership interests (joint ventures, component units, investments). This Statement is effective for financial statements for periods beginning after June 15, 2012.

- GASB Statement No. 62, *Codification of Accounting and Financial Reporting Guidance Contained in Pre-November 30, 1989 FASB and AICPA Pronouncements*. This Statement incorporates into the GASB's authoritative literature certain accounting and financial reporting guidance that is included in the following pronouncements issued on or before November 30, 1989, which does not conflict with or contradict GASB pronouncements: (i) FASB Statements and Interpretations; (ii) Accounting Principles Board Opinions; and (iii) Accounting Research Bulletins of the American Institute of Certified Public Accountants' (AICPA) Committee on Accounting Procedure. This Statement also supersedes Statement No. 20, *Accounting and Financial Reporting for Proprietary Funds and Other Governmental Entities that Use Proprietary Fund Accounting*. Also, and most importantly, this Statement eliminates the former election option provided in paragraph 7 of Statement No. 20 for enterprise funds and business-types activities to apply post-November 30, 1989 FASB Statements and Interpretations that do not conflict with or contradict GASB pronouncements. In other words, the enterprise funds and business type activities within the Commonwealth's reporting entity can continue to apply, as other accounting literature, post-November 30, 1989 FASB pronouncements that do not conflict with or contradict GASB pronouncements, including Statement No. 62. The requirements of this Statement are effective for financial statements for periods beginning after December 15, 2011.

- GASB Statement No. 63, *Financial Reporting of Deferred Outflows of Resources, Deferred Inflows of Resources, and Net Position*. The Statement provides financial reporting guidance for deferred outflows of resources, which is a consumption of net assets by the government that is applicable to a future reporting period and deferred inflows of resources which is an acquisition of net assets by the government that is applicable to a future reporting period. GASB Statement No. 63 also amends the net asset reporting requirements in Statement No. 34, *Basic Financial Statements — and Management's Discussion and Analysis — for State and Local Governments* and other pronouncements by incorporating deferred outflows of resources and deferred inflows of resources into the definitions of the required components of the residual measure and by renaming that measure as net position, rather than net assets. The requirements of GASB Statement No. 63 are effective for financial statements for periods beginning after December 15, 2011.

- GASB Statement No. 65, *Items Previously Reported as Assets and Liabilities*. This Statement establishes accounting and financial reporting standards that reclassify, as deferred outflows of resources or deferred inflows of resources, certain items that were previously reported as assets and liabilities and recognizes, as outflows of resources or inflows of resources, certain items that were previously reported as assets and liabilities, or vice versa. This Statement also provides other financial reporting guidance related to the impact of the financial statement elements deferred outflows of resources and deferred inflows of resources, such as changes in the determination of the major fund calculations and limiting the use of the term deferred in financial statement presentations. The provisions of this Statement are effective for financial statements for periods beginning after December 15, 2012.

- GASB Statement No. 66, *Technical Corrections 2012*. The objective of this Statement is to improve accounting and financial reporting for a governmental financial reporting entity by resolving conflicting guidance that resulted from the issuance of two pronouncements, Statements No. 54, *Fund Balance Reporting and Governmental Fund Type Definitions*, and No. 62, *Codification of Accounting and Financial Reporting Guidance Contained in Pre-November 30, 1989 FASB and AICPA Pronouncements*. This Statement amends Statement No. 10, *Accounting and Financial Reporting for Risk Financing and Related Insurance Issues*, by removing the provision that limits fund-based reporting of an entity's risk financing

activities to the general fund and the internal service fund type. As a result, governments should base their decisions about fund type classification on the nature of the activity to be reported, as required in Statement 54 and Stat*ement No. 34, Basic Financial Statements — and Management's Discussion and Analysis — for State and Local Governments*. This Statement also amends Statement 62 by modifying the specific guidance on accounting for (1) operating lease payments that vary from a straight line basis, (2) the difference between the initial investment (purchase price) and the principal amount of a purchased loan or group of loans, and (3) servicing fees related to mortgage loans that are sold when the stated service fee rate differs significantly from a current (normal) servicing fee rate. These changes clarify how to apply Statement No. 13, *Accounting for Operating Leases with Scheduled Rent Increases*, and result in guidance that is consistent with the requirements in Statement No. 48, *Sales and Pledges of Receivables and Future Revenues and Intra-Entity Transfers of Assets and Future Revenues*, respectively. The provisions of this Statement are effective for financial statements for periods beginning after December 15, 2012.

- GASB Statement No. 67, *Financial Reporting for Pension Plans — an amendment of GASB Statement No. 25.* The objective of this Statement is to improve financial reporting by state and local governmental pension plans. This Statement results from a comprehensive review of the effectiveness of existing standards of accounting and financial reporting for pensions with regard to providing decision-useful information, supporting assessments of accountability and interperiod equity, and creating additional transparency. This Statement replaces the requirements of Statements No. 25*, Financial Reporting for Defined Benefit Pension Plans and Note Disclosures for Defined Contribution Plans*, and No. 50, *Pension Disclosures,* as they relate to pension plans that are administered through trusts or equivalent arrangements (hereafter jointly referred to as trusts) that meet certain criteria. The requirements of Statements 25 and 50 remain applicable to pension plans that are not administered through trusts covered by the scope of this Statement and to defined contribution plans that provide postemployment benefits other than pensions. The provisions of this Statement are effective for financial statements for periods beginning after June 15, 2013.

- GASB Statement No. 68*, Accounting and Financial Reporting for Pensions — an amendment of GASB Statement No. 27.* The primary objective of this Statement is to improve accounting and financial reporting by state and local governments for pensions. It also improves information provided by state and local governmental employers about financial support for pensions that is provided by other entities. This Statement results from a comprehensive review of the effectiveness of existing standards of accounting and financial reporting for pensions with regard to providing decision-useful information, supporting assessments of accountability and interperiod equity, and creating additional transparency. This Statement replaces the requirements of Statement No. 27, *Accounting for Pensions by State and Local Governmental Employers,* as well as the requirements of Statement No. 50, *Pension Disclosures,* as they relate to pensions that are provided through pension plans administered as trusts or equivalent arrangements (hereafter jointly referred to as trusts) that meet certain criteria. The requirements of Statements 27 and 50 remain applicable for pensions that are not covered by the scope of this Statement. The provisions of this Statement are effective for financial statements for periods beginning after June 15, 2014. Once adopted, the Commonwealth will be required to report a liability equivalent to the amount by which the total pension liability exceeds the pension plan's net assets (now referred to as plan net position) available for paying benefits in its accrual-based financial statements (the government wide statement of net position). See Note 20(g).

- GASB Statement No. 69, *Government Combinations and Disposals of Government Operations*. This Statement establishes accounting and financial reporting standards related to government combinations and disposals of government operations. As used in this Statement, the term *government combinations* includes a variety of transactions referred to as mergers, acquisitions, and transfers of operations.

  The distinction between a government merger and a government acquisition is based upon whether an exchange of significant consideration is present within the combination transaction. Government mergers include combinations of legally separate entities without the exchange of significant consideration. This Statement requires the use of carrying values to measure the assets and liabilities in a government merger. Conversely, government acquisitions are transactions in which a government acquires another entity, or its operations, in exchange for significant consideration. This Statement requires measurements of assets acquired and liabilities assumed generally to be based upon their acquisition values. This Statement also provides guidance for transfers of operations that do not constitute entire legally separate entities and in which no significant consideration is exchanged. This Statement defines the term *operations* for purposes of determining the applicability of this Statement and requires the use of carrying values to measure the assets and liabilities in a transfer of operations.

  A disposal of a government's operations results in the removal of specific activities of a government. This Statement provides accounting and financial reporting guidance for disposals of government operations that have been transferred or sold. The requirements of this Statement are effective for government combinations and disposals of government operations occurring in financial reporting periods beginning after December 15, 2013, and should be applied on a prospective basis.

- GASB Statement No. 70, *Accounting and Financial Reporting for Nonexchange Financial Guarantees*. The objective of this Statement is to improve accounting and financial reporting by state and local government that extend and receive nonexchange financial guarantees. This Statement requires a governmental entity guarantor that offers a nonexchange financial guarantee to another organization or government to recognize a liability on its financial statements when it is more likely than not that the guarantor will be required to make a payment to the obligation holders under the agreement. Certain qualitative factors should be considered when evaluating the likelihood of a guaranty payment, such as: initiation of a bankruptcy process, breach of a debt contract in relation to the guaranteed obligation and indications of significant financial difficulty such as failure to pay agents or trustees. This Statement is effective for financial statements for periods beginning after June 15, 2013. Although the Commonwealth's primary government currently has several outstanding nonexchange guarantees as disclosed in note 16, the specific impact on the Commonwealth's basic financial statements upon future adoption on July 1, 2013 has not yet been determined.

The impact of most of these statements on the Commonwealth's basic financial statements has not yet been determined.

## 2.   COMPONENT UNITS

The Commonwealth follows the provisions of GASB Statement No. 14, as amended by GASB Statement No. 39. The basic financial statements of the Commonwealth include the financial statements of the following component units that were audited by other auditors:

**Blended component units**:

Public Buildings Authority
Puerto Rico Maritime Shipping Authority
The Children's Trust

**Discretely presented component units**:

Agricultural Services and Development Administration
Automobile Accidents Compensation Administration
Cardiovascular Center Corporation of Puerto Rico and the Caribbean
Company for the Integral Development of the "Península de Cantera"
Corporation for the "Caño Martín Peña" ENLACE Project
Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico
Culebra Conservation and Development Authority
Economic Development Bank for Puerto Rico
Employment and Training Enterprises Corporation
Farm Insurance Corporation of Puerto Rico
Fine Arts Center Corporation
Governing Board of the 9-1-1 Service
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of Puerto Rico
Land Authority of Puerto Rico
Local Redevelopment Authority for Roosevelt Roads Puerto Rico
Musical Arts Corporation
National Parks Company of Puerto Rico
Port of the Americas Authority
Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives
Puerto Rico Aqueduct and Sewer Authority
Puerto Rico Conservatory of Music Corporation
Puerto Rico Council on Education
Puerto Rico Electric Power Authority
Puerto Rico Health Insurance Administration
Puerto Rico Highways and Transportation Authority
Puerto Rico Industrial Development Company
Puerto Rico Industrial, Tourist, Educational, Medical and Environmental, Control Facilities
    Financing Authority
Puerto Rico Infrastructure Financing Authority
Puerto Rico Land Administration
Puerto Rico and Municipal Islands Maritime Transport Authority
Puerto Rico Medical Services Administration
Puerto Rico Metropolitan Bus Authority
Puerto Rico Municipal Finance Agency
Puerto Rico Ports Authority
Puerto Rico Public Broadcasting Corporation

Puerto Rico Public Private Partnership Authority
Puerto Rico School of Plastic Arts
Puerto Rico Telephone Authority
Puerto Rico Trade and Export Company
Solid Waste Authority
Special Communities Perpetual Trust
State Insurance Fund Corporation
University of Puerto Rico
University of Puerto Rico Comprehensive Cancer Center

## 3.   STEWARDSHIP, COMPLIANCE AND ACCOUNTABILITY

### (a)   Budgetary Control

The Governor is constitutionally required to submit to the Legislature an annual balanced budget of the Commonwealth for the ensuing fiscal year. The annual budget is prepared by the Commonwealth's OMB and takes into consideration the advice provided by the Puerto Rico Planning Board (annual economic growth forecasts and four year capital improvements plan), the Department of the Treasury of the Commonwealth (revenue estimates, accounting records, and the comprehensive annual financial report), GDB (fiscal agent), and other governmental offices and agencies. Section 7 of Article VI of the Constitution of Puerto Rico provides that "The appropriations made for any fiscal year shall not exceed the total revenue, including available surplus, estimated for the said fiscal year, unless the imposition of taxes sufficient to cover the said appropriations is provided by law".

The annual budget, which is developed utilizing elements of program budgeting, includes an estimate of revenue and other resources for the ensuing fiscal year under: (i) laws existing at the time the budget is submitted; and (ii) legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four year capital improvements plan adopted by the Puerto Rico Planning Board.

The Legislature may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes or identifying other sources of revenue to cover such deficit. Upon passage by the Legislature, the budget is referred to the Governor who may decrease or eliminate any line item but may not increase or insert any new line item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislature with his objections. The Legislature, by two thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the end of the fiscal year, the annual budget for the preceding fiscal year, as approved by the Legislature and the Governor, is automatically renewed for the ensuing fiscal year until a new budget is approved by the Legislature and the Governor. This permits the Commonwealth to continue making payments for its operating and other expenses until the new budget approved. The appropriated annual budget for fiscal year 2012 amounted to approximately $9.3 billion. The Legislature also made several special budget appropriations to the general fund throughout the year, which amounted to approximately $872 million.

The OMB has authority to amend the budget within a department, agency, or government unit without legislative approval.

For budgetary purposes, encumbrance accounting is used. The encumbrances (that is, purchase orders and contracts) are considered expenditures when a commitment is made. For US GAAP

reporting purposes, encumbrances outstanding at year end are reported within the restricted, committed, assigned, and unassigned fund balance classifications and do not constitute expenditures or liabilities on a US GAAP basis because the commitments will be honored during the subsequent year. The unencumbered balance of any appropriation of the general fund at the end of the fiscal year lapses immediately. Appropriations, other than in the general fund, are continuing accounts for which the Legislature has authorized that an unspent balance from the prior year be carried forward and made available for current spending. In addition, for budgetary purposes, revenues are recorded when cash is received.

During any fiscal year in which the resources available to the Commonwealth are insufficient to cover the appropriations approved for such year, the Governor may take administrative measures to reduce expenses and submit to both houses of the Legislature a detailed report of any adjustment necessary to balance the budget, or make recommendations to the Legislature for new taxes or authorize borrowings under provisions of existing legislation or take any other necessary action to meet the estimated deficiency. Any such proposed adjustments shall give effect to the "priority norms" established by law for the disbursement of public funds in the following order of priority: (i) the payment of the interest on and amortization requirements for public debt (Commonwealth general obligations and guaranteed debt for which the Commonwealth's guarantee has been exercised); (ii) the fulfillment of obligations arising out of legally binding contracts, court decisions on eminent domain, and other unavoidable obligations to protect the name, credit and full faith of the Commonwealth; (iii) current expenditures in the areas of health, protection of persons and property, education, welfare and retirement systems; and (iv), all other purpose.

In addition, the Legislature may direct that certain revenue be retained and made available for spending within a specific appropriation account. Generally, expenditures may not exceed the level of spending authorized for an individual department. However, the Commonwealth is statutorily required to pay debt service, regardless of whether such amounts are appropriated. Appropriations are enacted for certain departments, agencies, and government units included in the general fund.

For these funds, a statement of revenue and expenditures — budget and actual budget basis — general fund is included. Appropriations for capital projects are made for each bond issue and the authorization continues for the expected construction period.

The OMB has the responsibility to ensure that budgetary spending control is maintained on an individual department basis. OMB may transfer part or all of any unencumbered balance within a department to another department subject to legislative approval. Budgetary control is exercised through the Puerto Rico Integrated Financial Accounting System (PRIFAS). PRIFAS ensures that encumbrances or expenditures are not processed if they exceed the department's total available spending authorization, which is considered its budget. The legal level of budgetary control is at the individual department level for general fund expenditures, principal and interest due for the year for the debt service fund, and by bond authorization for capital expenditures.

**(b)  Budget/US GAAP Reconciliation**

The following schedule presents comparisons of the legally adopted budget with actual data on a budget basis. Because accounting principles applied for purposes of developing data on a budget basis differ significantly from those used to present financial statements in conformity with GAAP, a reconciliation of entity, timing, and basis differences in the excess (deficiency) of revenue and other financing sources over expenditures and other financing uses for the year ended June 30, 2012 is presented below for the general fund (expressed in thousands):

| | |
|---|---|
| Deficiency of revenues and other financing sources under expenditures and other financing uses — budget basis | $ (699,611) |
| Entity differences-excess (deficiency) of revenues and other financing sources under expenditures and other financing uses for: | |
| Nonbudgeted funds | 196,175 |
| Inclusion of agencies with independent treasuries | (3,339) |
| Timing differences: | |
| Adjustment for encumbrances | 254,080 |
| Current year expenditures against prior year encumbrances | (194,772) |
| Basis of accounting differences: | |
| Net decrease in taxes receivable (net of tax refunds and deferred revenues) | (345,189) |
| Net decrease in other receivables | (63,510) |
| Deficiency of revenues and other financing sources under expenditures and other financing uses — US GAAP basis | $ (856,166) |

**(c)  Deficit Net Assets**

The following activities, funds, and discretely presented component units reflect deficit fund balance/net assets at June 30, 2012 (expressed in thousands):

| | |
|---|---|
| Primary Government: | |
| Governmental activities | $40,000,636 |
| General fund | 1,106,556 |
| Enterprise fund-Lotteries | 67,938 |
| Component units: | |
| Puerto Rico Infrastructure Financing Authority | 1,526,404 |
| Puerto Rico Electric Power Authority | 515,686 |
| Special Communities Perpetual Trust | 255,651 |
| Puerto Rico Medical Services Administration | 227,736 |
| Puerto Rico Health Insurance Administration | 153,980 |
| Agricultural Enterprises Development Administration | 97,991 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 42,899 |
| Automobile Accidents Compensations Administration | 34,662 |
| Puerto Rico Metropolitan Bus Authority | 25,336 |
| Puerto Rico Tourism Company | 14,285 |
| Puerto Rico and Municipal Islands Maritime Transport Authority | 10,655 |
| Puerto Rico Public Private Partnerships Authority | 6,616 |
| Musical Arts Corporation | 4,586 |
| Employment and Training Enterprises Corporation | 2,119 |

The Commonwealth's governmental activities show a deficit of approximately $40 billion, mostly attributed to the Commonwealth outstanding bonds amounting to approximately $33.2 billion and net pension obligation amounting to approximately $11.2 billion, which are recognized in the statement of net assets (deficit). The deficit is attributable to the accumulated effect of high operating expenses in the government, including the funding of the Retirement System's cash flows deficiencies along with a decrease in estimated revenues as well as the primary government issuing debt, the proceeds of which are to certain extent transferred to component units and to other governments. On the other hand, the discretely presented component units report net assets of approximately $8.9 billion. This inverse relationship between the governmental activities and component units' net assets reveal the operational structure of the Commonwealth where the primary government issues debt, the proceeds of which are predominantly transferred to the component units and to other governments, that are not presented in these basic financial statements, to finance their capital projects and other operational needs. The Commonwealth includes within the annual budgetary appropriation process the necessary funds to cover the annual debt service requirements of the aforementioned debt, most of which are the result of Act No. 164 of December 17, 2001, described in Note 15(d).

Governmental Activities also include COFINA's deficit amounting to $15.5 billion principally attributed to bonds payable amounting to $16.1 billion; the proceeds of which were used to pay obligations of the Commonwealth of Puerto Rico and other uses. In an effort to address the Commonwealth's fiscal difficulties, the current administration is committed to research and pursue solutions to improve the Commonwealth's competitive economic performance and the quality of life for its people. The Commonwealth's economic development program is focused on initiatives aimed at producing more diversified and sustainable economic development. One of the new and immediate economic development initiatives from the current administration was the Jobs Now Act, signed into law on February 10, 2013. It purports to create jobs within 18 months by eliminating certain hurdles that delay and impede the process of establishing new businesses or expanding existing businesses in Puerto Rico, allow better access to capital, and provide incentives under agreements between certain eligible businesses and the Commonwealth through the Puerto Rico Commerce and Exports Company. Under the Jobs Now Act, the Economic Development Bank was ordered to give priority to loan applications submitted by eligible businesses and to create programs to guarantee private financing to such eligible entities.

The Department of the Treasury has also elaborated a strategic plan designed to improve tax collections, foster tax compliance, implement effective enforcement measures, and attack tax evasion. To promote taxpayers' compliance, the Treasury Department has liberalized the procedures to enter into payment plans, offers-in-compromise agreements, and encouraged voluntary disclosure agreements. In addition, the Department of the Treasury has developed initiatives focused on effective enforcement methods, such as improving the efficiency of its audit selection process, the creation of technological solutions to improve collections, and the establishment of cooperation agreements with federal and local governmental agencies. The Department of the Treasury has also integrated its databases and established a tax intelligence project to identify tax evasion and improve its audit selection process.

Previous initiatives established related to the implementation of a new point of sale system for the collection of the sales and use taxes continue to be enhanced by adding various enforcement and compliance programs. In addition to the above, the current administration is pursuing the automatic collection of the sales and use tax directly at the point of sale. Such initiative is already in the design and planning phase and is expected to be operational sometime during fiscal year 2014. The Department of the Treasury has also been actively seizing the assets of businesses that are delinquent on their sales and use tax payments, and has entered into agreements with various municipalities to conduct simultaneous field visits and joint audits in order to increase the effectiveness of the sales and use enforcement efforts as the ones described above.

The Department of the Treasury has also implemented a temporary measure to collect on payroll and employer withholding debts. This measure allows employers to enter into payment plans with the Treasury Department, subject to the employer making a down payment of 25%, in the case of payroll debts, and 40%, in the case of employer withholding debts, of the total outstanding debt. Additional revenue enhancing measures such as the sale of tax accounts receivable are being actively planned to further reduce the deficit for the fiscal year 2014.

On April 4, 2013, the Governor of Puerto Rico signed into law Act 3 of 2013 ("Act 3"), which adopted a comprehensive reform of the Employees Retirement System of the Commonwealth, the largest of the three Commonwealth retirement systems that are funded primarily with budget appropriations from the Commonwealth's General Fund. Based on current census data, expectations of market conditions and other actuarial information provided by consulting actuaries, the changes instituted by Act No. 3, along with the additional annual contribution of $140 million to be received from the Commonwealth during the next 20 years, will be sufficient to cover the Employees Retirement System's current and future obligations. (See Note 25 for further description about this comprehensive reform.)

4.    **RESTATEMENTS AND CHANGES IN REPORTING ENTITY**

Subsequent to the issuance of the Commonwealth's basic financial statements for the year ended June 30, 2011, management of various component units determined that their respective 2011 financial statements were misstated. Also, during the year ended June 30, 2012, other government agencies and discretely presented component units experienced changes in reporting entity caused by various mergers.

**Changes in Reporting Entities — Primary Government** — The following table summarizes the changes to net assets (deficit) at the beginning of the year as previously reported in the statement of activities by the primary government as a result of the merger between the Puerto Rico Council on General Education, an agency of the primary government, and the Puerto Rico Council on Higher Education, a former discretely presented component unit, into the Puerto Rico Council on Education, a newly formed discretely presented component unit; and the merger of the Right to Employment Administration, a former discretely presented component unit, into the Department of Labor and Human Resources of the Commonwealth, and agency of the primary government, presented in the governmental activities (expressed in thousands):

| | Primary Government | |
| | Governmental Activities | Totals Primary Government |
| --- | --- | --- |
| Net assets (deficit) — beginning of year, as previously reported | $ (34,508,201) | $ (33,677,975) |
| Changes in reporting entities: | | |
| Puerto Rico Council on Education | 323 | 323 |
| Department of Labor and Human Resources | (1,257) | (1,257) |
| Net assets (deficit) — beginning of year, as restated | $ (34,509,135) | $ (33,678,909) |

The following table summarizes the changes to fund balances (deficit) at the beginning of the year as previously reported in the statement of revenues, expenditures, and changes in fund balances (deficit) by the governmental funds as a result of the merger between the Puerto Rico Council on General Education, an agency within the general fund, and the Puerto Rico Council on Higher Education, a former discretely presented component unit, into the Puerto Rico Council on Education, a newly formed discretely presented component unit; and the merger of the Right to Employment Administration, a former discretely presented component unit, into the Department of Labor of the Commonwealth, an agency within the general fund (expressed in thousands):

| | General Fund | Total Governmental |
| --- | --- | --- |
| Fund balances (deficit) — beginning of year — as previously reported | $ (251,060) | $ 1,648,038 |
| Changes in reporting entities: | | |
| Puerto Rico Council on Education | (122) | (122) |
| Department of Labor and Human Resources | 792 | 792 |
| Fund balances (deficit) — beginning of year, as restated | $ (250,390) | $ 1,648,708 |

**Component Units Restatements — Discretely Presented Component Units** — The following table summarizes the changes to net assets at the beginning of the year as previously reported in the statement

of activities by certain discretely presented component units. The changes resulted primarily from changes in reporting entities as a result of the mergers described above, and restatements to correct errors in the prior year's financial statements of certain component units (expressed in thousands):

| | |
|---|---:|
| Net assets — beginning of year — as previously reported | $9,541,972 |
| Changes in reporting entities: | |
| Puerto Rico Council on Education | (323) |
| Department of Labor and Human Resources | 1,257 |
| Restatements of nonmajor component units | (55,870) |
| | |
| Net assets — beginning of year — as restated | $9,487,036 |

## 5.  PUERTO RICO GOVERNMENT INVESTMENT TRUST FUND (PRGITF)

PRGITF was created by Act No. 176, of August 11, 1995, and began operations on December 4, 1995. PRGITF is a no load diversified collective investment trust administered by GDB that was created for the purpose of providing eligible governmental investors of Puerto Rico with a convenient and economical way to invest in a professionally managed money market portfolio. PRGITF is not an investment company or a mutual fund and is not subject to regulation or registration under the investment company Act of 1940. Units issued by PRGITF are not subject to regulation or registration under the Securities and Exchange Act of 1933, as amended, because the units are issued by a government entity. The deposits on hand and the investments purchased are not collateralized, secured, or guaranteed by the Commonwealth or any of its agencies, instrumentalities, or political subdivisions.

PRGITF is considered a 2a7-like external investment pool, and as such, reports its investment at amortized cost.

The investment securities on hand at June 30, 2012, consisted of certificates of deposit and time deposits, money market funds, securities purchased under agreements to resell, corporate obligations, commercial paper, and U.S. government and sponsored agencies obligations, all of which may be considered highly liquid. However, the participants' investments are subject to the ability of PRGITF to receive payment from the securities' issuer when due. The liquidity of certain investments and changes in interest rates may affect PRGITF's yield and the fair value of its investments.

The dollar amount of the deposits on hand at June 30, 2012 at $1.00 per unit of participation, was reported in the individual financial statements of each of the participants, and combined in the basic financial statements as follows (expressed in thousands):

| | Balance Outstanding | Percentage of Total |
|---|---|---|
| Primary government: | | |
| Puerto Rico Sales Tax Financing Corporation | $ 52,286 | 14.08 % |
| Commonwealth | 131,033 | 35.29 |
| The Children's Trust | 23,201 | 6.25 |
| Public Buildings Authority | 797 | 0.21 |
| Total for primary government | 207,317 | 55.83 |
| Discretely presented component units: | | |
| Government Development Bank for Puerto Rico | 119,191 | 32.10 |
| Puerto Rico Aqueduct and Sewer Authority | 32,988 | 8.89 |
| Puerto Rico Infrastructure Financing Authority | 9,493 | 2.56 |
| State Insurance Fund Corporation | 1,039 | 0.28 |
| Solid Waste Authority | 622 | 0.17 |
| Puerto Rico Electric Power Authority | 310 | 0.08 |
| Puerto Rico Highways and Transportation Authority | 171 | 0.05 |
| Total for discretely presented component units | 163,814 | 44.13 |
| Other governmental entities | 139 | 0.04 |
| Total for all participants | $ 371,270 | 100.00 % |

The deposits at June 30, 2012 were invested in securities with a cost that approximates fair value, plus accrued interest, for approximately $371.3 million. The external portion of PRGITF was not considered significant for separate reporting in the accompanying basic financial statements.

As June 30, 2012, the PRGITF's investments were rated A1 or AA+ by Standard and Poor's. U.S. Government securities carry the explicit guarantee of the U.S. Government.

Following is a table of the investments and other assets held at June 30, 2012, presented at amortized cost (expressed in thousands):

| | |
|---|---|
| Securities purchased under agreements to resell | $ 113,389 |
| Commercial paper | 102,937 |
| U.S. government and sponsored agencies obligations | 66,656 |
| Treasury notes | 42,524 |
| Money market funds | 18,942 |
| Certificates of deposit and time deposits | 14,800 |
| Corporate obligations | 10,723 |
| Other assets in excess of liabilities | 1,299 |
| Total | $ 371,270 |

## 6.   DEPOSITS AND INVESTMENTS

Pursuant to the provisions of Act No. 91 of March 29, 2004, the primary government may invest in different types of securities, including domestic, international, and fixed income securities, among others.

The primary government maintains a cash and investment pool that is available for use by all funds, except for the fiduciary funds. Each fund's portion of this pool is reported on the statement of net assets as cash and cash equivalents. The fiduciary funds' investments are held and managed separately from those of other primary government funds.

**Primary Government** — Cash and cash equivalents consist of demand deposits, interest-bearing accounts, certificates of deposit, bank investment contracts, and deposits invested in PRGITF (see Note 5).

The carrying amount of deposits of the primary government at June 30, 2012 consists of the following (expressed in thousands):

|  | Carrying Amount | | | Bank |
| --- | --- | --- | --- | --- |
|  | Unrestricted | Restricted | Total | Balance |
| Commercial banks | $   442,484 | $ 1,049,644 | $1,492,128 | $1,468,925 |
| Governmental banks | 482,465 | 1,497,581 | 1,980,046 | 2,258,594 |
| U.S. Treasury | - | 382,883 | 382,883 | 382,883 |
| Total | $   924,949 | $ 2,930,108 | $3,855,057 | $4,110,402 |

Custodial credit risk is the risk that in the event of bank failure, the primary government's deposit might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by banks in the Commonwealth's name. There is no formal policy for custodial credit risk for cash accounts opened with commercial banks outside of Puerto Rico.

At year-end, the Commonwealth's bank balance of deposits in commercial banks amounting to approximately $1.5 billion was covered by federal depository insurance or by collateral held by the Commonwealth's agent in the Commonwealth's name. Deposits of approximately $382.9 million with the U.S. Treasury represent unemployment insurance taxes collected from employers that are transferred to the federal Unemployment Insurance Trust Fund in the U.S. Treasury. These deposits are uninsured and uncollateralized. The bank balance of deposits in governmental banks, which as of June 30, 2012 amounted to approximately $2.3 billion are also uninsured and uncollateralized. These deposits in governmental banks are maintained with GDB and EDB. Deposits maintained in GDB and EDB are exempt from the collateral requirement established by the Commonwealth and thus represent a custodial credit risk, because in the event of GDB's or EDB's failure, the Commonwealth may not be able to recover these deposits.

Deposits in governmental banks represent the balance of interest and noninterest-bearing accounts in GDB and EDB. The deposit liability at GDB and EDB is substantially related to deposits from other component units and of the Commonwealth. The deposit liability does not agree with the governmental cash balances shown above because of reconciling items such as outstanding checks and deposits in transit.

The bank balance of GDB's and EDB's deposits at June 30, 2012 is broken down as follows (expressed in thousands):

| | |
|---|---:|
| Primary government | $2,126,764 |
| Discretely presented components units | 1,134,134 |
| Total pertaining to the Commonwealth | 3,260,898 |
| Municipalities of Puerto Rico | 693,463 |
| Other nongovernmental entities | 62,087 |
| Escrow accounts | 733,534 |
| Certificates of deposit | 1,860,566 |
| Total deposits per GDB and EDB | $6,610,548 |

**Investments:**

*Custodial Credit Risk* — Custodial credit risk for investments is the risk that, in the event of the failure of the counterparty to the transaction, the primary government may not be able to recover the value of the investment or collateral securities that are in the possession of an outside party. The governmental activities, had approximately $83,684,000 in nonparticipating investment contract (guaranteed investment contract) that were exposed to custodial risk as uninsured, unregistered and held by the counterparties or by their trust departments or agents, but not in the primary government's name.

All of the Commonwealth's investments in U.S. Treasury securities and mortgage-backed securities guaranteed by Government National Mortgage Association (GNMA) carry the explicit guarantee of the U.S. government and are presented as "No Risk" in the credit risk tables.

*Governmental Activities* — The following table summarizes the type and maturities of investments held by the governmental activities at June 30, 2012 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

| | Maturity (In Years) | | | | |
|---|---|---|---|---|---|
| **Investment Type** | **Within One Year** | **After One to Five Years** | **After Five to Ten Years** | **After Ten Years** | **Total** |
| U.S. government securities | $416,927 | $ 20,157 | $ - | $ - | $ 437,084 |
| U.S. government agencies notes — FNMA | - | 325,374 | - | - | 325,374 |
| U.S. corporate bonds and notes | 22,906 | - | - | - | 22,906 |
| PRGITF | 75,486 | - | - | - | 75,486 |
| External investment pools — fixed–income securities: | | | | | |
| Dreyfus Government Cash Management | 129,497 | - | - | - | 129,497 |
| Others | - | - | - | 26,838 | 26,838 |
| Nonparticipating investment contracts — Bayerische | | | | | |
| Hypo-und Vereinsbank AG | - | - | - | 83,684 | 83,684 |
| Total debt securities and fixed–income investment contracts | $644,816 | $345,531 | $ - | $110,522 | $1,100,869 |
| Reconciliation to the government-wide statement of net assets (deficit): | | | | | |
| Unrestricted investments and investment contracts | | | | | $ 23,268 |
| Restricted investments and investment contracts | | | | | 1,077,601 |
| Total | | | | | $1,100,869 |

The credit quality ratings (Standard and Poor's) and fair value by investment type for the investments reported by the governmental activities at June 30, 2012 consist of the following (expressed in thousands):

| | Credit Risk Rating | | | | | |
| Investment Type | No Risk | AAA To A- | BBB+ to B- | CCC | Not Rated | Total |
|---|---|---|---|---|---|---|
| U.S. government securities | $437,084 | $    - | $    - | $    - | $    - | $   437,084 |
| U.S. government agencies notes — FNMA | - | 325,374 | - | - | - | 325,374 |
| U.S. corporate bonds and notes | - | 22,906 | - | - | - | 22,906 |
| PRGITF | - | 75,486 | - | - | - | 75,486 |
| External investment pools — fixed–income securities: | | | | | | |
| Dreyfus Government Cash Management | - | 129,497 | - | - | - | 129,497 |
| Others | - | 26,838 | - | - | - | 26,838 |
| Nonparticipating investment contracts — Bayerische Hypo-und Vereinsbank AG | - | 83,684 | - | - | - | 83,684 |
| Total debt securities and fixed–income investment contracts | $437,084 | $663,785 | $    - | $    - | $    - | $1,100,869 |

The Commonwealth classified approximately $131.8 million of investments presented in PRGITF (see Note 5) as cash and cash equivalents.

*Business Type Activities* — The following table summarizes the type and maturities of investments held by the business-type activities at June 30, 2012 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

| | Maturity (In Years) | | | | |
| Investment Type | Within One Year | After One to Five Years | After Five to Ten Years | After Ten Years | Total |
|---|---|---|---|---|---|
| U.S. government and agency securities | $183 | $ - | $1,994 | $   946 | $ 3,123 |
| Mortgage and asset-backed securities: | | | | | |
| GNMA | - | - | - | 1,892 | 1,892 |
| FNMA | - | - | 10 | 3,220 | 3,230 |
| Federal Home Loan Mortgage Corporation (FHLMC) | - | - | 318 | 3,688 | 4,006 |
| Commercial mortgages | 28 | - | - | 1,781 | 1,809 |
| Asset–backed securities | - | 1,124 | 106 | - | 1,230 |
| U.S. corporate bonds and notes | - | 2,286 | 5,443 | 1,943 | 9,672 |
| Foreign corporate and government bonds and notes | - | 242 | 687 | - | 929 |
| U.S. municipal notes | - | - | 56 | 721 | 777 |
| Total debt securities and fixed–income investment contracts | $211 | $3,652 | $8,614 | $14,191 | 26,668 |
| External investment pools — equity securities: | | | | | |
| SPDR S&P 500 ETF Trust | | | | | 6,108 |
| MFC ISHARES TR Russell 2000 index Fund | | | | | 972 |
| MFC ISHARES TR MSCI EAFE Index Fund | | | | | 68 |
| MFC Vanguard Tax-Managed Intl Fund | | | | | 722 |
| Total | | | | | $34,538 |
| Reconciliation to the government-wide statement of net assets (deficit): | | | | | |
| Unrestricted investments and investment contracts | | | | | $   - |
| Restricted investments and investment contracts | | | | | 34,538 |
| Total | | | | | $34,538 |

The credit quality ratings (Standard and Poor's) and fair value by investment type for the investments reported by the business-type activities at June 30, 2012 consist of the following (expressed in thousands):

| | Credit Risk Rating | | | | |
|---|---|---|---|---|---|
| Investment Type | No Risk | AAA To A- | BBB+ to B- | Not Rated | Total |
| U.S. government securities | $3,123 | $ - | $ - | $ - | $ 3,123 |
| Mortgage and asset-backed securities: | | | | | |
| GNMA | 1,892 | - | - | - | 1,892 |
| FNMA | - | 3,230 | - | - | 3,230 |
| FHLMC | - | 4,006 | - | - | 4,006 |
| Commercial mortgages | - | 1,546 | - | 263 | 1,809 |
| Asset–backed securities | - | 451 | - | 779 | 1,230 |
| U.S. corporate bonds and notes | - | 6,602 | 3,070 | - | 9,672 |
| Foreign corporate and government bonds and notes | - | 744 | 185 | - | 929 |
| U.S. municipal notes | - | 777 | - | - | 777 |
| | | | | | |
| Total debt securities | $5,015 | $17,356 | $3,255 | $1,042 | $26,668 |

**Component Units** — Cash and cash equivalents of the component units at June 30, 2012 consist of (expressed in thousands):

| | Carrying Amount | | | Bank |
|---|---|---|---|---|
| | Unrestricted | Restricted | Total | Balance |
| Commercial banks | $1,682,465 | $1,609,710 | $3,292,175 | $3,253,580 |
| Governmental banks | 556,912 | 545,081 | 1,101,993 | 1,178,781 |
| | | | | |
| Total | $2,239,377 | $2,154,791 | $4,394,168 | $4,432,361 |

Cash and cash equivalents consist of demand deposits, interest-bearing accounts, certificates of deposit, and bank investment contracts.

Custodial credit risk is the risk that, in the event of bank failure, the component unit's deposits might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by the Secretary of the Treasury of the Commonwealth. There is no formal policy for custodial credit risk for cash accounts opened with commercial banks outside of Puerto Rico.

Deposits maintained in GDB and EDB are exempt from the collateral requirement established by the Commonwealth and, thus ,represent a custodial credit risk because in the event of GDB's or EDB's failure, the Commonwealth may not be able to recover the deposits.

As of June 30, 2012, the component units had approximately $1.2 billion of cash and cash equivalents that were exposed to custodial credit risk as uninsured and uncollateralized.

*Investments* — The component units' investment policies allow management to purchase or enter into the following investment instruments:

- U.S. government and agencies obligations

- Certificates of deposit and time deposits

- Bankers' acceptances

- Obligations of the Commonwealth of Puerto Rico and municipalities

- Federal funds sold

- Securities purchased under agreements to resell ("repurchase agreements")

- World Bank securities

- Corporate debt, including investment contracts

- External investment pools

- Stock of corporations created under the laws of the United States of America or the Commonwealth

- Options, futures, and interest-rates swap agreements for hedging and risk control purposes, as well as for the creation of synthetic products that qualify under any of the foregoing investment categories.

- Open-end mutual funds with acceptable underlying assets and rated AAA by Standard & Poor's or Aaa by Moody's Investors Service.

- A few component units, principally SIFC, are also allowed to enter into foreign currency investments, under certain limitations.

The component units' investment policies establish limitations and other guidelines on amounts to be invested in the aforementioned investment categories and by issuer/counterparty and on exposure by country. In addition, such policies provide guidelines on the institutions with which investment transactions can be entered into.

The component units' investment policies provide that investments transactions shall be entered into only with counterparties that are rated BBB+/A-1 or better by the Standard & Poor's or equivalent rating by Fitch or Moody's Investors Service, depending on the type and maturity of the investment and the counterparty to the transaction. In addition, the investment policy specifies that no more than 5% of a manager's assets at fair value shall be invested in the securities of any single issuer.

The following table summarizes the type and maturities of investments held by the component units at June 30, 2012 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

| Investment Type | Maturity (In Years) | | | | |
| | Within One Year | After One to Five Years | After Five to Ten Years | After Ten Years | Total |
|---|---|---|---|---|---|
| U.S. government securities | $ 167,049 | $ 894,337 | $ 128,837 | $ 118,743 | $ 1,308,966 |
| U.S. government sponsored agencies notes: | | | | | |
| Federal Home Loan Bank (FHLB) | 10,632 | 420,981 | 250,041 | 24,957 | 706,611 |
| FNMA | 120,340 | 303,146 | 497,043 | 98,470 | 1,018,999 |
| FHLMC | 14,091 | 215,171 | 126,928 | 298 | 356,488 |
| Federal Farm Credit Bank (FFCB) | - | 127,683 | 1,612 | 35,329 | 164,624 |
| Other | 962 | 260 | 3,419 | 757 | 5,398 |
| Mortgage and asset–backed securities: | | | | | |
| GNMA | 359 | 1,733 | 8,638 | 319,308 | 330,038 |
| FNMA | 27,749 | 66,708 | 26,459 | 1,442,639 | 1,563,555 |
| FHLMC | 4,632 | 61,207 | 11,107 | 265,360 | 342,306 |
| Commercial mortgages | - | 9,533 | 5,873 | 32,845 | 48,251 |
| Asset–backed securities | - | 14,991 | 4,772 | 14,317 | 34,080 |
| Other | 98,692 | 1,502 | 10,630 | 123,944 | 234,768 |
| U.S. corporate bonds and notes | 545,008 | 578,694 | 151,621 | 27,715 | 1,303,038 |
| Foreign government bonds and notes | 279 | 28,945 | 44,213 | 383 | 73,820 |
| U.S. municipal notes | 13,262 | 111,792 | 275,337 | 502,715 | 903,106 |
| Commonwealth agency bonds and notes | 145,310 | 551,373 | 300,537 | 591,621 | 1,588,841 |
| Money market funds | 338,952 | - | - | - | 338,952 |
| Negotiable certificates of deposit | 416,864 | - | - | - | 416,864 |
| Repurchase agreements | 262,250 | - | - | - | 262,250 |
| PRGITF | 119,191 | - | - | - | 119,191 |
| External investment pools — fixed–income securities | 131,762 | 385 | - | 4,913 | 137,060 |
| Nonparticipating investment contracts | 13,444 | - | 15,863 | 324,251 | 353,558 |
| Others | 9,041 | 5,903 | - | 11,345 | 26,289 |
| Total debt securities and fixed–income investment contracts | $2,439,869 | $3,394,344 | $1,862,930 | $3,939,910 | 11,637,053 |
| Equity securities: | | | | | |
| U.S. corporate stocks | | | | | 385,518 |
| Non U.S. corporate stocks | | | | | 8,086 |
| External investment pools — equity securities | | | | | 89,954 |
| Limited partnership/private equity | | | | | 165,547 |
| Total | | | | | $12,286,158 |
| Reconciliation to the government-wide statement of net assets (deficit): | | | | | |
| Unrestricted investments and investment contracts | | | | | $ 7,156,271 |
| Restricted investments and investment contracts | | | | | 5,129,887 |
| Total | | | | | $12,286,158 |

All investments in U.S. Treasury securities and mortgage-backed securities guaranteed by GNMA carry the explicit guarantee of the U.S. government and are presented as "No Risk" category in the table below. The credit quality ratings for investments held by the component units at June 30, 2012 are as follows (expressed in thousands):

| Investment Type | No Risk | AAA To A- | BBB+ to B- | CCC | Not Rated | Total |
|---|---|---|---|---|---|---|
| | | | **Credit Risk** | | | |
| | | | **Rating** | | | |
| U.S. government securities | $1,234,932 | $ 74,034 | $ - | $ - | $ - | $ 1,308,966 |
| U.S. government sponsored agencies notes: | | | | | | |
| FHLB | - | 706,611 | - | - | - | 706,611 |
| FNMA | - | 1,018,768 | - | - | 231 | 1,018,999 |
| FHLMC | - | 353,649 | 2,839 | - | - | 356,488 |
| FFCB | - | 164,624 | - | - | - | 164,624 |
| Other | - | 5,398 | - | - | - | 5,398 |
| Mortgage and asset–backed securities: | | | | | | |
| GNMA | 289,072 | 39,716 | - | - | 1,250 | 330,038 |
| FNMA | - | 1,479,359 | - | - | 84,196 | 1,563,555 |
| FHLMC | - | 316,220 | 410 | - | 25,676 | 342,306 |
| Commercial mortgages | - | 44,382 | 229 | 144 | 3,496 | 48,251 |
| Asset–backed securities | - | 28,023 | - | - | 6,057 | 34,080 |
| Other | - | 130,156 | 101,818 | - | 2,794 | 234,768 |
| U.S. corporate bonds and notes | - | 683,562 | 618,848 | - | 628 | 1,303,038 |
| Foreign government bonds and notes | - | 70,015 | 1,227 | - | 2,578 | 73,820 |
| U.S. municipal notes | - | 855,302 | 43,601 | - | 4,203 | 903,106 |
| Commonwealth agency bonds and notes | - | 29,163 | 1,299,216 | - | 260,462 | 1,588,841 |
| Money market funds | - | 245,508 | - | - | 93,444 | 338,952 |
| Negotiable certificates of deposit | 17,606 | 270,047 | - | - | 129,211 | 416,864 |
| Repurchase agreements | - | 200,000 | - | - | 62,250 | 262,250 |
| PRGITF | - | 119,191 | - | - | - | 119,191 |
| External investment pools — fixed–income securities | - | 74,764 | 1,039 | - | 61,257 | 137,060 |
| Nonparticipating investment contracts | - | 332,713 | 20,845 | - | - | 353,558 |
| Others | - | 4,272 | 2,716 | - | 19,301 | 26,289 |
| Total debt securities and fixed–income investment contracts | $1,541,610 | $7,245,477 | $2,092,788 | $ 144 | $ 757,034 | $11,637,053 |

Certain component units classified approximately $44.6 million of investments presented in PRGITF as cash and cash equivalents.

The component units had approximately $198 million in various types of U.S. Government and agency securities, mortgage-backed securities and other investments that were exposed to custodial credit risk as uninsured, unregistered, and held by the counterparties or by their trust departments or agents, but not in the component units' name.

*Foreign Currency Risk* — Foreign currency risk is the risk that changes in exchange rates will adversely affect the fair value of an investment. SIFC limits its exposure to foreign currency risk by limiting the total amount invested to 5% of the portfolio. As of June 30, 2012, the SIFC had the following investments denominated in foreign currency (expressed in thousands):

| Description | Currency | Fair Value |
|---|---|---|
| Common stock: | Australian Dollar | $ 5,351 |
| | British Pound | 6,219 |
| | Canadian Dollar | 2,014 |
| | DKK | 626 |
| | Euro | 11,913 |
| | Hong Kong dollar | 2,136 |
| | Japanese Yen | 17,298 |
| | Norwegian Krone | 2,421 |
| | Singapore Dollar | 1,461 |
| | Swedish Krona | 206 |
| | Swiss Franc | 4,304 |
| Preferred stock — | Euro | 1,113 |
| Government bonds: | British Pound | 4,330 |
| | Euro | 2,746 |
| Total | | $62,138 |

**Fiduciary Funds** — Cash and cash equivalents of the fiduciary funds at June 30, 2012 consist of the following (expressed in thousands):

| | Carrying Amount | | | Bank |
|---|---|---|---|---|
| | Unrestricted | Restricted | Total | Balance |
| Commercial banks | $ 1,341,950 | $ - | $1,341,950 | $1,355,672 |
| Governmental banks | 736,459 | 233,931 | 970,390 | 1,038,881 |
| Total | $ 2,078,409 | $233,931 | $2,312,340 | $2,394,553 |

Cash and cash equivalents consist of demand deposits, interest bearing accounts, certificates of deposit, and bank investment contracts.

*Custodial Risk* — Custodial credit risk is the risk that, in the event of a bank failure, the fiduciary funds' deposits might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by the Secretary of the Treasury of the Commonwealth. Deposits with GDB, Bank of New York, and with other non Puerto Rico commercial banks are uninsured and uncollateralized, as these entities are exempt from compliance with the collateralization requirement.

As of June 30, 2012, the fiduciary funds had approximately $1,690 million of cash and cash equivalents that were exposed to custodial credit risk as uninsured and uncollateralized.

**Investments** — The carrying value of investments held by the Pension Trust Fund as of June 30, 2012, is as follows (in thousands):

| | |
|---|---:|
| Bonds and notes: | |
|   U.S. government and sponsored agencies' securities | $ 334,710 |
|   Non U.S. government securities | 13,044 |
|   Municipal bonds | 52,499 |
|   COFINA bonds | 245,339 |
|   U.S. corporate bonds | 1,404,522 |
|   Non U.S. corporate bonds | 34,634 |
|       Total bonds and notes | 2,084,748 |
| Stocks and non-exchange traded funds: | |
|   U.S. corporate stocks | 264,042 |
|   Non-U.S. corporate stocks | 196,783 |
|   Non-exchange traded mutual funds: | |
|     U.S. Equity and other funds | 963,169 |
|     Fixed income funds: | |
|       U.S. | 236,381 |
|       Non-U.S. | 125,665 |
|       Total stocks and non-exchange traded mutual funds | 1,786,040 |
| Private equity investments | 76,591 |
| Total investments | $3,947,379 |

The Pension Trust Fund's investments are exposed to custodial credit risk, credit risk, concentration of credit risk, foreign currency risk, and interest rate risk. Following is a description of these risks as of June 30, 2012:

*Custodial Credit Risk Related to Investments* — Custodial credit risk for investments is the risk that, in the event of the failure of the counterparty to a transaction, the Pension Trust Fund may not be able to recover the value of the investment or collateral securities that are in the possession of an outside party. At June 30, 2012, securities investments were registered in the name of the Pension Trust Fund and were held in the possession of the Pension Trust Fund's custodian banks, State Street Bank and Trust and Bank of New York Mellon, except for securities lent.

*Credit Risk* — All fixed-income securities at the time of purchase must be of investment grade quality. All issuances shall be rated investment grade by at least two of the nationally recognized rating agencies. The portfolio is expected to maintain a minimum weighted-average credit quality of either "A" or better using either Standard and Poor's or Moody's Investor Service credit ratings. TRS's investment guidelines prohibit the investments in securities with expected maturity dates beyond 30 years. All fixed-income securities at the time of purchase must be of investment-grade quality. Positions that drift below investment grade should be reported to a management representative of the TRS and monitored carefully. TRS portfolio is not expected to have more than 5% invested in securities that have drifted after purchase below investment-grade quality. JRS investment policy limits the investment in corporate debt securities to the top ratings issued by nationally recognized statistical rating organizations.

The Pension Trust Fund's U.S. government and sponsored agencies' securities portfolio includes approximately $64.2 million of U.S. Treasury notes and approximately $167.5 million of mortgage-backed securities guaranteed by GNMA, which carry the explicit guarantee of the U.S. government.

The Moody's ratings of bonds as of June 30, 2012, excluding U.S. Treasury notes and bonds and mortgage-backed securities guaranteed by GNMA are as follows (in thousands):

| Moody's Rating | Investment Type | Fair Value |
|---|---|---|
| Aaa | U.S. government and sponsored agencies securities | $ 227,338 |
| Aaa | U.S. corporate bonds | 52,523 |
| Aaa | Municipal bonds | 8,659 |
| Aaa | U.S. sponsored agencies MBS | 60,546 |
| Aaa | Asset-backed securities | 3,611 |
| Aaa | Commercial Mortgage | 3,379 |
| Aaa | Non U.S. corporate bonds | 11,221 |
| Aa1 | U.S. corporate bonds | 10,865 |
| Aa1 | Municipal bonds | 945 |
| Aa1 | Non U.S. government bond | 234 |
| Aa1 | Non U.S. corporate bonds | 402 |
| Aa2 | U.S. corporate bonds | 29,044 |
| Aa2 | Municipal bonds | 9,439 |
| Aa2 | U.S. government sponsored agencies securities | 151 |
| Aa2 | Non U.S. government bond | 1,337 |
| Aa2 | Non U.S. corporate bonds | 606 |
| Aa3 | U.S. corporate bonds | 65,962 |
| Aa3 | Non U.S. government bonds | 598 |
| Aa3 | Municipal bonds | 2,470 |
| A1 | Municipal bonds (COFINA Bonds) | 245,339 |
| A1 | Municipal bonds | 5,360 |
| A1 | U.S. corporate bonds | 120,632 |
| A1 | Non U.S. government bonds | 1,054 |
| A1 | Non U.S. corporate bonds | 829 |
| A2 | U.S. government and sponsored agencies securities | 1,547 |
| A2 | U.S. corporate bonds | 208,082 |
| A2 | Non U.S. government bonds | 2,679 |
| A2 | Municipal bonds | 12,341 |
| A2 | Non U.S. corporate bonds | 6,718 |
| A3 | U.S. government and sponsored agencies securities | 1,486 |
| A3 | Non U.S. government bonds | 2,565 |
| A3 | U.S. corporate bonds | 207,578 |
| A3 | Non U.S. corporate bonds | 2,614 |
| A3 | Municipal bonds | 57 |
| Baa1 | U.S. corporate bonds | 199,266 |
| Baa1 | Municipal bonds | 13,946 |
| Baa1 | Non U.S. government bonds | 1,472 |
| Baa1 | Non U.S. corporate bonds | 5,422 |
| Baa2 | U.S. corporate bonds | 307,188 |
| Baa2 | Non U.S. government bonds | 399 |
| Baa2 | Non U.S. corporate bonds | 2,452 |
| Baa3 | U.S. government and sponsored agencies securities | 1,549 |
| Baa3 | U.S. corporate bonds | 148,287 |
| Baa3 | Non U.S. government bonds | 82 |
| Baa3 | Non U.S. corporate bonds | 2,055 |
| Ba1 | U.S. corporate bonds | 19,392 |
| Ba2 | U.S. corporate bonds | 6,597 |
| Ba3 | U.S. corporate bonds | 7,079 |
| B1 | U.S. corporate bonds | 1,669 |
| B1 | Commercial Mortgage | 29 |
| B2 | U.S. corporate bonds | 2,547 |
| B3 | U.S. corporate bonds | 463 |
| B3 | Commercial Mortgage | 70 |
| B3 | Asset-backed securities | 39 |
| Caa1 | Commercial Mortgage | 101 |
| Caa2 | Commercial Mortgage | 214 |
| Caa3 | Commercial Mortgage | 28 |
| NR | Commercial Mortgage | 2,635 |
| NR | U.S. corporate bonds | 1,388 |
| NR | Non U.S. government bonds | 3,064 |
| NR | Non U.S. corporate bonds | 1,276 |
| NR | Various | 8,054 |
| WR | U.S. corporate bonds | 4,506 |
| WR | Non U.S. corporate bonds | 600 |
| | Subtotal | 2,050,080 |
| | U.S. Treasury notes and bonds | 18,921 |
| | Government National Mortgage Association (GNMA) | 15,747 |
| | Total bonds and notes | $2,084,748 |

In addition, the Pension Trust Fund invests in shares of the State Street Global Advisor Intermediate Credit Index Non Lending Fund (the "SSgA Intermediate Fund"). The investment objective of the SSgA Intermediate Fund is to replicate the Barclays Capital U.S. Intermediate Credit Bond Index by investing exclusively in fixed income securities. Shares of the SSgA Intermediate Fund can be redeemed on a daily basis at their net asset value (NAV) and have no redemption restrictions. The Pension Trust Fund's investment in the SSgA Intermediate Fund is included as part of non-exchange traded mutual funds.

Moody's credit ratings for the underlying investments comprising the SSgA Intermediate Fund as of June 30, 2012, are as follows (in thousands):

| Moody's Rating | Investment Type | Fair Value |
|---|---|---|
| Aaa/Aa1 | Government sponsored | $ 43,554 |
| Aa2/Aa3 | Government sponsored | 9,811 |
| A1/A2 | Government sponsored | 9,015 |
| A3/Baa1 | Government sponsored | 12,744 |
| Aa3/A1 | Corporate bonds | 1,122 |
| A2/A3 | Corporate bonds | 171,574 |
| A3/Baa1 | Corporate bonds | 81,786 |
| Baa1/Baa2 | Corporate bonds | 32,440 |
| Total | | $362,046 |

*Concentration of Credit Risk* — No ERS and JRS investment in marketable securities in any organization represents 5% or more of ERS and JRS net assets held in trust for pension benefits. There are no TRS investments in any one issuer that represent 5% or more of total investments as of June 30, 2012. TRS investment guidelines specify that no more than 5% of a manager's assets at market shall be invested in the securities of any single issuer.

As of June 30, 2012, the Pension Trust Fund owned shares in the SSgA's S&P 500 Flagship Fund (the "S&P 500 Fund"), the SSgA Russell 3000 Index Non Lending Fund (the "Russell 3000 Fund"), and the SSgA Intermediate Fund, as follows (in thousands):

| Fund Name | Shares | Fair Value |
|---|---|---|
| S&P 500 Fund | 192 | $ 55,981 |
| Russell 3000 Fund | 68,799 | 907,188 |
| SSgA Intermediate Fund | 13,562 | 362,046 |
| Total | | $1,325,215 |

The investment objectives of the S&P 500 Fund and the Russell 3000 Fund are to match the return of the Standard & Poor's 500 Index and the Russell 3000 Index, respectively. Shares of these funds can be redeemed on a daily basis at NAV and have no redemption restrictions. The Pension Trust Fund's investment in these funds is included as part of non-exchange traded mutual funds.

As of June 30, 2012, the investments underlying the S&P 500 Fund, the Russell 3000 Fund, and the SSgA Intermediate Fund had the following sector allocations:

| Sector | S&P 500 Fund | Russell 3000 Fund | SSgA Intermediate Fund |
|---|---|---|---|
| Information technology | 20 % | 19 % | 4 % |
| Health care | 12 | 12 | - |
| Financials | 14 | 16 | 30 |
| Energy | 11 | 9 | 5 |
| Consumer staples | 11 | 10 | 11 |
| Industrials | 11 | 11 | 6 |
| Consumer discretionary | 11 | 12 | 5 |
| Utilities | 4 | 4 | 7 |
| Telecommunication services | 3 | 3 | 7 |
| Materials | 3 | 4 | 4 |
| Government sponsored | - | - | 21 |
| Totals | 100 % | 100 % | 100 % |

*Interest Rate Risk* — In accordance with their investment policy, ERS and JRS manage their exposure to declines in fair values by structuring the investment portfolio so that securities mature to meet cash requirements for benefit payments, thereby avoiding the need to sell securities on the open market prior to maturity. The Pension Trust Fund is expected to achieve capital preservation and income generation by investing in a diversified portfolio of marketable investment-grade core fixed-income securities. TRS investment guidelines specify that the duration of the portfolio is expected to vary no more than between 75% and 125% of the duration of the respective benchmark.

The contractual maturities of investments in debt securities as of June 30, 2012, are as follow (in thousands):

| | Maturity Between | Less than 1 Year | 1 to 5 Years | 6 to 10 Years | More than 10 Years | Fair Value |
|---|---|---|---|---|---|---|
| | | | | Maturity (in Years) | | |
| U.S. government and sponsored agencies securities | (2013–2051) | $16,413 | $ 82,280 | $ 71,387 | $164,630 | $ 334,710 |
| U.S. corporate bonds | (2013–2067) | 63,453 | 500,454 | 676,707 | 163,908 | 1,404,522 |
| Non-U.S. government bonds | (2014–2042) | - | 5,529 | 4,718 | 2,797 | 13,044 |
| Non-U.S. corporate bonds | (2013–2067) | 506 | 20,496 | 11,970 | 1,662 | 34,634 |
| Municipal bonds | (2013–2033) | - | 19,593 | 27,914 | 4,992 | 52,499 |
| COFINA bonds | (2043–2048) | - | - | - | 245,339 | 245,339 |
| Total | | $ 80,372 | $628,352 | $792,696 | $583,328 | $ 2,084,748 |

As of June 30, 2012, investment maturities as a percentage of total debt securities are as follows:

| Maturity | Maximum Maturity |
|---|---|
| Less than one year | 3 % |
| One to five years | 31 |
| More than five to ten years | 38 |
| More than ten years | 28 |
| Total | 100 % |

*Foreign Currency Risk* — As of June 30, 2012, ERS investments in the SSgA Intermediate Fund amounting to approximately $241 million represented 31% of the total commingled fund. TRS international portfolio is expected to achieve long-term and aggressive capital appreciation by investing in Core EAFE (Europe Australasia and the Far East) securities. The portfolio is expected to be broadly diversified with respect to exposures to countries, economic sectors, industries, and individual stock. No single issue is expected to exceed 5% (at market) of the portfolio.

The Pension Trust Fund's investments and deposits exposed to foreign currency risk as of June 30, 2012, are as follows:

| Investment Type | Local Currency | Fair Value (in thousands) |
|---|---|---:|
| Foreign currency | Australian Dollar | $ 3 |
| Foreign currency | Euro Currency | 326 |
| Foreign currency | Japanese Yen | 53 |
| Foreign currency | Singapore Dollar | 15 |
| Total cash exposed to foreign currency risk | | 397 |
| | | |
| Common stock | Australian Dollar | 17,536 |
| Common stock | Canadian Dollar | 4,629 |
| Common stock | British Sterling Pound | 36,039 |
| Common stock | Danish Krone | 7,159 |
| Common stock | Euro Currency | 36,469 |
| Common stock | Hong Kong Dollar | 7,023 |
| Common stock | Japanese Yen | 48,401 |
| Common stock | Norwegian Krone | 5,706 |
| Common stock | South Africa Rand | 1,174 |
| Common stock | Singapore Dollar | 1,766 |
| Common stock | South Korean Won | 1,189 |
| Common stock | Swedish Krona | 7,142 |
| Common stock | Swiss Franc | 19,135 |
| Common stock | Turkish Lira | 815 |
| Total common stock | | 194,183 |
| Preferred stock | Euro Currency | 2,600 |
| Total cash and securities exposed to foreign currency risk | | $197,180 |

As of June 30, 2012, the composition of the underlying investments in the SSgA Intermediate Fund by country was as follows:

|  | Currency | Percentage |
|---|---|---|
| Europe: |  |  |
| Germany | Euro | 4 % |
| Switzerland | Swiss Franc | 1 |
| United Kingdom | Sterling Pound | 4 |
| Total Europe |  | 9 |
| Pacific Basin: |  |  |
| Australia | Australian Dollar | 1 |
| Japan | Japanese Yen | 1 |
| Total Pacific Basin |  | 2 |
| Americas: |  |  |
| Canada | Canada Dollar | 5 |
| Mexico | Mexican Peso | 2 |
| Brazil | Brazilian Real | 2 |
| U.S. | U.S. Dollar | 65 |
| Total Americas |  | 74 |
| Supranational | Various | 8 |
| Other | Various | 7 |
| Total investments |  | 100 % |

## 7.  SECURITIES LENDING AND REPURCHASE AGREEMENT TRANSACTIONS

During the year, the pension trust funds, included within the fiduciary funds; the Government Development Bank for Puerto Rico (GDB), the Economic Development Bank (EDB), and the State Insurance Fund Corporation (SIFC), discretely presented component units, entered into securities lending and securities sold with agreements to repurchase transactions. These transactions are explained below:

**Pension Trust Funds —** The Retirement System participates in a securities lending program, whereby securities are transferred to an independent broker or dealer in exchange for collateral in the form of cash, government securities, and/or irrevocable bank letters of credit equal to approximately 102% of the market value of the domestic securities on loan and 105% of the market value of the international securities on loan, with a simultaneous agreement to return the collateral for the same securities in the future. Collateral is marked to market daily, and the agent places a request for additional collateral from brokers, if needed. The custodian bank is the agent for the securities lending program.

At year end, the Retirement System has no credit risk exposure to borrowers because the amounts the Retirement System owes the borrowers (the "collateral") exceeded the amounts the borrowers owe the Retirement System. At June 30, 2012, the collateral received represented 102% of the fair value of the domestic securities lent.

The securities on loan for which collateral was received as of June 30, 2012, consisted of the following (expressed in thousands):

| Description | Fair Value of Underlying Securities |
|---|---|
| U.S. government and sponsored agencies' securities | $ 26,591 |
| U.S. corporate stocks | 3,116 |
| U.S. corporate bonds | 1,395 |
| Non-U.S. corporate stocks | 3,091 |
| Non-exchange traded mutual funds: | |
| U.S. | 34,156 |
| Non U.S. | 6,484 |
| Total | $ 74,833 |

The underlying collateral for these securities had a fair value of approximately $76 million as of June 30, 2012. The collateral received was invested in a short term investment fund sponsored by the custodian bank and is presented as collateral for securities lending transactions in the accompanying statement of fiduciary net assets.

As of June 30, 2012, the distribution of the short-term investment fund by investment type is as follows:

| Investment Type | Percentage |
|---|---|
| Securities bought under agreements to resell | 100.00 % |

Under the terms of the securities lending agreement, the Retirement System is fully indemnified against failure of the borrowers to return the loaned securities (to the extent the collateral is inadequate to replace the loaned securities) or failure to pay the Retirement System for income distributions by the securities' issuers while the securities are on loan. In addition, the Retirement System is indemnified against loss should the lending agent fail to demand adequate and appropriate collateral on a timely basis.

**Component Units:**

*GDB* — The following is selected information concerning securities sold under agreements to repurchase (expressed in thousands):

| | |
|---|---|
| Carrying amount at June 30, 2012 | $ 884,484 |
| Maximum amount outstanding at any month-end | 1,962,901 |
| Average amount outstanding during the year | 1,268,238 |
| Weighted average interest rate for the year | 0.47 % |
| Weighted average interest rate at year-end | 0.81 % |

The following summarizes the activity of securities sold under agreements to repurchase for the year ended June 30, 2012 (expressed in thousands):

|  | Beginning Balance | Issuances | Maturities | Ending Balance |
|---|---|---|---|---|
| GDB Operating Fund | $970,819 | $15,561,953 | $15,648,288 | $884,484 |

All sales of investments under agreements to repurchase are for fixed terms. In investing the proceeds of securities sold under agreements to repurchase, GDB's policy is for the term to maturity of investments to be on or before the maturity of the related repurchase agreements. At June 30, 2012, the total amount of securities sold under agreements to repurchase mature within one year.

*EDB* — EDB's investment policies, as authorized by Act number 22 of July 24, 1985, Article 3, allow management to sell securities under agreements to repurchase. The following table summarizes certain information on securities sold under agreements to repurchase (expressed in thousands):

| | |
|---|---|
| Carrying amount at June 30, 2012 | $123,925 |
| Average amount outstanding during the year | 151,811 |
| Maximum amount outstanding at any month-end | 171,210 |
| Weighted average interest rate for the year | 1.88 % |
| Weighted average interest rate at year-end | 1.66 % |

As of June 30, 2012, securities sold under agreements to repurchase were collateralized with mortgage-backed securities, other government agencies securities, and other investments with a market value of $132.1 million.

The activity for securities sold under agreements to repurchase during 2012 was as follows (expressed in thousands):

|  | Beginning Balance | Issuances | Maturities | Ending Balance | Amounts Due Within One Year |
|---|---|---|---|---|---|
| Securities sold under agreements to repurchase | $137,400 | $957,091 | $970,566 | $123,925 | $ 104,925 |

*SIFC* — The Commonwealth statutes and the SIFC's board of directors' policies permit the SIFC to use its investments to enter into securities lending transactions, whereby securities are transferred to an independent broker or dealer in exchange for collateral in the form of cash, securities and/or irrevocable bank letter of credit. The SIFC's securities custodian, JP Morgan Chase Bank, N.A., as agent of the SIFC, manages the securities lending program and receives cash collateral, securities or irrevocable bank letters of credit as collateral. The collateral securities cannot be pledged or sold by the SIFC unless the borrower defaults. The collateral requirement is equal to 102% for securities issued in the United States of America and 105% for securities issued outside of the United States of America, of the fair value of the securities lent. Additional collateral has to be provided by the next business day if it's fair value falls to less than 100% of the fair value of the securities lent. All security loans can be terminated on demand by either the SIFC or the borrower. In lending securities, the term to maturity of the securities loans is matched with the term to maturity of the investment of the cash collateral. Such matching existed at year-end. At year end, the SIFC has no credit risk exposure to borrowers because the amounts the SIFC

owes the borrowers exceed the amounts the borrowers owe SIFC. Contracts with the lending agents require them to indemnify the SIFC if the borrowers fail to return the securities (and if the collateral is inadequate to replace the securities lent) or fail to pay the SIFC for income distributions by the securities' issuers while the securities are on loan.

Securities lent as of June 30, 2012 had a fair value of $174.5 million and were secured with collateral received with a fair value of $178.4 million. Securities lent for which cash was received as collateral as of June 30, 2012 consist of the following (expressed in thousands):

| Description | Fair Value of Underlying Securities |
|---|---|
| Corporate bonds and notes | $ 33,158 |
| Equity securities | 33,256 |
| U.S. sponsored agencies bonds and notes | 8,469 |
| U.S. Treasury notes and bonds | 34,741 |
| | $ 109,624 |

Cash collateral received as of June 30, 2012 amounted to $112.1 million and was invested as follows (expressed in thousands):

| Description | Fair Value of Underlying Securities |
|---|---|
| Resell agreements | $ 78,399 |
| Commercial paper | 20,659 |
| Certificates of deposit with other banks | 13,002 |
| | $ 112,060 |

In addition, the SIFC had the following lending obligations as of June 30, 2012 for which securities were received as collateral (expressed in thousands):

| | Fair Value | |
|---|---|---|
| Description | Securities Lent | Investment Collateral Received |
| U.S. Treasury notes and bonds | $ 58,579 | $ 59,925 |
| Equities | 75 | 77 |
| U.S. sponsored agencies bonds and notes | 6,243 | 6,372 |
| | $ 64,897 | $ 66,374 |

8.    **INVESTMENTS IN LIMITED PARTNERSHIPS**

Pursuant to the Statement of Investment Guidelines for the Government of Puerto Rico, the pension trust funds and the component units invested approximately $45.4 million in limited partnerships during the year ended June 30, 2012. The investments were as follows:

- During fiscal year 2012, there were no contributions to Guayacán Fund of Funds, L.P., a Delaware limited partnership, organized by Grupo Guayacán, Inc. as general partner, which has total commitments of $55.5 million (of which $45 million are from pension trust funds and the remaining balances from private corporate investors). This fund invests in the United States of America and international private equity partnerships that in turn invest in private companies.

- During fiscal year 2012, there were no contributions to Guayacán Fund of Funds, II, L.P., a Delaware limited partnership, organized by Grupo Guayacán, Inc. as general partner, which has total commitments of $62 million (of which $50 million are from the pension trust funds and the remaining balances from private corporate investors). The fund invests in a broad range of U.S. and international private equity investment partnerships that, in turn, will make equity and equity related investments primarily in private businesses.

- During fiscal year 2012, approximately $8.3 million were invested in Guayacán Fund of Funds III, L.P., a Delaware limited partnership, organized by Grupo Guayacán, Inc., as general partner, that has total commitments of $81.8 million (of which $40 million are from the State Insurance Fund Corporation and the remaining balances from private corporate investors.) This fund seek to provide investors with a superior investment return and extensive diversification by investing in seventeen (17) private equity investment partnerships in the United States and Europe.

- During fiscal year 2012, there were no contributions to Guayacán Private Equity Fund, L.P., a Delaware limited partnership, organized by Advent Morro Equity Partners, Inc. as general partner, that has total commitments of $41.9 million (of which $10 million are from the pension trust funds, $20 million are from a component unit and the remaining balance from the private corporate investors in Puerto Rico). This fund invests in Puerto Rico private equities.

- During fiscal year 2012, approximately $4 million were invested in Guayacán Private Equity Fund II, L.P. a Delaware limited partnership, organized by Advent/Morro Partners as general partner, that has total commitments of $69 million (of which $15 million are from pension trust funds, $30 million are from components units, and the remaining balance from the private corporate investors in Puerto Rico). This fund invests in Puerto Rico private equities.

- During fiscal year 2012, approximately $4 million were invested in GF Capital Private Equity Fund, L.P., a limited partnership, organized under the laws of the State of Delaware, in which the pension trust funds have a total commitment of $25 million. The purpose of the partnership is to make private equity investments in a variety of industries, including media and entertainment, branded consumer products, and software for media and telecommunications applications. The partnership initiatives are focused on companies capitalized at between $20 million to $400 million with a representation of buyouts, growth capital, and recapitalizations.

- During fiscal year 2012, there were no contributions to Chase Capital Partners Private Equity Fund of Funds Corporate Investors II, LTD, a limited partnership, organized by Chase as general partner, in which the pension trust funds have a total commitment of $20 million. The fund's investment strategy is to capitalize on a globally diversified portfolio of private equity investment opportunities across various sectors including buyouts, growth equity, venture capital, and other special situations through partnership and direct investments.

- During fiscal year 2012, there were no contributions to Chase Capital Partners Private Equity Fund of Funds II, LTD, a limited partnership, organized by J.P. Morgan Alternative Asset Management, Inc. as investment manager, in which the pension trust funds have a total commitment of $15 million. The fund's investment strategy is to capitalize on a globally diversified portfolio of private equity investments opportunities across various sectors, including buyouts, growth equity, venture capital and other special situations through partnership, investments, and direct investments.

- During fiscal year 2012, there were no contributions to Invesco Venture Partnership Fund III, L.P., a Delaware limited partnership, organized by IPC Partnership Associates III, LLC as general partner, in which the pension trust funds have a total commitment of $5.5 million. The partnership was organized to invest in other collective investments funds investing in alternative assets, including primarily U.S. and international funds that focus on both early- and later-stage venture capital investments.

- During fiscal year 2012, there were no contributions to Invesco Non U.S. Partnership Fund III, L.P., a Delaware limited partnership, organized by IPC Partnership Associates III, LLC as general partner, in which the pension trust funds have a total commitment of $4.5 million. The partnership was organized to invest in other collective investments funds investing in alternative assets, including primarily investments focusing on non U.S. buyouts, expansion capital, turnaround, mezzanine, and distressed investment partnerships.

- During fiscal year 2012, approximately $25 thousand were invested to Invesco U.S. Buyout & Expansion Capital Partnership Fund III, L.P., a Delaware limited partnership, organized by IPC Partnership Associates III, LLC as general partner, in which the pension trust funds have a total commitment of $3.7 million. The partnership was organized to invest in other collective investment funds investing in alternative assets, including primarily investments focusing on small, mid-size, and large domestic buyout transactions.

- During fiscal year 2012, there were no additional contributions to Venture Capital Fund, Inc., a Puerto Rico Corporation, organized pursuant to Act No. 3 of October 6, 1987, as amended, known as the Puerto Rico Capital Investment Funds Act, that is managed by Advent-Morro Equity Partners (Advent-Morro Equity Partners, Inc.) in which the pension trust funds have a total commitment of $800 thousands. Advent-Morro is a Puerto Rico based private equity firm. The fund was created to make private equity investments in operating companies that are based, or are operating, or a combination of both, in Puerto Rico. Since inception, the fund has invested in 25 companies some of which it continues to provide capital for their expansion.

- The pension trust funds have a commitment and cumulative contribution of $1.7 million in Martineau Bay Resorts, S. en C. (S.E), which represents an investment in a hotel resort that filed under Chapter 11 of the United States Bankruptcy Code.

- During fiscal year 2012, a component unit invested approximately $22.2 million in U.S. Government Properties Income & Growth Fund, L.P., a limited partnership organized in August 2011 under the laws of the State of Delaware, in which the component unit has a total commitment of $25 million. This partnership is a real estate investment fund that targets investments in assets leased to U.S. General Services Administration and other federal leases located in the United States to provide current income and potential asset appreciation.

- During fiscal year 2012, a component unit invested approximately $5.2 million in McCoy Investments, L.P., a limited partnership organized in August 2011, under the laws of the State of Delaware, in which the component unit has a total commitment of $15 million. This partnership was organized to invest in other pooled investments portfolio funds investing primarily in private equity, including investments in U.S. and non-U.S. venture capital, leveraged buyouts, distressed, turnaround, expansion capital, mezzanine and special situation funds.

The fair value of the pension trust funds' investments in limited partnerships at June 30, 2012, amounted to approximately $76.6 million and is presented within other investments in the statement of fiduciary net assets — fiduciary funds. The fair values of these investments have been estimated by the corresponding general partner or fund manager of these partnerships and disclosed in its respective separate audited financial statements. The allocations of net gain and net loss to the limited partners are based on certain percentages, as established in the limited partnership agreements. The difference between the fair value of the investments and the total cumulative contributions is mostly due to distributions made.

As of June 30, 2012, the pension trust funds and discretely presented component units had capital commitments and contributions as follows (expressed in thousands):

| | Public Sector Commitments | Fiscal Year Contributions | Cumulative Contributions |
|---|---|---|---|
| **Guayacán Fund of Funds, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | $ 25,000 | $    - | $ 23,820 |
| Puerto Rico System of Annuities and Pensions for Teachers | 20,000 | - | 19,056 |
| Subtotal | 45,000 | - | 42,876 |
| **Guayacán Fund of Funds II, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 25,000 | - | 23,681 |
| Puerto Rico System of Annuities and Pensions for Teachers | 25,000 | - | 23,681 |
| Subtotal | 50,000 | - | 47,362 |
| **Guayacán Fund of Funds III, L.P.** | | | |
| Component unit — State Insurance Fund Corporation | 40,000 | 8,312 | 20,039 |
| **Guayacán Private Equity Fund, L.P.** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 5,000 | - | 4,645 |
| Puerto Rico System of Annuities and Pensions for Teachers | 5,000 | - | 4,645 |
| Component unit — Economic Development Bank for Puerto Rico (1) | 20,000 | - | 18,578 |
| Subtotal | 30,000 | - | 27,868 |
| **Guayacán Private Equity Fund II, L.P.** | | | |
| Primary government — Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 15,000 | 1,786 | 19,030 |
| Component unit: | | | |
| Economic Development Bank for Puerto Rico (1) | 20,000 | 1,429 | 15,224 |
| State Insurance Fund Corporation | 10,000 | 714 | 7,612 |
| Subtotal | 45,000 | 3,929 | 41,866 |
| **Other Funds** | | | |
| Primary government: | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 47,596 | 5,750 | 45,804 |
| Puerto Rico System of Annuities and Pensions for Teachers | 28,714 | 25 | 26,453 |
| Component unit — State Insurance Fund Corporation | 40,000 | 27,400 | 27,400 |
| Subtotal | 116,310 | 33,175 | 99,657 |
| Total | $326,310 | $45,416 | $279,668 |

(1) Information related to the Economic Development Bank for Puerto Rico was obtained from unaudited financial statements provided by the respective fund.

9.   **RECEIVABLES AND PAYABLES**

**Governmental and Business — Type Activities** — Receivables in the governmental funds include approximately $1.3 billion of accrued income, excise and sales and use taxes. Intergovernmental receivables include approximately $312 million from the federal government and $32.2 million from CRIM. In addition, the enterprise funds include $72.9 million of unemployment, disability, and drivers' insurance premium receivable. Payables in the governmental funds include approximately $835.2 million of trade accounts due to suppliers for purchase of merchandise and services rendered and $851.8 million of tax refunds payable.

In accordance with GASB Technical Bulletin No. 2004-1, *Tobacco Settlement Recognition and Financial Reporting Entity Issue,* as amended (the "TB"), a receivable of $40.6 million was recorded as other receivable in the government-wide financial statements for estimated shipments from January 1 to June 30, 2012, which will be applied to debt service upon collection. Additionally, the TB indicated that the trust designated as the TSA (the Children's Trust in the case of the Commonwealth) should recognize a liability for the bonds payable and an expense (and liability if unpaid) in the same period in its stand-alone financial statements. The expense (and liability if unpaid) recognizes the contractual obligation to remit the proceeds of the bond sold to the settling government (the "Commonwealth"). Since the Children's Trust is reported as a blended component unit, the TB indicates these remittances should be reported as transfers into the fund receiving the proceeds and transfers out in the fund that accounts for the activities of the TSA. Since the Children's Trust has no contractual obligation, under its enabling legislation or elsewhere, to remit all bond proceeds or assets related to the TSA to the settling government (the "Commonwealth"), the Children's Trust has not recognized an expense and liability for unpaid proceeds from the bonds since it records the expense as amounts are disbursed as grants to its settling government (including its instrumentalities) or third parties.

**Component Units — GDB** — Loans to the Commonwealth, its agencies, and instrumentalities amounted to approximately $5.7 billion or 36% of GDB's government wide total assets as of June 30, 2012. These loans are expected to be collected from appropriations from, proceeds from bond issuances of, or revenues generated by, the Commonwealth, and/or its agencies and instrumentalities. The Commonwealth's recurring expenditures have exceeded its recurring revenues during the past thirteen years and its credit ratings have been lowered. In addition, many of the Commonwealth's agencies and instrumentalities have had losses from operations during the past years. The collectability of these loans may be affected by budgetary constraints, the fiscal situation, and the credit rating of the Commonwealth of Puerto Rico, its agencies and instrumentalities, and their ability to generate sufficient funds from taxes, charges and/or bond issuances. Continuance of and/or significant negative changes in these factors may affect the ability of the Commonwealth and its agencies and instrumentalities to repay their outstanding loan balances with GDB and accordingly, may have an adverse impact on GDB's financial condition, liquidity, funding sources, and results of operations.

GDB's management believes that no losses will be incurred by GDB with respect to principal and interest on most of its loans to the public sector (including municipalities) and, as a result, no allowance for loan losses is generally established for them. For public sector loans, excluding municipalities, GDB's management bases its position in that in the past, the Director of the Commonwealth's Office of Management and Budget (OMB) has included in the budget of the Commonwealth appropriations to assist the Commonwealth and certain of its agencies and instrumentalities requiring financial support in repaying their loans with GDB. The Legislature of the Commonwealth (the "Legislature") has approved these appropriations, and such practice is anticipated to continue in the future. In addition, management's position is based on the fact that GDB has been able to collect most of the loans to such public sector entities with proceeds of bonds or notes issued by the Commonwealth or its agencies and instrumentalities, including bonds issued by COFINA. These public corporations and the

Commonwealth have never defaulted on their respective bonds. GDB has, in the past, collected the outstanding principal and interest at the contractual rate on loans repaid from Commonwealth's appropriations, or bond or note proceeds. Accordingly, no allowance has been established in the case of public sector loans for any shortfall between the present value of the expected future cash flows and the recorded investments in the loans.

Although management of GDB believes that no losses of principal and interest will be incurred by GDB with respect to most loans outstanding to the public sector at June 30, 2012, there can be no assurance that the Director of the OMB will include amounts for loan repayments in the Commonwealths' budget, and that the Legislature will appropriate sufficient funds in the future to cover all amounts due to GDB by the Commonwealth or public sector entities requiring the Commonwealth's support, or that the proceeds from any future bond issuances by COFINA or certain public entities which have financed their capital improvement programs with GDB, will be sufficient to cover the outstanding amount due to GDB at June 30, 2012. In addition, the participation of certain public entities in the bond market has been delayed waiting for the credit rating of such entities to improve or for more favorable market conditions. Because of the relationship among GDB, the public sector entities, the Director of the OMB, and the Legislature, the timing and amount of any financial assistance and bond proceeds to be used to repay certain public sector loans cannot be reasonably estimated by GDB.

At June 30, 2012, loans to public corporations and agencies of the Commonwealth amounting to $5.7 billion are repayable from the following sources (in thousands):

| Repayment Source | Amount |
|---|---|
| Proceeds from future bond issuances of public corporations | $1,538,175 |
| Operating revenues of public entities other than the Commonwealth | 1,043,636 |
| Legislative appropriations — previously from issuance of Commonwealth's general obligation bonds | 1,123,959 |
| Legislative appropriations — previously from COFINA | 758,397 |
| Legislative appropriations — other | 1,157,463 |
| Other — including funds from federal grants | 78,174 |
| | |
| Total | $5,699,804 |

Since one of GDB's principal functions is to provide financing to the Commonwealth and its instrumentalities, GDB's loan portfolio includes loans to various departments and agencies of the Commonwealth, to various public corporations, and to municipalities, which represent a significant portion of the GDB's government-wide assets. Loans to the Commonwealth and its departments and agencies typically include working capital lines of credit payable from short-term tax and revenue anticipation notes issued by the Commonwealth, interim financing of capital improvements payable from Commonwealth's general obligation bonds or revenue bonds issued by the corresponding agency and, in recent years, loans to finance the Commonwealth's budget deficit payable from COFINA, uncollected taxes and annual appropriations made by the Legislature of Puerto Rico. Loans to the public sector, excluding municipalities, amounted to approximately $5.7 billion or 36% of GDB's government-wide total assets at June 30, 2012.

At June 30, 2012, approximately $3 billion of the public sector loans are payable from legislative appropriations from, or future tax revenues of, the Commonwealth. Accordingly, the payment of these loans may be affected by budgetary constraints, the fiscal situation and the credit rating of the Commonwealth. Significant negative changes in these factors may have an adverse impact on GDB's financial condition. Since 2000, the Commonwealth's recurring expenditures have exceeded its

- 123 -

recurring revenues. These shortfalls were partially covered with loans from GDB and other nonrecurring revenues. From fiscal year 2003 to 2008, GDB granted loans to the Commonwealth aggregating to $1,964 million to cover part of the Commonwealth's deficit. As of June 30, 2012, the outstanding principal amount of these loans was $223 million.

During fiscal year 2012, GDB received $65.1 million and $91.5 million of appropriations to repay principal of and interest on public sector loans whose repayment source was originally from COFINA and from future issuances of Commonwealth's general obligations bonds, respectively. The Commonwealth's general fund budget for fiscal year 2013 includes $65.1 million and $97.9 million of appropriations to repay principal of and interest on public sector loans whose repayment sources was originally from COFINA and from future issuances of Commonwealth's general obligations bonds, respectively. These appropriations are based on payment schedules proposed by GDB, which are based on a period of amortization of 30 years each, at contractual interest rates. GDB will annually submit to the OMB, to be included in the Commonwealth's budget for legislative approval in each subsequent fiscal year, an amount established in the payment schedules with the terms stated above. GDB expects that future appropriations will be approved by the Legislature of the Commonwealth to comply with such schedules. However, there can be no assurance that the Director of OMB will include an amount for loan repayments in the Commonwealth's budget, and that the Legislature will appropriate sufficient funds in the future to cover all amounts due to GDB on these loans.

In addition, at June 30, 2012, approximately $2.7 billion of public sector loans are payable from proceeds from future bond issuances and operating income of public corporations of the Commonwealth. GDB lends funds to such public corporations for capital improvements and operating needs. The loans for capital improvements generally are construction loans and are repaid from the proceeds of future bond issuances of the respective public corporations. Such loans may, however, also be repaid from the revenues of such public corporations, from loans provided by sources other than GDB, from federal grants, and from the sale of assets of such public corporations. The amount of outstanding loans from GDB to the public corporations fluctuates annually, depending upon the capital program needs of the public corporations, the timing and level of their capital expenditures, and their ability to gain access to the long-term capital markets. The participation of certain of these public entities in the bond market has been delayed waiting for the credit rating of such entities to improve or for more favorable market conditions.

As of June 30, 2012, GDB has extended various credit facilities to Puerto Rico Highways and Transportation Authority (PRHTA) for, among other, capital improvement programs, working capital, debt service and collateral posting requirements. The outstanding balance of such facilities amounts to $1.9 billion, including accrued interest of $30.5 million, which represent 12% and 76%, of GDB's total government-wide assets and net assets, respectively, at June 30, 2012. GDB, in its ordinary course of business, provides interim lines of credit to public corporations like PRHTA. These lines of credit have historically been repaid from bond issuances of each public corporation, once they regain or have access to the capital markets. No public corporation has ever defaulted on its obligations with GDB.

PRHTA has reported net operating losses during each of the three fiscal years in the period ended June 30, 2011, and, as a result, GDB has been partially financing its operations through credit facilities. In fiscal year 2010, PRHTA entered into a fiscal oversight agreement with GDB, whereby GDB, among other things, imposes conditions on the extensions of credit to PRHTA and continually monitors its finances. PRHTA expects to repay the credit facilities due to GDB with proceeds from the issuance of bonds within the next two fiscal years. On December 13, 2012, Moody's Investors Service ("Moody's") downgraded PRHTA's transportation revenue bonds from Baa1 to Baa3, PRHTA's highway revenue bonds from A3 to Baa2, and PRHTA's subordinate transportation revenue bonds from Baa2 to Ba1. Managements of PRHTA and GDB are working with various alternatives for PRHTA to gain access to

the bond capital market, including, among other, a new trust indenture, revenue increasing measures, and expense reduction measures. If such alternatives are not materialized, PRHTA could default on its credit facilities with GDB, which may have a material adverse effect on the financial condition, operating results and liquidity of GDB. GDB' management, however, believes that in case such alternatives are not materialized, the Commonwealth would provide financial support to PRHTA in order to repay its outstanding borrowings with GDB. On June 25, 2013 the Commonwealth enacted Act No. 31, which amended several articles of the internal revenue code designed to raise PRHTA's revenue base through the increase of applicable excise tax rates to be applied on imports of crude oil, unfinished oil and derivative products. This measure is expected to provide funds to PRHTA to repay the GDB credit facilities. For more details see Note 25 (d).

**Pension Trust Funds** — Loans receivable from plan members are guaranteed by the contributions of plan members and by other sources, including mortgage deeds and any unrestricted amount remaining in the escrow funds. In addition, collections on loans receivable are received through payroll withholdings. For the year ended June 30, 2012, the maximum amount of loans to plan members for mortgage loans was $100,000, and $5,000 for personal and cultural trip loans.

The allowance for loan losses is considered a general allowance for all categories of loans and interest receivable, except mortgage loans, and also a specific allowance for the special collection project loans balances.

As of June 30, 2012, the composition of loans and interest receivable from plan members is summarized as follows (in thousands):

| | |
|---|---:|
| Loans receivable: | |
| Personal | $ 961,654 |
| Mortgage | 288,368 |
| Cultural trips | 73,985 |
| Total loans to plan members | 1,324,007 |
| Accrued interest receivable | 40,183 |
| Total loans and interest receivable from plan members | 1,364,190 |
| Less allowance for adjustments and losses in realization | (4,850) |
| Total loans and interest receivable from plan members — net | $1,359,340 |

As of June 30, 2012, accounts receivable from employers, included within accounts receivables in the accompanying statement of fiduciary net assets, consisted of the following (in thousands):

| | |
|---|---|
| Early retirement programs | $   7,932 |
| Special laws | 45,746 |
| Employer and employee contributions | 47,795 |
| Interest on late payments | 11,413 |
| Total accounts receivable from employers | 112,886 |
| Less allowance for doubtful accounts receivable | (911) |
| Accounts receivable from employers — net | $111,975 |

According to Act No. 447, each employer must pay, on a monthly basis, the amounts corresponding to contributions and loan repayments, on or before the fifteenth day of the following month. After that date, interests are charged as established by the Pension Trust Fund.

The accounts receivable from employers related to special laws amounts to $45.8 million as of June 30, 2012. The Pension Trust Fund has entered into installment payment agreements with approximately 84% of these employers, while the remaining 16% of employers have not entered into installment payments with the Pension Trust Fund.

As of June 30, 2012, accounts receivable from employers include amounts due from Puerto Rico Medical Service Administration ("ASEM" by its Spanish acronym) of approximately $16.7 million, as follow (in thousands):

| | |
|---|---|
| Employer and employee contributions | $11,150 |
| Interest | 5,507 |
| Total accounts receivable from ASEM | $16,657 |

During fiscal year 2011, the Commonwealth's Legislature approved Act No. 2961 assigning funds to ASEM to settle its account receivable with ERS as of June 30, 2010. ASEM and ERS have established a 3 year payment plan for the remaining outstanding balance of employer and employee contributions owed. On January 5, 2011, ERS received an initial payment of $54 million. In addition, in August 2011, ERS received an interest payment of $14 million.

**10. PLEDGES OF RECEIVABLES AND FUTURE REVENUES**

The Commonwealth has pledged the first two point seventy-five (2.75%) percent of the sales and use tax for the repayment of certain outstanding obligations of the Commonwealth. During 2012, COFINA, a blended component unit of the Commonwealth, responsible for the financing, payments and retirement of certain debt obligations of the Commonwealth, has issued bonds for approximately $1,878 million payable through 2058. The Commonwealth has committed to appropriate each year, from the sales and use tax, amounts sufficient to cover the principal and interest requirements on the debt issued by COFINA. COFINA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $35.1 billion and $18.1 billion, respectively. The pledged sale and use tax base amount for the fiscal year ended June 30, 2012 amounted to $595 million. For fiscal year 2012, interest paid by COFINA amounted approximately to $588 million and issuance costs of approximately $15 million. Sales and use tax revenue recognized by the Commonwealth was $601.4 million.

Also, the Commonwealth has pledged part of the gross receipts of the gasoline excise taxes and one half of the diesel oil excise taxes (up to $11 million monthly but no more than $120 million annually) derived from excise taxes over crude oil and its derivatives and $15 per vehicle per year from motor vehicle license fees for the repayment of the PRHTA Revenue Bonds. The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by PRHTA. PRHTA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $4.7 billion and $4.6 billion, respectively. The pledged excise tax for the fiscal year ended June 30, 2012 amounted to $120 million. For fiscal year 2012, principal and interest paid by PRHTA amounted to $1,003 million and $453 million, respectively, and the excise tax revenue recognized by the Commonwealth was $260 million.

Rum manufactured in Puerto Rico is subject to federal excise taxes; however, these are returned by the U.S. Internal Revenue Service (IRS) to the Commonwealth. Act No. 44, as amended, requires that in each fiscal year through fiscal year 2057, the first $117 million, of certain federal excise taxes received by the Commonwealth be transferred to the Puerto Rico Infrastructure Financing Authority ("PRIFA"). Such taxes consist of the federal excise taxes levied on rum and other articles produced in Puerto Rico and sold in the United States, which taxes are collected by the U.S. Treasury and returned to the Commonwealth. The Commonwealth has pledged these taxes for the repayment of PRIFA's Special Tax Revenue Bonds (the "Bonds"). The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by PRIFA. PRIFA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. The federal excise taxes securing the Bonds are subject to a number of factors, including the continued imposition and remittance of such taxes to the Commonwealth and conditions affecting the Puerto Rico rum industry. The level of federal excise taxes to be received by the Commonwealth is currently expected to decrease, although the exact amount cannot be determined. If the federal excise taxes received by the Commonwealth in any fiscal year are insufficient, Act No. 44 requires that PRIFA request and the Director of the Office of Management and Budget of the Commonwealth include in the budget of the Commonwealth for the corresponding fiscal year, an appropriation necessary to cover such deficiency. The Commonwealth's Legislature, however, is not obligated to make the necessary appropriation to cover such deficiency. Total principal and interest remaining on the secured debt is $2.5 billion and $1.4 billion, respectively. For the year ended June 30, 2012, of the total of $117 million received by PRIFA from the Commonwealth, a total of $113 million was pledged for the debt service of the Special Tax Revenue Bonds. For fiscal year 2012, principal and interest paid by PRIFA amounted to $112.2 million.

11. **INTERFUND AND INTRAENTITY TRANSACTIONS**

Interfund receivables and payables at June 30, 2012 are summarized as follows (expressed in thousands):

| Receivable Fund | Payable Fund | |
|---|---|---|
| COFINA Debt Service | Pledged Sales and Use Tax | $ 102,879 |
| Lotteries | General | 67,559 |
| Other governmental | General | 65,254 |
| General | Lotteries | 27,180 |
| General | Unemployment | 20,630 |
| Other proprietary | General | 18,131 |
| General | Other governmental | 1,684 |
| General | Other proprietary | 803 |
| | | $ 304,120 |

Transfers from (to) other funds for the year ended June 30, 2012 are summarized as follows (expressed in thousands):

| Transferee Fund | Transferor Fund | |
|---|---|---|
| COFINA Special Revenue | COFINA Debt Service | $   963,236 |
| General | COFINA Special Revenue | 952,615 |
| Debt service | General | 745,201 |
| General | Debt service | 704,889 |
| COFINA Debt Service | Pledged Sales and Use Tax | 601,393 |
| Other governmental | General | 409,840 |
| Other governmental | Other governmental | 259,104 |
| General | Lotteries | 165,142 |
| General | Unemployment | 57,584 |
| Debt service | Other governmental | 25,198 |
| Other proprietary | General | 4,907 |
| General | Other proprietary | 1,975 |
| | | $ 4,891,084 |

The principal purposes of the interfund transfers are to (expressed in thousands):

a.   Transfer of ($963,236) from the COFINA Debt Service Fund to the COFINA Special Revenue Fund to be transferred to the General Fund for the purpose stated below.

b.   Transfer of ($952,615) from the COFINA Special Revenue Fund to the General Fund to fund the Fiscal Stabilization Fund and the Local Stimulus Economic Plan and for the payment of extra constitutional debt.

c.   Transfer of ($745,201) from the General Fund to the Debt Service Fund to make funds available for debt service payments.

d.   Transfer of ($704,889) from the Debt Service Fund to the General Fund for the payment of principal and interests on notes payable.

e.  Distribution of the sales and use tax for the use of COFINA Debt Service fund as required by enabling legislation for the payment of its bonds ($601,393).

f.  Recognize as transfers the rental payments made by the Commonwealth's agencies on properties leased by PBA, a blended component unit of the Commonwealth ($331,491); ($72,491) related to the revenues received from the Tobacco Settlement for the agreement managed by The Children's Trust, a blended component unit of the Commonwealth; and ($5,858) to the Puerto Rico Maritime Shipping Authority for the payment of appropriation debts.

g.  Transfers from the PBA debt service fund to the PBA special revenue fund ($118,050) and PBA capital project fund ($141,054).

h.  Transfer of ($165,142) from the Lotteries to the General Fund to distribute the increase in net assets of the Lotteries for the use of the General Fund, as required by the Lotteries enabling legislation.

i.  Transfer from the Unemployment Insurance Fund related to the distribution of surplus cash corresponding to the General Fund for the payment of administrative expenses ($57,584).

j.  Transfer of ($25,198) from the Commonwealth's Capital Projects Fund to the Debt Service Fund for the payment of interest of its bonds.

k.  Transfer to provide local matching funds from the General Fund to the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund and the Puerto Rico Water Pollution Control Revolving Fund, nonmajor enterprise funds of the Commonwealth ($4,907).

l.  Transfer from the Drivers' and Disability Insurance Funds related to the distribution of surplus cash to the General Fund ($1,975).

Interfund receivables and payables represent the pending settlements of the aforementioned transfers or transactions from current and prior years.

- 129 -

Due from (to) primary government are as follows (expressed in thousands):

| Receivable Entity/Fund | Amount | Payable Entity/Fund | Amount |
|---|---|---|---|
| Business-type activities | $450,044 | Puerto Rico Aqueduct and Sewer Authority | $450,044 |
| Governmental activities | 115,232 | Cardiovascular Center Corporation of | |
| | | Puerto Rico and the Caribbean | 28,769 |
| | $565,276 | Puerto Rico Ports Authority | 20,006 |
| | | Puerto Rico Metropolitan Bus Authority | 15,695 |
| Puerto Rico Infrastructure Financing Authority | $188,256 | Puerto Rico Tourism Company | 12,546 |
| Puerto Rico Health Insurance Administration | 115,180 | Puerto Rico Industrial Development Company | 7,634 |
| Puerto Rico Aqueduct and Sewer Authority | 67,586 | Puerto Rico Health Insurance Administration | 7,239 |
| Government Development Bank for Puerto Rico | 62,045 | Puerto Rico Highways and Transportation Authority | 6,857 |
| University of Puerto Rico | 56,842 | Puerto Rico Infrastructure Financing Authority | 6,682 |
| Puerto Rico Electric Power Authority | 50,242 | Governing Board of the 911 Service | 4,508 |
| Company for the Integral Development of the | | Puerto Rico Medical Services Administration | 3,366 |
| "Península de Cantera" | 23,192 | National Parks Company of Puerto Rico | 1,930 |
| Agricultural Enterprises Development Administration | 16,356 | | |
| Land Authority of Puerto Rico | 12,303 | | $565,276 |
| Puerto Rico Ports Authority | 11,800 | | |
| Puerto Rico Medical Services Administration | 9,273 | | |
| Puerto Rico Council on Education | 5,221 | | |
| Puerto Rico Tourism Company | 3,853 | | |
| Solid Waste Authority | 3,675 | | |
| University of Puerto Rico Comprehensive Cancer Center | 3,649 | | |
| Puerto Rico Metropolitan Bus Authority | 1,909 | | |
| Puerto Rico Public Private Partnerships Authority | 1,529 | | |
| Cardiovascular Center Corporation of | | Governmental activities: | |
| Puerto Rico and the Caribbean | 1,391 | Due to component units | 603,309 |
| | | Notes payable | 30,993 |
| | $634,302 | | $634,302 |

The amount owed by PRASA of $450 million represents construction loans granted by the Puerto Rico Water Pollution Control Revolving Fund and the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, nonmajor enterprise funds, to finance the construction of capital assets for PRASA.

The amounts presented as due from primary government by the University of Puerto Rico and PREPA exclude approximately $24.7 million and $6.3 million, respectively, that were recorded and presented by the Commonwealth as notes payable in the accompanying statement of net assets (deficit) of the governmental activities.

Due from (to) component units are as follows (expressed in thousands):

| Receivable Entity/Fund | Amount | Payable Entity/Fund | Amount |
|---|---|---|---|
| Puerto Rico Electric Power Authority | $ 122,846 | Puerto Rico and Municipal Islands Maritime Transport Authority | $ 49,885 |
| Puerto Rico Ports Authority | 32,655 | Puerto Rico Aqueduct and Sewer Authority | 32,253 |
| University of Puerto Rico | 27,494 | University of Puerto Rico | 30,773 |
| Land Authority of Puerto Rico | 20,051 | Puerto Rico Tourism Company | 23,943 |
| Puerto Rico Highways and Transportation Authority | 14,142 | Puerto Rico Medical Services Administration | 19,764 |
| Puerto Rico Aqueduct and Sewer Authority | 14,109 | Puerto Rico Highways and Transportation Authority | 17,863 |
| Puerto Rico Convention Center District Authority | 11,718 | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 15,762 |
| Puerto Rico Medical Services Administration | 7,320 | Agricultural Enterprises Development Administration | 15,059 |
| State Insurance Fund Corporation | 6,218 | Puerto Rico Ports Authority | 12,472 |
| Puerto Rico Land Administration | 1,306 | National Parks Company of Puerto Rico | 8,463 |
| | | Solid Waste Authority | 5,285 |
| Subtotal | 257,859 | Puerto Rico Metropolitan Bus Authority | 5,134 |
| | | Farm Insurance Corporation of Puerto Rico | 4,992 |
| | | Puerto Rico Infrastructure Financing Authority | 4,595 |
| | | Puerto Rico Convention Center District Authority | 4,057 |
| | | Land Authority of Puerto Rico | 3,745 |
| | | Puerto Rico Trade and Export Company | 1,429 |
| | | Puerto Rico Industrial Development Company | 1,306 |
| | | Automobile Accidents Compensation Administration | 1,079 |
| | | Subtotal | 257,859 |
| | | Puerto Rico Highways and Transportation Authority | 1,881,963 |
| | | Special Communities Perpetual Trust | 363,639 |
| | | Puerto Rico Medical Services Administration | 264,390 |
| | | Port of the Americas Authority | 219,349 |
| | | Puerto Rico Health Insurance Administration | 171,080 |
| | | Puerto Rico Ports Authority | 165,543 |
| | | Puerto Rico Convention Center District Authority | 145,889 |
| | | Puerto Rico Aqueduct and Sewer Authority | 109,788 |
| | | Agricultural Enterprises Development Administration | 96,212 |
| | | University of Puerto Rico | 90,580 |
| | | Puerto Rico Industrial Development Company | 87,842 |
| | | Solid Waste Authority | 74,416 |
| | | Puerto Rico Electric Power Authority | 49,781 |
| | | Land Authority of Puerto Rico | 38,884 |
| | | Puerto Rico Infrastructure Financing Authority | 36,885 |
| | | Company for the Integral Development of the "Península de Cantera" | 23,103 |
| | | University of Puerto Rico Comprehensive Cancer Center | 19,886 |
| | | National Parks Company of Puerto Rico | 12,174 |
| | | Economic Development Bank for Puerto Rico | 9,893 |
| | | Puerto Rico Public Private Partnerships Authority | 6,050 |
| | | Institute of Puerto Rican Culture | 2,515 |
| | | Puerto Rico Conservatory of Music Corporation | 1,411 |
| Government Development Bank for Puerto Rico | 3,871,273 | | 3,871,273 |
| | $4,129,132 | | $4,129,132 |

The rest of the loans receivable reported by GDB consists of the following (expressed in thousands):

| | |
|---|---|
| Primary government — governmental activities | $1,584,925 |
| Other governmental entities and municipalities | 2,369,551 |
| Private sector | 533,257 |
| Total loans receivable reported by GDB | $4,487,733 |

The loans receivables reported by GDB include $49.8 million presented within Other Restricted Assets in the accompanying Combining Statement of Net Assets (Deficit) — Major Component Units.

The loans to the primary government are presented by the Commonwealth within notes payable in the statement of net assets (deficit).

Expenses of the primary government include approximately $2.7 billion in capital and operational contributions made by the primary government to the component units as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Health Insurance Administration | $   945,033 |
| University of Puerto Rico | 763,469 |
| Puerto Rico Aqueduct and Sewer Authority | 393,650 |
| Nonmajor components units | 636,061 |
| Total contributions made by primary government to component units | $2,738,213 |

## 12.  RESTRICTED ASSETS

Restricted assets of the primary government included in the basic financial statements at June 30, 2012 consist of cash, receivables, investments, and other assets to be used for the following purposes (expressed in thousands):

| | |
|---|---:|
| Governmental activities: | |
| Debt service and sinking fund | $2,795,818 |
| Public Housing Administration — funds received from the U.S Housing and Urban Development | 1,836 |
| Affordable housing program | 1,258 |
| Construction of governmental facilities | 407,975 |
| Payment of operational expenses and certain financing granted to the Commonwealth, among other purposes | 57,068 |
| Other | 242,615 |
| Assets in liquidation | 24,607 |
| Total restricted assets of governmental activities | $3,531,177 |
| | |
| Business-type activities: | |
| Payment of insurance benefits | $   490,667 |
| Lending activities | 566,942 |
| Total restricted assets for business-type activities | $1,057,609 |

Liabilities of the primary government payable from restricted assets consist of the following (expressed in thousands):

|  |  |
|---|---:|
| Governmental activities: |  |
| Debt service | $  742,583 |
| Other | 107,520 |
| Accounts payable to contractors | 407,975 |
|  |  |
| Liabilities payable from restricted assets — governmental activities | $1,258,078 |
|  |  |
| Business-type activities: |  |
| Insurance benefits payable | $  104,789 |
| Accounts payable and accrued liabilities | 2,067 |
|  |  |
| Liabilities payable from restricted assets — business-type activities | $  106,856 |

Restricted net assets of the primary government consist of the following (expressed in thousands):

|  |  |
|---|---:|
| Governmental activities restricted net assets: |  |
| Net assets in liquidation | $  24,607 |
| Payment of operational expenses and certain financing granted to the Commonwealth, among other purposes | 192,163 |
| Restricted for debt service | 2,053,235 |
| Affordable housing and related loan insurance programs | 3,094 |
|  |  |
| Total restricted net assets — governmental activities | $2,273,099 |
|  |  |
| Business-type activities restricted net assets: |  |
| Lending activities | $  564,875 |
| Payment of insurance benefits | 385,878 |
|  |  |
| Total restricted net assets — business-type activities | $  950,753 |

Restricted assets of the component units included in the basic financial statements at June 30, 2012 are to be used for the following purposes (expressed in thousands):

|  |  |
|---|---:|
| Debt services and sinking fund requirements | $4,372,782 |
| Construction and betterments funds | 1,395,482 |
| Collateral for underlying securities | 948,113 |
| Educational funds | 104,999 |
| Financial assistance | 105,090 |
| Industrial incentives | 6,264 |
| Malpractice insurance fund | 5,268 |
| Other uses | 579,087 |
|  |  |
| Total for components units | $7,517,085 |

## 13.  CAPITAL ASSETS

Capital assets activity for the year ended June 30, 2012 is as follows (expressed in thousands):

### Primary Government

| | Beginning Balance (As restated) | Increases | Decreases | Ending Balance |
|---|---|---|---|---|
| Governmental activities: | | | | |
| Capital assets, not being depreciated: | | | | |
| Land | $  867,215 | $  12,465 | $      799 | $  878,881 |
| Construction in progress | 1,117,079 | 628,579 | 258,587 | 1,487,071 |
| Total capital assets, not being depreciated | 1,984,294 | 641,044 | 259,386 | 2,365,952 |
| Buildings and building improvements | 8,167,328 | 272,431 | 86,243 | 8,353,516 |
| Equipment, furniture, fixtures, vehicles, and software | 545,393 | 48,058 | 6,478 | 586,973 |
| Infrastructure | 605,846 | - | - | 605,846 |
| Total capital assets, being depreciated and amortized | 9,318,567 | 320,489 | 92,721 | 9,546,335 |
| Less accumulated depreciation and amortization for: | | | | |
| Buildings and building improvements | 3,048,803 | 239,813 | 59,447 | 3,229,169 |
| Equipment, furniture, fixtures, vehicles, and software | 355,831 | 41,708 | 4,101 | 393,438 |
| Infrastructure | 131,341 | 12,539 | - | 143,880 |
| Total accumulated depreciation and amortization | 3,535,975 | 294,060 | 63,548 | 3,766,487 |
| Total capital assets, being depreciated and amortized, net | 5,782,592 | 26,429 | 29,173 | $5,779,848 |
| Governmental activities capital assets, net | $7,766,886 | $667,473 | $288,559 | $8,145,800 |
| Business-type activities: | | | | |
| Total capital assets, being depreciated — equipment | $      6,870 | $      137 | $    - | $      7,007 |
| Less accumulated depreciation of equipment | 5,210 | 71 | - | 5,281 |
| Total business-type activities capital assets, being depreciated, net | $      1,660 | $      66 | $    - | $      1,726 |

- 134 -

Depreciation and amortization expense was charged to functions/programs of the primary government for the year ended June 30, 2012 as follows (expressed in thousands):

| Governmental activities: | |
|---|---:|
| General government | $ 92,329 |
| Public safety | 27,151 |
| Health | 7,447 |
| Public housing and welfare | 115,684 |
| Education | 34,425 |
| Economic development | 17,024 |
| Total depreciation and amortization expense — governmental activities | $294,060 |

The Commonwealth follows the provision of GASB Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries*, and an amendment to GASB Statement No. 34. This statement establishes guidance for accounting and reporting for the impairment of capital assets and for insurance recoveries. Every year the Commonwealth performs an impairment analysis of its capital assets, in order to comply with the requirements of GASB Statement No. 42. The financial reporting impact resulting from this analysis had no effect on the statement of activities for the year ended June 30, 2012.

General infrastructure assets include $427 million representing actual and estimated costs of assets transferred to the Department of Natural and Environmental Resources (DNER) of the Commonwealth in 1997 upon completion of the Cerrillos Dam and Reservoir and the Portugues-River and Bucana-River Projects ("the Cerrillos Dam and Reservoir Project") by the United States (U.S.) Army Corps of Engineers. These infrastructure assets are reported within governmental activities and include dams, intake facilities, and similar items built for flood control, water supply, and recreational purposes. The depreciation is computed using the straight-line method over an estimated useful life of 50 years from the transfer date of the property. Late in April 2011, the Commonwealth received a final debt agreement from the U.S. Army Corps of Engineers establishing a repayment schedule for its allocated share of the construction costs associated with the Cerrillos Dam and Reservoir Project, excluding those costs for items built for recreational purposes, amounting to $214 million. Unpaid allocated share of these construction costs associated with the Cerrillos Dam and Reservoir Project amounted to $212 million, plus accrued interest of $163 million, at June 30, 2012 (see Note 15). The Commonwealth also recorded a payable due to the U.S. Army Corps of Engineers, amounting to $14 million, for its estimated allocated share of the construction costs associated with the recreational part of the Cerrillos Dam and Reservoir Project, including accrued interest of $4 million. The final debt agreement between DNER and the U.S. Army Corps of Engineers for the recreational part of the Cerrillos Dam and Reservoir Project has not been finalized, and therefore, terms and conditions could differ from those estimated (see Note 15). The depreciation is computed using the straight-line method over an estimated useful life of 50 years from the transfer date of the property.

On August 17, 2001, the Legislature of the Commonwealth approved Act No. 120, which requires the conditional transfer of the ownership of certain real properties under the name of the Department of Recreation and Sports (DRS) of the Commonwealth to the municipalities of the Commonwealth. Land and facilities have been transferred occasionally since the date of this Act at no cost to the municipalities. During the fiscal year ended June 30, 2012, no transfers were made to the municipalities under the provisions of this Act.

**Discretely Presented Component Units**

| | Beginning Balance (as Restated) | Increases | Decreases | Ending Balance |
|---|---|---|---|---|
| Capital assets, not being depreciated/amortized: | | | | |
| Land | $ 3,252,708 | $ 82,643 | $ 26,341 | $ 3,309,010 |
| Art works | 9,981 | 8,073 | 6,468 | 11,586 |
| Construction in progress | 4,073,664 | 1,460,403 | 1,828,123 | 3,705,944 |
| Total capital assets, not being depreciated/amortized | 7,336,353 | 1,551,119 | 1,860,932 | 7,026,540 |
| Capital assets, being depreciated/amortized: | | | | |
| Buildings and building improvements | 5,156,467 | 311,377 | 49,608 | 5,418,236 |
| Equipment, furniture, fixtures, vehicles, and software | 10,435,927 | 697,157 | 63,957 | 11,069,127 |
| Infrastructure | 27,356,764 | 795,847 | 55,307 | 28,097,304 |
| Intangibles, other than software | 2,293 | - | - | 2,293 |
| Total capital assets, being depreciated/amortized | 42,951,451 | 1,804,381 | 168,872 | 44,586,960 |
| Less accumulated depreciation/amortization for: | | | | |
| Buildings and building improvements | 2,278,591 | 143,863 | 14,658 | 2,407,796 |
| Equipment, furniture, fixtures, vehicles and software | 2,144,854 | 433,471 | 49,873 | 2,528,452 |
| Infrastructure | 15,582,023 | 671,691 | 17,932 | 16,235,782 |
| Intangibles, other than software | 866 | 57 | - | 923 |
| Total accumulated depreciation/amortization | 20,006,334 | 1,249,082 | 82,463 | 21,172,953 |
| Total capital assets, being depreciated/amortized, net | 22,945,117 | 555,299 | 86,409 | 23,414,007 |
| Capital assets, net | $30,281,470 | $2,106,418 | $1,947,341 | $30,440,547 |

On February 24, 2012, PRIFA entered into an Assistance Agreement with the Puerto Rico Department of Justice (PRDOJ) and GDB to acquire, refurbish and operate a property to be used for the relocation of the PRDOJ's main offices. In connection with the Assistance Agreement, GDB provided a $35 million credit facility to PRIFA to undertake the acquisition and administration of this property and manage the initial phase of the rehabilitation and refurbishment of the property. On March 8, 2012, PRIFA acquired the property for approximately $27 million. The credit facility is payable solely from, and secured by the assignment of the PRDOJ lease agreement and any other existing and future lease agreement and by a mortgage lien on the property acquired.

PRIFA has also issued certain bonds and notes to finance the construction of certain capital projects for the benefit of PRASA, municipalities and other agencies and instrumentalities of the Commonwealth. The capital projects include the construction of infrastructure and buildings to be used in the operations of, and managed by, PRASA, the municipalities and other agencies in their respective operations. The capital projects, including the land acquired, are included as part of PRIFA's capital assets until construction is completed and the conditions for transfers to the ultimate beneficiaries are met. During the year ended June 30, 2012, PRIFA incurred approximately $30 million in construction costs for the benefit of other instrumentalities of the Commonwealth.

In October 2010, PRIFA entered into a memorandum of understanding with Puerto Rico Public-Private Partnerships Authority, Puerto Rico Public Buildings Authority, Puerto Rico Department of Education, Puerto Rico Department of Transportation and Public Works ("DTOP", for its Spanish acronym), and the GDB for the administration of the Schools for the 21st Century Program (the "21st Century Program").

Data for September 2012 reveals additional significant progress by the Schools for the 21st Century Program with fifty-two (52) Public Private Partnership contracts awarded for ninety-nine (99) schools. By this date, seventy (70) schools were under construction and twenty-nine (29) schools were completed and turned over to the DE.  The fifty-two (52) Public Private Partnership contracts awarded by September 2012 represented a total investment amount of approximately $650 million.

## 14.   TAX REVENUE AND BOND ANTICIPATION NOTES PAYABLE

Act No. 1 of the Legislature of the Commonwealth, approved on June 26, 1987 ("Act No. 1"), authorizes the Secretary of the Treasury Department to issue, from time to time, notes in anticipation of taxes and revenues ("Tax Revenue Anticipation Notes" or "TRANS") so that the Secretary, in the cash flow management program designed to maximize the use of moneys in the general fund, will have an alternate means of providing a liquidity mechanism to cover any temporary cash shortages projected for a fiscal year. Act No. 139, approved on November 9, 2005, amended Section 2(g) of Act No. 1 to provide that the total principal amount of notes issued under the provisions of Act No. 1 and outstanding at any time for any fiscal year may not exceed the lesser of eighteen percent (18%) of the net revenues of the general fund for the fiscal year preceding the fiscal year in which the notes are issued or one billion five hundred million dollars ($1,500,000,000).

TRANS issued during fiscal year 2012 amounted to $1,100 million at interest rates ranging from 1.20% to 2.25%. TRANS proceeds were used to cover temporary cash deficiencies resulting from the timing differences between tax collections and the payments of current expenditures. TRANS were refinanced during the year in order to take advantage of interest rates. The maximum amount of TRANS outstanding at any time during the year was approximately $900 million. As of June 30, 2012, the balance of TRANS outstanding was paid in full.

Also, during fiscal year 2012, the Commonwealth was authorized to issue bond anticipation notes in an aggregate principal amount, not to exceed $290 million, in order to complete certain public improvement projects, acquire certain properties and equipment on behalf of some component units, and cover the cost and interest of the bonds expected to be issued, as described below. These notes have been issued in anticipation of the issuance of public improvement bonds expected to be issued during fiscal year 2014. Although legal steps have been taken to refinance the anticipation notes with the bonds, since such bonds have not been issued as of the date of these basic financial statements, the related notes have been recognized as a short-term fund liability in the capital project fund. As of June 30, 2012, $75.8 million of bond anticipation notes were outstanding.

# 15. SHORT AND LONG-TERM OBLIGATIONS

## (a) Primary Government

*Summary of Short and Long-term Obligations* — Short and long-term obligations at June 30, 2012 and changes for the year then ended are as follows (expressed in thousands):

| Short-Term Obligations | Balance At June 30, 2011 (As restated) | Debt Issued | Debt Paid | Debt Refunded | Original Issue Premium, net | Other Net Increases (Decreases) | Balance At June 30, 2012 | Due Within One Year |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Notes payable to GDB | $ 32,179 | $ 153,831 | $ (155,329) | $ - | $ - | $ (13,797) | $ 16,884 | $ 16,884 |
| Bond anticipation notes payable | - | 79,144 | (3,309) | - | - | - | 75,835 | 75,835 |
| | $ 32,179 | $ 232,975 | $ (158,638) | $ - | $ - | $ (13,797) | $ 92,719 | $ 92,719 |
| **Long-Term Obligations** | | | | | | | | |
| Governmental activities: | | | | | | | | |
| General obligation and revenue bonds | $ 29,126,136 | $ 6,640,840 | $ (382,282) | $ (2,303,973) | $ 12,684 | $ 98,589 | $ 33,191,994 | $ 468,485 |
| Commonwealth appropriation bonds | 743,184 | 564,323 | (310,179) | (483,666) | 5,729 | 13,520 | 532,911 | - |
| Notes payable to component units: | | | | | | | | |
| GDB | 1,648,777 | 966,537 | (1,044,186) | - | - | 13,797 | 1,584,925 | 96,462 |
| Other | 68,918 | - | (37,925) | - | - | - | 30,993 | 19,273 |
| Capital leases | 229,574 | 680 | (5,819) | - | - | - | 224,435 | 9,500 |
| Total bonds, notes, and capital leases payable | 31,816,589 | 8,172,380 | (1,780,391) | (2,787,639) | 18,413 | 125,906 | 35,565,258 | 593,720 |
| Compensated absences | 1,431,424 | - | - | - | - | (55,454) | 1,375,970 | 679,649 |
| Net pension obligation | 9,325,352 | - | - | - | - | 1,833,449 | 11,158,801 | - |
| Net postemployment benefit obligation | 174,918 | - | - | - | - | 40,326 | 215,244 | - |
| Voluntary termination benefits payable | 332,905 | - | - | - | - | 320,620 | 653,525 | 63,918 |
| Other long-term liabilities | 2,325,463 | - | - | - | - | 96,116 | 2,421,579 | 572,915 |
| Total governmental activities | 45,406,651 | 8,172,380 | (1,780,391) | (2,787,639) | 18,413 | 2,360,963 | 51,390,377 | 1,910,202 |
| Business-type activities: | | | | | | | | |
| Compensated absences | 4,812 | - | - | - | - | 156 | 4,968 | 2,711 |
| Obligation for unpaid lottery prizes | 218,486 | - | - | - | - | (26,900) | 191,586 | 49,883 |
| Voluntary termination benefits payable | 2,641 | - | - | - | - | 2,601 | 5,242 | 587 |
| Claims liability for insurance benefits | 86,338 | - | - | - | - | (13,344) | 72,994 | 72,994 |
| Total business-type activities | 312,277 | - | - | - | - | (37,487) | 274,790 | 126,175 |
| Total primary government | $ 45,718,928 | $ 8,172,380 | $ (1,780,391) | $ (2,787,639) | $ 18,413 | $ 2,323,476 | $ 51,665,167 | $ 2,036,377 |

The principal balance of general obligation and revenue bonds paid reported as expenditures in the statement of revenues, expenditures, and changes in fund balances (deficit) — governmental funds does not agree with amounts reported as debt paid in the table above because it includes principal paid on July 1, 2011 on general obligation and revenue bonds amounting to approximately $334 million, which was accrued at June 30, 2011 as a fund liability. Also, during fiscal year 2012 the amount of approximately $425 million of debt principal paid on July 1, 2012 was accrued as a fund liability at June 30, 2012, but not included as payments in the table above. The net effect of $91 million is the difference between the principal paid on bonds, notes and capital leases payable included in the previous table and the principal shown as expenditures in the statement of revenues, expenditures, and changes in fund balances (deficit) — governmental funds.

On November 23, 2011, COFINA issued its Series 2011A-2 capital appreciation bonds amounting to approximately $337 million in satisfaction of the redemption price on certain outstanding subordinated capital appreciation bonds. Since there was no cash involved in this transaction, the issuance and the repayment of such bonds were excluded from the table above.

Other net increases (decreases) include an increase of $13.8 million in notes payable to GDB, which were classified as short term at June 30, 2011, but which terms were formally extended to a longer term during fiscal year 2012 and, consequently, reclassified as long term and presented as a new long term debt issued in the statement of revenues, expenditures, and changes in fund balances (deficit) — governmental funds. The remaining balance of the other net increases (decreases) in bonds, notes and capital leases payable consists of capitalization of interest on capital appreciation bonds; deferred gains/losses on refunding's, net of amortization; amortization of premiums and accretion of discounts on bonds and notes payable. These adjustments did not require any source or use of cash.

Compensated absences, net pension obligation, net postemployment benefit obligation, termination benefits, other long-term liabilities, obligation for unpaid lottery prizes, and claims liability for insurance benefits reflect other net increases (decreases) resulting from adjustments and changes to agree these obligations to their new estimated balances at June 30, 2012.

**(b) Debt Limitation**

The Constitution of the Commonwealth authorizes the contracting of debts as determined by the Legislature. Nevertheless, Section 2, Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit, and taxing power of the Commonwealth shall not be issued if the amounts of the principal of and interest on such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter "internal revenues") in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2, Article VI of the Constitution does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, sales and use tax, property taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Commonwealth, and motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees, which are allocated to PRHTA, a discrete component unit, are not included as revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of sales and use tax allocated to COFINA is not

included as internal revenues consistent with the legislation creating COFINA, which transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the constitutional provisions relating to the payment of debt service. At June 30, 2012, the Commonwealth is in compliance with the debt limitation requirement.

**(c) Bonds Payable**

The Constitution of the Commonwealth provides that public debt will constitute a first claim on the available revenue of the Commonwealth. Public debt includes general obligations and revenue bonds of the Commonwealth and any payment required to be made by the Commonwealth under its guarantees of bonds issued by blended or discretely presented component units. The full faith, credit, and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal and interest of the general obligation bonds.

Act No. 83 of August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation. The levy is made by Municipal Revenue Collection Center (CRIM by its Spanish acronym), a municipal corporation, not a component unit of the Commonwealth. CRIM is required to remit the 1.03% of property tax collected to the Commonwealth to be used by the Commonwealth's debt service fund for payment of debt service on general obligations and revenue bonds of the Commonwealth. During the year ended June 30, 2012, the total revenue and receivable reported by the Commonwealth amounted to approximately $115 million and $32 million, respectively, which are included in the debt service fund.

For financial reporting purposes, the outstanding amount of bonds represents the total principal to be repaid, plus unamortized premiums and interest accreted on capital appreciation bonds, less unaccreted discount and deferred refunding losses.

Bonds payable outstanding at June 30, 2012, including accreted interest on capital appreciation bonds, are as follows (expressed in thousands):

| | General Obligation Bonds | Revenue Bonds | Total |
|---|---|---|---|
| Term bonds payable through 2046; interest payable monthly or semiannually at rates varying from 0.16% to 6.50%. | $ 5,327,603 | $ 8,202,195 | $ 13,529,798 |
| Serial bonds payable through 2041; interest payable monthly or semiannually at rates varying from 0.16% to 6.75%. | 5,535,505 | 1,925,392 | 7,460,897 |
| Fixed rate bonds payable through 2057; interest payable at rates varying from 3.38% to 6.50%. | - | 5,538,090 | 5,538,090 |
| Capital appreciation bonds payable through 2056; no interest rate, yield ranging from 3.75% to 7.48%. (1) | 166,284 | 4,679,805 | 4,846,089 |
| The Children's Trust Fund tobacco settlement asset-backed bonds payable through 2057; interest payable or accreted semiannually at rates varying from 4.10% to 8.375%. | - | 1,424,169 | 1,424,169 |
| Capital Fund Program Bonds, maturing in various dates payable through 2025; interest payable semiannually at rates varying from 2.00% to 5.00%. | - | 496,445 | 496,445 |
| LIBOR-Based Adjustable Rate Bonds due on August 1, 2057; interest payable quarterly (1.24% at June 30, 2012). | - | 136,000 | 136,000 |
| Total | 11,029,392 | 22,402,096 | 33,431,488 |
| Unamortized premium (discount), net | 129,683 | (17,217) | 112,466 |
| Deferred refunding loss, net | (241,595) | (110,365) | (351,960) |
| Total bonds payable | $ 10,917,480 | $ 22,274,514 | $ 33,191,994 |

(1) Revenue bonds include $848 million capital appreciation bonds convertible to fixed rate interest bonds on August 1, 2016; August 1, 2019; and August 1, 2020.

As of June 30, 2012, debt service requirements for general obligation and revenue bonds outstanding, including accreted interest of capital appreciation bonds are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Interest Subsidy (1) | Total |
|---|---|---|---|---|
| 2013 | $ 468,485 | $ 1,435,070 | $ (4,200) | $ 1,899,355 |
| 2014 | 503,430 | 1,446,413 | (4,200) | 1,945,643 |
| 2015 | 504,855 | 1,421,841 | (4,200) | 1,922,496 |
| 2016 | 554,555 | 1,397,236 | (4,200) | 1,947,591 |
| 2017 | 606,810 | 1,397,755 | (4,200) | 2,000,365 |
| 2018–2022 | 3,158,960 | 6,870,140 | (21,000) | 10,008,100 |
| 2023–2027 | 3,959,127 | 6,211,326 | (21,000) | 10,149,453 |
| 2028–2032 | 5,804,684 | 5,489,253 | (21,000) | 11,272,937 |
| 2033–2037 | 6,897,386 | 3,799,013 | (21,000) | 10,675,399 |
| 2038–2042 | 10,207,670 | 2,048,696 | (21,000) | 12,235,366 |
| 2043–2047 | 7,291,880 | 409,204 | (1,047) | 7,700,037 |
| 2048–2052 | 6,132,937 | 288,355 | - | 6,421,292 |
| 2053–2057 | 14,041,159 | 288,091 | - | 14,329,250 |
| 2058 | 1,037,993 | 22,857 | - | 1,060,850 |
| Total | 61,169,931 | $32,525,250 | $(127,047) | $93,568,134 |
| Less unaccreted interest | (27,738,443) | | | |
| Plus unamortized premium, net | 112,466 | | | |
| Less deferred refunding loss, net | (351,960) | | | |
| Total | $ 33,191,994 | | | |

(1) Sales Tax Revenue Bonds, First Subordinate Series 2010D and 2010E were issued as Build America Bonds. COFINA will receive a subsidy payment from the federal government equal to 35% and 45%, respectively, of the amount of each interest payment.

The table that follows represents governmental activities debt service payments on certain general obligation and revenue variable-rate bonds and the net payments on associated hedging derivative instruments (see Note 23) as of June 30, 2012. Although interest rates on variable rate debt and the current reference rates of hedging derivative instruments change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rates of hedging derivative instruments at June 30, 2012 will remain the same for their term.

| Year Ending June 30 | Variable-Rate Bonds | | Hedging Derivative Instruments, Net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2013 | $ - | $ 7,812 | $ 14,134 | $ 21,946 |
| 2014 | - | 7,812 | 14,134 | 21,946 |
| 2015 | - | 7,812 | 14,134 | 21,946 |
| 2016 | - | 7,812 | 14,134 | 21,946 |
| 2017 | - | 7,812 | 14,134 | 21,946 |
| 2018–2022 | 360,340 | 27,203 | 56,905 | 444,448 |
| 2023–2027 | 12,810 | 8,630 | 28,921 | 50,361 |
| 2028–2032 | 17,030 | 8,490 | 25,928 | 51,448 |
| 2033–2037 | - | 8,446 | 25,010 | 33,456 |
| 2038–2042 | - | 8,446 | 25,010 | 33,456 |
| 2043–2047 | - | 8,446 | 25,010 | 33,456 |
| 2048–2052 | - | 8,446 | 25,010 | 33,456 |
| 2053–2057 | - | 8,446 | 25,010 | 33,456 |
| 2058 | 136,000 | 424 | 2,923 | 139,347 |
| Total | $526,180 | $126,037 | $310,397 | $962,614 |

COFINA's outstanding bonds are payable from amounts deposited in the Dedicated Sales Tax Fund in each fiscal year. The minimum amount to be deposited is the Pledged Sales Tax Base Amount, which for the fiscal year ended June 30, 2012, was $595,165,542. The Pledged Sales Tax Base Amount increases each fiscal year thereafter at a statutory rate of 4% up to $1,850,000,000. At June 30, 2012, the Pledged Sales Tax Base Amount, by year, is as follows (expressed in thousands):

| Year Ending June 30 | Amount |
|---|---|
| 2013 | $    618,972 |
| 2014 | 643,731 |
| 2015 | 669,480 |
| 2016 | 696,260 |
| 2017 | 724,110 |
| 2018–2022 | 4,078,893 |
| 2023–2027 | 4,962,597 |
| 2028–2032 | 6,037,758 |
| 2033–2037 | 7,345,856 |
| 2038–2042 | 8,850,885 |
| 2043–2047 | 9,250,000 |
| 2048–2052 | 9,250,000 |
| 2053–2057 | 9,250,000 |
| 2058 | 1,850,000 |
| Total | $64,228,542 |

On November 23, 2011, COFINA issued Sales Tax Revenue Bonds, First Subordinate Series 2011A amounting to approximately $734.8 million and Sales Tax Revenue Bonds, First Subordinate Series 2011B amounting to approximately $45.6 million. The Series 2011A includes current interest bonds codified on Series 2011A-1, amounting to $355 million, bearing interest rates ranging from 5% to 5.25% and maturing on August 1, 2043. The Series 2011A also includes Series 2011A-1 and 2011A-2 capital appreciation bonds amounting to $42.7 million and $337.1 million, respectively. The Series 2011A-1 capital appreciation bonds capitalize interest at an annual rate ranging from 5.25% to 6.50% each February 1 and August 1, until their maturity dates between August 1, 2023 and August 1, 2041. The Series 2011A-2 capital appreciation bonds capitalize interest at an annual rate of 7% each February 1 and August 1, until its maturity dates between August 1, 2043 and August 1, 2050. The proceeds of these bonds were used to refund certain outstanding bonds of COFINA, to repay the Junior Subordinated Bonds issued to PRIFA and ERS, and to provide funds to the Commonwealth to cover operating expenses. The $45.6 million Series 2011B bears interest rates ranging from 5% to 5.15% and matures between August 1, 2031 and August 1, 2036. The proceeds of these bonds were used to refund certain outstanding bonds of COFINA.

On December 13, 2011, COFINA issued Sales Tax Revenue Bonds, Senior Series 2011C amounting to approximately $1.0 billion and Sales Tax Revenue Bonds, Senior Series 2011D amounting to approximately $91.2 million. The Series 2011C includes current interest and term bonds amounting to $904.7 million, bearing interest rates ranging from 4% to 5.25% and mature between August 1, 2020 and August 1, 2046. The Series 2011C also includes capital appreciation bonds amounting to $101.8 million, which capitalize interest at an annual rate ranging from 6.15% to 6.25% each February 1 and August 1, until their maturity dates between August 1, 2034 and August 1, 2041. The Series 2011D bonds amounting to $91.2 million bear interest at annual rates ranging from 3.80% to 4.85% and mature between August 1, 2023 and August 1, 2036. The proceeds of these

bonds were used to redeem a portion of certain outstanding Commonwealth appropriation bonds (see note 15(d)) and to cover payments associated with swap agreements of COFINA.

On July 12, 2011, the Commonwealth issued $304 million in Public Improvement Bonds Series 2011, $52.2 million in Public Improvement Refunding Bonds Series 2011 D and $245.9 million in Public Improvement Refunding Bonds Series 2011 E. The proceeds from the issuance of the public improvement bonds were used to carry out certain capital improvements programs authorized by the Legislative Assembly in Act No. 79 and the refunding of bond anticipation notes issued under Act No. 79 to finance, on an interim basis, portions of certain capital improvement programs. The proceeds of the refunding bonds were used to refund in full certain other general obligation bonds and notes of the Commonwealth, fund the termination payments under certain interest rate swap agreements and a debt service deposit agreement entered into in connection with the issuance of the refunded bonds, pay capitalized interest on the refunding bonds, and pay the expenses related to the issuance and sale of the refunding bonds. These bonds bear interest rates ranging from 3% to 6%, payable semiannually, and mature between July 1, 2013 and July 1, 2041.

On March 29, 2012, the Commonwealth issued $415.3 million in Public Improvement Refunding Bonds Series 2012 B. The proceeds were used to repay advances under a GDB line of credit, the proceeds of which refinanced deposits to the Commonwealth's Redemption Fund for the payment of principal and interest from February 1, 2012 to July 1, 2012 on certain general obligation bonds and notes of the Commonwealth; refund certain of the Commonwealth's outstanding general obligation bonds; pay capitalized interest on a portion of the Series 2012 B bonds; and pay expenses related to the issuance and sale of the Series 2012 B bonds. These bonds bear interest rates ranging from 2.25% to 5.30%, payable monthly, and mature between July 1, 2013 and July 1, 2033.

On April 3, 2012, the Commonwealth issued $2.3 billion in Public Improvement Refunding Bonds Series 2012 A. The proceeds were used to repay advances under lines of credit due to GDB, the proceeds of which refinanced deposits to the Commonwealth's Redemption Fund for the payment of principal and interest due on January 1, 2012 and July 1, 2012 on certain general obligation bonds and notes of the Commonwealth; refund certain of the Commonwealth's outstanding general obligation bonds; fund associated termination payments due under an investment agreement and interest rate exchange agreements; pay capitalized interest on a portion of the Series 2012 A bonds; and pay expenses related to the issuance and sale of the Series 2012 A bonds. These bonds bear interest rates ranging from 4% to 5.75%, payable semiannually, and mature between July 1, 2020 and July 1, 2041.

On August 24, 2011, PBA issued $756.4 million aggregate principal amount of Facilities Revenue Bonds Series R (Qualified School Construction Bonds-Issuer Subsidy), guaranteed by the Commonwealth. The proceeds from the issuance of the Series R bonds were used to pay part of the cost of constructing, renovating, remodeling and/or improving approximately 100 public schools under a Commonwealth's program. As a result of this bond issuance, PBA received a subsidy of $28.1 million from the federal government used for the payment of interest. The Series R bonds bear interest rates at 5.65% to 5.70%, payable quarterly, and mature on July 1, 2028. Concurrently with the issuance of the Series R bonds, PBA issued $303.9 million aggregate principal amount of Facilities Revenue Bonds Series S, guaranteed by the Commonwealth. The proceeds from this issuance of the Series S bonds were used to repay certain advances made to PBA by GDB under line of credit facilities previously issued to repay interest on certain PBA outstanding bonds, pay a portion of the construction costs of certain facilities for lease, and pay the costs of issuance of these bonds. The Series S bonds bear interest rates ranging from 5% to 6%, payable semiannually, and mature between July 1, 2022 and July 1, 2041.

On December 22, 2011, PBA issued $121.5 million aggregate principal amount of Facilities Revenue Bonds Series T (Zone Academy Bonds — Direct Payment), guaranteed by the Commonwealth, the proceeds of which were used to pay part of the cost of renovating and rehabilitating certain public schools. The Series T bonds bear an interest rate of 5.60%, payable quarterly, and mature on July 1, 2030. Then, on June 21, 2012, PBA issued $582.3 million aggregate principal amount of Facilities Revenue Refunding Bonds Series U, guaranteed by the Commonwealth. The proceeds from this issuance were used to refund in whole PBA's Facilities Revenue Bonds Series J and a portion of PBA's Facilities Revenue Bonds Series D and G; repay certain advances made to PBA by GDB under a line of credit facility previously issued; pay a portion of the interest on the Series U bonds; and pay the costs of issuance of the Series U bonds. The Series U bonds bear interest rates ranging from 3.885% to 5.25%, payable semiannually, and mature between July 1, 2014 and July 1, 2042.

On August 1, 2008, Puerto Rico Housing Finance Authority (the "Authority"), a blended component unit of GDB, issued Capital Fund Modernization Program Subordinate Bonds amounting to $384 million and Housing Revenue Bonds amounting to $100 million. The proceeds from the issuance on these bonds were mainly used to finance a loan (the "Loan") to Vivienda Modernization 1, LLC, (the "LLC"). The LLC will utilize moneys from the Loan for the purpose of financing a portion of the costs of the acquisition and modernization of various housing projects in the Commonwealth and paying certain transactional costs.

The LLC is a limited liability company created under the laws of the Commonwealth whose sole member is Vivienda Modernization Holdings 1, S.E. (the "Sole Member" or the "Partnership"), a civil partnership created under the laws of the Commonwealth and pursuant to a related Partnership Agreement. The Partnership was created on August 1, 2008 by the Department of Housing of the Commonwealth of Puerto Rico ("DOH"), in its capacity as the general partner (the "General Partner") and Hudson SLP XL LLC, a Delaware limited liability company, as the Special Limited Partner (the "Special Limited Partner") and Hudson Housing Tax Credit Fund XL LP, a Delaware limited partnership, as the Investment Partnership (the "Investment Partnership"); collectively with the Special Limited Partner, (the "Limited Partners"). The Partnership has been organized exclusively to be the sole member of the LLC, which entity has been formed to acquire, develop, rehabilitate, own, maintain and operate thirty three residential rental housing developments intended for rental to persons of low and moderate income. As part of these developments, LLC is intended to acquire a 99 year term Surface Right with respect to the related land and to acquire, develop, finance, rehabilitate, maintain, operate, lease and sell or otherwise dispose of each Apartment Complex, in order to obtain for the Partnership and its Partners statutory compliance, long-term appreciation, cash income, and tax benefits consisting, of tax credits and tax losses over the term hereof.

Profits, losses and tax credits are allocated in accordance with the Partnership Agreement. Profits and losses from operations and low-income housing tax credits in any year shall be allocated 99.98% to the Investment Partnership, 0.01% to the Special Limited Partner and 0.01% to the General Partner. As defined in the Partnership Agreement, certain transactions and occurrences warrant special allocations of profits and losses. All other losses shall be allocated to the extent allowable under Section 704(b) of the U.S. IRC.

Pursuant to the Partnership Agreement, the Limited Partners are required to provide capital contributions totaling approximately $235 million to the Partnership ("Initial Projected Equity"), subject to potential adjustment based on the amount of low-income housing credits ultimately allocated to the developments in addition to other potential occurrences as more fully explained in the Partnership Agreement. As of June 30, 2012, the Limited Partners have provided capital contributions totaling $126.6 million.

Pursuant to the Partnership Agreement, the General Partner is required to provide capital contributions totaling $10 to the Partnership. Should the Partnership have not sufficient funds available to pay the outstanding balance of the developer fee thereof, as defined, the General Partner shall be required to provide additional capital contributions to the Partnership in an amount sufficient for the Partnership to pay such balance in full. The General Partner shall have no right or obligation to make any other capital contributions. As of June 30, 2012, the General Partner had provided no capital contributions. In addition, DOH as general partner shall establish the Assurance Reserve Fund at initial closing in the amount of the initial capital contribution less $4 million (plus any initial capital contribution with respect to the apartment complexes). Amounts in the Assurance Reserve Fund shall be used, (i) upon the request of the General Partner, subject to the consent of the Special Limited Partner, or (ii) upon the direction to the Special Limited Partner, to meet financial obligations of the General Partner, other than for excess development costs, as provided in the Partnership Agreement. As of June 30, 2012, such reserve was maintained in the Partnership. The amount owed to DOH for the assurance reserve fund as of June 30, 2012, amounted to $16.6 million.

On August 7, 2008, Puerto Rico Public Housing Administration ("PHA") and the LLC entered into a Regulatory and Operating Agreement (the "Agreement"). PHA and the LLC have determined that it would be desirable for the public housing rental development to undergo comprehensive modernization (e.g. new floors, electrical wiring, plumbing, windows, doors, roofs and accessibility features) or development, which modernization or development will be undertaken and operated by the LLC.

On August 7, 2008, DOH and PHA entered into an interagency agreement through which PHA transferred title to the public housing rental developments to DOH for the subsequent sale to the LLC. In addition, DOH will make a grant to the Authority from funds in the Program Modernization Fund in excess of the first receipts equal to $20 million to allow the Authority to make a permanent loan to the LLC. The Authority will provide to the LLC a (i) $100 million interim construction loan to be used in connection with the financing of the rehabilitation and/or construction work on the development from the proceeds of tax-exempt bonds issued by the Authority, (ii) $386.8 million capital fund loan in proceeds from certain tax-exempt bonds issued by the Authority, and (iii) a $100 million permanent loan.

On August 7, 2008, the LLC and DOH entered into a Purchase and Sales Agreement through which the LLC acquired the surface rights of a property (the "Property") and the improvement erected on such property consisting of buildings and construction in progress with a net book value and cost of $45.9 million and $110 million, respectively, from DOH under those certain deeds of Constitution of Surface Rights and Transfer of Improvements dated August 7, 2008, which will require the LLC to rehabilitate or construct on the Property four thousand one hundred thirty-two (4,132) residential rental units (the "Units" or collectively the "Development") all of which will receive the benefit of operating subsidy and benefit of low income housing tax credit under Section 42 of the Internal Revenue Code of 1986, as amended. Eighty-four (84) of the units, all of which will be located at the Brisas de Cayey II site, are to be newly constructed. The remaining units will be modernized.

Also, on August 7, 2008, DOH entered into a loan agreement with the LLC in the amount of $102.9 million for the acquisition of the 33 residential rental properties (the "deferred purchase price note"). The LLC shall make payments equal to the amount of net available capital contributions, as defined, for the preceding calendar quarter.

The terms of the deferred purchase price note are described as set forth below:

| | |
|---|---|
| Commitment | $102,889,957 |
| Interest rate | 3.55 % |
| Maturity date | Later of (i) funding of the last installment of the third capital contribution or (ii) August 7, 2013 |

The note shall be a full recourse liability of the LLC; however, none of the LLC's members has personal liability. As of June 30, 2012, the principal balance outstanding on the deferred purchase price note was $8.9 million and accrued interest was $245 thousand. At the same time, based on the Purchase and Sale Agreement, PHA received $92.4 million from the LLC, which was used to pay eligible project expenses incurred by PHA on an interim basis to minimize the expenditure of 2003 tax exempt bonds that were ineligible for inclusion in the credit transaction. In addition, PHA received $18.1 million from the LLC for Capital Fund Bonds funds previously expensed by the PHA from June to July 2009.

PHA has entered into an Interagency Agreement dated August 7, 2008 with DOH, in DOH's capacity as general partner of the Partnership, to delegate management and operational duties related to the Development to PHA as set forth in the Interagency Agreement. The LLC and PHA also intend that the units be developed, operated and managed so as to assure receipt by the LLC of the aforementioned economic and tax benefits to the full extent available to the LLC.

Additionally, on August 7, 2008, the LLC entered into a Master Developer Agreement with DOH to perform services in connection with the development, rehabilitation, and modernization of certain housing projects (the "Master Developer Agreement"). Pursuant to the Master Developer Agreement, DOH will earn a developer's fee in the amount of $75 million for services performed and to be performed. Payment of the developer's fee shall be subject to the terms and conditions of Section 6(a) (i-iv) of the Master Developer Agreement. As of June 30, 2012, the LLC owed DOH the amount of $51.8 million.

Under the Partnership Agreement, projects which do not meet the final completion schedule or satisfy other completion, occupancy, rent attainment or tax-credit related requirements or other Investor Limited Partner conditions to capital contributions with respect to such projects as set forth in the Partnership Agreement may under certain conditions be required to be purchased by DOH or its designee. In such case, DOH or its designee would assume the portion of the Loan allocated to such project(s), including both moneys remaining to be disbursed and repayment obligations, and would become a new additional borrower under the loan agreement. The LLC would be released with respect to the amount of the Loan assumed. DOH or its designee could also seek to obtain a limited partner (who might or might not be the original Investor Limited Partner) and tax credit equity contributions. Such transfer does not affect the obligation of DOH to grant moneys to the Authority to fund the permanent loan. As a requirement of such purchase, DOH or its designee is required to repay equity already contributed by the Investor Limited Partner, plus interest and a purchase premium.

The Commonwealth's bonds payable are subject to arbitrage regulations issued by the Internal Revenue Service of the United States of America, that require rebate to the federal government of excess investments earnings on tax-exempt debt proceeds if the yield on those earnings exceeds the effective yield on the related tax-exempt debt issued. Excess earnings must be rebated every five years or upon maturity of the debt, whichever is earlier. Arbitrage calculations resulted in no liability as of June 30, 2012.

**(d) Commonwealth Appropriation Bonds**

Over the years, GDB, as fiscal agent and the bank for the Commonwealth, had extended lines of credit, advances, and loans to several agencies and component units of the Commonwealth in order to finance their capital improvement projects and to cover their operational deficits at the time. At different points in time, these loans were refunded through the issuance of Commonwealth appropriation bonds issued by the Puerto Rico Public Finance Corporation (PFC), a blended component unit of GDB, which serves only as a conduit for the issuance of the bonds. Also, during more recent years, COFINA, through the issuance of bonds, has been used to repay certain other loans and existing appropriation bonds. COFINA is a blended component unit of the Commonwealth created in 2007 with the capacity to issue bonds to repay or refund advances from GDB, the appropriation bonds referred to above, and other debt obligations, collectively referred as the extra constitutional debt. COFINA's debt in turn is currently being serviced with the revenues generated from the collection of the first 2.75% of the sales and use tax, which came in effect on November 15, 2006.

On August 18, 2011, PFC issued its $242.4 million 2011 Series A bonds, the proceeds of which were used to repurchase a portion of its 2004 Series A bonds issued under Act No. 164, pay interest on the 2011 Series A bonds through February 1, 2012, and pay the cost of issuance of the such bonds. The Commonwealth recognized a mirror effect of this current refunding by PFC in its own debt in proportion to the portion of the Commonwealth's notes included in the PFC refunding. This current refunding resulted in a deferred loss of approximately $2.3 million for the entire reporting entity of the Commonwealth.

On December 13, 2011, COFINA issued Sales Tax Revenue Bonds, Senior Series 2011 C and 2011 D in the amount of $1.0 billion and $91.2 million, respectively, the proceeds of which were used to redeem a portion of PFC 2004 Series A Bonds (Act No. 164 — $326.9 million, PRASA's Superaqueduct — $195.1 million, OMEP — $88.6 million, Health Facilities and Services Administration — $39 million, Treasury Department — $22.5 million), cover certain payments associated with swap agreements of COFINA, and pay a portion of interest and the costs of issuance of these new COFINA bonds. These redemptions resulted in a loss of $42.9 million for the entire reporting entity of the Commonwealth.

On December 15, 2011, PFC issued its $437.6 million 2011 Series B bonds, the proceeds of which were used to currently refund the outstanding balance of the PFC 2004 Series A Bonds (Act No. 164 — $220.7 million, PRASA's Superaqueduct — $131.7 million), and pay a portion of the interest and the costs of issuance of these new PFC bonds. The Commonwealth recognized a mirror effect of this current refunding by PFC in its own debt in proportion to the portion of the Commonwealth's notes included in the PFC refunding. This current refunding resulted in a deferred gain of approximately $4.1 million for the entire reporting entity of the Commonwealth.

On June 28, 2012, PFC issued its $410.7 million 2012 Series A bonds, the proceeds of which were used to currently refund the then outstanding balance of the PFC 2001 Series C, 2002 Series A bonds, and 2003 Series A bonds, and pay a portion of the interest and the costs of issuance of these new PFC bonds. The Commonwealth recognized a mirror effect of this current refunding by PFC in its own debt in proportion to the portion of the Commonwealth's notes included in the PFC refunding. These current refundings resulted in a deferred loss of approximately $4.5 million for the entire reporting entity of the Commonwealth.

At June 30, 2012, the outstanding balance of the Commonwealth appropriation bonds pertaining to the primary government (i.e. excluding the balance pertaining to discretely presented component units), consists of the following obligations (expressed in thousands):

| | |
|---|---:|
| Act. No. 164 restructuring | $415,716 |
| Puerto Rico Maritime Shipping Authority (PRMSA) | 117,195 |
| | |
| Total Commonwealth appropriation bonds | $532,911 |

**Act No. 164 Restructuring** — On December 17, 2001, Act No. 164 was approved, which authorized certain government agencies and discretely presented component units to refund approximately $2.4 billion of their outstanding obligations with GDB, for which no repayment source existed, over a period not exceeding 30 years, and to be repaid with annual Commonwealth appropriations not to exceed $225 million. This refunding was originally executed with Commonwealth appropriation bonds through several series issued by PFC during the period between December 2001 and June 2002. Subsequently, additional refundings (current and advance) and/or redemptions of the Act No. 164 restructuring have been executed through PFC and COFINA bond issuances.

Approximately $415.7 million of the Commonwealth Appropriation bonds outstanding at June 30, 2012, belong to the primary government under Act No. 164, predominantly the Department of Health of the Commonwealth (health reform financing and other costs) and the Department of the Treasury of the Commonwealth (originally the fiscal year 2001 deficit financing and the obligation assumed for defective tax liens). The outstanding balance of Commonwealth Appropriation bonds related to Act No. 164, bears interest at rates ranging from 3.10% to 6.50%. Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---:|---:|---:|
| 2013 | $       - | $  22,541 | $  22,541 |
| 2014 | - | 22,241 | 22,241 |
| 2015 | - | 22,241 | 22,241 |
| 2016 | 25,578 | 21,581 | 47,159 |
| 2017 | 20,749 | 20,852 | 41,601 |
| 2018-2022 | 116,183 | 90,757 | 206,940 |
| 2023-2027 | 63,699 | 68,895 | 132,594 |
| 2028-2031 | 206,419 | 18,589 | 225,008 |
| | | | |
| Total | 432,628 | $287,697 | $720,325 |
| | | | |
| Plus unamortized premium | 4,935 | | |
| Less deferred refunding loss | (21,847) | | |
| | | | |
| Total | $415,716 | | |

**Puerto Rico Maritime Shipping Authority (PRMSA)** — A promissory note payable owed by PRMSA to GDB was assumed by the Commonwealth in connection with the sale of the maritime operations of PRMSA. Commonwealth appropriation bonds, 2003 Series B and 2004 Series B were issued to refund this liability, which were currently refunded in June 2012 with the issuance of PFC 2012 Series A bonds described above.

The new bond balance bears interest at a variable rate ranging from 3.10% to 5.35%. Debt service requirements in future years are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2013 | $ - | $ 6,325 | $ 6,325 |
| 2014 | - | 6,837 | 6,837 |
| 2015 | - | 6,837 | 6,837 |
| 2016 | - | 6,837 | 6,837 |
| 2017 | - | 6,837 | 6,837 |
| 2018–2022 | - | 34,186 | 34,186 |
| 2023–2027 | 83,384 | 23,777 | 107,161 |
| 2028–2031 | 48,310 | 10,769 | 59,079 |
| Total | 131,694 | $ 102,405 | $ 234,099 |
| Less deferred refunding loss | (14,499) | | |
| Total | $ 117,195 | | |

**(e)  Advance Refunding, Defeased Bonds, and Refunding of Commonwealth Appropriation Bonds**

In prior years, the Commonwealth defeased certain general obligation and other bonds by placing the proceeds of the bonds in an irrevocable trust to provide for all future debt service payments on the refunded bonds. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the basic financial statements. At June 30, 2012, approximately $1.3 billion of bonds outstanding from prior years' advance refunding are considered defeased.

PBA has defeased certain revenue bonds in prior years by placing the proceeds of new bonds in an irrevocable trust to provide for all future debt service payments on the old debts. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the statement of net assets (deficit). As of June 30, 2012, approximately $426 million of PBA's bonds are considered defeased.

During fiscal year 2012, COFINA issued certain refunding bonds, the proceeds of which were placed in an irrevocable trust to provide for all future debt service payments on the refunded COFINA Series 2009A and 2009B bonds. The outstanding balance of the advance refunded bonds was $91.3 million at June 30, 2012.

**(f)  Notes Payable to Component Units and Others**

The Commonwealth has entered into various short-term line of credit agreements with GDB consisting of the following at June 30, 2012 (expressed in thousands):

| Agency | Purpose | Interest Rate | Line of Credit | Outstanding Balance |
|---|---|---|---|---|
| Department of the Treasury | To fund information technology project | 125 bp over GDB's commercial paper rate | $44,868 | $14,301 |
| Department of the Treasury | Purchase of mobile X-ray machines | 125 bp over 3 months LIBOR | 12,000 | 2,583 |
| | | | $56,868 | $16,884 |

The Commonwealth financed certain other long-term liabilities through GDB and other component units. The outstanding balance at June 30, 2012 on the financing provided by GDB comprises the following, all within governmental activities (expressed in thousands):

*GDB:*

| | |
|---|---|
| Department of the Treasury | $   805,076 |
| Office of Management and Budget | 142,463 |
| Public Buildings Authority | 137,354 |
| Department of Education | 111,720 |
| Department of Transportation and Public Works | 82,301 |
| Department of Agriculture | 67,358 |
| Department of Justice | 52,402 |
| Department of Health | 45,792 |
| Police Department | 33,309 |
| Department of Housing | 31,515 |
| Correction Administration | 25,970 |
| Office of the Superintendent of the Capitol | 22,474 |
| Puerto Rico Court Administration Office | 17,506 |
| Department of Recreation and Sports | 9,647 |
| Office of Veterans' Affairs | 38 |
| Notes payable to GDB | $1,584,925 |

*Other Components Units:*

| | |
|---|---|
| Health facilities agreement payable to the UPR's Medical Sciences Campus | $ 24,720 |
| Note payable to PREPA | 6,273 |
| Notes payable to other component units | $ 30,993 |

As of June 30, 2012, the Department of the Treasury of the Commonwealth has entered into various line of credit agreements with GDB amounting to approximately $2 billion for different purposes as presented in the following table. The purpose, interest rate, maturity date, and amount outstanding under each individual agreement at June 30, 2012 consist of the following (expressed in thousands):

| Purpose | Interest Rate | Maturity | Line of Credit | Outstanding Balance |
|---|---|---|---|---|
| To finance payroll and operational expenditures of the Commonwealth for fiscal year 2006. | 5.50% | June 30, 2036 | $ 741,000 | $223,468 |
| Resources to meet appropriations in annual budget of the Commonwealth (fiscal year 2004) and federal programs expenditures | 125 bp over 3 month LIBOR | June 30, 2018 | 640,000 | 145,740 |
| To pay lawsuits against the Commonwealth and to assign $15.3 million to Labor Development Administration for operational expenses. | 6% | June 30, 2018 | 160,000 | 144,559 |
| To finance capital improvements projects of agencies and municipalities. | 150 bp over GDB's commercial paper rate | June 30, 2019 | 130,000 | 87,847 |
| To pay agencies debt | 125 bp over 3 month LIBOR | September 30, 2012 | 100,000 | 72,870 |
| To finance capital improvements projects for several governmental agencies | 7% | June 30, 2018 | 105,000 | 72,376 |
| Resources to cover the operational needs of the catastrophic disasters fund (fiscal year 2004) of the Puerto Rico Health Insurance Administration and the Department of the Family | 125 bp over 3 month LIBOR | September 30, 2015 | 79,930 | 43,187 |
| To pay invoices presented to the Treasury Department related to Act No. 171 "Ley de Manejo de Neumáticos". | 6% | June 30, 2019 | 22,100 | 7,520 |
| Acquisition of Salinas Correctional Facilities | 125 bp over 3 month LIBOR | June 30, 2018 | 15,000 | 7,509 |
| Total | | | $1,993,030 | $805,076 |

On June 5, 2006, the Office of Management and Budget entered into a $150 million line of credit agreement with GDB to provide economic assistance for disasters and emergencies. Borrowings under this line of credit agreement bore interest at variable rates based on 125 basis points over three month LIBOR and were payable upon the original maturity of the line of credit on September 30, 2011. On July 22, 2011, the Office of Management and Budget and GDB amended the $150 million line of credit agreement to extend its maturity date to July 30, 2022. In addition, the agreement was converted to a revolving line of credit bearing interest at 150 basis points over Primer Rate, but in no event shall such rate be less than 6% per annum. As of June 30, 2012, $142.5 million were outstanding.

- 153 -

On May 23, 2012, the Office of Management and Budget entered into a $100 million line of credit agreement with GDB to cover costs related to Act No. 70 of 2010.  Borrowings under this line of credit bear interest at prime rate plus 1.50% with a floor of 6%.  The line of credit matures on July 31, 2027.

On August 18, 2010, GDB provided to PBA a non-revolving credit facility in the maximum principal amount of $93.6 million bearing interest at a fluctuating annual rate equal to Prime plus 1.50%, provided that such interest shall not be less than 6%, or at such other rate determined by GDB. The proceeds of the facility were used for construction projects development. The loan is due on June 30, 2014 and will be payable from the proceeds of future revenue refunding bond issuance of PBA. As of June 30, 2012, $29.9 million were outstanding. On April 27, 2009, GDB provided to PBA a non-revolving credit facility in the maximum principal amount of $98.5 million bearing interest on the unpaid principal amount of each advance at a fluctuating annual rate equal to 1.50% over and above the Prime Rate or at such other rate determined by GDB. The proceeds were used exclusively for the payment of certain amounts due by PBA to its suppliers and service providers. The loan and the accrued interest have no established repayment date and will be payable from all funds generated by PBA and any other properties owned and pledged to GDB. As of June 30, 2012, $4.1 million were outstanding. PBA also maintains a $75 million line of credit agreement with GDB for payment of operational expenses. Borrowings under this line of credit agreement bear interest at a fixed rate of 7%, and are payable upon maturity on June 30, 2018. As of June 30, 2012, $68 million were outstanding. In addition, on May 2, 2008, PBA executed two Loan Agreements with GDB for the interim financing of its Capital Improvement Program in an amount not to exceed $226 million, bearing interest at 6%. The loans and the accrued interest are due on June 30, 2014 and will be repaid from the proceeds of the future revenue refunding bond issuance of PBA. The loans are divided into $209 million on a tax-exempt basis and $16.9 million on a taxable basis. As of June 30, 2012, $35.4 million were outstanding.

On February 6, 2003, the Department of Education of the Commonwealth entered into a $25 million line of credit agreement with GDB for the purchase of equipment and for school improvements. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR, and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2012, $4.8 million was outstanding. On August 4, 2002, the Department of Education of the Commonwealth entered into an additional $140 million line of credit agreement with GDB in order to reimburse the Department of the Treasury of the Commonwealth for payments made on their behalf for state funds used to fund federal program expenditures. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2012, $106.9 million still remains outstanding related to this line of credit agreement. The line of credit is expected to be repaid upon collection of the federal grants.

The Department of Transportation and Public Works of the Commonwealth entered into four line-of-credit agreements with GDB amounting to $118 million for improvement and maintenance of roads around the island. Borrowings under these lines of credit bear interest at a 7% rate and are payable upon maturity of the line of credit on June 30, 2018. As of June 30, 2012, $82.3 million was outstanding.

On August 9, 1999, the Department of Agriculture of the Commonwealth entered into a $125 million non-revolving line of credit agreement with GDB to provide economic assistance to the agricultural sector, which sustained severe damages caused by Hurricane Georges in 1998. As of February 24, 2004, the line of credit increased by $50 million resulting in a total amount of $175 million. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and

is payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2012, $67.4 million were outstanding.

On October 2, 2002, the Department of Justice of the Commonwealth entered into a $90 million line of credit agreement with GDB for the financing of 12 public improvement projects for the Municipality of Ponce pursuant to a court order. Borrowings under this line of credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2012, $18.6 million related to this line of credit agreement were outstanding. On August 8, 2005, the Department of Justice of the Commonwealth entered into an amended agreement to increase the aforementioned line of credit from $90 million to $110 million to cover various additional projects in Ponce, pursuant to the same court order. Borrowings under the new amended line of credit agreement bear interest at 7% rate and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2012, the balance outstanding under this amended line of credit agreement amounted to $33.8 million.

In August 2003, the Department of Health of the Commonwealth entered into a $30 million line of credit agreement with GDB in order to repay certain outstanding debts that the PRMeSA had with other agencies and suppliers. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon maturity of the line of credit on June 30, 2018. As of June 30, 2012, $22.4 million related to this line of credit agreement were outstanding. On November 8, 2004, the Department of Health entered into an additional $58.5 million line of credit agreement with GDB for the financing of a project of the Department of Health and PRMeSA. Borrowings under this line of credit agreement bear interest at variable rates based on 150 basis points over GDB's commercial paper rate and are payable upon the maturity of the line of credit on October 31, 2014. As of June 30, 2012, the outstanding balance of this line of credit agreement amounted to $18.9 million. On February 14, 2008, the Department of Health also entered into an additional $8 million line of credit agreement with GDB to cover costs of treatment, diagnosis and supplementary expenses during fiscal year 2008 in conformity with Act 150. This line of credit was classified as short term at June 30, 2011, but was extended to a long-term basis during fiscal year 2012 and reclassified as long-term accordingly. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR and are payable upon maturity of the line of credit on June 30, 2040. As of June 30, 2012, the outstanding balance of this line of credit agreement amounted to $4.5 million.

On July 29, 2004, the Police Department of the Commonwealth entered into a $48 million line of credit agreement with GDB for the acquisition of vehicles and high technology equipment. Borrowings under this line of credit agreement bear interest based on the All Inclusive Total Interest Cost of the Medium Term Notes, Series B, plus a mark-up of 1.25% and are payable upon the maturity of the line of credit on September 30, 2014. The outstanding balance of this line of credit agreement amounted to $33.3 million at June 30, 2012.

On March 8, 2007, the Department of Housing entered into a $19 million line of credit agreement with GDB, to reimburse the Puerto Rico Housing Financing Authority, a blended component unit of GDB for certain advances made for the Santurce Revitalization Project. This line of credit was classified as short term at June 30, 2011, but was extended to a long-term basis during fiscal year 2012 and reclassified as long-term accordingly. Borrowings under this line of credit agreement bear interest at a variable rate of three-month LIBOR plus 1.25%, not to exceed 4% and are payable upon maturity of the line of credit on June 30, 2040. As of June 30, 2012, the line of credit has an outstanding balance of $9.3 million. On December 3, 2007, the Department of Housing entered into an additional $30 million line of credit agreement with GDB for the purchase of Juan C. Cordero Dávila building. Borrowings under this line of credit agreement bear interest based on 75 basis

- 155 -

points over three month LIBOR and are payable upon maturity of the line of credit on February 28, 2038. As of June 30, 2012, $22.2 million related to this line of credit agreement were outstanding.

On May 12, 2004, the Correction Administration of the Commonwealth entered into a $60 million line of credit agreement with GDB for improvements to certain correctional facilities. Borrowings under this line of credit agreement bear interest at fixed 7% rate and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2012, $7.1 million were outstanding. In addition, on November 24, 2010, Correction Administration of the Commonwealth entered into an $80 million line of credit agreement with GDB for the construction of a new correctional medical center. Borrowings under this line of credit agreement bear interest at a rate per annum equal to Prime Rate as such rate shall change from time to time, plus 150 basis points, effective as of each change in the Prime Rate, but in no event shall such rate be less than 6% per annum nor greater than 12% per annum and are payable upon the maturity of the line of credit on January 31, 2013. As of June 30, 2012, $18.9 million were outstanding.

On February 15, 2002, the Office of the Superintendent of the Capitol entered into a $35 million line of credit agreement with GDB for the Office of the Superintendent of the Capitol parking's construction. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2012, $16.3 million remained outstanding from the line of credit agreement. On February 9, 2012, the Office of the Superintendent of the Capitol entered into an additional $15 million line of credit agreement with GDB for permanent improvements of existing buildings. Borrowings under this line of credit agreement bear interest at 150 basis points over Prime Rate and shall not be less than 6% nor greater than 12% per annum and are payable upon maturity of the line of credit on June 30, 2018. As of June 30, 2012, $6.2 million were outstanding.

On May 7, 2001, the Puerto Rico Court Administration Office (the "Office") entered into a $49.4 million non-revolving line of credit agreement with GDB for operating purposes. Borrowings under this line of credit agreement bear interest at a variable rate of three month LIBOR plus 1%, not to exceed 8%. The Office must deposit $6 million a year, from the total fees collected on the filing of civil cases, in a special fund created by the Department of the Treasury of the Commonwealth, which is pledged for repayment until July 31, 2015. As of June 30, 2012, approximately $17.5 million remains outstanding.

On January 18, 2005, the Department of Recreation and Sports of the Commonwealth (DRS) entered into a $17.2 million line of credit agreement with GDB for the development of a series of recreational projects at different municipalities. Borrowings under this line of credit agreement bear interest based on 150 basis points over GDB's commercial paper rate and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2012, $0.5 million were outstanding. Also, on February 9, 2004, the DRS entered into a $16 million line of credit agreement with GDB for the development and improvement of recreational facilities. Borrowings under this line of credit agreement bear interest on the unpaid principal amount of each advance at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2012, $0.5 million were outstanding. An additional line of credit agreement was entered into between GDB and the DRS in the maximum principal amount of $17.6 million bearing interest on the unpaid principal amount of each advance at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. The line of credit proceeds were used for development and improvement of recreational facilities. As of June 30, 2012, $8.6 million were outstanding.

On February 14, 2012, the Office of Veterans' Affairs entered into a $7.5 million line of credit agreement with GDB for betterments to the Veterans' House in Juana Diaz and for phase I of the

Veterans' Graveyard Construction. Borrowings under this line of credit agreement bear interest at a rate that will not be less than 6% nor greater than 12% per annum and are payable upon maturity of the line of credit on March 31, 2015. As of June 30, 2012, $38 thousand were outstanding.

As of July 1, 1999, debts of approximately $102 million payable to UPR, a discretely presented component unit, in relation to outstanding noninterest bearing debt accumulated in prior years by HFSA were transferred to the Commonwealth. On September 7, 2004, additional debts of approximately $71.2 million were also restructured and combined with the previous financing arrangement. As of June 30, 2012, $9.7 million remains outstanding of this arrangement. The Commonwealth has also agreed to pay the UPR $20 million related to Commonwealth legislative scholarships for fiscal years 2008 and 2009, which are payable in annual installments of $5 million. As of June 30, 2012, $15 million remains outstanding. Future amounts required to pay principal balances at June 30, 2012 are expected to be as follows (expressed in thousands):

| Year Ending June 30 | |
|---|---|
| 2013 | $ 13,000 |
| 2014 | 6,720 |
| 2015 | 5,000 |
| Total | $ 24,720 |

The noninterest bearing note payable to PREPA, a discretely presented component unit, consists of a fuel adjustment subsidy due by the Commonwealth and the refinancing during 2004 of other accumulated debt by the Commonwealth's agencies with PREPA. The outstanding balance of $6.3 million at June 30, 2012 is expected to be paid with a last installment in 2013.

With the exception of a few lines of credit having a defined source of repayment, the remaining lines of credit described above used Commonwealth appropriations as the source of repayment until June 30, 2007. Beginning in fiscal year 2008, these lines of credit have been repaid or refunded with a combination of Commonwealth appropriations and COFINA under the mechanism described in Note 15(d).

**(g) Compensated Absences**

Long-term debt includes approximately $1.4 billion of accrued vacation and sick leave benefits at June 30, 2012. The total liability of compensated absences recorded as governmental and business type activities amounted to $1.4 billion and $5 million, respectively.

**(h) Net Pension Obligation**

The amount reported as net pension obligation of approximately $11.2 billion represents the cumulative amount owed by the Commonwealth for the unfunded prior years' actuarially required pension contributions to the ERS, JRS, and the TRS (collectively known as the pension plans) (see Note 20). The net pension obligation has been recorded as a liability in governmental activities in the accompanying statement of net assets (deficit).

**(i)   Net Postemployment Benefit Obligation**

The amount reported as net postemployment benefit obligation other than pension of approximately $215.2 million represents the cumulative amount owed by the Commonwealth for the unfunded prior years' actuarially required other postemployment benefit contributions to the ERS MIPC, JRS MIPC, and the TRS MIPC (see Note 21). The net other postemployment benefit obligation has been recorded as a liability in governmental activities in the accompanying statement of net assets (deficit).

**(j)   Unpaid Lottery Prizes**

The amount reported as unpaid lottery prizes represents the lottery prizes payable of the Lottery of Puerto Rico (commonly known as "Traditional Lottery") and the Additional Lottery System (commonly known as "Lotto") jointly known as the Lottery Systems at June 30, 2012. The minimum annual payments related to unpaid awards of both lotteries are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2013 | $ 49,883 | $ 9,778 | $ 59,661 |
| 2014 | 22,322 | 10,119 | 32,441 |
| 2015 | 19,084 | 9,924 | 29,008 |
| 2016 | 16,911 | 9,995 | 26,906 |
| 2017 | 14,884 | 9,877 | 24,761 |
| 2018–2022 | 46,380 | 39,148 | 85,528 |
| 2023–2027 | 18,386 | 19,489 | 37,875 |
| 2028–2031 | 3,736 | 3,609 | 7,345 |
| Total | $191,586 | $111,939 | $303,525 |

The minimum annual payments related to unpaid awards of Lotto include unclaimed prizes liability of approximately $11.4 million at June 30, 2012, which is reported as prizes payable — current portion.

The liability for unpaid lottery prizes is reported in the accompanying statement of net assets (deficit) — business — type activities and statement of net assets (deficit) — proprietary funds.

**(k)   Claims Liability for Insurance Benefits**

The Commonwealth provides unemployment compensation, no occupational disability, and drivers' insurance coverage to public and private employees through various insurance programs administered by the Department of Labor and Human Resources of the Commonwealth. These insurance programs cover workers against unemployment, temporary disability, or death because of work or employment related accidents or because of illness suffered as consequence of their employment.

The Commonwealth establishes liabilities for incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. Insurance benefit claim liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors. The liability for insurance benefits claims is reported as a

current liability in the accompanying statement of net assets (deficit) business type activities — and statement of net assets (deficit) proprietary funds. The liability as of June 30, 2012, amounts to approximately $73 million.

**(l)  Obligations under Capital Lease Arrangements**

The Commonwealth is obligated under capital leases with third parties that expire through 2038 for land, buildings, and equipment.

The present value of future minimum capital lease payments at June 30, 2012 reported in the accompanying government wide statement of net assets (deficit) is as follows (expressed in thousands):

| Year Ending June 30 | |
|---|---:|
| 2013 | $   26,424 |
| 2014 | 22,528 |
| 2015 | 22,258 |
| 2016 | 22,164 |
| 2017 | 22,150 |
| 2018–2022 | 101,904 |
| 2023–2027 | 101,016 |
| 2028–2032 | 90,098 |
| 2033–2037 | 39,832 |
| 2038 | 2,994 |
| Total future minimum lease payments | 451,368 |
| Less amount representing interest costs | (226,933) |
| Present value of minimum lease payments | $ 224,435 |

Leased land, buildings, and equipment under capital leases in capital assets at June 30, 2012, include the following (expressed in thousands):

| | |
|---|---:|
| Land | $   7,960 |
| Buildings | 254,886 |
| Equipment | 6,096 |
| Subtotal | 268,942 |
| Less accumulated amortization | (59,472) |
| Total | $ 209,470 |

Amortization charge applicable to capital leases and included within depreciation expense of capital assets amounted to $6.7 million in 2012.

The Commonwealth is also committed under numerous non-cancellable long-term operating lease agreements which expire through 2038, covering land, office facilities, and equipment. Rental

expenditure within the governmental funds for the year ended June 30, 2012 under such operating leases was approximately $130 million.

The future minimum lease payments for these leases are as follows (expressed in thousands):

| Year Ending June 30 | |
|---|---|
| 2013 | $ 100,691 |
| 2014 | 70,940 |
| 2015 | 51,978 |
| 2016 | 31,614 |
| 2017 | 21,727 |
| 2018–2022 | 34,571 |
| 2023–2027 | 16,646 |
| 2028–2032 | 8,436 |
| 2033–2037 | 1,272 |
| Total future minimum lease payments | $337,875 |

**(m) Termination Benefits Payable**

*Voluntary Termination Benefits* — On July 2, 2010, the Commonwealth enacted Act No. 70 to establish a program that provides early retirement benefits or economic incentives for voluntary employment termination to eligible employees, as defined. Act No. 70 applies to agencies and component units whose budgets are funded in whole or in part by the General Fund.

Act No. 70 established that early retirement benefits ("early retirement program") will be provided to eligible employees that have completed between 15 to 29 years of credited services in the Retirement System and will consist of biweekly benefits ranging from 37.5% to 50% of each employee's salary, as defined. Pursuant to Act No. 70, the Commonwealth, as employer, will continue making the applicable employer contributions to the Retirement System, as well as covering the annuity payments to the employees opting for the early retirement, until both the years of service and age requirements for full vesting would have occurred, at which time the applicable Retirement System will continue making the annuity payments.

Economic incentives are available to eligible employees who have less than 15 years of credited service in the Retirement System ("incentivized resignation program") or who have at least 30 years of credited service in the Retirement System and the age for retirement or who have the age for retirement ("incentivized retirement program"). Economic incentives will consist of a lump-sum payment ranging from one-month to six-month salary based on employment years.

Additionally, eligible employees that choose to participate in the early retirement program or in the incentivized resignation program are eligible to receive health plan coverage for up to 12 months in a health plan selected by management of the Commonwealth.

In addition, Act No. 70 allows certain component units of the Commonwealth that operate with their own resources to implement a similar program that provides benefits for early retirement or economic incentives for voluntary employment termination to eligible employees, as defined. The benefits and the requirements are the same provided by Act No. 70, except as follows: in the early retirement benefit program, the component unit will make the employee and the employer contributions to the Retirement System and pay the corresponding pension until the employee complies with the requirements of age and 30 years of credited service in the Retirement System; and in the incentivized retirement program, the component unit will make the employee and the employer contributions to the Retirement System for a five year period.

The following table summarized the financial impact resulting for the benefits granted to participants of Act No. 70 and similar programs in the government wide financial statements as of and for the year ended June 30, 2012 (expressed in thousands):

| | Primary Government | | | |
| Accrued Voluntary Termination | Governmental Activities | Business-Type Activities | Totals Primary Government | Component Units |
|---|---|---|---|---|
| Benefits as of June 30, 2012: | | | | |
| Current liabilities | $  63,918 | $    587 | $  64,505 | $  24,323 |
| Noncurrent liabilities | 589,607 | 4,655 | 594,262 | 179,431 |
| Total | $653,525 | $5,242 | $658,767 | $203,754 |
| Expenses for the year ended June 30, 2012 | $316,548 | $2,686 | $319,234 | $  49,787 |

At June 30, 2012, unpaid long-term benefits granted on Act No. 70 were discounted at interest rates that range from 0.85% to 1.82% at the primary government level and from 0.30% to 3.46% at the component units level.

By Act No. 70, the General Fund of the Commonwealth must appropriate on an annual basis funds necessary to cover the annual payments of Act No. 70 on certain components units. Discounted termination benefits payable of these component units amounted to approximately $70.2 million as of June 30, 2012.

*Involuntary Termination Benefits* — The Commonwealth has a current liability of approximately $3.6 million as of June 30, 2012 for unpaid involuntary termination benefits occurred in prior years.

**(n) Other Long-term Liabilities**

The remaining long-term liabilities of governmental activities at June 30, 2012 include (expressed in thousands):

| | |
|---|---:|
| Liability for legal claims and judgments (Note 19) | $1,510,645 |
| Liability for salary increases granted through legislation | 342,100 |
| Liability to U.S. Army Corps of Engineers (Note 13) | 225,562 |
| Employees' Christmas bonus | 133,579 |
| Liability for federal cost disallowances (Note 19) | 107,039 |
| Liability to the Puerto Rico System of Annuities and Pensions for Teachers | 32,292 |
| Other | 70,362 |
| Total | $2,421,579 |

The Commonwealth, through laws dating back to 1954, has granted eligible police agents, various salary-related benefits such as annual salary increases, awards for years of service, and monetary benefits awarded for special assignments, among others. As of June 30, 2012, the Commonwealth's liability related to these salary-related benefits amounted to approximately $342 million.

As described in Note 13, the Commonwealth has a debt obligation with the U.S. Army Corps of Engineers in relation to its estimated allocated share of the construction costs associated with the Cerrillos Dam and Reservoir Project. Late in April 2011, the Commonwealth received a final debt agreement from the U.S. Army Corps of Engineers establishing a repayment schedule for its allocated share of the construction costs associated with the Cerrillos Dam and Reservoir Project, amounting to $214 million, excluding those costs for items built for recreational purposes. Unpaid allocated share of these construction costs amounted to $212 million, plus accrued interest of $163 million, at June 30, 2012 and it is payable on annual installment payments. The expected maturity date of this debt obligation is June 5, 2046. Due payments of principal and interest on this debt obligation, including late fees, amounted to $27 million and $163 million, respectively, at June 30, 2012 and were recorded in the accompanying Governmental Funds- General Fund's financial statements as of June 30, 2012. This debt obligation bears interest at 6.063%. Debt service requirements on this debt obligation with fixed maturities at June 30, 2012 were as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2013 | $ 28,486 | $ 174,640 | $ 203,126 |
| 2014 | 1,858 | 11,104 | 12,962 |
| 2015 | 1,971 | 10,991 | 12,962 |
| 2016 | 2,090 | 10,872 | 12,962 |
| 2017 | 2,217 | 10,745 | 12,962 |
| 2018–2022 | 13,271 | 51,537 | 64,808 |
| 2023–2027 | 17,813 | 46,996 | 64,809 |
| 2028–2032 | 23,908 | 40,900 | 64,808 |
| 2033–2037 | 32,090 | 32,719 | 64,809 |
| 2038–2042 | 43,072 | 21,737 | 64,809 |
| 2043–2046 | 44,849 | 6,998 | 51,847 |
| Total | $ 211,625 | $ 419,239 | $ 630,864 |

In addition, the Commonwealth has a debt obligation of $14 million with the U.S. Army Corps of Engineers in relation to its estimated allocated share of the construction costs associated with the recreational part of the Cerrillos Dam and Reservoir Project, including accrued interest of $4 million, at June 30, 2012. The final debt agreement with the U.S. Army Corps of Engineers for the recreational part of the Cerrillos Dam and Reservoir Project has not been finalized, and therefore, terms and conditions could differ from those estimated. The related debt is expected to be payable on annual installment payments over a 35 year period. However, the debt has been presented as a long-term payable after one year in the accompanying statement of net assets (deficit) since the commencement date of repayment has not yet been determined.

On October 10, 2012, following a 30-days payment notice issued on August 15, 2012 by the U.S. Army Corps of Engineers to the Secretary of the Treasury of the Commonwealth demanding payment of the amounts due and payable for $190,164,357 associated with the Cerrillos Dam and Reservoir Project, the U.S. Army Corps of Engineers placed such debt into the U.S. Treasury Department Offset Program (the Offset Program). Upon placing this debt under the Offset Program, the U.S. Treasury Department withheld federal funding, otherwise directed to certain Commonwealth's agencies and instrumentalities recipients, in order to repay the aforementioned amount due on behalf of the U.S. Army Corps of Engineers. As interest penalties have continued to accrue, the balance that was subject to the Offset Program amounted to $190,644,452 at

September 15, 2012. Through May 13, 2013, the amounts already withheld under the Offset Program and applied to the debt amounted to $157.8 million. On May 15, 2013, the Secretary of the Treasury of the Commonwealth requested the U.S. Army Corps of Engineers an immediate stay of the Offset Program and the forgiveness of the cumulative penalty interests accrued since 1998. In addition, a new payment plan consisting of 32 annual payments of $7,076,760, including interests at 1.5% through the year 2045 and a final payment of $6,972,177, including interest, to be made in the year 2046, was proposed by the Secretary of the Treasury. During the seven months period ended in May, 2013, the Offset Program impacted the following federal programs (in thousands):

| | |
|---|---:|
| Rum Taxes Program | $ 117,331 |
| Department of Education | 36,917 |
| Regional Analytical Service Program | 2,067 |
| Office of the Veteran's Obudsman | 1,042 |
| Others | 459 |
| Total | $ 157,816 |

**(o)  Fiduciary Funds**

On February 27, 2007, the ERS's administration and GDB, acting as ERS's fiscal agent (the "Fiscal Agent"), presented to the Board of Trustees, a financial transaction for the issuance of pension funding bonds in order to reduce the ERS's unfunded actuarial accrued liability. The ERS authorized the issuance of one or more series of bonds (the "Bonds") in order to increase the funds available to pay pension benefits to certain of its beneficiaries and reduce its unfunded accrued actuarial pension liability. The ERS pledged future employer contributions to the payment of the Bonds, invested the proceeds of the Bonds, and used these investments and the earnings thereon to provide pension benefits to its beneficiaries.

On January 31, 2008, the ERS issued the first series of Bonds, which consisted of approximately $1.6 billion aggregate principal amount of Senior Pension Funding Bonds, Series A (the "Series A Bonds"). On June 2, 2008, the ERS issued the second of such series of Bonds; which consisted of approximately $1,059 million aggregate principal amount of Senior Pension Funding Bonds, Series B (the "Series B Bonds"). Finally, on June 30, 2008, the ERS issued the third and final of such series of Bonds, which consisted of approximately $300 million aggregate principal amount of Senior Pension Funding Bonds, Series C (the "Series C Bonds"). The following is a summary of changes in the bonds payable principal balance (expressed in thousands):

| | Balance at June 30, 2011 | Additions/ Accretion | Balance at June 30, 2012 |
|---|---:|---:|---:|
| 5.85% to 6.45% Term and Capital Appreciation Bonds Series A maturing from 2023 through 2058 | $1,599,255 | $ 3,494 | $1,602,749 |
| 6.25% to 6.55% Term and Capital Appreciation Bonds Series B maturing from 2028 through 2058 | 1,110,763 | 19,226 | 1,129,989 |
| 6.15% to 6.50% Term and Capital Appreciation Bonds Series C maturing from 2028 through 2043 | 300,672 | 176 | 300,848 |
| Bond discounts | (7,208) | 215 | (6,993) |
| Total | $3,003,482 | $23,111 | $3,026,593 |

As of June 30, 2012, the outstanding balance of the Bonds is as follows (in thousands):

**Description**

| | |
|---|---:|
| Series A Bonds: | |
| Capital Appreciation Bonds, maturing in 2029, bearing interest at 6.20% | $    58,979 |
| Term Bonds, maturing in 2024, bearing interest at 5.85% | 200,000 |
| Term Bonds, maturing from 2032 through 2039, bearing interest at 6.15% | 679,000 |
| Term Bonds, maturing from 2040 through 2043, bearing interest at 6.20% | 332,770 |
| Term Bonds, maturing from 2056 through 2059, bearing interest at 6.45% | 332,000 |
| Total Series A Bonds outstanding | 1,602,749 |
| | |
| Series B Bonds: | |
| Capital Appreciation Bonds, maturing from 2029 through 2031, bearing interest at 6.40% | 182,539 |
| Capital Appreciation Bonds, maturing from 2032 through 2035, bearing interest at 6.45% | 131,350 |
| Term Bonds, maturing in 2032, bearing interest at 6.25% | 117,100 |
| Term Bonds, maturing from 2037 through 2040, bearing interest at 6.30% | 270,000 |
| Term Bonds, maturing from 2056 through 2059, bearing interest at 6.55% | 429,000 |
| Total Series B Bonds outstanding | 1,129,989 |
| | |
| Series C Bonds: | |
| Capital Appreciation Bonds, maturing in 2031, bearing interest at 6.50% | 2,848 |
| Term Bonds, maturing in 2029, bearing interest at 6.15% | 110,000 |
| Term Bonds, maturing in 2039, bearing interest at 6.25% | 45,000 |
| Term Bonds, maturing in 2044, bearing interest at 6.30% | 143,000 |
| Total Series C Bonds outstanding | 300,848 |
| | |
| Total bonds outstanding | 3,033,586 |
| | |
| Less bonds discount | (6,993) |
| | |
| Bonds payable — net | $3,026,593 |

**Series A Bonds** — The aggregate principal amount of the Series A Bonds issued amounted to approximately $1,589 million of which $1,544 million were issued as term bonds (the "Series A Term Bonds") and $45 million were issued as capital appreciation bonds ("the Series A Capital Appreciation Bonds"). Interest on the Series A Bonds accrues, or compounds (in the case of the Series A Capital Appreciation Bonds), from their date of delivery. Interest in the Series A Term Bonds are payable monthly on the first day of each month, commencing on March 1, 2008. Interest on the Series A Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Capital Appreciation Bonds on each January 1 and July 1, commencing on July 1, 2008 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360-day year consisting of twelve 30-day months. The Series A Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series A Capital

Appreciation Bonds, the accreted amount) of the Series A Bonds, plus accrued interest to the redemption date, and without premium.

**Series B Bonds** — The aggregate principal amount of the Series B Bonds amounted to approximately $1,059 million of which $816 million were issued as term bonds (the "Series B Term Bonds") and $243 million were issued as capital appreciation bonds (the "Series B Capital Appreciation Bonds"). Interest on the Series B Bonds accrues, or compounds (in the case of the Series B Capital Appreciation Bonds), from their date of delivery. Interest in the Series B Term Bonds are payable monthly on the first day of each month, commencing on July 1, 2008. Interest on the Series B Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Series B Capital Appreciation Bonds on each January 1 and July 1, commencing on July 1, 2008 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360-day year consisting of twelve 30-day months. The Series B Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series B Capital Appreciation Bonds, the accreted amount) of the Series B Bonds, plus accrued interest to the redemption date, and without premium.

**Series C Bonds** — The aggregate principal amount of the Series C Bonds amounted to approximately $300 million of which $298 million were issued as term bonds (the "Series C Term Bonds") and $2 million were issued as capital appreciation bonds (the "Series C Capital Appreciation Bonds"). Interest on the Series C Bonds accrues, or compounds (in the case of the Series C Capital Appreciation Bonds), from their date of delivery. Interest in the Series C Term Bonds are payable monthly on the first day of each month, commencing on August 1, 2008. Interest on the Series C Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Series C Capital Appreciation Bonds on each January 1 and July 1, commencing on July 1, 2009 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360-day year consisting of twelve 30-day months. The Series C Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series C Capital Appreciation Bonds, the accreted amount) of the Series C Bonds, plus accrued interest to the redemption date, and without premium.

Debt service requirements in future years on pension funding bonds as of June 30, 2012 are as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2013 | $ - | $ 166,519 | $ 166,519 |
| 2014 | - | 166,519 | 166,519 |
| 2015 | - | 166,519 | 166,519 |
| 2016 | - | 166,519 | 166,519 |
| 2017 | - | 166,519 | 166,519 |
| 2018–2022 | - | 832,595 | 832,595 |
| 2023–2027 | 200,000 | 785,795 | 985,795 |
| 2028–2032 | 443,416 | 739,533 | 1,182,949 |
| 2033–2037 | 152,463 | 696,134 | 848,597 |
| 2038–2042 | 1,210,220 | 407,702 | 1,617,922 |
| 2043–2047 | 180,550 | 256,577 | 437,127 |
| 2048–2052 | - | 247,568 | 247,568 |
| 2053–2057 | 362,800 | 212,062 | 574,862 |
| 2058–2062 | 398,200 | 14,401 | 412,601 |
| | 2,947,649 | $5,024,962 | $7,972,611 |
| Plus accreted interest | 85,937 | | |
| Less unamortized discount | (6,993) | | |
| Total | $ 3,026,593 | | |

**Pledge of Employer Contributions Pursuant to Security Agreement** — The ERS entered into a Security Agreement with the Fiscal Agent for the benefit of the bondholders, pursuant to which the ERS pledged to the Fiscal Agent, and granted the Fiscal Agent a security interest in employer contributions made after January 31, 2008, which was the date of issuance of the first series of bonds, and the funds on deposit with the Fiscal Agent under the various accounts established under the Pension Funding Bond Resolution (the "Resolution").

The Resolution and the Security Agreement constitute a contract between the ERS and the Fiscal Agent, on behalf of owners of the bonds. The pledge, covenants and agreements of the ERS set forth in the Resolution and the Security Agreement shall be for the equal benefit, protection and security of the owners of the bonds, regardless of time or times of their issuance or maturity, and shall be of equal rank, without preference, priority or distinction of any of the bonds over any other bond, except as expressly provided in or permitted by the Resolution. The pledge by the ERS of the pledged funds, which consist of all employer contributions that are made after January 31, 2008, which was the date of issuance of the first series of bonds, in accordance with the Act and amounts on deposit in the different accounts created pursuant to the Resolution for the benefits of the owners of the bonds, is irrevocable so long as any bonds are outstanding under the terms of the Resolution.

**(p) Discretely Presented Component Units**

Notes and appropriation bonds payable are those liabilities that are paid out of the component units' own resources. These notes and appropriation bonds do not constitute a liability or debt of the primary government.

The outstanding balance of notes payable at June 30, 2012 is as follows (expressed in thousands):

| Component Unit | Interest rates | Maturity Through | Balance at June 30, 2011 | Additions | Reductions | Balance at June 30, 2012 | Amounts Due Within One Year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 1.59%–6.97% | 2040 | $5,271,072 | $5,100,100 | $5,020,808 | $5,350,364 | $ 570,515 |
| Economic Development Bank for Puerto Rico | 2.25%–7.23% | 2031 | 607,817 | 170,716 | 52,392 | 726,141 | 41,800 |
| Puerto Rico Ports Authority | Variable | 2027 | 554,983 | 11,778 | 473,461 | 93,300 | 12,712 |
| Puerto Rico Electric Power Authority | 3.25%–4.375% | 2023 | 200,501 | 599,995 | 226,465 | 574,031 | 555,438 |
| Puerto Rico Trade and Export Company | 4.51%–6.48% | 2034 | 360,385 | 40,605 | 10,459 | 390,531 | 493 |
| Puerto Rico Aqueduct and Sewer Authority | 3.25% | 2012 | 241,744 | - | 241,744 | - | - |
| University of Puerto Rico | 3.25%–5.50% | 2014 | 2,008 | 2,426 | 830 | 3,604 | 1,336 |
| Puerto Rico Industrial Development Company | 5.10%–8.45% | 2024 | 99,296 | - | 6,564 | 92,732 | 6,574 |
| Puerto Rico Tourism Company | Variable | 2013 | 3,042 | 8,528 | - | 11,570 | 11,570 |
| State Insurance Fund Corporation | Variable | 2028 | 283,643 | - | 3,992 | 279,651 | 4,489 |
| Puerto Rico Metropolitan Bus Authority | 2.62 % | 2015 | 38,833 | 37,543 | 39,328 | 37,048 | 2,711 |
| Agricultural Enterprises and Development Administration | 4.54 % | 2013 | 5,480 | - | 3,650 | 1,830 | 1,830 |
| Total notes payable component units | | | $7,668,804 | $5,971,691 | $6,079,693 | $7,560,802 | $1,209,468 |

Debt service requirements on component units' notes payable with fixed maturities at June 30, 2012 were as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2013 | $1,209,468 | $  295,443 | $1,504,911 |
| 2014 | 444,062 | 284,866 | 728,928 |
| 2015 | 628,696 | 263,235 | 891,931 |
| 2016 | 712,522 | 235,946 | 948,468 |
| 2017 | 428,716 | 206,061 | 634,777 |
| 2018–2022 | 2,420,744 | 652,454 | 3,073,198 |
| 2023–2027 | 1,374,427 | 210,962 | 1,585,389 |
| 2028–2032 | 255,894 | 64,294 | 320,188 |
| 2033–2037 | 98,728 | 10,587 | 109,315 |
| 2038–2042 | 13,398 | 1,848 | 15,246 |
| Discount | (25,853) | - | (25,853) |
| Total | $7,560,802 | $2,225,696 | $9,786,498 |

- 168 -

Commonwealth appropriation bonds payable outstanding at June 30, 2012 are as follows (expressed in thousands):

| Component Unit | Interest rates | Maturity Through | Balance at June 30, 2011 | Additions | Reductions | Balance at June 30, 2012 | Amounts Due Within One Year |
|---|---|---|---|---|---|---|---|
| Puerto Rico Aqueduct and Sewer Authority | 1.25%–6.15% | 2031 | $663,596 | $397,799 | $663,346 | $398,049 | $ - |
| Puerto Rico Tourism Company | 3.10%–6.15% | 2031 | 60,427 | 43,484 | 60,427 | 43,484 | - |
| Land Authority of Puerto Rico | 3.10%–6.50% | 2031 | 76,715 | 47,739 | 69,276 | 55,178 | - |
| Government Development Bank for Puerto Rico | 3.10%–6.50% | 2031 | 4,812 | 3,427 | 4,812 | 3,427 | - |
| Puerto Rico Infrastructure Financing Authority | 3.10%–6.50% | 2031 | 4,956 | 3,607 | 4,956 | 3,607 | - |
| Solid Waste Authority | 3.10%–6.50% | 2031 | 10,689 | 7,778 | 10,689 | 7,778 | - |
| Total Commonwealth appropriation bonds — component units | | | $829,249 | $503,834 | $813,506 | $511,523 | $ - |

Debt service requirements on component units' appropriation bonds payable with fixed maturities at June 30, 2012 were as follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2013 | $ - | $ 22,131 | $ 22,131 |
| 2014 | - | 29,474 | 29,474 |
| 2015 | - | 29,324 | 29,324 |
| 2016 | 10,707 | 29,175 | 39,882 |
| 2017 | 8,686 | 28,865 | 37,551 |
| 2018–2022 | 47,509 | 124,896 | 172,405 |
| 2023–2027 | 59,987 | 127,907 | 187,894 |
| 2028–2032 | 398,196 | 59,507 | 457,703 |
| 2033–2037 | - | 5,698 | 5,698 |
| Premium | 7,247 | - | 7,247 |
| Unaccreted | 911 | - | 911 |
| Deferred loss | (21,720) | - | (21,720) |
| Total | $511,523 | $456,977 | $968,500 |

Bonds payable outstanding at June 30, 2012 are as follows (expressed in thousands):

| Component Unit | Interest Rates | Maturity Through | Balance at June 30, 2011 | Additions | Reductions | Balance at June 30, 2012 | Amount Due Within One Year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 2.95%–6.56% | 2039 | $ 913,953 | $ - | $ 306,187 | $ 607,766 | $ 33,880 |
| Puerto Rico Infrastructure Financing Authority | Variable | 2048 | 1,971,496 | 42 | 21,340 | 1,950,198 | 37,460 |
| University of Puerto Rico | 3%–5.75% | 2036 | 643,734 | - | 29,285 | 614,449 | 31,790 |
| Puerto Rico Municipal Finance Agency | 3.80%–6.00% | 2030 | 1,100,994 | 2,331 | 99,793 | 1,003,532 | 93,835 |
| Puerto Rico Ports Authority | 2.75%–6.5% | 2028 | 44,987 | 678,681 | 46,877 | 676,791 | 340,000 |
| Puerto Rico Aqueduct and Sewer Authority | 3.35%–6.15% | 2050 | 1,916,144 | 2,187,178 | 6,173 | 4,097,149 | 15,923 |
| Puerto Rico Highways and Transportation Authority | 2.25%–6.50% | 2046 | 6,386,961 | 5,021 | 1,498,980 | 4,893,002 | 104,125 |
| Puerto Rico Industrial Development Company | 5.10%–6.75% | 2029 | 237,504 | 435 | 12,668 | 225,271 | 28,570 |
| Puerto Rico Convention Center District Authority | 4.00%–5.00% | 2036 | 456,395 | - | 9,933 | 446,462 | 9,470 |
| Puerto Rico Electric Power Authority | 2.00%–6.25% | 2042 | 7,861,252 | 650,000 | 199,563 | 8,311,689 | 379,975 |
| Total bonds payable- component units | | | $21,533,420 | $3,523,688 | $2,230,799 | $22,826,309 | $1,075,028 |

Debt service requirements on component units' bonds payable with fixed maturities at June 30, 2012 were as follows (expressed in thousands):

| June 30, | Principal | Interest | Total |
|---|---|---|---|
| 2013 | $ 1,075,028 | $ 1,086,661 | $ 2,161,689 |
| 2014 | 546,186 | 1,076,410 | 1,622,596 |
| 2015 | 605,975 | 1,063,791 | 1,669,766 |
| 2016 | 858,425 | 1,043,906 | 1,902,331 |
| 2017 | 626,222 | 1,010,397 | 1,636,619 |
| 2018–2022 | 3,476,360 | 4,721,810 | 8,198,170 |
| 2023–2027 | 4,213,421 | 3,552,958 | 7,766,379 |
| 2028–2032 | 3,982,895 | 2,455,674 | 6,438,569 |
| 2033–2037 | 3,398,995 | 1,603,187 | 5,002,182 |
| 2038–2042 | 3,094,512 | 636,442 | 3,730,954 |
| 2043–2047 | 1,279,524 | 166,455 | 1,445,979 |
| 2048–2052 | 145,594 | 5,011 | 150,605 |
| Discount, net | 598,847 | - | 598,847 |
| Unaccreted discount | (659,154) | - | (659,154) |
| Deferred loss | (416,521) | - | (416,521) |
| Total | $22,826,309 | $18,422,702 | $41,249,011 |

The table that follows represents debt service payments on two component units' variable-rate bonds and the net payments on associated hedging derivative instrument as of June 30, 2012. Although interest rates on variable rate debt and the current reference rate of hedging derivative instrument change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rate of the hedging derivative instrument on June 30, 2012 will remain the same for their term.

| Year Ending June 30, | Variable-Rate Bonds | | Hedging Derivative Instruments, Net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2013 | $ - | $ 10,126 | $ 33,931 | $ 44,057 |
| 2014 | - | 10,126 | 33,925 | 44,051 |
| 2015 | - | 10,126 | 33,925 | 44,051 |
| 2016 | - | 10,126 | 33,930 | 44,056 |
| 2017 | - | 10,126 | 33,930 | 44,056 |
| 2018–2022 | 104,525 | 48,242 | 155,854 | 308,621 |
| 2023–2027 | 111,630 | 42,010 | 137,378 | 291,018 |
| 2028–2032 | 453,635 | 27,004 | 102,244 | 582,883 |
| 2033–2037 | - | 14,279 | 65,599 | 79,878 |
| 2038–2042 | - | 14,279 | 63,034 | 77,313 |
| 2043–2047 | 700 | 14 | 17,638 | 18,352 |
| Total | $670,490 | $196,458 | $711,388 | $1,578,336 |

Several component units have defeased certain revenue bonds by placing the proceeds of new bonds in irrevocable trusts to provide for all future debt service payments on the old debts. Accordingly, the trust accounts' assets and liabilities for the defeased bonds are not included in the statement of net assets (deficit). As of June 30, 2012, the following bonds are considered defeased (expressed in million):

| | Amount Outstanding |
|---|---|
| Puerto Rico Electric Power Authority | $4,031 |
| Puerto Rico Highways and Transportation Authority | 2,702 |
| Puerto Rico Municipal Finance Agency | 328 |
| Total | $7,061 |

## 16. GUARANTEED AND APPROPRIATION DEBT

### (a) Guaranteed Debt

The Commonwealth may provide guarantees for the repayment of certain borrowings of component units to carry out designated projects. At June 30, 2012, the following component unit debts are guaranteed by the Commonwealth (expressed in thousands):

| | Maximum Guarantee | Outstanding Balance |
|---|---|---|
| Blended component unit — | | |
| Public Buildings Authority | $4,721,000 | $4,285,324 |
| Discretely presented component units: | | |
| Government Development Bank for Puerto Rico | 267,000 | 267,000 |
| Puerto Rico Aqueduct and Sewer Authority | 1,103,310 | 1,103,310 |
| Port of the Americas Authority | 250,000 | 219,349 |
| Total | $6,341,310 | $5,874,983 |

The Commonwealth has guaranteed the payments of rentals of its departments, agencies, and component units to PBA, a blended component unit, under various lease agreements executed pursuant to the law that created PBA. Such rental payments include the amounts required by PBA for the payment of principal and interest on the guaranteed debt as authorized by law. The rental commitment to cover principal and interest on the guaranteed debt (excluding premiums and deferred refunding losses) as of June 30, 2012 and for the next five years and thereafter follows (expressed in thousands):

| Year Ending June 30 | Principal | Interest | Total |
|---|---|---|---|
| 2013 | $ 78,580 | $ 198,571 | $ 277,151 |
| 2014 | 72,595 | 198,478 | 271,073 |
| 2015 | 76,760 | 194,490 | 271,250 |
| 2016 | 82,000 | 190,244 | 272,244 |
| 2017 | 86,125 | 185,685 | 271,810 |
| 2018–2022 | 401,725 | 988,789 | 1,390,514 |
| 2023–2027 | 511,800 | 899,791 | 1,411,591 |
| 2028–2032 | 1,422,034 | 1,031,588 | 2,453,622 |
| 2033–2037 | 725,715 | 344,365 | 1,070,080 |
| 2038–2042 | 914,740 | 149,683 | 1,064,423 |
| | 4,372,074 | $4,381,684 | $8,753,758 |
| Plus accreted value on bonds outstanding | 19,938 | | |
| Plus unamortized premium, net | 27,236 | | |
| Less deferred loss on bonds defeased | (133,924) | | |
| Total | $4,285,324 | | |

Rental income of PBA funds amounted to approximately $235 million during the year ended June 30, 2012, of which $108 million was used to cover debt service obligations.

Act 131 of July 2, 2012 increased the Commonwealth's guarantee on PBA's bonds from $4,325 million to $4,721 million.

**Government Development Bank for Puerto Rico Remarketed Refunding Bonds** — The Commonwealth guarantees the Remarketed Refunding Bonds, Series 1985, issued by GDB, a discretely presented component unit. The outstanding balance of these bonds amounted to $267 million at June 30, 2012. On August 1, 2008, GDB repurchased the $267 million outstanding of its adjustable refunding bonds as a result of significant increases in the interest rate of these auction rate bonds. On December 30, 2009, GDB remarketed and reissued these bonds at a fixed rate of 4.75%, maturing on December 1, 2015. These notes are subject to redemption at the option of GDB on or after June 1, 2013 at a redemption price of 101% through May 31, 2014 and 100% after June 1, 2014.

**Puerto Rico Aqueduct and Sewer Authority (PRASA)** — Act No. 45 of July 28, 1994 states that the Commonwealth guarantees the payment of principal and interest of all outstanding bonds at the date the law was enacted and of all future bond issues to refinance those outstanding bonds of PRASA. Act No. 140 of August 3, 2000 amended Act No. 45 to extend the Commonwealth guarantee to include the principal and interest payments of the Rural Development Serial Bonds and the loans under the State Revolving Fund Program (SRFP) outstanding at the effective date of Act No. 140, and of all future bonds and SRFP loans that may be issued through June 30, 2005. Act No. 386 of September 21, 2004 extended the Commonwealth guarantee to June 30, 2010. Act. No. 75 of July 12, 2010 amended section 1 of Act No. 45 of July 28, 1994 to extend the Commonwealth guarantee over the Rural Development and SRFP's borrowings to June 30, 2015.

United States Department of Agriculture (USDA) Rural Development Program assist PRASA in the financing and construction of aqueduct and sewer facilities in rural areas by purchasing revenue bonds from PRASA, the proceeds of which are used by PRASA to finance such projects. GDB provides interim financing for these projects through short-term lines of credit. On September 14, 2011, PRASA issued approximately $70.2 million of Series HH of USDA Rural Development Program Bonds, at a maximum interest of 4.25%, payable semiannually and maturing in semiannual installments through July 1, 2051. The funds raised by this issuance were used to partially repay the outstanding balance of USDA Rural Development Program lines of credit for construction projects from GDB. As of June 30, 2012, the USDA Rural Development Program Bonds consisted of twenty-five (25) separate series, issued from 1983 through 2011, bearing interest from 4.25% to 5% due in semiannual installments through 2051. The outstanding balance of the USDA Rural Development Program Serial Bonds as of June 30, 2012 was approximately $368.5 million. The USDA Rural Development Program Serial Bonds are guaranteed by the Commonwealth pursuant to Act No. 140 of August 3, 2000, as amended, and PRASA's net revenue is pledged toward the payment of debt service on the USDA Rural Development Program Bonds.

The Puerto Rico Water Pollution Control Revolving Fund and Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund (the Revolving Funds) were created by Act No. 44 of June 21, 1988 and Act No. 32 of July 7, 1997, respectively, of the Commonwealth. The Puerto Rico Water Pollution Control Revolving Fund is administered, pursuant to Act No. 44 and Act No. 9 of June 21, 1988 and June 18, 1970, respectively, as amended, by Puerto Rico Environmental Quality Board (EQB). The Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund is administered, pursuant to Act No. 5 of July 21, 1977, as amended, by Puerto Rico Department of Health (DOH).

Pursuant to these laws, EQB and DOH, on behalf of the Commonwealth, are authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection agency (EPA). Puerto Rico Infrastructure Financing Authority (PRIFA), a component unit of the

- 173 -

Commonwealth, PRASA, and GDB entered into a memorandum of understanding under which each party has agreed to assume specific responsibilities in connection with the operations of the Revolving Funds.

PRASA has entered into revolving loan agreements to finance certain capital improvements. As of June 30, 2012, PRASA had outstanding approximately $450 million under these loan agreements.

The loan agreements are evidenced by promissory notes, which bear interest at a 2% annual rate payable semiannually. Construction loans are required to be paid in full within 20 years of the project completion date. PRASA has pledged its net revenues on a basis subordinate in all respect to the PRASA's bonds outstanding. If PRASA's pledged revenues are not sufficient for the payment of principal and interest, the payments are guaranteed by the Commonwealth under the Act No. 45 of July 28, 1994, as amended, which obligates the Commonwealth to pay principal and interest on the notes.

On March 18, 2008, PRASA issued approximately $284.8 million of Revenue Refunding Bonds, Series A and B (the "2008 Revenue Refunding Bonds"), (guaranteed by the Commonwealth) to refund PRASA's outstanding Revenue Refunding Bonds, Series 1995 (guaranteed by the Commonwealth) in the amount of approximately $262.8 million. The 2008 Revenue Refunding Bonds bear interest at rates from 5.80% to 6.10% per annum with maturity dates ranging from July 1, 2021 to July 1, 2034. The outstanding balance of the 2008 Revenue Refunding Bonds at June 30, 2012 amounted $284.8 million.

At various times during fiscal years ended 2005 and 2006, the Port of the Americas Authority, a component unit of the Commonwealth, entered into bond purchase agreements with GDB, whereby GDB agreed to disburse to the Port of the Americas Authority from time to time certain bond principal advances up to a maximum aggregate principal amount of $70 million (Port of the Americas Authority 2005 Series A Bond), $40 million (Port of the Americas Authority 2005 Series B Bond), and $140 million (Port of the Americas Authority 2005 Series C Bond). The proceeds of the bonds were used to finance the cost of development and construction of the Port of the Americas. The aggregate unpaid principal balance of all outstanding bond principal advances shall be payable in full on January 1, 2015 and January 15, 2015. The principal amount may be paid with any of the following: (i) a long-term bond issuance once the projects are completed; (ii) other revenue of the Port of the Americas Authority; (iii) or legislative appropriations as established in Act No. 409 of September 22, 2004 (Act No. 409). Principal and interests payments are guaranteed by the Commonwealth by Act No. 409. As of June 30, 2012, the principal outstanding under those bond purchase agreements amounted to $219.3 million.

(b) **Debt Supported by Appropriations and Sales and Use Taxes**

At June 30, 2012, the outstanding principal balances of debt payable by Commonwealth appropriations and sales and use taxes (PFC bonds and notes payable, as described in Note 15(d), and notes payable to GDB, as described in Note 11) which are included in the individual financial statements of the following discretely presented component units, are as follows (expressed in thousands):

|  | PFC Bonds and Notes | Notes Payable to GDB and Others | Total |
|---|---|---|---|
| Puerto Rico Acqueduct and Sewer Authority | $411,229 | $        - | $   411,229 |
| Special Communities Perpetual Trust | - | 363,639 | 363,639 |
| Puerto Rico Medical Service Administration | - | 264,390 | 264,390 |
| Puerto Rico Health Insurance Administration | - | 171,080 | 171,080 |
| Puerto Rico Convention Center District Authority | - | 145,889 | 145,889 |
| Solid Waste Authority | 7,778 | 74,416 | 82,194 |
| University of Puerto Rico | - | 64,999 | 64,999 |
| Land Authority of Puerto Rico | 55,819 | - | 55,819 |
| Puerto Rico Tourism Company | 44,484 | - | 44,484 |
| Puerto Rico Industrial Development Company | - | 42,170 | 42,170 |
| Puerto Rico Infrastructure Financing Authority | 3,607 | 32,202 | 35,809 |
| Company for the Integral Development of the "Península de Cantera" | - | 23,103 | 23,103 |
| University of Puerto Rico Comprehensive Cancer Center | - | 19,866 | 19,866 |
| National Parks Company of Puerto Rico | - | 5,894 | 5,894 |
| Puerto Rico Electric Power Authority | - | 5,651 | 5,651 |
| Government Development Bank | 3,501 | - | 3,501 |
| Institute of Puerto Rican Culture | - | 2,515 | 2,515 |
| Total | $526,418 | $1,215,814 | $1,742,232 |

Notes payable to GDB are reported in the statement of net assets (deficit) as "Due from (to) component units".

(c) **Other Guarantees**

**Mortgage Loan Insurance** — The Puerto Rico Housing Finance Authority (the "Authority"), a component unit of GDB, provides mortgage credit insurance to low and moderate income families through its mortgage loan insurance program. The Commonwealth guarantees up to $75 million of the principal insured by the mortgage loan insurance program. As of June 30, 2012, the mortgage loan insurance program covered loans aggregating to approximately $482 million. Currently, the Commonwealth has not been called to make any direct payments pursuant to these guarantees.

- 175 -

**17.  CONDUIT DEBT OBLIGATIONS AND NO COMMITMENT DEBT**

From time to time, certain of the Commonwealth's component units issue revenue bonds to provide financial assistance to private sector entities for the acquisition and construction of transportation, environmental, industrial, tourism, educational, and commercial facilities, deemed to be in the public interest and that are expected to provide benefits to Puerto Rico. These bonds are secured by the property financed and are payable solely from payments received on the underlying mortgage loans. Upon repayment of the bonds, ownership of the acquired facilities is retained by the private sector entity served by the bond issuance. Neither the Commonwealth nor any political subdivision or component unit thereof is obligated in any manner for the repayment of the bonds. Accordingly, the bonds are not reported as liabilities in the basic financial statements of the issuing entities. As of June 30, 2012, conduit debt obligations consisted of the following bonds issued by component units (expressed in thousands):

| Issuing Entity | Issued Since Inception to Date | Amount Outstanding |
|---|---|---|
| Discretely presented component units: | | |
| Puerto Rico Ports Authority | $ 155,410 | $ 155,410 |
| Puerto Rico Highways and Transportation Authority | 270,000 | 159,000 |
| Puerto Rico Infrastructure Financing Authority | 669,215 | 669,215 |
| Government Development Bank for Puerto Rico | 1,147,475 | 828,345 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | 6,271,000 | 1,349,357 |
| Total | $8,513,100 | $3,161,327 |

**(a)  Puerto Rico Ports Authority (PRPA)**

PRPA has issued $39,810,000 in Special Facility Revenue Bonds under the provisions of a trust agreement dated June 1, 1993, and $115,600,000 in Special Facility Revenue Bonds, under the provisions of a trust agreement dated May 1, 1996, between PRPA and a private bank. The proceeds from the sale of the bonds were used to finance the construction, acquisition of equipment, and improvement of certain facilities at the Luis Munoz Marin International Airport for the benefit of a major private airline. The property is owned by PRPA and leased to the private company. These bonds are limited obligations of PRPA, and are payable solely from and secured by a pledge of certain payments made under the Special Facilities Agreement with the private company and certain other moneys. Neither the credit of the Commonwealth nor that of any of its political subdivisions is pledged for the repayment of these bonds. In addition, the bonds are unconditionally guaranteed by the private company's parent company. Pursuant to the agreements between PRPA and the private company, the private company has agreed to pay amounts sufficient to cover the principal of and premium, if any, and interest on the bonds. The bonds are not collateralized by any property, but are payable solely from certain pledged payments by the private company under the agreement or by the private company's parent company under its unconditional guarantee. The outstanding balance of these bonds amounted to $155.4 million at June 30, 2012.

**(b) Puerto Rico Highways and Transportation Authority (PRHTA)**

In March 1992, PRHTA issued Special Facility Revenue Bonds, 1992 Series A, B and C for approximately $117 million for the construction of a toll bridge. The proceeds from the sale of these bonds were transferred by PRHTA to a private entity, Autopistas de Puerto Rico & Compañía, S.E. ("Autopistas"), pursuant to a signed concession agreement for the design, construction, operation and maintenance of the bridge. On October 30, 2003, PRHTA issued Special Facility Revenue Refunding Bonds, 2004 Series A, amounting to approximately $153 million for the purpose of refunding PRHTA's Special Facility Revenue Bonds, 1992 Series A, B, and C, which were issued to fund the construction of the bridge, and to pay the cost of issuance of the bonds. The proceeds from the sale of the bonds were transferred by PRHTA to Autopistas pursuant to a new loan agreement by and between Autopistas and PRHTA. The bonds shall be paid from the proceeds received by Autopistas from the operation of the bridge.

Under certain circumstances, the concession agreement may be terminated and PRHTA is then obligated to assume the Autopista's entire obligation to pay principal of, and interest on, the bonds outstanding, which pursuant to the signed agreement, will be paid from the net revenues of the use and operation of the bridge. PRHTA does not currently expect the concession agreement to terminate. The outstanding bonds (including accrued interest) at June 30, 2012 amounted to approximately $159 million.

**(c) Government Development Bank for Puerto Rico (GDB)**

In December 2003, GDB, through its Housing Finance Authority, issued $663 million in Capital Fund Program Bonds Series 2003 to lend the proceeds thereof to the Public Housing Administration in its financing of improvements to various public low and moderate income housing projects. The Capital Fund Program Bonds Series 2003 are limited obligations of the Housing Finance Authority, which will be paid solely from an annual allocation of public housing capital funds when received from the U.S. Department of Housing and Urban Development and other funds available under the bond indenture. Accordingly, these bonds are considered no commitment debt and are excluded, along with the related assets held in trust, from the accompanying basic financial statements. The outstanding balance of these bonds amounted to $496.5 million at June 30, 2012.

On August 1, 2008, the Housing Finance Authority issued the Capital Fund Modernization Program Subordinate Bonds amounting to $384,475,000 and the Housing Revenue Bonds amounting to $100,000,000. The proceeds from the issuance were mainly used to finance a loan to a limited liability company and pay the costs of issuance. The $384,475,000 bonds are limited obligations of the Housing Finance Authority, payable primarily by a pledge and assignment of federal housing assistance payments made available by the U.S. Department of Housing and Urban Development, with an outstanding balance of $331.9 million at June 30, 2012. The $100,000,000 bonds were also limited obligations of the Housing Finance Authority, payable from amounts deposited in escrow accounts with a trustee and the proceeds of a loan to be made by the Housing Finance Authority to the limited liability company using moneys received as a grant from the Department of Housing of Puerto Rico. Payment of principal of the Housing Revenue Bonds was also secured by an irrevocable standby letter of credit issued by GDB. The Housing Revenue Bonds were paid-off on September 30, 2011.

**(d) Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority (AFICA)**

AFICA's revenue bonds are special and limited obligations of AFICA and, except to the extent payable from bond proceeds and investments thereof, will be payable solely from and secured by a pledge and assignment of the amounts payable under the loan agreements between AFICA and the borrowers. Furthermore, payment of principal and interest on the revenue bonds is unconditionally guaranteed by the borrowers, their parent companies, or letters of credit generally issued by major U.S. banks or U.S. branches of international banks.

The revenue bonds are considered conduit debt and do not constitute a debt or a pledge of the good faith and credit of AFICA or the Commonwealth or any political subdivision thereof.

In connection with the issuance of revenue bonds, AFICA enters into trust agreements, whereby AFICA assigns and pledges to the trustees, for the benefit of the holders of the revenue bonds, (1) all amounts receivable by AFICA in repayment of the amounts due under the loan agreements; (2) any rights, title, and interest of AFICA in the proceeds derived from the issuance of the revenue bonds and of any securities in which moneys in any fund or account created by the trust agreements or loan agreements are invested and the proceeds derived therefrom; and (3) AFICA's rights, title, and interest in and to the loan agreements, subject to AFICA's retention of certain rights, including the right to collect moneys payable to AFICA, which are not received with respect to repayment of the loans.

Since inception and up to June 30, 2012, AFICA has issued revenue bonds aggregating to $6,271 million, $1,349 million of which was outstanding as of June 30, 2012. Of the revenue bonds outstanding at June 30, 2012, $713 million represent industrial and commercial revenue bonds; $104 million, tourism related revenue bonds; $183 million, hospital revenue bonds; and $349 million, educational revenue bonds. Pursuant to the loan agreements covering the issuance of these bonds, corporations and partnerships operating in Puerto Rico borrowed the proceeds from the bond issuances by AFICA.

**(e) Puerto Rico Infrastructure Financing Authority (PRIFA)**

In December 2011, PRIFA issued $669,215,000 Special Revenue Bonds, pursuant to a Loan and a Trust Agreement dated December 1, 2011, between PRIFA and the Puerto Rico Ports Authority ("PRPA"), another component unit of the Commonwealth. The proceeds from the bonds were lent to PRPA to refinance certain obligations, acquire real estate for airport and seaport facilities, provide working capital, finance certain operating and capital costs, and finance the cost of issuing the bonds. These bonds are limited obligations of PRIFA and are payable solely from and secured by the revenues to be received under the Loan and Trust Agreement. The PRPA shall make loan payments sufficient to cover the payment of principal and interest due on the bonds. The bonds are also secured by two irrevocable, transferable direct pay letters of credit issued by GDB. Upon repayment of the bonds, ownership of the acquired facilities is retained by the PRPA. PRIFA is not obligated in any manner for the repayment of the bonds. Accordingly, the bonds are not reported as liabilities in the basic financial statements of the issuing entity. The total amount of $669,215,000 was outstanding as of June 30, 2012.

18. **RISK MANAGEMENT**

The risk management policies of the primary government of the Commonwealth are addressed on Note 1(ab).

The following describes the risk management programs separately administered by certain discretely presented component units:

**(a) GDB**

Since one of GDB's principal functions is to provide financing to the Commonwealth and its instrumentalities, GDB's loan portfolio includes loans to various departments and agencies of the Commonwealth, to various public corporations (component units), and to municipalities, which represent a significant portion of GDB's government-wide assets.

Loans to the Commonwealth and its instrumentalities are expected to be collected from legislative appropriations from, proceeds from future bond issuances of, or revenues generated by the Commonwealth and/or its component units and, to a lesser extent, from loans provided by sources other than GDB, federal grants, and the sale of assets of such component units, if necessary. Accordingly, the collectability of these loans may be affected by budgetary constraints, the fiscal situation and the credit rating of the Commonwealth and its component units, and their ability to generate sufficient funds from taxes, charges, and/or bond issuances. Continuance of and/or significant negative changes in these factors may have an adverse impact on GDB's financial condition, liquidity, funding sources, and results of operations. Loans to municipalities are expected to be repaid principally from a portion of property tax assessments or municipal sales tax of each municipality.

Notwithstanding the aforementioned uncertainties and risks, the Commonwealth and GDB have adopted and continue to adopt measures to mitigate these risks and uncertainties. As part of its role of providing financing to the Commonwealth and its instrumentalities to further the economic development of Puerto Rico, and as part of its risk management activities, GDB is renegotiating and/or restructuring payment terms of the loans to certain governmental entities. Some of the renegotiations/restructurings extend the period for principal repayment but provide for repayment of the contractual interest in accordance with the original terms. Certain loans whose repayment source was originally from COFINA and from future issuances of Commonwealth's general obligation bonds are currently being repaid with annual legislative appropriations based on payment schedules proposed by GDB, which are based on a period of amortization of 30 years, at contractual interest rates. GDB will annually submit to OMB, to be included in the Commonwealth's budget for legislative approval in each subsequent fiscal year, an amount established in the payment schedules with the terms stated above. GDB expects that future appropriations will be approved by the Legislature to comply with such schedules. However, there can be no assurance that the director of the OMB will include an amount for loan repayments in the Commonwealth' budget, and that the Legislature will appropriate sufficient funds in the future to cover all amounts due to GDB on these loans.

GDB lends funds to public corporations for capital improvements and operating needs. The loans for capital improvements generally are construction loans and are generally repaid from the proceeds of future bond issuances of the respective public corporations. The amount of outstanding loans from GDB to the public corporations fluctuates annually, depending upon the capital program needs of the public corporations, the timing and level of their capital expenditures, and their ability to gain access to the long-term capital markets. The participation of certain of these public entities in the

bond market has been delayed waiting for the credit rating of such entities to improve or for more favorable market conditions.

A particular attention is being placed on loans granted by GDB to the Puerto Rico Highways and Transportation Authority (PRHTA). As of June 30, 2012, GDB has extended various credit facilities to PRHTA for, among other, capital improvement programs, working capital, debt service and collateral posting requirements. The outstanding balance of such facilities amounts to $1.9 billion, including accrued interest of $30.5 million, which represent 12% and 76% of GDB's total government-wide assets and net assets, respectively, at June 30, 2012.

GDB, in its ordinary course of business, provides interim lines of credit to public corporations like PRHTA. These lines of credit have historically been repaid from bond issuances of each public corporation, once they regain or have access to the capital markets. No public corporation has ever defaulted on its obligations with GDB.

PRHTA has reported net operating losses during each of the three fiscal years in the period ended June 30, 2012, and, as a result, GDB has been partially financing its operations through credit facilities. In fiscal year 2010, PRHTA entered into a fiscal oversight agreement with GDB, whereby GDB, among other things, imposes conditions on the extensions of credit to PRHTA and continually monitors its finances. PRHTA expects to repay the credit facilities due to GDB with proceeds from the issuance of bonds within the next two fiscal years. On December 13, 2012, Moody's Investor Service downgraded PRHTA's transportation revenue bonds from Baa1 to Baa3, PRHTA's highway revenue bonds from A3 to Baa2, and PRHTA's subordinate transportation revenue bonds from Baa2 to Ba1.

Managements of PRHTA and GDB are working with various alternatives for PRHTA to gain access to the bond capital market, including, among other, a new trust indenture, revenue increasing measures, and expense reduction measures. If such alternatives are not materialized, PRHTA could default on its credit facilities with GDB, which may have a material adverse effect on the financial condition, operating results and liquidity of GDB. GDB's management, however, believes that in such case alternatives are not materialized, the Commonwealth would provide financial support to PRHTA in order to repay its outstanding borrowings with GDB.

On June 25, 2013, the Legislature of the Commonwealth enacted Act No. 30 and Act No. 31 to raise additional annual revenues for PRHTA to repay its outstanding loans with GDB. The additional annual revenues consist of (1) transfer to PRHTA of vehicle license fee revenues currently received by the Commonwealth's Treasury Department, which amount to approximately $62.5 million; (2) increase in the petroleum products tax from $3.00 per barrel to $9.25 per barrel (to be adjusted for inflation, every four years beginning in 2017, based on the accumulated compounded yearly increase in the USA CPI Index plus a margin of 1.5%), which are estimated to generate approximately $189 million; (3) transfer to PRHTA of the first $20 million in annual cigarette tax revenues currently collected by the Commonwealth's Treasury Department.

As part of its risk management activities and as a condition to provide financing support to certain public corporations, GDB has entered into fiscal oversight agreements with certain public corporations. The agreements require the public corporations, among other, to implement a comprehensive expense reduction program, including certain fiscal oversight controls, subject to laws and existing agreements of the public corporations, designed to minimize future tariff increases to households and the private sector, and to protect and improve the credit rating of the public corporations, so that the public corporations may obtain adequate financing to fund its capital expenditure requirements and to operate its infrastructure in an efficient and reliable manner and in

compliance with applicable laws and regulations. GDB's agreement to provide current financing and any future financing is expressly conditioned upon the public corporations' compliance with the covenants established in the fiscal oversight agreement and GDB's right to monitor and enforce such compliance. These agreements will be in effect until the public corporations have regained a level of financial stability and are able to secure long-term financing that will result in the continued stability of the public corporations' operations and financial condition. As of June 30, 2012, GDB's management determined that all public corporations and agencies have complied with the material terms and conditions of their respective agreements.

On March 9, 2009, the Legislature of the Commonwealth enacted Act No. 7, which among other, created an integrated plan for the Commonwealth's fiscal stabilization that includes: (i) operating expense-reduction measures, including various workforce reduction initiatives and a temporary halt of salary increases and other economic benefits included in certain laws and collective bargaining agreements; (ii) tax revenue enforcement measures; (iii) a combination of permanent and temporary tax increases, and (iv) other financial measures. Although the Commonwealth is using its best efforts to maximize revenues and reduce expenditures, there can be no assurance that its future revenues will be greater than its expenditures.

Based on previous experience and recent developments, GDB's management believes that the carrying amount of most of the loans to the public sector will be collected (including interest at the contractual interest rate).

Other risk management policies of GDB involve its mortgage and loans servicing and insurance activities. Certain loan portfolios of the Housing Finance Authority, a blended component unit of GDB, are administered by private servicers who are required to maintain an error and omissions insurance policy. The Housing Finance Authority has a program to manage the risk of loss on its mortgage loan lending and insurance activities.

**(b) UPR**

UPR is exposed to various risks of loss related to torts; theft of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. Through January 1993, UPR was insured under claims-made insurance policies with respect to medical malpractice risks for $250,000 per occurrence up to an annual aggregate of $500,000. Subsequent to such date, UPR was unable to obtain insurance at a cost it considered to be economically justifiable; consequently, UPR is now self-insured for such risks. Under Act No. 98 of August 24, 1994, the responsibility of UPR is limited to a maximum amount of $75,000 per person, or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Self-insured risk liabilities are reported when it is probable that a loss has occurred and the amount of the loss can be reasonably estimated. Liabilities include an amount for claims that have been incurred but not reported. The process used in computing claims liabilities does not necessarily is an exact amount because actual claims liabilities depend upon such complex factors as inflation, changes in legal doctrines, and damage awards. Claims liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors. Changes in the claims liability amount for medical malpractice in fiscal years 2012 and 2011 were as follows (expressed in thousands):

|  | 2012 | 2011 |
|---|---|---|
| Claims payable — July 1 | $ 12,254 | $ 11,961 |
| Incurred claims and changes in estimates | 894 | 1,910 |
| Payments for claims and adjustments expenses | (1,192) | (1,617) |
| Claims payable — June 30 | $ 11,956 | $ 12,254 |

In addition, the UPR is a defendant in several lawsuits other than medical malpractice arising out of the normal course of business.  Management has recorded an accrual of $10.4 million and $11.6 million as of June 30, 2012 and 2011, respectively, to cover claims and lawsuits that may be assessed against the UPR.  The UPR continues to carry commercial insurance for these risks of loss.

These claims payable are presented as a component of accounts payable and accrued liabilities in the accompanying statement of net assets (deficit).

UPR continues to carry commercial insurance for all other risks of loss.

**(c) PREPA**

PREPA purchases commercial insurance covering casualty, theft, tort claims, natural disaster and other claims covering all risk property (excluding transmission and distribution lines), boiler and machinery, and public liability. In addition, PREPA has a self-insured fund to pay cost of repairing, replacing on reconstructing any property damaged or destroyed from, or extraordinary expenses incurred as a result of a cause, which is not covered by insurance required under the 1974 agreement.

PREPA has a cost plus health insurance program covering substantially all employees. PREPA contracted an administrator for the processing, approval, and payment of claims plus an administrative fee. The accrual for employees' health plan includes the liability for claims processed and an estimate for claims incurred but not reported.

Changes in the balances of the health insurance program and other self-insurance risks during fiscal years 2012 and 2011 were as follows (expressed in thousands):

|  | 2012 | 2011 |
|---|---|---|
| Claims payable — July 1 | $ 7,167 | $ 5,597 |
| Incurred claims | 87,434 | 95,921 |
| Claim payments | (87,413) | (94,351) |
| Claims payable — June 30 | $ 7,188 | $ 7,167 |

These claims payable are presented as a component of accounts payable and accrued liabilities in the accompanying statement of net assets (deficit).

### (d) PRASA

PRASA has acquired commercial insurance to mitigate its exposure to certain losses involving real and personal property (including windstorm, flood and earthquake damages) and comprehensive general and automobile claims. PRASA also has an Owner Controlled Insurance Program (OCIP) under which commercial general liability, excess general liability, builder's risk, and contractors pollution liability coverage are procured or provided on a project "wrap up" basis for contractors and subcontractors of any tier, who have been properly enrolled, while performing operations at the applicable project site. Each commercial insurance policy maintained by PRASA contains specific policy limits and deductibles. Settled claims resulting from these risks have not exceeded commercial insurance coverage in any of the past three fiscal years.

### (e) PRHTA

PRHTA carries commercial insurance to cover casualty, theft, claims and other losses. PRHTA has not settled any claims in excess of its insurance coverage for any of the past three years.

### (f) PRHIA

PRHIA is responsible for implementing, administering and negotiating a health insurance system, through contracts with insurance underwriters, to provide quality medical and hospital care to the Commonwealth residents regardless of their financial condition and capacity to pay. PRHIA pays a monthly premium to such insurance underwriters based on a contracted premium and the number of members subscribed in the health plan. Funds to pay for such premiums are requested from the Commonwealth, net of funds available for such purposes from all other sources.

Under the provisions of Act No. 105 of July 19, 2002, that amends Act No. 72 of 1993, PRHIA was authorized to negotiate directly with health providers under a pilot program. PRHIA has, since then, entered into different direct contract to cover the insured population of different regions and municipalities. Since November 1, 2006 through September 1, 2010, PRHIA directly contracted providers that served approximately 190,000 lives from the metro-north region. At June 30, 2011, PRHIA has direct contracting projects with the municipalities of Vieques and Guaynabo, and effective October 1, 2011, the projects were expanded to cover the west, the metro north, the north, the San Juan, the northeast and the virtual regions under a new arrangement with a new insurance underwriter as third party administrator. In addition, PRHIA implemented certain cost containment strategies to control costs, such as establishing a co-payment that applies for the unjustified use of emergency rooms, detection and control of prescription drug overuse, implementation of disease

management program for respiratory conditions, modification of provider fees and better coordination of benefits for the population having other medical insurance.

PRHIA establishes a liability to cover for the estimated amount to be paid to providers based on experience and accumulated statistical data under one of the direct contracting pilot projects. The estimates of medical claims incurred but not reported and other medical expense payments is developed using actuarial methods and assumptions based upon payment patterns, inflation of medical costs, historical developments and other relevant factors. PRHIA agrees with health care organizations certain medical care services provided to the beneficiaries. The following table provides a reconciliation of the beginning and ending liability for incurred but unpaid medical and benefit adjustment expenses for the two most recent fiscal years (expressed in thousands):

|  | 2012 | 2011 |
|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at July 1 | $   35,454 | $   59,453 |
| Total incurred benefits | 775,761 | 96,783 |
| Total benefit payments | (598,042) | (120,782) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at June 30 | $ 213,173 | $   35,454 |

The liability for incurred but unpaid benefits and benefit adjustment expenses is reported as liability for automobile accident insurance, workmen compensation and medical claims in the accompanying statement of net assets (deficit).

**(g) SIFC**

SIFC provides workers' compensation insurance to public and private employees. This insurance covers workers against injuries, disability, or death caused by work or employment related accidents, or by illness suffered as a consequence of their employment. SIFC establishes liabilities for incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. The liability includes estimates for cases reported that have not been adjudged and cases incurred but not reported. The following table provides a reconciliation of the beginning and ending liability for incurred but unpaid benefits and benefit adjustment expenses for the two most recent fiscal years (expressed in thousands):

|  | 2012 | 2011 |
|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at July 1 | $ 784,018 | $ 778,243 |
| Total incurred benefits | 526,610 | 525,568 |
| Total benefit payments | (490,616) | (519,793) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at June 30 | $ 820,012 | $ 784,018 |

The liability for incurred but unpaid benefits and benefit adjustment expenses is reported as liability for automobile accident insurance, workmen compensation and medical claims in the accompanying statement of net assets (deficit).

The liability for incurred but unpaid benefits and benefit adjustment expenses is based on historical claims experience data, assumptions and projections as to future events, including claims frequency, severity, persistency, and inflationary trends determined by an independent actuarial study. This liability has been discounted at 3.66% in 2012. SIFC's management believes that discounting such liability results in a better matching of costs and revenues since compensation benefits have a long payment cycle. The assumptions used in estimating and establishing the liability are reviewed annually based on current circumstances and trends.

SIFC's management believes that the liability for incurred but unpaid benefits and benefit adjustment expenses, actuarially determined at June 30, 2012, is a reasonable estimate of the ultimate net cost of settling benefits and benefit expenses incurred. Because actual benefit costs depend upon such factors as duration of worker disability, medical cost trends, occupational disease, inflation, and other social and economic factors, the process used in computing the ultimate cost of settling benefits and expenses for administering benefits is necessarily based on estimates. The amount ultimately paid may be above or below such estimates. Adjustments resulting from changes in estimates of these liabilities are charged or credited to operations in the period in which they occur.

**(h) AACA**

AACA operates a system of compulsory insurance for vehicles licensed to be used on public roads and highways in Puerto Rico. This insurance covers bodily injuries and compensation for beneficiaries (and their dependents) caused by automobile accidents. The annual premium is $35 per motor vehicle.

The following table provides a reconciliation of the beginning and ending liability for the future benefits for the two most recent fiscal years, presented based on undiscounted method (expressed in thousands):

|  | 2012 | 2011 |
|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at beginning of year | $ 166,596 | $ 165,927 |
| Total incurred benefits | 56,526 | 63,180 |
| Total benefit payments | (65,982) | (62,511) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at end of year | $ 157,140 | $ 166,596 |

The liability for future benefits is reported as liability for automobile accident insurance, workmen compensation and medical claims in the accompanying statement of net assets (deficit). The liability covers the estimated cost of all future benefits related to claims incurred but not reported during the year. Future benefits include death and funeral, disability and accident and health benefits. AACA has recorded this liability, including administrative expenses for claim processing, based on the results of an actuarial report prepared by an independent actuary.

Changes in the ultimate liabilities for benefit payments may be required as information develops, which varies from experience, provides additional data, or, in some cases, augments data, which previously were not considered sufficient for use in determining the claim liabilities.

**(i) PRIFA**

PRIFA is responsible for assuring that its property is properly insured. Annually, PRIFA compiles the information of all property owned and its respective replacement value and purchases its property and casualty insurance policies. Insurance coverage for fiscal year 2012 remained similar to those of prior years. For the last three years, insurance settlements have not exceeded the amount of coverage.

## 19.  COMMITMENTS AND CONTINGENCIES

**Primary Government** — The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended, persons are authorized to sue the Commonwealth only for causes of actions set forth in said Act to a maximum amount of $75,000 or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended, the Commonwealth may provide its officers and employees with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the payment of such judgments.

With respect to pending and threatened litigation, excluding the litigation mentioned in the following two paragraphs, the Commonwealth reported approximately $421 million as an amount to cover for awarded and anticipated unfavorable judgments at June 30, 2012. This amount was included as other long-term liabilities in the accompanying statement of net assets (deficit), and represents the amount estimated as probable liability or a liability with a fixed or expected due date that will require future available financial resources for this payment. The amounts claimed exceed $12 billion; however, the ultimate liability cannot be presently determined. It is the opinion of management that the claims are excessive and exaggerated. Management believes that the ultimate liability in excess of amounts provided, if any, would not be significant.

The Commonwealth is a defendant in two parallel lawsuits, one filed in the state court and the other at the federal court. The plaintiffs are various primary healthcare centers seeking to recover from the Commonwealth approximately $500 million of Medicaid funds retained by the Department of Health of the Commonwealth since 1997. In February 2005, United States Court of Appeals for the First Circuit determined that the Commonwealth must return the funds withheld because of noncompliance with a federal law. As of June 30, 2012, the Commonwealth accrued $440 million for this legal contingency.

The Commonwealth is a defendant in a class action presented by parents of special education students in the areas of education and healthcare. In October 2006, the State Court of Appeals decided in favor of the parents' request to include damage claims pursuant to the same class action case although not as a remedy in the class action per se. The court now may award damages to the members of the class action and to do so it may look at the claims by dividing them into groups or consider each case individually. This will require that the parents prove the damages suffered on an individual basis. The Commonwealth plans to defend vigorously each individual case. As of June 30, 2012, the Commonwealth accrued $650 million for this legal contingency.

On December 21, 2012, the Federal Government, through the US Department of Justice, filed a lawsuit in order to demand from the Commonwealth of Puerto Rico and its Police Department, compliance with the action and remediation plan submitted on September 8, 2011 by the Civil Rights Division of the US Department of Justice pursuant an investigation which revealed a pattern of civil rights violations by the Police Department. According to this investigation and resulting report, the pattern or practice of illegal activity is the product of an ongoing failure by the Commonwealth and its Police Department to provide officers with the necessary guidance, training, and tools to engage in constitutional and effective law

enforcement. The Federal Government is seeking declaratory and equitable relief to eliminate this unlawful pattern by asking the Commonwealth and its Police Department to adopt and implement policies and procedures in the areas of recruitment, hiring, promotions, policies, training, supervision, investigation, discipline, and prevent the police officers of depriving persons of rights, privileges, or immunities secured and protected by the Constitution or laws of the United States. Although the claim does not include damages, the action and remediation plan proposed would require an investment of approximately $600 million, which are expected be incurred over a period of 10 years, starting with fiscal year 2014. During the first year, the Commonwealth is expected to allocate approximately $20 million while the Federal government would contribute $9 million. The Secretary of Justice of the Commonwealth is still negotiating the final determinations of the measures to be implemented by the Police Department in terms of final costs and timeframe. On July 17, 2013, a final definitive agreement was reached between the US Department of Justice and the Commonwealth, which was filed with the Court.  Management expects the Court to dismiss the claim, but retain jurisdiction to assure compliance through a Technical Compliance Advisor to be appointed. No provision for any liability is required at this time under this remediation plan. Expenditures and related liabilities will be recognized as costs during the execution of the remediation plan are incurred beginning in fiscal year 2014.

As has been the case with each comprehensive pension reform measure enacted in the United States, certain public employees have brought lawsuit challenging the constitutionality of pension reform in Puerto Rico. The main case filed against Act No 3 of April 4, 2013 was initiated on May 14, 2013 by sixty-eight (68) employees of the Office of the Comptroller of the Commonwealth, who filed a Complaint on May 8, 2013, in the Commonwealth's Court of First Instance in San Juan alleging that Act No. 3 is unconstitutional as applied to them. Subsequent to this filing, employees of other agencies have filed similar lawsuits. These complaints allege that plaintiffs have certain acquired rights under Act No. 447 of May 15, 1951, as amended, and that Act No. 3 violates the Contract Clause of Act No. 447 because, although the solvency of the ERS is a compelling state interest, the Commonwealth has not shown that the enactment of the law was necessary to promote that interest, nor that there were not less onerous means to advance or achieve that interest. On June 24, 2013, the Puerto Rico Supreme Court ratified the constitutionality of Act No. 3.

In connection with the termination of an interest rate exchange agreement (swap) with a notional amount of $218 million by COFINA relating to its Sales Tax Revenue Bonds, Series 2007A, COFINA made a termination payment to the counterparty in November 2008. At June 30, 2012, the counterparty has asserted that it was entitled to a termination payment in excess of that paid by COFINA in November 2008, plus interest at a default rate, amounting to approximately $64 million. The counterparty alleges that the date of the termination notice used by COFINA for purposes of calculating the termination payment was not in accordance with the agreement. In addition, the counterparty alleges that the termination payment should have been based on the value of replacement swaps entered into by COFINA, which actually have different credit terms than those contained in the terminated swap. COFINA has accrued $3.4 million in connection with this matter at June 30, 2012. This amount is presented as other long term liabilities in the accompanying statement of net assets (deficit). The amount claimed in excess of that accrued at June 30, 2012 is approximately $60.6 million. While the counterparty may assert continued default interest since the claim date, an amount of possible loss in excess of the $3.4 million accrued, if any, cannot be reasonably estimated. COFINA intends to contest this matter vigorously. Among other things, it is the opinion of COFINA that, even assuming that the counterparty's allegations regarding improper termination are correct, the amounts claimed by the counterparty are not correct. Accordingly, management does not expect that the ultimate costs to resolve this matter will have a material adverse effect on COFINA's financial position or results of operations.

During 2012, PBA identified asbestos in its central offices at Minillas. Although asbestos removal costs of approximately $2 million have been accrued by PBA, a series of lawsuits have been filed by certain

government employees who had worked in the past at such location, claiming damages. Preliminary hearings and discovery proceedings are at a relative early stage, therefore no provision for any liability that may result upon adjudication of these lawsuits has been recognized by the Commonwealth.

The Commonwealth receives financial assistance from the federal government in the form of grants and entitlements. Receipt of grants is generally conditioned upon compliance with terms and conditions of the grant agreements and applicable federal laws and regulations, including the expenditure of resources for eligible purposes. Substantially, all grants are subject to audit under Circular A-133 of the Office of Management and Budget of the United States of America (OMB Circular A-133), all of which are performed at the individual department or agency level. Disallowance as a result of these audits may become liabilities of the Commonwealth. At June 30, 2012, based on an evaluation of pending federal disallowances, the Commonwealth has recorded approximately $107 million as other long-term liabilities in the accompanying statement of net assets (deficit). Expenditures that are still subject to audit could be disallowed but management believes any such future disallowances would not be material to the basic financial statements.

Construction commitments at June 30, 2012, entered by PBA, amounted to approximately $72.7 million. In addition, the Commonwealth's construction commitments for public housing facilities amounted to approximately $212 million at June 30, 2012.

On November 23, 1998, a global settlement agreement (the "Global Agreement") was entered into by and between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The Global Agreement calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. Estimated payments to be received under the Global Agreement through the year ending June 30, 2025 amount to approximately $1.2 billion. After 2025, the tobacco companies shall continue making contributions in perpetuity. Pursuant to Act No. 173 of July 30, 1999, which created the Children's Trust (a blended component unit), the Commonwealth assigned and transferred to the Children's Trust the contributions that the Commonwealth is entitled to receive under the Global Agreement. Payments received under the Global Agreement and recognized as revenue during the year ended June 30, 2012, amounted to approximately $72 million. All of the revenue to be received under the Global Agreement and investment earnings on certain accounts under bond indentures are pledged as collateral for the Tobacco Settlement Asset-Backed Bonds, Series 2002, 2005, and 2008. At June 30, 2012, the approximate amount of the pledge is $1.4 billion, representing the approximate remaining principal and interest of the aforementioned bond issuances, which are committed through May 15, 2057. Accordingly, until May 15, 2057, such revenues are not available for other purposes.

At June 30, 2012, the Children's Trust had approved commitments to provide assistance to several entities through forty-five contracts with balances amounting to approximately $27.8 million.

**Discretely Presented Component Units** — in the normal course of their operations, various component units are subject to guarantees, actions brought by third parties seeking damages or entering into commitments. Such actions are disclosed in the separately issued reports of the component units, some of which are summarized below:

**(a) GDB**

At June 30, 2012, GDB has financial guarantees for the public sector for approximately $52 million and for the private sector of approximately $474 million. In addition, at June 30, 2012, standby letters of credit to the public sector were approximately $776 million. Commitments to extend credit to the public sector were approximately $2.1 billion.

On September 22, 2011, Autopistas Metropolitanas de Puerto Rico, LLC (Metropistas) and PRHTA entered into a concession agreement (the "Concession Agreement") for the administration of the toll roads PR-22 and PR-5, for which PRHTA received in exchange a lump-sum payment of $1.1 billion and a commitment to make immediate improvements to the toll roads amounting to $56 million and to comply with world-class operating standards which may require investing more than $600 million over the life of the concession. In connection with the closing of the Concession Agreement, GDB executed a payment guarantee in favor of Metropistas pursuant to which GDB acts as guarantor of any Termination Damages, as defined in the Concession Agreement, due and payable in cash by the PRHTA under the Concession Agreement. The amount of Termination Damages consists, among other components, of the fair market value of Metropistas' interest in the toll roads. At the same time, in connection with the payment guarantee, GDB and PRHTA also entered into a Reimbursement Agreement whereby the PRHTA agreed to reimburse GDB for any amounts paid under the guarantee.

On August 18, 2002, the Legislature approved Act No. 198, which creates the Cooperative Development Investment Fund. The purpose of this fund is to promote the development of cooperative entities. This fund will be capitalized through contributions to be provided by GDB up to $25 million to be matched by cooperative entities. As of June 30, 2012, GDB has contributed $17.9 million to the Cooperative Development Investment Fund, $969,000 of which were contributed during the year ended June 30, 2012.

GDB's Development Fund has entered into an agreement with the Economic Development Bank for Puerto Rico (EDB) whereby the Development Fund would guarantee a portion of loans granted by EDB under a government program named "The Key for Your Business" (the "Program"). Under the agreement, the Development Fund would assign $15 million of its capital for the Program. The Development Fund guarantees one-third of the outstanding principal balance of each loan plus accrued interest and certain other charges. The Development Fund charges one percent of the loan amount as guarantee fee and no loan can exceed $50,000. At June 30, 2012, the outstanding balance of loans guaranteed by the Development fund amounted to approximately $9.5 million, and the allowance for losses on guarantees amounted to approximately $1 million.

The Housing Finance Authority, a blended component unit of GDB, acts as servicer for a number of mortgage loans owned by other investors. The servicing is generally subcontracted to a third party. As of June 30, 2012, the principal balance of the mortgage loans serviced for others is approximately as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Community Development Fund I | $42,750 |
| R-G Mortgage, Inc. or its successor | 1,380 |
| Office for the Administration of the Assets of the Urban Renovation and Housing Corporation or its successor without guaranteed mortgage loan payments | 32 |
| | |
| Total | $44,162 |

GDB and certain of its component units are defendants in several lawsuits arising out of the normal course of business. Management, based on advice of legal counsel, is of the opinion that the ultimate liability, if any, resulting from these pending proceedings will not have a material adverse effect on the financial position and results of operations of GDB or its component units.

**(b) PRHTA**

PRHTA is a defendant or co-defendant in various lawsuits for alleged damages in cases principally related to construction projects. These are generally either fully or partially covered by insurance. The contactors are required, under the terms of the construction agreements to carry adequate public liability insurance and to hold harmless the PRHTA from lawsuits brought on account of damages relating to the construction of the projects.

On June 13, 2011 and February 17, 2012, PRHTA deposited approximately $21.8 million and $16.9 million, respectively, at the Federal Court of Puerto Rico as part of the appeal process at the U.S. Court of Appeals for the First Circuit of Boston for two legal cases related to construction projects. As of June 30, 2012, PRHTA, based on legal advice, has recorded a liability of approximately $70.8 million for probable losses on those claims not fully covered by insurance. In the opinion of legal counsel, any liability in excess of the recorded liability that may arise for such claims will not be significant to the PRHTA's financial position or results of operations.

PRHTA entered into a System and Test Track Turnkey Contract (STTT Contract) with Siemens Transportation Partnership Puerto Rico, S.E. (Siemens) and other contractors for the purpose of operating and maintaining the Urban Train. During 2005, the STTT Contract became effective upon execution of the contract for an initial term of five years with an option by PRHTA to extend the term for an additional five years. The compensation is based on a schedule included in the master agreement which approximates $4.0 million on a monthly basis. The total annual operation and maintenance cost, including cost of issuance and electricity, for fiscal year 2012 was approximately $55 million.

PRHTA faces a number of business challenges that have been exacerbated by the Commonwealth's economic recession and the fact that PRHTA has not increased tolls to its customers at sufficient levels to offset the effects of its rising costs. PRHTA's principal challenges, some of which are interrelated, are: (i) reduction of operating costs; (2) increase in the use of federal grants; and (iii) improving its liquidity. PRHTA is committed to take all necessary measures to ensure it achieves a healthy financial condition. Refer to note 18 (a) for additional measures and actions being taken by GDB as well on addressing PRHTA's challenges.

**(c) PRASA**

PRASA is a defendant on various lawsuits presented by customers alleging that PRASA has over billed them due to the methodology used to estimate consumption. There are two cases in which plaintiffs requested a certification of the suit as a class action and seek recovery damages in the amount of approximately $386 million, plus legal costs of around $100 million (25%) and interests and an injunction enjoining PRASA from continuing to bill using the current methodology. PRASA's potential exposure from these lawsuits is unlikely or cannot be presently determined and, as such, no liability is being reported on the accompanying basic financial statements.

PRASA is the defendant or codefendant in various other lawsuits. The ultimate outcome of the lawsuits cannot presently be determined. However, PRASA's management, based on the advice of legal counsels, is of the opinion that these lawsuits will not have a material impact on the basic financial statements.

**(d) PREPA**

PREPA is a defendant or codefendant in several lawsuits incidental to its business, some involving substantial amounts. In those instances that management and legal counsel believe that the outcome

of the litigation will be unfavorable to PREPA, a provision has been made to cover the estimated liability. PREPA's management, based on discussions with legal counsel, believes that the additional liability, if any, resulting from the ultimate resolution of these matters will not have a material effect on PREPA's financial position or results of operations.

On May 18, 2000, Abengoa, Puerto Rico, S.E. (Abengoa), PREPA's contractor for the repowering of San Juan steam plant units 5 and 6, unilaterally declared a termination of the contract with PREPA and filed a complaint for breach of contract. PREPA has moved for time to answer the complaint and has filed a counterclaim for the cost of the project and for all damages caused to PREPA by the alleged illegal contract termination. PREPA believes that the actions by the contractor will not materially affect the ability of PREPA to provide service nor there will be a material difference in the quality of service provided by PREPA.

In June 2004, the Office of the Comptroller of the Commonwealth of Puerto Rico (the "Comptroller") issued a report stating that PREPA overcharged its clients by approximately $49.8 million, and should reimburse this amount to such clients. After this report was made public, two lawsuits were filed by clients of PREPA against PREPA demanding the reimbursement of such alleged overcharges. PREPA's position is that the Comptroller incorrectly based his conclusion on data that is not relevant to the calculation of PREPA's rates, and that PREPA's rates were properly established in the year 2000 in accordance with applicable laws and regulations. In particular, PREPA notes that its rates properly take into consideration the cost of the fuel used by PREPA's generating facilities and the cost of the electricity purchased from the two co-generating facilities that sell power to PREPA.

In 2008, Power Technologies Corp. filed a suit against PREPA, alleging that PREPA had withdrawn from a contracting process for a new energy facility, in which Power Technologies was involved, without explanation or justification. Power Technologies seeks damages of $51.4 million. The case is currently in discovery stage.

In addition to these cases, PREPA is involved in typical litigation for an electric power utility, but management estimates the amounts of such claims are not material and will not affect adversely PREPA's operations.

**(e)   UPR**

UPR participates in a number of federal financial assistance programs. These programs are subject to audits in accordance with the provisions of OMB Circular A-133, *Audits of States, Local Governments, and Non-Profit Organizations*, or to compliance audits by grantor agencies. The amount, if any, of expenditures which may be disallowed by the granting agencies cannot be determined at this time. Management believes the impact will not be material to the UPR's financial statements.

Effective April 23, 2012, the National Science Foundation (NSF), an independent U.S. government agency, suspended the federal awards for research and development in the Research and Development Center at the Mayagüez Campus and in the Resource Center for Science and Engineering ascribed to the Central Administration unit of the UPR because the UPR has not corrected the time and effort reporting deficiencies as established in the Corrective Action Plan. NSF is responsible for promoting science and engineering through research programs and education projects. NSF will not reimburse expenditures incurred on and after April 23, 2012 by the UPR in the involved units. Most of the research and training activities under grants affected by the suspension status continue with funding from the UPR. Significant interactions between NSF and

the UPR has led to a robust body of Effort Reporting System (ERS) policies and procedures, the creation of a system — wide Office for Research Compliance and Integrity and an overarching committee for continuous assessment and creation of sponsored programs, policies and procedures. The UPR is actually working with NSF to achieve a full compliance and lift the administration suspension.

**(f) PRHIA**

PRHIA has been requested to repay the Commonwealth's Department of the Treasury approximately $103 million representing excess transfers of money from the central government during the fiscal years 2001–2003. After consultation with external legal counsel, PRHIA is of the opinion that the money does not have to be repaid and believes that the likelihood of an unfavorable outcome is remote. Therefore, no reserve for such request has been recognized in PRHIA's financial statements.

**(g) PRMeSA**

On October 14, 2010, the Legislature of the Commonwealth approved a new article 9A to Act No. 66 of June 22, 1978, (the "Article"), authorizing PRMeSA to incur in obligations up to $285 million, under such terms and conditions approved by the Board of Member Institutions (the Board) of PRMeSA and GDB, as fiscal agent of the Commonwealth and its instrumentalities.

These additional funds shall be deposited in a special account at GDB and may only be used for the following purposes:

a. payment of debts to suppliers, agencies, institutions, reserve fund for the self-insurance (professional responsibility and inter-fund debt) of PRMeSA; and

b. to provide operational liquidity to ease PRMeSA's fiscal situation, as determined by the agreement with GDB.

From savings generated as a result of the debt renegotiations with the agencies and institutions, PRMeSA will create a fund to cover operating expenses related to maintenance, overhaul and reconditioning of the physical plant. GDB, in its role as fiscal agent, shall possess the administrative mechanisms as it deems necessary to ensure that these funds will be used solely and exclusively for the purposes set forth in the Article. The special bank account and the funds deposited therein shall not be seized, syndicated, frozen, encumbered or otherwise affected by decisions, judgments, orders or rulings issued by courts of Justice of the Commonwealth or its agencies or public corporations during any adjudicative proceeding of administrative or judicial nature, regardless of whether they were initiated by private individuals or public institutions.

PRMeSA was required to develop and implement within one hundred eighty (180) days from the approval of the Article, an aggressive collection plan for the recovery of its accounts receivable. The Directors shall report periodically to GDB on the implementation of that plan, and report annually to the Board and GDB the collection proceeds arising from the execution of the plan. GDB was authorized as fiscal agent to undertake any necessary measures in order to, within a reasonable period of time, help PRMeSA to become and operate as an independent fiscal instrumentality.

However, once the collection plan is working as expected and providing PRMeSA the funds resources required, and becomes a financially independent institution as determined by GDB, PRMeSA will be required to assume the remaining established obligations.

The Commonwealth will honor the payment of the obligations authorized, with legislative appropriations made by the Legislature on the annual budgets, beginning with the fiscal year 2012–2013 and ending in the fiscal year 2023–2024.

Also, for the fiscal years 2012–2013 and 2013–2014, the Director of the Office of Management and Budget, will consign on the annual budgets, the amount corresponding to interests on the obligations incurred and, beginning on fiscal year 2014–2015, and for the next nine (9) years, the amount of $31.5 million plus interests on the obligations incurred. If in any moment the legislative appropriations or other income of PRMeSA were not sufficient to cover the payment of the obligations authorized and the accrued interest, the Secretary of the Treasury will withdraw from any amounts available in the General Fund of the Commonwealth the necessary amounts to repay the principal and interests of the line of credit.

PRMeSA has accounts receivable aggregating to $22 million at June 30, 2012, from the Hospital of the Municipality of San Juan, related to medical services rendered. PRMeSA alleges that these amounts are related to services rendered during the period from June 30, 2005 to June 30, 2012. PRMeSA filed at the Department of Justice of the Commonwealth and with the Commission for the Resolution of Controversies over Payments and Debts between Governmental Agencies, a claim demanding the resolution of this matter. On June 29, 2009, the Commission designated the OMB to serve as a mediator in this claim. As of June 30, 2012, no resolution or recommendation has been made by the OMB in connection with this controversy.

PRMeSA is a party in certain legal actions and claims related to medical malpractice arising in the ordinary conduct of its business. Although PRMeSA appears as a defendant in the claims, many of them involve medical personnel of the member institutions, and in effect, these claims are against said institutions. As a result of the deficiency as of June 30, 2012, of funds available in the Self-Insurance Fund, any unfavorable outcome may have a significant effect on the financial condition of PRMeSA.

Based on a review of current facts and circumstances, PRMeSA's management has provided for what is believed to be a reasonable estimate of the exposure to loss associated to litigation. PRMeSA has established an accrual reserve for claim losses in the amount of $7 million at June 30, 2012.

(h) **PRIFA**

At June 30, 2012, PRIFA is a defendant in various legal proceeding arising from its normal operations. Management, based on the advice of its legal counsel, is of the opinion that the ultimate liability, if any, resulting from these pending proceedings and legal actions in the aggregate will not have a material effect on PRIFA's financial statements. However, management is of the opinion that they will reach settlements in certain cases. A liability to cover claims and other contingencies amounting to $7.5 million has been reflected as part of accounts payable and accrued expenses in the accompanying statement of net assets (deficit).

(i) **Special Communities Perpetual Trust**

The Special Communities Perpetual Trust (the "Trust") has financial assistance agreements with several municipalities of the Commonwealth to provide funding for the construction, improvement and rehabilitation of certain projects of the Special Communities. At June 30, 2012, the Trust's commitments with the municipalities for housing assistance projects amounted to approximately $107.8 million, from which a total of approximately $94.7 million had been disbursed.

The Trust is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of its normal operations. The Trust recorded approximately $290,000 to cover for awarded and anticipated unfavorable judgments at June 30, 2012. This amount represents the amount estimated as probable liability that will require future available financial resources for its payment. The amounts claimed approximate $13 million; however, the ultimate liability cannot be presently determined. It is the opinion of management that the claims are excessive and exaggerated.

**(j) PCSDIPRC**

PCSDIPRC provides insurance coverage over the stocks and deposits of all cooperatives in Puerto Rico. The deposit base of the cooperatives approximate $6.9 billion at June 30, 2012.

**Environmental Commitments and Contingencies**

**Primary Government** — The Commonwealth accounts for the pollution remediation obligations in accordance with GASB Statement No. 49, "*Accounting and Financial Reporting for Pollution Remediation Obligations*". This Statement addresses accounting and financial reporting standards for pollution (including contamination) remediation obligations, which are obligations to address the current or potential detrimental effects of existing pollution by participating in pollution remediation activities such as site assessments and cleanups. The scope excludes pollution prevention or control obligations with respect to current operations, and future pollution remediation activities that are required upon retirement of an asset, such as landfill closure and post-closure care.

Once any of five specified obligating events occurs, a government is required to estimate the components of expected pollution remediation outlays and determine whether outlays for those components should be accrued as a liability or, if appropriate, capitalized when goods and services are acquired. Obligating events include the following:

- The government is compelled to take pollution remediation action because of an imminent endangerment.

- The government violates a pollution prevention–related permit or license.

- The government is named, or evidence indicates that it will be named, by a regulator as a responsible party or potentially responsible party (PRP) for remediation, or as a government responsible for sharing costs.

- The government is named, or evidence indicates that it will be named, in a lawsuit to compel participation in pollution remediation.

- The government commences or legally obligates itself to commence pollution remediation.

As of June 30, 2012, the Department of Transportation and Public Works recognized approximately $6.5 million of pollution remediation obligation in the accompanying statement of net assets (deficit) within other long-term liabilities. This obligation is related to pollution remediation activities necessary at various schools and related administrative structures in Puerto Rico.

During 2012, PBA identified asbestos in its central offices at Minillas government center. Asbestos removal costs were estimated based on environmental engineers' consultant surveys. PBA has accrued approximately $2 million to cover for the related pollution remediation efforts, and is presented within other long-term liabilities.

**Component Units** — The following component units' operations include activities that are subject to state and federal environmental regulations:

- *PREPA* — Facilities and operations of PREPA are subject to regulation under numerous federal and Commonwealth environmental laws, including the Clean Air Act, Clean Water Act, Oil Pollution Act (OPA), Resource Conservation Recovery Act (RCRA), Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) and Underground Storage Tanks, among others. In February 1992, the Environmental Protection Agency (EPA) conducted a multimedia inspection of PREPA's facilities and identified several alleged instances of noncompliance related to PREPA's air, water, and oil spill prevention control and countermeasures compliance programs.

PREPA and the EPA undertook negotiations to resolve the issues regarding the deficiencies observed during the inspection and to ensure future compliance with all applicable laws and regulations. As a result of the negotiations, PREPA and the EPA reached an agreement that resulted in a consent decree (the "Consent Decree") approved by the United States federal court in March 1999. Under the terms and conditions of the Consent Decree, PREPA paid a civil penalty of $1.5 million, and implemented additional compliance projects amounting to $4.5 million. In addition, the Consent Decree requires that PREPA improves and implements compliance programs and operations in order to assure compliance with environmental laws and regulations.

In 2004, the United States federal court approved a modification to the Consent Decree agreed by PREPA and the EPA under which PREPA reduced, in two steps, the sulfur content in the No. 6 fuel oil used in certain generating units of its Costa Sur and Aguirre power plants (to 0.75% or less by March 1, 2005 and to 0.5% or less by March 1, 2007), and used No. 6 fuel oil with sulfur content of not more than 0.5% through July 18, 2009 at its Palo Seco and San Juan power plants. Additionally, PREPA has completed a nitrogen oxide emissions reduction program and modified the optimal operating ranges for all its units under the Consent Decree. PREPA also paid a $300,000 civil fine and reserved $200,000 to fund certain supplemental environmental projects and programs under the Consent Decree.

PREPA has audited the Consent Decree programs and a considerable number of them can be closed since their requirements have been completed. The programs can be closed under a Stipulation of Partial Termination filed jointly, in federal court, with the EPA.

Since September 2004, there has been no legal action in the United States federal court or any administrative proceeding against PREPA regarding the Consent Decree or its modification. The Consent Decree includes stipulated penalties for certain events of noncompliance. Noncompliance events must be disclosed to EPA in the corresponding report. Ordinarily, when a covered noncompliance event occurs, PREPA pays the stipulated penalty in advance in order to benefit from a 50% discount of the applicable stipulated penalty.

In 1997, as a result of an inspection carried out by EPA and the Puerto Rico Environmental Quality Board (EQB) at PREPA's Palo Seco Power Plant, the EPA issued an Administrative Order for the investigation and possible remediation of seven areas identified by the EPA at the Palo Seco Power Plant and the Palo Seco General warehouse. The Administrative Order required PREPA to carry out a Remedial Investigation/Feasibility Study (RI/FS). The RI/FS required under the Order was designed to: (i) determine the nature and extent of contamination and any threat to the public health, welfare or environmental caused by any release or threatened release of hazardous substances, pollutants or contaminants at or from the site; and

(ii) determine and evaluate alternatives for the remediation or control of the release or threatened release of hazardous substances, pollutants, or contaminants at or from the site. The RI was completed and a final report was submitted to EPA for evaluation.

The information gathered under the RI reflected the presence of free product (Separate Phase Hydrocarbons) in several monitoring wells. The analysis of this product also reflected a low concentration of polychlorinated biphenyls (PCBs). PREPA and EPA entered in to an Administrative Order on Consent (AOC) (CERCLA-02-2008-2022) requiring PREPA to complete a removal plan that consisted of determining if the underground water had been impacted by PCBs, the extension of the contamination and the implementation of a work plan for free product removal. Analytical data collected during this activity reflected that underground water had not been impacted by PCBs. Nevertheless, water/oil mix was found in seven monitoring wells (MWs). PCBs concentrations between 1.36–2.36 parts per million were detected in the oil found in 3 of the 7 MWs. Multiphase extraction (MPE) activities in the MWs where water/oil phases were found, has been performed on a weekly basis. After several MPE, this activity was discontinued at EPA's recommendations.

On April 19, 2012, PREPA submitted for EPA's review and approval the final report letter for the AOC. On August 13, 2012, EPA notified by certified mail, that the final report was reviewed and determined that the work required pursuant the AOC has been fully carried out in accordance with its terms. Also, the letter indicated that the notification shall not affect any continuing obligation of respondents, including but not limited to the reimbursement of EPA response costs, as specified in the AOC.

Based on the findings of the RI, the Human Health Risk Assessment, the Screening Level Ecological Risk Assessment and the AOC, NO ACTION recommendation under CERCLA for the PREPA Palo Seco site is believed to be protective of human health and environment. The risk assessment indicate that the level of residual contaminants present at the site falls within EPA acceptable risk range. This non-action remedy complies with the federal and Commonwealth requirements.

Both Orders also established a Reimbursement of Costs condition in which PREPA agreed to reimburse EPA for all costs incurred by EPA in connection to the site. No bill has been received by PREPA, as of this date.

In 2002, PREPA received a "Special Notice Concerning Remedial Investigation/Feasibility Study for Soil" at the Vega Baja Solid Waste Disposal Superfund Site. The EPA has identified PREPA and six other entities as "potentially responsible parties", as defined in the CERCLA. In 2003, PREPA agreed to join the other potentially responsible parties in an Administrative Order on Consent (AOC) for an RI/FS, with the understanding that such agreement did not constitute an acceptance or responsibility. Under the AOC, PREPA committed up to $250,000 as its contribution to partially fund the RI/FS. At this time, RI/FS has been completed. The work proceeded in accordance with the schedule established by PREPA and the other designated potentially responsible parties. In July 2010, a proposed plan was issued identifying the Preferred Alternative to address soil contamination at the Vega Baja Solid Waste Disposal Site. EPA held a public hearing on August 3, 2010 to discuss the alternatives to address soil contamination.

The Record of Decision (ROD) was published as scheduled by EPA on September 30, 2011. Alternative No. 2, Removal with On-Site Consolidation and Cover in the Non-Residential Area, was selected. From this point on, EPA resumed negotiations with the PRP's, both private and

public, towards signing a Consent Decree through which the PRP's would contribute enough
funds to cover the costs of the remedial action and the maintenance of the site. PREPA has
already approved a contribution of $1,000,000 through Resolution 3804, April 1, 2011.
Notwithstanding, through further negotiations an additional contribution of $300,000 was
required by EPA. This additional contribution was approved by PREPA's Governing Board.

PREPA continues to develop and implement a comprehensive program to improve
environmental compliance in all applicable environmental media. This program has been and
continues to be updated to conform to new regulatory requirements.

- *PRASA* — On July 1, 2003, PRASA entered into an agreement (Civil Action No. 01-1709) with
EPA to attain compliance with the Clean Water Act in relation to PRASA's wastewater pump
stations (WWPSs) in response to a significant number of sanitary sewer bypasses from these
locations. The Clean Water Act prohibits discharges of sewage from any point in the collection
and treatment system other than the authorized point at the treatment facility. PRASA completed
all improvement projects required by EPA for these WWPSs on or before the established
completion dates in the agreement. This agreement also required PRASA to invest $1 million in the
development and implementation of a Supplemental Environmental Project (SEP). This
project consisted of the connection of three NON-PRASA communities to the PRASA's
drinking water system. The connection has been completed and is awaiting completion of
adjacent systems to fully integrate these systems to PRASA's service. The agreement also
required the implementation of the Preventive Maintenance Program (PMP) for all of PRASA's
WWPSs. This was fully completed in December of 2010, and is still in place. As part of the
agreement, PRASA pays stipulated penalties for pump station bypass events on a quarterly
basis. The penalty calculations are based on the pumping capacity of the pump station and the
time taken to correct the deficiency causing the bypass event. The amount paid during fiscal
year 2012 was approximately $500,000.

On June 22, 2006, PRASA entered into a consent decree (Civil Action No. 06-1624) with EPA
that requires PRASA to implement system-wide remedial measures at all of the wastewater
treatment plants operated by PRASA. The decree establishes deadlines for the compliance with
the conditions set forth in the agreement and stipulates penalties for violation of any of those
deadlines. PRASA was assessed a stipulated civil penalty of $1 million which was paid during
fiscal year 2008. This penalty was assessed by the Court as payment for the discharge permit
violations of several treatment facilities to the Clear Water Act. The agreement also required
PRASA to deposit in an escrow account with GDB an additional civil penalty of $3 million.
These funds are to be used for providing sewer service to a community that has not been
connected to PRASA's sanitary sewer system. PRASA is currently engaged in discussion with
EPA as to the specific community that will benefit from this project. As part of the agreement,
PRASA pays stipulated penalties on a yearly basis for exceedances to each of PRASA's
facilities to their individual discharge permits. The penalty calculations are based on frequency
of the exceedances as well as the percentage of the exceedances with its respective limit. The
amount paid during fiscal year 2012 was approximately $600,000; plus approximately $300,000
due to revision on 2008 penalties. These penalty payments are deposited into an escrow account
from which a fraction of the deposited amount can be reimbursed to PRASA based on
completion of specific projects and initiatives.

On May 25, 2006, PRASA entered into a plea agreement with the U.S. Department of Justice
related to violations of the Clean Water Act, as amended, Title 33, USC, Sections 1131(a) and
1319(c)(2)(A). As part of the agreement (Criminal Case No. 06-CR-00202-001), PRASA paid a
$9 million fine. This penalty was assessed by the Court as payment for the discharge permit

violations of several treatment facilities to the Clean Water Act. PRASA was placed on probation for a period of five years. As part of the probation PRASA has to comply with several special conditions, such as: (i) upgrade the collection and wastewater treatment system in the Ponce de León Avenue area of San Juan for a cost of not less than $10 million to prevent direct discharges to the Martín Peña Channel; (ii) upgrade nine wastewater treatment plants for a cost of not less than $109 million; and (iii) comply with the consent decree signed by PREPA with the U.S. government on June 22, 2006. The plea agreement also established stipulated penalties for violation of any on the deadlines of performance standards set forth in the agreement. Currently, PRASA is in compliance with the deadlines and requirements of this consent order and no penalties have been paid. Probation period expired on April 19, 2012.

On December 15, 2006, an agreement (Civil Case No. KPE 2006-0858 was signed between PRASA and the Department of Health of the Commonwealth related to violations of the Safe Drinking Water Act (SDWA), as amended. The agreement was preliminary approved by the supervising court on March 15, 2007 and it was amended and finally approved by that court on June 20, 2008. PRASA agreed to implement a work plan to remediate the violations, establish preventive and mitigation measures, and execute a preventive maintenance program for the purpose of meeting the requirements of the SDWA. This Act requires the compliance with parameters of water quality and treatment techniques in PRASA's water systems. As part of the agreement, PRASA paid a civil penalty of $1 million during fiscal year ended June 30, 2007. The civil penalty was stipulated by the court for alleged non-compliance issues to the SDWA attended in this decree. In this Consent Decree, PRASA shall pay stipulated penalties for failing to comply with remedial measures deadlines, fail to submit deliverables or exceedances to maximum contaminant levels. During fiscal year ended June 30, 2008 and based on the amendment and final approval of the agreement, PRASA accrued approximately $2.7 million for penalties for noncompliance as stipulated by the final agreement, which were paid during fiscal year 2009. Also, as part of the penalties for noncompliance with the remedial measures of the agreement with the Department of Health during fiscal year 2009, $1.3 million were deposited in a GDB escrow account to be used for a SEP. This SEP included three projects: (1) a chemical monitoring of 67 non-PRASA systems, (2) the installation of a disinfection system in six non-PRASA systems, and (3) the connection of schools that have their own deficient water systems to PRASA's water system. During fiscal year ended June 30, 2012, the penalties amounted to approximately $400,000. PRASA deposited $50,000 in an escrow account for parameters exceedances, and will be used for compliance projects with the approval of the Department of Health.

On November 2007, PRASA entered into negotiation of a consent decree (Civil Action No. 10-1365) with EPA that requires PRASA to implement system wide remedial measures at all of the sludge treatment systems at the water treatment plants owned and operated by PRASA. The consent decree was lodged on May 3, 2010 and its entry date was August 24, 2010. This consent order supersedes previous consent orders known as PRASA II (Civil Action No. 92-1511) and PRASA III (Civil Action No. 00-2554). This consent order establishes deadlines for the compliance with the conditions set forth in the proposed agreement and stipulates penalties for violation of any of those deadlines.

PRASA was assessed a civil penalty of approximately $3.2 million of which $1 million was paid to the Treasurer of the United States of America as a civil penalty, and $2.2 million was deposited in an escrow account with GDB for the design and construction of a SEP. This SEP consisted on the installation of an aeration system in the Toa Vaca Lake. The aeration system is expected to be in operation by October 2012. The total amount of penalties paid under this agreement during the fiscal year 2012 was approximately $100,000. Stipulated penalties must be

paid by PRASA for failing to comply with remedial measures deadlines, permitting limit exceedances or fail to submit deliverables or DMR's monthly reports or Discharge Monitoring Reports.

PRASA is in the process of renegotiation of all the consent decrees and commitments mentioned above. The objective of this renegotiation is to establish a prioritization system that will smooth out the economic impact of the capital improvement projects on a yearly basis.

- *SWA* — SWA initiated in years prior to the year ended June 30, 2012, the implementation and development of the Strategic Plan for Recycling and Disposal of Solid Waste in Puerto Rico at an estimated cost of approximately $112 million. The first stage consists of the construction of thirty-nine (39) projects to be financed through an interim financing agreement with the Government Development Bank for Puerto Rico. The lines-of-credit under the agreement were paid by the Treasury Department of the Commonwealth through joint resolutions approved by the Legislature of Puerto Rico. SWA has continued with the planning and construction of the projects.

  During May 2008, SWA approved the "Dynamic Itinerary for Infrastructure Projects of Solid Waste in Puerto Rico". This itinerary defines the strategies for safe and efficient handling of solid waste in Puerto Rico for the next twenty-five (25) years in compliance with all applicable regulations. SWA proposes this itinerary for the purpose of adopting this plan as the official instrument to guide public policy for the development of infrastructure projects for handling and final disposition of solid waste in Puerto Rico. The projects proposed in the itinerary include programs to develop facilities for the recovery of recyclable materials facilities (RMF's) for the deposit of acceptable sludge, facilities to convert solid waste to energy, transshipment facilities and lateral expansion to sanitary stuffing systems (SSS). The development of these projects takes into consideration the closing of various SSS. The construction investment is estimated in approximately $1.9 billion. SWA projects that financing for these projects will come from both the public and private sectors.

**Construction Commitments** — As of June 30, 2012, the following component units maintained various unspent construction agreements as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Highways and Transportation Authority | $  734,593 |
| Puerto Rico Aqueduct and Sewer Authority | 191,300 |
| Puerto Rico Electric Power Authority | 45,600 |
| Puerto Rico Infrastructure Financing Authority | 43,233 |
| University of Puerto Rico | 46,600 |
| Puerto Rico Ports Authority | 24,147 |
| Company for the Integral Development of the "Peninsula de Cantera" | 20,922 |
| Port of the Americas Authority | 10,420 |
| Puerto Rico and Municipal Islands Maritime Transport Authority | 11,700 |
| Governing Board of the 9-1-1 Service | 2,020 |
| Institute of Puerto Rican Culture | 1,959 |
| Puerto Rico Conservatory of Music Corporation | 756 |
| Puerto Rico Land Administration | 652 |
| Institutional Trust of the National Guard of Puerto Rico | 302 |
| Total | $1,134,204 |

20.  **RETIREMENT SYSTEMS**

The Commonwealth sponsors three contributory pension plans (collectively known as the "Retirement Systems"), which are reported in the accompanying statement of fiduciary net assets:

- Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)

- The Commonwealth of Puerto Rico Judiciary Retirement System (JRS)

- Puerto Rico System of Annuities and Pensions for Teachers (TRS)

Each system is independent; thus, their assets or liabilities may not be transferred from one system to another or used for any purpose other than to benefit the participants of each system.

The Retirement Systems issue financial reports, which are publicly available and include the basic financial statements, the required trend information, and any other required supplementary information. These reports may be obtained by written request to the corresponding retirement system administrator at the addresses detailed in note 1(b).

**(a)  ERS**

*Plan Description* — The ERS is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 447 on May 15, 1951. The ERS began operations on January 1, 1952, at which date, contributions by employers and participating employees commenced. The ERS is a pension trust fund of the Commonwealth. The ERS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

The responsibility for the proper operation and administration of the ERS is vested on the board of trustees, composed of two participating employees and one pensioner, who are appointed by the Governor of the Commonwealth. Also, there are four Commonwealth government agency representatives, which are the Secretary of the Treasury, the President of the Government Development Bank for Puerto Rico, the Executive Director of the Commonwealth's Human Resources Office, and the Municipal Affairs Commissioner.

As of June 30, 2012, the ERS has an unfunded actuarial accrued liability of approximately $26.4 billion, representing a 4.5% funding ratio, using net assets. In the opinion of management and based on information prepared by external consulting actuaries, if measures are not implemented to deal with this situation, the ERS's net assets will be exhausted by the fiscal year 2015. This situation could have a direct negative effect on the Commonwealth's general fund, since most of the employers under the ERS are government agencies obligated to make actuarial contributions to fund the ERS.

To address these issues, ERS and the Commonwealth, with the assistance of the ERS external consulting actuaries, concluded that, in addition to other measures, annual increases in the employers' contribution rate would be required to fully fund pensions, without having to liquidate ERS investment portfolio. Accordingly, on July 16, 2011, the Commonwealth enacted Act No. 116, increasing the employers' contributions rate from 9.275% to 10.275% of employee compensation for fiscal year 2012, an additional 1% annually for each of the next four years, and 1.25% annually for each of the five years thereafter, reaching an aggregate contribution rate of 20.525% effective July 1, 2020.

Other measures taken to improve the funding ratio of ERS, include 1) improving the collection of late contributions by receiving such contributions directly from the Municipal Revenue Collection Center (CRIM) when a municipality fails to send their contributions within 30 days from the due date or from the Department of Treasury of the Commonwealth (Hacienda) in the case of agencies; 2) implementation of Act No. 70 establishing early retirement incentives; 3) revision of the Employee Personal Loan Policy by limiting personal and cultural loan amounts to $5,000 each, from $15,000 and $10,000, respectively; and 4) the receipt of a special contribution from the Commonwealth that was invested in junior subordinated capital appreciation bonds issued by the Puerto Rico Sales Tax Financing Corporation (the "COFINA Bonds") amounting to $162.5 million in 2011.

Act No. 70 established a program that provides benefits for early retirement or economic incentives for voluntary employment terminations to eligible employees, as defined. Act No. 70 also establishes that early retirement benefits will be provided to eligible employees that have completed between 15 to 29 years of creditable services and will consist of monthly benefits ranging from 37.5% to 50% of each employees' monthly salary. Benefits under this program will be paid by the General Fund of the Commonwealth (the "General Fund") and by the public corporations, covering their respective employees until the plan member reaches the later of age 55 for members under Law 447 or age 65 for members under Act 1, or the date the plan member would have completed 30 years of service had the member continued its employment. ERS will be responsible for benefit payments afterwards. In addition, the General Fund and the public corporations will also be required to make a contribution equal to 9.275% (17.55% for public corporations) of the final salary of the plan member to the ERS.

Furthermore, on April 4, 2013, the Governor of Puerto Rico signed into law Act No. 3 of 2013, which represents a comprehensive reform of the ERS. Act No. 3 became effective on July 1, 2013 and amends the provisions of the different benefits structures under the ERS, including, but not limited to, the following:

1. For active participants of the contributory defined benefit programs under Act No. 447 of 1951 and Act No. 1 of 1990, all retirement benefits accrued through June 30, 2013 will be frozen, and thereafter, all future benefits will accrue under the defined contribution formula used for System 2000 participants, and will be paid at retirement through a lifetime annuity.

2. Increases the minimum pension for current retirees from $400 to $500 per month.

3. The retirement age for Act No. 447 participants will be gradually increased from age 58 to age 61.

4. The retirement age for current System 2000 participants is increased gradually from age 60 to age 65.

5. Eliminates the "merit annuity" available to participants who joined the ERS prior to April 1, 1990.

6. The retirement age for new employees is increased to age 67, except for new state and municipal police officers, firefighters, and custody officers, which will be age 58.

7. The employee contribution rate will increase from 8.275% to 10%.

8.  For System 2000 participants, the retirement benefits will no longer be paid as a lump sum distribution, instead, they will be paid through a lifetime annuity.

9.  Eliminates or reduces various retirement benefits previously granted by special laws, including Christmas and summer bonuses. The Christmas bonus payable to current retirees is reduced from $600 to $200 and is eliminated for future retirees. The summer bonus will be eliminated.

10. Disability benefits will be eliminated and substituted for a mandatory disability insurance policy.

11. Survivor benefits will be modified.

In addition, the Commonwealth has proposed incremental annual contributions from the General Fund of $140 million per year, for the next 20 years, to increase the liquidity and solvency of the ERS. An appropriation for such annual contribution has been included in the Commonwealth's proposed budget for the fiscal year 2014.

Based on current census data, expectations of market conditions and other actuarial information provided by consulting actuaries, the changes instituted by Act No. 3, along with the additional annual contributions of $140 million to be received from the Commonwealth during the next 20 years, will be sufficient to cover the System's current and future obligations.

The successful implementation of these measures cannot be assured, as it is dependent upon future events and circumstances whose outcome cannot be anticipated.

The ERS consists of different benefit structures pursuant to Act No. 447 of 1951, as amended, including a cost-sharing multi-employer contributory defined benefit program and a cash balance program, similar to a cash balance plan. The ERS is sponsored by the Commonwealth, public corporations, and municipalities of Puerto Rico. Substantially all full-time employees of the Commonwealth and its instrumentalities (Commonwealth Agencies, Municipalities, and Public Corporations, including the ERS) are covered by the ERS. All regular, appointed, and temporary employees of the Commonwealth at the date of employment become plan members of the ERS. The ERS is optional for Commonwealth officers appointed by the Governor and Head of Agencies.

Plan members, other than those who joined the ERS after March 31, 1990, are eligible for the benefits described below:

*Retirement Annuity* — Plan members are eligible for a retirement annuity upon reaching the following age:

| **Policemen and Firefighters** | **Other Employees** |
|---|---|
| 50 with 25 years of credited service | 55 with 25 years of credited service |
| 58 with 10 years of credited service | 58 with 10 years of credited service |

Plan members are eligible for monthly benefit payments determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the highest 36 months of compensation recognized by the ERS. The annuity, for which a plan member is eligible, is limited to a minimum of $400 per month and a maximum of 75% of the average compensation.

*Merit Annuity* — Plan members are eligible for merit annuity with a minimum of 30 years or more of credited service. The annuity for which the plan member is eligible is limited to a minimum of 65% and a maximum of 75% of the average compensation. As a result of the enactment of Act No. 3 of April 4, 2013, merit annuities will no longer be available to participants who joined ERS after April 1, 1990.

*Deferred Retirement Annuity* — A participating employee who ceases to be an employee of the Commonwealth after having accumulated a minimum of 10 years of credited service qualifies for retirement benefits provided his/her contributions to the ERS are left within the ERS until attainment of 58 years of age.

*Coordinated Plan* — On the coordinated plan, the participating employee contributes a 5.775% of the monthly salary for the first $550 and 8.275% for the excess over $550. By the time the employee reaches 65 years old and begins to receive social security benefits, the pension benefits are reduced by the following:

- $165 per month if retired with 55 years of age and 30 years of credited service.

- $110 per month if retired with less than 55 years of age and 30 years of credited service.

- All other between $82 and $100 per month.

- Disability annuities under the coordinated plan are also adjusted at age 65 and in some cases can be reduced over $165 per month.

*Noncoordinated Plan* — On the noncoordinated plan, the participating employee contributes an 8.275% of the monthly salary and does not have any change on the pension benefits upon receiving social security benefits.

*Reversionary Annuity* — A plan member, upon retirement, could elect to receive a reduced retirement annuity giving one or more benefit payments to his/her dependents. The life annuity payments would start after the death of the retiree for an amount not less than $240 yearly or greater than the annuity payments being received by the retiree.

*Occupational Disability Annuity* — A participating employee, who as a direct result of the performance of his/her occupation is totally and permanently disabled, is eligible for a disability annuity of 50% of the compensation received at the time of the disability.

*Nonoccupational Disability Annuity* — A participating employee totally and permanently disabled for causes not related to his/her occupation, and with no less than 10 years of credited service, is eligible for an annuity of 1.5% of the average compensation of the first 20 years of credited services increased by 2% for every additional year of credited service in excess of 20 years.

*Death Benefits:*

Occupational:

Surviving Spouse — annuity equal to 50% of the participating employee's salary at the date of the death.

Children — $10 per month for each child, minor or student, up to a maximum benefit per family of 100% of the participating employee's salary at the date of the death. If no spouse survives, or dies while receiving the annuity payments, each child, age 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies.

Nonoccupational:

Beneficiary — the contributions and interest accumulated as of the date of the death plus an amount equal to the annual compensation at the time of death.

Postretirement — Beneficiary with surviving spouse age 60 or over and child, age 18 or under, up to 50% (60%, if not covered under Title II of the Social Security Act) of retiree's pension or otherwise the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $750.

*Refunds* — A participating employee who ceases his/her employment with the Commonwealth without right to a retirement annuity has the right to a refund of the contributions to the ERS, plus any interest earned thereon.

*Amendments to Benefits Structure for Plan Members who Joined the ERS on or After April 1, 1990* — Act No. 1 of February 16, 1990, made certain amendments applicable to new participating employees joining the ERS effective April 1, 1990. These changes consist principally of an increase in the retirement age from 55 to 65, a decrease in the benefit percentage of the average compensation in the occupational disability and occupational death benefits annuities from 50% to 40%, and the elimination of the merit annuity for participating employees (except policemen and firemen) who have completed 30 years of creditable service.

*Cost of Living Adjustment for Pension Benefits* — Act No. 10 of May 21, 1992, provided for increases of 3% every three years, of the pensions paid by the ERS to those plan members with three or more years of retirement. The Act requires further legislation to grant this increase every three years, subject to the presentation of actuarial studies regarding its costs and the source of financing. Since fiscal year 1992 to 2007 there have been other acts addressing the cost of living allowance (C.O.L.A.) such as Act No. 207 of August 13, 1995; Act No. 221 of August 9, 1998; Act No. 40 of June 13, 2001; Act No. 157 of June 27, 2003; and Act No. 35 of April 24, 2007.

On April 24, 2007, the then Governor signed Act No. 35 to provide for an increase of 3% of the pension paid by the ERS to those plan members whose monthly pension is less than $1,250, effective on July 1, 2008.

To protect the financial health of the ERS, the increases granted pursuant to the above laws are being financed through annual appropriations from the Commonwealth and contributions from municipalities and public corporations.

*Other Benefits Granted* — For fiscal years 2003 to 2007, the Commonwealth granted additional benefits to the ERS's retirees. As of June 30, 2012, these increases are being funded through special appropriations from the Commonwealth for the amount corresponding to the Commonwealth agencies and by contributions from the public corporations and municipalities.

*Early Retirement Programs* — During fiscal year 2008, the Commonwealth issued Act No. 70, dated July 13, 2007, to implement an early retirement program for the employees of the National Parks Company of Puerto Rico. The Municipality of San Juan issued Resolution No. 41, dated

May 5, 2008, which provided an early retirement program for the municipalities' employees. The National Parks Company of Puerto Rico has already made two payments and would reimburse the remaining balance on annuities and other benefits paid by the ERS in three installments on each July 31 starting on 2009 through 2012. The Municipality of San Juan will reimburse the annuities and other benefits paid by the ERS during a five-year period, plus the employer and employee contributions with respect to the plan members covered until they reach the normal retirement age.

The Land Authority of Puerto Rico (the "Land Authority") implemented an early retirement program for its employees under Law No. 59 of January 31, 2008. The Land Authority has already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting in 2009 through 2012.

The Right to Employment Administration (the "Administration") implemented an early retirement program for its employees under Law No. 275 of December 31, 2008. The Administration already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting in 2009 through 2012.

The Puerto Rico Environmental Quality Board (the "EQB") implemented an early retirement program for its employees under the Act No. 7 dated August 9, 2008. The EQB has already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting in 2009 through 2012.

The Puerto Rico Department of Labor and Human Resources (the "Department of Labor") implemented an early retirement program for its employees under the Law 136 dated July 29, 2008. The Department of Labor has already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting in 2009 through 2012.

*Amendment to Act No. 447 Effective January 1, 2000, to Create System 2000* — On September 24, 1999, Law 305, an amendment to Act No. 447 of May 15, 1951, which created the ERS, was enacted to provide for a new benefit structure, similar to a cash balance plan, known as System 2000, to cover employees joining the ERS on or after January 1, 2000.

Employees participating in the ERS as of December 31, 1999, were allowed to elect either to stay in the defined benefit structure or transfer to System 2000. People joining the public sector on or after January 1, 2000, are only allowed to become members of System 2000. Under System 2000, contributions received from participants are pooled and invested by the ERS, together with the assets corresponding to the defined benefit structure. Future benefit payments under the original defined benefit structure and System 2000 will be paid from the same pool of assets. As a different benefit structure, System 2000 is not a separate plan, and as such, is not presented separately from the original defined benefit structure, pursuant to the provisions of GASB Statement No. 25. The Commonwealth does not guarantee benefits at retirement age.

The annuity benefits to participants is based on a formula which assumes that each year the employee's contribution (with a minimum of 8.275% of the employee's salary up to a maximum of 10%) will be invested as instructed by the employee in an account which either: (1) earns a fixed rate based on the two-year Constant Maturity Treasury Notes or, (2) earns a rate equal to 90% of the return of the ERS's investment portfolio (net of management fees), or (3) earns a combination of both alternatives. Plan members receive periodic account statements similar to those of defined contribution plans showing their accrued balances. Disability benefits are not granted under System 2000 rather should be provided to those plan members that voluntarily elect to participate in a

- 205 -

private insurance long-term disability program. The employers' contributions (10.275% of the employee's salary for 2012) with respect to employees under System 2000 will continue but will be used to fund the defined benefit plan. System 2000 reduced the retirement age from 65 years to 60 for those employees who joined the current plan on or after January 1, 2000.

At June 30, 2012, System 2000's membership consisted of 62,043 current participating employees.

As discussed above, Act No. 3 of 2013 substantially amends the provisions of the previous Acts governing the ERS benefit structures and programs, as described above.

*Funding Policy* — The contribution requirement to the ERS is established by law and is not actuarially determined. Required employers' contributions consist of 10.275% of applicable payroll in the cases of municipalities, central government, and public corporations. Required employee contribution consists of 5.775% of the first $550 of the monthly salary with the excess at 8.275% for the coordinated benefit structure and 8.275% of the total monthly salary for participating employee's contributions for the noncoordinated benefit structure. If necessary, additional non payroll related contributions from the Commonwealth should ultimately cover any deficiency between the participating employers' and employee's contributions and the ERS's pension benefit obligations and general and administrative deductions.

ERS, besides the contributions received from plan members and employers, also receives legislative appropriations from special laws to cover additional benefits and the increase in benefits to retired employees. In the past years, there have been laws that granted additional benefits, such as, summer and Christmas bonuses, and various increases in cost of living allowances (3%), among others.

Most of the funds used to cover these benefits are budgeted by the Commonwealth through legislative appropriations.

During the year ended June 30, 2012, ERS decreased the assumed rate of return from 6.4% in 2011 to 6% in 2012, which resulted in an increase of approximately $2.09 billion in the actuarial accrued liability.

As discussed above, Act No. 3 of 2013 substantially amends the provisions of the previous Acts governing the ERS funding policies, as described above.

**(b) JRS**

*Plan Description* — The Commonwealth of Puerto Rico Judiciary Retirement System (the "JRS") is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration (the "Administration") and was created by Act No. 12 on October 19, 1954 ("Act No. 12 of 1954"). The JRS is a pension trust fund of the Commonwealth and is not an employer. The JRS provides retirement benefits to the employees of the judiciary branch of the Commonwealth, through the office of the Administration of Court Facilities (the "Employer"). The JRS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

- 206 -

The responsibility for the proper operation and administration of the JRS is vested on a board of trustees, composed of two participating employees and one pensioner, who are appointed by the Governor of the Commonwealth. Also, there are four Commonwealth government agency representatives, which are the Secretary of the Treasury, the President of the Government Development Bank for Puerto Rico, the Commissioner of Municipalities Affairs, and the Executive Director of the Human Resources Office of the Commonwealth of Puerto Rico.

As of June 30, 2012, the JRS has an unfunded actuarial accrued liability of approximately $358 million, representing a 14.1% funding ratio. In the opinion of management and based on information prepared by consulting actuaries, if measures are not taken now to deal with this situation, the JRS assets will be exhausted by the fiscal year 2019. This situation could have a direct negative effect on the Commonwealth's general fund, since the Commonwealth is the plan sponsor and is obligated to make actuarial contributions to fund the JRS.

To address these issues, JRS and the Office of the Administration of Court Facilities ("the Employer") entered into an agreement to increase the employer contributions from 20% to 30.34%, effective on July 1, 2008. Employees' contributions consist of 8% of the employees' monthly salary. Contributions from the Commonwealth should ultimately cover any deficiencies between the employer's and employee contributions and JRS pension benefit obligation and administrative costs.

The success of these measures cannot be assured, as it is dependent upon future events and circumstances whose outcome cannot be anticipated.

The Administration allocated 1.6746% of its general and administrative expenses to the JRS during the year ended June 30, 2012. The methodology used to determine the allocation of the Administration's expenses is based on total Employer and participating employees' contributions to the JRS, divided by the aggregate total of employers and participants' contributions to the JRS and ERS, combined.

During the year ended June 30, 2012, the JRS liquidated investments of approximately $9.9 million to cover the Department of Treasury overdraft.

The JRS consists of a single-employer defined benefit plan sponsored by the Commonwealth. Under the terms of Act No. 12 of 1954, as amended, all judges of the judiciary branch of the Commonwealth are plan member of the JRS.

Members of the JRS are eligible for the following benefits:

*Retirement Annuity* — Plan members with 10 years of credited service are eligible for retirement upon reaching 60 years of age.

Plan members are eligible for monthly benefit payments determined by the application of a stipulated benefit to the plan member's average compensation. Average compensation is computed based on the last month of compensation. The annuity for which a plan member is eligible, is limited to a minimum of 25% and a maximum of 75% of the average compensation, except for the judges of the Supreme Court for whom the annuity is limited to a minimum of 50% and a maximum of 100% of the average compensation received by the members of the Supreme Court.

*Reversionary Annuity* — A plan member, upon retirement, could elect to receive a reduced retirement annuity giving one or more benefit payments to his/her dependents. The payments would

start after the death of the retiree, for an amount not less than $120 yearly or greater than the annuity payments being received by the retiree.

*Occupational Disability Annuity* — A participating employee, who as a direct result of the performance of his/her occupation is totally and permanently disabled, is eligible for a disability annuity of 50% of the compensation received at the time of the disability.

*Nonoccupational Disability Annuity* — A participating employee totally and permanently disabled for causes not related to his/her occupation, and with no less than 10 years of credited service, is eligible for annuity of 30% of the average compensation of the first 10 years of credited services, increased by 1% for every additional year of credited service in excess of 10 years, up to a maximum of 50% of the average compensation.

*Death Benefits:*

Occupational:

Surviving spouse — annuity equal to 50% of the participating employee's salary at the date of the death.

Children — $10 per month for each child, minor or student, up to a maximum benefit per family of 75% of the participating employee's salary at the date of the death. If no spouse survives or dies while receiving the annuity payments, each child, 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies.

Nonoccupational:

The contributions and interest accumulated as of the date of the death, plus an amount equal to the annual compensation at the time of the death.

Postretirement:

Surviving spouse and child, 21 or under — up to 60% of the retiree's pension.

Other designated by the retiree — the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $500.

*Refunds* — A participating employee who ceases his/her employment with the Commonwealth without right to a retirement annuity has the right to a refund of the contributions to the JRS, plus any interest earned thereon.

*Cost of Living Adjustment for Pension Benefits* — Act No. 177 of 1997 provides, effective January 1, 1999, for increases of 3%, every three years, of the pensions paid by the JRS to those plan members with three or more years of retirement.

*Funding Policy* — The contributions to the JRS are established by law and are not actuarially determined. Required contributions consist of 30.34% of applicable payroll for the Employer and 8% for the participating employees. Contributions from the Commonwealth should ultimately cover any deficiency between the Employer's and employees' contributions and the JRS's pension benefit obligations and administrative costs.

During the year June 30, 2012, JRS decreased the assumed rate of return from 6.6% in 2011 to 6.1% in 2012, which resulted in an increase of approximately $30 million in the actuarial accrued liability.

**(c)  TRS**

*Plan Description* — The Puerto Rico System of Annuities and Pensions for Teachers (the "TRS") is a defined benefit plan administered by the Puerto Rico Teachers Retirement System and was created by Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. The TRS is considered an integral part of the Commonwealth's financial reporting entity and is included in the Commonwealth's basic financial statements as a pension trust fund. The TRS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974.

The responsibility for the proper operation and administration of the TRS is vested in a Board of Trustees (the "Board"), composed of nine members, as follows: three ex-official members, which are the Secretary of the Treasury, the Secretary of the Department of Education, and the President of GDB; one member who is a representative of a teacher's organization designated by the Governor; three teachers of TRS appointed by the Governor, one of which is a currently certified teacher in active service, and two who represented retired teachers; one member who is a representative of the entity in accordance with Act No. 45 of February 25, 1998, as amended; and one additional member, as representative of the public interest, with knowledge of and experience in the administration and operation of financial systems, appointed by the Governor.

As of June 30, 2012, TRS has an unfunded actuarial accrued liability of approximately $10 billion, resulting in a funding ratio of 17%. In the opinion of management, based on information prepared by consulting actuaries, if measures are not taken now to deal with this situation, TRS assets will be exhausted by the fiscal year 2021. This situation could have a direct negative effect on the Commonwealth's general fund, since the Commonwealth is the ultimate plan sponsor and will be obligated to make actuarial contributions to fund TRS.

To attend these issues, TRS and the Commonwealth, with the assistance of the TRS's external consulting actuaries, concluded that annual increases in the employers' contribution rate were required to fully fund pensions, without having to liquidate the TRS's investment portfolio. As a result of such determination, the Commonwealth approved Act No. 114 on July 5, 2011, establishing annual employer contribution increases of 1% for the fiscal years 2012 to 2016. In addition, it establishes annual employer contribution increases of 1.25% for the fiscal years 2017 to 2021.

The success of these measures cannot be assured, as it is dependent upon future events and circumstances whose outcome cannot be anticipated.

The TRS is a defined benefit plan sponsored by the Commonwealth. Substantially, all active teachers of the Commonwealth's Department of Education are covered by the TRS under the terms of Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. The new law gives the Puerto Rico Teachers Retirement System's active employees as of March 29, 2004, the option to participate in the plan. Employees recruited by the Puerto Rico Teachers Retirement System after the approval of the new law become members of the plan. All active teachers of the Department of Education become plan members of the TRS at their date of employment. Licensed teachers working in private schools or other educational organizations can be members of the TRS at their own choice as long as the required employer and employee contributions are satisfied.

The plan members of the TRS are eligible for the benefits described below:

*Retirement Annuity* — Plan members are eligible for monthly benefit payments determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the highest 36 months of compensation recognized by the TRS. The annuity for which a plan member is eligible is limited to a minimum of $400 per month and a maximum of 75% of the average compensation.

The plan members are eligible for retirement annuity benefits upon complying with the following:

| Age | Years of Creditable Services | Retirement Annuity Compensation |
|---|---|---|
| Fifty | 30 or more | 75% of average compensation |
| Under fifty | 30 or more | 65% of average compensation |
| Sixty | At least 10, but less than 25 | 1.8% of average compensation times years of service |
| Fifty | At least 25, but less than 30 | 1.8% of average compensation times years of service |
| Forty-seven but less than Fifty | At least 25, but less than 30 | 95% of the annual pension that would have received with 50 years of age |

*Deferred Retirement Annuity* — A participating employee who terminates service before age 60, after having accumulated a minimum of ten years of creditable services, qualifies for a deferred retirement annuity payable beginning at age 60. A participating employee who has completed 25 or more years of creditable services and is under the age of 47 at termination, qualifies for a deferred retirement annuity payable beginning at age 47. The vested rights described above are provided if his/her contributions to the TRS are left within the TRS until the attainment of the respective retirement age.

*Occupational Disability Annuity* — A participating employee, who as a direct result of the performance of his/her occupation becomes disabled, is eligible for an annuity of 1.8% of average compensation based on the highest 60 months or the number of months of creditable services, if less than five years, recognized by the TRS, times years of creditable services; but not less than $400 per month.

*Nonoccupational Disability Annuity* — A participating employee disabled for causes not related to his/her occupation, and with at least five years of credited service, is eligible for an annuity of 1.8% of average compensation based on the highest 60 months recognized by the TRS, times years of service; but not less than $400 per month.

*Death Benefits:*

Pre-retirement — The beneficiaries receive the contributions made to the plan and 2% interest accumulated as of the date of death (after discounting debts with the TRS), plus an amount equal to the annual compensation of the member at the time of death.

Post-retirement — The surviving spouse receives 50% of the retiree's pension and if there are children under 22 years of age or disabled (until disability ceases), they receive the other 50% of the pension. If there is no surviving spouse or children who qualify, the beneficiaries receive the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $1,000.

*Refunds* — A participating employee who ceases his/her employment with the Commonwealth without the right to a retirement annuity has the right to a refund of the employee contributions paid to the TRS, plus any interest earned thereon.

*Early Retirement Program* — On January 27, 2000, Act No. 44 was approved, which provided that effective March 9, 2000, plan members are eligible for early retirement upon attaining the age of 50 and 28 years of services in the first year of implementation and age 50 and 25 years of service in subsequent years. Those who select early retirement under these conditions will receive monthly benefits equal to 75% of their average compensation, which is computed based on the highest 36 months of compensation recognized by the TRS. Effective July 31, 2001, the option for early retirement was closed.

*Special Benefits* — Special benefits include the following:

- Christmas Bonus — An annual bonus of $600 for each retiree and disabled member paid each December. The TRS pays $150 per retiree and disabled member and the remaining bonus is paid by the Commonwealth.

- Summer Bonus — An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July. This benefit is prorated if there are multiple beneficiaries and is funded by the Commonwealth.

- Medication Bonus — An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July to cover health costs. Evidence of coverage is not required. This benefit is funded by the Commonwealth.

- Cost-of-Living Adjustments — Act No. 62 of September 4, 1992 provided, subject to the approval of the Legislature of the Commonwealth (the "Legislature"), for increases of 3% every three years in pensions to those plan members with three or more years of retirement. In years 1995, 1998, 2001, 2004, and 2007, the Legislature has replicated the benefit granted per Act No. 62 of September 4, 1992. This benefit is funded by the Commonwealth.

- Other Pension Increase Acts — Act No. 128 of June 10, 1967 and Act No. 124 of June 8, 1973 provided a pension increase (form 2% to 10%) based on the monthly pension, and Act No. 47 of June 1, 1984, provided a pension increase based on credited service worked. This increase is funded by the Commonwealth.

- Cultural Loans — Act No. 22 of June 14, 1965 provides a 50% repayment of the interest that would be paid by the active teachers and retirees. This benefit is funded by the Commonwealth.

- Death Benefit — Act No. 272 of March 29, 2004 increases the death benefit of $500 to $1,000. This $500 increase is funded by the Commonwealth.

*Funding Policy* — Participating employees are required to contribute 9% of their compensation to the TRS, while the employer was required to contribute 9.5% of the applicable payroll for the year ended June 30, 2012. However, Act No. 114 provides for annual employer contribution increases of 1% for the fiscal years 2013 to 2016, and 1.25% annually for the fiscal years 2017 to 2021. Commonwealth contributions should ultimately cover any deficiency between the participating employees' contributions and the TRS's pension benefit obligations and administrative costs.

The special contributions of approximately $53,405,000 in 2012 represent contributions from the general fund of the Commonwealth for special benefits granted by special laws.

During the year ended June 30, 2012, TRS decreased the assumed rate of return from 6.4% in 2011 to 5.95% in 2012, which resulted in an increase of approximately $0.08 billion in the actuarial accrued liability.

Other relevant information on the Commonwealth's Retirement Systems is presented below (as of June 30, 2012, for ERS, JRS, and TRS):

**(d) Membership as of June 30, 2012**

| | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Retirees and beneficiaries currently receiving benefits | 117,861 | 404 | 37,243 | 155,508 |
| Current participating employees | 134,566 | 374 | 42,707 | 177,647 |
| Total | 252,427 | 778 | 79,950 | 333,155 |

**(e) Annual Pension Cost and Net Pension Obligation**

The Commonwealth's annual pension cost and net pension obligation of the three pension plans as of and for the year ended June 30, 2012 were as follows (expressed in thousands):

| | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Annual required contributions | $2,019,467 | $ 33,544 | $ 659,334 | $ 2,712,345 |
| Interest on net pension obligation | 467,723 | 3,582 | 125,626 | 596,931 |
| Adjustment to annual required sponsors' contributions | (584,144) | (4,852) | (111,069) | (700,065) |
| Annual pension cost | 1,903,046 | 32,274 | 673,891 | 2,609,211 |
| Statutory sponsors' contributions made | (589,743) | (11,448) | (174,571) | (775,762) |
| Increase in net pension obligation | 1,313,303 | 20,826 | 499,320 | 1,833,449 |
| Net pension obligation at beginning of year | 7,308,172 | 54,268 | 1,962,912 | 9,325,352 |
| Net pension obligation at end of year | $8,621,475 | $ 75,094 | $2,462,232 | $11,158,801 |

The net pension obligation for ERS, JRS and TRS of approximately $11.2 billion, is recorded in the accompanying statement of net assets (deficit).

The following tables show the most significant actuarial methods and assumptions used to estimate the net pension obligation:

| | ERS | JRS | TRS |
|---|---|---|---|
| Date of latest actuarial valuation | June 30, 2012 | June 30, 2012 | June 30, 2012 |
| Actuarial-cost method | Projected unit credit cost method with straight proration based on service to decrement | Projected unit credit cost method with straight proration based on service to decrement | Entry age normal |
| Amortization method | 30 years closed, level dollar | 30 years closed, level percentage of payroll | 30 years closed, level percentage of payroll |
| Remaining amortization period | 26 years | 15 years | 26 years |
| Amortization approach | Closed | Closed | Closed |

The annual required contribution for the year ended June 30, 2012, was determined by actuarial valuations for each of the pension plans as described below:

| | ERS | JRS | TRS |
|---|---|---|---|
| Asset-valuation method | Market value of assets | Market value of assets | Market value of assets |
| Actuarial assumptions: | | | |
| Inflation | 2.5 % | 2.5 % | 2.5 % |
| Investment rate of return | 6.4 | 6.6 | 6.40 |
| Projected payroll growth | 2.5 | - | - |
| Projected salary increases per annum | 3.0 | 3.0 | 3.5 % (general wage inflation, plus service — based merit increase) |
| Cost-of-living adjustments | 0.99% annually to approximate 3.0% triennial increases | 0.99% annually to approximate 3.0% triennial increases | None |
| Mortality | Pre-retirement Mortality: For general employees and Mayors, RP-2000 Employee Mortality Rates for males and females projected on a generational basis using Scale AA. For members covered under Act 127, RP-2000 Employee Mortality Rates with blue collar adjustments for males and females, projected on a generational basis using Scale AA. As generational tables, they reflect mortality improvements both before and after the measurement date. | Pre-retirement Mortality: RP-2000 Employee Mortality Rates with white collar adjustments for males and females, projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date. | Pre-retirement Mortality: RP-2000 Employee Mortality Rates for males and females, projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date. |
| | 100% of deaths while in active service are assumed to be occupational for members covered under Act 127. For other members, 25% of deaths while in active service are assumed to be occupational and 75% are assumed to be non-occupational. | Among deaths while in active service, 50% are assumed to be occupational, 50% are assumed to be nonoccupational. | Post-retirement Healthy Mortality: Rates which vary by gender are assumed for healthy retirees and beneficiaries based on a study of plan's experience from 2007 to 2012 equal to 92% of the rates from the UP-1994 Mortality Table for Males and 87% of the rates from the UP-1994 Mortality Table for females. The rates are projected on a generational basis starting in 1994 using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date. |
| | Post-retirement Healthy Mortality: Rates which vary by gender are assumed for healthy retirees and beneficiaries based on a study of plan's experience from 2007 to 2012 equal to 92% of the rates from the UP-1994 Mortality Table for Males and 95% of the rates from the UP-1994 Mortality Table for females. The rates are projected on a generational basis starting in 1994 using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date. | Post-retirement Healthy Mortality: RP-2000 Healthy Annuitant Mortality Rates with white collar adjustments for males and females, projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date. | Post-retirement Disabled Mortality: Rates which vary by gender are assumed for disabled retirees based on a study of plan's experience from 2007 to 2012 equal to the rates in the UP-1994 Mortality Table for males and females. No provision was made for future mortality improvement for disabled retirees. |
| | Post-retirement Disabled Mortality: Rates which vary by gender are assumed for disabled retirees based on a study of plan's experience from 2007 to 2012 equal to 105% of the rates from the UP-1994 Mortality Table for Males and 115% of the rates from the UP-1994 Mortality table for females. No provision was made for future mortality improvement for disabled retirees. | Post-retirement Disabled Mortality: RP-2000 Disabled Annuitant Mortality Rates, without projection. No provision was made for future mortality improvement for disabled retirees. | |

The ERS, JRS, and TRS statutory contribution as a percentage of the required contribution for the current year and each of the two preceding years is as follows:

| | ERS | JRS | TRS |
|---|---|---|---|
| Year ended June 30, 2012 | 29.20 % | 34.13 % | 26.48 % |
| Year ended June 30, 2011 | 40.44 | 36.90 | 30.60 |
| Year ended June 30, 2010 | 36.60 | 39.13 | 34.87 |

**(f)  Three Year Trend Information**

The three year trend information is as follows (dollars expressed in thousands):

|  | ERS | JRS | TRS |
|---|---|---|---|
| Annual pension cost (APC): | | | |
| Year ended June 30, 2012 | $1,903,046 | $32,274 | $  673,891 |
| Year ended June 30, 2011 | 1,656,181 | 29,113 | 550,400 |
| Year ended June 30, 2010 | 1,397,151 | 27,896 | 496,338 |
| Percentage of APC contributed: | | | |
| Year ended June 30, 2012 | 31.0 % | 35.5 % | 25.9 % |
| Year ended June 30, 2011 | 42.4 | 37.6 | 29.4 |
| Year ended June 30, 2010 | 38.2 | 39.5 | 33.5 |
| Net pension obligation (asset): | | | |
| At June 30, 2012 | $8,621,475 | $75,094 | $2,462,232 |
| At June 30, 2011 | 7,308,172 | 54,268 | 1,962,912 |
| At June 30, 2010 | 6,353,700 | 36,110 | 1,574,140 |

**(g)  Funded Status**

Funded status of the pension plans as of June 30, 2012, the most recent actuarial valuation date, is as follows (dollars expressed in thousands):

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Actuarial accrued liability | $27,645,786 | $416,340 | $12,350,836 | $40,412,962 |
| Actuarial value of assets | 1,237,532 | 58,588 | 2,099,261 | 3,395,381 |
| Unfunded actuarial accrued liability | $26,408,254 | $357,752 | $10,251,575 | $37,017,581 |
| Funded ratio | 4.5 % | 14.1 % | 17.0 % | 8.4 % |
| Covered payroll | $ 3,570,339 | $ 33,066 | $ 1,292,975 | $ 4,896,380 |
| Unfunded actuarial accrued liability as a percentage of covered payroll | 739.7 % | 1,081.9 % | 792.9 % | 756.0 % |

The schedule of funding progress presented as required supplementary information following the notes to the basic financial statements, presents multiyear trend information about whether the actuarial value of plan assets is increasing or decreasing over time relative to the actuarial accrued liability for benefits.

The projections of benefits for financial reporting purposes do not explicitly incorporate the potential effects of legal or contractual funding limitations.

- 214 -

21. **OTHER POSTEMPLOYMENT BENEFITS**

The Commonwealth provides postemployment healthcare benefits through defined benefit plans that are administered by the Retirement Systems:

- Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Medical Insurance Plan Contribution (ERS MIPC)

- The Puerto Rico Judiciary Retirement System Medical Insurance Plan Contribution (JRS MIPC)

- Puerto Rico System of Annuities and Pensions for Teachers Medical Insurance Plan Contribution (TRS MIPC)

**(a) Plans Descriptions**

ERS MIPC is a cost sharing multiple employer defined benefit other postemployment benefit (OPEB) plan sponsored by the Commonwealth. JRS MIPC and TRS MIPC are single employer defined benefit OPEB plans sponsored by the Commonwealth. These OPEB plans were created under Act No. 95 approved on June 29, 1963. Healthcare benefits are provided through insurance companies whose premiums are paid by the retiree with the Commonwealth providing a matching share. ERS MIPC covers substantially all full time employees of: (1) the Commonwealth's primary government and (2) certain municipalities of Puerto Rico and certain component units of the Commonwealth not having their own postemployment benefit plan. JRS MIPC covers all judges of Judiciary Branch of the Commonwealth. TRS MIPC covers all active teachers of the Department of Education of the Commonwealth.

Commonwealth employees become plan members upon their date of employment. Plan members are eligible for benefits upon reaching the following age:

**ERS MIPC**
**Police and Firemen**

50 with 25 years of credited service
58 with 10 years of credited service

**Other Employees**

55 with 25 years of credited service
58 with 10 years of credited service

**JRS MIPC**

60 with 10 years of credited service

**TRS MIPC**

47 with 25 years of credited service
60 with 10 years of credited service

*Funding Policy* — The contribution requirement of ERS MIPC, JRS MIPC and TRS MIPC are established by Act No. 95 approved on June 29, 1963. The benefits are paid directly by the Commonwealth to the insurance providers at a rate of a maximum of $100 per month per retiree. All

these OPEB plans are financed on a pay-as-you-go basis. There is no contribution requirement for plan member during active employment. Retirees contribute the amount of the healthcare insurance premium not covered by the Commonwealth contribution.

**(b) Membership as of June 30, 2012**

| | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Retirees and beneficiaries currently receiving benefits | 117,861 | 404 | 37,243 | 155,508 |
| Current participating employees | 134,566 | 374 | 42,707 | 177,647 |
| Total | 252,427 | 778 | 79,950 | 333,155 |

**(c) Annual OPEB costs and Net OPEB obligation**

The annual OPEB cost and the annual required contribution (ARC) were computed as part of an actuarial valuation in accordance with parameters of GASB Statement No. 45 based on current years demographic data.

The Commonwealth's annual OPEB cost and the net OPEB obligation for the postemployment healthcare benefits plans as of and for the year ended June 30, 2012 were as follows (expressed in thousands):

| | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| Annual OPEB cost: | | | | |
| ARC | $ 133,654 | $ 554 | $ 41,069 | $ 175,277 |
| Interest on net OPEB obligation | 5,230 | 29 | 1,738 | 6,997 |
| Adjustment to annual required contribution | (8,180) | (53) | (1,845) | (10,078) |
| Annual OPEB cost | 130,704 | 530 | 40,962 | 172,196 |
| Statutory sponsor's contributions made | (94,688) | (312) | (36,870) | (131,870) |
| Increase in net OPEB obligation | 36,016 | 218 | 4,092 | 40,326 |
| Net OPEB obligation at beginning of year | 130,741 | 729 | 43,448 | 174,918 |
| Net OPEB obligation at year end | $ 166,757 | $ 947 | $ 47,540 | $ 215,244 |

The net OPEB obligation for ERS MIPC, JRS MIPC, and TRS MIPC totaling $215 million is recorded in the accompanying statement of net assets (deficit).

**(d)  Actuarial Assumptions**

Actuarial valuations of an ongoing plan involve estimates of the net value of reported amounts and assumptions about the probability of occurrence of events far into the future. Examples include assumptions about future employment, mortality, and the healthcare cost trend. Amounts determined regarding the funded status of the plan and the ARC of the employer are subject to continuous revision as actual results are compared with past expectations and new estimates are made about the future.

| | ERS MIPC | JRS MIPC | TRS MIPC |
|---|---|---|---|
| Date of latest actuarial valuation | June 30, 2012 | June 30, 2012 | June 30, 2012 |
| Actuarial-cost method | Projected unit credit cost method with straight proration based on service to decrement | Projected unit credit cost method with straight proration based on service to decrement | Entry age normal |
| Amortization method | 30 years closed, level dollar | 30 years closed, level percentage of payroll | 30 years closed, level percentage of payroll |
| Discount rate | 3.2 % | 3.2 % | 3.2 % |
| Projected payroll growth | - % | 3 % | - % |
| Projected salary increases | - % | - % | 3.5% general wage inflation plus a service based merit increase |
| Inflation | - % | - % | 2.5 % |
| Remaining amortization period | 26 years | 15 years | 26 years |
| Amortization approach | Closed | Closed | Closed |

The ERS MIPC, JRS MIPC, and TRS MIPC statutory contributions as a percentage of the required contribution for the current year and each of the two preceding years are as follows:

| | ERS MIPC | JRS MIPC | TRS MIPC |
|---|---|---|---|
| Year ended June 30, 2012 | 70.85 % | 56.32 % | 89.78 % |
| Year ended June 30, 2011 | 72.29 | 58.64 | 79.04 |
| Year ended June 30, 2010 | 66.61 | 60.41 | 66.91 |

Calculations are based on the types of benefits provided under the terms of the substantive plan at the time of each valuation and on the pattern of sharing of costs between the employer and plan members to that point. The projections of benefits for financial reporting purposes does not explicitly incorporate the potential effects of legal or contractual funding limitations on the pattern of cost sharing between the employer and plan members in the future.

The actuarial calculations reflect a long–term perspective. Consistent with that perspective, actuarial methods and assumptions used include techniques that are designed to reduce short–term volatility in actuarial accrued liabilities and actuarial value of assets.

**(e)   Three Year Trend Information**

The three year trend information is as follows (dollars expressed in thousands):

|  | ERS MIPC | JRS MIPC | TRS MIPC |
|---|---|---|---|
| Annual OPEB cost: |  |  |  |
| Year ended June 30, 2012 | $ 130,704 | $ 530 | $ 40,962 |
| Year ended June 30, 2011 | 127,336 | 513 | 39,891 |
| Year ended June 30, 2010 | 127,189 | 479 | 42,495 |
| Percentage of annual OPEB cost contributed: |  |  |  |
| Year ended June 30, 2012 | 72.4 % | 58.9 % | 90.0 % |
| Year ended June 30, 2011 | 73.4 | 60.4 | 79.1 |
| Year ended June 30, 2010 | 67.0 | 61.5 | 66.9 |
| Net OPEB obligation: |  |  |  |
| Year ended June 30, 2012 | $ 166,757 | $ 947 | $ 47,540 |
| Year ended June 30, 2011 | 130,741 | 729 | 43,448 |
| Year ended June 30, 2010 | 96,946 | 526 | 35,115 |

**(f)   Funded Status**

Funded status of the postemployment healthcare benefit plans as of June 30, 2012, the most recent actuarial valuation date, is as follows (expressed in thousands):

|  | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| Actuarial accrued liability (AAL) | $ 2,120,970 | $ 6,592 | $ 797,332 | $ 2,924,894 |
| Actuarial value of assets | - | - | - | - |
| Unfunded actuarial accrued liability | $ 2,120,970 | $ 6,592 | $ 797,332 | $ 2,924,894 |
| Funded ratio | - % | - % | - % | - % |
| Covered payroll | $ 3,570,339 | $ 33,066 | $ 1,292,975 | $ 4,896,380 |
| Unfunded actuarial accrued liability as a percentage of covered payroll | 59.4 % | 19.9 % | 61.7 % | 59.7 % |

The schedule of funding progress presented as required supplementary information following the notes to the basic financial statements, present multiyear trend information about whether the actuarial value of plan assets is increasing or decreasing over time relative to the actuarial accrued liability for benefits.

## 22.   DEBT SERVICE DEPOSIT AGREEMENTS

On May 26, 2005 (but effective on July 1, 2005), the Commonwealth, PFC, and GDB (together the Commonwealth) and Lehman Brothers Special Financing Inc. (Lehman) entered into Debt Service Deposit Agreements (DSD Agreements), the objective of which was for the Commonwealth to secure an upfront payment in exchange for granting Lehman the rights to earnings generated from eight of its debt service funds. On September 25, 2008, as a result of Lehman commencing a case in the United States Bankruptcy Court for the Southern District of New York under chapter 11 of the United States Code,

Lehman selected Hexagon Securities LLC to act as the Qualified Dealer under the DSD Agreements and delivered Qualified Securities as permitted under the DSD Agreement. Seven of the funds are associated with the Commonwealth's PFC bonds, presented in the accompanying basic financial statements as Commonwealth appropriation bonds, and one fund is associated with the Commonwealth's general obligation bonds. The upfront payment, which amounted to $82.7 million, was received on May 26, 2005 and equaled the present value of the projected earnings income adjusted for credit timing risks as well as an appropriate amount of compensation for Lehman.

With the upfront payment made as explained above, the Commonwealth delivered to Lehman the required and scheduled debt service deposits and Lehman delivered qualified government debentures, which will mature before the next debt service payment date at an amount approximating such next debt service payment. Lehman will attempt to earn sufficient funds on the debt service deposit amounts, less its cost for the qualified government debentures, to make back the $82.7 million over time. At the same time, the Commonwealth will be managing its borrowings and investments by increasing the predictability of its cash flows from earnings on its investments and not for purpose of speculation. The Commonwealth acknowledges that, in exchange for the upfront payment received, it is foregoing its right to receive investment earnings on the deposit amounts referred to above in the future and that, by accepting the upfront payment, the Commonwealth has minimized the risks resulting from fluctuations in interest rates during the term of the DSD Agreements but also has foregone the possibility of receiving greater returns on such amounts from such fluctuations.

Under the DSD Agreements, the Commonwealth will be exposed to the payment to Lehman of a Termination Amount, as defined in the agreement, principally upon the occurrence of redemption or a defeasance of the related bonds on or prior to the last scheduled deposit date. The amount of the Termination Amount will vary depending on various market conditions, as defined in the DSD Agreements. Under certain market conditions, the Termination Amount owed to Lehman by the Commonwealth may exceed the amount of the original upfront payment received.

The $82.7 million upfront payment received by the Commonwealth was recognized as other revenue for budgetary purposes in 2005; however, under US GAAP, such upfront payment was deferred and is being recognized proportionally over the future periods the Commonwealth would have otherwise earned such interest earnings. Unamortized balance amounted to approximately $40.1 million at June 30, 2012. During fiscal year 2012, approximately $5.5 million was amortized into other revenue in the accompanying statement of activities.

## 23. DERIVATIVE INSTRUMENTS

The fair values and notional amounts of derivative instruments outstanding at June 30, 2012, classified by type, and the changes in fair value of such derivative instruments for the fiscal year then ended as reported in the 2012 basic financial statements are as follows (in thousands):

| Item | | | Changes in Fair Value (1) | | Fair Value at June 30, 2012 (2) | | | Notional |
|---|---|---|---|---|---|---|---|---|
| | | | Classification | Amount | Classification | Amount | | |
| Governmental activities | | | | | | | | |
| Cash flow hedges: | | | | | | | | |
| 1 | Pay-fixed interest rate swap | (4) | Deferred Outflow | $(10,993) | Liability | $(49,228) | (5) | $ 233,615 |
| 2 | Pay-fixed interest rate swap | | Deferred Outflow | (1,393) | Liability | (2,497) | | 32,815 |
| 3 | Pay-fixed interest rate swap | | Deferred Outflow | (1,218) | Liability | (2,342) | | 32,625 |
| 4 | Pay-fixed interest rate swap | | Deferred Outflow | (1,089) | Liability | (2,102) | | 31,280 |
| 5 | Pay-fixed interest rate swap | | Deferred Outflow | (938) | Liability | (1,879) | | 30,005 |
| 6 | Pay-fixed interest rate swap | (4) | Deferred Outflow | (2,095) | Liability | (4,101) | (5) | 14,925 |
| 7 | Pay-fixed interest rate swap | (4) | Deferred Outflow | (2,094) | Liability | (4,098) | (5) | 14,915 |
| 8 | Pay-fixed interest rate swap | (3) | Deferred Outflow | (49,298) | Liability | (86,520) | | 136,000 |
| Investment derivative instruments: | | | | | | | | |
| 9 | Pay-fixed interest rate swap | (4) | Investment Revenue | (11,904) | Liability | (27,037) | (5) | 114,071 |
| 10 | Pay-fixed interest rate swap | (4) | Investment Revenue | (9,030) | Liability | (20,391) | (5) | 83,314 |
| 11 | Basis Swap | | Investment Revenue | 15,595 | Liability | (18,325) | (5) | 1,273,778 |
| 12 | Basis Swap | | Investment Revenue | 5,366 | Liability | (6,454) | (5) | 424,592 |

(1) Positive (negative) values represent a decrease (an increase) in the liability's fair value.
(2) Negative values indicate that the Commonwealth is in a payable position. The fair value excludes the accrued interest receivable or payable at year-end.
(3) Derivative instrument corresponds to COFINA.
(4) Insured swap.
(5) Amortizing swap. The notional amount of the swap matches the principal amount of the associated debt. The swap agreement contains scheduled reductions to the notional amount that matches scheduled reductions in the associated debt outstanding principal balance.

The fair values of the pay-fixed interest rate swaps and the basis swaps were estimated using the zero-coupon method. This method calculates the future net settlement payments required by the swap, assuming that the current forward rates implied by the yield curve correctly anticipate future spot interest rates. These payments are then discounted using the spot rates implied by the current yield curve for hypothetical zero-coupon bonds due on the date of each future net settlement of the swaps.

Accrued interest payable on swaps are presented separately from the fair values of the swaps in the Commonwealth's government-wide statement of net assets and in the governmental funds- balance sheet and amounted to $8.1 million at June 30, 2012.

The following table shows the derivative instruments position by counterparty at June 30, 2012 (in thousands):

| Counterparty/Swap | Total | |
|---|---|---|
| | Notional Amount | Fair Value |
| Goldman Sachs Capital Markets | $1,409,777 | $ (104,845) |
| Morgan Stanley Capital Services Inc. | 581,158 | (23,473) |
| Bank of New York | 233,615 | (49,228) |
| DEPFA BANK plc | 114,071 | (27,037) |
| Merrill Lynch Capital Services, Inc. | 83,314 | (20,391) |
| Total | $2,421,935 | $ (224,974) |

*Hedging Derivative Instruments*

The following table displays the objective and terms of the Commonwealth's hedging derivative instruments outstanding at June 30, 2012, along with the credit rating of the associated counterparty (amounts in thousands):

| Item | Type | Objective | Notional Amount | Effective Date | Maturity Date | Terms | | Counterparty Credit Rating Moody's/S&P |
|------|------|-----------|-----------------|----------------|---------------|-------|--|----------------------------------------|
| | | | | | | Pays | Receives | |
| 1 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2003 Series C-5-1 and C-5-2 bonds | $233,615 | 7/1/2008 | 7/1/2021 | 3.7658 % | 67% 1M LIBOR | Aa1/AA- |
| 2 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 32,815 | 8/10/2006 | 7/1/2021 | 4.2000 | CPI+0.90% | Baa1/A- |
| 3 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 32,625 | 8/10/2006 | 7/1/2020 | 4.3200 | CPI+1.02% | Baa1/A- |
| 4 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 31,280 | 8/10/2006 | 7/1/2019 | 4.2900 | CPI+1.00% | Baa1/A- |
| 5 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 30,005 | 8/10/2006 | 7/1/2018 | 4.2600 | CPI+0.98% | Baa1/A- |
| 6 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A3 bonds | 14,925 | 10/16/2007 | 7/1/2029 | 3.5180 | 66% 1M LIBOR | Baa1/A- |
| 7 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A2 bonds | 14,915 | 10/16/2007 | 7/1/2029 | 3.5180 | 66% 1M LIBOR | Baa1/A- |
| 8 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the COFINA 2007 Series A bonds | 136,000 | 7/31/2007 | 8/1/2057 | 4.9200 | 67% 3M LIBOR +0.93% | A2/A- |

LIBOR: London Interbank Offered Rate Index
CPI: Consumer Price Index

For derivative instruments No. 2, 3, 4, and 5, the floating interest rate, CPI plus a spread (the rate to receive), is capped to the maximum rate permitted by Commonwealth law (12% as of June 30, 2012). This cap is equal to the cap in the hedged bond. Other swaps do not have significant embedded options.

During the year ended June 30, 2012, the Commonwealth terminated various hedging derivative instruments with an aggregate notional amount of $437.1 million in connection with refunding resulting in the defeasance of the hedged debt in April, 2012. The balance of the deferred outflows of resources at such date of $95.7 million was included in the net carrying amount of the old debt for purposes of calculating the gain/loss on the refunding.

**Investment Derivative Instruments** — The following table displays the terms of the Commonwealth's investment derivative instruments outstanding at June 30, 2012, along with the credit rating of the associated counterparty (amounts in thousands):

| Item | Type | Notional Amount | Effective Date | Maturity Date | Terms Pays | Receives | Counterparty Credit Rating Moody's/S&P |
|------|------|-----------------|----------------|---------------|------------|----------|-----------------------------------------|
| 9 | Pay-fixed interest rate swap | $  114,071 | 7/1/2008 | 7/1/2024 | 3.6815 % | 67% 1M LIBOR | Baa3/BBB |
| 10 | Pay-fixed interest rate swap | 83,314 | 7/1/2008 | 7/1/2024 | 3.6815 % | 67% 1M LIBOR | Baa2/A- |
| 11 | Basis Swap | 1,273,778 | 7/1/2006 | 7/1/2035 | SIFMA | 67% 3M LIBOR + 0.4409 | A2/A |
| 12 | Basis Swap | 424,592 | 7/5/2007 | 7/1/2035 | SIFMA | 67% 3M LIBOR + 0.4409 | Baa1/A- |

None of the investment derivative instruments has significant embedded options.

The Commonwealth entered into the basis swaps (derivative instruments No. 11 and 12) to economically hedge the portion of the fair value of the underlying liabilities attributable to the relative value/basis risk between tax-exempt and taxable rates, which can be expressed as a ratio. At June 30, 2012, management of the Commonwealth concluded that these basis swaps were not considered as effective hedging instruments under GASB Statement No. 53.

During the year ended June 30, 2012, the Commonwealth and COFINA terminated various investment derivative instruments with notional amount of $69.2 million and $907.0 million, respectively, and paid $21.4 million and $390.6 million, respectively, to terminate the swaps.

**Risks on Derivative Instruments:**

*Credit or Counterparty Risk* — The Commonwealth is exposed to credit risk on derivative instruments that are in asset positions. When the fair value of a derivative contract is positive, the counterparty owes the Commonwealth, which creates a credit risk for the Commonwealth. If the counterparty were to default under its agreement when the counterparty owes a termination payment to the Commonwealth, the Commonwealth may have to pay another entity to assume the position of the defaulting counterparty. When the fair value of the derivative contract is negative, the Commonwealth owes to the counterparty and, therefore, does not pose credit risk to the Commonwealth.

The Commonwealth has sought to limit credit risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap agreements. In addition, to minimize its exposure to loss related to credit risk, it is the Commonwealth's policy to require counterparty collateral posting provisions on its derivative agreements. These terms require collateralization of the fair value of the derivative instruments in asset position (net of the effect of applicable netting arrangements) in excess of certain agreed upon thresholds which range from $20.0 million to zero (full collateralization) should the credit rating of the counterparty falls a specified rating. Collateral posted is to be in the form of cash, U.S. Treasury securities, or specified agency securities. The Commonwealth has never failed to access collateral when required.

It is the Commonwealth's policy to enter into netting arrangements whenever it has entered into more than one derivative instrument transaction with a counterparty. Under the terms of these arrangements, should one party become insolvent or otherwise default on its obligations, closeout netting provisions permit the non-defaulting party to accelerate and terminate all outstanding transactions and net the transactions' fair values so that a single sum will be owed by, or owed to, the non-defaulting party.

At June 30, 2012, none of the derivative instruments was in an asset position. Thus, the Commonwealth did not have aggregate counterparty credit exposure or netting arrangements as of that date.

*Interest Rate Risk* — The Commonwealth is exposed to interest rate risk on its swaps. On its pay-fixed, receive-variable interest rate swaps, as LIBOR or the Consumer Price Index (CPI) decreases, the Commonwealth's net payment on the swap increases. Additionally, as long-term LIBOR and CPI rates decrease, the fair values of the derivative instruments in liability positions increase. On its basis swaps, as LIBOR decreases and/or SIFMA trades as a higher percentage of LIBOR, the Commonwealth's net payment on the basis swap increases. Additionally, as long-term LIBOR rates increase and/or long-term SIFMA/LIBOR ratios increase, the fair values of the basis swaps in liability positions decrease.

*Basis Risk* — The Commonwealth is exposed to basis risk on some of its pay-fixed interest rate swaps where the variable-rate payments received by the Commonwealth on the derivative and the rate paid on the hedged variable-rate debt are based on different reference rates or indexes.

*Termination Risk* — The Commonwealth or its counterparties may terminate a derivative instrument if the other party fails to perform under the terms of the contract. The Commonwealth is at risk that the counterparty will terminate a swap at a time when the Commonwealth owes a termination payment to the counterparty. The Commonwealth has mitigated this risk by specifying that the counterparty has the right to terminate only as a result of certain events, including: a payment default by the Commonwealth; other Commonwealth defaults which remain uncured for 30 days after notice; Commonwealth bankruptcy; insolvency of the Commonwealth (or similar events); or a downgrade of the Commonwealth's credit rating below Ba1 as issued by Moody's Investor Service or BB+ by Standard & Poor's for the majority of the derivative instruments. On the COFINA's derivative instrument No. 8, COFINA has mitigated this risk by specifying that the counterparty has the right to terminate only as a result of certain events, including: a payment default by COFINA; insolvency of COFINA (or similar events); or a downgrade of COFINA's credit rating below Baa1 by Moody's Investor Service or BBB+ by Standard & Poor's). The derivative instruments that are insured by Assured Guaranty Municipal Corp. (derivative instruments No. 1, 6 and 7) may not be terminated by the counterparty unless an Insurer Event has occurred (i.e., Insurer's credit rating falls below A3 by Moody's Investor Service or A- by Standard & Poor's) and the Commonwealth's credit ratings are downgraded below Ba1 as issued by Moody's Investor Service or BB+ by Standard & Poor's. If at the time of termination, a derivative instrument is in a liability position, the Commonwealth would be liable to the counterparty for a payment equal to the liability's value as determined in accordance with the swap agreement provisions, subject to netting arrangements.

*Rollover Risk* — The Commonwealth is exposed to rollover risk on hedging derivative instruments that mature prior to the maturity of the hedged debt, thus re-exposing the Commonwealth to the risk being hedged. None of the Commonwealth's derivative instruments matures prior to the maturity of the hedged debt.

*Collateral Posting Requirements and Contingencies* — All of the Commonwealth's derivative instruments, except for the Commonwealth 's derivative instruments that are insured by Assured Guaranty Municipal Corp. (derivative instruments No. 1, 6 and 7) and the COFINA's derivative instrument No. 8, include provisions that require the Commonwealth to post collateral in excess of

certain agreed upon thresholds (that range from $30.0 million to $50.0 million) when its credit rating falls below Baa1 (Moody's Investor Service) or BBB+ (Standard & Poor's). If the Commonwealth's credit rating falls below Baa3 (Moody's Investor Service) or BBB- (Standard & Poor's), it is required to post collateral of 100% of their payable positions. The collateral posted is to be in the form of cash, U.S. Treasury securities, or specified agency securities for derivative instruments in liability positions, net of the effect of applicable netting arrangements and thresholds. If the Commonwealth does not post collateral, the derivative instrument may be terminated by the counterparty.

At June 30, 2012, the aggregate fair value of the Commonwealth's derivative instruments with these collateral posting provisions was a liability position of $82.1 million. The Commonwealth's credit rating as of June 30, 2012 was Baa1 (Moody's Investor Service) and BBB (Standard & Poor's). Since the aggregate fair value of these derivative instruments was below the established threshold with each of the counterparties, the Commonwealth was not required to post collateral as of June 30, 2012.

At June 30, 2012, no collateral posting requirement applied to the COFINA's derivative instrument.

## 24.   FUND BALANCE (DEFICIT)

In accordance with GASB Statement No. 54, *Fund Balance Reporting and Governmental Fund Type Definitions,* the classification of Fund Balance is based on the extent to which the Commonwealth is bound to observe constraints imposed upon the use of resources in the governmental funds. The classifications are as follows:

*Nonspendable* — includes fund balance amounts that cannot be spent either because it is not in spendable form or because of legal or contractual constraints requiring such amounts to remain intact.

*Restricted* — includes fund balance amounts that are constrained for specific purposes which are externally imposed by creditors (such as through debt covenants), laws or regulations of other governments, or constrained due to constitutional provisions or enabling legislation.

*Committed* — includes fund balance amounts that are constrained for specific purposes that are internally imposed by the government's formal action at the highest level of decision making authority and does not lapse at year-end. The highest level of decision authority for the Commonwealth is the Legislature and the Governor.

In accordance with the Commonwealth's Constitution, the Governor is required to submit to the Legislature an annual balanced budget of the Commonwealth for the ensuing fiscal year. The Legislature may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes or identifying other sources of revenue to cover such deficit. Upon passage by the Legislature, the budget is referred to the Governor who may decrease or eliminate any line item but may not increase or insert any new line item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislature with his objections. The Legislature, by two thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the end of the fiscal year, the annual budget for the preceding fiscal year, as approved by the Legislature and the Governor, is automatically renewed for the ensuing fiscal year until a new budget is approved by the Legislature and the Governor. The Office of Management and Budget, which respond to the Governor as part of the Commonwealth's Executive Branch, has authority to amend the budget within a department, agency, or government unit without legislative approval.

*Assigned* — includes fund balance amounts that are constrained by the Commonwealth Legislature and the Governor and are intended to be used for specific purposes that are neither considered restricted or committed.

*Unassigned* — is the residual classification for the General Fund. In a governmental fund other than the General Fund, a negative amount indicates that the expenditures incurred for a specific purpose exceeded the amounts in the fund that are restricted, committed and assigned to that purpose.

The Commonwealth uses restricted amounts to be spent first when both restricted and unrestricted fund balance is available, unless there are legal documents/contracts that prohibit doing this, such as a grant agreement requiring dollar for dollar spending. Additionally, unless required by law or agreement, the Commonwealth would first use committed, then assigned, and lastly unassigned amounts of unrestricted fund balance when expenditures are made.

The Commonwealth does not have a formal minimum fund balance policy.

Below is the detail included in the fund balance (deficit) classifications for the governmental funds at June 30, 2012 (expressed in thousands):

| | General | Debt Service | COFINA Special Revenue | COFINA Debt Service | Other Governmental | Total Governmental |
|---|---|---|---|---|---|---|
| **Nonspendable:** | | | | | | |
| Minimum fund balance for natural resource preservation | $ 5,000 | $ - | $ - | $ - | $ - | $ 5,000 |
| Other assets | 10,591 | - | - | - | - | 10,591 |
| Education | 1,374 | - | - | - | - | 1,374 |
| Public housing and welfare | 77,594 | - | - | - | - | 77,594 |
| Subtotal | 94,559 | - | - | - | - | 94,559 |
| **Spendable:** | | | | | | |
| Restricted for: | | | | | | |
| Debt service | - | 335,614 | - | 713,792 | 150,672 | 1,200,078 |
| Special revenue | - | - | 57,031 | - | - | 57,031 |
| Public housing and welfare | 8,700 | - | - | - | - | 8,700 |
| Capital project | 53,043 | - | - | - | 848,453 | 901,496 |
| Education | 30,890 | - | - | - | - | 30,890 |
| Other purposes | 88,500 | - | - | - | - | 88,500 |
| Subtotal | 181,133 | 335,614 | 57,031 | 713,792 | 999,125 | 2,286,695 |
| Committed to: | | | | | | |
| General Fund | 589,890 | - | - | - | - | 589,890 |
| Debt service | - | 274,829 | - | - | - | 274,829 |
| Special revenue | - | - | - | - | 35,922 | 35,922 |
| Public housing and welfare | 42,329 | - | - | - | - | 42,329 |
| Education | 1,440 | - | - | - | - | 1,440 |
| Subtotal | 633,659 | 274,829 | - | - | 35,922 | 944,410 |
| Assigned to: | | | | | | |
| Education | 22,056 | - | - | - | - | 22,056 |
| Special revenue | - | - | - | - | 165,742 | 165,742 |
| Subtotal | 22,056 | - | - | - | 165,742 | 187,798 |
| Unassigned | (2,037,963) | - | - | - | 1,608 | (2,036,355) |
| Total fund balance (deficit) | $(1,106,556) | $610,443 | $57,031 | $713,792 | $1,202,397 | $ 1,477,107 |

25. **SUBSEQUENT EVENTS**

Subsequent events were evaluated through September 16, 2013, the date the basic financial statements of the Commonwealth were available to be issued, to determine if any such events should either be recognized or disclosed in the 2012 basic financial statements.

**Primary Government** — On July 2, 2012, the Commonwealth issued Public Improvement Refinancing Notes, Series 2012 B-1 for $384,495,980 (the "Notes") to GDB for the purpose of providing funds to make the required monthly principal deposits on certain outstanding public improvement and public improvement refunding bond issues of the Commonwealth, until such time as refunding bonds may be issued. The Notes mature on June 30, 2042 and bear interest, payable in arrears, at a rate of interest per annum equal to the Prime Rate plus 150 basis points, but in no event shall such rate be less than 6% per annum nor greater than 12% per annum. The Notes shall be payable in annual installments, equal to $1/30^{th}$ of the principal amount outstanding plus accrued interest to the payment date on each June 30 commencing on June 30, 2013. The good faith, credit and taxing power of the Commonwealth are pledged to the payment of the principal of and interest on the Notes. On June 30 2013, the Commonwealth and GDB amended the loan agreement to change the payment dates in order to permit additional time for the Commonwealth to issue the public improvement refunding bonds. Under the terms of the amended loan agreement, the principal of the Notes is payable in equal annual installments, based on a 30-year amortization schedule, plus accrued interest to the payment date, on each June 30, commencing on June 30, 2014, with the balance of the principal of, plus all accrued and unpaid interest on, the Notes due and payable on June 30, 2042.

On July 13, 2012, the Department of the Treasury transferred $35 million to PBA related to the fourth payment of rent in arrears from agencies of the Commonwealth due before June 30, 2011.

On July 18, 2012, Moody's Investors Service (Moody's) downgraded COFINA's outstanding senior sales tax revenue bonds from Aa2 to Aa3 and the outstanding subordinate sales tax revenue bonds from A1 to A3. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

On July 19, 2012, the Commonwealth issued Public Improvement Refinancing Notes, Series 2012 C-1 for $215,936,841 (the "Notes") to GDB for the purpose of providing funds to make the required monthly interest deposits on certain outstanding public improvement and public improvement refunding bonds of the Commonwealth, until such time as refunding bonds may be issued. The Notes shall mature on June 30, 2042 and bear interest, payable in arrears, at a rate of interest per annum equal to the Prime Rate plus 150 basis points, but in no event shall such rate be less than 6% per annum nor greater than 12% per annum. The Notes shall be payable in annual installments, equal to $1/30^{th}$ of the principal amount outstanding plus accrued interest to the payment date on each June 30 commencing on June 30, 2013. The good faith, credit and taxing power of the Commonwealth are pledged to the payment of the principal of and interest on the Notes. On June 30 2013, the Commonwealth and GDB amended the loan agreement to change the payment dates in order to permit additional time for the Commonwealth to issue the public improvement refunding bonds. Under the terms of the amended loan agreement, the principal of the Notes is payable in equal annual installments, based on a 30-year amortization schedule, plus accrued interest to the payment date, on each June 30, commencing on June 30, 2014, with the balance of the principal of, plus all accrued and unpaid interest on, the Notes due and payable on June 30, 2042.

On July 20 2012, PBA obtained a loan from GDB in the amount of $175 million for the purpose of paying all or any portion of the principal and interest components of certain outstanding revenue and revenue refunding bonds of PBA coming due during the twelve months after the first drawing. The loan

shall mature and be due and payable on June 30, 2013. Each drawing shall bear interest daily from the date such drawing is made until its repayment at a rate of interest per annum equal to GDB's "all inclusive" cost of funding plus a spread of 150 basis points, such rate not to be less than 6% per annum. On June 24, 2013, PBA and GDB amended the loan agreement to extend the maturity date of the loan up to December 31, 2013.

In October 2012, the Commonwealth entered into a novation transaction whereby it transferred its obligation for $424.6 million notional amount under a basis swap to a third party at no cost.

On December 13, 2012, Moody's downgraded its rating on the general obligation bonds of the Commonwealth from "Baa1" to "Baa3" with a negative outlook. On March 13, 2013, Standard & Poor's Rating Services (S&P) downgraded its rating on such bonds from "BBB" to "BBB-" with a negative outlook; and on March 20, 2013, Fitch, Inc. (Fitch) downgraded its rating on the Commonwealth's general obligation and appropriation debt from "BBB+" to "BBB-" with a negative outlook. The ratings reflect only the opinions of such rating agencies and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

On December 13, 2012, Moody's downgraded its rating on PBA's bonds from "Baa1" to "Baa3" with a negative outlook.

On April 30, 2013, COFINA issued its Bond Anticipation Notes, Series 2013A, amounting to approximately $333.3 million. The Series 2013A notes bear interest at 1.95% and mature on September 30, 2014. The proceeds from the issuance of these notes were used to complete the funding of the Commonwealth's operating budget deficit for fiscal year 2013.

On May 7, 2013, a group of governmental employees that worked on the PBA's central offices in Minillas since 1984 up to May 2012, filed a lawsuit claiming damages suffered during the years working at such offices, caused by the existence of asbestos in the building. The employees are claiming a total of $300 million of which $100 million would be used to create a medical program to monitor health conditions on all of these employees and $200 million to be paid to them for damages. This case is in its initial stages, therefore no provision for any liability that may result upon adjudication of this lawsuit has been recorded by the Commonwealth.

In May 2013, the Commonwealth entered into a $256 million and $320 million line of credit agreement with GDB to cover required deposits of interest and principal, respectively, on the Commonwealth's 2014 debt service.  The line of credit agreements mature on June 30, 2043.

On June 30, 2013, the Commonwealth enacted Acts No. 40 through No. 48 (also known as the Comprehensive Tax Reform Acts), which amended the following Acts, Regulations and Codes: 1) the Puerto Rico Insurance Code under Act No. 77 of June 19, 1957, as amended, 2) the Property Tax Act under Act No. 83 of 1991, 3) the Savings and Loans Cooperatives Act under Act No. 255 of 2002, as amended, 4) the Puerto Rico Sales Tax Financing Corporation (COFINA) Act under Act No. 91 of 2006, 5) several articles of Act No. 1 of 2011 (also known as the Internal Revenue Code for a New Puerto Rico), 6) the Fiscal Reform Act of 2006 under Act No. 103 of 2006, 7) Act No. 164 of 2001, and 8) Act No. 221 of May 15, 1948. All these amendments are designed to achieve, among other things, an expansion of the revenue base of the general fund of the Commonwealth, and are expected to bring additional and consistent tax revenue. These revenue enhancing measures, along with other cost cutting plans, are intended to address the structural deficit of the Commonwealth, add new revenues to the general fund that would serve as a catalyst for economic growth and protect and strengthen the credit rating of the Commonwealth and its principal component units. The aforementioned amendments involve, among other changes, increases in the excise taxes on cigarettes' imports (Act No. 41); the

establishment of a new national "volume of business" tax ranging between 0.2% to a maximum of .85% (1% for financial institutions) on the gross sales/revenue to businesses with a volume of sales/revenue exceeding $1 million (Act No. 40); the imposition of the sales and use taxes to certain business to business transactions, as defined, previously excluded, and other procedural changes (Acts No's. 40 and 42); additional limitations on certain deductions and credits that were formerly available on the tax returns of individuals (Act No. 40); increase in the corporate tax rates from 30% to 39% coupled with a reduction in the surtax exemption base from $750,000 to $25,000 (Act No. 40); increases in the escalating tax rates applicable for the alternative minimum tax determination on individuals and corporations (Act No. 40); a new surtax of 2% applicable to self-employed individuals with over $200,000 in gross income as defined (Act No. 40); a special contribution of 1.5% imposed on payments made for professional and consulting services rendered to a governmental entity (Act No. 48); and increases in the share of slot machines in casinos and the restructuring of the manner in which their profits are distributed (Act No. 48). Some of these Acts also assigned funds for the enhancing and strengthening of the sales and use tax collection process (Act No. 46); created the 2013–2014 Budgetary Support Fund to be nourished with $96.5 million to be provided from transfers of excess cash from other funds, mostly coming from the Department of Education and the State Insurance Fund Corporation (Act No. 43); and the creation of a $245 million Fiscal Reconstruction Fund to be contributed by GDB for deficit financing (Act No. 45). The Fiscal Reconstruction Fund will be nourished with a $245 million loan to be structured by GDB using either its own funds or third party financing, in its capacity as the Commonwealth's fiscal agent. The loan, which will be evidenced by bonds and notes, will constitute an obligation of the Commonwealth, whose good faith, credit, and taxing power will be irrevocably pledged for the prompt payment of the principal of and interests on the bonds/notes. The $245 million to be deposited in the Fiscal Reconstruction Fund will be assigned to the Municipal Revenue Collection Center (CRIM).

The Fiscal Reform Act of 2006 (Act. No. 103 of May 25, 2006) prohibited the use of debts, loans, or any financing mechanism to cover operational expenses and/or balance the Commonwealth's general budget. Acts No. 2, 95, 130, and 44 of 2009, 2011, 2012, and 2013, respectively, suspended the provisions of Act. No. 103 of May 25, 2006 through June 30, 2011, 2013, 2014 and 2015, respectively.

Act No. 47 of June 30, 2013 authorizes the Secretary of the Treasury to issue public improvement bonds in an amount no to exceed $100 million. It also authorized the Secretary of the Treasury to issue, in anticipation of the bond issuance, bond anticipation notes. The bonds and notes will constitute an obligation of the Commonwealth, whose good faith, credit, and taxing power will be irrevocably pledged for the prompt payment of the principal of and interest on the bonds and notes.

On June 21, 2013, the Commonwealth entered into a $98 million line of credit agreement with GDB for working capital purposes.  The line of credit bears interest at prime rate plus 150 basis points with a floor of 6% and a cap of 12%, and matures on November 1, 2013, as amended.

On July 1, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series A (2014) for $300,000,000 (the "Note") to GDB for the purpose of providing funds to pay the general fund appropriations made for fiscal year 2014 in anticipation of the receipt of taxes and revenues required to be deposited in the general fund and estimated in the budget of the Commonwealth to be realized in cash during fiscal year 2014. The Note bears interest at a rate equal to the greater of (i) the rate of interest determined from time to time by GDB as its prime rate plus 150 basis points or (ii) 6.0%, and shall mature and be due and payable on July 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this Note.

On July 2, 2013, the Commonwealth issued Public Improvement Refinancing Note of 2013, Series B for $319,645,474 (the "Note") to GDB for the purpose of providing funds to make during fiscal year 2014

the monthly principal deposits in respect and thereby refinance the principal component of certain outstanding public improvement and public improvement refunding bond issues of the Commonwealth. The Note bears interest at a rate of interest per annum equal to the prime rate as determined and announced by GDB from time to time plus 150 basis points. No such rate of interest per annum shall be in excess of 12% or be less than 6% per annum. The Note shall mature and be due and payable on June 30, 2043. The good faith, credit and taxing power of the Commonwealth are pledged to the payment of the principal of and interest on the Note.

On July 16, 2013, the Commonwealth issued Public Improvement Refinancing Note of 2013, Series A for $255,755,568 (the "Note") to GDB for the purpose of providing funds to make during fiscal year 2014 the monthly interest deposits in respect and thereby refinance the interest component of certain outstanding public improvement and public improvement refunding bond issues of the Commonwealth. The Note bears interest at a rate of interest per annum equal to the prime rate as determined and announced by GDB from time to time plus 150 basis points. No such rate of interest per annum shall be in excess of 12% or be less than 6% per annum. The Note shall mature and be due and payable on June 30, 2043. The good faith, credit and taxing power of the Commonwealth are pledged to the payment of the principal of and interest on the Note.

On July 16, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series B (2014) for $100,000,000 (the "Note") to Oriental Bank for the purpose of providing resources which are necessary to meet the appropriations in the fiscal year 2014 annual budget in anticipation of the receipt of taxes and revenues. The Note bears interest at a rate of Base LIBOR plus the applicable margin, as defined, and shall mature and be due and payable on June 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this Note.

On July 23, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series C (2014) for $100,000,000 (the "Note") to Banco Popular de Puerto Rico for the purpose of providing resources which are necessary to meet the appropriations in the fiscal year 2014 annual budget in anticipation of the receipt of taxes and revenues. The Note bears interest at a rate of Base LIBOR plus the applicable margin, as defined, and shall mature and be due and payable on June 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this Note.

On July 23, 2013, the Commonwealth sold, in a private placement, $104,700,000 of Public Improvement Refinancing Notes, Series 2013 A (the "Notes"). The Notes will have a maturity date of December 1, 2013 and bear interest at a per annum interest rate equal to the sum of LIBOR and 2.50%.

On August 12, 2013, the Commonwealth sold, in a private placement, $210,300,000 of Public Improvement Refinancing Notes, Series 2013 B (the "Refinancing Notes") and $85,000,000 Commonwealth's Bond Anticipation Notes, Series 2013 A (the "BANs and together with the Refinancing Notes, the "Notes"). The Notes will have a maturity date of December 1, 2013 and bear interest at a per annum interest rate equal to the sum of LIBOR and 2.5%.

On August 13, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series D (2014) for $200,000,000 (the "Note") to Banco Santander Puerto Rico for the purpose of providing resources which are necessary to meet the appropriations in the fiscal year 2014 annual budget in anticipation of the receipt of taxes and revenues. The Note bears interest at a rate of Base LIBOR plus the applicable margin, as defined, and shall mature and be due and payable on June 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this Note.

On August 22, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series E (2014) for $200,000,000 (the "Note") to JP Morgan Chase Bank, National Association for the purpose of providing resources which are necessary to meet the appropriations in the fiscal year 2014 annual budget in anticipation of the receipt of taxes and revenues. The Note bears interest at a fixed interest rate equal to 3.25% multiplied by a margin rate factor, as defined, and shall mature and be due and payable on June 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this Note.

On September 12, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series F (2014) for $100,000,000 (the "Note") to Scotiabank of Puerto Rico for the purpose of providing funds to pay the general fund appropriations made for fiscal year 2014 in anticipation of the receipt of taxes and revenues that would otherwise be required to be deposited in the general fund and estimated in the budget of the Commonwealth to be realized in cash during fiscal year 2014. The Note bears interest at a fixed rate equal to 3% per annum, and shall be due and payable on June 30, 2014. Upon the failure of the Commonwealth to maintain a rating on its general obligation debt of at least investment grade by each of the rating agencies, the Note shall bear interest at a fixed interest rate equal to 6% per annum. The good faith, credit, and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on the Note.

**Component Units:**

**(a) GDB**

On December 13, 2012, Moody's downgraded GDB's Senior Notes from Baa1 to Baa3 and Puerto Rico Public Finance Corporation (PRPFC), a blended component unit of GDB, Commonwealth Appropriation Bonds from Baa2 to Ba1 with a negative outlook. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

Act No. 45 of June 30, 2013 amended Article No. 8 of Act No. 164 of December 17, 2001 to increase the limit of GDB loans whose repayment source are Legislative appropriations not already approved or to be approved in the future by the Commonwealth's Legislature from $200 million to $245 million through June 30, 2014.

*Housing Finance Authority* — On July 24, 2012, the Housing Finance Authority issued general obligation bonds amounting to $38 million secured by mortgage-backed securities. The principal of and interest on the bonds will be payable by the Housing Finance Authority regardless of the performance of the mortgage loan collateral. The notes will carry a 5.875% annual interest rate payable monthly. The bonds are subject to a redemption schedule that ranges from 103% to 100% on or after the second throughout the fifth anniversary of the date of issuance.

On October 25, 2012, the Housing Finance Authority issued approximately $30.5 million of its special obligation notes, 2012 Series A (the "2012 Notes") at an aggregate discounted price of $15.5 million. The 2012 Notes will be collateralized by certain second mortgages originated under the Home Purchase Stimulus Program and will be repaid from collections of principal and interest of the underlying collateral. The mortgage loans will be guaranteed by the Housing Finance Authority's Act No. 87 mortgage loan insurance.

During April 2013, the Housing Finance Authority entered into the following bond defeasance transaction: Homeownership Mortgage Revenue Bonds 1998 Series A, 2000 Series A, 2001 Series A, 2001 Series B, 2001 Series C and 2003 Series A for a total amount of $99.3 million, which

includes an outstanding principal amount of $96.8 million and accumulated interest and other costs of $2.5 million.

*Tourism Development Fund* — In July 2012, the boards of directors of GDB and the Tourism Development Fund approved a resolution whereby, among other, GDB released the Tourism Development Fund from paying $85 million of its line of credit with GDB. In August 2013, GDB approved a line of credit to the Tourism Development Fund in order to provide funding to the Tourism Development Fund to lend the money to a private entity for the development of a hotel.

**(b) PRASA**

On December 13, 2012, Moody's downgraded PRASA's Commonwealth Guaranteed Bonds from Baa1 to Baa3 and Revenue Bonds from Baa2 to Ba1 with a negative outlook. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

Effective July 15, 2013, PRASA revised the actual rate structure to increase operating revenues for fiscal year 2014.

On June 12, 2013, PRASA issued approximately $45.6 million of Series II of United States Department of Agriculture (USDA) Rural Development Program Bonds guaranteed by the Commonwealth of Puerto Rico. The proceeds of these bonds were used to finance the cost of acquiring and constructing improvements to PRASA's water and sewer properties, including the repayment of a portion of certain notes payable to GDB for such purpose. These bonds mature in semi-annual installments (subject to the right of prior redemption) payable January 1 and July 1 in each year, beginning January 1, 2014 and ending January 1, 2053 and bear interest payable January 1 and July 1 in each year, beginning July 1, 2013 at fixed rates that range from 2.00% to 3.50%.

On July 24, 2013, PRASA entered into a $50.0 million credit agreement with a commercial bank. The loan proceeds were used to finance certain capital improvements to the PRASA's water system and cover associated loan costs. The loan is mainly repayable from bond anticipation notes to be issued by PRASA. The loan agreement bears interest equal to LIBOR rate plus the applicable margin, as defined, with a floor of 4.25% and the interest is payable at maturity date. The applicable margin is 400 basis points or 600 basis points if the long-term credit rating of the PRASA outstanding senior bonds is downgraded below Ba1 by Moody's Investors Service and below BB+ by Standard & Poor's and Fitch Ratings. As amended on August 28, 2013, the loan matures not later than December 30, 2013. The loan is a senior debt on a parity with the PRASA's senior bonds and shall be equally and ratably secured by the pledged of the PRASA's revenues (other than that portion of the PRASA's revenues consisting of appropriations from the Commonwealth for the payment of principal and interest on the PRASA's Commonwealth Guaranteed Indebtedness and the PRASA's Commonwealth Supported Obligations.

**(c) PREPA**

On December 17, 2012, Moody's downgraded from Baa1 to Baa2 the rating on the Puerto Rico Electric Power Authority's (PREPA) approximately $8 billion of outstanding power revenue bonds. The rating remains under review for possible further downgrade. The rating change was based on the downgrade of the Commonwealth's general obligation rating to Baa3 with a negative outlook as well as the downgrade of entities that are based on or capped at the Commonwealth's general obligation's rating, including GDB, which is an important source of liquidity for PREPA. The

ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

On April 25, 2013, the $500.0 million revolving line of credit with participating commercial banks for working capital purposes was amended to extend its maturity date to June 30, 2013. On June 28, 2013, this line of credit was amended to decrease its authorized amount to $450.0 million and to extend its maturity date to August 15, 2013. On August 14, 2013, this line of credit was amended to extend its maturity date to August 14, 2014, to increase its authorized amount to $550.0 million and to increase the applicable margin and applicable spread on its interest rate in case of a downgrade by Moody's Investors Service and Standard & Poor's in the long term rating of the PREPA's senior debt.

On June 21, 2013, PREPA entered into a $100.0 million revolving line of credit agreement with GDB to cover the margin calls related to its swap agreements. The line of credit matures on December 31, 2014 and bears interest at prime rate plus 200 basis points (with a cap of 12% and a floor of 6.00%), payable monthly.

On June 21, 2013, S&P downgraded its rating on PREPA's revenue bonds from "BBB+" to "BBB" with a stable outlook. This move came a day after Moody's downgraded PREPA's revenue bonds to Baa3 from Baa2, with a negative outlook. On July 1, 2013, Fitch downgraded its rating on PREPA's revenue bonds from "BBB+" to "BBB-" with a stable outlook, eliminating the previous negative watch. The ratings reflect only the opinions of such rating agencies and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

PREPA assumed $53.2 million in fuel expenses not billed to the customers from July to November 2012, which were financed by the revenue stabilization fund.

On August 15, 2013, PREPA issued $673,145,000 Puerto Rico Power Electric Authority Power Revenue Bonds, Series 2013A (the "Series 2013A Bonds"). The Series 2013A Bonds consist of $35,000,000 and $130,645,000 serial bonds maturing on July 1, 2030 and 2043, respectively, and bearing interest at 7.25% and 7%, respectively, and $150,000,000, $307,500,000 and $50,000,000 term bonds due on July 1, 2033, 2036, and 2040, respectively, and bearing interest at 7%, 6.75%, and 7%, respectively. The proceeds of the Bonds will be used to (i) finance a portion of the cost of various projects under its capital improvement program, (ii) fund a deposit to the Reserve Account in the Puerto Rico Electric Power Authority Revenue Bonds Interest and Sinking Fund, (iii) pay capitalized interest on the Series 2013A Bonds through January 1, 2016 and (iv) pay the costs of issuance of the Series 2013A Bonds.

Act No. 50 of July 1, 2013 authorizes PREPA to charge an "all in rate" preferential rate to PRASA of twenty-two (22) cents per kilowatt hour for fiscal years 2014, 2015, and 2016. Starting in fiscal year 2017, the "all in rate" preferential rate charged to PRASA will be reduced to sixteen (16) cents per kilowatt hour subject to certain terms and conditions.

**(d)  PRHTA**

On December 13, 2012, Moody's downgraded PRHTA's Transportation Revenue Bonds from Baa1 to Baa3, its Highway Revenue Bonds from A3 to Baa2 and its Subordinate Transportation Revenue Bonds from Baa2 to Ba1 with a negative outlook. The rating changes were driven by the downgrade of the Commonwealth's general obligation bonds from Baa1 to Baa3. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

On July 6, 2012, PRHTA entered into a new agreement with GDB for the amount of $64.1 million to increase the $63.0 million nonrevolving line of credit agreed on July 12, 2010, with the same loan terms and an extension in the maturity date until January 31, 2013.

On July 6, 2012, PRHTA entered into a new agreement with GDB for the amount of $156.9 million to increase the $147.0 million nonrevolving line of credit agreed on June 30, 2009, with the same loan terms and an extension in the maturity date until January 31, 2013. On February 14, 2013, PRHTA entered into a new agreement with GDB to extend the maturity of the line of credit until January 31, 2014.

On July 6, 2012, PRHTA entered into a new agreement with GDB for the amount of $151.2 million to increase the $140.0 million nonrevolving line of credit agreed on March 19, 2008, with the same loan terms and an extension in the maturity date until January 31, 2013. On February 14, 2013, PRHTA entered into a new agreement with GDB to extend the maturity of the line of credit until January 31, 2014.

On July 18, 2012, PRHTA entered into a new agreement with GDB for the amount of $94.4 million to establish a nonrevolving line of credit with maturity of January 31, 2013. On February 11, 2013, PRHTA entered into a new agreement with GDB to extend the maturity of the line of credit until January 31, 2014.

On August 22, 2012, PRHTA entered into a new agreement with GDB for the amount of $21.5 million to increase the $20.0 million nonrevolving line of credit agreed on October 30, 2009, with the same loan terms and an extension in the maturity date until January 31, 2013.

On August 22, 2012, PRHTA entered into a new agreement with GDB for the amount of $93.7 million to increase the $78.3 million nonrevolving line of credit agreed on July 6, 2009, with the same loan terms and an extension in the maturity date until January 31, 2013. On February 14, 2013, PRHTA entered into a new agreement with GDB to extend the maturity of the line of credit until January 31, 2014.

On February 8, 2013, PRHTA entered into a new agreement with GDB to extend the loan terms on the $147.1 million nonrevolving line of credit agreed on December 28, 2012, until January 31, 2014.

On February 14, 2013, PRHTA entered into a new agreement with GDB to extend the loan terms on the $172.9 million nonrevolving line of credit agreed on November 9, 2009, until January 31, 2014.

On February 14, 2013, PRHTA entered into a new agreement with GDB to extend the loan terms on the $477.6 million nonrevolving line of credit agreed on October 30, 2009, until January 31, 2014.

On February 14, 2013, PRHTA entered into a new agreement with GDB to increase the $428.8 million nonrevolving line of credit agreed on September 23, 2011, until January 31, 2014.

On June 24, 2013, PRHTA refunded in advance its Grant Anticipation Revenue Bonds, Series 2004, issued under its Resolution No. 04-18, adopted on April 7, 2004. The outstanding principal balance of these bonds amounted to $86.1 million. A deposit of $90.0 million was made to the escrow agent sufficient to pay principal and interest on these bonds on March 15, 2014.

On June 25, 2013, the Commonwealth enacted Act No. 31, which amended several articles of Act No. 1 of 2011, known as the Internal Revenue Code for a New Puerto Rico, related to the excise taxes on crude oil, unfinished oil and derivative products, which proceeds go to the PRHTA. Before the effective date of these amendments, the applicable excise tax rates to be applied on imports of

crude oil, unfinished oil and derivative products would fluctuate inversely to the changes in the price of the crude oil barrel. These excise tax rates would fluctuate from a maximum of $6 per barrel when the barrel price reaches a floor of $16, down to an excise tax rate of $3 per barrel when the barrel price increases to a price exceeding $28, up to a limit of $120 million per fiscal year. Over the past years since 2005, the barrel of crude oil has been over $28, therefore, PRHTA has only been receiving the related excise tax proceeds from the minimum excise tax rate of $3 per barrel. In order to create additional credit margin for the PRHTA and in turn enable it to repay its outstanding lines of credit with GDB of almost $2 billion, currently without a source of repayment, and return it to a self sufficient capacity, the aforementioned amendments would fix the excise tax rate per barrel to $9.25 and would eliminate the limit of $120 million on such excise taxes. Act No. 31 also allowed for the first $20 million raised from the excise tax on cigarettes' imports, recently increased through Act No. 41 of June 30, 2013, to be deposited in a special account in favor of the PRHTA.

On August 28, 2013, PRHTA entered into a $61.8 million nonrevolving line of credit agreement with GDB for working capital purposes. The line of credit matures on February 28, 2014 and bears interest at prime rate plus 150 basis points (with a cap of 12% and a floor of 6.00%), payable at maturity date.

On August 29, 2013, the PRHTA issued $400,000,000 Puerto Rico Highways and Transportation Authority Special Revenue Bonds, 2013A Bond Anticipation Notes (the "Series A Notes"). The Series A Notes mature on September 1, 2015 and bear interest at the Index Rate, as defined. The Index Rate is computed as the sum of the LIBOR plus the Applicable Spread (2.40%) and is subject to adjustment as provided in the 2013 Resolution. The Series A Notes are payable from, and are secured by the pledge of, certain revenues of the PRHTA, which include (i) the excise taxes in excess of $120 million per fiscal year, imposed by the Commonwealth on certain petroleum products; (ii) the remaining $25 per vehicle annual license fees imposed by the Commonwealth, which was previously allocated to the Treasury Department; (iii) the total amount of excise taxes up to $20 million per fiscal year, imposed by the Commonwealth on cigarettes; (iv) unencumbered revenues held in the 1998 Construction Fund established under Resolution No. 98-06 adopted by the PRHTA on February 26, 1998, as amended and (v) any additional revenues pledged to the PRHTA in accordance with the 2013 Resolution. The proceeds of the Series A Notes will be used to (i) pay a portion of the PRHTA's loans from the GDB and (ii) pay the costs of issuance of the Series A Notes.

(e) **UPR**

On December 14, 2012, Moody's downgraded the UPR's University System Revenue Bonds and Pledged Revenue Bonds from Baa2 to Ba1 and Educational Facilities Revenue Bonds, 2000 Series A issued through AFICA from Baa3 to Ba2. The rating action affects $599 million of rated debt that remain under review for possible downgrade. The downgrade was driven by an extraordinary high reliance on the Commonwealth for operating revenue and its dependence on GDB for operating lines for liquidity. In addition, the UPR has and limited ability to grow revenue given resistance to raising tuition and enrollment decline. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

In January 2013, the $75 million line of credit facility with GDB was amended to extend the maturity date to January 31, 2014.

On April 7, 2013, Act No. 7 amended Act. No. 2 of January 20, 1966, as amended, to revise the formula for the Commonwealth appropriations, an amount equal to 9.60% of the average total

amount of annual general fund's revenues collected under the laws of the Commonwealth in the two fiscal years immediately preceding the current fiscal year. Act No. 7 is effective on July 1, 2013.

In addition, Act No. 7 of April 7, 2013 derogated Act No. 176 of November 2010, as amended by Act No. 46 of April 2011, in which the Commonwealth of Puerto Rico had committed to transfer 10% of the Additional Lottery's net annual income with a guaranteed minim amount of $30 million per academic year, for the creation of a Special Scholarship Fund for the UPR. The purpose of the fund was to provide financial aid to graduate and undergraduate students.

On January 26, 2013, the Board of Trustees of the UPR approved Certification No. 41 (2012–2013) which derogated the stabilization fee established by the Board of Trustees of the UPR on June 30, 2010 to address the UPR's budgetary deficit issues. This stabilization fee was charged to all students in addition to tuition charges and other fees already in place in the UPR. The stabilization fee amounted to $400 per student per semester. Board of Trustees Certification No. 41 is effective on July 1, 2013.

On April 30, 2013, Act No. 13 derogated Article 3 of Act No. 1 of 1996, as amended, and established a new Article 3 of Act No. 1 that, among other matters, defines the composition, faculties and duties of the Governing Board of the UPR (the "Governing Board"), the new governing body of the UPR. Act No. 13 substitutes the Board of Trustees of the UPR with the Governing Board composed of thirteen members, of which nine members are appointed by the Governor of Puerto Rico and confirmed by the Senate of Puerto Rico. The remaining members of the Governing Board consist of two tenured professors and two full-time students. The Secretary of the Department of Education of the Commonwealth becomes ex-officio member of the Governing Board.

**(f) ACAA**

On July 2, 2012, the Commonwealth enacted Act No. 134, which creates a support fund for the Commonwealth budget of the fiscal year 2012–2013. ACAA is required to contribute $12.5 million to this fund during fiscal year 2013.

**(g) PRIDCO**

On July 5, 2012, Moody's upgraded the rating on PRIDCO's general purpose revenue bonds from Baa2 to Baa1. The rating changes affect approximately $210 million of debt outstanding. The upgrade reflects the fact that PRIDCO's management managed to keep revenue and debt service coverage relatively stable during one of the worst economic downturns in the Commonwealth's history and recently called some near-term debt, bolstering coverage.

**(h) PAA**

On October 8, 2012, PAA entered into a line of credit agreement with GDB, whereby GDB agreed to provide PAA certain advances up to a maximum aggregate principal amount of $1.7 million plus any accrued interest. Interest would be based on 1.5% over the prime rate, with a floor of 6% and a ceiling of 12%. The proceeds of the line of credit are to finance some of the terms of the preliminary agreement between United States Army Corps of Engineers and PAA, if finally accepted by the United States Department of Justice. The aggregate unpaid outstanding line of credit balance including interest shall be payable on or before October 31, 2013. If debt is not paid at the maturity date, interest would be charged at 2% over the prime rate. The principal amount will be paid with legislative appropriations.

**(i) PRCCDA**

On July 15, 2012, PRCCDA entered into a development agreement with Lighthouse Group, LLC for the development of a mixed use urban project named "Trocadero Diverplex Complex". This agreement includes the development and operation of a food, beverage, entertainment venue, and the construction of a hotel in the final phase.

On October 22, 2012, PRCCDA entered into a development ground lease agreement with District Hotel Co., LLC. The agreement includes the construction of a minimum of 126 room hotel under the Hyatt House brand.

On December 13, 2012, Moody's downgraded PRCCDA's Hotel Occupancy Tax Revenue Bonds from Baa1 to Baa3 with a negative outlook. The rating changes were driven by the downgrade of the Commonwealth general obligation bonds from Baa1 to Baa3. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

**(j) PRPA**

On February 27, 2013, the Federal Aviation Administration (FAA) approved the closing of the Lease and Use Agreements (the "APP Agreements") entered into on July 27, 2012 between the PRPA and Aerostar Airport Holdings, LLC (Aerostar) with respect to the Luis Muñoz Marín International Airport Project (LMMIA Project). Aerostar is a partnership formed between Grupo Aeropuertario de Sureste S.A.B de C.V (ASUR), a New York Stock Exchange-listed Mexican airport management firm, and Highstar Capital L.P., a fourth-generation infrastructure investor and private equity funds manager.

The APP Agreements awarded Aerostar the right to operate, manage, maintain, develop and rehabilitate the LMMIA during a term of 40 years, subject to extension conditions, as defined, in exchange for an upfront payment of a leasehold fee of $615 million to PRPA. In addition, upon the closing of the APP Agreements, PRPA will receive from Aerostar annual rental payments for the first five full reporting years of $2.5 million; then from the sixth full reporting year through and including the thirtieth reporting year, PRPA will receive annual rental payments equal to 5% of the gross airport revenue earned by Aerostar in such years; and finally from the thirty-first reporting year and each succeeding year, PRPA will receive annual rental payments equal to 10% of the gross airport revenue earned by Aerostar in such years. Aerostar also funded with a $6 million deposit a separate escrow account to be called the Puerto Rico Air Travel Promotion and Support Fund, with the purpose of compensating airlines that increase their services to the LMMIA over certain established thresholds during the first three years of the APP Agreements.

The right awarded to Aerostar to operate, manage and rehabilitate the LMMIA (following certain Operating Standards established by the FAA and PRPA) is accompanied with the assignment of all the revenues from the LMMIA facilities through the different lease agreements with the airport concessionaries, including food and beverage providers, retailers, ground transportation providers, and other airport users, formerly belonging to PRPA. Aerostar will also be able to charge a maximum level of fees to the airlines operating at LMMIA, as established in the APP Agreements.

The APP Agreements also provide for a series of capital improvement expenditures on the LMMIA from Aerostar over the term of the APP Agreements, with certain required initial projects and general accelerated upgrades, as defined. PRPA will be required to provide police and firefighter services to the LMMIA in exchange for an annual compensation of $2.8 million, to be adjusted

thereafter based on inflation. The APP Agreements also provide each party with indemnity rights in the event of certain third party claims or breaches of covenants or representations and warranties included in the APP Agreements. Upon expiration of the term of the APP Agreements, PRPA will be required to reimburse Aerostar for any Passenger Facility Charges, Grants in Aid or increased airline charges allowed by the Use Agreement it expected to receive, but had not yet received, to finance related capital improvements.

The LMMIA facilities leased to the Puerto Rico Air National Guard are excluded from the APP Agreements and upon the satisfaction of certain conditions, as defined, Aerostar will have option and negotiation rights for the use of such areas, that the parties will agree on the amount and form of compensation regarding the option. The hotel property within the LMMIA and the cargo facilities leased to Caribbean Airport Facilities (CAF) and the ongoing related litigation, will remain under the responsibility of PRPA. If the litigation is resolved, Aerostar will have option and negotiation rights for the use of such areas.

The upfront payment received was used to pay some of PRPA's outstanding debt with bondholders, several banks, including GDB, other creditors and related transaction costs.

**(k) PRIFA**

On March 18, 2013, S&P downgraded its ratings on PRIFA's Series 2011A, 2011B and 2011C revenue bonds from BBB to BBB-. The three issues are supported by letters of credit provided by GDB. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

**(l) PPPA**

On July 7, 2012, PPPA signed an agreement with PRIFA, to provide design management and evaluation services related to the proposed extension of toll road PR-22 from the Municipality of Aguadilla to the Municipality of Hatillo.

Through September 2012, PPPA has awarded fifty-two partnership contracts for ninety-nine (99) public schools as part of the *Schools for the 21st Century Program* described in Note 13. Also, seventy (70) schools were under construction and twenty-nine (29) schools have been completed and turned over to the Commonwealth's Department of Education. The fifty-two (52) partnership contracts awarded through September 2012 represented a total investment of approximately $650 million.

**(m) SIFC**

On July 2, 2012, the Commonwealth enacted Act No. 134, which creates a support fund for the Commonwealth budget of the fiscal year 2012–2013. SIFC is required to contribute $24 million to this fund during fiscal year 2013. Such transfer was made on September 7, 2012.

**(n) PRMFA**

On September 5, 2012, S&P reviewed the rating for PRMFA's outstanding bonds and affirmed the BBB- rating but changed the outlook to negative from stable. On December 13, 2012, Moody's downgraded PRMFA's bonds from Baa1 to Baa3 with a negative outlook. The rating changes were driven by the downgrade of the Commonwealth's general obligation bonds from Baa1 to Baa3. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

**(o) LRA**

On December 11, 2012, the United States Marine Corps transferred Parcels I and II of the Roosevelt Roads Navy Base consisting of 2,039 acres of land to the Commonwealth of Puerto Rico. This transaction completes the transfer of the total 8,468 acres of land of Roosevelt Roads Navy Base.

**(p) PRMBA**

On June 25, 2013, the Commonwealth enacted Act No. 31, which allowed for $10 million raised from the excise tax on cigarettes' imports, recently increased through Act No. 41 of June 30, 2013, to be deposited in a special account in favor of the PRMBA, after the first $20 million are deposited with priority in favor of PRHTA.

**Pension Trust Funds** — On December 13, 2012, Moody's downgraded the Commonwealth's Pension Funding Bonds from Baa1 to Baa3 with a negative outlook. The rating changes were driven by the downgrade of the Commonwealth general obligation bonds from Baa1 to Baa3 as a result of a continued weak economic trend, increasing debt levels, weak finances and continued deterioration of underfunded retirement systems.

On July 6, 2012, ERS loans with a carrying value of $53.5 million were sold to a commercial bank. Pursuant to a servicing agreement, ERS will be in charge of the servicing, administration and collection of the loans at and after the closing date. A servicing fee will be charged by ERS.

As discussed in Note 20, in April 4, 2013, the Governor of Puerto Rico signed into law Act. No. 3 of 2013, which significantly amends the provisions of ERS.

* * * * * *

**REQUIRED SUPPLEMENTARY INFORMATION**

# COMMONWEALTH OF PUERTO RICO

**REQUIRED SUPPLEMENTARY INFORMATION (UNAUDITED)**
**SCHEDULE OF FUNDING PROGRESS — RETIREMENT SYSTEMS**
**JUNE 30, 2012**

The Schedule of Funding Progress presents the following information for the current year and each of the two preceding years for each of the Commonwealth's Retirement Systems. All actuarially determined information has been calculated in accordance with actuarial assumptions and methods reflected in the actuarial valuations as of the indicated actuarial valuation date.

Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2012 | $1,237,532 | $27,645,786 | $26,408,254 | 4.5 % | $3,570,339 | 739.7 % |
| June 30, 2011 | 1,723,811 | 25,457,354 | 23,733,543 | 6.8 | 3,666,402 | 647.3 |
| June 30, 2010 | 1,664,991 | 19,501,761 | 17,836,770 | 8.5 | 3,818,332 | 467.1 |

The Commonwealth of Puerto Rico Judiciary Retirement System (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2012 | $58,588 | $416,340 | $357,752 | 14.1 % | $33,066 | 1,081.9 % |
| June 30, 2011 | 63,975 | 382,776 | 318,801 | 16.7 | 31,811 | 1,002.2 |
| June 30, 2010 | 55,410 | 338,195 | 282,785 | 16.4 | 32,061 | 882.0 |

Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2012 | $2,099,261 | $12,350,836 | $10,251,575 | 17.0 % | $1,292,975 | 792.9 % |
| June 30, 2011 | 2,385,863 | 11,448,609 | 9,062,746 | 20.8 | 1,320,400 | 686.4 |
| June 30, 2010 | 2,221,977 | 9,279,776 | 7,057,799 | 23.9 | 1,370,344 | 515.0 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**REQUIRED SUPPLEMENTARY INFORMATION (UNAUDITED)**
**SCHEDULE OF FUNDING PROGRESS — POSTEMPLOYMENT HEALTHCARE BENEFITS**
**JUNE 30, 2012**

The Schedule of Funding Progress presents GASB 45 results of OPEB valuations as of fiscal years ended June 30, 2012, 2011 and 2010 for each of the Commonwealth's Retirement Systems. The schedule provides a three year information trend about whether the actuarial values of plan assets are increasing or decreasing over time relative to the actuarial accrued liabilities for benefits.

Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2012 | $    - | $2,120,970 | $2,120,970 | -      % | $3,570,339 | 59.4% |
| June 30, 2011 | - | 1,758,389 | 1,758,389 | - | 3,666,402 | 48.0 |
| June 30, 2010 | - | 1,646,148 | 1,646,148 | - | 3,818,332 | 43.1 |

The Commonwealth of Puerto Rico Judiciary Retirement System (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2012 | $    - | $  6,592 | $  6,592 | -      % | $33,066 | 19.9% |
| June 30, 2011 | - | 5,810 | 5,810 | - | 31,811 | 18.3 |
| June 30, 2010 | - | 5,808 | 5,808 | - | 32,061 | 18.1 |

Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2012 | $    - | $ 797,332 | $ 797,332 | -      % | $1,292,975 | 61.7% |
| June 30, 2011 | - | 706,069 | 706,069 | - | 1,320,400 | 53.5 |
| June 30, 2010 | - | 694,230 | 694,230 | - | 1,370,344 | 50.7 |

See accompanying independent auditors' report.

**COMBINING AND INDIVIDUAL FUND
FINANCIAL STATEMENTS AND SCHEDULES**

**GENERAL FUND**

The general fund is the primary operating fund of the Commonwealth. The general fund is used to account for and report all financial resources received and used for those services traditionally provided by a government, which are not required legally or by sound financial management to be accounted for in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, education, and economic development. Following is the supplemental schedule of expenditures — budget and actual — general fund.

# COMMONWEALTH OF PUERTO RICO

**SUPPLEMENTAL SCHEDULE OF EXPENDITURES BY AGENCY — BUDGET AND ACTUAL
BUDGET BASIS — GENERAL FUND
YEAR ENDED JUNE 30, 2012
(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---:|---:|---:|
| EXPENDITURES: | | | |
| Current: | | | |
| General government: | | | |
| Senate of Puerto Rico | $     44,298 | $     47,799 | $     47,799 |
| House of Representatives of Puerto Rico | 52,775 | 56,275 | 56,285 |
| Comptroller's Office | 43,000 | 43,000 | 42,282 |
| Governor's Office | 20,120 | 21,444 | - |
| Office of Management and Budget (1) | 480,309 | 136,419 | 113,717 |
| Planning Board | 13,094 | 11,536 | 10,990 |
| Department of State | 5,656 | 6,420 | 6,259 |
| Department of the Treasury (1) | 383,642 | 839,907 | 1,138,151 |
| Central Office of Personnel Administration | 4,507 | 4,675 | 4,643 |
| Commonwealth Elections Commission | 53,017 | 53,119 | 50,823 |
| Federal Affairs Administration | 4,641 | 4,622 | 4,306 |
| General Services Administration | 200 | 200 | 205 |
| Municipal Complaints Hearing Commission | 5,024 | 4,978 | 6,751 |
| Civil Rights Commission | 1,193 | 1,190 | 1,039 |
| Office of the Citizen's Ombudsman | 5,376 | 5,368 | 5,049 |
| Legislative Assembly | 200 | 200 | - |
| Government Ethics Board | 10,290 | 10,290 | 10,290 |
| Legislative Affairs Office | 14,497 | 14,297 | 14,497 |
| Office of the Superintendent of the Capitol | 13,955 | 15,155 | 16,471 |
| Comptroller's Special Reports Joint Commission | 691 | 691 | 665 |
| Legislative Donation Commission | 21,767 | 1,167 | - |
| Coordination Office for Special Communities of Puerto Rico | 3,522 | 3,503 | 4,796 |
| Corporation "Enlace" Caño Martín Peña | 1,013 | 1,013 | 1,013 |
| Puerto Rico Statistics Institute | 641 | 641 | 641 |
| Office for the Governmental's Integrity and Efficiency | 3,828 | 6,231 | 6,266 |
| Permits Management Office | 3,005 | 3,005 | 2,998 |
| Permits Inspector General Office | 3,926 | 5,334 | 4,885 |
| Board for the Review of Permits and Use of Lands | 1,450 | 1,433 | 1,192 |
| Public Service Board of Appeals | 3,880 | 3,799 | 3,768 |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 249,672 | 270,083 | 270,126 |
| Puerto Rico System of Annuities and Pensions for Teachers | 98,640 | 110,515 | 110,515 |
| Contributions to Political Parties | 1,200 | 8,700 | 1,200 |
| Public Buildings Authority | 16,940 | 16,590 | 16,590 |
| Procurement Administration Offices | - | 63 | 63 |
| Office of Elections Comptroller | - | 3,200 | 3,305 |
| Labor Development Administration | - | 18,400 | - |
| | | | |
| Total general government | 1,565,969 | 1,731,262 | 1,957,580 |
| | | | |
| Public safety: | | | |
| Puerto Rico General Court of Justice | 327,944 | 342,763 | 349,766 |
| Civil Defense | 6,338 | 6,312 | 5,902 |
| Commission of Investigation, Processing and Appeals Board | 507 | 507 | 411 |
| Department of Justice | 137,705 | 134,294 | 143,590 |
| Puerto Rico Police Department | 759,154 | 772,355 | 834,728 |
| Puerto Rico Firefighters Corps | 63,410 | 63,093 | 63,858 |
| Puerto Rico National Guard | 8,313 | 8,290 | 26,789 |
| Public Service Commission | 6,508 | 6,989 | 6,730 |
| Consumer Affairs Department | 10,981 | 9,546 | 9,451 |
| Juvenile Institutions Administration | 66,616 | 64,665 | 69,120 |
| Correction Administration | 360,068 | 350,784 | 324,691 |
| Natural Resources Administration | 49,246 | 46,943 | 46,980 |
| Department of Correction and Rehabilitation | 4,891 | 4,390 | 4,874 |

(1)  As a department and a fiscal agent.                                                                            (Continued)

# COMMONWEALTH OF PUERTO RICO

**SUPPLEMENTAL SCHEDULE OF EXPENDITURES BY AGENCY — BUDGET AND ACTUAL
BUDGET BASIS — GENERAL FUND
YEAR ENDED JUNE 30, 2012
(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---|---|---|
| EXPENDITURES (Continued): | | | |
| Public safety (continued): | | | |
| Parole Board | $ 2,628 | $ 2,685 | $ 2,554 |
| Forensic Sciences Institute | 16,011 | 16,268 | 16,393 |
| Special Prosecutor Panel | 2,064 | 2,058 | 2,058 |
| Pre-Trial Services Office | 6,673 | 8,096 | 6,998 |
| Correctional Health | 73,417 | 71,821 | 66,857 |
| Medical Emergencies Service | 26,764 | 27,454 | 27,339 |
| Criminal Justice College | 2,771 | 2,876 | 2,876 |
| Total public safety | 1,932,009 | 1,942,189 | 2,011,965 |
| | | | |
| Health: | | | |
| Environmental Quality Board | 5,641 | 7,447 | 8,014 |
| Department of Health | 290,569 | 297,417 | 578,062 |
| Puerto Rico Medical Services Administration | 17,710 | 22,910 | 22,910 |
| Mental Health and Drug Addiction Services Administration | 100,990 | 111,467 | 109,400 |
| Puerto Rico Solid Waste Authority | 6,802 | 7,075 | 7,108 |
| Puerto Rico Health Insurance Administration | 871,371 | 945,185 | 960,908 |
| Total health | 1,293,083 | 1,391,501 | 1,686,402 |
| | | | |
| Public housing and welfare: | | | |
| Office of Youth Affairs | 4,132 | 4,401 | 5,714 |
| New Business Training Administration | 7,148 | 7,530 | 266 |
| Department of Labor and Human Resources | - | 25,363 | 17,745 |
| Labor Relations Board | 908 | 902 | 900 |
| Department of Housing | 15,727 | 16,948 | 33,177 |
| Department of Recreation and Sports | 40,411 | 43,873 | 48,633 |
| Administration for the Horse Racing Sport and Industry | 2,644 | 2,688 | 2,670 |
| Women's Affairs Commission | 6,042 | 4,487 | 4,746 |
| Public Housing Administration | 1,500 | 1,500 | 1,550 |
| Office of the Veteran's Ombudsman | 2,777 | 2,720 | 2,680 |
| Department of Family | 25,788 | 31,197 | 30,075 |
| Family and Children Administration | 173,717 | 172,851 | 169,277 |
| Minors Support Administration | 14,511 | 14,746 | 14,734 |
| Vocational Rehabilitation Administration | 17,271 | 17,995 | 18,635 |
| Social Economic Development Administration | 96,342 | 83,572 | 76,970 |
| Office of the Disabled Persons Ombudsman | 2,197 | 2,169 | 2,507 |
| Office for Elderly Affairs | 3,547 | 3,492 | 2,354 |
| Right to Employment Administration | 8,641 | 13,712 | 13,755 |
| Company for the Integral Development of the Península de Cantera | 574 | 574 | 574 |
| Industries for the Blind, Mentally Retarded, and Other Disabled Persons of Puerto Rico | 500 | 500 | 500 |
| Patient Ombudsman | 2,558 | 2,792 | 2,659 |
| Administration for the Care and Development of the Childhood | 9,276 | 24,061 | 23,953 |
| Total public housing and welfare | 436,211 | 478,073 | 474,074 |

(Continued)

wtf

# COMMONWEALTH OF PUERTO RICO

**SUPPLEMENTAL SCHEDULE OF EXPENDITURES BY AGENCY — BUDGET AND ACTUAL**
**BUDGET BASIS — GENERAL FUND**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | Original Budget | Amended Budget | Actual |
|---|---|---|---|
| EXPENDITURES (Continued): | | | |
| Education: | | | |
| Department of Education | $2,227,898 | $ 2,103,807 | $ 2,063,475 |
| Institute of Puerto Rican Culture | 22,974 | 29,048 | 26,035 |
| Puerto Rico School of Plastics Arts | 2,229 | 2,274 | 2,296 |
| State Office for Historic Preservation | 1,794 | 3,853 | 4,065 |
| University of Puerto Rico | 771,005 | 772,418 | 772,418 |
| Musical Arts Corporation | 7,517 | 7,538 | 7,546 |
| Fine Arts Center Corporation | 4,281 | 4,487 | 4,519 |
| Puerto Rico Public Broadcasting Corporation | 15,358 | 16,017 | 15,363 |
| Athenaeum of Puerto Rico | 900 | 900 | 900 |
| Puerto Rico Conservatory of Music Corporation | 6,023 | 6,392 | 6,392 |
| Puerto Rico Council on Education | 23,581 | 23,637 | 23,629 |
| | | | |
| Total education | 3,083,560 | 2,970,371 | 2,926,638 |
| | | | |
| Economic development: | | | |
| Department of Transportation and Public Works | 60,600 | 65,105 | 79,159 |
| Department of Natural and Environmental Resources | 4,960 | 19,983 | 18,728 |
| Department of Agriculture | 16,165 | 18,698 | 37,706 |
| Cooperative Enterprises Development Administration | - | - | 423 |
| Rural Development Corporation | - | - | 18 |
| Department of Economic Development and Commerce | - | - | 2,438 |
| Energy Affairs Administration | 332 | 463 | 416 |
| Puerto Rico Infrastructure Financing Authority | 117,000 | 117,000 | 130,379 |
| Land Authority of Puerto Rico | - | - | 350 |
| Puerto Rico Ports Authority | 900 | 4,900 | 4,900 |
| Puerto Rico Metropolitan Bus Authority | 45,026 | 44,445 | 44,195 |
| Puerto Rico Maritime Transportation Authority | 24,604 | 24,749 | 24,925 |
| Culebra Conservation and Development Authority | 301 | 315 | 321 |
| National Parks Company of Puerto Rico | 19,939 | 26,042 | 27,001 |
| Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | 463 | 481 | 468 |
| Local Redevelopment Authority for Roosvelt Roads Puerto Rico | 900 | 900 | 900 |
| Agricultural Enterprises Development Administration | 84,929 | 86,143 | 85,500 |
| Puerto Rico Tourism Company | 4,070 | 275 | 275 |
| | | | |
| Total economic development | 380,189 | 409,499 | 458,102 |
| | | | |
| Intergovernmental — Municipal Services Administration | 389,620 | 406,299 | 396,447 |
| | | | |
| TOTAL EXPENDITURES | $9,080,641 | $ 9,329,194 | $ 9,911,208 |
| | | | |
| OPERATING TRANSFER-OUT TO OTHER FUNDS — | | | |
| Department of the Treasury — transfer to Debt Service Fund and other funds | $  179,359 | $  803,030 | $ 2,055,095 |

See accompanying independent auditors' report.                                                    (Concluded)

## NONMAJOR GOVERNMENTAL FUNDS

### Special Revenue Funds

Special revenue funds are used to account for and report the proceeds of specific revenue sources that are restricted or committed to expenditure for specified purposes other than debt service or capital projects. Other resources (investment earnings and transfers from other funds, for example) also may be reported in the fund if those resources are restricted, committed, or assigned to the specified purpose of the fund.

**Public Buildings Authority Special Revenue Fund** — The operating fund of the Public Buildings Authority, a blended component unit, used to account for the operation, maintenance, equipment replacement, and other extraordinary operation and maintenance costs of the buildings and facilities that, when constructed, are leased to the Commonwealth's primary government agencies.

**The Children's Trust Special Revenue Fund** — The special revenue fund of the Children's Trust, a blended component unit, is used to account for the money received by the Commonwealth from a global settlement agreement dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United State of America, including the Commonwealth. The financial resources received by this fund are used to carry out projects aimed at promoting the well-being of children and youth of Puerto Rico.

### Debt Service Funds

The debt service funds are used to account for and report financial resources that are restricted, committed, or assigned to expenditure for principal and interest, and related costs other than bonds payable from operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1 of the following year are accounted for as a fund liability if resources are available as of June 30 for its payment.

**The Children's Trust Debt Service Fund** — The debt service fund of The Children's Trust accounts for the financial resources that are restricted, committed, or assigned to expenditure for the payment of interest and principal on long-term obligations financed with moneys to be received by the Commonwealth from the global settlement agreement signed by certain tobacco companies.

**Public Buildings Authority Debt Service Fund** — A blended component unit engaged in the construction and/or acquisition of building facilities for lease mainly to the Commonwealth's primary government agencies. Its debt service fund is used to account for the financial resources that are restricted, committed, or assigned to expenditure for the payment of revenue bonds and other liabilities incurred to finance the construction of the buildings and facilities.

**Puerto Rico Maritime Shipping Authority Debt Service Fund** — This is the remainder of a former shipping company owned by the Commonwealth. Its debt service fund is used to account for the financial resources that are restricted for the payment of the long-term liability that resulted from the sale of its marine operations. This fund is mainly subsidized from appropriations and operating transfers from the general fund.

### Capital Projects Funds

Capital project funds are used to account for and report financial resources that are restricted, committed, or assigned to expenditure for capital outlays, including the acquisition or construction of capital facilities and other capital assets not being financed by the Public Buildings Authority's Capital Projects Fund, proprietary fund types, pension trust funds, and discretely presented component units.

**Commonwealth Public Improvements Funds and Other Funds** — These funds present the activities of the capital improvements program of the Commonwealth, financed with the proceeds of the general obligation bonds.

**Public Buildings Authority's Capital Projects Fund** — The Public Buildings Authority's capital projects fund is used to account for and report financial resources that are restricted, committed or assigned to expenditure for capital outlays, including the acquisition or construction of capital facilities and other capital assets not financed by proprietary fund types, pension trust funds, and discretely presented component units.

# COMMONWEALTH OF PUERTO RICO

**COMBINING BALANCE SHEET — NONMAJOR GOVERNMENTAL FUNDS**
**JUNE 30, 2012**
**(In thousands)**

| | Special Revenue | | Debt Service | | | Capital Projects | | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ASSETS | Public Buildings Authority | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Authority | Nonmajor Governmental Funds |
| CASH AND CASH EQUIVALENTS IN COMMERCIAL BANKS | $122,429 | $ - | $ - | $ - | $ - | $ - | $ - | $ 122,429 |
| CASH AND CASH EQUIVALENTS IN GOVERNMENTAL BANKS | 52 | 20,427 | - | - | 1,684 | - | - | 22,163 |
| INVESTMENTS | - | 23,268 | - | - | - | - | - | 23,268 |
| RECEIVABLES — Net of allowance for uncollectibles: | | | | | | | | |
| Accounts | - | - | - | - | - | 671 | - | 671 |
| Loans | - | - | - | - | - | 39 | - | 39 |
| Accrued interest | - | 1 | 442 | - | - | - | - | 443 |
| Other | 1,156 | - | 40,585 | - | - | - | - | 41,741 |
| DUE FROM: | | | | | | | | |
| Other funds | 46,872 | - | - | - | - | 4,786 | - | 51,658 |
| Component units | 38,621 | - | - | - | - | - | - | 38,621 |
| Other governmental entities | 22,847 | - | - | - | - | - | - | 22,847 |
| OTHER ASSETS | 851 | - | - | - | - | - | - | 851 |
| RESTRICTED ASSETS: | | | | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | 201,575 | 37 | 26,857 | 619,243 | 847,712 |
| Cash and cash equivalents in governmental banks | - | - | - | - | - | 258,386 | 31,542 | 289,928 |
| Investments | - | - | 110,455 | - | - | - | - | 110,455 |
| Due from other funds | - | - | - | - | 13,596 | - | - | 13,596 |
| REAL ESTATE HELD FOR SALE OR FUTURE DEVELOPMENT | 3,084 | - | - | - | - | 1,853 | - | 4,937 |
| TOTAL ASSETS | $235,912 | $43,696 | $151,482 | $201,575 | $ 15,317 | $292,592 | $ 650,785 | $ 1,591,359 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**COMBINING BALANCE SHEET — NONMAJOR GOVERNMENTAL FUNDS**
**JUNE 30, 2012**
**(In thousands)**

| | Special Revenue | | Debt Service | | | Capital Projects | | Total |
| | Public Buildings Authority | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Authority | Nonmajor Governmental Funds |
|---|---|---|---|---|---|---|---|---|
| **LIABILITIES AND FUND BALANCES** | | | | | | | | |
| LIABILITIES: | | | | | | | | |
| Accounts payable and accrued liabilities | $ 37,633 | $ 633 | $ - | $ - | $ 76 | $ 11,981 | $ 7,108 | $ 57,431 |
| Due to: | | | | | | | | |
| Other funds | 1,684 | - | - | - | - | - | - | 1,684 |
| Other governmental entities | - | - | - | - | - | - | - | - |
| Component units | 2,924 | - | - | - | - | - | - | 2,924 |
| Bond anticipation notes payable | - | - | - | - | - | 75,835 | - | 75,835 |
| Bonds payable | - | - | - | 78,580 | - | - | - | 78,580 |
| Interest payable | - | - | - | 96,853 | - | - | - | 96,853 |
| Deferred revenue | 35,070 | - | 40,585 | - | - | - | - | 75,655 |
| Total liabilities | 77,311 | 633 | 40,585 | 175,433 | 76 | 87,816 | 7,108 | 388,962 |
| FUND BALANCES: | | | | | | | | |
| Restricted for: | | | | | | | | |
| Debt service | - | - | 110,897 | 26,142 | 13,633 | - | - | 150,672 |
| Capital projects | - | - | - | - | - | 204,776 | 643,677 | 848,453 |
| Committed to: | | | | | | | | |
| Special revenue | - | 35,922 | - | - | - | - | - | 35,922 |
| Assigned to: | | | | | | | | |
| Special revenue | 158,601 | 7,141 | - | - | - | - | - | 165,742 |
| Unassigned | - | - | - | - | 1,608 | - | - | 1,608 |
| Total fund balances | 158,601 | 43,063 | 110,897 | 26,142 | 15,241 | 204,776 | 643,677 | 1,202,397 |
| TOTAL LIABILITIES AND FUND BALANCES | $235,912 | $43,696 | $151,482 | $201,575 | $ 15,317 | $292,592 | $650,785 | $1,591,359 |

See accompanying independent auditors' report.                                                           (Concluded)

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF REVENUES, EXPENDITURES, AND CHANGES IN FUND BALANCES — NONMAJOR GOVERNMENTAL FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | Special Revenue | | Debt Service | | | Capital Projects | | Total Nonmajor Governmental Funds |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Public Buildings Authority | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Authority | |
| REVENUES: | | | | | | | | |
| Interest and investment earnings | $ 3,050 | $ 47 | $ 3,373 | $ - | $ 2 | $ - | $ - | $ 6,472 |
| Intergovernmental | - | - | - | 28,061 | - | - | - | 28,061 |
| Other | 8,151 | 406 | - | - | - | 2,990 | - | 11,547 |
| Total revenues | 11,201 | 453 | 3,373 | 28,061 | 2 | 2,990 | - | 46,080 |
| EXPENDITURES: | | | | | | | | |
| Current: | | | | | | | | |
| General government | 80,854 | 334 | 10 | - | - | 10,548 | - | 91,746 |
| Public safety | - | - | - | - | - | 3,832 | - | 3,832 |
| Health | - | 1,376 | - | - | - | 6,021 | - | 7,397 |
| Public housing and welfare | - | 1,255 | - | - | - | 5,695 | - | 6,950 |
| Education | - | 449 | - | - | - | 2,254 | - | 2,703 |
| Economic development | - | - | - | - | 69 | 205,047 | - | 205,116 |
| Intergovernmental | - | 660 | - | - | - | - | - | 660 |
| Capital outlays | - | - | - | - | - | 51,797 | 375,092 | 426,889 |
| Debt service: | | | | | | | | |
| Principal | 336,852 | - | 22,060 | 78,580 | - | 377 | - | 437,492 |
| Interest | 26,020 | - | 54,475 | 210,410 | 5,810 | - | - | 297,092 |
| Other — debt issuance costs | - | - | - | 9,596 | 1,722 | 2,836 | 9,566 | 23,720 |
| Total expenditures | 443,726 | 4,074 | 76,545 | 298,586 | 7,601 | 288,407 | 384,658 | 1,503,597 |
| DEFICIENCY OF REVENUES UNDER EXPENDITURES | (432,525) | (3,621) | (73,172) | (270,525) | (7,599) | (285,417) | (384,658) | (1,457,517) |
| OTHER FINANCING SOURCES (USES): | | | | | | | | |
| Transfers in | 449,541 | - | 72,491 | - | 5,858 | - | 141,054 | 668,944 |
| Transfers out | - | - | - | (259,104) | - | (25,198) | - | (284,302) |
| Payment to refunded bonds escrow agent | - | - | - | (390,343) | (116,376) | - | - | (506,719) |
| Proceeds from long term debt issued | 73,893 | - | - | 886,290 | 131,694 | 333,311 | 877,977 | 1,285,181 |
| Issuance of refunding bonds | - | - | - | - | - | - | - | 1,017,984 |
| Discount on bonds issued | - | - | - | (6,846) | - | (8,463) | - | (15,309) |
| Premium on bonds issued | - | - | - | 1,079 | - | - | - | 1,079 |
| Total other financing sources | 523,434 | - | 72,491 | 231,076 | 21,176 | 299,650 | 1,019,031 | 2,166,858 |
| NET CHANGE IN FUND BALANCES | 90,909 | (3,621) | (681) | (39,449) | 13,577 | 14,233 | 634,373 | 709,341 |
| FUND BALANCES — Beginning of year | 67,692 | 46,684 | 111,578 | 65,591 | 1,664 | 190,543 | 9,304 | 493,056 |
| FUND BALANCES — End of year | $158,601 | $ 43,063 | $110,897 | $ 26,142 | $ 15,241 | $ 204,776 | $ 643,677 | $ 1,202,397 |

See accompanying independent auditors' report.

## NONMAJOR PROPRIETARY FUNDS

Proprietary funds are used to account for operations that are financed and operated in a manner similar to private business enterprises where the intent of the government is that the costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges.

**Disability Insurance** — It was created by Act No. 139 on June 26, 1968. It is used to account for disability benefits to remedy temporarily the loss of income as a result of disability caused by sickness or accident unrelated to the employment.

**Drivers' Insurance** — It was created by Act No. 428 on May 15, 1950. It is used to account for contributions made by the drivers and their employers to provide a social security plan for the benefit of the drivers in Puerto Rico. The plan also includes payment of benefits for health and life insurance.

**Puerto Rico Water Pollution Control Revolving Fund** — It was created by Act No. 44 on June 21, 1988, as amended. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Environmental Quality Board (EQB). Pursuant to such Act, EQB is authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection Agency (EPA) for lending activities.

**Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund** — It was created by Act No. 32 on July 7, 1997. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Department of Health (DOH). Pursuant to such act, DOH, on behalf of the Commonwealth, is authorized to enter into operating and capitalization grant agreements with the EPA for lending activities.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF NET ASSETS — NONMAJOR PROPRIETARY FUNDS**
**JUNE 30, 2012**
**(In thousands)**

| | Business-Type Activities — Nonmajor Enterprise Funds | | | | |
| --- | --- | --- | --- | --- | --- |
| | Disability Insurance | Drivers' Insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| ASSETS | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents in commercial banks | $      32 | $      51 | $      - | $      - | $      83 |
| Cash and cash equivalents in governmental banks | 52,239 | 11,606 | - | - | 63,845 |
| Cash and cash equivalents in commercial banks — restricted | 1,528 | - | - | - | 1,528 |
| Cash and cash equivalents in governmental banks — restricted | - | - | 81,952 | 29,245 | 111,197 |
| Insurance premiums receivables, net | 3,143 | 1,156 | - | - | 4,299 |
| Loans receivable from component unit — restricted | - | - | 14,274 | 4,892 | 19,166 |
| Accrued interest receivable | 90 | - | - | - | 90 |
| Restricted receivables | - | - | 3,048 | 1,523 | 4,571 |
| Other receivables | 256 | - | - | - | 256 |
| Total current assets | 57,288 | 12,813 | 99,274 | 35,660 | 205,035 |
| Noncurrent assets: | | | | | |
| Loans receivable from component unit — restricted | - | - | 290,525 | 140,353 | 430,878 |
| Due from other funds | - | 18,131 | - | - | 18,131 |
| Restricted investments | 34,538 | - | - | - | 34,538 |
| Other restricted assets | - | - | 1,130 | - | 1,130 |
| Total assets | 91,826 | 30,944 | 390,929 | 176,013 | 689,712 |
| LIABILITIES AND NET ASSETS | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 684 | 249 | 1,777 | 290 | 3,000 |
| Due to other funds | 803 | - | - | - | 803 |
| Due to other governmental entities | 20 | 27 | - | - | 47 |
| Deferred revenue | 2,142 | 20 | - | - | 2,162 |
| Compensated absences | 558 | 323 | - | - | 881 |
| Insurance benefits payable | 713 | 120 | - | - | 833 |
| Total current liabilities | 4,920 | 739 | 1,777 | 290 | 7,726 |
| Noncurrent liabilities — | | | | | |
| Compensated absences | 838 | 485 | - | - | 1,323 |
| Total liabilities | 5,758 | 1,224 | 1,777 | 290 | 9,049 |
| NET ASSETS: | | | | | |
| Restricted for payment of insurance benefits | 35,353 | - | - | - | 35,353 |
| Restricted for lending activities | - | - | 389,152 | 175,723 | 564,875 |
| Unrestricted | 50,715 | 29,720 | - | - | 80,435 |
| TOTAL NET ASSETS | $86,068 | $29,720 | $389,152 | $175,723 | $680,663 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF REVENUES, EXPENSES, AND
CHANGES IN NET ASSETS — NONMAJOR PROPRIETARY FUNDS
YEAR ENDED JUNE 30, 2012
(In thousands)**

| | | | Business-Type Activities — Nonmajor Enterprise Funds | | |
| --- | --- | --- | --- | --- | --- |
| | **Disability Insurance** | **Drivers' Insurance** | **Puerto Rico Water Pollution Control Revolving Fund** | **Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund** | **Total** |
| OPERATING REVENUES: | | | | | |
| Insurance premiums | $15,077 | $ 4,444 | $ - | $ - | $ 19,521 |
| Interest | - | - | 5,676 | 2,916 | 8,592 |
| Total operating revenues | 15,077 | 4,444 | 5,676 | 2,916 | 28,113 |
| OPERATING EXPENSES: | | | | | |
| Insurance benefits | 2,957 | 1,080 | - | - | 4,037 |
| General, administrative, and other operating expenses | 10,192 | 4,453 | 1,109 | 865 | 16,619 |
| Total operating expenses | 13,149 | 5,533 | 1,109 | 865 | 20,656 |
| OPERATING INCOME (LOSS) | 1,928 | (1,089) | 4,567 | 2,051 | 7,457 |
| NONOPERATING REVENUES (EXPENSES): | | | | | |
| Contributions from U.S. government | - | - | 45,749 | 11,866 | 57,615 |
| Contributions to component unit | - | - | (6,216) | (7,365) | (13,581) |
| Interest and investment earnings | 1,406 | 37 | - | - | 1,443 |
| Total nonoperating revenues | 1,406 | 37 | 39,533 | 4,501 | 45,477 |
| INCOME (LOSS) BEFORE TRANSFERS | 3,334 | (1,052) | 44,100 | 6,552 | 52,934 |
| TRANSFERS FROM OTHER FUNDS | - | - | 4,855 | 52 | 4,907 |
| TRANSFERS TO OTHER FUNDS | (1,882) | (93) | - | - | (1,975) |
| NET CHANGE IN NET ASSETS | 1,452 | (1,145) | 48,955 | 6,604 | 55,866 |
| NET ASSETS — Beginning of year | 84,616 | 30,865 | 340,197 | 169,119 | 624,797 |
| NET ASSETS — End of year | $86,068 | $29,720 | $389,152 | $175,723 | $680,663 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF CASH FLOWS — NONMAJOR PROPRIETARY FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

|  | | Business-Type Activities — Nonmajor Enterprise Funds | | | |
|---|---|---|---|---|---|
|  | Disability Insurance | Drivers' Insurance | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| CASH FLOWS FROM OPERATING ACTIVITIES: | | | | | |
| Receipts from customers and users | $ 14,846 | $ 4,388 | $ - | $ - | $ 19,234 |
| Other receipts | - | - | | | - |
| Payments to suppliers | (5,004) | (1,258) | (660) | (682) | (7,604) |
| Payments to employees | (5,101) | (3,128) | - | - | (8,229) |
| Payments of insurance benefits | (2,676) | (1,082) | - | - | (3,758) |
| Other payments | (411) | (213) | | - | (624) |
| Net cash provided by (used in) operating activities | 1,654 | (1,293) | (660) | (682) | (981) |
| CASH FLOWS FROM NONCAPITAL FINANCING ACTIVITIES: | | | | | |
| Intergovernmental grants and contributions | - | - | 45,749 | 11,781 | 57,530 |
| Contributions to component unit | - | - | (6,216) | (7,365) | (13,581) |
| Transfers from other funds | - | - | 4,855 | 52 | 4,907 |
| Transfers to other funds | (1,882) | (93) | - | - | (1,975) |
| Net cash provided by (used in) noncapital financing activities | (1,882) | (93) | 44,388 | 4,468 | 46,881 |
| CASH FLOWS FROM INVESTING ACTIVITIES: | | | | | |
| Interest collected on deposits, investments and loans | 1,233 | 204 | 5,410 | 2,873 | 9,720 |
| Loans originated | - | - | (51,337) | (4,318) | (55,655) |
| Principal collected on loans | - | 2,500 | 13,620 | 5,558 | 21,678 |
| Proceeds from sales and maturities of investments | 20,945 | - | - | - | 20,945 |
| Purchases of investments | (20,198) | - | - | - | (20,198) |
| Net cash provided by (used in) investing activities | 1,980 | 2,704 | (32,307) | 4,113 | (23,510) |
| NET INCREASE IN CASH AND CASH EQUIVALENTS | 1,752 | 1,318 | 11,421 | 7,899 | 22,390 |
| CASH AND CASH EQUIVALENTS — Beginning of year | 52,047 | 10,339 | 70,531 | 21,346 | 154,263 |
| CASH AND CASH EQUIVALENTS — End of year | $ 53,799 | $11,657 | $ 81,952 | $29,245 | $176,653 |
| RECONCILIATION OF OPERATING INCOME (LOSS) TO NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES: | | | | | |
| Operating income (loss) | $ 1,928 | $(1,089) | $ 4,567 | $ 2,051 | $ 7,457 |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities: | | | | | |
| Interests earned on deposits, loans and investments | - | - | (5,676) | (2,916) | (8,592) |
| Changes in operating assets and liabilities: | | | | | |
| Increase in accounts receivable | (323) | (58) | - | - | (381) |
| Decrease in other assets | - | - | 393 | - | 393 |
| Increase in accounts payable and accrued liabilities | 27 | 83 | 56 | 183 | 349 |
| Decrease in due to other governmental entities | (458) | (213) | - | - | (671) |
| Increase in deferred revenues | 92 | 2 | - | - | 94 |
| Increase (decrease) in compensated absences | 107 | (15) | - | - | 92 |
| Increase (decrease) in liability for insurance benefits payable | 281 | (3) | - | - | 278 |
| Total adjustments | (274) | (204) | (5,227) | (2,733) | (8,438) |
| NET CASH PROVIDED BY (USED IN) OPERATING ACTIVITIES | $ 1,654 | $(1,293) | $ (660) | $ (682) | $ (981) |

See accompanying independent auditors' report.

## FIDUCIARY FUNDS

Fiduciary funds are used to account for funds held by the Commonwealth in a trustee capacity, or as an agent for individuals, organizations, and other governmental units. Following are the Commonwealth's fiduciary funds:

## Pension Trust Funds

The pension trust funds are used to account for the assets, liabilities, and net assets available for pension benefits held in trust for the public employees of the Commonwealth.

**Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)** — ERS is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 447 on May 15, 1951. ERS is sponsored by the Commonwealth, public corporations, and municipalities of Puerto Rico. Substantially all full-time employees of the Commonwealth and its instrumentalities are covered by ERS.

**Puerto Rico System of Annuities and Pensions for Teachers (TRS)** — TRS is a defined benefit pension plan administered by the Puerto Rico Teachers Retirement System and was created by Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. TRS is sponsored by the Commonwealth. Substantially, all active teachers of the Commonwealth's Department of Education are covered by TRS. Licensed teachers working in private schools or other educational organizations can be members of TRS at their own choice as long as the required employer and employee contributions are satisfied.

**Commonwealth of Puerto Rico Judiciary Retirement System (JRS)** — JRS is a defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 12 on October 19, 1954. JRS provides retirement benefits to the employees of the judiciary branch of the Commonwealth, through the office of the Administration of Court Facilities.

## Agency Fund

Agency fund is used to account for assets held by the Commonwealth as an agent for individuals, private organizations, and other governments. This fund is custodial in nature (assets equal liabilities) and does not involve measurement of the results of operations.

**Special Deposits** — This fund acts in a fiduciary capacity in order to account for moneys received with specified purposes for which the law does not specify its recording in any other fund. It mainly includes deposits under the custody of the courts of justice for alimony payments, escrows, revenue collections and agency accounts for which the Commonwealth act in an agent's capacity.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF FIDUCIARY NET ASSETS — PENSION TRUST FUNDS**
**JUNE 30, 2012**
**(In thousands)**

| | Pension Trust Funds | | | |
|---|---|---|---|---|
| | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Total |
| ASSETS: | | | | |
| Cash and cash equivalents in commercial banks — Unrestricted | $ 309,800 | $ 321,635 | $ 11,543 | $ 642,978 |
| Cash and cash equivalents in governmental banks: | | | | |
| Unrestricted | 172,563 | 16,220 | 745 | 189,528 |
| Restricted | 233,931 | - | - | 233,931 |
| Collateral for securities lending transactions | 54,870 | 20,528 | 1,088 | 76,486 |
| Investments: | | | | |
| Debt and equity securities — at fair value | 2,409,363 | 1,412,695 | 48,730 | 3,870,788 |
| Other | 57,370 | 19,221 | - | 76,591 |
| Receivables — net: | | | | |
| Accounts | 124,672 | - | - | 124,672 |
| Loans and advances | 955,057 | 403,812 | 471 | 1,359,340 |
| Accrued interest and dividends | 13,044 | 7,603 | 255 | 20,902 |
| Other | 100,993 | 73,147 | 27 | 174,167 |
| Capital assets — net | 11,668 | 20,885 | - | 32,553 |
| Other assets | 36,451 | 832 | - | 37,283 |
| Total assets | 4,479,782 | 2,296,578 | 62,859 | 6,839,219 |
| LIABILITIES: | | | | |
| Accounts payable and accrued liabilities | 118,453 | 175,724 | 2,948 | 297,125 |
| Securities lending transactions | 54,870 | 20,528 | 1,088 | 76,486 |
| Interest payable | 13,877 | - | - | 13,877 |
| Other liabilities | 28,457 | 1,110 | 235 | 29,802 |
| Bonds payable | 3,026,593 | - | - | 3,026,593 |
| Total liabilities | 3,242,250 | 197,362 | 4,271 | 3,443,883 |
| NET ASSETS — held in trust for pension benefits | $ 1,237,532 | $ 2,099,216 | $ 58,588 | $ 3,395,336 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF CHANGES IN FIDUCIARY NET ASSETS — PENSION TRUST FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | Pension Trust Funds | | | |
| --- | --- | --- | --- | --- |
| | Employees' Retirement System (ERS) | Teachers' Retirement System (TRS) | Judiciary Retirement System (JRS) | Total |
| ADDITIONS: | | | | |
| Contributions: | | | | |
| Sponsor | $ 388,915 | $ 123,614 | $10,088 | $ 522,617 |
| Participants | 316,178 | 123,249 | 2,943 | 442,370 |
| Special | 192,539 | 53,405 | 537 | 246,481 |
| Total contributions | 897,632 | 300,268 | 13,568 | 1,211,468 |
| Investment income and investment expense: | | | | |
| Interest | 176,892 | 56,306 | 1,361 | 234,559 |
| Dividends | 2,095 | 4,342 | 7 | 6,444 |
| Net change in fair value of investments | 99,012 | (20,134) | 517 | 79,395 |
| Investment expenses | (5,617) | (3,361) | (167) | (9,145) |
| Net investment income | 272,382 | 37,153 | 1,718 | 311,253 |
| Other income | 24,727 | 1,374 | 18 | 26,119 |
| Total additions | 1,194,741 | 338,795 | 15,304 | 1,548,840 |
| DEDUCTIONS: | | | | |
| Pension and other benefits | 1,376,892 | 596,447 | 20,175 | 1,993,514 |
| Refunds of contributions | 52,228 | 5,220 | - | 57,448 |
| General and administrative | 61,163 | 23,775 | 516 | 85,454 |
| Interest on bonds payable | 190,737 | - | - | 190,737 |
| Total deductions | 1,681,020 | 625,442 | 20,691 | 2,327,153 |
| NET CHANGE IN NET ASSETS HELD IN TRUST FOR PENSION BENEFITS | (486,279) | (286,647) | (5,387) | (778,313) |
| NET ASSETS HELD IN TRUST FOR PENSION BENEFITS: | | | | |
| Beginning of year | 1,723,811 | 2,385,863 | 63,975 | 4,173,649 |
| End of year | $1,237,532 | $2,099,216 | $58,588 | $3,395,336 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

**COMBINING STATEMENT OF CHANGES IN ASSETS AND LIABILITIES — AGENCY FUNDS**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

|  | Balance at June 30, 2011 | Additions | Deletions | Balance at June 30, 2012 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| CASH AND CASH EQUIVALENTS IN COMMERCIAL BANKS | $ 697,988 | $ 984 | $ - | $ 698,972 |
| CASH AND CASH EQUIVALENTS IN GOVERNMENTAL BANKS | 661,560 | 3,496,985 | 3,611,614 | 546,931 |
| OTHER RECEIVABLES | 9,393 | 5,252 | 9,393 | 5,252 |
| OTHER INVESTMENTS | 1,270 | - | 1,270 | - |
| TOTAL ASSETS | $ 1,370,211 | $ 3,503,221 | $ 3,622,277 | $ 1,251,155 |
| **LIABILITIES** | | | | |
| ACCOUNTS PAYABLE AND ACCRUED LIABILITIES | $ 1,370,211 | $ 3,503,221 | $ 3,622,277 | $ 1,251,155 |
| TOTAL LIABILITIES | $ 1,370,211 | $ 3,503,221 | $ 3,622,277 | $ 1,251,155 |

See accompanying independent auditors' report.

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**

These entities are presented because the nature and significance of their relationship with the primary government are such that their exclusion would cause the basic financial statements to be misleading. These are discretely presented in a separate column in the basic financial statements due to the nature of the services they provide. The accounting principles followed by each of the component units included herein may vary depending on the type of industries they are involved in (that is, banking, construction, public utilities, and so forth). The detailed information for each of these entities may be obtained directly from the administrative offices of the corresponding entities, as described in Note 1 to the basic financial statements included in the financial section of this report.

## COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Agricultural Enterprises Development Administration | Automobile Accidents Compensation Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Company for the Integral Development of the "Península de Cantera" | Corporation for the "Caño Martín Peña" ENLACE Project |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| CURRENT ASSETS: | | | | | |
| Cash and cash equivalents in commercial banks | $ 30,607 | $ 18,973 | $ 8,925 | $ 1,080 | $ 324 |
| Cash and cash equivalents in governmental banks | 12,453 | - | - | - | - |
| Investments | 300 | 147,125 | - | - | - |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | - | - |
| Investments | - | - | - | - | - |
| Other restricted assets | - | - | - | - | - |
| Collateral from securities lending transactions | - | - | - | - | - |
| Receivables — net: | | | | | |
| Insurance premiums | - | 50 | - | - | - |
| Intergovernmental | - | - | - | - | - |
| Accounts | 5,678 | - | 6,878 | - | - |
| Loans and advances | - | - | - | 9 | - |
| Accrued interest | - | 756 | - | - | - |
| Other governmental entities | 3,945 | 247 | 692 | 383 | 725 |
| Other | 613 | 1,325 | - | 26 | - |
| Due from: | | | | | |
| Primary government | 16,356 | - | 1,391 | 23,192 | - |
| Component units | - | - | - | - | - |
| Inventories | 5,529 | - | 2,599 | - | - |
| Prepaid expenses | 3,849 | - | 1,237 | 50 | 1 |
| Total current assets | 79,330 | 168,476 | 21,722 | 24,740 | 1,050 |
| NONCURRENT ASSETS: | | | | | |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | 2,270 | - | 35 |
| Cash and cash equivalents in governmental banks | - | - | - | - | - |
| Investments | - | - | - | - | - |
| Other restricted assets | - | - | - | 497 | - |
| Investments | - | - | - | - | - |
| Receivables: | | | | | |
| Loans, interest, and other | - | - | - | 5,958 | - |
| Other governmental agencies | - | - | - | - | - |
| Other | - | - | - | - | - |
| Due from: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | - | - | - |
| Deferred expenses and other assets | - | 43 | - | - | - |
| Real estate held for sale or future development | - | - | - | 848 | - |
| Capital assets, not being depreciated | 4,100 | 901 | 103 | 80 | 3,774 |
| Capital assets, depreciable — net | 31,490 | 7,194 | 16,069 | 82 | 1,495 |
| Total noncurrent assets | 35,590 | 8,138 | 18,442 | 7,465 | 5,304 |
| TOTAL ASSETS | 114,920 | 176,614 | 40,164 | 32,205 | 6,354 |

(Continued)

- 261 -

## COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | Culebra Conservation and Development Authority | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Corporation | Farm Insurance Corporation of Puerto Rico |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| CURRENT ASSETS: | | | | | |
| Cash and cash equivalents in commercial banks | $ 1,688 | $ 64 | $ 3,380 | $ 1 | $ 1,547 |
| Cash and cash equivalents in governmental banks | 8,317 | - | 268 | 329 | - |
| Investments | 937 | - | 259,694 | - | - |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | 11 | 1,832 | - | 5,677 |
| Cash and cash equivalents in governmental banks | - | - | - | - | - |
| Investments | - | - | - | - | - |
| Other restricted assets | - | - | - | - | - |
| Collateral from securities lending transactions | - | - | - | - | - |
| Receivables — net: | | | | | |
| Insurance premiums | - | - | - | - | - |
| Intergovernmental | - | - | - | - | - |
| Accounts | 73 | 6 | - | - | - |
| Loans and advances | - | - | 103,578 | - | - |
| Accrued interest | - | - | 9,358 | - | - |
| Other governmental entities | 810 | - | - | 252 | 814 |
| Other | - | - | - | - | - |
| Due from: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | - | - | - |
| Inventories | - | - | - | 207 | - |
| Prepaid expenses | - | - | - | - | 95 |
| Total current assets | 11,825 | 81 | 378,110 | 789 | 8,133 |
| NONCURRENT ASSETS: | | | | | |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | 788 | - |
| Investments | - | - | - | - | - |
| Other restricted assets | - | - | 6,602 | - | - |
| Investments | - | - | 1,049,258 | - | - |
| Receivables: | | | | | |
| Loans, interest, and other | 930 | - | 129,764 | - | - |
| Other governmental agencies | - | - | 66 | - | 9,256 |
| Other | - | - | - | - | - |
| Due from: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | - | - | - |
| Deferred expenses and other assets | - | - | 6,107 | - | - |
| Real estate held for sale or future development | - | - | - | - | - |
| Capital assets, not being depreciated | - | 640 | 2,735 | - | - |
| Capital assets, depreciable — net | - | 318 | 6,448 | 146 | 248 |
| Total noncurrent assets | 930 | 958 | 1,200,980 | 934 | 9,504 |
| TOTAL ASSETS | 12,755 | 1,039 | 1,579,090 | 1,723 | 17,637 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Fine Arts Center Corporation | Governing Board of the 9-1-1- Service | Institute of Puerto Rican Culture | Institutional Trust of the National Guard of Puerto Rico | Land Authority of Puerto Rico |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| CURRENT ASSETS: | | | | | |
| Cash and cash equivalents in commercial banks | $ 4,013 | $ - | $ 1,251 | $ - | $ 1,391 |
| Cash and cash equivalents in governmental banks | - | 18,044 | 118 | 3,521 | 24,906 |
| Investments | - | - | - | - | - |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | 18,879 | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | - | - |
| Investments | - | - | - | - | - |
| Other restricted assets | - | - | - | - | - |
| Collateral from securities lending transactions | - | - | - | - | - |
| Receivables — net: | | | | | |
| Insurance premiums | - | - | - | - | - |
| Intergovernmental | - | - | 32 | - | - |
| Accounts | 49 | 1,931 | 32 | 814 | 14,657 |
| Loans and advances | - | - | - | - | - |
| Accrued interest | - | - | - | 634 | - |
| Other governmental entities | 301 | - | 648 | 155 | 5,340 |
| Other | - | 1,712 | - | - | - |
| Due from: | | | | | |
| Primary government | - | - | - | - | 12,303 |
| Component units | - | - | - | - | 20,051 |
| Inventories | - | 43 | 1,900 | - | - |
| Prepaid expenses | 121 | 4 | - | 9 | 26 |
| Total current assets | 4,484 | 21,734 | 22,860 | 5,133 | 78,674 |
| NONCURRENT ASSETS: | | | | | |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | - |
| Cash and cash equivalents in governmental banks | - | 6,656 | - | - | - |
| Investments | - | 13,496 | - | - | - |
| Other restricted assets | - | - | - | - | - |
| Investments | - | 4,110 | - | 55,687 | - |
| Receivables: | | | | | |
| Loans, interest, and other | - | - | - | - | - |
| Other governmental agencies | - | - | - | - | - |
| Other | - | - | - | 209 | - |
| Due from: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | - | - | - |
| Deferred expenses and other assets | - | - | - | - | 7,847 |
| Real estate held for sale or future development | - | - | - | - | - |
| Capital assets, not being depreciated | 3,472 | 1,980 | 2,100 | 24,040 | 87,956 |
| Capital assets, depreciable — net | 15,433 | 2,269 | 56,724 | 5,091 | 9,386 |
| Total noncurrent assets | 18,905 | 28,511 | 58,824 | 85,027 | 105,189 |
| TOTAL ASSETS | 23,389 | 50,245 | 81,684 | 90,160 | 183,863 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Musical Arts Corporation | National Parks Company of Puerto Rico | Port of the Americas Authority | Public Corporation for the Supervision and Deposit Insurance of PR Cooperatives | Puerto Rico Conservatory of Music Corporation |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| CURRENT ASSETS: | | | | | |
| Cash and cash equivalents in commercial banks | $2,202 | $ 231 | $ - | $ 2,040 | $ 117 |
| Cash and cash equivalents in governmental banks | 567 | 1,141 | 2,486 | - | - |
| Investments | - | - | - | 17,772 | - |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | - |
| Cash and cash equivalents in governmental banks | 408 | - | - | - | - |
| Investments | - | - | - | - | - |
| Other restricted assets | - | - | - | - | - |
| Collateral from securities lending transactions | - | - | - | | - |
| Receivables — net: | | | | - | |
| Insurance premiums | - | - | - | - | - |
| Intergovernmental | - | - | - | - | - |
| Accounts | 42 | 448 | 2 | - | - |
| Loans and advances | - | - | - | - | - |
| Accrued interest | - | - | - | 1,680 | - |
| Other governmental entities | 170 | 174 | - | - | 1,886 |
| Other | - | - | - | 159 | 377 |
| Due from: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | - | - | - |
| Inventories | - | - | - | - | - |
| Prepaid expenses | 32 | 23 | 90 | - | 36 |
| Total current assets | 3,421 | 2,017 | 2,578 | 21,651 | 2,416 |
| NONCURRENT ASSETS: | | | | | |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | 5,576 | - | - | 1,382 |
| Cash and cash equivalents in governmental banks | - | 11,424 | - | - | - |
| Investments | - | - | - | 77,515 | - |
| Other restricted assets | - | - | - | - | - |
| Investments | - | - | - | 111,128 | - |
| Receivables: | | | | | |
| Loans, interest, and other | - | - | - | 3,300 | - |
| Other governmental agencies | - | - | - | - | - |
| Other | - | - | - | - | - |
| Due from: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | - | - | - |
| Deferred expenses and other assets | - | - | - | - | - |
| Real estate held for sale or future development | - | - | - | - | - |
| Capital assets, not being depreciated | 568 | 19,817 | 323,912 | - | 40,335 |
| Capital assets, depreciable — net | 216 | 146,368 | 3 | 2,972 | 43,222 |
| Total noncurrent assets | 784 | 183,185 | 323,915 | 194,915 | 84,939 |
| TOTAL ASSETS | 4,205 | 185,202 | 326,493 | 216,566 | 87,355 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| ASSETS | Puerto Rico Convention Center District Authority | Puerto Rico Council on Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical and Environmental, Control Facilities Financing Authority | Puerto Rico Infrastructure Financing Authority |
|---|---|---|---|---|---|
| CURRENT ASSETS: | | | | | |
| Cash and cash equivalents in commercial banks | $ 14,446 | $ 12 | $ 9,094 | $ - | $ 1,329 |
| Cash and cash equivalents in governmental banks | 1,346 | 2,520 | - | 9,665 | 713 |
| Investments | - | - | - | - | - |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | 110,542 |
| Cash and cash equivalents in governmental banks | 12,800 | 3,017 | - | - | 48,734 |
| Investments | 23,780 | - | 30,814 | - | - |
| Other restricted assets | - | - | - | - | - |
| Collateral from securities lending transactions | - | - | - | - | - |
| Receivables — net: | | | | | |
| Insurance premiums | - | - | - | - | - |
| Intergovernmental | - | - | - | - | - |
| Accounts | 6,784 | - | 24,795 | 1 | 289 |
| Loans and advances | - | - | 576 | - | - |
| Accrued interest | - | - | - | 1 | - |
| Other governmental entities | - | 330 | 1,500 | - | 1,383 |
| Other | - | - | - | - | - |
| Due from: | | | | | |
| Primary government | - | 5,221 | - | - | 8,613 |
| Component units | 11,718 | - | - | - | - |
| Inventories | - | - | - | - | - |
| Prepaid expenses | 1,193 | - | 4,583 | - | 567 |
| Total current assets | 72,067 | 11,100 | 71,362 | 9,667 | 172,170 |
| NONCURRENT ASSETS: | | | | | |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | - |
| Cash and cash equivalents in governmental banks | 4,767 | - | - | - | - |
| Investments | 33,364 | - | 27,182 | - | 260,698 |
| Other restricted assets | - | - | - | - | 66,909 |
| Investments | - | - | 93 | - | - |
| Receivables: | | | | | |
| Loans, interest, and other | 2,066 | - | 142 | - | - |
| Other governmental agencies | - | - | - | - | - |
| Other | 4,717 | - | - | - | - |
| Due from: | | | | | |
| Primary government | - | - | - | - | 179,643 |
| Component units | - | - | - | - | - |
| Deferred expenses and other assets | 13,651 | - | 1,837 | - | 35,250 |
| Real estate held for sale or future development | - | - | - | - | - |
| Capital assets, not being depreciated | 301,086 | - | 241,704 | - | 32,223 |
| Capital assets, depreciable — net | 395,469 | 266 | 444,041 | - | 22,732 |
| Total noncurrent assets | 755,120 | 266 | 714,999 | - | 597,455 |
| TOTAL ASSETS | 827,187 | 11,366 | 786,361 | 9,667 | 769,625 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Puerto Rico Land Administration | Puerto Rico and Municipal Islands Maritime Transport Authority | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority | Puerto Rico Municipal Finance Agency |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| CURRENT ASSETS: | | | | | |
| Cash and cash equivalents in commercial banks | $ 267 | $ 462 | $ 267 | $ 4,024 | $ - |
| Cash and cash equivalents in governmental banks | 31,342 | - | - | 80 | 3,445 |
| Investments | 11,569 | - | - | - | - |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | - | 3,445 |
| Cash and cash equivalents in governmental banks | - | - | - | - | - |
| Investments | - | - | - | - | 237,495 |
| Other restricted assets | - | - | - | - | 25,628 |
| Collateral from securities lending transactions | - | - | - | - | - |
| Receivables — net: | | | | | |
| Insurance premiums | - | - | - | - | - |
| Intergovernmental | - | 137 | - | - | - |
| Accounts | 308 | 134 | 16,979 | - | - |
| Loans and advances | - | - | - | - | - |
| Accrued interest | 542 | - | - | - | - |
| Other governmental entities | 2,182 | 403 | 45,187 | 6,073 | - |
| Other | 502 | - | - | - | - |
| Due from: | | | | | |
| Primary government | - | - | 9,273 | 1,909 | - |
| Component units | 1,306 | - | 7,320 | - | - |
| Inventories | - | 63 | 2,806 | 3,149 | - |
| Prepaid expenses | 67 | 5,365 | 1,197 | 2,052 | 32 |
| Total current assets | 48,085 | 6,564 | 83,029 | 17,287 | 270,045 |
| NONCURRENT ASSETS: | | | | | |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | 733 | - | 7,746 | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | - | - |
| Investments | - | - | - | - | 880,014 |
| Other restricted assets | - | - | - | - | - |
| Investments | - | - | - | - | - |
| Receivables: | | | | | |
| Loans, interest, and other | - | - | - | - | - |
| Other governmental agencies | - | - | - | - | - |
| Other | - | - | - | - | - |
| Due from: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | - | - | - |
| Deferred expenses and other assets | - | - | - | 542 | 10,620 |
| Real estate held for sale or future development | 159,325 | - | - | - | - |
| Capital assets, not being depreciated | 30,523 | 26,194 | 6,872 | 4,303 | - |
| Capital assets, depreciable — net | 9,370 | 34,088 | 47,858 | 47,960 | - |
| Total noncurrent assets | 199,951 | 60,282 | 62,476 | 52,805 | 890,634 |
| TOTAL ASSETS | 248,036 | 66,846 | 145,505 | 70,092 | 1,160,679 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico Public Private Partnerships Authority | Puerto Rico School of Plastic Arts | Solid Waste Authority |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| CURRENT ASSETS: | | | | | |
| Cash and cash equivalents in commercial banks | $   2,185 | $   512 | $ - | $   14 | $   558 |
| Cash and cash equivalents in governmental banks | 3,019 | 5 | 385 | 643 | 2,635 |
| Investments | - | - | - | - | 18,608 |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | - | 1,204 | - | - | - |
| Cash and cash equivalents in governmental banks | - | - | - | - | 15,172 |
| Investments | - | - | - | - | - |
| Other restricted assets | 2,442 | - | - | - | - |
| Collateral from securities lending transactions | - | - | - | - | - |
| Receivables — net: | | | | | |
| Insurance premiums | - | - | - | - | - |
| Intergovernmental | 29,081 | - | - | - | - |
| Accounts | - | 487 | - | 473 | - |
| Loans and advances | - | - | - | - | - |
| Accrued interest | - | - | - | - | - |
| Other governmental entities | - | 375 | - | - | 1,401 |
| Other | - | 682 | - | - | 1,476 |
| Due from: | | | | | |
| Primary government | - | - | 1,529 | - | 3,001 |
| Component units | - | - | - | - | - |
| Inventories | - | - | - | - | - |
| Prepaid expenses | 7,532 | - | 1 | - | 1 |
| Total current assets | 44,259 | 3,265 | 1,915 | 1,130 | 42,852 |
| NONCURRENT ASSETS: | | | | | |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | 23,686 | - | - | - | - |
| Cash and cash equivalents in governmental banks | 9,128 | - | - | - | - |
| Investments | - | - | - | 1,624 | - |
| Other restricted assets | 25,351 | - | - | - | - |
| Investments | - | - | - | - | 500 |
| Receivables: | | | | | |
| Loans, interest, and other | - | - | - | - | - |
| Other governmental agencies | 10,429 | - | - | - | - |
| Other | - | - | - | - | - |
| Due from: | | | | | |
| Primary government | 11,800 | - | - | - | 674 |
| Component units | 32,655 | - | - | - | - |
| Deferred expenses and other assets | 7,764 | 313 | - | - | 169 |
| Real estate held for sale or future development | - | - | - | - | - |
| Capital assets, not being depreciated | 398,397 | 83 | - | - | 29,614 |
| Capital assets, depreciable — net | 741,767 | 15,147 | 1 | 8,052 | 108,544 |
| Total noncurrent assets | 1,260,977 | 15,543 | 1 | 9,676 | 139,501 |
| TOTAL ASSETS | 1,305,236 | 18,808 | 1,916 | 10,806 | 182,353 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Puerto Rico Telephone Authority | Puerto Rico Tourism Company | Puerto Rico Trade and Export Company | Local Redevelopment Authority for Roosevelt Roads Puerto Rico |
|---|---|---|---|---|
| **ASSETS** | | | | |
| CURRENT ASSETS: | | | | |
| Cash and cash equivalents in commercial banks | $    - | $ 14,701 | $  6,405 | $ - |
| Cash and cash equivalents in governmental banks | 7,971 | 10,578 | 7,202 | 468 |
| Investments | - | 7,577 | - | - |
| Restricted assets: | | | | |
|   Cash and cash equivalents in commercial banks | - | - | - | - |
|   Cash and cash equivalents in governmental banks | - | - | - | - |
|   Investments | - | - | - | - |
|   Other restricted assets | - | - | - | - |
| Collateral from securities lending transactions | - | - | - | - |
| Receivables — net: | | | | |
|   Insurance premiums | - | - | - | - |
|   Intergovernmental | - | - | - | - |
|   Accounts | - | 6,750 | 2,185 | 451 |
|   Loans and advances | - | 15 | - | - |
|   Accrued interest | 1 | - | 5,292 | - |
|   Other governmental entities | - | - | - | - |
|   Other | - | 187 | - | - |
| Due from: | | | | - |
|   Primary government | - | 2,441 | - | - |
|   Component units | - | - | - | - |
| Inventories | - | - | - | - |
| Prepaid expenses | - | 261 | 110 | - |
|     Total current assets | 7,972 | 42,510 | 21,194 | 919 |
| NONCURRENT ASSETS: | | | | |
| Restricted assets: | | | | |
|   Cash and cash equivalents in commercial banks | - | - | 4,997 | - |
|   Cash and cash equivalents in governmental banks | 3,892 | - | 1,267 | - |
|   Investments | - | - | 374,892 | - |
|   Other restricted assets | - | - | - | - |
| Investments | - | 51,147 | - | - |
| Receivables: | | | | |
|   Loans, interest, and other | - | 1,500 | - | - |
|   Other governmental agencies | - | - | - | - |
|   Other | - | - | - | - |
| Due from: | | | | |
|   Primary government | - | 1,412 | - | - |
|   Component units | - | - | - | - |
| Deferred expenses and other assets | - | 453 | - | - |
| Real estate held for sale or future development | - | - | - | - |
| Capital assets, not being depreciated | - | 14,152 | 60,279 | 8,045 |
| Capital assets, depreciable — net | - | 20,618 | 54,712 | - |
|     Total noncurrent assets | 3,892 | 89,282 | 496,147 | 8,045 |
| TOTAL ASSETS | 11,864 | 131,792 | 517,341 | 8,964 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Special Communities Perpetual Trust | State Insurance Fund Corporation | University of Puerto Rico Comprehensive Cancer Center | Nonmajor Component Units Totals |
|---|---|---|---|---|
| **ASSETS** | | | | |
| CURRENT ASSETS: | | | | |
| Cash and cash equivalents in commercial banks | $ - | $ 71,142 | $ 1,441 | $ 204,693 |
| Cash and cash equivalents in governmental banks | - | 10,013 | 1,355 | 165,535 |
| Investments | - | 419,658 | - | 883,240 |
| Restricted assets: | | | | |
| Cash and cash equivalents in commercial banks | - | - | - | 141,590 |
| Cash and cash equivalents in governmental banks | 135,303 | - | - | 215,434 |
| Investments | - | - | - | 292,089 |
| Other restricted assets | 151 | - | - | 28,221 |
| Collateral from securities lending transactions | - | 112,060 | - | 112,060 |
| Receivables — net: | | | | |
| Insurance premiums | - | 46,149 | - | 46,199 |
| Intergovernmental | - | - | 674 | 29,924 |
| Accounts | - | - | - | 90,246 |
| Loans and advances | - | - | - | 104,178 |
| Accrued interest | - | 9,649 | - | 27,913 |
| Other governmental entities | 569 | 4,481 | 9,649 | 90,075 |
| Other | - | 14,719 | - | 21,778 |
| Due from: | | | | |
| Primary government | - | - | 1,649 | 86,878 |
| Component units | - | 6,218 | - | 46,613 |
| Inventories | - | 3,225 | - | 19,521 |
| Prepaid expenses | - | 129 | 244 | 28,907 |
| Total current assets | 136,023 | 697,443 | 15,012 | 2,635,094 |
| NONCURRENT ASSETS: | | | | |
| Restricted assets: | | | | |
| Cash and cash equivalents in commercial banks | - | - | 60 | 46,485 |
| Cash and cash equivalents in governmental banks | - | - | 141 | 38,063 |
| Investments | - | 314,600 | - | 1,983,385 |
| Other restricted assets | - | - | - | 99,359 |
| Investments | - | 768,616 | - | 2,040,539 |
| Receivables: | | | | |
| Loans, interest, and other | - | - | - | 143,660 |
| Other governmental agencies | - | - | - | 19,751 |
| Other | - | - | - | 4,926 |
| Due from: | | | | |
| Primary government | - | - | 2,000 | 195,529 |
| Component units | - | - | - | 32,655 |
| Deferred expenses and other assets | - | - | - | 84,596 |
| Real estate held for sale or future development | - | - | - | 160,173 |
| Capital assets, not being depreciated | - | 13,010 | 7,406 | 1,690,404 |
| Capital assets, depreciable — net | - | 93,203 | 22,421 | 2,411,423 |
| Total noncurrent assets | - | 1,189,429 | 32,028 | 8,950,948 |
| TOTAL ASSETS | 136,023 | 1,886,872 | 47,040 | 11,586,042 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Agricultural Enterprises Development Administration | Automobile Accidents Compensation Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Company for the Integral Development of the "Península de Cantera" | Corporation for the "Caño Martín Peña" ENLACE Project |
|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | |
| LIABILITIES: | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 64,841 | 11,260 | 29,027 | 3,843 | 89 |
| Deposits and escrow liabilities | - | - | - | - | - |
| Due to: | | | | | |
| Primary government | - | - | 28,769 | - | - |
| Component units | 13,863 | 1,079 | 15,762 | 23,103 | - |
| Other governmental entities | 3,421 | 586 | 524 | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - |
| Interest payable | - | - | - | - | - |
| Deferred revenue | - | 38,270 | - | - | - |
| Notes payable, current portion | 1,830 | - | - | - | - |
| Bonds payable, current portion | - | - | - | - | - |
| Accrued compensated absences, current portion | 2,340 | 2,941 | 3,370 | 108 | 63 |
| Voluntary termination benefits payable | 2,464 | - | - | - | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | 157,140 | - | - | - |
| Capital leases | - | - | - | - | - |
| Current portion of other long-term liabilities | - | - | - | - | - |
| Total current liabilities | 88,759 | 211,276 | 77,452 | 27,054 | 152 |
| Noncurrent liabilities: | | | | | |
| Due to: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | 97,408 | - | - | - | - |
| Other governmental entities | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - |
| Deferred revenue | - | - | - | - | - |
| Notes payable | - | - | - | - | - |
| Commonwealth appropriation bonds | - | - | - | - | - |
| Bonds payable | - | - | - | - | - |
| Accrued compensated absences | 3,241 | - | - | - | 39 |
| Voluntary termination benefits payable | 23,503 | - | - | - | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Other long-term liabilities | - | - | 5,611 | - | - |
| Total noncurrent liabilities | 124,152 | - | 5,611 | - | 39 |
| Total liabilities | 212,911 | 211,276 | 83,063 | 27,054 | 191 |
| NET ASSETS (DEFICIT): | | | | | |
| Invested in capital assets, net of related debt | 35,591 | 8,095 | 16,172 | 162 | 5,269 |
| Restricted for: | | | | | |
| Trust — nonexpendable | - | - | - | - | - |
| Capital projects | - | - | - | - | - |
| Debt service | - | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - |
| Student loans and other educational purpose | - | - | - | - | - |
| Other specified purposes | - | - | 2,270 | 497 | 35 |
| Unrestricted | (133,582) | (42,757) | (61,341) | 4,492 | 859 |
| TOTAL NET ASSETS (DEFICIT) | $ (97,991) | $ (34,662) | $ (42,899) | $ 5,151 | $ 6,163 |

(Continued)

## COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | Culebra Conservation and Development Authority | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Corporation | Farm Insurance Corporation of Puerto Rico |
|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | |
| **LIABILITIES:** | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 360 | 20 | - | 2,793 | 612 |
| Deposits and escrow liabilities | - | - | 543,614 | 4 | - |
| Due to: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | 471 | - | - |
| Other governmental entities | 271 | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | 104,925 | - | - |
| Interest payable | - | - | 6,901 | - | - |
| Deferred revenue | - | - | - | 788 | 4,255 |
| Notes payable, current portion | - | - | 41,800 | - | - |
| Bonds payable, current portion | - | - | - | - | - |
| Accrued compensated absences, current portion | 232 | 14 | - | 257 | 673 |
| Voluntary termination benefits payable | - | 35 | - | - | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | 1 | - | - | - |
| Current portion of other long-term liabilities | - | - | 3,068 | - | - |
| Total current liabilities | 863 | 70 | 700,779 | 3,842 | 5,540 |
| Noncurrent liabilities: | | | | | |
| Due to: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | 9,422 | - | 4,992 |
| Other governmental entities | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | 19,000 | - | - |
| Deferred revenue | - | - | - | - | - |
| Notes payable | - | - | 684,341 | - | - |
| Commonwealth appropriation bonds | - | - | - | - | - |
| Bonds payable | - | - | - | - | - |
| Accrued compensated absences | - | 45 | 2,123 | - | - |
| Voluntary termination benefits payable | - | 154 | - | - | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | 4 | - | - | - |
| Other long-term liabilities | - | - | 5,912 | - | - |
| Total noncurrent liabilities | - | 203 | 720,798 | - | 4,992 |
| Total liabilities | 863 | 273 | 1,421,577 | 3,842 | 10,532 |
| **NET ASSETS (DEFICIT):** | | | | | |
| Invested in capital assets, net of related debt | - | 953 | (710) | 146 | 248 |
| Restricted for: | | | | | |
| Trust — nonexpendable | - | - | - | - | - |
| Capital projects | - | - | - | - | - |
| Debt service | - | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - |
| Student loans and other educational purpose | - | - | - | - | - |
| Other specified purposes | - | 27 | 13,158 | - | - |
| Unrestricted | 11,892 | (214) | 145,065 | (2,265) | 6,857 |
| TOTAL NET ASSETS (DEFICIT) | $ 11,892 | $ 766 | $ 157,513 | $(2,119) | $ 7,105 |

(Continued)

## COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Fine Arts Center Corporation | Governing Board of the 9-1-1- Service | Institute of Puerto Rican Culture | Institutional Trust of the National Guard of Puerto Rico | Land Authority of Puerto Rico |
|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | |
| LIABILITIES: | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 396 | 1,124 | 3,505 | 1,254 | 19,964 |
| Deposits and escrow liabilities | 319 | - | - | - | 9,363 |
| Due to: | | | | | |
| Primary government | - | 4,508 | - | - | - |
| Component units | - | - | - | - | - |
| Other governmental entities | - | 1,977 | 43 | 34 | 234 |
| Securities lending transactions and reverse | | | | | |
| repurchase agreements | - | - | - | - | - |
| Interest payable | - | - | - | - | 310 |
| Deferred revenue | - | - | - | - | - |
| Notes payable, current portion | - | - | - | - | - |
| Bonds payable, current portion | - | - | - | - | - |
| Accrued compensated absences, current portion | 206 | 555 | 151 | 64 | 1,004 |
| Voluntary termination benefits payable | 141 | 161 | 268 | - | - |
| Liability for automobile accident insurance, | | | | | |
| workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Current portion of other long-term liabilities | - | - | - | - | 2,234 |
| Total current liabilities | 1,062 | 8,325 | 3,967 | 1,352 | 33,109 |
| Noncurrent liabilities: | | | | | |
| Due to: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | - | 2,515 | - | 42,629 |
| Other governmental entities | - | - | 2,434 | - | - |
| Securities lending transactions and reverse | | | | | |
| repurchase agreements | - | - | - | - | - |
| Deferred revenue | - | - | - | - | - |
| Notes payable | - | - | - | - | - |
| Commonwealth appropriation bonds | - | - | - | - | 55,178 |
| Bonds payable | - | - | - | - | - |
| Accrued compensated absences | 508 | 865 | 1,675 | - | 962 |
| Voluntary termination benefits payable | 1,388 | 617 | 2,124 | - | - |
| Liability for automobile accident insurance, | | | | | |
| workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Other long-term liabilities | - | - | - | - | 35,432 |
| Total noncurrent liabilities | 1,896 | 1,482 | 8,748 | - | 134,201 |
| Total liabilities | 2,958 | 9,807 | 12,715 | 1,352 | 167,310 |
| NET ASSETS (DEFICIT): | | | | | |
| Invested in capital assets, net of related debt | 18,338 | 4,250 | 56,309 | 26,530 | 92,342 |
| Restricted for: | | | | | |
| Trust — nonexpendable | - | - | - | - | - |
| Capital projects | - | 10,005 | 8,123 | - | - |
| Debt service | - | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - |
| Student loans and other educational purpose | - | - | - | - | - |
| Other specified purposes | - | 5,750 | 6,216 | - | - |
| Unrestricted | 2,093 | 20,433 | (1,679) | 62,278 | (75,789) |
| TOTAL NET ASSETS (DEFICIT) | $20,431 | $40,438 | $68,969 | $88,808 | $ 16,553 |

(Continued)

- 272 -

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Musical Arts Corporation | National Parks Company of Puerto Rico | Port of the Americas Authority | Public Corporation for the Supervision and Deposit Insurance of PR Cooperatives | Puerto Rico Conservatory of Music Corporation |
|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | |
| LIABILITIES: | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 745 | 1,490 | 16,104 | 28,289 | 2,128 |
| Deposits and escrow liabilities | - | - | - | - | - |
| Due to: | | | | | |
| Primary government | - | 1,930 | - | - | - |
| Component units | - | 8,463 | - | - | 1,411 |
| Other governmental entities | 498 | 7,916 | - | - | 692 |
| Securities lending transactions and reverse | | | | | |
| repurchase agreements | - | - | - | - | - |
| Interest payable | - | 316 | 13,721 | - | - |
| Deferred revenue | 599 | 211 | - | - | 1,095 |
| Notes payable, current portion | - | - | - | - | - |
| Bonds payable, current portion | - | - | - | - | - |
| Accrued compensated absences, current portion | 421 | 248 | 44 | 1,999 | 146 |
| Voluntary termination benefits payable | - | - | - | - | 184 |
| Liability for automobile accident insurance, | | | | | |
| workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Current portion of other long-term liabilities | - | - | - | - | 3,506 |
| Total current liabilities | 2,263 | 20,574 | 29,869 | 30,288 | 9,162 |
| Noncurrent liabilities: | | | | | |
| Due to: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | 12,174 | 219,349 | - | - |
| Other governmental entities | 5,530 | - | - | - | - |
| Securities lending transactions and reverse | | | | | |
| repurchase agreements | - | - | - | - | - |
| Deferred revenue | - | - | - | - | - |
| Notes payable | - | - | - | - | - |
| Commonwealth appropriation bonds | - | - | - | - | - |
| Bonds payable | - | - | - | - | - |
| Accrued compensated absences | 248 | 4,715 | - | - | 706 |
| Voluntary termination benefits payable | 750 | 12,070 | - | 747 | - |
| Liability for automobile accident insurance, | | | | | |
| workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Other long-term liabilities | - | 2,621 | - | - | - |
| Total noncurrent liabilities | 6,528 | 31,580 | 219,349 | 747 | 706 |
| Total liabilities | 8,791 | 52,154 | 249,218 | 31,035 | 9,868 |
| NET ASSETS (DEFICIT): | | | | | |
| Invested in capital assets, net of related debt | 784 | 160,291 | 79,936 | 2,972 | 48,379 |
| Restricted for: | | | | | |
| Trust — nonexpendable | - | - | - | - | - |
| Capital projects | - | 16,652 | - | - | 31,667 |
| Debt service | - | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - |
| Student loans and other educational purpose | - | - | - | - | 1,377 |
| Other specified purposes | 408 | - | - | 77,379 | - |
| Unrestricted | (5,778) | (43,895) | (2,661) | 105,180 | (3,936) |
| TOTAL NET ASSETS (DEFICIT) | $(4,586) | $133,048 | $ 77,275 | $185,531 | $77,487 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Puerto Rico Convention Center District Authority | Puerto Rico Council on Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental, Control Facilities Financing Authority | Puerto Rico Infrastructure Financing Authority |
|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | |
| LIABILITIES: | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 11,409 | 685 | 25,826 | 267 | 237,621 |
| Deposits and escrow liabilities | 2,326 | - | - | - | - |
| Due to: | | | | | |
| Primary government | - | - | 7,634 | - | 6,682 |
| Component units | 4,057 | - | 89,148 | - | 4,595 |
| Other governmental entities | 108 | - | - | - | 7,149 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - |
| Interest payable | 10,435 | - | 5,106 | - | 41,077 |
| Deferred revenue | 3,647 | - | - | - | - |
| Notes payable, current portion | - | - | 6,574 | - | - |
| Bonds payable, current portion | 9,470 | - | 28,570 | - | 37,460 |
| Accrued compensated absences, current portion | 165 | 371 | 5,394 | 12 | 318 |
| Voluntary termination benefits payable | - | 190 | 752 | - | 347 |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Current portion of other long-term liabilities | - | - | 76 | - | - |
| Total current liabilities | 41,617 | 1,246 | 169,080 | 279 | 335,249 |
| Noncurrent liabilities: | | | | | |
| Due to: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | 145,889 | - | - | - | 36,885 |
| Other governmental entities | - | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - |
| Deferred revenue | 2,931 | - | - | - | - |
| Notes payable | - | - | 86,158 | - | - |
| Commonwealth appropriation bonds | - | - | - | - | 3,607 |
| Bonds payable | 436,992 | - | 196,701 | - | 1,912,738 |
| Accrued compensated absences | - | 334 | - | - | - |
| Voluntary termination benefits payable | - | 1,704 | 8,243 | - | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Other long-term liabilities | - | - | 9,973 | - | 7,550 |
| Total noncurrent liabilities | 585,812 | 2,038 | 301,075 | - | 1,960,780 |
| Total liabilities | 627,429 | 3,284 | 470,155 | 279 | 2,296,029 |
| NET ASSETS (DEFICIT): | | | | | |
| Invested in capital assets, net of related debt | 104,204 | 266 | 393,160 | - | (1,212) |
| Restricted for: | | | | | |
| Trust — nonexpendable | - | - | - | - | 256,932 |
| Capital projects | 12,413 | - | - | - | - |
| Debt service | 46,710 | - | 26,080 | - | 116,872 |
| Affordable housing and related loan insurance programs | - | - | - | - | - |
| Student loans and other educational purpose | - | 7,813 | - | - | - |
| Other specified purposes | - | - | - | - | 507 |
| Unrestricted | 36,431 | 3 | (103,034) | 9,388 | (1,899,503) |
| TOTAL NET ASSETS (DEFICIT) | $199,758 | $ 8,082 | $ 316,206 | $9,388 | $(1,526,404) |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Puerto Rico Land Administration | Puerto Rico and Municipal Islands Maritime Transport Authority | Puerto Rico Medical Services Administration | Puerto Rico Metropolitan Bus Authority | Puerto Rico Municipal Finance Agency |
|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | |
| LIABILITIES: | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 2,038 | 13,651 | 17,664 | 11,091 | 556 |
| Deposits and escrow liabilities | - | - | - | - | 62,241 |
| Due to: | | | | | |
| Primary government | - | - | 3,366 | 15,695 | - |
| Component units | - | 3,088 | 19,764 | 5,134 | - |
| Other governmental entities | - | 1,173 | 37,309 | 6,013 | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - |
| Interest payable | - | - | - | 81 | 21,240 |
| Deferred revenue | 1,923 | 7,306 | - | 2,238 | - |
| Notes payable, current portion | - | - | - | 2,711 | - |
| Bonds payable, current portion | - | - | - | - | 93,835 |
| Accrued compensated absences, current portion | 1,059 | 1,239 | 13,696 | 4,344 | - |
| Voluntary termination benefits payable | 266 | 348 | - | 1,344 | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Current portion of other long-term liabilities | - | - | 82 | - | - |
| Total current liabilities | 5,286 | 26,805 | 91,881 | 48,651 | 177,872 |
| Noncurrent liabilities: | | | | | |
| Due to: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | - | 46,797 | 264,390 | - | - |
| Other governmental entities | - | - | 10,344 | - | 3,524 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - |
| Deferred revenue | 4,750 | - | - | - | - |
| Notes payable | - | - | - | 34,337 | - |
| Commonwealth appropriation bonds | - | - | - | - | - |
| Bonds payable | - | - | - | - | 909,697 |
| Accrued compensated absences | - | 211 | - | 1,277 | - |
| Voluntary termination benefits payable | 1,965 | 3,688 | - | 6,764 | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Other long-term liabilities | 33,998 | - | 6,626 | 4,399 | - |
| Total noncurrent liabilities | 40,713 | 50,696 | 281,360 | 46,777 | 913,221 |
| Total liabilities | 45,999 | 77,501 | 373,241 | 95,428 | 1,091,093 |
| NET ASSETS (DEFICIT): | | | | | |
| Invested in capital assets, net of related debt | 9,370 | 56,977 | 54,649 | 52,263 | - |
| Restricted for: | | | | | |
| Trust — nonexpendable | - | - | - | - | - |
| Capital projects | - | - | - | - | - |
| Debt service | - | - | - | - | 128,906 |
| Affordable housing and related loan insurance programs | - | - | - | - | - |
| Student loans and other educational purpose | - | - | - | - | - |
| Other specified purposes | - | - | - | - | - |
| Unrestricted | 192,667 | (67,632) | (282,385) | (77,599) | (59,320) |
| TOTAL NET ASSETS (DEFICIT) | $202,037 | $(10,655) | $(227,736) | $(25,336) | $ 69,586 |

(Continued)

- 275 -

## COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation | Puerto Rico Public Private Partnerships Authority | Puerto Rico School of Plastic Arts | Solid Waste Authority |
|---|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | | |
| LIABILITIES: | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 78,092 | 2,212 | 2,376 | 256 | 4,183 |
| Deposits and escrow liabilities | 1,369 | - | - | - | - |
| Due to: | | | | | |
| Primary government | - | - | - | - | - |
| Component units | 125,947 | - | 6,050 | - | 79,701 |
| Other governmental entities | - | 676 | - | - | 1,299 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - |
| Interest payable | 6,151 | - | - | - | - |
| Deferred revenue | 141 | - | - | - | 4 |
| Notes payable, current portion | 12,712 | - | - | - | - |
| Bonds payable, current portion | 340,000 | - | - | - | - |
| Accrued compensated absences, current portion | - | 973 | 106 | 85 | 292 |
| Voluntary termination benefits payable | 2,205 | 422 | - | 77 | 5,748 |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Current portion of other long-term liabilities | - | - | - | - | - |
| Total current liabilities | 566,617 | 4,283 | 8,532 | 418 | 91,227 |
| Noncurrent liabilities: | | | | | |
| Due to: | | | | | |
| Primary government | 20,006 | - | - | - | - |
| Component units | 52,068 | - | - | - | - |
| Other governmental entities | 16,090 | - | - | - | 4,541 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - | - |
| Deferred revenue | 1,806 | - | - | - | - |
| Notes payable | 80,588 | - | - | - | - |
| Commonwealth appropriation bonds | - | - | - | - | 7,778 |
| Bonds payable | 336,791 | - | - | - | - |
| Accrued compensated absences | - | 1,402 | - | 229 | 372 |
| Voluntary termination benefits payable | 18,706 | 3,542 | - | 518 | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - | - |
| Capital leases | - | - | - | - | - |
| Other long-term liabilities | 5,844 | - | - | - | - |
| Total noncurrent liabilities | 531,899 | 4,944 | - | 747 | 12,691 |
| Total liabilities | 1,098,516 | 9,227 | 8,532 | 1,165 | 103,918 |
| NET ASSETS (DEFICIT): | | | | | |
| Invested in capital assets, net of related debt | 193,496 | 15,229 | 1 | 8,052 | 63,742 |
| Restricted for: | | | | | |
| Trust — nonexpendable | - | - | - | - | - |
| Capital projects | 60,607 | - | - | - | 6,000 |
| Debt service | - | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - | - |
| Student loans and other educational purpose | - | - | - | 1,624 | - |
| Other specified purposes | - | 1,078 | - | - | 125 |
| Unrestricted | (47,383) | (6,726) | (6,617) | (35) | 8,568 |
| TOTAL NET ASSETS (DEFICIT) | $ 206,720 | $ 9,581 | $(6,616) | $ 9,641 | $ 78,435 |

(Continued)

## COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF NET ASSETS (DEFICIT)**
**JUNE 30, 2012**
**(In thousands)**

| | Puerto Rico Telephone Authority | Puerto Rico Tourism Company | Puerto Rico Trade and Export Company | Local Redevelopment Authority Roosevelt Roads Puerto Rico |
|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | |
| LIABILITIES: | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities | 11 | 33,765 | 5,490 | 284 |
| Deposits and escrow liabilities | - | - | - | - |
| Due to: | | | | |
| Primary government | - | 12,546 | - | - |
| Component units | - | 23,943 | 1,429 | - |
| Other governmental entities | - | - | - | - |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - |
| Interest payable | - | 1,338 | 4,932 | - |
| Deferred revenue | - | 7,504 | - | - |
| Notes payable, current portion | - | 11,570 | 493 | - |
| Bonds payable, current portion | - | - | - | - |
| Accrued compensated absences, current portion | - | 487 | 498 | - |
| Voluntary termination benefits payable | - | 487 | 339 | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - |
| Capital leases | - | 101 | 14 | - |
| Current portion of other long-term liabilities | - | - | - | - |
| Total current liabilities | 11 | 91,741 | 13,195 | 284 |
| Noncurrent liabilities: | | | | |
| Due to: | | | | |
| Primary government | - | - | - | - |
| Component units | - | - | - | - |
| Other governmental entities | - | - | - | 7,845 |
| Securities lending transactions and reverse repurchase agreements | - | - | - | - |
| Deferred revenue | - | - | - | - |
| Notes payable | - | - | 390,038 | - |
| Commonwealth appropriation bonds | - | 43,484 | - | - |
| Bonds payable | - | - | - | - |
| Accrued compensated absences | - | 4,774 | 1,371 | - |
| Voluntary termination benefits payable | - | 5,623 | 2,932 | - |
| Liability for automobile accident insurance, workmen compensation and medical claims | - | - | - | - |
| Capital leases | - | 152 | - | - |
| Other long-term liabilities | 7,026 | 303 | 3,114 | - |
| Total noncurrent liabilities | 7,026 | 54,336 | 397,455 | 7,845 |
| Total liabilities | 7,037 | 146,077 | 410,650 | 8,129 |
| NET ASSETS (DEFICIT): | | | | |
| Invested in capital assets, net of related debt | - | 34,517 | 99,339 | - |
| Restricted for: | | | | |
| Trust — nonexpendable | - | - | - | - |
| Capital projects | - | - | - | - |
| Debt service | - | - | - | - |
| Affordable housing and related loan insurance programs | - | - | - | - |
| Student loans and other educational purpose | - | - | - | - |
| Other specified purposes | 3,892 | - | 4,555 | - |
| Unrestricted | 935 | (48,802) | 2,797 | 835 |
| TOTAL NET ASSETS (DEFICIT) | $ 4,827 | $ (14,285) | $106,691 | $ 835 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS
COMBINING STATEMENT OF NET ASSETS (DEFICIT)
JUNE 30, 2012
(In thousands)**

| | Special Communities Perpetual Trust | State Insurance Fund Corporation | University of Puerto Rico Comprehensive Cancer Center | Nonmajor Component Units Totals |
|---|---|---|---|---|
| **LIABILITIES AND NET ASSETS (DEFICIT)** | | | | |
| LIABILITIES: | | | | |
| Current liabilities: | | | | |
| Accounts payable and accrued liabilities | 26,621 | 162,170 | 3,404 | 827,516 |
| Deposits and escrow liabilities | - | - | - | 619,236 |
| Due to: | | | | |
| Primary government | - | - | - | 81,130 |
| Component units | - | - | - | 427,008 |
| Other governmental entities | - | 145 | 10,801 | 80,869 |
| Securities lending transactions and reverse | | | | |
| repurchase agreements | - | 112,060 | - | 216,985 |
| Interest payable | 1,414 | - | - | 113,022 |
| Deferred revenue | - | 24,628 | - | 92,609 |
| Notes payable, current portion | - | 4,489 | - | 82,179 |
| Bonds payable, current portion | - | - | - | 509,335 |
| Accrued compensated absences, current portion | - | 13,756 | - | 57,631 |
| Voluntary termination benefits payable | - | - | - | 15,778 |
| Liability for automobile accident insurance, | | | | |
| workmen compensation and medical claims | - | 188,981 | - | 346,121 |
| Capital leases | - | 624 | 15 | 755 |
| Current portion of other long-term liabilities | - | - | - | 8,966 |
| Total current liabilities | 28,035 | 506,853 | 14,220 | 3,479,140 |
| Noncurrent liabilities: | | | | |
| Due to: | | | | |
| Primary government | - | - | - | 20,006 |
| Component units | 363,639 | - | 19,886 | 1,318,043 |
| Other governmental entities | - | - | - | 50,308 |
| Securities lending transactions and reverse | | | | |
| repurchase agreements | - | - | - | 19,000 |
| Deferred revenue | - | - | - | 9,487 |
| Notes payable | - | 275,162 | - | 1,550,624 |
| Commonwealth appropriation bonds | - | - | - | 110,047 |
| Bonds payable | - | - | - | 3,792,919 |
| Accrued compensated absences | - | 28,854 | - | 53,951 |
| Voluntary termination benefits payable | - | - | - | 95,038 |
| Liability for automobile accident insurance, | | | | |
| workmen compensation and medical claims | - | 631,031 | - | 631,031 |
| Capital leases | - | 29,972 | - | 30,128 |
| Other long-term liabilities | - | 83,635 | - | 212,044 |
| Total noncurrent liabilities | 363,639 | 1,048,654 | 19,886 | 7,892,626 |
| Total liabilities | 391,674 | 1,555,507 | 34,106 | 11,371,766 |
| NET ASSETS (DEFICIT): | | | | |
| Invested in capital assets, net of related debt | - | 37,965 | 9,926 | 1,688,001 |
| Restricted for: | | | | |
| Trust — nonexpendable | - | - | - | 256,932 |
| Capital projects | - | - | 141 | 145,608 |
| Debt service | - | 72,600 | - | 391,168 |
| Affordable housing and related loan insurance programs | 108,278 | - | - | 108,278 |
| Student loans and other educational purpose | - | - | - | 10,814 |
| Other specified purposes | - | - | 60 | 115,957 |
| Unrestricted | (363,929) | 220,800 | 2,807 | (2,502,482) |
| TOTAL NET ASSETS (DEFICIT) | $(255,651) | $ 331,365 | $12,934 | $ 214,276 |

(Concluded)

**COMMONWEALTH OF PUERTO RICO**

**NONMAJOR DISCRETELY PRESENTED COMPONENT UNITS**
**COMBINING STATEMENT OF ACTIVITIES**
**YEAR ENDED JUNE 30, 2012**
**(In thousands)**

| | | Program Revenues | | | | Net Revenues (Expenses) and Changes in Net Assets (Deficit) | General Revenues and Transfers | | | | | | Change in Net Assets (Deficit) | Net Assets (Deficit), Beginning of Year (as Restated) | Net Assets (Deficit), End of Year |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Expenses | Charges for Services | Operating Grants and Contributions | Earnings on Investments | Capital Grants and Contributions | | Payments from (to) Primary Government | Payments from (to) Other Component Units | Grants and Contributions Not Restricted to Specific Programs | Excise Taxes | Interest and Investment Earnings | Other | | | |
| Agricultural Enterprises Development Administration | $ 182,659 | $ 97,925 | $ - | $ - | $ - | $ (84,734) | $ 89,059 | $ - | $ - | $ - | $ 67 | $ 9,600 | $ 13,992 | $ (111,983) | $ (97,991) |
| Automobile Accidents Compensation Administration | 78,403 | 86,570 | - | - | - | 8,167 | - | - | - | - | 4,249 | - | 12,416 | (47,078) | (34,662) |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 92,381 | 83,901 | - | - | - | (8,480) | 7,597 | - | - | - | 155 | - | (728) | (42,171) | (42,899) |
| Company for the Integral Development of the "Península de Cantera" | 9,052 | - | 5,771 | - | - | (3,281) | - | - | 44 | - | 84 | - | (3,153) | 8,304 | 5,151 |
| Corporation for the "Caño Martín Peña" Enlace Project | 4,899 | - | - | - | - | (4,899) | 5,799 | - | - | - | 6 | 1 | 907 | 5,256 | 6,163 |
| Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | 5,906 | 323 | - | - | - | (5,583) | 3,703 | - | - | - | - | 6 | (1,874) | 13,766 | 11,892 |
| Culebra Conservation and Development Authority | 661 | 238 | - | - | - | (423) | 308 | - | - | - | - | - | (115) | 881 | 766 |
| Economic Development Bank for Puerto Rico | 67,457 | 67,545 | - | - | 8,710 | 8,798 | - | - | - | - | 647 | 890 | 10,335 | 147,178 | 157,513 |
| Employment and Training Enterprises Corporation | 4,923 | 4,642 | - | - | - | (281) | - | - | - | - | - | 31 | (250) | (1,869) | (2,119) |
| Farm Insurance Corporation of Puerto Rico | 9,592 | 4,589 | 1,177 | - | - | (3,826) | - | - | - | - | 153 | - | (3,673) | 10,778 | 7,105 |
| Fine Arts Center Corporation | 8,675 | 1,978 | - | - | - | (6,697) | 5,127 | - | - | - | - | - | (1,481) | 21,912 | 20,431 |
| Governing Board of the 9-1-1 Service | 13,652 | 20,461 | - | - | - | 6,809 | (10,600) | - | - | - | 241 | - | (1,895) | 42,333 | 40,438 |
| Institute of Puerto Rican Culture | 27,851 | - | - | - | 947 | (26,904) | 14,856 | - | - | - | - | (3,896) | (15,944) | 84,913 | 68,969 |
| Institutional Trust of the National Guard of Puerto Rico | 7,572 | 5,219 | - | - | - | (2,353) | - | - | - | - | 4,513 | - | 2,160 | 86,648 | 88,808 |
| Land Authority of Puerto Rico | 32,225 | 11,508 | - | - | - | (20,717) | 45,096 | - | - | - | 144 | 228 | 24,751 | (8,198) | 16,553 |
| Musical Arts Corporation | 9,372 | 442 | - | - | - | (8,930) | 7,517 | - | - | - | 202 | 225 | (986) | (3,600) | (4,586) |
| National Parks Company of Puerto Rico | 54,856 | 9,129 | - | - | 243 | (45,484) | 21,857 | - | - | - | 117 | 687 | (22,823) | 155,871 | 133,048 |
| Port of the Americas Authority | 1,273 | - | - | - | - | (1,273) | 17,315 | - | - | - | 2 | - | 16,044 | 61,231 | 77,275 |
| Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives | 17,938 | 21,955 | 3,004 | - | - | 7,021 | - | - | - | - | 9,804 | - | 16,825 | 168,706 | 185,531 |
| Puerto Rico Conservatory of Music Corporation | 15,121 | 2,822 | 947 | - | 24 | (11,328) | 12,278 | - | - | 1,949 | 4 | 76 | 2,979 | 74,508 | 77,487 |
| Puerto Rico Convention Center District Authority | 72,409 | 28,076 | - | - | - | (44,333) | 12,281 | 34,326 | - | - | 307 | - | 2,581 | 197,177 | 199,758 |
| Puerto Rico Council on Education | 32,443 | 525 | 1,903 | - | - | (30,015) | 28,802 | - | - | - | 18 | 60 | (1,135) | 9,217 | 8,082 |
| Puerto Rico Industrial Development Company | 88,505 | 63,118 | - | - | 2,258 | (23,129) | - | - | - | - | 9,924 | 19,098 | 5,893 | 310,313 | 316,206 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | 1,541 | 1,502 | - | - | - | (39) | - | - | - | - | 13,520 | - | 13,481 | (4,093) | 9,388 |
| Puerto Rico Infrastructure Financing Authority | 270,598 | 3,525 | - | 91,710 | - | (175,363) | 211,569 | - | - | - | 313 | - | 36,519 | (1,562,923) | (1,526,404) |
| Puerto Rico Land Administration | 10,228 | 10,495 | - | - | - | 267 | - | - | - | - | 280 | 747 | 1,294 | 200,743 | 202,037 |
| Puerto Rico and Municipal Islands Transport Authority | 44,432 | 4,730 | 1,162 | - | 2,493 | (36,047) | 33,500 | - | - | - | - | - | (2,547) | (8,108) | (10,655) |
| Puerto Rico Medical Services Administration | 193,414 | 122,571 | - | - | - | (70,843) | 23,892 | - | - | - | 1,668 | 11 | (45,272) | (182,464) | (227,736) |
| Puerto Rico Metropolitan Bus Authority | 104,713 | 5,395 | 14,393 | - | 2,178 | (82,747) | 71,741 | - | - | - | 3 | - | (11,003) | (14,333) | (25,336) |
| Puerto Rico Municipal Finance Agency | 50,127 | - | - | - | - | (50,127) | - | - | - | - | 57,086 | 75 | 7,034 | 62,552 | 69,586 |
| Puerto Rico Ports Authority | 243,440 | 176,714 | 20,254 | - | - | (46,472) | 5,139 | - | - | - | 536 | 10,075 | (30,722) | 237,442 | 206,720 |
| Puerto Rico Public Broadcasting Corporation | 27,730 | 3,650 | - | - | - | (24,080) | 16,305 | - | 3,276 | - | 4 | 265 | (4,230) | 13,811 | 9,581 |
| Puerto Rico Public Private Partnerships Authority | 18,852 | 23,511 | - | - | - | 4,659 | - | - | - | - | 1 | - | 4,660 | (11,276) | (6,616) |
| Puerto Rico School of Plastic Arts | 5,936 | 794 | 1,913 | - | - | (3,229) | 2,229 | - | - | - | 151 | - | (849) | 10,490 | 9,641 |
| Solid Waste Authority | 25,270 | 1,266 | - | - | - | (24,004) | 22,100 | - | - | - | 202 | 201 | (1,501) | 79,936 | 78,435 |
| Puerto Rico Telephone Authority | 106 | - | - | - | - | (106) | - | - | - | - | 11 | - | (95) | 4,922 | 4,827 |
| Puerto Rico Tourism Company | 172,633 | 170,052 | - | - | - | (2,581) | 1,319 | (105,217) | - | 58,468 | 523 | - | (47,488) | 33,203 | (14,285) |
| Puerto Rico Trade and Export Company | 40,550 | 16,556 | - | - | - | (23,994) | - | - | - | - | 18,613 | 3,094 | (2,287) | 108,978 | 106,691 |
| Local Redevelopment Authority Roosevelt Road Puerto Rico | 2,324 | 86 | - | - | 1,973 | (265) | 1,100 | - | - | - | - | - | 835 | - | 835 |
| Special Communities Perpetual Trust | 42,505 | - | - | - | - | (42,505) | 29,538 | - | - | - | 754 | 18 | (12,195) | (243,456) | (255,651) |
| State Insurance Fund Corporation | 692,225 | 636,541 | - | - | - | (55,684) | (51,342) | - | - | - | 60,123 | (125) | (47,028) | 378,393 | 331,365 |
| University of Puerto Rico Comprehensive Cancer Center | 9,563 | - | 1,417 | - | - | (8,146) | 7,976 | - | - | - | 2 | - | (168) | 13,102 | 12,934 |
| Total nonmajor component units | $2,794,012 | $1,688,354 | $51,941 | $91,710 | $18,826 | $(943,181) | $636,061 | $ (70,891) | $5,269 | $58,468 | $184,516 | $43,022 | $(86,736) | $ 301,012 | $ 214,250 |

See accompanying independent auditor's report.

# STATISTICAL SECTION

## STATISTICAL SECTION (UNAUDITED)

This part of the Commonwealth of Puerto Rico's comprehensive annual financial report presents detailed information as a context for understanding what the information in the financial statements, note disclosures, and required supplementary information says about the Commonwealth's overall financial health. The following are the categories of the various schedules that are included in this Section:

Contents                                                                                                    Pages

**Financial Trends Information**                                                                 283–287

These schedules contain trend information to help the reader understand how the Commonwealth's financial performance and well-being have changed over time.

**Revenue Capacity Information**                                                               289–290

This schedule contains information to help the reader assess the Commonwealth's most significant local revenue sources.

**Debt Capacity Information**                                                                    292–293

These schedules present information to help the reader assess the affordability of the Commonwealth's current levels of outstanding debt and the Commonwealth's ability to issue additional debt in the future.

**Demographic and Economic Information**                                              295–297

These schedules offer demographic and economic indicators to help the reader understand the environment within which the Commonwealth's financial activities take place.

**Operating Information**                                                                           299

This schedule contains service data to help the reader understand how the information in the Commonwealth's financial report relates to the services the government provides and the activities it performs.

Sources: Unless otherwise noted, the information in these schedules is derived from the comprehensive annual financial reports for the relevant year.

**SCHEDULES OF FINANCIAL TRENDS INFORMATION**

# COMMONWEALTH OF PUERTO RICO

**CHANGES IN NET ASSETS (DEFICIT) (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**ACCRUAL BASIS OF ACCOUNTING**
**(In thousands)**

| | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| **EXPENSES:** | | | | | | | | | | |
| Governmental activities: | | | | | | | | | | |
| General government | $ 3,989,149 | $ 2,880,614 | $ 3,156,646 | $ 2,460,391 | $ 2,592,834 | $ 2,847,596 | $ 2,844,494 | $ 1,827,816 | $ 1,963,879 | $ 2,324,715 |
| Public safety | 2,227,507 | 2,205,782 | 2,228,000 | 2,247,480 | 2,161,265 | 1,983,782 | 2,217,294 | 2,580,951 | 1,950,635 | 1,606,272 |
| Health | 2,926,901 | 3,022,000 | 2,843,744 | 2,858,750 | 2,471,960 | 1,943,582 | 1,422,813 | 2,364,110 | 2,386,735 | 1,903,811 |
| Public housing and welfare | 3,658,873 | 3,937,901 | 3,726,041 | 3,560,871 | 3,194,945 | 3,157,877 | 3,287,559 | 3,443,886 | 2,919,315 | 3,239,366 |
| Education | 4,729,574 | 4,469,337 | 4,543,362 | 5,280,249 | 4,571,722 | 4,748,008 | 4,110,669 | 5,000,686 | 3,684,331 | 3,375,815 |
| Economic development | 785,918 | 517,921 | 292,037 | 779,449 | 471,640 | 554,271 | 564,447 | 1,006,945 | 896,925 | 451,945 |
| Payment of obligations of component units | 458,207 | 6,411 | 196,898 | 136,415 | - | - | - | - | - | - |
| Intergovernmental | 374,127 | 430,941 | 533,939 | 613,033 | 474,023 | 593,264 | 440,390 | - | 591,237 | 466,762 |
| Interest and other | 1,957,885 | 1,807,230 | 1,648,875 | 1,128,918 | 1,086,906 | 863,723 | 882,163 | 845,556 | 778,700 | 671,228 |
| Total governmental activities | 21,108,141 | 19,278,137 | 19,169,542 | 19,065,556 | 17,025,295 | 16,692,103 | 15,769,829 | 17,069,950 | 15,171,757 | 14,039,914 |
| Business-type activities: | | | | | | | | | | |
| Lotteries | 722,620 | 697,746 | 720,992 | 723,287 | 699,005 | 679,274 | 670,425 | 699,407 | 731,344 | 695,888 |
| Unemployment | 486,342 | 635,145 | 820,261 | 467,788 | 269,924 | 192,484 | 207,483 | 197,967 | 142,652 | 343,243 |
| Other | 34,237 | 40,044 | 20,180 | 31,947 | 28,738 | 26,860 | 25,043 | 32,437 | 26,763 | 22,385 |
| Total business-type activities | 1,243,199 | 1,372,935 | 1,561,433 | 1,223,022 | 997,667 | 898,618 | 902,951 | 929,811 | 900,759 | 1,061,516 |
| Total primary government expenses | 22,351,340 | 20,651,072 | 20,730,975 | 20,288,578 | 18,022,962 | 17,590,721 | 16,672,780 | 17,999,761 | 16,072,516 | 15,101,430 |
| **PROGRAM REVENUES:** | | | | | | | | | | |
| Governmental activities: | | | | | | | | | | |
| Charges for services | 560,313 | 632,005 | 600,473 | 758,427 | 664,505 | 757,724 | 828,993 | 702,691 | 769,207 | 757,116 |
| Operating grants and contributions | 6,531,687 | 6,006,310 | 6,536,125 | 5,541,715 | 4,311,592 | 4,773,174 | 4,365,711 | 4,096,204 | 1,038,776 | 3,830,639 |
| Earnings on investments | - | - | - | - | - | - | - | - | - | - |
| Capital grants and contributions | 152,591 | 457,725 | 129,947 | 110,847 | 137,916 | 257,514 | 100,990 | 121,083 | 2,592,055 | 173,644 |
| Total governmental activities | 7,244,591 | 7,096,040 | 7,266,545 | 6,410,989 | 5,114,013 | 5,788,412 | 5,295,694 | 4,919,978 | 4,400,038 | 4,761,399 |
| Business-type activities: | | | | | | | | | | |
| Charges for services | 1,219,769 | 1,192,724 | 1,218,613 | 1,206,080 | 1,161,084 | 1,140,539 | 1,149,426 | 1,187,009 | 1,136,705 | 1,132,285 |
| Operating grants and contributions | 364,219 | 450,689 | 544,393 | 245,770 | 77,803 | 43,480 | 59,613 | 22,315 | 59,728 | 97,033 |
| Total business-type activities | 1,583,988 | 1,643,413 | 1,763,006 | 1,451,850 | 1,238,887 | 1,184,019 | 1,209,039 | 1,209,324 | 1,196,433 | 1,229,318 |
| **NET (EXPENSE) REVENUE:** | | | | | | | | | | |
| Governmental activities | (13,863,550) | (12,182,097) | (11,902,997) | (12,654,567) | (11,911,282) | (10,903,691) | (10,474,135) | (12,149,972) | (10,771,719) | (9,278,515) |
| Business-type activities | 340,789 | 270,478 | 201,573 | 228,828 | 241,220 | 285,401 | 306,088 | 279,513 | 295,674 | 167,802 |
| **TOTAL PRIMARY GOVERNMENT NET EXPENSE** | $ (13,522,761) | $ (11,911,619) | $(11,701,424) | $ (12,425,739) | $(11,670,062) | $(10,618,290) | $(10,168,047) | $(11,870,459) | $ (10,476,045) | $ (9,110,713) |

# COMMONWEALTH OF PUERTO RICO

**CHANGES IN NET ASSETS (DEFICIT) (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**ACCRUAL BASIS OF ACCOUNTING**
**(In thousands)**

| | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| GENERAL REVENUES: | | | | | | | | | | |
| Governmental activities: | | | | | | | | | | |
| Taxes: | | | | | | | | | | |
| Income | $ 4,037,400 | $ 4,726,036 | $ 4,857,035 | $ 5,424,476 | $ 5,493,881 | $ 6,488,211 | $ 6,255,391 | $ 5,526,006 | $ 5,191,080 | $ 4,941,128 |
| Excise | 2,695,543 | 2,106,784 | 1,145,538 | 1,118,283 | 1,318,866 | 1,475,311 | 2,013,998 | 2,101,216 | 1,924,610 | 1,894,729 |
| Sales and use tax | 1,144,659 | 1,129,006 | 1,087,053 | 1,089,073 | 910,609 | 583,639 | - | - | - | - |
| Property taxes | 66,375 | 233,703 | 227,812 | - | - | - | - | - | - | - |
| Other | 84,727 | 83,589 | 98,531 | 103,348 | 11,356 | 4,663 | 15,145 | 7,128 | 19,211 | 3,055 |
| Revenue from global tobacco settlement agreement | 72,491 | 71,097 | 75,584 | 90,073 | 82,608 | 69,604 | 66,796 | 106,521 | 70,420 | 101,849 |
| Unrestricted investment earnings (losses) | (191,479) | 71,144 | (42,682) | 114,699 | 160,926 | 176,674 | 117,080 | 116,686 | 60,585 | 85,565 |
| Revenue from component units | 85,573 | 84,610 | 76,758 | 386,182 | 74,389 | 311,732 | 68,745 | 474,069 | 175,729 | 111,752 |
| Grants and contributions not restricted to specific programs | - | - | 114,739 | 115,176 | 120,006 | 135,916 | 196,721 | 102,691 | 5,706 | 103,423 |
| Special items | - | - | - | 175,102 | 3,749,348 | - | (2,485) | - | (35,646) | (203,514) |
| Gain on sale of assets | - | - | - | - | - | - | 19,588 | - | - | - |
| Transfers | 219,794 | 230,551 | 265,852 | 251,170 | 309,815 | 342,743 | 242,642 | 492,796 | 203,258 | 279,060 |
| Other | 156,966 | 163,184 | 166,517 | 96,696 | 299,631 | 71,187 | 203,525 | 322,185 | 384,719 | 214,381 |
| Total governmental activities | 8,372,049 | 8,899,704 | 8,072,737 | 8,964,278 | 12,531,435 | 9,659,680 | 9,197,146 | 9,249,298 | 7,999,672 | 7,531,428 |
| Business-type activities: | | | | | | | | | | |
| Unrestricted investment earnings | 12,029 | 17,900 | 21,260 | 20,036 | 35,423 | 37,177 | 33,165 | 32,284 | 23,831 | 77,362 |
| Revenue from component units | - | - | - | - | - | - | - | - | - | 1,038 |
| Grants and contributions not restricted to specific programs | - | - | - | - | - | - | - | - | - | - |
| Transfers | (219,794) | (230,551) | (265,852) | (251,170) | (309,815) | (342,743) | (242,642) | (492,796) | (203,258) | (279,060) |
| Total business-type activities | (207,765) | (212,651) | (244,592) | (231,134) | (274,392) | (305,566) | (209,477) | (460,512) | (179,427) | (200,660) |
| Total primary government | 8,164,284 | 8,687,053 | 7,828,145 | 8,733,144 | 12,257,043 | 9,354,114 | 8,987,669 | 8,788,786 | 7,820,245 | 7,330,768 |
| CHANGE IN NET ASSETS: | | | | | | | | | | |
| Governmental activities | (5,491,501) | (3,282,393) | (3,830,260) | (3,690,289) | 620,153 | (1,244,011) | (1,276,989) | (2,900,674) | (2,772,047) | (1,747,087) |
| Business-type activities | 133,024 | 57,827 | (43,019) | (2,306) | (33,172) | (20,165) | 96,611 | (180,999) | 116,247 | (32,858) |
| TOTAL PRIMARY GOVERNMENT | $ (5,358,477) | $ (3,224,566) | $(3,873,279) | $(3,692,595) | $ 586,981 | $(1,264,176) | $(1,180,378) | $(3,081,673) | $(2,655,800) | $(1,779,945) |

# COMMONWEALTH OF PUERTO RICO

**NET ASSETS (DEFICIT) BY COMPONENT (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**ACCRUAL BASIS OF ACCOUNTING**
**(In thousands)**

| | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GOVERNMENTAL ACTIVITIES:** | | | | | | | | | | |
| Invested in capital assets — net of related debt | $ 3,473,838 | $ 3,691,871 | $ 3,866,328 | $ 3,888,495 | $ 3,979,308 | $ 3,635,271 | $ 3,485,882 | $ 3,774,098 | $ 3,133,230 | $ 1,969,864 |
| Restricted | 2,273,099 | 2,067,282 | 2,941,461 | 979,094 | 713,814 | 331,051 | 280,078 | 296,692 | - | 19,749 |
| Unrestricted deficit | (45,747,573) | (40,267,354) | (38,031,328) | (32,053,838) | (22,385,747) | (22,405,216) | (20,975,523) | (19,987,579) | (16,789,576) | (13,942,397) |
| **TOTAL GOVERNMENTAL ACTIVITIES NET DEFICIT** | $ (40,000,636) | $ (34,508,201) | $(31,223,539) | $(27,186,249) | $(17,692,625) | $(18,438,894) | $(17,209,563) | $(15,916,789) | $(13,656,346) | $(11,952,784) |
| **BUSINESS-TYPE ACTIVITIES:** | | | | | | | | | | |
| Invested in capital assets — net of related debt | $ 1,726 | $ 1,660 | $ 1,586 | $ 682 | $ 674 | $ 674 | $ 1,008 | $ 847 | $ 1,672 | $ 1,895 |
| Restricted | 950,753 | 840,241 | 505,906 | 29,209 | 33,803 | 910,479 | 947,507 | 872,215 | 853,194 | 736,947 |
| Unrestricted net assets (deficit) | 10,771 | (11,675) | 289,418 | 810,038 | 689,686 | (153,818) | (171,015) | (202,212) | (3,037) | (3,260) |
| **TOTAL BUSINESS-TYPE ACTIVITIES NET ASSETS** | $ 963,250 | $ 830,226 | $ 796,910 | $ 839,929 | $ 724,163 | $ 757,335 | $ 777,500 | $ 670,850 | $ 851,829 | $ 735,582 |
| **PRIMARY GOVERNMENT:** | | | | | | | | | | |
| Invested in capital assets — net of related debt | $ 3,475,564 | $ 3,693,531 | $ 3,867,914 | $ 3,889,177 | $ 3,979,982 | $ 3,635,945 | $ 3,486,890 | $ 3,774,945 | $ 3,134,902 | $ 1,971,759 |
| Restricted | 3,223,852 | 2,907,523 | 3,447,367 | 1,008,303 | 747,617 | 1,241,530 | 1,227,585 | 1,168,907 | 853,194 | 756,696 |
| Unrestricted deficit | (45,736,802) | (40,279,029) | (37,741,910) | (31,243,800) | (21,696,061) | (22,559,034) | (21,146,538) | (20,189,791) | (16,792,613) | (13,945,657) |
| **TOTAL PRIMARY GOVERNMENT NET DEFICIT** | $ (39,037,386) | $ (33,677,975) | $(30,426,629) | $(26,346,320) | $(16,968,462) | $(17,681,559) | $(16,432,063) | $(15,245,939) | $(12,804,517) | $(11,217,202) |

**COMMONWEALTH OF PUERTO RICO**

**CHANGES IN FUND BALANCES (DEFICIT) OF GOVERNMENTAL FUNDS (UNAUDITED)**
**ALL GOVERNMENTAL FUND TYPES**
**LAST TEN FISCAL YEARS**
**(In thousands)**

| | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | | | | |
| Taxes: | | | | | | | | | | |
| Income | $ 4,068,802 | $ 4,749,942 | $ 5,109,313 | $ 5,191,042 | $ 5,493,881 | $ 6,389,973 | $ 6,181,995 | $ 5,564,673 | $ 5,061,761 | $ 4,874,795 |
| Excise | 2,695,543 | 2,106,784 | 1,145,538 | 1,118,283 | 1,306,416 | 1,475,311 | 2,013,998 | 2,101,216 | 1,924,610 | 1,894,729 |
| Sales and use tax | 1,144,659 | 1,129,006 | 1,094,208 | 1,081,918 | 910,609 | 583,639 | - | - | - | - |
| Property taxes | 66,375 | 241,719 | 227,812 | - | - | - | - | - | - | - |
| Other | 90,514 | 83,589 | 98,530 | 103,348 | 11,356 | 4,663 | 15,145 | 7,128 | 19,211 | 3,055 |
| Charges for services | 624,069 | 632,005 | 600,473 | 758,427 | 664,505 | 757,724 | 828,993 | 702,691 | 750,978 | 780,905 |
| Intergovernmental | 6,778,445 | 6,126,212 | 6,655,543 | 5,767,738 | 4,569,457 | 5,166,604 | 4,663,422 | 4,319,977 | 3,654,766 | 4,107,706 |
| Interest and investment earnings | 28,659 | 28,529 | 56,145 | 114,699 | 160,926 | 176,674 | 117,080 | 116,686 | 58,914 | 85,565 |
| Other | 315,020 | 366,101 | 278,874 | 540,854 | 455,439 | 434,024 | 334,591 | 869,338 | 629,426 | 436,668 |
| Total revenues all governmental fund types | 15,812,086 | 15,463,887 | 15,266,436 | 14,676,309 | 13,572,589 | 14,988,612 | 14,155,224 | 13,681,709 | 12,099,666 | 12,183,423 |
| **EXPENDITURES:** | | | | | | | | | | |
| General government | 2,027,460 | 1,284,878 | 1,830,482 | 1,512,909 | 1,769,498 | 2,537,999 | 2,489,093 | 1,675,428 | 1,777,365 | 1,774,156 |
| Public safety | 2,319,640 | 2,044,398 | 2,207,228 | 2,071,001 | 2,134,919 | 1,864,256 | 2,108,152 | 2,409,668 | 1,765,199 | 1,424,846 |
| Health | 2,950,367 | 2,932,836 | 2,785,439 | 2,762,476 | 2,345,650 | 1,948,201 | 1,429,888 | 2,344,522 | 2,176,741 | 1,908,717 |
| Public housing and welfare | 3,406,021 | 3,736,104 | 3,553,699 | 3,428,546 | 3,098,684 | 3,048,585 | 3,130,373 | 3,320,849 | 2,738,016 | 2,953,189 |
| Education | 4,599,069 | 4,453,332 | 4,584,792 | 5,053,505 | 4,432,880 | 4,400,321 | 4,101,980 | 4,177,664 | 3,474,013 | 3,297,248 |
| Economic development | 783,490 | 460,986 | 249,899 | 688,460 | 415,976 | 533,253 | 516,444 | 706,066 | 868,926 | 428,621 |
| Intergovernmental | 377,427 | 430,171 | 533,762 | 613,033 | 470,395 | 593,247 | 409,727 | - | 528,829 | 465,699 |
| Capital outlays | 558,377 | 452,482 | 293,298 | 352,582 | 429,238 | 512,824 | 502,348 | 665,630 | 581,788 | 1,184,976 |
| Payments of obligations of component units | 458,207 | 6,411 | 196,898 | 136,415 | - | - | - | - | - | - |
| Debt service: | | | | | | | | | | |
| Principal | 1,871,727 | 1,845,785 | 2,009,870 | 482,742 | 2,163,704 | 904,604 | 446,281 | 391,554 | 526,572 | 330,346 |
| Interest and other | 1,683,802 | 1,601,987 | 1,369,445 | 1,094,142 | 1,037,136 | 814,723 | 822,234 | 733,931 | 737,502 | 1,158,749 |
| Total expenditures all governmental fund types | 21,035,587 | 19,249,370 | 19,614,812 | 18,195,811 | 18,298,080 | 17,158,013 | 15,956,520 | 16,425,312 | 15,174,951 | 14,926,547 |
| **OTHER FINANCING SOURCES (USES):** | | | | | | | | | | |
| Transfers in | 4,886,177 | 5,704,579 | 6,296,416 | 9,974,368 | 1,305,040 | 1,165,075 | 1,423,240 | 1,745,992 | 1,034,090 | 1,664,278 |
| Transfers out | (4,666,383) | (5,474,028) | (6,030,564) | (9,723,198) | (995,225) | (822,332) | (1,180,598) | (1,253,216) | (830,832) | (1,385,218) |
| Long-term debt issued | 3,703,223 | 1,684,135 | 4,754,372 | 5,965,925 | 1,921,363 | 1,140,356 | 1,518,355 | 1,619,562 | 3,001,116 | 2,241,190 |
| Discount on bonds issued | (24,474) | (20,253) | (64,011) | (63,715) | (4,060) | - | (323) | (6,078) | (23,061) | (36,204) |
| Capital leases | - | 198 | 427 | 292 | 43,850 | 2,975 | 4,580 | 847 | 2,300 | 58,897 |
| Refunding bonds issued | 4,482,178 | 1,364,475 | 1,163,735 | 237,875 | 2,086,240 | 379,498 | - | - | 2,372,689 | 1,754,686 |
| Sale of capital assets | 1,434 | 4,081 | 2,431 | 158,940 | - | - | - | - | - | - |
| Upfront fee on swap agreements | - | - | - | 35,980 | - | - | - | - | - | - |
| Proceeds from termination of swap agreements | - | - | 12,231 | - | - | - | - | - | - | - |
| Termination fee on swap agreements | (550,855) | (23,854) | (40,849) | (74,671) | - | - | - | - | - | - |
| Payment for refunding of bonds | (2,822,288) | (483,515) | (1,047,297) | (183,000) | - | - | - | - | - | - |
| Bond proceeds — premium | 42,888 | - | 18,045 | 34,842 | - | - | - | - | - | - |
| Special item: payment of debt by COFINA | - | - | - | - | 3,749,348 | - | - | - | - | - |
| Special item: escrow restructuring | - | - | - | - | 175,102 | - | - | - | - | - |
| Payment to refunded bond escrow agent | - | - | - | - | (4,507,828) | - | - | - | (2,316,910) | (1,754,686) |
| Other | - | - | - | - | 106,107 | - | 54,135 | - | - | - |
| Total other financing sources all governmental fund types | 5,051,900 | 2,755,818 | 5,064,936 | 6,538,740 | 3,704,835 | 1,865,572 | 1,819,389 | 2,107,107 | 3,239,392 | 2,542,943 |
| NET CHANGE IN FUND BALANCES (DEFICIT) | $ (171,601) | $(1,029,665) | $ 716,560 | $ 3,019,238 | $(1,020,656) | $ (303,829) | $ 18,093 | $ (636,496) | $ 164,107 | $ (200,181) |

# COMMONWEALTH OF PUERTO RICO

**FUND BALANCE (DEFICIT) OF GOVERNMENTAL FUNDS (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**MODIFIED-ACCRUAL BASIS OF ACCOUNTING**
**(In thousands)**

| | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GENERAL FUND:** | | | | | | | | | | |
| Nonspendable | $ 94,559 | $ 17,747 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Spendable: | | | | | | | | | | |
| Restricted | 181,133 | 551,699 | - | - | - | - | - | - | - | - |
| Committed | 633,659 | 629,591 | - | - | - | - | - | - | - | - |
| Assigned | 22,056 | 14,512 | - | - | - | - | - | - | - | - |
| Unassigned | (2,037,963) | (1,464,609) | - | - | - | - | - | - | - | - |
| Reserved | - | - | 1,252,903 | 1,247,211 | 723,634 | 993,320 | 770,628 | 810,314 | 1,102,232 | 262,758 |
| Unreserved | - | - | (1,800,199) | (2,682,838) | (2,494,519) | (1,504,478) | (1,154,383) | (1,321,585) | (1,468,182) | (342,941) |
| Total General Fund | (1,106,556) | (251,060) | (547,296) | (1,435,627) | (1,770,885) | (511,158) | (383,755) | (511,271) | (365,950) | (80,183) |
| **ALL OTHER GOVERNMENTAL FUNDS:** | | | | | | | | | | |
| Spendable: | | | | | | | | | | |
| Restricted | 2,105,562 | 1,515,583 | - | - | - | - | - | - | - | - |
| Committed | 310,751 | 308,763 | - | - | - | - | - | - | - | - |
| Assigned | 165,742 | 74,752 | - | - | - | - | - | - | - | - |
| Unassigned | 1,608 | - | - | - | - | - | - | - | - | - |
| Reserved | - | - | 2,393,393 | 2,053,409 | 11,667 | 125,756 | 73,346 | 45,546 | 72,455 | 33,047 |
| Unreserved reported in: | | | | | | | | | | |
| Debt service funds | - | - | 482,301 | 668,132 | 127,577 | 131,782 | 143,732 | 156,564 | 119,830 | 168,928 |
| Special revenue funds | - | - | 114,768 | 249,891 | 200,929 | 137,286 | 358,452 | 256,949 | 449,455 | 506,252 |
| Capital project funds | - | - | 233,679 | 424,480 | 520,576 | 223,443 | 219,163 | 437,923 | 744,577 | 228,215 |
| Total all other governmental funds | 2,583,663 | 1,899,098 | 3,224,141 | 3,395,912 | 860,749 | 618,267 | 794,693 | 896,982 | 1,386,317 | 936,442 |
| **TOTAL FUND BALANCE** | $ 1,477,107 | $ 1,648,038 | $ 2,676,845 | $ 1,960,285 | $ (910,136) | $ 107,109 | $ 410,938 | $ 385,711 | $ 1,020,367 | $ 856,259 |

Note: In fiscal year 2011, the fund balance classifications were changed to conform to the requirements of GASB 54.

**SCHEDULE OF REVENUE CAPACITY**

# COMMONWEALTH OF PUERTO RICO

**GENERAL FUND NET REVENUES FOR THE LAST TEN FISCAL YEARS (UNAUDITED)**
**(In thousands)**

| | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| Excises on off-shore shipments rum | $ 302,308 | $ 330,181 | $352,301 | $404,265 | $356,827 | $377,872 | $ 346,272 | $ 341,166 | $ 328,921 | $ 309,958 |
| Custom duties | 7,739 | - | - | 3,269 | 4,846 | 14,504 | 9,553 | 26,731 | 34,266 | 25,918 |
| From noninternal revenues | 310,047 | 330,181 | 352,301 | 407,534 | 361,673 | 392,376 | 355,825 | 367,897 | 363,187 | 335,876 |
| Miscellaneous | 240,857 | 346,580 | 314,754 | 284,436 | 466,742 | 330,064 | 331,803 | 430,534 | 379,501 | 314,857 |
| Transfer from nonbudgeted funds | - | - | - | - | - | - | - | - | - | 123,600 |
| Electronic lottery | 56,163 | 55,690 | 80,006 | 75,213 | 105,298 | 71,815 | 55,212 | 68,011 | 86,115 | 89,443 |
| Traditional lottery | 38,225 | 46,164 | 42,826 | 51,480 | 46,636 | 73,014 | 62,729 | 64,638 | 65,387 | 67,621 |
| Nontax revenues | 335,245 | 448,434 | 437,586 | 411,129 | 618,676 | 474,893 | 449,744 | 563,183 | 531,003 | 595,521 |
| Alcoholic beverages and others | 13,927 | 18,197 | 15,339 | 14,307 | 16,014 | 15,179 | 14,804 | 14,528 | 14,200 | 13,518 |
| Entertainment machines | 236 | 251 | 18,712 | 19,263 | 19,682 | 16,930 | 16,981 | 15,019 | 14,393 | 13,932 |
| Motor vehicles | 62,483 | 62,933 | 61,717 | 62,853 | 51,994 | 65,501 | 59,525 | 55,669 | 55,638 | 58,426 |
| Licenses | 76,646 | 81,381 | 95,768 | 96,423 | 87,690 | 97,610 | 91,310 | 85,216 | 84,231 | 85,876 |
| Others | 4,299 | 3,478 | 1,864 | 5,159 | 7,224 | 20,235 | 25,681 | 29,927 | 24,334 | 20,539 |
| Hotel rooms | - | - | - | - | - | - | - | - | - | 9,056 |
| 5% general excise tax | - | - | - | - | - | 193,949 | 551,723 | 557,323 | 535,381 | 505,709 |
| Crude oil and derived products | - | - | - | - | - | - | - | - | - | 12,925 |
| Slot machines | 25,504 | 24,073 | 23,273 | 23,764 | 23,492 | 23,128 | 23,167 | 85,513 | 76,966 | 90,018 |
| Cement | 1,171 | 1,128 | 1,195 | 1,555 | 2,054 | 2,627 | 2,919 | 3,228 | 3,432 | 3,279 |
| Insurance premiums | 23,382 | 23,785 | 24,089 | 26,816 | 42,060 | 39,052 | 43,055 | 28,324 | 27,217 | 26,771 |
| Horse races | 19,302 | 20,983 | 22,862 | 25,245 | 26,783 | 29,321 | 30,786 | 31,463 | 28,865 | 28,872 |
| Motor vehicle | 386,468 | 364,188 | 350,764 | 310,920 | 366,341 | 396,667 | 533,957 | 606,662 | 551,181 | 499,252 |
| Petroleum products | 3,846 | 4,203 | 4,695 | 4,335 | 8,401 | 6,028 | 5,146 | 5,143 | 4,934 | 5,860 |
| Foráneas (Ley 54) | 1,875,823 | 677,565 | - | - | - | - | - | - | - | - |
| Cigarettes | 172,155 | 201,965 | 182,501 | 129,429 | 119,124 | 132,399 | 135,267 | 146,527 | 144,733 | 149,487 |
| General taxes — total | 2,511,950 | 1,321,368 | 611,243 | 527,223 | 595,479 | 843,406 | 1,351,701 | 1,494,110 | 1,397,043 | 1,351,768 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

**GENERAL FUND NET REVENUES FOR THE LAST TEN FISCAL YEARS (UNAUDITED)**
**(In thousands)**

| | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| Other beverages | $ 22,831 | $ 20,158 | $ 19,081 | $ 19,248 | $ 19,026 | $ 18,932 | $ 18,745 | $ 19,692 | $ 17,428 | $ 17,884 |
| Beer | 217,126 | 209,568 | 211,785 | 203,386 | 198,879 | 207,813 | 219,379 | 221,902 | 217,568 | 223,309 |
| Distilled spirits | 52,657 | 51,237 | 53,930 | 54,767 | 50,189 | 52,283 | 54,056 | 56,641 | 61,306 | 58,389 |
| Alcoholic beverages — total | 292,614 | 280,963 | 284,796 | 277,401 | 268,094 | 279,028 | 292,180 | 298,235 | 296,302 | 299,582 |
| Excise taxes — total | 2,804,564 | 1,602,931 | 896,039 | 804,624 | 863,573 | 1,122,434 | 1,643,881 | 1,792,345 | 1,693,345 | 1,651,350 |
| Sales and use tax | 540,026 | 531,837 | 540,348 | 797,194 | 911,000 | 582,560 | - | - | - | - |
| Inheritance and gift taxes | 5,465 | 3,101 | 3,617 | 5,064 | 6,600 | 4,663 | 9,466 | 7,129 | 15,691 | 2,825 |
| Taxes on dividends to 10% | 35,087 | 26,756 | 29,774 | 48,663 | 59,770 | 138,859 | 66,721 | 80,398 | 70,192 | 49,790 |
| Interest subject to 17% | 6,807 | 6,985 | 9,902 | 11,738 | 13,657 | 12,112 | 11,536 | 10,489 | 10,108 | 11,278 |
| Tollgate tax | 27,678 | 12,607 | 15,034 | 19,372 | 21,610 | 25,083 | 27,396 | 22,973 | 31,579 | 45,321 |
| Withholding to nonresidents | 890,761 | 1,000,428 | 830,352 | 1,081,739 | 1,087,782 | 933,728 | 921,260 | 612,005 | 631,100 | 517,141 |
| Partnerships | 1,333 | 3,249 | 1,688 | 1,839 | 1,942 | 2,960 | 2,787 | 3,245 | 3,005 | 2,101 |
| Corporations | 1,460,354 | 1,677,345 | 1,682,321 | 1,375,596 | 1,565,534 | 2,002,718 | 1,872,458 | 1,870,937 | 1,831,027 | 1,776,985 |
| Individuals | 2,129,434 | 2,187,080 | 2,593,598 | 2,648,261 | 2,759,305 | 3,071,655 | 3,087,748 | 2,885,903 | 2,720,920 | 2,767,678 |
| Income taxes — total | 5,096,945 | 5,449,388 | 5,706,634 | 5,989,466 | 6,427,200 | 6,774,338 | 5,999,372 | 5,493,079 | 5,313,622 | 5,173,119 |
| Property taxes | 44,438 | 246,619 | 227,812 | 1,011 | 219 | 800 | 1,106 | 3,949 | - | - |
| Tax revenues | 8,022,593 | 7,379,701 | 6,926,253 | 6,891,524 | 7,378,682 | 7,995,182 | 7,735,669 | 7,374,589 | 7,091,198 | 6,910,345 |
| From internal revenues | 8,357,838 | 7,828,135 | 7,363,839 | 7,302,653 | 7,997,358 | 8,470,075 | 8,185,413 | 7,937,772 | 7,622,201 | 7,505,866 |
| Total | $8,667,885 | $8,158,316 | $7,716,140 | $7,710,187 | $8,359,031 | $8,862,451 | $8,541,238 | $8,305,669 | $7,985,388 | $7,841,742 |

Note: The net revenues presented above include the actual revenues and the operating transfers-in from other funds presented in the statement of revenues and
 expenditures — budget and actual — budget basis.
Source: Puerto Rico Treasury Department.                                                                (Concluded)

**SCHEDULES OF DEBT CAPACITY INFORMATION**

# COMMONWEALTH OF PUERTO RICO

**LEGAL DEBT MARGIN INFORMATION (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**(In thousands)**

| | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal revenue average for two years | $ 8,092,987 | $7,592,395 | $ 7,333,246 | $ 7,650,006 | $ 8,233,717 | $ 8,327,744 | $ 8,061,593 | $ 7,779,987 | $ 7,564,034 | $ 7,185,660 |
| Legal debt limit — 15% of internal revenue average for two years | 1,213,948 | 1,138,859 | 1,099,987 | 1,147,501 | 1,235,058 | 1,249,162 | 1,209,239 | 1,166,998 | 1,134,605 | 1,077,849 |
| Maximum debt service requirement | 964,416 | 876,205 | 826,812 | 785,298 | 785,298 | 719,927 | 680,742 | 630,685 | 598,547 | 599,611 |
| Additional legal debt service requirement margin | 249,532 | 262,654 | 273,175 | 362,203 | 449,760 | 529,235 | 528,497 | 536,313 | 536,058 | 478,238 |
| Total maximum debt service requirement as a percentage of internal revenue average for two years | 11.92 % | 11.54 % | 11.27 % | 10.27 % | 9.54 % | 8.64 % | 8.44 % | 8.11 % | 7.91 % | 8.34 % |

Legal debt margin calculation for fiscal year 2012:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Internal revenue for the year ended June 30, 2011 | | | | | | $ 7,828,135 | | | | |
| Internal revenue for the year ended June 30, 2012 | | | | | | 8,357,838 | | | | |
| Total internal revenue for the years ended June 30, 2011 and 2012 | | | | | | 16,185,973 | | | | |
| Internal revenue average for the two years | | | | | | 8,092,987 | | | | |
| Legal debt limit — 15% of internal revenue average for the two years | | | | | | 1,213,948 | | | | |
| Maximum debt service requirement | | | | | | 964,416 | | | | |
| Additional legal debt service requirement as a percentage of internal revenue average for two years | | | | | | $   249,532 | | | | |

Sources: Government Development Bank for Puerto Rico, General obligation debt service may not exceed 15% of the average of the internal revenues for the last two fiscal years.

# COMMONWEALTH OF PUERTO RICO

**RATIO OF ANNUAL DEBT SERVICE FOR GENERAL
BONDED DEBT TO TOTAL GENERAL EXPENDITURES (UNAUDITED)
LAST TEN FISCAL YEARS
(In thousands)**

| Fiscal year: | Total Debt Service | Total Governmental Expenditures | Ratio |
|---|---|---|---|
| 2012 | $  745,210 | $21,035,587 | 3.5 % |
| 2011 | 722,456 | 19,249,370 | 3.7 |
| 2010 | 936,971 | 19,614,812 | 4.8 |
| 2009 | 413,967 | 18,195,811 | 2.3 |
| 2008 | 671,917 | 18,298,080 | 3.7 |
| 2007 | 606,800 | 17,158,013 | 3.5 |
| 2006 | 565,137 | 15,849,707 | 3.6 |
| 2005 | 491,394 | 16,425,312 | 3.0 |
| 2004 | 459,336 | 15,174,951 | 3.0 |
| 2003 | 362,136 | 14,926,547 | 2.4 |

**SCHEDULES OF DEMOGRAPHIC AND ECONOMIC INFORMATION**

# COMMONWEALTH OF PUERTO RICO

## DEMOGRAPHIC AND ECONOMIC STATISTICS (UNAUDITED)
## LAST TEN FISCAL YEARS

| | Population * | | Per Capita Income | | Median Age | Life Expectancy (Years) (1) | School Enrollment | Labor Force (in thousands) | Unemployment Rate (%) | | Gross Product (Current Prices $)** | | Real Gross Product (2000 Prices $)** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal year: | | | | | | | | | | | | | | |
| 2012 | 3,667 | (p) | 16,934 | | 37.9 | 79.0 | 588,384 | 1,221 | 15.2 | (p) | 69,462 | (p) | 41,419 | (p) |
| 2011 | 3,694 | (r) | 16,611 | (r) | 37.0 | 77.7 | 620,622 | 1,249 | 16.2 | (r) | 65,567 | (r) | 39,508 | |
| 2010 | 3,722 | (r) | 16,078 | (r) | 36.3 | 77.7 | 671,154 | 1,285 | 16.3 | (r) | 64,295 | (r) | 39,907 | |
| 2009 | 3,740 | (r) | 15,739 | (r) | 36.3 | 77.7 | 649,692 | 1,325 | 13.7 | (r) | 63,618 | (r) | 41,464 | |
| 2008 | 3,761 | (r) | 15,155 | (r) | 37.5 | 77.7 | 685,348 | 1,355 | 11.2 | (r) | 62,703 | (r) | 43,205 | |
| 2007 | 3,783 | (r) | 14,030 | (r) | 37.0 | 77.7 | 710,861 | 1,413 | 10.6 | (r) | 60,643 | (r) | 44,475 | |
| 2006 | 3,805 | (r) | 13,627 | (r) | 36.5 | 77.7 | 731,644 | 1,410 | 11.0 | (r) | 57,584 | (r) | 45,009 | |
| 2005 | 3,821 | (r) | 13,056 | (r) | 36.0 | 77.7 | 714,306 | 1,357 | 10.6 | | 54,862 | (r) | 44,785 | |
| 2004 | 3,827 | (r) | 12,199 | (r) | 35.6 | 77.2 | 764,861 | 1,339 | 11.4 | | 51,827 | (r) | 43,950 | |
| 2003 | 3,826 | (r) | 11,825 | (r) | 35.1 | 77.5 | 746,500 | 1,337 | 12.1 | | 48,492 | (r) | 42,795 | |

Source: Puerto Rico Planning Board, Department of Education, Department of Labor and Human Resources, and General Council
 of Education of the Commonwealth of Puerto Rico. The enrollment in private schools is an estimate.

|    | |
|----|---|
| * | Population as of July 1 (in thousands). |
| ** | Amounts expressed in millions. |
| (1) | Based on most recent study of 2006. |
| (p) | Preliminary figures. |
| (r) | Revised figures. |

# COMMONWEALTH OF PUERTO RICO

**AVERAGE EMPLOYMENT BY SECTOR (UNAUDITED)**
**LAST TEN FISCAL YEARS**
**(In thousands)**

| Sector | 2012 (p) | 2011 (r) | 2010 (r) | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| Agriculture | 17 | 17 | 17 | 18 | 15 | 16 | 22 | 25 | 25 | 24 |
| Manufacturing | 95 | 97 | 101 | 111 | 128 | 137 | 135 | 135 | 134 | 132 |
| Mining | a/ | 1 | a/ | a/ | 1 | a/ | a/ | a/ | a/ | a/ |
| Construction | 50 | 48 | 54 | 70 | 84 | 98 | 88 | 85 | 86 | 81 |
| Trade | 231 | 234 | 237 | 242 | 256 | 262 | 269 | 256 | 249 | 250 |
| Finance, insurance, and real estate | 34 | 39 | 40 | 42 | 42 | 44 | 46 | 42 | 41 | 42 |
| Transportation, communications, and public utilities | 40 | 48 | 57 | 57 | 54 | 54 | 56 | 58 | 53 | 55 |
| Services | 342 | 333 | 319 | 344 | 354 | 363 | 351 | 342 | 335 | 325 |
| Government (1) | 225 | 230 | 250 | 259 | 269 | 290 | 285 | 268 | 264 | 266 |
| Total | 1,034 | 1,047 | 1,075 | 1,143 | 1,203 | 1,264 | 1,252 | 1,211 | 1,187 | 1,175 |

(p) Preliminary figures.
(r)  Revised figures.
a/  Less than 1,000.

# COMMONWEALTH OF PUERTO RICO

**TOURISM INDICATORS (UNAUDITED)**
**LAST TEN FISCAL YEARS**

| | 2012 (p) | 2011 (r) | 2010 (r) | 2009 (r) | 2008 (r) | 2007 (r) | 2006 (r) | 2005 (r) | 2004 (r) | 2003 (r) |
|---|---|---|---|---|---|---|---|---|---|---|
| All hotels and hostelry registration | 3,321,709 | 2,130,325 | 2,030,941 | 1,936,662 | 1,196,890 | 2,044,097 | 2,160,455 | 2,097,606 | 2,008,730 | 1,964,963 |
| Occupancy rates | 67.9 % | 66.2 % | 66.2 % | 63.4 % | 67.6 % | 68.7 % | 67.9 % | 67.7 % | 68.9 % | 64.9 % |
| Number of rooms | 14,211 | 14,335 | 13,392 | 13,392 | 13,255 | 13,403 | 13,439 | 13,336 | 12,766 | 12,854 |
| Visitors' expenditures* | $ 3,193 | $ 3,143 | $ 3,211 | $ 3,176 | $ 3,535 | $ 3,414 | $ 3,369 | $ 3,239 | $ 3,024 | $ 2,677 |

\* Amounts expressed in millions of dollars.
(p) Preliminary figures.
(r) revised figures

Sources: Puerto Rico Tourism Company and Puerto Rico Planning Board.

**SCHEDULE OF OPERATING INFORMATION**

# COMMONWEALTH OF PUERTO RICO

## OPERATING INDICATORS BY FUNCTION (UNAUDITED)
## LAST TEN FISCAL YEARS

| Function | 2012 | 2011 | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|
| Fire protection: | | | | | | | | | | |
| Number of stations | 95 | 94 | 95 | 95 | 95 | 94 | 94 | 94 | 98 | 93 |
| Fire personnel and officers | 1,825 | 1,713 | 1,889 | 2,225 | 2,232 | 2,232 | 2,233 | 2,233 | 1,851 | 1,894 |
| Calls answered | 10,676 | 11,013 | 14,021 | 9,698 | 10,146 | 10,441 | 10,435 | 11,514 | 10,716 | 12,340 |
| Building inspections conducted | 73,301 | 76,407 | 76,246 | 83,626 | 71,006 | 73,478 | 73,360 | 71,610 | 56,093 | 53,750 |
| Police protection: | | | | | | | | | | |
| Number of stations | 192 | 192 | 210 | 193 | 233 | 238 | 238 | 234 | 231 | 228 |
| Police personnel and officers | 17,965 | 18,333 | 18,274 | 18,834 | 19,422 | 19,069 | 20,552 | 20,806 | 21,185 | 21,079 |
| Calls answered | 6,389 | 7,050 | 7,271 | 7,451 | 7,258 | 7,101 | 7,146 | 7,178 | 6,907 | 5,538 |
| Water system: | | | | | | | | | | |
| Customers | 1,307,436 | 1,290,800 | 1,279,757 | 1,265,798 | 1,257,336 | 1,290,497 | 1,285,732 | 1,251,699 | 1,256,981 | 1,238,461 |
| Personnel | 5,076 | 4,919 | 5,001 | 5,617 | 5,839 | 5,830 | 5,544 | 5,459 | 5,442 | 5,580 |
| Water consumption (millions of cubic meters) | 316 | 317 | 325 | 331 | 327 | 350 | 365 | 356 | 359 | 350 |
| Electric distribution system: | | | | | | | | | | |
| Customers | 1,469,541 | 1,475,126 | 1,469,493 | 1,458,636 | 1,449,221 | 1,452,529 | 1,450,227 | 1,438,699 | 1,419,602 | 1,401,301 |
| Personnel | 8,626 | 8,659 | 8,804 | 9,332 | 9,429 | 9,444 | 9,541 | 9,712 | 9,635 | 9,646 |
| Electricity consumption (millions of kilowatt) | 18,112 | 18,501 | 19,235 | 18,516 | 19,602 | 20,672 | 20,620 | 20,507 | 20,260 | 19,887 |
| Electricity production (millions of kilowatt) | 22,192 | 22,631 | 23,580 | 22,651 | 23,935 | 25,082 | 24,870 | 24,500 | 24,100 | 23,717 |
| Education: | | | | | | | | | | |
| Enrollment in public schools (1): | | | | | | | | | | |
| Kindergarten to sixth grade | 231,119 | 246,770 | 264,049 | 262,234 | 276,291 | 293,781 | 306,073 | 323,270 | 321,653 | 326,606 |
| Seventh to ninth grade | 110,568 | 114,658 | 124,343 | 122,506 | 128,641 | 133,171 | 135,166 | 137,717 | 142,305 | 146,896 |
| Tenth to twelfth grade | 92,922 | 97,203 | 104,731 | 103,255 | 108,028 | 117,205 | 122,251 | 118,491 | 116,829 | 118,519 |
| Teachers actively teaching (in public school) | 31,843 | 39,863 | 46,472 | 45,268 | 45,064 | 45,124 | 46,064 | 46,858 | 47,286 | 46,772 |
| Enrollment in private schools: | | | | | | | | | | |
| Kindergarten to sixth grade | 87,034 | 99,975 | 11,614 | 97,004 | 105,724 | 103,442 | 107,358 | 83,548 | 117,622 | 98,719 |
| Seventh to ninth grade | 34,175 | 31,542 | 32,144 | 33,510 | 35,437 | 33,294 | 32,850 | 27,612 | 37,226 | 31,245 |
| Tenth to twelfth grade | 32,566 | 30,474 | 29,773 | 31,183 | 31,227 | 29,968 | 27,946 | 23,668 | 29,226 | 24,515 |
| Enrollment in universities and colleges: | | | | | | | | | | |
| Public | 59,279 | 67,291 | 71,569 | 69,475 | 68,132 | 66,990 | 68,813 | 71,044 | 74,056 | 74,801 |
| Private | 190,732 | 182,901 | 177,803 | 166,143 | 157,306 | 158,412 | 140,734 | 136,650 | 132,735 | 125,041 |

Source: Various agencies and component units of the Commonwealth of Puerto Rico. The enrollment in private schools is an estimate.
(1) The enrollment in public schools for 2007–2008 don't include the special education by grade.



# COMMONWEALTH OF PUERTO RICO

Basic Financial Statements

and Required Supplementary Information

June 30, 2013

(With Independent Auditors' Report Thereon)

# BASIC FINANCIAL STATEMENTS AND REQUIRED SUPPLEMENTARY INFORMATION

### *Fiscal Year Ended June 30, 2013*



## *Commonwealth of Puerto Rico*

### *Honorable Alejandro García Padilla*
### *Governor*

*Prepared by:*

### *Puerto Rico Department of the Treasury*

### *Melba Acosta Febo, CPA, Esq.*
*Secretary of the Treasury*

### *Karolee García Figueroa, CPA, Esq.*

*Under Secretary of the Treasury*

This document is available on the Puerto Rico Department of the Treasury homepage
On the World Wide Web: http://www.hacienda.gobierno.pr

# COMMONWEALTH OF PUERTO RICO

## Table of Contents

|  | Page |
|---|---|
| **Independent Auditors' Report** | 1 – 5 |
| **Management's Discussion and Analysis (Unaudited)** | 6-20 |
| **Basic Financial Statements:** | |
| Government-Wide Financial Statements: | |
| Statement of Net Position | 21-22 |
| Statement of Activities | 23-24 |
| Fund Financial Statements: | |
| Governmental Funds: | |
| Balance Sheet | 25 |
| Reconciliation of the Balance Sheet of Governmental Funds to the Statement of Net Position | 26 |
| Statement of Revenues, Expenditures, and Changes in Fund Balances (Deficit) | 27 |
| Reconciliation of the Statement of Revenues, Expenditures, and Changes in Fund Balances (Deficit) of Governmental Funds to the Statement of Activities | 28 |
| Proprietary Funds: | |
| Statement of Net Position | 29 |
| Statement of Revenues, Expenses, and Changes in Fund Net Position (Deficit) | 30 |
| Statement of Cash Flows | 31-32 |
| Fiduciary Funds: | |
| Statement of Fiduciary Net Position | 33 |
| Statement of Changes in Fiduciary Net Position – Pension Trust Funds | 34 |
| Major Discretely Presented Component Units: | |
| Combining Statement of Net Position | 35-36 |
| Combining Statement of Activities | 37 |
| Notes to Basic Financial Statements | 38-241 |

# COMMONWEALTH OF PUERTO RICO

## Table of Contents

|  | Page |
|---|---|
| **Required Supplementary Information (Unaudited)** | |
| Schedule of Funding Progress – Defined Benefit Pension Plans | 243 |
| Schedule of Funding Progress – Defined Benefit Postemployment Healthcare Plans | 244 |
| Schedule of Employer's Contributions | 245 |
| Schedule of Revenues and Expenditures – Budget and Actual – Budgetary Basis –General Fund | 246 |
| Notes to Required Supplementary Information | 247-250 |
| **Combining and Individual Fund Financial Statements and Schedules** | |
| General Fund: | |
| Supplemental Schedule of Expenditures by Agency – Budget and Actual – Budgetary Basis | 253-255 |
| Nonmajor Governmental Funds: | |
| Combining Balance Sheet | 258 |
| Combining Statement of Revenues, Expenditures, and Changes in Fund Balances | 259 |
| Nonmajor Proprietary Funds: | |
| Combining Statement of Net Position | 261 |
| Combining Statement of Revenues, Expenses, and Changes in Net Position | 262 |
| Combining Statement of Cash Flows | 263 |
| Fiduciary Funds: | |
| Combining Statement of Fiduciary Net Position – Pension Trust Funds | 266 |
| Combining Statement of Changes in Fiduciary Net Position – Pension (and other employee benefit) Trust Funds | 267 |
| Combining Statement of Changes in Assets and Liabilities – Agency Funds | 268 |
| Nonmajor Discretely Presented Component Units: | |
| Combining Statement of Net Position | 270-276 |
| Combining Statement of Activities | 277 |



**KPMG LLP**
American International Plaza
Suite 1100
250 Muñoz Rivera Avenue
San Juan, PR 00918-1819

## Independent Auditors' Report

The Honorable Governor and Legislature
  Commonwealth of Puerto Rico
  San Juan, Puerto Rico

We have audited the accompanying financial statements of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth of Puerto Rico (the Commonwealth), as of and for the year ended June 30, 2013, and the related notes to the financial statements, which collectively comprise the Commonwealth's basic financial statements as listed in the table of contents. These financial statements are the responsibility of the Commonwealth's management. Our responsibility is to express opinions on these financial statements based on our audit.

*Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with U.S. generally accepted accounting principles; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express opinions on these financial statements based on our audit. We did not audit the financial statements of the following entities, funds and activities:

o  *Governmental Activities*

- Puerto Rico Public Housing Administration, which represents 25.65% and 2.47% of the total assets and revenues, respectively, of the General Fund.

- Office for the Administration of the Sales and Acquisition Fund of the Puerto Rico Department of Housing, which represents 0.60% and 0.00% of the total assets and revenues, respectively, of the General Fund.

- Office for the Improvements of Public Schools, which represents 0.90% and 0.00% of the total assets and revenues, respectively, of the General Fund.

- Labor Development Administration, which represents 0.33% and 0.45% of the total assets and revenues, respectively, of the General Fund.

- Public Buildings Authority special revenue, debt service, and capital projects funds, which are nonmajor governmental funds that collectively represent 7.54% and 2.67% of the total assets and revenues, respectively, of the aggregate remaining fund information.

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.



- Puerto Rico Infrastructure Financing Authority special revenue, debt service, and capital projects funds, which are nonmajor governmental funds that collectively represent 5.32% and 1.41% of the total assets and revenues, respectively, of the aggregate remaining fund information.

- The Children's Trust special revenue and debt service funds, which are nonmajor governmental funds that collectively represent 2.09% and 0.20% of the total assets and revenues, respectively, of the aggregate remaining fund information.

- Special Communities Perpetual Trust special revenue and debt service funds, which are nonmajor governmental funds that collectively represent 1.30% and 0.08% of the total assets and revenues, respectively, of the aggregate remaining fund information.

- Puerto Rico Maritime Shipping Authority debt service fund, which is a nonmajor governmental fund that represents 0.10% and 0.00% of the total assets and revenues, respectively, of the aggregate remaining fund information.

These entities collectively represent 15.49% and 2.95% of the total assets and revenues, respectively, of the governmental activities.

o *Business-Type Activities*

- Unemployment Insurance Fund, which is a major enterprise fund.

- Additional Lottery System, representing 81.53% and 50.13% of the assets and revenues, respectively, of the Lotteries Fund, which is a major enterprise fund.

- Puerto Rico Medical Services Administration, which is a major enterprise fund.

- Puerto Rico Water Pollution Control Revolving Fund, which is a major enterprise fund.

- The Governing Board of 9-1-1 Services, which is a nonmajor enterprise fund, representing 0.44% and 1.08% of the total assets and revenues, respectively, of the aggregate remaining fund information.

These entities collectively represent 78.64% and 65.35% of the total assets and revenues, respectively, of the business-type activities.

o *Discretely Presented Component Units*

The discretely presented component units listed in note 1(c) represent 72.28% and 92.09% of the total assets and revenues, respectively, of the aggregate discretely presented component units.

Those financial statements were audited by other auditors, whose reports have been furnished to us, and our opinions, insofar as they relate to the amounts included for the activities, funds, and component units indicated above, are based solely on the reports of the other auditors.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

2



An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinions.

### Opinions

In our opinion, based on our audit and the reports of other auditors, the financial statements referred to above present fairly, in all material respects, the respective financial position of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth, as of June 30, 2013, and the respective changes in financial position and, where applicable, cash flows thereof for the year then ended in accordance with U.S. generally accepted accounting principles.

### Emphasis of Matters

#### Liquidity Risks and Uncertainties

The Commonwealth has a net deficit of $47.2 billion in the governmental activities and a net deficit of $2.0 billion in the General Fund as of June 30, 2013, which has resulted from operating deficits over the last several years. The Commonwealth's high level of debt and the resulting required allocation of revenues to service this debt have contributed to these deficits and have adversely affected its credit ratings. The Commonwealth expects that its ability to finance budget deficits will be severely limited, and, therefore, it will be required to reduce the amount of resources that fund other important governmental programs and services in order to balance its budget.

The combined unfunded actuarial accrued liability and funded ratio for pension benefits of the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS), the Commonwealth of Puerto Rico Judiciary Retirement System (JRS), and the Puerto Rico System of Annuities and Pensions for Teachers (TRS) (the Pension Plans), were $33.7 billion and 7.4%, respectively as of June 30, 2103. In the opinion of management, based on information prepared by consulting actuaries, the net position of the ERS, the JRS, and the TRS will be exhausted by the fiscal years 2015, 2019, and 2020, respectively, if measures are not implemented to reduce the unfunded actuarial accrued liability and increase the funded ratio of the Pension Plans.

The Government Development Bank (GDB), a discretely presented component unit of the Commonwealth, has loans to the Commonwealth and its public entities amounting to approximately $6.9 billion or 48% of the GDB's total assets as of June 30, 2013. These loans are expected to be collected through appropriations from, bond issuances of, and revenues generated by the Commonwealth and its public entities. The GDB's liquidity and financial condition depends on the repayment of loans made to the Commonwealth and its public entities which face significant fiscal and financial challenges in their ability to generate sufficient funds from taxes, charges and/or future bond issuances.



The net deficit of the governmental activities and the General Fund, the combined unfunded actuarial accrued liability and the funded ratio of the Pension Plans, and the significant balances of loans due to the GDB present liquidity risks regarding the Commonwealth's ability to meet its financial obligations and to fund all necessary governmental programs and services. The liquidity risks and management's plans are discussed in notes 2 and 17. Our opinions were not modified as a result of this matter.

*Puerto Rico Public Corporation Debt Enforcement and Recovery Act*

As discussed in note 22 to the financial statements, the Commonwealth enacted the Puerto Rico Public Corporation Debt Enforcement and Recovery Act (the "Debt Enforcement Act"), on June 28, 2014. The Act provides a statutory process for the enforcement and restructuring of the debts and other obligations of certain public corporations experiencing financial distress. As further discussed in note 2, there are various public corporations under financial distress and facing liquidity risk which could seek indebtedness relief under this Act. Such public corporations are reported as discretely presented component units. Our opinions were not modified as a result of this matter.

*Puerto Rico Electric Power Authority (PREPA)*

The accompanying financial statements have been prepared assuming that the Commonwealth and its component units will continue as going concerns. As discussed in note 2 to the financial statements, PREPA, a discretely presented component unit of the Commonwealth has had material recurring operating deficits, currently has a high level of debt and faces large non-discretionary capital expenditure requirements, while facing a decline in demand for electricity. PREPA currently faces heightened liquidity and market access risk as a result of the maturity in July and August 2014 of two short-term lines of credit in an aggregate principal amount of $671 million. PREPA's management is currently negotiating the renewal of these lines of credit with the corresponding commercial banks. PREPA's ability to repay its outstanding lines of credit is limited and its ability to extend, renew or replace these lines of credit is uncertain. This raises substantial doubt about its ability to continue as a going concern. Management's plans in regard to these matters are also described in note 2. The financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinion on the aggregate discretely presented component units is not modified with respect to this matter.

*Adoption of New Accounting Pronouncement*

As discussed in notes 1(cc) and 3 to the financial statements, effective July 1, 2012, the Commonwealth adopted the provisions of Governmental Accounting Standards Board (GASB) Statement No. 61, *The Financial Reporting Entity: Omnibus*. Our opinions were not modified as a result of this matter.

**Other Matters**

*Restatement of Net Position and Fund Balance*

As part of our audit of the 2013 financial statements we also audited the adjustments described in note 3 that were applied to restate net position and fund balance as of July 1, 2012, except for such adjustments related to those entities that were audited by other auditors as described in the Auditors' Responsibility paragraphs. The Commonwealth's previously issued basic financial statements were audited by other auditors. In our opinion, based on our audit and the reports of other auditors, such adjustments are appropriate and have been properly applied.



*Required Supplementary Information*

U.S. generally accepted accounting principles require that the management's discussion and analysis on pages 6 through 20, the schedules of funding progress on pages 243 and 244, the schedule of employer contributions on page 245, and the schedule of revenues and expenditures –budget and actual– budgetary basis - General Fund on page 246, be presented to supplement the basic financial statements. Such information, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States of America, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

*Supplementary and Other Information*

Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the Commonwealth's basic financial statements. The combining and individual fund financial statements and schedules listed in the accompanying table of contents are presented for purposes of additional analysis and are not a required part of the financial statements.

The combining and individual fund financial statements and schedules are the responsibility of management and were derived from and relate directly to the underlying accounting and other records used to prepare the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the basic financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America by us and other auditors. In our opinion, based on our audit, the procedures performed as described above, and the reports of the other auditors, the combining and individual fund financial statements and schedules are fairly stated in all material respects in relation to the financial statements as a whole.

KPMG LLP

June 30, 2014

Stamp No. E125980 of the Puerto Rico
Society of Certified Public Accountants
was affixed to the record copy of this report.

5

## COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2013

Management's discussion and analysis (MD&A) provides a narrative overview and analysis of the financial activities of the Commonwealth of Puerto Rico (the Commonwealth or the Government) for the fiscal year ended June 30, 2013. The MD&A is intended to serve as an introduction to the basic financial statements, which have the following components: (1) government-wide financial statements; (2) fund financial statements; and (3) notes to the financial statements. The MD&A is designed to: (a) assist the reader in focusing on significant financial matters; (b) provide an overview of the Commonwealth's financial activities; (c) identify any material changes from the original budget; and (d) highlight individual fund matters. The following presentation is highly summarized and, in order to gain a thorough understanding of the Commonwealth's financial condition, the following financial statements, notes and required supplementary information should be reviewed in their entirety.

**Overview of the Financial Statements**

The basic financial statements include two kinds of financial statements that present different views of the Commonwealth, the government-wide financial statements and the fund financial statements. These financial statements also include the notes to the basic financial statements that explain information in the financial statements and provide more detail.

**Government-Wide Financial Statements**

The government-wide financial statements provide readers a broad view of the Commonwealth's operations in a manner similar to a private-sector business. The statements provide both short and long-term information about the Commonwealth's financial position, which assists in assessing the Commonwealth's economic condition at the end of the fiscal year. These are prepared using the economic resources measurement focus and the full accrual basis of accounting. This basically means they follow methods that are similar to those used by most businesses. They take into account all revenue and expenses connected with the fiscal year even if cash involved has not been received or paid. The government-wide financial statements include two statements:

- *Statement of Net Position* – This statement presents all of the government's assets, liabilities and deferred outflows and inflows of resources. Net position (deficit) is the difference between (a) assets and deferred outflows of resources, and (b) liabilities and deferred inflows of resources. Over time, increases or decreases in the Commonwealth's net position may serve as a useful indicator of whether the financial position of the Commonwealth is improving or deteriorating.

- *Statement of Activities* – This statement presents information showing how the government's net position (deficit) changed during the most recent fiscal year. All changes in net position (deficit) are reported as soon as the underlying event giving rise to the change occurs, regardless of the timing of related cash flows. Thus, revenue and expenses are reported in this statement for some items that will not result in cash flows until future fiscal periods (such as uncollected taxes and earned but unused vacation leave). This statement also presents a comparison between direct expenses and program revenues for each function of the Commonwealth.

Both of the above financial statements have the following columns:

- *Governmental Activities* – These activities are mostly supported by taxes and intergovernmental revenue (federal grants). Most services normally associated with the Commonwealth government fall into this

6

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2013

category, including general government, education, public housing and welfare, health, public safety and economic development.

- *Business Type Activities* – These activities are normally intended to recover all or a significant portion of their costs through user fees and charges to external users of goods and services. These business type activities of the Commonwealth include the operations of the following major funds: the Unemployment Insurance Trust Fund (administered by the Commonwealth's Employment Security Bureau), the Lotteries Fund, the Puerto Rico Medical Services Administration and the Water Pollution Control Revolving Fund.

- *Component Units* – These are organizations that are legally separated from the Commonwealth, but either the Commonwealth is financially accountable for them or the nature and significance of their relationship with the Commonwealth are such that their exclusion would cause the Commonwealth's financial statements to be misleading or incomplete. The Commonwealth has both blended and discretely presented component units. Blended component units are presented within the primary government activities. Discretely presented component units are presented in a separate column.

The government-wide financial statements can be found immediately following this management's discussion and analysis.

**Fund Financial Statements**

A fund is a grouping of related accounts that is used to maintain control over resources that have been segregated for specific activities or objectives. The Commonwealth uses fund accounting to help ensure and demonstrate compliance with finance related legal requirements. The fund financial statements focus on individual parts of the Commonwealth government, reporting the Commonwealth's operations in more detail than the government-wide financial statements. All of the funds of the Commonwealth can be divided into three categories:

- *Governmental Funds Financial Statements* – Most of the basic services provided by the Commonwealth are financed through governmental funds. Governmental funds are used to account for essentially the same functions reported as governmental activities in the government-wide financial statements. However, unlike the government-wide financial statements, the governmental fund financial statements focus on near-term inflows and outflows of expendable resources. They also focus on the balances of expendable resources available at the end of the fiscal year. Such information may be useful in evaluating the government's near-term financing requirements. This approach is known as the current financial resources measurement focus and the modified accrual basis of accounting. These statements provide a detailed short term view of the Commonwealth's finances that assist in determining whether there will be adequate financial resources available to meet the current needs of the Commonwealth. Because the focus of governmental funds is narrower than that of the government-wide financial statements, it is useful to compare the information presented for governmental funds with similar information presented for the governmental activities in the government-wide financial statements. By doing so, readers may better understand the long-term impact of the government's near term financing decisions. Both the governmental fund balance sheet and the governmental fund statement of revenues, expenditures, and changes in fund balances (deficit) provide a reconciliation to facilitate this comparison between governmental funds and the governmental activities. These reconciliations are presented on the page immediately following each governmental fund financial statement.

## COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2013

The Commonwealth has four major governmental funds. That is, each major fund is presented in a separate column in the governmental funds balance sheet and in the governmental funds statement of revenues, expenditures, and changes in fund balances (deficit). The Commonwealth's four major governmental funds are:

– General Fund

– Debt Service Fund

– COFINA Special Revenue Fund

– COFINA Debt Service Fund

The remaining nonmajor governmental funds are grouped and presented in a single column in the governmental funds financial statements. The basic governmental funds financial statements can be found immediately following the government-wide financial statements.

- *Proprietary Funds Financial Statements* – These funds are used to show activities that operate more like those of commercial enterprises. Because these funds charge fees for services provided to outside customers, including local governments, they are known as enterprise funds. Proprietary funds provide the same type of information as the government-wide financial statements, only in more detail. Like the government-wide financial statements, proprietary fund financial statements use the full accrual basis of accounting. There is no reconciliation needed between the government-wide financial statements for business-type activities and the proprietary fund financial statements. The Commonwealth has four major proprietary funds: (i) the Unemployment Insurance Fund; (ii) the Lotteries Fund, which includes the Lottery of Puerto Rico and the Additional Lottery System; (iii) the Puerto Rico Medical Services Administration; and, (iv) and the Water Pollution Control Revolving Fund. Other nonmajor proprietary funds are grouped and presented in a separate column in the proprietary funds financial statements. The basic proprietary funds financial statements can be found immediately following the governmental fund financial statements.

**Fiduciary Funds Financial Statements**

These funds are used to account for resources held for the benefit of parties outside the Commonwealth government. Fiduciary funds are not reflected in the government-wide financial statements because the resources of these funds are not available to support the Commonwealth's own programs. The accounting used for fiduciary funds is much like that used for proprietary funds. They use the full accrual basis of accounting. The Commonwealth's fiduciary funds are: (i) the pension trust funds (three separate retirement systems for employees, which are fiduciary component units of the Commonwealth); (ii) the defined benefit other postemployment (OPEB) plans (three separate other postemployment plans for employees, which are fiduciary component units of the Commonwealth) and (iii) the agency funds (which account for the assets held for distribution by the Commonwealth as an agent for other governmental units, other organizations or individuals). The basic fiduciary funds financial statements can be found immediately following the proprietary funds financial statements.

**Component Units Financial Statements**

Component units are legally separate entities, for which the Commonwealth has financial accountability, but they have certain independent qualities as well. The government-wide financial statements present information for the component units in a single column on the statement of net position (deficit). Also, some information on the

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2013

statement of net position (deficit) is aggregated for component units. The combining statement of net position and the combining statement of activities provide detail for each major component unit and the nonmajor component units in aggregate. The combining financial statements for major component units can be found immediately following the fiduciary funds financial statements.

**Notes to Basic Financial Statements**

The notes provide additional information that is essential to a full understanding of the data provided in the government-wide and the fund financial statements. The notes to the basic financial statements can be found immediately following the major component units' combining financial statements.

**Required Supplementary Information / Supplementary and Other Information (Unaudited)**

The basic financial statements include a section of required supplementary information and other information immediately following its notes. This section includes information of funding progress and employer contributions for the Commonwealth's three separate retirement systems, including postemployment healthcare benefits, schedule of revenues and expenditures – budget and actual – budgetary basis – General Fund, supplemental schedule of expenditures by agency – budget and actual – budgetary basis – General Fund, and combining schedules for nonmajor governmental funds, nonmajor proprietary funds, fiduciary funds and nonmajor discretely presented component units.

**Government-Wide Financial Analysis**

The following is an analysis of the financial position and changes in financial position of the Commonwealth's governmental and business-type activities. Condensed financial information from the statements of net position as of June 30, 2013 and 2012 is as follows (expressed in thousands):

| | Governmental Activities | | | | Business-Type Activities | | | |
|---|---|---|---|---|---|---|---|---|
| | 2013 | 2012 (as restated) | Change | | 2013 | 2012 (as restated) | Change | |
| Current and other assets | $ 6,157,305 | 7,574,867 | (1,417,562) | -19% | 1,410,662 | 1,389,662 | 21,000 | 2% |
| Capital assets | 8,281,703 | 8,173,596 | 108,107 | 1% | 59,205 | 60,705 | (1,500) | -2% |
| Total assets | 14,439,008 | 15,748,463 | (1,309,455) | -8% | 1,469,867 | 1,450,367 | 19,500 | 1% |
| Deferred outflows of resources | 104,304 | 152,767 | (48,463) | -32% | — | — | — | 0% |
| Other liabilities | 4,892,610 | 4,022,810 | 869,800 | 22% | 111,233 | 96,898 | 14,335 | 15% |
| Long-term liabilities | 56,863,701 | 53,708,572 | 3,155,129 | 6% | 566,366 | 577,146 | (10,780) | -2% |
| Total liabilities | 61,756,311 | 57,731,382 | 4,024,929 | 7% | 677,599 | 674,044 | 3,555 | 1% |
| Net investment in capital assets | 3,749,901 | 3,482,183 | 267,718 | 8% | 58,763 | 60,625 | (1,862) | -3% |
| Restricted | 946,509 | 2,702,239 | (1,755,730) | -65% | 1,011,466 | 966,503 | 44,963 | 5% |
| Unrestricted (deficit) | (51,909,409) | (48,014,574) | (3,894,835) | 8% | (277,961) | (250,805) | (27,156) | 11% |
| Total net position | $ (47,212,999) | (41,830,152) | (5,382,847) | 13% | 792,268 | 776,323 | 15,945 | 2% |

## COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2013

### *Net Position (Deficit)*

Net position may serve over time as a useful indicator of a government's financial position. Total assets plus deferred outflows of resources and total liabilities plus deferred inflows of resources of the governmental activities at June 30, 2013 amounted to approximately $14.5 billion and $61.7 billion, respectively, for a net deficit of approximately $47.2 billion, compared to a net deficit of $41.8 billion at the beginning of the current year.

The deficit in unrestricted net position in governmental activities, which increased by approximately $3.9 billion, exists primarily because the Commonwealth has issued debt for short-term purposes while retaining the long-term obligations, including the net pension obligation. The statement of net position presents outstanding bonds amounting to approximately $35.8 billion and net pension obligation amounting to approximately $13.1 billion. This deficit in unrestricted net position of governmental activities can be expected to continue for as long as the Commonwealth continues to have obligations outstanding for purposes other than the acquisition of governmental capital assets. The deficit also shows the accumulation of years of excessive operating expenses in disparity with actual revenues.

A portion of the Commonwealth's net position reflects its investment in capital assets such as land, buildings, and equipment, less any related debt used to acquire those assets. The Commonwealth uses these capital assets to provide services to its residents.

An additional portion of the Commonwealth's net position represents resources that are subject to external restrictions on how they may be used. Internally imposed designations of resources are not presented as restricted net assets.

During fiscal year 2013, the Commonwealth adopted the provisions of GASB Statement No. 61, *The Financial Reporting Entity: Omnibus*. Pursuant to the adoption of GASB Statement No. 61, certain discretely presented component units were blended with the corresponding fund. The Puerto Rico Infrastructure Financing Authority and Special Communities Perpetual Trust became blended component units within other governmental funds. Blending the aforementioned entities increased net deficit of governmental activities by approximately $1.8 billion (see note 3 for further detail).

The net position in business-type activities increased by approximately $15.9 million (2%) from $776.3 million in 2012 to $792.2 million in 2013. The increase in net position for business-type activities was caused primarily by the unemployment insurance fund, lotteries fund and Puerto Rico Water Pollution Control Revolving Fund revenues and U.S. Government Grants exceeding expenses by approximately $12.8 million, $21.1 million, and $29.1 million, respectively. This was partially offset by decreases in net position reported by the Puerto Rico Medical Services Administration (PRMeSA) fund and other nonmajor proprietary funds. Puerto Rico Medical Services Administration fund expenses exceeded revenues by $41.3 million primarily because the administration derives a substantial portion of its revenues from services rendered to member institutions and provides services to medical indigent population, some of them uninsured, which do not have formal means of repayment. Other nonmajor funds expenses exceeded revenues by $5.8 million.

With the adoption of GASB Statement No. 61, the PRMeSA became a blended component unit within business-type activities, while the presentation of the Governing Board of 9-1-1 Services was corrected and is now presented as a business type activity as opposed to a discretely presented component unit. This change had a

10

## COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2013

negative effect in net position of the business-type activities approximately of $186.9 million (see note 3 for further detail).

Condensed financial information of the statements of activities for the years ended June 30, 2013 and 2012 is as follows (expressed in thousands):

| | Governmental Activities | | | Business-Type Activities | | | |
|---|---|---|---|---|---|---|---|
| | **2013** | **2012** | **Change** | | **2013** | **2012** | **Change** | |
| | | (as restated) | | | | (as restated) | | |
| Revenues: | | | | | | | | |
| Program revenues: | | | | | | | | |
| Charges for services | $ 714,849 | 563,838 | 151,011 | 27% | 1,341,729 | 1,362,801 | (21,072) | -2% |
| Operating grants and contributions | 6,430,520 | 6,530,673 | (100,153) | -2% | 214,193 | 364,219 | (150,026) | -41% |
| Capital grants and contributions | 110,249 | 152,591 | (42,342) | -28% | — | — | — | 0% |
| | 7,255,618 | 7,247,102 | 8,516 | 0% | 1,555,922 | 1,727,020 | (171,098) | -10% |
| General revenues: | | | | | | | | |
| Taxes | 8,244,567 | 8,028,704 | 215,863 | 3% | — | — | — | 0% |
| Revenue from global tobacco settlement agreement | 109,414 | 72,491 | 36,923 | 51% | — | — | — | 0% |
| Revenue from component units | 90,413 | 74,973 | 15,440 | 21% | — | — | — | 0% |
| Other, including loss on investments | 183,606 | 52,461 | 131,145 | 250% | 14,198 | 15,604 | (1,406) | -9% |
| | 8,628,000 | 8,228,629 | 399,371 | 5% | 14,198 | 15,604 | (1,406) | -9% |
| Total revenues | 15,883,618 | 15,475,731 | 407,887 | 3% | 1,570,120 | 1,742,624 | (172,504) | -10% |
| Expenses: | | | | | | | | |
| General government | 3,266,391 | 3,602,639 | (336,248) | -9% | — | — | — | 0% |
| Public safety | 2,664,974 | 2,240,138 | 424,836 | 19% | — | — | — | 0% |
| Health | 3,245,973 | 2,903,009 | 342,964 | 12% | — | — | — | 0% |
| Public housing and welfare | 3,731,627 | 3,674,116 | 57,511 | 2% | — | — | — | 0% |
| Education | 4,891,928 | 5,145,390 | (253,462) | -5% | — | — | — | 0% |
| Economic development | 1,129,467 | 809,961 | 319,506 | 39% | — | — | — | 0% |
| Payment of obligations of component units | — | 458,207 | (458,207) | -100% | — | — | — | 0% |
| Intergovernmental | 483,970 | 374,127 | 109,843 | 29% | — | — | — | 0% |
| Interest and other | 2,099,043 | 1,971,196 | 127,847 | 6% | — | — | — | 0% |
| Lotteries | — | — | — | 0% | 685,130 | 722,620 | (37,490) | -5% |
| Unemployment insurance | — | — | — | 0% | 387,336 | 486,342 | (99,006) | -20% |
| Medical Services Administration | — | — | — | 0% | 200,888 | 193,414 | 7,474 | 4% |
| Water Pollution Control Revolving Fund | — | — | — | 0% | 1,527 | — | 1,527 | 0% |
| Nonmajor proprietary funds | — | — | — | 0% | 32,386 | 47,518 | (15,132) | -32% |
| Total expenses | 21,513,373 | 21,178,783 | 334,590 | 2% | 1,307,267 | 1,449,894 | (142,627) | -10% |
| Increase (decrease) in net position before transfers | (5,629,755) | (5,703,052) | 73,297 | -1% | 262,853 | 292,730 | (29,877) | -10% |
| Transfers | 246,908 | 206,502 | 40,406 | 20% | (246,908) | (206,502) | (40,406) | 20% |
| Change in net position | (5,382,847) | (5,496,550) | 113,703 | -2% | 15,945 | 86,228 | (70,283) | -82% |
| Net position, beginning of year, as rested (note 3) | (41,830,152) | (36,333,602) | (5,496,550) | 15% | 776,323 | 690,095 | 86,228 | 12% |
| Net position, end of year | $ (47,212,999) | (41,830,152) | (5,382,847) | 13% | 792,268 | 776,323 | 15,945 | 2% |

### COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2013

#### *Results of Operation*

The governmental activities net deficit increased by approximately $5.4 billion or 13% from last year's total net deficit, as restated. The increase in net deficit is the result of excessive operating expenses in disparity of operating revenues and the increase in the Commonwealth liabilities such as net pension obligation, legal claims and compensated absences, among others. Approximately 51.11% of the governmental activities' revenue (including transfers) came from taxes, while 40.55% resulted from grants and contributions (primarily federal financial assistance). Charges for services provided represented 4.43% of the total revenue. The governmental activities expenses cover a range of services. The largest expenses were for general government, education, public housing and welfare, health, and public safety, which presented a combined increase of approximately $235.6 million when compared with prior fiscal year. In 2013, governmental activities' expenses exceeded program revenue by approximately $14.3 billion, resulting in the use of approximately $8.6 billion of general revenue and transfers from other funds (mostly taxes).

When compared to prior fiscal year, governmental activities revenues displayed an increase of approximately $407.9 million or 3%. Fiscal stabilization initiatives as well as other economic growth plans aided Governmental activities revenue collections for fiscal year 2013, thus offsetting effects of the economic recession. During fiscal year 2013, the Commonwealth continued its policy of fiscal and budgetary control and economic measures. These measures were instrumental in maintaining the level of governmental activities expenses when comparing fiscal year 2013 with 2012, which showed a slight increase of approximately $334.6 million.

**Revenues and Transfers – Governmental Activities**
Year ended June 30, 2013



## COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2013

### Expenses – Governmental Activities



Business type activities' net position increased by approximately $15.9 million or 2% from last year's total net position, as restated. Approximately 86% of the business type activities total revenue came from charges for services, while 14% resulted from grants and contributions (primarily federal financial assistance). Business type activities expenses cover a range of services. The largest expenses were for lotteries, unemployment insurance and the Puerto Rico Medical Services Administration, which presented a combined decrease of approximately $129.0 million or 9% when compared with prior fiscal year. In 2013, business type activities' program revenues exceeded expenses by approximately $248.6 million, of which approximately $246.9 million were transferred to governmental activities.

**Governmental Funds**

The focus of the Commonwealth's governmental funds is to provide information on near-term inflows, outflows, and balances of expendable resources. Such information is useful in assessing the Commonwealth's financing requirements. In particular, unassigned fund balance may serve as a useful measure of a government's net resources available for spending at the end of the fiscal year. As of the end of fiscal year 2013, the Commonwealth's governmental funds reported combined ending deficit of approximately $391.6 million. In fiscal year 2013, the expenditures exceeded the revenues by approximately $3.6 billion. However, this was offset by other financing sources, net amounting to approximately $1.5 billion in the governmental funds. This year, the excess of expenditures over revenue decreased by approximately $1.6 billion compared with the prior year. Other financing sources decreased by approximately $3.5 billion compared with the prior year.

The General Fund is the chief operating fund of the Commonwealth. At the end of the current fiscal year, the total General Fund balance had a total deficit of approximately $2.0 billion. The fund deficit of the Commonwealth's General Fund increased by approximately $842.8 million as a result of the current fiscal year's change in financial position. This is a 72% increase when compared to the General Fund deficit reported in fiscal year 2012.

13

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2013

The debt service fund is the fund in which the Commonwealth accumulates the resources for the payment of the long-term debt. At end of the fiscal year, the fund balance of the debt service fund decreased by approximately $453.7 million. Bonds and interest payable increased by approximately $77.1 million compared with prior year.

The COFINA special revenue fund is used to account for and report all financial resources of COFINA. At end of the fiscal year, the fund balance of the COFINA special revenue fund decreased by approximately $8.2 million. During the year, COFINA special revenue fund issued approximately $333.3 million of bond's anticipation notes to be transferred to the General Fund.

The COFINA debt service fund is used to account for the Commonwealth sales tax revenue being deposited in the Dedicated Sales Tax Fund for the payment of interest and principal on long-term obligations. At end of the fiscal year, the fund balance of the COFINA debt service fund decreased by approximately $134.2 million. Total assets decreased by approximately $134 million or 19% when compared to prior year manly due to the payment of interest related to debt issued.

Other governmental funds (nonmajor) fund balance decreased by approximately $650.4 million during the year. The beginning fund balance was affected mainly by the adoption of GASB Statement No. 61 and a correction of an error, causing a net increase of approximately $282.2 million (See note 3 for further detail).

**Proprietary Funds**

The Commonwealth's proprietary funds provide the same type of information found in the government-wide financial statements, but in more detail. As discussed above, the net position of the business-type activities increased by approximately $15.9 million as a result of operations in the proprietary funds. This resulted from an increase of approximately $12.8 million, $21.1 million, and $29.1 million in net position from the unemployment insurance fund, lotteries fund, and Puerto Rico Water Pollution Control Revolving Fund, respectively, offset by a decrease in net position of approximately $41.3 million and $5.8 million in the Puerto Rico Medical Service Administration and other nonmajor proprietary funds, respectively.

**Capital Assets and Debt Administration**

*Capital Assets*

The following is a summary schedule of the primary government's capital assets:

| | | Governmental activities | | Business-type activities | | Total Primary Government | |
|---|---|---|---|---|---|---|---|
| | | 2013 | 2012 (as restated) | 2013 | 2012 (as restated) | 2013 | 2012 (as restated) |
| Land | $ | 909,748 | 899,224 | 6,872 | 6,872 | 916,620 | 906,096 |
| Construction in progress | | 1,157,593 | 1,470,470 | — | 1,980 | 1,157,593 | 1,472,450 |
| Buildings and building improvements, net | | 5,583,417 | 5,149,754 | 34,164 | 34,891 | 5,617,581 | 5,184,645 |
| Equipment, furniture, fixtures, vehicles and software, net | | 181,519 | 192,183 | 18,169 | 16,962 | 199,688 | 209,145 |
| Infrastructure, net | | 449,426 | 461,965 | — | — | 449,426 | 461,965 |
| Total capital assets | $ | 8,281,703 | 8,173,596 | 59,205 | 60,705 | 8,340,908 | 8,234,301 |

14

### COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2013

The Commonwealth's investment in capital assets for its governmental and business type activities as of June 30, 2013 amounted to approximately $12.5 billion, less accumulated depreciation and amortization of $4.2 billion, leaving a book value of $8.3 billion. This investment in capital assets includes land, construction in progress, buildings, building improvements and equipment as infrastructure.

The net book value of capital assets at June 30, 2013 is distributed by function/activity in the following proportions: general government, 45%; public safety, 6%; health, 2%; public housing and welfare, 30%; education, 4%; and economic development, 13%. Capital outlays were approximately $519 million for the fiscal year. Depreciation and amortization charges for the fiscal year totaled $336 million.

The fiscal year 2013 capital asset highlights include transactions from blended component units such as Public Buildings Administration transfers from construction in progress to buildings and building improvements in the amount of approximately $644 million and the Department of Transportation and Public Works additions of approximately $64 million.

The infrastructure assets representing items that are normally immovable and of value only to the Commonwealth, such as roads, highways, bridges, toll facilities, water and sewer systems, lighting production, transmission and distribution systems, and similar items, are principally owned by the component units of the Commonwealth. Therefore, the infrastructure assets are reported within depreciable capital assets under the discretely presented component units' column. Additional information on the Commonwealth's capital assets can be found in note 10 to the basic financial statements that accompany this report.

***Debt Administration***

Long-term obligations of the governmental activities as of June 30, 2013 were approximately $56.9 billion, of which $2.4 billion are due within one year. Long-term obligations of the governmental activities increased by approximately $3.2 billion, or 6%, when compared to the prior fiscal year.

General obligation bonds are backed by the full faith and credit of the Commonwealth, including the Commonwealth's power to levy additional taxes to help ensure repayment of the debt.

The Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit, and taxing power of the Commonwealth are not to be issued if the amount of the principal of, and interest on, such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenue raised under the provisions of Commonwealth legislation and conveyed into the treasury (internal revenues) in the two fiscal years preceding the current fiscal year. Section 2, Article VI of the Constitution of the Commonwealth does not limit the amount of debt that the Commonwealth may guarantee as long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. At June 30, 2013, the Commonwealth is in compliance with the debt limitation requirement.

The Commonwealth's policy has been and continues to be to prudently manage such debt within the constitutional limitation. Debt of municipalities, other than bond anticipation notes, is supported by real and personal property taxes, municipal license taxes, and the corresponding part of the sales and use tax. Debt of public corporations, other than bond anticipation notes, is generally supported by the revenues of such corporations from rates charged for services or products. However, certain debt of public corporations is

15

## COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2013

supported, in whole or in part, directly or indirectly, by Commonwealth appropriations or taxes.

Internal revenues consist principally of income taxes, property taxes, sales and use taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Department of the Treasury of the Commonwealth and motor vehicle fuel taxes and license fees, which are allocated to the Puerto Rico Highways and Transportation Authority, are not included as internal revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of the sales and use tax allocated to COFINA is not included as internal revenues since the legislation that created COFINA transferred ownership of such portion of the sales and use tax to COFINA and provided that such portion was not available resources under the Constitutional provisions relating to full faith and credit bonds.

Long-term obligations of the business-type activities decreased by approximately $10.8 million, or 2% due primarily to the decrease in the obligation for unpaid lottery prices.

Additional information on the Commonwealth's long term debt can be found in note 12 to the basic financial statements that accompany this report.

### General Fund Budgetary Highlights

The Commonwealth adopts an annual appropriated budget for its General Fund. A budgetary comparison schedule has been provided as required supplementary information for the General Fund to demonstrate compliance with this budget. The schedule of revenue and expenditures – budget and actual – budgetary basis – General Fund only presents the information for the General Fund for which there is a legally adopted budget, as required by U.S. GAAP. See the notes to required supplementary information for a reconciliation of the schedule of revenue and expenditures – budget and actual – budgetary basis – General Fund with the statement of revenues, expenditures, and changes in fund balance (deficit) for the General Fund.

Total General Fund actual revenues on a budget basis (sources) for fiscal year 2013 were $8.1 billion, (excluding other financing sources) representing a decrease of approximately $511 million, or 6%, from original budgeted revenues and a decrease of approximately $442 million from actual revenues of $8.6 billion for fiscal year 2012.

Total actual expenditures on a budget basis of approximately $8.9 billion represented a decrease of $973 million from actual expenditures of $9.9 billion for fiscal year 2012.

For fiscal year 2013, the actual budgetary deficit in the General Fund was $807 million, consisting of the difference between total actual revenues of approximately $8.1 billion and total actual expenditures for such fiscal year of $8.9 billion. For fiscal year 2012, the deficit was $1.3 billion, consisting of the difference between total actual revenues of approximately $8.6 billion and total actual expenditures for such fiscal year of approximately $9.9 billion. The deficits for fiscal year 2013 decreased by approximately $531 million or 38.5% when compared to 2012 and decreased by approximately $275 million or 25% when compared to the deficit of approximately $1.1 billion in 2011. The Government's ability to continue reducing the deficit will depend in part on its ability to continue increasing revenues and reducing expenditures, which in turn depends on a number of factors, including improvements in general economic conditions.

The following information is presented to assist the reader in comparing the final amended budget and the actual results.

## COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2013

**Actual Revenues – General Fund**
**Budgetary Basis**
Year ended June 30, 2013
(Expressed in thousands)



**Actual Expenditures - General Fund**
**Budgetary Basis**
Year ended June 30, 2013
(Expressed in thousands)



**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2013

***Differences Between Budget and Basic Financial Statements*** – Revenues and expenditures, as reported by the Commonwealth in its basic financial statements, may differ substantially from resources and appropriations in its annual budget for a number of reasons, including the following:

- The budgetary accounts are on a budgetary basis, while financial statements prepared by the Commonwealth include adjustments as required by governmental accounting standards.

- Expenditures for current purposes in a particular year may include amounts appropriated for earlier periods but not previously expended or amounts not budgeted for a particular fiscal year, but expended during that year, and, conversely, may exclude amounts appropriated for such fiscal year but not expended until later periods.

- Bonds are authorized by the Commonwealth in accordance with a four year capital improvement program. Since bond sales are determined by bond market conditions and other factors, the amounts for bonds sold for these improvements are financed by advances from the General Fund to the capital projects fund, which are later reimbursed from proceeds of a bond or notes sale.

## Currently Known Facts

The following is a summary description of current known facts, decisions and conditions that have had and are expected to have a significant effect on the Commonwealth's financial position and results of operations.

***Fiscal Stabilization Initiatives*** – The current administration, which commenced its term in January 2013, implemented the following measures to increase revenues and reduce the deficit for fiscal year 2013: 1) an initiative which resulted in $235 million in advance payments of non-resident withholding tax related to manufacturing patents, 2) the transfer of $240 million in excess funds in the Redemption Fund to the General Fund, 3) amendment of Act 154-2012 in order to extend the effective period and reset the tax rate to a fixed 4% of the excise tax on the acquisition of certain manufacturing products produced and services rendered in Puerto Rico, and 4) the implementation of a tax amnesty program designed to increase revenues by encouraging tax payers with older tax liabilities to pay them, which resulted in immediate collection of $98 million and payment plans for an additional $176 million.

***Offset of Federal Funds*** – Through May 13, 2013, the United States Treasury Department (USTD) withheld $157.8 million in federal funds, amounts destined to certain agencies and instrumentalities. This action from the USTD responds to the Commonwealth's share of construction cost associated with the Cerrillo Dam and Reservoir and the Portuguese-River and Bucana-River Projects. As per the United States Army Corps of Engineers (USACE), the Commonwealth's share of construction costs plus accrued and projected interest through June 30, 2046 amounted to approximately $598 million. In March 2014, a request from the Commonwealth was approved by USACE to establish a new payment plan up to fiscal year 2046 for total payments of $233.5 million. Total payment plan plus amounts previously withheld would bring total payment to $391.3 million.

***Public Private Partnership*** – On July 17, 2012, the Public Private Partnership Authority and the Puerto Rico Ports Authority (PPA) selected Aerostar Airport Holdings, LLC as the winning proponent on order to serve as the operator of the Luis Munoz Marin Airport. As a result of the transaction the PPA received a lump sum payment of $615 and will receive an estimated $552 million in revenue sharing over the life of the lease.

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2013

***Downgrading*** – On February 4, 2014, Standard & Poor's Ratings Services (S&P) lowered its rating on the general obligation bonds of the Commonwealth from "BBB-" to "BB+," which is a non-investment grade rating. On February 7, 2014, Moody's Investors Service ("Moody's") lowered its rating on the general obligation bonds of the Commonwealth two notches, from "Baa3" to "Ba2", and maintained a "negative" outlook on all these bonds. Moody's also downgraded the COFINA's senior lien bonds to Baa1 from A2 and its junior-lien bonds to Baa2 from A3. On February 10, 2014, Fitch Ratings ("Fitch") lowered its rating on the general obligation bonds of the Commonwealth by two notches from "BBB-" to "BB". During these same dates, S&P, Moody's and Fitch, also downgraded the PBA's bonds to a rating of BB or non-investment grade status, while Moody's lowered the credit ratings of PRIFA's Special Tax Revenue Bonds from Baa3 to Ba2. (See note 22 for further detail).

***Bond Issuance*** – The Commonwealth refinanced the outstanding general obligation VRDOs ($469 million) and the COFINA bond anticipation notes ($333 million) with the proceeds of $3.5 billion general obligation bonds issued on March 11, 2014. In addition to the possible acceleration of debt instruments, the credit rating downgrades have also triggered "additional termination events" under interest rate exchange and other derivative agreements relating to outstanding bonds and notes of the Commonwealth and certain of its public corporations, making them now subject to termination at the option of the applicable counterparty. (See note 22 for further detail).

***Pledged Sales and Use Tax Revenue*** – On October 9, 2013, the Governor signed into law Act No. 116, which increased from 2.75% to 3.50% the portion of the Commonwealth sales and use tax transferred to COFINA and expanded the permitted uses of COFINA bond proceeds to, among others, refinance Bond Anticipation Notes ("BANs") and other lines of credit used to help finance the Commonwealth's deficit for fiscal years 2013 and 2014. On January 24, 2014, Act No. 18 was enacted, reducing, effective February 1, 2014, the municipal sales and use tax from 1.5% to 1.0% and at the same time increasing the Commonwealth's sales and use tax from 5.5% to 6.0%. By such legislation, the minimum amount of the Commonwealth's sales and use tax available to COFINA was increased. (See note 22 for further detail).

***Fiscal and Operational Sustainability Act*** – On June 17, 2014, the Governor signed into law Act No. 66, which declared a state of fiscal emergency in order to adopt a plan to manage the economic consequences of the Commonwealth credit rating downgrade, and to establish expenditures reduction measures and a structured management in order to satisfy the commitments of the Commonwealth. This Act establishes as public policy the restoration of the Commonwealth's investment-grade credit rating through the short term elimination of the General Fund deficit and the improvement of the Public Corporations fiscal condition. (See note 22 for further detail).

***Puerto Rico Public Corporation Debt Enforcement and Recovery Act*** – On June 28, 2014, the Commonwealth enacted the Puerto Rico Public Corporation Debt Enforcement and Recovery Act (the "Debt Enforcement Act"). The Debt Enforcement Act provides an orderly, statutory process for the enforcement and restructuring, in a fair and equitable manner, of the debts and other obligations of certain public corporations experiencing financial distress, while ensuring the continuity of essential public services to the people of Puerto Rico.

19

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2013

**Requests for Information**

This financial report is designed to provide a general overview of the Commonwealth's finances for all of the Commonwealth's residents, taxpayers, customers, investors, and creditors. This financial report seeks to demonstrate the Commonwealth's accountability for the money it receives. Questions concerning any of the information provided in this report or requests for additional information should be addressed to: Department of the Treasury of the Commonwealth of Puerto Rico, Área de Contabilidad Central, P.O. Box 9024140, San Juan, PR 00902.

**COMMONWEALTH OF PUERTO RICO**

Statement of Net Position

June 30, 2013

(In thousands)

| | | Primary government | | |
|---|---|---|---|---|
| | Governmental activities | Business-type activities | Totals primary government | Component units |
| **Assets:** | | | | |
| Cash and cash equivalents in commercial banks | $ 350,015 | 49,450 | 399,465 | 1,457,618 |
| Cash and cash equivalents in governmental banks | 1,214,845 | 135,971 | 1,350,816 | 303,708 |
| Cash equivalents in Puerto Rico Government Investment Trust Fund (PRGITF) | 88,329 | — | 88,329 | 35,035 |
| Investments | 369,942 | 3,044 | 372,986 | 4,723,236 |
| Collateral from securities lending transactions | — | — | — | 102,689 |
| Receivables – net of allowance for uncollectibles | | | | |
| Income and excise taxes | 1,135,995 | | 1,135,995 | |
| Unemployment and other insurance premiums | | 3,750 | 3,750 | 40,542 |
| Intergovernmental | 407,634 | — | 407,634 | 129,743 |
| Accounts | 91,105 | 14,761 | 105,866 | 1,088,414 |
| Loans | 97,062 | — | 97,062 | 6,522,115 |
| Accrued interest | 40,514 | 68 | 40,582 | 301,683 |
| Other | 53,785 | 10,222 | 64,007 | 160,979 |
| Due from: | | | | |
| Primary government | — | — | — | 428,563 |
| Component units | 95,017 | 11,863 | 106,880 | 3,690,465 |
| Other governmental entities | 23,437 | 10,641 | 34,078 | 542,329 |
| Internal balances | (19,358) | 19,358 | — | — |
| Inventories | 11,069 | — | 11,069 | 569,099 |
| Prepaid expenses | 9,721 | — | 9,721 | 39,501 |
| Other assets | 13,316 | 4,805 | 18,121 | — |
| Restricted assets: | | | | |
| Cash and cash equivalents in commercial banks | 628,573 | 4,527 | 633,100 | 959,144 |
| Cash and cash equivalents in governmental banks | 230,741 | 136,987 | 367,728 | 388,618 |
| Cash and cash equivalents under the custody of U.S. Treasury | — | 398,059 | 398,059 | — |
| Sales and use tax | 111,486 | — | 111,486 | — |
| Unemployment and other insurance premiums receivable | — | 61,153 | 61,153 | — |
| Intergovernmental | — | 416 | 416 | — |
| Receivables | — | 4,624 | 4,624 | — |
| Accrued interest | — | 1,512 | 1,512 | — |
| Loans receivable from component units | — | 469,743 | 469,743 | — |
| Investments | 787,718 | 44,281 | 831,999 | 4,032,520 |
| Due from other governmental entities | 3,818 | — | 3,818 | — |
| Other | 8,619 | 25,427 | 34,046 | 73,406 |
| Real estate held for sale or future development | 44,804 | — | 44,804 | 227,514 |
| Capital assets: | | | | |
| Land and other nondepreciable assets | 2,067,341 | 6,872 | 2,074,213 | 6,502,938 |
| Other capital assets – net of depreciation or amortization | 6,214,362 | 52,333 | 6,266,695 | 23,949,059 |
| Deferred debt issue costs | 359,118 | — | 359,118 | 256,560 |
| Deferred expenses and other assets | — | — | — | 106,330 |
| Total assets | 14,439,008 | 1,469,867 | 15,908,875 | 56,631,808 |
| **Deferred Outflows of Resources:** | | | | |
| Deferred outflows of resources - Accumulated decrease in fair value of hedging derivatives | 104,304 | — | 104,304 | 95,660 |
| Total deferred outflows of resources | 104,304 | — | 104,304 | 95,660 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Statement of Net Position

June 30, 2013

(In thousands)

| | Primary government | | | |
| | Governmental activities | Business-type activities | Totals primary government | Component units |
|---|---|---|---|---|
| **Liabilities:** | | | | |
| Accounts payable and accrued liabilities | 1,789,691 | 44,509 | 1,834,200 | 2,089,225 |
| Deposits and escrow liabilities | — | — | — | 6,286,622 |
| Tax refunds payable | 1,205,517 | — | 1,205,517 | — |
| Due to: | | | | |
| Primary government | — | — | — | 576,623 |
| Component units | 389,412 | 39,151 | 428,563 | 3,690,465 |
| Other governmental entities | 13,450 | 1,827 | 15,277 | 435,646 |
| Securities lending obligations and reverse repurchase agreements | — | — | — | 813,190 |
| Interest payable | 589,278 | — | 589,278 | 661,688 |
| Deferred revenue | 352,410 | 25,746 | 378,156 | 116,751 |
| Bond anticipation notes | 204,866 | — | 204,866 | — |
| Liability for automobile accident insurance, workmen compensation and medical claims | — | — | — | 1,075,851 |
| Investment derivative instruments – interest rate swaps | 56,972 | — | 56,972 | — |
| Hedging derivatives instruments - interest rate swaps | 104,304 | — | 104,304 | 227,422 |
| Liabilities payable within one year: | | | | |
| Bonds | 827,410 | — | 827,410 | 693,622 |
| Notes | 1,323,474 | 1,078 | 1,324,552 | 1,218,941 |
| Capital leases | 5,523 | — | 5,523 | 901 |
| Compensated absences | 119,169 | 2,194 | 121,363 | 179,783 |
| Lottery prizes | — | 49,489 | 49,489 | — |
| Voluntary termination benefits | 101,178 | 733 | 101,911 | 11,765 |
| Insurance benefits payable | — | 69,386 | 69,386 | — |
| Other long-term liabilities | 218,249 | 8,907 | 227,156 | 87,395 |
| Liabilities payable after one year: | | | | |
| Commonwealth appropriation bonds | 538,573 | — | 538,573 | 509,645 |
| Bonds | 34,423,774 | — | 34,423,774 | 19,099,063 |
| Notes | 1,687,370 | 272,266 | 1,959,636 | 5,910,698 |
| Capital leases | 171,819 | — | 171,819 | 29,570 |
| Net pension obligation | 13,072,665 | — | 13,072,665 | — |
| Net postemployment benefit obligation | 278,372 | 1,572 | 279,944 | — |
| Compensated absences | 1,411,149 | 15,803 | 1,426,952 | 356,216 |
| Lottery prizes | — | 126,703 | 126,703 | — |
| Voluntary termination benefits | 993,263 | 5,659 | 998,922 | 223,853 |
| Other long-term liabilities | 1,878,423 | 12,576 | 1,890,999 | 820,825 |
| Total liabilities | 61,756,311 | 677,599 | 62,433,910 | 45,115,760 |
| **Deferred Inflows of Resources:** | | | | |
| Deferred inflows of resources - service concession arrangements | — | — | — | 1,785,090 |
| **Net Position:** | | | | |
| Net investment in capital assets | 3,749,901 | 58,763 | 3,808,664 | 7,857,326 |
| Restricted for: | | | | |
| Capital projects | 269,863 | — | 269,863 | 280,936 |
| Debt service | 582,679 | — | 582,679 | 853,559 |
| Emergency services | — | 9,993 | 9,993 | — |
| Lending activities | — | 602,274 | 602,274 | — |
| Payment of insurance benefits | — | 399,199 | 399,199 | — |
| Public housing and welfare | 93,459 | — | 93,459 | 121,598 |
| Student loans and other educational purposes | — | — | — | 99,674 |
| Other | 508 | — | 508 | 266,772 |
| Unrestricted (deficit) | (51,909,409) | (277,961) | (52,187,370) | 346,753 |
| Total net position | $ (47,212,999) | 792,268 | (46,420,731) | 9,826,618 |

See accompanying notes to basic financial statements.

**COMMONWEALTH OF PUERTO RICO**

Statement of Activities

Year ended June 30, 2013

(In thousands)

| Functions | | Expenses | Program revenues | | | Net (expense) revenue and changes in net position | | | Component units |
| | | | Charges for services | Operating grants and contributions | Capital grants and contributions | Primary government | | | |
| | | | | | | Governmental activities | Business-type activities | Total | |
| Primary Government: | | | | | | | | | |
| Governmental activities: | | | | | | | | | |
| General government | $ | 3,266,391 | 325,651 | 312,584 | — | (2,628,156) | — | (2,628,156) | — |
| Public safety | | 2,664,974 | 51,482 | 88,336 | — | (2,525,156) | — | (2,525,156) | — |
| Health | | 3,245,973 | 191,464 | 1,663,913 | — | (1,390,596) | — | (1,390,596) | — |
| Public housing and welfare | | 3,731,627 | 4,634 | 2,797,402 | 110,249 | (819,342) | — | (819,342) | — |
| Education | | 4,891,928 | 1,899 | 1,517,266 | — | (3,372,763) | — | (3,372,763) | — |
| Economic development | | 1,129,467 | 139,719 | 51,019 | — | (938,729) | — | (938,729) | — |
| Intergovernmental | | 483,970 | — | — | — | (483,970) | — | (483,970) | — |
| Interest and other | | 2,099,043 | — | — | — | (2,099,043) | — | (2,099,043) | — |
| Total governmental activities | | 21,513,373 | 714,849 | 6,430,520 | 110,249 | (14,257,755) | — | (14,257,755) | — |
| Business-type activities: | | | | | | | | | |
| Unemployment insurance | | 387,336 | 267,321 | 185,954 | — | — | 65,939 | 65,939 | — |
| Lotteries | | 685,130 | 917,462 | — | — | — | 232,332 | 232,332 | — |
| Puerto Rico Medical Services Administration | | 200,888 | 110,872 | — | — | — | (90,016) | (90,016) | — |
| Puerto Rico Water Pollution Control Revolving Fund | | 1,527 | 6,060 | 22,727 | — | — | 27,260 | 27,260 | — |
| Nonmajor proprietary funds | | 32,386 | 40,014 | 5,512 | — | — | 13,140 | 13,140 | — |
| Total business-type activities | | 1,307,267 | 1,341,729 | 214,193 | — | — | 248,655 | 248,655 | — |
| Total primary government | $ | 22,820,640 | 2,056,578 | 6,644,713 | 110,249 | (14,257,755) | 248,655 | (14,009,100) | — |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Statement of Activities

Year ended June 30, 2013

(In thousands)

| Functions | Expenses | Charges for services | Operating grants and contributions | Capital grants and contributions | Governmental activities | Business-type activities | Total | Component units |
|---|---|---|---|---|---|---|---|---|
| **Component Units:** | | | | | | | | |
| Government Development Bank for Puerto Rico | $ 864,077 | 571,640 | 170,501 | — | — | — | — | (121,936) |
| Puerto Rico Highways and Transportation Authority | 1,154,822 | 217,720 | — | 428,930 | — | — | — | (508,172) |
| Puerto Rico Electric Power Authority | 5,191,088 | 4,843,016 | — | 31,979 | — | — | — | (316,093) |
| Puerto Rico Aqueduct and Sewer Authority | 1,233,804 | 735,693 | — | 19,859 | — | — | — | (478,252) |
| University of Puerto Rico | 1,414,968 | 216,482 | 138,337 | 5,219 | — | — | — | (1,054,930) |
| Puerto Rico Health Insurance Administration | 2,372,473 | 1,406,190 | — | — | — | — | — | (966,283) |
| Nonmajor component units | 2,135,444 | 1,518,821 | 69,788 | 20,678 | — | — | — | (526,157) |
| Total component units | $ 14,366,676 | 9,509,562 | 378,626 | 506,665 | — | — | — | (3,971,823) |
| **General Revenues:** | | | | | | | | |
| Income taxes | | | | | $ 4,068,611 | — | 4,068,611 | — |
| Sales and use tax | | | | | 1,170,748 | — | 1,170,748 | — |
| Excise taxes | | | | | 2,870,741 | — | 2,870,741 | 65,642 |
| Other taxes | | | | | 134,467 | — | 134,467 | — |
| Revenue from global tobacco settlement agreement | | | | | 109,414 | — | 109,414 | — |
| Revenue from State Insurance Fund Corporation | | | | | 67,802 | — | 67,802 | — |
| Revenue from Puerto Rico Tourism Company | | | | | 22,611 | — | 22,611 | — |
| Grants and contributions not restricted to specific programs | | | | | 131,164 | — | 131,164 | 167,204 |
| Revenue from primary government | | | | | — | — | — | 2,262,734 |
| Unrestricted investment earnings – net | | | | | 9,004 | 14,198 | 23,202 | 287,013 |
| Other | | | | | 43,438 | — | 43,438 | 125,577 |
| Transfers | | | | | 246,908 | (246,908) | — | — |
| Total general revenues and transfers | | | | | 8,874,908 | (232,710) | 8,642,198 | 2,908,170 |
| Change in net position | | | | | (5,382,847) | 15,945 | (5,366,902) | (1,063,653) |
| Net position – beginning of year, as restated (note 3) | | | | | (41,830,152) | 776,323 | (41,053,829) | 10,890,271 |
| Net position – end of year | | | | | $ (47,212,999) | 792,268 | (46,420,731) | 9,826,618 |

See accompanying notes to basic financial statements.

24

**COMMONWEALTH OF PUERTO RICO**

Balance Sheet – Governmental Funds

June 30, 2013

(In thousands)

| | General | Debt service | COFINA special revenue | COFINA debt service | Other governmental | Total governmental |
|---|---|---|---|---|---|---|
| Assets: | | | | | | |
| Cash and cash equivalents in commercial banks | $ 212,263 | 137 | — | — | 137,615 | 350,015 |
| Cash and cash equivalents in governmental banks | 288,086 | 798,609 | 14,755 | — | 113,395 | 1,214,845 |
| Cash equivalents in PRGITF | — | — | — | — | 88,329 | 88,329 |
| Investments | 317,420 | — | 34,893 | — | 17,629 | 369,942 |
| Receivables: | | | | | | |
| Income and excise taxes | 1,135,995 | — | — | — | — | 1,135,995 |
| Intergovernmental | 376,639 | 30,995 | — | — | — | 407,634 |
| Accounts | 90,063 | — | — | — | 1,042 | 91,105 |
| Loans | 97,023 | — | — | — | 39 | 97,062 |
| Accrued interest | 40,421 | — | — | — | 93 | 40,514 |
| Other | 6,265 | — | — | — | 47,520 | 53,785 |
| Due from: | | | | | | |
| Other funds | 41,173 | — | — | — | 34,498 | 75,671 |
| Component units | 80,272 | — | — | — | 14,745 | 95,017 |
| Other governmental entities | — | — | — | — | 22,582 | 22,582 |
| Other assets | 12,142 | — | — | — | 1,174 | 13,316 |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | 62,170 | — | — | 5 | 566,398 | 628,573 |
| Cash and cash equivalents in governmental banks | 10,790 | — | — | 18,861 | 201,090 | 230,741 |
| Sales and use tax | — | — | — | 111,486 | — | 111,486 |
| Investments | — | — | — | 448,754 | 338,964 | 787,718 |
| Due from other funds | — | — | — | — | 7,272 | 7,272 |
| Due from other governmental entities | — | — | — | — | 3,818 | 3,818 |
| Other assets | — | — | — | 647 | 7,972 | 8,619 |
| Real estate held for sale or future development | — | — | — | — | 2,052 | 2,052 |
| Total assets | $ 2,770,722 | 829,741 | 49,648 | 579,753 | 1,606,227 | 5,836,091 |
| Liabilities and Fund Balance (Deficit): | | | | | | |
| Liabilities: | | | | | | |
| Accounts payable and accrued liabilities | $ 1,578,480 | — | 796 | 143 | 210,272 | 1,789,691 |
| Tax refunds payable | 1,205,517 | — | — | — | — | 1,205,517 |
| Due to: | | | | | | |
| Other funds | 81,847 | — | — | — | 20,454 | 102,301 |
| Component units | 378,120 | — | — | — | 11,292 | 389,412 |
| Other governmental entities | 6,207 | — | — | — | 7,243 | 13,450 |
| Notes payable | 186,710 | — | — | — | — | 186,710 |
| Bond anticipation notes payable | — | — | — | — | 204,866 | 204,866 |
| Bonds payable | — | 384,235 | — | — | 72,595 | 456,830 |
| Interest payable | 44,587 | 259,971 | — | — | 120,676 | 425,234 |
| Deferred revenue | 1,126,282 | 28,841 | — | — | 124,601 | 1,279,724 |
| Compensated absences | 100,105 | — | — | — | — | 100,105 |
| Termination benefits payable | 722 | — | — | — | — | 722 |
| Other liabilities | 73,171 | — | — | — | — | 73,171 |
| Total liabilities | 4,781,748 | 673,047 | 796 | 143 | 771,999 | 6,227,733 |
| Fund balances (deficit): | | | | | | |
| Nonspendable | 5,000 | — | — | — | 225,100 | 230,100 |
| Spendable: | | | | | | |
| Restricted | 357,496 | — | — | 579,610 | 538,745 | 1,475,851 |
| Committed | 171 | 2,154 | — | — | 29,042 | 31,367 |
| Assigned | 15,408 | 154,540 | 48,852 | — | 106,991 | 325,791 |
| Unassigned | (2,389,101) | — | — | — | (65,650) | (2,454,751) |
| Total fund balances (deficit) | (2,011,026) | 156,694 | 48,852 | 579,610 | 834,228 | (391,642) |
| Total liabilities and fund balances | $ 2,770,722 | 829,741 | 49,648 | 579,753 | 1,606,227 | 5,836,091 |

See accompanying notes to basic financial statements

**COMMONWEALTH OF PUERTO RICO**

Reconciliation of the Balance Sheet of Governmental Funds
to the Statement of Net Position

June 30, 2013

(In thousands)

| | | |
|---|---:|---:|
| Total fund deficit of governmental funds | $ | (391,642) |
| Amounts reported for governmental activities in the statement of net position are different than the amounts reported in the governmental funds because | | |
| Inventories and prepaid expenses that are not reported in governmental funds and are reported in the statement of net position | | 20,790 |
| Deferred outflows of resources - Accumulated decreases in fair value of hedging derivatives | | 104,304 |
| Due from other governmental entities that are not available to pay current expenditures and therefore, are not reported in funds | | 855 |
| Capital assets used in governmental activities are not financial resources and, therefore, are not reported reported in funds | | 8,281,703 |
| Real estate held for sale or future development are not current financial resources and therefore, are not reported in the funds | | 42,752 |
| Deferred revenue reported in the governmental funds are recognized as revenue in the governmental activities | | 927,314 |
| Debt issued by the Commonwealth has associated costs that are paid from current available resources in the funds. However, these costs are deferred in the statement of net position | | 359,118 |
| Long-term liabilities are not due and payable in the current period and therefore are not reported in the funds: | | |
| Interest payable | | (164,044) |
| Derivative instruments interest rate swaps | | (161,276) |
| Commonwealth appropriation bonds | | (538,573) |
| Bonds payable | | (34,794,354) |
| Notes payable | | (2,824,134) |
| Capital leases payable | | (177,342) |
| Net pension obligation | | (13,072,665) |
| Net postemployment benefit obligation | | (278,372) |
| Compensated absences | | (1,430,213) |
| Voluntary termination benefits payable | | (1,093,719) |
| Other long-term liabilities | | (2,023,501) |
| Total net position of governmental activities | $ | (47,212,999) |

See accompanying notes to basic financial statements.

**COMMONWEALTH OF PUERTO RICO**

Statement of Revenues, Expenditures, and Changes in Fund Balances (Deficit) – Governmental Funds

Year ended June 30, 2013

(In thousands)

| | General | Debt service | COFINA special revenue | COFINA debt service | Other governmental | Total governmental |
|---|---|---|---|---|---|---|
| Revenues: | | | | | | |
| Taxes: | | | | | | |
| Income taxes | $ 4,229,193 | — | — | — | — | 4,229,193 |
| Sales and use tax | 543,170 | — | — | 627,578 | — | 1,170,748 |
| Excise taxes | 2,870,741 | — | — | — | — | 2,870,741 |
| Property taxes | 57,673 | — | — | — | — | 57,673 |
| Other taxes | 81,449 | — | — | — | — | 81,449 |
| Charges for services | 698,373 | — | — | — | — | 698,373 |
| Revenue from global tobacco settlement agreement | 107,688 | — | — | — | — | 107,688 |
| Revenues from component units | 90,413 | — | — | — | — | 90,413 |
| Intergovernmental | 6,502,506 | 102,323 | — | — | 38,262 | 6,643,091 |
| Interest and investment earnings (losses) | 16,249 | 519 | 33 | 324 | (23,355) | (6,230) |
| Other | 28,717 | — | — | — | 14,074 | 42,791 |
| Total revenues | 15,226,172 | 102,842 | 33 | 627,902 | 28,981 | 15,985,930 |
| Expenditures: | | | | | | |
| Current: | | | | | | |
| General government | 894,282 | — | 19 | 406 | 214,935 | 1,109,642 |
| Public safety | 2,186,195 | — | — | — | 827 | 2,187,022 |
| Health | 3,220,682 | — | — | — | 4,460 | 3,225,142 |
| Public housing and welfare | 3,627,405 | — | — | — | 26,061 | 3,653,466 |
| Education | 4,831,777 | — | — | — | 5,123 | 4,836,900 |
| Economic development | 794,859 | — | — | — | 198,594 | 993,453 |
| Intergovernmental | 470,135 | — | — | — | 13,900 | 484,035 |
| Capital outlays | 205,755 | — | — | — | 313,197 | 518,952 |
| Debt service: | | | | | | |
| Principal | 154,353 | 384,235 | — | — | 186,405 | 724,993 |
| Interest and other | 187,535 | 605,148 | — | 643,423 | 425,149 | 1,861,255 |
| Other – debt issuance costs | — | | — | 600 | — | 600 |
| Total expenditures | 16,572,978 | 989,383 | 19 | 644,429 | 1,388,651 | 19,595,460 |
| Excess (deficiency) of revenues over (under) expenditures | (1,346,806) | (886,541) | 14 | (16,527) | (1,359,670) | (3,609,530) |
| Other financing sources (uses): | | | | | | |
| Transfers in | 1,069,121 | 745,880 | 117,655 | — | 480,114 | 2,412,770 |
| Transfers out | (1,258,960) | (313,088) | (459,148) | (117,655) | (17,011) | (2,165,862) |
| Proceeds from long term debt issued | 689,101 | — | 333,300 | — | 246,165 | 1,268,566 |
| Sale of capital assets | 4,713 | — | — | — | — | 4,713 |
| Total other financing sources (uses) | 503,975 | 432,792 | (8,193) | (117,655) | 709,268 | 1,520,187 |
| Net change in fund balances (deficit) | (842,831) | (453,749) | (8,179) | (134,182) | (650,402) | (2,089,343) |
| Fund balances (deficit) – beginning of year, as restated (note 3) | (1,168,195) | 610,443 | 57,031 | 713,792 | 1,484,630 | 1,697,701 |
| Fund balances (deficit) – end of year | $ (2,011,026) | 156,694 | 48,852 | 579,610 | 834,228 | (391,642) |

See accompanying notes to basic financial statements.

**COMMONWEALTH OF PUERTO RICO**

Reconciliation of the Statement of Revenues, Expenditures, and Changes in
Fund Balances (Deficit) of Governmental Funds to the Statement of Activities

Year ended June 30, 2013

(In thousands)

| | | |
|---|---|---|
| Net change in fund balances (deficit) – total governmental funds | | $ (2,089,343) |
| Amounts reported for governmental activities in the statement of activities are different because: | | |
| Governmental funds report capital outlays as expenditures. However, in the statement of activities, the cost of those assets is allocated over their estimated useful lives and reported as depreciation and amortization expense. In the current period, these amounts are: | | |
| Capital outlays | $ 518,952 | |
| Less depreciation and amortization expense | (330,334) | |
| Loss on disposal of assets | (116,448) | |
| Subtotal | | 72,170 |
| The issuance of long-term debt (e.g. bonds, notes) provides current financial resources to governmental funds, while the repayment of the principal of long-term debt consumes the current financial resources of governmental funds. Neither transaction, however, has any effect on net assets. Also, governmental funds report the effect of issuance costs, premiums, discounts, and similar items when debt is first issued, whereas these amounts are deferred and amortized in the statement of activities. This amount is the net effect of these differences in the treatment of long-term debt and related items | | |
| Principal payments of long-term debt | 724,993 | |
| Proceeds from issuance of long-term debt | (1,268,566) | |
| Subtotal | | (543,573) |
| Bond issuance costs are expenditures in governmental funds, but are deferred assets in the statement of net position (deficit) | | 600 |
| Some revenues in the statement of activities do not provide current financial resources and therefore, are deferred in governmental funds. Also, revenues related to prior periods that became available during the current period are reported in governmental funds but are eliminated in the statement of activities. This amount is the net adjustment | | (122,259) |
| Some expenses reported in the statement of activities do not require the use of current financial resources and, therefore, are not reported as expenditures in governmental funds | | (2,736,466) |
| Changes in fair value of investment derivative instruments do not require the use of current financial resources and, therefore, are not reported as investment revenue in governmental funds. This amount is the net decrease in such fair value | | 15,234 |
| Generally, inventory and prepayments are recorded as expenditures in the governmental funds when purchased rather than capitalized as an asset. However, these assets are capitalized in the statement of net position (deficit). This amount is the net decrease in total inventories and prepaid expenses | | 20,790 |
| Change in net position (deficit) of governmental activities | | $ (5,382,847) |

See accompanying notes to basic financial statements.

**COMMONWEALTH OF PUERTO RICO**

Statement of Net Position – Proprietary Funds

June 30, 2013

(In thousands)

| | | | Business-Type Activities – Enterprise Funds | | | |
|---|---|---|---|---|---|---|
| | Unemployment insurance | Lotteries | Puerto Rico Medical Services Administration | Water Pollution Control Revolving Fund | Other proprietary | Total proprietary |
| **Assets:** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents in commercial banks | $ — | 48,432 | 904 | — | 114 | 49,450 |
| Cash and cash equivalents in governmental banks | — | 66,581 | — | — | 69,390 | 135,971 |
| Investments | — | — | — | — | 3,044 | 3,044 |
| Insurance premiums receivables – net | — | — | — | — | 3,750 | 3,750 |
| Accounts | — | — | 12,519 | — | 2,242 | 14,761 |
| Accrued interest receivable | — | — | — | — | 68 | 68 |
| Other receivables | — | 9,240 | 722 | — | 260 | 10,222 |
| Due from other funds | — | 5,328 | 10,637 | — | 5,000 | 20,965 |
| Due from component units | — | — | 11,863 | — | — | 11,863 |
| Due from other governmental entities | — | — | 7,141 | — | — | 7,141 |
| Other assets | — | — | 4,767 | — | 38 | 4,805 |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | 106 | — | — | — | 1,435 | 1,541 |
| Cash and cash equivalents in governmental banks | 7 | — | — | 100,782 | 36,198 | 136,987 |
| Cash and cash equivalents under the custody the U.S. Treasury | 398,059 | — | — | — | — | 398,059 |
| Insurance premiums receivables – net | 61,153 | — | — | — | — | 61,153 |
| Intergovernmental receivable | 416 | — | — | — | — | 416 |
| Receivables | 43 | — | — | 3,089 | 1,492 | 4,624 |
| Accrued interest receivable | 1,512 | — | — | — | — | 1,512 |
| Loans receivable from component unit | — | — | — | 14,614 | 5,723 | 20,337 |
| Total current assets | 461,296 | 129,581 | 48,553 | 118,485 | 128,754 | 886,669 |
| Noncurrent assets: | | | | | | |
| Cash and cash equivalents in commercial banks - restricted | — | — | 2,986 | — | — | 2,986 |
| Loans receivable from component unit – restricted | — | — | — | 300,719 | 148,687 | 449,406 |
| Due from other funds | — | — | — | — | 19,112 | 19,112 |
| Due from other governmental entities | — | — | 3,500 | — | — | 3,500 |
| Restricted investments | — | — | — | — | 44,281 | 44,281 |
| Other restricted assets | — | 24,420 | — | 1,007 | — | 25,427 |
| Capital assets: | | | | | | |
| Land and other nondepreciable assets | — | — | 6,872 | — | — | 6,872 |
| Depreciable assets | — | 1,502 | 45,764 | — | 5,067 | 52,333 |
| Total assets | 461,296 | 155,503 | 107,675 | 420,211 | 345,901 | 1,490,586 |
| **Liabilities and net position:** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable and accrued liabilities | — | 9,658 | 29,682 | 1,919 | 3,250 | 44,509 |
| Notes payable | — | — | 1,078 | — | — | 1,078 |
| Due to other funds | 14,051 | — | — | — | 6,668 | 20,719 |
| Due to component units | — | — | 39,151 | — | — | 39,151 |
| Due to other governmental entities | — | — | — | — | 1,827 | 1,827 |
| Deferred revenue | 15,404 | 7,997 | — | — | 2,345 | 25,746 |
| Compensated absences | — | 428 | 309 | — | 1,457 | 2,194 |
| Lottery prizes | — | 49,489 | — | — | — | 49,489 |
| Voluntary termination benefits payable | — | 550 | — | — | 183 | 733 |
| Insurance benefits payable | 68,565 | — | — | — | 821 | 69,386 |
| Other long-term liabilities | — | — | 8,907 | — | — | 8,907 |
| Total current liabilities | 98,020 | 68,122 | 79,127 | 1,919 | 16,551 | 263,739 |
| Noncurrent liabilities: | | | | | | |
| Notes payable | — | — | 272,266 | — | — | 272,266 |
| Net post-employment benefit obligation | — | — | 1,572 | — | — | 1,572 |
| Compensated absences | — | 2,524 | 11,199 | — | 2,080 | 15,803 |
| Lottery prizes | — | 126,703 | — | — | — | 126,703 |
| Voluntary termination benefits payable | — | 4,944 | — | — | 715 | 5,659 |
| Other long-term liabilities | — | — | 12,576 | — | — | 12,576 |
| Total liabilities | 98,020 | 202,293 | 376,740 | 1,919 | 19,346 | 698,318 |
| Net position: | | | | | | |
| Net investment in capital assets | — | 1,702 | 52,636 | — | 4,425 | 58,763 |
| Restricted for emergency services | — | — | — | — | 9,993 | 9,993 |
| Restricted for lending activities | — | — | — | 418,292 | 183,982 | 602,274 |
| Restricted for payment of insurance benefits | 363,276 | — | — | — | 35,923 | 399,199 |
| Unrestricted (deficit) | — | (48,492) | (321,701) | — | 92,232 | (277,961) |
| Total net position (deficit) | $ 363,276 | (46,790) | (269,065) | 418,292 | 326,555 | 792,268 |

See accompanying notes to basic financial statements.

COMMONWEALTH OF PUERTO RICO

Statement of Revenues, Expenses, and Changes in Fund Net Position (Deficit) – Proprietary Funds

Year ended June 30, 2013

(In thousands)

| | Unemployment insurance | Lotteries | Puerto Rico Medical Services Administration | Puerto Rico Water Pollution Control Revolving Fund | Other proprietary | Total proprietary |
|---|---|---|---|---|---|---|
| **Business-Type Activities – Enterprise Funds** | | | | | | |
| Operating revenues: | | | | | | |
| Insurance premiums | $ 267,321 | — | — | — | 16,486 | 283,807 |
| Lottery ticket sales | — | 917,411 | — | — | — | 917,411 |
| Patient service, net of provision for bad debts | — | — | 110,872 | — | — | 110,872 |
| Interest | — | — | — | 6,060 | 2,955 | 9,015 |
| Emergency telephone service charges | — | — | — | — | 20,573 | 20,573 |
| Other | — | 51 | — | — | — | 51 |
| Total operating revenues | 267,321 | 917,462 | 110,872 | 6,060 | 40,014 | 1,341,729 |
| Operating expenses: | | | | | | |
| Insurance benefits | 387,336 | — | — | — | 3,229 | 390,565 |
| Lottery prizes | — | 597,885 | — | — | — | 597,885 |
| Patient services | — | — | 166,452 | — | — | 166,452 |
| General, administrative, and other operating expenses | — | 87,245 | 21,074 | 362 | 29,157 | 137,838 |
| Total operating expenses | 387,336 | 685,130 | 187,526 | 362 | 32,386 | 1,292,740 |
| Operating income (loss) | (120,015) | 232,332 | (76,654) | 5,698 | 7,628 | 48,989 |
| Nonoperating revenues (expenses): | | | | | | |
| U.S. government grants | 185,954 | — | — | 22,727 | 5,512 | 214,193 |
| Contributions to component unit | — | — | — | (1,165) | — | (1,165) |
| Interest and investment earnings | 9,556 | 242 | 1,317 | — | 3,083 | 14,198 |
| Interest expense | — | — | (16,528) | — | — | (16,528) |
| Other | — | — | 3,166 | — | — | 3,166 |
| Total nonoperating revenues (expenses) | 195,510 | 242 | (12,045) | 21,562 | 8,595 | 213,864 |
| Income (loss) before transfers | 75,495 | 232,574 | (88,699) | 27,260 | 16,223 | 262,853 |
| Transfers from other funds | — | — | 47,370 | 1,880 | 927 | 50,177 |
| Transfers to other funds | (62,744) | (211,426) | — | — | (22,915) | (297,085) |
| Net change in net position | 12,751 | 21,148 | (41,329) | 29,140 | (5,765) | 15,945 |
| Net position (deficit) – beginning of year, as restated (note 3) | 350,525 | (67,938) | (227,736) | 389,152 | 332,320 | 776,323 |
| Net position (deficit) – end of year | $ 363,276 | (46,790) | (269,065) | 418,292 | 326,555 | 792,268 |

See accompanying notes to basic financial statements.

30

**COMMONWEALTH OF PUERTO RICO**

Statement of Cash Flows – Proprietary Funds

Year ended June 30, 2013

(In thousands)

| | | | Business-Type Activities – Enterprise Funds | | | |
|---|---|---|---|---|---|---|
| | Unemployment insurance | Lotteries | Puerto Rico Medical Services Administration | Puerto Rico Water Pollution Control Revolving Fund | Other proprietary | Total proprietary |
| Cash flows from operating activities: | | | | | | |
| Receipts from customers and users | $ 279,517 | 890,530 | 93,872 | — | 49,469 | 1,313,388 |
| Other receipts | — | 251 | — | — | — | 251 |
| Payments to suppliers and employees | — | (104,584) | (135,616) | (219) | (36,962) | (277,381) |
| Payments of lottery prizes | — | (569,648) | — | — | — | (569,648) |
| Payments of insurance benefits | (390,649) | — | — | — | (3,242) | (393,891) |
| Other payments | — | — | — | — | — | — |
| Net cash provided by (used in) operating activities | (111,132) | 216,549 | (41,744) | (219) | 9,265 | 72,719 |
| Cash flows from noncapital financing activities: | | | | | | |
| Intergovernmental grants and contributions | 185,324 | — | — | 22,727 | 5,597 | 213,648 |
| Contributions to component unit | — | — | — | (1,165) | — | (1,165) |
| Interest paid | — | — | (10,572) | — | — | (10,572) |
| Transfers from other funds | — | 13,648 | 38,732 | 1,880 | 927 | 55,187 |
| Transfers to other funds | (69,323) | (190,023) | — | — | (22,915) | (282,261) |
| Net cash provided by (used in) capital and related financing activities | 116,001 | (176,375) | 28,160 | 23,442 | (16,391) | (25,163) |
| Cash flows from capital and related financing activities: | | | | | | |
| Transfers from other funds | — | — | 8,564 | — | — | 8,564 |
| Capital expenditures | — | — | (2,429) | — | (800) | (3,229) |
| Principal payments | — | (44) | (1,165) | — | — | (1,209) |
| Net cash provided by (used in) noncapital activities | — | (44) | 4,970 | — | (800) | 4,126 |
| Cash flows from investing activities: | | | | | | |
| Interest collected on deposits, investments and loans | 9,556 | 242 | 4,491 | 6,021 | 5,164 | 25,474 |
| Loans originated | — | — | — | (25,301) | (14,057) | (39,358) |
| Issuance of long-term debt | — | — | — | — | (8,000) | (8,000) |
| Principal collected on loans | — | — | — | 14,887 | 7,392 | 22,279 |
| Proceeds from sales and maturities of investments | — | — | — | — | 19,521 | 19,521 |
| Purchases of investments | — | — | — | — | (14,358) | (14,358) |
| Net cash provided by (used in) investing activities | 9,556 | 242 | 4,491 | (4,393) | (4,338) | 5,558 |
| Net increase (decrease) in cash and cash equivalents | 14,425 | 40,372 | (4,123) | 18,830 | (12,264) | 57,240 |
| Cash and cash equivalents at beginning of year, as restated (note 3) | 383,747 | 74,641 | 8,013 | 81,952 | 119,401 | 667,754 |
| Cash and cash equivalents at end of year | $ 398,172 | 115,013 | 3,890 | 100,782 | 107,137 | 724,994 |

**COMMONWEALTH OF PUERTO RICO**

Statement of Cash Flows – Proprietary Funds

Year ended June 30, 2013

(In thousands)

| | | | Business-Type Activities – Enterprise Funds | | | |
|---|---|---|---|---|---|---|
| | Unemployment insurance | Lotteries | Puerto Rico Medical Services Administration | Water Pollution Control Revolving Fund | Other proprietary | Total proprietary |
| Reconciliation of operating income (loss) to net cash provided by (used in) operating activities | | | | | | |
| Operating income (loss) | $ (120,015) | 232,332 | (76,654) | 5,698 | 7,628 | 48,989 |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities | | | | | | |
| Interests earned on deposits, loans and investments | — | — | — | (6,060) | (2,954) | (9,014) |
| Depreciation | — | 268 | 4,516 | — | 920 | 5,704 |
| Provision for bad debts | — | — | 30,017 | — | 19 | 30,036 |
| Loss on disposition of capital assets | — | — | — | — | 413 | 413 |
| Changes in operating assets and liabilities: | | | | | | |
| Decrease (increase) in accounts and loans receivable | 8,075 | (10) | (47,016) | — | 1,946 | (37,005) |
| Decrease (increase) in other assets | — | 641 | (764) | — | 8 | (115) |
| Increase (decrease) in accounts payable and accrued liabilities | — | 162 | 48,157 | 143 | (148) | 48,314 |
| Increase in due to other governmental entities | — | 2,405 | — | — | 1,233 | 3,638 |
| Increase (decrease) in deferred revenues | 4,121 | (3,840) | — | — | 182 | 463 |
| Increase (decrease) in compensated absences | — | 170 | — | — | (88) | 82 |
| Decrease in obligation for unpaid lottery prizes | — | (15,395) | — | — | — | (15,395) |
| Increase (decrease) in voluntary termination benefits payable | — | (184) | — | — | 119 | (65) |
| Decrease in liability for insurance benefits payable | (3,313) | — | — | — | (13) | (3,326) |
| Total adjustments | 8,883 | (15,783) | 34,910 | (5,917) | 1,637 | 23,730 |
| Net cash provided by (used in) operating activities | $ (111,132) | 216,549 | (41,744) | (219) | 9,265 | 72,719 |
| Non-cash capital and financing activities: | | | | | | |
| Retirement of capital assets | $ — | — | 851 | — | — | 851 |
| Payments to suppliers with proceeds from line of credit | $ — | — | 4,032 | — | — | 4,032 |
| Non-cash interest expense charged from line of credit | $ — | — | 6,000 | — | — | 6,000 |

See accompanying notes to basic financial statements.

**COMMONWEALTH OF PUERTO RICO**

Statement of Fiduciary Net Position – Fiduciary Funds

June 30, 2013

(In thousands)

| | Pension (and other employee benefit) trust | Agency |
|---|---:|---:|
| Assets: | | |
| Cash and cash equivalents in commercial banks | | |
| Unrestricted | $ 283,071 | 666,244 |
| Restricted | 26,503 | — |
| Cash and cash equivalents in governmental banks | | |
| Unrestricted | 139,937 | 433,944 |
| Restricted | 35,811 | — |
| Collateral from securities lending transactions | 174,833 | — |
| Investments at fair value: | | |
| Bonds and notes | 2,112,016 | — |
| Nonexchange commingled trust funds | 1,639,991 | — |
| Stocks | 97,374 | — |
| Investments in limited partnerships | 69,890 | — |
| Receivables – net: | | |
| Accounts | 131,033 | — |
| Loans and advances | 1,202,629 | — |
| Accrued interests and dividends | 19,532 | — |
| Other | 42,526 | — |
| Capital assets – net | 27,906 | — |
| Other assets | 36,023 | — |
| Total assets | 6,039,075 | 1,100,188 |
| Liabilities: | | |
| Accounts payable and accrued liabilities | 46,860 | 1,100,188 |
| Securities lending obligations | 174,833 | — |
| Interest payable | 13,876 | — |
| Other liabilities | 55,081 | — |
| Bonds payable | 3,051,189 | — |
| Total liabilities | 3,341,839 | 1,100,188 |
| Net position – held in trust for pension benefits | $ 2,697,236 | — |

See accompanying notes to basic financial statements.

**COMMONWEALTH OF PUERTO RICO**

Statement of Changes in Fiduciary Net Position – Pension (and Other Employee Benefit) Trust Funds

Year ended June 30, 2013

(In thousands)

| | | |
|---|---:|---:|
| Additions: | | |
| Contributions: | | |
| Sponsor | $ | 568,107 |
| Participants | | 446,195 |
| Special | | 385,739 |
| Total contributions | | 1,400,041 |
| Investment income and investment expense: | | |
| Interest | | 199,782 |
| Dividends | | 2,935 |
| Net change in fair value of investments | | 213,325 |
| Investment expenses | | (6,854) |
| Net investment income | | 409,188 |
| Other income | | 24,070 |
| Total additions | | 1,833,299 |
| Deductions: | | |
| Pension and other benefits | | 2,205,792 |
| Refunds of contributions | | 59,973 |
| General and administrative | | 73,404 |
| Interest on bonds payable | | 192,230 |
| Total deductions | | 2,531,399 |
| Net change in net position held in trust for pension benefits | | (698,100) |
| Net position held in trust for pension benefits: | | |
| Beginning of year | | 3,395,336 |
| End of year | $ | 2,697,236 |

See accompanying notes to basic financial statements.

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Net Position – Major Component Units

June 30, 2013

(In thousands)

| | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | Major component units totals | Nonmajor component units totals | All component units totals |
|---|---|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | | | |
| Current assets: | | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 999,165 | 2,967 | 122,130 | 101,680 | 20,371 | 13,156 | 1,259,469 | 198,149 | 1,457,618 |
| Cash and cash equivalents in governmental banks | — | 20,337 | — | — | 58,637 | 55,104 | 134,078 | 169,630 | 303,708 |
| Cash equivalents in PRGITF | — | — | — | 35,035 | — | — | 35,035 | — | 35,035 |
| Investments | 2,026,673 | — | — | — | 92,872 | — | 2,119,545 | 2,603,691 | 4,723,236 |
| Collateral from securities lending transactions | — | — | — | — | — | — | — | 102,689 | 102,689 |
| Receivables – net: | | | | | | | | | |
| Insurance premiums | — | — | — | — | — | — | — | 40,542 | 40,542 |
| Intergovernmental | — | 29,618 | — | 2,702 | 26,590 | 68,611 | 127,521 | 2,222 | 129,743 |
| Accounts | — | 13,890 | 776,550 | 71,848 | 43,831 | 57,224 | 963,343 | 125,071 | 1,088,414 |
| Loans and advances | 6,244,189 | — | — | — | 4,598 | — | 6,248,787 | 273,328 | 6,522,115 |
| Accrued interest | 275,365 | 635 | — | — | — | — | 276,000 | 25,683 | 301,683 |
| Other governmental entities | — | 603 | 356,495 | 52,278 | 36,511 | 66,352 | 512,239 | 30,090 | 542,329 |
| Other | 18,110 | — | 117,653 | — | — | — | 135,763 | 25,216 | 160,979 |
| Due from: | | | | | | | | | |
| Primary government | 97,154 | — | 82,982 | 55,497 | 49,806 | 44,610 | 330,049 | 98,514 | 428,563 |
| Component units | 3,378,372 | 1,173 | 178,172 | 12,432 | 18,846 | — | 3,588,995 | 101,470 | 3,690,465 |
| Inventories | — | — | 521,516 | 25,284 | 4,556 | — | 551,356 | 17,743 | 569,099 |
| Prepaid expenses | — | 7,418 | 5,082 | 6,377 | 889 | 4,289 | 24,055 | 15,446 | 39,501 |
| Restricted assets: | | | | | | | | | |
| Cash and cash equivalents in commercial banks | 86,501 | 118,829 | 431,121 | 273,358 | 20,746 | — | 930,555 | 28,589 | 959,144 |
| Cash and cash equivalents in governmental banks | — | 129,672 | — | 109,421 | — | 1,321 | 240,414 | 148,204 | 388,618 |
| Investments | 988,885 | 476,969 | 575,282 | — | 160,682 | — | 2,201,818 | 1,830,702 | 4,032,520 |
| Other restricted assets | 10,997 | — | — | — | — | — | 10,997 | 62,409 | 73,406 |
| Deferred issue cost | 31,105 | 77,707 | 55,810 | 63,335 | — | — | 227,957 | 28,603 | 256,560 |
| Deferred expenses and other assets | 4,224 | — | 10,898 | — | 74,341 | — | 89,463 | 16,867 | 106,330 |
| Real estate held for sale or future development | 65,595 | — | — | — | — | — | 65,595 | 161,919 | 227,514 |
| Capital assets, not being depreciated | 90,018 | 2,387,602 | 1,119,211 | 1,167,557 | 97,316 | — | 4,861,704 | 1,641,234 | 6,502,938 |
| Capital assets, depreciable – net | 9,910 | 8,772,139 | 5,719,347 | 6,252,911 | 867,196 | 211 | 21,621,714 | 2,327,345 | 23,949,059 |
| Total assets | 14,326,263 | 12,039,559 | 10,072,249 | 8,229,715 | 1,577,788 | 310,878 | 46,556,452 | 10,075,356 | 56,631,808 |
| **Deferred Outflows of Resources:** | | | | | | | | | |
| Deferred outflows of resources | — | 10,656 | 85,004 | — | — | — | 95,660 | — | 95,660 |
| Total deferred outflow of resources | — | 10,656 | 85,004 | — | — | — | 95,660 | — | 95,660 |

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Net Position – Major Component Units

June 30, 2013

(In thousands)

| | Major component units | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Liabilities and Deferred Inflow of Resources: | Government Development Bank for Puerto Rico | Puerto Rico Highways and Transportation Authority | Puerto Rico Electric Power Authority | Puerto Rico Aqueduct and Sewer Authority | University of Puerto Rico | Puerto Rico Health Insurance Administration | Major component units totals | Nonmajor component units totals | All component units totals |
| Liabilities: | | | | | | | | | |
| Accounts payable and accrued liabilities | 81,608 | 181,319 | 889,651 | 254,570 | 66,005 | 119,195 | 1,592,348 | 496,877 | 2,089,225 |
| Deposits and escrow liabilities | 5,576,669 | — | 181,482 | 82,247 | — | — | 5,840,398 | 446,224 | 6,286,622 |
| Due to: | | | | | | | | | |
| Primary government | — | — | — | 469,743 | 11,863 | 7,239 | 488,845 | 87,778 | 576,623 |
| Component units | — | 2,081,062 | 8,253 | 147,621 | 137,658 | 183,251 | 2,557,845 | 1,132,620 | 3,690,465 |
| Other governmental entities | — | 8,165 | 322,212 | 20,863 | 15,732 | — | 366,972 | 68,674 | 435,646 |
| Securities lending obligations and reverse repurchase agreements | 634,301 | — | — | — | — | — | 634,301 | 178,889 | 813,190 |
| Interest payable | 49,022 | 254,687 | 187,432 | 102,922 | 4,337 | 110 | 598,510 | 63,178 | 661,688 |
| Deferred revenue | — | — | — | 18,178 | — | — | 18,178 | 98,573 | 116,751 |
| Liability for automobile accident insurance, workmen compensation and medical claims | — | — | — | — | — | 150,005 | 150,005 | 925,846 | 1,075,851 |
| Liabilities payable within one year: | | | | | | | | | |
| Notes payable | 389,651 | — | 754,922 | — | 839 | — | 1,145,412 | 73,529 | 1,218,941 |
| Bonds payable | 35,832 | 101,875 | 399,215 | 16,900 | 20,070 | — | 573,892 | 119,730 | 693,622 |
| Accrued compensated absences | 2,389 | — | 87,755 | 12,725 | 35,555 | 485 | 138,909 | 40,874 | 179,783 |
| Voluntary termination benefits payable | — | — | — | — | — | 392 | 392 | 11,373 | 11,765 |
| Capital leases | — | — | — | — | — | — | — | 901 | 901 |
| Other long-term liabilities | 28,633 | — | 39,594 | 7,974 | 1,641 | — | 77,842 | 9,553 | 87,395 |
| Liabilities payable after one year: | | | | | | | | | |
| Notes payable | 4,451,088 | — | 7,294 | — | 1,434 | — | 4,459,816 | 1,450,882 | 5,910,698 |
| Commonwealth appropriation bonds | 3,431 | — | — | 398,567 | — | — | 401,978 | 107,667 | 509,645 |
| Bonds payable | 434,732 | 4,630,951 | 7,727,418 | 4,107,279 | 561,738 | — | 17,462,118 | 1,636,945 | 19,099,063 |
| Accrued compensated absences | 2,302 | 10,799 | 122,356 | 30,411 | 130,700 | 323 | 296,891 | 59,325 | 356,216 |
| Voluntary termination benefits payable | 18,500 | 88,202 | — | — | — | 4,343 | 111,045 | 112,808 | 223,853 |
| Capital leases | — | — | — | — | — | — | — | 29,570 | 29,570 |
| Hedging derivative instruments – interest rate swaps | — | 142,418 | 85,004 | — | — | — | 227,422 | — | 227,422 |
| Other long-term liabilities | 238,799 | 139,668 | 136,050 | 20,260 | 106,672 | 16,237 | 657,686 | 163,139 | 820,825 |
| Total liabilities | 11,946,957 | 7,639,146 | 10,948,638 | 5,690,240 | 1,094,244 | 481,580 | 37,800,805 | 7,314,955 | 45,115,760 |
| Deferred inflows of resources | | | | | | | | | |
| Deferred inflows of resources - Service concession arrangements | — | 1,165,674 | — | — | — | — | 1,165,674 | 619,416 | 1,785,090 |
| Total deferred outflow of resources | — | 1,165,674 | — | — | — | — | 1,165,674 | 619,416 | 1,785,090 |
| Net position: | | | | | | | | | |
| Net investment in capital assets | 89,614 | 2,956,277 | 23,378 | 2,745,582 | 391,767 | 211 | 6,206,829 | 1,650,497 | 7,857,326 |
| Restricted for: | | | | | | | | | |
| Capital projects | — | 41,793 | — | — | 3,350 | — | 45,143 | 235,793 | 280,936 |
| Debt service | 66,113 | 459,245 | — | — | 57,295 | — | 582,653 | 270,906 | 853,559 |
| Affordable housing and related loan insurance programs | 121,598 | — | — | — | — | — | 121,598 | — | 121,598 |
| Student loans and other educational purposes | — | — | — | — | 89,482 | — | 89,482 | 10,192 | 99,674 |
| Other specified purposes | — | — | — | 82,760 | 10,968 | — | 93,728 | 173,044 | 266,772 |
| Unrestricted (deficit) | 2,101,981 | (211,920) | (814,763) | (288,867) | (69,318) | (170,913) | 546,200 | (199,447) | 346,753 |
| Total net position | $ 2,379,306 | 3,245,395 | (791,385) | 2,539,475 | 483,544 | (170,702) | 7,685,633 | 2,140,985 | 9,826,618 |

See accompanying notes to basic financial statements.

COMMONWEALTH OF PUERTO RICO

Combining Statement of Activities – Major Component Units

Year ended June 30, 2013

(In thousands)

| | Expenses | Program revenues | | | Net revenues (expenses) and changes in net position | General revenues and transfers | | | | | | Change in net position | Net position beginning of year, as restated (see note 3) | Net position end of year |
| | | Charges for services | Operating grants and contributions | Capital grants and contributions | | Payments from primary government | Payments from (to) other component units | Grants and contributions not restricted to specific programs | Excise taxes | Interest and investment earnings | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Major component units: | | | | | | | | | | | | | | |
| Government Development Bank for Puerto Rico | $ 864,077 | 571,640 | 170,501 | — | (121,936) | — | — | — | — | — | — | (121,936) | 2,501,242 | 2,379,306 |
| Puerto Rico Highways and Transportation Authority | 1,154,822 | 217,720 | — | 428,930 | (508,172) | 258,424 | — | — | — | 42,425 | 66,869 | (140,454) | 3,385,849 | 3,245,395 |
| Puerto Rico Electric Power Authority | 5,191,088 | 4,843,016 | — | 31,979 | (316,093) | — | — | — | — | 26,329 | 14,065 | (275,699) | (515,686) | (791,385) |
| Puerto Rico Aqueduct and Sewer Authority | 1,233,804 | 735,693 | — | 19,859 | (478,252) | 6,132 | — | — | — | 7,478 | 5,202 | (459,440) | 2,998,915 | 2,539,475 |
| University of Puerto Rico | 1,414,968 | 216,482 | 138,337 | 5,219 | (1,054,930) | 834,208 | 67,832 | 161,651 | — | 4,318 | 9,855 | 22,934 | 460,610 | 483,544 |
| Puerto Rico Health Insurance Administration | 2,372,473 | 1,406,190 | — | — | (966,283) | 887,725 | — | — | — | 61,836 | — | (16,722) | (153,980) | (170,702) |
| Nonmajor component units | 2,135,444 | 1,518,821 | 69,788 | 20,678 | (526,157) | 276,245 | (67,832) | 5,553 | 65,642 | 144,627 | 29,586 | (72,336) | 2,213,321 | 2,140,985 |
| | $ 14,366,676 | 9,509,562 | 378,626 | 506,665 | (3,971,823) | 2,262,734 | — | 167,204 | 65,642 | 287,013 | 125,577 | (1,063,653) | 10,890,271 | 9,826,618 |

See accompanying notes to basic financial statements.

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(1) Summary of Significant Accounting Policies**

The Commonwealth of Puerto Rico (the Commonwealth) was constituted on July 25, 1952, under the provisions of the Commonwealth's Constitution (the Constitution) as approved by the people of Puerto Rico and the U.S. Congress. The Constitution provides for the separation of powers of the executive, legislative, and judicial branches of the government. The Commonwealth assumes responsibility for general government, public safety, health, public housing and welfare, education, and economic development.

The accompanying basic financial statements of the Commonwealth are presented in conformity with U.S. Generally Accepted Accounting Principles (US GAAP) for governments as prescribed by the Governmental Accounting Standards Board (GASB).

The accompanying basic financial statements present the financial position of the Commonwealth and its various funds, the results of operations of the Commonwealth and its various funds and fund types, and the cash flows of the proprietary funds. The basic financial statements are presented as of June 30, 2013 and for the year then ended.

**(a) *Financial Reporting Entity***

The basic financial statements of the Commonwealth include all departments, agencies, funds, functions and public corporations that have been determined to meet the requirements for inclusion in the Commonwealth's financial reporting entity. The Commonwealth has considered all potential component units for which it is financially accountable and other organizations for which the nature and significance of their relationship with the Commonwealth are such that exclusion would cause the Commonwealth's basic financial statements to be misleading or incomplete. The GASB has set forth criteria to be considered in determining financial accountability. These criteria include when the Commonwealth appoints a voting majority of an organization's governing body and it has (i) the ability to impose its will on that organization or (ii) the potential for the organization to provide specific financial benefits to, or impose specific financial burdens on, the Commonwealth. In situations where the Commonwealth has not appointed the voting majority of an organization's governing body, the GASB has then provided as criteria for financial accountability the fiscal dependency of such organizations on the Commonwealth when there is a potential for the organization to provide specific financial benefits to, or impose specific financial burdens on, the Commonwealth.

As required by US GAAP, these basic financial statements present the Commonwealth and its component units.

**(b) *Component Units***

The financial statements of the component units discussed below have been included in the financial reporting entity either as blended component units or as discretely presented component units in accordance with GASB Statement No. 14, *The Financial Reporting Entity,* as amended by GASB Statements No. 39 and No. 61.

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

### Blended Component Units

The following entities, while legally separate from the Commonwealth, meet the blending criteria to be reported as part of the primary government as follows:

*Public Buildings Authority (PBA)* – PBA is governed by a seven member board comprised of the Secretary of the Department of Transportation and Public Works (DTPW), the Secretary of the Department of Education of the Commonwealth, the President of the Government Development Bank for Puerto Rico (GDB), and four members appointed by the Governor of Puerto Rico with the advice and consent of the Senate. It is a legally separate entity, whose activities are blended within the primary government because it exists to construct, purchase, or lease office, school, health, correctional, social welfare, and other facilities for lease to the Commonwealth's departments, component units, and instrumentalities. Bonds issued by the PBA to finance such facilities are payable from lease collections, which are largely derived from Commonwealth appropriations and are further secured by the Commonwealth's guaranty.  Therefore the financial statements of the PBA are blended in the Commonwealth's fund financial statements as a special revenue, debt service and capital project fund.

*Puerto Rico Infrastructure Financing Authority (PRIFA)* – PRIFA is governed by a seven member board comprised of five members appointed by the board of the directors of the GDB, the Secretary of the Treasury of the Commonwealth and one member appointed by the Governor.  The members of PRIFA's board of directors are executives on trustworthy positions, named and supervised by the Governor.  The President is appointed by the Governor from among its members.  PRIFA is a financing authority whose responsibilities are to provide financial, administrative, consulting, technical, advisory, and other types of assistance to other component units and governmental instrumentalities of the Commonwealth, which are authorized to develop infrastructure facilities and to establish alternate means for financing them.  PRIFA's total debt outstanding, mostly Special Tax Revenue Bonds comprising over 95% of its total debt, is expected to be repaid entirely or almost entirely from resources of the Commonwealth, consisting of federal excise taxes levied on the rum and other articles produced in Puerto Rico and sold in the United States, which taxes are collected by the US Treasury and returned to the Commonwealth. PRIFA's remaining debt, other than the Special Tax Revenue Bonds, is currently being repaid with Commonwealth's legislative appropriations. Therefore, PRIFA's financial statements are blended in the Commonwealth's fund financial statements as a special revenue, debt service and capital project fund.

*Puerto Rico Maritime Shipping Authority (PRMSA)* – PRMSA is governed by the President of the GDB. The operations of PRMSA have been limited to processing the remaining legal requirements resulting from the sale of certain maritime operations formerly owned and operated by PRMSA. Such legal requirements consist solely of servicing the long-term debt that remained in PRMSA after the sale.  The Commonwealth is required to annually appropriate funds in its general operating budget to provide for the payment of principal and interest on such debt, which is the total debt outstanding.  Therefore, PRMSA's financial statements are blended in the Commonwealth's fund financial statements as a debt service fund.

*Puerto Rico Medical Services Administration (PRMeSA)* — PRMeSA is governed by a ten member board comprising the Secretary of the Department of Health of the Commonwealth, who is the Chairman, the Dean of the Medical Sciences Faculty of the University of Puerto Rico (UPR), the

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

President of the board of directors of the Puerto Rican League Against Cancer, the Mayor of the Municipality of San Juan, the Administrator of the State Insurance Fund Corporation, the Administrator of the Administration of Mental Health and Addiction Services, the President of the Medical Policy and Administration Committee, the Secretary of the Department of Family, and two members appointed by the Secretary of the Department of Health of the Commonwealth. Its purpose is to plan, organize, operate, and administer the centralized health services, provided in support of the hospital and other functions, offered by the member institutions and users of the medical complex known as the Puerto Rico Medical Center. The Commonwealth is required to annually appropriate funds in its general operating budget to provide for the payment of principal and interest on such debt, which is the total debt outstanding.  Therefore, PRMeSA's financial statements are blended in the Commonwealth's fund financial statements as an enterprise fund.

*Puerto Rico Sales Tax Financing Corporation (Known as COFINA, its Spanish Acronym)* – COFINA was created under Act No. 91 approved on May 13, 2006, as amended by the Legislative Assembly of the Commonwealth. COFINA was originally created for the purpose of financing the payment, retirement or defeasance of certain debt obligations of the Commonwealth outstanding at June 30, 2006 (the 2006 Appropriation Debt). During 2009, the Commonwealth's Legislative Assembly expanded the purposes of COFINA to assist operational expenses of the Commonwealth for 2009 through 2011 and for 2012, to the extent included in the annual budget of the Commonwealth. The members of the board of directors of COFINA are the same as the ones of the GDB. Since COFINA's total outstanding debt of Sales Tax Revenue Bonds is being repaid and pledged with Commonwealth's sales and use taxes as described in note 12, its financial statements are blended in the Commonwealth's fund financial statements as a special revenue and debt service fund.

*Special Communities Perpetual Trust (SCPT)* – SCPT is governed by a board of directors composed of eleven members: the Secretary of the Department of Housing of the Commonwealth, the Secretary of the DTPW of the Commonwealth, the Coordinator for the Social and Economic Financing of the Special Communities, one mayor of a municipality of Puerto Rico, one community leader resident in one special community, four private citizens representing the public interest, and two public employees. All members of the board of directors are appointed by the Governor. SCPT's principal purpose is to fund development projects that address the infrastructure and housing needs of the underprivileged communities. Over the years since its inception, SCPT has seen its revenue sources diminished as its principal assets, mortgage loans, are being fully reserved.  SCPT has accumulated debt with the GDB, which is being repaid, as required by the legislation creating SCPT, with Commonwealth's appropriations. Therefore, SCPT's financial statements are blended in the Commonwealth's fund financial statements as a special revenue and debt service fund.

*The Children's Trust* – The Children's Trust is governed by a seven member board comprised of the Governor, who designates the president of the board, the President of the GDB, the Director of the Office of Management and Budget (OMB) of the Commonwealth, the Secretary of Justice of the Commonwealth, and three private citizens appointed by the Governor with the advice and consent of the Senate. The Children's Trust's sole operation consists of providing financial assistance principally to the Commonwealth's departments to carry out projects aimed at promoting the well-being of families, children and youth of Puerto Rico, especially in the areas of education, recreation, and health. The operation of the Children's Trust is financed with the moneys being

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

received by the Commonwealth from a global settlement agreement (GSA) dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The GSA calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. After 2025, the tobacco companies shall continue making contributions in perpetuity.  As The Children's Trust provides financial assistance entirely or almost entirely to the Commonwealth's departments and its total debt outstanding is being repaid and pledged with the GSA resources received by the Commonwealth, its financial statements are blended in the Commonwealth's fund financial statements as a special revenue and debt service fund.

The COFINA debt service fund and the COFINA special revenue fund are presented as major governmental funds, while Puerto Rico Medical Services Administration is presented as a major enterprise fund. All the other blended component units are reported in the other governmental funds column. Complete financial statements of the blended component units can be obtained directly by contacting their respective administrative offices at:

| | |
|---|---|
| Public Buildings Authority | Puerto Rico Infrastructure Financing Authority |
| P.O. Box 41029 – Minillas Station | P.O. Box 41207 Minillas Station |
| San Juan, PR 00940-1029 | San Juan, PR 00940 |
| | |
| Puerto Rico Maritime Shipping Authority | Puerto Rico Medical Services Administration |
| P.O. Box 42001 | P.O. Box 2129 |
| San Juan, PR 00940-2001 | San Juan, PR 00922-2129 |
| | |
| Puerto Rico Sales Tax Financing Corporation | Special Communities Perpetual Trust |
| P.O. Box 42001 | P.O. Box 42001 |
| San Juan PR 00940-2001 | San Juan, PR 00940-2001 |
| | |
| The Children's Trust | |
| P.O. Box 42001 | |
| San Juan, PR 00940-2001 | |

**Discretely Presented Component Units**

The following component units, all legally separate entities, consistent with GASB Statement No. 14, as amended by GASB Statements No. 39 and 61, are discretely presented in the basic financial statements principally because of the nature of the services they provide, the Commonwealth's ability to impose its will, principally through the appointment of their governing authorities, and because the component units provide specific financial benefits to, or impose financial burdens on, the Commonwealth (with the exception of Culebra Conservation and Development Authority, which does not meet all these criteria, but the Commonwealth has determined it would be misleading to exclude it from the Commonwealth's financial reporting entity). These component units are not blended with the primary government because they do not provide services entirely, or almost entirely to the primary government, their governing board is not substantively the same as that of the primary government, the primary government does not have any operational responsibilities over them, and they do not have total debt outstanding being repaid entirely or almost entirely with resources of the primary government. These have been classified by management between major and nonmajor component units. A major discretely presented component unit is determined by the Commonwealth based on the nature and significance of its

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

relationship to the primary government. This determination is based on the evaluation of the following factors: a) the services provided by the component unit to the citizenry are such that separate reporting as a major component unit is considered to be essential to financial statement users, b) there are significant transactions with the primary government, or c) there is a significant financial benefit or burden relationship with the primary government.  If a component unit is expected to meet some of these considerations for inclusion as major component unit in a future year, the Commonwealth may elect to report it as a major component unit.

**Major Component Units**

*Government Development Bank for Puerto Rico (GDB)* – GDB is governed by a seven member board appointed by the Governor. GDB's boards of directors' members are executives on a trustworthy position, named and supervised by the Governor.  The GDB acts as fiscal agent, depository of funds, disbursing agent, investor and financial advisor for the Commonwealth, its public corporations, and municipalities in connection with the issuance of bonds and notes; and it also makes loans and advances funds predominantly to the Commonwealth's departments, component units, and municipalities.

*Puerto Rico Highways and Transportation Authority (PRHTA)* – PRHTA is governed by the Secretary of DTPW. The PRHTA has broad powers to carry out its responsibilities in accordance with DTPW's overall transportation policies. These powers include, among other things, the complete control and supervision of any highway facilities constructed, owned, or operated by the PRHTA, the ability to set tolls for the use of the highway facilities, and the power to issue bonds, notes, or other obligations. The PRHTA plans and manages the construction of all major projects relating to the Commonwealth's toll highway system, undertakes major repairs, and maintains the toll ways. The Commonwealth has the ability to significantly influence the toll rates charged by the PRHTA.

*Puerto Rico Electric Power Authority (PREPA)* – PREPA is governed by a nine member board comprising the Secretary of the Department of Transportation and Public Works (DTPW), six members appointed by the Governor with the advice and consent of the Senate, and two members representing the consumers' interest elected in a referendum carried out by the Puerto Rico Consumer Affairs Department. Board members are appointed or elected for a period of four years. PREPA is responsible for conserving, developing, and utilizing the power resources in order to promote the general welfare of Puerto Rico and owns and operates the Commonwealth's electrical power generation, transmission, and distribution system. The Commonwealth is entitled to receive contributions in lieu of taxes from PREPA.

*Puerto Rico Aqueduct and Sewer Authority (PRASA)* – PRASA is governed by a nine member board comprising six members appointed by the Governor with the advice and consent of the Senate (including the President of the Puerto Rico Planning Board), the Executive President of Puerto Rico Electric Power Authority, the Executive Director of Mayors' Federation, and the Executive Director of Mayors' Association. PRASA owns and operates the Commonwealth's system of public water supply and sanitary sewer facilities.  PRASA is authorized, among other things, to borrow money and issue revenue bonds for any of its corporate purposes. The Commonwealth guarantees the principal and interest payments of certain outstanding bonds and of all future bonds issued to

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

refinance those outstanding bonds at the date of refinancing.  Act No. 45 of July 28, 1994 was later amended to include other loans under the State Revolving Fund Program (SRFP). The Commonwealth provides financial support to PRASA through legislative appropriations.

*University of Puerto Rico (UPR)* – The UPR is governed by a thirteen-member Governing Board, nine of which are appointed by the Governor of Puerto Rico and confirmed by the Senate of Puerto Rico.  The remaining members of the Governing Board consist of two tenured professors and two full-time students.  The Secretary of the Department of Education of the Commonwealth becomes ex-officio member of the governing board. The Commonwealth provides financial support to the UPR through legislative appropriations.

*Puerto Rico Health Insurance Administration (PRHIA)* – PRHIA is governed by a board of directors, which, by law, is composed of eleven members (six compulsory members and five discretionary members). The compulsory members are the Secretary of Health of the Commonwealth, the Secretary of the Treasury of the Commonwealth, the Director of the Office of Management and Budget, the President of the GDB, the Insurance Commissioner of Puerto Rico, and the Administrator of the Administration of Services of Mental Health and Addiction. The five discretionary members are appointed by the Governor, with the advice and consent of the Senate. The board of directors' president is designated by the Governor and all discretionary board members are executives on a trustworthy position. PRHIA was created for implementing, administering, and negotiating a health insurance system through contracts with insurance underwriters to provide quality medical and hospital care to low income individuals, employees of the Commonwealth and policemen who voluntarily subscribe to the Puerto Rico health insurance medical plan. The Commonwealth provides financial support to PRHIA through legislative appropriations.

**Nonmajor Component Units**

*Agricultural Enterprises Development Administration (AEDA)* – AEDA is governed by the Secretary of Agriculture of the Commonwealth. The purpose of AEDA is to provide a wide variety of services and incentives to the agricultural sector. The Commonwealth has the ability to impose its will on AEDA. The Commonwealth provides financial support to AEDA through legislative appropriations.

*Automobile Accidents Compensation Administration (AACA)* – AACA is governed by a Cabinet Member, and a four member board appointed by the Governor with the advice and consent of the Senate. The AACA operates a system of compulsory insurance coverage for all registered motor vehicles and compensates citizens for injuries arising from motor vehicle accidents. The Commonwealth has the ability to significantly influence rates charged by the AACA. The Commonwealth has access to AACA's resources.

*Cardiovascular Center Corporation of Puerto Rico and the Caribbean (CCCPRC)* – CCCPRC is governed by a seven member board comprising of the Secretary of Health of the Commonwealth, the Director of the Medical Sciences Campus of the UPR, the Executive Director of the Puerto Rico Medical Services Administration, and four additional members appointed by the Governor with the advice and consent of the Senate, one of which should be from the Cardiology Society of Puerto Rico and another member of a cardiology foundation properly registered in the Department of State of the Commonwealth. The purpose of the CCCPRC is to provide special treatment to patients suffering from cardiovascular diseases. The Commonwealth provides financial support to the

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

CCCPRC through legislative appropriations.

*Company for the Integral Development of the "Península de Cantera" (CIDPC)* – CIDPC is governed by an eleven member board, of which six members are appointed by the Governor and five members appointed by the Mayor of the Municipality of San Juan. The CIDPC was created to establish and implement a comprehensive development plan for the Península de Cantera area. Its main function is to supervise and coordinate governmental efforts and also promote and manage private sector initiatives for the improvements and rehabilitation of the aforementioned area. The Commonwealth provides financial support to the CIDPC.

*Corporation for the "Caño Martín Peña" ENLACE Project (CPECMP)* – CPECMP was created for the purpose of coordinating the public policy related to the rehabilitation of the Caño Martín Peña area. The CPECMP is governed by a board of directors of thirteen members of which seven members are appointed by the Governor and six members appointed by the Mayor of the Municipality of San Juan. The Commonwealth generally provides financial support to the CPECMP through legislative appropriations.

*Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico (CDASFIPR)* – CDASFIPR was created for the development of the arts and the film industry in Puerto Rico and is governed by a seven member board comprising the Secretary of Economic Development and Commerce, who is the president, the President of the Puerto Rico Public Broadcasting Corporation, the Secretary of Treasury, the Executive Director the Puerto Rico Institute of Culture and three additional members appointed by the Governor with the advice and consent of the Senate. The Commonwealth generally provides financial support to the CDASFIPR through legislative appropriations.

*Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico (CIBMRIP)* – CIBMRIP is governed by the Secretary of the Family of the Commonwealth, who is also the President of the CIBMRIP. The purpose of the Corporation is to establish and organize workshops in Puerto Rico, which will provide training, employment and other services that is deemed appropriate or necessary for the rehabilitation of blind people, mentally retarded or other delayed mental or other handicaps which constitute obstacles to their occupational capacity, residing in Puerto Rico. The Commonwealth provides financial support to the CIBMRIP through Commonwealth appropriations.

*Culebra Conservation and Development Authority (CCDA)* – CCDA was created to formulate and administer the program and plan for the conservation, use, and development of natural resources of the Municipality of Culebra. The CCDA is administered through a board of directors composed of seven members, including the Mayor of the Municipality of Culebra and six additional members appointed by the Mayor of the Municipality of Culebra and confirmed by the municipal legislature. The administration and operations of the CCDA are conducted by an executive director elected by the board of directors. The Commonwealth provides financial support to the CCDA through legislative appropriations. Although CCDA's board of directors is not appointed by the Commonwealth and it is not fiscally dependent on the Commonwealth, the Commonwealth believes it would be misleading to exclude it from its reporting entity, given the financial support provided by the Commonwealth.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

*Economic Development Bank for Puerto Rico (EDB)* – EDB is governed by a nine members board comprising the President of the GDB, who is the Chairman, the Secretary of Agriculture of the Commonwealth, the Secretary of the Department of Economic Development and Commerce of the Commonwealth, the Executive Director of the Puerto Rico Industrial Development Company, the Executive Director of the Puerto Rico Tourism Company, and four members representing the private sector and appointed by the Governor with the advice and consent of the Senate. Private sector members are appointed for a maximum period of three years. The EDB is responsible for the promotion and development of the private sector economy of the Commonwealth. This purpose is to be met by granting direct loans, loan guarantees, loan participation, and/or direct investments to any person or business organization devoted to manufacturing, agriculture, trade, tourism, or other service enterprises with preference, but not limited, to economic activities that may have the effect of substituting imports. The Commonwealth has the ability to impose its will on the EDB.

*Employment and Training Enterprises Corporation (ETEC)* – ETEC is governed by an eleven member consulting board, which includes two private citizens appointed by the Governor with the consent of the Senate. The purpose of ETEC is to provide training for management, business development, and employment for inmates of the correctional institutions of the Commonwealth. The Commonwealth generally provides financial support to ETEC through legislative appropriations and has the ability to impose its will on ETEC.

*Farm Insurance Corporation of Puerto Rico (FICPR)* – FICPR is governed by a five member board consisting of the Secretary of Agriculture of the Commonwealth, the Dean of the Agricultural Sciences Faculty of the UPR Mayaguez Campus, a representative of the GDB, and two bona fide farmers appointed by the Governor with the advice and consent of the Senate. The purpose of the FICPR is to provide insurance to farmers against losses in their farms caused by natural disasters. The Commonwealth has the ability to impose its will on the FICPR.

*Fine Arts Center Corporation (FACC)* – FACC is governed by a nine member board comprising the President of the Musical Arts Corporation and eight members named by the Governor. FACC was created with the purpose of administering the Fine Arts Center. The Commonwealth provides financial support to FACC through legislative appropriations.

*Institute of Puerto Rican Culture (IPRC)* – IPRC is governed by a nine member board comprising the President of Musical Arts Corporation and eight members appointed by the Governor with the advice and consent of the Senate. The IPRC is responsible for implementing the public policy related to the development of Puerto Rican arts, humanities and culture. The Commonwealth provides financial support to the IPRC through legislative appropriations.

*Institutional Trust of the National Guard of Puerto Rico (ITNGPR)* – ITNGPR is governed by a seven member board comprising of the Adjutant General of the Puerto Rico National Guard, the President of the GDB, the Secretary of Justice of the Commonwealth, three militaries from the Puerto Rico National Guard, and one representative from the community appointed by the Governor. ITNGPR's purpose is to provide life insurance, retirement benefits, and economic assistance to the active members of the Puerto Rico National Guard and their families. The Commonwealth generally provides financial support to the ITNGPR through legislative appropriations and has the ability to impose its will on the ITNGPR.

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

*Land Authority of Puerto Rico (LAPR)* – LAPR is governed by a five member board consisting of the Secretary of Agriculture of the Commonwealth and four members appointed by the Governor. LAPR was created to carry out the provisions of the Land Law of Puerto Rico, principally geared to the agricultural development of Puerto Rico. LAPR maintains debt that is paid with Commonwealth's appropriations and funds generated by LAPR operations.

*Local Redevelopment Authority for Roosevelt Roads Puerto Rico (LRA)* – LRA is governed by a nine member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, two members appointed by the Mayor of the Municipality of Ceiba, one member appointed by the Mayor of the Municipality of Naguabo, one member appointed by the President of the Senate, one member appointed by the Speaker of the House of Representatives and three additional members appointed by the Governor, all to possess known interest and expertise in the areas of planning; commercial, tourism, residential and institutional development; real estate; tourism and recreational facilities administration; and infrastructure projects' management. The LRA is responsible for the implementation of the reuse and redevelopment plan for the former Navy Station of Roosevelt Roads located in Ceiba, Puerto Rico. Some of the activities involved in these redevelopment plans include the direction, supervision, regulation and maintenance of the economic development on the land and facilities formerly occupied by the US Navy. The Commonwealth generally provides financial support to the LRA through legislative appropriations.

*Musical Arts Corporation (MAC)* – MAC is governed by a seven member board appointed by the Governor with the advice and consent of the Senate. MAC was created to promote the development of the arts and cultural programs of the Commonwealth. The Commonwealth provides financial support to MAC through legislative appropriations.

*National Parks Company of Puerto Rico (NPCPR)* – NPCPR is governed by a nine member board comprising the Secretary of Recreation and Sports Department of the Commonwealth (the Secretary), who is the chairman, the Secretary of the Department of Education of the Commonwealth, the Executive Director of the Puerto Rico Tourism Company, the Secretary of the Department of Natural and Environmental Resources of the Commonwealth, and five members appointed by the Governor with the recommendation from the Secretary and with known interest in the development and preservation of parks in the private sector. The NPCPR is responsible for the operation of all national parks and the protection, conservation, maintenance and use of parks, beaches, forests, and natural and historical monuments for the optimum enjoyment of present and future generations. The Commonwealth provides financial support to the NPCPR through legislative appropriations.

*Port of the Americas Authority (PAA)* – PAA is governed by an eleven member board comprising of the Secretary of DTPW, the Secretary of Economic Development and Commerce, the Executive Director of Puerto Rico Industrial Development Company, the Majors of the Municipalities of Ponce, Peñuelas and Guayanilla and five private citizens appointed by the Governor with the consent of the Senate. The main purpose of the PAA is the planning, development and construction of a large scale container terminal in the city of Ponce, Puerto Rico. The Commonwealth generally provides financial support to the PAA through legislative appropriations.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

*Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives (PCSDIPRC)* – PCSDIPRC is governed by a nine member board comprising of the Administrator of the Cooperative Development Administration, the Commissioner of Financial Institutions of Puerto Rico, the Secretary of the Treasury of the Commonwealth, the Inspector of Cooperatives, three citizens representing the cooperative movement, one representative of the Puerto Rico Cooperatives League, and one private citizen representing the public interest. PCSDIPRC has the responsibility of providing to all the cooperatives and the Federation of Cooperatives of Puerto Rico insurance coverage over the stocks and deposits, and for monitoring the financial condition of the insured cooperatives, and the uninsured cooperatives when requested by the Inspector of Cooperatives. The Commonwealth has the ability to impose its will on PCSDIPRC.

*Puerto Rico Conservatory of Music Corporation (PRCMC)* – PRCMC is governed by a seven member board appointed by the Governor, with the advice and consent of the Senate. The PRCMC is responsible for providing the Puerto Rican community and especially its youths with the required facilities to educate and perfect their musical skills, including secondary education programs for developing musical arts. It prepares the artistic element that nourishes the Puerto Rico Symphony Orchestra and other musical organizations, and coordinates the governmental efforts to interested industries, private enterprises, and particular citizens. The Commonwealth occasionally provides financial support to the PRCMC through legislative appropriations.

*Puerto Rico Convention Center District Authority (PRCCDA)* – PRCCDA is governed by a nine member board of directors comprising of four members from the public sector and five members from the private sector. The public sector members comprise the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, the Executive Director of the Puerto Rico Tourism Company (PRTC), the president of the GDB, and one member from the public sector. The private sector members are individuals having experience in the areas of hotel operations, tourism, real estate, or convention centers who are appointed by the Governor with the advice and consent of the Senate. The PRCCDA was created to develop, own, finance, plan, design, construct, operate, manage, and promote the new Puerto Rico Convention Center and the Puerto Rico Convention District. The PRCCDA also has the ownership interest as well as other rights and obligations related to the development and operations of the Jose Miguel Agrelot Coliseum. The Commonwealth provides financial support to the PRCCDA through legislative appropriations.

*Puerto Rico Council on Education (PRCE)* – PRCE is governed by a board comprising nine members appointed by the Governor with the consent of the Senate. Its purpose is to develop higher education, to administer the licensing and certification of institutions of higher education, and to administer scholarship funds. The Commonwealth provides financial support to the PRCE through legislative appropriations.

*Puerto Rico Government Investment Trust Fund (PRGITF)* – PRGITF is governed by the Secretary of the Treasury of the Commonwealth. The GDB is its trustee, custodian, and administrator. PRGITF's main objective is to provide investment opportunities in a professionally managed money market portfolio by investing in high quality securities with minimal credit risk. Qualified investors include the Commonwealth's central government, its public corporations, instrumentalities and agencies, and the municipalities of Puerto Rico. In conformity with GASB Statement No. 31, *Accounting and Financial Reporting for Certain Investments and for External Investments Pools*, the

47                                                                    (Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

financial statements of the PRGITF are not included in the accompanying basic financial statements because the primary government and each component unit investor is already presenting as cash or investment their corresponding share of the assets of the PRGITF.

*Puerto Rico Industrial Development Company (PRIDCO)* – PRIDCO is governed by a seven member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who is the Chairman, the Secretary of the Treasury of the Commonwealth, the President of the GDB, the President of the Planning Board of Puerto Rico, and three members from the private sector appointed by the Governor with the advice and consent of the Senate. The private sector members are appointed for a period of four years. PRIDCO administers the Commonwealth sponsored economic development program by providing facilities, general assistance, and special incentive grants to manufacturing companies operating in Puerto Rico. PRIDCO has issued interim notes and revenue bonds to finance manufacturing plants and other facilities. Rentals derived from the leasing of specified facilities of PRIDCO are pledged for the payment of PRIDCO's revenue bonds. PRIDCO maintains debt that is paid with Commonwealth's appropriations. The Commonwealth generally provides financial support to PRIDCO through legislative appropriations and has the ability to impose its will on PRIDCO.

*Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority (known as AFICA, its Spanish acronym)* – AFICA is governed by a seven member board comprising the Executive Director of PRIDCO, the President of the GDB, the Executive Director of Puerto Rico Infrastructure Financing Authority, the Executive Director of the Puerto Rico Tourism Company (PRTC), the President of the Environmental Quality Board, and two private citizens appointed by the Governor. AFICA is authorized to issue revenue bonds to finance industrial, tourist, environmental control, medical, and educational facilities in Puerto Rico and the United States of America for use by private companies, nonprofit entities, or governmental agencies. The bonds are payable solely from collections from such private companies, nonprofit entities, or governmental agencies, and do not constitute debt of the Commonwealth or any of its other component units.  The Commonwealth has the ability to impose its will on AFICA.

*Puerto Rico Land Administration (PRLA)* – PRLA is governed by an eleven member board comprising the Secretary of Economic Development and Commerce of the Commonwealth, who serves as President, the President of the Planning Board of Puerto Rico, who serves as Vice-President, the Secretary of the Treasury of the Commonwealth, the Secretary of Agriculture of the Commonwealth, the Secretary of DTPW of the Commonwealth, the Secretary of Housing of the Commonwealth, the Executive Director of Puerto Rico Industrial Development Corporation and four members appointed by the Governor with the advice and consent of the Senate. The PRLA acquires parcels of land on behalf of government instrumentalities through negotiation or expropriation for future development or for reserve. The Commonwealth provides financial support to the PRLA through legislative appropriations.

*Puerto Rico and Municipal Islands Maritime Transport Authority (PRMIMTA)* – PRMIMTA is governed by a five member board comprising the Secretary of DTPW, who serves as President, the Executive Director of the Ports Authority, the Mayors of Vieques and Culebra, and one additional member appointed by the Governor. The operations of the PRMIMTA consist of administering and operating the maritime transportation services between San Juan, Fajardo, Vieques and Culebra. The

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Commonwealth generally provides financial support to the PRMIMTA through legislative appropriations.

*Puerto Rico Metropolitan Bus Authority (PRMBA)* – PRMBA is governed by the Secretary of DTPW of the Commonwealth. The PRMBA provides bus transportation to passengers within the San Juan Metropolitan Area. The Commonwealth provides financial support to the PRMBA through the transfer of certain gasoline and diesel excise taxes collected by the Commonwealth.

*Puerto Rico Municipal Finance Agency (PRMFA)* – PRMFA is governed by a five member board comprising the President of the GDB, who is the Chairman, the Commissioner of Municipal Affairs, and three additional members appointed by the Governor, one of whom shall be either the mayor or chief financial officer of a municipality. The PRMFA was organized to create a capital market to assist the municipalities of Puerto Rico in financing their public improvement programs. The Commonwealth is required to cover any potential deficiency that may exist on the MFA reserve accounts established for debt service.

*Puerto Rico Ports Authority (PRPA)* – PRPA is governed by a five member board consisting of the Secretary of DTPW of the Commonwealth, who is the Chairman, the Secretary of Economic Development and Commerce of the Commonwealth, the Executive Director of the PRTC, the Executive Director of Puerto Rico Industrial Development Company and one private citizen appointed by the Governor with the consent of the Senate. The purpose of the PRPA is to administer all ports and aviation transportation facilities of the Commonwealth and to render other related services. The Commonwealth generally provides financial support to the PRPA through legislative appropriations.

*Puerto Rico Public Broadcasting Corporation (PRPBC)* – PRPBC is governed by an eleven member board of directors comprising the Secretary of the Department of Education of the Commonwealth, the President of the UPR, the Executive Director of the IPRC, and eight private citizens appointed by the Governor with the advice and consent of the Senate. At least three of these private citizens must have proven interest, knowledge, and experience in education, culture, art, science, or radio and television. The PRPBC was created for the purpose of integrating, developing, and operating the radio, television, and electronic communication facilities that belong to the Commonwealth. The Commonwealth provides financial support to the PRPBC through legislative appropriations.

*Puerto Rico Public Private Partnerships Authority (PPPA)* – PPPA is governed by a five member board of directors comprising the President of the GDB, the Secretary of the Treasury, the President of the Planning Board and two members appointed by the Governor, one member selected by the President of the Senate of Puerto Rico and another member, by the Speaker of the Puerto Rico House of Representatives. The PPPA is the only government entity authorized and responsible for implementing public policy on Public Private Partnerships established by Act No. 29 of June 8, 2009 and to determine the functions, services or facilities for which such Partnerships will be established. The Commonwealth has the ability to impose its will on the PPPA.

*Puerto Rico School of Plastic Arts (PRSPA)* – PRSPA is governed by a seven member board. Four members are appointed by the board of directors of the IPRC, representing the public educational and cultural interests. Board members may not be employees of the PRSPA. The remaining three

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

members are elected from among the members of the board of directors of the IPRC, one of whom will serve as president. The PRSPA was created to develop, promote, plan, and coordinate programs of study in higher education oriented to the plastic arts, teaching, artistic techniques, and to help students to develop humanistic values. The Commonwealth generally provides financial support to the PRSPA through legislative appropriations.

*Puerto Rico Telephone Authority (PRTA)* – PRTA is governed by a five member board comprising the President of the GDB and four members that are appointed by the board of directors of the GDB from among the GDB board members, all of which are appointed by the Governor. PRTA is the legal entity responsible to account for the equity interest in Telecommunications de Puerto Rico, Inc. The Commonwealth has the ability to impose its will on the PRTA.

*Puerto Rico Tourism Company (PRTC)* – PRTC is governed by a seven member board comprising of representatives of different tourist related sectors appointed by the Governor with the consent of the Senate. At least one member must represent internal tourism and two must not be residents of the metropolitan area. Its purpose is to promote the tourism industry of Puerto Rico. The Commonwealth generally provides financial support to the PRTC through legislative appropriations.

*Puerto Rico Trade and Export Company (PRTEC)* – PRTEC is governed by a nine member board comprising the Secretary of the Department of Economic Development and Commerce, who is the Chairman, the Executive Director of the Ports Authority, the Secretary of the Department of Agriculture, the President of the EDB, the Executive Director of PRIDCO, the Legal Division Director of the PRTEC, and three private citizens. The PRTEC has the responsibility to promote the highest efficiency in the services provided to the commercial sector, with emphasis on small and medium sized enterprises while promoting the export of products and services from Puerto Rico to other countries. The Commonwealth has the ability to impose its will on the PRTEC.

*Solid Waste Authority (SWA)* – SWA is governed by a government board appointed by the Secretary of the Department of Natural Resources, whereby, the Secretary and the Executive Director of SWA periodically meet. SWA provides alternatives for processing of solid waste and encourages recycling, reuse, and recovery of resources from waste. The Commonwealth provides financial support to SWA through legislative appropriations.

*State Insurance Fund Corporation (SIFC)* – SIFC is governed by a seven member board appointed by the Governor with the advice and consent of the Senate. The board comprises the Commissioner of Insurance of Puerto Rico, an officer from the Department of Labor and Human Resources of the Commonwealth, an officer from the Department of Health of the Commonwealth, a representative of the employers' interest, a representative of the employees' interest, and two members without any of these interests. One of these members is appointed by the Governor as president of the board for a period of six years. The three public officials are appointed for a period of five years, and the rest of the members for four, three, two, and one year, respectively. SIFC provides workers' compensation and disability insurance to public and private employees. The Commonwealth has access to SIFC's resources.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

*University of Puerto Rico Comprehensive Cancer Center (UPRCCC)* – UPRCCC is governed by a nine member board comprising of four ex-officio members: the President of the University of Puerto Rico (the UPR), the Chancellor of Medical Sciences Campus of the UPR, the Secretary of the Department of Health of the Commonwealth, and the Dean of the UPR School of Medicine. The remaining five (5) members, who  shall be appointed by the Governor with the approval of the Commonwealth Senate, are citizens of Puerto Rico who have shown commitment to the fight against cancer are as follows: two members from the investigative studies or cancer treatment community; one member with experience in management, finance, or business administration, or with previous experience managing hospitals or medical investigation clinics; one member who is a cancer patient; and one member of which will be a member of the "Liga Puertorriqueña Contra el Cancer". The Commonwealth provides financial support to UPRCCC through legislative appropriations.

Complete financial statements of the discretely presented component units can be obtained directly by contacting their administrative offices:

Agricultural Enterprises Development Administration
P.O. Box 9200
Santurce, PR 00908-0200

Automobile Accidents Compensation Administration
P.O. Box 364847
San Juan, PR 00936-4847

Cardiovascular Center Corporation of Puerto Rico and the Caribbean
P.O. Box 366528
San Juan, PR 00936-6528

Company for the Integral Development of the "Península de Cantera"
P.O. Box 7187
Santurce, PR 00916-7187

Corporation for the "Caño Martín Peña" ENLACE Project
P.O. Box 41308
San Juan, PR 00940-1308

Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico
P.O. Box 362350
San Juan, PR 00936-2350

Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico
P.O. Box 13382
San Juan, PR 00908

Culebra Conservation and Development Authority
P.O. Box 217
Culebra, PR 00775-0217

Economic Development Bank for Puerto Rico
P.O. Box 2134
San Juan, PR 00922-2134

Employment and Training Enterprises Corporation
P.O. Box 366505
San Juan, PR 00936-6505

Farm Insurance Corporation of Puerto Rico
P.O. Box 9200
Santurce, PR 00908

Fine Arts Center Corporation
P.O. Box 41287 – Minillas Station
San Juan, PR 00940-1287

Government Development Bank for Puerto Rico
P.O. Box 42001
San Juan, PR 00940-2001

Institute of Puerto Rican Culture
P.O. Box 9024184
San Juan, PR 00902-4184

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Institutional Trust of the National Guard of
Puerto Rico
P.O. Box 9023786
San Juan, PR, 00902-3786

Land Authority of Puerto Rico
P.O. Box 9745
Santurce, PR 00908-9745

National Parks Company of Puerto Rico
P.O. Box 9022089
San Juan, PR 00902-2089

Public Corporation for the Supervision and
Deposit Insurance of Puerto Rico Cooperatives
P.O. Box 195449
San Juan, PR 00919-5449

Puerto Rico Conservatory of Music Corporation
951 Ponce de León Ave.
San Juan, PR 00907-3373

Puerto Rico Convention Center District Authority
P.O. Box 19269,
San Juan, Puerto Rico, 00910-1269

Puerto Rico Government Investment Trust Fund
P.O. Box 42001, Millas Station
San Juan, Puerto Rico 00940-2001

Puerto Rico Highways and Transportation Authority
P.O. Box 42007
San Juan, PR 00940-2007

Puerto Rico Land Administration
P.O. Box 363767
San Juan, PR 00936-3767

Puerto Rico and Municipal Islands Maritime
Transport Authority
P.O. Box 4305
Puerto Real, PR 00740

Puerto Rico Municipal Finance Agency
P.O. Box 42001
San Juan, PR 00940-2001

Local Redevelopment Authority for Roosevelt
Roads Puerto Rico
400 Calaf Street, PMB 456
San Juan, PR 00918-1314

Musical Arts Corporation
P.O. Box 41227
San Juan, PR 00940-1227

Port of the Americas Authority
P.O. Box 195534
San Juan, PR 00919-5534

Puerto Rico Aqueduct and Sewer Authority
P.O. Box 7066
San Juan, PR 00916-7066

Puerto Rico Council on Education
P.O. Box 19900
San Juan, PR 00910-1900

Puerto Rico Electric Power Authority
P.O. Box 364267
San Juan, PR 00936-4267

Puerto Rico Health Insurance Administration
P.O. Box 195661
San Juan, PR 00919-5661

Puerto Rico Industrial Development Company
P.O. Box 362350
San Juan, PR 00936-2350

Puerto Rico Metropolitan Bus Authority
P.O. Box 195349
San Juan, PR 00919-5349

Puerto Rico Industrial, Tourist, Educational,
Medical, and Environmental Control
Facilities Financing Authority
P.O. Box 42001
San Juan, PR 00940-2001

Puerto Rico Ports Authority
P.O. Box 362829
San Juan, PR 00936-2829

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| | |
|---|---|
| Puerto Rico Public Broadcasting Corporation<br>P.O. Box 190909<br>San Juan, PR 00919-0909 | Puerto Rico Public Private Partnerships Authority<br>P.O. Box 42001<br>San Juan, PR 00940-2001 |
| Puerto Rico School of Plastic Arts<br>P.O. Box 9021112<br>San Juan, PR 00902-1112 | Puerto Rico Telephone Authority<br>P.O. Box 42001<br>San Juan, PR 00940-2001 |
| Puerto Rico Tourism Company<br>Tanca Street #500, Ochoa Building, 3rd Floor<br>Old San Juan, PR 00902-3960 | Puerto Rico Trade and Export Company<br>P.O. Box 195009<br>San Juan, PR 00919-5009 |
| Solid Waste Authority<br>P.O. Box 40285<br>San Juan, PR 00940-0285 | State Insurance Fund Corporation<br>P.O. Box 365028<br>San Juan, PR 00936-5028 |
| University of Puerto Rico<br>Jardín Botánico Sur<br>1187 Street Flamboyán<br>San Juan, PR 00916-1117 | University of Puerto Rico Comprehensive<br>Cancer Center<br>PMB 711, 89 De Diego Ave., Suite 105<br>San Juan, PR 00927-6346 |

The financial statements of the discretely presented component units have a year end of June 30, 2013, except for the Puerto Rico Telephone Authority, which has a year end of December 31, 2012.

## Fiduciary Funds

The three employee retirement systems described in the following paragraphs (the Retirement Systems) administer the pension funds and other postemployment healthcare benefits for the Commonwealth and its political subdivisions. These Retirement Systems are subject to legislative and executive controls, and their administrative expenses are subject to legislative budget controls. They meet the component units' criteria and are reported as blended component units in the fiduciary funds of the Commonwealth. They have been omitted from the government wide financial statements, as their resources are not available to fund operations of the Commonwealth. The Retirement Systems, as governmental retirement plans, are excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

*Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)* – ERS is governed by an eleven-member board of trustees, which is composed of the Secretary of the Treasury of the Commonwealth, who is the President, the President of the GDB, the Commissioner of Municipal Affairs, the Director of the Office of Human Resources of the Commonwealth, three employees, and two retirees, who are appointed by the Governor. The other two members are the President of the Federation of Majors and the President of the Association of Majors. The Commonwealth reports the ERS as a cost sharing multiple employer pension plans. The ERS is a multiple employer defined benefit pension plan, which covers all regular employees of the Commonwealth and its instrumentalities and of certain municipalities and component units not covered by their own retirement systems. The ERS is administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration (the ERS and JRS Administration) that

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

also administers the Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Medical Insurance Plan Contribution (ERS MIPC). The ERS MIC is an unfunded, cost-sharing, multi-employer defined benefit other postemployment healthcare benefit plan provided by the Commonwealth to retired plan members.

*Retirement System for the Judiciary of the Commonwealth of Puerto Rico (JRS)* – JRS is governed by the same board of trustees as the ERS. The JRS is a single employer defined benefit plan that covers all active judges or retired judges of the judiciary branch of the Commonwealth. The JRS is administered by the ERS and JRS Administration that also administers the Retirement System for the Judiciary of the Commonwealth of Puerto Rico Medical Insurance Plan Contribution (JRS MIPC), an unfunded, single-employer defined benefit other postemployment healthcare benefit plan provided by the Commonwealth to retired judges of the Judiciary Branch of the Commonwealth.

*Puerto Rico System of Annuities and Pensions for Teachers (TRS)* – TRS is governed by a nine member board comprising three ex-officio members, which are the Secretary of the Department of Education, the Secretary of the Treasury of the Commonwealth, the President of the GDB, and one member who is a representative of a teachers' organization designated by the Governor; three teachers appointed by the Governor, one of which represents currently certified teachers in active service, and two who represent retired teachers; one member who is a representative of the entity that represents the proper unit under Act No. 45 of February 25, 1998, as amended; and one additional member, as representative of the public interest, with knowledge of and experience in the administration and operation of financial systems, appointed by the Governor. The Commonwealth reports the TRS as a single employer pension plan. The TRS provides retirement benefits to all teachers of the Department of Education of the Commonwealth, all pensioned teachers, all teachers transferred to an administrative position in the Department of Education of the Commonwealth, and those who practice in private institutions accredited by the Department of Education of the Commonwealth who elect to become members. The TRS provides retirement, death, and disability benefits. The TRS is administered by the Teachers Retirement System (the TRS Administration) that also administers the Puerto Rico System of Annuities and Pensions for Teachers Medical Insurance Plan Contribution (TRS MIPC), an unfunded, cost-sharing, multi-employer defined benefit other postemployment healthcare benefit plan provided by the Commonwealth to retired teachers of the Department of Education of the Commonwealth and retired employees of the TRS Administration.

Complete financial statements of these component units can be obtained directly by contacting their respective administrative offices at:

Employees' Retirement System of the
Government of the Commonwealth of Puerto Rico
P.O. Box 42003 – Minillas Station
San Juan, PR 00940-2203

Retirement System for the Judiciary of the
Commonwealth of Puerto Rico
P.O. Box 42003 – Minillas Station
San Juan, PR 00940-2203

Puerto Rico System of Annuities and Pensions for
Teachers
P.O. Box 191879
San Juan, PR 00919-1879

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

(c)   *Component Units Audited Separately*

The basic financial statements of the Commonwealth include the financial statements of the following component units that were audited by other auditors:

**Blended component units**

Public Buildings Authority
Puerto Rico Infrastructure Financing Authority
Puerto Rico Maritime Shipping Authority
Puerto Rico Medical Services Administration
Special Communities Perpetual Trust
The Children's Trust

**Discretely presented component units**

Agricultural Enterprises Development Administration
Automobile Accidents Compensation Administration
Cardiovascular Center Corporation of Puerto Rico and the Caribbean
Company for the Integral Development of the "Península de Cantera"
Corporation for the "Caño Martín Peña" ENLACE Project
Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico
Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico
Culebra Conservation and Development Authority
Employment and Training Enterprises Corporation
Farm Insurance Corporation of Puerto Rico
Fine Arts Center Corporation
Institute of Puerto Rican Culture
Institutional Trust of the National Guard of Puerto Rico
Land Authority of Puerto Rico
Local Redevelopment Authority for Roosevelt Roads Puerto Rico
Musical Arts Corporation
National Parks Company of Puerto Rico
Port of the Americas Authority
Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperatives
Puerto Rico Aqueduct and Sewer Authority
Puerto Rico Conservatory of Music Corporation
Puerto Rico Convention Center District Authority
Puerto Rico Council on Education
Puerto Rico Electric Power Authority
Puerto Rico Health Insurance Administration
Puerto Rico Highways and Transportation Authority
Puerto Rico Industrial Development Company
Puerto Rico Industrial, Tourist, Educational, Medical and Environmental, Control Facilities
    Financing Authority
Puerto Rico Land Administration

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Puerto Rico and Municipal Islands Maritime Transport Authority
Puerto Rico Metropolitan Bus Authority
Puerto Rico Municipal Finance Agency
Puerto Rico Ports Authority
Puerto Rico Public Broadcasting Corporation
Puerto Rico Public Private Partnerships Authority
Puerto Rico School of Plastic Arts
Puerto Rico Telephone Authority
Puerto Rico Trade and Export Company
Solid Waste Authority
State Insurance Fund Corporation
University of Puerto Rico
University of Puerto Rico Comprehensive Cancer Center

**(d)**   *Basis of Presentation*

**Government-Wide Financial Statements**

The government-wide financial statements (the statement of net position and the statement of activities) report information of all of the nonfiduciary activities of the Commonwealth and its component units. For the most part, the effect of interfund activity has been removed from these government wide financial statements. Governmental activities, which normally are supported by taxes and intergovernmental revenue, are reported separately from business type activities, which rely to a significant extent on fees and charges for services. Likewise, the primary government is reported separately from the legally separate component units for which the primary government is financially accountable. The statement of net position presents the reporting entities' nonfiduciary assets, deferred outflows of resources, liabilities and deferred inflows of resources, with the residual measure reported as net position. Net position is reported in three categories:

*Net Investment in Capital Assets* – This component of net position consists of capital assets net of accumulated depreciation and reduced by the outstanding balance of any bonds, mortgages, notes, or other borrowings that are directly attributable to the acquisition, construction or improvement of those assets. Deferred outflows of resources and deferred inflows of resources that are attributable to the acquisition, construction, or improvement of those assets or related debt also should be included in this component of net position. If there are significant unspent related debt proceeds or deferred inflows of resources at year end, the portion of the debt or deferred inflows of resources attributable to the unspent amount is not included in the calculation of this component of net position. Rather, that portion of the debt or deferred inflows of resources is included in the same net position component (restricted or unrestricted) as the unspent amount.

*Restricted Net Position* – This component of net position consists of restricted assets and deferred outflows of resources reduced by liabilities and deferred inflows of resources. Generally, a liability relates to restricted assets if the asset results from a resource flow that also results in the recognition of a liability or if the liability will be liquidated with the restricted assets reported. Restricted assets result when constraints placed on those assets use are either, externally imposed by creditors, grantors, contributors, and the like, or imposed by law through constitutional provisions or enabling legislation.

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

*Unrestricted Net Position* – This component of net position is the net amount of the assets, deferred outflows of resources, liabilities, and deferred inflows of resources that are not included in the determination of net investment in capital assets or the restricted component of net position.

When both restricted and unrestricted resources are available for use, generally, it is the Commonwealth's policy to use restricted resources first, then the unrestricted resources as they are needed.

The statement of activities demonstrates the degree to which the direct expenses of a given function, segment, or component unit are offset by program revenue. Direct expenses are those that are clearly identifiable with a specific function, segment, or component unit. The Commonwealth does not allocate general government (indirect) expenses to other functions. Program revenue includes charges to customers who purchase, use, or directly benefit from goods or services provided by a given function, segment, or component unit. Program revenue also includes grants and contributions that are restricted to meeting the operational or capital requirements of a particular function, segment, or component unit. Revenues that are not classified as program revenues, including all taxes, are presented as general revenue. Resources that are dedicated internally are reported as general revenue rather than as program revenue.

**Fund Financial Statements**

The Commonwealth reports its financial position and results of operations in funds, which are considered separate accounting entities, including those component units which are required to be blended. The operations of each fund are accounted for within a set of self-balancing accounts. Fund accounting segregates funds according to their intended purpose and is used to aid management in demonstrating compliance with legal, financial, and contractual provisions. Major funds are determined using a predefined percentage of the assets, liabilities, revenue, or expenditures/expenses of either the fund category or the governmental and enterprise funds combined. The nonmajor funds are combined in a single column in the fund financial statements.

*Governmental Funds*

Governmental funds focus on the sources and uses of funds and provide information on near-term inflows, outflows and balances of available resources. The Commonwealth reports the following governmental funds:

o   *General Fund* – The General Fund is the primary operating fund of the Commonwealth. It is used to account for and report all financial resources received and used for those services traditionally provided by a government, except those required to be accounted for and reported in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, and education.

•   *Debt Service Fund* – The debt service fund accounts for and reports financial resources that are restricted, committed or assigned to expenditure for general long-term bonds' principal, interest, and related costs other than bonds payable from the operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

of the following fiscal year are accounted for as a fund liability if resources are available as of June 30 for its payment.

- *COFINA Special Revenue Fund* – The special revenue fund of the Puerto Rico Sales Tax Financing Corporation (COFINA) is used to account for and report all financial resources of COFINA, except those required to be accounted for and reported in the COFINA Debt Service fund.

- *COFINA Debt Service Fund* – The debt service fund of the Puerto Rico Sales Tax Financing Corporation is used to account for the Commonwealth sales tax revenue being deposited in the Dedicated Sales Tax Fund for the payment of interest and principal on long-term obligations.

- *Other Governmental Funds* – The Commonwealth reports the following blended component units within the nonmajor governmental funds: Public Buildings Authority, The Children's Trust, Puerto Rico Infrastructure Financing Authority, Special Communities Perpetual Trust and the Puerto Rico Maritime Shipping Authority. If a component unit is blended, the governmental fund types of the component unit should be blended with those of the primary government by including them in the appropriate combining statements of the primary government. Although the primary government's General Fund is usually the main operating fund of the reporting entity, the General Fund of a blended component unit should be reported as a special revenue fund. Special revenue funds are used to account for and report the proceeds of specific revenue sources that are restricted or committed to expenditure for specified purposes other than debt service or capital projects.

The capital projects fund is used to account for and report financial resources that are restricted, committed, or assigned to expenditures for capital outlays, including the acquisition or construction of capital facilities and other capital assets. These capital expenditures may be for the primary government directly or for discrete component units and outside organizations and governments such as the municipalities of the Commonwealth and other applicable entities. Capital projects funds exclude those types of capital-related outflows financed by proprietary funds or for assets that will be held in trust for individuals, private organizations, or other governments.

In accordance with GASB Statement No. 54, *Fund Balance Reporting and Governmental Fund Type Definitions*, the classification of fund balance is based on the extent to which the Commonwealth is bound to observe constraints imposed upon the use of resources in the governmental funds. The classifications are as follows:

- *Nonspendable* – Amounts that are not in a spendable form or are legally or contractually required to be maintained intact.

- *Restricted* – Amounts that are legally restricted by outside parties, constitutional provisions or enabling legislation for a specific purpose.

- *Committed* – Amounts that are constrained for specific purposes that are internally imposed by the government's formal action at the highest level of decision-making authority and do not lapse at year-end. The highest level of decision authority for the Commonwealth is the

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Legislature and the Governor, and the formal action is the passage of a law specifying the purposes for which amounts can be used.

- *Assigned* – includes fund balance amounts that are constrained by the Commonwealth and are intended to be used for specific purposes that are neither considered restricted or committed. The Director of the Office of Management and Budget of the Commonwealth is authorized to assign an amount for a specific purpose through the approval of budget certificates as required by statute.

- *Unassigned* – is the residual classification for the General Fund. In a governmental fund other than the General Fund, a negative amount indicates that the expenditures incurred for a specific purpose exceeded the amounts in the fund that are restricted, committed and assigned to that purpose.

The Commonwealth uses restricted amounts first when both restricted and unrestricted fund balances are available, unless there are legal documents/contracts that prohibit doing this, such as a grant agreement requiring dollar for dollar spending. Additionally, unless required by law or agreement, the Commonwealth would first use committed, then assigned, and lastly unassigned amounts of unrestricted fund balance when expenditures are made.

The Commonwealth does not have a formal minimum fund balance policy.

***Proprietary Funds***

These funds account for those activities, which are financed and operated in a manner similar to private business enterprises. Management intends to recover, primarily through user charges, the cost of providing goods or services to the general public.

The Commonwealth reports the following major proprietary funds:

- *Unemployment Insurance Fund* – This fund accounts for amounts requisitioned for the Puerto Rico Unemployment Insurance Trust Fund held by the U.S. Treasury for payment of unemployment benefits and charges made to individual employers.

- *Lotteries Fund* – This fund accounts for the assets and operations of two lottery systems administered by the Commonwealth.

- *Puerto Rico Medical Services Administration* – This fund, a blended component unit, accounts for the operations of the centralized health services, provided in support of hospitals and other functions offered by the member institutions and consumers of the complex known as Puerto Rico Medical Center.

- *Puerto Rico Water Pollution Control Revolving Fund* – This fund, administered by the Puerto Rico Environmental Quality Board (EQB), is authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection Agency (EPA), mostly for water infrastructure projects, under a joint cooperation agreement between the EQB, PRIFA, PRASA and the GDB, where each entity has agreed to assume their corresponding responsibilities.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

The Commonwealth reports the following nonmajor proprietary funds: Disability Insurance, Drivers' Insurance, the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund and the Governing Board of 9-1-1 Services.

### *Fiduciary Funds*

Fiduciary funds are used to account for assets held by the Commonwealth in a trustee capacity, or as an agent for individuals, private organizations, and other governmental units. The following are the Commonwealth's fiduciary funds:

- *Pension (and other employee benefit) Trust Funds* – These are used to account for the assets, liabilities, and net assets available for pension benefits and postemployment healthcare benefits held in trust for the public employees' retirement systems.

- *Agency Funds* – These are custodial in nature (assets equal liabilities) and do not involve measurement of the results of operations.

**(e)**   ***Measurement Focus and Basis of Accounting***

*Government Wide Financial Statements* – The government wide financial statements are reported using the economic resources measurement focus and the accrual basis of accounting. Revenue is recorded when earned and expenses are recorded when a liability is incurred, regardless of the timing of related cash flows. Revenues from property tax are recognized in the fiscal year for which the taxes are levied. Grants and similar items are recognized as revenue as soon as all eligibility requirements have been met.

*Governmental Fund Financial Statements* – The governmental fund financial statements are reported using the current financial resources measurement focus and the modified accrual basis of accounting.

Revenue is recognized as soon as it is both measurable and available. Revenue is considered to be available when it is collectible within the current period or soon enough thereafter to pay liabilities of the current period. Principal revenue sources considered susceptible to accrual include tax revenue, net of estimated overpayments (refunds) and amounts considered not collectible, which are recorded as taxpayers earn income (income taxes), as sales are made (consumption, sales and use taxes) and as cash is received (miscellaneous taxes).  For this purpose, the Commonwealth considers income tax revenue to be available if collected within 120 days after the end of the current fiscal year end, property tax revenue if collected within 90 days after the end of the current fiscal year (see note 1(j) for further description for the use of up to 90 days), and consumption sales and use tax if collected within 30 days after the end of the current fiscal year. In applying the susceptible to accrual concept to federal grants, there are essentially two types of revenue. For the majority of grants, revenue is recognized when all applicable eligibility requirements are met (typically when related expenditures are incurred) and the resources are available. Resources received before the eligibility requirements are met are deferred.

Expenditures are generally recorded when a liability is incurred, as under accrual accounting. Modifications to the accrual basis of accounting include the following:

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

- Employees' vested annual vacation and sick leave are recorded as expenditures when matured. The unmatured amount of accumulated annual vacation and sick leave unpaid at June 30, 2013 is reported only in the government wide financial statements.

- Interest and principal on general long-term obligations and interest on interest rate swap agreements are recorded when due, except for interest and principal due on July 1 of the following fiscal year, if resources are available for its payment as of June 30.

- Debt service expenditures, federal funds' cost disallowances, other long-term obligations, and amounts subject to judgments under litigation are recorded in the governmental funds only when payment is due; and in the case of judgments under litigation, when a settlement has been made and awaiting payment. Until these criteria are met, these liabilities have been recorded only in the government wide financial statements.

A summary reconciliation of the difference between total fund balances (deficit) as reflected in the governmental funds balance sheet and net position of governmental activities as shown on the government-wide statement of net position is presented in an accompanying reconciliation of the balance sheet of governmental funds to the statement of net position.

A summary reconciliation of the difference between net change in fund balances (deficit) as reflected in the governmental funds statement of revenues, expenditure, and changes in fund balances (deficit) and change in net position in the statement of activities of the government-wide financial statements is presented in the accompanying reconciliation of revenues, expenditures, and changes in fund balances (deficit) of governmental funds to the statement of activities.

*Proprietary Funds, Fiduciary Funds, and Discretely Presented Component Units Financial Statements* – The financial statements of the proprietary funds, fiduciary funds, and discretely presented component units are reported using the economic measurement focus and the accrual basis of accounting, similar to the government-wide financial statements described above.

Proprietary funds distinguish operating revenue and expenses from nonoperating items. Operating revenues and expenses generally result from providing services and producing and delivering goods in connection with a proprietary fund's principal ongoing operations. Revenue and expenses not meeting this definition are reported as nonoperating revenue and expenses. The major operating revenues of the Commonwealth's enterprise funds are as follows:

- *Unemployment Insurance Fund* – Amounts requisitioned for the Puerto Rico Unemployment Insurance Trust Fund held by the U.S. Treasury for payment of unemployment benefits and charges made to individual employers.

- *Lotteries Fund* – Amounts collected from the sale of traditional lottery tickets and electronic lotto games.

- *Puerto Rico Medical Services Administration* – Amounts charged and collected from private citizens, member institutions and municipalities for patient services provided.

- *Puerto Rico Water Pollution Control Revolving Fund* – Interest income from the granting of infrastructure and construction loans.

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(f)**   *Cash and Short Term Investments*

The Commonwealth follows the practice of pooling cash. The balance in the pooled cash accounts is available to meet current operating requirements, and any excess is invested in various interest bearing accounts with the Government Development Bank for Puerto Rico and with the Puerto Rico Government Investment Trust Fund (PRGITF). Cash and cash equivalents include investments with original maturities of 90 days or less from the date of acquisition.

The Commissioner of Financial Institutions requires that private financial institutions deposit collateral securities to secure the deposits of the Commonwealth and all other governmental entities in each of these institutions. The amount of collateral securities to be pledged for the security of public deposits shall be established by the rules and regulations promulgated by the Commissioner of Financial Institutions.

The Puerto Rico Unemployment Insurance Trust Fund is maintained to account for the collection of unemployment insurance contributions from employers and the payment of unemployment benefits to eligible claimants. As required by federal law, all resources not necessary for current benefit payments are placed on deposit with the U.S. Treasury. Interest earned over such deposit is retained in the fund.

Cash and short term investments and cash equivalents of the component units and certain funds of the primary government are maintained in separate bank accounts, from those of the rest of the primary government, in their own names.

**(g)**   *Securities Purchased under Agreements to Resell*

Certain component units of the Commonwealth enter into purchases of securities with simultaneous agreements to resell the same securities (repurchase agreements). The amounts advanced under these agreements generally represent short–term loans and are reflected as an asset. The securities underlying these agreements mainly consist of U.S. government obligations, mortgage-backed securities, and interest bearing deposits with other banks. Repurchase agreements are authorized transactions under their respective enabling legislation and/or authorized by the GDB.

**(h)**   *Securities Lending Transactions*

Certain component units and pension trust funds of the Commonwealth enter into securities lending transactions in which governmental entities (lenders) transfer their securities to broker dealers and other entities (borrowers) for collateral with a simultaneous agreement to return the collateral for the same securities in the future. Cash received as collateral on securities lending transactions and investments made with that cash are reflected as investments. Securities received as collateral are reported as investments if the component unit has the ability to pledge or sell them without a borrower default. Liabilities resulting from these securities lending transactions also are reported in the statement of net position. Securities lending transactions collateralized by letters of credit or by securities that the component unit does not have the ability to pledge or sell unless the borrower defaults are not reported as assets and liabilities in the statement of net position.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

(i)   *Investments and Investment Contracts*

Investments and investment contracts mainly include U.S. government and agencies' obligations, mortgage-backed securities, repurchase agreements, commercial paper, local government obligations, investment contracts, and corporate debt and equity obligations. Investments and investment contracts are carried at fair value, except for money market investments and participating investment contracts with a remaining maturity at the time of purchase of one year or less and nonparticipating investment contracts (guaranteed investment contracts), which are carried at cost; and investment positions in 2a7-like external investment pools, which are carried at the pool's share price. Fair value is determined based on quoted market prices and quotations received from independent broker/dealers or pricing service organizations. Investment income, including changes in the fair value of investments, is presented as investment earnings in the statement of activities, the statement of revenues, expenditures, and changes in fund balances (deficit) – governmental funds, and the statement of revenues, expenses, and changes in fund net position (deficit) – proprietary funds. Realized gains and losses from the sale of investments and unrealized changes in the fair value of outstanding investments are included in the change in the fair value of investments.

The PRGITF is considered a 2a7-like external investment pool and, as such, reports its investments at amortized cost.

(j)   *Accounts Receivable, Loans, and General Revenue*

Tax receivables in the General Fund include predominantly amounts owed by taxpayers for individual and corporate income taxes, net of estimated uncollectible amounts. Income tax receivables are recognized as revenue when they become measurable and available based on actual collections during the 120 days following the fiscal year end related to tax returns due before year end. Taxes receivable also includes amounts owed by taxpayers on income earned in periods prior to June 30, 2013, estimated to be collectible but not currently available, and thus are reported as deferred revenue in the General Fund. Unemployment, disability, and driver's insurance receivables in the enterprise funds are stated net of estimated allowances for uncollectible accounts.

The sales and use tax receivable is recognized as revenue when it becomes measurable and available based on actual collections during the 30 days following the fiscal year-end related to sales and use tax returns due before year-end.

Excise tax receivable is recognized as revenue when it becomes measurable and available based on actual collections during the 30 days following the fiscal year-end related to transactions that occurred before year-end. Act No. 154 of October 25, 2010 imposes a new temporary excise tax on the acquisition of certain personal property manufactured or produced in whole or in part in Puerto Rico and on the acquisition of certain manufacturing services carried out in Puerto Rico by nonresident alien individuals, foreign corporations and foreign partnerships. Act No. 154 applies to income realized and acquisitions occurring after December 31, 2010. Act No. 154 provides that, in certain circumstances, taxpayers will be deemed to be engaged in trade or business in Puerto Rico and taxable in Puerto Rico with respect to a portion of taxpayer's income where the taxpayers engage in significant transactions with other persons that are members of the same controlled group. Where a person engages in significant transactions with a member of the same controlled group that has gross receipts of seventy-five million dollars or more in any of the last three years and that

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

manufactures or produces goods in Puerto Rico, or provides services in connection with the manufacture or production of goods in Puerto Rico, the person will not be subject to income tax, but will instead be subject to the excise tax in lieu of any income tax. The excise tax will apply until the year 2017. The excise tax is based on the value of the personal property or the services acquired, and was 4% for calendar year 2011, 3.75% in 2012 and 2.75% for portions of 2013 until February 28, 2013.  On February 28, 2013, Act No. 2 was enacted raising the then prevailing excise tax rate of 2.75% to 4%, effective immediately, and maintaining such rate fixed at 4% until the year 2017.

Real property tax payments, under Act No. 7 described below, for the fiscal year ended June 30, 2013 were due September 1, 2012 and March 1, 2013. For purposes of the governmental fund financial statements, property tax revenue represents payments received during the year and payments received (against the current fiscal year and prior years' levies) within the first 90 days of the following fiscal year reduced by tax refunds for the fund financial statements.  Additionally, the government wide financial statements recognize real property tax revenues (net of refunds) which are not available to the governmental funds in the fiscal year for which the taxes are levied.  Act No. 7 of March 9, 2009, as amended, imposed a real property tax, in addition to the one already established for the municipalities of the Commonwealth through the Municipal Revenue Collection Center (CRIM), on residential and commercial real properties with appraised values in excess of approximately $210,000. This tax was applicable during fiscal years 2010 through 2012 and amounted to 0.591% of such properties' appraised value as determined by the CRIM. Act No. 1 of January 31, 2011 eliminated this additional real property tax commencing with the quarter ended June 30, 2011. Collections on this tax were still being received during fiscal 2013, as a result of delinquent taxpayers bringing their accounts current or taking advantages of amnesty programs offered by the Department of the Treasury.  The Commonwealth applies a 90-day availability period, rather than the traditional 60-days period after year-end, in order to cover a period in which most tax extension payments are made.  This has been applied consistently over the years.

Accounts receivable are stated net of estimated allowances for uncollectible accounts, which are determined, based upon past collection experience and current economic conditions. Intergovernmental receivables primarily represent amounts owed to the Commonwealth for reimbursement of expenditures incurred pursuant to federally funded programs. Intergovernmental receivables also include taxes that the CRIM, is required to remit to the Commonwealth to be used by the Commonwealth's debt service fund for payment of debt service on general obligations of the Commonwealth. The amount to be remitted is based on the special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation, which is levied by the CRIM.

The accounts receivable from nongovernmental customers of the component units are net of estimated uncollectible amounts. These receivables arise primarily from service charges to users. Accounts receivable from the primary government and other component units that arise from service charges although deemed fully collectible, are evaluated for collectability.

Loans of the General Fund are net of estimated uncollectible amounts. These receivables arise from amounts owed by public corporations and municipalities for public insurance and rent paid by the General Fund on their behalf.

The loans of the pension trust funds do not have allowances for uncollectible amounts since such

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

loans are secured by mortgage deeds, plan members' contributions, and any unrestricted amounts remaining in escrow. Loans of the component units consist predominantly of loans to the primary government, other component units, and municipalities, and do not have allowances for uncollectible accounts as those are deemed fully collectible. The remaining loans of the component units are to small and medium businesses, agricultural, and low income housing loans from nongovernmental customers, and are presented net of estimated losses on such portfolios.

**(k)    *Inventories***

Generally, inventories are valued at cost and predominantly on the first in, first out basis. Governmental fund inventories are recorded as expenditures when purchased rather than capitalized as an asset. Only significant amounts of inventory at the end of the year are capitalized in the governmental funds. However, inventories are always capitalized in the statement of net position of governmental activities.

**(l)    *Restricted Assets***

Funds set aside for the payment and guarantee of notes and interest payable and for other specified purposes are classified as restricted assets since their use is limited for this purpose by applicable agreements or required by law. Restricted assets in the proprietary funds mainly include amounts set aside for the payment of insurance benefits.

**(m)    *Real Estate Held for Sale***

Real estate held for sale is carried at the lower of fair value or cost, which is established by a third-party professional assessment or based upon an appraisal, minus estimated costs to sell. Subsequent declines in the value of real estate available for sale are charged to expenditure/expense.

**(n)    *Capital Assets***

Capital assets include land, buildings, building improvements, equipment (including software), vehicles, construction in process, and infrastructure assets, and are reported in the applicable governmental, business type activities, and component unit columns in the government wide financial statements and in the proprietary fund financial statements. The Commonwealth's primary government defines capital assets as assets that (i) have an initial, individual cost of $25,000 or more at the date of acquisition; and (ii) have a useful life of more than one year. Capital assets are recorded at historical cost or at estimated historical cost if actual historical cost is not available.

Donated capital assets are recorded at fair value at the time of donation. Major outlays for capital assets and improvements are capitalized as projects are constructed. Interest costs are capitalized during the construction period only for business type activities and most component units. The costs of normal maintenance and repairs that do not add value to the assets or materially extend asset lives are not capitalized.

Capital assets utilized in the governmental funds are recorded as expenditures in the governmental fund financial statements. Depreciation expense is recorded in the government wide financial statements, as well as the proprietary funds and component units' financial statements.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Capital assets of the primary government are depreciated on the straight line method over the assets' estimated useful life. There is no depreciation recorded for land and construction in progress. The estimated useful life of capital assets is as follows:

|  | Years |
|---|---|
| Buildings and building improvements | 20 – 50 |
| Equipment, furniture, fixtures, vehicles and software | 5 – 15 |
| Infrastructure | 50 |

The capital assets of the component units are recorded in accordance with the applicable standards of the component units and under their own individual capitalization thresholds, which includes capitalization of interest. Depreciation has been recorded when required by these standards based on the types of assets, use and estimated useful lives of the respective assets, and on the nature of each of the component unit's operations.

The estimated useful lives of capital assets reported by the component units are as follows:

|  | Years |
|---|---|
| Buildings and building improvements | 3 – 50 |
| Equipment, furniture, fixtures, vehicles and software | 3 – 20 |
| Intangibles, other than software | 3 – 5 |
| Infrastructure | 10 – 50 |

In the case of capital assets under service concession arrangements pursuant to GASB Statement No. 60, *Accounting and Financial Reporting for Service Concession Arrangements* (mostly attributed to Puerto Rico Ports Authority and Puerto Rico Highways and Transportation Authority), these are maintained on their books and also stated at cost or at estimated historical cost. Construction in progress made by the third party operators under these service concession arrangements is not recorded by the aforementioned component units while such construction is still in progress and not ready for use and operation; at which time such constructed assets and improvements will be recognized at their corresponding fair value. These capital assets are not being depreciated since the closing date of their respective service concession arrangements because such agreements require the third party operators to return the related facilities to these component units in its original or enhanced condition. Such capital assets continue to apply existing capital asset guidance, including depreciation through the closing date of the respective service concession arrangements. Under these service concession arrangements, the aforementioned component units have received from the third party operator either an upfront compensation fee or capital assets (or the commitment to construct them under the agreement) or both. These resources, net of any contractual obligation from the component units, are considered a deferred inflow of resources, which is recognized into revenue under the straight-line method over the term of the respective agreements.

The Commonwealth follows the provisions of GASB Statement No. 42, *Accounting and Financial Reporting for Impairment of Capital Assets and for Insurance Recoveries, and amendment to GASB No. 34*. This statement establishes guidance for accounting and reporting for the impairment of capital assets and for insurance recoveries.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

(o)   *Tax Refunds Payable*

During the calendar year, the Commonwealth collects individual income taxes through withholdings and payments from taxpayers. At June 30, the Commonwealth estimates the amount owed to taxpayers for overpayments during the first half of the calendar year. These estimated amounts and the actual tax refunds claimed for prior years but not paid at year end are recorded as tax refunds payable and as a reduction of tax revenue.

(p)   *Deferred Revenue*

Deferred revenue at the governmental fund level arises when potential revenue does not meet the "available" criteria for revenue recognition in the current period. Deferred revenue also arises when resources are received before the Commonwealth has a legal claim to them, as when grant moneys are received prior to incurring the qualifying expenditures. In subsequent periods, when the revenue recognition criteria is met, or when the Commonwealth has a legal claim to the resources, the liability for deferred revenue is removed from the balance sheet, and the revenue is recognized. Deferred revenue at the government wide and proprietary fund levels arises only when the Commonwealth receives resources before it has a legal claim to them.

(q)   *Long-term Debt*

The liabilities reported in the government wide financial statements include Commonwealth's general obligation bonds and long-term notes, obligations under lease/purchase agreements, and long-term liabilities including vacation, sick leave, long-term liabilities to other governmental entities, net pension obligation, legal claims, and noncurrent federal fund cost disallowances related to expenditures of federal grants. Long-term obligations financed by proprietary fund types and component units are recorded as liabilities in those funds and in the discretely presented component units' column.

In the government wide financial statements, premiums, discounts, and issuance costs on long-term debt and other long-term obligations are presented in the columns for governmental and business type activities. The same is presented in the proprietary fund financial statements. Bond and note premiums and discounts are deferred and amortized over the life of the debt under a method that approximate the effective interest method. Bonds and notes payable are reported net of the applicable bond premium or discount. Bond issuance costs are reported as deferred charges and are amortized over the term of the related debt on a straight-line basis. In the governmental fund financial statements, governmental funds recognize bond premiums and discounts, as well as bond issuance costs, during the current period. The face amount of debt issued is reported as other financing sources. Premiums received on debt issuance are reported as other financing sources while discounts are reported as other financing uses. Issuance costs, whether or not withheld from the actual debt proceeds received, are reported as expenditures.

The difference between reacquisition price and the net carrying amount of the old debt in a refunding transaction is deferred and amortized as a component of interest over the remaining life of the old debt, or the life of the new debt, whichever is shorter, using a stated interest method. On the statement of net position, this deferred amount is reported as a deduction from or as an addition to, the new debt liability.

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(r)**  *Derivative Instruments*

The Commonwealth accounts for derivative instruments in accordance with GASB Statement No. 53, *Accounting and Financial Reporting for Derivative Instruments*. Derivative instruments such as interest rate and commodity swaps, interest rate locks, options (caps, floors, and collars), swaptions, forward contracts, and futures contracts are entered into by governments as investments; as hedges of identified financial risks associated with assets or liabilities, or expected transactions (i.e., hedgeable items); to lower the costs of borrowings; to effectively fix cash flows or synthetically fix prices; or to offset the changes in fair value of hedgeable items. Certain derivative instruments, with the exception of synthetic guaranteed investment contracts that are fully benefit-responsive, are reported at fair value in the government-wide financial statements. The changes in fair value of hedging derivative instruments are reported as deferred inflows or deferred outflows of resources. The changes in fair value of investment derivative instruments (which include ineffective hedging derivative instruments) are reported as part of investment revenue in the current reporting period. Effectiveness is determined by considering whether the changes in cash flows or fair values of the potential hedging derivative instrument substantially offset the changes in cash flows or fair values of the hedgeable item. See note 20 for disclosure information relating to hedging and investment derivative instruments.

**(s)**  *Accounting for Pension Costs*

The Commonwealth accounts for pension costs under the provisions of GASB Statement No. 27, *Accounting for Pensions by State and Local Governmental Employers, as amended* by GASB Statement No. 50. Under GASB Statement No. 27, annual pension cost measured on the accrual basis of accounting is equal to the employer's annual required contributions (ARC) to the plan, calculated in accordance with certain parameters, unless the employer has a net pension obligation for past under or over contributions. A pension liability or asset is reported equal to the cumulative difference between annual required contributions and the statutorily required contributions.

For the purpose of applying the requirements of GASB Statement No. 27, as amended by GASB Statement No. 50, *Pension Disclosures*, the Commonwealth's financial reporting entity is considered to be a sponsor of three defined benefit pension plans: JRS, TRS and ERS. This is because substantially all the participants in the three pension trust funds are part of the financial reporting entity of the Commonwealth. For the purpose of the basic financial statements, and as disclosed in note 17, the Commonwealth's annual pension cost, measured on the accrual basis of accounting, for the year ended June 30, 2013 amounted to approximately $2.8 billion. However, the statutory contributions made by the sponsors of the three defined benefit plans amounted to approximately $836.4 million. The excess of the annual required contribution over the statutorily required contributions of approximately $1.9 billion increased the net pension obligation at June 30, 2013 to approximately $13.1 billion. This amount is presented in the statement of net position of the governmental activities as of June 30, 2013, analogous to the accounting of a single-employer retirement plan.

For purposes of the stand-alone financial statements of each of the blended and discretely presented component units, the entities accounted for pension costs from the standpoint of a participant in a multiple employer cost sharing plan. Accordingly, pension costs recognized are equal to the

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

statutorily or contractually required contributions, with a liability recorded for any unpaid required contributions. The basis of accounting used by the component units was either modified accrual basis or accrual basis, depending upon individual fund structure and type of entity. Most component units did not have pension related assets or liabilities because they have contributed the statutorily required contributions.

**(t)**   *Other Postemployment Benefits*

In addition to the pension benefits described in note 17, the Commonwealth provides other retirement benefits, such as summer and Christmas bonus, and postemployment healthcare benefits (OPEB) for its retired employees in accordance with local law. Substantially, all of the employees may become eligible for these benefits if they reach normal retirement age while working for the Commonwealth.

The Christmas bonus and the summer bonus benefits are provided by the Commonwealth statutes. The Christmas bonus and the summer bonus paid by the Commonwealth to the retired employees during the year ended June 30, 2013 was $600 per retiree and the total amount was approximately $98.5 million. These benefits are recorded as expenditures when paid in the General Fund.

Postemployment healthcare benefits are provided through insurance companies whose premiums are paid by the retiree with the Commonwealth providing a matching share of not more than $100 per month for each retiree.

OPEB are measured and disclosed using the accrual basis of accounting. Annual postemployment benefits cost should equal the annual required contribution to the plans, calculated in accordance with certain parameters.

**(u)**   *Compensated Absences*

The vacation policy of the Commonwealth generally provides for the accumulation of 2.5 days per month, except for the teachers who accrue 4 days per month. Vacation time accumulated is fully vested to the employees from the first day of work up to a maximum of 60 days. Employees accumulate sick leave generally at a rate of 1.5 days per month up to a maximum of 90 days. Upon retirement, an employee receives compensation for all accumulated unpaid vacation leave at the current rate regardless of years of service; and for all accumulated unpaid sick if the employee has at least 10 years of service with the Commonwealth. The liability for compensated absences reported in the government-wide and proprietary fund financial statements has been calculated using the vesting method, in which leave amounts for both, employees who currently are eligible to receive termination payments and other employees who are expected to become eligible in the future to receive such payments upon termination, are included. The liability has been calculated based on the employees' current salary level and includes salary related costs (e.g., social security and medicare tax). The governmental fund financial statements record expenditures when employees are paid for leave or the balance due is accrued upon the employee's separation from employment. Compensated absence accumulation policies for the blended component units and discretely presented component units vary from entity to entity based on negotiated agreements and other factors agreed upon between the management of these entities and their employees.

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

The Public Service Personnel Law requires certain component units and the primary government of the Commonwealth to annually pay the employees the accumulated vacation and sick leave earned in excess of the limits mentioned above. As a result of Act No.66 of June 17, 2014, some of these excess accumulations are no longer going to be payable to the employers (see note 2 for further discussion).

(v)   *Termination Benefits*

The Commonwealth accounts for termination benefits in accordance with GASB Statement No. 47, *Accounting for Termination Benefits*. Pursuant to the provisions of GASB Statement No. 47, in financial statements prepared on the accrual basis of accounting, employers should recognize a liability and expense for voluntary termination benefits (for example, early retirement incentives) when the offer is accepted and the amount can be estimated. A liability and expense for involuntary termination benefits (for example, severance benefits) should be recognized when a plan of termination has been approved by those with the authority to commit the government to the plan, the plan has been communicated to the employees, and the amount can be estimated. In financial statements prepared on the modified accrual basis of accounting, liabilities and expenditures for termination benefits should be recognized to the extent the liabilities are normally expected to be liquidated with expendable available financial resources.

(w)   *Encumbrances*

Encumbrance accounting, under which purchase orders, contracts, and other commitments for expenditures are recorded to reflect the use of the applicable spending appropriations, is used by the General Fund during the fiscal year to control expenditures. The cost of those goods received and services rendered on or before June 30 are recognized as expenditures. The unencumbered balance of any appropriation of the General Fund at the end of the fiscal year lapses immediately. Appropriations, other than in the General Fund, are continuing accounts for which the Legislature has authorized that an unspent balance from the prior year be carried forward and made available for current spending.

(x)   *Interfund and Intraentity Transactions*

The Commonwealth has the following types of transactions among funds:

*Interfund Transfer* – Legally required transfers are reported when incurred as transfer in by the recipient fund and as transfer out by the disbursing fund, with receivables and payables presented as amounts due to and due from other funds. Advances between funds are also presented as amounts due to and due from other funds. However, these advances, transfers, and related amounts receivable and payable are considered internal balances and activities that have been eliminated in the government wide financial statements.

*Intraentity Transactions* – There are two types of intraentity transactions: First, the flow of resources between the primary government and its component units, and among the component units. This flow of resources and the related outstanding balances are reported as if they were external transactions. However, flow of resources between the primary government and blended component units are classified as interfund activity, as described above. Second, the intraentity balances between

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

the primary government and discretely presented component units that are tantamount to long-term debt financing. The primary government's liability is reported in the statement of net position, the proceeds in the primary government's funds, and the asset in the discretely presented component units' statement of net position.

**(y)**   *Lottery Revenue and Prizes*

The revenue, expenses, and prizes awarded by the Lottery of Puerto Rico and the Additional Lottery System, reported within the lotteries enterprise fund, are recognized as drawings are held. Moneys collected prior to June 30 for tickets related to drawings to be conducted subsequent to June 30 are reported as deferred revenue. Unpaid prizes awarded as of June 30 are reported as a fund liability. Unclaimed prizes expire after six months and are transferred to the General Fund.

**(z)**   *Risk Management*

The Commonwealth purchases commercial insurance covering casualty, theft, tort claims, and other losses for the primary government, most component units, and the municipalities. The Commonwealth is reimbursed for premium payments made on behalf of the component units and the municipalities. The current insurance policies have not been canceled or terminated. For workers' compensation, the Commonwealth has a discretely presented component unit, the SIFC, which provides workers' compensation to both public and private employees. The Commonwealth's blended component units are responsible for assuring that its property is properly insured. Annually, these blended component units compile the information of all property owned and its respective replacement value and purchases its property and casualty insurance policies. Insurance coverage for fiscal year 2013 remained similar to those of prior years. In the last three years, the Commonwealth's or the component units' insurance settlements have not exceeded the amount of coverage.

Certain discrete and blended component units combine commercial insurance with internal self-insurance funds covering specific risks related to their specialized operations.   The most significant self insurance funds reside at the discrete component unit's level, and are described in detail in note 15.

**(aa)**   *Tobacco Settlement*

The Commonwealth follows GASB Technical Bulletin No. 2004-1, *Tobacco Settlement Recognition and Financial Reporting Entity Issue*, as amended by GASB Statement No. 48, *Sales and Pledges of Receivables and Future Revenues and Intra-Entity Transfers of Assets and Future Revenues*, (the TB), which provides accounting guidance for entities created to obtain the rights to all or a portion of future tobacco settlement resources and for the governments that create such entities.

The TB indicates that the entity created to obtain the rights, which is called the Tobacco Settlement Authority (TSA), should be considered a component unit of the government that created it and the component unit should be blended. The TB also states that the government receiving the payments from the tobacco companies under the agreement, which are called settling governments, should recognize a receivable and revenue for tobacco settlement resources when an event occurs. The event that results in the recognition of an asset and revenue by the settling government is the domestic shipment of cigarettes. The TB indicates that accruals should be made by the settling government

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

and TSAs for estimated shipments from January 1 to their respective fiscal year ends, since the annual payments are based on a calendar year. However, under the modified accrual basis of accounting at the fund level, revenue should be recognized only to the extent that resources are available.

**(bb)** *Use of Estimates*

The preparation of the basic financial statements in conformity with US GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the basic financial statements and the reported amounts of revenue and expenses during the reporting period. Actual results could differ from those estimates.

**(cc)** *New Accounting Standards Adopted*

The following new accounting standards were adopted by the Commonwealth effective July 1, 2012:

- GASB Statement No. 60, *Accounting and Financial Reporting for Service Concession Arrangements*. This Statement improves financial reporting by addressing issues related to service concession arrangements (SCAs), which are a type of public-private or public-public partnership. As used in this Statement, an SCA is an arrangement between a transferor (a government) and an operator (governmental or nongovernmental entity) in which: (i) the transferor conveys to an operator the right and related obligation to provide services through the use of infrastructure or another public asset (a facility) in exchange for significant consideration; and (ii) the operator collects and is compensated by fees from third parties. Within the Commonwealth's reporting entity, SCAs are normally entered into at the component unit level rather than by the primary government. The most significant SCAs within the Commonwealth reside at the Puerto Rico Highways and Transportation Authority and Puerto Rico Ports Authority. Refer to note 16 for further information on these SCAs.

- GASB Statement No. 61, *The Financial Reporting Entity: Omnibus*. The requirements of Statement No. 14, *The Financial Reporting Entity*, and the related financial reporting requirements of Statement No. 34, *Basic Financial Statements and Management's Discussion and Analysis for State and Local Governments*, were amended to better meet user needs and to address reporting entity issues that have arisen since the issuance of those Statements. The most significant effects of the amendments are to: 1) increase the emphasis on financial relationships by raising the bar for inclusion; 2) refocus and clarify the requirements to blend certain component units, and 3) improve the recognition of ownership interests (joint ventures, component units, investments). Pursuant to the adoption of this Statement, component units previously presented as discrete are now required to be blended. These component units are: Puerto Rico Infrastructure Financing Authority, Puerto Rico Medical Services Administration and the Special Communities Perpetual Trust.

- GASB Statement No. 62, *Codification of Accounting and Financial Reporting Guidance Contained in Pre-November 30, 1989 FASB and AICPA Pronouncements*. This Statement incorporates into the GASB's authoritative literature certain accounting and financial reporting guidance that is included in the following pronouncements issued on or before November 30,

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

1989, which does not conflict with or contradict GASB pronouncements: (i) FASB Statements and Interpretations; (ii) Accounting Principles Board Opinions; and (iii) Accounting Research Bulletins of the American Institute of Certified Public Accountants' (AICPA) Committee on Accounting Procedure. This Statement also supersedes Statement No. 20, *Accounting and Financial Reporting for Proprietary Funds and Other Governmental Entities that Use Proprietary Fund Accounting*. Also, and most importantly, this Statement eliminates the former election option provided in paragraph 7 of Statement No. 20 for enterprise funds and business-types activities to apply post-November 30, 1989 FASB Statements and Interpretations that do not conflict with or contradict GASB pronouncements. In other words, the enterprise funds and business type activities within the Commonwealth's reporting entity can continue to apply, as other accounting literature, post-November 30, 1989 FASB pronouncements that do not conflict with or contradict GASB pronouncements, including Statement No.62. The adoption of this statement had no significant impact on the basic financial statements of the Commonwealth.

- GASB Statement No. 63, *Financial Reporting of Deferred Outflows of Resources, Deferred Inflows of Resources, and Net Position*. This Statement provided financial reporting guidance for deferred outflows of resources, which is a consumption of net assets by the government that is applicable to a future reporting period and deferred inflows of resources which is an acquisition of net assets by the government that is applicable to a future reporting period. GASB Statement No. 63 also amended the net asset reporting requirements by incorporating deferred outflows of resources and deferred inflows of resources into the definitions of the required components of the residual measure and by renaming that measure as net position, rather than net assets. This Statement also amended the reporting of the "net investment in capital assets" component of net position. This component consists of capital assets, net of accumulated depreciation, reduced by the outstanding balances of bonds, mortgages, notes, or other borrowings that are attributable to the acquisition, construction, or improvement of those assets. Deferred outflows of resources and deferred inflows of resources that are attributable to the acquisition, construction, or improvement of those assets or related debt are now required to be included in this component of net position. The principal impact on the Commonwealth from the adoption of this Statement for fiscal year 2013 was the renaming of net assets as net position; and presenting in separate sections of the statement of net position, the deferred inflows of resources resulting from the SCAs pursuant GASB Statement No. 60, and as deferred outflows of resources resulting from the changes in fair value of hedging derivative instruments pursuant GASB Statement No. 53.

**(dd)** *Future Accounting Pronouncements*

- GASB Statement No. 65, *Items Previously Reported as Assets and Liabilities*. This Statement establishes accounting and financial reporting standards that reclassify, as deferred outflows of resources or deferred inflows of resources, certain items that were previously reported as assets and liabilities and recognizes as outflows of resources or inflows of resources, certain items that were previously reported as assets and liabilities, or viceversa. This Statement also provides other financial reporting guidance related to the impact of the financial statement elements deferred outflows of resources and deferred inflows of resources, such as changes in the determination of the major fund calculations and limiting the use of the term deferred in

### COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

financial statement presentations. Although the Commonwealth is still in the process of analyzing the exact impact of this Statement, most of the impact might be of a reclassification nature remaining within the statement of net position; except for its existing deferred debt issue costs of approximately $359 million in governmental activities and approximately $257 million in component units at June 30, 2013, which will require elimination against beginning net position upon adoption on July 1, 2013; and prospectively, new debt issue costs on bonds or debt issuance will require immediate expensing.

- GASB Statement No. 66, *Technical Corrections-2012*. The objective of this Statement is to improve accounting and financial reporting for a governmental financial reporting entity by resolving conflicting guidance that resulted from the issuance of two pronouncements, Statements No. 54, *Fund Balance Reporting and Governmental Fund Type Definitions*, and No. 62, *Codification of Accounting and Financial Reporting Guidance Contained in Pre-November 30, 1989 FASB and AICPA Pronouncements*. This Statement amends Statement No. 10, *Accounting and Financial Reporting for Risk Financing and Related Insurance Issues*, by removing the provision that limits fund-based reporting of an entity's risk financing activities to the General Fund and the internal service fund type. As a result, governments should base their decisions about fund type classification on the nature of the activity to be reported, as required in Statement 54 and Statement No. 34, *Basic Financial Statements – and Management's Discussion and Analysis – for State and Local Governments*. This Statement also amends Statement 62 by modifying the specific guidance on accounting for (1) operating lease payments that vary from a straight line basis, (2) the difference between the initial investment (purchase price) and the principal amount of a purchased loan or group of loans, and (3) servicing fees related to mortgage loans that are sold when the stated service fee rate differs significantly from a current (normal) servicing fee rate. These changes clarify how to apply Statement No. 13, *Accounting for Operating Leases with Scheduled Rent Increases*, and result in guidance that is consistent with the requirements in Statement No. 48, *Sales and Pledges of Receivables and Future Revenues and Intra-Entity Transfers of Assets and Future Revenues*, respectively. The provisions of this Statement are effective for financial statements for periods beginning after December 15, 2012. The Commonwealth is in the process of analyzing the effects of this Statement, but no significant impact is expected upon adoption on July 1, 2013.

- GASB Statement No. 67, *Financial Reporting for Pension Plans – an amendment of GASB Statement No. 25*. The objective of this Statement is to improve financial reporting by state and local governmental pension plans. This Statement results from a comprehensive review of the effectiveness of existing standards of accounting and financial reporting for pensions with regard to providing decision-useful information, supporting assessments of accountability and interperiod equity, and creating additional transparency. This Statement replaces the requirements of Statements No. 25, *Financial Reporting for Defined Benefit Pension Plans and Note Disclosures for Defined Contribution Plans*, and No. 50, *Pension Disclosures,* as they relate to pension plans that are administered through trusts or equivalent arrangements (hereafter jointly referred to as trusts) that meet certain criteria. The requirements of Statements No. 25 and No. 50 remain applicable to pension plans that are not administered through trusts covered by the scope of this Statement, and to defined contribution

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

plans that provide postemployment benefits other than pensions.  The provisions of this Statement are effective for financial statements for periods beginning after June 15, 2013.  The major fundamental change, among others related to the application and determination of certain measurement assumptions in valuing pension plans, is switching from the existing "funding-based" accounting model, where currently the Annual Required Contribution (ARC) is compared to the actual payments made and that difference determines the Net Pension Obligation; to an "accrual basis" model similar to current FASB standards, where the Total Pension Obligation (Actuarially determined) is compared to the Net Plan Position (or assets) and the difference represents the Net Pension Liability.  This particular Statement will be applicable to the three Retirement Systems of the Commonwealth, not to the rest of the Commonwealth's agencies or any of the Commonwealth's component units.   The impact of this Statement will be establishing its new net pension liability for the Commonwealth to an amount resembling the existing actuarial deficiency in the aforementioned Retirement Systems which at June 30, 2013 amounted to approximately $34 billion.

- GASB Statement No. 68, *Accounting and Financial Reporting for Pensions – an amendment of GASB Statement No. 27*. The primary objective of this Statement is to improve accounting and financial reporting by state and local governments for pensions. It also improves information provided by state and local governmental employers about financial support for pensions that is provided by other entities. This Statement replaces the requirements of Statement No. 27, *Accounting for Pensions by State and Local Governmental Employers,* as well as the requirements of Statement No. 50, *Pension Disclosures,* as they relate to pensions that are provided through pension plans administered as trusts or equivalent arrangements (hereafter jointly referred to as trusts) that meet certain criteria.   The requirements of Statements 27 and 50 remain applicable for pensions that are not covered by the scope of this Statement. This Statement will bring the effect of Statement 67 summarized in the previous paragraph, into the accounting records of the individual agencies, component units and municipalities, whose employees participate in the Retirement Systems.

The primary government of the Commonwealth, as well as its component units and the municipalities, are considered "cost-sharing" employers of the Retirement Systems; therefore, they would report its allocated share of the Commonwealth's resulting Net Pension Liability from Statement 67 as follows:

- ✓ Based on the their respective individual proportion to the collective net pension liability of all the governments participating

- ✓ The proportion should be consistent with the method used to assess contributions (percentage of payroll).  The use of their respective long term expected contribution effort to Retirement Systems divided by those of all governments in the plan, is encouraged.

This Statement is not effective until fiscal year 2015.  The Commonwealth and the Retirement Systems are in the process of evaluating the impact of this Statement on its agencies and component units and also on the municipalities of the Commonwealth.  The information to

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

adopt this Statement will be based on the new actuarial reports to be prepared under the new Statement No. 67 described on the previous paragraph.

- GASB Statement No. 69, *Government Combinations and Disposals of Government Operations*. This Statement establishes accounting and financial reporting standards related to government combinations and disposals of government operations. As used in this Statement, the term *government combinations* includes a variety of transactions referred to as mergers, acquisitions, and transfers of operations.

  The distinction between a government merger and a government acquisition is based upon whether an exchange of significant consideration is present within the combination transaction. Government mergers include combinations of legally separate entities without the exchange of significant consideration. This Statement requires the use of carrying values to measure the assets and liabilities in a government merger. Conversely, government acquisitions are transactions in which a government acquires another entity, or its operations, in exchange for significant consideration. This Statement requires measurements of assets acquired and liabilities assumed generally to be based upon their acquisition values. This Statement also provides guidance for transfers of operations that do not constitute entire legally separate entities and in which no significant consideration is exchanged. This Statement defines the term *operations* for purposes of determining the applicability of this Statement and requires the use of carrying values to measure the assets and liabilities in a transfer of operations.

  A disposal of a government's operations results in the removal of specific activities of a government. This Statement provides accounting and financial reporting guidance for disposals of government operations that have been transferred or sold. The requirements of this Statement are effective for government combinations and disposals of government operations occurring in financial reporting periods beginning after December 15, 2013, and should be applied on a prospective basis.

- GASB Statement No. 70, *Accounting and Financial Reporting for Nonexchange Financial Guarantees*. The objective of this Statement is to improve accounting and financial reporting by state and local governments that extend and receive nonexchange financial guarantees. This Statement requires a governmental entity guarantor that offers a nonexchange financial guarantee to another organization or government to recognize a liability on its financial statements when it is more likely than not that the guarantor will be required to make a payment to the obligation holders under the agreement. Certain qualitative factors should be considered when evaluating the likelihood of a guaranty payment, such as: initiation of a bankruptcy process, breach of a debt contract in relation to the guaranteed obligation and indications of significant financial difficulty such as failure to pay agents or trustees. This Statement is effective for financial statements for periods beginning after June 15, 2013. Although the Commonwealth's primary government currently has several outstanding nonexchange guarantees as disclosed in note 13, the specific impact on the Commonwealth's basic financial statements upon future adoption on July 1, 2013 has not yet been determined.

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(2)  Liquidity Risks and Uncertainties**

The Commonwealth has been facing a number of fiscal and economic challenges in recent years due, among other factors, to continued budget deficits, a prolonged economic recession, high unemployment, population decline, and high levels of debt and pension obligations. The Commonwealth's very high level of debt and the resulting required allocation of revenues to service this debt have contributed to significant budget deficits during the past several years, which deficits the Commonwealth has been required to finance, further increasing the amount of its debt. More recently, the Commonwealth's high level of debt, among other factors, has adversely affected its credit ratings and its ability to obtain financing at favorable interest rates. The Commonwealth expects that its ability to finance future budget deficits will be severely limited, and, therefore, that it will be required to reduce the amount of resources that fund other important governmental programs and services in order to balance its budget. While the Commonwealth may seek to reduce or entirely eliminate the practice of financing deficits or debt service, there is no assurance that budgetary balance will be achieved and, if achieved, that such budgetary balance will be based on recurring revenues or expense reductions or that the revenue or expense measures undertaken to balance the budget will be sustainable on an indefinite basis. Moreover, the effort to achieve budgetary balance may adversely affect the performance of the Commonwealth's economy which, in turn, may adversely affect governmental revenues.

The following activities, funds, and discretely presented component units reflect deficit fund balance/net position at June 30, 2013 (expressed in thousands):

|  | Deficit balance |
|---|---|
| Primary Government: | |
| Governmental activities | $ 47,212,999 |
| General fund | 2,011,026 |
| Commonwealth's capital project fund (nonmajor governmental) | 65,650 |
| Lotteries | 46,790 |
| PRMeSA | 269,065 |
| Component units: | |
| PREPA | 791,385 |
| PRHIA | 170,702 |
| AEDA | 97,017 |
| CCCPRC | 36,273 |
| PRMBA | 41,974 |
| PRTC | 29,336 |
| PRMIMTA | 28,484 |
| MAC | 4,721 |
| ETEC | 1,905 |

*Risks and Uncertainties – Primary Government*

The Commonwealth's governmental activities show a deficit of approximately $47.3 billion, mostly attributed to the Commonwealth's outstanding bonds amounting to approximately $35.8 billion and net pension obligation amounting to approximately $13.1 billion, which are recognized in the statement of net position. The deficit is attributable to the accumulated effect of high operating expenses in the government, including the funding of the Retirement System's cash flow deficiencies along with a decrease in estimated revenues as well as the primary government issuing debt, the proceeds of which are predominantly transferred to component units and to other governments. On the other hand, the discretely presented

77                                                    (Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

component units report net position of approximately $9.8 billion. This inverse relationship between the governmental activities' and component units' net assets reveal the operational structure of the Commonwealth where the primary government issues debt, the proceeds of which are predominantly transferred to the component units and to other governments, that are not presented in these basic financial statements, to finance their capital projects and other operational needs. The Commonwealth includes within the annual budgetary appropriation process the necessary funds to cover the annual debt service requirements of the aforementioned debt, most of which are the result of Act No. 164 of December 17, 2001, described in note 12(d).

Governmental activities also include COFINA's deficit amounting to approximately $4.4 billion primarily attributable to bonds and notes payable, amounting to approximately $16.7 billion, the proceeds of which were used to pay obligations of the Commonwealth and other uses.

As further discussed in note 22, during February 2014 various rating agencies lowered their rating on the general obligation bonds of the Commonwealth to non-investment rating. They also lowered their rating on PBA and COFINA bonds, and on other bonds of various component units.

The business-type activities include PRMeSA's net deficit of $269.1 million. PRMeSA's net deficit increased by approximately $41.0 million during the year ended June 30, 2013 and had a working capital deficiency of $29.5 million at June 30, 2013. The only borrowing facility of PRMeSA is a note payable to GDB which amounted to approximately $273.3 million at June 30, 2013. Scheduled principal payments start in fiscal year 2015 to 2024.

The majority of the Commonwealth's General Fund revenues is received in the second half of the Commonwealth's fiscal year (January 1 through June 30), while expenditures from the General Fund occur more evenly throughout the fiscal year. The Commonwealth customarily addresses this timing difference by making use of internal revenues and by issuing short-term notes in the capital markets or to private financial institutions. Internal revenues consist principally of excise taxes and income taxes, a significant portion of which are received during the second half of the fiscal year, and sales and use taxes, which are received once the amounts due to COFINA have been transferred. External borrowing to cover this intrayear cash flow imbalance is typically done with tax and revenue anticipation notes that are payable later in the fiscal year in which they are issued. Due to the Commonwealth's financial challenges, it is uncertain whether private financial institutions will participate in the Commonwealth's tax and revenue anticipation note program in the future. The Commonwealth is negotiating with private financial institutions for its tax and revenue anticipation notes for the fiscal year 2015.

Also, subsequent to the Commonwealth's general obligation debt issuance of March 11, 2014, as further discussed in note 22, the Commonwealth expects that its capacity to incur additional general obligation debt will be significantly reduced as a result of the limits imposed by the Constitution of Puerto Rico on the issuance of general obligation debt (note 12(b)). As a result, the Commonwealth may be unable to issue general obligation debt in the future to finance capital improvement projects, provide working capital, and meet short-term obligations. Although the Commonwealth could seek to issue debt for which the good faith, credit and taxing power of the Commonwealth is not pledged, there may not be sufficient demand for such debt. Such debt is typically rated lower than the Commonwealth's general obligation debt and the Commonwealth's ability to issue such debt in the capital markets or to private financial institutions is

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

uncertain. The inability to issue general obligation debt may affect the Commonwealth's ability to make required investment in infrastructure and, thus, adversely affect economic activity in the Commonwealth.

If the Commonwealth's financial condition does not improve, it may lack sufficient resources to fund all necessary governmental programs and services as well as meet debt service obligations. In such event, it may be forced to take emergency measures. Although no specific contingency plans have been adopted to address any such situation, the GDB, as fiscal agent to the Commonwealth, together with its financial and legal advisors, is evaluating alternative courses of action. These could include administrative measures that give effect to the "priority norms" established by law for the disbursement of public funds when available Commonwealth resources are insufficient to cover all appropriations.

The Commonwealth's ability to reduce its General Fund deficit and to achieve a balanced budget in future fiscal years depend on a number of factors, some of which are not wholly within its control, including the performance of the Commonwealth's economy, that actual collections of taxes meet the Treasury Department's projections, and the government's ability to reduce and control governmental expenditures, particularly in areas such as education, public safety and healthcare, which represents a significant portion of the budget appropriations of the Commonwealth.

*Remediation Plan – Primary Government*

The Commonwealth's economic development program is focused on initiatives aimed at producing more diversified and sustainable economic development. One of the immediate and anchor economic development initiatives from the administration was the Jobs Now Act, signed into law on February 10, 2013. It purports to create jobs within 18 months of the new administration by eliminating certain hurdles that delay and impede the process of establishing new businesses or expanding existing businesses in Puerto Rico, it allows better access to capital, and it provides incentives under agreements between certain eligible businesses and the Commonwealth through the Puerto Rico Commerce and Exports Company. Under the Jobs Now Act, the Economic Development Bank was ordered to give priority to loan applications submitted by eligible businesses and to create programs to guarantee private financing to such eligible entities.  Complementing this initiative, the Commonwealth also developed a strategic priority plan encompassed under five priority sectors: Life Sciences where the priority is to defend the traditional pharmaceutical base and pursue innovative opportunities; Knowledge Service where the Commonwealth is pursuing to grow the insurance and financial services sectors; Tourism where the Commonwealth wants to recapture the island's historical tourism's strengths and target emerging niche markets such as ecotourism, medical, cultural and sports tourism.; Small and Medium Enterprises (SME's) through a full-suite coordinated program to target them at all levels of development; and Agriculture where the Government is focusing on reducing imports by investing in high-productivity agricultural production. On February 5, 2014, the Governor announced that his administration will accelerate the infrastructure investment plan by pursuing $800 million in infrastructure investments including public-private partnerships that have been identified and by accelerating agency reviews of infrastructure investment plans.  Also, the Tourism initiative added new US and international airlines to enter and serve the Puerto Rico market (like Southwest, Avianca and Seaborne), additional routes from existing airlines and increased cruise ship traffic coupled with improvements in the San Juan Harbor to accommodate larger vessels and over 6,500 new hotel rooms currently in financial permits or construction phases.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

The Department of the Treasury has also elaborated a strategic plan designed to improve tax collections, foster tax compliance, implement effective enforcement measures, and attack tax evasion. To promote taxpayers' compliance, the Department of the Treasury has liberalized the procedures to enter into payment plans, offers-in-compromise agreements, and encouraged voluntary disclosure agreements. In addition, the Department of the Treasury has developed initiatives focused on effective enforcement methods, such as improving the efficiency of its audit selection process, the creation of technological solutions to improve collections, and the establishment of cooperation agreements with federal and local governmental agencies. The Department of the Treasury has also integrated its databases and established a tax intelligence project to identify tax evasion and improve its audit selection process.  Previous initiatives established related to the implementation of a new point of sale system for the collection of the sales and use taxes continue to be enhanced by adding various enforcement and compliance programs. The Department of the Treasury has also been actively seizing the assets of businesses that are delinquent on their sales and use tax payments, making public disclosures of such delinquent entities, and has entered into agreements with various municipalities to conduct simultaneous field visits and joint audits in order to increase the effectiveness of the sales and use tax enforcement efforts as the ones described above.

The Department of the Treasury also implemented a temporary measure to collect on payroll and employer withholding debts. This measure allows employers to enter into payment plans with the Department of the Treasury, subject to the employer making a down payment of 25%, in the case of payroll debts, and 40%, in the case of employer withholding debts, of the total outstanding debt. Additional revenue enhancing measures such as the sale of tax accounts receivable are being actively planned to further reduce the deficit for the fiscal year 2014.

In addition to collection efficiency measures described above, the Commonwealth has also enacted legislation to expand and increase its revenue base.  On June 30, 2013, the Commonwealth enacted Acts No. 40 through No. 48 (also known as the Comprehensive Tax Reform Acts), which amended several Acts, Regulations and Industry Tax Codes.  All these amendments are designed to achieve, among other things, an expansion of the revenue base of the General Fund of the Commonwealth, and are expected to bring additional and consistent tax revenue. These revenue enhancing measures, along with other cost cutting plans, are intended to address the structural deficit of the Commonwealth, add new revenues to the General Fund that would serve as a catalyst for economic growth and protect and strengthen the credit rating of the Commonwealth and its principal component units. The aforementioned amendments involve, among other changes, increases in the excise taxes on cigarette imports (Act No. 41); the establishment of a new national "volume of business" tax ranging between 0.2% to a maximum of 0.85% (1% for financial institutions) on the gross sales/revenue to businesses with a volume of sales/revenue exceeding $1 million (Act No. 40); the imposition of the sales and use taxes to certain business to business transactions, as defined, previously excluded, and other procedural changes (Acts No's. 40 and 42); additional limitations on certain deductions and credits that were formerly available on the tax returns of individuals (Act No. 40); increase in the corporate tax rates from 30% to 39% coupled with a reduction in the surtax exemption base from $750,000 to $25,000 (Act No. 40); increases in the escalating tax rates applicable for the alternative minimum tax determination on individuals and corporations (Act No. 40); a new surtax of 2% applicable to self-employed individuals with over $200,000 in gross income as defined (Act No. 40); a special contribution of 1.5% imposed on payments made for professional and consulting services rendered to a governmental entity (Act No. 48); and increases in the share of slot machines in casinos and the restructuring of the manner in which their profits are distributed (Act No. 48).  In addition, subsequent to

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

June 2013, Act No. 117 of 2013 also amended the mechanism for collection of the sales and use tax from certain merchants after July 1, 2014, which is expected to improve collection.  After such date, importers will be required to pay the tax on the imported merchandize and will be able to claim a credit for sales tax collected on subsequent resale of the merchandise. Some of these Acts also assigned funds for the enhancing and strengthening of the sales and use tax collection process (Act No. 46); created the 2013–2014 Budgetary Support Fund that was nourished with appropriately $96.5 million provided from transfers of excess cash from other funds, mostly coming from the Department of Education and the State Insurance Fund Corporation (Act No. 43); and the creation of a $92.5 million Fiscal Reconstruction Fund to be funded by the GDB using either its own funds or third party financing, in its capacity as the Commonwealth's fiscal agent. The loan, which will be evidenced by bonds and notes, will constitute an obligation of the Commonwealth, whose good faith, credit, and taxing power will be irrevocably pledged for the prompt payment of the principal of and interests on the bonds/notes. The $92.5 million to be deposited in the Fiscal Reconstruction Fund will be allocated to the Municipal Revenue Collection Center (CRIM) and AEDA.

Another action taken by the Commonwealth was addressing the budget deficits for fiscal year 2014 and 2015. On February 28, 2014, Act No. 33 was enacted to reduce the fiscal year 2014 appropriations by $170 million through various measures: (i) elimination of $77 million from certain reserve and contingency accounts under the custody of the OMB, no longer deemed necessary, (ii) reduction of $29 million in certain programs' appropriations not considered a priority, and (iii) reductions in agency budgets of approximately $64 million to be achieved by reaching for a weighted average reduction of 2% across all agencies' budgets.  The Governor has also announced simultaneously with the aforementioned legislation of the $170 million reduction in 2014 appropriations, a recommendation for the Legislative Branch approval of a balanced budget for fiscal year 2015.  The Commonwealth believes these budget balancing efforts in 2015 will establish the fiscal discipline to be maintained going forward.

In addition to eliminating the budget deficits in 2015, the Commonwealth needs to address certain cost escalators that might jeopardize the achievement of a balanced budget.  One of such cost escalators consists of the higher operating subsidy requirements for many public corporations which are running deficits that are creating financial and cash flow distress on the GDB, which usually funds them, and the Commonwealth, which customarily provides annual appropriations to assist them.  The Government has already reacted to these cost escalators by addressing specific areas of dependencies on certain public corporations that are key drivers of Puerto Rico's economic growth. On June 17, 2014, the Commonwealth enacted Act No.66 (also known as Fiscal Operation and Sustainability Act), which provides the legal base to address certain cost escalators to achieve a balanced budget. Act No.66 provides the following cost reduction measures: (i) reduction of at least 10% of external professional services contracts; (ii) authorization to adjust unilaterally the professional services rates; (iii) reduction of at least 10% of the trusted employees; (iv) freezing period for new recruitment of employees at the Executive Branch; (v) the Executive Branch cannot provide salary increases or increase benefits to the employees; (vi) establishment of a maximum amount of $600 for Christmas bonus and $200 for vacation bonus; (vii) elimination of payment of balances in excess over a maximum days of sick and vacation accruals; (viii) establishment of a legal framework to provide cost reduction at the public corporations of the Commonwealth; (ix) and other cost reduction measures.

PRMeSA's management adopted a fiscal stabilization plan that includes the following measures: (a) implementation of a new administration platform; (b) increase of actual contracted rates among existing

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

government insurers as a function of incurred administration costs, frequency, severity of medical services and risk distribution throughout the insurance provider network; (c) implementation of an insurance coverage system for the medical indigent population through the PRHIA; (d) redefinition of contractual agreements with the government and commercial insurers; (e) improvement and implementation of an effective accounts receivable collection process; (f) redefinition and/or amendment of contractual agreements with major suppliers based on actual needs; and (g) formal request to various Commonwealth's agencies, including OMB, requesting additional funds to subsidize its operating deficit and improve its financial condition.

*Risks and Uncertainties – Retirement Systems*

The Pension Trust Funds' unfunded actuarial liability and funded ratio as of June 30, 2013, were approximately $33,684 million and 7.4%, respectively.   In the opinion of management, based on information prepared by consulting actuaries, the net position of the Employees' Retirement System of the Government of Commonwealth of Puerto Rico, the Retirement System for the Judiciary of the Commonwealth of Puerto Rico, and the Puerto Rico System of Annuities and Pension of Annuities and Pension for Teachers, comprising the Pension Trust Funds, will turn into a deficit by fiscal years 2015, 2019, and 2020, respectively, if measures are not implemented to reduce to unfunded actuarial accrued liability and increase the funded ratio of the Pension Trust Funds.

The estimate of when each of the Pension Trust Funds' net position will become a deficit and when their assets would be exhausted is based on significant assumptions, including the rate of return on investments, the amount and timing of collections from the Commonwealth for the member, employer contributions and the employer additional contribution for ERS (Act No. 32), which as discussed below, was estimated in $120.0 million annually, as well as the estimated participant benefits and the Pension Trust Funds' administrative expenses to be paid each year.

The Pension Trust Funds' funding requirements could have a direct negative effect on the Commonwealth's General Fund, since the Commonwealth is the plan sponsor and is obligated to make contributions to fund the Pension Trust Funds.

If the Commonwealth's financial condition does not improve as a result of fiscal and budgetary measures it is taking, its ability to repay its obligations, including its regular employer contributions to the Pension Trust Funds and the additional contribution for ERS as provided by Act No. 32, for the upcoming years, may continue to be adversely affected, and could also affect the repayment of the Pension Trust Funds' bond payable.

*Remediation Plan – Retirement Systems*

To improve the liquidity and solvency of the ERS, the Commonwealth enacted Act No. 32 of June 25, 2013, which provided for incremental annual contributions from the General Fund beginning in fiscal year 2014 and up to the fiscal year 2033. This additional contribution will be determined annually based on actuarial studies to be performed by the ERS' actuaries.

On April 4, 2013, the Governor of Puerto Rico signed into law Act No. 3 of 2013 (Act No. 3), which adopted a comprehensive reform of the Employees Retirement System of the Commonwealth, the largest of the three Commonwealth retirement systems that are funded primarily with budget appropriations from

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

the Commonwealth's General Fund. Based on current census data, expectations of market conditions and other actuarial information provided by consulting actuaries, the changes instituted by Act No. 3, along with the additional annual contribution of $120 million to be received from the Commonwealth during the next 20 years, will be sufficient to cover the Employees Retirement System's current and future obligations; contrasting with the approximately $900 million annual contribution being received from the Commonwealth prior to Act No. 3. This Act was litigated in the courts and during the second half of fiscal year 2013 the Puerto Rico Supreme Court upheld its validity and constitutionality (See note 17 for further description about this comprehensive reform). During the first half of fiscal year 2014, the Commonwealth has enacted legislation to reform the two other retirement systems of the Commonwealth, the Teachers Retirement System and the Judiciary Retirement System, by among other measures, reducing benefits, increasing employee contributions and replacing most of the defined benefit elements of the system with a defined contribution system. The more significant of these two remaining retirement systems is the Teachers Retirement System, which is being reformed through the passage of Act No. 160 of December 24, 2013. The constitutionality of Act No. 160 was challenged in court, and on April 11, 2014 the Supreme Court declared certain sections unconstitutional while maintaining the constitutionality of the following: (i) all changes made to the benefit structure apply to future participants that are hired after July 31, 2014; (ii) elimination of special laws benefits for participants that retire on or after August 1, 2014; and (iii) reduction of special laws benefits to current retirees as of July 31, 2014. Currently, the Supreme Court's decision is under the Commonwealth's evaluation and analysis in order to determine the course of action to undertake.

*Risks and Uncertainties – GDB*

The GDB lends funds to public corporations for capital improvements and operating needs. The loans for capital improvements generally are construction loans and are generally repaid from the proceeds of future bond issuances of the respective public corporations. The amount of outstanding loans from the GDB to the public corporations fluctuates annually, depending upon the capital program needs of the public corporations, the timing and level of their capital expenditures, and their ability to gain access to the long-term capital markets. The participation of certain of these public entities in the bond market has been delayed waiting for the credit rating of such entities to improve or for more favorable market conditions.

Loans to the Commonwealth and its public corporations amounted to approximately $6.9 billion or 48% of the GDB's total assets as of June 30, 2013. These loans are expected to be collected through appropriations from, bond issuances of, and revenues generated by the Commonwealth and its public corporations. The GDB's liquidity and financial condition depends on the repayment of loans made to the Commonwealth and its public corporations which face significant fiscal and financial challenges in their ability to generate sufficient funds from taxes, charges and/or future bond issuances.

The Commonwealth's recurring expenditures have exceeded its recurring revenues during the past fourteen years. During the fiscal year ended June 30, 2013, and subsequent to the end of the fiscal year, the GDB's liquidity position was adversely affected by, among other factors, a significant increase in credit spreads for obligations of the Commonwealth and its public corporations, the Commonwealth's limited capital markets access, and a significant reduction of liquidity in the local Puerto Rico capital markets. In February 2014, the credit ratings of the Commonwealth and most of its public corporations (including the GDB) were lowered to noninvestment grade categories. With respect to the GDB, Moody's Investors Service (Moody's) lowered its credit rating to "Ba2" and maintained its negative outlook, while Standard

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

& Poor's Rating Services (S&P) lowered its credit rating to "BB" and maintained it in "CreditWatch" with negative implications. These factors have resulted in delays in the repayment by the Commonwealth and its public corporations of their loans payable to the GDB and, at the same time, caused the Commonwealth and its public corporations to rely more heavily on short-term financing from the GDB. The credit rating downgrades could further adversely affect the GDB's liquidity position. In addition, the liquidity of the GDB could also be affected by short-term obligations of the Commonwealth and its public corporations maturing during fiscal years 2014 and 2015, some of which are also subject to earlier acceleration as a result of the downgrades. The majority of these short-term obligations of the Commonwealth and its public corporations were refinanced with proceeds from the recent issuance of Commonwealth general obligation bonds (described below). However, several of such short-term obligations of the Commonwealth and its public corporations remain outstanding. Although the GDB has previously assisted the Commonwealth and its public corporations in satisfying obligations similar to those listed above, the GDB is not legally required to provide such assistance and there is no assurance that it will be able to continue to provide such assistance to any or all of the Commonwealth and its public corporations. To the extent that the GDB's financing is unavailable, the Commonwealth and its public corporations may be required to find other sources of funding in order to meet their obligations. There is no assurance that the Commonwealth and its public corporations will be able to access other sources of financing or obtain funding sufficient at any one time to meet their obligations as they come due. If such other financing or funding source are not available, the financial condition of the Commonwealth and the public corporations could deteriorate further and their ability to repay their loans to the GDB may be adversely affected.

A particular attention is being placed on loans granted by the GDB to the PRHTA. As of June 30, 2013, the GDB has extended various credit facilities to the PRHTA for, among other, capital improvement programs, working capital, debt service and collateral posting requirements. The outstanding balance of such facilities amounts to $2 billion, including accrued interest of $145 million, which represent 14% and 83% of GDB's total assets and net position, respectively, at June 30, 2013.

The GDB, in its ordinary course of business, provides interim lines of credit to public corporations like the PRHTA. These lines of credit have historically been repaid from bond issuances of each public corporation, once they regain or have access to the capital markets. No public corporation has ever defaulted on its obligations with the GDB. Refer to the section Risk and Uncertainties – Other Public Corporations for further information about the liquidity risks of PRHTA.

The PRHTA has reported net operating losses during each of the four fiscal years in the period ended June 30, 2013, and, as a result, the GDB has been partially financing its operations through credit facilities. In fiscal year 2010, the PRHTA entered into a fiscal oversight agreement with the GDB, whereby the GDB, among other things, imposes conditions on the extensions of credit to the PRHTA and continually monitors its finances. The PRHTA expects to repay the credit facilities due to the GDB with proceeds from the issuance of bonds within the next two fiscal years. On February 7, 2014, Moody's Investor Service downgraded PRHTA's highway revenue bonds from Baa2 to Ba1, PRHTA's transportation revenue bonds from Baa3 to Ba2, and PRHTA's subordinate transportation revenue bonds from Ba1 to Ba3.

*Remediation Plan – GDB*

Since one of GDB's principal functions is to provide financing to the Commonwealth and its instrumentalities, GDB's loan portfolio includes loans to various departments and agencies of the

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Commonwealth, to various public corporations (component units), and to municipalities, which represent a significant portion of GDB's assets.  Loans to the Commonwealth and its instrumentalities typically include working capital lines of credit payable from short-term tax and revenue anticipation notes issued by the Commonwealth, interim financing of capital improvements payable from Commonwealth's general obligation bonds or revenue bonds issued by the corresponding instrumentality, and in recent years, loans to finance the Commonwealth's budget deficit payable from COFINA, uncollected taxes, legislative appropriations and, to a lesser extent, from loans provided by sources other than the GDB, federal grants, and the sale of assets of component units, if necessary.  Accordingly, the collectability of these loans may be affected by budgetary constraints, the fiscal situation and the credit rating of the Commonwealth and its component units, and their ability to generate sufficient funds from taxes, charges, and/or bond issuances. Continuance of and/or significant negative changes in these factors may have an adverse impact on GDB's financial condition, liquidity, funding sources, and results of operations. Loans to municipalities are expected to be repaid principally from a portion of property tax assessments or municipal sales tax of each municipality.

Notwithstanding the aforementioned uncertainties and risks, the Commonwealth and the GDB have adopted and continue to adopt measures to mitigate these risks and uncertainties. As part of its role of providing financing to the Commonwealth and its instrumentalities to further the economic development of Puerto Rico, and as part of its risk management activities, the GDB is renegotiating and/or restructuring payment terms of the loans to certain governmental entities. Some of the renegotiations/restructurings extend the period for principal repayment but provide for repayment of the contractual interest in accordance with the original terms.  Certain loans whose repayment source was originally from COFINA and from future issuances of Commonwealth's general obligation bonds are currently being repaid with annual legislative appropriations based on payment schedules proposed by the GDB, which are based on a period of amortization of 30 years, at contractual interest rates. The GDB will annually submit to the OMB, to be included in the Commonwealth's budget for legislative approval in each subsequent fiscal year, an amount established in the payment schedules with the terms stated above. However, there can be no assurance that the director of the OMB will include an amount for loan repayments in the Commonwealth's budget, and that the Legislature will appropriate sufficient funds in the future to cover all amounts due to the GDB on these loans. The Commonwealth has recently reformed and amended GDB's lending practices, financing capacity and oversight powers of public funds through Act No. 24 of February 13, 2014.  This Act prohibits the GDB, subject to certain limited exceptions, from making loans to public corporations payable from future increases in rates, taxes or other charges.  In essence, each public corporation seeking financing from the GDB must demonstrate sufficient approved revenue streams to cover debt service on any GDB loan. Act No.24 is intended to impose fiscal discipline on the public corporations, while preserving GDB's net position.  In addition, Act No. 24 also (i) increases from $550 million to $2 billion the amount of the GDB obligations that can be guaranteed by the full faith and credit of the Commonwealth to provide the GDB with greater flexibility in its role of granting interim financing to public corporations and agencies; (ii) grants the GDB the ability to exercise additional oversight over certain public funds deposited at private financial institutions and grants the GDB the legal authority, subject to an entity's ability to request waivers under certain specified circumstances, to require such public funds (other than funds of the Legislative Branch, the Judicial Branch, the University of Puerto Rico, governmental pension plans, municipalities and certain other independent agencies) to be deposited at the GDB, which is expected to result in a more efficient management of public resources; and (iii) provides a process through which the OMB may assume, on behalf of the Commonwealth, the repayment

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

from budgetary appropriations (commencing fiscal year 2017) of certain obligations owed by governmental agencies or public corporations to the GDB, up to a maximum amount of $500 million.

Management of the PRHTA and GDB are working with various alternatives for the PRHTA to gain access to the bond capital market, including, among other, a new trust indenture, revenue increasing measures, and expense reduction measures. If such alternatives are not materialized, the PRHTA could default on its credit facilities with the GDB, which may have a material adverse effect on the financial condition, operating results and liquidity of the GDB. GDB's management, however, believes that in such case alternatives are not materialized, the Commonwealth would provide financial support to the PRHTA in order to repay its outstanding borrowings with the GDB.

As part of the measures taken by the Commonwealth to reduce the credit exposures the GDB has on the PRHTA, Act No. 41 was enacted effective July 1, 2013, and establishes an increase to the cigarettes and other tobacco derivatives tax.  The new act will impose an additional tax of $11.15 for every 100 cigarettes.  Starting on July 1, 2013, the total tax will by $16.15 for every 100 cigarettes.  Starting on July 1, 2015, it will be $17.

As part of its risk management activities and as a condition to provide financing support to certain public corporations, the GDB has entered into fiscal oversight agreements with certain public corporations. The agreements require the public corporations, among other, to implement a comprehensive expense reduction program, including certain fiscal oversight controls, subject to laws and existing agreements of the public corporations, designed to minimize future tariff increases to households and the private sector, and to protect and improve the credit rating of the public corporations, so that the public corporations may obtain adequate financing to fund its capital expenditure requirements and to operate its infrastructure in an efficient and reliable manner and in compliance with applicable laws and regulations. GDB's agreement to provide current financing and any future financing is expressly conditioned upon the public corporations' compliance with the covenants established in the fiscal oversight agreement and GDB's right to monitor and enforce such compliance. These agreements will be in effect until the public corporations have regained a level of financial stability and are able to secure long-term financing that will result in the continued stability of the public corporations' operations and financial condition. As of June 30, 2013, GDB's management determined that all public corporations and agencies have complied with the material terms and conditions of their respective agreements.

As further described in note 22, during March 2014, there was a $3.5 billion bond issuance of Commonwealth general obligation bonds, which provided for the repayment of approximately $1.9 billion of loans made by the GDB to the Commonwealth and the Public Buildings Authority (PBA), reducing the outstanding balance of the GDB's loans to the Commonwealth by $1.7 billion and of GDB's loans to PBA by $187 million.

Additionally, under recently enacted legislation, the GDB has the legal authority to require that certain public funds currently deposited at private financial institutions, including demand deposit accounts, be deposited at the GDB, subject to specified exceptions.

Based on previous experience and recent developments, GDB's management believes that the carrying amount of most of the loans to the public sector will be collected (including interest at the contractual interest rate).

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

*Risks and Uncertainties – Other Public Corporations*

Certain of the Commonwealth's public corporations are currently in financial distress and are facing specific liquidity risks including PREPA, PRASA, PRHTA, PRHIA and PRPA.  These public corporations are reported in the aggregate discretely presented component units column of the basic financial statements. Management at these public corporations is currently implementing the provisions of Act 66-2014, which provides for certain cost reduction measures, as well as the evaluation of measures to increase revenues. Additionally, as further described in note 22, on June 28, 2014 the Commonwealth enacted the Puerto Rico Public Corporation Debt Enforcement and Recovery Act (the "Debt Enforcement Act").  The Debt Enforcement Act provides an orderly, statutory process for the enforcement and restructuring, in a fair and equitable manner, of the debts and other obligations of certain public corporations experiencing financial distress, while ensuring the continuity of essential public services to the people of Puerto Rico. However, if management of such component units is unable to reduce their operational expenses, increase their revenues and/or reduce their debts, such component units may need to seek relief under the Debt Enforcement Act.  The Government expects, however, that only those public corporations which have no other reasonable alternatives to be able to meet their debts and other contractual commitments while continuing to perform essential public functions would avail themselves of the provisions of the Debt Enforcement Act.

As discussed in Note 22, on June 28, 2014, a group of bondholders requested a declaratory judgment challenging the constitutionally of the Debt Enforcement Act in the U.S. District Court for the District Court of Puerto Rico.

Also, as previously mentioned the Commonwealth has recently reformed and amended GDB's lending practices, financing capacity and oversight powers of public funds through Act No. 24 of February 13, 2014.  The Debt Enforcement Act prohibits the GDB, subject to certain limited exceptions, from making loans to public corporations payable from future increases in rates, taxes or other charges.  In essence, each public corporation seeking financing from the GDB must demonstrate sufficient approved revenue streams to cover debt service on any GDB loan. Act No.24 is intended to impose fiscal discipline on the public corporations, while preserving GDB's net position.

Specific financial information regarding these public corporations follows:

*PREPA* - At June 30, 2013, PREPA had a net deficit of $791 million. Subsequent to June 30, 2013 PREPA has continued experiencing weak financial performance and currently faces heightened liquidity and market access risk stemming from the maturity of two short-term lines of credit (LOCs) and the required repayment of outstanding borrowings totaling $641 million in July and August 2014. PREPA's management is currently negotiating the renewal of these lines of credit with the corresponding commercial banks.  PREPA's ability to repay its outstanding lines of credit is limited and its ability to extend, renew or replace these lines of credit is uncertain.  In addition to this immediate liquidity need, PREPA has had material recurring operational deficits (negative cash flow), currently has a very high level of debt and faces large non-discretionary capital expenditure requirements, all while facing a declining demand for electricity. As a result, if PREPA is unable to address these issues in the short-term, it may need to seek relief under the Debt Enforcement Act.  As of June 27, 2014, PREPA has set aside sufficient funds to cover the debt service payment due on July 1, 2014 on its revenue bonds.

As further discussed in note 22, subsequent to June 30, 2013 PREPA's revenue bonds have been

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

downgraded several times by rating agencies, being June 26, 2014, the most recent downgrade where Moody's and Fitch downgraded the rating on $8.7 billion of PREPA's power revenue bonds from Ba2 to Ba3 and from BB to CC, respectively.  On June 27, 2014, S&P also downgraded the same bonds from BBB- to BB. The downgrades reflect concerns with PREPA's increasingly tight liquidity and the ratings agencies' view, based on the enactment of the Debt Enforcement Act, that a debt restructuring or default by PREPA is probable as a result of the near-term maturities of the bank lines of credit mentioned above.

After considering the remediation plans further described in the *Remediation Plan – Other Public Corporations* section of this footnote, and the effect of the subsequent events previously described, in management's opinion PREPA's financial condition might raise significant liquidity risk regarding PREPA's ability to meet its financial obligations as they come due in the near future.

*PRASA* – At June 30, 2013 PRASA had a net position of $2,998.9 million, which includes revenue bonds payable of $4,522.7 million, notes payable of $469.7 million and lines of credit of $89.8 million. PRASA's net position decreased by $367.9 million during the year ended June 30, 2013 and had a working capital deficiency of $276.4 million at June 30, 2013. As further discussed in note 22, subsequent to June 30, 2013, PRASA's revenue bonds have been downgraded several times by rating agencies, being June 27, 2014, the most recent downgrade where Moody's lowered the ratings assigned to PRASA's revenue bonds to Ba3 from Ba2. Subsequent to June 30, 2013 PRASA significantly increased its rates for service charges.

*PRHTA* – PRHTA is currently experiencing severe financial difficulties and its operations during the last years have been financed through lines of credit provided by GDB. PRHTA net position decreased by approximately $140.5 million during the year ended June 30, 2013 and had a working capital deficiency (excluding current restricted assets and the current liabilities payables from restricted assets) of $50.9 million at June 30, 2013. Loans with GDB at June 30, 2013 amounted to $2,045.1 million. On June 27, 2014, Moody's lowered ratings on the bonds of PRHTA from Ba2 to Ba3.

*PRHIA* – At June 30, 2013, PRHIA had a net deficit of $170.7 million. PRHIA's net deficit increased by approximately $17 million during the year ended June 30, 2013 and had a working capital (excluding lines of credit with GDB of approximately $171.1 million maturing between 2015 and 2023) of approximately $33.4 million.

*PRPA* – At June 30, 2013, PRPA had a net position of approximately $133.3 million. PRPA's net position decreased by $73.4 million during the year ended June 30, 2013 and had a working capital deficiency of approximately $218.2 million at June 30, 2013.

*Remediation Plan – Other Public Corporations*

The following are significant actions taken by the other public corporations having significant financial distress to improve their operations:

*PREPA*: Conversion to natural gas as a fuel source has been completed at PREPA's second largest generating plant, reducing oil dependency by another 11% and negotiations to permit the conversion of PREPA's largest generating plant (18% of total capacity) are underway.  In August 2013, PREPA successfully completed a $673 million bond issuance to fund its capital improvement program, including the conversion to natural gas of existing oil-fired generation units, which is expected to enable PREPA to improve its operating efficiency.  On May 27, 2014, the Commonwealth enacted Act No.57 that

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

restructures the Telecommunications Regulatory Board into an Energy and Telecommunications Commission, which will be responsible for all energy and telecommunications regulatory matters. This new entity would also be responsible for all tariff-related issues.

*PRASA*: In July 2013, PRASA implemented a 60% rate increase, on average, that will provide additional revenues to cover operational expenses and improve debt service coverage. As a result of this increase, in contrast with prior years, the Commonwealth does not anticipate having to appropriate funds to PRASA for its operational expenses.

*PRHTA*: On June 25, 2013, the Legislature of the Commonwealth enacted Act No. 30 and Act No. 31 to raise additional annual revenues for the PRHTA to repay its outstanding loans with the GDB. The additional annual revenues consist of (1) transfer to the PRHTA of vehicle license fee revenues currently received by the Commonwealth's Department of the Treasury, which amount to approximately $62.5 million; (2) increase in the petroleum products tax from $3.00 per barrel to $9.25 per barrel (to be adjusted for inflation, every four years beginning in 2017, based on the accumulated compounded yearly increase in the USA CPI Index plus a margin of 1.5%), which are estimated to generate approximately $189 million; (3) transfer to the PRHTA of the first $20 million in annual cigarette tax revenues currently collected by the Commonwealth's Department of the Treasury. All these measures would generate a total of approximately $270 million in new and additional annual revenues. Also recently approved legislation changed the governance structure of the PRHTA by establishing a board of directors.

*PRHIA*: PRHIA's management adopted a fiscal stabilization plan that includes the following measures: (a) maximization of discounts or rebates with respect to prescription drugs dispensed to beneficiaries; (b) implementation of a monitoring program with all insurance companies through audits and imposition of penalties and fines for noncompliance; (c) maximization of process of petitions of federal funds through more efficient segregation of Commonwealth and Federal beneficiaries; (d) improvement and implementation of an effective accounts receivable collection process. *PRPA*: On February 27, 2013, the Commonwealth finalized the public-private service concession arrangement involving Puerto Rico's Luis Muñoz Marin International Airport (LMMIA) and received an upfront payment of approximately $615 million that is reported as a component of deferred inflow of resources in the accompanying statement of net position. This transaction strengthened the PRPA's fiscal position and reduced both the PRPA's and the GDB's risk position by repaying over $490 million, most of which had been either owed to or guaranteed by the GDB.

## (3) Restatements and Changes in Reporting Entity

During 2013, the Commonwealth identified various errors related to the prior year financial statements. In addition, the Commonwealth adopted GASB Statement No. 61, The Financial Reporting Entity: Omnibus (GASB Statement No. 61), which resulted in a change in the reporting of certain component units. The impact of correcting these errors and the effect of the adoption of GASB Statement No.61 are as follows:

### Primary Government

*Governmental Activities:*

The following table summarizes the changes to net position (deficit) at the beginning of the year as previously reported by the primary government (expressed in thousands):

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| | | Primary government | | |
|---|---|---|---|---|
| | | Governmental activities | Business-type activities | Totals primary government |
| Net position (deficit) – July 1, 2002, as previously reported | $ | (40,000,636) | 963,250 | (39,037,386) |
| Changes in reporting entities: | | | | |
| PRIFA | | (1,526,404) | — | (1,526,404) |
| SCPT | | (255,651) | — | (255,651) |
| PRMeSA | | — | (227,736) | (227,736) |
| Correction of error: | | | | |
| Public Housing Administration (PHA)(a) | | (11,097) | — | (11,097) |
| Public Buildings Authority (PBA)(b) | | (36,581) | — | (36,581) |
| Office for the Improvement of Public Schools (OIPS)(c ) | | 330 | — | 330 |
| Puerto Rico Department of Housing (PRDH)(d) | | (96) | — | (96) |
| Labor Development Administration (LDA)(d) | | (17) | — | (17) |
| Governing Board of 9-1-1 Services (9-1-1 Service)(e) | | — | 40,809 | 40,809 |
| Net position (deficit) – July 1, 2012, as restated | $ | (41,830,152) | 776,323 | (41,053,829) |

The changes in reporting entity resulted from the adoption of GASB Statement No. 61 by which PRIFA and SCPT became blended component units within governmental activities, while PRMeSA became a blended component unit within business-type activities.

The corrections of error resulted from the following:

a) Approximately $11.1 million in capital assets continued to be reported by PHA after such assets had been transferred to other entities in previous years.

b) The capital assets of PBA were overstated by approximately $35.2 million due to certain accounting errors related to interest and administrative expenses incorrectly capitalized in construction in progress; unamortized bond premium was overstated by approximately $2.7 million and accounts payable were understated by approximately $4.1 million.

c) The accounts payable of OIPS (reported within the General Fund) were overstated by approximately $330 thousand.

d) The accounts payable of PRDH and LDA (both presented within the General Fund) were understated by approximately $96 thousand and $17 thousand, respectively.

e) The 9-1-1 Service, with a fund balance of approximately $40.4 million was, incorrectly presented in prior years as a discretely presented component unit. However, it did not have sufficient corporate powers to be considered a separate legal entity. The reporting entity error was corrected in current year by presenting it as a proprietary fund. Additionally, certain payables were understated by approximately $371 thousand.

*Governmental Funds:*

The following table summarizes the changes to fund balances (deficit) at the beginning of the year as previously reported in the statement of revenues, expenditures, and changes in fund balances (deficit) by the governmental funds (expressed in thousands):

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

| | General Fund | Other Governmental Funds | Total Governmental Funds |
|---|---|---|---|
| Fund balances (deficit) – July 1, 2012, as previously reported | $ (1,106,556) | 1,202,397 | 1,477,107 |
| Changes in reporting entity: | | | |
| PRIFA | — | 375,019 | 375,019 |
| SCPT | — | 108,278 | 108,278 |
| Correction of error: | | | |
| PBA Blending (a) | — | (179,643) | (179,643) |
| PBA other (b) | — | (21,421) | (21,421) |
| PRDH (c ) | (61,952) | — | (61,952) |
| OIPS (d) | 330 | — | 330 |
| LDA (e) | (17) | — | (17) |
| Fund balances (deficit) – July 1, 2012, as restated | $ (1,168,195) | 1,484,630 | 1,697,701 |

The changes in reporting entity resulted from the adoption of GASB Statement No. 61 by which PRIFA and SCPT became blended component units within other governmental funds.

The corrections of error resulted from the following:

a) During the process of blending PBA into the Commonwealth's financial statements, approximately $179 million of current accounts payable were erroneously deemed not payable from current financial resources, and were excluded from the fund financial statements.

b) PBA had an understatement of deferred revenue of approximately $12.9 million, receivables were overstated by approximately $24.9 million, debt service accruals were understated by approximately $11.5 million, accounts payable were understated by approximately $4.1 million, and other current liabilities were understated by approximately $18.5 million

c) Certain assets of PRDH (presented within the General Fund) classified as held for sale in prior years for approximately $61.7 million, were deemed overstated because they were not considered available to pay current liabilities. Also, accounts payable were understated by approximately $96 thousand.

d) The accounts payable of OIPS (reported within the General Fund) were overstated by approximately $330 thousand.

e) The accounts payable of LDA (presented within the General Fund) were understated by approximately $17 thousand.

During fiscal year 2012, the Pledged Sales and Use Tax fund was presented as a separate major special revenue fund, when it did not meet the criteria for such presentation. This fund should have been presented within the COFINA debt service fund. For 2013, the correct presentation of the Pledged Sales and Use Tax fund was made within the COFINA debt service fund; however, this restatement does not appear in the table above because the Pledged Sales and Use Tax fund has always carried a zero fund balance.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

*Proprietary Funds:*

The following table summarizes the changes to net position at the beginning of the year as previously reported by the proprietary funds (expressed in thousands):

| | Puerto Rico Medical Services Administration | Other proprietary | Total proprietary |
|---|---|---|---|
| Net position – July 1, 2012, as previously reported | $ — | 680,663 | 963,250 |
| Changes in reporting entity: | | | |
| PRMeSA | (227,736) | — | (227,736) |
| Correction of error: | | | |
| 9-1-1 Service | — | 40,809 | 40,809 |
| A non-major fund turned into a major fund: | | | |
| Puerto Rico Water Pollution Control Revolving Fund | — | (389,152) | — |
| Net position (deficit)– July 2012, as restated | $ (227,736) | 332,320 | 776,323 |

The following table summarizes the changes to cash and cash equivalents at the beginning of the year as previously reported in the statement of cash flows by the proprietary funds (expressed in thousands):

| | Puerto Rico Medical Services Administration | Other proprietary | Total proprietary |
|---|---|---|---|
| Cash and cash equivalents - July 1, 2012, as previously reported | $ — | 176,653 | 635,041 |
| Changes in reporting entity: | | | |
| PRMeSA | 267 | — | 267 |
| Correction of error: | | | |
| 9-1-1 Service (a) | — | 24,700 | 24,700 |
| Inclusion as major fund: | | | |
| Puerto Rico Water Pollution Control Revolving Fund | — | (81,952) | — |
| Cash and cash equivalents - July 1, 2012, as restated | $ 267 | 119,401 | 660,008 |

The changes in reporting entity resulted from the adoption of GASB Statement No. 61 by which PRMeSA became a blended component unit within business-type activities.  Also the Puerto Rico Water Pollution Control Revolving Fund turned into a major fund by exceeding the quantitative thresholds provided by GASB Statement No. 34.

The correction of error resulted from the following:

a) The 9-1-1 Service was incorrectly presented in prior years as a discretely presented component unit. However, it did not have sufficient corporate powers to be considered a separate legal entity. The reporting entity error was corrected in current year by presenting it as a proprietary fund.

92 (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**Discretely Presented Component Units**

The following table summarizes the changes to net position at the beginning of the year as previously reported in the statement of activities by certain discretely presented component units (expressed in thousands):

| | | |
|---|---|---:|
| Net position – July 1, 2012, as previously reported | $ | 8,903,698 |
| Changes in reporting entities: | | |
| PRIFA | | 1,526,404 |
| PRMeSA | | 227,736 |
| SCPT | | 255,651 |
| UPR | | 1,990 |
| CIBMRIP | | 565 |
| Impact of GASB No. 60 implementation: | | |
| PRHTA | | 5,441 |
| Error corrections: | | |
| AACA (a) | | 52,402 |
| 9-1-1 Service (b) | | (40,438) |
| GDB (c ) | | (19,903) |
| AEDA (d) | | (15,784) |
| SWA (e) | | (8,089) |
| PRTEC (f) | | 2,082 |
| PRMBA (g) | | (1,241) |
| PRTC (h) | | (1,194) |
| ETEC (i) | | 838 |
| IPRC (j) | | (520) |
| PRSPA (k) | | 341 |
| LRA (k) | | 292 |
| Net position – July 1, 2012, as restated | $ | 10,890,271 |

The changes in reporting entity resulted from the adoption of GASB No. 61 by which PRIFA and SCPT became blended component units within governmental activities, PRMeSA became a blended component unit within business-type activities, the UPR added two component units to its reporting entity, and CIBMRIP was added as a discretely presented component unit of the Commonwealth.

The adoption of GASB No. 60, resulted in the retroactive recognition by the PRHTA of certain infrastructure assets under service concession agreements in the amount of approximately $75.5 million and the corresponding deferred inflows of resources for approximately $70.1 million.

The corrections of error resulted from the following:

a) AACA had an overstatement of claims liability for approximately $60.0 million, an understatement of its post-employment benefit obligation for approximately $5.4 million, and an overstatement of approximately $2.2 million in capital assets.

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

b)  The 9-1-1 Service was incorrectly presented in prior years as a discretely presented component unit. However, it did not have sufficient corporate powers to be considered a separate legal entity. The reporting entity error was corrected in current year by presenting it as a proprietary fund.

c)  Accounts payable and accrued liabilities of GDB were understated by approximately $20.4 million related to federal cost disallowance. Such claim existed in prior years, but was not recognized. This understatement was recognized net of an overstatement of approximately $525 thousand in other current liabilities.

d)  AEDA had an overstatement of capital assets for approximately $2.9 million and an understatement of long-term debt for approximately $12.9 million.

e)  SWA had an overstatement in construction in progress for approximately $8.1 million.

f)  PRTEC had an understatement of capital assets for approximately $2.1 million.

g)  PRMBA had an overstatement of accounts receivable and non-operating revenue of approximately $1.2 million.

h)  PRTC had an overstatement of approximately $750 thousand in capital assets due to an impairment loss not recognized in previous years; Interest payable was overstated by approximately $334 thousand because it was calculated based on amounts subsequently paid and not based on amounts incurred at year end; and, the investment in tourism projects were overstated by approximately $778 thousand due to the capitalization of certain incentive tax credits that were deemed not realizable.

i)  ETEC had an overstatement of approximately $788 thousand in deferred revenue, and an understatement of capital assets for approximately $50 thousand.

j)  IPRC had an understatement of voluntary termination benefits for approximately $520 thousand.

k)  PRSPA and LRA restated their beginning net position to correct various errors in the aggregated amount of approximately $341 thousand and $292 thousand, respectively.

**(4)    Puerto Rico Government Investment Trust Fund (PRGITF)**

PRGITF was created by Act No. 176, of August 11, 1995, and began operations on December 4, 1995. The PRGITF is a no load diversified collective investment trust administered by the GDB that was created for the purpose of providing eligible governmental investors of Puerto Rico with a convenient and economical way to invest in a professionally managed money market portfolio. The PRGITF is not an investment company or a mutual fund and is not subject to regulation or registration under the investment company Act of 1940. Units issued by the PRGITF are not subject to regulation or registration under the Securities and Exchange Act of 1933, as amended, because the units are issued by a government entity. The deposits on hand and the investments purchased are not collateralized, secured, or guaranteed by the Commonwealth or any of its agencies, instrumentalities, or political subdivisions.

PRGITF is considered a 2a7-like external investment pool, and as such, reports its investment at amortized cost. In addition, the Puerto Rico Government Investment Trust Fund follows GASB Statement No. 31; *Accounting and Financial Reporting for Certain Investments and for External Investments Pools*; however, such financial statements are not included in the accompanying basic financial statements because the

94                                                                                    (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

primary government and each component unit's investor already present their corresponding share of the assets of the PRGITF as cash equivalents or investments.

The investment securities on hand at June 30, 2013, consisted of certificates of deposit and time deposits, money market funds, securities purchased under agreements to resell, corporate obligations, commercial paper, and U.S. government and sponsored agencies obligations, all of which may be considered highly liquid. However, the participants' investments are subject to the ability of the PRGITF to receive payment from the securities' issuer when due. The liquidity of certain investments and changes in interest rates may affect PRGITF's yield and the fair value of its investments.

The Commonwealth classified approximately $88.3 million of investments presented in the PRGITF (see note 5) as cash and cash equivalents. Investments in the PRGITF with original maturity of 90 days or less from the date of acquisition are considered to be cash equivalents.

The dollar amount of the investments at June 30, 2013 at $1.00 per unit of participation was reported in the individual financial statements of each of the participants, and combined in the basic financial statements as follows (expressed in thousands):

| | Balance outstanding | Percentage of total |
|---|---|---|
| Primary government: | | |
| Commonwealth | $       88,021 | 29.26% |
| COFINA | 35,433 | 11.78 |
| The Children's Trust | 17,629 | 5.86 |
| PBA | 308 | 0.10 |
| Total for primary government | 141,391 | 47.00 |
| Discretely presented component units: | | |
| GDB | 118,862 | 39.52 |
| PRASA | 35,035 | 11.65 |
| SIFC | 1,039 | 0.34 |
| SWA | 623 | 0.21 |
| PRHTA | 171 | 0.06 |
| PREPA | 19 | 0.01 |
| Total for discretely presented component units | 155,749 | 51.79 |
| Other governmental entities | 3,646 | 1.21 |
| Total for all participants | $     300,786 | 100.00% |

The deposits at June 30, 2013 were invested in securities with a cost that approximates fair value, plus accrued interest, for approximately $300.2 million. The external portion of the PRGITF was not considered significant for separate reporting in the accompanying basic financial statements.

As June 30, 2013, the PRGITF's investments were rated A1 or AAA by Standard and Poor's. U.S. government securities carry the explicit guarantee of the U.S. government.

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Following is a table of the investments held by the PRGITF at June 30, 2013, presented at amortized cost (expressed in thousands):

| | | |
|---|---|---:|
| Securities purchased under agreements to resell | $ | 97,461 |
| Commercial paper | | 92,956 |
| U.S. government and sponsored agencies obligations | | 80,514 |
| Certificates of deposit and time deposits | | 14,850 |
| Money market | | 12,412 |
| Corporate obligations | | 4,510 |
| Total | $ | 302,703 |

### (5)   Deposits and Investments

Pursuant to the provisions of Act No. 91 of March 29, 2004, the primary government may invest in different types of securities, including domestic, international, and fixed income securities, among others.

The primary government maintains a cash and investment pool that is available for use by all funds, except for the fiduciary funds. Each fund's portion of this pool is reported on the statement of net position as cash and cash equivalents. The fiduciary funds' investments are held and managed separately from those of other primary government funds.

#### *Deposits*

Custodial credit risk for deposits is the risk that in the event of bank failure, the Commonwealth's deposit might not be recovered. The Commonwealth requires that public funds deposited in commercial banks in Puerto Rico must be fully collateralized for the amount deposited in excess of federal depository insurance. All securities pledged as collateral are held by banks in the Commonwealth's name. There is no formal policy for custodial credit risk for cash accounts opened with commercial banks outside of Puerto Rico.

Deposits in governmental banks represent the balance of interest and noninterest-bearing accounts in the GDB and EDB. The deposit liability at the GDB and the EDB is substantially related to deposits from other component units and of the Commonwealth.

Deposits maintained in GDB, the EDB, and non-Puerto Rico commercial banks are exempt from the collateral requirement established by the Commonwealth and thus represent a custodial credit risk, because in the event that these financial institutions fail, the Commonwealth may not be able to recover these deposits.

#### Primary Government

Cash and cash equivalents consist of demand deposits, interest-bearing accounts, certificates of deposit, and bank investment contracts.

The carrying amount of deposits of the primary government at June 30, 2013 consists of the following (expressed in thousands):

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

| | | Carrying amount | | Bank |
| | Unrestricted | Restricted | Total | balance |
|---|---|---|---|---|
| Commercial banks | $ 399,465 | 633,100 | 1,032,565 | 1,014,144 |
| Governmental banks | 1,350,816 | 367,728 | 1,718,544 | 2,045,287 |
| Under the Custody of the U.S. Treasury | — | 398,059 | 398,059 | 398,030 |
| Total | $ 1,750,281 | 1,398,887 | 3,149,168 | 3,457,461 |

At year-end, the Commonwealth's bank balance of deposits in commercial banks amounting to approximately $1 billion was covered by federal depository insurance and by collateral held by the Commonwealth's agent in the Commonwealth's name. Deposits of approximately $398 million with the U.S. Treasury represent unemployment insurance taxes collected from employers that are transferred to the federal Unemployment Insurance Trust Fund in the U.S. Treasury. These deposits are uninsured and uncollateralized. The bank balance of deposits in governmental banks, which as of June 30, 2013 amounted to approximately $2 billion, is also uninsured and uncollateralized.

The bank balance of GDB's and EDB's deposits at June 30, 2013 is broken down as follows (expressed in thousands):

| | | |
|---|---|---|
| Primary government | $ | 2,045,287 |
| Discretely presented components units | | 909,119 |
| Total pertaining to the Commonwealth | | 2,954,406 |
| Municipalities of Puerto Rico | | 527,978 |
| Other nongovernmental entities | | 42,708 |
| Escrow accounts | | 644,869 |
| Certificates of deposit | | 1,737,026 |
| Total deposits per GDB and EDB | $ | 5,906,987 |

The primary government classified approximately $88.3 million of investments in the PRGITF as cash equivalents.

*Investments*

*Custodial Risk* – Custodial credit risk for investments is the risk that, in the event of the failure of the counterparty to the transaction, the Commonwealth may not be able to recover the value of the investment or collateral securities that are in the possession of an outside party.

*Credit Risk* – This is the risk of loss of principal or loss of a financial reward stemming from a borrower's failure to repay a loan or otherwise meet a contractual obligation. Investors are compensated for assuming credit risk by way of interest payments from the borrower or issuer of a debt obligation. Credit risk is closely tied to the potential return of an investment, the most notable being that the yields on bonds correlate strongly to their perceived credit risk.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

The Commonwealth's general investment policy is to apply the "prudent investor" rule, that states investments shall be made with judgment and care under circumstances then prevailing, which persons of prudence, discretion and intelligence exercise in the management of their own affairs, not for speculation, but for investment considering the probable safety of their capital as well as the probable income to be derived. The prudent investor rule should be applied in the context of managing an overall portfolio.

Short term funds of the agencies, including operating funds, may be invested in US. Treasury bills;  U.S. Treasury notes or bonds with short term maturities; short-term obligations of U.S. government agencies and instrumentalities classified within the highest rating category of S&P and Moody's; fully insured or collateralized certificates of deposit of eligible financial institutions designated by the Commissioner of Financial Institutions and the Secretary of the Treasury of the Commonwealth; Prime commercial paper rated A1/P1 by S&P and Moody's or secured by an irrevocable line of credit of an institution rated within the highest rating category of S&P and Moody's or collateralized by government securities; bankers' acceptances (as alternatives to CDs) of eligible financial institutions doing business in Puerto Rico provided adequate collateral has been pledged; the PRGITF; obligations of the Commonwealth and its instrumentalities with an expected rate of return similar to other securities with the same risk profile.

Longer-term funds of the agencies may also be invested in U.S. government and agency securities rated in the highest rating category of S&P and Moody's. Taxable Municipal Bonds of state and local governments in the United States classified within the three (3) highest categories of at least two of the principal rating services; taxable municipal obligations of the Primary Government and its component units; Structured Investments (notes and other types of on-balance sheet securities issued by a U.S. Government Agency or another financial institutions that are classified in the highest rating category of at least two of the principal rating services); any mortgage-backed instrument issued by a U.S. Government Agency rated in the highest rating category of S&P and Moody's as a separate Trust.

*Concentration of Credit Risk* – This is the risk of loss attributed to the magnitude of a government's investment in a single issuer. The Commonwealth policy on larger portfolios with positions in securities having potential default risk is to limit the investments in size so that in case of default, the portfolio's annual investment income will exceed a loss on a single issuer's securities.

*Interest Rate Risk* – It is the Commonwealth policy that a minimum 10% of total portfolio be held in highly marketable U.S. Treasury bills or overnight investment instruments. Larger portfolios should not hold more than 30% of the portfolio in marketable instruments with maturities beyond one month. This policy should be followed as long as it doesn't reduce investment yields.

*Governmental Activities*:

The governmental activities had approximately $87.4 million in nonparticipating investment contracts (guaranteed investment contract) that were exposed to custodial risk as uninsured, unregistered and held by the counterparties or by their trust departments or agents, but not in the primary government's name.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

The following table summarizes the type and maturities of investments held by the governmental activities at June 30, 2013 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

| Investment type | | Within one year | After one to five years | After ten years | Total |
|---|---|---|---|---|---|
| | | **Maturity (in years)** | | | |
| U.S. government securities | $ | 51,430 | 7,090 | — | 58,520 |
| U.S. government sponsored agencies notes - Federal National Mortgage Association (FNMA) | | 317,420 | — | — | 317,420 |
| U.S. corporate bonds and notes | | 31,011 | — | — | 31,011 |
| Commonwealth bonds and notes | | — | — | 225,100 | 225,100 |
| PRGITF | | 53,062 | — | — | 53,062 |
| External investment pools – fixed-income securities: | | | | | |
|    Dreyfus Government Cash Management | | 358,684 | — | — | 358,684 |
|    Deutsche Bank | | — | — | 26,413 | 26,413 |
| Nonparticipating investment contracts: | | | | | |
|    Bayerische Hypo-und Vereinsbank AG | | — | — | 83,684 | 83,684 |
|    Calyon | | — | — | 3,766 | 3,766 |
|      Total debt securities and fixed-income investment contracts | $ | 811,607 | 7,090 | 338,963 | 1,157,660 |
| Reconciliation to the government-wide statement of net position (deficit): | | | | | |
|    Unrestricted investments | | | | $ | 369,942 |
|    Restricted investments | | | | | 787,718 |
|      Total | | | | $ | 1,157,660 |

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

The credit quality ratings (Standard and Poor's) and fair value by investment type for the investments reported by the governmental activities at June 30, 2013 consist of the following (expressed in thousands):

| | | Rating | | |
|---|---|---|---|---|
| Investment type | AAA | AA+ to AA- | A+ to A- | Total |
| U.S. government sponsored agencies notes - FNMA | $ — | 317,420 | — | 317,420 |
| U.S. corporate bonds and notes | — | — | 31,011 | 31,011 |
| Commonwealth bonds and notes | — | — | 225,101 | 225,101 |
| PRGITF | 53,062 | — | — | 53,062 |
| External investment pools – fixed-income securities: | | | | |
| Dreyfus Government Cash Management | 358,684 | — | — | 358,684 |
| Deutsche Bank | — | — | 26,413 | 26,413 |
| Nonparticipating investment contracts: | | | | |
| Bayerische Hypo-und | — | — | — | — |
| Vereinsbank AG | — | — | 83,684 | 83,684 |
| Calyon | — | — | 3,766 | 3,766 |
| Total debt securities and fixed-income investment contracts | $ 411,746 | 317,420 | 369,975 | 1,099,141 |

Approximately $58.5 million of the total governmental activities' investments consist of U.S. government securities, which carry no credit risk, therefore, not included within the table above.

*Business Type Activities*:

The following table summarizes the type and maturities of investments held by the business-type activities at June 30, 2013 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| Investment type | Maturity (In years) | | | | |
| --- | --- | --- | --- | --- | --- |
| | Within one year | After one to five years | After five to ten years | After ten years | Total |
| U.S. government and agency securities | $ — | 461 | 2,865 | 761 | 4,087 |
| Mortgage and asset-backed securities: | | | | | |
| Government National Mortgtage Association (GNMA) | — | — | — | 810 | 810 |
| FNMA | — | — | 42 | 1,899 | 1,941 |
| Federal Home Loan Mortgage Corporation (FHLMC) | — | — | 192 | 4,851 | 5,043 |
| Commercial mortgages | — | — | — | 1,499 | 1,499 |
| Asset–backed securities | — | 928 | — | | 928 |
| U.S. corporate bonds and notes | — | 5,136 | 3,208 | 1,533 | 9,877 |
| Foreign corporate and government bonds and notes | — | 466 | 397 | — | 863 |
| U.S. municipal notes | — | — | 55 | 567 | 622 |
| Negotiable certificates of deposit | 12,180 | — | — | — | 12,180 |
| Total debt securities | $ 12,180 | 6,991 | 6,759 | 11,920 | 37,850 |
| External investment pools — equity securities: | | | | | |
| SPDR S&P 500 ETF Trust | | | | | 7,844 |
| MFC ISHARES TR Russell 2000 index Fund | | | | | 967 |
| MFC Vanguard FTSE Emergency MKTS ETF | | | | | 39 |
| MFC Vanguard FTSE Development Markets | | | | | 625 |
| Total | | | | $ | 47,325 |
| Reconciliation to the government-wide statement of net position (deficit): | | | | | |
| Unrestricted investments | | | | $ | 3,044 |
| Restricted investments | | | | | 44,281 |
| Total | | | | $ | 47,325 |

The credit quality ratings (Standard and Poor's) and fair value by investment type for the investments reported by the business-type activities at June 30, 2013 consist of the following (expressed in thousands):

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| Investment type | | AAA | AA+ to AA- | A+ to A- | BBB+ to BBB- | BB+ to BB- | Not rated | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Rating | | | | |
| Mortgage and asset-backed securities: | | | | | | | | |
| FNMA | $ | — | 1,941 | — | — | — | — | 1,941 |
| FHLMC | | — | 5,043 | — | — | — | — | 5,043 |
| Commercial mortgages | | 957 | — | — | — | — | 542 | 1,499 |
| Asset-backed securities | | 190 | — | — | — | — | 738 | 928 |
| U.S. corporate bonds and notes | | 131 | 963 | 5,740 | 2,473 | 570 | — | 9,877 |
| Foreign corporate and government bonds and notes | | — | 232 | 202 | 349 | 80 | — | 863 |
| U.S. municipal notes | | 202 | 365 | 55 | — | — | — | 622 |
| Negotiable certificates of deposit | | — | — | — | — | — | 12,180 | 12,180 |
| Total debt securities | $ | 1,480 | 8,544 | 5,997 | 2,822 | 650 | 13,460 | 32,953 |

Approximately $4.9 million of the total business-type activities' investments consist of U.S. government securities and mortgage-backed securities (GNMA), which carry no credit risk, therefore, not included within the table above.

## Fiduciary Funds

### Deposits and short-term investments

Cash and cash equivalents of the fiduciary funds at June 30, 2013 consist of the following (expressed in thousands):

| | | Unrestricted | Restricted | Total | Bank balance |
|---|---|---|---|---|---|
| | | | Carrying amount | | |
| Commercial banks | $ | 949,315 | 26,503 | 975,818 | 976,723 |
| Governmental banks | | 573,881 | 35,811 | 609,692 | 532,072 |
| Total | $ | 1,523,196 | 62,314 | 1,585,510 | 1,508,795 |

Cash and cash equivalents consist of deposits with commercial banks, deposits with the GDB and money market funds. Restricted cash deposited with the GDB consists of escrow servicing accounts for mortgage loans administrated by the mortgage servicers and expired checks not claimed by the plan members, restricted for repayments.

Collateral for securities lending transactions of the pension trust funds amounting to approximately $174.8 million were invested in short-term investment funds sponsored by the pension trust funds' custodian bank. (See note 6).

*Custodial Risk* – As of June 30, 2013, the fiduciary funds had approximately $1,014 million of cash and cash equivalents and collateral from securities lending transactions which were exposed to custodial credit risk as uninsured and uncollateralized. Cash collaterals received from securities lending transactions invested in short-term investment funds sponsored by the pension trust funds' custodian bank are also

<div align="center">102</div>

<div align="right">(Continued)</div>

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

exempt from compliance with the collateralization requirement.

### Investments

The following table summarizes the type and maturities of investments held by the pension trust funds at June 30, 2013 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

| Investment type | | Within one year | After one to five years | After five to ten years | After ten years | Total |
|---|---|---|---|---|---|---|
| U.S. government securities: | | | | | | |
| U.S. Treasury notes | $ | 56,464 | 2,064 | 20,004 | — | 78,532 |
| U.S. Treasury note strips | | — | — | 65,067 | — | 65,067 |
| U.S. Treasury Inflation- | | | | | | |
| Protected Securities (TIPS) | | — | 3,645 | 27,033 | 3,109 | 33,787 |
| U.S. government sponsored agencies notes: | | | | | | |
| Federal Home Loan Bank (FHLB) | | — | 14,092 | 5,897 | — | 19,989 |
| FNMA | | — | 2,783 | 2,356 | — | 5,139 |
| FHLMC | | 606 | 9,057 | 6,693 | — | 16,356 |
| Federal Farm Credit Bank (FFCB) | | — | 4,176 | 1,547 | — | 5,723 |
| Mortgage and asset–backed securities: | | | | | | |
| GNMA | | — | 72 | — | 22,886 | 22,958 |
| FNMA | | — | 234 | 1,008 | 31,304 | 32,546 |
| FHLMC | | — | — | 245 | 24,763 | 25,008 |
| Collateralized mortgage obligations (CMO) | | 8 | — | — | 935 | 943 |
| Commercial mortgages | | — | — | — | 23,599 | 23,599 |
| Asset–backed securities | | — | 2,265 | — | 40 | 2,305 |
| U.S. corporate bonds and notes | | 118,491 | 601,329 | 473,228 | 66,979 | 1,260,027 |
| Non U.S. corporate bonds and notes | | 23,065 | 131,323 | 97,059 | 9,916 | 261,363 |
| Foreign government bonds and notes | | — | 5,937 | 5,879 | 1,836 | 13,652 |
| U.S. municipal bonds and notes | | — | 589 | 6,017 | 3,025 | 9,631 |
| Commonwealth bonds | | — | 985 | — | — | 985 |
| GDB bonds | | — | 4,587 | — | — | 4,587 |
| COFINA bonds | | — | — | — | 229,819 | 229,819 |
| Total bonds and notes | | 198,634 | 783,138 | 712,033 | 418,211 | 2,112,016 |
| Nonexchange commingled trust funds: | | | | | | |
| Fixed income fund- SSgA Intermediate Fund: | | | | | | |
| U.S. | | — | 211,649 | — | — | 211,649 |
| Non-U.S. | | — | 104,637 | — | — | 104,637 |
| Total bonds and notes and nonexchange commingled fixed-income trust funds | $ | 198,634 | 1,099,424 | 712,033 | 418,211 | 2,428,302 |
| Stocks and equity and other nonexchange commingled trust funds: | | | | | | |
| U.S. corporate stock | | | | | | 2,959 |
| Non U.S. corporate stock | | | | | | 94,415 |
| Nonexchange commingled trust funds: | | | | | | |
| Equity and other funds: | | | | | | |
| U.S.- SSgA Russell 3000 Fund | | | | | | 1,005,616 |
| U.S.- SSgA S&P 500 Fund | | | | | | 25,937 |
| Non-U.S.- SSgA MSCI ACWI Ex USA Fund | | | | | | 292,152 |
| Total stocks and equity and other nonexchange commingled trust funds | | | | | | 1,421,079 |
| Investments in limited partnerships | | | | | | 69,890 |
| Totals | | | | | $ | 3,919,271 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

The pension trust fund's investments are exposed to custodial credit risk, credit risk, concentration of credit risk, foreign currency risk, and interest rate risk. Following is a description of these risks as of June 30, 2013:

*Custodial Risk* – At June 30, 2013, securities investments were registered in the name of the pension trust fund and were held in the possession of the pension trust fund's custodian banks, State Street Bank and Trust and Bank of New York Mellon, except for securities lent (see note 6).

*Credit Risk* – All fixed-income securities at the time of purchase must be of investment grade quality. All issuances shall be rated investment grade by at least two of the nationally recognized rating agencies. The portfolio is expected to maintain a minimum weighted average credit quality of either "A" or better using either Standard and Poor's or Moody's Investor Service credit ratings. TRS's investment guidelines prohibit the investments in securities with expected maturity dates beyond 30 years. Positions that drift below investment grade should be reported to a management representative of the TRS and monitored carefully. The TRS portfolio is not expected to have more than 5% invested in securities that have drifted after purchase below investment-grade quality. The JRS investment policy limits the investment in corporate debt securities to the top ratings issued by nationally recognized statistical rating organizations. The credit quality ratings for investments held by the pension trust funds at June 30, 2013 are as follows (expressed in thousands):

| Investment type | AAA | AA+ to AA- | A+ to A- | BBB+ to BBB- | BB+ to BB- | B | CCC | Not Rated | Total |
|---|---|---|---|---|---|---|---|---|---|
| Bonds and notes: | | | | | | | | | |
| U.S. government agencies obliations: | | | | | | | | | |
| FHLB | $ — | 19,989 | — | — | — | — | — | — | 19,989 |
| FNMA | — | 5,139 | — | — | — | — | — | — | 5,139 |
| FHLMC | — | 16,356 | — | — | — | — | — | — | 16,356 |
| FFCB | — | 5,723 | — | — | — | — | — | — | 5,723 |
| Mortgage and asset-backed securities: | | | | | | | | | |
| FNMA | — | 32,546 | — | — | — | — | — | — | 32,546 |
| FHLMC | — | 25,008 | — | — | — | — | — | — | 25,008 |
| Other collateralized mortgage obligations | 56 | 387 | — | — | 99 | — | 401 | — | 943 |
| Commercial mortgages | 23,599 | — | — | — | — | — | — | — | 23,599 |
| Asset-backed securities | 2,265 | — | — | — | — | 40 | — | — | 2,305 |
| U.S. corporate bonds and notes | 15,294 | 151,667 | 604,060 | 432,424 | 51,309 | — | — | 5,273 | 1,260,027 |
| Non U.S. corporate bonds | — | 46,579 | 123,838 | 69,392 | 9,479 | — | — | 12,075 | 261,363 |
| Foreign government bonds and notes | — | 10,741 | 1,075 | — | 1,836 | — | — | — | 13,652 |
| U.S. municipal bonds | 3,025 | 3,262 | 3,344 | — | — | — | — | — | 9,631 |
| Commonwealth bonds | — | — | — | 985 | — | — | — | — | 985 |
| GDB bonds | — | — | — | 4,587 | — | — | — | — | 4,587 |
| COFINA bonds | — | — | 229,819 | — | — | — | — | — | 229,819 |
| Total bonds and notes | 44,239 | 317,397 | 962,136 | 507,388 | 62,723 | 40 | 401 | 17,348 | 1,911,672 |
| Nonexchange commingled trust funds: | | | | | | | | | |
| Fixed Income fund - SSgA Intermediate Fund | 38,333 | 37,765 | 123,795 | 116,393 | — | — | — | — | 316,286 |
| Total debt securities and fixed-income nonexchange commingled trust fund | $ 82,572 | 355,162 | 1,085,931 | 623,781 | 62,723 | 40 | 401 | 17,348 | 2,227,958 |

(1) Rating obtained from Standard & Poor's or equivalent rating by Moody's Investor Service or Fitch Ratings.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

Approximately $200.3 million of the total fiduciary funds investments consist of U.S. government securities and mortgage-backed securities (GNMAs), which carry no risk, therefore, not included within the table above.

*Concentration of Credit Risk* – No ERS and JRS investment in marketable securities in any organization represents 5% or more of ERS and JRS net assets held in trust for pension benefits. There are no TRS investments in any one issuer that represent 5% or more of total investments as of June 30, 2013. The TRS investment guidelines specify that no more than 5% of a manager's assets at market shall be invested in the securities of any single issuer.

The pension trust funds invest in shares of the following State Street Global Advisor equity funds: SSgA S&P 500 Flagship Securities Lending Fund (the SSgA S&P 500 Fund), the SSgA Russell 3000 Index Non-Lending Fund (the SSgA Russell 3000 Fund) and the SSgA MSCI ACWI Ex USA Non-Lending Fund (the SSgA MSCI ACWI Ex USA Fund). The investment objectives of the SSgA S&P 500 Fund, the SSgA Russell 3000 Fund and the SSgA MSCI ACWI Ex USA Fund are to match the return of the Standard & Poor's 500 Index, the Russell 3000 Index and the MSCI ACWI Ex USA Index, respectively, over the long-term. Shares of the SSgA S&P 500 Fund and of the SSgA Russell 3000 Fund can be redeemed on a daily basis at net asset value (NAV) and have no redemption restrictions. Shares of the SSgA MSCI ACWI Ex USA Fund can be redeemed semi-monthly at NAV and have no redemption restrictions. The pension trust funds' investment in these funds is included as part of nonexchange commingled trust funds.

As of June 30, 2013, the investments underlying the SSgA S&P 500 Fund, the SSgA Russell 3000 Fund and the SSgA MSCI ACWI Ex USA Fund had the following sector allocations:

| Sector | SSgA S&P 500 Fund | SSgA Russell 3000 Fund | SSgA MSCI ACWI Ex USA Fund |
|---|---|---|---|
| Financials | 17% | 18% | 26% |
| Information technology | 18 | 17 | 7 |
| Healthcare | 13 | 12 | 8 |
| Consumer discretionary | 12 | 13 | 10 |
| Energy | 11 | 10 | 9 |
| Consumer staples | 10 | 9 | 11 |
| Industrials | 10 | 11 | 11 |
| Materials | 3 | 4 | 9 |
| Utilities | 3 | 3 | 3 |
| Telecommunication services | 3 | 3 | 6 |
| Total | 100% | 100% | 100% |

In addition, the pension trust funds invest in shares of the State Street Global Advisor Intermediate Credit Index Non-Lending Fund (the SSgA Intermediate Fund). The investment objective of the SSgA Intermediate Fund is to replicate the Barclays U.S. Intermediate Credit Bond Index over a long-term by investing exclusively in fixed income securities. Shares of the SSgA Intermediate Fund can be redeemed on a daily basis at their NAV and have no redemption restrictions. The pension trust funds' investment in the SSgA Intermediate Fund is included as part of nonexchange commingled trust funds.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

As of June 30, 2013, the investments underlying the SSgA Intermediate Fund had the following sector allocations:

| Sector | Percentage |
|--------|-----------|
| Corporate- Industrial | 42% |
| Corporate- Finance | 30 |
| Corporate- Utility | 6 |
| Noncorporates | 20 |
| Cash | 2 |
| Total | 100% |

As of June 30, 2013, the composition of the underlying investments in the SSgA MSCI ACWI Ex USA Fund and in the SSgA Intermediate Fund by country was as follows:

| Country | SSgA MSCI ACWI Ex USA Fund | SSgA Intermediate Fund |
|---------|---------------------------|------------------------|
| Germany | 6% | 4% |
| Spain | 2% | - |
| France | 7% | 1% |
| United Kingdom | 15% | 3% |
| Netherlands | 2% | - |
| Sweden | 2% | - |
| Italy | 1% | - |
| Switzerland | 7% | - |
| Australia | 6% | 2% |
| China | 4% | - |
| Japan | 16% | 1% |
| Korea | 3% | - |
| Hong Kong | 2% | - |
| Singapore | 1% | - |
| Taiwan | 3% | - |
| Canada | 7% | 5% |
| Mexico | 1% | 1% |
| Brazil | 3% | 2% |
| India | 2% | - |
| Russia | 1% | - |
| South Africa | 2% | - |
| U.S. | - | 67% |
| Other | 7% | 14% |
| Total | 100% | 100% |

106

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

*Interest Rate Risk* – In accordance with their investment policy, ERS and JRS manage their exposure to declines in fair values by structuring the investment portfolio so that securities mature to meet cash requirements for benefit payments, thereby avoiding the need to sell securities on the open market prior to maturity. The Pension Trust Fund is expected to achieve capital preservation and income generation by investing in a diversified portfolio of marketable investment-grade core fixed-income securities. The TRS investment guidelines specify that the duration of the portfolio is expected to vary no more than between 75% and 125% of the duration of the respective benchmark.

As of June 30, 2013, investment maturities as a percentage of total debt securities and fixed-income nonexchange traded mutual funds are as follows:

| Maturity | Maximum maturity |
|---|---|
| Within one year | 8% |
| After one year to five years | 46 |
| After five years to ten years | 29 |
| After ten years | 17 |
| Total | 100% |

*Foreign Currency Risk* – This is the risk that changes in exchange rates will adversely affect the fair value of an investment or a deposit. The TRS international portfolio is expected to achieve long-term and aggressive capital appreciation by investing in Core EAFE (Europe Australasia and the Far East) securities. The portfolio is expected to be broadly diversified with respect to exposures to countries, economic sectors, industries, and individual stock. No single issue is expected to exceed 5% (at market) of the portfolio.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

The TRS's investments and deposits exposed to foreign currency risk as of June 30, 2013, are as follows:

| Investment type | Local currency | | Fair value |
|---|---|---|---:|
| | | | (in thousands) |
| Cash and cash equivalents | Australian Dollar | $ | 21 |
| Cash and cash equivalents | Euro | | 555 |
| Cash and cash equivalents | Japanese Yen | | 47 |
| Cash and cash equivalents | British Sterling Pound | | 4 |
| Cash and cash equivalents | Singapore Dollar | | 7 |
| Total cash and cash equivalents | | | 634 |
| Common stock | Australian Dollar | | 7,297 |
| Common stock | British Sterling Pound | | 21,382 |
| Common stock | Danish Krone | | 4,314 |
| Common stock | Euro | | 12,411 |
| Common stock | Hong Kong Dollar | | 3,756 |
| Common stock | Japanese Yen | | 16,217 |
| Common stock | New Zealand Dollar | | 1,403 |
| Common stock | South Africa Rand | | 787 |
| Common stock | Singapore Dollar | | 1,345 |
| Common stock | South Korean Won | | 1,015 |
| Common stock | Swedish Krona | | 8,048 |
| Common stock | Swiss Franc | | 9,534 |
| Common stock | Turkish Lira | | 906 |
| Total common stock | | | 88,415 |
| Nonexchange commingled trust funds - Ssga MCSI ACWI Ex USA | | | 292,152 |
| Total cash and cash equivalents and securities exposed to foreign currency risk | | $ | 381,201 |

*Investments in Limited Partnerships*

Pursuant to the Statement of Investment Guidelines for the Government of Puerto Rico, the pension trust funds invested approximately $1.4 million in limited partnerships during the year ended June 30, 2013.

The fair value of investments in limited partnerships at June 30, 2013 amounted to approximately $69.0 million. The allocations of net gains and losses to limited partners are based on certain percentages, as established in the limited partnership agreements. Investments in limited partnerships are not rated by a nationally recognized statistical rating organization. The related credit risk is measured through credit analysis, periodic reviews of results of operations, and meetings of subject companies' management.

As of June 30, 2013, the pension trust funds had capital commitments with limited partnerships and related contributions as follows (expressed in thousands):

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| | Public sector commitments | Fiscal year contributions | Cumulative contributions | Fair value |
|---|---|---|---|---|
| Guayacán Fund of Funds, L.P.: | | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | $    25,000 | — | 23,820 | 1,250 |
| Puerto Rico System of Annuities and Pensions for Teachers | 20,000 | — | 19,056 | 1,000 |
| Subtotal | 45,000 | — | 42,876 | 2,250 |
| Guayacán Fund of Funds II, L.P.: | | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 25,000 | — | 23,681 | 4,529 |
| Puerto Rico System of Annuities and Pensions for Teachers | 25,000 | — | 23,681 | 4,529 |
| Subtotal | 50,000 | — | 47,362 | 9,058 |
| Guayacán Private Equity Fund, L.P. | | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 5,000 | — | 4,645 | 3,414 |
| Puerto Rico System of Annuities and Pensions for Teachers | 5,000 | — | 4,645 | 3,512 |
| Subtotal | 10,000 | — | 9,290 | 6,926 |
| Guayacán Private Equity Fund II, L.P.: | | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 25,000 | — | 19,030 | 20,460 |
| Subtotal | 25,000 | — | 19,030 | 20,460 |
| Other Funds: | | | | |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 47,596 | 1,324 | 47,127 | 25,414 |
| Puerto Rico System of Annuities and Pensions for Teachers | 28,714 | 45 | 26,498 | 5,782 |
| Subtotal | 76,310 | 1,369 | 73,625 | 31,196 |
| Total | $   206,310 | 1,369 | 192,183 | 69,890 |

## Component Units

### *Deposits*

Cash and cash equivalents consist of demand deposits, interest-bearing accounts, certificates of deposit, and bank investment contracts. Cash and cash equivalents of the component units at June 30, 2013 consist of (expressed in thousands):

| | Carrying amount | | | |
|---|---|---|---|---|
| | Unrestricted | Restricted | Total | Bank balance |
| Commercial banks | $   1,457,618 | 959,144 | 2,416,762 | 2,354,084 |
| Governmental banks | 303,708 | 388,618 | 692,326 | 741,678 |
| Total | $   1,761,326 | 1,347,762 | 3,109,088 | 3,095,762 |

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

As of June 30, 2013, the component units had approximately $742 thousands of cash and cash equivalents that were exposed to custodial credit risk as uninsured and uncollateralized.

### Investments

*Credit Risk* – In addition to the investments permitted for the Primary Government, the component units' investment policies allow management to invest in: certificates of deposit or Euro notes issued by financial institutions in the U.S. in which the issuer is classified in the highest rating category for short term obligations and in the two highest for long term obligations as classified by S&P and Moody's: corporate notes and bonds classified in the highest categories of at least two of the principal rating services; taxable corporate debt issued through AFICA and CARIFA within the two (2) highest categories of at least two of the principal rating services; trust certificates (Subject to prior written consultation with the GDB), Mortgage and Asset Backed Securities rated AAA by Standard & Poor's or Aaa by Moody's that shall not exceed 5 percent of the underlying Trust at any time.

The component units' investment policies establish limitations and other guidelines on amounts to be invested in the aforementioned investment categories and by issuer/counterparty and on exposure by country. In addition, such policies provide guidelines on the institutions with which investment transactions can be entered into.

The component units' investment policies provide that investments transactions shall be entered into with counterparties that are rated BBB+/A-1 or better by the Standard & Poor's or equivalent rating by Fitch Ratings or Moody's Investors Service, depending on the type and maturity of the investment and the counterparty to the transaction.

*Concentration of credit risk* – In addition, the investment policy specifies that no more than 5% of a manager's assets at fair value shall be invested in the securities of any single issuer.

The following table summarizes the type and maturities of investments held by the component units at June 30, 2013 (expressed in thousands). Investments by type in any issuer representing 5% or more of total investments have been separately disclosed. Expected maturities will differ from contractual maturities, because counterparties may have the right to call or prepay obligations with or without call or prepayment penalties.

110                                                        (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| Investment type | | Within one year | After one to five years | After five to ten years | After ten years | Total |
|---|---|---|---|---|---|---|
| | | **Maturity (In years)** | | | | |
| U.S. government securities | $ | 293,562 | 197,827 | 107,308 | 98,492 | 697,189 |
| U.S. government sponsored agencies notes: | | | | | | |
| FHLB | | 60,407 | 316,139 | 114,362 | — | 490,908 |
| FNMA | | 11,435 | 281,347 | 383,695 | 153,782 | 830,259 |
| FHLMC | | 3,478 | 230,303 | 142,354 | 2,427 | 378,562 |
| FFCB | | 12,790 | 80,302 | 50,254 | 715 | 144,061 |
| Other | | 5,025 | 3,450 | 2,793 | 913 | 12,181 |
| Mortgage and asset–backed securities: | | | | | | |
| GNMA | | 144 | 27,564 | 13,630 | 173,598 | 214,936 |
| FNMA | | 15,887 | 39,154 | 19,791 | 856,382 | 931,214 |
| FHLMC | | 979 | 42,464 | 4,813 | 302,742 | 350,998 |
| Commercial mortgages | | — | 14,548 | 313 | 37,770 | 52,631 |
| Asset–backed securities | | — | 21,584 | 9,148 | 418 | 31,150 |
| Other | | 1,282 | 5,246 | 370 | 85,628 | 92,526 |
| U.S. corporate bonds and notes | | 202,023 | 694,405 | 188,119 | 61,575 | 1,146,122 |
| Foreign government bonds and notes | | 2,293 | 23,928 | 35,462 | 1,917 | 63,600 |
| U.S. municipal notes | | 20,485 | 74,862 | 77,955 | 595,776 | 769,078 |
| Commonwealth agency bonds and notes | | 257,057 | 383,435 | 276,009 | 206,767 | 1,123,268 |
| Money market funds | | 80,407 | — | — | 57,330 | 137,737 |
| Negotiable certificates of deposit | | 42,864 | 2,000 | — | — | 44,864 |
| PRGITF | | 1,039 | 118,862 | — | — | 119,901 |
| External investment pools – fixed–income securities | | 128,145 | 400 | — | 6,476 | 135,021 |
| Nonparticipating investment contracts | | — | — | 15,863 | 303,951 | 319,814 |
| Others | | 6,509 | 2,410 | 634 | 10,756 | 20,309 |
| Total debt securities and fixed–income investment contracts | $ | 1,145,811 | 2,560,230 | 1,442,873 | 2,957,415 | 8,106,329 |
| Equity securities: | | | | | | |
| U.S. corporate stocks | | | | | | 443,623 |
| Non U.S. corporate stocks | | | | | | 4,105 |
| External investment pools – equity securities | | | | | | 107,650 |
| Limited partnership/private equity | | | | | | 94,049 |
| Total | | | | | | 8,755,756 |
| Reconciliation to the government-wide statement of net position (deficit): | | | | | | |
| Unrestricted investments | | | | | | 4,723,236 |
| Restricted investments | | | | | | 4,032,520 |
| Total | | | | | $ | 8,755,756 |

Certain component units classified approximately $35.0 million of investments presented in the PRGITF as cash equivalents.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

*Custodial Credit Risk* – The component units had approximately $251 million in various types of U.S. government and agency securities, mortgage-backed securities and other investments that were exposed to custodial credit risk as uninsured, unregistered, and held by the counterparties or by their trust departments or agents, but not in the component units' name.

*Foreign Currency Risk* – SIFC limits its exposure to foreign currency risk by limiting the total amount invested to 5% of the portfolio. As of June 30, 2013, the SIFC had the following investments denominated in foreign currency (expressed in thousands):

| Description | Currency | | Fair value |
|---|---|---|---|
| Common stock | Australian Dollar | $ | 4,983 |
| | British Pound | | 7,150 |
| | Canadian Dollar | | 1,669 |
| | DKK | | 585 |
| | Euro | | 12,080 |
| | Hong Kong Dollar | | 1,359 |
| | Japanese Yen | | 16,549 |
| | Norwegian Krona | | 1,981 |
| | Swiss Franc | | 6,356 |
| | Swedish Krona | | 470 |
| | Singapore Dollar | | 1,037 |
| Preferred stock – government bonds: | Euro | | 1,402 |
| Government bonds | Euro | | 3,488 |
| Total | | $ | 59,109 |

### Subsequent Downgrades in Credit Ratings of Commonwealth's Bonds

As explained in note 22 during February 2014, several bonds of the Commonwealth and its instrumentalities were downgraded between one and two notches by the principal credit rating agencies in the United States.  However, none of the downgrades went below the BBB- ratings under S&P standards, and most of the existing investments in the tables above were not affected, as in general terms, the investment policies of the Commonwealth require its agencies and instrumentalities to maintain their investment portfolios of debt securities with investment grade ratings.  With over 99% and 77% of the investments at the primary government and component unit level, respectively, with credit ratings no lower than A- at June 30, 2013, overall average credit ratings on the entire investment portfolio have remained within the Commonwealth's required investment policies, even after the February 2014 downgrades.

**(6)    Securities Lending and Repurchase Agreement Transactions**

During the year, the pension trust funds, included within the fiduciary funds; the Government Development Bank for Puerto Rico (GDB), the Economic Development Bank (EDB), and the State Insurance Fund Corporation (SIFC), discretely presented component units, entered into securities lending and securities sold with agreements to repurchase transactions. These transactions are explained below:

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**Pension Trust Funds**

The Retirement System participates in a securities lending program, whereby securities are transferred to an independent broker or dealer in exchange for collateral in the form of cash, government securities, and/or irrevocable bank letters of credit equal to approximately 102% of the fair value of the domestic securities on loan and 105% of the fair value of the international securities on loan, with a simultaneous agreement to return the collateral for the same securities in the future. Collateral is marked to market daily, and the agent places a request for additional collateral from brokers, if needed. The custodian bank is the agent for the securities lending program.

At year end, the Retirement System has no credit risk exposure to borrowers because the amounts the Retirement System owes the borrowers (the collateral) exceeded the amounts the borrowers owe the Retirement System. At June 30, 2013, the collateral received represented 102% of the fair value of the domestic securities lent.

The securities on loan for which collateral was received as of June 30, 2013, consisted of the following (expressed in thousands):

| Description | | Fair value of underlying securities |
|---|---|---|
| U.S. government securities: | | |
| U.S. Treasury bill | $ | 1,000 |
| U.S. Treasury notes | | 21,795 |
| U.S. Treasury note strips | | 64,970 |
| U.S. Treasury Inflaction-Protected Securities (TIPS) | | 10,363 |
| U.S. government sponsored`agencies notes: | | |
| FHLB | | 7,749 |
| FNMA | | 2,744 |
| FHLMC | | 7,775 |
| FFCB | | 1,024 |
| U.S. corporate bonds and notes | | 47,681 |
| Non U.S. corporate bonds and notes | | 2,861 |
| U.S. corporate stock | | 244 |
| Non U.S. corporate stock | | 2,467 |
| Total | $ | 170,673 |

The underlying collateral for these securities had a fair value of approximately $174.8 million as of June 30, 2013. The collateral received was invested in a short term investment fund sponsored by the custodian bank and is presented as collateral from securities lending transactions in the accompanying statement of fiduciary net position.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

As of June 30, 2013, the distribution of the short-term investment fund by investment type is as follows expressed in thousands):

| Investment type | Fair value of underlying securities |
|---|---|
| Securities bought under agreements to resell | $ 172,831 |
| Commercial paper | 1,101 |
| Certificates of deposit | 901 |
| Total | $ 174,833 |

Under the terms of the securities lending agreement, the Retirement System is fully indemnified against failure of the borrowers to return the loaned securities (to the extent the collateral is inadequate to replace the loaned securities) or failure to pay the Retirement System for income distributions by the securities' issuers while the securities are on loan. In addition, the Retirement System is indemnified against loss should the lending agent fail to demand adequate and appropriate collateral on a timely basis.

**Component Units**

*GDB* – The following is selected information concerning securities sold under agreements to repurchase (expressed in thousands):

| | |
|---|---|
| Carrying amount at June 30, 2013 | $ 634,301 |
| Maximum amount outstanding at any month-end | 1,359,397 |
| Average amount outstanding during the year | 801,513 |
| Weighted average interest rate for the year | 0.54% |
| Weighted average interest rate at year-end | 0.15% |

The following summarizes the activity of securities sold under agreements to repurchase for the year ended June 30, 2013 (expressed in thousands):

| | Beginning balance | Issuances | Maturities | Ending balance | Within one year |
|---|---|---|---|---|---|
| GDB Operating Fund | $ 884,484 | 30,009,621 | (30,259,804) | 634,301 | — |

All sales of investments under agreements to repurchase are for fixed terms. In investing the proceeds of securities sold under agreements to repurchase, GDB's policy is for the term to maturity of investments to be on or before the maturity of the related repurchase agreements. At June 30, 2013, the total amount of securities sold under agreements to repurchase mature within one year.

*EDB* – EDB's investment policies, as authorized by Act number 22 of July 24, 1985, Article 3, allow management to sell securities under agreements to repurchase. The following table summarizes certain information on securities sold under agreements to repurchase (expressed in thousands):

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| | | |
|---|---|---|
| Carrying amount at June 30, 2013 | $ | 76,200 |
| Average amount outstanding during the year | | 113,889 |
| Maximum amount outstanding at any month-end | | 268,739 |
| Weighted average interest rate for the year | | 1.42% |
| Weighted average interest rate at year-end | | 1.40% |

As of June 30, 2013, securities sold under agreements to repurchase were collateralized with mortgage-backed securities, other government agencies securities, and other investments with a market value of $81.1 million.

The activity for securities sold under agreements to repurchase during 2013 was as follows (expressed in thousands):

| | Beginning balance | Issuances | Maturities | Ending balance | Within one year |
|---|---|---|---|---|---|
| Securities sold under agreements to repurchase | $ 123,925 | 610,079 | (657,804) | 76,200 | — |

*SIFC* – The Commonwealth statutes and the SIFC's board of directors' policies permit the SIFC to use its investments to enter into securities lending transactions, whereby securities are transferred to an independent broker or dealer in exchange for collateral in the form of cash, securities and/or irrevocable bank letter of credit. The SIFC's securities custodian, JP Morgan Chase Bank, N.A., as agent of the SIFC, manages the securities lending program and receives cash collateral, securities or irrevocable bank letters of credit as collateral. The collateral securities cannot be pledged or sold by the SIFC unless the borrower defaults. The collateral requirement is equal to 102% for securities issued in the United States of America and 105% for securities issued outside of the United States of America, of the fair value of the securities lent. Additional collateral has to be provided by the next business day if it's fair value falls to less than 100% of the fair value of the securities lent. All security loans can be terminated on demand by either the SIFC or the borrower. In lending securities, the term to maturity of the securities loans is matched with the term to maturity of the investment of the cash collateral. Such matching existed at year-end. At year end, the SIFC has no credit risk exposure to borrowers because the amounts the SIFC owes the borrowers exceed the amounts the borrowers owe SIFC. Contracts with the lending agents require them to indemnify the SIFC if the borrowers fail to return the securities (and if the collateral is inadequate to replace the securities lent) or fail to pay the SIFC for income distributions by the securities' issuers while the securities are on loan.

Securities lent as of June 30, 2013 had a fair value of $231.6 million and were secured with collateral received with a fair value of $236.7 million. Securities lent for which cash was received as collateral as of June 30, 2013 consist of the following (expressed in thousands):

| Description | Fair value of underlying securities |
|---|---|
| Corporate bonds and notes | $ 34,648 |
| Equity securities | 44,783 |
| U.S. sponsored agencies bonds and notes | 6,561 |
| U.S. Treasury notes and bonds | 14,424 |
| | $ 100,416 |

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Cash collateral received as of June 30, 2013 amounted to $102.7 million and was invested as follows (expressed in thousands):

| Description | | Fair value of underlying securities |
|---|---|---|
| Resell agreements | $ | 63,079 |
| Commercial paper | | 13,106 |
| Certificates of deposit with other banks | | 26,504 |
| | $ | 102,689 |

In addition, the SIFC had the following lending obligations as of June 30, 2013 for which securities were received as collateral (expressed in thousands):

| Description | | Fair value | |
|---|---|---|---|
| | | Securities lent | Investment collateral received |
| U.S. Treasury bonds and notes | $ | 120,154 | 122,672 |
| U.S. Treasury bills | | 1,200 | 1,243 |
| Corporate bonds and notes | | 2,949 | 3,114 |
| U.S. sponsored agencies bonds and notes | | 6,833 | 6,985 |
| | $ | 131,136 | 134,014 |

(7) **Receivables and Payables**

**Governmental and Business – Type Activities**

Receivables in the governmental funds include approximately $1.2 billion of accrued income, excise and sales and use taxes. Intergovernmental receivables include approximately $340.8 million from the federal government and $31 million from CRIM. In addition, the enterprise funds include $64.9 million of unemployment, disability, and drivers' insurance premium receivables; and approximately $35.0 million receivable from private citizens, member institutions and municipalities for patient services provided by the Puerto Rico Medical Services Administration. Payables in the governmental funds include approximately $1.2 billion of trade accounts due to suppliers for purchase of merchandise and services rendered, approximately $410 million of salary related benefits owed to eligible police agents for annual salary increases, awards and other monetary benefits granted to them through several laws dating back to 1954, approximately $206 million of excess of outstanding checks over bank balance and $1.2 billion of tax refunds payable.

In accordance with GASB Technical Bulletin No. 2004-1, *Tobacco Settlement Recognition and Financial Reporting Entity Issue*, as amended (the TB), a receivable of $42.3 million was recorded as other receivable in the government-wide financial statements for estimated shipments from January 1 to June 30, 2013, which will be applied to debt service upon collection. Additionally, the TB indicated that the trust designated as the TSA (the Children's Trust in the case of the Commonwealth) should recognize a liability

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

for the bonds payable and an expense (and liability if unpaid) in the same period in its stand-alone financial statements. The expense (and liability if unpaid) recognizes the contractual obligation to remit the proceeds of the bond sold to the settling government (the Commonwealth). Since the Children's Trust is reported as a blended component unit, the TB indicates these remittances should be reported as transfers into the fund receiving the proceeds and transfers out in the fund that accounts for the activities of the TSA. Since the Children's Trust has no contractual obligation, under its enabling legislation or elsewhere, to remit all bond proceeds or assets related to the TSA to the settling government (the Commonwealth), the Children's Trust has not recognized an expense and liability for unpaid proceeds from the bonds since it records the expense as amounts are disbursed as grants to its settling government (including its instrumentalities) or third parties.

**Pension Trust Funds**

Loans receivable from plan members are guaranteed by the contributions of plan members and by other sources, including mortgage deeds and any unrestricted amount remaining in the escrow funds. In addition, collections on loans receivable are received through payroll withholdings. For the year ended June 30, 2013, the maximum amount of loans to plan members for mortgage loans was $100,000, and $5,000 for personal and cultural trip loans. During the years ended June 30, 2013 and 2012, personal loans with principal balances amounting to approximately $88.1 million and $225.0 million, respectively, were sold to two financial institutions. As per servicing agreement, the ERS will be in charge of the servicing, administration and collection of loans and outstanding principal balances at the end of the closing date for a servicing fee of 2%.

The allowance for adjustments and losses in realization is considered a general allowance for all categories of loans and interest receivable, except mortgage loans, and also a specific allowance for the special collection project loans balances.

As of June 30, 2013, the composition of loans and interest receivable from plan members is summarized as follows (in thousands):

| | | |
|---|---|---:|
| Loans receivable: | | |
| Personal | $ | 790,473 |
| Mortgage | | 307,026 |
| Cultural trips | | 69,825 |
| Total loans to plan members | | 1,167,324 |
| Accrued interest receivable | | 39,681 |
| Total loans and interest receivable from plan members | | 1,207,005 |
| Less allowance for adjustments and losses in realization | | (4,376) |
| Total loans and interest receivable from plan members – net | $ | 1,202,629 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

As of June 30, 2013, accounts receivable from employers, included within accounts receivable in the accompanying statement of fiduciary net position, consisted of the following (in thousands):

| | | |
|---|---|---:|
| Early retirement programs | $ | 5,458 |
| Special laws | | 42,749 |
| Employer and employee contributions | | 71,383 |
| Interest on late payments | | 11,443 |
| Total accounts receivable from employers | | 131,033 |
| Less allowance for doubtful accounts receivable | | — |
| Accounts receivable from employers – net | $ | 131,033 |

According to Act No. 447, each employer must pay, on a monthly basis, the amounts corresponding to contributions and loan repayments, on or before the fifteenth day of the following month. After that date, interests are charged as established by the Pension Trust Fund.

The Commonwealth and many of its instrumentalities, which are the employers as it relates to the ERS, have been facing significant fiscal and economic challenges. Further, in recent months, the rating downgrade and widening of credit spreads for Puerto Rico's public sector debt, including public corporations, has put further strain on liquidity and sources of funding of the employers. Consequently, most of the receivables from employers are delinquent past established payment dates and/or installment plan due dates. In other instances, amounts past due have continued to be renegotiated to later dates.

Although certain measures have been taken to improve the collection of such receivables, the timing of collections from employers affects the liquidity needs of the ERS. Although management is of the opinion that all amounts from employers are collectible, should any such amounts become uncollectible in the future, this situation could ultimately affect the payment of benefits to members or repayment of the ERS's bonds payable.

As of June 30, 2013, accounts receivable from employers include amounts due from PRMeSA of approximately $18.3 million, as follow (in thousands):

| | | |
|---|---|---:|
| Employer and employee contributions | $ | 7,663 |
| Interest | | 10,630 |
| Total accounts receivable from PRMeSA | $ | 18,293 |

On November 1, 2011, the PRMeSA and ERS entered into a payment plan agreement (the Agreement) for the repayment of a debt amounting to approximately $15.3 million, at such date, corresponding to fiscal year 2010-2011. Beginning on November 15, 2011, the agreement calls for sixty (60) monthly installments of $255,677 bearing no interest. Default payments of less than one year in default will bear interest at 9%, and 12% for those in excess of one year.

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Future minimum payments for the next for (4) years are as follows:

| Year | | Amount |
|------|---|--------|
| 2014 | $ | 3,068,124 |
| 2015 | | 3,068,124 |
| 2016 | | 3,068,124 |
| 2017 | | 1,022,707 |
| Total | $ | 10,227,079 |

**Component Units – GDB**

Loans to the Commonwealth, its agencies, and instrumentalities amounted to approximately $6.9 billion or 48% of the GDB's total assets as of June 30, 2013. These loans are expected to be collected from appropriations proceeds from bond issuances of, or revenues generated by, the Commonwealth, and/or its agencies and instrumentalities. The Commonwealth's recurring expenditures have exceeded its recurring revenues during the past thirteen years and its credit ratings have been lowered. In addition, many of the Commonwealth's agencies and instrumentalities have had losses from operations during the past years. The collectability of these loans may be affected by budgetary constraints, the fiscal situation, and the credit rating of the Commonwealth, its agencies and instrumentalities, and their ability to generate sufficient funds from taxes, charges and/or bond issuances. Continuance of and/or significant negative changes in these factors may affect the ability of the Commonwealth and its agencies and instrumentalities to repay their outstanding loan balances with the GDB and accordingly, may have an adverse impact on GDB's financial condition, liquidity, funding sources, and results of operations.

GDB's management believes that no losses will be incurred by the GDB with respect to principal and interest on most of its loans to the public sector (including municipalities) and, as a result, no allowance for loan losses is generally established for them. For public sector loans, excluding municipalities, GDB's management bases its position in that in the past, the Director of the Commonwealth's Office of Management and Budget (OMB) has included in the budget of the Commonwealth appropriations to assist the Commonwealth and certain of its agencies and instrumentalities requiring financial support in repaying their loans with the GDB. The Legislature of the Commonwealth (the Legislature) has approved these appropriations, and such practice is anticipated to continue in the future, subject to the new provisions of Act No. 24 of 2014, described in note 15(a). In addition, management's position is based on the fact that the GDB has been able to collect most of the loans to such public sector entities with proceeds of bonds or notes issued by the Commonwealth or its agencies and instrumentalities, including bonds issued by COFINA. These public corporations and the Commonwealth have never defaulted on their respective bonds. The GDB has, in the past, collected the outstanding principal and interest at the contractual rate on loans repaid from Commonwealth's appropriations, or bond or note proceeds. Accordingly, no allowance has been established in the case of public sector loans for any shortfall between the present value of the expected future cash flows and the recorded investments in the loans.

Although management of the GDB believes that no losses of principal and interest will be incurred by the GDB with respect to most loans outstanding to the public sector at June 30, 2013, there can be no assurance that the Director of the OMB will include amounts for loan repayments in the Commonwealths' budget, and that the Legislature will appropriate sufficient funds in the future to cover all amounts due to

119                                                                                    (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

the GDB by the Commonwealth or public sector entities requiring the Commonwealth's support, or that the proceeds from any future bond issuances by COFINA or certain public entities which have financed their capital improvement programs with the GDB, will be sufficient to cover the outstanding amount due to the GDB at June 30, 2013. In addition, the participation of certain public entities in the bond market has been delayed waiting for the credit rating of such entities to improve or for more favorable market conditions. Because of the relationship among the GDB, the public sector entities, the Director of the OMB, and the Legislature, the timing and amount of any financial assistance and bond proceeds to be used to repay certain public sector loans cannot be reasonably estimated by the GDB.

At June 30, 2013, loans to public corporations and agencies of the Commonwealth amounting to $6.9 billion are repayable from the following sources (in thousands):

|  | Amount |
|---|---|
| Repayment source: | |
| Proceeds from future bond issuances of public corporations | $ 2,989,364 |
| Operating revenues of public entities other than the Commonwealth | 407,266 |
| Legislative appropriations | 3,475,032 |
| Other | 17,472 |
| Total | $ 6,889,134 |

Since one of GDB's principal functions is to provide financing to the Commonwealth and its instrumentalities, GDB's loan portfolio includes loans to various departments and agencies of the Commonwealth, to various public corporations, and to municipalities, which represent a significant portion of the GDB's assets. Loans to the Commonwealth and its departments and agencies typically include working capital lines of credit payable from short-term tax and revenue anticipation notes issued by the Commonwealth, interim financing of capital improvements payable from Commonwealth's general obligation bonds or revenue bonds issued by the corresponding agency and, in recent years, loans to finance the Commonwealth's budget deficit payable from COFINA, uncollected taxes and annual appropriations made by the Legislature of Puerto Rico.

At June 30, 2013, approximately $3.5 billion of the public sector loans are payable from legislative appropriations from, or future tax revenues of, the Commonwealth. Accordingly, the payment of these loans may be affected by budgetary constraints, the fiscal situation and the credit rating of the Commonwealth. Significant negative changes in these factors may have an adverse impact on GDB's financial condition. Since 2000, the Commonwealth's recurring expenditures have exceeded its recurring revenues. These shortfalls were partially covered with loans from the GDB and other nonrecurring revenues. From fiscal year 2003 to 2008, the GDB granted loans to the Commonwealth aggregating to $1,964 million to cover part of the Commonwealth's deficit. As of June 30, 2013, the outstanding principal amount of these loans was $220.7 million.

During fiscal year 2013, the GDB received $65.1 million, $97.9, million and $62.4 million of appropriations to repay principal of and interest on public sector loans whose repayment source was originally from COFINA, from future issuances of Commonwealth's general obligations bonds, and other legislative appropriations, respectively. The Commonwealth's General Fund budget for fiscal year 2014 includes $65.7 million, $103.1 million, and $122.5 million of appropriations to repay principal of and

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

interest on public sector loans whose repayment sources were originally from COFINA, from future issuances of Commonwealth's general obligations bonds, and other legislative appropriations, respectively. These appropriations are based on payment schedules proposed by the GDB, which are based on a period of amortization of 30 years each, at contractual interest rates. The GDB will annually submit to the OMB, to be included in the Commonwealth's budget for legislative approval in each subsequent fiscal year, an amount established in the payment schedules with the terms stated above. The GDB expects that future appropriations will be approved by the Legislature of the Commonwealth to comply with such schedules. However, there can be no assurance that the Director of the OMB will include an amount for loan repayments in the Commonwealth's budget, and that the Legislature will appropriate sufficient funds in the future to cover all amounts due to the GDB on these loans.

In addition, at June 30, 2013, approximately $3.4 billion of public sector loans are payable from proceeds from future bond issuances and operating income of public corporations of the Commonwealth. The GDB lends funds to such public corporations for capital improvements and operating needs. The loans for capital improvements generally are construction loans and are repaid from the proceeds of future bond issuances of the respective public corporations. Such loans may, however, also be repaid from the revenues of such public corporations, from loans provided by sources other than the GDB, from federal grants, and from the sale of assets of such public corporations. The amount of outstanding loans from the GDB to the public corporations fluctuates annually, depending upon the capital program needs of the public corporations, the timing and level of their capital expenditures, and their ability to gain access to the long-term capital markets. The participation of certain of these public entities in the bond market has been delayed waiting for the credit rating of such entities to improve or for more favorable market conditions.

As of June 30, 2013, the GDB has extended various credit facilities to the PRHTA for, among other, capital improvement programs, working capital, debt service and collateral posting requirements. The outstanding balance of such facilities amounts to approximately $2.0 billion, including accrued interest of $145 million, which represent 14% and 83%, of GDB's total assets and net position, respectively, at June 30, 2013.

The GDB, in its ordinary course of business, provides interim lines of credit to public corporations like the PRHTA. These lines of credit have historically been repaid from bond issuances of each public corporation, once they regain or have access to the capital markets.

PRHTA has reported net operating losses during each of the three fiscal years in the period ended June 30, 2013, and, as a result, the GDB has been partially financing its operations through credit facilities. In fiscal year 2010, the PRHTA entered into a fiscal oversight agreement with the GDB, whereby the GDB, among other things, imposes conditions on the extensions of credit to the PRHTA and continually monitors its finances. Refer to note 2 for further discussion on management plans to repay outstanding borrowings with the GDB.

During August 2013, the PRHTA issued the 2013A bond anticipation notes amounting to $400 million. The proceeds from the bond anticipation notes were used to pay outstanding loans held by the PRHTA with GDB. In addition to the above, subsequent to June 30, 2013, GDB disbursed and collected approximately $89 million and $69.5 million, respectively, related to loans of the PRHTA.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(8)   Pledges of Receivables and Future Revenues**

The Commonwealth has pledged the first two point seventy-five (2.75%) percent of the sales and use tax for the repayment of certain outstanding obligations of the Commonwealth. During 2013, COFINA, a blended component unit of the Commonwealth, responsible for the financing, payments and retirement of certain debt obligations of the Commonwealth, has issued bond anticipation notes for approximately $333.3 million payable on September 30, 2014. The Commonwealth has committed to appropriate each year, from the sales and use tax, amounts sufficient to cover the principal and interest requirements on the debt issued by COFINA. COFINA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $35.5 billion and $17.7 billion, respectively. The pledged sale and use tax base amount for the fiscal year ended June 30, 2013 amounted to approximately $619 million. For fiscal year 2013, interest paid by COFINA amounted approximately to $643 million and issuance costs of approximately $600 thousands on the aforementioned bond anticipation notes issued. Sales and use tax revenue recognized by the Commonwealth was approximately $543 million.

Rum manufactured in Puerto Rico is subject to federal excise taxes; however, these are returned by the U.S. Internal Revenue Service (IRS) to the Commonwealth. Act No. 44, as amended, requires that in each fiscal year through fiscal year 2057, the first $117 million, of certain federal excise taxes received by the Commonwealth be transferred to the Puerto Rico Infrastructure Financing Authority (PRIFA), a blended component unit of the Commonwealth. Such taxes consist of the federal excise taxes levied on rum and other articles produced in Puerto Rico and sold in the United States, which taxes are collected by the U.S. Treasury and returned to the Commonwealth. The Commonwealth has pledged these taxes for the repayment of PRIFA's Special Tax Revenue Bonds (the Bonds). The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by PRIFA. PRIFA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. The federal excise taxes securing the Bonds are subject to a number of factors, including the continued imposition and remittance of such taxes to the Commonwealth and conditions affecting the Puerto Rico rum industry. The level of federal excise taxes to be received by the Commonwealth is currently expected to decrease, although the exact amount cannot be determined. If the federal excise taxes received by the Commonwealth in any fiscal year are insufficient, Act No. 44 requires that PRIFA request and the Director of the Office of Management and Budget of the Commonwealth include in the budget of the Commonwealth for the corresponding fiscal year, an appropriation necessary to cover such deficiency. The Commonwealth's Legislature, however, is not obligated to make the necessary appropriation to cover such deficiency. Total principal and interest remaining on the secured debt is $2.5 billion and $1.3 billion, respectively. For the year ended June 30, 2013, of the total of $117 million received by PRIFA from the Commonwealth, a total of $113 million was pledged for the debt service of the Special Tax Revenue Bonds. For fiscal year 2013, principal and interest paid on Special Tax Revenue Bonds by PRIFA amounted to $112.1 million.

Also, the Commonwealth has pledged part of the gross receipts of the gasoline excise taxes and one half of the diesel oil excise taxes (up to $11 million monthly but no more than $120 million annually) derived from excise taxes over crude oil and its derivatives and $15 per vehicle per year from motor vehicle license fees for the repayment of the PRHTA Revenue Bonds. On June 25, 2013, as described in note 7, the Commonwealth enacted Act No. 31, amending the aforementioned gasoline excise tax rates and distributions, and eliminating the $120 million ceiling; therefore providing additional sources for the

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

repayment of the debt issued by the PRHTA. The Commonwealth has committed to appropriate each year, from the excise taxes, amounts sufficient to cover the principal and interest requirements on the debt issued by the PRHTA. The PRHTA has pledged as the sole security for the bonds, the annual appropriations from the Commonwealth. Total principal and interest remaining on the secured debt is $4.6 billion and $4.3 billion, respectively. The pledged excise tax for the fiscal year ended June 30, 2013 amounted to $120 million. For fiscal year 2013, principal and interest paid by the PRHTA amounted to $185 million and $307 million, respectively, and the excise tax revenue recognized by the Commonwealth was $258 million.

**(9)   Interfund and Intraentity Transactions**

Interfund receivables and payables at June 30, 2013 are summarized as follows (expressed in thousands):

| Receivable Fund | Payable Fund | |
|---|---|---:|
| Lotteries | General | $    5,328 |
| Other governmental | General | 41,770 |
| Other proprietary | General | 24,112 |
| General | Other governmental | 20,454 |
| General | Unemployment | 14,051 |
| Puerto Rico Medical Service Administration | General | 10,637 |
| General | Other Proprietary | 6,668 |
| | | $    123,020 |

Transfers from (to) other funds for the year ended June 30, 2013 are summarized as follows (expressed in thousands):

| Transferee Fund | Transferor Fund | |
|---|---|---:|
| Debt service (a) | General | $    728,869 |
| Other governmental (b) | General | 479,914 |
| General (c ) | COFINA Special Revenue | 459,148 |
| General (d) | Debt service | 312,888 |
| General (e) | Lotteries | 211,426 |
| COFINA Special Revenue (f) | COFINA Debt Service | 117,655 |
| General (g) | Unemployment Insurance | 62,744 |
| Puerto Rico Medical Services Administration (h) | General | 47,370 |
| General (i) | Other proprietary | 22,915 |
| Debt service (j) | Other governmental | 17,011 |
| Water Pollution Revolving Fund (k) | General | 1,880 |
| Other proprietary (l) | General | 927 |
| Other governmental | Debt service | 200 |
| | | $    2,462,947 |

The principal purposes of the interfund transfers are to (expressed in thousands):

a.   Transfer of $728,869 from the General Fund to the debt service fund to make funds available for debt service payments.

123                                             (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

b.  Recognize as transfers the rental payments made by the Commonwealth's agencies on properties leased by the PBA, a blended component unit of the Commonwealth ($205,063); transfer for these payments made by the Commonwealth's agencies on properties leased by the PRIFA, a blended component unit of the Commonwealth ($5,788); $107,687 related to the revenues received from the Tobacco Settlement Agreement managed by The Children's Trust, a blended component unit of the Commonwealth; $29,892 related to the SCPT for the payment of its debt and $131,484 to the PRIFA for the payment of debt and capital projects.

c.  Transfer of $459,148 from the COFINA Special Revenue Fund to the General Fund to fund the General Fund for the payment of appropriation debt.

d.  Transfer of $312,888 from the debt service fund to the General Fund for the payment of principal and interests on notes payable.

e.  Transfer of $211,426 from the Lotteries to the General Fund to distribute the increase in net assets of the Lotteries for the use of the General Fund, as required by the Lotteries enabling legislation.

f.  Transfer of $117,655 from the COFINA Debt Service Fund to the COFINA Special Revenue Fund to be transferred to the General Fund for the purpose stated below.

g.  Transfer from the Unemployment Insurance Fund related to the distribution of surplus cash corresponding to the General Fund for the payment of administrative expenses ($62,744).

h.  Transfer of $47,370 from the General Fund to Puerto Rico Medical Service Administration, a major proprietary fund, to make funds available for debt service payments, capital projects and operating expenses.

i.  Transfer from the Drivers' and Disability Insurance Funds related to the distribution of surplus cash to the General Fund ($22,915).

j.  Transfer from the Commonwealth's capital projects fund to the debt service fund for the payment of interest of its bonds ($17,011).

k.  Transfer to provide local matching funds from the General Fund to the Puerto Rico Water Pollution Control Revolving Fund, a major enterprise fund of the Commonwealth ($1,880).

l.  Transfer to provide local matching funds from the General Fund to the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, a nonmajor enterprise fund of the Commonwealth ($927).

Interfund receivables and payables represent the pending settlements of the aforementioned transfers or transactions from current and prior years.

Due from component units are as follows (expressed in thousands):

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| | | | Receivable Entity | | | |
|---|---|---|---|---|---|---|
| Payable Entity | General fund | Public Building Authority | Puerto Rico Water Pollution Control Revolving Fund | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Puerto Rico Medical Services Administration | Total Due from Component Units |
| Puerto Rico Aqueduct and Sewer Authority | $ - | - | 315,334 | 154,409 | - | 469,743 |
| University of Puerto Rico | - | - | - | - | 11,863 | 11,863 |
| Puerto Rico Health Insurance Administration | 7,239 | - | - | | - | - |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | - | 14,745 | - | | - | - |
| National Parks Company of Puerto Rico | 13,322 | - | - | | - | - |
| Puerto Rico Land Administration | 1,203 | - | - | - | - | - |
| Puerto Rico Maritime Shipping Authority | 1,150 | - | - | - | - | - |
| Puerto Rico Metropolitan Bus Authority | 12,621 | - | - | - | - | - |
| Puerto Rico Ports Authority | 25,804 | - | - | - | - | - |
| Puerto Rico Tourism Company | 8,337 | - | - | - | - | - |
| Puerto Rico Trade and Export Company | 2,859 | - | - | - | - | - |
| Puerto Rico Industrial Development Company | 7,737 | - | - | - | - | - |
| Total due to | $ 80,272 | 14,745 | 315,334 | 154,409 | 11,863 | 481,606 |

Due to component units primary government are as follows (expressed in thousands):

| | | | Payable Entity | | |
|---|---|---|---|---|---|
| Receivable Entity | General fund | Public Building Authority | Puerto Rico Medical Services Administration | Puerto Rico Infrastructure Financing Authority | Total Due to Component Units |
| Government Development Bank for Puerto Rico | $ 97,154 | - | - | - | 97,154 |
| Puerto Rico Electric Power Authority | 60,495 | 7,919 | 12,405 | 2,163 | 82,982 |
| Puerto Rico Aqueduct and Sewer Authority | 47,597 | - | 7,900 | - | 55,497 |
| University of Puerto Rico | 29,750 | - | 18,846 | 1,210 | 49,806 |
| Puerto Rico Health Insurance Administration | 44,610 | - | - | - | 44,610 |
| Agricultural Enterprises Development Administration | 28,442 | - | - | - | 28,442 |
| University of Puerto Rico Comprehensive Cancer Center | 2,000 | - | - | - | 2,000 |
| Land Authority of Puerto Rico | 8,696 | - | - | - | 8,696 |
| National Parks Company of Puerto Rico | 8,805 | - | - | - | 8,805 |
| Puerto Rico Metropolitan Bus Authority | 1,023 | - | - | - | 1,023 |
| Puerto Rico Ports Authority | 16,500 | - | - | - | 16,500 |
| Puerto Rico Tourism Company | 2,315 | - | - | - | 2,315 |
| Company for the Integral Development of the "Península de Cantera | 30,733 | - | - | - | 30,733 |
| Total due to | $ 378,120 | 7,919 | 39,151 | 3,373 | 428,563 |

The amount owed by PRASA of approximately $470 million represents construction loans granted by the Puerto Rico Water Pollution Control Revolving Fund and the Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, nonmajor enterprise funds, to finance the construction of capital assets for PRASA.

The amount presented as due from primary government by the University of Puerto Rico exclude approximately $11.9 million, which was recorded and presented by the Commonwealth as notes payable in the accompanying statement of net position of the governmental activities.

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Due from (to) component units are as follows (expressed in thousands):

| Payable Entity | Government Development Bank for Puerto Rico | Puerto Rico Aqueduct and Sewer Authority | Puerto Rico Electric Power Authority | Puerto Rico Highways and Transportation Authority | University of Puerto Rico | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Farm Insurance Corporation of Puerto Rico | Land Authority of Puerto Rico | Puerto Rico Convention Center District Authority | Puerto Rico Land Administration | Puerto Rico Metropolitan Bus Authority | Puerto Rico Ports Authority | State Insurance Fund Corporation | University of Puerto Rico Comprehensive Cancer Center | Total Due to Component Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Puerto Rico Trade and Export Company | $ | | 1,344 | | | | | | | | | | | | 1,344 |
| Puerto Rico Conservatory of Music Corporation | 1,398 | | | | | | | | | | | | | | 1,398 |
| Institute of Puerto Rican Culture | 3,276 | | | | | | | | | | | | | | 3,276 |
| State Insurance Fund Corporation | | | | 3,713 | | | | | | | | | | | 3,713 |
| Farm Insurance Corporation of Puerto Rico | | | | | | | | 4,992 | | | | | | | 4,992 |
| Puerto Rico Metropolitan Bus Authority | | | 4,867 | | | | | | | | | | 2,767 | | 7,634 |
| Puerto Rico Electric Power Authority | 6,843 | 1,410 | | | | | | | | | | | | | 8,253 |
| Economic Development Bank for Puerto Rico | 9,422 | | | | | | | | | | | | | | 9,422 |
| Puerto Rico Tourism Company | | | | | 5,771 | | | | 4,178 | | | 1,515 | | | 11,464 |
| National Parks Company of Puerto Rico | 11,251 | | 2,702 | | | | | | | | | | | | 13,953 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | | | 18,950 | | | | | | | | | | | | 18,950 |
| Company for the Integral Development of the | 30,715 | | | 1,173 | | | | | | | | | | | 31,888 |
| University of Puerto Rico comprehensive Cancer Center | 20,050 | | | | 13,075 | | | | | | | | | | 33,125 |
| Puerto Rico and Municipal Islands Maritime Transport Authority | | 1,400 | 1,156 | | | | | | | | | 35,577 | 2,146 | | 40,279 |
| Land Authority of Puerto Rico | 37,018 | | 4,154 | | | | | | | | | | | | 41,172 |
| Solid Waste Authority | 74,178 | | 5,486 | | | | | | | | | | 4,541 | | 84,205 |
| Puerto Rico Industrial Development Company | 87,325 | | | | | | | | | 1,306 | | | | | 88,631 |
| Agricultural Enterprises Development Administration | 92,606 | | | | | | 7,719 | 9,679 | | | | | | | 110,004 |
| University of Puerto Rico | 101,183 | 1,045 | 20,196 | | | 1,616 | | | | | | | | 13,618 | 137,658 |
| Puerto Rico Aqueduct and Sewer Authority | 89,835 | | 57,786 | | | | | | | | | | | | 147,621 |
| Puerto Rico Convention Center District Authority | 146,773 | 1,294 | 3,437 | | | | | | | | | | | | 151,504 |
| Puerto Rico Health Insurance Administration | 183,251 | | | | | | | | | | | | | | 183,251 |
| Port of the Americas Authority | 220,392 | | | | | | | | | | | | | | 220,392 |
| Puerto Rico Ports Authority | 215,389 | 5,626 | 31,573 | | | | | | | | | | 2,686 | | 255,274 |
| Puerto Rico Highways and Transportation Authority | 2,047,467 | 1,657 | 22,808 | | | | | | | | 3,095 | 6,035 | | | 2,081,062 |
| Total Due from Component Units | $ 3,378,372 | 12,432 | 178,172 | 1,173 | 18,846 | 1,616 | 7,719 | 14,671 | 4,178 | 1,306 | 3,095 | 43,127 | 12,140 | 13,618 | 3,690,465 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

The amount due from component units presented by the GDB of $3,378,372 includes loan balances amounting to $3,376,035.  The rest of the loans receivable reported by the GDB consists of the following (expressed in thousands):

| | | |
|---|---|---:|
| Primary government – governmental activities | $ | 3,060,840 |
| Primary government-business-type activities | | 273,344 |
| Other governmental entities and municipalities | | 2,372,530 |
| Private sector | | 537,475 |
| Total loans receivable reported by GDB | $ | 6,244,189 |

The loans to the primary government are presented by the Commonwealth within notes payable in the statement of net position.

Expenses of the primary government include approximately $2.3 billion in capital and operational contributions made by the primary government to the component units as follows (expressed in thousands):

| | | |
|---|---|---:|
| Puerto Rico Health Insurance Administration | $ | 887,725 |
| University of Puerto Rico | | 834,208 |
| Puerto Rico Highways and Transportation Authority | | 258,424 |
| Puerto Rico Aqueduct and Sewer Authority | | 6,132 |
| Nonmajor components units | | 276,245 |
| Total contributions made by primary government to component units | $ | 2,262,734 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

**(10)  Capital Assets**

Capital assets activity for the year ended June 30, 2013 is as follows (expressed in thousands):

**Primary Government**

| | Beginning balance (as restated) | Increases | Decreases | Ending balance |
|---|---|---|---|---|
| Governmental activities: | | | | |
| Capital assets, not being depreciated: | | | | |
| Land | $  899,224 | 12,405 | 1,881 | 909,748 |
| Construction in progress | 1,470,470 | 405,522 | 718,399 | 1,157,593 |
| Total capital assets, not being depreciated | 2,369,694 | 417,927 | 720,280 | 2,067,341 |
| Buildings and building improvements | 8,374,273 | 767,544 | 85,800 | 9,056,017 |
| Equipment, furniture, fixtures, vehicles, and software | 587,620 | 30,609 | 7,496 | 610,733 |
| Infrastructure | 605,846 | — | — | 605,846 |
| Total capital assets, being depreciated and amortized | 9,567,739 | 798,153 | 93,296 | 10,272,596 |
| Less accumulated depreciation and amortization for: | | | | |
| Buildings and building improvements | 3,224,519 | 279,391 | 31,310 | 3,472,600 |
| Equipment, furniture, fixtures, vehicles, and software | 395,437 | 38,404 | 4,627 | 429,214 |
| Infrastructure | 143,881 | 12,539 | — | 156,420 |
| Total accumulated depreciation and amortization | 3,763,837 | 330,334 | 35,937 | 4,058,234 |
| Total capital assets, being depreciated and amortized, net | 5,803,902 | 467,819 | 57,359 | 6,214,362 |
| Governmental activities capital assets, net | $  8,173,596 | 885,746 | 777,639 | 8,281,703 |

As further discussed in note 3, the beginning balances of capital assets, and other balances, were restated primarily due to the impact of the adoption of GASB Statement No. 61.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

| | Beginning balance (as restated) | Increases | Decreases | Ending balance |
|---|---|---|---|---|
| Business-type activities: | | | | |
| Capital assets, not being depreciated: | | | | |
| Land | 6,872 | — | — | 6,872 |
| Construction in progress | 1,980 | 540 | 2,520 | — |
| Total capital assets, not being depreciated | 8,852 | 540 | 2,520 | 6,872 |
| Building and building improvements | 95,946 | 1,076 | — | 97,022 |
| Equipment | 87,163 | 5,542 | 3,615 | 89,090 |
| Total capital assets being depreciated | 183,109 | 6,618 | 3,615 | 186,112 |
| Less accumulated depreciation and amortization for: | | | | |
| Building and building improvements | 61,055 | 1,803 | — | 62,858 |
| Equipment | 70,201 | 3,941 | 3,221 | 70,921 |
| Total accumulated depreciation and amortization | 131,256 | 5,744 | 3,221 | 133,779 |
| Total business-type activities capital assets, being depreciated, net | 51,853 | 874 | 394 | 52,333 |
| Total business-type activities capital assets, net | $ 60,705 | 1,414 | 2,914 | 59,205 |

Depreciation and amortization expense was charged to functions/programs of the primary government for the year ended June 30, 2013 as follows (expressed in thousands):

| | | |
|---|---|---|
| Governmental activities: | | |
| General government | $ | 96,064 |
| Public safety | | 27,716 |
| Health | | 7,706 |
| Public housing and welfare | | 113,657 |
| Education | | 67,321 |
| Economic development | | 17,870 |
| Total depreciation and amortization expense – governmental activities | $ | 330,334 |

The Commonwealth annually performs an impairment analysis of its capital assets in accordance with the provisions of GASB Statement No.42. The current year's analysis identified no impairments to be recorded in the statement of activities for the year ended June 30, 2013.

General infrastructure assets include $427 million representing costs of assets transferred to the Department of Natural and Environmental Resources (DNER) of the Commonwealth in 1997 upon completion of the Cerrillos Dam and Reservoir and the Portugues-River and Bucana-River Projects

129                                                               (Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

(the Cerrillos Dam and Reservoir Project) by the United States (U.S.) Army Corps of Engineers. These infrastructure assets are reported within governmental activities and include dams, intake facilities, and similar items built for flood control, water supply, and recreational purposes. The depreciation is computed using the straight-line method over an estimated useful life of 50 years from the transfer date of the property. Late in April 2011, the Commonwealth received a final debt agreement from the U.S. Army Corps of Engineers establishing a repayment schedule for its allocated share of the construction costs associated with the Cerrillos Dam and Reservoir Project, excluding those costs for items built for recreational purposes, amounting to $214 million. The Commonwealth's unpaid allocated share of these construction costs associated with the Cerrillos Dam and Reservoir Project amounted to $188 million, plus accrued interest of $43 million, at June 30, 2013. The Commonwealth also recorded a payable to the U.S. Army Corp of Engineers, amounting to approximately $14.6 million, for its estimated allocated share of the construction costs associated with the recreational part of the Cerrillos Damn and Reservoir Project, including accrued interest of approximately $4.0 million (see note 12(n)). On August 17, 2001, the Legislature of the Commonwealth approved Act No. 120, which requires the conditional transfer of the ownership of certain real properties under the name of the Department of Recreation and Sports (DRS) of the Commonwealth to the municipalities of the Commonwealth. Land and facilities have been transferred occasionally since the date of this Act at no cost to the municipalities. During the fiscal year ended June 30, 2013, no transfers were made to the municipalities under the provisions of this Act.

On February 24, 2012, PRIFA, a blended component unit, entered into an Assistance Agreement with the Puerto Rico Department of Justice (PRDOJ) and the GDB to acquire, refurbish and operate a property to be used for the relocation of the PRDOJ's main offices. In connection with the Assistance Agreement, the GDB provided a $35 million credit facility to PRIFA to undertake the acquisition and administration of this property and manage the initial phase of the rehabilitation and refurbishment of the property. On March 8, 2012, PRIFA acquired the property for approximately $27 million. The credit facility is payable solely from, and secured by the assignment of the PRDOJ lease agreement and any other existing and future lease agreement and by a mortgage lien on the property acquired.

PRIFA has also issued certain bonds and notes to finance the construction of certain capital projects for the benefit of PRASA, municipalities and other agencies and instrumentalities of the Commonwealth. The capital projects include the construction of infrastructure and buildings to be used in the operations of, and managed by, PRASA, the municipalities and other agencies in their respective operations. The capital projects, including the land acquired, are included as part of PRIFA's capital assets until construction is completed and the conditions for transfers to the ultimate beneficiaries are met. During the year ended June 30, 2013, PRIFA incurred approximately $6.9 million in construction costs for the benefit of other instrumentalities of the Commonwealth.

In October 2010, PRIFA entered into a memorandum of understanding with Puerto Rico Public-Private Partnerships Authority, Puerto Rico Public Buildings Authority, Puerto Rico Department of Education, Puerto Rico Department of Transportation and Public Works (DTOP, for its Spanish acronym), and the GDB for the administration of the Schools for the 21st Century Program (the 21st Century Program). Construction in process includes $222.5 million related to this program. The program consists of remodeling of over 100 schools throughout Puerto Rico. The estimated cost of the program at June 30, 2013 amounts to approximately $460 million. To finance the program, the PBA issued government facilities revenue bonds in the amount of $878 million during the fiscal year ended June 30, 2012 of which $237 million are deposited in construction funds at June 30, 2013.

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

PBA contracted the services of PRIFA to serve as construction manager. Under the contract, PRIFA is responsible for the management of the program including among others, the contracting general contractors and or subcontractors, inspection, supervision and acceptance of the remodeled schools and in certain cases provides maintenance to the schools. PRIFA billed the PBA the cost of the program plus an agreed upon administrative fee.

Certain of the schools under the program are property of the Department of Transportation and Public Works (DTOP), an agency of the Commonwealth. The Authority leased such schools from DTOP for a minimum rent of $10 per year. When the improvements of such schools are completed the Authority will bill rent to the Department of Education of the Commonwealth for the payment of the debt service of the bonds issued under the program.

## Discretely Presented Component Units

Capital assets activity for discretely presented component units for the year ended June 30, 2013 is as follows (expressed in thousands):

| | Balance (as restated) | Increases | Decreases | Ending balance |
|---|---|---|---|---|
| Capital assets not being depreciated/amortized: | | | | |
| Land | $ 3,297,229 | 39,205 | 15,801 | 3,320,633 |
| Art works | 3,541 | 5 | — | 3,546 |
| Construction in progress | 3,674,510 | 1,284,377 | 1,780,128 | 3,178,759 |
| Total capital assets not being depreciated/amortized | 6,975,280 | 1,323,587 | 1,795,929 | 6,502,938 |
| Capital assets being depreciated/amortized | | | | |
| Buildings and building improvements | 5,345,612 | 177,280 | 42,001 | 5,480,891 |
| Equipment, furniture, fixtures, vehicles and software | 10,945,428 | 344,544 | 71,296 | 11,218,676 |
| Infrastructure | 27,942,601 | 1,251,776 | 27,329 | 29,167,048 |
| Intangibles, other than software | 2,293 | 4,969 | — | 7,262 |
| Total capital assets, being depreciated/amortized | 44,235,934 | 1,778,569 | 140,626 | 45,873,877 |
| Less accumulated depreciation/amortization for: | | | | |
| Buildings and building improvements | 2,336,415 | 154,469 | 37,406 | 2,453,478 |
| Equipment, furniture, fixtures, vehicles and software | 2,445,802 | 360,413 | 47,835 | 2,758,380 |
| Infrastructure | 16,038,174 | 707,042 | 33,236 | 16,711,980 |
| Intangibles, other than software | 923 | 57 | — | 980 |
| Total accumulated depreciation/amortization | 20,821,314 | 1,221,981 | 118,477 | 21,924,818 |
| Total capital assets, being depreciated/amortized (net) | 23,414,620 | 556,588 | 22,149 | 23,949,059 |
| Capital assets (net) | $ 30,389,900 | 1,880,175 | 1,818,078 | 30,451,997 |

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

## (11)   Short-Term Obligations

Short term obligations at June 30, 2013 and changes for the year then ended are as follows (expressed in thousands):

| | | Balance at June 30, 2012 | Debt issued | Debt paid | Other increases | Other (decreases) | Balance at June 30, 2013 | Due within one year |
|---|---|---|---|---|---|---|---|---|
| Governmental activities: | | | | | | | | |
| Notes payable to GDB | $ | 16,884 | 98,000 | (150) | 71,976 | — | 186,710 | 186,710 |
| Tax revenue anticipation notes | | — | 900,000 | (900,000) | — | — | — | — |
| Bond anticipation notes | | 75,835 | 185,672 | (56,641) | — | — | 204,866 | 204,866 |
| | $ | 92,719 | 1,183,672 | (956,791) | 71,976 | — | 391,576 | 391,576 |

### (a)   Notes Payable to the GDB

The Commonwealth has entered into various short-term line of credit agreements with the GDB (all within governmental activities) consisting of the following at June 30, 2013 (expressed in thousands):

| Agency | Purpose | Interest rate | | Line of credit | Outstanding balance |
|---|---|---|---|---|---|
| Department of the Treasury | To pay operational expenses of agencies | 150 bp over prime rate | $ | 98,000 | 98,000 |
| Department of the Treasury | To pay agencies' debt | 125 bp over 3 months LIBOR | | 100,000 | 71,976 |
| Department of the Treasury | To fund information technology project | 125 bp over GDB's commercial paper rate | | 44,868 | 14,174 |
| Department of the Treasury | Purchase of mobile X-ray machines | 125 bp over 3 months LIBOR | | 12,000 | 2,560 |
| | | | $ | 254,868 | 186,710 |

Other increases include an increase of approximately $72.0 million in notes payable to the GDB-short term, which were classified as long term at June 30, 2012, but which matured during fiscal year 2013 became due and payable at June 30, 2013 and, consequently, is reported as a new short term debt matured and payable in the balance sheet – governmental funds.  At the same time, upon such debt becoming matured and payable, a principal payment recognition was recorded for the same amount in the statement of revenue, expenditures and changes in fund balances (deficit)-governmental funds and presented within the debt paid column in the previous table reducing the long-term note payable to the GDB.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

(b)   *Tax Revenue Anticipation Notes*

Act No. 1 of the Legislature of the Commonwealth, approved on June 26, 1987 (Act No. 1), authorizes the Secretary of the Department of the Treasury to issue, from time to time, notes in anticipation of taxes and revenues (Tax Revenue Anticipation Notes or TRANS) so that the Secretary, in the cash flow management program designed to maximize the use of moneys in the General Fund, will have an alternate means of providing a liquidity mechanism to cover any temporary cash shortages projected for a fiscal year. Act No. 139, approved on November 9, 2005, amended Section 2(g) of Act No. 1 to provide that the total principal amount of notes issued under the provisions of Act No. 1 and outstanding at any time for any fiscal year may not exceed the lesser of eighteen percent (18%) of the net revenues of the General Fund for the fiscal year preceding the fiscal year in which the notes are issued or one billion five hundred million dollars ($1.5 billion).

TRANS issued during fiscal year 2013 amounted to $900 million at interest rates ranging from 1.750% to 3.013%. TRANS proceeds were used to cover temporary cash deficiencies resulting from the timing differences between tax collections and the payments of current expenditures. TRANS were refinanced during the year in order to take advantage of interest rates. The maximum amount of TRANS outstanding at any time during the year was $900 million. As of June 30, 2013, the outstanding balance of TRANS was paid in full.

(c)   *Bond Anticipation Notes*

During fiscal year 2012, the Commonwealth was authorized to issue bond anticipation notes in an aggregate principal amount, not to exceed $290 million, in order to complete certain public improvement projects, acquire certain properties and equipment on behalf of some component units, and cover the cost and interest of the bonds expected to be issued, as described below. These notes were issued in anticipation of the issuance of public improvement bonds expected to be issued during fiscal year 2014. Although legal steps have been taken to refinance the anticipation notes with the bonds, since such bonds have not been issued as of the date of these basic financial statements, the related notes have been recognized as a short-term fund liability in the capital project fund. As of June 30, 2013, $204.9 million of bond anticipation notes were outstanding. From the outstanding balance, $61.9 million are payable to the GDB and $143 million are payable to others.

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

### (12) Long-Term Obligations

#### (a) *Primary Government*

Long-term obligations at June 30, 2013 and changes for the year then ended are as follows (expressed in thousands):

| | Balance at June 30, 2012 (as restated) | Debt issued | Debt paid | Other increases | Other (decreases) | Balance at June 30, 2013 | Due within one year |
|---|---|---|---|---|---|---|---|
| Governmental activities: | | | | | | | |
| General obligation and revenue bonds | $ 35,139,420 | 333,300 | (558,615) | 380,884 | (43,805) | 35,251,184 | 827,410 |
| Commonwealth appropriation bonds | 536,517 | — | — | 2,975 | (919) | 538,573 | — |
| Notes payable to component units: | | | | | | | |
| GDB | 1,985,448 | 935,007 | (108,241) | — | — | 2,812,214 | 1,129,844 |
| Other | 30,993 | — | (19,073) | — | — | 11,920 | 6,920 |
| Capital leases | 182,605 | 259 | (5,522) | — | — | 177,342 | 5,523 |
| Total bonds, notes, and and capital leases payable | 37,874,983 | 1,268,566 | (691,451) | 383,859 | (44,724) | 38,791,233 | 1,969,697 |
| Compensated absences | 1,376,253 | — | — | 672,827 | (518,762) | 1,530,318 | 119,169 |
| Net pension obligation | 11,158,801 | — | — | 2,750,286 | (836,422) | 13,072,665 | — |
| Net postemployment benefit obligation | 215,244 | — | — | 189,481 | (126,353) | 278,372 | — |
| Voluntary termination benefits payable | 653,872 | — | — | 532,146 | (91,577) | 1,094,441 | 101,178 |
| Other long-term liabilities | 2,429,419 | — | — | 383,680 | (716,427) | 2,096,672 | 218,249 |
| Total governmental activities | 53,708,572 | 1,268,566 | (691,451) | 4,912,279 | (2,334,265) | 56,863,701 | 2,408,293 |
| Business-type activities: | | | | | | | |
| Notes payable to GDB | 264,434 | 9,988 | (1,078) | — | — | 273,344 | 1,078 |
| Net postemployment benefit obligation | 1,345 | — | — | 227 | — | 1,572 | — |
| Compensated absences | 17,589 | — | — | 408 | — | 17,997 | 2,194 |
| Obligation for unpaid lottery prizes | 191,586 | — | — | 554,254 | (569,648) | 176,192 | 49,489 |
| Voluntary termination benefits | 6,020 | — | — | 1,242 | (870) | 6,392 | 733 |
| Claims liability for insurance benefits | 72,994 | — | — | 390,283 | (393,891) | 69,386 | 69,386 |
| Other long-term liabilities | 23,178 | — | — | 1,987 | (3,682) | 21,483 | 8,907 |
| Total business-type activities | 577,146 | 9,988 | (1,078) | 948,401 | (968,091) | 566,366 | 131,787 |
| Total primary government | $ 54,285,718 | 1,278,554 | (692,529) | 5,860,680 | (3,302,356) | 57,430,067 | 2,540,080 |

As further discussed in note 3, the beginning balance of long-term obligations and other balances were restated primarily due to the impact of the adoption of GASB statement No.61.

The principal balance of general obligation and revenue bonds paid reported as expenditures in the statement of revenues, expenditures, and changes in fund balances (deficit) – governmental funds does not agree with amounts reported as debt paid in the table above because it includes principal paid on July 1, 2012 on general obligation and revenue bonds amounting to approximately $425 million, which was accrued at June 30, 2012 as a fund liability. Also, during fiscal year 2013 the amount of approximately $456.8 million of debt principal paid on July 1, 2013 was accrued as a fund liability at June 30, 2013, but not included as payments in the table above. The net effect of approximately $31.8 million is the difference between the principal paid on bonds, notes and capital leases payable included in the previous table and the principal shown as expenditures in the statement of revenues, expenditures, and changes in fund balances (deficit) – governmental funds.

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

Approximately $1.8 million of the long-term liability to the U.S. Army Corps of Engineers, matured during 2013 and became due and payable, and is included as an addition to the other liabilities presented in the balance sheet-governmental funds.  At the same time, upon such portion becoming matured and payable, a principal payment recognition was recorded for the same amount in the statement of revenue, expenditures and changes in fund balances (deficit)-governmental funds, but not included as debt paid in the table above.      The remaining balance of the other increases (decreases) in bonds, notes and capital leases payable consists of capitalization of interest on capital appreciation bonds (increases); amortization of deferred losses, net on refundings (increases); amortization of premiums (decreases) and accretion of discounts (increases) on bonds. These adjustments did not require any source or use of cash.

Compensated absences, net pension obligation, net postemployment benefit obligation, voluntary termination benefits, other long-term liabilities, obligation for unpaid lottery prizes, and claims liability for insurance benefits reflect other increases resulting from  accrual adjustments for 2013 to agree these obligations to their new estimated balances at June 30, 2013, and other decreases resulting from payments on these obligation made during 2013.  These payments, as pertaining to the governmental activities, are not included as principal payments in the statement of revenue, expenditures and changes in fund balances (deficit)-governmental funds, but presented as expenses within their corresponding functions.

**(b)**    *Debt Limitation*

The Constitution of the Commonwealth authorizes the contracting of debts as determined by the Legislature. Nevertheless, Section 2, Article VI of the Constitution of the Commonwealth provides that direct obligations of the Commonwealth evidenced by bonds or notes and backed by the full faith, credit, and taxing power of the Commonwealth shall not be issued if the amounts of the principal of and interest on such bonds and notes and on all such bonds and notes issued thereafter, which are payable in any fiscal year, together with any amount paid by the Commonwealth in the preceding fiscal year of such proposed issuance on account of bonds or notes guaranteed by the Commonwealth, exceed 15% of the average annual revenues raised under the provisions of Commonwealth legislation and deposited into the Treasury (hereinafter internal revenues) in the two fiscal years preceding the fiscal year of such proposed issuance. Section 2, Article VI of the Constitution does not limit the amount of debt that the Commonwealth may guarantee so long as the 15% limitation is not exceeded through payments by the Commonwealth on such guaranteed debt. Internal revenues consist principally of income taxes, sales and use tax, property taxes and excise taxes. Certain revenues, such as federal excise taxes on offshore shipments of alcoholic beverages and tobacco products and customs duties, which are collected by the United States Government and returned to the Commonwealth, and motor vehicle fuel taxes, crude oil and derivative products excise taxes and license fees, which are allocated to the PRHTA, a discrete component unit, are not included as revenues for the purpose of calculating the debt limit, although they may be available for the payment of debt service. In addition, the portion of sales and use tax allocated to COFINA is not included as internal revenues consistent with the legislation creating COFINA, which transfers ownership of such portion of the sales and use tax to COFINA and provides that such portion is not "available resources" under the constitutional provisions relating to the payment of debt service. At June 30, 2013, the Commonwealth is in compliance with the debt limitation requirement.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

**(c)**   *Bonds Payable*

The Constitution of the Commonwealth provides that public debt will constitute a first claim on the available revenue of the Commonwealth. Public debt includes general obligations and revenue bonds of the Commonwealth and any payment required to be made by the Commonwealth under its guarantees of bonds issued by blended or discretely presented component units. The full faith, credit, and taxing power of the Commonwealth are irrevocably pledged for the prompt payment of the principal and interest of the general obligation bonds.

Act No. 83 of August 30, 1991, as amended, provides for the levy of an annual special tax of 1.03% of the assessed value of all real and personal property not exonerated from taxation. The levy is made by Municipal Revenue Collection Center (known as CRIM, its Spanish acronym), a municipal corporation, not a component unit of the Commonwealth. CRIM is required to remit the 1.03% of property tax collected to the Commonwealth to be used by the Commonwealth's debt service fund for payment of debt service on general obligations and revenue bonds of the Commonwealth. During the year ended June 30, 2013, the total revenue and receivable reported by the Commonwealth amounted to approximately $102.8 million and $31.0 million, respectively, which are included in the debt service fund.

For financial reporting purposes, the outstanding amount of bonds represents the total principal to be repaid, plus unamortized premiums and interest accreted on capital appreciation bonds, less unaccreted discount and deferred refunding losses.

Bonds payable outstanding at June 30, 2013, including accreted interest on capital appreciation bonds, are as follows (expressed in thousands):

(Continued)

### COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| | General obligation bonds | Revenue bonds | Total |
|---|---|---|---|
| Term bonds payable through 2042; interest payable monthly or semiannually at rates varying from 0.13% to 6.50% | $    5,200,588 | 8,229,077 | 13,429,665 |
| Serial bonds payable through 2042; interest payable monthly or semiannually at rates varying from 0.13% to 6.75% | 5,316,060 | 1,874,587 | 7,190,647 |
| Fixed rate bonds payable through 2057; interest payable at rates varying from 3.38% to 6.50% | — | 5,871,382 | 5,871,382 |
| Capital appreciation bonds payable through 2056; no interest rate, yield ranging from 3.75% to 7.48%. (1) | 174,630 | 4,895,143 | 5,069,773 |
| Special Tax Revenue Bonds payable through 2046; interest payable or accreted semiannually at rates varying from 4% to 5.5% | — | 1,840,793 | 1,840,793 |
| Mental Health Infrastructure Revenue Bonds payable through 2038; interest payable semiannually at rates varying from 5.6% to 6.5% | — | 37,800 | 37,800 |
| The Children's Trust Fund tobacco settlement asset-backed bonds payable through 2057; interest payable or accreted semiannually at rates varying from 4.25% to 8.375% | — | 1,399,632 | 1,399,632 |
| Capital Fund Program Bonds, maturing in various dates payable through 2025; interest payable semiannually at rates varying from 2.00% to # | — | 468,505 | 468,505 |
| LIBOR-Based Adjustable Rate Bonds due on August 1, 2057; interest payable quarterly (1.11% at June 30, 2013) | — | 136,000 | 136,000 |
| Total | 10,691,278 | 24,752,919 | 35,444,197 |
| Unamortized premium (discount), net | 108,255 | 70,752 | 179,007 |
| Deferred refunding loss, net | (219,895) | (152,125) | (372,020) |
| Total bonds payable | $    10,579,638 | 24,671,546 | 35,251,184 |

(1)   Revenue bonds include $848 million capital appreciation bonds convertible to fixed rate interest bonds on August 1, 2016; August 1, 2019; and August 1, 2020.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

As of June 30, 2013, debt service requirements for general obligation and revenue bonds outstanding, including accreted interest of capital appreciation bonds are as follows (expressed in thousands):

| Year ending June 30 | Principal | Interest | Interest subsidy (1) | Total |
|---|---|---|---|---|
| 2014 | $   827,410 | 1,508,040 | 3,835 | 2,339,285 |
| 2015 | 855,700 | 1,488,280 | 3,835 | 2,347,815 |
| 2016 | 573,035 | 1,461,016 | 3,835 | 2,037,886 |
| 2017 | 626,390 | 1,160,449 | 3,835 | 1,790,674 |
| 2018 | 560,770 | 1,451,088 | 3,835 | 2,015,693 |
| 2019 – 2023 | 3,380,895 | 7,100,061 | 19,173 | 10,500,129 |
| 2024 – 2028 | 4,423,987 | 6,294,777 | 19,173 | 10,737,937 |
| 2029 – 2033 | 6,470,427 | 5,407,279 | 19,173 | 11,896,879 |
| 2034 – 2038 | 7,863,775 | 3,692,688 | 19,173 | 11,575,636 |
| 2039 – 2043 | 10,728,650 | 1,712,620 | 16,297 | 12,457,567 |
| 2044 – 2048 | 7,300,615 | 381,127 | — | 7,681,742 |
| 2049 – 2053 | 5,808,191 | 313,365 | — | 6,121,556 |
| 2054 – 2058 | 14,104,333 | 274,535 | — | 14,378,868 |
| Total | 63,524,178 | 32,245,325 | 112,164 | 95,881,667 |
| Less unaccreted interest | (28,079,981) | | | |
| Plus unamortized premium, net | 179,007 | | | |
| Less deferred refunding loss, net | (372,020) | | | |
| Total | $   35,251,184 | | | |

(1)   Sales Tax Revenue Bonds, First Subordinate Series 2010D and 2010E were issued as Build America Bonds. COFINA will receive a subsidy payment from the federal government equal to 35% and 45%, respectively, of the amount of each interest payment. On June 24, 2013, the IRS sent notice that 8.7% of the subsidy payment on the Build America Bonds will be sequestered due to adjustments of the Federal Government budget.

The table that follows represents governmental activities debt service payments on certain general obligation and revenue variable-rate bonds and the net payments on associated hedging derivative instruments (see note 20) as of June 30, 2013. Although interest rates on variable rate debt and the current reference rates of hedging derivative instruments change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rates of hedging derivative instruments at June 30, 2013 will remain the same for their term.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| Year ending June 30 | Variable-Rate Bonds | | Hedging Derivative Instruments, Net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2014 | $ — | 5,854 | 16,093 | 21,947 |
| 2015 | — | 5,854 | 16,093 | 21,947 |
| 2016 | — | 5,854 | 16,093 | 21,947 |
| 2017 | — | 5,854 | 16,093 | 21,947 |
| 2018 | — | 5,854 | 16,093 | 21,947 |
| 2019-2023 | 360,340 | 16,639 | 53,264 | 430,243 |
| 2024-2028 | 17,370 | 7,813 | 29,206 | 54,389 |
| 2029-2033 | 12,470 | 7,699 | 26,199 | 46,368 |
| 2034-2038 | — | 7,684 | 25,772 | 33,456 |
| 2039-2043 | — | 7,684 | 25,772 | 33,456 |
| 2044-2048 | — | 7,684 | 25,772 | 33,456 |
| 2049-2053 | — | 7,684 | 25,772 | 33,456 |
| 2054-2058 | 136,000 | 6,915 | 23,196 | 166,111 |
| Total | $ 526,180 | 99,072 | 315,418 | 940,670 |

COFINA's outstanding bonds are payable from amounts deposited in the Dedicated Sales Tax Fund in each fiscal year. The minimum amount to be deposited is the Pledged Sales Tax Base Amount, which for the fiscal year ended June 30, 2013, was $618,972,164. The Pledged Sales Tax Base Amount increases each fiscal year thereafter at a statutory rate of 4% up to $1,850,000,000. At June 30, 2013, the Pledged Sales Tax Base Amount, by year, is as follows (expressed in thousands):

| Year ending June 30 | Amount |
|---|---|
| 2014 | $ 643,731 |
| 2015 | 669,480 |
| 2016 | 696,260 |
| 2017 | 724,110 |
| 2018 | 753,074 |
| 2019-2023 | 4,242,049 |
| 2024-2028 | 5,161,101 |
| 2029-2033 | 6,279,269 |
| 2034-2038 | 7,639,690 |
| 2039-2043 | 9,050,807 |
| 2044-2048 | 9,250,000 |
| 2049-2053 | 9,250,000 |
| 2054-2058 | 9,250,000 |
| Total | $ 63,609,571 |

On April 30, 2013, COFINA issued its Bond Anticipation Notes Series 2013A, amounting to approximately $333.3 million.  The Series 2013A notes bear interest at 1.95% and mature on September 30, 2014.  The proceeds from the issuance of the Series 2013A notes were used to complete the funding of the Commonwealth's operating deficit for fiscal year 2013. Although not a bond, for practical purposes the Commonwealth has included this bond anticipation note within the aforementioned debt service requirements table for general obligation and revenue bonds.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

On August 1, 2008, Puerto Rico Housing Finance Authority (the Authority), a blended component unit of the GDB, issued Capital Fund Modernization Program Subordinate Bonds amounting to $384 million and Housing Revenue Bonds amounting to $100 million. The proceeds from the issuance on these bonds were mainly used to finance a loan (the Loan) to Vivienda Modernization 1, LLC (the LLC). The LLC will utilize moneys from the Loan for the purpose of financing a portion of the costs of the acquisition and modernization of various housing projects in the Commonwealth and paying certain transactional costs.

The LLC is a limited liability company created under the laws of the Commonwealth whose sole member is Vivienda Modernization Holdings 1, S.E. (the Sole Member or the Partnership), a civil partnership created under the laws of the Commonwealth and pursuant to a related Partnership Agreement. The Partnership was created on August 1, 2008 by the Department of Housing of the Commonwealth of Puerto Rico (DOH), in its capacity as the general partner (the General Partner) and Hudson SLP XL LLC, a Delaware limited liability company, as the Special Limited Partner (the Special Limited Partner) and Hudson Housing Tax Credit Fund XL LP, a Delaware limited partnership, as the Investment Partnership (the Investment Partnership); collectively with the Special Limited Partner, (the Limited Partners). The Partnership has been organized exclusively to be the sole member of the LLC, which entity has been formed to acquire, develop, rehabilitate, own, maintain and operate thirty three residential rental housing developments intended for rental to persons of low and moderate income. As part of these developments, LLC is intended to acquire a 99 year term Surface Right with respect to the related land and to acquire, develop, finance, rehabilitate, maintain, operate, lease and sell or otherwise dispose of each Apartment Complex, in order to obtain for the Partnership and its Partners statutory compliance, long-term appreciation, cash income, and tax benefits consisting, of tax credits and tax losses over the term hereof.

Profits, losses and tax credits are allocated in accordance with the Partnership Agreement. Profits and losses from operations and low-income housing tax credits in any year shall be allocated 99.98% to the Investment Partnership, 0.01% to the Special Limited Partner and 0.01% to the General Partner. As defined in the Partnership Agreement, certain transactions and occurrences warrant special allocations of profits and losses. All other losses shall be allocated to the extent allowable under Section 704(b) of the U.S. IRC.

Pursuant to the Partnership Agreement, the Limited Partners are required to provide capital contributions totaling approximately $235 million to the Partnership (Initial Projected Equity), subject to potential adjustment based on the amount of low-income housing credits ultimately allocated to the developments in addition to other potential occurrences as more fully explained in the Partnership Agreement. As of June 30, 2013, the Limited Partners have provided capital contributions totaling $126.6 million.

Pursuant to the Partnership Agreement, the General Partner is required to provide capital contributions totaling $10 million to the Partnership. Should the Partnership have not sufficient funds available to pay the outstanding balance of the developer fee thereof, as defined, the General Partner shall be required to provide additional capital contributions to the Partnership in an amount sufficient for the Partnership to pay such balance in full. The General Partner shall have no right or obligation to make any other capital contributions. As of June 30, 2013, the General Partner had provided no capital contributions. In addition, the DOH as general partner shall establish the Assurance Reserve

140                                          (Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Fund at initial closing in the amount of the initial capital contribution less $4 million (plus any initial capital contribution with respect to the apartment complexes). Amounts in the Assurance Reserve Fund shall be used, (i) upon the request of the General Partner, subject to the consent of the Special Limited Partner, or (ii) upon the direction to the Special Limited Partner, to meet financial obligations of the General Partner, other than for excess development costs, as provided in the Partnership Agreement. As of June 30, 2013, such reserve was maintained in the Partnership. The amount owed to the DOH for the assurance reserve fund as of June 30, 2013, amounted to $16.6 million.

On August 7, 2008, Puerto Rico Public Housing Administration (PHA) and the LLC entered into a Regulatory and Operating Agreement (the Agreement). PHA and the LLC have determined that it would be desirable for the public housing rental development to undergo comprehensive modernization (e.g. new floors, electrical wiring, plumbing, windows, doors, roofs and accessibility features) or development, which modernization or development will be undertaken and operated by the LLC.

On August 7, 2008, the LLC and the DOH entered into a Purchase and Sales Agreement through which the LLC acquired the surface rights of a property (the Property) and the improvement erected on such property consisting of buildings and construction in progress with a net book value and cost of $45.9 million and $110 million, respectively, from the DOH under those certain deeds of Constitution of Surface Rights and Transfer of Improvements dated August 7, 2008, which will require the LLC to rehabilitate or construct on the Property four thousand one hundred thirty-two (4,132) residential rental units (the Units or collectively the Development) all of which will receive the benefit of operating subsidy and benefit of low income housing tax credit under Section 42 of the Internal Revenue Code of 1986, as amended. Eighty-four (84) of the units, all of which will be located at the Brisas de Cayey II site, are to be newly constructed. The remaining units will be modernized.

Also, on August 7, 2008, the DOH entered into a loan agreement with the LLC in the amount of $102.9 million for the acquisition of the 33 residential rental properties (the deferred purchase price note). The LLC shall make payments equal to the amount of net available capital contributions, as defined, for the preceding calendar quarter.

The terms of the deferred purchase price note are described as set forth below:

| | |
|---|---|
| Commitment | $ 102,889,957 |
| Interest rate | 3.55% |
| Maturity date | Later of (i) funding of the last installment of the third capital contribution or (ii) August 7, 2013 |

The note shall be a full recourse liability of the LLC; however, none of the LLC's members has personal liability. As of June 30, 2013, the principal balance outstanding on the deferred purchase price note was approximately $8.8 million and accrued interest was approximately $552 thousand. At the same time, based on the Purchase and Sale Agreement, PHA received approximately $92.4 million from the LLC, which was used to pay eligible project expenses incurred by PHA on an interim basis to minimize the expenditure of 2003 tax exempt bonds that were ineligible for inclusion

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

in the credit transaction. In addition, PHA received approximately $18.1 million from the LLC for Capital Fund Bonds funds previously expensed by the PHA from June to July 2009.

PHA has entered into an Interagency Agreement dated August 7, 2008 with the DOH, in DOH's capacity as general partner of the Partnership, to delegate management and operational duties related to the Development to PHA as set forth in the Interagency Agreement. The LLC and PHA also intend that the units be developed, operated and managed so as to assure receipt by the LLC of the aforementioned economic and tax benefits to the full extent available to the LLC.

Additionally, on August 7, 2008, the LLC entered into a Master Developer Agreement with the DOH to perform services in connection with the development, rehabilitation, and modernization of certain housing projects (the Master Developer Agreement). Pursuant to the Master Developer Agreement, the DOH will earn a developer's fee in the amount of approximately $75 million for services performed and to be performed. Payment of the developer's fee shall be subject to the terms and conditions of Section 6(a) (i-iv) of the Master Developer Agreement. As of June 30, 2013, the LLC owed the DOH the amount of approximately $71.1 million.

Under the Partnership Agreement, projects which do not meet the final completion schedule or satisfy other completion, occupancy, rent attainment or tax-credit related requirements or other Investor Limited Partner conditions to capital contributions with respect to such projects as set forth in the Partnership Agreement may under certain conditions be required to be purchased by the DOH or its designee. In such case, the DOH or its designee would assume the portion of the Loan allocated to such project(s), including both moneys remaining to be disbursed and repayment obligations, and would become a new additional borrower under the loan agreement. The LLC would be released with respect to the amount of the Loan assumed. The DOH or its designee could also seek to obtain a limited partner (who might or might not be the original Investor Limited Partner) and tax credit equity contributions. Such transfer does not affect the obligation of the DOH to grant moneys to the Authority to fund the permanent loan. As a requirement of such purchase, the DOH or its designee is required to repay equity already contributed by the Investor Limited Partner, plus interest and a purchase premium.

The Commonwealth's bonds payable are subject to arbitrage regulations issued by the Internal Revenue Service of the United States of America, that require rebate to the federal government of excess investments earnings on tax-exempt debt proceeds if the yield on those earnings exceeds the effective yield on the related tax-exempt debt issued. Excess earnings must be rebated every five years or upon maturity of the debt, whichever is earlier. Arbitrage calculations resulted in no liability as of June 30, 2013.

(d)   **Commonwealth Appropriation Bonds**

Over the years, the GDB, as fiscal agent and the bank for the Commonwealth, had extended lines of credit, advances, and loans to several agencies and component units of the Commonwealth in order to finance their capital improvement projects and to cover their operational deficits at the time. At different points in time, these loans were refunded through the issuance of Commonwealth appropriation bonds issued by the Puerto Rico Public Finance Corporation (PFC), a blended component unit of the GDB, which serves only as a conduit for the issuance of the bonds.   The Commonwealth has recognized a mirror effect of these refundings by PFC over the years in its own

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

debt in proportion to the portion of the Commonwealth's notes included in such PFC refundings. Also, during more recent years, COFINA, through the issuance of bonds, has been used to repay certain other loans and existing appropriation bonds. COFINA is a blended component unit of the Commonwealth created in 2007 with the capacity to issue bonds to repay or refund advances from the GDB, the appropriation bonds referred to above, and other debt obligations, collectively referred as the extra constitutional debt.  There were no new activities of Commonwealth appropriation bonds during fiscal year 2013, other than the annual amortization of corresponding premiums and deferred refunding losses.

At June 30, 2013, the outstanding balance of the Commonwealth appropriation bonds pertaining to the primary government (i.e. excluding the balance pertaining to discretely presented component units), consists of the following obligations (expressed in thousands):

| | | |
|---|---|---|
| Act. No. 164 restructuring | $ | 420,405 |
| Puerto Rico Maritime Shipping Authority (PRMSA) | | 118,168 |
| Total Commonwealth appropriation bonds | $ | 538,573 |

**Act No. 164 Restructuring** – On December 17, 2001, Act No. 164 was approved, which authorized certain government agencies and discretely presented component units to refund approximately $2.4 billion of their outstanding obligations with the GDB, for which no repayment source existed, over a period not exceeding 30 years, and to be repaid with annual Commonwealth appropriations not to exceed $225 million. This refunding was originally executed with Commonwealth appropriation bonds through several Series issued by PFC during the period between December 2001 and June 2002. Subsequently, additional refundings (current and advance) and/or redemptions of Act No. 164 restructuring have been executed through PFC and COFINA bond issuances.

Approximately $420.4 million of the Commonwealth Appropriation bonds outstanding at June 30, 2013, belong to the primary government under Act No. 164, consisting of the Department of Health of the Commonwealth (health reform financing and other costs), the Department of the Treasury of the Commonwealth (originally the fiscal year 2001 deficit financing and the obligation assumed for defective tax liens), and the one attributed to PRIFA, which effective July 1, 2012 became a blended component unit of the Commonwealth pursuant the adoption of GASB No. 61, as previously described in note 1(b).  The outstanding balance of Commonwealth Appropriation bonds related to Act No. 164, bears interest at rates ranging from 3.10% to 6.50%. Debt service requirements in future years are as follows (expressed in thousands):

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| Year ending June 30: | Principal | Interest | Total |
|---|---|---|---|
| 2014 | $ — | 22,443 | 22,443 |
| 2015 | — | 22,443 | 22,443 |
| 2016 | 25,684 | 21,779 | 47,463 |
| 2017 | 20,836 | 21,048 | 41,884 |
| 2018 | 21,554 | 20,254 | 41,808 |
| 2019 – 2023 | 121,535 | 86,436 | 207,971 |
| 2024 – 2028 | 113,679 | 64,856 | 178,535 |
| 2029 – 2033 | 132,947 | 8,647 | 141,594 |
| Total | 436,235 | $ 267,906 | 704,141 |
| Plus unamortized premium | 4,016 | | |
| Less deferred refunding loss | (19,846) | | |
| Total | $ 420,405 | | |

**Puerto Rico Maritime Shipping Authority (PRMSA)** – A promissory note payable owed by PRMSA to the GDB was assumed by the Commonwealth in connection with the sale of the maritime operations of PRMSA. Commonwealth appropriation bonds, 2003 Series B and 2004 Series B were issued to refund this liability, which were refunded most recently in June 2012 with the issuance of PFC 2012 Series A bonds.

The bond balance bears interest at a variable rate ranging from 3.10% to 5.35%. Debt service requirements in future years are as follows (expressed in thousands):

| Year ending June 30: | Principal | Interest | Total |
|---|---|---|---|
| 2014 | $ — | 6,837 | 6,837 |
| 2015 | — | 6,837 | 6,837 |
| 2016 | — | 6,837 | 6,837 |
| 2017 | — | 6,837 | 6,837 |
| 2018 | — | 6,837 | 6,837 |
| 2019 – 2023 | — | 34,186 | 34,186 |
| 2024 – 2028 | 83,384 | 19,524 | 102,908 |
| 2029 – 2032 | 48,310 | 8,185 | 56,495 |
| Total | 131,694 | $ 96,080 | 227,774 |
| Less deferred refunding loss | (13,526) | | |
| Total | $ 118,168 | | |

**(e)**   *Advance Refunding, Defeased Bonds, and Refunding of Commonwealth Appropriation Bonds*

In prior years, the Commonwealth defeased certain general obligation and other bonds by placing the proceeds of the bonds in an irrevocable trust to provide for all future debt service payments on the

144                                                                                          (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

refunded bonds. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the basic financial statements. At June 30, 2013, approximately $676.9 million of bonds outstanding from prior years' advance refunding are considered defeased.

PBA has defeased certain revenue bonds in prior years by placing the proceeds of new bonds in an irrevocable trust to provide for all future debt service payments on the old debts. Accordingly, the trust's account assets and liabilities for the defeased bonds are not included in the statement of net assets (deficit). As of June 30, 2013, approximately $619.1 million of PBA's bonds are considered defeased.

During prior years, COFINA issued certain refunding bonds, the proceeds of which were placed in an irrevocable trust to provide for all future debt service payments on the refunded COFINA Series 2009A and 2009B bonds. The outstanding balance of the advance refunded bonds was $91.2 million at June 30, 2013.

**(f)**   *Notes Payable to Component Units and Others*

The Commonwealth financed certain long term liabilities through the GDB and other component units, mostly within governmental activities. The outstanding balance at June 30, 2013 on the financing provided by the GDB and other component units within governmental activities comprises the following (expressed in thousands):

| | | |
|---|---|---:|
| GDB: | | |
| Department of the Treasury | $ | 1,337,412 |
| Special Communities Perpetual Trust | | 360,403 |
| Office of Management and Budget | | 212,131 |
| Public Buildings Authority | | 336,144 |
| Department of Education | | 110,365 |
| Department of Transportation and Public Works | | 82,611 |
| Department of Agriculture | | 67,311 |
| Correction Administration | | 55,338 |
| Department of Justice | | 51,945 |
| Department of Health | | 45,717 |
| Puerto Rico Infrastructure Financing Authority | | 43,219 |
| Police Department | | 33,012 |
| Department of Housing | | 28,205 |
| Office of the Superintendent of the Capitol | | 25,413 |
| Puerto Rico Court Administration Office | | 13,102 |
| Department of Recreation and Sports | | 9,596 |
| Office of Veterans' Affairs | | 290 |
| Notes payable to GDB | $ | 2,812,214 |
| | | |
| Other components units: | | |
| Health facilities agreement payable to the UPR's | | |
| Medical Sciences Campus | $ | 11,920 |
| Notes payable to other component units | $ | 11,920 |

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

As of June 30, 2013, the Department of the Treasury of the Commonwealth has entered into various lines of credit agreements with the GDB amounting to approximately $2.5 billion for different purposes as presented in the following table. The purpose, interest rate, maturity date, and amount outstanding under each individual agreement at June 30, 2013 consist of the following (expressed in thousands):

| Purpose | Interest rate | Maturity | Lines of credit | Outstanding balance |
|---|---|---|---|---|
| To pay certain monthly principal deposits required in connection with outstanding public with outstanding public improvement bonds and public improvement refunding bonds | 150 bp over PRIME, but not less than 6% | June 30, 2042 | $ 600,433 | $ 600,433 |
| To finance payroll and operational expenditures of the Commonwealth for fiscal year 2006 | 5.50% | June 30, 2036 | 741,000 | 220,725 |
| Resources to meet appropriations in annual budget of the Commonwealth (fiscal year 2004) and federal programs expenditures | 125 bp over 3 month LIBOR | June 30, 2018 | 640,000 | 143,951 |
| To pay lawsuits against the Commonwealth and to assign $15.3 million to Labor Development Administration for operational expenses | 6.00% | June 30, 2018 | 160,000 | 154,821 |
| To finance capital improvements projects of agencies and municipalities | 150 bp over GDB's commercial paper rate | June 30, 2019 | 130,000 | 87,065 |
| To finance capital improvements of several governmental agencies | 7.00% | June 30, 2018 | 105,000 | 71,732 |
| Resources to cover the operational needs of the catastrophic disasters fund (fiscal year 2004) of the Puerto Rico Health Insurance Administration and the Department of the Family | 125 bp over 3 month LIBOR | September 30, 2015 | 79,930 | 42,704 |
| To pay invoices presented to the Treasury Department related to Act No.171 "Ley de Manejo de Neumátuicos" | 6.00% | June 30, 2019 | 22,100 | 8,539 |
| Acquisition of Salinas Correctional Facilities | 125 bp over 3 month LIBOR | June 30, 2018 | 15,000 | 7,442 |
| Total | | | $ 2,493,463 | 1,337,412 |

On November 21, 2002, Resolution No. 1028 from the Legislature of the Commonwealth authorized the GDB to provide a line of credit financing for $500 million to the Special Communities Perpetual Trust for the construction and rehabilitation of housing; construction and improvements of electric, water and sewage systems; repair and improvements of streets and sidewalks; construction and improvement of recreational facilities; and to encourage the attempts to develop initiatives for economic-auto-sufficiency for the residents of a selected group of displaced and economically disadvantaged communities, all encompassed within the Special Communities Program initiated with the creation of the Special Communities Perpetual Trust by Act No. 271 of November 21, 2002. This non-revolving line of credit, originally for a ten year term, was extended on June 30, 2012 to a

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

maturity date of June 30, 2040. Effective October 2009, the interest rate on this line was set at 7%. Annual payments on the line are determined using a 30-year amortization table based on the principal and interest balance as of December 31 of each year, and a 4% interest penalty is carried on late payments. Legislative Resolution No. 1762 of September 18, 2004 established that the principal plus accrued interest of this line would be repaid from Commonwealth's appropriations as established by the OMB. The outstanding balance of this line at June 30, 2013 amounted to $360.4 million.

On May 23, 2012, the Office of Management and Budget of the Commonwealth (OMB) entered into a $100 million line of credit agreement with the GDB to cover costs of the implementation of the third phase of Act No. 70 of 2010. Borrowings under this line of credit bear interest at prime rate plus 1.50% with a floor of 6%. The line of credit matures on July 31, 2027.  As of June 30, 2013, $65.1 million were outstanding.  On June 5, 2006, the Office of Management and Budget entered into a $150 million line of credit agreement with the GDB to provide economic assistance for disasters and emergencies. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR and were payable upon the original maturity of the line of credit on September 30, 2011.  On July 22, 2011, the Office of Management and Budget and the GDB amended the $150 million line of credit agreement to extend its maturity date to July 30, 2022.   In addition, the agreement was converted to a revolving line of credit bearing interest at 150 basis points over prime rate, but in no event shall such rate be less than 6% per annum.  As of June 30, 2013, approximately $147.1 million were outstanding.

During July 2012, the PBA executed two Loan Agreements with the GDB in which the PBA may borrow up to $174.7 million.  Borrowings under this agreement are to be used to provide financing for all or a portion of the interest and principal component of certain of its outstanding revenue and revenue refunding bonds coming after 12 months after the date of the line first draw. The agreement is due on December 2013. Interest on outstanding borrowings is charged at the cost of the GDB Lender cost plus 150 basis points, but in any event the rate will not be less than 6% at any time (6% at June 30, 2013). This loan was approved in accordance with Resolution 1684 adopted July 2012. Principal outstanding will be paid from the proceeds of revenue bonds to be issued by the PBA under Section 209 of Resolution 468, Resolution 158 and Resolution 77. At June 30, 2013, the PBA had a balance outstanding of approximately $174.7 million. On August 18, 2010, the GDB provided to the PBA a non-revolving credit facility in the maximum principal amount of $93.6 million bearing interest at a fluctuating annual rate equal to Prime plus 1.50%, provided that such interest shall not be less than 6%, or at such other rate determined by the GDB. The proceeds of the facility were used for construction projects development. The loan is due on June 30, 2014 and will be payable from the proceeds of future revenue refunding bond issuance of the PBA. As of June 30, 2013, $41.3 million were outstanding. The PBA also maintains a $75 million line of credit agreement with the GDB for payment of operational expenses. Borrowings under this line of credit agreement bear interest at a fixed rate of 7%, and are payable upon maturity on June 30, 2018. As of June 30, 2013, $67.2 million were outstanding. In addition, on May 2, 2008, the PBA executed two Loan Agreements with the GDB for the interim financing of its Capital Improvement Program in an amount not to exceed $226 million, bearing interest at 6%. The loans and the accrued interest are due on June 30, 2014 and will be repaid from the proceeds of the future revenue refunding bond issuance of the PBA. The loans are divided

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

into $209 million on a tax exempt basis and $16.9 million on a taxable basis. As of June 30, 2013, $52.9 million were outstanding.

On February 6, 2003, the Department of Education of the Commonwealth entered into a $25 million line of credit agreement with the GDB for the purchase of equipment and for school improvements. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR, and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2013, $4.8 million was outstanding. On August 4, 2002, the Department of Education of the Commonwealth entered into an additional $140 million line of credit agreement with the GDB in order to reimburse the Department of the Treasury of the Commonwealth for payments made on their behalf for state funds used to fund federal program expenditures. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2013, $105.6 million still remains outstanding related to this line of credit agreement. The line of credit is expected to be repaid upon collection of the federal grants.

The Department of Transportation and Public Works of the Commonwealth entered into four line of credit agreements with the GDB amounting to $118 million for improvement and maintenance of roads around the island. Borrowings under these lines of credit bear interest at a 7% rate and are payable upon maturity of the line of credit on June 30, 2018. As of June 30, 2013, $82.6 million was outstanding.

On August 9, 1999, the Department of Agriculture of the Commonwealth entered into a $125 million non-revolving line of credit agreement with the GDB to provide economic assistance to the agricultural sector, which sustained severe damages caused by Hurricane Georges in 1998. As of February 24, 2004, the line of credit increased by $50 million resulting in a total amount of $175 million. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2013, $67.3 million were outstanding.

On October 2, 2002, the Department of Justice of the Commonwealth entered into a $90 million line of credit agreement with the GDB for the financing of 12 public improvement projects for the Municipality of Ponce pursuant to a court order. Borrowings under this line of credit agreement bear interest at variable rates and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2013, $18.4 million related to this line of credit agreement were outstanding. On August 8, 2005, the Department of Justice of the Commonwealth entered into an amended agreement to increase the aforementioned line of credit from $90 million to $110 million to cover various additional projects in Ponce, pursuant to the same court order. Borrowings under the new amended line of credit agreement bear interest at 7% rate and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2013, the balance outstanding under this amended line of credit agreement amounted to $33.5 million.

In August 2003, the Department of Health of the Commonwealth entered into a $30 million line of credit agreement with the GDB in order to repay certain outstanding debts that the PRMeSA had with other agencies and suppliers. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon maturity of the line of credit on June 30, 2018. As of June 30,

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

2013, $22.1 million related to this line of credit agreement were outstanding. On November 8, 2004, the Department of Health entered into an additional $58.5 million line of credit agreement with the GDB for the financing of a project of the Department of Health and PRMeSA. Borrowings under this line of credit agreement bear interest at variable rates based on 150 basis points over GDB's commercial paper rate and are payable upon the maturity of the line of credit on October 31, 2014. As of June 30, 2013, the outstanding balance of this line of credit agreement amounted to $20.1 million. On February 14, 2008, the Department of Health also entered into an additional $8 million line of credit agreement with the GDB to cover costs of treatment, diagnosis and supplementary expenses during fiscal year 2008 in conformity with Act 150. Borrowings under this line of credit agreement bear interest at variable rates based on 125 basis points over three month LIBOR and are payable upon maturity of the line of credit on June 30, 2040. As of June 30, 2013, the outstanding balance of this line of credit agreement amounted to $3.5 million.

On February 18, 2005, PRIFA entered into a $40 million credit agreement with the GDB for the construction of an auditorium for the Luis A. Ferré Fine Arts Center. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon maturity of the loan agreement on June 30, 2018. Principal and interest payments are being paid from Commonwealth's appropriations. As of June 30, 2013, $4.5 million related to this credit agreement were outstanding. On June 1, 2009, PRIFA entered into an additional revolving line of credit agreement with the GDB to provide financing for costs incurred by PRIFA under certain American Recovery and Reinvestment Act Programs (the ARRA programs). Borrowings under this line of credit agreement bear interest at variable rates based on 150 basis points over the prime rate and are payable upon the maturity of the line of credit on January 31, 2014. This line is being repaid from the cost reimbursements received from the federal government under the ARRA programs and Commonwealth's appropriations. As of June 30, 2013, the outstanding balance of this line of credit agreement amounted to $6.6 million. On March 8, 2012, PRIFA also entered into an additional $35 million line of credit agreement with the GDB for the acquisition, refurbishments and maintenance of certain real estate property that will be subsequently leased to the Commonwealth's Department of Justice. This credit facility is secured by a mortgage lien on the property and is payable from future Commonwealth's appropriations. Currently, the property is under refurbishment and has not been occupied by the intended tenant. This line of credit matures on June 30, 2017 and bears interest at 150 basis points over the prime rate, with a minimum interest rate of 6%. As of June 30, 2013, the outstanding balance of this line of credit agreement amounted to $32.1 million.

On July 29, 2004, the Police Department of the Commonwealth entered into a $48 million line of credit agreement with the GDB for the acquisition of vehicles and high technology equipment. Borrowings under this line of credit agreement bear interest based on the All Inclusive Total Interest Cost of the Medium Term Notes, Series B, plus a markup of 1.25% and are payable upon the maturity of the line of credit on September 30, 2014. The outstanding balance of this line of credit agreement amounted to $33 million at June 30, 2013.

On March 8, 2007, the Department of Housing entered into a $19 million line of credit agreement with the GDB, to reimburse the Puerto Rico Housing Financing Authority, a blended component unit of the GDB for certain advances made for the Santurce Revitalization Project. Borrowings under this line of credit agreement bear interest at a variable rate of three month LIBOR plus 1.25%, not to exceed 4% and are payable upon maturity of the line of credit on June 30, 2040. As of June 30,

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

2013, the line of credit has an outstanding balance of $8.1 million.  On December 3, 2007, the Department of Housing entered into an additional $30 million line of credit agreement with the GDB for the purchase of Juan C. Cordero Dávila building. Borrowings under this line of credit agreement bear interest based on 75 basis points over three month LIBOR and are payable upon maturity of the line of credit on February 28, 2038. As of June 30, 2013, $20.1 million related to this line of credit agreement were outstanding.

On May 12, 2004, the Correction Administration of the Commonwealth entered into a $60 million line of credit agreement with the GDB for improvements to certain correctional facilities. Borrowings under this line of credit agreement bear interest at a fixed 7% rate and are payable upon the maturity of the line of credit on June 30, 2018.  As of June 30, 2013, $12.1 million were outstanding.  In addition, on November 24, 2010, Correction Administration of the Commonwealth entered into an $80 million line of credit agreement with the GDB for the construction of a new correctional medical center. Borrowings under this line of credit agreement bear interest at a rate per annum equal to Prime Rate as such rate shall change from time to time, plus 150 basis points, effective as of each change in the Prime Rate, but in no event shall such rate be less than 6% per annum nor greater than 12% per annum and were payable originally upon the maturity of the line of credit on January 31, 2013.  During fiscal year 2013, the maturity of this line of credit was extended until June 30, 2040.  As of June 30, 2013, $43.2 million were outstanding.

On February 15, 2002, the Office of the Superintendent of the Capitol entered into a $35 million line of credit agreement with the GDB for the Office of the Superintendent of the Capitol parking's construction. Borrowings under this line of credit agreement bear interest at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2013, $16.1 million remained outstanding from the line of credit agreement. On February 9, 2012, the Office of the Superintendent of the Capitol entered into an additional $15 million line of credit agreement with the GDB for permanent improvements of existing buildings. Borrowings under this line of credit agreement bear interest at 150 basis points over Prime Rate and shall not be less than 6% nor greater than 12% per annum and are payable upon maturity of the line of credit on June 30, 2018. As of June 30, 2013, $9.3 million were outstanding.

On May 7, 2001, the Puerto Rico Court Administration Office (the Office) entered into a $49.4 million non-revolving line of credit agreement with the GDB for operating purposes. Borrowings under this line of credit agreement bear interest at a variable rate of three month LIBOR plus 1%, not to exceed 8%.  The Office must deposit $6 million a year, from the total fees collected on the filing of civil cases, in a special fund created by the Department of the Treasury of the Commonwealth, which is pledged for repayment until July 31, 2015. As of June 30, 2013, approximately $13.1 million remains outstanding.

On January 18, 2005, the Department of Recreation and Sports of the Commonwealth (DRS) entered into a $17.2 million line of credit agreement with the GDB for the development of a series of recreational projects at different municipalities. Borrowings under this line of credit agreement bear interest based on 150 basis points over GDB's commercial paper rate and are payable upon the maturity of the line of credit on June 30, 2018.  As of June 30, 2013, $0.5 million were outstanding. Also, on February 9, 2004, the DRS entered into a $16 million line of credit agreement with the GDB for the development and improvement of recreational facilities. Borrowings under this line of

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

credit agreement bear interest on the unpaid principal amount of each advance at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. As of June 30, 2013, $0.5 million were outstanding. An additional line of credit agreement was entered into between the GDB and the DRS in the maximum principal amount of $17.6 million bearing interest on the unpaid principal amount of each advance at a fixed rate of 7% and are payable upon the maturity of the line of credit on June 30, 2018. The line of credit proceeds were used for development and improvement of recreational facilities. As of June 30, 2013, $8.6 million were outstanding.

On February 14, 2012, the Office of Veterans' Affairs entered into a $7.5 million line of credit agreement with the GDB for betterments to the Veterans' House in Juana Diaz and for phase I of the Veterans' Graveyard Construction. Borrowings under this line of credit agreement bear interest at a rate that will not be less than 6% nor greater than 12% per annum and are payable upon maturity of the line of credit on March 31, 2015. As of June 30, 2013, $290 thousand were outstanding.

As of July 1, 1999, debts of approximately $102 million payable to UPR, a discretely presented component unit, in relation to outstanding noninterest bearing debt accumulated in prior years by Health Facility and Services Administration (HFSA) were transferred to the Commonwealth. On September 7, 2004, additional debts of approximately $71.2 million were also restructured and combined with the previous financing arrangement. As of June 30, 2013, $1.9 million remains outstanding of this arrangement. The Commonwealth has also agreed to pay the UPR $20 million related to Commonwealth legislative scholarships for fiscal years 2008 and 2009, which are payable in annual installments of $5 million. As of June 30, 2013, $10 million remains outstanding. Future amounts required to pay principal balances at June 30, 2013 are expected to be as follows (expressed in thousands):

| Year ending June 30: | | |
|---|---|---|
| 2014 | $ | 6,920 |
| 2015 | | 5,000 |
| Total | $ | 11,920 |

The noninterest bearing note payable to PREPA, a discretely presented component unit, consisted of a fuel adjustment subsidy due by the Commonwealth and the refinancing during 2004 of other accumulated debt by the Commonwealth's agencies with PREPA. The outstanding balance of $6.3 million existing at June 30, 2012 was fully repaid during fiscal year 2013.

The Commonwealth has also financed a long term liability through the GDB within its business type activities, with a line of credit agreement to Puerto Rico Medical Services Administration (PRMeSA), a component unit that became blended effective July 1, 2012. On October 14, 2010, the Legislature of the Commonwealth approved a new article 9A to Act No. 66 of June 22, 1978, by which it authorized PRMeSA to incur on an obligation of up to $285 million to be deposited in a special GDB account and to be used for payment of debts to suppliers, agencies and a reserve fund for self-insurance of PRMeSA, and to provide operational liquidity to ease PRMSA's fiscal situation. The GDB was named fiscal agent to administer and monitor the use of these funds. The Commonwealth will honor the payment of this obligation with appropriations to be made every year until fiscal year 2023-2024. Borrowings under this line of credit agreement bear interest at variable

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

rates based on 150 basis points over the prime rate.  As of June 30, 2013, $273.3 million were outstanding.

With the exception of a few lines of credit having a defined source of repayment, the remaining lines of credit described above used Commonwealth appropriations as the source of repayment until June 30, 2007. Beginning in fiscal year 2008, these lines of credit were repaid or refunded with a combination of Commonwealth appropriations and COFINA under the mechanism described in note 12(d).

**(g)**   *Compensated Absences*

Long term liabilities include approximately $1.5 billion and $18.0 million of accrued compensated absences recorded as governmental and business type activities, respectively, at June 30, 2013.

**(h)**   *Net Pension Obligation*

The amount reported as net pension obligation in the governmental activities of approximately $13.1 billion at June 30, 2013, represents the cumulative amount owed by the Commonwealth for the unfunded prior years' actuarially required pension contributions to the ERS, JRS, and TRS (collectively known as the pension plans) (see note 17).

**(i)**   *Net Postemployment Benefit Obligation*

The amount reported as net postemployment benefit obligation in the governmental activities and business-type activities of approximately $278.3 million and $1.6 million, respectively, at June 30, 2013 represents the cumulative amount owed by the Commonwealth for the unfunded prior years' actuarially required other postemployment benefit contributions to the ERS MIPC, JRS MIPC, and TRS MIPC (see note 18) in the case of governmental activities and to other postemployment plans in the case of business-type activities.

**(j)**   *Unpaid Lottery Prizes*

The amount reported as unpaid lottery prizes represents the lottery prizes payable of the Lottery of Puerto Rico (commonly known as Traditional Lottery) and the Additional Lottery System (commonly known as Lotto) jointly known as the Lottery Systems at June 30, 2013. The minimum annual payments related to unpaid awards of both lotteries are as follows (expressed in thousands):

| Year ending June 30: | | Principal | Interest | Total |
|---|---|---|---|---|
| 2014 | $ | 49,489 | 10,132 | 59,621 |
| 2015 | | 19,583 | 9,950 | 29,533 |
| 2016 | | 17,398 | 10,034 | 27,432 |
| 2017 | | 15,359 | 9,927 | 25,286 |
| 2018 | | 13,245 | 9,457 | 22,702 |
| 2019 – 2023 | | 41,067 | 35,784 | 76,851 |
| 2024 – 2028 | | 16,385 | 16,040 | 32,425 |
| 2029 – 2032 | | 3,666 | 3,001 | 6,667 |
| Total | $ | 176,192 | 104,325 | 280,517 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

The minimum annual payments related to unpaid awards of Lotto include an unclaimed prizes liability of approximately $13.6 million at June 30, 2013, which is reported as prizes payable – current portion.

The liability for unpaid lottery prizes is reported in the accompanying statement of net position – business – type activities and statement of net position – proprietary funds.

**(k)**   *Claims Liability for Insurance Benefits*

The Commonwealth provides unemployment compensation, occupational disability, and drivers' insurance coverage to public and private employees through various insurance programs administered by the Department of Labor and Human Resources of the Commonwealth. These insurance programs cover workers against unemployment, temporary disability, or death because of work or employment related accidents or because of illness suffered as consequence of their employment.

|  | Unemployment | | Other proprietary funds | | Totals | |
|---|---|---|---|---|---|---|
|  | 2013 | 2012 | 2013 | 2012 | 2013 | 2012 |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at July 1 | $ 72,161 | 85,784 | 833 | 554 | 72,994 | 86,338 |
| Total incurred benefits | 387,336 | 486,340 | 3,229 | 4,037 | 390,565 | 490,377 |
| Total benefit payments | (390,932) | (499,963) | (3,241) | (3,758) | (394,173) | (503,721) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at June 30 | $ 68,565 | 72,161 | 821 | 833 | 69,386 | 72,994 |

The Commonwealth establishes liabilities for incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. Insurance benefit claim liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors. The liability for insurance benefits claims is reported as insurance benefits payable in the accompanying statement of net position business type activities – and statement of net position proprietary funds. The liability as of June 30, 2013, amounts to approximately $69.4 million.

**(l)**   *Obligations under Capital Lease Arrangements*

The Commonwealth is obligated under capital leases with third parties that expire through 2038 for land, buildings, and equipment.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

The present value of future minimum capital lease payments at June 30, 2013 reported in the accompanying government-wide statement of net position is as follows (expressed in thousands):

| Year ending June 30: | | |
|---|---|---|
| 2014 | $ | 19,487 |
| 2015 | | 19,257 |
| 2016 | | 19,202 |
| 2017 | | 19,114 |
| 2018 | | 18,106 |
| 2019 – 2023 | | 85,707 |
| 2024 – 2028 | | 85,707 |
| 2029 – 2033 | | 65,346 |
| 2034 – 2038 | | 17,262 |
| Total future minimum lease payments | | 349,188 |
| Less amount representing interest costs | | (171,846) |
| Present value of minimum lease payments | $ | 177,342 |

Leased land, buildings, and equipment under capital leases in capital assets at June 30, 2013, include the following (expressed in thousands):

| Land | $ | 7,960 |
|---|---|---|
| Buildings | | 254,886 |
| Equipment | | 4,215 |
| Subtotal | | 267,061 |
| Less accumulated amortization | | (63,890) |
| Total | $ | 203,171 |

Amortization charge applicable to capital leases and included within depreciation expense of capital assets amounted to $6.5 million in 2013.

**(m)** *Termination Benefits Payable*

Voluntary Termination Benefits – On July 2, 2010, the Commonwealth enacted Act No. 70 to establish a program that provides early retirement benefits or economic incentives for voluntary employment termination to eligible employees, as defined. Act No. 70 applies to agencies and component units whose budgets are funded in whole or in part by the General Fund.

Act No. 70 established that early retirement benefits (early retirement program) will be provided to eligible employees that have completed between 15 to 29 years of credited services in the Retirement System and will consist of biweekly benefits ranging from 37.5% to 50% of each employee's salary,

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

as defined. Pursuant to Act No. 70, the Commonwealth, as employer, will continue making the applicable employer contributions to the Retirement System, as well as covering the annuity payments to the employees opting for the early retirement, until both the years of service and age requirements for full vesting would have occurred, at which time the applicable Retirement System will continue making the annuity payments.

Economic incentives are available to eligible employees who have less than 15 years of credited service in the Retirement System (incentivized resignation program) or who have at least 30 years of credited service in the Retirement System and the age for retirement or who have the age for retirement (incentivized retirement program). Economic incentives will consist of a lump sum payment ranging from one month to six month salary based on employment years.

Additionally, eligible employees that choose to participate in the early retirement program or in the incentivized resignation program are eligible to receive health plan coverage for up to 12 months in a health plan selected by management of the Commonwealth.

In addition, Act No. 70 allows certain component units of the Commonwealth that operate with their own resources to implement a similar program that provides benefits for early retirement or economic incentives for voluntary employment termination to eligible employees, as defined. The benefits and the requirements are the same provided by Act No. 70, except as follows: in the early retirement benefit program, the component unit will make the employee and the employer contributions to the Retirement System and pay the corresponding pension until the employee complies with the requirements of age and 30 years of credited service in the Retirement System; and in the incentivized retirement program, the component unit will make the employee and the employer contributions to the Retirement System for a five year period.

The following table summarized the financial impact resulting from the benefits granted to participants of Act No. 70 and similar programs in the government wide financial statements as of and for the year ended June 30, 2013 (expressed in thousands):

| | | Primary government | | | |
|---|---|---|---|---|---|
| Accrued voluntary termination | | Governmental activities | Business-type activities | Totals primary government | Component units |
| Benefits as of June 30, 2013: | | | | | |
| Current liabilities | $ | 101,178 | 733 | 101,911 | 11,765 |
| Noncurrent liabilities | | 993,263 | 5,659 | 998,922 | 223,853 |
| Total | $ | 1,094,441 | 6,392 | 1,100,833 | 235,618 |
| Expenses for the year ended June 30, 2013 | $ | 532,146 | 1,242 | 533,388 | 39,470 |

At June 30, 2013, unpaid long term benefits granted on Act No. 70 were discounted at interest rates that ranged from 0.80% to 2.90% at the primary government level and from 0.30% to 3.37% at the component units level.

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

By Act No. 70, the General Fund of the Commonwealth must appropriate on an annual basis funds necessary to cover the annual payments of Act No. 70 on certain components units. Discounted termination benefits payable of these component units amounted to approximately $85 million as of June 30, 2013.

**(n)   *Other Long Term Liabilities***

The remaining long term liabilities of governmental activities at June 30, 2013 include (expressed in thousands):

| | |
|---|---:|
| Liability for legal claims and judgments (note 16) | $ 1,639,698 |
| Liability to U.S. Army Corps of Engineers (note 10) | 202,657 |
| Accrued Employees' Christmas bonus | 132,456 |
| Liability for federal cost disallowances (note 16) | 68,252 |
| Liability to the Puerto Rico System of Annuities and Pensions for Teachers | 21,528 |
| Other | 32,081 |
| Total | $ 2,096,672 |

As described in note 10, the Commonwealth has a debt obligation with the U.S. Army Corps of Engineers in relation to its estimated allocated share of the construction costs associated with the Cerrillos Dam and Reservoir Project. Late in April 2011, the Commonwealth received a final debt agreement from the U.S. Army Corps of Engineers establishing a repayment schedule for its allocated share of the construction costs associated with the Cerrillos Dam and Reservoir Project, amounting to $214 million, excluding those costs for items built for recreational purposes. The unpaid allocated share of these construction costs amounted to $188 million, plus accrued interest of $43 million, at June 30, 2013 and it is payable on annual installment payments. The expected maturity date of this debt obligation is June 5, 2046. Due payments of principal and interest on this debt obligation, including late fees, amounted to $5 million and $43 million, respectively, at June 30, 2013 and were recorded in the accompanying the General Fund's financial statements as of June 30, 2013. This debt obligation bore interest at 6.063%.

On October 10, 2012, following a 30 days payment notice issued on August 15, 2012 by the U.S. Army Corps of Engineers to the Secretary of the Treasury of the Commonwealth demanding payment of the amounts due and payable for $190,164,357 associated with the Cerrillos Dam and Reservoir Project, the U.S. Army Corps of Engineers placed such debt into the U.S. Department of the Treasury Offset Program (the Offset Program). Upon placing this debt under the Offset Program, the U.S. Department of the Treasury withheld federal funding, otherwise directed to certain Commonwealth's agencies and instrumentalities recipients, in order to repay the aforementioned amount due on behalf of the U.S. Army Corps of Engineers. As interest penalties had continued to accrue, the balance that was subject to the Offset Program amounted to $190,644,452 at September 15, 2012. Through May 13, 2013, the amounts withheld under the Offset Program and applied to the debt amounted to $157.8 million. On May 15, 2013, the Secretary of the Treasury of the Commonwealth requested the U.S. Army Corps of Engineers an immediate stay of the Offset Program and the forgiveness of the cumulative penalty interests accrued since 1998. During the seven months period ended in May, 2013 (period during which the Offset Program was in place), the

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

Offset Program impacted the following federal programs (expressed in thousands):

| | | |
|---|---|---:|
| Rum Taxes Program | $ | 117,331 |
| Department of Education | | 36,918 |
| Regional Analytical Service Program | | 2,067 |
| Office of the Veteran's Ombudsman | | 1,042 |
| Others | | 458 |
| Total | $ | 157,816 |

On March 21, 2014, the US Army Corps of Engineers approved a new payment plan proposed by the Secretary of the Treasury for this debt obligation. This new payment plan consists of 33 annual payments of $7,076,760, including interests at 1.5%, from June 7, 2014 until June 7, 2046. As part of this new payment plan, the US Army Corps of Engineers waived all cumulative penalty interest and fees. The new payment plan reduces prospectively the total debt service amount reflected at June 30, 2013 on this debt obligation by approximately $232.3 million.

Debt service requirements on this debt obligation with fixed maturities at June 30, 2013 were as follows (expressed in thousands):

| | | Principal | Interest | Total |
|---|---|---:|---:|---:|
| **Year ending June 30:** | | | | |
| 2014 | $ | 9,290 | 2,747 | 12,037 |
| 2015 | | 4,395 | 2,682 | 7,077 |
| 2016 | | 4,461 | 2,616 | 7,077 |
| 2017 | | 4,527 | 2,550 | 7,077 |
| 2018 | | 4,595 | 2,482 | 7,077 |
| 2019 – 2023 | | 24,032 | 11,352 | 35,384 |
| 2024 – 2028 | | 25,889 | 9,495 | 35,384 |
| 2029 – 2033 | | 27,890 | 7,494 | 35,384 |
| 2034 – 2038 | | 30,045 | 5,339 | 35,384 |
| 2039 – 2043 | | 32,367 | 3,017 | 35,384 |
| 2044 – 2048 | | 20,609 | 620 | 21,229 |
| Total | $ | 188,100 | 50,394 | 238,494 |

In addition, the Commonwealth has a debt obligation of $14.6 million with the U.S. Army Corps of Engineers in relation to its estimated allocated share of the construction costs associated with the recreational part of the Cerrillos Dam and Reservoir Project, including accrued interest of approximately $4 million, at June 30, 2013. The final debt agreement with the U.S. Army Corps of Engineers for the recreational part of the Cerrillos Dam and Reservoir Project has not been finalized, and therefore, terms and conditions could differ from those estimated. The related debt is expected to be payable on annual installment payments over a 35 year period. However, the debt has been presented as a long term payable after one year in the accompanying statement of net position since the commencement date of repayment has not yet been determined.

(Continued)

### COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

The remaining other long-term liabilities within business-type activities at June 30, 2013 are composed primarily of accrued pension costs and accrued legal claims for approximately $18.3 million and $4.8 million, respectively.

**(o)**   *Fiduciary Funds*

On February 27, 2007, ERS's administration and the GDB, acting as ERS's fiscal agent (the Fiscal Agent), presented to the board of trustees, a financial transaction for the issuance of pension funding bonds in order to reduce ERS's unfunded actuarial accrued liability. The ERS authorized the issuance of one or more series of bonds (the ERS Bonds) in order to increase the funds available to pay pension benefits to certain of its beneficiaries and reduce its unfunded accrued actuarial pension liability. The ERS Bonds are limited, non-recourse obligations of the ERS, payable solely from and secured solely by a pledge of employer contributions made after the date of issuance of the first series of ERS Bonds, and from funds held on deposit with the Bank of New York Mellon (the Fiscal Agent). The ERS Bonds are not payable from contributions made to the ERS by participating employees, or from the assets acquired with the proceeds of the ERS Bonds, or from employer contributions released by the Fiscal Agent to the ERS after funding of required reserves, or from any other asset of the ERS. The ERS invested the proceeds of the ERS Bonds and used these investments and the earnings thereon to provide pension benefits to its beneficiaries.

On January 31, 2008, the ERS issued the first series of ERS Bonds, which consisted of approximately $1,589 million aggregate principal amount of Senior Pension Funding Bonds, Series A (the Series A Bonds). On June 2, 2008, the ERS issued the second of such series of ERS Bonds; which consisted of approximately $1,059 million aggregate principal amount of Senior Pension Funding Bonds, Series B (the Series B Bonds). Finally, on June 30, 2008, the ERS issued the third and final of such series of ERS Bonds, which consisted of approximately $300 million aggregate principal amount of Senior Pension Funding Bonds, Series C (the Series C Bonds). The following is a summary of changes in the bonds payable principal balance (expressed in thousands):

|  | Maturity | Balance at June 30, 2012 | Additions/ accretion | Balance at June 30, 2013 |
|---|---|---|---|---|
| 5.85% to 6.45% Term and Capital Appreciation Bonds Series A | 2023-2058 | $   1,602,749 | 3,713 | 1,606,462 |
| 6.25% to 6.55% Term and Capital Appreciation Bonds Series B | 2028-2058 | 1,129,989 | 20,479 | 1,150,468 |
| 6.15% to 6.50% Term and Capital Appreciation Bonds Series C | 2028-2043 | 300,848 | 188 | 301,036 |
| Bond discounts |  | (6,993) | 216 | (6,777) |
| Total |  | $   3,026,593 | 24,596 | 3,051,189 |

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

As of June 30, 2013, the outstanding principal balance of the ERS Bonds is as follows (in thousands):

| Description | | |
|---|---|---|
| Series A Bonds: | | |
| Capital Appreciation Bonds, maturing in 2028, bearing interest at 6.20% | $ | 62,692 |
| Term Bonds, maturing in 2023, bearing interest at 5.85% | | 200,000 |
| Term Bonds, maturing from 2031 through 2038, bearing interest at 6.15% | | 679,000 |
| Term Bonds, maturing from 2039 through 2042, bearing interest at 6.20% | | 332,770 |
| Term Bonds, maturing from 2055 through 2058, bearing interest at 6.45% | | 332,000 |
| Total Series A Bonds outstanding | | 1,606,462 |
| Series B Bonds: | | |
| Capital Appreciation Bonds, maturing from 2028 through 2030, bearing interest at 6.40% | | 194,401 |
| Capital Appreciation Bonds, maturing from 2031 through 2034, bearing interest at 6.45% | | 139,967 |
| Term Bonds, maturing in 2031, bearing interest at 6.25% | | 117,100 |
| Term Bonds, maturing from 2036 through 2039, bearing interest at 6.30% | | 270,000 |
| Term Bonds, maturing from 2055 through 2058, bearing interest at 6.55% | | 429,000 |
| Total Series B Bonds outstanding | | 1,150,468 |
| Series C Bonds: | | |
| Capital Appreciation Bonds, maturing in 2030, bearing interest at 6.50% | | 3,036 |
| Term Bonds, maturing in 2028, bearing interest at 6.15% | | 110,000 |
| Term Bonds, maturing in 2038, bearing interest at 6.25% | | 45,000 |
| Term Bonds, maturing in 2043, bearing interest at 6.30% | | 143,000 |
| Total Series C Bonds outstanding | | 301,036 |
| Total bonds outstanding | | 3,057,966 |
| Less bonds discount | | (6,777) |
| Bonds payable – net | $ | 3,051,189 |

**Series A Bonds** – The aggregate principal amount of the Series A Bonds issued amounted to approximately $1,589 million of which $1,544 million were issued as term bonds (the Series A Term Bonds) and $45 million were issued as capital appreciation bonds (the Series A Capital Appreciation Bonds). Interest in the Series A Term Bonds are payable monthly on the first day of each month. Interest on the Series A Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Capital Appreciation Bonds on each January 1 and July 1 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360 day year consisting of twelve 30 day months. The Series A Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series A Capital Appreciation Bonds, the accreted amount) of the Series A Bonds, plus accrued interest to the redemption date, and without premium.

159                                                         (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

In addition, the following Series A Term Bonds are subject to mandatory redemption in part commencing on July 1, 2021 to the extent of the sinking fund requirement for said bonds set forth below at a redemption price equal to 100% of the principal amount thereof plus accrued interest as follows (in thousands):

| Redemption Period | Subject Bonds | | Amount |
|---|---|---|---|
| July 1, 2021 | Term bonds maturing July 1, 2023 | $ | 50,000 |
| July 1, 2022 | Term bonds maturing July 1, 2023 | | 70,000 |
| July 1, 2023 | Term bonds maturing July 1, 2023 | | 80,000 |
| | Subtotal | | 200,000 |
| July 1, 2034 | Term bonds maturing July 1, 2038 | | 133,500 |
| July 1, 2035 | Term bonds maturing July 1, 2038 | | 133,500 |
| July 1, 2036 | Term bonds maturing July 1, 2038 | | 133,500 |
| July 1, 2037 | Term bonds maturing July 1, 2038 | | 133,500 |
| July 1, 2038 | Term bonds maturing July 1, 2038 | | 133,500 |
| | Subtotal | | 667,500 |
| | Total | $ | 867,500 |

ERS complied with the sinking fund requirements at June 30, 2013.

**Series B Bonds** – The aggregate principal amount of the Series B Bonds amounted to approximately $1,059 million of which $816 million were issued as term bonds (the Series B Term Bonds) and $243 million were issued as capital appreciation bonds (the Series B Capital Appreciation Bonds). Interest in the Series B Term Bonds are payable monthly on the first day of each month. Interest on the Series B Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Series B Capital Appreciation Bonds on each January 1 and July 1 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360 day year consisting of twelve 30 day months. The Series B Bonds are subject to redemption at the option of the ERS from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series B Capital Appreciation Bonds, the accreted amount) of the Series B Bonds, plus accrued interest to the redemption date, and without premium.

**Series C Bonds** – The aggregate principal amount of the Series C Bonds amounted to approximately $300 million of which $298 million were issued as term bonds (the Series C Term Bonds) and $2 million were issued as capital appreciation bonds (the Series C Capital Appreciation Bonds). Interest in the Series C Term Bonds are payable monthly on the first day of each month. Interest on the Series C Capital Appreciation Bonds are not payable on a current basis, but are added to the principal of the Series C Capital Appreciation Bonds on each January 1 and July 1 (Compounding Dates), and are treated as if accruing in equal daily amounts between Compounding Dates, until paid at maturity or upon redemption. Interest shall be computed on the basis of a 360 day year consisting of twelve 30 day months. The Series C Bonds are subject to redemption at the option of the ERS

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

from any source, in whole or in part at any time on or after July 1, 2018, at a redemption price equal to the principal amount (in the case of Series C Capital Appreciation Bonds, the accreted amount) of the Series C Bonds, plus accrued interest to the redemption date, and without premium.

In addition, the following Series C Term Bonds are subject to mandatory redemption in part commencing on July 1, 2024 to the extent of the sinking fund requirement for said bonds set forth below at a redemption price equal to 100% of the principal amount thereof plus accrued interest as follows (in thousands):

| Redemption Period | Subject Bonds | Amount |
|---|---|---|
| July 1, 2024 | Term bonds maturing July 1, 2028 | $ 18,700 |
| July 1, 2025 | Term bonds maturing July 1, 2028 | 22,000 |
| July 1, 2026 | Term bonds maturing July 1, 2028 | 29,150 |
| July 1, 2027 | Term bonds maturing July 1, 2028 | 36,300 |
| July 1, 2028 | Term bonds maturing July 1, 2028 | 3,850 |
| | Subtotal | 110,000 |
| July 1, 2029 | Term bonds maturing July 1, 2038 | 100 |
| July 1, 2030 | Term bonds maturing July 1, 2038 | 540 |
| July 1, 2031 | Term bonds maturing July 1, 2038 | 100 |
| July 1, 2032 | Term bonds maturing July 1, 2038 | 3,420 |
| July 1, 2033 | Term bonds maturing July 1, 2038 | 4,320 |
| July 1, 2034 | Term bonds maturing July 1, 2038 | 100 |
| July 1, 2035 | Term bonds maturing July 1, 2038 | 11,940 |
| July 1, 2036 | Term bonds maturing July 1, 2038 | 2,160 |
| July 1, 2037 | Term bonds maturing July 1, 2038 | 7,920 |
| July 1, 2038 | Term bonds maturing July 1, 2038 | 14,400 |
| | Subtotal | 45,000 |
| July 1, 2039 | Term bonds maturing July 1, 2043 | 28,600 |
| July 1, 2040 | Term bonds maturing July 1, 2043 | 28,600 |
| July 1, 2041 | Term bonds maturing July 1, 2043 | 28,600 |
| July 1, 2042 | Term bonds maturing July 1, 2043 | 28,600 |
| July 1, 2043 | Term bonds maturing July 1, 2043 | 28,600 |
| | Subtotal | 143,000 |
| | Total | $ 298,000 |

ERS complied with the sinking fund requirements at June 30, 2013.

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

Debt service requirements in future years on ERS's bonds as of June 30, 2013 are as follows (expressed in thousands):

| Year ending June 30: | | Principal | Interest | Total |
|---|---|---|---|---|
| 2014 | $ | — | 166,519 | 166,519 |
| 2015 | | — | 166,519 | 166,519 |
| 2016 | | — | 166,519 | 166,519 |
| 2017 | | — | 166,519 | 166,519 |
| 2018 | | — | 166,519 | 166,519 |
| 2019 – 2023 | | 120,000 | 823,233 | 943,233 |
| 2024 – 2028 | | 186,150 | 760,552 | 946,702 |
| 2029 – 2033 | | 1,054,405 | 725,324 | 1,779,729 |
| 2034 – 2038 | | 960,885 | 603,205 | 1,564,090 |
| 2039 – 2043 | | 730,070 | 320,472 | 1,050,542 |
| 2044 – 2048 | | 28,600 | 247,718 | 276,318 |
| 2049 – 2053 | | — | 247,568 | 247,568 |
| 2054 – 2058 | | 539,900 | 179,875 | 719,775 |
| 2059 | | 221,100 | 1,201 | 222,301 |
| | | 3,841,110 | 4,741,743 | 8,582,853 |
| Less unaccreted interest | | (783,144) | | |
| Less unamortized discount | | (6,777) | | |
| Total | $ | 3,051,189 | | |

**Pledge of Employer Contributions Pursuant to Security Agreement** – The ERS entered into a Security Agreement with the Fiscal Agent for the benefit of the bondholders, pursuant to which the ERS pledged to the Fiscal Agent, and granted the Fiscal Agent a security interest in employer contributions made after January 31, 2008, which was the date of issuance of the first series of bonds, and the funds on deposit with the Fiscal Agent under the various accounts established under the Pension Funding Bond Resolution (the Resolution).

The Resolution and the Security Agreement constitute a contract between the ERS and the Fiscal Agent, on behalf of owners of the bonds. The pledge, covenants and agreements of the ERS set forth in the Resolution and the Security Agreement shall be for the equal benefit, protection and security of the owners of the bonds, regardless of time or times of their issuance or maturity, and shall be of equal rank, without preference, priority or distinction of any of the bonds over any other bond, except as expressly provided in or permitted by the Resolution. Annual employer contributions that are made after January 31, 2008, which was the date of issuance of the first Series of bonds, in accordance with the Act and amounts on deposit in the different accounts created pursuant to the Resolution for the benefits of the owners of the bonds, are pledged for annual debt service requirements as established. The pledge is irrevocable so long as any bonds are outstanding under the terms of the Resolution.

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(p)**   *Discretely Presented Component Units*

Notes, bonds and appropriation bonds payable are those liabilities that are paid out of the component units' own resources. These obligations do not constitute a liability or debt of the primary government.

The outstanding balance of notes payable at June 30, 2013 is as follows (expressed in thousands):

| | Interest rates | Maturity through | Balance at June 30, 2012 | Additions | Reductions | Balance at June 30, 2013 | Due within one year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 1.59% – 6.97% | 2040 | $ 5,350,364 | 569,123 | 1,078,748 | 4,840,739 | 389,651 |
| Economic Development Bank for Puerto Rico | 2.25% – 7.23% | 2031 | 726,141 | 150,003 | 173,096 | 703,048 | — |
| Puerto Rico Ports Authority | Variable | 2027 | 93,300 | 1,487 | 76,214 | 18,573 | 6,789 |
| Puerto Rico Electric Power Authority | 3.25% – 4.375% | 2023 | 574,031 | 1,468,737 | 1,280,552 | 762,216 | 754,922 |
| Puerto Rico Trade and Export Company | 4.51% – 6.48% | 2034 | 390,531 | — | 19,119 | 371,412 | 520 |
| University of Puerto Rico | 3.25% – 5.50% | 2014 | 3,604 | — | 1,331 | 2,273 | 839 |
| Puerto Rico Industrial Development Company | 5.10% – 8.45% | 2024 | 92,732 | — | 6,574 | 86,158 | 7,044 |
| Puerto Rico Tourism Company | Variable | 2013 | 11,570 | 4,544 | — | 16,114 | 16,114 |
| State Insurance Fund Corporation | Variable | 2028 | 279,651 | — | 4,489 | 275,162 | 21,160 |
| Puerto Rico Metropolitan Bus Authority | 2.62% | 2015 | 37,048 | — | 2,503 | 34,545 | 2,503 |
| Agricultural Enterprises and Development Administration | 4.54% | 2013 | 1,830 | 36,341 | 18,772 | 19,399 | 19,399 |
| | | | $ 7,560,802 | 2,230,235 | 2,661,398 | 7,129,639 | 1,218,941 |

Debt service requirements on component units' notes payable with fixed maturities at June 30, 2013 were as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year ending June 30: | | | |
| 2014 | $ 1,218,941 | 271,725 | 1,490,666 |
| 2015 | 624,284 | 261,546 | 885,830 |
| 2016 | 705,433 | 234,765 | 940,198 |
| 2017 | 423,804 | 205,054 | 628,858 |
| 2018 | 284,083 | 181,052 | 465,135 |
| 2019 – 2023 | 2,281,203 | 487,498 | 2,768,701 |
| 2024 – 2028 | 1,192,966 | 125,344 | 1,318,310 |
| 2029 – 2033 | 328,242 | 55,132 | 383,374 |
| 2034 – 2038 | 50,846 | 12,981 | 63,827 |
| 2039 – 2040 | 19,837 | 2,473 | 22,310 |
| Total | $ 7,129,639 | 1,837,570 | 8,967,209 |

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Commonwealth appropriation bonds payable outstanding at June 30, 2013 are as follows (expressed in thousands):

| Component Unit | Interest rates | Maturity through | Balance at June 30, 2012 | Additions | Reductions | Balance at June 30, 2013 | Amounts due within one year |
|---|---|---|---|---|---|---|---|
| Puerto Rico Aqueduct and Sewer Authority | 3.10% – 6.15% | 2032 | $ 398,049 | 703 | 205 | 398,547 | — |
| Puerto Rico Tourism Company | 3.10% – 6.15% | 2032 | 43,484 | 78 | — | 43,562 | — |
| Land Authority of Puerto Rico | 3.10% – 6.50% | 2032 | 55,178 | 1,098 | — | 56,276 | — |
| Government Development Bank for Puerto Rico | 3.10% – 6.50% | 2032 | 3,427 | 8 | 4 | 3,431 | — |
| Solid Waste Authority | 3.10% – 6.50% | 2032 | 7,778 | 51 | — | 7,829 | — |
| Total Commonwealth appropriation bonds – component units | | | $ 507,916 | 1,938 | 209 | 509,645 | — |

Debt service requirements on the Commonwealth's appropriation bonds payable with fixed maturities at June 30, 2013 were as follows (expressed in thousands):

| | Principal | Interest | Total |
|---|---|---|---|
| Year ending June 30: | | | |
| 2014 | $ — | 29,123 | 29,123 |
| 2015 | — | 29,123 | 29,123 |
| 2016 | 10,601 | 28,925 | 39,526 |
| 2017 | 8,600 | 28,615 | 37,215 |
| 2018 | 8,895 | 28,295 | 37,190 |
| 2019 – 2023 | 50,160 | 135,477 | 185,637 |
| 2024 – 2028 | 164,146 | 120,053 | 284,199 |
| 2029 – 2033 | 280,409 | 27,789 | 308,198 |
| Premium | 7,784 | — | 7,784 |
| Deferred loss | (20,950) | — | (20,950) |
| Total | $ 509,645 | 427,400 | 937,045 |

164 (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

Bonds payable outstanding at June 30, 2013 are as follows (expressed in thousands):

| Component Unit | Interest rates | Maturity through | Balance at June 30, 2012 | Additions | Reductions | Balance at June 30, 2013 | Amount due within one year |
|---|---|---|---|---|---|---|---|
| Government Development Bank for Puerto Rico | 2.96% – 6.56% | 2039 | $ 607,766 | — | 137,202 | 470,564 | 35,832 |
| University of Puerto Rico | 5.0% – 5.75% | 2036 | 614,449 | — | 32,641 | 581,808 | 20,070 |
| Puerto Rico Municipal Finance Agency | 3.80% – 6.00% | 2031 | 1,003,532 | 1,647 | 96,647 | 908,532 | 101,580 |
| Puerto Rico Ports Authority | 2.75% – 6.0% | 2027 | 676,791 | 21,734 | 483,633 | 214,892 | — |
| Puerto Rico Aqueduct and Sewer Authority | 2.0% – 6.15% | 2050 | 4,097,149 | 48,583 | 21,553 | 4,124,179 | 16,900 |
| Puerto Rico Highways and Transportation Authority | 2.25% – 6.50% | 2046 | 4,893,002 | 30,049 | 190,225 | 4,732,826 | 101,875 |
| Puerto Rico Industrial Development Company | 5.10% – 6.75% | 2029 | 225,271 | 456 | 28,558 | 197,169 | 8,305 |
| Puerto Rico Convention Center District Authority | 4.00% – 5.00% | 2036 | 446,462 | — | 10,380 | 436,082 | 9,845 |
| Puerto Rico Electric Power Authority | 2.00% – 6.25% | 2042 | 8,311,689 | — | 185,056 | 8,126,633 | 399,215 |
| Total bonds payable- component units | | | $ 20,876,111 | 102,469 | 1,185,895 | 19,792,685 | 693,622 |

Debt service requirements on component units' bonds payable with fixed maturities at June 30, 2013 were as follows (expressed in thousands):

| Year ending June 30: | Principal | Interest | Total |
|---|---|---|---|
| 2014 | $ 693,622 | 980,028 | 1,673,650 |
| 2015 | 560,163 | 976,873 | 1,537,036 |
| 2016 | 807,217 | 945,161 | 1,752,378 |
| 2017 | 573,255 | 913,535 | 1,486,790 |
| 2018 | 1,694,173 | 2,139,707 | 3,833,880 |
| 2019 – 2023 | 3,472,812 | 3,631,606 | 7,104,418 |
| 2024 – 2028 | 3,611,663 | 2,724,007 | 6,335,670 |
| 2029 – 2033 | 2,813,496 | 1,915,443 | 4,728,939 |
| 2034 – 2038 | 3,284,832 | 1,115,602 | 4,400,434 |
| 2039 – 2043 | 1,416,611 | 445,903 | 1,862,514 |
| 2044 – 2048 | 694,689 | 110,351 | 805,040 |
| 2049 – 2050 | 20,760 | 1,608 | 22,368 |
| Premium | 540,510 | — | 540,510 |
| Discount | (213,647) | — | (213,647) |
| Deferred loss | (177,471) | — | (177,471) |
| Total | $ 19,792,685 | 15,899,824 | 35,692,509 |

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

The table that follows represents debt service payments on two component units' variable-rate bonds and the net payments on associated hedging derivative instrument as of June 30, 2013 (in thousands). Although interest rates on variable rate debt and the current reference rate of hedging derivative instrument change over time, the calculations included in the table below are based on the assumption that the variable rate and the current reference rate of the hedging derivative instrument on June 30, 2013 will remain the same for their term (expressed in thousands).

| Year ending June 30: | Variable-Rate Bonds | | Hedging derivative instruments, net | Total |
|---|---|---|---|---|
| | Principal | Interest | | |
| 2014 | $        — | 9,523 | 34,528 | 44,051 |
| 2015 | — | 9,523 | 34,528 | 44,051 |
| 2016 | — | 9,523 | 34,523 | 44,046 |
| 2017 | 88,465 | 9,523 | 115,258 | 213,246 |
| 2018 | 195,025 | 9,345 | 99,754 | 304,124 |
| 2019-2023 | 46,055 | 45,197 | 127,894 | 219,146 |
| 2024-2028 | 14,570 | 40,332 | 121,549 | 176,451 |
| 2029-2033 | 325,675 | 18,018 | 78,973 | 422,666 |
| 2034-2038 | — | 14,279 | 17,368 | 31,647 |
| 2039-2043 | — | 14,279 | — | 14,279 |
| 2044-2048 | 389,060 | 1,855 | — | 390,915 |
| Total | $ 1,058,850 | 181,397 | 664,375 | 1,904,622 |

Several component units have defeased certain revenue bonds by placing the proceeds of new bonds in irrevocable trusts to provide for all future debt service payments on the old debts. Accordingly, the trust accounts' assets and liabilities for the defeased bonds are not included in the statement of net position. As of June 30, 2013, the following bonds are considered defeased (expressed in millions):

| | Amount outstanding |
|---|---|
| Puerto Rico Electric Power Authority | $ 3,952 |
| Puerto Rico Highways and Transportation Authority | 1,980 |
| Puerto Rico Municipal Finance Agency | 299 |
| Total | $ 6,231 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

**(13)   Guaranteed and Appropriation Debt**

**(a)   *Guaranteed Debt***

The Commonwealth may provide guarantees for the repayment of certain borrowings of component units to carry out designated projects. At June 30, 2013, the following component unit debts are guaranteed by the Commonwealth (expressed in thousands):

|  | | Maximum guarantee | Outstanding balance |
|---|---|---|---|
| Blended component unit – Public Buildings Authority | $ | 4,721,000 | 4,196,675 |
| Discretely presented component units: | | | |
| Government Development Bank for Puerto Rico | | 267,000 | 267,000 |
| Puerto Rico Aqueduct and Sewer Authority | | 1,159,562 | 1,159,562 |
| Port of the Americas Authority | | 250,000 | 220,392 |
| Total | $ | 6,397,562 | 5,843,629 |

The Commonwealth has guaranteed the payments of rentals of its departments, agencies, and component units to the PBA, a blended component unit, under various lease agreements executed pursuant to the law that created the PBA. Such rental payments include the amounts required by the PBA for the payment of principal and interest on the guaranteed debt as authorized by law. The rental commitment to cover principal and interest on the guaranteed debt (excluding premiums and deferred refunding losses) as of June 30, 2013 and for the next five years and thereafter follows (expressed in thousands):

|  | | Principal | Interest | Total |
|---|---|---|---|---|
| Year ending June 30: | | | | |
| 2014 | $ | 72,595 | 200,167 | 272,762 |
| 2015 | | 76,760 | 194,488 | 271,248 |
| 2016 | | 82,000 | 190,244 | 272,244 |
| 2017 | | 86,125 | 185,685 | 271,810 |
| 2018 | | 90,905 | 179,678 | 270,583 |
| 2019-2023 | | 416,970 | 1,000,906 | 1,417,876 |
| 2024-2028 | | 512,015 | 870,096 | 1,382,111 |
| 2029-2033 | | 1,453,937 | 942,907 | 2,396,844 |
| 2034-2038 | | 747,695 | 307,200 | 1,054,895 |
| 2039-2043 | | 764,190 | 103,730 | 867,920 |
|  | $ | 4,303,192 | 4,175,101 | 8,478,293 |
| Less unamortized discounts on bonds outstanding | | (29,519) | | |
| Plus unamortized premium | | 48,153 | | |
| Less deferred loss on bonds defeased | | (125,151) | | |
| Total | $ | 4,196,675 | | |

Rental income of the PBA funds amounted to approximately $206 million during the year ended June 30, 2013, of which $75.5 million was used to cover debt service obligations.

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**Government Development Bank for Puerto Rico Remarketed Refunding Bonds** – The Commonwealth guarantees the Remarketed Refunding Bonds, Series 1985, issued by the GDB, a discretely presented component unit. The outstanding balance of these bonds amounted to $267 million at June 30, 2013. On August 1, 2008, the GDB repurchased the $267 million outstanding of its adjustable refunding bonds as a result of significant increases in the interest rate of these auction rate bonds. On December 30, 2009, the GDB remarketed and reissued these bonds at a fixed rate of 4.75%, maturing on December 1, 2015. These notes are subject to redemption at the option of the GDB on or after June 1, 2013 at a redemption price of 101% through May 31, 2014 and 100% after June 1, 2014.

**Puerto Rico Aqueduct and Sewer Authority (PRASA)** – Act No. 45 of July 28, 1994 states that the Commonwealth guarantees the payment of principal and interest of all outstanding bonds at the date the law was enacted and of all future bond issues to refinance those outstanding bonds of PRASA. Act No. 140 of August 3, 2000 amended Act No. 45 to extend the Commonwealth guarantee to include the principal and interest payments of the Rural Development Serial Bonds and the loans under the State Revolving Fund Program (SRFP) outstanding at the effective date of Act No. 140, and of all future bonds and SRFP loans that may be issued through June 30, 2005. Act No. 386 of September 21, 2004 extended the Commonwealth guarantee to June 30, 2010. Act. No. 75 of July 12, 2010 amended section 1 of Act No. 45 of July 28, 1994 to extend the Commonwealth guarantee over the Rural Development and SRFP's borrowings to June 30, 2015.

United States Department of Agriculture (USDA) Rural Development Program assists the Authority in the financing and construction of aqueduct and sewer facilities in rural areas by purchasing revenue bonds from the Authority, the proceeds of which are used by the Authority to finance such projects. GDB provides interim financing for these projects through short-term lines of credit. On June 12, 2013, the Authority issued approximately $45.5 million of Series II of USDA Rural Development Program Bonds, at a maximum interest of 3.50%, payable semiannually and maturing in semiannually installments through July 1, 2053. The funds raised by this issuance were used to partially repay the outstanding balance of USDA Rural Development Program lines of credit for construction projects from GDB. As of June 30, 2013, the USDA Rural Development Program Bonds consisted of twenty-six (26) separate series, issued from 1983 through 2013, bearing interest from 2% to 5% due in semiannual installments through 2053. The outstanding balance of the USDA Rural Development Program Serial Bonds as of June 30, 2013 and 2012 was approximately $405 million and $368.5 million, respectively. The USDA Rural Development Program Serial Bonds are guaranteed by the Commonwealth, pursuant to Law No. 140 of 2000 as amended and the Authority's net revenue is pledged toward the payment of debt service on the USDA Rural Development Program Bonds. The USDA Rural Development Program Bonds are subordinate to all senior and senior subordinated debt.

The Puerto Rico Water Pollution Control Revolving Fund and Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund (the Revolving Funds) were created by Act No. 44 of June 21, 1988 and Act No. 32 of July 7, 1997, respectively, of the Commonwealth. The Puerto Rico Water Pollution Control Revolving Fund is administered, pursuant to Act No. 44 and Act No. 9 of June 21, 1988 and June 18, 1970, respectively, as amended, by Puerto Rico Environmental Quality Board (EQB). The Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund is administered, pursuant to Act No. 5 of July 21, 1977, as amended, by Puerto Rico Department of Health (DOH).

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Pursuant to these laws, the EQB and the DOH, on behalf of the Commonwealth, are authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection agency (EPA). Puerto Rico Infrastructure Financing Authority (PRIFA), a component unit of the Commonwealth, PRASA, and the GDB entered into a memorandum of understanding under which each party has agreed to assume specific responsibilities in connection with the operations of the Revolving Funds.

PRASA has entered into revolving loan agreements to finance certain capital improvements. As of June 30, 2013, PRASA had outstanding approximately $469.7 million under these loan agreements.

The loan agreements are evidenced by promissory notes, which bear interest at a 2% annual rate payable semiannually. Construction loans are required to be paid in full within 20 years of the project completion date. PRASA has pledged its net revenues on a basis subordinate in all respect to the PRASA's bonds outstanding. If PRASA's pledged revenues are not sufficient for the payment of principal and interest, the payments are guaranteed by the Commonwealth under Act No. 45 of July 28, 1994, as amended, which obligates the Commonwealth to pay principal and interest on the notes.

On March 18, 2008, PRASA issued approximately $284.8 million of Revenue Refunding Bonds, Series A and B (the 2008 Revenue Refunding Bonds), (guaranteed by the Commonwealth) to refund PRASA's outstanding Revenue Refunding Bonds, Series 1995 (guaranteed by the Commonwealth) in the amount of approximately $262.8 million. The 2008 Revenue Refunding Bonds bear interest at rates from 5.80% to 6.10% per annum with maturity dates ranging from July 1, 2021 to July 1, 2034. The outstanding balance of the 2008 Revenue Refunding Bonds at June 30, 2013 amounted $284.8 million.

At various times during fiscal years ended 2005 and 2006, the Port of the Americas Authority, a component unit of the Commonwealth, entered into bond purchase agreements with the GDB, whereby the GDB agreed to disburse to the Port of the Americas Authority from time to time certain bond principal advances up to a maximum aggregate principal amount of $70 million (Port of the Americas Authority 2005 Series A Bond), $40 million (Port of the Americas Authority 2005 Series B Bond), and $140 million (Port of the Americas Authority 2005 Series C Bond). The proceeds of the bonds were used to finance the cost of development and construction of the Port of the Americas. The aggregate unpaid principal balance of all outstanding bond principal advances shall be payable in full on January 1, 2015 and January 15, 2015. The principal amount may be paid with any of the following: (i) a long-term bond issuance once the projects are completed; (ii) other revenue of the Port of the Americas Authority; (iii) or legislative appropriations as established in Act No. 409 of September 22, 2004 (Act No. 409). Principal and interests payments are guaranteed by the Commonwealth by Act No. 409. As of June 30, 2013, the principal outstanding under those bond purchase agreements amounted to approximately $220.4 million.

(b) **_Debt Supported by Appropriations and Sales and Use Taxes_**

At June 30, 2013, the outstanding principal balances of debt payable by Commonwealth appropriations and sales and use taxes (PFC bonds and notes payable, as described in note 12(d), and notes payable to the GDB, as described in note 9) which are included in the individual financial

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

statements of the following discretely presented component units, are as follows (expressed in thousands):

| | PFC Bonds and notes | Notes payable to GDB and others | Total |
|---|---|---|---|
| Puerto Rico Aqueduct and Sewer Authority | $ 411,229 | — | 411,229 |
| Puerto Rico Health Insurance Administration | | 171,080 | 171,080 |
| Puerto Rico Convention Center District Authority | — | 146,773 | 146,773 |
| University of Puerto Rico | — | 71,927 | 71,927 |
| Solid Waste Authority | 7,829 | 74,178 | 82,007 |
| Agricultural Services Development Administration | | 59,946 | 59,946 |
| Land Authority of Puerto Rico | 55,748 | — | 55,748 |
| Puerto Rico Tourism Company | 43,562 | — | 43,562 |
| Puerto Rico Industrial Development Company | — | 41,653 | 41,653 |
| Puerto Rico Infrastructure Financing Authority | 3,607 | — | 3,607 |
| Company for the Integral Development of the "Península de Cantera" | — | 30,715 | 30,715 |
| University of Puerto Rico Comprehensive Cancer Center | — | 20,050 | 20,050 |
| Government Development Bank | 3,501 | 13,340 | 16,841 |
| National Parks Company of Puerto Rico | — | 5,841 | 5,841 |
| Institute of Puerto Rican Culture | — | 3,276 | 3,276 |
| Puerto Rico Electric Power Authority | — | 743 | 743 |
| Total | $ 525,476 | 639,522 | 1,164,998 |

Notes payable to the GDB are reported in the statement of net position as "Due from (to) component units".

(c)   *Other Guarantees*

**Mortgage Loan Insurance** – The Puerto Rico Housing Finance Authority (the Authority), a component unit of the GDB, provides mortgage credit insurance to low and moderate income families through its mortgage loan insurance program. The Commonwealth guarantees up to $75 million of the principal insured by the mortgage loan insurance program. As of June 30, 2013, the mortgage loan insurance program covered loans aggregating to approximately $508 million. Currently, the Commonwealth has not been called to make any direct payments pursuant to these guarantees.

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(14)  Conduit Debt Obligations and No Commitment Debt**

From time to time, certain of the Commonwealth's component units issue revenue bonds to provide financial assistance to private sector entities for the acquisition and construction of transportation, environmental, industrial, tourism, educational, and commercial facilities, deemed to be in the public interest and that are expected to provide benefits to Puerto Rico. These bonds are secured by the property financed and are payable solely from payments received on the underlying mortgage loans. Upon repayment of the bonds, ownership of the acquired facilities is retained by the private sector entity served by the bond issuance. Neither the Commonwealth nor any political subdivision or component unit thereof is obligated in any manner for the repayment of the bonds. Accordingly, the bonds are not reported as liabilities in the basic financial statements of the issuing entities. As of June 30, 2013, conduit debt obligations consisted of the following bonds issued by component units (expressed in thousands):

| Issuing entity | | Issued since inception to date | Amount outstanding |
|---|---|---|---|
| Discretely presented component units: | | | |
| Puerto Rico Ports Authority | $ | 155,410 | 155,410 |
| Puerto Rico Highways and Transportation Authority | | 270,000 | 157,000 |
| Government Development Bank for Puerto Rico | | 1,147,475 | 788,405 |
| Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority | | 6,353,000 | 1,036,000 |
| Total | $ | 7,925,885 | 2,136,815 |

**(a)   *Puerto Rico Ports Authority (PRPA)***

PRPA has issued $39,810,000 in Special Facility Revenue Bonds under the provisions of a trust agreement dated June 1, 1993, and $115,600,000 in Special Facility Revenue Bonds, under the provisions of a trust agreement dated May 1, 1996, between the PRPA and a private bank. The proceeds from the sale of the bonds were used to finance the construction, acquisition of equipment, and improvement of certain facilities at the Luis Munoz Marin International Airport for the benefit of a major private airline. The property is owned by the PRPA and leased to the private company. These bonds are limited obligations of the PRPA, and are payable solely from and secured by a pledge of certain payments made under the Special Facilities Agreement with the private company and certain other moneys. Neither the credit of the Commonwealth nor that of any of its political subdivisions is pledged for the repayment of these bonds. In addition, the bonds are unconditionally guaranteed by the private company's parent company. Pursuant to the agreements between the PRPA and the private company, the private company has agreed to pay amounts sufficient to cover the principal of and premium, if any, and interest on the bonds. The bonds are not collateralized by any property, but are payable solely from certain pledged payments by the private company under the agreement or by the private company's parent company under its unconditional guarantee. The outstanding balance of these bonds amounted to $155.4 million at June 30, 2013.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

**(b)** ***Puerto Rico Highways and Transportation Authority (PRHTA)***

In March 1992, the PRHTA issued Special Facility Revenue Bonds, 1992 Series A, B and C for approximately $117 million for the construction of a toll bridge. The proceeds from the sale of these bonds were transferred by the PRHTA to a private entity, Autopistas de Puerto Rico & Compañía, S.E. (Autopistas), pursuant to a signed concession agreement for the design, construction, operation and maintenance of the bridge. On October 30, 2003, the PRHTA issued Special Facility Revenue Refunding Bonds, 2004 Series A, amounting to approximately $153 million for the purpose of refunding PRHTA's Special Facility Revenue Bonds, 1992 Series A, B, and C, which were issued to fund the construction of the bridge, and to pay the cost of issuance of the bonds. The proceeds from the sale of the bonds were transferred by the PRHTA to Autopistas pursuant to a new loan agreement by and between Autopistas and the PRHTA. The bonds shall be paid from the proceeds received by Autopistas from the operation of the bridge.

Under certain circumstances, the concession agreement may be terminated and the PRHTA is then obligated to assume Autopista's entire obligation to pay principal of, and interest on, the bonds outstanding, which pursuant to the signed agreement, will be paid from the net revenues of the use and operation of the bridge. The PRHTA does not currently expect the concession agreement to terminate. The outstanding bonds (including accrued interest) at June 30, 2013 amounted to approximately $157 million.

**(c)** ***Government Development Bank for Puerto Rico (GDB)***

In December 2003, the GDB, through its Housing Finance Authority, issued $663 million in Capital Fund Program Bonds Series 2003 to lend the proceeds thereof to the Public Housing Administration in its financing of improvements to various public low and moderate income housing projects. The Capital Fund Program Bonds Series 2003 are limited obligations of the Housing Finance Authority, which will be paid solely from an annual allocation of public housing capital funds when received from the U.S. Department of Housing and Urban Development and other funds available under the bond indenture. Accordingly, these bonds are considered no commitment debt and are excluded, along with the related assets held in trust, from the accompanying basic financial statements. The outstanding balance of these bonds amounted to $468.5 million at June 30, 2013.

On August 1, 2008, the Housing Finance Authority issued the Capital Fund Modernization Program Subordinate Bonds amounting to $384.5 million and the Housing Revenue Bonds amounting to $100 million. The proceeds from the issuance were mainly used to finance a loan to a limited liability company and pay the costs of issuance. The $384.5 million bonds are limited obligations of the Housing Finance Authority, payable primarily by a pledge and assignment of federal housing assistance payments made available by the U.S. Department of Housing and Urban Development, with an outstanding balance of $319.9 million at June 30, 2013. The $100 million bonds were also limited obligations of the Housing Finance Authority, payable from amounts deposited in escrow accounts with a trustee and the proceeds of a loan to be made by the Housing Finance Authority to the limited liability company using moneys received as a grant from the Department of Housing of Puerto Rico. Payment of principal of the Housing Revenue Bonds was also secured by an irrevocable standby letter of credit issued by the GDB. The Housing Revenue Bonds were paid-off on September 30, 2011.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(d)**   *Puerto Rico Industrial, Tourist, Educational, Medical, and Environmental Control Facilities Financing Authority (AFICA)*

AFICA's revenue bonds are special and limited obligations of AFICA and, except to the extent payable from bond proceeds and investments thereof, will be payable solely from and secured by a pledge and assignment of the amounts payable under the loan agreements between AFICA and the borrowers. Furthermore, payment of principal and interest on the revenue bonds is unconditionally guaranteed by the borrowers, their parent companies, or letters of credit generally issued by major U.S. banks or U.S. branches of international banks.

The revenue bonds are considered conduit debt and do not constitute a debt or a pledge of the good faith and credit of AFICA or the Commonwealth or any political subdivision thereof.

In connection with the issuance of revenue bonds, AFICA enters into trust agreements, whereby AFICA assigns and pledges to the trustees, for the benefit of the holders of the revenue bonds, (1) all amounts receivable by AFICA in repayment of the amounts due under the loan agreements; (2) any rights, title, and interest of AFICA in the proceeds derived from the issuance of the revenue bonds and of any securities in which moneys in any fund or account created by the trust agreements or loan agreements are invested and the proceeds derived therefrom; and (3) AFICA's rights, title, and interest in and to the loan agreements, subject to AFICA's retention of certain rights, including the right to collect moneys payable to AFICA, which are not received with respect to repayment of the loans.

Since inception and up to June 30, 2013, AFICA has issued revenue bonds aggregating to $6,353 million, $1,036 million of which was outstanding as of June 30, 2013. Of the revenue bonds outstanding at June 30, 2013, $439 million represent industrial and commercial revenue bonds; $100 million, tourism related revenue bonds; $170 million, hospital revenue bonds; and $327 million, educational revenue bonds. Pursuant to the loan agreements covering the issuance of these bonds, corporations and partnerships operating in Puerto Rico borrowed the proceeds from the bond issuances by AFICA.

**(15)   Risk Management**

The risk management policies of the primary government of the Commonwealth are addressed on note 1(z).

The following describes the risk management programs separately administered by certain discretely presented component units, including all the major component units and certain non-major component units carrying self-funded risk reserves:

**(a)**   *GDB*

To minimize the risk of loss, the GDB purchases insurance coverage for public liability, hazard, automobile, crime and bonding, as well as workmen's insurance for employees.  The selection of the insurer has to be approved by the Public Insurance Office of the Department of the Treasury. Insurance coverage is updated annually to account for changes in operating risk.  For the last three years, insurance settlements have not exceeded the amount of coverage.  Other risk management policies of the GDB involve its mortgage and loans servicing and insurance activities. Certain loan

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

portfolios of the Housing Finance Authority, a blended component unit of the GDB, are administered by private servicers who are required to maintain an errors and omissions insurance policy. The Housing Finance Authority has a program to manage the risk of loss on its mortgage loan lending and insurance activities.

**(b)   UPR**

UPR is exposed to various risks of loss related to torts; theft of, damage to, and destruction of assets; errors and omissions; injuries to employees; and natural disasters. Through January 1993, the UPR was insured under claims made insurance policies with respect to medical malpractice risks for $250,000 per occurrence up to an annual aggregate of $500,000. Subsequent to such date, the UPR was unable to obtain insurance at a cost it considered to be economically justifiable; consequently, the UPR is now self insured for such risks. Under Act No. 98 of August 24, 1994, the responsibility of the UPR is limited to a maximum amount of $75,000 per person, or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Self insured risk liabilities are reported when it is probable that a loss has occurred and the amount of the loss can be reasonably estimated. Liabilities include an amount for claims that have been incurred but not reported. The process used in computing claims liabilities does not necessarily result in an exact amount because actual claims liabilities depend upon such complex factors as inflation, changes in legal doctrines, and damage awards. Claims liabilities are reevaluated periodically to take into consideration recently settled claims, the frequency of claims, and other economic and social factors. Changes in the claims liability amount for medical malpractice in fiscal years 2013 and 2012 were as follows (expressed in thousands):

|  | | 2013 | 2012 |
|---|---|---|---|
| Claims payable – July 1 | $ | 11,956 | 12,254 |
| Incurred claims and changes in estimates | | (1,084) | 894 |
| Payments for claims and adjustments expenses | | (1,300) | (1,192) |
| Claims payable – June 30 | $ | 9,572 | 11,956 |

In addition, the UPR is a defendant in several lawsuits other than medical malpractice arising out of the normal course of business. Management has recorded an accrual of $8.8 million as of June 30, 2013 to cover claims and lawsuits that may be assessed against the UPR. The UPR continues to carry commercial insurance for these risks of loss.

These claims payable are presented as a component of accounts payable and accrued liabilities in the accompanying statement of net position. The UPR continues to carry commercial insurance for all other risks of loss.

**(c)   PREPA**

PREPA purchases commercial insurance covering casualty, theft, tort claims, natural disaster and other claims covering all risk property (excluding transmission and distribution lines), boiler and machinery, and public liability. In addition, PREPA has a self-insured fund to pay the cost of repairing, replacing on reconstructing any property damaged or destroyed from, or extraordinary

174                                                                                    (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

expenses incurred as a result of a cause, which is not covered by insurance required under the 1974 agreement.

PREPA has a cost plus health insurance program covering substantially all employees. PREPA contracted an administrator for the processing, approval, and payment of claims plus an administrative fee. The accrual for employees' health plan includes the liability for claims processed and an estimate for claims incurred but not reported.

Changes in the balances of the health insurance program and other self-insurance risks during fiscal years 2013 and 2012 were as follows (expressed in thousands):

| | 2013 | 2012 |
|---|---|---|
| Claims payable – July 1 | $ 7,188 | 7,167 |
| Incurred claims | 100,889 | 87,434 |
| Claim payments | (102,807) | (87,413) |
| Claims payable – June 30 | $ 5,270 | 7,188 |

These claims payable are presented as a component of accounts payable and accrued liabilities in the accompanying statement of net position.

**(d)** *PRASA*

PRASA has acquired commercial insurance to mitigate its exposure to certain losses involving real and personal property (including windstorm, flood and earthquake damages) and comprehensive general and automobile claims. PRASA also has an Owner Controlled Insurance Program (OCIP) under which commercial general liability, excess general liability, builder's risk, and contractors pollution liability coverage are procured or provided on a project "wrap up" basis for contractors and subcontractors of any tier, who have been properly enrolled, while performing operations at the applicable project site. Each commercial insurance policy maintained by PRASA contains specific policy limits and deductibles. Settled claims resulting from these risks have not exceeded commercial insurance coverage in any of the past three fiscal years.

**(e)** *PRHTA*

PRHTA carries commercial insurance to cover casualty, theft, claims and other losses. The PRHTA has not settled any claims in excess of its insurance coverage for any of the past three years.

**(f)** *PRHIA*

PRHIA is responsible for implementing, administering and negotiating a health insurance system, through contracts with insurance underwriters, to provide quality medical and hospital care to the Commonwealth residents regardless of their financial condition and capacity to pay. PRHIA pays a monthly premium to such insurance underwriters based on a contracted premium and the number of members subscribed in the health plan. Funds to pay for such premiums are requested from the Commonwealth, net of funds available for such purposes from all other sources.

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Under the provisions of Act No. 105 of July 19, 2002, that amends Act No. 72 of 1993, PRHIA was authorized to negotiate directly with health providers under a pilot program. PRHIA has, since then, entered into different direct contracts to cover the insured population of different regions and municipalities. Since November 1, 2006 through September 1, 2010, PRHIA directly contracted providers that served approximately 190,000 lives from the metro-north region. At June 30, 2011, PRHIA has direct contracting projects with the municipalities of Vieques and Guaynabo, and effective October 1, 2011, the projects were expanded to cover the west, the metro north, the north, San Juan, the northeast and the virtual regions under a new arrangement with a new insurance underwriter as third party administrator. In addition, PRHIA implemented certain cost containment strategies to control costs, such as establishing a co-payment that applies for the unjustified use of emergency rooms, detection and control of prescription drug overuse, implementation of disease management program for respiratory conditions, modification of provider fees and better coordination of benefits for the population having other medical insurance.

PRHIA establishes a liability to cover for the estimated amount to be paid to providers based on experience and accumulated statistical data under one of the direct contracting pilot projects. The estimates of medical claims incurred but not reported and other medical expense payments is developed using actuarial methods and assumptions based upon payment patterns, inflation of medical costs, historical developments and other relevant factors. PRHIA agrees with health care organizations certain medical care services provided to the beneficiaries. The following table provides a reconciliation of the beginning and ending liability for incurred but unpaid medical and benefit adjustment expenses for the two most recent fiscal years (expressed in thousands):

|  | 2013 | 2012 |
|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at July 1 | $ 213,173 | 35,454 |
| Total incurred benefits | 1,262,982 | 775,761 |
| Total benefit payments | (1,326,150) | (598,042) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at June 30 | $ 150,005 | 213,173 |

The liability for incurred but unpaid benefits and benefit adjustment expenses is reported as liability for automobile accident insurance, workmen compensation and medical claims in the accompanying statement of net position.

**(g)   *SIFC***

SIFC provides workers' compensation insurance to public and private employees. This insurance covers workers against injuries, disability, or death caused by work or employment related accidents, or by illness suffered as a consequence of their employment. SIFC establishes liabilities for incurred but unpaid benefits and benefit adjustment expenses based on the ultimate cost of settling the benefits. The liability includes estimates for cases reported that have not been adjudged and cases incurred but not reported. The following table provides a reconciliation of the beginning and ending liability for incurred but unpaid benefits and benefit adjustment expenses for the two most recent fiscal years (expressed in thousands):

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

|  |  | 2013 | 2012 |
|---|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at July 1 | $ | 820,012 | 784,018 |
| Total incurred benefits | | 481,743 | 526,610 |
| Total benefit payments | | (480,821) | (490,616) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at June 30 | $ | 820,934 | 820,012 |

The liability for incurred but unpaid benefits and benefit adjustment expenses is reported as liability for automobile accident insurance, workmen compensation and medical claims in the accompanying statement of net position.

The liability for incurred but unpaid benefits and benefit adjustment expenses is based on historical claims experience data, assumptions and projections as to future events, including claims frequency, severity, persistency, and inflationary trends determined by an independent actuarial study. This liability has been discounted at 3.78% in 2013. SIFC's management believes that discounting such liability results in a better matching of costs and revenues since compensation benefits have a long payment cycle. The assumptions used in estimating and establishing the liability are reviewed annually based on current circumstances and trends.

SIFC's management believes that the liability for incurred but unpaid benefits and benefit adjustment expenses, actuarially determined at June 30, 2013, is a reasonable estimate of the ultimate net cost of settling benefits and benefit expenses incurred. Because actual benefit costs depend upon such factors as duration of worker disability, medical cost trends, occupational disease, inflation, and other social and economic factors, the process used in computing the ultimate cost of settling benefits and expenses for administering benefits is necessarily based on estimates. The amount ultimately paid may be above or below such estimates. Adjustments resulting from changes in estimates of these liabilities are charged or credited to operations in the period in which they occur.

(h) *AACA*

AACA operates a system of compulsory insurance for vehicles licensed to be used on public roads and highways in Puerto Rico. This insurance covers bodily injuries and compensation for beneficiaries (and their dependents) caused by automobile accidents. The annual premium is $35 per motor vehicle.

The following table provides a reconciliation of the beginning and ending liability for the future benefits for the two most recent fiscal years, presented based on an undiscounted method (expressed in thousands):

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| | | 2013 | 2012 (As Restated) |
|---|---|---|---|
| Liability for incurred but unpaid benefits and benefit adjustment expenses at beginning of year | $ | 97,111 | 166,596 |
| Total incurred benefits | | 41,165 | 56,526 |
| Total benefit payments | | (33,364) | (65,982) |
| Prior period adjustment | | — | (60,029) |
| Liability for incurred but unpaid benefits and benefit adjustment expenses at end of year | $ | 104,912 | 97,111 |

The liability for future benefits is reported as liability for automobile accident insurance, workmen compensation and medical claims in the accompanying statement of net position. The liability covers the estimated cost of all future benefits related to claims incurred but not reported during the year. Future benefits include death and funeral, disability and accident and health benefits. The AACA has recorded this liability, including administrative expenses for claim processing, based on the results of an actuarial report prepared by an independent actuary.

Changes in the ultimate liabilities for benefit payments may be required as information develops, which varies from experience, provides additional data, or, in some cases, augments data, which previously were not considered sufficient for use in determining the claim liabilities.

(i)  *PCSDIPRC*

PCSDIPRC has the responsibility of providing to all the cooperatives and the Federation of Cooperatives of Puerto Rico insurance coverage over the stocks and deposits, and for monitoring the financial condition of the insured cooperatives, and the uninsured cooperatives when requested by the Inspector of Cooperatives.  PCSDIPRC contracted independent actuaries for the preparation of actuarial estimates of the reserves for estimated losses on stocks and deposits.

The following table provides the activity during fiscal years 2013 and 2012 in the estimated reserves (expressed in thousands):

| | | 2013 | 2012 |
|---|---|---|---|
| Liability for estimated losses on insured stocks and deposits at beginning of year | $ | 26,975 | 26,000 |
| Provision for losses | | 825 | 4,472 |
| Payment of claims | | (2) | (3,580) |
| Recoveries | | 83 | 83 |
| Liability for estimated losses on insured stocks and deposits at end of year | $ | 27,881 | 26,975 |

These estimated reserves are presented as a component of accounts payable and accrued liabilities in the accompanying statement of net position (deficit).

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(16)  Commitments and Contingencies**

**Primary Government** – The Commonwealth is a defendant in numerous legal proceedings pertaining to matters incidental to the performance of routine governmental operations. Under Act No. 104 of June 25, 1955, as amended, persons are authorized to sue the Commonwealth only for causes of actions set forth in said Act to a maximum amount of $75,000 or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. Under certain circumstances, as provided in Act No. 9 of November 26, 1975, as amended, the Commonwealth may provide its officers and employees with legal representation, as well as assume the payment of any judgment that may be entered against them. There is no limitation on the payment of such judgments.

With respect to pending and threatened litigation involving the Commonwealth's governmental activities, excluding the litigation mentioned in the ensuing paragraphs, the Commonwealth reported approximately $454 million as an amount to cover for awarded and anticipated unfavorable judgments at June 30, 2013. This amount was included as other long-term liabilities in the accompanying statement of net position, and represents the amount estimated as probable liability or a liability with a fixed or expected due date that will require future available financial resources for this payment. The amounts claimed exceed $8 billion; however, the ultimate liability cannot be presently determined. It is the opinion of management that the claims are excessive and exaggerated. Management believes that the ultimate liability in excess of amounts provided, if any, would not be significant.

The Commonwealth is a defendant in two parallel lawsuits, one filed in the state court and the other at the federal court. The plaintiffs are various primary healthcare centers seeking to recover from the Commonwealth approximately $500 million of Medicaid funds retained by the Department of Health of the Commonwealth since 1997. In February 2005, United States Court of Appeals for the First Circuit determined that the Commonwealth must return the funds withheld because of noncompliance with a federal law. As of June 30, 2013, the Commonwealth accrued $440 million for this legal contingency.

The Commonwealth is a defendant in a class action presented by parents of special education students in the areas of education and healthcare. In October 2006, the State Court of Appeals decided in favor of the parents' request to include damage claims pursuant to the same class action case although not as a remedy in the class action per se. The court now may award damages to the members of the class action and to do so it may look at the claims by dividing them into groups or consider each case individually. This will require that the parents prove the damages suffered on an individual basis. The Commonwealth plans to defend vigorously each individual case. As of June 30, 2013, the Commonwealth accrued $650 million for this legal contingency.

Under the lawsuit *Vaquería Tres Monjitas, Inc. et al v. Ramírez et al.* certain plaintiffs alleged that the price rates set by the Administrator of the Office for the Regulation of the Dairy Industry (ORIL, as its Spanish acronym) did not afford local dairy processors Suiza Dairy and Vaquería Tres Monjitas the opportunity to make the reasonable profit to which they were constitutionally entitled. The parties reached a settlement agreement on October 29, 2013. Among other things, the Commonwealth, through certain of its instrumentalities, agreed to contribute the following amounts to certain regulatory accrual payments to be made pursuant to the settlement agreement: $50 million by December 31, 2014, $15 million by December 31, 2015, $15 million by December 31, 2016 and $15 million by December 31, 2017.  After numerous motions, hearings and appeals, the settlement agreement took effect on November 6, 2013. The

179                                                                                              (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

case is now closed although the court will retain jurisdiction in order to tend to any matter of compliance or breach of compliance regarding the settlement agreement. As of June 30, 2013, the Commonwealth accrued $95 million for this legal contingency.

On December 21, 2012, the Federal Government, through the US Department of Justice, filed a lawsuit in order to demand from the Commonwealth and its Police Department, compliance with the action and remediation plan submitted on September 8, 2011 by the Civil Rights Division of the US Department of Justice pursuant an investigation which revealed a pattern of civil rights violations by the Police Department. According to this investigation and resulting report, the pattern or practice of illegal activity is the product of an ongoing failure by the Commonwealth and its Police Department to provide officers with the necessary guidance, training, and tools to engage in constitutional and effective law enforcement. The Federal Government is seeking declaratory and equitable relief to eliminate this unlawful pattern by asking the Commonwealth and its Police Department to adopt and implement policies and procedures in the areas of recruitment, hiring, promotions, policies, training, supervision, investigation, discipline, and prevent the police officers of depriving persons of rights, privileges, or immunities secured and protected by the Constitution or laws of the United States. Although the claim does not include damages, the action and remediation plan proposed would require an investment of approximately $600 million, which are expected to be incurred over a period of 10 years, starting with fiscal year 2014. During the first year, the Commonwealth is expected to allocate approximately $20 million while the Federal government would contribute $9 million. The Secretary of Justice of the Commonwealth is still negotiating the final determinations of the measures to be implemented by the Police Department in terms of final costs and timeframe. On July 17, 2013, a final definitive agreement was reached between the US Department of Justice and the Commonwealth, which was filed with the Court. Management expects the Court to dismiss the claim, but retain jurisdiction to assure compliance through a Technical Compliance Advisor to be appointed. No provision for any liability is required at this time under this remediation plan. Expenditures and related liabilities will be recognized as costs during the execution of the remediation plan are incurred beginning in fiscal year 2014.

As has been the case with each comprehensive pension reform measure enacted in the United States, certain public employees have brought lawsuit challenging the constitutionality of pension reform in Puerto Rico. Certain teachers and members of the Judiciary Branch of the Commonwealth have brought suits challenging the constitutionality of Act 160 and Act 162 of December 24, 2013, which reformed the Puerto Rico Teachers Retirement System and the Judiciary Retirement System, respectively. On January 8, 2014 a teachers' association filed a lawsuit challenging the constitutionality of Act 160 as applied to them. On January 14, 2014, the Puerto Rico Supreme Court issued a temporary restraining order staying the effect of Act 160 until the Supreme Court rules on the constitutionality issue. An evidentiary hearing was scheduled for January 27, 2014.  On that same date the Supreme Court appointed a Special Master to conduct the evidentiary hearing. On January 31, 2014 the parties agreed to submit the case through the presentation of sworn statements and documents, without holding a hearing. On February 7, 2014, the Special Master issued a report with a summary of uncontested facts. On February 11, 2014, the Supreme Court issued an order granting both parties until March 3, 2014, to file briefs on the constitutionality of Act 160. On April 11, 2014 the Supreme Court declared certain sections of Act 160-2013 unconstitutional while maintaining the constitutionality of the following: (i) all changes made to the benefit structure apply to future participants that are hired after July 31, 2014; (ii) elimination of special laws benefits for participants that retire on or after August 1, 2014; and (iii) reduction of special laws benefits to current

180                                                                                          (Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

retirees as of July 31, 2014.  Currently, the Supreme Court's decision is under the Government's evaluation and analysis in order to determine the course of action to undertake.

On December 30, 2013 a judges association filed a complaint in the Commonwealth's Court of First Instance, San Juan Part, alleging that Act 162 was unconstitutional because it allegedly violated the principle on judicial independence and retroactively makes changes to the Judiciary Retirement System. On February 21, 2014, the Puerto Rico Supreme Court upheld the constitutionality of Act No. 162, but ordered the application of its provisions prospectively rather than retroactively.

In connection with the termination of an interest rate exchange agreement (swap) with a notional amount of $218 million by COFINA relating to its Sales Tax Revenue Bonds, Series 2007A, COFINA made a termination payment to the counterparty in November 2008.  The counterparty has asserted that it was entitled to a termination payment in excess of that paid by COFINA in November 2008, plus interest at a default rate, amounting to approximately $64 million. The counterparty alleges that the date of the termination notice used by COFINA for purposes of calculating the termination payment was not in accordance with the agreement. In addition, the counterparty alleges that the termination payment should have been based on the value of replacement swaps entered into by COFINA, which actually have different credit terms than those contained in the terminated swap. COFINA has accrued $3.4 million in connection with this matter at June 30, 2013. The amount claimed in excess of that accrued at June 30, 2013 is approximately $60.6 million. While the counterparty may assert continued default interest since the claim date, an amount of possible loss in excess of the $3.4 million accrued, if any, cannot be reasonably estimated. COFINA intends to contest this matter vigorously. Among other things, it is the opinion of COFINA that, even assuming that the counterparty's allegations regarding improper termination are correct, the amounts claimed by the counterparty are not correct. Accordingly, management does not expect that the ultimate costs to resolve this matter will have a material adverse effect on COFINA's financial position or results of operations.

On May 7, 2013, a group of governmental employees that worked in the PBA's central offices in Minillas since 1984 up to May 2012, filed a lawsuit claiming damages suffered during the years working at such offices, caused by the existence of asbestos in the building. The employees are claiming a total of $300 million of which $100 million would be used to create a medical program to monitor health conditions on all of these employees and $200 million to be paid to them for damages. This case is in its initial stages, therefore no provision for any liability that may result upon adjudication of this lawsuit has been recorded by the Commonwealth.

PRMeSA, a component unit blended as a business type activity, is a party in certain legal actions and claims related to medical malpractice arising in the ordinary conduct of its business. Although PRMeSA appears as a defendant in the claims, many of them involve medical personnel of the member institutions, and in effect, these claims are against said institutions. As a result of the deficiency as of June 30, 2013, of funds available in the Self-Insurance Fund, any unfavorable outcome may have a significant effect on the financial condition of PRMeSA.  Based on a review of current facts and circumstances, PRMeSA's management has provided for what is believed to be a reasonable estimate of the exposure to loss associated to litigation. PRMeSA has established an accrual reserve for claim losses in the amount of $3 million at June 30, 2013.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

The Commonwealth is a party to other claims and litigation that its legal counsel has advised may result in possible adverse court decisions with estimated potential losses of approximately $152 million.

In May 2014, the Secretary of the Treasury of the Commonwealth (the "Secretary") declared null a closing agreement entered into in a prior year in which a taxpayer and the former Secretary agreed to recognize the value of unamortized tax asset not recovered by the taxpayer of approximately $230 million as of January 1, 2011, as a tax overpayment. The Commonwealth recorded the $230 million upon execution of the closing agreement and it remains recorded as of June 30, 2013. In June 2014, the taxpayer filed a lawsuit against the Commonwealth requesting a declaratory judgment to enforce the validity of the closing agreement. This legal case is pending. The Commonwealth plans to vigorously defend against this lawsuit.

The Commonwealth receives financial assistance from the federal government in the form of grants and entitlements. Receipt of grants is generally conditioned upon compliance with terms and conditions of the grant agreements and applicable federal laws and regulations, including the expenditure of resources for eligible purposes. Substantially, all grants are subject to audit under Circular A-133 of the Office of Management and Budget of the United States of America (OMB Circular A-133), all of which are performed at the individual department or agency level. Disallowance as a result of these audits may become liabilities of the Commonwealth. At June 30, 2013, based on an evaluation of pending federal disallowances, the Commonwealth has recorded approximately $68.3 million as other long-term liabilities in the accompanying statement of net position. Expenditures that are still subject to audit could be disallowed but management believes any such future disallowances would not be material to the basic financial statements.

PRIFA is a sub-grantee of the Office of the Governor of the Commonwealth under the State Fiscal Stabilization Fund Program, which was authorized under Title XIV of Division A of the American Recovery and Reinvestment Act of 2009 (the ARRA Act). PRIFA was awarded a $20 million grant for ARRA Act implementation costs and a $55 million grant for school renovations. Under the ARRA programs, PRIFA is responsible to oversee the administration of all resources awarded to the Commonwealth under the ARRA Act. PRIFA will also act as coordinator of efforts and tasks to ascertain ARRA Act funds are properly managed. Additionally, PRIFA is responsible for contracting, managing, and providing oversight to the school renovations or improvement projects. Pursuant to the provisions of the ARRA Act, PRIFA also entered into a sub-grantee agreement with the Puerto Rico Energy Affairs Administration (EAA) to administer approximately $62 million of a grant to be received from the US Department of Energy under the Weatherization Assistance Program (WAP). WAP was established to provide assistance to the elderly, families with children, persons with disabilities and those with a high-energy burden in their household.

On November 23, 1998, a global settlement agreement (the Global Agreement) was entered into by and between certain tobacco companies and certain states, territories, and other jurisdictions of the United States of America, including the Commonwealth. The Global Agreement calls for annual payments through the year 2025, which will vary due to inflationary and volume adjustments. Estimated payments to be received under the Global Agreement through the year ending June 30, 2025 amount to approximately $1.1 billion. After 2025, the tobacco companies shall continue making contributions in perpetuity. Pursuant to Act No. 173 of July 30, 1999, which created the Children's Trust (a blended component unit), the Commonwealth assigned and transferred to the Children's Trust the contributions that the Commonwealth is entitled to receive under the Global Agreement. Payments received under the Global Agreement and

<div align="center">182</div>

<div align="right">(Continued)</div>

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

recognized as revenue during the year ended June 30, 2013, amounted to approximately $109.4 million. All of the revenue to be received under the Global Agreement and investment earnings on certain accounts under bond indentures are pledged as collateral for the Tobacco Settlement Asset-Backed Bonds, Series 2002, 2005, and 2008. At June 30, 2013, the approximate amount of the pledge is $1.4 billion, representing the approximate remaining principal and interest of the aforementioned bond issuances, which are committed through May 15, 2057. Accordingly, until May 15, 2057, such revenues are not available for other purposes.

At June 30, 2013, the Children's Trust had approved commitments to provide assistance to several entities through thirty-six contracts with balances amounting to approximately $24 million.

On October 14, 2010, the Legislature of the Commonwealth approved a new article 9A to Act No. 66 of June 22, 1978, (the Article), authorizing PRMeSA, which became a blended component unit effective July 1, 2012, to incur in obligations up to $285 million, under such terms and conditions approved by the Board of Member Institutions of PRMeSA and the GDB, as fiscal agent of the Commonwealth and its instrumentalities. These additional funds shall be deposited in a special account at the GDB and may only be used for the following purposes:

      a.      payment of debts to suppliers, agencies, institutions, reserve fund for the self-insurance (professional responsibility and inter-fund debt) of PRMeSA; and

      b.      to provide operational liquidity to ease PRMeSA's fiscal situation, as determined by the agreement with the GDB.

From savings generated as a result of the debt renegotiations with the agencies and institutions, PRMeSA will create a fund to cover operating expenses related to maintenance, overhaul and reconditioning of the physical plant. The GDB, in its role as fiscal agent, shall possess the administrative mechanisms as it deems necessary to ensure that these funds will be used solely and exclusively for the purposes set forth in the Article. The special bank account and the funds deposited therein shall not be seized, syndicated, frozen, encumbered or otherwise affected by decisions, judgments, orders or rulings issued by courts of Justice of the Commonwealth or its agencies or public corporations during any adjudicative proceeding of administrative or judicial nature, regardless of whether they were initiated by private individuals or public institutions. PRMeSA was required to develop and implement within one hundred eighty (180) days from the approval of the Article, an aggressive collection plan for the recovery of its accounts receivable. The Directors shall report periodically to the GDB on the implementation of that plan, and report annually to the Board of Member Institutions and the GDB the collection proceeds arising from the execution of the plan. The GDB was authorized as fiscal agent to undertake any necessary measures in order to, within a reasonable period of time, help PRMeSA to become and operate as an independent fiscal instrumentality. However, once the collection plan is working as expected and providing PRMeSA the funds resources required, and becomes a financially independent institution as determined by the GDB, PRMeSA will be required to assume the remaining established obligations.

The healthcare industry, under which PRMeSA operates, is subject to numerous laws and regulations which include, among other things, matters such as government healthcare participation requirements, various licenses and accreditations, reimbursements for patient services and Medicare and Medicaid fraud and abuse. Government action has increased with respect to investigations and/or allegations concerning

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

possible violations of fraud and abuse and false claims statutes and/or regulations by healthcare providers. Providers that are found to have violated these laws and regulations may be subjected to fines or penalties. While management of PRMeSA believes its policies, procedures and practices comply with governmental regulations, no assurance can be given that the Administration will not be subject to governmental inquires or actions.

The Health Insurance Portability and Accountability Act (HIPAA) was enacted in August 1996 to assure health insurance portability, reduce healthcare fraud and abuse, guarantee security and privacy of health information and enforce standards for health information. Organizations are required to be in compliance with HIPAA provisions. Organizations are subject to significant fines and penalties if found not to be compliant with the provisions outlined in the regulations. PRMeSA's management believes that they are in compliance.

The Health Information Technology for Economic and Clinical Health Act set meaningful use of interoperable Electronic Health Record (EHR) adoption in the health system as a critical national goal and incentivized the EHR adoption. Its goal is not adoption alone but meaningful use of EHRs, that is, their use by providers to achieve significant improvements in care. Meaningful use compliance is required before the Federal Fiscal Year 2016 or otherwise the hospital will incur penalties for non-compliance that may reduce future Medicare payments and potentially Medicare Advantage program payments. The Centers for Medicare and Medicaid Services (CMS) manages and has implemented an incentive program for those hospitals that implement EHR and that also, comply with certain specific requirements. CMS' EHR Incentive Programs provide incentive payments to eligible hospitals as they adopt, implement, upgrade or demonstrate meaningful use, as defined by CMS, of certified EHR technology. As of June 30, 2013, PRMeSA is under the implementation of its EHR system.

The Special Communities Perpetual Trust (the Trust) has financial assistance agreements with several municipalities of the Commonwealth to provide funding for the construction, improvement and rehabilitation of certain projects of the Special Communities. At June 30, 2013, the Trust's commitments with the municipalities for housing assistance projects amounted to approximately $108.5 million, from which a total of approximately $98.8 million had been disbursed.

Construction commitments at June 30, 2013, entered into by the PBA, amounted to approximately $39.2 million. In addition, PBA's construction commitments to honor the cost of the uncompleted public schools under the 21st Century Program amounted to approximately $164.4 million at June 30, 2013. PRIFA has active construction projects at June 30, 2013, representing construction commitments amounting to $38.2 million.

The Commonwealth is also committed under numerous non-cancelable long term operating lease agreements which expire through 2033, covering land, office facilities, and equipment. Rental expenditure within the governmental funds for the year ended June 30, 2013 under such operating leases was approximately $114 million.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

The future minimum lease payments for these leases are as follows (expressed in thousands):

| Year ending June 30: | | |
|---|---|---|
| 2014 | $ | 84,734 |
| 2015 | | 66,627 |
| 2016 | | 44,105 |
| 2017 | | 29,684 |
| 2018 | | 15,871 |
| 2019 – 2023 | | 30,032 |
| 2024 – 2028 | | 16,093 |
| 2029 – 2033 | | 1,272 |
| Total future minimum lease payments | $ | 288,418 |

**Discretely Presented Component Units** – in the normal course of their operations, various component units are subject to guarantees, actions brought by third parties seeking damages or entering into commitments. Such actions are disclosed in the separately issued reports of the major component units, included below.  With respect to commitments related to guarantees, certain nonmajor component units engaged in the financial services industry were also included for informative purposes. These commitments and guarantees are summarized below:

(a)   *GDB*

At June 30, 2013, the GDB has financial guarantees for the private sector of approximately $597 million. In addition, at June 30, 2013, standby letters of credit to the public sector were approximately $1.3 billion. Commitments to extend credit to the public sector were approximately $1.3 billion and to the private were approximately $95 million.

On July 24, 2013, Aerostar Airport Holdings, LLC (Aerostar) and the PRPA entered into a lease agreement of Luis Muñoz Marín International Airport (LMMIA), for a term of forty years. In connection with the lease of LMMIA, the GDB executed a payment guarantee in favor of Aerostar for any Termination Damages due and payable in cash by the PRPA under the lease agreement. In accordance with GDB's guarantee, Aerostar has the right to terminate the lease agreement mainly under three different non-compliance scenarios on the part of the PRPA. The amount of Termination Damages mainly consists, among other components, of the LMMIA Facility Leasehold Value and Leasehold Compensation as defined in the agreement.

On September 22, 2011, Autopistas Metropolitanas de Puerto Rico, LLC (Metropistas) and PRHTA entered into a concession agreement (the Concession Agreement) for the administration of the toll roads PR-22 and PR-5, for which the PRHTA received in exchange a lump-sum payment of $1.1 billion and a commitment to make immediate improvements to the toll roads amounting to $56 million and to comply with world-class operating standards which may require investing more than $600 million over the life of the concession. In connection with the closing of the Concession Agreement, the GDB executed a payment guarantee in favor of Metropistas pursuant to which the GDB acts as guarantor of any Termination Damages, as defined in the Concession Agreement, due and payable in cash by the PRHTA under the Concession Agreement. The amount of Termination

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Damages consists, among other components, of the fair market value of Metropistas' interest in the toll roads. At the same time, in connection with the payment guarantee, the GDB and the PRHTA also entered into a Reimbursement Agreement whereby the PRHTA agreed to reimburse the GDB for any amounts paid under the guarantee.

On August 18, 2002, the Legislature approved Act No. 198, which creates the Cooperative Development Investment Fund. The purpose of this fund is to promote the development of cooperative entities. This fund will be capitalized through contributions to be provided by the GDB up to $25 million to be matched by cooperative entities. As of June 30, 2013, the GDB has contributed $19.3 million to the Cooperative Development Investment Fund, $1.4 million of which were contributed during the year ended June 30, 2013.

GDB's Development Fund has entered into an agreement with the Economic Development Bank for Puerto Rico (EDB) whereby the Development Fund would guarantee a portion of loans granted by the EDB under a government program named "The Key for Your Business" (the Program). Under the agreement, the Development Fund would assign $15 million of its capital for the Program. The Development Fund guarantees one-third of the outstanding principal balance of each loan plus accrued interest and certain other charges. The Development Fund charges one percent of the loan amount as guarantee fee and no loan can exceed $50,000.  In addition, the GDB, the Development Fund, and certain participating banks enter into guarantee, commitment and funding agreements in which the Development Fund guarantees eligible loans made by such banks to eligible businesses up to a maximum of 30% of the principal amount of the loans. The guarantee Program started on April 3, 2012 and ended on April 3, 2013. As of June 30, 2013 guarantees amounted to approximately $56 million.  At June 30, 2013, the outstanding balance of loans guaranteed by the Development fund amounted to approximately $6.6 million, and the allowance for losses on guarantees amounted to approximately $664 thousand.

The Housing Finance Authority, a blended component unit of the GDB, acts as servicer for a number of mortgage loans owned by other investors. The servicing is generally subcontracted to a third party. As of June 30, 2013, the principal balance of the mortgage loans serviced for others is approximately as follows (expressed in thousands):

| | | |
|---|---|---|
| Puerto Rico Community Development Fund I | $ | 42,750 |
| R-G Mortgage, Inc. or its successor | | 1,316 |
| Office for the Administration of the Assets of the Urban Renovation and Housing Corporation or its successor without guaranteed mortgage loan payments | | 28 |
| | $ | 44,094 |

GDB and certain of its component units are defendants in several lawsuits arising out of the normal course of business. Management, based on advice of legal counsel, is of the opinion that the ultimate liability, if any, resulting from these pending proceedings will not have a material adverse effect on the financial position and results of operations of the GDB or its component units.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(b)**   *PRHTA*

PRHTA is a defendant or co-defendant in various lawsuits for alleged damages in cases principally related to construction projects. These are generally either fully or partially covered by insurance. The contactors are required, under the terms of the construction agreements to carry adequate public liability insurance and to hold harmless the PRHTA from lawsuits brought on account of damages relating to the construction of the projects.

On June 13, 2011 and February 17, 2012, the PRHTA deposited approximately $21.8 million and $16.9 million, respectively, at the Federal Court of Puerto Rico as part of the appeal process at the U.S. Court of Appeals for the First Circuit of Boston for two legal cases related to construction projects. As of June 30, 2013, the PRHTA, based on legal advice, has recorded a liability of approximately $139.2 million for probable losses on those claims not fully covered by insurance. In the opinion of legal counsel, any liability in excess of the recorded liability that may arise for such claims will not be significant to the PRHTA's financial position or results of operations.

PRHTA entered into a System and Test Track Turnkey Contract (STTT Contract) with Siemens Transportation Partnership Puerto Rico, S.E. (Siemens) and other contractors for the purpose of operating and maintaining the Urban Train. During 2005, the STTT Contract became effective upon execution of the contract for an initial term of five years with an option by the PRHTA to extend the term for an additional five years. The compensation is based on a schedule included in the master agreement which approximates $4.0 million on a monthly basis. The total annual operation and maintenance cost, including cost of issuance and electricity, for fiscal year 2013 was approximately $75.1 million.

PRHTA faces a number of business challenges that have been exacerbated by the Commonwealth's economic recession and the fact that the PRHTA has not increased tolls to its customers at sufficient levels to offset the effects of its rising costs. PRHTA's principal challenges, some of which are interrelated, are: (i) reduction of operating costs; (2) increase in the use of federal grants; and (iii) improving its liquidity. The PRHTA is committed to take all necessary measures to ensure it achieves a healthy financial condition. Refer to note 15(a) for additional measures and actions being taken by the GDB as well on addressing PRHTA's challenges.

**(c)**   *PRASA*

PRASA is a defendant on various lawsuits presented by customers alleging that PRASA has over billed them due to the methodology used to estimate consumption. There are two cases in which plaintiffs requested a certification of the suit as a class action and seek recovery damages in the amount of approximately $386 million, plus legal costs of around $100 million (25%) and interests and an injunction enjoining PRASA from continuing to bill using the current methodology. PRASA's potential exposure from these lawsuits is unlikely or cannot be presently determined and, as such, no liability is being reported on the accompanying basic financial statements.

PRASA is the defendant or codefendant in various other lawsuits. The ultimate outcome of the lawsuits cannot presently be determined. However, PRASA's management, based on the advice of legal counsels, is of the opinion that these lawsuits will not have a material impact on the basic financial statements.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

**(d)   *PREPA***

PREPA is a defendant or codefendant in several lawsuits incidental to its business, some involving substantial amounts. In those instances that management and legal counsel believe that the outcome of the litigation will be unfavorable to PREPA, a provision has been made to cover the estimated liability. PREPA's management, based on discussions with legal counsel, believes that the additional liability, if any, resulting from the ultimate resolution of these matters will not have a material effect on PREPA's financial position or results of operations.

On May 18, 2000, Abengoa, Puerto Rico, S.E. (Abengoa), PREPA's contractor for the repowering of San Juan steam plant units 5 and 6, unilaterally declared a termination of the contract with PREPA and filed a complaint for breach of contract. PREPA has moved for time to answer the complaint and has filed a counterclaim for the cost of the project and for all damages caused to PREPA by the alleged illegal contract termination. PREPA believes that the actions by the contractor will not materially affect the ability of PREPA to provide service nor there will be a material difference in the quality of service provided by PREPA.

In 2009, a large fire at a tank farm owned by CAPECO caused major damage to surrounding areas. PREPA stored some of its fuel at this facility. In the aftermath of the fire, numerous claims were filed against CAPECO. Some of the plaintiffs included PREPA as a defendant in these suits, alleging that  PREPA failed in its duty (as the owner of fuel stored at the site) to properly monitor CAPECO's operations in the tank farm.  All cases are in the initial stages and PREPA intends to vigorously defend against these claims. On August 12, 2010, CAPECO filed for bankruptcy. As a result thereof, all proceedings against CAPECO have been stayed. The proceedings against PREPA continue.

In 2011, separate lawsuits were filed against PREPA by various consumers claiming damages allegedly caused by incorrect and unlawful billing and invoicing practices. The lawsuits have been consolidated and certified as complex litigation, as requested by PREPA. The consumers are claiming damages in excess of $100 million and requested that the case be certified as a class action. PREPA filed its reply in opposition to the class certification request. Discovery proceedings have begun. In 2011 a federal class action lawsuit was filed claiming that PREPA's rate schedules, including subsidies granted to various groups, violate federal antitrust law, specifically the Robinson-Patman Act, and the religious freedom clause of the First Amendment to the United States Constitution by discriminating against certain customers who are not entitled to subsidies and requiring customers to associate with persons of different religious or political views by subsidizing those views through PREPA's lower electric rates to such persons. The amount claimed is unspecified. PREPA believes the claims are without merit because several elements of the Robinson-Patman Act that the plaintiffs must prove do not exist in PREPA's case, including that it does not sell electricity in interstate commerce and because PREPA's subsidies are mandated by Commonwealth legislation rather than independent PREPA actions. Discovery proceedings have begun. In 2011, a civil lawsuit was filed against PREPA and its directors in federal court in Puerto Rico, by eight private individuals and one local private corporation, claiming violations of the Racketeer Influenced and Corrupt Organizations Act (the RICO Act), including unlawful use of an enterprise to launder money generated by a pattern of racketeering activity, unlawful manipulation of an enterprise for purposes of engaging in, concealing, or benefiting from a pattern of racketeering activity, unlawful conspiracy to violate the RICO Act and conspiracy to advance a money-laundering

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

scheme. Neither the United States federal government nor the Commonwealth government is a party in this civil lawsuit. The amount claimed is unspecified. Plaintiffs have also asked the federal court to allow them to be the representatives of a class consisting of all consumers of the electricity sold by PREPA from 2007 to the present. On September 25, 2012, the federal court dismissed all of the above claims except those claims regarding conspiracy to advance a money laundering scheme and conspiracy for acquiring an interest in an enterprise. The federal court has not yet ruled on the issue of class certification. PREPA believes that class action certification will not be granted because the grounds advanced by plaintiffs are the same as those made in a prior year, unrelated Commonwealth court lawsuit against PREPA in which class certification was denied on facts very similar to those in this RICO Act lawsuit. Discovery proceedings have begun. PREPA believes that the undismissed RICO Act claims are without merit because the plaintiffs will be unable to prove the necessary elements of those claims, in particular those that require showing that PREPA conspired through its employees to violate the RICO Act, or that its directors or Board members obtained any interest in PREPA (other than their Board position).

In 2009, PREPA filed a lawsuit in Commonwealth court against Vitol, Inc. and certain of its affiliates and subsidiaries seeking a declaratory judgment as to the nullity of a $2 billion fuel supply agreement due to Vitol's failure to disclose certain corruption cases for which it accepted responsibility. Vitol removed this lawsuit to federal court and presented a counterclaim alleging that PREPA owed it approximately $45 million for delivered fuel and related excise taxes. Although the case is currently in the discovery stage, the court has stayed this process until such time as certain motions regarding forum selection have been resolved. On November 28, 2012, PREPA filed a second complaint against Vitol in the Commonwealth Court of First Instance seeking essentially the same remedies sought in the first action but as to four other contracts, after discovery revealed the date in which Vitol learned of the investigations in the corruption cases. Vitol also removed this action to the U.S. District Court for the District of Puerto Rico. PREPA claims approximately $3.5 billion in the aggregate. Vitol has resolved the claim for the $17 million in excise taxes and has stated that it will amend its counterclaim to dismiss that claim. Discovery in the case is closed. The parties have submitted motions for summary judgment against each other and are in the process of filing their respective oppositions thereto.

In 2007, 2008 and 2009, six cases were filed against PREPA, PRASA, and other entities alleging damages resulting from landslides. The complaints allege that PREPA caused or contributed to the landslides based on its construction of transmission lines in the area. In total, the six plaintiffs have claimed approximately $19.5 million in damages. These cases are in discovery stage and have been stayed by the court due to the bankruptcy of PRASA's insurer. Once proceedings in this case resume, PREPA will continue with its vigorous defense.

Fifty-five plaintiffs, former PREPA employees, claim that they have health problems due to PREPA's intentional failure to comply with federal and local laws regarding asbestos materials. In particular, plaintiffs claim that, during a certain time-frame, in which PREPA had the obligation to take measures regarding asbestos materials in its facilities, PREPA failed to comply with its duty to protect the plaintiffs from asbestos exposure. Plaintiffs claim approximately $321 million in damages. PREPA alleged employer's immunity but the courts held that a hearing on the merits of said defense was necessary before ruling on the matter of PREPA's alleged gross negligence. After the hearing as to the alleged negligence, held on several dates in July and August 2013, the Court

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

requested that the parties submit legal briefs, which the parties are in the process of filing.  If PREPA prevails on the employer immunity defense, the case will be dismissed.  If PREPA does not prevail on said defense, the case will proceed to trial on negligence and damages as to every particular plaintiff.

In addition to these cases, PREPA is involved in typical litigation for an electric power utility, but management estimates the amounts of such claims are not material and will not affect adversely PREPA's operations.

(e)  *UPR*

UPR participates in a number of federal financial assistance programs. These programs are subject to audits in accordance with the provisions of the OMB Circular A-133, *Audits of States, Local Governments, and Non-Profit Organizations*, or to compliance audits by grantor agencies. The amount, if any, of expenditures which may be disallowed by the granting agencies cannot be determined at this time. Management believes the impact will not be material to the UPR's financial statements.

Effective April 23, 2012, the National Science Foundation (NSF), an independent U.S. government agency, suspended the federal awards for research and development in the Research and Development Center at the Mayagüez Campus and in the Resource Center for Science and Engineering ascribed to the Central Administration unit of the UPR because the UPR has not corrected the time and effort reporting deficiencies as established in the Corrective Action Plan. NSF is responsible for promoting science and engineering through research programs and education projects. NSF will not reimburse expenditures incurred on and after April 23, 2012 by the UPR in the involved units. Most of the research and training activities under grants affected by the suspension status continue with funding from the UPR. Significant interactions between NSF and the UPR has led to a robust body of Effort Reporting System (ERS) policies and procedures, the creation of a system – wide Office for Research Compliance and Integrity and an overarching committee for continuous assessment and creation of sponsored programs, policies and procedures. On November 21, 2013, NSF lifted its suspension of the Research and Development Center at the Mayagüez Campus and in the Resource Center for Science and Engineering ascribed to the Central Administration unit of the University.

(f)  *PRHIA*

PRHIA has been requested to repay the Commonwealth's Department of the Treasury approximately $103 million representing excess transfers of money from the central government during the fiscal years 2001–2003. After consultation with external legal counsel, PRHIA is of the opinion that the money does not have to be repaid and believes that the likelihood of an unfavorable outcome is remote. Therefore, no reserve for such request has been recognized in PRHIA's financial statements.

(g)  *EDB*

At June 30, 2013, the EDB has financial guarantees of approximately $3 million. In addition, at June 30, 2013, commitments to extend credit were approximately $41 million and commitments to invest in venture capital were approximately $8 million.

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(h)** *PCSDIPRC*

PCSDIPRC provides insurance coverage over the stocks and deposits of all cooperatives in Puerto Rico. The deposit base of the cooperatives approximates $7.1 billion at June 30, 2013.

*Environmental Commitments and Contingencies*

**Primary Government** – The Commonwealth accounts for the pollution remediation obligations in accordance with GASB Statement No. 49, *Accounting and Financial Reporting for Pollution Remediation Obligations*. This Statement addresses accounting and financial reporting standards for pollution (including contamination) remediation obligations, which are obligations to address the current or potential detrimental effects of existing pollution by participating in pollution remediation activities such as site assessments and cleanups. The scope excludes pollution prevention or control obligations with respect to current operations, and future pollution remediation activities that are required upon retirement of an asset, such as landfill closure and post-closure care.

Once any of five specified obligating events occurs, a government is required to estimate the components of expected pollution remediation outlays and determine whether outlays for those components should be accrued as a liability or, if appropriate, capitalized when goods and services are acquired. Obligating events include the following:

- The government is compelled to take pollution remediation action because of an imminent endangerment.

- The government violates a pollution prevention–related permit or license.

- The government is named, or evidence indicates that it will be named, by a regulator as a responsible party or potentially responsible party (PRP) for remediation, or as a government responsible for sharing costs.

- The government is named, or evidence indicates that it will be named, in a lawsuit to compel participation in pollution remediation.

- The government commences or legally obligates itself to commence pollution remediation.

During 2012, the PBA identified asbestos in its central offices building in Minillas.  Asbestos removal cost was estimated based on environmental engineers' consultant survey and as a result of this study, the PBA recorded a liability of $2 million at June 30, 2012.  During the year ended June 30, 2013 most of the asbestos removal process was completed at a total cost very similar to the total provision recorded in 2012.  The PBA has contracted environmental engineers to determine if asbestos exists at any other of the PBA's properties.  At June 30, 2013 no other property has been identified, therefore no additional reserve for any future potential liability has been recorded.

**Component Units** – The following discretely presented component units' operations are the ones carrying and involved in specific activities that are subject to state and federal environmental regulations:

- *PREPA* – Facilities and operations of PREPA are subject to regulation under numerous federal and Commonwealth environmental laws, including the Clean Air Act, Clean Water Act, Oil

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

Pollution Act (OPA), Resource Conservation Recovery Act (RCRA), Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) and Underground Storage Tanks, among others.

In 2002, PREPA received a "Special Notice Concerning Remedial Investigation/Feasibility Study for Soil" at the Vega Baja Solid Waste Disposal Superfund Site. The EPA has identified PREPA and six other entities as "potentially responsible parties", as defined in the CERCLA. In 2003, PREPA agreed to join the other potentially responsible parties in an Administrative Order on Consent (AOC) for a Remedial Investigation/Feasibility Study (RI/FS), with the understanding that such agreement did not constitute an acceptance or responsibility. Under the AOC, PREPA committed up to $250,000 as its contribution to partially fund the RI/FS. At this time, RI/FS has been completed. The work proceeded in accordance with the schedule established by PREPA and the other designated potentially responsible parties (PRP's). In July 2010, a proposed plan was issued identifying the Preferred Alternative to address soil contamination at the Vega Baja Solid Waste Disposal Site. EPA held a public hearing on August 3, 2010 to discuss the alternatives to address soil contamination.

The Record of Decision (ROD) was published as scheduled by EPA on September 30, 2011. Alternative No. 2, Removal with On-Site Consolidation and Cover in the Non-Residential Area, was selected. From this point on, EPA resumed negotiations with the PRP's, both private and public, towards signing a Consent Decree through which the PRP's would contribute enough funds to cover the costs of the remedial action and the maintenance of the site. PREPA has already approved a contribution of $1.0 million through Resolution 3804, April 1, 2011. Notwithstanding, through further negotiations an additional contribution of $300,000 was required by EPA. This additional contribution was approved by PREPA's Governing Board.

On December 4, 2012, the Federal Department of Justice lodged with the Court the Consent Decree Civil Action No. 3:12-cv-01988, which requires that PREPA shall pay to EPA for the past response costs of the agency the amounts of $300,000 within 30 days of the effective date; $300,000 no later than August 15, 2013 and $300,000 no later than August 15, 2014. Also, an Environmental Escrow account must be created to serve as financial assurance for the performance of the obligations under the Consent Decree. PREPA shall deposit $400,000 into the escrow account within 60 days of the effective date of the Consent Decree. The effective date of the Consent Decree has not been established yet.  This Consent Decree can be terminated upon motion by any party, provided that all public Defendants have satisfied their obligations of payments to Response Cost and Stipulated Penalties.

PREPA continues to develop and implement a comprehensive program to improve environmental compliance in all applicable environmental media. This program has been and continues to be updated to conform to new regulatory requirements.

- *PRASA* – On July 1, 2003, PRASA entered into an agreement (Civil Action No. 01-1709) with EPA to attain compliance with the Clean Water Act in relation to PRASA's wastewater pump stations (WWPSs) in response to a significant number of sanitary sewer bypasses from these locations. The Clean Water Act prohibits discharges of sewage from any point in the collection and treatment system other than the authorized point at the treatment facility. PRASA completed

<div align="center">192</div>

<div align="right">(Continued)</div>

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

all improvement projects required by EPA for these WWPSs on or before the established completion dates in the agreement. This agreement also required PRASA to invest $1 million in the development and implementation of a Supplemental Environmental Project (SEP). This project consisted of the connection of three NON-PRASA communities to the PRASA's drinking water system. The connection has been completed and is awaiting completion of adjacent systems to fully integrate these systems to PRASA's service. The agreement also required the implementation of the Preventive Maintenance Program (PMP) for all of PRASA's WWPSs. This was fully completed in December of 2010, and is still in place. As part of the agreement, PRASA pays stipulated penalties for pump station bypass events on a quarterly basis. The penalty calculations are based on the pumping capacity of the pump station and the time taken to correct the deficiency causing the bypass event. The amount paid during fiscal year 2013 was approximately $300,000.

On June 22, 2006, PRASA entered into a consent decree (Civil Action No. 06-1624) with EPA that requires PRASA to implement system-wide remedial measures at all of the wastewater treatment plants operated by PRASA. The decree establishes deadlines for the compliance with the conditions set forth in the agreement and stipulates penalties for violation of any of those deadlines. PRASA was assessed a stipulated civil penalty of $1 million which was paid during fiscal year 2008. This penalty was assessed by the Court as payment for the discharge permit violations of several treatment facilities to the Clear Water Act. The agreement also required PRASA to deposit in an escrow account with the GDB an additional civil penalty of $3 million. These funds are to be used for providing sewer service to a community that has not been connected to PRASA's sanitary sewer system. PRASA is currently engaged in discussion with EPA as to the specific community that will benefit from this project. As part of the agreement, PRASA pays stipulated penalties on a yearly basis for exceedances to each of PRASA's facilities to their individual discharge permits. The penalty calculations are based on frequency of the exceedances as well as the percentage of the exceedances with its respective limit. The amount paid during fiscal year 2013 was approximately $500,000. These penalty payments are deposited into an escrow account from which a fraction of the deposited amount can be reimbursed to PRASA based on completion of specific projects and initiatives.

On May 25, 2006, PRASA entered into a plea agreement with the U.S. Department of Justice related to violations of the Clean Water Act, as amended, Title 33, USC, Sections 1131(a) and 1319(c)(2)(A). As part of the agreement (Criminal Case No. 06-CR-00202-001), PRASA paid a $9 million fine. This penalty was assessed by the Court as payment for the discharge permit violations of several treatment facilities to the Clean Water Act. PRASA was placed on probation for a period of five years. As part of the probation PRASA has to comply with several special conditions, such as: (i) upgrade the collection and wastewater treatment system in the Ponce de León Avenue area of San Juan for a cost of not less than $10 million to prevent direct discharges to the Martín Peña Channel; (ii) upgrade nine wastewater treatment plants for a cost of not less than $109 million; and (iii) comply with the consent decree signed by PREPA with the U.S. government on June 22, 2006. The plea agreement also established stipulated penalties for violation of any on the deadlines of performance standards set forth in the agreement. Currently, PRASA is in compliance with the deadlines and requirements of this consent order and no penalties have been paid.

193                                                                (Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

On December 15, 2006, an agreement (Civil Case No. KPE 2006-0858 was signed between PRASA and the Department of Health of the Commonwealth related to violations of the Safe Drinking Water Act (SDWA), as amended. The agreement was preliminary approved by the supervising court on March 15, 2007 and it was amended and finally approved by that court on June 20, 2008. PRASA agreed to implement a work plan to remediate the violations, establish preventive and mitigation measures, and execute a preventive maintenance program for the purpose of meeting the requirements of the SDWA. This Act requires the compliance with parameters of water quality and treatment techniques in PRASA's water systems. As part of the agreement, PRASA paid a civil penalty of $1 million during fiscal year ended June 30, 2007. The civil penalty was stipulated by the court for alleged noncompliance issues to the SDWA attended in this decree. In this Consent Decree, PRASA shall pay stipulated penalties for failing to comply with remedial measures deadlines, fail to submit deliverables or exceedances to maximum contaminant levels. During fiscal year ended June 30, 2008 and based on the amendment and final approval of the agreement, PRASA accrued approximately $2.7 million for penalties for noncompliance as stipulated by the final agreement, which were paid during fiscal year 2009. Also, as part of the penalties for noncompliance with the remedial measures of the agreement with the Department of Health during fiscal year 2009, $1.3 million were deposited in a GDB escrow account to be used for a SEP. This SEP included three projects: (1) a chemical monitoring of 67 non-PRASA systems, (2) the installation of a disinfection system in six non-PRASA systems, and (3) the connection of schools that have their own deficient water systems to PRASA's water system. During fiscal year ended June 30, 2013, the penalties amounted to approximately $600,000. PRASA deposited $50,000 in an escrow account for parameters exceedances that will be used for compliance projects with the approval of the Department of Health.

On November 2007, PRASA entered into negotiation of a consent decree (Civil Action No. 10 1365) with EPA that requires PRASA to implement system wide remedial measures at all of the sludge treatment systems at the water treatment plants owned and operated by PRASA. The consent decree was lodged on May 3, 2010 and its entry date was August 24, 2010. This consent order supersedes previous consent orders known as PRASA II (Civil Action No. 92 1511) and PRASA III (Civil Action No. 00-2554). This consent order establishes deadlines for the compliance with the conditions set forth in the proposed agreement and stipulates penalties for violation of any of those deadlines.

PRASA was assessed a civil penalty of approximately $3.2 million of which $1 million was paid to the Treasurer of the United States of America as a civil penalty, and $2.2 million was deposited in an escrow account with the GDB for the design and construction of a SEP. This SEP consisted of the installation of an aeration system in the Toa Vaca Lake. The aeration system was finished and placed into operation on November 2012. The total amount of penalties paid under this agreement during the fiscal year 2013 was approximately $1.7 million. Stipulated penalties must be paid by PRASA for failing to comply with remedial measures deadlines, permitting limit exceedances or fail to submit deliverables or DMR's monthly reports or Discharge Monitoring Reports.

PRASA is in the process of renegotiation of all the consent decrees and commitments mentioned above. The objective of this renegotiation is to establish a prioritization system that will smooth out the economic impact of the capital improvement projects on a yearly basis.

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

- *SWA* – SWA initiated in years prior to the year ended June 30, 2013, the implementation and development of the Strategic Plan for Recycling and Disposal of Solid Waste in Puerto Rico at an estimated cost of approximately $112 million. The first stage consists of the construction of thirty-nine (39) projects to be financed through an interim financing agreement with the Government Development Bank for Puerto Rico. The lines-of-credit under the agreement were paid by the Department of the Treasury of the Commonwealth through joint resolutions approved by the Legislature of Puerto Rico. SWA has continued with the planning and construction of the projects.

  During May 2008, SWA approved the "Dynamic Itinerary for Infrastructure Projects of Solid Waste in Puerto Rico". This itinerary defines the strategies for safe and efficient handling of solid waste in Puerto Rico for the next twenty-five (25) years in compliance with all applicable regulations. SWA proposes this itinerary for the purpose of adopting this plan as the official instrument to guide public policy for the development of infrastructure projects for handling and final disposition of solid waste in Puerto Rico. The projects proposed in the itinerary include programs to develop facilities for the recovery of recyclable materials facilities (RMF's) for the deposit of acceptable sludge, facilities to convert solid waste to energy, transshipment facilities and lateral expansion to sanitary stuffing systems (SSS). The development of these projects takes into consideration the closing of various SSS. The construction investment is estimated at approximately $1.9 billion. SWA projects that financing for these projects will come from both the public and private sectors.

*Construction Commitments* – As of June 30, 2013, the following discretely presented component units are the ones maintaining various unspent construction agreements as follows (expressed in thousands):

| | |
|---|---:|
| Puerto Rico Highways and Transportation Authority | $ 642,200 |
| Puerto Rico Aqueduct and Sewer Authority | 88,300 |
| Puerto Rico Electric Power Authority | 112,000 |
| University of Puerto Rico | 36,600 |
| Puerto Rico Ports Authority | 13,200 |
| Company for the Integral Development of the Peninsula de Cantera | 14,560 |
| Port of the Americas Authority | 1,434 |
| Puerto Rico and Municipal Islands Maritime Transport Authority | 4,800 |
| Institute of Puerto Rican Culture | 2,242 |
| Total | $ 915,336 |

*Service Concession Arrangements (SCA)*

**PRHTA-** On September 22, 2011, the PRHTA entered into a toll road concession agreement with Autopistas Metropolitanas Puertos Rico, LLC (the Concessionaire), in which the PRHTA granted to the Concessionaire the right to operate PR-5 and PR-22 highways (the Toll Roads) for a period of 40 years.  During the 40-year term, the Concessionaire will have the right to charge and collect tolls imposed on the Toll Roads.  The PRHTA received an upfront concession fee payment of $1.136 billion, from which approximately $1.003 billion was used to redeem or defease certain bonds issued

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

and outstanding associated with the Toll Roads.  Pursuant to the provisions of GASB Statement No. 60, *Accounting and Financial Reporting for Service Concession Arrangements,* the PRHTA recognized a deferred inflow of resources of $1.136 billion, which will be amortized and recognized as revenue over the 40-year term of the agreement.  The PRHTA will recognize approximately $28.4 million annually through year 2052 as a result of the amortization of the recognized deferred inflow of resources.  The Toll Roads will continue to be presented as an asset of the PRHTA, which at June 30, 2013 amounted to approximately $90.3 million; but are not being depreciated since September 22, 2011 until the end of the agreement in 2052, as the concession agreement required the Concessionaire to return the Toll Roads to the PRHTA in its original or enhanced condition.

On December 20, 1992, the PRHTA and Autopistas de Puerto Rico y Compañía S.E. (Autopistas) entered into a concession agreement, amended in 2004 and in 2009, for the design, construction, operation and maintenance of the Teodoro Moscoso Bridge (the Bridge), a toll bridge which traverses the San Jose Lagoon between the municipalities of San Juan and Carolina.  The initial term of this agreement was 35 years, expiring on April 3, 2027; but has been subsequently amended on September 9, 2009 to extend the term to 50 years until 2044.  Also, pursuant to the provisions of GASB No. 60, as of June 30, 2013, the PRHTA recognized the Bridge at its estimated fair value of $109.5 million, amortized over an estimated useful life of 50 years, and a deferred inflow of resources, also of $102.8 million that will be amortized and recognized as revenue over the remaining term of the agreement.

The highways and bridge under concession agreement, net at June 30, 2013 and 2012 consisted of (in thousands):

|  |  | 2013 | 2012 (As Restated) |
|---|---|---|---|
| Toll Roads Concession | $ | 90,740 | 90,740 |
| Toll Roads Concession Improvements |  | 11,334 | — |
| Bridge Concession |  | 67,890 | 70,080 |
| Total | $ | 169,964 | 160,820 |

The deferred inflows of resources at June 30, 2013 and 2012 consisted of (in thousands):

|  |  | 2013 | 2012 (As Restated) |
|---|---|---|---|
| Toll Roads Concession | $ | 1,097,784 | 1,114,857 |
| Bridge Concession |  | 67,890 | 70,080 |
| Total | $ | 1,165,674 | 1,184,937 |

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**PRPA-** On February 27, 2013, the Federal Aviation Administration (FAA) approved the closing of the Lease and Use Agreements (the APP Agreements) entered into on July 27, 2012 between the PRPA and Aerostar Airport Holdings, LLC (Aerostar) with respect to the Luis Munoz Marin International Airport Project (LMMIA Project).   The APP Agreements awarded Aerostar the right to operate, manage, maintain, develop and rehabilitate the LMMIA during a term of 40 years, subject to extension conditions as defined, in exchange for an upfront payment of a leasehold fee of $615 million to the PRPA.   In addition, upon the closing of the APP Agreements, the PRPA will receive from Aerostar annual rental payments for the first five full reporting years of $2.5 million; then from the sixth full reporting year through and including the thirtieth reporting year, the PRPA will receive annual rental payments equal to 5% of the gross airport revenue earned by Aerostar in such years; and finally from the thirty-first reporting year and each succeeding year, the PRPA will receive  annual rental payments equal to 10% of the gross airport revenue earned by Aerostar in such years.

Under the APP Agreements, the PRPA is responsible for certain capital improvements pursuant to the Airline Capital Improvement Program.  The present value of these capital improvements was estimated at $3.068 million at transaction date.  Pursuant to the provisions of GASB Statement No. 60, *Accounting and Financial Reporting for Service Concession Arrangements, the PRPA* recognized at February 27, 2013, the date of the closing of the APP Agreements, a resulting deferred inflow of resources amounting to $622.5 million and a liability of $3,068 million for the present value of the capital improvement commitments of the PRPA; in exchange for the receipt of the $615 million upfront leasehold fee and the receivable of the annual payments of $2.5 million to be received from Aerostar for the first 5 years since the closing, with a present value estimate of $10.5 million.  Since the closing date through June 30, 2013, approximately $5.8 million of the deferred inflow of resources have been amortized into revenue and approximately $15.3 million will be amortized annually into revenue until the term of the APP Agreement.  As of June 30, 2013, the PRPA has satisfied approximately $2.2 million of its capital improvement commitments.

The right awarded to Aerostar to operate, manage and rehabilitate the LMMIA (following certain Operating Standards established by the FAA and the Authority) is accompanied with the assignment of all the revenues from the LMMIA facilities through the different lease agreements with airport concessionaries, including food and beverage providers, retailers, ground transportation providers, and other airport users, formerly belonging to the Authority.  Aerostar will also be able to charge a maximum level of fees to the airlines at LMMIA, as established in the APP Agreements. The APP Agreements also provide for a series of capital improvement expenditures on the LMMIA from Aerostar over the term of the APP Agreements, with certain required initial projects and general accelerated upgrades, as defined. The PRPA, on the other hand, is required to provide police and fire services to the LMMIA in exchange for an annual compensation of $2.8 million, to be  adjusted  thereafter  based  on  inflation.    The  APP  Agreements  also  establishes  certain compensation events, the occurrence of which from either party would trigger a compensation amount or activity from the defaulting party to the affected party, as defined.  Finally, the PRPA will be responsible to Aerostar, at the term of the APP Agreements, for any capital related improvements not fully reimbursed to Aerostar from the Passenger Facility Charge (PFC) program or other airline charges.

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

PRPA used $525 of the $615 million upfront leasehold fee received to repay debt obligations to lenders and suppliers, to cover certain related transaction costs and to set up reserve funds to cover early retirement of employees, improvements to regional airports and cover obligations of the PRPA in case of losses sustained on the APP Agreements. The LMMIA assets under this concession agreement amounted to $474.6 million at June 30, 2013; while the deferred inflows of resources at June 30, 2013 amounted to $619.4 million.

## (17) Retirement Systems

The Commonwealth sponsors three contributory defined benefit pension plans (collectively known as the Retirement Systems), which are reported in the accompanying statement of fiduciary net position:

- Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)

- Retirement System for the Judiciary of the Commonwealth of Puerto Rico (JRS)

- Puerto Rico System of Annuities and Pensions for Teachers (TRS)

Each system is independent; thus, their assets or liabilities may not be transferred from one system to another or used for any purpose other than to benefit the participants of each system.

The Retirement Systems issue financial reports, which are publicly available and include the basic financial statements, the required trend information, and any other required supplementary information. These reports may be obtained by written request to the corresponding retirement system administrator at the addresses detailed in note 1(b).

### (a) ERS

*Plan Description* – The ERS is a cost-sharing, multi-employer defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration (the ERS and JRS Administration) and was created by Act No. 447 on May 15, 1951. The ERS began operations on January 1, 1952, at which date, contributions by employers and participating employees commenced. The ERS is a pension trust fund of the Commonwealth. The ERS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

The responsibility for the proper operation and administration of the ERS is vested on an eleven-member board of trustees, composed of three participating employees (two members from ERS and one member from JRS) and two pensioners (one member from the ERS and one member from the JRS), who are appointed by the Governor of the Commonwealth. Also, there are four Commonwealth government agency representatives, which are the Secretary of the Treasury, the President of GDB, the Director of the Human Resources of the Commonwealth, and Commissioner of Municipal Affairs. The other two members are the President of the Federation of Mayors and the President of the Association of Mayors.

As of June 30, 2013, the ERS has an unfunded actuarial accrued liability (UAAL) of approximately $22,981 million, representing a 3.1% funding ratio. In the opinion of management and based on information prepared by consulting actuaries, it is estimated that starting in fiscal year 2015, the ERS's assets will be less than its obligations (including bonds payable but excluding its UAAL)

198                                                                                          (Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

resulting in a deficit net position. In addition, annual cash flow estimates for the foreseeable future are presently estimated to continue to reduce the net position unless other measures are taken. As described in note 16, future employer contributions have been pledged for the payment of debt service, consequently further depletion of ERS's assets could result in the inability to pay benefits.

The estimate of when the ERS's net position will become a deficit and when its assets would be exhausted is based on significant assumptions, including the rate of return on investments, the amount and timing of collections from the Commonwealth for the member, employer contributions and the employer additional contribution (Act No. 32), which as discussed below, was estimated in $120.0 million annually, as well as the estimated participant benefits and the ERS's administrative expenses to be paid each year.

To improve the liquidity and solvency of the ERS, the Commonwealth enacted Act No. 32 of June 25, 2013, which provides for incremental annual contributions from the Commonwealth General Fund beginning in fiscal year 2014 and up to the fiscal year 2033. This additional contribution will be determined annually based on actuarial studies to be performed by the ERS's actuaries. An appropriation for such additional contribution of approximately $120 million was included in the Commonwealth's budget for the fiscal year 2014. However, as a result of budgetary constraints at the present time management believes that approximately $90 million of this amount will not be collected as expected during fiscal year 2014. Further, this additional contribution was reduced to $28.2 million for the Commonwealth's proposed budget for the fiscal year 2015.

The ERS's funding requirements, together with the funding requirements of the JRS and the TRS, could have a direct negative effect on the Commonwealth's General Fund, since the Commonwealth is the plan sponsor and is obligated to make contributions to fund each of the systems.

If the Commonwealth's financial condition does not improve as a result of fiscal and budgetary measures it is taking, its ability to repay its obligations, including its regular employer contributions to the ERS and its additional contribution as provided by Act No. 32, for the upcoming years, may continue to be adversely affected, and could also affect the payment of benefits and the repayment of the ERS's bond payable.

To address these issues, the ERS and the Commonwealth, with the assistance of the ERS external consulting actuaries, concluded that, in addition to other measures, annual increases in the employers' contribution rate would be required to fully fund pensions, without having to liquidate the ERS investment portfolio. Accordingly, on July 6, 2011, the Commonwealth enacted Act No. 116, increasing the employers' contributions rate from 9.275% to 10.275% of employee compensation for fiscal year 2011-2012, an additional 1% annually for each of the next four years, and 1.25% annually for each of the five years thereafter, reaching an aggregate contribution rate of 20.525% effective July 1, 2020.

Other measures taken to improve the funding ratio of ERS, include 1) improving the collection of late contributions by receiving such contributions directly from the Municipal Revenue Collection Center (CRIM) when a municipality fails to send their contributions within 30 days from the due date or from the Department of Treasury of the Commonwealth (Hacienda) in the case of agencies; 2) implementation of Act No. 70 establishing early retirement incentives; 3) revision of the

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

Employee Personal Loan Policy by limiting personal and cultural loan amounts to $5,000 each, from $15,000 and $10,000, respectively; and 4) the receipt of a special contribution from the Commonwealth that was invested in junior subordinated capital appreciation bonds issued by COFINA (the COFINA Bonds) amounting to $162.5 million in 2011.

Act No. 70 established a program that provides benefits for early retirement or economic incentives for voluntary employment termination to eligible employees, as defined. Act No. 70 also establishes that early retirement benefits will be provided to eligible employees that have completed between 15 to 29 years of creditable services and will consist of monthly benefits ranging from 37.5% to 50% of each employees' monthly salary. Benefits under this program will be paid by the General Fund of the Commonwealth and by the public corporations, covering their respective employees until the plan member reaches the later of age 55 for members under Act No. 447 or age 65 for members under Act 1, or the date the plan member would have completed 30 years of service had the member continued its employment. The ERS will be responsible for benefit payments afterwards. In addition, the General Fund and the public corporations will also be required to make the required contributions to the ERS. As of June 30, 2013, the ERS has recorded a liability of approximately $16 million for its responsibility as an employer under Act No. 70.

Furthermore, on April 4, 2013, the Governor of Puerto Rico signed into law Act No. 3 of 2013, which represents a comprehensive reform of the ERS. Act No. 3 became effective on July 1, 2013 and amended the provisions of the different benefit structures under the ERS, including, but not limited to, the following:

1. For active participants of the contributory defined benefit programs under Act No. 447 of 1951 and Act No. 1 of 1990, all retirement benefits accrued through June 30, 2013 were frozen, and thereafter, all future benefits will accrue under the defined contribution formula used for System 2000 participants, and will be paid at retirement through a lifetime annuity.

2. Increased the minimum pension for current retirees from $400 to $500 per month.

3. The retirement age for Act No. 447 participants will be gradually increased from age 58 to age 61.

4. The retirement age for active System 2000 participants will be gradually increased from age 60 to age 65.

5. Transitioning active participants under Act No. 1 and Act No. 447 to a defined contribution plan similar to System 2000.

6. Eliminated the "merit annuity" available to participants who joined the ERS prior to April 1, 1990.

7. The retirement age for new employees was increased to age 67, except for new state and municipal police officers, firefighters, and custody officers, which will be age 58.

8. The employee contribution rate was increased from 8.275% to 10%.

(Continued)

### COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

9.  For System 2000 participants, the retirement benefits will no longer be paid as a lump sum distribution, instead, they will be paid through a lifetime annuity.

10. Eliminated or reduced various retirement benefits previously granted by special laws, including Christmas and summer bonuses. The Christmas bonus payable to current retirees was reduced from $600 to $200 and was eliminated for future retirees. The summer bonus was eliminated. Resulting employer contribution savings will be contributed to the ERS.

11. Disability benefits were eliminated and substituted for a mandatory disability insurance policy.

12. Survivor benefits were modified.

The ERS consists of different benefit structures pursuant to Act No. 447 of 1951, as amended, including a cost-sharing multi-employer contributory defined benefit program and a cash balance program, similar to a cash balance plan. The ERS is sponsored by the Commonwealth, public corporations, and municipalities of Puerto Rico. Substantially all full-time employees of the Commonwealth and its instrumentalities (Commonwealth Agencies, Municipalities, and Public Corporations, including the ERS) are covered by the ERS. All regular, appointed, and temporary employees of the Commonwealth at the date of employment become plan members of the ERS. The ERS is optional for Commonwealth officers appointed by the Governor and Head of Agencies.

Plan members, other than those who joined the ERS after March 31, 1990, are eligible for the benefits described below:

*Retirement Annuity* – Plan members are eligible for a retirement annuity upon reaching the following age:

| Policemen and Firefighters | Other Employees |
|---|---|
| 50 with 25 years of credited service | 55 with 25 years of credited service |
| 58 with 10 years of credited service | 58 with 10 years of credited service |

Plan members are eligible for monthly benefit payments determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the highest 36 months of compensation recognized by the ERS. The annuity, for which a plan member is eligible, is limited to a minimum of $400 per month and a maximum of 75% of the average compensation.

*Merit Annuity* – Plan members are eligible for merit annuity with a minimum of 30 years or more of credited service. The annuity for which the plan member is eligible is limited to a minimum of 65% and a maximum of 75% of the average compensation. As a result of the enactment of Act No. 3 of April 4, 2013, effective July 1, 2013, merit annuities will no longer be available to participants who joined the ERS after April 1, 1990.

*Deferred Retirement Annuity* – A participating employee who ceases to be an employee of the Commonwealth after having accumulated a minimum of 10 years of credited service qualifies for retirement benefits provided his/her contributions to the ERS are left within the ERS until attainment of 58 years of age.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

*Coordinated Plan* – On the coordinated plan, the participating employee contributes 5.775% of the monthly salary for the first $550 and 8.275% for the excess over $550. By the time the employee reaches 65 years old and begins to receive social security benefits, the pension benefits are reduced by the following:

- $165 per month if retired with 55 years of age and 30 years of credited service.

- $110 per month if retired with less than 55 years of age and 30 years of credited service.

- All other between $82 and $100 per month.

- Disability annuities under the coordinated plan are also adjusted at age 65 and in some cases can be reduced over $165 per month.

*Noncoordinated Plan* – On the noncoordinated plan, the participating employee contributes 8.275% of the monthly salary and does not have any change on the pension benefits upon receiving social security benefits.

*Reversionary Annuity* – A plan member, upon retirement, could elect to receive a reduced retirement annuity giving one or more benefit payments to his/her dependents. The life annuity payments would start after the death of the retiree for an amount not less than $240 yearly or greater than the annuity payments being received by the retiree.

*Occupational Disability Annuity* – A participating employee, who as a direct result of the performance of his/her occupation is totally and permanently disabled, is eligible for a disability annuity of 50% of the compensation received at the time of the disability.

*Nonoccupational Disability Annuity* – A participating employee totally and permanently disabled for causes not related to his/her occupation, and with no less than 10 years of credited service, is eligible for an annuity of 1.5% of the average compensation of the first 20 years of credited service increased by 2% for every additional year of credited service in excess of 20 years.

*Death Benefits:*

Occupational:

*Surviving Spouse* – annuity equal to 50% of the participating employee's salary at the date of the death.

*Children* – $10 per month for each child, minor or student, up to a maximum benefit per family of 100% of the participating employee's salary at the date of the death. If no spouse survives, or dies while receiving the annuity payments, each child, age 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies.

Nonoccupational:

*Beneficiary* – the contributions and interest accumulated as of the date of the death plus an amount equal to the annual compensation at the time of death.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

*Postretirement* – Beneficiary with surviving spouse age 60 or over and child, age 18 or under, up to 50% (60%, if not covered under Title II of the Social Security Act) of retiree's pension or otherwise the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $1,000.

*Refunds* – A participating employee who ceases his/her employment with the Commonwealth without right to a retirement annuity has the right to a refund of the contributions to the ERS, plus any interest earned thereon.

*Amendments to Benefits Structure for Plan Members who Joined the ERS on or After April 1*, 1990 – Act No. 1 of February 16, 1990, made certain amendments applicable to new participating employees joining the ERS effective April 1, 1990. These changes consist principally of an increase in the retirement age from 55 to 65, a decrease in the benefit percentage of the average compensation in the occupational disability and occupational death benefits annuities from 50% to 40%, and the elimination of the merit annuity for participating employees (except policemen and firemen) who have completed 30 years of creditable service.

Special Benefits:

During fiscal years 2003 to 2007, the Commonwealth granted additional benefits to the ERS's retirees. As of June 30, 2013, these benefits are being funded through special appropriations from the Commonwealth for the amount corresponding to the Commonwealth agencies and from the public corporations and municipalities. Special benefits include the following:

- Christmas Bonus – An annual bonus of $600 for each retiree and disabled member paid each December. The ERS pays $150 per retiree and disabled member and the remaining bonus is paid by the Commonwealth.

- Summer Bonus – An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July. This benefit is prorated if there are multiple beneficiaries and is funded by the Commonwealth.

- Medication Bonus – An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July to cover health costs. Evidence of coverage is not required. This benefit is funded by the Commonwealth.

- Cost of Living Adjustment for Pension Benefits – Act No. 10 of May 21, 1992, provided for increases of 3% every three years, of the pensions paid by the ERS to those plan members with three or more years of retirement. Act No. 10 requires further legislation to grant this increase every three years, subject to the presentation of actuarial studies regarding its costs and the source of financing. Since fiscal year 1992 to 2007 there have been other acts addressing the cost of living allowance (C.O.L.A.), such as Act No. 207 of August 13, 1995; Act No. 221 of August 9, 1998; Act No. 40 of June 13, 2001; Act No. 157 of June 27, 2003; and Act No. 35 of April 24, 2007.

On April 24, 2007, the Governor signed Act No. 35 to provide for an increase of 3% of the pension paid by the ERS to those plan members whose monthly pension was less than $1,250, effective on July 1, 2008.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

To protect the financial health of the ERS, the increases granted pursuant to the above laws are being financed through annual appropriations from the Commonwealth and contributions from municipalities and public corporations.

*Early Retirement Programs* – The Municipality of San Juan issued Resolution No. 41, dated May 5, 2008, which provided an early retirement program for the municipalities' employees. The Municipality of San Juan will reimburse the annuities and other benefits paid by the ERS during a five-year period, plus the employer and employee contributions with respect to the plan members covered until they reach the normal retirement age.

The Puerto Rico Environmental Quality Board (EQB) implemented an early retirement program for its employees under Act No. 7 dated August 9, 2008. The EQB has already made the initial payment and would reimburse the remaining balance on annuities and other benefits paid by the ERS in four installments on each July 31 starting in 2009 through 2012. The EQB was at default on the retirement plan payment, so they requested a new payment plan. The ERS Board of Trustees approved a payment plan for the debt balance due of the retirement program for 24 months starting in March 2014.

*Amendment to Act No. 447 Effective January 1, 2000, to Create System 2000* – On September 24, 1999, Law 305, an amendment to Act No. 447 of May 15, 1951, which created the ERS, was enacted to provide for a new benefit structure, similar to a cash balance plan, known as System 2000, to cover employees joining the ERS on or after January 1, 2000.

Employees participating in the ERS as of December 31, 1999, were allowed to elect either to stay in the defined benefit structure or transfer to System 2000. People joining the public sector on or after January 1, 2000, are only allowed to become members of System 2000. Under System 2000, contributions received from participants are pooled and invested by the ERS, together with the assets corresponding to the defined benefit structure. Future benefit payments under the original defined benefit structure and System 2000 will be paid from the same pool of assets. As a different benefit structure, System 2000 is not a separate plan, and as such, is not presented separately from the original defined benefit structure, pursuant to the provisions of GASB Statement No. 25. The Commonwealth does not guarantee benefits at retirement age.

The annuity benefits to participants is based on a formula which assumes that each year the employee's contribution (with a minimum of 8.275% of the employee's salary up to a maximum of 10%) will be invested as instructed by the employee in an account which either: (1) earns a fixed rate based on the two-year Constant Maturity Treasury Notes or, (2) earns a rate equal to 90% of the return of the ERS's investment portfolio (net of management fees), or (3) earns a combination of both alternatives. Plan members receive periodic account statements similar to those of defined contribution plans showing their accrued balances. Disability benefits are not granted under System 2000 rather should be provided to those plan members that voluntarily elect to participate in a private insurance long-term disability program. The employers' contributions (11.275% of the employee's salary for 2013) with respect to employees under System 2000 will continue but will be used to fund the defined benefit plan. System 2000 reduced the retirement age from 65 years to 60 for those employees who joined the current plan on or after January 1, 2000.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

At June 30, 2013, System 2000's membership consisted of 63,508 current participating employees.

As discussed above, Act No. 3 of 2013 substantially amends the provisions of the previous Acts governing the ERS benefit structures and programs.

*Funding Policy* – The contribution requirement to the ERS is established by law and is not actuarially determined. Required employers' contributions consist of 11.275% of applicable payroll in the cases of municipalities, central government, and public corporations. Required employee contribution consists of 5.775% of the first $550 of the monthly salary with the excess at 8.275% for the coordinated benefit structure and 8.275% of the total monthly salary for participating employee's contributions for the noncoordinated benefit structure. If necessary, additional non payroll related contributions from the Commonwealth should ultimately cover any deficiency between the participating employers' and employee's contributions and the ERS's pension benefit obligations and general and administrative deductions.

The special benefits contributions of approximately $203.9 million in 2013 mainly represent contributions from the General Fund of the Commonwealth for the special benefits granted by special laws. The funding of the special benefits is provided to the ERS through legislative appropriations each July 1. The legislative appropriations are considered estimates of the payments to be made by the ERS for the special benefits. Deficiencies in legislative appropriations are covered by the ERS's own funds until recovered through future legislative appropriations. Any surplus of legislative appropriations collected over special benefits paid is combined with the assets held in trust for the payment of other pension benefits.

During the year ended June 30, 2013, ERS increased the assumed rate of return from 6.0% in 2012 to 6.4 % in 2013 which resulted in a decrease of approximately $290 million in the actuarial accrued liability.

As discussed above, Act No. 3 of 2013 substantially amends the provisions of the previous Acts governing the ERS funding policies.

**(b)   *JRS***

*Plan Description* – The JRS is a single-employer defined benefit pension plan administered by the ERS and JRS Administration and was created by Act No. 12 on October 19, 1954 (Act No. 12 of 1954). The JRS is a pension trust fund of the Commonwealth and is not an employer. The JRS provides retirement benefits to the employees of the judiciary branch of the Commonwealth, through the Office of the Administration of Court Facilities (the Employer). The JRS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

The responsibility for the proper operation and administration of the JRS is vested on an eleven-member board of trustees, composed of three participating employees (two members from ERS and one member from JRS) and two pensioners (one member from ERS and one member from JRS), who are appointed by the Governor of the Commonwealth. Also, there are four Commonwealth government agency representatives, which are the Secretary of the Treasury, the President of GDB, the Commissioner of Municipalities Affairs, and the Executive Director of the Human Resources

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

Office of the Commonwealth. The other two members are the President of the Federation of Mayors and the President of the Association of Mayors.

As of June 30, 2013, the JRS has an unfunded actuarial accrued liability for pension benefits of approximately $357.7 million, representing a 14.2% funding ratio. In the opinion of management and based on information prepared by consulting actuaries, if measures are not taken soon to deal with this situation, the JRS's assets are estimated to be exhausted by the fiscal year 2019. The JRS's funding requirements, together with the funding requirements of the ERS and the TRS, could have a direct negative effect on the Commonwealth's General Fund, since the Commonwealth is the plan sponsor and is obligated to make contributions to fund each of the systems.

The estimate of when the JRS's assets would be exhausted is based on significant assumptions, including the rate of return on investments, the amount and timing of collections from the Commonwealth for the member and employer contributions, as well as the estimated participant benefits and the JRS's administrative expenses to be paid each year. If the Commonwealth's financial condition does not improve as a result of fiscal and budgetary measures it is taking, its ability to repay its obligations, including its employer contributions to the JRS for the upcoming years, may be adversely affected. Actual result could differ from this estimate.

To address these issues, the JRS and the Office of the Administration of Court Facilities (the Employer) entered into an agreement to increase the employer contributions from 20% to 30.34%, effective on July 1, 2008. Employees' contributions consist of 8% of the employees' monthly salary. Contributions from the Commonwealth should ultimately cover any deficiencies between the employer and employee's contributions and JRS's pension benefit obligation and administrative costs.

Additionally, to help address the funded status situation, Act No.162 of 2013 was enacted to amend certain provisions of the retirement system. However, many provisions of Act No. 162 were ruled unconstitutional or to apply only prospectively.

The ERS and JRS Administration allocated 1.73% of its general and administrative expenses to the JRS during the year ended June 30, 2013. The methodology used to determine the allocation of the Administration's expenses is based on total Employer and participating employees' contributions to the JRS, divided by the aggregate total of employers and participants' contributions to the JRS and ERS, combined.

During the year ended June 30, 2013, the JRS liquidated investments of approximately $3 million to cover the Department of Treasury overdraft.

Under the terms of Act No. 12 of 1954, as amended, all judges of the judiciary branch of the Commonwealth are plan members of the JRS. Members of the JRS are eligible for the following benefits:

*Retirement Annuity* – Plan members with 10 years of credited service are eligible for retirement upon reaching 60 years of age.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Plan members are eligible for monthly benefit payments determined by the application of a stipulated benefit to the plan member's highest salary received as judge. The annuity for which a plan member is eligible, is limited to a minimum of 25% and a maximum of 75% of the highest salary received as a judge.

*Reversionary Annuity* – A plan member, upon retirement, could elect to receive a reduced retirement annuity giving one or more benefit payments to his/her dependents. The payments would start after the death of the retiree, for an amount not less than $120 yearly or greater than the annuity payments being received by the retiree.

*Occupational Disability Annuity* – A participating employee, who as a direct result of the performance of his/her occupation is totally and permanently disabled, is eligible for a disability annuity of 50% of the compensation received at the time of the disability, payable as an annuity, reduced by any payments received from the state insurance fund under the Workmen's Accident Compensation Act.

*Nonoccupational Disability Annuity* – A participating employee totally and permanently disabled for causes not related to his/her occupation, and with no less than 10 years of credited service, is eligible for annuity of 30% of the average compensation of the first 10 years of credited services, increased by 1% for every additional year of credited service in excess of 10 years, up to a maximum of 50% of the average compensation.

*Death Benefits:*

Occupational:

*Surviving spouse* – Annuity equal to 50% of the participating employee's salary at the date of the death.

*Children* – $10 per month for each child, minor or student, up to a maximum benefit per family of 75% of the participating employee's salary at the date of the death. If no spouse survives or dies while receiving the annuity payments, each child, 18 or under, is eligible to receive an annuity of $20 per month up to the attainment of 18 years of age or the completion of his/her studies.

Preretirement:

While in active service, the contributions and interest accumulated as of the date of the death, plus an amount equal to the annual compensation at the time of the death. While not in active service, the benefit equals a refund of the accumulated contributions.

Postretirement:

Surviving spouse and dependent children – up to 60% of the retiree's pension, payable for life for a surviving spouse and/or disabled children and payable until age 18 or completion of studies, if later, for nondisabled children.

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

Other designated by the retiree – the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $500.

*Refunds* – A participating employee who ceases his/her employment with the Commonwealth without right to a retirement annuity has the right to a refund of the contributions to the JRS, plus any interest earned thereon.

*Special Benefits* - Special benefits include the following:

- Christmas Bonus – An annual bonus of $600 for each retiree and disabled member paid each December. The JRS pays $150 per retiree and disabled member and the remaining bonus is paid by the Commonwealth.

- Summer Bonus – An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July. This benefit is prorated if there are multiple beneficiaries and is funded by the Commonwealth.

- Medication Bonus – An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July to cover health costs. Evidence of coverage is not required. This benefit is funded by the Commonwealth.

- Cost-of-living Adjustments (COLA) – Effective January 1, 2001, commencing January 1, 2002 and subsequently every three years thereafter, the annual benefit is increased by 3% for retirees and disabled members provided that the member had been receiving payments for at least three years (Section 236c). These COLAs are paid by the General Fund of the Commonwealth. In addition, an ad-hoc 3% COLA was granted effective January 1, 1999 and is paid by the JRS (Section 236b).

*Funding Policy* – The contributions to the JRS are established by law and are not actuarially determined. Required contributions consist of 30.34% of applicable payroll for the Employer and 8% for the participating employees. Contributions from the Commonwealth should ultimately cover any deficiency between the Employer's and employees' contributions and the JRS's pension benefit obligations and administrative costs.

The special benefits contributions of approximately $1.4 million in 2013 represent contributions from the General Fund of the Commonwealth for the special benefits granted by special laws. The funding of the special benefits is provided to the JRS through legislative appropriations each July 1. The legislative appropriations are considered estimates of the payments to be made by the JRS for the special benefits. Deficiencies in legislative appropriations are covered by the JRS's own funds until recovered through future legislative appropriations. Any surplus of legislative appropriations collected over special benefits paid is combined with the assets held in trust for the payment of other pension benefits.

During the year June 30, 2013, JRS increased the assumed rate of return from 6.1% in 2012 to 6.3% in 2013, which resulted in a decrease of approximately $9 million in the actuarial accrued liability.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

(c)   *TRS*

*Plan Description* – The Puerto Rico System of Annuities and Pensions for Teachers (TRS) is a cost-sharing multiple-employer defined benefit pension plan administered by the Puerto Rico Teachers Retirement System and was created by Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. The TRS is considered an integral part of the Commonwealth's financial reporting entity and is included in the Commonwealth's basic financial statements as a pension trust fund. The TRS, as a governmental retirement plan, is excluded from the provisions of the Employee Retirement Income Security Act of 1974 (ERISA).

The responsibility for the proper operation and administration of the TRS is vested in a board of trustees, composed of nine members, as follows: three ex-officio members, which are the Secretary of the Treasury, the Secretary of the Department of Education, and the President of the GDB; one member who is a representative of a teacher's organization designated by the Governor; three teachers of the TRS appointed by the Governor, one of which is a currently certified teacher in active service, and two who represent retired teachers; one member who is a representative of the entity in accordance with Act No. 45 of February 25, 1998, as amended; and one additional member, as representative of the public interest, with knowledge of and experience in the administration and operation of financial systems, appointed by the Governor.

As of June 30, 2013, the TRS has an unfunded actuarial accrued liability for pension benefits of approximately $10,345 million, representing a 15.6% funding ratio. Certain measures have been taken to improve the TRS's funding status. However, in the opinion of management and based on information prepared by consulting actuaries, if additional measures are not taken soon to deal with this situation, the TRS's assets are estimated to be exhausted by the fiscal year 2020. The TRS's funding requirements, together with the funding requirements of the ERS and the JRS, could have a direct negative effect on the Commonwealth's General Fund, since the Commonwealth is the plan sponsor and is obligated to make contributions to fund each of the systems.

The estimate of when the TRS's assets would be exhausted is based on significant assumptions, including the rate of return on investments, the amount and timing of collections from the Commonwealth for member and employers' contributions, as well as the estimated participant benefits and the TRS's administrative expenses to be paid each year. If the Commonwealth's financial condition does not improve as a result of fiscal and budgetary measures it is taking, its ability to repay its obligations, including its employer contributions to the TRS for the upcoming years may be adversely affected. Actual result could differ from this estimate.

To address these issues, the TRS and the Commonwealth, with the assistance of the TRS's external consulting actuaries, concluded that annual increases in the employers' contribution rate were required to assist in funding pension payments, without having to liquidate the TRS's investment portfolio. As a result of such determination, the Commonwealth approved Act No. 114 on July 5, 2011, establishing annual employer contribution increases of 1% of covered payroll for the fiscal years 2012 to 2016. In addition, it establishes annual employer contribution increases of 1.25% for the fiscal years 2017 to 2021.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

All active teachers of the Puerto Rico Department of Education and the employees of the TRS become plan members of the TRS at their date of employment. Licensed teachers working in private schools or other educational organizations have the option to become members of the TRS so long as the required employer and employee contributions are satisfied.

The plan members of the TRS are eligible for the benefits described below:

*Retirement Annuity* – Plan members are eligible for monthly benefit payments determined by the application of stipulated benefit ratios to the plan member's average compensation. Average compensation is computed based on the highest 36 months of compensation recognized by the TRS. The annuity for which a plan member is eligible is limited to a minimum of $400 per month and a maximum of 75% of the average compensation.

The plan members are eligible for retirement annuity benefits upon complying with the following:

| Minimum Age | Years of creditable services | Retirement annuity compensation |
|---|---|---|
| 50 and 55 | 30 or more | 75% of average compensation |
| Under 50 | 30 or more | 65% of average compensation |
| 60 | At least 10, but less than 25 | 1.8% of average compensation times years of service |
| 50 | At least 25, but less than 30 | 1.8% of average compensation timers years of service |
| 47, but less than 50 | At least 25, but less than 30 | 95% of 1.8% of average compensation times years of service |

*Deferred Retirement Annuity* – A participating employee who terminates service before age 60, after having accumulated a minimum of ten years of creditable services, qualifies for a deferred retirement annuity payable beginning at age 60. A participating employee who has completed 25 or more years of creditable services and is under the age of 47 at termination, qualifies for a deferred retirement annuity payable beginning at age 47. The vested rights described above are provided if his/her contributions to the TRS are left within the TRS until the attainment of the respective retirement age.

*Occupational Disability Annuity* – A participating employee, who as a direct result of the performance of his/her occupation becomes disabled, is eligible for an annuity of 1.8% of average compensation based on the highest 60 months or the number of months of creditable services, if less than five years, recognized by the TRS, times years of creditable services; but not less than $400 per month.

*Nonoccupational Disability Annuity* – A participating employee disabled for causes not related to his/her occupation, and with at least five years of credited service, is eligible for an annuity of 1.8% of average compensation based on the highest 60 months recognized by the TRS, times years of service; but not less than $400 per month.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

*Death Benefits:*

*Preretirement* – The beneficiaries receive the contributions made to the plan and 2% interest accumulated as of the date of death (after discounting debts with the TRS), plus an amount equal to the annual compensation of the member at the time of death.

*Postretirement* – The surviving spouse receives 50% of the retiree's pension and if there are children under 22 years of age or disabled (until disability ceases), they receive the other 50% of the pension. If there is no surviving spouse or children who qualify, the beneficiaries receive the excess, if any, of the accumulated contributions at the time of retirement over the total annuity benefits received before death, limited to a minimum of $1,000.

*Refunds* – A participating employee who ceases his/her employment with the Commonwealth without the right to a retirement annuity has the right to a refund of the employee contributions paid to the TRS, plus any interest earned thereon.

*Early Retirement Program* – On January 27, 2000, Act No. 44 was approved, which provided that effective March 9, 2000, plan members were eligible for early retirement upon attaining the age of 50 and 28 years of services in the first year of implementation and age 50 and 25 years of service in subsequent years. Those who select early retirement under these conditions will receive monthly benefits equal to 75% of their average compensation, which is computed based on the highest 36 months of compensation recognized by the TRS. Effective July 31, 2001, the option for early retirement was closed.

*Special Benefits* – Special benefits include the following:

- Christmas Bonus – An annual bonus of $600 for each retiree and disabled member paid each December. The TRS pays $150 per retiree and disabled member and the remaining bonus is paid by the Commonwealth.

- Summer Bonus – An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July. This benefit is prorated if there are multiple beneficiaries and is funded by the Commonwealth.

- Medication Bonus – An annual bonus of $100 for each retiree, beneficiary, and disabled member paid each July to cover health costs. Evidence of coverage is not required. This benefit is funded by the Commonwealth.

- Cost of Living Adjustments – Act No. 62 of September 4, 1992 provided, subject to the approval of the Legislature of the Commonwealth (the Legislature), for increases of 3% every three years in pensions to those plan members with three or more years of retirement. In years 1995, 1998, 2001, 2004, and 2007, the Legislature has replicated the benefit granted per Act No. 62 of September 4, 1992. This benefit is funded by the Commonwealth.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

- Other Pension Increase Acts – Act No. 128 of June 10, 1967 and Act No. 124 of June 8, 1973 provided a pension increase (from 2% to 10%) based on the monthly pension, and Act No. 47 of June 1, 1984, provided a pension increase based on credited service worked. This increase is funded by the Commonwealth.

- Cultural Loans – Act No. 22 of June 14, 1965 provides a 50% repayment of the interest that would be paid by the active teachers and retirees. This benefit is funded by the Commonwealth.

- Death Benefit – Act No. 272 of March 29, 2004 increases the death benefit of $500 to $1,000. This $500 increase is funded by the Commonwealth.

*Funding Policy* – Participating employees are required to contribute 9% of their compensation to the TRS, while the employer was required to contribute 10.5% of the applicable payroll for the year ended June 30, 2013. However, Act No. 114 provides for annual employer contribution increases of 1% for the fiscal years 2013 to 2016, and 1.25% annually for the fiscal years 2017 to 2021. Commonwealth contributions should ultimately cover any deficiency between the participating employees' contributions and the TRS's pension benefit obligations and administrative costs.

The special benefits contributions of approximately $54.1 million in 2013 represent contributions from the General Fund of the Commonwealth for the special benefits granted by special laws, as detailed in note 2. The funding of the special benefits is provided to the TRS through legislative appropriations each January 1 and July 1. The legislative appropriations are considered estimates of the payments to be made by the TRS for the special benefits. Deficiencies in legislative appropriations are covered by the TRS's own funds until recovered through future legislative appropriations. Any surplus of legislative appropriations collected over special benefits paid is combined with the assets held in trust for the payment of other pension benefits.

During the year ended June 30, 2013, the TRS increased the assumed rate of return from 5.95% in 2012 to 6.25% in 2013, which resulted in a decrease of approximately $430 million in the actuarial accrued liability.

Other relevant information on the Commonwealth's Retirement Systems is presented below (as of June 30, 2013, for ERS, JRS, and TRS):

(d) *Membership as of June 30, 2013*

|  | | ERS | JRS | TRS | Total |
|---|---|---|---|---|---|
| Retirees currently receiving benefits | $ | 111,044 | 431 | 35,977 | 147,452 |
| Current participating employees | | 125,671 | 364 | 41,553 | 167,588 |
| Total | | 236,715 | 795 | 77,530 | 315,040 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

(e)   *Annual Pension Cost and Net Pension Obligation*

The Commonwealth's annual pension cost and net pension obligation of the three pension plans as of and for the year ended June 30, 2013 were as follows (expressed in thousands):

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Annual required contributions | $ 2,192,821 | 38,501 | 736,591 | 2,967,913 |
| Interest on net pension obligation | 512,791 | 4,572 | 146,813 | 664,176 |
| Adjustment to annual required sponsors' contributions | (743,529) | (6,977) | (131,297) | (881,803) |
| Annual pension cost | 1,962,083 | 36,096 | 752,107 | 2,750,286 |
| Statutory sponsors' contributions made | (637,576) | (11,402) | (187,444) | (836,422) |
| Increase in net pension obligation | 1,324,507 | 24,694 | 564,663 | 1,913,864 |
| Net pension obligation at beginning of year | 8,621,475 | 75,094 | 2,462,232 | 11,158,801 |
| Net pension obligation at end of year | $ 9,945,982 | 99,788 | 3,026,895 | 13,072,665 |

The net pension obligation at June 30, 2013 for ERS, JRS and TRS of approximately $13.1 billion, is recorded in the accompanying statement of net position.

The following tables show the most significant actuarial methods and assumptions used to estimate the net pension obligation:

|  | ERS | JRS | TRS |
|---|---|---|---|
| Date of latest actuarial valuation | June 30, 2013 | June 30, 2013 | June 30, 2013 |
| Actuarial-cost method | Projected unit credit cost method with straight proration based on service to decrement | Projected unit credit cost method with straight proration based on service to decrement | Entry age normal |
| Amortization method | 30 years closed, level dollar | 30 years closed, level percentage of payroll | 30 years closed, level percentage of payroll |
| Remaining amortization period | 24 years | 13 years | 24 years |

(Continued)

### COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

The annual required contribution for the year ended June 30, 2013, was determined by actuarial valuations for each of the pension plans as described below:

| | ERS | JRS | TRS |
|---|---|---|---|
| Asset-valuation method | Market value of assets | Market value of assets | Market value of assets |
| Actuarial assumptions: | | | |
|   Inflation | 2.5% | 2.5% | 2.5% |
|   Investment rate of return | 6.4 | 6.3 | 6.3 |
|   Projected payroll growth | 2.5 | — | — |
|   Projected salary increases per annum | 3.0 | 3.0 | 3.5% (general wage inflation, plus service-based merit increase) |
|   Cost-of-living adjustments | 0.99% annually to approximate 3.0% triennial increases | 0.99% annually to approximate 3.0% triennial increases | None assumed |
| Mortality | Pre-retirement Mortality: For general employees and Mayors, RP-2000 Employee Mortality Rates for males and females projected on a generational basis using Scale AA. For members covered under Act 127, RP-2000 Employee Mortality Rates with blue collar adjustments for males and females, projected on a generational basis using Scale AA. As generational tables, they reflect mortality improvements both before and after the measurement date. | Pre-retirement Mortality: RP-2000 Employee Mortality Rates with white collar adjustments for males and females, projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date. | Pre-retirement Mortality: RP-2000 Employee Mortality Rates for males and females, projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date. |
| | 100% of deaths while in active service are assumed to be occupational for members covered under Act 127. For other members, 25% of deaths while in active service are assumed to be occupational and 75% are assumed to be nonoccupational. | Among deaths while in active service, 50% are assumed to be occupational, 50% are assumed to be nonoccupational. | Post-retirement Healthy Mortality: Rates which vary by gender are assumed for healthy retirees and beneficiaries based on a study of plan's experience from 2007 to 2012 equal to 92% of the rates from the UP-1994 Mortality Table for Males and 87% of the rates from the UP-1994 Mortality Table for females. |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

| ERS | JRS | TRS |
|---|---|---|
| Post-retirement Healthy Mortality:<br>Rates which vary by gender are assumed for healthy retirees and beneficiaries based on a study of plan's experience from 2007 to 2012 equal to 92% of the rates from the UP-1994 Mortality Table for Males and 95% of the rates from the UP-1994 Mortality Table for females. The rates are projected on a generational basis starting in 1994 using Scale AA. table, As a generational table, it reflects mortality improvements both before and after the measurement date. | Post-retirement Healthy Mortality:<br>RP-2000 Healthy Annuitant Mortality Rates with white collar adjustments for males and females, projected on a generational basis using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date. | Post-retirement Healthy Mortality:<br>The rates are projected on a generational basis starting in 1994 using Scale AA. As a generational table, it reflects mortality improvements both before and after the measurement date. |
| Post-retirement Disabled Mortality:<br>Rates which vary by gender are assumed for disabled retirees based on a study of plan's experience from 2007 to 2012 equal to 105% of the rates from the UP-1994 Mortality Table for Males and 115% of the rates from the UP-1994 Mortality table for females. No provision was made for future mortality improvement for disabled retirees. | Post-retirement Disabled Mortality:<br>RP-2000 Disabled Annuitant Mortality Rates, without projection. No provision was made for future mortality improvement for disabled retirees. | Post-retirement Disabled Mortality:<br>Rates which vary by gender are assumed for disabled retirees based on a study of plan's experience from 2007 to 2012 equal to the rates in the UP-1994 Mortality Table for males and females. No provision was made for future mortality improvement for disabled retirees. |

The ERS, JRS, and TRS statutory contribution as a percentage of the required contribution for the current year and each of the two preceding years is as follows:

| | ERS | JRS | TRS |
|---|---|---|---|
| Year ended June 30, 2013 | 29.1% | 29.6% | 25.5% |
| Year ended June 30, 2012 | 29.2% | 34.2% | 26.8% |
| Year ended June 30, 2011 | 40.4% | 37.1% | 30.3% |

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(f)    *Three Year Trend Information***

The three year trend information is as follows (dollars expressed in thousands):

|  |  | ERS | JRS | TRS |
|---|---|---|---|---|
| Annual pension cost (APC): |  |  |  |  |
| Year ended June 30, 2013 | $ | 1,962,083 | 36,096 | 752,107 |
| Year ended June 30, 2012 |  | 1,903,046 | 32,274 | 673,891 |
| Year ended June 30, 2011 |  | 1,656,181 | 29,113 | 550,400 |
| Percentage of APC contributed: |  |  |  |  |
| Year ended June 30, 2013 |  | 32.5% | 31.6% | 24.9% |
| Year ended June 30, 2012 |  | 31.0 | 35.5 | 25.9 |
| Year ended June 30, 2011 |  | 42.4 | 37.6 | 29.4 |
| Net pension obligation (asset): |  |  |  |  |
| At June 30, 2013 | $ | 9,945,982 | 99,788 | 3,026,895 |
| At June 30, 2012 |  | 8,621,475 | 75,094 | 2,462,232 |
| At June 30, 2011 |  | 7,308,172 | 54,268 | 1,962,912 |

**(g)    *Funded Status***

Funded status of the pension plans as of June 30, 2013, the most recent actuarial valuation date, is as follows (dollars expressed in thousands):

|  |  | ERS | JRS | TRS | Total |
|---|---|---|---|---|---|
| Actuarial accrued liability | $ | (23,712,081) | (416,734) | (12,251,995) | (36,380,810) |
| Actuarial value of assets |  | 731,342 | 59,012 | 1,906,882 | 2,697,236 |
| Unfunded actuarial accrued liability | $ | (22,980,739) | (357,722) | (10,345,113) | (33,683,574) |
| Funded ratio |  | 3.1% | 14.2% | 15.6% | 7.4% |
| Covered payroll | $ | 3,489,096 | 32,138 | 1,248,674 | 4,769,908 |
| Unfunded actuarial accrued liability as a percentage of covered payroll |  | 658.6% | 1,113.1% | 828.5% | 706.2% |

The schedule of funding progress presented as required supplementary information following the notes to the basic financial statements, presents multiyear trend information about whether the actuarial value of plan assets is increasing or decreasing over time relative to the actuarial accrued liability for benefits.

The projections of benefits for financial reporting purposes do not explicitly incorporate the potential effects of legal or contractual funding limitations.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

**(18)  Other Postemployment Benefits**

The Commonwealth provides postemployment healthcare benefits through defined benefit plans that are administered by the ERS and JRS Administration or by the TRS Administration:

- Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Medical Insurance Plan Contribution (ERS MIPC)

- Retirement System for the Judiciary of the Commonwealth of Puerto Rico Medical Insurance Plan Contribution (JRS MIPC)

- Puerto Rico System of Annuities and Pensions for Teachers Medical Insurance Plan Contribution (TRS MIPC)

**(a)  *Plans Descriptions***

ERS MIPC and TRS MIPC are unfunded cost-sharing multiple-employer defined benefit other postemployment (OPEB) plans sponsored by the Commonwealth. JRS MIPC is an unfunded, single-employer defined benefit OPEB plans sponsored by the Commonwealth. These OPEB plans were created under Act No. 95 approved on June 29, 1963. Healthcare benefits are provided through insurance companies whose premiums are paid by the retiree with the Commonwealth providing a matching share. ERS MIPC covers substantially all full time employees of: (1) the Commonwealth's primary government and (2) certain municipalities of Puerto Rico and certain component units of the Commonwealth not having their own postemployment benefit plan. JRS MIPC covers all judges of Judiciary Branch of the Commonwealth. The TRS MIPC covers all active teachers of the Department of Education of the Commonwealth and employees of the TRS Administration.

Commonwealth employees become plan members upon their date of employment. Plan members are eligible for benefits upon reaching the following age:

> ERS MIPC:
>     Police and Firemen:
>         50 with 25 years of credited service
>         58 with 10 years of credited service
>     Other Employees:
>         55 with 25 years of credited service
>         58 with 10 years of credited service
> JRS MIPC:
>     60 with 10 years of credited service
> TRS MIPC:
>     47 with 25 years of credited service
>     60 with 10 years of credited service

*Funding Policy* – The contribution requirement of ERS MIPC, JRS MIPC and TRS MIPC are established by Act No. 95 approved on June 29, 1963. Its benefit consists of a maximum of $100 per month per retiree. All these OPEB plans are financed by the Commonwealth on a pay-as-you-go basis. There is no contribution requirement for plan members during active employment. Retirees

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

contribute the amount of the healthcare insurance premium not covered by the Commonwealth contribution.

**(b)**   *Membership as of June 30, 2013*

|  | ERS | JRS | TRS | Total |
|---|---|---|---|---|
| Retirees and beneficiaries currently receiving benefits | 124,497 | 489 | 39,065 | 164,051 |
| Current participating employees | 125,671 | 364 | 41,553 | 167,588 |
| Total | 250,168 | 853 | 80,618 | 331,639 |

**(c)**   *Annual OPEB costs and Net OPEB obligation*

The annual OPEB cost and the annual required contribution (ARC) were computed as part of an actuarial valuation in accordance with parameters of GASB Statement No. 45 based on current years demographic data.

The Commonwealth's annual OPEB cost and the net OPEB obligation for the postemployment healthcare benefits plans as of and for the year ended June 30, 2013 were as follows (expressed in thousands):

|  | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|
| Annual OPEB cost: |  |  |  |  |
| ARC | $ 154,999 | 643 | 45,669 | 201,311 |
| Interest on net OPEB obligation | 5,265 | 35 | 1,362 | 6,662 |
| Adjustment to annual required contribution | (11,881) | 53 | (6,664) | (18,492) |
| Annual OPEB cost | 148,383 | 731 | 40,367 | 189,481 |
| Statutory sponsor's contributions made | (91,823) | (291) | (34,239) | (126,353) |
| Increase in net OPEB obligation | 56,560 | 440 | 6,128 | 63,128 |
| Net OPEB obligation at beginning of year | 166,757 | 947 | 47,540 | 215,244 |
| Net OPEB obligation at year end | $ 223,317 | 1,387 | 53,668 | 278,372 |

The net OPEB obligation at June 30, 2013 for ERS MIPC, JRS MIPC, and TRS MIPC totaling $278.4 million is recorded in the accompanying statement of net position.

218                                                                                   (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(d)** *Actuarial Assumptions*

Actuarial valuations of an ongoing plan involve estimates of the net value of reported amounts and assumptions about the probability of occurrence of events far into the future. Examples include assumptions about future employment and mortality. Amounts determined regarding the funded status of the plan and the ARC of the employer are subject to continuous revision as actual results are compared with past expectations and new estimates are made about the future.

|  | **ERS MIPC** | **JRS MIPC** | **TRS MIPC** |
|---|---|---|---|
| Date of latest actuarial valuation | June 30, 2013 | June 30, 2013 | June 30, 2013 |
| Actuarial-cost method | Projected unit credit cost method with straight proration based on service to decrement | Projected unit credit cost method with straight proration based on service to decrement | Entry age normal |
| Amortization method | 30 years closed, level dollar | 30 years closed, level percentage of payroll | 30 years closed, level percentage of payroll |
| Discount rate | 3.25% | 3.25% | 3.25% |
| Projected payroll growth | N/A | 3 | N/A |
| Projected salary increases | N/A | N/A | 3.5% general wage inflation plus a service based merit increase |
| Inflation | N/A | N/A | 2.5% |
| Remaining amortization period | 24 years | 13 years | 24 years |
| Amortization approach | Closed | Closed | Closed |

The ERS MIPC, JRS MIPC, and TRS MIPC statutory contributions as a percentage of the required contribution for the current year and each of the two preceding years are as follows:

|  | **ERS MIPC** | **JRS MIPC** | **TRS MIPC** |
|---|---|---|---|
| Year ended June 30, 2013 | 59.2% | 45.3% | 75.0% |
| Year ended June 30, 2012 | 70.8 | 53.1 | 83.9 |
| Year ended June 30, 2011 | 72.5 | 47.9 | 83.7 |

Calculations are based on the types of benefits provided under the terms of the substantive plan at the time of each valuation and on the pattern of sharing of costs between the employer and plan members to that point. The projections of benefits for financial reporting purposes does not explicitly incorporate the potential effects of legal or contractual funding limitations on the pattern of cost sharing between the employer and plan members in the future.

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

The actuarial calculations reflect a long–term perspective. Consistent with that perspective, actuarial methods and assumptions used include techniques that are designed to reduce short–term volatility in actuarial accrued liabilities and actuarial value of assets.

(e)   *Three Year Trend Information*

The three year trend information is as follows (dollars expressed in thousands):

|  | | ERS MIPC | JRS MIPC | TRS MIPC |
|---|---|---|---|---|
| Annual OPEB cost: | | | | |
| Year ended June 30, 2013 | $ | 148,383 | 731 | 40,367 |
| Year ended June 30, 2012 | | 130,704 | 530 | 40,962 |
| Year ended June 30, 2011 | | 127,336 | 513 | 39,891 |
| Percentage of annual OPEB cost contributed: | | | | |
| Year ended June 30, 2013 | | 61.9% | 39.8% | 84.8% |
| Year ended June 30, 2012 | | 72.4 | 58.9 | 90.0 |
| Year ended June 30, 2011 | | 73.4 | 60.4 | 79.1 |
| Net OPEB obligation: | | | | |
| At June 30, 2013 | $ | 223,317 | 1,387 | 53,668 |
| At June 30, 2012 | | 166,757 | 947 | 47,540 |
| At June 30, 2011 | | 130,741 | 729 | 43,448 |

(f)   *Funded Status*

Funded status of the postemployment healthcare benefit plans as of June 30, 2013, the most recent actuarial valuation date, is as follows (expressed in thousands):

|  | | ERS MIPC | JRS MIPC | TRS MIPC | Total |
|---|---|---|---|---|---|
| Actuarial accrued liability (AAL) | $ | 1,482,879 | 6,705 | 792,875 | 2,282,459 |
| Actuarial value of assets | | — | — | — | — |
| Unfunded actuarial accrued liability | $ | 1,482,879 | 6,705 | 792,875 | 2,282,459 |
| Funded ratio | | —% | —% | —% | —% |
| Covered payroll | $ | 3,489,096 | 32,138 | 1,248,674 | 4,769,908 |
| Unfunded actuarial accrued liability as a percentage of covered payroll | | 42.5% | 20.9% | 63.5% | 47.9% |

The schedule of funding progress presented as required supplementary information following the notes to the basic financial statements, present multiyear trend information about whether the actuarial value of plan assets is increasing or decreasing over time relative to the actuarial accrued liability for benefits.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

**(19)  Debt Service Deposit Agreements**

On May 26, 2005 (but effective on July 1, 2005), the Commonwealth, PFC, and the GDB (together the Commonwealth) and Lehman Brothers Special Financing Inc. (Lehman) entered into Debt Service Deposit Agreements (DSD Agreements), the objective of which was for the Commonwealth to secure an upfront payment in exchange for granting Lehman the rights to earnings generated from eight of its debt service funds. On September 25, 2008, as a result of Lehman commencing a case in the United States Bankruptcy Court for the Southern District of New York under Chapter 11 of the United States Code, Lehman selected Hexagon Securities LLC to act as the Qualified Dealer under the DSD Agreements and delivered Qualified Securities as permitted under the DSD Agreement. Seven of the funds are associated with the Commonwealth's PFC bonds, presented in the accompanying basic financial statements as Commonwealth appropriation bonds, and one fund is associated with the Commonwealth's general obligation bonds. The upfront payment, which amounted to $82.7 million, was received on May 26, 2005 and equaled the present value of the projected earnings income adjusted for credit timing risks as well as an appropriate amount of compensation for Lehman.

With the upfront payment made as explained above, the Commonwealth delivered to Lehman the required and scheduled debt service deposits and Lehman delivered qualified government debentures, which will mature before the next debt service payment date at an amount approximating such next debt service payment. Lehman will attempt to earn sufficient funds on the debt service deposit amounts, less its cost for the qualified government debentures, to make back the $82.7 million over time. At the same time, the Commonwealth will be managing its borrowings and investments by increasing the predictability of its cash flows from earnings on its investments and not for purpose of speculation. The Commonwealth acknowledges that, in exchange for the upfront payment received, it is foregoing its right to receive investment earnings on the deposit amounts referred to above in the future and that, by accepting the upfront payment, the Commonwealth has minimized the risks resulting from fluctuations in interest rates during the term of the DSD Agreements but also has foregone the possibility of receiving greater returns on such amounts from such fluctuations.

Under the DSD Agreements, the Commonwealth will be exposed to the payment to Lehman of a Termination Amount, as defined in the agreement, principally upon the occurrence of redemption or a defeasance of the related bonds on or prior to the last scheduled deposit date. The amount of the Termination Amount will vary depending on various market conditions, as defined in the DSD Agreements. Under certain market conditions, the Termination Amount owed to Lehman by the Commonwealth may exceed the amount of the original upfront payment received.

The $82.7 million upfront payment received by the Commonwealth was recognized as other revenue for budgetary purposes in 2005; however, under US GAAP, such upfront payment was deferred and is being recognized proportionally over the future periods the Commonwealth would have otherwise earned such interest earnings. The unamortized balance amounted to approximately $25.6 million and is a component of deferred revenue at June 30, 2013. During fiscal year 2013, approximately $3.8 million was amortized into other revenue in the accompanying statement of activities, and $1.6 million was paid by the Commonwealth as a partial termination of one of the agreements.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

**(20)  Derivative Instruments**

The fair values and notional amounts of derivative instruments outstanding at June 30, 2013, classified by type, and the changes in fair value of such derivative instruments for the fiscal year then ended as reported in the 2013 basic financial statements are as follows (in thousands):

| Item | | Changes in fair value from June 30, 2013 (1) | | Fair value at June 30, 2013 (2) | | | Notional |
|---|---|---|---|---|---|---|---|
| | | Classification | Amount | Classification | Amount | | |
| Governmental activities: | | | | | | | |
| Cash flow hedges: | | | | | | | |
| 1 Pay-fixed interest rate swap | (4) | Deferred outflow | $ 12,835 | Liability | $ (36,393) | (5) $ | 233,615 |
| 2 Pay-fixed interest rate swap | | Deferred outflow | (94) | Liability | (2,591) | | 32,815 |
| 3 Pay-fixed interest rate swap | | Deferred outflow | (156) | Liability | (2,498) | | 32,625 |
| 4 Pay-fixed interest rate swap | | Deferred outflow | (148) | Liability | (2,250) | | 31,280 |
| 5 Pay-fixed interest rate swap | | Deferred outflow | (115) | Liability | (1,994) | | 30,005 |
| 6 Pay-fixed interest rate swap | (4) | Deferred outflow | 1,399 | Liability | (2,702) | (5) | 14,925 |
| 7 Pay-fixed interest rate swap | (4) | Deferred outflow | 1,398 | Liability | (2,700) | (5) | 14,915 |
| 8 Pay-fixed interest rate swap | (3) | Deferred outflow | 33,444 | Liability | (53,176) | | 136,000 |
| Investment derivative instruments: | | | | | | | |
| 9 Pay-fixed interest rate swap | (4) | Investment revenue | 8,377 | Liability | (18,660) | (5) | 114,071 |
| 10 Pay-fixed interest rate swap | (4) | Investment revenue | 6,121 | Liability | (14,270) | (5) | 83,314 |
| 11 Basis Swap | | Investment revenue | 2,597 | Liability | (15,727) | (5) | 849,185 |
| 12 Basis Swap | | Investment revenue | (1,861) | Liability | (8,315) | (5) | 424,592 |

(1)  Positive (negative) values represent a decrease (an increase) in the liability's fair value.
(2)  Negative values indicate that the Commonwealth is in a payable position. The fair value excludes the accrued interest receivable or payable at year-end.
(3)  Derivative instrument corresponds to COFINA.
(4)  Insured swap.
(5)  Amortizing swap. The notional amount of the swap matches the principal amount of the associated debt. The swap agreement contains scheduled reductions to the notional amount that matches scheduled reductions in the associated debt outstanding principal balance.

The fair values of the pay-fixed interest rate swaps and the basis swaps were estimated using the zero-coupon method. This method calculates the future net settlement payments required by the swap, assuming that the current forward rates implied by the yield curve correctly anticipate future spot interest rates. These payments are then discounted using the spot rates implied by the current yield curve for hypothetical zero-coupon bonds due on the date of each future net settlement of the swaps.

Accrued interest payable on swaps are presented separately from the fair values of the swaps in the Commonwealth's government-wide statement of net position and in the governmental funds – balance sheet and amounted to $9.8 million at June 30, 2013.

The following table shows the derivative instruments position by counterparty and the counterparty credit ratings at June 30, 2013 (in thousands):

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| | | Total | | Counterparty |
| | | Notional amount | Fair value | Credit Rating Moodys/S&P |
| Item | Counterparty/swap | | | |
|---|---|---|---|---|
| 8 and 11 | Goldman Sachs Bank | $  985,185 | (68,903) | **A2/A** |
| 2 to 7 | Morgan Stanley Capital Services Inc. | 581,158 | (23,050) | **Baa1/A-** |
| 1 | Bank of New York Mellon | 233,615 | (36,393) | **Aa1/AA-** |
| 9 | DEPFA BANK plc | 114,071 | (18,660) | **Baa3/BBB** |
| 10 | Merrill Lynch Capital Services, Inc. | 83,314 | (14,270) | **Baa2/A-** |
| | Total | $ 1,997,343 | (161,276) | |

### *Hedging Derivative Instruments*

The following table displays the objective and terms of the Commonwealth's hedging derivative instruments outstanding at June 30, 2013, along with the credit rating of the associated counterparty (amounts in thousands):

| Item | Type | Objective | Notional amount | Effective date | Maturity date | Terms | | Counterparty credit rating |
| | | | | | | Pays | Receives | Moody's/S&I |
|---|---|---|---|---|---|---|---|---|
| 1 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2003 Series C-5-1 and C-5-2 bonds | $ 233,615 | 7/1/2008 | 7/1/2021 | 3.7658% | 67% 1M LIBOR | Aa1/AA- |
| 2 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 32,815 | 8/10/2006 | 7/1/2021 | 4.2000 | CPI+0.90% | Baa1/A- |
| 3 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 32,625 | 8/10/2006 | 7/1/2020 | 4.3200 | CPI+1.02% | Baa1/A- |
| 4 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 31,280 | 8/10/2006 | 7/1/2019 | 4.2900 | CPI+1.00% | Baa1/A- |
| 5 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2006 Series A bonds | 30,005 | 8/10/2006 | 7/1/2018 | 4.2600 | CPI+0.98% | Baa1/A- |
| 6 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A3 bonds | 14,925 | 10/16/2007 | 7/1/2029 | 3.5180 | 66% 1M LIBOR | Baa1/A- |
| 7 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the 2007 Series A2 bonds | 14,915 | 10/16/2007 | 7/1/2029 | 3.5180 | 66% 1M LIBOR | Baa1/A- |
| 8 | Pay-fixed interest rate swap | Hedge of changes in cash flows on the COFINA 2007 Series A bonds | 136,000 | 7/31/2007 | 8/1/2057 | 4.9200 | 67% 3M LIBOR +0.93% | A2/A- |

LIBOR: London Interbank Offered Rate Index
CPI: Consumer Price Index

For derivative instruments No. 2, 3, 4, and 5, the floating interest rate, CPI plus a spread (the rate to receive), is capped to the maximum rate permitted by Commonwealth law (12% as of June 30, 2013). This cap is equal to the cap in the hedged bond. Other swaps do not have significant embedded options.

**Investment Derivative Instruments** – The following table displays the terms of the Commonwealth's investment derivative instruments outstanding at June 30, 2013, along with the credit rating of the associated counterparty (amounts in thousands):

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

| Item | Type | Notional amount | Effective date | Maturity date | Terms pays | Receives | Counterparty credit rating Moody's/S&P |
|------|------|-----------------|----------------|---------------|------------|----------|----------------------------------------|
| 9 | Pay-fixed interest rate swap | $ 114,071 | 7/1/2008 | 7/1/2024 | 3.6815% | 67% 1M LIBOR | Baa3/BBB |
| 10 | Pay-fixed interest rate swap | 83,314 | 7/1/2008 | 7/1/2024 | 3.6815 | 67% 1M LIBOR | Baa2/A- |
| 11 | Basis Swap | 849,185 | 7/1/2006 | 7/1/2035 | SIFMA | 67% 3M LIBOR + 0.4409 | A2/A |
| 12 | Basis Swap | 424,592 | 7/5/2007 | 7/1/2035 | SIFMA | 67% 3M LIBOR + 0.4409 | Baa1/A- |

None of the investment derivative instruments has significant embedded options.

The Commonwealth entered into the basis swaps (derivative instruments No. 11 and 12) to economically hedge the portion of the fair value of the underlying liabilities attributable to the relative value/basis risk between tax-exempt and taxable rates, which can be expressed as a ratio. At June 30, 2013, management of the Commonwealth concluded that these basis swaps were not considered as effective hedging instruments under GASB Statement No. 53.

On October 1, 2012, the Commonwealth (the "Transferor") partially terminated derivative instrument No. 11, when it entered into a Novation Agreement with a notional amount of $424,592,500 (the "Novated Amount") with Morgan Stanley Capital Services LLC (the "Transferee") and Goldman Sachs Bank USA (the "Remaining Party"), without receiving or paying any consideration. As a result of this Novation Agreement, the Commonwealth shall have no obligations of any kind to the Remaining Party with respect to the Novated Amount of the Old Transaction or to the Remaining Party or the Transferee with respect to the New Transaction. Thus, the notional amount of derivative instrument No. 11 was reduced to $849,185,000.

## Risks on Derivative Instruments:

*Credit or Counterparty Risk* — The Commonwealth is exposed to credit risk on derivative instruments that are in asset positions. When the fair value of a derivative contract is positive, the counterparty owes the Commonwealth, which creates a credit risk for the Commonwealth. If the counterparty were to default under its agreement when the counterparty owes a termination payment to the Commonwealth, the Commonwealth may have to pay another entity to assume the position of the defaulting counterparty. When the fair value of the derivative contract is negative, the Commonwealth owes to the counterparty and, therefore, does not pose credit risk to the Commonwealth.

The Commonwealth has sought to limit credit risk by contracting only with highly rated entities or requiring guarantees of the counterparty's obligations under the swap agreements. In addition, to minimize its exposure to loss related to credit risk, it is the Commonwealth's policy to require counterparty collateral posting provisions on its derivative agreements. These terms require collateralization of the fair value of the derivative instruments in asset position (net of the effect of applicable netting arrangements) in excess of certain agreed upon thresholds which range from $20.0 million to zero (full collateralization) should the credit rating of the counterparty falls below a specified rating. Collateral posted is to be in the form of cash, U.S. Treasury securities, or specified agency securities. The Commonwealth has never failed to access collateral when required.

It is the Commonwealth's policy to enter into netting arrangements whenever it has entered into more than one derivative instrument transaction with a counterparty. Under the terms of these arrangements, should

224                                                                    (Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

one party become insolvent or otherwise default on its obligations, closeout netting provisions permit the non-defaulting party to accelerate and terminate all outstanding transactions and net the transactions' fair values so that a single sum will be owed by, or owed to, the non-defaulting party.

At June 30, 2013, none of the derivative instruments was in an asset position. Thus, the Commonwealth did not have aggregate counterparty credit exposure or netting arrangements as of that date.

*Interest Rate Risk* — The Commonwealth is exposed to interest rate risk on its swaps. On its pay-fixed, receive-variable interest rate swaps, as LIBOR or the Consumer Price Index (CPI) decreases, the Commonwealth's net payment on the swap increases. Additionally, as long-term LIBOR and CPI rates decrease, the fair values of the derivative instruments in liability positions increase. On its basis swaps, as LIBOR decreases and/or SIFMA trades as a higher percentage of LIBOR, the Commonwealth's net payment on the basis swaps increases. Additionally, as long-term LIBOR rates increase and/or long-term SIFMA/LIBOR ratios increase, the fair values of the basis swaps in liability positions decrease.

*Basis Risk* — The Commonwealth is exposed to basis risk on some of its pay-fixed interest rate swaps where the variable-rate payments received by the Commonwealth on the derivative and the rate paid on the hedged variable-rate debt are based on different reference rates or indexes.

*Termination Risk* — The Commonwealth or its counterparties may terminate a derivative instrument if the other party fails to perform under the terms of the contract. The Commonwealth is at risk that the counterparty will terminate a swap at a time when the Commonwealth owes a termination payment to the counterparty. Substantially all derivative instruments were terminated subsequent to year-end (see note 22).

*Rollover Risk* — The Commonwealth is exposed to rollover risk on hedging derivative instruments that mature prior to the maturity of the hedged debt, thus re-exposing the Commonwealth to the risk being hedged. None of the Commonwealth's derivative instruments matures prior to the maturity of the hedged debt.

*Collateral Posting Requirements and Contingencies* — All of the Commonwealth's derivative instruments, except for the Commonwealth's derivative instruments that are insured by Assured Guaranty Municipal Corp. (derivative instruments No. 1, 6 and 7) and the COFINA's derivative instrument No. 8, include provisions that require the Commonwealth to post collateral in excess of certain agreed upon thresholds (that range from $30.0 million to $50.0 million) when its credit rating falls below Baa1 (Moody's Investor Service) or BBB+ (Standard & Poor's). If the Commonwealth's credit rating falls below Baa3 (Moody's Investor Service) or BBB- (Standard & Poor's), it is required to post collateral of 100% of their payable positions. The collateral posted is to be in the form of cash, U.S. Treasury securities, or specified agency securities for derivative instruments in liability positions, net of the effect of applicable netting arrangements and thresholds. If the Commonwealth does not post collateral, the derivative instrument may be terminated by the counterparty.

At June 30, 2013, the aggregate fair value of the Commonwealth's derivative instruments with these collateral posting provisions was a liability position of $69.1 million. The Commonwealth's credit rating as of June 30, 2013 was Baa3 (Moody's Investor Service) and BBB- (Standard & Poor's). Since the aggregate fair value of these derivative instruments was below the established threshold with each of the counterparties, the Commonwealth was not required to post collateral as of June 30, 2013.

(Continued)

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

At June 30, 2013, no collateral posting requirement applied to the COFINA's derivative instrument.

As disclosed in note 22, part of the $3.5 billion bond issuance of the Commonwealth's General Obligation Bonds of 2014, Series A were used by the Commonwealth to terminate seven hedging derivative instruments with notional amount of approximately $390.2 million and three investment derivative instruments with the notional amount of approximately $622.0 million on March 17, 2014. The Commonwealth paid approximately $90.2 million to terminate these swaps. After this bond issuance transaction, the remaining outstanding derivative instruments are those of Goldman Sachs Bank, which includes: the outstanding derivative instrument No. 11 (a basis swap) with notional amount of approximately $849.2 million, which has separate undeclared additional termination events against each other and for which the Commonwealth executed a standstill agreement with its counterparty in March 2014, and the COFINA's hedging derivative instrument No. 8 with notional amount of $136.0 million.

**(21)  Fund Balance (Deficit)**

Below is the detail included in the fund balance (deficit) classifications for the governmental funds at June 30, 2013 (expressed in thousands):

| | General | Debt service | COFINA Special revenue | COFINA Debt service | Other governmental | Total governmental |
|---|---|---|---|---|---|---|
| Nonspendable: | | | | | | |
| Endowment | $  5,000 | — | — | — | 225,100 | 230,100 |
| Spendable: | | | | | | |
| Restricted for: | | | | | | |
| General government | — | — | — | — | 508 | 508 |
| Public housing and welfare | — | — | — | — | 93,459 | 93,459 |
| Capital projects | 40,076 | — | — | — | 229,787 | 269,863 |
| Debt service | 317,420 | — | — | 579,610 | 214,991 | 1,112,021 |
| Subtotal | 357,496 | — | — | 579,610 | 538,745 | 1,475,851 |
| Committed to: | | | | | | |
| Public housing and welfare | — | — | — | — | 29,042 | 29,042 |
| Health | 171 | — | — | — | — | 171 |
| Debt service | — | 2,154 | — | — | — | 2,154 |
| Subtotal | 171 | 2,154 | — | — | 29,042 | 31,367 |
| Assigned to: | | | | | | |
| General government | 573 | — | 48,852 | — | — | 49,425 |
| Public housing and welfare | 8,047 | — | — | — | 7,158 | 15,205 |
| Capital projects | 6,788 | — | — | — | 98,241 | 105,029 |
| Debt service | — | 154,540 | — | — | 1,592 | 156,132 |
| Subtotal | 15,408 | 154,540 | 48,852 | — | 106,991 | 325,791 |
| Unassigned | (2,389,101) | — | — | — | (65,650) | (2,454,751) |
| Total fund balance (deficit) | $ (2,011,026) | 156,694 | 48,852 | 579,610 | 834,228 | (391,642) |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

**(22)  Subsequent Events**

Subsequent events were evaluated through June 30, 2014, the date the basic financial statements of the Commonwealth were available to be issued, to determine if any such events should either be recognized or disclosed in the 2013 basic financial statements.  The subsequent events disclosed are principally those related to debt activities, including credit rating downgrade events, and other revenue and/or budget related legislation which management believes are of sufficient public interest for disclosure.

**Primary Government**

*Tax Revenue Anticipation Notes and Other Notes and Bonds Issued after Year End*

On July 1, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series A (2014) for $300,000,000 (the 2014 TRANs-A) to the GDB for the purpose of providing funds to pay the General Fund appropriations made for fiscal year 2014 in anticipation of the receipt of taxes and revenues required to be deposited in the General Fund and estimated in the budget of the Commonwealth to be realized in cash during fiscal year 2014. The 2014 TRANs-A bears interest at a rate equal to the greater of (i) the rate of interest determined from time to time by the GDB at its prime rate plus 150 basis points or (ii) 6.0%, and shall mature and be due and payable on July 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this 2014 TRANs-A.

On July 2, 2013, the Commonwealth issued Public Improvement Refinancing Note of 2013, Series B for $319,645,474 (the 2013 PIRN-B) to the GDB for the purpose of providing funds to make during fiscal year 2014 the monthly principal deposits in respect and thereby refinance the principal component of certain outstanding public improvement and public improvement refunding bond issues of the Commonwealth. The 2013 PIRN-B bears interest at a rate of interest per annum equal to the prime rate as determined and announced by the GDB from time to time plus 150 basis points. No such rate of interest per annum shall be in excess of 12% or be less than 6% per annum. The 2013 PIRN-B shall mature and be due and payable on June 30, 2043. The good faith, credit and taxing power of the Commonwealth are pledged to the payment of the principal of and interest on the 2013 PIRN-B.

On July 9, 2013, PRIFA entered into a Bond Purchase Agreement of its Revenue Bonds, Series 2011 C-1 bonds, for approximately $96.8 million. The agreement provides for the establishment of a new term rate period that ended on November 14, 2013, with a new term rate not to exceed 3.25%.

On July 16, 2013, the Commonwealth issued Public Improvement Refinancing Note of 2013, Series A for $255,755,568 (the 2013 PIRN-A) to the GDB for the purpose of providing funds to make during fiscal year 2014 the monthly interest deposits in respect and thereby refinance the interest component of certain outstanding public improvement and public improvement refunding bond issues of the Commonwealth. The 2013 PIRN-A bears interest at a rate of interest per annum equal to the prime rate as determined and announced by the GDB from time to time plus 150 basis points. No such rate of interest per annum shall be in excess of 12% or be less than 6% per annum. The 2013 PIRN-A shall mature and be due and payable on June 30, 2043. The good faith, credit and taxing power of the Commonwealth are pledged to the payment of the principal of and interest on the 2013 PIRN-A.

On July 16, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series B (2014) for $100,000,000 (the 2014 TRANs-B) to Oriental Bank for the purpose of providing resources which are

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

necessary to meet the appropriations in the fiscal year 2014 annual budget in anticipation of the receipt of taxes and revenues. The 2014 TRANs-B bears interest at a rate of Base LIBOR plus the applicable margin, as defined, and shall mature and be due and payable on June 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this 2014 TRANs-B.

On July 23, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series C (2014) for $100,000,000 (the 2014 TRANs-C) to Banco Popular de Puerto Rico for the purpose of providing resources which are necessary to meet the appropriations in the fiscal year 2014 annual budget in anticipation of the receipt of taxes and revenues. The 2014 TRANs-C bears interest at a rate of Base LIBOR plus the applicable margin, as defined, and shall mature and be due and payable on June 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this 2014 TRANs-C.

On July 23, 2013, the Commonwealth sold, in a private placement, $104,700,000 of Public Improvement Refinancing Notes, Series 2013 A (the Notes). The Notes had a maturity date of December 1, 2013 and bear interest at a per annum interest rate equal to the sum of LIBOR and 2.50%.

On August 12, 2013, the Commonwealth sold, in a private placement, $210,300,000 of Public Improvement Refinancing Notes, Series 2013 B (the Refinancing Notes) and $85,000,000 Commonwealth's Bond Anticipation Notes, Series 2013 A. These Notes will have a maturity date of December 1, 2013 and bear interest at a per annum interest rate equal to the sum of LIBOR and 2.5%.

On August 13, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series D (2014) for $200,000,000 (the 2014 TRANs-D) to Banco Santander Puerto Rico for the purpose of providing resources which are necessary to meet the appropriations in the fiscal year 2014 annual budget in anticipation of the receipt of taxes and revenues. The 2014 TRANs-D bears interest at a rate of Base LIBOR plus the applicable margin, as defined, and shall mature and be due and payable on June 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this 2014 TRANs-D.

On August 22, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series E (2014) for $200,000,000 (the 2014 TRANs-E) to JP Morgan Chase Bank, National Association for the purpose of providing resources which are necessary to meet the appropriations in the fiscal year 2014 annual budget in anticipation of the receipt of taxes and revenues. The 2014 TRANs-E bears interest at a fixed interest rate equal to 3.25% multiplied by a margin rate factor, as defined, and shall mature and be due and payable on June 30, 2014. The good faith, credit and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on this 2014 TRANs-E.

On September 12, 2013, the Commonwealth issued Tax and Revenue Anticipation Note Series F (2014) for $100,000,000 (the 2014 TRANs-F) to Scotiabank of Puerto Rico for the purpose of providing funds to pay the General Fund appropriations made for fiscal year 2014 in anticipation of the receipt of taxes and revenues that would otherwise be required to be deposited in the General Fund and estimated in the budget of the Commonwealth to be realized in cash during fiscal year 2014. The 2014 TRANs-F bears interest at a fixed rate equal to 3% per annum, and shall be due and payable on June 30, 2014. Upon the failure of the Commonwealth to maintain a rating on its general obligation debt of at least investment grade by each of

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

the rating agencies, the 2014 TRANs-F shall bear interest at a fixed interest rate equal to 6% per annum. The good faith, credit, and taxing power of the Commonwealth are not pledged to the payment of the principal of and interest on the 2014 TRANs-F.

On March 11, 2014, the Commonwealth issued $3.5 billion tax-exempt, 8% fixed coupon rate, General Obligation Bonds Series 2014 A with an effective yield of 8.727%, maturing in 2035. From the net proceeds of approximately $3.2 billion, $900 million were used to refinance short-term obligations and swap termination payments, and $400 million were used to capitalize interest. The remaining net proceeds will be used to refinance certain obligations of the Commonwealth and its instrumentalities with the GDB, resulting in a liquidity infusion to the GDB of approximately $1.9 billion. Some of the obligations that will be repaid include the general obligation VRDOs referred to above, which were carrying acceleration clauses on its covenants.

On November 14, 2013, PRMeSA and the Municipality of San Juan (MSJ) signed an agreement to settle the accounts receivable from the Hospital of MSJ related to medical services rendered by PRMeSA to the MSJ covering impatient and outpatient services, laboratory, pharmacy, general services and other ancillary services billed to the MSJ. The settlement was for the amount of $11.5 million and covers the period from July 1, 2002 to June 30, 2012. The agreement is to be paid in five installments beginning in fiscal year 2014 for $8 million, $800, thousands in 2016, $850, thousands in 2017, $900 thousands in 2018 and the last payment is due August 2019 for $950 thousands, bearing no interest.

*Significant Legislation after Year End*

On October 9, 2013, the Governor signed into law Act No. 116, which increased from 2.75% to 3.50% the portion of the Commonwealth sales and use tax transferred to COFINA and expanded the permitted uses of COFINA bond proceeds to, among others, refinance Bond Anticipation Notes ("BANs") and other lines of credit used to help finance the Commonwealth's deficit for fiscal years 2013 and 2014.

On January 24, 2014, Act No. 18 was enacted, reducing, effective February 1, 2014, the municipal sales and use tax from 1.5% to 1.0% and at the same time increasing the Commonwealth's sales and use tax from 5.5% to 6.0%. By such legislation, the minimum amount of the Commonwealth's sales and use tax available to COFINA was increased. Simultaneously, Act No 18 created the Municipal Administration Fund (MAF), which is intended to provide the municipalities with the economic benefit of the municipal sales and use tax collections lost as a result of the reduction from 1.5% to 1.0% in the municipal sales and use tax rate that occurred concurrently with the increase from 5.5% to 6.0% in the Commonwealth's sales and use tax rate. The MAF will be funded from the first moneys due to the Secretary of the Treasury from the Commonwealth's sales and use tax once all required deposits have been made to COFINA up to an amount equal to the equivalent of 8.33% of all collections from the Commonwealth's sales and use tax to the Transfer Date, and thereafter, on a pro-rata basis with the transfer of sales and use tax collections to the General Fund. Total deposits to the MAF in any fiscal year will equal the amount attributable to 0.5% of the Commonwealth's sales and use tax for the current fiscal year. Amounts on deposit in the MAF will be for the benefit of the municipalities, and may be used to continue funding the Municipal Redemption Fund, the Municipal Development Fund and the Municipal Improvements Fund, which were previously funded from the collections attributable to 0.5% of the municipal sales and use tax. In addition, the GDB is required to make certain advances to the municipalities during the fiscal year in order to address any monthly cash shortfall caused by timing delays as a result of the lag in availability of operational funds to

(Continued)

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

the municipalities caused by interposing the COFIM and COFINA funding requirements prior to making such funds available to the municipalities. Such advances by the GDB would be payable from the COFIM Surplus (defined in the following paragraph below) and the amount to be received by the MAF. Finally, to the extent the amount of Commonwealth sales and use tax collections available for deposit into the MAF during any fiscal year is less than the amount attributable to 0.5% of the Commonwealth sales and use tax for such fiscal year, the Commonwealth's General Fund is required to cover any such shortfall.

Act No. 19 also created the Municipal Financing Corporation (COFIM, its Spanish acronym). COFIM is authorized to issue bonds and use other financing mechanisms to pay or refinance, directly or indirectly, all or a portion of the municipalities' debt obligations payable from the municipal sales and use tax. COFIM will receive, on an annual basis, the first collections attributable to the 1.0% municipal sales and use tax until the greater of 0.3% of the municipal sales and use tax or the "base amount" established in the statute is deposited annually in COFIM. The base amount for fiscal year 2015 is $65.5 million and increases by 1.5% every fiscal year. Amounts remaining after all transfers have been made to COFIM, and any amounts transferred to COFIM not necessary to pay COFIM's annual debt service, will be made available to the municipalities for operating expenses (the "COFIM Surplus"). COFIM expects to issue bonds principally in order to refinance municipal sales and use tax-backed loans granted to municipalities by the GDB.

As part of the American Recovery and Reinvestment Act of 2009 (ARRA), in 2009 the United States Congress adopted the Making Work Pay Credit (MWPC) to provide refundable tax credits of up to $400 (or $800 if joint filers) to working individuals for taxable years 2009 and 2010. In order to provide the tax credit to residents of Puerto Rico, the United States Treasury paid the Puerto Rico Department of the Treasury approximately $1.2 billion. The Commonwealth was to return the balance of ARRA funds not spent as of December 31, 2013. As of December 31, 2013, the balance owed to the United States Treasury was $349 million, including $300 million that was not spent on MWPC and $49 million in overpayments made to certain taxpayers. The Commonwealth has reached an agreement with the United States Treasury to return the fund balance of $300 million in monthly installments of $25 million beginning on February 3, 2014 until the balance has been repaid. Thereafter, the Commonwealth will make two additional monthly payments of $25 million and $24 million, respectively, to cover the MWPC related overpayments.

*Bonds Credit Rating Downgrade*

On February 4, 2014, Standard & Poor's Ratings Services (S&P) lowered its rating on the general obligation bonds of the Commonwealth from "BBB-" to "BB+," which is a non-investment grade rating. S&P kept all these ratings on "CreditWatch" with negative implications, and noted that further downgrades were possible. On February 7, 2014, Moody's Investors Service ("Moody's") lowered its rating on the general obligation bonds of the Commonwealth two notches, from "Baa3" to "Ba2", and maintained a "negative" outlook on all these bonds. Moody's also downgraded the COFINA's senior lien bonds to Baa1 from A2 and its junior-lien bonds to Baa2 from A3, with a negative outlook. On February 10, 2014, Fitch Ratings ("Fitch") lowered its rating on the general obligation bonds of the Commonwealth by two notches from "BBB-" to "BB", and removed the downgraded bonds from Rating Watch negative but maintained its Rating Outlook negative on these bonds. During these same dates, S&P, Moody's and Fitch, also downgraded PBA's bonds to a rating of BB or non-investment grade status, while Moody's lowered the credit ratings of PRIFA's Special Tax Revenue Bonds from Baa3 to Ba2. Since PBA's main activity consists of the rental of buildings to agencies and public corporations of the Commonwealth and PRIFA's principal source of pledged revenues for its bonds' debt service is the federal excise taxes on distilled

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

spirits export, its financial stability depends directly on the financial well-being of the Commonwealth and the continuity of the referenced federal excise taxes. Therefore the effect, if any, of any decision made by the Commonwealth as the result of the downgrade on PBA's and PRIFA's financial position and result of operations cannot be determined at present time.

As a result of the previously described credit rating downgrades, certain obligations of the Commonwealth and its instrumentalities could become due in the near future if the lenders or counterparties exercise acceleration or termination rights. The most significant of such maturing, accelerable or terminable obligations are listed below:

   (i)    Tax and revenue anticipation notes (the 2014 TRANS) issued by the Commonwealth in an aggregate principal amount of $1.1 billion (most of them described further below and issued after June 30, 2013) which are payable from income taxes collected during fiscal year 2014 and mature on June 2014.  Three equal principal installments are due on the 2014 TRANS on each of April, May and June of 2014.

   (ii)    General obligation bonds of the Commonwealth that are variable rate demand obligations (VRDOs) in an aggregate principal amount of approximately $188.7 million supported by a letter of credit that expired on June 21, 2014, but that could be subject to acceleration as a result of the downgrade. The bonds are also secured by a bond insurance policy; the letter of credit provider may cancel the bond insurance policy and then direct a mandatory tender of the bonds and require the immediate repayment of the amounts disbursed under the letter of credit. The outstanding balance of these VRDOs was subsequently retained with the proceeds of the $3.5 billion general obligation issued by the Commonwealth in March 11, 2014.

   (iii)    General obligation VRDOs of the Commonwealth in an aggregate principal amount of approximately $14.9 million supported by a liquidity facility that expired on May 1, 2014 and, to the extent that the facility expires and is not replaced, the bonds would be payable over a five (5) year period. The outstanding balance of these VRDOs was subsequently retained with the proceeds of the $3.5 billion general obligation issued by the Commonwealth in March 11, 2014.

   (iv)    General obligation VRDOs of the Commonwealth in an aggregate principal amount of approximately $242.6 million that have been directly purchased by banking institutions, and are subject to optional tender for purchase by the banking institutions on thirty (30) days' notice as a result of the downgrade. The bonds are subject to mandatory tender at the expiration of the current interest rate periods on May 1, 2014 ($44,905,000) and June 1, 2014 ($197,655,000). The outstanding balance of these VRDOs was subsequently retained with the proceeds of the $3.5 billion general obligation issued by the Commonwealth in March 11, 2014.

   (v)    General obligation VRDOs of the Commonwealth in an aggregate principal amount of approximately $14.9 million which have been directly purchased by banking institutions, and are subject to optional tender for purchase on seven (7) days' notice.  If not accelerated, the bonds are subject to mandatory tender for purchase in accordance with their terms on June 1, 2014. The outstanding balance of these VRDOs was subsequently retained with the proceeds of the $3.5 billion general obligation issued by the Commonwealth in March 11, 2014.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

In addition, the interest rates on certain bonds and notes of the Commonwealth will increase as a result of the credit downgrades, to rates ranging from 10% to 12.0%. The Commonwealth refinanced the outstanding general obligation VRDOs ($469 million) and the COFINA bond anticipation notes ($333 million) with the proceeds of the $3.5 billion general obligation bonds issued on March 11, 2014, as described further below. In addition to the possible acceleration of debt instruments described above, the credit rating downgrades have also triggered "additional termination events" under interest rate exchange and other derivative agreements relating to outstanding bonds and notes of the Commonwealth and certain of its public corporations, making them now subject to termination at the option of the applicable counterparty. The swap and other derivative agreements currently subject to termination have a negative mark-to-market valuation of $333.5 million as of February 14, 2014. The Commonwealth or its relevant public corporations currently have $142 million of collateral posted to the counterparties under these swap and derivative agreements. If any such agreements were terminated, they would likely be terminated at their then current mark-to-market valuations (net of collateral posted), plus cost, which could differ substantially from the mark-to-market valuations. The Commonwealth and the relevant public corporation would also be subject to interest rate risk on the underlying variable rate bonds.

As of the date of these basic financial statements, none of the counterparties has exercised any tender, acceleration, put or termination right, and the Commonwealth, the GDB and the affected public corporations are currently engaged in discussions with swap counterparties, bondholders and credit and liquidity facility providers in order to obtain waivers or modifications of certain of these requirements to mitigate the adverse impacts of the downgrades. There can be no assurance at this time, however, as to the final outcome of such discussions or the nature or extent of the relief provided, if any, with respect to the acceleration, tender, put or termination rights described above. Such negotiations may be unsuccessful or, even if they are successful, future events may trigger other acceleration, termination, tender or put rights. While the Commonwealth and the GDB do not currently expect, absent further adverse developments, that the Commonwealth and the public corporations will be required to fund the total amount of these obligations in the near term, there can be no assurance that the Commonwealth and the public corporations will not be required to fully fund such obligations and, if required to do so, that sufficient funds will be available to fund them.

### Pension Trust Funds

(a)  **JRS** – On December 24, 2013, the Governor of Puerto Rico signed into law Act No.162 of 2013 (Act No.162), in order to implement a comprehensive reform plan to address the JRS's UAAL. Act No. 162 included various changes applicable to all participants and retirees; however, the constitutionality of Act 162 was challenged, and on February 21, 2014, the Puerto Rico Supreme Court ruled that the reform could only be applied as follows:

1.  Active participants and retirees hired or retired prior to December 24, 2013 maintain the existing benefits.

2.  Participants hired between December 24, 2014 and June 30, 2014 will accrue a maximum pension of 60% of salary, and will contribute 10% of salary, among other changes.

3.  Participants hired on or after July 1, 2014 will participate in a new Hybrid Plan.

4.  The ability to retire with existing benefits for participants already in the JRS until July 1,

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

2015 was declared unconstitutional.

Act No.162 amends the provisions of the different benefit structures under the JRS for new participants (based on the Supreme Court ruling described above) through several measures.

JRS's management is in the process of estimating the effects of Act No.162 on the JRS's UAAL. However, as result of the Supreme Court ruling, its effect will be significantly less than had been estimated when Act No.162 was enacted.

**(b)**    ***TRS*** – On December 24, 2013, the Governor signed into law Act No.160-2013 (Act No.160) as new legislation for the TRS. The goal underlying Act No.160 is for the TRS to have the ability to make benefit payments when due. The restructuring of future liabilities of the TRS, coupled with an increase in inflows into the TRS, is projected to allow the TRS to pay all pension benefits as they become due. The reform is designed to protect accrued pension benefits.

Act No.160 contemplates a series of reforms, which play a critical role over time in supporting the ability of the System to pay benefits including, among others: (i) freezing the retirement benefits that participants will have accrued under the current defined benefit system as of July 31, 2014; (ii) replacing this defined benefit going forward with a defined contribution plan; (iii) increasing the retirement age of participants; (iv) increasing employee contributions; and (v) eliminating and reducing certain benefits granted to future and existing retirees under special laws. It also provides for certain additional employer contributions by the Commonwealth.

The constitutionality of Act No.160 was challenged in several lawsuits brought by participants of the TRS. The Puerto Rico Supreme Court (the Supreme Court) appointed a Special Master to conduct an evidentiary hearing on the facts and suspended the effectiveness of Act No.160 pending final Resolution of the constitutional challenge. On February 7, 2014, the Special Master issued its report and on February 11, 2014, the Supreme Court issued an order granting parties until March 3, 2014 to file briefs on the constitutionality of Act No.160.

On April 11, 2014, the Supreme Court declared certain sections of Act No.160 unconstitutional while maintaining the constitutionality of the following: (i) all changes made to the benefit structure apply to future participants that are hired after July 31, 2014; (ii) elimination of special laws benefits for participants that retire on or after August 1, 2014; and (iii) reduction of special laws benefits to current retirees as of July 31, 2014.

The Supreme Court's decision remains under the Commonwealth and Management's evaluation and analysis in order to determine the appropriate course of action.

**Component Units**

On June 28, 2014, the Commonwealth enacted the Debt Enforcement Act (see note 2). This Act is intended to fill the void that currently exists with respect to an orderly legal process governing the enforcement and restructuring of the debts and other obligations of a public corporation, due to the general inapplicability of Chapters 9 and 11 of the United States Bankruptcy Code to public corporations that are governmental instrumentalities of the Commonwealth.  The purpose of the Act is to create a legal framework that: (1) allows public corporations to adjust their debts in a manner that protects the interests of all affected

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

creditors; (2) provides procedures for the orderly enforcement and restructuring of a public corporation's debt in a manner that is consistent with the United States and Commonwealth Constitution; and, (3) maximizes the return to the public corporation's stakeholders.

The Act applies solely to public corporations. The following public corporations, however, are excluded from its application: the Children's Trust; the Employees Retirement System of the Government of the Commonwealth of Puerto Rico and its Instrumentalities; Government Development Bank for Puerto Rico and its subsidiaries, affiliates, and entities ascribed to GDB; the Judiciary Retirement System; the Municipal Finance Agency; the Municipal Finance Corporation; the Puerto Rico Public Finance Corporation; the Puerto Rico Industrial Development Company, the Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority; the Puerto Rico Infrastructure Financing Authority; the Puerto Rico Sales Tax Financing Corporation (COFINA); the Puerto Rico System of Annuities and Pensions for Teachers; and the University of Puerto Rico.

The Debt Enforcement Act established two types of processes to address a public corporation's debt burden. The first is a consensual debt modification process that culminates in a recovery program whose objective is to enable the public corporation to become financially self sufficient, allocate equitably among all stakeholders the burdens of the recovery program and provide the same treatment to all creditors. The debt relief available under this consensual process may include a combination of amendments to (such as rate adjustments, maturity extensions etc.), or waivers or exchanges of those debt instruments identified by the public corporation. The debt enforcement remedies available to holders of affected debt instruments are suspended during the pendency of the process, up to 270 days (subject to a limited extension). Any amendments to a class of affected debt instruments must be approved by holders representing at least 75% of the amount of debt in such class that participate in the voting/approval process, provided that holders of at least 50% of the amount of debt in such class participate in the voting/approval process. Once approved by such debt holders, the public corporation must obtain court approval in order for the amendments to be binding on all debt holders of the affected class. The Act provides for the creation of a specialized courtroom to handle all court proceedings involving the interpretation and application of the provisions of the Act.

The second type of process established in the Act is more akin to the type of procedure found in Chapters 9 of the United States Bankruptcy Code. The process would begin with the filing of a petition for relief in the specialized courtroom described above. Upon the filing of the petition, any action for the enforcement of any claims against such petitioner is automatically stayed. To be eligible for filing the petitioner must be: (1) currently unable or at serious risk of being unable to pay valid debts as they mature, while continuing to provide public services, without additional legislative or financial assistance;(2) ineligible for relief under Chapter 11 of the United States Bankruptcy Code; and, (3) authorized to file the petition by its governing body and GDB, or on its behalf by GDB at the request of the Governor of Puerto Rico. This process will allow a public corporation to defer its debt repayment and to decrease interest on and principal of its debt to the extent necessary to enable it to continue to fulfill its public functions. Collective bargaining agreements may be modified or rejected under certain circumstances, other types of contracts can be rejected (giving rise to claims for breach of contract) and trade debt can be reduced when necessary. The process is designed to permit the public corporations to satisfy their contractual obligations to the maximum extent possible, to maximize distributions to creditors consistent with and subject to the execution of vital public functions. During the pendency of this process the public corporation remains in

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

possession and control of its assets and operations. Only the public corporation (or the Governor in its stead) is authorized to file a petition for debt enforcement under this process - a creditor may not file a petition.

Presently, the Commonwealth does not have in place a debt restructuring plan for any of its public corporations covered by this Act.

On June 28, 2014, a group of bondholders request a declaratory judgment challenging the constitutionally of the Debt Enforcement Act in the U.S. District Court for the District Court of Puerto Rico.

**(a)    *GDB***

On February 7, 2014, Moody's downgraded GDB's Senior Notes from Baa3 to Ba2 and Puerto Rico Public Finance Corporation (PRPFC), a blended component unit of the GDB, Commonwealth Appropriation Bonds from Ba1 to Ba3, and maintained a negative outlook on all these bonds. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

On February 4, 2014, Standard & Poor's Ratings Services ("S&P") lowered its rating on the bonds of Government Development Bank for Puerto Rico ("GDB"), including those of its blended component unit, the Puerto Rico Public Finance Corporation (the Commonwealth Appropriation Bonds) to "BB," one notch below the Commonwealth's general obligation rating of BB+, which was also lowered from BBB- on the same date. S&P kept all of these ratings on Credit Watch with negative implications, and noted that further downgrades were possible.

The Commonwealth has recently reformed and amended GDB's lending practices, financing capacity and oversight powers of public funds through Act No. 24 of 2014. This Act prohibits the GDB, subject to certain limited exceptions from making loans to public corporations payable from future increases in rates, taxes or other charges. In essence, each public corporation seeking financing from the GDB must demonstrate sufficient approved revenue streams to cover debt service on any GDB loan. Act 24 is intended to impose fiscal discipline on the public corporations, while preserving GDB's balance sheet. For more details about this Act, please refer to note 15(a).

*Housing Finance Authority* – Act No. 34 of June 26, 2013 was enacted to provide subsidies to eligible individuals of families for the purchase of an eligible principal residence. To that effect the Housing Finance Authority created, in July 2013, My Own Home Fund and transferred $6.1 million of its own funds for the operation of the program. The Housing Finance Authority is pending to receive $9.2 million from the OMB which will also be used on the program.

**(b)    *PRASA***

Effective July 15, 2013, PRASA revised by approximately 60% the actual rate structure to increase operating revenues for fiscal year 2014.

On July 24, 2013, PRASA entered into a $50.0 million credit agreement with a commercial bank. The loan proceeds were used to finance certain capital improvements to the PRASA's water system and cover associated loan costs. The loan is mainly repayable from bond anticipation notes to be

# COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

issued by PRASA. The loan agreement bears interest equal to LIBOR rate plus the applicable margin, as defined, with a floor of 4.25% and the interest is payable at maturity date. The applicable margin is 400 basis points or 600 basis points if the long-term credit rating of the PRASA outstanding senior bonds is downgraded below Ba1 by Moody's Investors Service and below BB+ by Standard & Poor's and Fitch Ratings. As amended on August 28, 2013, the loan matures not later than December 30, 2013. The loan is a senior debt on a parity with the PRASA's senior bonds and shall be equally and ratably secured by the pledged of the PRASA's revenues (other than that portion of the PRASA's revenues consisting of appropriations from the Commonwealth for the payment of principal and interest on the PRASA's Commonwealth Guaranteed Indebtedness and the PRASA's Commonwealth Supported Obligations.

On February 4, 2014, S&P lowered its rating on the bonds of PRASA one notch to BB+. S&P kept all of this rating on Credit Watch with negative implications. On February 7, 2014, Moody's downgraded PRASA's Revenue Bonds from Ba1 to Ba2 with a negative outlook. On February 11, 2014, Fitch downgraded PRASA's Commonwealth Guaranteed Bonds from BBB- to BB with a negative outlook, although the rating has been removed from the Ratings Watch Negative. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.

On June 27, 2014, Moody's lowered ratings on the bonds of PRASA from Ba2 to Ba3. The rating reflects the Commonwealth's declaration of intent through legislation to allow restructuring of public corporations liabilities, which demonstrates a willingness and ability to repay obligations that is weaker than the Commonwealth's full faith and credit.

(c)   **PREPA**

Act No. 50 of July 1, 2013 authorizes PREPA to charge an "all in rate" preferential rate to PRASA of twenty-two (22) cents per kilowatt hour for fiscal years 2014, 2015, and 2016. Starting in fiscal year 2017, the "all in rate" preferential rate charged to PRASA will be reduced to sixteen (16) cents per kilowatt hour subject to certain terms and conditions.

On August 15, 2013, PREPA issued $673,145,000 Puerto Rico Power Electric Authority Power Revenue Bonds, Series 2013A (the Series 2013A Bonds). The Series 2013A Bonds consist of $35,000,000 and $130,645,000 serial bonds maturing on July 1, 2030 and 2043, respectively, and bearing interest at 7.25% and 7%, respectively, and $150,000,000, $307,500,000 and $50,000,000 term bonds due on July 1, 2033, 2036, and 2040, respectively, and bearing interest at 7%, 6.75%, and 7%, respectively. The proceeds of the Bonds will be used to (i) finance a portion of the cost of various projects under its capital improvement program, (ii) fund a deposit to the Reserve Account in the Puerto Rico Electric Power Authority Revenue Bonds Interest and Sinking Fund, (iii) pay capitalized interest on the Series 2013A Bonds through January 1, 2016 and (iv) pay the costs of issuance of the Series 2013A Bonds.

On February 7, 2014, Moody's downgraded from Baa3 to Ba2 the rating on the Puerto Rico Electric Power Authority's (PREPA) approximately $8.7 billion of outstanding power revenue bonds. The rating is maintained with a negative outlook. Then, on February 18, 2014, Fitch downgraded from BBB- to BB+ the rating on the same amount of outstanding power revenue bonds and revised the rating outlook from stable to negative. The ratings reflect only the opinions of such rating agency

COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

and an explanation of the significance of such ratings may be obtained only from the relevant rating
agency. These credit rating downgrades could result in the acceleration of certain PREPA
obligations or the termination of certain credit and liquidity facilities that support certain PREPA
obligations. The most significant of such maturing, accelerable or terminable obligations of PREPA
are listed below:

- Revolving line of credit in an aggregate principal amount of $250 million (of which
  approximately $249.5 million was outstanding as of January 31, 2014) due to commercial
  banks, with a final maturity date of October 7, 2014.

- Revolving line of credit in an aggregate principal amount of $550 million (of which
  approximately $513.7 million was outstanding as of January 31, 2014), due to commercial
  banks, with a final maturity date of August 15, 2014.

- Notional amount of certain basis swaps in the amount of $1.35 billion.

Commonwealth and PREPA have entered into 30-day standstill agreements with swap counterparties
with respect to approximately $1.35 billion in notional amount of certain basis swaps. Also,
negotiations with respect to waivers, amendments and/or extensions with respect to the PREPA's
revolving lines of credit are at an advanced stage. There can be no assurance at this time, however, as
to the final outcome of such discussions or the nature or extent of the relief provided, if any, with
respect to the acceleration rights described above.

On June 11, 2014, Fitch rating downgraded the PREPA's revenue bonds from BB+ to BB. The
rating is under review for possible further downgrade. The rating change was based on the
assumption that GDB may not provide interim liquidity to PREPA and that PREPA may not renew
its lines of credit maturing in July and August 2014. On June 18, 2014, S&P downgraded its rating
on PREPA from BBB to BBB-. On June 26, 2014, Moody's and Fitch downgraded the rating on
$8.7 billion of PREPA's power revenue bonds from Ba2 to Ba3 and from BB to CC, respectively.
On June 27, 2014, S&P also downgraded the same bonds from Ba2 to Ba3. The downgrade reflect
concerns with PREPA's increasingly tight liquidity and the ratings agencies' view, based on the
enactment of the Debt Enforcement Act, that a debt restructuring or default by PREPA is probable as
a result of the near-term maturities of the bank lines of credit mentioned above. The ratings only
reflect the opinions of such rating agencies and an explanation of the significance of such rating may
be obtained only from the relevant rating agencies.

(d)  **PRHTA**

On August 29, 2013, the PRHTA issued $400,000,000 Puerto Rico Highways and Transportation
Authority Special Revenue Bonds, 2013A Bond Anticipation Notes (the Series A Notes). The
Series A Notes mature on September 1, 2015 and bear interest at the Index Rate, as defined. The
Index Rate is computed as the sum of the LIBOR plus the Applicable Spread (2.40%) and is subject
to adjustment as provided in the 2013 Resolution. The Series A Notes are payable from, and are
secured by the pledge of, certain revenues of the PRHTA, which include (i) the excise taxes in
excess of $120 million per fiscal year, imposed by the Commonwealth on certain petroleum
products; (ii) the remaining $25 per vehicle annual license fees imposed by the Commonwealth,
which was previously allocated to the Department of the Treasury; (iii) the total amount of excise
taxes up to $20 million per fiscal year, imposed by the Commonwealth on cigarettes;

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

(iv) unencumbered revenues held in the 1998 Construction Fund established under Resolution No. 98-06 adopted by the PRHTA on February 26, 1998, as amended and (v) any additional revenues pledged to the PRHTA in accordance with the 2013 Resolution. The proceeds of the Series A Notes will be used to (i) pay a portion of the PRHTA's loans from the GDB and (ii) pay the costs of issuance of the Series A Notes.

On August 28, 2013, the PRHTA entered into a $61.8 million non-revolving line of credit agreement with the GDB for working capital purposes. The line of credit matures on February 28, 2014 and bears interest at prime rate plus 150 basis points (with a cap of 12% and a floor of 6.00%), payable at maturity date.

On February 4, 2014, S&P lowered various ratings on the PRHTA's bonds to the same rating as the Commonwealth GO at 'BB+', and kept it on CreditWatch with negative implications, to reflect the potential diversion of gas tax-derived revenue to pay GO debt service under the Commonwealth Constitution.  On February 7, 2014, Moody's downgraded PRHTA's Transportation Revenue Bonds from Baa3 to Ba2, its Highway Revenue Bonds from Baa2 to Ba1 and its Subordinate Transportation Revenue Bonds from Ba1 to Ba3 with a negative outlook, based on expectations of continued stagnation or decline in the Commonwealth economy. The rating changes were driven by the downgrade of the Commonwealth's general obligation bonds from Baa3 to Ba2. The ratings reflect only the opinions of such rating agency and an explanation of the significance of such ratings may be obtained only from the relevant rating agency.  These credit rating downgrades could result in the acceleration of certain PRHTA obligations or the termination of certain credit and liquidity facilities that support certain PRHTA obligations. The downgrades also resulted in additional collateral postings and termination events under certain derivatives agreements.  The most significant of such maturing, accelerable or terminable obligations of the PRHTA are listed below:

- Bond anticipation notes in an aggregate principal amount of $400 million, which were directly purchased by a financial institution, and which matures on September 1, 2015. On February 12, 2014, the PRHTA amended the documents to its $400 million bond anticipation notes, limiting the holder's right to accelerate and waiving covenant defaults due to the downgrades. Principal set-asides will continue as originally scheduled.

- VRDO in an aggregate principal amount of approximately $200 million supported by a liquidity facility that expired on May 27, 2014, but that could be subject to acceleration as a result of the downgrade. The provider of the liquidity facility may cause the mandatory tender of the bonds and, thereafter, require the immediate repayment of the amounts disbursed under the liquidity facility. On May 19, 2014, GDB purchased the outstanding balance of these VRDOs.

In addition, the interest rates on certain bonds and notes will increase as a result of the credit downgrades, to rates ranging from 10%-12%. In addition to the possible acceleration of debt instruments described above, the credit rating downgrades have triggered additional termination events under interest rate exchange (swap) and other derivative agreements relating to outstanding bonds and notes of the PRHTA, making them now subject to termination at the option of the applicable counterparty.

As a result of these credit rating downgrades, the PRHTA has posted approximately $70 million in

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Basic Financial Statements

June 30, 2013

additional collateral, which was funded through the GDB. In addition, as a result of the downgrades, almost all of the interest rate exchange agreements are now subject to termination at the option of the applicable counterparty. If any such agreements were to be terminated, the PRHTA, as applicable, would then be subject to variable rate interest risk on any corresponding variable rate indebtedness. Any collateral posted at the time of the terminations could be used to effectively offset a like-amount of liquidity needed to fund the termination payments.

On June 27, 2014, Moody's lowered the ratings on the bonds of PRHTA from Ba2 to Ba3. The rating reflects the Commonwealth's declaration of intent through legislation to allow restructuring of public corporations liabilities, which demonstrates a willingness and ability to repay obligations that is weaker than the Commonwealth's full faith and credit.

**(e)** *UPR*

On November 21, 2013, NSF lifted its suspension of the Research and Development Center at the Mayaguez Campus and in the Resource Center for Science and Engineering ascribed to the Central Administration unit of UPR.

In September 2013, the Federal Centers for Disease Control and Prevention (CDC) issued a preliminary report, which indicated that a bacteria affected several patients in the UPR's Hospital Intensive Care Unit (the Hospital) during a period of time, which include several months of the year ended June 30, 2013. The Hospital may be subject to penalties or sanctions as a result of this situation. Also, there are known judicial and extra-judicial claims related with this matter. As permitted by Act No. 98 of August 24, 1994, maximum claims loss against the Hospital is limited to $75,000 per person, or $150,000 if it involves actions for damages to more than one person or where a single injured party is entitled to several causes of action. It is the opinion of the Hospital and UPR's management and its legal counsel that the outcome of these claims would not have a material effect on the Hospital's financial statements.

In January 2014, a $75 million line of credit facility with the GDB was amended to extend the maturity date to January 31, 2016.

On February 4, 2014, S&P downgraded UPR's revenue bonds and the Desarrollos Universitarios, Inc. (DUI), AFICA bonds from BBB- to BB+. On February 10, 2014, Moody's downgraded the UPR's revenue bonds from Ba1 to Ba3 and the DUI's AFICA bonds from Ba2 to B1. The Moody's rating differential reflects the subordinate pledge and lease structure of the DUI's AFICA bonds. Both rating actions followed the downgrade on February 4, 2014 by S&P and on February 7, 2014 by Moody's of the Commonwealth and GDB bonds, which it has generally mirrored given UPR's significant dependence on Commonwealth's appropriations. The outlook is negative; the UPR is highly reliant on the Commonwealth operating revenues and for governance coupled with reliance on the GDB for liquidity and financial management support. The UPR has weak liquidity and limited ability to grow other revenue sources.

**(f)** *PRCCDA*

On October 1, 2013, the PRCCDA entered into a $6.7 million line of credit with the GDB for payments to expropriate the structure currently existing in Parcel C. Borrowings under this line of credit bear interest at 6% through 2013 and are due at September 30, 2014. This line of credit will be

<div align="center">239</div>

<div align="right">(Continued)</div>

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

paid with the sale of Parcel C or any other income generated from the Parcel.

On February 10, 2014, Moody's downgraded the PRCCDA's hotel occupancy tax revenue bonds from Baa3 to Ba2, followed by the downgrade on February 4, 2014 by S&P and on February 7, 2014 by Moody's of the Commonwealth and GDB bonds.

**(g)**   *PRPA*

During December 2013, the line of credit of $74.6 million payable to the GDB, used for the mandatory tender of the PRIFA Series A Bonds, was converted into a five (5) years term loan. The term loan is to be repaid by the PRPA in monthly principal payments of approximately $1.2 million plus interest at the rate of 150 basis points over the prevailing prime rate, but never to be less than 6%. Also during December 2013, the line of credit of $96.8 million payable to the GDB, used for the mandatory partial tender of the PRIFA Series C Bonds, was converted into a five (5) years term loan. The term loan is to be repaid by the PRPA in monthly principal payments of approximately $1.6 million plus interest at the rate of 150 basis points over the prevailing prime rate, but never to be less than 6%.

**(h)**   *PPPA*

On September 17, 2013, the board of directors of the PPPA approved a study of desirability and convenience for the possible partnership project for the establishment of a commuter train between the municipalities of Caguas and San Juan, and therefore, authorized the PPPA to start the process for the establishment of such public private partnership.

**(i)**   *SIFC*

On December 19, 2013 SIFC entered into a Note Purchase Agreement with the GDB whereby SIFC agreed to purchase from the GDB Senior Guaranteed Notes in an aggregate amount of $110 million which are guaranteed by the Commonwealth full faith, credit and taxing power pursuant to Act No. 12 of the Legislature, approved on May 9, 1975, as amended (the Guaranty Act). The notes bear interest, payable monthly, in arrears, on the first day of each month at 8% per annum, commencing on February 1, 2014. The notes mature as follow: $40 million in 2017, $30 million in 2018 and $40 million in 2019.  Act No. 43 of June 30, 2013, requires a transfer of $40 million from SIFC to the Budgetary Support Fund of 2013-14 under the custody of the OMB, in two payments due on September 30, 2013 and March 31, 2014.

**(j)**   *PRMFA*

During February 2014, various credit rating agencies lowered the credit rating on PRMFA's bonds payable to non-investment grade. These credit agencies cited their evaluation of the Commonwealth's liquidity as the reason for the decrease in credit rating. As a result of this event, management of the PRMFA has evaluated PRMFA's capacity to timely comply with the debt service requirements of its bonds payable. The PRMFA has $1 billion in investment securities which are restricted for the debt service payment. PRMFA's management believes its investment securities portfolio, as a readily marketable investment, provides a strong liquidity source to support debt service requirements on its bonds payable on a timely basis.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Basic Financial Statements

June 30, 2013

**(k)**   *UPRCCC*

On October 16, 2013, the UPRCCC's Board of Directors approved and authorized an agreement with the GDB to amend the 2007 loan agreement and line of credit and the establishment of a new revolving credit facility in the aggregate principal amount up to $196 million. The purposes of such financing are the construction and development of a ninety-six (96) bed tertiary clinical facility and hospital specialized in cancer treatment and prevention in the Municipality of San Juan, to purchase machinery and equipment, the payment of maintenance of the facilities of UPRCCC and the improvement thereon, and the payment of costs incurred in connection of such financing. The agreement was signed in November 2013.

**(l)**   *PRTEC*

On September 30, 2013, the PRTEC called $95 million of its collateralized promissory notes.

**REQUIRED SUPPLEMENTARY INFORMATION**

**COMMONWEALTH OF PUERTO RICO**

Required Supplementary Information (Unaudited)

Schedule of Funding Progress – Defined Benefit Pension Plans

Year ended June 30, 2013

The Schedule of Funding Progress presents the following information for the past six years for each of the Commonwelath's defined benefit pension plans. All actuarially determined information has been calculated in accordance with actuarial assumptions and methods reflected in the actuarial valuations as of the indicated actuarial valuation date.

**Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (expressed in thousands):**

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2013 | $ 731,342 | 23,712,081 | 22,980,739 | 3% | $ 3,489,096 | 659 |
| June 30, 2012 | 1,236,873 | 27,645,786 | 26,408,913 | 5 | 3,570,339 | 740 |
| June 30, 2011 | 1,723,811 | 25,457,354 | 23,733,543 | 7 | 3,666,402 | 647 |
| June 30, 2010 | 1,667,358 | 21,370,006 | 19,702,648 | 8 | 3,818,332 | 516 |
| June 30, 2009 | 1,851,223 | 18,943,586 | 17,092,363 | 10 | 4,292,552 | 398 |
| June 30, 2008 | 2,607,086 | N/D | N/D | N/D | N/D | N/D |

**Retirement System for the Judiciary of the Commonwealth of Puerto Rico (expressed in thousands):**

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2013 | $ 59,012 | 416,734 | 357,722 | 14% | $ 32,138 | 1,113 |
| June 30, 2012 | 58,588 | 416,340 | 357,752 | 14 | 33,066 | 1,082 |
| June 30, 2011 | 63,975 | 382,776 | 318,801 | 17 | 31,811 | 1,002 |
| June 30, 2010 | 55,410 | 338,195 | 282,785 | 16 | 32,061 | 882 |
| June 30, 2009 | 50,566 | 323,928 | 273,362 | 16 | 30,587 | 894 |
| June 30, 2008 | 69,311 | N/D | N/D | N/D | N/D | N/D |

**Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):**

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2013 | $ 1,906,882 | 12,251,995 | 10,345,113 | 16% | $ 1,248,674 | 829 |
| June 30, 2012 | 2,099,563 | 12,350,836 | 10,251,273 | 17 | 1,292,975 | 793 |
| June 30, 2011 | 2,385,863 | 11,448,609 | 9,062,746 | 21 | 1,320,400 | 686 |
| June 30, 2010 | 2,221,977 | 9,279,776 | 7,057,799 | 21 | — | 515 |
| June 30, 2009 | 2,157,593 | 8,721,515 | 6,563,922 | 25 | 1,418,304 | 463 |
| June 30, 2008 | N/D | N/D | N/D | N/D | N/D | N/D |

N/D = Not determined

Note: See accompanying independent auditors' report.

**COMMONWEALTH OF PUERTO RICO**

Required Supplementary Information (Unaudited)

Schedule of Funding Progress – Postemployment Healthcare Plans

Year ended June 30, 2013

The Schedule of Funding Progress presents the following information for the past six years for each of the Commonwealth's defined benefit postemployment healthcare plans. All actuarially determined information has been calculated in accordance with actuarial assumptions and methods reflected in the actuarial valuations as of the indicated actuarial valuation date.

**Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (expressed in thousands):**

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2013 | $ — | 1,482,879 | 1,482,879 | % $ | 3,489,096 | 43 |
| June 30, 2012 | — | 2,120,970 | 2,120,970 | — | 3,570,339 | 59 |
| June 30, 2011 | — | 1,758,389 | 1,758,389 | — | 3,666,402 | 48 |
| June 30, 2010 | — | 1,699,373 | 1,699,373 | — | 3,818,332 | 45 |
| June 30, 2009 | — | 1,633,159 | 1,633,159 | — | 4,292,552 | 38 |
| June 30, 2008 | — | N/D | N/D | — | N/D | N/D |

**Retirement System for the Judiciary of the Commonwealth of Puerto Rico (expressed in thousands):**

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2013 | $ — | 6,705 | 6,705 | % $ | 32,138 | 21 |
| June 30, 2012 | — | 6,592 | 6,592 | — | 33,066 | 20 |
| June 30, 2011 | — | 5,810 | 5,810 | — | 31,811 | 18 |
| June 30, 2010 | — | 5,808 | 5,808 | — | 32,061 | 18 |
| June 30, 2009 | — | 5,643 | 5,643 | — | 30,587 | 19 |
| June 30, 2008 | — | N/D | N/D | — | N/D | N/D |

**Puerto Rico System of Annuities and Pensions for Teachers (expressed in thousands):**

| Actuarial Valuation Date | Actuarial Value of Assets | Actuarial Accrued Liability (AAL) | Unfunded Actuarial Accrued Liability (UAAL) | Funded Ratio | Covered Payroll | UAAL as a Percentage of Covered Payroll |
|---|---|---|---|---|---|---|
| June 30, 2013 | $ — | 792,875 | 792,875 | % $ | 1,248,674 | 64 |
| June 30, 2012 | — | 797,332 | 797,332 | — | 1,292,975 | 62 |
| June 30, 2011 | — | 706,069 | 706,069 | — | 1,320,400 | 54 |
| June 30, 2010 | — | 694,230 | 694,230 | — | — | 51 |
| June 30, 2009 | — | 750,382 | 750,382 | — | 1,418,304 | 53 |
| June 30, 2008 | — | N/D | N/D | — | N/D | N/D |

N/D = Not determined

Note: See accompanying independent auditors' report.

**COMMONWEALTH OF PUERTO RICO**

Required Supplementary Information (Unaudited)

Schedule of Employer's Contribution

Year ended June 30, 2013

The following table shows the Commonwealth's annual required contribution (ARC) and percent of the ARC funded for the past six fiscal years in the case of the Retirement Systems and past three fiscal years in the case of post employment healthcare benefits.
(Amounts in thousands except for percentages)

**Retirement Systems**

| Fiscal Year Ended | ERS | | JRS | | TRS | |
|---|---|---|---|---|---|---|
| | Annual Required Contribution | Percentage Contributed | Annual Required Contribution | Percentage Contributed | Annual Required Contribution | Percentage Contributed |
| June 30, 2013 | $ 2,192,821 | 29 | 38,501 | 30 | $ 736,591 | 26 |
| June 30, 2012 | 2,019,467 | 29 | 33,544 | 34 | 659,334 | 27 |
| June 30, 2011 | 1,734,979 | 40 | 29,684 | 37 | 528,170 | 30 |
| June 30, 2010 | 1,459,774 | 36 | 28,127 | 39 | 477,213 | 35 |
| June 30, 2009 | 1,258,695 | 47 | 22,195 | 50 | 393,871 | 44 |
| June 30, 2008 | 1,191,275 | 56 | 19,803 | 37 | 341,495 | 46 |

**Post Employment Healthcare Benefits**

| Fiscal Year Ended | ERS | | JRS | | TRS | |
|---|---|---|---|---|---|---|
| | Annual Required Contribution | Percentage Contributed | Annual Required Contribution | Percentage Contributed | Annual Required Contribution | Percentage Contributed |
| June 30, 2013 | $ 154,999 | 59 | 643 | 45 | $ 45,669 | 75 |
| June 30, 2012 | 133,654 | 71 | 554 | 53 | 41,069 | 84 |
| June 30, 2011 | 129,395 | 73 | 529 | 48 | 39,925 | 84 |
| June 30, 2010 | 128,294 | 69 | 488 | 52 | 42,487 | 71 |
| June 30, 2009 | 111,683 | 77 | 425 | 55 | 38,015 | 77 |
| June 30, 2008 | 110,650 | 72 | 408 | 55 | 36,836 | 77 |

See accompanying independent auditors' report.

**COMMONWEALTH OF PUERTO RICO**

Required Supplementary Information - Unaudited
Schedule of Revenues and Expenditures – Budget and Actual –
Budgetary Basis – General Fund
Year ended June 30, 2013
(In thousands)

|  | Original budget | Amended budget | Actual |
|---|---|---|---|
| **Revenues:** |  |  |  |
| Income taxes | $ 4,715,000 | 4,325,000 | 4,375,037 |
| Sales and use taxes | 691,000 | 552,000 | 539,929 |
| Excise taxes | 2,667,000 | 2,557,000 | 2,568,164 |
| Property taxes | — | 12,000 | 52,614 |
| Other taxes | 84,000 | 78,000 | 81,127 |
| Charges for services | 110,000 | 90,000 | 105,644 |
| Revenues from component units | 24,000 | 24,000 | 24,594 |
| Intergovernmental | 223,000 | 249,000 | 247,848 |
| Other | 128,000 | 123,000 | 136,424 |
| Total revenues | 8,642,000 | 8,010,000 | 8,131,381 |
| **Expenditures – current:** |  |  |  |
| General government | 1,196,469 | 1,163,279 | 1,382,066 |
| Public safety | 1,989,895 | 1,984,535 | 1,966,079 |
| Health | 1,374,141 | 1,379,399 | 1,378,397 |
| Public housing and welfare | 482,736 | 486,659 | 460,269 |
| Education | 3,073,372 | 3,102,839 | 2,916,347 |
| Economic development | 431,329 | 425,495 | 413,948 |
| Intergovernmental | 405,621 | 411,357 | 421,359 |
| Total expenditures | 8,953,563 | 8,953,563 | 8,938,465 |
| Deficiency of revenues under expenditures | (311,563) | (943,563) | (807,084) |
| **Other financing sources (uses):** |  |  |  |
| Notes payable issued for debt service | — | — | 600,433 |
| Transfer in from COFINA | 332,000 | 332,000 | 459,148 |
| Transfer in from Debt Service Fund and Lotteries Fund | 108,000 | 295,000 | 502,911 |
| Transfer out and other payments for debt service | (128,437) | (128,437) | (946,410) |
| Total other financing sources | 311,563 | 498,563 | 616,082 |
| Deficiency of revenues and other financing sources under expenditures and other financing uses | $ — | (445,000) | (191,002) |

See accompanying independent auditors' report.

246

COMMONWEALTH OF PUERTO RICO

Notes to Required Supplementary Information (Unaudited)

June 30, 2013

**(1)   Schedule of Funding Progress**

The schedule of funding progress provides information about the funded status of the Retirement Systems and the progress being made in accumulating sufficient assets to pay benefits when due. The information was obtained from the last actuarial report as of June 30, 2013.

**(2)   Schedule of Employers' Contributions**

The schedule of employers' contributions provides information about the annual required contributions (ARC) and the extent to which contributions made cover the ARC. The ARC is the annual required contribution for the year calculated in accordance with certain parameters, which include actuarial methods and assumptions.

The Retirement Systems' schedule of employers' contributions includes both Commonwealth's and participating employees' contributions as the Commonwealth's contributions, ultimately, should cover any deficiency between the participating employees' contributions, pension benefits, and the Retirement Systems' administration costs.

The information was obtained from the last actuarial report as of June 30, 2013.

**(3)   Budgetary Control**

The Governor is constitutionally required to submit to the Legislature an annual balanced budget of the Commonwealth for the ensuing fiscal year. The annual budget is prepared by the Commonwealth's Office of Management and Budget (OMB) and takes into consideration the advice provided by the Puerto Rico Planning Board (annual economic growth forecasts and four year capital improvements plan), the Department of the Treasury of the Commonwealth (revenue estimates, accounting records, and the comprehensive annual financial report), the GDB (fiscal agent), and other governmental offices and agencies. Section 7 of Article VI of the Constitution of Puerto Rico provides that "The appropriations made for any fiscal year shall not exceed the total revenue, including available surplus, estimated for the said fiscal year, unless the imposition of taxes sufficient to cover the said appropriations is provided by law".

The annual budget, which is developed utilizing elements of program budgeting, includes an estimate of revenue and other resources for the ensuing fiscal year under: (i) laws existing at the time the budget is submitted; and (ii) legislative measures proposed by the Governor and submitted with the proposed budget, as well as the Governor's recommendations as to appropriations that in his judgment are necessary, convenient, and in conformity with the four year capital improvements plan adopted by the Puerto Rico Planning Board.

The Legislature may amend the budget submitted by the Governor but may not increase any items so as to cause a deficit without imposing taxes or identifying other sources of revenue to cover such deficit. Upon passage by the Legislature, the budget is referred to the Governor who may decrease or eliminate any line item but may not increase or insert any new line item in the budget. The Governor may also veto the budget in its entirety and return it to the Legislature with his objections. The Legislature, by two thirds majority in each house, may override the Governor's veto. If a budget is not adopted prior to the end of the fiscal year, the annual budget for the preceding fiscal year, as approved by the Legislature and the Governor, is automatically renewed for the ensuing fiscal year until a new budget is approved by the

## COMMONWEALTH OF PUERTO RICO

Notes to Required Supplementary Information (Unaudited)

June 30, 2013

Legislature and the Governor. This permits the Commonwealth to continue making payments for its operating and other expenses until the new budget is approved. The appropriated annual budget for fiscal year 2013 (including other financing uses) amounted to approximately $9.1 billion, including several special budget appropriations to the General Fund made by the Legislature throughout the year which amounted to approximately $4.0 billion.

The OMB has authority to amend the budget within a department, agency, or government unit without legislative approval.

For budgetary purposes, encumbrance accounting is used. The encumbrances (that is, purchase orders and contracts) are considered expenditures when a commitment is made. For US GAAP reporting purposes, encumbrances outstanding at year end are reported within the restricted, committed, assigned, and unassigned fund balance classifications and do not constitute expenditures or liabilities on a US GAAP basis because the commitments will be honored during the subsequent year. The unencumbered balance of any appropriation of the General Fund at the end of the fiscal year lapses immediately. Appropriations, other than in the General Fund, are continuing accounts for which the Legislature has authorized that an unspent balance from the prior year be carried forward and made available for current spending. In addition, for budgetary purposes, revenues are recorded when cash is received.

During any fiscal year in which the resources available to the Commonwealth are insufficient to cover the appropriations approved for such year, the Governor may take administrative measures to reduce expenses and submit to both houses of the Legislature a detailed report of any adjustment necessary to balance the budget, or make recommendations to the Legislature for new taxes or authorize borrowings under provisions of existing legislation or take any other necessary action to meet the estimated deficiency. Any such proposed adjustments shall give effect to the "priority norms" established by law for the disbursement of public funds in the following order of priority: (i) the payment of the interest on and amortization requirements for public debt (Commonwealth general obligations and guaranteed debt for which the Commonwealth's guarantee has been exercised); (ii) the fulfillment of obligations arising out of legally binding contracts, court decisions on eminent domain, and other unavoidable obligations to protect the name, credit and full faith of the Commonwealth; (iii) current expenditures in the areas of health, protection of persons and property, education, welfare and retirement systems; and (iv), all other purposes.

In addition, the Legislature may direct that certain revenue be retained and made available for spending within a specific appropriation account. Generally, expenditures may not exceed the level of spending authorized for an individual department. However, the Commonwealth is statutorily required to pay debt service, regardless of whether such amounts are appropriated. Appropriations are enacted for certain departments, agencies, and government units included in the General Fund.

For these funds, a schedule of revenue and expenditures – budget and actual budgetary basis – General Fund is included. Appropriations for capital projects are made for each bond issue and the authorization continues for the expected construction period.

The OMB has the responsibility to ensure that budgetary spending control is maintained on an individual department basis. The OMB may transfer part or all of any unencumbered balance within a department to another department subject to legislative approval. Budgetary control is exercised through the Puerto Rico Integrated Financial Accounting System (PRIFAS). PRIFAS ensures that encumbrances or expenditures

(Continued)

## COMMONWEALTH OF PUERTO RICO

Notes to Required Supplementary Information (Unaudited)

June 30, 2013

are not processed if they exceed the department's total available spending authorization, which is considered its budget. The legal level of budgetary control is at the individual department level for General Fund expenditures, principal and interest due for the year for the debt service fund, and by bond authorization for capital expenditures.

**(4)   Statutory (Budgetary) Accounting**

The Commonwealth's budget is adopted in accordance with a statutory basis of accounting, which is not in accordance with US GAAP. Revenue is generally recognized when cash is received, net of estimated income tax refunds. Short term and long-term borrowings may be used to finance budgetary excess of expenditures over revenue. Expenditures are generally recorded when the related expenditure is incurred or encumbered. Encumbrances generally lapse the year following the end of the fiscal year when the encumbrance was established, as established by Act No. 123 of August 17, 2001. Unencumbered appropriations lapse at year-end. Amounts required for settling claims and judgments against the Commonwealth and certain other liabilities are not recognized until they are encumbered or otherwise processed for payment.

Under the statutory basis of accounting, the Commonwealth uses encumbrance accounting to record the full amount of purchase orders, contracts, and other commitments of appropriated resources as deductions from the appropriation prior to actual expenditure. In the governmental funds, encumbrance accounting is a significant aspect of budgetary control.

The schedule of revenue and expenditures – budget and actual – budgetary basis – General Fund only presents the information for the General Fund for which there is a legally adopted budget, as required by US GAAP. See note 5 for a reconciliation of the statement of revenue and expenditures – budget and actual – budgetary basis – General Fund with the statement of revenues, expenditures, and changes in fund balances (deficit) for the General Fund. The special revenue funds do not have a legally mandated budget.

**(5)   Budget/US GAAP Reconciliation**

The following schedule presents comparisons of the legally adopted budget with actual data on a budgetary basis. Because accounting principles applied for purposes of developing data on a budgetary basis differ significantly from those used to present financial statements in conformity with U.S. GAAP, a reconciliation of entity, timing, and basis differences in the excess (deficiency) of revenue and other financing sources over expenditures and other financing uses for the year ended June 30, 2013 is presented below for the General Fund (expressed in thousands):

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Notes to Required Supplementary Information (Unaudited)

June 30, 2013

| | | |
|---|---|---:|
| Deficiency of revenues and other financing sources under expenditures and other financing uses – budgetary basis | $ | (191,002) |
| Entity differences-deficiency of revenues and other financing sources under expenditures and other financing uses for: | | |
|     Nonbudgeted funds | | (297,521) |
|     Inclusion of agencies with independent treasuries | | (59,352) |
| Timing differences: | | |
|     Adjustment for encumbrances | | 150,687 |
|     Current year expenditures against prior year encumbrances | | (254,080) |
| Basis of accounting differences: | | |
|     Net decrease in taxes receivable (net of tax refunds and deferred revenues) | | (190,126) |
|     Net decrease in other receivables | | (1,437) |
| Excess of revenues and other financing sources over expenditures and other financing uses – US GAAP basis | $ | (842,831) |

See accompanying independent auditor's report.

**COMBINING AND INDIVIDUAL FUND
FINANCIAL STATEMENTS AND SCHEDULES**

**COMMONWEALTH OF PUERTO RICO**

General Fund

Year ended June 30, 2013

The General Fund is the primary operating fund of the Commonwealth. The General Fund is used to account for and report all financial resources received and used for those services traditionally provided by a government, which are not required legally or by sound financial management to be accounted for in another fund. Included are transactions for services such as general government, public safety, health, public housing and welfare, education, and economic development. Following is the supplemental schedule of expenditures – budget and actual – General Fund.

**COMMONWEALTH OF PUERTO RICO**

Supplemental Schedule of Expenditures by Agency – Budget and Actual
Budgetary Basis – General Fund

Year ended June 30, 2013

(In thousands)

| | Original budget | Amended budget | Actual |
|---|---|---|---|
| **Expenditures - Current:** | | | |
| **General government:** | | | |
| Senate of Puerto Rico | $  45,749 | 45,749 | 45,759 |
| House of Representatives of Puerto Rico | 54,125 | 53,125 | 53,152 |
| Comptroller's Office | 43,000 | 43,000 | 42,979 |
| Governor's Office | 23,934 | 23,592 | 23,730 |
| Office of Management and Budget (1) | 54,894 | 52,758 | 22,764 |
| Planning Board | 11,737 | 11,606 | 10,078 |
| Department of State | 7,921 | 6,717 | 6,425 |
| Department of the Treasury (1) | 291,932 | 290,750 | 539,414 |
| Central Office of Personnel Administration | 4,292 | 4,292 | 4,262 |
| Commonwealth Elections Commission | 73,522 | 73,522 | 67,043 |
| Federal Affairs Administration | 4,935 | 4,807 | 4,531 |
| General Services Administration | 200 | 200 | 202 |
| Municipal Complaints Hearing Commission | 5,118 | 5,090 | 6,055 |
| Civil Rights Commission | 3,067 | 1,193 | 703 |
| Office of the Citizen's Ombudsman | 5,808 | 5,808 | 4,896 |
| Government Ethics Board | 10,290 | 10,290 | 10,290 |
| Legislative Affairs Office | 17,897 | 17,897 | 17,897 |
| Office of the Superintendent of the Capitol | 20,194 | 20,194 | 20,195 |
| Comptroller's Special Reports Joint Commission | 691 | 691 | 731 |
| Legislative Donation Commission | 22,907 | 1,107 | 1,236 |
| Coordination Office for Special Communities of Puerto Rico | 3,787 | 3,694 | 2,802 |
| Corporation "Enlace" Caño Martín Peña | 1,008 | 1,008 | 1,008 |
| Puerto Rico Statistics Institute | 641 | 641 | 641 |
| Office for the Governmental's Integrity and Efficiency | 5,948 | 6,130 | 4,503 |
| Permits Management Office | 4,981 | 4,981 | 4,376 |
| Permits Inspector General Office | 4,939 | 4,939 | 4,703 |
| Board for the Review of Permits and Use of Lands | 1,191 | 1,191 | 1,098 |
| Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 303,175 | 303,175 | 293,675 |
| Puerto Rico System of Annuities and Pensions for Teachers | 119,353 | 119,353 | 119,353 |
| Contributions to Political Parties | 11,600 | 11,600 | 18,674 |
| Public Buildings Authority | 22,320 | 22,320 | 22,320 |
| Procurement Administration Offices | 1,740 | 1,741 | 1,691 |
| Office of Elections Comptroller | 4,879 | 4,879 | 3,756 |
| Labor Development Administration | 1,302 | 1,302 | 17,416 |
| Telecomunication Board | 3,188 | — | — |
| Information  and Technology Communication Office | 151 | 151 | 113 |
| Apellative Board of the Personnel System Administration | 4,053 | 3,786 | 3,595 |
| Total general government | 1,196,469 | 1,163,279 | 1,382,066 |
| **Public safety:** | | | |
| Puerto Rico General Court of Justice | 342,762 | 342,763 | 336,396 |
| Civil Defense | 7,191 | 6,945 | 6,522 |
| Commission of Investigation, Processing and Appeals Board | 513 | 508 | 440 |
| Department of Justice | 144,309 | 135,494 | 132,220 |
| Puerto Rico Police Department | 814,720 | 813,741 | 796,875 |
| Puerto Rico Firefighters Corps | 68,726 | 68,739 | 66,568 |
| Puerto Rico National Guard | 11,798 | 12,018 | 11,160 |
| Public Service Commission | 6,813 | 6,813 | 6,649 |
| Consumer Affairs Department | 10,180 | 9,704 | 8,348 |
| Correction Administration | — | — | — |
| Natural Resources Administration | 33,943 | 34,922 | 38,220 |
| Department of Correction and Rehabilitation | 419,288 | 424,226 | 430,004 |
| Parole Board | 2,507 | 2,507 | 2,390 |
| Forensic Sciences Institute | 16,475 | 16,095 | 16,008 |
| Special Prosecutor Panel | 2,859 | 2,824 | 2,814 |
| Pre-Trial Services Office | 7,549 | 7,456 | 8,788 |
| Correctional Health | 71,696 | 70,995 | 74,187 |
| Medical Emergencies Service | 25,551 | 25,770 | 25,526 |
| Criminal Justice College | 3,015 | 3,015 | 2,964 |
| Total public safety | 1,989,895 | 1,984,535 | 1,966,079 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Supplemental Schedule of Expenditures by Agency – Budget and Actual
Budgetary Basis – General Fund

Year ended June 30, 2013

(In thousands)

| | Original budget | Amended budget | Actual |
|---|---|---|---|
| **Health:** | | | |
| Environmental Quality Board | 6,564 | 7,013 | 11,786 |
| Department of Health | 315,379 | 314,478 | 302,075 |
| Puerto Rico Medical Services Administration | 11,022 | 11,022 | 11,022 |
| Mental Health and Drug Addiction Services Administration | 100,491 | 106,251 | 113,019 |
| Puerto Rico Solid Waste Authority | 13,000 | 13,024 | 12,950 |
| Puerto Rico Health Insurance Administration | 899,316 | 899,242 | 899,176 |
| Medical Services Administration | 24,710 | 24,710 | 24,710 |
| University of Puerto Rico Comprehensive Cancer Center | 3,659 | 3,659 | 3,659 |
| Total health | 1,374,141 | 1,379,399 | 1,378,397 |
| **Public housing and welfare:** | | | |
| Office of Youth Affairs | 4,284 | 4,547 | 3,445 |
| New Business Training Administration | 12 | — | 1 |
| Department of Labor and Human Resources | 14,253 | 14,443 | 2,165 |
| Labor Relations Board | 892 | 892 | 879 |
| Department of Housing | 19,626 | 19,594 | 18,591 |
| Department of Recreation and Sports | 47,101 | 50,898 | 49,053 |
| Administration for the Horse Racing Sport and Industry | 2,672 | 2,672 | 2,605 |
| Women's Affairs Commission | 4,326 | 4,298 | 5,130 |
| Public Housing Administration | 1,500 | 1,500 | 2,093 |
| Office of the Veteran's Ombudsman | 3,234 | 3,213 | 3,045 |
| Department of Family | 32,256 | 40,842 | 36,596 |
| Family and Children Administration | 176,630 | 174,238 | 170,711 |
| Minors Support Administration | 14,810 | 15,541 | 17,401 |
| Vocational Rehabilitation Administration | 18,646 | 18,499 | 17,675 |
| Social Economic Development Administration | 91,492 | 84,372 | 80,739 |
| Office of the Disabled Persons Ombudsman | 1,528 | 1,528 | 1,197 |
| Office for Elderly Affairs | 3,305 | 3,298 | 2,955 |
| Right to Employment Administration | — | — | — |
| Company for the Integral Development of the Península de Cantera | 2,825 | 2,825 | 2,825 |
| Industries for the Blind, Mentally Retarded, and Other Disabled Persons of Puerto Rico | 500 | 500 | 500 |
| Patient Ombudsman | 3,081 | 3,195 | 2,848 |
| Administration for the Care and Development of the Childhood | 8,767 | 8,766 | 8,817 |
| Special Communities Trust | 29,890 | 29,892 | 29,892 |
| Puerto Rico Public Finance Authority | 1,106 | 1,106 | 1,106 |
| Total public housing and welfare | 482,736 | 486,659 | 460,269 |
| **Education:** | | | |
| Department of Education | 2,180,954 | 2,208,709 | 2,019,300 |
| Institute of Puerto Rican Culture | 24,355 | 26,426 | 29,830 |
| Puerto Rico School of Plastics Arts | 2,422 | 2,422 | 2,405 |
| State Office for Historic Preservation | 1,892 | 1,809 | 1,455 |
| University of Puerto Rico | 825,676 | 825,676 | 825,276 |
| Musical Arts Corporation | 7,452 | 7,368 | 7,351 |
| Fine Arts Center Corporation | 4,111 | 4,111 | 4,041 |
| Puerto Rico Public Broadcasting Corporation | 14,848 | 14,607 | 14,978 |
| Athenaeum of Puerto Rico | 500 | 500 | 500 |
| Puerto Rico Conservatory of Music Corporation | 7,360 | 7,316 | 7,316 |
| Puerto Rico Council on Education | 3,802 | 3,895 | 3,895 |
| Total education | 3,073,372 | 3,102,839 | 2,916,347 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Supplemental Schedule of Expenditures by Agency – Budget and Actual
Budgetary Basis – General Fund

Year ended June 30, 2013

(In thousands)

| | Original budget | Amended budget | Actual |
|---|---|---|---|
| Economic development: | | | |
| Department of Transportation and Public Works | 72,906 | 67,011 | 55,724 |
| Department of Natural and Environmental Resources | 7,108 | 6,199 | 6,137 |
| Department of Agriculture | 20,531 | 22,804 | 21,105 |
| Cooperative Enterprises Development Administration | 1,056 | 1,056 | 1,094 |
| Rural Development Corporation | 1,059 | 1,059 | 1,059 |
| Energy Affairs Administration | 395 | 396 | — |
| Puerto Rico Infrastructure Financing Authority | 117,352 | 117,353 | 117,975 |
| Land Authority of Puerto Rico | 150 | 150 | 150 |
| Puerto Rico Industrial Development Company | 3,609 | 3,609 | 3,609 |
| Puerto Rico Ports Authority | 800 | 800 | 800 |
| Puerto Rico Electric Power Authority | 131 | 131 | 131 |
| Puerto Rico Metropolitan Bus Authority | 39,791 | 39,768 | 39,970 |
| Puerto Rico Tourism Company | 50 | 75 | 54 |
| Agricultural Enterprises Development Administration | 90,606 | 89,276 | 89,779 |
| Culebra Conservation and Development Authority | 336 | 336 | 336 |
| National Parks Company of Puerto Rico | 22,002 | 22,032 | 21,850 |
| Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | 474 | 467 | 373 |
| Ports of Americas Authority | 17,117 | 17,117 | 17,117 |
| Local Redevelopment Authority for Roosevelt Roads Puerto Rico | 900 | 900 | 900 |
| Puerto Rico Convention Center District Authority | 12,099 | 12,099 | 12,099 |
| Puerto Rico Maritime Transportation Authority | 22,857 | 22,857 | 23,686 |
| Total economic development | 431,329 | 425,495 | 413,948 |
| Intergovernmental – Municipal Services Administration | 405,621 | 411,357 | 421,359 |
| Total expenditures | $ 8,953,563 | 8,953,563 | 8,938,465 |
| Operating Transfer-out to Other Funds: | | | |
| Department of the Treasury – transfer to Debt Service Fund and other funds | $ 128,437 | 128,437 | 946,410 |

(1)  As a department and a fiscal agent.

See accompanying independent auditors' report.

255

## COMMONWEALTH OF PUERTO RICO

General Fund

Year ended June 30, 2013

**Special Revenue Funds**

Special revenue funds are used to account for and report the proceeds of specific revenue sources that are restricted or committed to expenditure for specified purposes other than debt service or capital projects. Other resources (investment earnings and transfers from other funds, for example) also may be reported in the fund if those resources are restricted, committed, or assigned to the specified purpose of the fund.

*Public Buildings Authority Special Revenue Fund* – The operating fund of the Public Buildings Authority, a blended component unit, used to account for the operation, maintenance, equipment replacement, and other extraordinary operation and maintenance costs of the buildings and facilities that, when constructed, are leased to the Commonwealth's primary government agencies.

*The Children's Trust Special Revenue Fund* – The special revenue fund of the Children's Trust, a blended component unit, is used to account for the money received by the Commonwealth from a global settlement agreement dated November 23, 1998 between certain tobacco companies and certain states, territories, and other jurisdictions of the United State of America, including the Commonwealth. The financial resources received by this fund are used to carry out projects aimed at promoting the well-being of children and youth of Puerto Rico.

*Puerto Rico Infrastructure Financing Authority's Special Revenue Fund* – The special revenue fund of the Puerto Rico Infrastructure Financing Authority, a blended component unit, is used to account principally for the moneys received by the Commonwealth, up to $117 million, of certain federal excise taxes levied on rum and other articles produced in Puerto Rico and sold in the Unites States, which are collected by the US Treasury and returned to the Commonwealth.  Under Act No. 44 of June 21, 1988, as amended, the Commonwealth transfers to this fund the first $117 million of these federal excise taxes reimbursed, which are subsequently transferred to the Puerto Rico Infrastructure Financing Authority's Debt Service Fund to provide for the debt service of its special tax revenue bonds.  This special revenue fund also receives ARRA funds for the weatherization program aimed at converting certain government buildings into eco-friendly locations.

*Special Communities Perpetual Trust's Special Revenue Fund* – The special revenue fund of the Special Communities Perpetual Trust, a blended component unit, is used to account for the moneys received from the Governmental Development Bank, through a line of credit financing and cash contributions, upon inception of the Special Communities Perpetual Trust. The financial resources received by this fund are used to carry out development projects that address the infrastructure and housing needs of certain underpriviledged communities.

**Debt Service Funds**

The debt service funds are used to account for and report financial resources that are restricted, committed, or assigned to expenditure for principal and interest, and related costs other than bonds payable from operations of proprietary fund types, pension trust funds, and discretely presented component units. Long-term debt and interest due on July 1 of the following year are accounted for as a fund liability if resources are available as of June 30 for its payment.

*The Children's Trust Debt Service Fund* – The debt service fund of The Children's Trust accounts for the financial resources that are restricted, committed, or assigned to expenditure for the payment of interest and principal on long-term obligations financed with moneys to be received by the Commonwealth from the global settlement agreement signed by certain tobacco companies.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

General Fund

Year ended June 30, 2013

***Public Buildings Authority Debt Service Fund*** – A blended component unit engaged in the construction and/or acquisition of building facilities for lease mainly to the Commonwealth's primary government agencies. Its debt service fund is used to account for the financial resources that are restricted, committed, or assigned to expenditure for the payment of revenue bonds and other liabilities incurred to finance the construction of the buildings and facilities.

***Puerto Rico Maritime Shipping Authority Debt Service Fund*** – This is the remainder of a former shipping company owned by the Commonwealth. Its debt service fund is used to account for the financial resources that are restricted for the payment of the long-term liability that resulted from the sale of its marine operations. This fund is mainly subsidized from appropriations and operating transfers from the General Fund

***Puerto Rico Infrastructure Financing Authority's Debt Service Fund*** – The debt service fund of the Puerto Rico Infrastructure Financing Authority accounts for the financial resources that are restricted to expenditure for the payment of interest and principal on its special tax revenue bonds.  These resources are received from operating transfers from the Puerto Rico Infrastructure Financing Authority Special Revenue Fund.

***Special Communities Perpetual Trust's Debt Service Fund*** –The debt service fund of the Special Communities Perpetual Trust accounts for the financial resources that are restricted to expenditure for the payment of interest and principal on its line of credit with the GDB, financed with moneys to be received by the Commonwealth from general legislative appropriations.

**Capital Projects Funds**

Capital project funds are used to account for and report financial resources that are restricted, committed, or assigned to expenditure for capital outlays, including the acquisition or construction of capital facilities and other capital assets not being financed by the Public Buildings Authority's Capital Projects Fund, the Puerto Rico Infrastructure Financing Authority's Capital Project Fund, proprietary fund types, pension trust funds, and discretely presented component units.

***Commonwealth Public Improvements Funds and Other Funds*** – These funds present the activities of the capital improvements program of the Commonwealth, financed with the proceeds of the general obligation bonds.

***Public Buildings Authority's Capital Projects Fund*** – The Public Buildings Authority's capital projects fund is used to account for and report financial resources that are restricted, committed or assigned to expenditure for capital outlays, including the acquisition or construction of capital facilities and other capital assets not financed by proprietary fund types, pension trust funds, and discretely presented component units.

***Puerto Rico Infrastructure Financing Authority's Capital Projects Fund*** – The Puerto Rico Infrastructure Financing Authority's capital projects fund is used to account for and report financial resources that are restricted, committed or assigned for the acquisition or construction of capital assets and capital improvements, not financed by proprietary fund types, pension trust funds, and discretely presented component units.

**COMMONWEALTH OF PUERTO RICO**

Combining Balance Sheet – Nonmajor Governmental Funds

June 30, 2013

(In thousands)

| | Special Revenue | | | | Debt Service | | | | | Capital Projects | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Public Buildings Authority | Puerto Rico Infrastructure Financing Authority | Special Communities Perpetual Trust | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Infrastructure Financing Authority | Special Communities Perpetual Trust | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Authority | Puerto Rico Infrastructure Financing Authority | Eliminations | Total Nonmajor Governmental Funds |
| Assets: | | | | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 137,548 | — | — | 67 | — | — | — | — | — | — | — | — | — | 137,615 |
| Cash and cash equivalents in governmental banks | 3 | 2,569 | — | 19,534 | — | — | — | — | 1,642 | 89,647 | — | — | — | 113,395 |
| Cash equivalents in PRGITF | — | — | — | — | — | — | — | — | — | 88,021 | 308 | — | — | 88,329 |
| Investments | 3 | — | — | 17,629 | — | — | — | — | — | — | — | — | — | 17,629 |
| Receivables – net of allowance for uncollectibles | | | | | | | | | | | | | | |
| Accounts | — | 371 | — | — | — | — | — | — | — | 671 | — | — | — | 1,042 |
| Loans | — | — | — | — | — | — | — | — | — | 39 | — | — | — | 39 |
| Accrued interest | — | — | 91 | 2 | — | — | — | — | — | — | — | — | — | 93 |
| Other | 1,281 | — | — | — | 42,311 | — | — | — | — | — | — | 3,928 | — | 47,520 |
| Due from: | | | | | | | | | | | | | | |
| Other funds | 24,790 | 3,618 | 632 | — | — | — | 47 | — | — | 4,786 | — | 625 | — | 34,498 |
| Component units | 14,745 | — | — | — | — | — | — | — | — | — | — | — | — | 14,745 |
| Other governmental entities | 22,325 | 12 | 245 | — | — | — | — | — | — | — | — | — | — | 22,582 |
| Other assets | 1,174 | — | — | — | — | — | — | — | — | — | — | — | — | 1,174 |
| Restricted assets: | | | | | | | | | | | | | | |
| Cash and cash equivalents in commercial banks | — | 14,309 | — | — | 11 | 212,696 | 74,559 | — | — | — | 245,267 | 19,556 | — | 566,398 |
| Cash and cash equivalents in governmental banks | — | — | 116,772 | — | — | — | — | — | 37 | — | 25,117 | 59,164 | — | 201,090 |
| Investments | — | 225,100 | — | — | 110,097 | — | 3,139 | — | — | — | — | 628 | — | 338,964 |
| Due from other funds | — | — | — | — | — | — | — | — | 7,272 | — | — | 64,872 | (64,872) | 7,272 |
| Due from other governmental entities | — | — | — | — | 441 | — | — | — | — | — | — | 3,818 | — | 3,818 |
| Other | — | — | — | — | — | — | — | — | — | — | — | 7,531 | — | 7,972 |
| Real estate held for sale or future development | 198 | — | — | — | — | — | — | — | — | 1,854 | — | — | — | 2,052 |
| Total assets | $ 202,064 | 245,979 | 117,740 | 37,232 | 152,860 | 212,696 | 77,745 | — | 8,951 | 185,018 | 270,692 | 160,122 | (64,872) | 1,606,227 |
| Liabilities and Fund Balances: | | | | | | | | | | | | | | |
| Liabilities: | | | | | | | | | | | | | | |
| Accounts payable and accrued liabilities | $ 13,242 | 12,033 | 22,600 | 1,032 | — | — | — | — | 87 | 45,152 | 22,848 | 93,278 | — | 210,272 |
| Due to: | | | | | | | | | | | | | | |
| Other funds | — | 1,958 | 1,681 | — | — | — | — | — | — | — | 63,285 | 18,402 | (64,872) | 20,454 |
| Other governmental entities | 4,589 | — | — | — | — | — | — | — | — | 650 | — | 2,004 | — | 7,243 |
| Component units | 7,919 | 2,163 | — | — | — | — | — | — | — | — | — | 1,210 | — | 11,292 |
| Bond anticipation notes payable | — | — | — | — | — | — | — | — | — | 204,866 | — | — | — | 204,866 |
| Bonds payable | — | — | — | — | — | 72,595 | — | — | — | — | — | — | — | 72,595 |
| Interest payable | — | — | — | — | — | 120,106 | — | — | 570 | — | — | — | — | 120,676 |
| Deferred revenue | 82,290 | — | — | — | 42,311 | — | — | — | — | — | — | — | — | 124,601 |
| Total liabilities | 108,040 | 16,154 | 24,281 | 1,032 | 42,311 | 192,701 | — | — | 657 | 250,668 | 86,133 | 114,894 | (64,872) | 771,999 |
| Fund balances: | | | | | | | | | | | | | | |
| Non-spendable | — | 225,100 | — | — | — | — | — | — | — | — | — | — | — | 225,100 |
| Restricted for: | | | | | | | | | | | | | | |
| General government | — | 508 | — | — | — | — | — | — | — | — | — | — | — | 508 |
| Public housing and welfare | — | — | 93,459 | — | — | — | — | — | — | — | — | — | — | 93,459 |
| Capital projects | — | — | — | — | — | — | — | — | — | — | 184,559 | 45,228 | — | 229,787 |
| Debt service | — | — | — | — | 110,549 | 19,995 | 77,745 | — | 6,702 | — | — | — | — | 214,991 |
| Committed to: | | | | | | | | | | | | | | |
| Public housing and welfare | — | — | — | 29,042 | — | — | — | — | — | — | — | — | — | 29,042 |
| Assigned to: | | | | | | | | | | | | | | |
| Public housing and welfare | — | — | — | 7,158 | — | — | — | — | — | — | — | — | — | 7,158 |
| Capital projects | 94,024 | 4,217 | — | — | — | — | — | — | — | — | — | — | — | 98,241 |
| Debt service | — | — | — | — | — | — | — | — | 1,592 | — | — | — | — | 1,592 |
| Unassigned | — | — | — | — | — | — | — | — | — | (65,650) | — | — | — | (65,650) |
| Total fund balances (deficit) | 94,024 | 229,825 | 93,459 | 36,200 | 110,549 | 19,995 | 77,745 | — | 8,294 | (65,650) | 184,559 | 45,228 | — | 834,228 |
| Total liabilities and fund balances | $ 202,064 | 245,979 | 117,740 | 37,232 | 152,860 | 212,696 | 77,745 | — | 8,951 | 185,018 | 270,692 | 160,122 | (64,872) | 1,606,227 |

See accompanying independent auditors' report.

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Revenues, Expenditures, and Changes in Fund Balances – Nonmajor Governmental Funds

Year ended June 30, 2013

(In thousands)

| | Special Revenue | | | | Debt Service | | | | | Capital Projects | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Public Buildings Authority | Puerto Rico Infrastructure Financing Authority | Special Communities Perpetual Trust | The Children's Trust | The Children's Trust | Public Buildings Authority | Puerto Rico Infrastructure Financing Authority | Special Communities Perpetual Trust | Puerto Rico Maritime Shipping Authority | Commonwealth of Puerto Rico | Public Buildings Authority | Puerto Rico Infrastructure Financing Authority | Eliminations | Total Nonmajor Governmental Funds |
| **Revenues:** | | | | | | | | | | | | | | |
| Interest and investment earnings | $ 3,965 | (31,823) | 747 | 35 | 3,382 | — | 208 | — | 2 | — | — | 129 | — | (23,355) |
| Intergovernmental | — | — | — | — | — | 38,262 | — | — | — | — | — | — | — | 38,262 |
| Other | 8,552 | 3,459 | 582 | 313 | 1 | — | — | — | — | — | — | 1,167 | — | 14,074 |
| Total revenues | 12,517 | (28,364) | 1,329 | 348 | 3,383 | 38,262 | 208 | — | 2 | — | — | 1,296 | — | 28,981 |
| **Expenditures:** | | | | | | | | | | | | | | |
| Current: | | | | | | | | | | | | | | |
| General government | 142,548 | 11,538 | — | 300 | — | — | — | — | — | 60,549 | — | — | — | 214,935 |
| Public safety | — | — | — | — | — | — | — | — | — | 803 | — | 24 | — | 827 |
| Health | — | — | — | 424 | — | — | — | — | — | 4,036 | — | — | — | 4,460 |
| Public housing and welfare | — | — | 17,562 | 3,629 | — | — | — | — | — | 4,870 | — | — | — | 26,061 |
| Education | — | — | — | 156 | — | — | — | — | — | 358 | — | 4,609 | — | 5,123 |
| Economic developmen | — | — | — | — | — | — | — | — | 55 | 196,179 | — | 2,360 | — | 198,594 |
| Intergovernmental | — | — | — | 2,702 | — | — | — | — | — | 11,198 | — | — | — | 13,900 |
| Capital outlays | — | 1,217 | — | — | — | — | — | — | — | 11,688 | 300,198 | 94 | — | 313,197 |
| Debt service: | | | | | | | | | | | | | | |
| Principal | 4,900 | — | — | — | 57,935 | 82,835 | 37,460 | 3,235 | — | — | — | 40 | — | 186,405 |
| Interest and other | 5,575 | — | — | — | 53,483 | 252,254 | 81,352 | 25,243 | 6,894 | — | — | 313 | — | 425,149 |
| Total expenditures | 153,023 | 12,755 | 17,562 | 7,211 | 111,418 | 335,089 | 118,812 | 28,478 | 6,949 | 289,716 | 300,198 | 7,440 | — | 1,388,651 |
| Deficiency of revenues under expenditures | (140,506) | (41,119) | (16,233) | (6,863) | (108,035) | (296,827) | (118,604) | (28,478) | (6,947) | (289,716) | (300,198) | (6,144) | — | (1,359,670) |
| **Other financing sources (uses):** | | | | | | | | | | | | | | |
| Transfers in | 205,063 | 119,886 | — | — | 107,687 | 330,271 | 118,885 | 29,892 | — | 200 | — | 11,388 | (443,158) | 480,114 |
| Transfers out | (216,561) | (112,875) | — | — | — | — | — | — | — | (17,011) | (113,910) | (12) | 443,158 | (17,011) |
| Proceeds from long term debt issue | 174,799 | 5,786 | — | — | — | — | — | — | — | 36,101 | 28,891 | 588 | — | 246,165 |
| Total other financing sources | 163,501 | 12,797 | — | — | 107,687 | 330,271 | 118,885 | 29,892 | — | 19,290 | (85,019) | 11,964 | — | 709,268 |
| Net change in fund balances | 22,995 | (28,322) | (16,233) | (6,863) | (348) | 33,444 | 281 | 1,414 | (6,947) | (270,426) | (385,217) | 5,820 | — | (650,402) |
| Fund balances (deficit) – beginning of year (as restated)(note 3) | 71,029 | 258,147 | 109,692 | 43,063 | 110,897 | (13,449) | 77,464 | (1,414) | 15,241 | 204,776 | 569,776 | 39,408 | — | 1,484,630 |
| Fund balances (deficit) – end of year | $ 94,024 | 229,825 | 93,459 | 36,200 | 110,549 | 19,995 | 77,745 | — | 8,294 | (65,650) | 184,559 | 45,228 | — | 834,228 |

See accompanying independent auditors' report.

## COMMONWEALTH OF PUERTO RICO

Nonmajor Proprietary Funds

Year ended June 30, 2013

**Nonmajor Proprietary Funds**

Proprietary funds are used to account for operations that are financed and operated in a manner similar to private business enterprises where the intent of the government is that the costs of providing goods or services to the general public on a continuing basis be financed or recovered primarily through user charges.

*Disability Insurance* – It was created by Act No. 139 on June 26, 1968. It is used to account for disability benefits to remedy temporarily the loss of income as a result of disability caused by sickness or accident unrelated to the employment.

*Drivers' Insurance* – It was created by Act No. 428 on May 15, 1950. It is used to account for contributions made by the drivers and their employers to provide a social security plan for the benefit of the drivers in Puerto Rico. The plan also includes payment of benefits for health and life insurance.

*Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund* – It was created by Act No. 32 on July 7, 1997. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Department of Health (DOH). Pursuant to such act, the DOH, on behalf of the Commonwealth, is authorized to enter into operating and capitalization grant agreements with the EPA for lending activities.

*Governing Board of 9-1-1 Services (9-1-1 Service)* – It was created by Act No. 144 on December 22, 1994.  The 9-1-1 Service is responsible for providing an efficient service of fast response to emergency calls through the 9-1-1 number, and transferring these to the appropriate response agencies.

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Net Position – Nonmajor Proprietary Funds

June 30, 2013

(In thousands)

| | Business-Type Activities – Nonmajor Enterprise Funds | | | | |
|---|---|---|---|---|---|
| | 9-1-1 Service Governing Board | Disability Insurance | Drivers' Insurance | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| Assets: | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents in commercial banks | $ — | 35 | 79 | — | 114 |
| Cash and cash equivalents in governmental banks | 12,763 | 51,611 | 5,016 | — | 69,390 |
| Insurance premiums receivables, net | — | 2,657 | 1,093 | — | 3,750 |
| Accrued interest receivable | — | 68 | — | — | 68 |
| Accounts Receivable | 2,242 | — | — | — | 2,242 |
| Other receivables | 8 | 252 | — | — | 260 |
| Due from other funds | — | — | 5,000 | — | 5,000 |
| Other assets | 38 | — | — | — | 38 |
| Investments | 3,044 | — | — | — | 3,044 |
| Restricted assets: | | | | | |
| Cash and cash equivalents in commercial banks | — | 1,435 | — | — | 1,435 |
| Cash and cash equivalents in governmental banks | 7,848 | — | — | 28,350 | 36,198 |
| Loans receivable from component unit | — | — | — | 5,723 | 5,723 |
| Receivables | — | — | — | 1,492 | 1,492 |
| Total current assets | 25,943 | 56,058 | 11,188 | 35,565 | 128,754 |
| Noncurrent assets: | | | | | |
| Loans receivable from component unit – restricted | — | — | — | 148,687 | 148,687 |
| Due from other funds | — | — | 19,112 | — | 19,112 |
| Restricted investments | 9,136 | 35,145 | — | — | 44,281 |
| Depreciable assets | 4,916 | 151 | — | — | 5,067 |
| Total assets | 39,995 | 91,354 | 30,300 | 184,252 | 345,901 |
| Liabilities and Net Position: | | | | | |
| Current liabilities: | | | | | |
| Accounts payable and accrued liabilities | 2,115 | 681 | 184 | 270 | 3,250 |
| Due to other funds | 5,865 | 803 | — | — | 6,668 |
| Due to other governmental entities | 1,739 | 38 | 50 | — | 1,827 |
| Deferred revenue | — | 2,325 | 20 | — | 2,345 |
| Compensated absences | 711 | 455 | 291 | — | 1,457 |
| Voluntary termination benefits payable | 183 | — | — | — | 183 |
| Insurance benefits payable | — | 658 | 163 | — | 821 |
| Total current liabilities | 10,613 | 4,960 | 708 | 270 | 16,551 |
| Noncurrent liabilities: | | | | | |
| Compensated absences | 962 | 682 | 436 | — | 2,080 |
| Voluntary termination benefits payable | 715 | — | — | — | 715 |
| Total liabilities | 12,290 | 5,642 | 1,144 | 270 | 19,346 |
| Net position: | | | | | |
| Net investment in capital assets | 4,274 | 151 | — | — | 4,425 |
| Restricted for lending activities | — | — | — | 183,982 | 183,982 |
| Restricted for payment of insurance benefits | — | 35,923 | — | — | 35,923 |
| Restricted for emergency services | 9,993 | — | — | — | 9,993 |
| Unrestricted | 13,438 | 49,638 | 29,156 | — | 92,232 |
| Total net position | $ 27,705 | 85,712 | 29,156 | 183,982 | 326,555 |

See accompanying independent auditors' report.

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Revenues, Expenses, and Changes in Net Position Nonmajor Proprietary Funds

Year ended June 30, 2013

(In thousands)

| | | Business-Type Activities – Nonmajor Enterprise Funds | | | |
|---|---|---|---|---|---|
| | **9-1-1 Service Governing Board** | **Disability Insurance** | **Drivers' Insurance** | **Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund** | **Total** |
| Operating revenues: | | | | | |
| Emergency telephone service charges | $ 20,573 | — | — | — | 20,573 |
| Insurance premiums | — | 12,130 | 4,356 | — | 16,486 |
| Interest | — | — | — | 2,955 | 2,955 |
| Total operating revenues | 20,573 | 12,130 | 4,356 | 2,955 | 40,014 |
| Operating expenses: | | | | | |
| Insurance benefits | — | 2,224 | 1,005 | — | 3,229 |
| General, administrative, and other operating expenses | 16,375 | 7,309 | 4,338 | 1,135 | 29,157 |
| Total operating expenses | 16,375 | 9,533 | 5,343 | 1,135 | 32,386 |
| Operating income (loss) | 4,198 | 2,597 | (987) | 1,820 | 7,628 |
| Nonoperating revenues (expenses): | | | | | |
| Contributions from U.S. government | — | — | — | 5,512 | 5,512 |
| Interest and investment earnings | 963 | 1,629 | 491 | — | 3,083 |
| Total nonoperating revenues | 963 | 1,629 | 491 | 5,512 | 8,595 |
| Income (loss) before transfers | 5,161 | 4,226 | (496) | 7,332 | 16,223 |
| Transfers from other funds | — | — | — | 927 | 927 |
| Transfers to other funds | (18,265) | (4,582) | (68) | — | (22,915) |
| Net change in net position | (13,104) | (356) | (564) | 8,259 | (5,765) |
| Net position – beginning of year, as restated (see note 3 to the financial statement) | 40,809 | 86,068 | 29,720 | 175,723 | 332,320 |
| Net position – end of year | $ 27,705 | 85,712 | 29,156 | 183,982 | 326,555 |

See accompanying independent auditors' report.

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Cash Flows – Nonmajor Proprietary Funds

Year ended June 30, 2013

(In thousands)

| | | Business-Type Activities – Nonmajor Enterprise Funds | | | |
|---|---|---|---|---|---|
| | 9-1-1 Service Governing Board | Disability Insurance | Drivers' Insurance | Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund | Total |
| Cash flows from operating activities: | | | | | |
| Receipts from customers and users | $ 32,230 | 12,820 | 4,419 | — | 49,469 |
| Payments to suppliers and employees | (23,819) | (7,528) | (4,459) | (1,156) | (36,962) |
| Payments of insurance benefits | — | (2,279) | (963) | — | (3,242) |
| Net cash provided by (used in) operating activities | 8,411 | 3,013 | (1,003) | (1,156) | 9,265 |
| Cash flows from noncapital financing activities: | | | | | |
| Intergovernmental grants and contributions | — | — | — | 5,597 | 5,597 |
| Transfers from other funds | — | — | — | 927 | 927 |
| Transfers to other funds | (18,265) | (4,582) | (68) | — | (22,915) |
| Net cash provided by (used in) noncapital financing activities | (18,265) | (4,582) | (68) | 6,524 | (16,391) |
| Cash flows from capital and related financing activities – capital expenditures | (625) | (175) | — | — | (800) |
| Cash flows from investing activities: | | | | | |
| Interest collected on deposits, investments and loans | 964 | 1,289 | 9 | 2,902 | 5,164 |
| Loans originated | — | — | — | (14,057) | (14,057) |
| Issuance of long-term debt | — | — | (8,000) | — | (8,000) |
| Principal collected on loans | — | — | 2,500 | 4,892 | 7,392 |
| Proceeds from sales and maturities of investments | 5,426 | 14,095 | — | — | 19,521 |
| Purchases of investments | — | (14,358) | — | — | (14,358) |
| Net cash provided by (used in) investing activities | 6,390 | 1,026 | (5,491) | (6,263) | (4,338) |
| Net decrease in cash and cash equivalents | (4,089) | (718) | (6,562) | (895) | (12,264) |
| Cash and cash equivalents – beginning of year, as restated (see note 3 of the financial statement) | 24,700 | 53,799 | 11,657 | 29,245 | 119,401 |
| Cash and cash equivalents – end of year | $ 20,611 | 53,081 | 5,095 | 28,350 | 107,137 |
| Reconciliation of operating income (loss) to net cash provided by (used in) operating activities: | | | | | |
| Operating income (loss) | $ 4,198 | 2,597 | (987) | 1,820 | 7,628 |
| Adjustments to reconcile operating income (loss) to net cash provided by (used in) operating activities: | | | | | |
| Interests earned on deposits, loans and investments | — | — | — | (2,954) | (2,954) |
| Depreciation | 896 | 24 | — | — | 920 |
| Provision for bad debts | 19 | — | — | — | 19 |
| Loss on disposition of capital assets | 413 | — | — | — | 413 |
| Changes in operating assets and liabilities: | | | | | |
| Decrease in accounts receivable | 1,374 | 509 | 63 | — | 1,946 |
| Decrease in other assets | 8 | — | — | — | 8 |
| Decrease in accounts payable and accrued liabilities | (60) | (2) | (64) | (22) | (148) |
| Increase in due to other governmental entities | 1,192 | 18 | 23 | — | 1,233 |
| Increase in deferred revenues | — | 182 | — | — | 182 |
| Increase (decrease) in compensated absences | 252 | (259) | (81) | — | (88) |
| Increase in termination benefits payable | 119 | — | — | — | 119 |
| Increase (decrease) in liability for insurance benefits payable | — | (56) | 43 | — | (13) |
| Total adjustments | 4,213 | 416 | (16) | (2,976) | 1,637 |
| Net cash provided by (used in) operating activities | $ 8,411 | 3,013 | (1,003) | (1,156) | 9,265 |

See accompanying independent auditors' report.

## COMMONWEALTH OF PUERTO RICO

Nonmajor Proprietary Funds

Year ended June 30, 2013

Fiduciary funds are used to account for funds held by the Commonwealth in a trustee capacity, or as an agent for individuals, organizations, and other governmental units.  Following are the Commonwealth's fiduciary funds:

**Pension Trust Funds**

The pension trust funds are used to account for the assets, liabilities, and net assets available for pension benefits held in trust for the public employees of the Commonwealth.

***Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)*** – ERS is a cost-sharing multiple-employer defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 447 on May 15, 1951. The ERS is sponsored by the Commonwealth, public corporations, and municipalities of Puerto Rico. Substantially all full-time employees of the Commonwealth and its instrumentalities are covered by the ERS. All regular appointed and temporary employees of the Commonwealth become plan members at the date of employment. The ERS is administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration (the ERS and JRS Administration) that also administers the Employees' Retirement System of the Government of Puerto Rico and its Instrumentalities Medical Insurance Plan Contribution (ERS MIPC). The ERS MIPC is an unfunded, cost-sharing, multi-employer defined benefit other postemployment healthcare benefit plan provided by the Commonwealth to retired plan members.

***Puerto Rico System of Annuities and Pensions for Teachers (TRS)*** – TRS is a cost-sharing multiple-employer defined benefit pension plan administered by the Puerto Rico Teachers Retirement System and was created by Act No. 91 of March 29, 2004, that superseded Act No. 218 of May 6, 1951. The TRS is sponsored by the Commonwealth. All active teachers of the Commonwealth's Department of Education are covered by the TRS. Licensed teachers working in private schools or other educational organizations have the option to become members of TRS at their own choice as long as the required employer and employee contributions are satisfied. The employees of the TRS are also plan members. The TRS is administered by the Puerto Rico Teachers Retirement System (the TRS Administration) that also administers the Puerto Rico System of Annuities and Pensions for Teachers Medical Insurance Plan Contribution (TRS MIPC), an unfunded, cost-sharing, multi-employer defined benefit other postemployment healthcare benefit plan provided by the Commonwealth to retired teachers of the Department of Education of the Commonwealth and retired employees of the TRS Administration.

***Retirement System for the Judiciary of the Commonwealth of Puerto Rico (JRS)*** – JRS is a single-employer defined benefit pension plan administered by the Puerto Rico Government Employees and Judiciary Retirement Systems Administration and was created by Act No. 12 on October 19, 1954. The JRS is sponsored by the Commonwealth. All judges of the judiciary branch of the Commonwealth are plan members. The JRS provides retirement benefits to the employees of the judiciary branch of the Commonwealth, through the office of the Administration of Court Facilities. The JRS is administered by the ERS and JRS Administration that also administers the Retirement System for the Judiciary of the Commonwealth of Puerto Rico Medical Insurance Plan Contribution (JRS MIPC), an unfunded, single-employer defined benefit other postemployment healthcare benefit plan provided by the Commonwealth to retired judges of the Judiciary Branch of the Commonwealth.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Nonmajor Proprietary Funds

Year ended June 30, 2013

**Agency Fund**

Agency fund is used to account for assets held by the Commonwealth as an agent for individuals, private organizations, and other governments. This fund is custodial in nature (assets equal liabilities) and does not involve measurement of the results of operations.

**Special Deposits** – This fund acts in a fiduciary capacity in order to account for moneys received with specified purposes for which the law does not specify its recording in any other fund. It mainly includes deposits under the custody of the courts of justice for alimony payments, escrows, revenue collections and agency accounts for which the Commonwealth act in an agent's capacity.

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Fiduciary Net Position – Pension Trust Funds

June 30, 2013

(In thousands)

| | Pension Trust Funds | | | | | | |
|---|---|---|---|---|---|---|---|
| | (ERS) | | (TRS) | | (JRS) | | |
| | Pension | Postemployment healthcare benefits | Pension | Postemployment healthcare benefits | Pension | Postemployment healthcare benefits | Total |
| **Assets:** | | | | | | | |
| Cash and cash equivalents in commercial banks: | | | | | | | |
| Unrestricted | $ 222,225 | — | 59,183 | — | 1,663 | — | 283,071 |
| Restricted | 26,503 | — | — | — | — | — | 26,503 |
| Cash and cash equivalents in governmental banks: | | | | | | | |
| Unrestricted | 130,527 | — | 8,494 | — | 916 | — | 139,937 |
| Restricted | 35,811 | — | — | — | — | — | 35,811 |
| Collateral from securities lending transactions | 124,411 | — | 48,420 | — | 2,002 | — | 174,833 |
| Investments at fair value: | | | | | | | |
| Bonds and notes | 1,351,177 | — | 742,146 | — | 18,693 | — | 2,112,016 |
| Nonexchange commingled trust funds | 1,053,555 | — | 546,775 | — | 39,661 | — | 1,639,991 |
| Stocks | 75 | — | 97,299 | — | — | — | 97,374 |
| Investments in limited partnerships | 55,067 | — | 14,823 | — | — | — | 69,890 |
| Receivables – net: | | | | | | | |
| Accounts | 131,033 | — | — | — | — | — | 131,033 |
| Loans and advances | 791,161 | — | 411,032 | — | 436 | — | 1,202,629 |
| Accrued interest and dividends | 11,494 | — | 7,847 | — | 191 | — | 19,532 |
| Other | 19,028 | — | 23,471 | — | 27 | — | 42,526 |
| Capital assets – net | 8,594 | — | 19,312 | — | — | — | 27,906 |
| Other assets | 35,242 | — | 781 | — | — | — | 36,023 |
| Total assets | 3,995,903 | — | 1,979,583 | — | 63,589 | — | 6,039,075 |
| **Liabilities:** | | | | | | | |
| Accounts payable and accrued liabilities | 21,388 | — | 23,233 | — | 2,239 | — | 46,860 |
| Securities lending obligations | 124,411 | — | 48,420 | — | 2,002 | — | 174,833 |
| Interest payable | 13,876 | — | — | — | — | — | 13,876 |
| Other liabilities | 53,697 | — | 1,048 | — | 336 | — | 55,081 |
| Bonds payable | 3,051,189 | — | — | — | — | — | 3,051,189 |
| Total liabilities | 3,264,561 | — | 72,701 | — | 4,577 | — | 3,341,839 |
| Net position – held in trust for pension benefits | $ 731,342 | — | 1,906,882 | — | 59,012 | — | 2,697,236 |

See accompanying independent auditors' report.

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Changes in Fiduciary Net Position – Pension Trust Funds

Year ended June 30, 2013

(In thousands)

| | ERS | | TRS | | JRS | | |
| | Pension | Postemployment healthcare benefits | Pension | Postemployment healthcare benefits | Pension | Postemployment healthcare benefits | Total |
|---|---|---|---|---|---|---|---|
| **Additions:** | | | | | | | |
| Contributions: | | | | | | | |
| Sponsor | $ 424,704 | — | 133,369 | — | 10,034 | — | 568,107 |
| Participants | 322,528 | — | 120,842 | — | 2,825 | — | 446,195 |
| Special | 203,943 | 91,823 | 54,075 | 34,239 | 1,368 | 291 | 385,739 |
| Total contributions | 951,175 | 91,823 | 308,286 | 34,239 | 14,227 | 291 | 1,400,041 |
| Investment income and investment expense: | | | | | | | |
| Interest | 127,377 | — | 71,457 | — | 948 | — | 199,782 |
| Dividends | 242 | — | 2,693 | — | — | — | 2,935 |
| Net change in fair value of investments | 120,956 | — | 86,573 | — | 5,796 | — | 213,325 |
| Investment expenses | (3,553) | — | (3,229) | — | (72) | — | (6,854) |
| Net investment income | 245,022 | — | 157,494 | — | 6,672 | — | 409,188 |
| Other income | 22,035 | — | 1,432 | — | 603 | — | 24,070 |
| Total additions | 1,218,232 | 91,823 | 467,212 | 34,239 | 21,502 | 291 | 1,833,299 |
| **Deductions:** | | | | | | | |
| Pension and other benefits | 1,430,712 | 91,823 | 628,274 | 34,239 | 20,453 | 291 | 2,205,792 |
| Refunds of contributions | 52,307 | — | 7,666 | — | — | — | 59,973 |
| General and administrative | 49,173 | — | 23,606 | — | 625 | — | 73,404 |
| Interest on bonds payable | 192,230 | — | — | — | — | — | 192,230 |
| Total deductions | 1,724,422 | 91,823 | 659,546 | 34,239 | 21,078 | 291 | 2,531,399 |
| Net change in net position held in trust for pension benefits | (506,190) | — | (192,334) | — | 424 | — | (698,100) |
| Net position held in trust for pension benefits: | | | | | | | |
| Beginning of year | 1,237,532 | — | 2,099,216 | — | 58,588 | — | 3,395,336 |
| End of year | $ 731,342 | — | 1,906,882 | — | 59,012 | — | 2,697,236 |

See accompanying independent auditors' report.

267

**COMMONWEALTH OF PUERTO RICO**

Combining Statement of Changes in Assets and Liabilities – Agency Funds

Year ended June 30, 2013

(In thousands)

| Assets | | Balance at June 30, 2012 | Additions | Deletions | Balance at June 30, 2013 |
|---|---|---|---|---|---|
| Cash and cash equivalents in commercial banks | $ | 698,972 | 457 | 33,185 | 666,244 |
| Cash and cash equivalents in governmental banks | | 546,931 | 10,641,005 | 10,753,992 | 433,944 |
| Other receivables | | 5,252 | — | 5,252 | — |
| Total assets | $ | 1,251,155 | 10,641,462 | 10,792,429 | 1,100,188 |
| **Liabilities** | | | | | |
| Accounts payable and accrued liabilities | $ | 1,251,155 | 10,641,462 | 10,792,429 | 1,100,188 |
| Total liabilities | $ | 1,251,155 | 10,641,462 | 10,792,429 | 1,100,188 |

See accompanying independent auditors' report.

**COMMONWEALTH OF PUERTO RICO**

Nonmajor Discretely Presented Component Units

Year ended June 30, 2013

These entities, all legally separate entities, consistent with GASB Statement No. 14, as amended by GASB Statements No. 39 and 61, are discretely presented in a separate column of the basic financial statements of the primary government principally because of the nature of the services they provide, the Commonwealth's ability to impose its will, principally through the appointment of their governing authorities, and because these component units provide specific financial benefits to, or impose financial burdens on, the Commonwealth (with the exception of Culebra Conservation and Development Authority, which does not meet all these criteria, but the Commonwealth has determined it would be misleading to exclude it from the Commonwealth's financial reporting entity).  These entities have been classified as nonmajor component units because management believes they do not meet the following factors for inclusion as major: a) the services provided by the component unit to the citizenry are such that separate reporting as a major component unit is considered to be essential to financial statement users, b) there are significant transactions with the primary government, or c) there is a significant financial benefit or burden relationship with the primary government. The accounting principles followed by each of the component units included herein may vary depending on the type of industries they are involved in (that is, banking, construction, public utilities, and so forth). The detailed information for each of these entities may be obtained directly from the administrative offices of the corresponding entities, as described in note 1 to the basic financial statements included in the financial section of this report.

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Discretely Presented Component Units
Combining Statement of Net Position
June 30, 2013
(In thousands)

| | Agricultural Enterprises Development Administration | Automobile Accidents Compensation Administration | Cardiovascular Center Corporation of Puerto Rico and the Caribbean | Company for the Integral Development of the "Península de Cantera" | Corporation for the "Caño Martín Peña" ENLACE Project | Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Cash and cash equivalents in commercial banks | $ 28,479 | 12,261 | 9,394 | 1,543 | 40 | 915 |
| Cash and cash equivalents in governmental banks | 13,204 | — | — | — | — | — |
| Investments | 300 | 156,512 | — | — | — | 865 |
| Collateral from securities lending transactions | — | — | — | — | — | — |
| Receivables – net: | | | | | | |
| Insurance premiums | — | 748 | — | — | — | — |
| Intergovernmental | — | — | — | — | — | — |
| Accounts | 12,937 | — | 5,143 | — | — | 31 |
| Loans and advances | — | — | — | 5,970 | — | 564 |
| Accrued interest | — | 663 | — | — | — | — |
| Other governmental entities | 3,158 | 412 | 1,225 | 536 | 967 | 593 |
| Other | 665 | 489 | — | 23 | — | — |
| Due from: | | | | | | |
| Primary government | 28,442 | — | — | 30,733 | — | — |
| Component units | — | — | 1,616 | — | — | — |
| Inventories | 5,802 | — | 2,481 | — | — | — |
| Prepaid expenses | 976 | — | 908 | 48 | — | — |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | — | 9 | 102 | — | 102 | — |
| Cash and cash equivalents in governmental banks | — | — | — | — | — | 11,172 |
| Investments | — | — | — | — | — | — |
| Other restricted assets | — | — | — | 497 | — | — |
| Deferred issue cost | — | — | — | — | — | — |
| Deferred expenses and other assets | — | 36 | — | — | — | — |
| Real estate held for sale or future development | — | — | — | 847 | — | — |
| Capital assets, not being depreciated | 3,739 | 1,026 | 103 | 80 | 3,774 | — |
| Capital assets, depreciable – net | 24,406 | 4,527 | 16,724 | 64 | 1,454 | — |
| Total assets | 122,108 | 176,683 | 37,696 | 40,341 | 6,337 | 14,140 |
| **Liabilities and Deferred Inflows of Resources:** | | | | | | |
| Liabilities: | | | | | | |
| Accounts payable and accrued liabilities | 58,239 | 4,848 | 29,319 | 1,569 | 270 | 200 |
| Deposits and escrow liabilities | — | — | — | — | — | — |
| Due to: | | | | | | |
| Primary government | — | — | 14,745 | — | — | — |
| Component units | 110,004 | — | 18,950 | 31,888 | — | — |
| Other governmental entities | — | 329 | 1,064 | — | — | 323 |
| Securities lending obligations and reverse repurchase agreements | — | — | — | — | — | — |
| Interest payable | — | — | — | — | — | — |
| Deferred revenue | — | 37,813 | — | — | — | — |
| Liability for automobile accident insurance workmen compensation and medical claims | — | 104,912 | — | — | — | — |
| Liabilities payable within one year: | | | | | | |
| Notes payable | 19,399 | — | — | — | — | — |
| Bonds payable | — | — | — | — | — | — |
| Accrued compensated absences | 2,339 | 3,292 | 3,395 | 55 | 66 | 162 |
| Voluntary termination benefits payable | 2,423 | — | — | — | — | — |
| Capital leases | — | — | — | — | — | — |
| Other long-term liabilities | — | — | 1,191 | — | — | — |
| Liabilities payable after one year | | | | | | |
| Notes payable | — | — | — | — | — | — |
| Commonwealth appropriation bonds | — | — | — | — | — | — |
| Bonds payable | — | — | — | — | — | — |
| Accrued compensated absences | 2,583 | — | — | — | 21 | — |
| Voluntary termination benefits payable | 24,138 | — | — | — | — | — |
| Capital leases | — | — | — | — | — | — |
| Other long-term liabilities | — | 5,397 | 5,305 | — | — | — |
| Total liabilities | 219,125 | 156,591 | 73,969 | 33,512 | 357 | 685 |
| Deferred inflows of resources: | | | | | | |
| Deferred inflows of resources - Service concession arrangements | — | — | — | — | — | — |
| Total liabilities and deferred inflows of resources | 219,125 | 156,591 | 73,969 | 33,512 | 357 | 685 |
| **Net Position** | | | | | | |
| Net Investment in capital assets | 28,145 | 5,553 | 16,827 | 144 | 5,228 | — |
| Restricted for: | | | | | | |
| Trust – nonexpendable | — | — | — | — | — | — |
| Capital projects | 183,652 | — | — | — | — | — |
| Debt service | — | — | — | — | — | — |
| Student loans and other educational purpose | — | — | — | — | — | — |
| Other specified purposes | — | — | 102 | 497 | 102 | 14,707 |
| Unrestricted (deficit) | (308,814) | 14,539 | (53,202) | 6,188 | 650 | (1,252) |
| Total net position | $ (97,017) | 20,092 | (36,273) | 6,829 | 5,980 | 13,455 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Discretely Presented Component Units
Combining Statement of Net Position
June 30, 2013
(In thousands)

| | Corporation of Industries for the Blind Mentally Retarded Incapacitated Persons of Puerto Rico | Culebra Conservation and Development Authority | Economic Development Bank for Puerto Rico | Employment and Training Enterprises Coporation | Farm Insurance Corporation of Puerto Rico | Fine Arts Center Corporation |
|---|---|---|---|---|---|---|
| Assets: | | | | | | |
| Cash and cash equivalents in commercial banks | $ 108 | 68 | 2,992 | 1 | 6,120 | 3,252 |
| Cash and cash equivalents in governmental banks | 420 | — | 1,323 | 641 | — | — |
| Investments | — | — | 989,162 | — | — | — |
| Collateral from securities lending transactions | — | — | — | — | — | — |
| Receivables – net: | | | | | | |
| Insurance premiums | — | — | — | — | — | — |
| Intergovernmental | — | — | — | — | — | — |
| Accounts | 165 | 2 | — | — | — | 193 |
| Loans and advances | — | — | 260,334 | — | — | — |
| Accrued interest | — | — | 9,281 | — | — | — |
| Other governmental entities | — | — | 66 | 168 | 3,234 | 107 |
| Other | — | — | — | — | — | — |
| Due from: | | | | | | |
| Primary government | — | — | — | — | — | — |
| Component units | — | — | — | — | 7,719 | — |
| Inventories | 170 | — | — | 151 | — | — |
| Prepaid expenses | 3 | — | — | — | 10 | 99 |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | — | 5 | 1,251 | — | — | — |
| Cash and cash equivalents in governmental banks | 433 | — | — | — | — | — |
| Investments | — | — | — | — | — | — |
| Other restricted assets | — | — | 13,439 | — | — | — |
| Deferred issue cost | — | — | 117 | — | — | — |
| Deferred expenses and other assets | — | — | 8,311 | — | — | — |
| Real estate held for sale or future development | — | — | — | — | — | — |
| Capital assets, not being depreciated | — | 640 | 2,735 | — | — | 3,164 |
| Capital assets, depreciable – net | 277 | 284 | 6,157 | 41 | 212 | 15,103 |
| Total assets | 1,576 | 999 | 1,295,168 | 1,002 | 17,295 | 21,918 |
| Liabilities and Deferred Inflow of Resources: | | | | | | |
| Liabilities: | | | | | | |
| Accounts payable and accrued liabilities | 304 | 60 | 2,732 | 686 | 446 | 478 |
| Deposits and escrow liabilities | — | — | 330,318 | — | — | 252 |
| Due to: | | | | | | |
| Primary government | — | — | — | — | — | — |
| Component units | — | — | 9,422 | — | 4,992 | — |
| Other governmental entities | 308 | — | — | — | — | — |
| Securities lending obligations and reverse repurchase agreements | — | — | 76,200 | — | — | — |
| Interest payable | — | — | 7,043 | — | — | — |
| Deferred revenue | 364 | 2 | — | — | 4,081 | — |
| Liability for automobile accident insurance workmen compensation and medical claims | | | | | | |
| Liabilities payable within one year | | | | | | |
| Notes payable | — | — | — | — | — | — |
| Bonds payable | — | — | — | — | — | — |
| Accrued compensated absences | — | 20 | — | 285 | 590 | 269 |
| Voluntary termination benefits payable | — | 14 | — | — | — | 250 |
| Capital leases | — | 1 | — | — | — | — |
| Other long-term liabilities | — | — | — | 1,936 | — | — |
| Liabilities payable after one year | | | | | | |
| Notes payable | — | — | 703,048 | — | — | — |
| Commonwealth appropriation bonds | — | — | — | — | — | — |
| Bonds payable | — | — | — | — | — | — |
| Accrued compensated absences | — | 57 | 2,013 | — | — | 266 |
| Voluntary termination benefits payable | — | 133 | — | — | — | 2,589 |
| Capital leases | — | 3 | — | — | — | — |
| Other long-term liabilities | — | — | 4,310 | — | — | — |
| Total liabilities | 976 | 290 | 1,135,086 | 2,907 | 10,109 | 4,104 |
| Deferred inflows of resources: | | | | | | |
| Deferred inflows of resources - Service concession arrangements | — | — | — | — | — | — |
| Total liabilities and deferred inflows of resources | 976 | 290 | 1,135,086 | 2,907 | 10,109 | 4,104 |
| Net Position: | | | | | | |
| Net Investment in capital assets | 277 | 924 | (530) | 41 | 212 | 17,696 |
| Restricted for: | | | | | | |
| Trust – nonexpendable | — | — | — | — | — | — |
| Capital projects | — | — | — | — | — | — |
| Debt service | — | — | — | — | — | — |
| Student loans and other educational purpose | — | — | — | — | — | — |
| Other specified purposes | — | 6 | 13,259 | — | — | — |
| Unrestricted (deficit) | 323 | (221) | 147,353 | (1,946) | 6,974 | 118 |
| Total net position | $ 600 | 709 | 160,082 | (1,905) | 7,186 | 17,814 |

271

(Continued)

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Discretely Presented Component Units
Combining Statement of Net Position
June 30, 2013
(In thousands)

| | Institute of Puerto Rican Culture | Institutional Trust of the National Guard of Puerto Rico | Land Authority of Puerto Rico | Local Redevelopment Authority for Roosevelt Roads Puerto Rico | Musical Arts Corporation | National Parks Company of Puerto Rico | Port of the Americas Authority |
|---|---|---|---|---|---|---|---|
| **Assets:** | | | | | | | |
| Cash and cash equivalents in commercial banks | $ 13,494 | 656 | 921 | — | 1,974 | 174 | — |
| Cash and cash equivalents in governmental bank | 1,969 | 1,017 | 32,437 | 83 | 641 | 583 | 285 |
| Investments | — | — | — | — | — | — | — |
| Collateral from securities lending transaction | — | — | — | — | — | — | — |
| Receivables – net: | | | | | | | |
| Insurance premiums | — | — | — | — | — | — | — |
| Intergovernmental | 335 | — | — | — | — | — | — |
| Accounts | 775 | 1,401 | 14,470 | 213 | 47 | 325 | 2 |
| Loans and advances | — | — | — | — | — | — | — |
| Accrued interest | — | 408 | — | — | — | — | — |
| Other governmental entities | — | 19 | 6,344 | — | 75 | 229 | — |
| Other | — | 154 | — | — | — | — | — |
| Due from: | | | | | | | |
| Primary government | — | — | 8,696 | — | — | 8,805 | — |
| Component units | — | — | 14,671 | — | — | — | — |
| Inventories | 1,936 | — | — | — | — | — | — |
| Prepaid expenses | — | 91 | 121 | 558 | — | 95 | 2 |
| Restricted assets: | | | | | | | |
| Cash and cash equivalents in commercial bank | — | — | — | 313 | 115 | 161 | — |
| Cash and cash equivalents in governmental bank | — | — | — | — | 412 | 11,364 | — |
| Investments | — | 50,521 | — | — | — | — | — |
| Other restricted assets | — | — | — | — | — | — | — |
| Deferred issue cost | — | — | — | — | — | — | — |
| Deferred expenses and other assets | — | — | 7,810 | — | — | — | — |
| Real estate held for sale or future development | — | — | — | — | — | — | — |
| Capital assets, not being depreciated | 1,276 | 19,752 | 88,198 | 16,545 | 568 | 20,503 | 339,812 |
| Capital assets, depreciable – net | 57,126 | 12,591 | 9,342 | 6 | 166 | 143,113 | — |
| Total assets | 76,911 | 86,610 | 183,010 | 17,718 | 3,998 | 185,352 | 340,101 |
| **Liabilities and Deferred Inflows of Resources** | | | | | | | |
| Liabilities | | | | | | | |
| Accounts payable and accrued liabilities | 2,950 | 1,638 | 15,779 | 1,282 | 408 | 1,202 | 11,922 |
| Deposits and escrow liabilities | — | — | 10,959 | — | — | — | — |
| Due to: | | | | | | | |
| Primary government | — | — | — | — | — | 13,322 | — |
| Component units | 3,276 | — | 41,172 | — | — | 13,953 | 220,392 |
| Other governmental entities | — | — | 113 | 16,345 | 347 | 648 | — |
| Securities lending obligations and reverse repurchase agreements | — | — | — | — | — | — | — |
| Interest payable | — | — | 784 | — | — | 261 | 14,100 |
| Deferred revenue | — | — | — | — | 573 | 211 | — |
| Liability for automobile accident insurance workmen compensation and medical claim | — | — | — | — | — | — | — |
| Liabilities payable within one year | | | | | | | |
| Notes payable | — | — | — | — | — | — | — |
| Bonds payable | — | — | — | — | — | — | — |
| Accrued compensated absences | 92 | 53 | 985 | 52 | 484 | 237 | 7 |
| Voluntary termination benefits payable | 619 | — | — | — | 876 | — | — |
| Capital leases | — | — | — | — | — | — | — |
| Other long-term liabilities | — | — | 2,920 | — | — | — | — |
| Liabilities payable after one year: | | | | | | | |
| Notes payable | — | — | — | — | — | — | — |
| Commonwealth appropriation bonds | — | — | 56,276 | — | — | — | — |
| Bonds payable | — | — | — | — | — | — | — |
| Accrued compensated absences | 1,457 | — | 862 | — | 250 | 4,513 | — |
| Voluntary termination benefits payable | 5,137 | — | — | — | — | 12,695 | — |
| Capital leases | — | — | — | — | — | — | — |
| Other long-term liabilities | — | — | 38,227 | — | 5,781 | 2,621 | — |
| Total liabilities | 13,531 | 1,691 | 168,077 | 17,679 | 8,719 | 49,663 | 246,421 |
| Deferred inflows of resources: | | | | | | | |
| Deferred inflows of resources - Service concession arrangements | — | — | — | — | — | — | — |
| Total liabilities and deferred inflows of resources | 13,531 | 1,691 | 168,077 | 17,679 | 8,719 | 49,663 | 246,421 |
| **Net Position:** | | | | | | | |
| Net Investment in capital assets | 55,127 | 32,343 | 97,540 | 205 | 735 | 157,775 | 93,400 |
| Restricted for: | | | | | | | |
| Trust – nonexpendable | — | — | — | — | — | — | — |
| Capital projects | — | — | — | — | — | 10,702 | — |
| Debt service | — | — | — | — | — | — | — |
| Student loans and other educational purpose | — | — | — | — | — | — | — |
| Other specified purposes | — | 48,068 | — | — | 526 | — | — |
| Unrestricted (deficit) | 8,253 | 4,508 | (82,607) | (166) | (5,982) | (32,788) | 280 |
| Total net position | $ 63,380 | 84,919 | 14,933 | 39 | (4,721) | 135,689 | 93,680 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Discretely Presented Component Units
Combining Statement of Net Position
June 30, 2013
(In thousands)

| | Public Corporation for the Supervision and Deposit Insurance of P.R. Cooperatives | Puerto Rico Conservatory of Music Corporation | Puerto Rico Convention Center District Authority | Puerto Rico Council on Education | Puerto Rico Industrial Development Company | Puerto Rico Industrial, Tourist, Educational, Medical and Environmental, Control Facilities Financing Authority |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Cash and cash equivalents in commercial banks | $ 2,912 | 53 | 18,590 | 40 | 3,341 | — |
| Cash and cash equivalents in governmental bank | 116 | — | 895 | 1,918 | 14,475 | 9,554 |
| Investments | 217,503 | — | — | — | 4,093 | — |
| Collateral from securities lending transaction: | — | — | — | — | — | — |
| Receivables – net: | | | | | | |
| Insurance premiums | — | — | — | — | — | — |
| Intergovernmental | — | — | — | — | — | — |
| Accounts | — | — | 12,287 | — | 23,560 | — |
| Loans and advances | 3,300 | — | 1,718 | — | 77 | 1 |
| Accrued interest | 1,950 | — | — | — | — | — |
| Other governmental entities | — | 375 | — | 41 | — | — |
| Other | 320 | 1,242 | 3,714 | 700 | — | — |
| Due from: | | | | | | |
| Primary government | — | — | — | — | — | — |
| Component units | — | — | 4,178 | — | — | — |
| Inventories | — | — | — | — | — | — |
| Prepaid expenses | — | 4 | 1,549 | — | 2,388 | — |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial bank | — | 1,117 | — | — | — | — |
| Cash and cash equivalents in governmental bank | — | — | 1,077 | 2,308 | — | — |
| Investments | — | — | 57,330 | 5,460 | 31,511 | — |
| Other restricted assets | — | — | — | — | — | — |
| Deferred issue cost | — | — | 13,076 | — | 1,594 | — |
| Deferred expenses and other assets | — | — | — | — | — | — |
| Real estate held for sale or future development | — | — | — | — | — | — |
| Capital assets, not being depreciated | 35 | 5,157 | 284,647 | — | 242,151 | — |
| Capital assets, depreciable – net | 3,027 | 80,284 | 416,585 | 218 | 425,199 | — |
| **Total assets** | 229,163 | 88,232 | 815,646 | 10,685 | 748,389 | 9,555 |
| **Liabilities and Deferred Inflows of Resources** | | | | | | |
| **Liabilities:** | | | | | | |
| Accounts payable and accrued liabilitie | 28,730 | 3,334 | 4,399 | 1,337 | 17,915 | 72 |
| Deposits and escrow liabilitie | — | — | 5,462 | — | 8,689 | — |
| Due to: | | | | | | |
| Primary government | — | — | — | — | 7,737 | — |
| Component units | — | 1,398 | 151,504 | — | 88,631 | — |
| Other governmental entities | 712 | 74 | 665 | — | — | — |
| Securities lending obligations and reverse | | | | | | |
| repurchase agreements | — | — | — | — | — | — |
| Interest payable | — | — | 10,331 | — | 4,084 | — |
| Deferred revenue | — | 846 | 8,356 | — | — | — |
| Liability for automobile accident insurance | | | | | | |
| workmen compensation and medical claim | — | — | — | — | — | — |
| Liabilities payable within one year | | | | | | |
| Notes payable | — | — | — | — | 7,044 | — |
| Bonds payable | — | — | 9,845 | — | 8,305 | — |
| Accrued compensated absences | 1,870 | 219 | 120 | 99 | 5,774 | — |
| Voluntary termination benefits payable | — | — | — | 115 | 966 | — |
| Capital leases | — | — | — | — | 88 | — |
| Other long-term liabilitie | — | 3,506 | — | — | — | — |
| Liabilities payable after one year | | | | | | |
| Notes payable | — | — | — | — | 79,114 | — |
| Commonwealth appropriation bonds | — | — | — | — | — | — |
| Bonds payable | — | — | 426,237 | — | 188,864 | — |
| Accrued compensated absences | — | 613 | — | 665 | — | — |
| Voluntary termination benefits payable | 711 | 159 | — | 1,488 | 8,739 | — |
| Capital leases | — | — | — | — | 137 | — |
| Other long-term liabilitie | — | — | — | — | 6,929 | — |
| **Total liabilities** | 32,023 | 10,149 | 616,919 | 3,704 | 433,016 | 72 |
| **Deferred inflows of resources:** | | | | | | |
| Deferred inflows of resources - Service concession | | | | | | |
| arrangements | — | — | — | — | — | — |
| **Total liabilities and deferred inflows of resources** | 32,023 | 10,149 | 616,919 | 3,704 | 433,016 | 72 |
| **Net Position:** | | | | | | |
| Net Investment in capital assets | 3,062 | 80,829 | 128,221 | 218 | 400,294 | — |
| Restricted for: | | | | | | |
| Trust – nonexpendable | — | — | — | — | — | — |
| Capital projects | — | — | — | — | — | — |
| Debt service | — | — | 48,162 | — | 20,810 | — |
| Student loans and other educational purpose | — | 1,401 | — | 6,905 | — | — |
| Other specified purposes | 81,689 | — | — | — | — | — |
| Unrestricted (deficit) | 112,389 | (4,147) | 22,344 | (142) | (105,731) | 9,483 |
| **Total net position** | $ 197,140 | 78,083 | 198,727 | 6,981 | 315,373 | 9,483 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Discretely Presented Component Units
Combining Statement of Net Position
June 30, 2013
(In thousands)

| | Puerto Rico Public Private Partnerships Authority | Puerto Rico School of Plastic Arts | Puerto Rico Telephone Authority | Puerto Rico Tourism Company | Puerto Rico Trade and Export Company | Solid Waste Authority |
|---|---|---|---|---|---|---|
| Assets: | | | | | | |
| Cash and cash equivalents in commercial banks | $ — | 10 | — | 5,684 | 8,838 | 269 |
| Cash and cash equivalents in governmental banks | 3,982 | 67 | 1,497 | 8,769 | 4,748 | 3,390 |
| Investments | — | — | — | 41,845 | — | 18,351 |
| Collateral from securities lending transactions | — | — | — | — | — | — |
| Receivables – net: | | | | | | |
| Insurance premiums | — | — | — | — | — | — |
| Intergovernmental | — | — | — | — | — | — |
| Accounts | — | 84 | — | 10,287 | 1,685 | — |
| Loans and advances | — | — | — | 1,365 | — | — |
| Accrued interest | — | — | 1 | — | 5,292 | — |
| Other governmental entities | 737 | — | — | — | — | 1,637 |
| Other | — | — | — | 680 | — | 619 |
| Due from: | | | | | | |
| Primary government | — | — | — | 2,315 | — | — |
| Component units | — | — | — | — | — | — |
| Inventories | — | — | — | — | — | — |
| Prepaid expenses | — | — | — | 70 | 105 | — |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | — | 2 | — | — | 5,472 | — |
| Cash and cash equivalents in governmental banks | — | 469 | 10,556 | — | 704 | 10,900 |
| Investments | — | 1,886 | — | — | 356,266 | — |
| Other restricted assets | — | — | — | — | — | — |
| Deferred issue cost | — | — | — | 414 | — | 72 |
| Deferred expenses and other assets | 15 | — | — | — | — | — |
| Real estate held for sale or future development | — | — | — | 12,543 | 60,275 | 21,711 |
| Capital assets, not being depreciated | — | — | — | — | — | — |
| Capital assets, depreciable – net | 1 | 7,634 | — | 19,520 | 54,169 | 103,277 |
| Total assets | 4,735 | 10,152 | 12,054 | 103,492 | 497,554 | 160,242 |
| Liabilities and Deferred Inflow of Resources | | | | | | |
| Liabilities: | | | | | | |
| Accounts payable and accrued liabilities | 1,339 | 332 | 5 | 30,181 | 3,560 | 2,420 |
| Deposits and escrow liabilities | — | — | — | — | — | — |
| Due to: | | | | | | |
| Primary government | — | — | — | 8,337 | 2,859 | — |
| Component units | — | — | — | 11,464 | 1,344 | 84,205 |
| Other governmental entities | — | — | — | — | — | 1,083 |
| Securities lending obligations and reverse repurchase agreements | — | — | — | — | — | — |
| Interest payable | — | — | — | 899 | 4,932 | 43 |
| Deferred revenue | — | — | — | 7,504 | — | — |
| Liability for automobile accident insurance, workmen compensation and medical claims | — | — | — | — | — | — |
| Liabilities payable within one year: | | | | | | |
| Notes payable | — | — | — | 16,114 | 520 | — |
| Bonds payable | — | — | — | — | — | — |
| Accrued compensated absences | 11 | 173 | — | 772 | 525 | 304 |
| Voluntary termination benefits payable | — | 72 | — | 593 | 231 | 432 |
| Capital leases | — | — | — | 66 | 55 | — |
| Other long-term liabilities | — | — | — | — | — | — |
| Liabilities payable after one year: | | | | | | |
| Notes payable | — | — | — | — | 370,892 | — |
| Commonwealth appropriation bonds | — | — | — | 43,562 | — | 7,829 |
| Bonds payable | — | — | — | — | — | — |
| Accrued compensated absences | — | 295 | — | 6,062 | 1,378 | 387 |
| Voluntary termination benefits payable | — | 370 | — | 6,713 | 2,704 | 5,320 |
| Capital leases | — | — | — | — | 150 | — |
| Other long-term liabilities | — | — | 6,759 | 561 | 3,013 | — |
| Total liabilities | 1,350 | 1,242 | 6,764 | 132,828 | 392,163 | 102,023 |
| Deferred inflows of resources: | | | | | | |
| Deferred inflows of resources - Service concession arrangements | — | — | — | — | — | — |
| Total liabilities and deferred inflows of resources | 1,350 | 1,242 | 6,764 | 132,828 | 392,163 | 102,023 |
| Net Position: | | | | | | |
| Net Investment in capital assets | 1 | 7,634 | — | 31,996 | 99,094 | 50,810 |
| Restricted for: | | | | | | |
| Trust – nonexpendable | — | — | — | — | — | — |
| Capital projects | — | — | — | — | — | — |
| Debt service | — | — | — | 3,718 | — | — |
| Student loans and other educational purpose | — | 1,886 | — | — | 3,266 | 1,653 |
| Other specified purposes | — | — | 3,802 | — | — | — |
| Unrestricted (deficit) | 3,384 | (610) | 1,488 | (65,050) | 3,031 | 5,756 |
| Total net position | $ 3,385 | 8,910 | 5,290 | (29,336) | 105,391 | 58,219 |

(Continued)

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Discretely Presented Component Units
Combining Statement of Net Position
June 30, 2013
(In thousands)

| | Puerto Rico Land Administration | Puerto Rico and Municipal Islands Maritime Transport Authority | Puerto Rico Metropolitan Bus Authority | Puerto Rico Municipal Finance Agency | Puerto Rico Ports Authority | Puerto Rico Public Broadcasting Corporation |
|---|---|---|---|---|---|---|
| **Assets:** | | | | | | |
| Cash and cash equivalents in commercial banks | $ 703 | 296 | 2,128 | — | 2,583 | 375 |
| Cash and cash equivalents in governmental banks | 36,300 | — | 68 | 2,847 | 3,824 | — |
| Investments | 10,915 | — | — | — | — | — |
| Collateral from securities lending transactions | — | — | — | — | — | — |
| Receivables – net: | | | | | | |
| Insurance premiums | — | — | — | — | — | — |
| Intergovernmental | — | 83 | 1,804 | — | — | — |
| Accounts | 740 | 197 | — | — | 40,298 | 229 |
| Loans and advances | — | — | — | — | — | — |
| Accrued interest | 584 | — | — | — | — | — |
| Other governmental entities | 46 | 155 | 420 | — | — | 1,009 |
| Other | — | — | — | — | — | 23 |
| Due from: | | | | | | |
| Primary government | — | — | 1,023 | — | 16,500 | — |
| Component units | 1,306 | — | 3,095 | — | 43,127 | — |
| Inventories | — | 129 | 3,517 | — | — | — |
| Prepaid expenses | 381 | 2,019 | 1,668 | 43 | 3,884 | — |
| Restricted assets: | | | | | | |
| Cash and cash equivalents in commercial banks | — | — | — | 7,659 | 10,737 | 1,475 |
| Cash and cash equivalents in governmental banks | 733 | — | — | — | 98,025 | — |
| Investments | — | — | — | 1,013,128 | — | — |
| Other restricted assets | — | — | — | 23,122 | 25,351 | — |
| Deferred issue cost | — | — | — | 10,131 | 3,199 | — |
| Deferred expenses and other assets | — | — | 542 | — | — | 137 |
| Real estate held for sale or future development | 161,072 | — | — | — | — | — |
| Capital assets, not being depreciated | 30,403 | 25,676 | 2,526 | — | 427,020 | 83 |
| Capital assets, depreciable – net | 8,686 | 43,900 | 42,223 | — | 710,513 | 13,971 |
| Total assets | 251,869 | 72,455 | 59,014 | 1,056,930 | 1,385,061 | 17,302 |
| **Liabilities and Deferred Inflow of Resources:** | | | | | | |
| Liabilities: | | | | | | |
| Accounts payable and accrued liabilities | 973 | 16,779 | 16,536 | 560 | 79,618 | 2,097 |
| Deposits and escrow liabilities | 34,046 | — | — | 55,099 | 1,399 | — |
| Due to: | | | | | | |
| Primary government | 1,203 | 1,150 | 12,621 | — | 25,804 | — |
| Component units | — | 40,279 | 7,634 | — | 255,274 | — |
| Other governmental entities | 1,518 | 30,076 | 8,506 | 3,521 | 1,832 | 486 |
| Securities lending obligations and reverse repurchase agreements | — | — | — | — | — | — |
| Interest payable | — | — | — | 19,161 | 1,540 | — |
| Deferred revenue | 5,646 | 7,223 | 2,238 | — | 1,858 | — |
| Liability for automobile accident insurance, workmen compensation and medical claims | — | — | — | — | — | — |
| Liabilities payable within one year: | | | | | | |
| Notes payable | — | — | 2,503 | — | 6,789 | — |
| Bonds payable | — | — | — | 101,580 | — | — |
| Accrued compensated absences | 737 | 1,288 | 4,224 | — | — | 885 |
| Voluntary termination benefits payable | 456 | 349 | 1,041 | — | 2,512 | 424 |
| Capital leases | — | — | — | — | — | — |
| Other long-term liabilities | — | — | — | — | — | — |
| Liabilities payable after one year: | | | | | | |
| Notes payable | — | — | 32,042 | — | 11,784 | — |
| Commonwealth appropriation bonds | — | — | — | — | — | — |
| Bonds payable | — | — | — | 806,952 | 214,892 | — |
| Accrued compensated absences | — | — | 1,277 | — | — | 1,344 |
| Voluntary termination benefits payable | 3,263 | 3,795 | 8,029 | — | 22,546 | 4,279 |
| Capital leases | — | — | — | — | — | — |
| Other long-term liabilities | — | — | 4,337 | — | 6,481 | — |
| Total liabilities | 47,842 | 100,939 | 100,988 | 986,873 | 632,329 | 9,515 |
| Deferred inflows of resources: | | | | | | |
| Deferred inflows of resources - Service concession arrangements | — | — | — | — | 619,416 | — |
| Total liabilities and deferred inflows of resources | 47,842 | 100,939 | 100,988 | 986,873 | 1,251,745 | 9,515 |
| **Net Position:** | | | | | | |
| Net Investment in capital assets | 8,686 | 69,576 | 44,749 | — | 149,179 | 14,054 |
| Restricted for: | | | | | | |
| Trust – nonexpendable | — | — | — | — | 41,318 | — |
| Capital projects | — | — | — | — | — | — |
| Debt service | — | — | — | 122,826 | 2,790 | — |
| Student loans and other educational purpose | — | — | — | — | — | — |
| Other specified purposes | 733 | — | — | — | 3,288 | 1,346 |
| Unrestricted (deficit) | 194,608 | (98,060) | (86,723) | (52,769) | (63,259) | (7,613) |
| Total net position | $ 204,027 | (28,484) | (41,974) | 70,057 | 133,316 | 7,787 |

275

(Continued)

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Discretely Presented Component Units
Combining Statement of Net Position
June 30, 2013
(In thousands)

| | State Insurance Fund Corporation | University of Puerto Rico Comprehensive Cancer Center | Nonmajor Component Units Total |
|---|---|---|---|
| Assets: | | | |
| Cash and cash equivalents in commercial banks | $ 66,360 | 3,575 | 198,149 |
| Cash and cash equivalents in governmental banks | 23,123 | 1,454 | 169,630 |
| Investments | 1,164,145 | — | 2,603,691 |
| Collateral from securities lending transactions | 102,689 | — | 102,689 |
| Receivables – net: | | | |
| Insurance premiums | 39,794 | — | 40,542 |
| Intergovernmental | — | — | 2,222 |
| Accounts | — | — | 125,071 |
| Loans and advances | — | — | 273,328 |
| Accrued interest | 7,503 | — | 25,683 |
| Other governmental entities | 8,005 | 532 | 30,090 |
| Other | 16,587 | — | 25,216 |
| Due from: | | | |
| Primary government | — | 2,000 | 98,514 |
| Component units | 12,140 | 13,618 | 101,470 |
| Inventories | 3,557 | — | 17,743 |
| Prepaid expenses | 53 | 371 | 15,446 |
| Restricted assets: | | | |
| Cash and cash equivalents in commercial banks | — | 69 | 28,589 |
| Cash and cash equivalents in governmental banks | — | 51 | 148,204 |
| Investments | 314,600 | — | 1,830,702 |
| Other restricted assets | — | — | 62,409 |
| Deferred issue cost | — | — | 28,603 |
| Deferred expenses and other assets | — | — | 16,867 |
| Real estate held for sale or future development | — | — | 161,919 |
| Capital assets, not being depreciated | 18,532 | 8,560 | 1,641,234 |
| Capital assets, depreciable – net | 85,030 | 21,515 | 2,327,345 |
| Total assets | 1,862,118 | 51,745 | 10,075,356 |
| Liabilities and Deferred Inflow of Resources: | | | |
| Liabilities: | | | |
| Accounts payable and accrued liabilities | 150,862 | 1,496 | 496,877 |
| Deposits and escrow liabilities | — | — | 446,224 |
| Due to: | | | |
| Primary government | — | — | 87,778 |
| Component units | 3,713 | 33,125 | 1,132,620 |
| Other governmental entities | — | 724 | 68,674 |
| Securities lending obligations and reverse | | | |
| repurchase agreements | 102,689 | — | 178,889 |
| Interest payable | — | — | 63,178 |
| Deferred revenue | 21,858 | — | 98,573 |
| Liability for automobile accident insurance | | | |
| workmen compensation and medical claims | 820,934 | — | 925,846 |
| Liabilities payable within one year | | | |
| Notes payable | 21,160 | — | 73,529 |
| Bonds payable | — | — | 119,730 |
| Accrued compensated absences | 11,128 | 362 | 40,874 |
| Voluntary termination benefits payable | — | — | 11,373 |
| Capital leases | 691 | — | 901 |
| Other long-term liabilities | — | — | 9,553 |
| Liabilities payable after one year: | | | |
| Notes payable | 254,002 | — | 1,450,882 |
| Commonwealth appropriation bonds | — | — | 107,667 |
| Bonds payable | — | — | 1,636,945 |
| Accrued compensated absences | 35,282 | — | 59,325 |
| Voluntary termination benefits payable | — | — | 112,808 |
| Capital leases | 29,280 | — | 29,570 |
| Other long-term liabilities | 73,418 | — | 163,139 |
| Total liabilities | 1,525,017 | 35,707 | 7,314,955 |
| Deferred inflows of resources: | | | |
| Deferred inflows of resources - Service concession arrangements | — | — | 619,416 |
| Total liabilities and deferred inflows of resources | 1,525,017 | 35,707 | 7,934,371 |
| Net Position: | | | |
| Net Investment in capital assets | 40,428 | 10,024 | 1,650,497 |
| Restricted for: | | | |
| Trust – nonexpendable | | | |
| Capital projects | — | 121 | 235,793 |
| Debt service | 72,600 | — | 270,906 |
| Student loans and other educational purpose | — | — | 10,192 |
| Other specified purposes | — | — | 173,044 |
| Unrestricted (deficit) | 224,073 | 5,893 | (199,447) |
| Total net position | $ 337,101 | 16,038 | 2,140,985 |

Note: See accompanying independent auditors' report.

**COMMONWEALTH OF PUERTO RICO**
Nonmajor Discretely Presented Component Units
Combining Statement of Activities
Year ended June 30, 2013
(In thousands)

| | Expenses | Program revenues: Charges for services | Operating grants and contributions | Capital grants and contributions | Net revenues (expenses) and changes in net position | General revenues and transfers: Payments from (to) primary government | Payments from (to) other component units | Grants and contributions not restricted to specific programs | Excise taxes | Interest and investment earnings | Other | Change in net position | Net position beginning of year, as restated (see note 3 of the financial statement) | Net position end of year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Agricultural Enterprises Development Administration | $ 182,300 | 99,170 | — | — | (83,130) | 88,725 | — | — | — | 35 | 11,128 | 16,758 | (113,775) | (97,017) |
| Automobile Accidents Compensation Administration | 83,789 | 85,296 | — | — | 1,507 | (13,696) | — | — | — | 14,541 | — | 2,352 | 17,740 | 20,092 |
| Cardiovascular Center Corporation of Puerto Rico and the Caribbean | 89,100 | 81,193 | — | — | (7,907) | 14,478 | — | — | — | 55 | — | 6,626 | (42,899) | (36,273) |
| Company for the Integral Development of the "Peninsula de Cantera" | 9,211 | — | 10,733 | — | 1,522 | — | — | 90 | — | 66 | — | 1,678 | 5,151 | 6,829 |
| Corporation of Industries for the Blind and Mentally Retarded and Incapacitated Persons of Puerto Rico | 726 | 256 | — | — | (470) | 505 | — | — | — | — | — | 35 | 565 | 600 |
| Corporation for the "Caño Martín Peña" Enlace Project | 4,437 | — | 87 | — | (4,350) | 4,118 | — | — | — | 2 | 47 | (183) | 6,163 | 5,980 |
| Corporation for the Development of the Arts, Science and Film Industry of Puerto Rico | 2,520 | 468 | — | — | (2,052) | 3,599 | — | — | — | — | 16 | 1,563 | 11,892 | 13,455 |
| Culebra Conservation and Development Authority | 664 | 258 | — | — | (406) | 349 | — | — | — | — | — | (57) | 766 | 709 |
| Economic Development Bank for Puerto Rico | 68,794 | 67,830 | — | 2,458 | 1,494 | — | — | — | — | 363 | 712 | 2,569 | 157,513 | 160,082 |
| Employment and Training Enterprises Corporation | 3,188 | 2,071 | — | — | (1,117) | 361 | — | — | — | — | 132 | (624) | (1,281) | (1,905) |
| Farm Insurance Corporation of Puerto Rico | 3,462 | 2,390 | 1,097 | — | 25 | — | — | — | — | 56 | — | 81 | 7,105 | 7,186 |
| Fine Arts Center Corporation | 8,840 | 1,977 | — | — | (6,863) | 4,216 | — | — | — | 30 | — | (2,617) | 20,431 | 17,814 |
| Institute of Puerto Rican Culture | 24,395 | — | — | — | (24,395) | 19,326 | — | — | — | — | — | (5,069) | 68,449 | 63,380 |
| Institutional Trust of the National Guard of Puerto Rico | 8,719 | 4,830 | — | — | (3,889) | — | — | — | — | — | — | (3,889) | 88,808 | 84,919 |
| Land Authority of Puerto Rico | 25,749 | 8,682 | — | — | (17,067) | 14,755 | — | — | — | 12 | 680 | (1,620) | 16,553 | 14,933 |
| Local Redevelopment Authority Roosevelt Roads Puerto Rico | 3,373 | 451 | 934 | — | (1,988) | 900 | — | — | — | — | — | (1,088) | 1,127 | 39 |
| Musical Arts Corporation | 8,315 | 540 | — | — | (7,775) | 7,303 | — | — | — | 165 | 172 | (135) | (4,586) | (4,721) |
| National Parks Company of Puerto Rico | 36,066 | 8,985 | — | 564 | (26,517) | 29,042 | — | — | — | 77 | 39 | 2,641 | 133,048 | 135,689 |
| Port of the Americas Authority | 751 | — | — | — | (751) | 17,117 | — | — | — | 39 | — | 16,405 | 77,275 | 93,680 |
| Public Corporation for the Supervision and Deposit Insurance of Puerto Rico Cooperative | 12,660 | 22,182 | 2,473 | — | 11,995 | — | — | — | — | (386) | — | 11,609 | 185,531 | 197,140 |
| Puerto Rico and Municipal Islands Transport Authority | 55,168 | 5,859 | 211 | 1,492 | (47,606) | 29,777 | — | — | — | — | — | (17,829) | (10,655) | (28,484) |
| Puerto Rico Conservatory of Music Corporation | 13,575 | 2,882 | — | 24 | (10,669) | 8,635 | — | 2,604 | — | 2 | — | 596 | 77,487 | 78,083 |
| Puerto Rico Convention Center District Authority | 77,675 | 25,500 | — | — | (52,175) | 12,105 | 34,555 | — | — | 291 | 4,193 | (1,031) | 199,758 | 198,727 |
| Puerto Rico Council on Education | 33,460 | 524 | 3,009 | — | (29,927) | 28,761 | — | — | — | 25 | 40 | (1,101) | 8,082 | 6,981 |
| Puerto Rico Industrial Development Company | 88,522 | 62,763 | — | 16,136 | (6,623) | — | — | — | — | 364 | 5,426 | (833) | 316,206 | 315,373 |
| Puerto Rico Industrial, Tourist, Educational, Medical and Environmental Control Facilities Financing Authority | 324 | 409 | — | — | 85 | — | — | — | — | 10 | — | 95 | 9,388 | 9,483 |
| Puerto Rico Land Administration | 13,573 | 15,338 | — | — | 1,765 | — | — | — | — | 225 | — | 1,990 | 202,037 | 204,027 |
| Puerto Rico Metropolitan Bus Authority | 87,574 | 5,761 | 13,487 | — | (68,326) | 52,913 | — | — | — | 16 | — | (15,397) | (26,577) | (41,974) |
| Puerto Rico Municipal Finance Agency | 45,135 | — | — | — | (45,135) | — | — | — | — | 45,606 | — | 471 | 69,586 | 70,057 |
| Puerto Rico Ports Authority | 261,161 | 152,296 | 23,712 | — | (85,153) | 6,942 | 4,000 | — | — | 89 | 718 | (73,404) | 206,730 | 133,316 |
| Puerto Rico Public Broadcasting Corporation | 25,442 | 4,122 | — | — | (21,320) | 16,368 | — | 2,859 | — | 2 | 297 | (1,794) | 9,581 | 7,787 |
| Puerto Rico Public Private Partnerships Authority | 9,597 | 16,868 | — | — | 7,271 | 2,728 | — | — | — | 2 | — | 10,001 | (6,616) | 3,385 |
| Puerto Rico School of Plastic Art | 6,214 | 806 | 1,792 | — | (3,616) | 2,319 | — | — | — | 225 | — | (1,072) | 9,982 | 8,910 |
| Puerto Rico Telephone Authority | 159 | — | — | — | (159) | — | — | — | — | 12 | 610 | 463 | 4,827 | 5,290 |
| Puerto Rico Tourism Company | 125,091 | 168,056 | — | — | 42,965 | (21,538) | (106,387) | — | 65,642 | 376 | 5,085 | (13,857) | (15,479) | (29,336) |
| Puerto Rico Trade and Export Company | 39,062 | 17,348 | — | — | (21,714) | 13,939 | — | — | — | 18,074 | 258 | (3,382) | 108,773 | 105,391 |
| Solid Waste Authority | 28,406 | 2,330 | — | — | (26,076) | 13,939 | — | — | — | 1 | 9 | (12,127) | 70,346 | 58,219 |
| State Insurance Fund Corporation | 642,094 | 651,380 | — | — | 9,286 | (67,802) | — | — | — | 64,252 | — | 5,736 | 331,365 | 337,101 |
| University of Puerto Rico Comprehensive Cancer Center | 9,153 | — | 12,253 | 4 | 3,104 | — | — | — | — | — | — | 3,104 | 12,934 | 16,038 |
| Total nonmajor component units | $ 2,135,444 | 1,518,821 | 69,788 | 20,678 | (526,157) | 276,245 | (67,832) | 5,553 | 65,642 | 144,627 | 29,586 | (72,336) | 2,213,321 | 2,140,985 |

See accompanying independent auditors' report.

# COMMONWEALTH OF PUERTO RICO

Basic Financial Statements
and Required Supplementary Information

June 30, 2014

# BASIC FINANCIAL STATEMENTS AND REQUIRED SUPPLEMENTARY INFORMATION

### *Fiscal Year Ended June 30, 2014*



## *Commonwealth of Puerto Rico*

### *Honorable Alejandro García Padilla*
### *Governor*

*Prepared by:*

### *Puerto Rico Department of the Treasury*

**Juan Zaragoza Gómez, CPA**
*Secretary of the Treasury*

**Juan Flores Galarza, CPA**
*Undersecretary of Treasury*

# COMMONWEALTH OF PUERTO RICO

## Table of Contents

| | Page(s) |
|---|---|
| **Independent Auditors' Report** | 1–7 |
| **Management's Discussion and Analysis (Unaudited)** | 8–35 |
| **Basic Financial Statements:** | |
| Government-Wide Financial Statements: | |
| Statement of Net Position | 36–37 |
| Statement of Activities | 38–39 |
| Fund Financial Statements: | |
| Governmental Funds: | |
| Balance Sheet | 40 |
| Reconciliation of the Balance Sheet of Governmental Funds to the Statement of Net Position | 41 |
| Statement of Revenue, Expenditures, and Changes in Fund Balances | 42 |
| Reconciliation of the Statement of Revenue, Expenditures, and Changes in Fund Balances of Governmental Funds to the Statement of Activities | 43 |
| Proprietary Funds: | |
| Statement of Net Position | 44 |
| Statement of Revenue, Expenses, and Changes in Fund Net Position | 45 |
| Statement of Cash Flows | 46–47 |
| Fiduciary Funds: | |
| Statement of Fiduciary Net Position | 48 |
| Statement of Changes in Fiduciary Net Position – Pension (and Other Employee Benefit) Trust Funds | 49 |
| Major Discretely Presented Component Units: | |
| Combining Statement of Net Position | 50–51 |
| Combining Statement of Activities | 52 |
| Notes to Basic Financial Statements | 53–308 |

# COMMONWEALTH OF PUERTO RICO

## Table of Contents

| | Page(s) |
|---|---|
| **Required Supplementary Information (Unaudited)** | |
| Schedule of Funding Progress – Defined-Benefit Pension Plans | 310 |
| Schedule of Funding Progress – Postemployment Healthcare Plans | 311 |
| Schedule of Employers' Contributions | 312 |
| Schedule of Revenue and Expenditures – Budget and Actual – Budgetary Basis – General Fund | 313 |
| Notes to Required Supplementary Information | 314–317 |
| **Combining and Individual Fund Financial Statements and Schedules** | |
| General Fund: | |
| General Fund | 319 |
| Supplemental Schedule of Expenditures by Agency – Budget and Actual – Budgetary Basis | 320–322 |
| Nonmajor Governmental Funds: | |
| Nonmajor Governmental Funds | 323–324 |
| Combining Balance Sheet | 325 |
| Combining Statement of Revenue, Expenditures, and Changes in Fund Balances | 326 |
| Nonmajor Proprietary Funds: | |
| Nonmajor Proprietary Funds | 327 |
| Combining Statement of Net Position | 328 |
| Combining Statement of Revenue, Expenses, and Changes in Fund Net Position | 329 |
| Combining Statement of Cash Flows | 330 |
| Fiduciary Funds: | |
| Fiduciary Funds | 331–332 |
| Combining Statement of Fiduciary Net Position – Pension Trust Funds | 333 |
| Combining Statement of Changes in Fiduciary Net Position – Pension (and Other Employee Benefit) Trust Funds | 334 |

# COMMONWEALTH OF PUERTO RICO

## Table of Contents

|  | Page(s) |
|---|---|
| Combining Statement of Changes in Assets and Liabilities – Agency Funds | 335 |
| Nonmajor Discretely Presented Component Units: |  |
| Nonmajor Discretely Presented Component Units | 336 |
| Combining Statement of Net Position | 337–343 |
| Combining Statement of Activities | 344 |



**KPMG LLP**
American International Plaza
Suite 1100
250 Muñoz Rivera Avenue
San Juan, PR 00918-1819

**Independent Auditors' Report**

The Honorable Governor and Legislature
  Commonwealth of Puerto Rico
  San Juan, Puerto Rico

We have audited the accompanying financial statements of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the Commonwealth of Puerto Rico (the Commonwealth) as of and for the year ended June 30, 2014, and the related notes to basic financial statements, which collectively comprise the Commonwealth's basic financial statements as listed in the table of contents.

*Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of these financial statements in accordance with U.S. generally accepted accounting principles; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express opinions on these financial statements based on our audit. We did not audit the financial statements of the following entities, funds and activities:

o   *Governmental Activities*

- Puerto Rico Public Housing Administration, which represents 14.17% and 2.17% of the total assets and revenues, respectively, of the General Fund.

- Office for the Administration of the Sales and Acquisition Fund of the Puerto Rico Department of Housing, which represents 0.58% and 0.02% of the total assets and revenues, respectively, of the General Fund.

- Office for the Improvements of Public Schools, which represents 0.59% and 0.00% of the total assets and revenues, respectively, of the General Fund.

- Labor Development Administration, which represents 0.32% and 0.31% of the total assets and revenues, respectively, of the General Fund.

- Public Buildings Authority special revenue, debt service, and capital projects funds, which are non-major governmental funds that collectively represent 6.70% and 1.74% of the total assets and revenues, respectively, of the aggregate remaining fund information.

KPMG LLP is a Delaware limited liability partnership,
the U.S. member firm of KPMG International Cooperative
("KPMG International"), a Swiss entity.



- Puerto Rico Infrastructure Financing Authority special revenue, debt service, and capital projects funds, which are non-major governmental funds that collectively represent 5.21% and 0.26% of the total assets and revenues, respectively, of the aggregate remaining fund information.

- The Children's Trust special revenue and debt service funds, which are non-major governmental funds that collectively represent 2.37% and 0.15% of the total assets and revenues, respectively, of the aggregate remaining fund information.

- Special Communities Perpetual Trust special revenue and debt service funds, which are non-major governmental funds that collectively represent 1.38% and 0.07% of the total assets and revenues, respectively, of the aggregate remaining fund information.

- Puerto Rico Maritime Shipping Authority debt service fund, which is a non-major governmental fund that represents 0.03% and 0.00% of the total assets and revenues, respectively, of the aggregate remaining fund information.

These entities collectively represent 11.99% and 2.63% of the total assets and revenues, respectively, of the governmental activities.

o *Business-Type Activities*

- Unemployment Insurance Fund, which is a major enterprise fund.

- Additional Lottery System, representing 71.64% and 51.30% of the total assets and revenues, respectively, of the Lotteries Fund, which is a major enterprise fund.

- Puerto Rico Medical Services Administration, which is a major enterprise fund.

- Puerto Rico Water Pollution Control Revolving Fund, which is a major enterprise fund.

- The Governing Board of 9-1-1 Services, which is a non-major enterprise fund, representing 0.49% and 0.94% of the total assets and revenues, respectively, of the aggregate remaining fund information.

- The Puerto Rico Safe Drinking Water Treatment Revolving Loan Fund, which is a non-major enterprise fund representing 2.48% and 0.14% of the total assets and revenues, respectively, of the aggregate remaining fund information.

- The Disability Insurance Fund, which is a non-major enterprise fund representing 1.21% and 0.53% of the total assets and revenues, respectively, of the aggregate remaining fund information.

- The Drivers' Insurance Fund, which is a non-major enterprise fund representing 0.39% and 0.21% of the total assets and revenues, respectively, of the aggregate remaining fund information.

These entities collectively represent 99.99% and 69.62% of the total assets and revenues, respectively, of the business-type activities.

o *Discretely Presented Component Units*

The discretely presented component units listed in note 1(c) represent 78.11% and 95.25% of the total assets and revenues, respectively, of the aggregate discretely presented component units.



Those financial statements were audited by other auditors whose reports thereon have been furnished to us, and our opinions, insofar as they relate to the amounts included for the activities, funds, and component units indicated above, are based solely on the reports of the other auditors.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on the auditors' judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, the auditor considers internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our unmodified and modified audit opinions.

*Summary of Opinions*

| Opinion Unit | Type of Opinion |
|---|---|
| Governmental Activities | Unmodified |
| Business-Type Activities | Unmodified |
| Aggregate Discretely Presented Component Units | Unmodified |
| General Fund | Unmodified |
| Debt Service Fund | Unmodified |
| COFINA Special Revenue Fund | Unmodified |
| COFINA Debt Service Fund | Unmodified |
| Unemployment Insurance Fund | Unmodified |
| Lotteries Fund | Unmodified |
| Puerto Rico Medical Services Administration Fund | Unmodified |
| Puerto Rico Water  Pollution Control Revolving Fund | Unmodified |
| Aggregate Remaining Fund Information | Qualified |



### *Basis for Qualified Opinion on the Aggregate Remaining Fund Information*

The non-major governmental funds include a blended component unit (Puerto Rico Infrastructure Financing Authority (PRIFA)) that purchased Commonwealth (COFINA) bonds as an investment. As a result of the blended presentation of PRIFA, the investment in COFINA bonds are presented as an interfund loan due from the COFINA Debt Service Fund. The Commonwealth evaluated its ability to repay the COFINA bonds (interfund loan) due to the non-major governmental funds (PRIFA). However, we believe the Commonwealth's analysis did not adequately consider all relevant factors that could adversely affect the collectability of the interfund receivable balance of approximately $203 million as of June 30, 2014, including the Commonwealth's recurring deficits, negative financial position, deterioration of economic conditions, and limited ability to access credit markets. As a result, we believe that such interfund loan is overstated and is not reported at its net realizable value as of June 30, 2014, as required by U.S. generally accepted accounting principles. The amount by which this overstatement would affect the assets, fund balances and expenses of the aggregate remaining fund information has not been determined.

### *Qualified Opinion*

In our opinion, based on our audit and the reports of other auditors, except for the effects of the matter described in the Basis for Qualified Opinion on the Aggregate Remaining Fund Information paragraph, the financial statements referred to above present fairly, in all material respects, the financial position of the aggregate remaining fund information of the Commonwealth as of June 30, 2014, and the respective changes in financial position thereof for the year then ended in accordance with U.S. generally accepted accounting principles.

### *Unmodified Opinions*

In our opinion, based on our audit and the reports of other auditors, the financial statements referred to above present fairly, in all material respects, the respective financial position of the governmental activities, the business-type activities, the aggregate discretely presented component units, and each major fund of the Commonwealth as of June 30, 2014, and the respective changes in financial position and, where applicable, cash flows thereof for the year then ended in accordance with U.S. generally accepted accounting principles.

### *Emphasis of Matters*

#### *Uncertainty about Ability to Continue as a Going Concern – Primary Government*

The accompanying basic financial statements of the Commonwealth have been prepared assuming that the Commonwealth will continue as a going concern. As discussed in note 2 (a) to the basic financial statements, the Commonwealth's recurring deficits, negative financial position, further deterioration of its economic condition, and inability to access the credit markets raises substantial doubt about the Commonwealth's ability to continue as a going concern. Management's plans in regard to these matters are also described in note 2 (a). The basic financial statements do not include any adjustments that might result from the outcome of this uncertainty. Our opinions are not modified with respect to this matter.

#### *Uncertainty about Ability to Continue as a Going Concern – Major Discretely Presented Component Units*

The accompanying basic financial statements have been prepared assuming that the Commonwealth's major discretely presented component units will continue as a going concern. As discussed in note 2 (b) to the basic financial statements, the following major discretely presented component units have been identified as having substantial doubt about their ability to continue as a going concern. Management's plans in regard to these matters are also described in note 2 (b). The basic financial statements do not include any adjustments that might result from the outcome of these uncertainties. Our opinions are not modified with respect to these matters.



o   *Government Development Bank for Puerto Rico (GDB)*

The Commonwealth and its public entities have not been able to repay their loans from the Bank, which has significantly affected the Bank's liquidity and ability to repay its obligations.

o   *Puerto Rico Highways and Transportation Authority (PRHTA)*

The financial statements of PRHTA as of June 30, 2014 and for the year then ended were audited by other auditors whose report thereon, dated December 18, 2015, included an emphasis of matter paragraph related to PRHTA's ability to continue as a going concern. As stated in PRHTA's independent auditors' report, the PRHTA has had significant recurring losses from operations and does not have sufficient funds available to fully repay its various obligations as they come due.

o   *Puerto Rico Electric Power Authority (PREPA)*

The financial statements of PREPA as of June 30, 2014 and for the year then ended were audited by other auditors whose report thereon, dated January 28, 2016, included an emphasis of matter paragraph related to PREPA's ability to continue as a going concern.  As stated in PREPA's independent auditors' report, PREPA does not have sufficient funds available to fully repay its various obligations as they come due and has entered into a process to restructure its long-term debt.

o   *Puerto Rico Aqueduct and Sewer Authority (PRASA)*

PRASA has had significant recurring operating losses, working capital deficiencies, credit downgrades, and large non-discretionary capital expenditure requirements. PRASA currently faces heightened liquidity and market access risk and, as a result of PRASA's inability to obtain long-term financing, it has not been able to pay during fiscal year 2015 certain contractor obligations related to its Capital Improvement Program. PRASA's ability to obtain long term financing for its Capital Improvement Plan is uncertain.

o   *University of Puerto Rico (UPR)*

The UPR has had significant recurring operating losses and has historically relied on GDB for liquidity and financial management support. Also, approximately 70% of the operating and non-operating revenues of the UPR consist of Commonwealth appropriations, grants, and contracts. The UPR's ability to continue receiving similar operational support and financing from the Commonwealth and GDB is uncertain.

o   *Puerto Rico Health Insurance Administration (PRHIA)*

PRHIA has had significant recurring operating losses, working capital deficiencies, deficits, and financial dependency on the Commonwealth resulting in PRHIA facing heightened liquidity and market access risk. PRHIA has not been able to repay during fiscal year 2015 the principal balance due on a credit facility with GDB. PRHIA's ability to continue receiving operational support from the Commonwealth, or financing from GDB or the private sector, is uncertain.

*Other Liquidity Risks and Uncertainties*

As discussed in note 2 (c) to the basic financial statements, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (ERS), the Commonwealth of Puerto Rico Judiciary Retirement System (JRS), and the Puerto Rico System of Annuities and Pensions for Teachers (TRS) are at risk of becoming insolvent. As of June 30, 2014, the fiduciary net position as a percentage of the total pension liability for JRS and TRS were 12.31% and 11.51%, respectively.  In the opinion of management, based on information prepared by consulting actuaries, if measures are not taken to significantly increase



contributions, JRS will become insolvent by fiscal year 2018 while TRS will become insolvent between fiscal years 2018 and 2019 depending on the timing of receipt of contributions and TRS' ability to dispose of illiquid assets.  In addition, ERS' fiduciary net position has been exhausted in the 2014-2015 fiscal year. If the increasing and additional contributions stipulated by law are not paid in full on an annual basis, ERS will continue being rapidly defunded and gross assets will be exhausted.  Further, annual cash flow estimates for the foreseeable future are presently estimated to be insufficient to cover ERS' obligations.  Finally, future employers' contributions have been pledged to debt service, consequently, further depletion of ERS' assets could result in an inability to pay benefits.  Our opinions are not modified with respect to these matters.

*Adoption of New Accounting Pronouncements*

As discussed in note 1(cc) to the basic financial statements, in fiscal year 2014, the Commonwealth adopted the provisions of Governmental Accounting Standards Board (GASB) Statements No. 65, *Items Previously Reported as Assets and Liabilities*; No. 67, *Financial Reporting for Pension Plans – an Amendment of GASB Statement No. 25*; and No. 70, *Accounting and Financial Reporting for Nonexchange Financial Guarantees*. Our opinions are not modified with respect to these matters.

*Restatement of Fund Balance*

As discussed in note 3 to the basic financial statements, the fund balance as of July 1, 2013 of the COFINA Debt Service Fund has been restated to correct a misstatement. Our opinions are not modified with respect to this matter.

**Other Matters**

*Required Supplementary Information*

U.S. generally accepted accounting principles require that the management's discussion and analysis on pages 8 through 35, the schedules of funding progress on pages 310 and 311, the schedule of employers' contributions on page 312, and the schedule of revenue and expenditures –budget and actual–budgetary basis – General Fund on page 313, be presented to supplement the basic financial statements. Such information, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with auditing standards generally accepted in the United States of America, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

*Supplementary and Other Information*

Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the Commonwealth's basic financial statements. The combining and individual fund financial statements and schedules listed in the accompanying table of contents are presented for purposes of additional analysis and are not a required part of the basic financial statements. The combining and individual fund financial statements and schedules are the responsibility of management and were derived from and relate directly to the underlying accounting and other records used to prepare the basic financial statements. Such information has been subjected to the auditing procedures applied in the audit of the basic financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the basic financial statements or to the basic financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America by us and the other auditors. In our opinion, based on our

6



audit, on the procedures described above, and the reports of other auditors, the combining and individual fund financial statements and schedules are fairly stated in all material respects in relation to the basic financial statements as a whole.

KPMG LLP

June 30, 2016

Stamp No. E220563 of the Puerto Rico
Society of Certified Public Accountants
was affixed to the record copy of this report

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

**Management's Discussion and Analysis**

This management's discussion and analysis section (MD&A) provides a narrative overview and analysis of the financial activities of the Commonwealth of Puerto Rico (the Commonwealth) for the fiscal year ended June 30, 2014. The MD&A is intended to serve as an introduction to the Commonwealth basic financial statements, which have the following components: (1) government-wide financial statements, (2) fund financial statements, and (3) notes to the basic financial statements. The MD&A is designed to (a) assist the reader in focusing on significant matters, (b) provide an overview of the Commonwealth's financial activities, (c) present an overview of results for the General Fund on a budgetary basis, and (d) highlight individual fund matters. The following presentation is by necessity highly summarized, and in order to gain a thorough understanding of the Commonwealth's financial condition, the financial statements, notes, and required supplementary information should be reviewed in their entirety.

**Financial Highlights**

- The Commonwealth's Primary Government, which encompasses the Commonwealth's Governmental and Business-Type Activities, reported, in the government-wide financial statements, a net deficit position of approximately $49.7 billion at June 30, 2014, comprising of approximately $15.4 billion in total assets and approximately $538 million in deferred outflows of resources, less approximately $65.5 billion in total liabilities and approximately $103 million in deferred inflows of resources.

- The net deficit position of the Commonwealth's Primary Government increased by approximately $2.7 billion during fiscal year 2014. The net deficit position for Governmental Activities increased by approximately $2.7 billion and the net position for Business-Type Activities decreased by $6.2 million during the fiscal year 2014.

- The Commonwealth's Governmental Activities had total revenue of approximately $17.8 billion for fiscal year 2014, which was lower than total expenses of approximately $20.8 billion, but represented an increase of approximately $1.6 billion in total revenue when compared to fiscal year 2013. The Commonwealth's Business-Type Activities had total revenue of approximately $1.5 billion for fiscal year 2014, which represented a decrease of approximately $89 million when compared to fiscal year 2013.

- Total expenses incurred by the Commonwealth's Primary Government in fiscal year 2014, including expenses of approximately $1.2 billion incurred by Business-Type Activities, were approximately $22.0 billion, a decrease of approximately $876 million when compared to total expenses incurred during fiscal year 2013.

- The total deficiency of revenue under expenditures and general obligation debt service payments in the General Fund (budgetary basis) for fiscal year 2014 was approximately $1.2 billion, consisting of the difference between total actual revenue of approximately $8.7 billion (excluding other financing sources), less the sum of total actual expenditures of approximately $9.2 billion and general obligation debt service payments of approximately $738 million (excluding other financing uses). The variance between the U.S. GAAP and budgetary basis deficits results from differences of accounting, entity, and perspective differences between budgetary reporting versus those established by U.S. GAAP and followed in these financial statements.

- The Commonwealth's Discretely Presented Component Units reported a net position of approximately $6.1 billion at June 30, 2014, comprised of approximately $52.3 billion in total assets and approximately $321

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

million in deferred outflows of resources, less approximately $44.8 billion in total liabilities and approximately $1.7 billion in deferred inflows of resources.

- The net position of the Commonwealth's Discretely Presented Component Units decreased by approximately $3.5 billion during fiscal year 2014, as compared to fiscal year 2013.

- The Commonwealth's Aggregate Discretely Presented Component Units had total revenue of approximately $13.2 billion (which includes $2.4 billion from the Primary Government) and total expenses of $16.7 billion for fiscal year 2014.

- The Commonwealth's management believes that there is substantial doubt as to the ability of the Primary Government (including the Governmental Activities carried out by certain blended component units) and of various discretely presented component units to continue as a going concern in accordance with Governmental Accounting Standards Board (GASB) Statement No. 56, *Codification of Accounting and Financial Reporting Guidance Contained in the AICPA Statements on Auditing Standards*. In addition, the Commonwealth's management believes that the pension trust funds, included as part of the fiduciary funds, carry a substantial risk of insolvency, if measures are not taken to significantly increase contributions to such funds.

### Reporting the Commonwealth as a Whole

The Commonwealth as a whole consists of all departments, agencies, funds, functions, and public corporations that have been determined to meet the requirements for inclusion in the Commonwealth's financial reporting entity. The Commonwealth has considered all potential component units for which it is financially accountable and other organizations for which the nature and significance of their relationship with the Commonwealth are such that exclusion would cause the Commonwealth's basic financial statements to be misleading or incomplete.

The Commonwealth's basic financial statements consist of three components: (ii) government-wide financial statements, (ii) fund financial statements, and (iii) notes to the basic financial statements. The fund financial statements include governmental, proprietary, and fiduciary funds that will be described later in this MD&A. The notes to the basic financial statements provide explanations and/or additional detail for all of the above types of financial statements and are considered an integral part of the financial statements.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

The following chart illustrates the structure of the Commonwealth for financial reporting purposes:



**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

**Footnotes:**

(1) The Government-Wide financial statements report information of all of the non-fiduciary activities of the Commonwealth and its component units.

(2) Primary operating fund of the Commonwealth. The financial resources received and used in the General Fund Operating Fund mostly includes: the General Fund budget, as approved by the Commonwealth's Legislature and as adjusted for timing and basis of accounting differences.  The results of these operations are included in the General Fund column in the Fund Financial Statements.

(3) OASA: Office for Administration, Sales and Acquisition Fund of the Puerto Rico Department of Housing (also known as *CRUV*, for its Spanish acronym). PRPHA: Puerto Rico Public Housing Administration. PRLDA: Puerto Rico Labor Development Administration. OIPS: Office for Improvement of Public Schools (also known as *OMEP*, for its Spanish acronym).  The results of these operations are included in the General Fund column in the Fund Financial Statements.

(4) Special Revenue Funds (including Federal Funds Fund, Pledge Funds Fund and others) are used to account for and report the proceeds of specific revenue sources that are restricted or committed to expenditure for specified purposes other than debt service or capital projects. Internal Revenue Funds includes only the General Services Administration and accounts for transactions within the Commonwealth's agencies. Other general-type funds include expenses or accruals incurred not appropriated in the annual General Fund budget and appropriations made by the Commonwealth's Legislature without a specific revenue source.   The results of these operations are included in the General Fund column in the Fund Financial Statements.

(5) The debt service fund accounts for and reports financial resources that are restricted, committed or assigned to expenditure for general long-term bonds' principal, interest, and related costs other than bonds payable from the operations of proprietary fund types, pension trust funds, and component units, either blended or discretely presented. Long-term debt and interest due on July 1st of the following fiscal year are accounted for as a fund liability if resources are available as of June 30th for its payment.

(6) The capital projects funds are used to account for and report financial resources that are restricted, committed, or assigned to expenditures for capital outlays, including the acquisition or construction of capital facilities and other capital assets. These capital expenditures may be for the primary government directly or for discretely presented component units and outside organizations and governments such as the municipalities of the Commonwealth and other applicable entities.

(7) The Water Pollution Control Revolving Fund, administered by the Puerto Rico Environmental Quality Board, is authorized to enter into operating agreements and capitalization grant agreements with the U.S. Environmental Protection Agency (EPA), mostly for water infrastructure projects, under a joint cooperation agreement between the Environmental Quality Board, the Puerto Rico Infrastructure Financing Authority (PRIFA), the Puerto Rico Aqueduct and Sewer Authority (PRASA) and the Government Development Bank for Puerto Rico (GDB), where each entity has agreed to assume their corresponding responsibilities.

(8) The Unemployment Insurance Fund accounts for amounts requisitioned for the Puerto Rico Unemployment Insurance Trust Fund, held by the U.S. Treasury, for payment of unemployment benefits and charges made to individual employers.

(9) Also known as ASEM, for its Spanish Acronym. This fund accounts for the operations of the centralized health services, provided in support of hospitals and other functions offered by the member institutions and consumers of the complex known as Puerto Rico Medical Center.

(10) Drivers Insurance Fund was created by Act No. 428 on May 15, 1950. It is used to account for contributions made by the drivers and their employers to provide a social security plan for the benefit of the drivers in Puerto Rico. The plan also includes payment of benefits for health and life insurance.

(11) Disability Insurance Fund was created by Act No. 139 on June 26, 1968. It is used to account for disability benefits to remedy temporarily the loss of income as a result of disability caused by sickness or accident unrelated to the employment.

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

(12)   Safe Drinking Water Treatment Revolving Fund was created by Act No. 32 on July 7, 1997. It is administered, pursuant to Act No. 9 of June 18, 1970, as amended, by the Puerto Rico Department of Health (PRDOH). Pursuant to such act, the PRDOH, on behalf of the Commonwealth, is authorized to enter into operating and capitalization grant agreements with the EPA for lending activities.

(13)   Refer to Note 1(c) to the Basic Financial Statements.

The following table summarizes the major features of the basic financial statements.

| | Government-Wide Financial Statements | Fund Financial Statements | | |
| --- | --- | --- | --- | --- |
| | | Governmental Funds | Proprietary Funds | Fiduciary Funds |
| **Scope** | Governmental activities, business type activities and discretely presented component units. | The activities of the Commonwealth that are not proprietary or fiduciary, including education, health, public safety services, among others. | Activities of the Commonwealth that operate similar to private businesses, including Lotteries. | Instances in which the Commonwealth is the trustee or agent for someone else's resources, such as the retirement plans for public employees. |
| **Required financial statements** | Statement of net position and statement of activities. | Balance sheet and statement of revenue, expenditures, and changes in fund balances. | Statement of net position; statement of revenue, expenses and changes in fund net position; and statement of cash flows. | Statement of fiduciary net position and statement of changes in fiduciary net position. |
| **Accounting basis and measurement focus** | Accrual basis and economic resources measurement focus. | Modified accrual basis and current financial resources measurement focus. | Accrual basis and economic resources measurement focus. | Accrual basis and economic resources measurement focus. |
| **Type of asset/liability information** | All assets and liabilities, both financial and capital, and both short-term and long-term. | Only assets expected to be used up and liabilities that come due during the year or soon thereafter; no capital assets or long-term obligations are included. | All assets and liabilities, both financial and capital, and both short-term and long-term. | All assets and liabilities, both financial and capital, and both short-term and long-term. |
| **Type of inflow/outflow information** | All revenue and expenses during the year, regardless of when cash is received or paid. | Revenue for which cash is received during the year or soon after the end of the year; expenditures when goods or services have been received and payment is due during the year or soon thereafter. | All revenue and expenses during the year, regardless of when cash is received or paid. | All revenue and expenses during the year, regardless of when cash is received or paid. |

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

**Government-Wide Financial Statements**

The government-wide financial statements provide readers a broad view of the Commonwealth's operations in a manner similar to a private-sector business. The statements provide both short and long-term information about the Commonwealth's financial position, which assists in assessing the Commonwealth's economic condition at the end of the fiscal year. These are prepared using the economic resources measurement focus and the full accrual basis of accounting. This basically means they follow methods that are similar to those used by most private businesses. They take into account all revenue and expenses connected with the fiscal year even if cash involved has not been received or paid.

The government-wide financial statements include two statements:

- *Statement of Net Position* – This statement presents all of the government's assets, liabilities, and deferred outflows and inflows of resources. Net position is the difference between (a) assets and deferred outflows of resources and (b) liabilities and deferred inflows of resources. Over time, increases or decreases in the Commonwealth's net position may serve as a useful indicator of whether the financial position of the Commonwealth is improving or deteriorating.

- *Statement of Activities* – This statement presents information showing how the government's net position changed during the most recent fiscal year. All changes in net position are reported as soon as the underlying event giving rise to the change occurs, regardless of the timing of related cash flows. Thus, revenue and expenses are reported in this statement for some items that will not result in cash flows until future fiscal periods (such as uncollected taxes and earned but unused vacation leave). This statement also presents a comparison between direct expenses and program revenue for each function of the Commonwealth.

Although one can think of the Commonwealth's net position as one way to measure whether the Commonwealth's financial health is improving or deteriorating, one may also need to consider other nonfinancial factors, such as changes in the Commonwealth tax structure, population, employment, debt levels, fiscal conditions, economic factors, availability to external markets and the condition of the Commonwealth's roads, bridges and buildings, in order to assess the overall health of the Commonwealth.

In the statement of net position and the statement of activities, the operations of the Commonwealth are divided into the following activities:

- *Governmental Activities* – Most of the Commonwealth's basic services are reported here, including education, health, public housing and welfare, public safety, economic development, general government and interest on long-term debt. Federal grants (intergovernmental), personal and corporate income taxes, consumption and use taxes, business and other taxes, transfers from lottery revenues, and bond or loan proceeds finance most of these activities. Also included in Governmental Activities are six blended component units, which are entities that, while legally separate from the Commonwealth, meet the blending criteria under GASB to be reported as part of the Primary Government.

- *Business-Type Activities* – These activities are normally intended to recover all or a significant portion of their costs through user fees and charges to external users of goods and services. These Business-Type Activities of the Commonwealth include the operations of the following major funds: the Unemployment Insurance Trust Fund, the Lotteries Fund, the Puerto Rico Medical Services Administration (PRMeSA) and the Puerto Rico Water Pollution Control Revolving Fund (PRWPCRF).

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

- ***Discretely Presented Component Units*** – Although legally separate from the Commonwealth, these discretely presented component units are important to the Commonwealth because the Commonwealth is financially accountable for them or the nature and significance of their relationship with the Commonwealth are such that their exclusion would cause the Commonwealth's financial statements to be misleading or incomplete. Discretely presented component units, presented in a separate column in these basic financial statements, are discretely presented principally because of the nature of the services they provide, the Commonwealth's ability to impose its will, principally through the appointment of their governing authorities, and because such component units provide specific financial benefits to, or impose financial burdens on, the Commonwealth. The Commonwealth classifies 48 separate legal entities as discretely presented component units, as disclosed in note 1 to the basic financial statements.

The government-wide financial statements can be found immediately following this MD&A.

**Governmental and Proprietary Fund Financial Statements**

Financial statements prepared at the fund level provide additional details about the Commonwealth's financial position and activities. A fund is a grouping of related accounts that is used to maintain control over resources that have been segregated for specific activities or objectives. The Commonwealth uses fund accounting to help ensure and demonstrate compliance with finance-related legal requirements. The fund financial statements focus on individual parts of the Commonwealth government, reporting the Commonwealth's operations in more detail than the government-wide financial statements. Information presented in the fund financial statements differs from the information presented in the government-wide financial statements because the perspective and basis of accounting used to prepare the fund financial statements are different from the perspective and basis of accounting used to prepare the government-wide financial statements. The Commonwealth's governmental and proprietary funds types use different perspectives and accounting basis. The funds presented in the fund financial statements are categorized as either major or nonmajor funds as required by U.S. generally accepted accounting principles (U.S. GAAP). All of the funds of the Commonwealth can be divided into the following categories:

- ***Governmental Funds*** – Most of the basic services provided by the Commonwealth are financed through governmental funds. Governmental funds are used to account for essentially the same functions reported as Governmental Activities in the government-wide financial statements. However, unlike the government-wide financial statements, the governmental fund financial statements focus on near-term inflows and outflows of expendable resources. They also focus on the balances of expendable resources available at the end of the fiscal year. Such information may be useful in evaluating the government's near-term financing requirements. This approach is known as the current financial resources measurement focus and the modified accrual basis of accounting. These statements provide a detailed short-term view of the Commonwealth's finances that assist in determining whether there will be adequate financial resources available to meet the current needs of the Commonwealth. Because the focus of governmental funds is narrower than that of the government-wide financial statements, it is useful to compare the information presented for governmental funds with similar information presented for the Governmental Activities in the government-wide financial statements. By doing so, readers may better understand the long-term impact of the government's near term financing decisions. Both the governmental fund balance sheet and the governmental fund statement of revenue, expenditures, and changes in fund balances provide a reconciliation to facilitate this comparison between governmental funds and the Governmental Activities. These reconciliations are presented on the page immediately following each governmental fund financial statement.

14                                                                                    (Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

The Commonwealth has four major governmental funds. That is, each major fund is presented in a separate column in the governmental funds balance sheet and in the governmental funds statement of revenue, expenditures, and changes in fund balances. The Commonwealth's four major governmental funds are:

- General Fund[1]

- Debt Service Fund

- COFINA Special Revenue Fund

- COFINA Debt Service Fund

The remaining nonmajor governmental funds, which consist of funds from the blending of the Public Buildings Authority (PBA), the Children's Trust, PRIFA, the Special Communities Perpetual Trust (SCPT), the Puerto Rico Maritime Shipping Authority, and the Commonwealth's capital project funds, are grouped and presented in a single column in the governmental funds financial statements. The basic governmental funds financial statements can be found immediately following the government-wide financial statements.

- ***Proprietary Funds*** – These funds are used to show activities that operate more like those of commercial enterprises. Because these funds charge fees for services provided to outside customers, including local governments, they are also known as enterprise funds. Proprietary funds provide the same type of information as the business-type activities in the government-wide financial statements, but in more detail. Like the government-wide financial statements, proprietary funds financial statements use the full accrual basis of accounting. There is no reconciliation needed between the government-wide financial statements for business-type activities and the proprietary funds financial statements. The Commonwealth has four major proprietary funds: (i) the Unemployment Insurance Fund; (ii) the Lotteries Fund, which includes the Lottery of Puerto Rico and the Additional Lottery System; (iii) PRMeSA; and (iv) and PRWPCRF. Other nonmajor proprietary funds are grouped and presented in a separate column in the proprietary funds financial statements. The basic proprietary funds financial statements can be found immediately following the governmental funds financial statements.

**Fiduciary Funds**

The Commonwealth is a trustee, or fiduciary, for its employees' pension plans. It is also responsible for other assets that, because of a trust arrangement, can be used only for the trust beneficiaries. All the Commonwealth fiduciary activities are reported in a separate statement of fiduciary net position and of changes in fiduciary net position. The Commonwealth excluded these activities from the Commonwealth government-wide financial statements because the Commonwealth cannot use these assets to finance its operations. The Commonwealth is responsible for ensuring that the assets reported in these funds are used for their intended purposes.

---

[1] The General Fund is the primary operating fund of the Commonwealth. The financial resources received and used in the General Fund mostly includes: the General Fund budgeted resources, as approved by the Commonwealth Legislature and as adjusted for timing and basis of accounting differences, and other financial resources outside the General Fund budget such as: federal funds, pledged funds, resources that otherwise would be accounted for in special revenue funds, and agencies with independent treasuries.

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

### Notes to Basic Financial Statements

The notes provide additional information that is essential to a full understanding of the data provided in the government-wide and the fund financial statements. The notes to the basic financial statements can be found immediately following the major component units' combining financial statements.

### Required Supplementary Information/Supplementary and Other Information (Unaudited)

The basic financial statements include a section of required supplementary information and other information immediately following its notes. This section includes information of funding progress and employer contributions for the Commonwealth's three separate retirement systems, including postemployment healthcare benefits, schedule of revenue and expenditures – budget and actual – budgetary basis – General Fund, supplemental schedule of expenditures by agency – budget and actual – budgetary basis – General Fund, and combining schedules for nonmajor governmental funds, nonmajor proprietary funds, fiduciary funds, and nonmajor discretely presented component units.

### Overall Financial Position and Results of Operations (Government-Wide)

The following is an analysis of the financial position and changes in the financial position of the Commonwealth's Governmental Activities and Business-Type activities for fiscal year 2014.

### *Net Position*

Condensed financial information from the statement of net position as of June 30, 2014 and 2013 is as follows (expressed in thousands):

| | Governmental Activities | | Business-Type Activities | | Primary Government | |
|---|---|---|---|---|---|---|
| | 2014 | 2013 (As restated) | 2014 | 2013 (As restated) | 2014 | 2013 (As restated) |
| **Assets:** | | | | | | |
| Non-capital assets: | | | | | | |
| Cash and investments | $ 3,097,994 | 3,634,963 | 814,163 | 772,319 | 3,912,157 | 4,407,282 |
| Receivables, net | 2,424,337 | 2,022,909 | 599,736 | 566,035 | 3,024,073 | 2,588,944 |
| Other | 205,882 | 220,048 | 26,784 | 72,094 | 232,666 | 292,142 |
| Total non-capital assets | 5,728,213 | 5,877,920 | 1,440,683 | 1,410,448 | 7,168,896 | 7,288,368 |
| Capital Assets | 8,139,962 | 8,281,703 | 65,430 | 59,205 | 8,205,392 | 8,340,908 |
| Total assets | 13,868,175 | 14,159,623 | 1,506,113 | 1,469,653 | 15,374,288 | 15,629,276 |
| **Deferred outflows of resources** | 537,536 | 104,304 | — | — | 537,536 | 104,304 |
| **Liabilities:** | | | | | | |
| Long-term liabilities | 60,286,545 | 57,302,393 | 587,069 | 566,380 | 60,873,614 | 57,868,773 |
| Other liabilities | 4,454,723 | 4,696,939 | 133,195 | 111,233 | 4,587,918 | 4,808,172 |
| Total liabilities | 64,741,268 | 61,999,332 | 720,264 | 677,613 | 65,461,532 | 62,676,945 |
| **Deferred inflows of resources** | 103,446 | — | — | — | 103,446 | — |
| **Net Position:** | | | | | | |
| Net investment in capital assets | 3,587,555 | 3,749,901 | 65,229 | 58,763 | 3,652,784 | 3,808,664 |
| Restricted | 506,839 | 946,509 | 1,090,021 | 1,011,466 | 1,596,860 | 1,957,975 |
| Unrestricted (deficit) | (54,533,397) | (52,431,815) | (369,401) | (278,189) | (54,902,798) | (52,710,004) |
| **Total net position (deficit)** | $ (50,439,003) | (47,735,405) | 785,849 | 792,040 | (49,653,154) | (46,943,365) |

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

Governmental entities are required by U.S. GAAP to report on their net position. The statement of net position presents the value of all of the Commonwealth's assets and deferred outflows of resources, and liabilities and deferred inflows of resources, with the difference between them reported as net position. Net position may serve over time as a useful indicator of a government's financial position. Total assets plus deferred outflows of resources and total liabilities plus deferred inflows of resources of the Primary Government as of June 30, 2014 amounted to approximately $15.9 billion and $65.6 billion, respectively, for a net deficit of approximately $49.7 billion as of June 30, 2014, compared to a net deficit of approximately $46.9 billion as of June 30, 2013 (as restated).

Net deficit position for Governmental Activities increased by approximately $2.7 billion for fiscal year 2014, increasing to approximately $50.4 billion at June 30, 2014 from approximately $47.7 billion at June 30, 2013 (as restated). The unrestricted deficit for Governmental Activities – that part of net position that can be used to finance day-to-day governmental operations without constraints established by debt covenants, enabling legislation, or other legal requirements – had a deficit of approximately $54.5 billion as of June 30, 2014. The unrestricted deficit in Governmental Activities, which increased by approximately $2.1 billion, exists primarily because the Commonwealth has issued debt to pay for current expenses of Governmental Activities and not capital assets related thereto. The statement of net position in Governmental Activities reflects outstanding bonds and notes amounting to approximately $40.3 billion and net pension obligations amounting to approximately $14.6 billion as of June 30, 2014, as compared to outstanding bonds and notes amounting to approximately $37.4 billion and net pension obligations amounting to approximately $13.1 billion as of June 30, 2013. This deficit in unrestricted net position of Governmental Activities can be expected to continue for as long as the Commonwealth continues to have obligations outstanding for purposes other than the acquisition of governmental capital assets. The deficit also shows the aggregate effect of decades of operating expenses materially exceeding actual revenues.

A portion of the Commonwealth's net position reflects its investment in capital assets such as land, buildings, and equipment, less any related debt used to acquire those assets. The Commonwealth uses these capital assets to provide services to its residents; consequently, these assets are not available for future spending, and with exception of business-type assets, do not generate direct revenue for the Commonwealth. They do represent, however, an obligation on the part of the Commonwealth to maintain these assets into the future. Although the Commonwealth investment in its capital assets is reported net of related debt, it should be noted that the resources needed to repay this debt must be provided from other sources, since most of the capital assets themselves cannot be used to liquidate these liabilities.

During fiscal year 2014, the Commonwealth adopted the provisions of GASB Statement No. 65, *Items Previously Reported as Assets and Liabilities* and GASB Statement No. 70, *Accounting and Financial Reporting for Nonexchange Financial Guarantees*. The impact of adopting GASB No. 65 and 70 consisted of charging-off the applicable primary government agencies' or unit's existing unamortized debt issuance costs, other than prepaid insurance, against its beginning net position, and recognizing a liability for the obligation of guaranteeing the debt of Ports of the Americas Authority (PAA) and PRASA, respectively. Adopting the aforementioned pronouncements increased the net deficit of governmental activities by approximately $768 million (see note 3 to the basic financial statements for further detail). Also the beginning balances of net position as previously reported were adjusted to correct certain understatements in accounts receivable and accounts payable, and overstatements in deferred revenue, investments, and bonds payable; increasing the net position by approximately $246 million (see note 3 to the basic financial statements for further detail).

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

The net position in Business-Type Activities decreased by approximately $6.2 million in fiscal year 2014 when compared to fiscal year 2013, from approximately $792 million at June 30, 2013 to approximately $786 million at June 30, 2014.

### *Statements of Activities and Results of Operations*

Condensed financial information of the statements of activities for the years ended June 30, 2014 and 2013 is as follows (expressed in thousands):

| | | Governmental Activities 2014 | 2013 (As restated) | Business-Type Activities 2014 | 2013 (As restated) | Primary Government 2014 | 2013 (As restated) |
|---|---|---|---|---|---|---|---|
| Revenue: | | | | | | | |
| Program revenue: | | | | | | | |
| Charges for services | $ | 656,612 | 717,076 | 1,339,439 | 1,341,729 | 1,996,051 | 2,058,805 |
| Operating grants and contributions | | 6,375,684 | 6,749,380 | 127,808 | 214,193 | 6,503,492 | 6,963,573 |
| Capital grants and contributions | | 83,172 | 110,249 | — | — | 83,172 | 110,249 |
| | | 7,115,468 | 7,576,705 | 1,467,247 | 1,555,922 | 8,582,715 | 9,132,627 |
| General revenue: | | | | | | | |
| Taxes | | 10,226,557 | 8,244,567 | — | — | 10,226,557 | 8,244,567 |
| Revenue from global tobacco settlement agreement | | 72,012 | 109,414 | — | — | 72,012 | 109,414 |
| Revenue from component units | | 131,133 | 90,413 | — | — | 131,133 | 90,413 |
| Other, including loss on investments | | 279,018 | 183,606 | 14,257 | 14,198 | 293,275 | 197,804 |
| | | 10,708,720 | 8,628,000 | 14,257 | 14,198 | 10,722,977 | 8,642,198 |
| **Total revenue** | | **17,824,188** | **16,204,705** | **1,481,504** | **1,570,120** | **19,305,692** | **17,774,825** |
| Expenses: | | | | | | | |
| General government | | 2,894,304 | 3,342,663 | — | — | 2,894,304 | 3,342,663 |
| Public safety | | 2,236,392 | 2,664,974 | — | — | 2,236,392 | 2,664,974 |
| Health | | 3,139,595 | 3,245,973 | — | — | 3,139,595 | 3,245,973 |
| Public housing and welfare | | 3,735,594 | 3,731,627 | — | — | 3,735,594 | 3,731,627 |
| Education | | 4,570,665 | 4,891,928 | — | — | 4,570,665 | 4,891,928 |
| Economic development | | 1,417,068 | 1,145,653 | — | — | 1,417,068 | 1,145,653 |
| Intergovernmental | | 371,719 | 483,970 | — | — | 371,719 | 483,970 |
| Interest and other | | 2,429,405 | 2,077,180 | — | — | 2,429,405 | 2,077,180 |
| Unemployment insurance | | — | — | 271,749 | 387,336 | 271,749 | 387,336 |
| Lotteries | | — | — | 714,199 | 685,130 | 714,199 | 685,130 |
| Medical Services Administration | | — | — | 204,688 | 200,888 | 204,688 | 200,888 |
| Water Pollution Control Revolving Fund | | — | — | 1,183 | 1,527 | 1,183 | 1,527 |
| Nonmajor proprietary funds | | — | — | 28,920 | 32,614 | 28,920 | 32,614 |
| **Total expenses** | | **20,794,742** | **21,583,968** | **1,220,739** | **1,307,495** | **22,015,481** | **22,891,463** |
| **Increase (decrease) in net position before transfers** | | **(2,970,554)** | **(5,379,263)** | **260,765** | **262,625** | **(2,709,789)** | **(5,116,638)** |
| **Transfers** | | **266,956** | **246,908** | **(266,956)** | **(246,908)** | **—** | **—** |
| **Change in net position** | | **(2,703,598)** | **(5,132,355)** | **(6,191)** | **15,717** | **(2,709,789)** | **(5,116,638)** |
| **Net position (deficit), beginning of year, as adjusted (note 3)** | | **(47,735,405)** | **(42,603,050)** | **792,040** | **776,323** | **(46,943,365)** | **(41,826,727)** |
| **Net position (deficit), end of year** | $ | **(50,439,003)** | **(47,735,405)** | **785,849** | **792,040** | **(49,653,154)** | **(46,943,365)** |

As described above, the Governmental Activities net deficit position increased from approximately $47.7 billion at June 30, 2013 (as restated) to approximately $50.4 billion at June 30, 2014, an increase of approximately $2.7 billion. The increase in total net deficit position is the result of higher operating expenses than operating revenue and an increase in the Commonwealth liabilities, such as bonds and notes, net pension obligations, legal

18                                                                                      (Continued)

## COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2014

claims, and compensated absences, among others. Approximately 57.4% of the Governmental Activities' revenue came from taxes, while approximately 36.2% resulted from grants and contributions (primarily federal financial assistance). Charges for services represented approximately 3.7% of total revenue. The Governmental Activities' expenses cover a range of governmental services. The largest expenses were for general government, education, public housing and welfare, health, and public safety. In fiscal year 2014, Governmental Activities' expenses, which amounted to approximately $20.8 billion, were funded by approximately $10.7 billion in general revenue, approximately $7.1 billion in program revenue (comprised primarily of federal financial assistance) and transfers of approximately $267 million from the Business-Type Activities.

Total revenue from Governmental Activities for fiscal year 2014 increased by approximately $1.6 billion compared to fiscal year 2013. Fiscal stabilization initiatives, as well as other economic growth plans, helped increase revenue from Governmental Activities for fiscal year 2014, thus partially offsetting the effects on total revenue of the ongoing economic recession. During fiscal year 2014, the Commonwealth's policy of fiscal control reduced the level of expenses from Governmental Activities from fiscal year 2013 to fiscal year 2014 by approximately $789 million. If you exclude "Interest and other expenses," which increased by approximately $352 million for fiscal year 2014, total expenses were approximately $1.1 billion lower for fiscal year 2014 when compared to fiscal year 2013.

### Revenues – Governmental Activities

Year ended June 30, 2014



(Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

**Expenses – Governmental Activities**



Business-Type Activities' total net position decreased by approximately $6.2 million from the total net position at June 30, 2013. Approximately 91% of the business-type activities total revenue came from charges for services, while 9% resulted from grants and contributions (primarily federal financial assistance). Business-Type Activities expenses cover a range of services. The largest expenses were for lotteries, unemployment insurance, and PRMeSA. In fiscal year 2014, business-type activities' total revenue exceeded expenses by approximately $260.8 million. The excess of revenues over expenses in fiscal year 2014 was reduced by net transfers to other funds, mainly to the governmental activities, amounted to approximately $267.0.

**Governmental Funds**

The focus of the Commonwealth's governmental funds is to provide information on near-term inflows, outflows, and balances of expendable resources. Such information is useful in assessing the Commonwealth's financing requirements. In particular, unassigned fund balance may serve as a useful measure of a government's net resources available for spending at the end of the fiscal year. As of the end of fiscal year 2014, the Commonwealth's governmental funds, which include the General Fund, the Debt Service Fund, the COFINA Special Revenue Fund, the COFINA Debt Service Fund, and certain nonmajor governmental funds (i.e., PBA, PRIFA, and the Children's

(Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

Trust), reported a combined ending deficit of approximately $171 million. In fiscal year 2014, expenditures in these governmental funds exceeded revenues by approximately $3.8 billion. However, this deficit was offset by other financing sources totaling approximately $4.0 billion in the governmental funds. For fiscal year 2014, the excess of expenditures over revenues increased by approximately $195 million when compared with the prior year, primarily as a result of principal and interest payments on debt refunded through the issuance of the $3.5 billion of general obligations bonds in fiscal year 2014. Other financing sources increased by approximately $2.5 billion compared with the prior year. Such increase is attributable primarily to the issuance of $3.5 billion of general obligation bonds in fiscal year 2014.

The General Fund (as described in footnote 1 above) is the chief operating fund of the Commonwealth. At the end of fiscal year 2014, the General Fund, which encompasses other financial resources outside the General Fund budget such as federal funds, pledged funds, special revenue funds, nonbudgeted funds, and agencies with independent treasuries, had a total fund deficit of approximately $1.9 billion. The fund deficit of the Commonwealth's General Fund increased by approximately $81 million as a result of such fiscal year's change in financial position. The deficit also shows significantly higher operating expenses than projected and actual revenue necessary to provide essential services to the citizens.

The debt service fund is the fund in which the Commonwealth accumulates the resources for the payment of the long-term general obligations debt. The fund balance of the debt service fund increased by approximately $276.4 million in fiscal year 2014, to approximately $433 million at June 30, 2014, as a result of capitalized interest related to the 2014 general obligation bond issuance. Bonds and interest payable during fiscal year 2014 increased by approximately $77.2 million when compared with fiscal year 2013.

The COFINA Special Revenue Fund is used to account for and report all financial resources of the Puerto Rico Sales Tax Financing Corporation (COFINA). The fund balance of the COFINA special revenue fund decreased by approximately $43.4 million in fiscal year 2014, decreasing to approximately $5 million at June 30, 2014.

The COFINA Debt Service Fund is used to account for the Commonwealth sales tax revenue being deposited in the Dedicated Sales Tax Fund for the payment of interest and principal on long-term obligations of COFINA. The fund balance of the COFINA debt service fund decreased by approximately $52.9 million during fiscal year 2014, to approximately $337 million at June 30, 2014.

**General Fund Budgetary Highlights**

The Commonwealth Constitution requires the Governor to submit a balanced budget that contains a plan of expenditures for the ensuing fiscal year and identifies the anticipated revenues and other resources sufficient to meet the proposed expenditures. The Commonwealth adopts an annual appropriations budget for its General Fund. A budgetary comparison schedule has been provided in page 313 as required supplementary information for the General Fund to demonstrate compliance with this budget. The schedule of revenue and expenditures – budget and actual – budgetary basis – General Fund presents only the information for the General Fund for which there is a legally adopted budget, as required by U.S. GAAP.

Total General Fund actual revenue on a budgetary basis for fiscal year 2014 was approximately $8.7 billion (excluding other financing sources), representing a decrease of approximately $679 million, or 7%, from original budgeted revenue and an increase of approximately $595 million from actual revenue of approximately $8.1 billion for fiscal year 2013.

(Continued)

## COMMONWEALTH OF PUERTO RICO

Management's Discussion and Analysis (Unaudited)

June 30, 2014

Total General Fund actual expenditures on a budgetary basis for fiscal year 2014 were approximately $9.2 billion, representing a decrease of $442 million from original budgeted expenses and an increase of approximately $228 million from actual expenditures of approximately $8.9 billion for fiscal year 2013.

For fiscal year 2014, the deficiency of revenue under expenditures (budgetary basis) was approximately $440 million, consisting of the difference between total actual revenue of approximately $8.7 billion and total actual expenditures of approximately $9.2 billion, excluding debt service payments on general obligation bonds. For fiscal year 2013, the deficiency of revenue under expenditures (budgetary basis) was approximately $807 million, consisting of the difference between total actual revenue of approximately $8.1 billion and total actual expenditures of approximately $8.9 billion. The deficiency of revenue under expenditures (budgetary basis) for fiscal year 2014 decreased by approximately $367 million when compared to fiscal year 2013 and decreased by approximately $898 million when compared to the deficiency of revenue under expenditures (budgetary basis) of approximately $1.3 billion in fiscal year 2012.

For fiscal year 2014, the total deficiency of revenue under expenditures and general obligation debt service payments in the General Fund (budgetary basis) was approximately $1.2 billion. It consisted of the difference between actual revenue of approximately $8.7 billion (excluding other financing sources), less the sum of total expenditures of approximately $9.2 billion and general obligation debt service payments of approximately $738 million (excluding other financing uses). This deficiency of approximately $1.2 billion in the General Fund (budgetary basis) differs from the deficiency of revenue under expenditures in the General Fund on a modified accrual basis (U.S. GAAP) of approximately $1.5 billion, which was offset by approximately $1.4 billion in other financing sources, principally consisting of proceeds from issuances of long-term debt, for a resulting net decrease in fund balances of approximately $80 million for the fiscal year 2014. The variance between the U.S. GAAP and budgetary basis deficiency results from differences in the basis of accounting, entity, and perspective differences between budgetary reporting versus those established by U.S. GAAP and followed in these financial statements. Examples of such differences include: (i) recognition of proceeds of long-term debt issued as other financing sources, (ii) recognition of receivables (revenue) for reimbursements of expenses allocated to federal funds, (iii) the recognition of revenue and expenditures of entities with independent treasuries, (iv) expenditures incurred in nonbudgetary funds (special revenue funds, internal revenue funds, and other funds), which were not included in the General Fund Budget, and (v) timing differences in basis of accounting such as (a) the recognition of receivables on income and corporate taxes and (b) recognition of expenditure accruals. A reconciliation is presented on page 317 in the notes to required supplementary information section. The Commonwealth's ability to continue reducing the deficit will depend in part on its ability to continue increasing revenue and reducing expenditures in the face of rising debt service and pension obligations, which in turn depends on a number of factors, including improvements in general economic conditions.

The following information is presented to assist the reader in comparing the final amended budget and the actual results.

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

**Actual Revenue – General Fund
Budgetary Basis**
Year ended June 30, 2014
(Expressed in thousands)



**Actual Expenditures – General Fund
Budgetary Basis**
Year ended June 30, 2014
(Expressed in thousands)



(Continued)

**COMMONWEALTH OF PUERTO RICO**

Management's Discussion and Analysis (Unaudited)

June 30, 2014

For more than a decade, the Commonwealth had significant deficiencies of revenues under expenditures (including debt services) that were mainly funded through issuances of bonds and lines of credits.

**Capital Assets and Debt Administration**

*Capital Assets*

The following is a summary schedule of the Primary Government's capital assets (expressed in thousands):

| | | Governmental Activities | | Business-Type Activities | | Total Primary Government | |
|---|---|---|---|---|---|---|---|
| | | 2014 | 2013 | 2014 | 2013 | 2014 | 2013 |
| Land | $ | 911,298 | 909,748 | 6,872 | 6,872 | 918,170 | 916,620 |
| Construction in progress | | 953,444 | 1,157,593 | — | — | 953,444 | 1,157,593 |
| Buildings and building improvements, net | | 5,677,076 | 5,583,417 | 40,377 | 34,164 | 5,717,453 | 5,617,581 |
| Equipment, furniture, fixtures, vehicles, and software, net | | 161,257 | 181,519 | 18,181 | 18,169 | 179,438 | 199,688 |
| Infrastructure, net | | 436,887 | 449,426 | — | — | 436,887 | 449,426 |
| **Total capital assets** | $ | **8,139,962** | **8,281,703** | **65,430** | **59,205** | **8,205,392** | **8,340,908** |

The Commonwealth's investment in capital assets for its Governmental Activities and Business-Type Activities as of June 30, 2014 amounted to approximately $12.5 billion, less accumulated depreciation and amortization of approximately $4.3 billion, resulting in a book value of approximately $8.2 billion. Capital assets include land, constructions in progress, buildings, building improvements, equipment, and infrastructure. Capital assets included in the Governmental Activities column are principally owned by blended component units (e.g., PBA and PRIFA) and are primarily of value only to the Commonwealth, such as public schools, roads, and buildings used for governmental services. Depreciation and amortization expense for its Governmental Activities and Business-Type Activities amounted to approximately $305 million for the year ended June 30, 2014.

Other infrastructure assets, such as highways, bridges, toll road facilities, water and sewer systems, electricity production, transmission and distribution systems, and similar assets, are owned by discretely presented component units.

Additional information on the Commonwealth's capital assets debt can be found in note 10 to the basic financial statements that accompany this report.

*Debt Administration – Primary Government*

The Commonwealth has incurred long-term debt financing and other obligations, including lease/purchases and contractual obligations where the Commonwealth's legal obligation to make payments is typically subject to and paid from annual appropriations made by the Legislature of the Commonwealth. For example, the debts reported by most blended component units, by Business-Type Activities and certain discretely presented component units are supported, directly or indirectly, by payments from resources from the Commonwealth's Governmental Activities.