Tel. 787-326-4555          P.O. Box 2956 Catalina P.R.
Claim # 177404                          00984-2956

10-25-2021

A quien pueda interesar:

Yo, el Sr. José A. Figueroa Sierra, con número de reclamación 177404, no estoy de acuerdo con que mi reclamación haya sido reclasificada, debido a que la Autoridad de Energía Eléctrica nos expuso por un tiempo indefinido directamente a asbesto sin ningún tipo de protección. Hasta el mismo secretario de Justicia de Puerto Rico para el día 4 de abril de 2018, envió una carta al Ledo. Jesús Hernández Sánchez donde comentaba e informaba que la AEE había incurrido en un caso criminal. Adjunto copia de la misma. Para el día 30 de junio de 2008 la Cámara de Representantes realizó su 1er informe sobre la R. de la C. 5661, del cual adjunto copia. Además incluyo diagnósticos médicos de condiciones pulmonares como consecuencia de la remoción de asbesto en mi lugar de trabajo. Por lo que solicito se revise y sea reevaluado mi expediente. Documentos se están enviando hoy lunes 25 de octubre de 2021 ya que fueron recibidos el jueves 21 de octubre de 2021

Atentamente,

*José A. Figueroa Sierra*

José A. Figueroa Sierra.