

# UNITED STATES
# POSTAL SERVICE ®





PR

MAIL

PM 1-DAY
POSTAGE PAID
CAROLINA, PR
00983
OCT 25 21
AMOUNT
**$8.70**
R2305E123710-1

1005    00918



## PRIORITY
## ★ MAIL ★



UNITED STATES
POSTAL SERVICE

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:** José A. Figueroa Sierra
P.O. Box 2956 Carolina P.R.
00984-2956

**TO:** Secretaria de Distrito
de los Estados Unidos
Sala 150 Edificio Federal
Avenida Carlos Chardón STG
San Juan, P.R. 00918-1767

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

EXPECTED DELIVERY DAY: 10/26/21

USPS TRACKING® #



9505 5128 7253 1298 5729 74



ONAL USE

.COM®
ONLINE



For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

 **UNITED STATES POSTAL SERVICE** ® | **PRIORITY® MAIL**

FROM:

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com*.

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

TO:

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.