## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>    as representative of<br><br>The Commonwealth of Puerto Rico, et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### PRETRIAL INFORMATIVE MOTION OF THE LAWFUL CONSTITUTIONAL DEBT COALITION REGARDING NOVEMBER 8, 2021 CONFIRMATION HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

The Lawful Constitutional Debt Coalition (the "LCDC")[2] submits this informative motion in response to the Court's *Order Regarding Procedures for Hearing on Confirmation of Plan of Plan of Adjustment* (Dkt. 18502) (the "Order"), and respectfully states as follows:

1.    Susheel Kirpalani, Daniel Salinas and Eric Kay of Quinn Emanuel Urquhart & Sullivan, LLP, co-counsel for the LCDC, will appear telephonically on behalf of the LCDC at the

---

[1] The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] *See Twelfth Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019* (Dkt. 17382).

Confirmation Hearing[3] via Zoom. The Party Appearance Sheet, Witness Cover Sheet, and Exhibit Cover Sheet are attached hereto as Exhibit A, Exhibit B, and Exhibit C, respectively.

2. At this time, counsel to the LCDC does not intend to present opening argument, cross examine any declarants, or present live rebuttal testimony at the Confirmation Hearing, but reserves its right to do so in accordance with the Confirmation Hearing Procedures, the orders of the Court, and applicable law and also reserves its right to be heard on the requirements of confirmation of the Plan of Adjustment and satisfaction of the conditions of the GO/PBA Plan Support Agreement (as defined in the Plan of Adjustment).

3. The LCDC further reserves its right to be heard on any matter raised by or presented to the Court at the Confirmation Hearing, including, but not limited to, the Reservation of Rights of PSA Creditors regarding Ballots Cast with respect to Seventh Amended Plan of Adjustment (Dkt. No. 18453), and to respond to any statements made by any party related to the above-captioned Title III cases, or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of the LCDC.

---

[3] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Order.

**WHEREFORE**, the LCDC respectfully requests that the Court take notice of the foregoing.

DATED: October 27, 2021

Respectfully submitted,

| REICHARD & ESCALERA | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| **By :** */s/ Rafael Escalera* <br> **Rafael Escalera** <br> USDC No. 122609 <br> escalera@reichardescalera.com | **Susheel Kirpalani** (*pro hac vice*) <br> susheelkirpalani@quinnemanuel.com |
| **Sylvia M. Arizmendi** <br> USDC-PR 210714 <br> arizmendis@reichardescalera.com | **Daniel Salinas** <br> USDC-PR 224006 <br> danielsalinas@quinnemanuel.com |
| **Carlos R. Rivera-Ortiz** <br> USDC-PR 303409 <br> riverac@reichardescalera.com | **Eric Kay** (*pro hac vice*) <br> erickay@quinnemanuel.com |
| | **Zachary Russell** (*pro hac vice*) <br> zacharyrussell@quinnemanuel.com |
| 255 Ponce de León Avenue <br> MCS Plaza, 10th Floor <br> San Juan, Puerto Rico 00917-1913 | 51 Madison Avenue, 22nd Floor <br> New York, New York 10010-1603 |

*Co-Counsel for the Lawful Constitutional Debt Coalition*

## EXHIBIT A
### PARTY APPEARANCE SHEET

| Name of Party | Lawful Constitutional Debt Coalition |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | LCDC |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures<br>• ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both?<br><br>or<br><br>Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Susheel Kirpalani<br>susheelkirpalani@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan LLP<br>(212) 849-7200<br>*Pro Hac Vice* Docket No. 239<br>Zoom Screen Name: LCDC / Kirpalani, Susheel / Quinn Emanuel Urquhart & Sullivan LLP<br>Participating in the Confirmation Hearing<br><br>Daniel Salinas<br>danielsalinas@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan LLP<br>(202) 538-8132<br>*Notice of Appearance* Docket No. 5251<br>Zoom Screen Name: LCDC / Salinas, Daniel / Quinn Emanuel Urquhart & Sullivan LLP<br>Both<br><br>Eric Kay<br>erickay@quinnemanuel.com<br>Quinn Emanuel Urquhart & Sullivan LLP<br>(212) 849-7273<br>*Pro Hac Vice* Docket No. 239<br>Zoom Screen Name: LCDC / Kay, Eric / Quinn Emanuel Urquhart & Sullivan LLP<br>Both |
| Plan Objection Docket Entry No. | N/A |
| Witness List Docket Entry No. | N/A |
| Exhibit List Docket Entry No. | N/A |
| Other Statement Docket Entry No. | 18453 |

**EXHIBIT B**

PARTY WITNESS COVER SHEET

| Name of Party | Lawful Constitutional Debt Coalition |
|---|---|
| Does the Party intend to offer a witness? | No, but the Lawful Constitutional Debt Coalition reserves its right be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of the Lawful Constitutional Debt Coalition. |
| Total Number of Witnesses | N/A |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter) | Scope of Testimony |
|---|---|---|---|
|  |  |  |  |

**EXHIBIT C**
<u>PARTY EXHIBIT COVER SHEET</u>

| Name of Party | Lawful Constitutional Debt Coalition |
|---|---|
| Does the Party intend to offer evidence? | No, but the Lawful Constitutional Debt Coalition reserves its right be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of the Lawful Constitutional Debt Coalition. |
| Total Number of Exhibits Offered by the Party | N/A |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
|  |  |  |

**CERTIFICATE OF SERVICE**

   I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for the parties of record.

*/s/Carlos R. Rivera-Ortiz*
USDC-PR 303409