| CUSIP | CONTRA | AMOUNT | PARTICIPATION | PERCENTAGE |
|---|---|---|---|---|
| 7451455A6 | 74599BWK9 | $ 18,350,000 | $ 17,455,000 | 95.12% |
| 7451455B4 | 74599BWL7 | $ 60,890,000 | $ 40,060,000 | 65.79% |
| 745145AU6 | 74599BWM5 | $ 38,325,000 | $ 6,875,000 | 17.94% |
| 745145AV4 | 74599BWN3 | $ 38,365,000 | $ 12,470,000 | 32.50% |
| 745145AW2 | 74599BWP8 | $ 38,410,000 | $ 17,125,000 | 44.58% |
| 745145AX0 | 74599BWQ6 | $ 66,740,000 | $ 11,945,000 | 17.90% |
| 745145HN5 | 74599BWR4 | $ 16,535,000 | $ 2,340,000 | 14.15% |
| 745145HP0 | 74599BWS2 | $ 17,400,000 | $ 5,330,000 | 30.63% |
| 745145HQ8 | 74599BWT0 | $ 18,315,000 | $ 4,255,000 | 23.23% |
| 745145XZ0 | 74599BWU7 | $ 100,400,000 | $ 5,040,000 | 5.02% |
| 745145YN6 | 74599BWV5 | $ 1,095,000 | $ 255,000 | 23.29% |
| 745145YP1 | 74599BWW3 | $ 49,635,000 | $ 365,000 | 0.74% |
| 745145YS5 | 74599BWX1 | $ 1,280,000 | $ 50,000 | 3.91% |
| 745145YV8 | 74599BWY9 | $ 330,000 | $ 295,000 | 89.39% |
| 745145YW6 | 74599BWZ6 | $ 93,575,000 | $ 44,460,000 | 47.51% |
| 745145YX4 | 74599BXA0 | $ 655,000 | $ 290,000 | 44.27% |
| 745145YZ9 | 74599BXB8 | $ 94,955,000 | $ 37,815,000 | 39.82% |
| 74514LA23 | 74599BXC6 | $ 49,610,000 | $ 49,110,000 | 98.99% |
| 74514LA31 | 74599BXD4 | $ 10,000,000 | $ 8,505,000 | 85.05% |
| 74514LA49 | 74599BXE2 | $ 49,400,000 | $ 42,605,000 | 86.24% |
| 74514LA56 | 74599BXF9 | $ 32,110,000 | $ 27,290,000 | 84.99% |
| 74514LA64 | 74599BXG7 | $ 68,500,000 | $ 67,985,000 | 99.25% |
| 74514LA72 | 74599BXH5 | $ 11,050,000 | $ 9,880,000 | 89.41% |
| 74514LA80 | 74599BXJ1 | $ 22,030,000 | $ 17,720,000 | 80.44% |
| 74514LA98 | 74599BXK8 | $ 69,740,000 | $ 67,625,000 | 96.97% |
| 74514LB22 | 74599CHB4 | $ 17,945,000 | $ 16,515,000 | 92.03% |
| 74514LB30 | 74599BXM4 | $ 64,795,000 | $ 64,520,000 | 99.58% |
| 74514LB48 | 74599BXN2 | $ 6,665,000 | $ 5,375,000 | 80.65% |
| 74514LB55 | 74599BXP7 | $ 7,335,000 | $ 5,655,000 | 77.10% |
| 74514LB63 | 74599BXQ5 | $ 263,540,000 | $ 230,205,000 | 87.35% |
| 74514LB71 | 74599BXR3 | $ 459,305,000 | $ 446,080,000 | 97.12% |
| 74514LB89 | 74599BXS1 | $ 632,975,000 | $ 557,470,000 | 88.07% |
| 74514LB97 | 74599BXT9 | $ 7,000,000 | $ 5,725,000 | 81.79% |
| 74514LBM8 | 74599BXU6 | $ 201,555,000 | $ 183,755,000 | 91.17% |
| 74514LC21 | 74599BXV4 | $ 7,685,000 | $ 6,595,000 | 85.82% |

HEIN EXHIBIT 80

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 74514LC39 | 74599BXW2 | $ | 27,400,000 | $ | 22,090,000 | 80.62% |
| 74514LC47 | 74599BXX0 | $ | 35,345,000 | $ | 33,695,000 | 95.33% |
| 74514LC54 | 74599BXY8 | $ | 52,895,000 | $ | 49,675,000 | 93.91% |
| 74514LC62 | 74599BXZ5 | $ | 21,285,000 | $ | 19,210,000 | 90.25% |
| 74514LC70 | 74599BYA9 | $ | 7,290,000 | $ | 6,440,000 | 88.34% |
| 74514LC88 | 74599BYB7 | $ | 10,000,000 | $ | 8,225,000 | 82.25% |
| 74514LC96 | 74599BYC5 | $ | 4,455,000 | $ | 3,470,000 | 77.89% |
| 74514LCX3 | 74599BYD3 | $ | 15,735,000 | $ | 8,905,000 | 56.59% |
| 74514LCY1 | 74599BYE1 | $ | 16,560,000 | $ | 4,085,000 | 24.67% |
| 74514LCZ8 | 74599BYF8 | $ | 17,430,000 | $ | 6,765,000 | 38.81% |
| 74514LD38 | 74599BYG6 | $ | 60,000,000 | $ | 59,545,000 | 99.24% |
| 74514LDA2 | 74599BYH4 | $ | 18,345,000 | $ | 11,735,000 | 63.97% |
| 74514LDB0 | 74599BYJ0 | $ | 19,310,000 | $ | 15,420,000 | 79.85% |
| 74514LDC8 | 74599BYK7 | $ | 20,325,000 | $ | 15,115,000 | 74.37% |
| 74514LDD6 | 74599BYL5 | $ | 21,340,000 | $ | 15,155,000 | 71.02% |
| 74514LDE4 | 74599BYM3 | $ | 96,570,000 | $ | 58,815,000 | 60.90% |
| 74514LE86 | 74599BYN1 | | $3,500,000,000 | $ | 3,447,920,000 | 98.51% |
| 74514LHB6 | 74599BYP6 | $ | 3,715,000 | $ | 2,020,000 | 54.37% |
| 74514LHC4 | 74599BYQ4 | $ | 3,900,000 | $ | 2,825,000 | 72.44% |
| 74514LHD2 | 74599BYR2 | $ | 4,095,000 | $ | 2,655,000 | 64.84% |
| 74514LHE0 | 74599BYS0 | $ | 4,300,000 | $ | 3,565,000 | 82.91% |
| 74514LHF7 | 74599BYT8 | $ | 4,515,000 | $ | 3,600,000 | 79.73% |
| 74514LHG5 | 74599BYU5 | $ | 4,740,000 | $ | 3,930,000 | 82.91% |
| 74514LHH3 | 74599BYV3 | $ | 4,980,000 | $ | 4,100,000 | 82.33% |
| 74514LHJ9 | 74599BYW1 | $ | 5,230,000 | $ | 5,230,000 | 100.00% |
| 74514LHK6 | 74599BYX9 | $ | 5,490,000 | $ | 3,945,000 | 71.86% |
| 74514LHL4 | 74599BYY7 | $ | 5,555,000 | $ | 4,690,000 | 84.43% |
| 74514LHM2 | 74599BYZ4 | $ | 5,370,000 | $ | 4,580,000 | 85.29% |
| 74514LHN0 | 74599BZA8 | $ | 19,595,000 | $ | 16,930,000 | 86.40% |
| 74514LHP5 | 74599BZB6 | $ | 3,905,000 | $ | 3,190,000 | 81.69% |
| 74514LJQ1 | 74599BZC4 | $ | 720,000 | $ | 665,000 | 92.36% |
| 74514LJV0 | 74599BZD2 | $ | 1,220,000 | $ | 1,095,000 | 89.75% |
| 74514LJW8 | 74599BZE0 | $ | 35,475,000 | $ | 30,840,000 | 86.93% |
| 74514LJX6 | 74599BZF7 | $ | 37,340,000 | $ | 34,890,000 | 93.44% |
| 74514LJY4 | 74599BZG5 | $ | 39,300,000 | $ | 35,150,000 | 89.44% |
| 74514LJZ1 | 74599BZH3 | $ | 41,360,000 | $ | 29,795,000 | 72.04% |
| 74514LKA4 | 74599BZJ9 | $ | 43,530,000 | $ | 38,220,000 | 87.80% |
| 74514LKH9 | 74599BZK6 | $ | 10,640,000 | $ | 9,525,000 | 89.52% |

HEIN EXHIBIT 80

Case:17-03283-LTS   Doc#:18823-1   Filed:10/27/21   Entered:10/27/21 11:03:51   Desc:
Exhibit Hein BBBB   Page 3 of 7

| | | | | | |
|---|---|---|---|---|---|
| 74514LKJ5 | 74599BZL4 | $ | 28,740,000 | $ | 21,015,000 | 73.12% |
| 74514LLV7 | 74599BZM2 | $ | 8,050,000 | $ | 6,440,000 | 80.00% |
| 74514LLW5 | 74599BZN0 | $ | 13,050,000 | $ | 9,590,000 | 73.49% |
| 74514LLX3 | 74599BZP5 | $ | 13,700,000 | $ | - | 0.00% |
| 74514LLY1 | 74599BZQ3 | $ | 14,400,000 | $ | 8,940,000 | 62.08% |
| 74514LLZ8 | 74599BZR1 | $ | 15,100,000 | $ | 10,910,000 | 72.25% |
| 74514LMA2 | 74599BZS9 | $ | 15,850,000 | $ | 7,340,000 | 46.31% |
| 74514LMB0 | 74599BZT7 | $ | 16,650,000 | $ | 6,480,000 | 38.92% |
| 74514LMC8 | 74599BZU4 | $ | 17,500,000 | $ | 14,970,000 | 85.54% |
| 74514LMD6 | 74599BZV2 | $ | 18,350,000 | $ | 10,680,000 | 58.20% |
| 74514LME4 | 74599BZW0 | $ | 19,250,000 | $ | 18,360,000 | 95.38% |
| 74514LMF1 | 74599BZX8 | $ | 20,250,000 | $ | 18,300,000 | 90.37% |
| 74514LMG9 | 74599BZY6 | $ | 21,250,000 | $ | 17,380,000 | 81.79% |
| 74514LMH7 | 74599BZZ3 | $ | 22,350,000 | $ | 13,600,000 | 60.85% |
| 74514LMJ3 | 74599CAA3 | $ | 23,550,000 | $ | 22,835,000 | 96.96% |
| 74514LMK0 | 74599CAB1 | $ | 24,750,000 | $ | 22,450,000 | 90.71% |
| 74514LML8 | 74599CAC9 | $ | 26,050,000 | $ | 22,390,000 | 85.95% |
| 74514LMM6 | 74599CAD7 | $ | 27,450,000 | $ | 26,575,000 | 96.81% |
| 74514LMN4 | 74599CAE5 | $ | 91,250,000 | $ | 87,430,000 | 95.81% |
| 74514LMZ7 | 74599CAF2 | $ | 10,925,000 | $ | 8,410,000 | 76.98% |
| 74514LNA1 | 74599CAG0 | $ | 34,970,000 | $ | 30,715,000 | 87.83% |
| 74514LNC7 | 74599CAH8 | $ | 30,965,000 | $ | 24,625,000 | 79.53% |
| 74514LPT8 | 74599CAJ4 | $ | 70,480,000 | $ | 61,380,000 | 87.09% |
| 74514LPX9 | 74599CAK1 | $ | 55,830,000 | $ | 37,610,000 | 67.37% |
| 74514LQA8 | 74599CAL9 | $ | 26,150,000 | $ | 23,405,000 | 89.50% |
| 74514LQB6 | 74599CAM7 | $ | 49,100,000 | $ | 43,280,000 | 88.15% |
| 74514LQE0 | 74599CAN5 | $ | 53,220,000 | $ | 44,245,000 | 83.14% |
| 74514LQF7 | 74599CAP0 | $ | 75,015,000 | $ | 38,700,000 | 51.59% |
| 74514LQK6 | 74599CAQ8 | $ | 11,445,000 | $ | 2,625,000 | 22.94% |
| 74514LSQ1 | 74599CAR6 | $ | 8,655,000 | $ | 6,480,000 | 74.87% |
| 74514LSR9 | 74599CAS4 | $ | 9,105,000 | $ | 8,360,000 | 91.82% |
| 74514LSS7 | 74599CAT2 | $ | 9,600,000 | $ | 8,600,000 | 89.58% |
| 74514LST5 | 74599CAU9 | $ | 51,745,000 | $ | 46,565,000 | 89.99% |
| 74514LSU2 | 74599CAV7 | $ | 75,170,000 | $ | 70,355,000 | 93.59% |

HEIN EXHIBIT 80

| | | | | | |
|---|---|---|---|---|---|
| 74514LSV0 | 74599CAW5 | $ | 5,000,000 | $ | 2,200,000 | 44.00% |
| 74514LTK3 | 74599CAX3 | $ | 12,965,000 | $ | 9,220,000 | 71.11% |
| 74514LTM9 | 74599CAY1 | $ | 28,555,000 | $ | 14,725,000 | 51.57% |
| 74514LTN7 | 74599CAZ8 | $ | 15,305,000 | $ | 13,845,000 | 90.46% |
| 74514LTP2 | 74599CBA2 | $ | 16,065,000 | $ | 15,815,000 | 98.44% |
| 74514LTQ0 | 74599CBB0 | $ | 16,870,000 | $ | 12,585,000 | 74.60% |
| 74514LTR8 | 74599CBC8 | $ | 17,715,000 | $ | 13,805,000 | 77.93% |
| 74514LTS6 | 74599CBD6 | $ | 18,600,000 | $ | 17,865,000 | 96.05% |
| 74514LTT4 | 74599CBE4 | $ | 19,625,000 | $ | 19,120,000 | 97.43% |
| 74514LTU1 | 74599CBF1 | $ | 20,630,000 | $ | 15,610,000 | 75.67% |
| 74514LTV9 | 74599CBG9 | $ | 21,715,000 | $ | 19,165,000 | 88.26% |
| 74514LTW7 | 74599CBJ3 | $ | 208,675,000 | $ | 202,350,000 | 96.97% |
| 74514LVG9 | 74599CBK0 | $ | 5,230,000 | $ | 4,940,000 | 94.46% |
| 74514LVH7 | 74599CBL8 | $ | 5,520,000 | $ | 4,885,000 | 88.50% |
| 74514LVJ3 | 74599CBM6 | $ | 5,825,000 | $ | 5,065,000 | 86.95% |
| 74514LVK0 | 74599CBN4 | $ | 33,950,000 | $ | 31,405,000 | 92.50% |
| 74514LVL8 | 74599CBP9 | $ | 43,435,000 | $ | 41,445,000 | 95.42% |
| 74514LVM6 | 74599CBQ7 | $ | 56,055,000 | $ | 52,430,000 | 93.53% |
| 74514LVN4 | 74599CBR5 | $ | 73,735,000 | $ | 70,695,000 | 95.88% |
| 74514LVV6 | 74599CBS3 | $ | 3,425,000 | $ | 2,800,000 | 81.75% |
| 74514LVW4 | 74599CBT1 | $ | 140,000,000 | $ | 139,075,000 | 99.34% |
| 74514LVX2 | 74599CBU8 | $ | 35,730,000 | $ | 30,300,000 | 84.80% |
| 74514LVY0 | 74599CBV6 | $ | 75,000,000 | $ | 74,640,000 | 99.52% |
| 74514LVZ7 | 74599CBW4 | $ | 121,955,000 | $ | 114,145,000 | 93.60% |
| 74514LWA1 | 74599CBX2 | $ | 210,250,000 | $ | 196,960,000 | 93.68% |
| 74514LWK9 | 74599CBY0 | $ | 30,615,000 | $ | 26,535,000 | 86.67% |
| 74514LWM5 | 74599CBZ7 | $ | 17,370,000 | $ | 14,935,000 | 85.98% |
| 74514LWQ6 | 74599CCA1 | $ | 23,750,000 | $ | 19,950,000 | 84.00% |
| 74514LWR4 | 74599CCB9 | $ | 52,950,000 | $ | 47,820,000 | 90.31% |
| 74514LWS2 | 74599CCC7 | $ | 27,500,000 | $ | 26,975,000 | 98.09% |
| 74514LWX1 | 74599CCD5 | $ | 50,000,000 | $ | 49,125,000 | 98.25% |
| 74514LWZ6 | 74599CCE3 | $ | 35,000,000 | $ | 29,085,000 | 83.10% |
| 74514LXA0 | 74599CCF0 | $ | 5,000,000 | $ | 3,960,000 | 79.20% |
| 74514LXB8 | 74599CCG8 | $ | 15,000,000 | $ | 12,915,000 | 86.10% |
| 74514LXH5 | 74599CCH6 | $ | 127,015,000 | $ | 121,590,000 | 95.73% |

HEIN EXHIBIT 80

| | | | | | |
|---|---|---|---|---|---|
| 74514LYW1 | 74599CCJ2 | $ | 304,000,000 | $ | 274,230,000 | 90.21% |
| 74514LZA8 | 74599CCK9 | $ | 515,000 | $ | 270,000 | 52.43% |
| 74514LZB6 | 74599CCL7 | $ | 530,000 | $ | 395,000 | 74.53% |
| 74514LZC4 | 74599CCM5 | $ | 550,000 | $ | 445,000 | 80.91% |
| 74514LZF7 | 74599CCN3 | $ | 8,870,000 | $ | 8,440,000 | 95.15% |
| 74514LZG5 | 74599CCP8 | $ | 4,870,000 | $ | 4,665,000 | 95.79% |
| 74514LZH3 | 74599CCQ6 | $ | 15,000,000 | $ | 12,795,000 | 85.30% |
| 74514LZJ9 | 74599CCR4 | $ | 10,000,000 | $ | 9,370,000 | 93.70% |
| 74514LZK6 | 74599CCS2 | $ | 70,315,000 | $ | 69,315,000 | 98.58% |
| 74514LZL4 | 74599CCT0 | $ | 60,255,000 | $ | 54,995,000 | 91.27% |
| 74514LZM2 | 74599CCU7 | $ | 35,970,000 | $ | 34,150,000 | 94.94% |
| 74514LZN0 | 74599CCV5 | $ | 38,435,000 | $ | 33,560,000 | 87.32% |
| 74514LZP5 | 74599CCW3 | $ | 40,565,000 | $ | 37,375,000 | 92.14% |
| 74514LZQ3 | 74599CCX1 | $ | 375,000 | $ | 270,000 | 72.00% |
| 74514LZV2 | 74599CCY9 | $ | 56,170,000 | $ | 53,805,000 | 95.79% |
| 74514LZW0 | 74599CCZ6 | $ | 27,385,000 | $ | 26,580,000 | 97.06% |
| 74514LZX8 | 74599CDA0 | $ | 51,925,000 | $ | 48,520,000 | 93.44% |
| 74514LZY6 | 74599CDB8 | $ | 20,160,000 | $ | 19,310,000 | 95.78% |
| 74514LZZ3 | 74599CDC6 | $ | 17,125,000 | $ | 16,445,000 | 96.03% |
| 745223AA5 | 74599CHC2 | $ | 78,145,000 | $ | 78,120,000 | 99.97% |
| 745235A27 | 74599CDD4 | $ | 9,070,000 | $ | 7,745,000 | 85.39% |
| 745235A35 | 74599CDE2 | $ | 9,570,000 | $ | 8,395,000 | 87.72% |
| 745235A43 | 74599CDF9 | $ | 10,095,000 | $ | 9,700,000 | 96.09% |
| 745235A50 | 74599CDG7 | $ | 10,650,000 | $ | 10,635,000 | 99.86% |
| 745235A68 | 74599CDH5 | $ | 11,235,000 | $ | 9,785,000 | 87.09% |
| 745235A76 | 74599CDJ1 | $ | 11,855,000 | $ | 10,095,000 | 85.15% |
| 745235A84 | 74599CDK8 | $ | 12,505,000 | $ | 11,290,000 | 90.28% |
| 745235A92 | 74599CDL6 | $ | 13,195,000 | $ | 13,195,000 | 100.00% |
| 745235B26 | 74599CDM4 | $ | 13,920,000 | $ | 11,960,000 | 85.92% |
| 745235B34 | 74599CDP7 | $ | 81,145,000 | $ | 60,610,000 | 74.69% |
| 745235B42 | 74599CDQ5 | $ | 103,555,000 | $ | 94,210,000 | 90.98% |
| 745235B67 | 74599CDR3 | $ | - | $ | - | 0.00% |
| 745235D24 | 74599CDS1 | $ | 2,195,000 | $ | 1,805,000 | 82.23% |
| 745235D57 | 74599CDT9 | $ | 64,670,000 | $ | 60,185,000 | 93.06% |
| 745235D65 | 74599CDU6 | $ | 267,395,000 | $ | 235,345,000 | 88.01% |
| 745235G62 | 74599CDV4 | $ | 12,915,000 | $ | 7,820,000 | 60.55% |

HEIN EXHIBIT 80

| | | | | | | |
|---|---|---|---|---|---|---|
| 745235G70 | 74599CDW2 | $ | 3,905,000 | $ | 1,940,000 | 49.68% |
| 745235G88 | 74599CDX0 | $ | 4,125,000 | $ | 3,740,000 | 90.67% |
| 745235G96 | 74599CDY8 | $ | 4,365,000 | $ | 4,240,000 | 97.14% |
| 745235GJ4 | 74599CDZ5 | $ | 37,315,000 | $ | 4,820,000 | 12.92% |
| 745235H20 | 74599CEA9 | $ | 4,620,000 | $ | 4,605,000 | 99.68% |
| 745235H38 | 74599CEB7 | $ | 3,640,000 | $ | 3,430,000 | 94.23% |
| 745235H46 | 74599CEC5 | $ | 13,230,000 | $ | 13,200,000 | 99.77% |
| 745235K75 | 74599CED3 | $ | 7,690,000 | $ | 6,245,000 | 81.21% |
| 745235K83 | 74599CEE1 | $ | 16,850,000 | $ | 15,435,000 | 91.60% |
| 745235K91 | 74599CEF8 | $ | 21,235,000 | $ | 19,125,000 | 90.06% |
| 745235L25 | 74599CEG6 | $ | 45,000,000 | $ | 43,510,000 | 96.69% |
| 745235L33 | 74599CEH4 | $ | 25,000,000 | $ | 24,520,000 | 98.08% |
| 745235L41 | 74599CEJ0 | $ | 55,000,000 | $ | 54,725,000 | 99.50% |
| 745235L58 | 74599CEK7 | $ | 29,315,000 | $ | 27,685,000 | 94.44% |
| 745235L66 | 74599CEL5 | $ | 47,965,000 | $ | 47,465,000 | 98.96% |
| 745235L74 | 74599CEM3 | $ | 82,880,000 | $ | 82,015,000 | 98.96% |
| 745235L90 | 74599CEN1 | $ | 8,200,000 | $ | 7,735,000 | 94.33% |
| 745235M24 | 74599CEP6 | $ | 38,620,000 | $ | 34,240,000 | 88.66% |
| 745235M32 | 74599CEQ4 | $ | 1,150,000 | $ | 1,095,000 | 95.22% |
| 745235M40 | 74599CER2 | $ | 104,570,000 | $ | 101,580,000 | 97.14% |
| 745235M57 | 74599CES0 | $ | 455,524,000 | $ | 412,987,000 | 90.66% |
| 745235M65 | 74599CET8 | $ | 56,500,000 | $ | 53,509,000 | 94.71% |
| 745235M73 | 74599CEU5 | $ | 94,425,000 | $ | 91,418,000 | 96.82% |
| 745235M81 | 74599CEV3 | $ | 150,000,000 | $ | 148,845,000 | 99.23% |
| 745235M99 | 74599CEW1 | $ | 37,500,000 | $ | 36,845,000 | 98.25% |
| 745235N23 | 74599CEX9 | $ | 10,000,000 | $ | 8,410,000 | 84.10% |
| 745235N31 | 74599CEY7 | $ | 25,500,000 | $ | 23,140,000 | 90.75% |
| 745235N49 | 74599CEZ4 | $ | 1,000,000 | $ | 445,000 | 44.50% |
| 745235N56 | 74599CFA8 | $ | 6,000,000 | $ | 5,015,000 | 83.58% |
| 745235N64 | 74599CFB6 | $ | 1,000,000 | $ | 960,000 | 96.00% |
| 745235N72 | 74599CFC4 | $ | 1,000,000 | $ | 835,000 | 83.50% |
| 745235N80 | 74599CFD2 | $ | 1,500,000 | $ | 1,240,000 | 82.67% |
| 745235N98 | 74599CFE0 | $ | 1,500,000 | $ | 1,180,000 | 78.67% |
| 745235P21 | 74599CFF7 | $ | 2,000,000 | $ | - | 0.00% |
| 745235P39 | 74599CFG5 | $ | 2,000,000 | $ | 1,360,000 | 68.00% |
| 745235P47 | 74599CFH3 | $ | 2,000,000 | $ | 1,720,000 | 86.00% |
| 745235P54 | 74599CFJ9 | $ | 2,000,000 | $ | 1,800,000 | 90.00% |
| 745235P62 | 74599CFK6 | $ | 48,000,000 | $ | 45,425,000 | 94.64% |
| 745235P70 | 74599CFL4 | $ | 160,945,000 | $ | 158,705,000 | 98.61% |
| 745235P88 | 74599CFM2 | $ | 2,000,000 | $ | 2,000,000 | 100.00% |
| 745235Q20 | 74599CFN0 | $ | 120,777,000 | $ | 118,796,000 | 98.36% |
| 745235R37 | 74599CFP5 | $ | 538,675,000 | $ | 500,650,000 | 92.94% |
| 745235R52 | 74599CFQ3 | $ | 4,830,000 | $ | 2,895,000 | 59.94% |
| 745235R60 | 74599CFR1 | $ | 4,920,000 | $ | 4,545,000 | 92.38% |
| 745235R78 | 74599CFS9 | $ | 5,020,000 | $ | 4,895,000 | 97.51% |
| 745235R86 | 74599CFT7 | $ | 2,120,000 | $ | 2,035,000 | 95.99% |
| 745235R94 | 74599CFU4 | $ | 10,225,000 | $ | 9,940,000 | 97.21% |
| 745235RV5 | 74599CFV2 | $ | 25,800,000 | $ | - | 0.00% |

HEIN EXHIBIT 80

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 745235RW3 | 74599CFW0 | $ | 10,475,000 | $ | 4,265,000 | | 40.72% |
| 745235RX1 | 74599CFX8 | $ | 19,025,000 | $ | 7,050,000 | | 37.06% |
| 745235RY9 | 74599CFY6 | $ | 11,610,000 | $ | 6,065,000 | | 52.24% |
| 745235RZ6 | 74599CFZ3 | $ | 12,225,000 | $ | - | | 0.00% |
| 745235S28 | 74599CGA7 | $ | 4,800,000 | $ | 4,725,000 | | 98.44% |
| 745235S36 | 74599CGB5 | $ | 4,850,000 | $ | 4,285,000 | | 88.35% |
| 745235S44 | 74599CGC3 | $ | 2,080,000 | $ | 1,445,000 | | 69.47% |
| 745235S69 | 74599CGD1 | $ | 2,605,000 | $ | 1,905,000 | | 73.13% |
| 745235S93 | 74599CHE8 | $ | 78,145,000 | $ | 68,710,000 | | 87.93% |
| 745235SA0 | 74599CGE9 | $ | 13,605,000 | $ | 650,000 | | 4.78% |
| 745235SB8 | 74599CGF6 | $ | 14,320,000 | $ | 13,970,000 | | 97.56% |
| 745235SC6 | 74599CGG4 | $ | 15,070,000 | $ | 2,430,000 | | 16.12% |
| 745235SW2 | 74599CGH2 | $ | 9,460,000 | $ | 7,850,000 | | 82.98% |
| 745235SX0 | 74599CGJ8 | $ | 21,045,000 | $ | 8,005,000 | | 38.04% |
| 745235VR9 | 74599CGK5 | $ | 195,775,000 | $ | 171,780,000 | | 87.74% |
| 745235VX6 | 74599CGL3 | $ | 16,020,000 | $ | 14,030,000 | | 87.58% |
| 745235VY4 | 74599CGM1 | $ | 62,585,000 | $ | 61,430,000 | | 98.15% |
| 745235VZ1 | 74599CGN9 | $ | 39,140,000 | $ | 28,815,000 | | 73.62% |
| 745235ZK0 | 74599CGP4 | $ | 19,155,000 | $ | 17,580,000 | | 91.78% |
| 745235ZL8 | 74599CGQ2 | $ | 20,260,000 | $ | 18,165,000 | | 89.66% |
| 745235ZM6 | 74599CGR0 | $ | 940,000 | $ | 860,000 | | 91.49% |
| 745235ZN4 | 74599CGS8 | $ | 3,060,000 | $ | 2,440,000 | | 79.74% |
| 745235ZP9 | 74599CGT6 | $ | 12,545,000 | $ | 11,175,000 | | 89.08% |
| 745235ZQ7 | 74599CGU3 | $ | 19,230,000 | $ | 17,745,000 | | 92.28% |
| 745235ZR5 | 74599CGV1 | $ | 27,085,000 | $ | 26,195,000 | | 96.71% |
| 745235ZS3 | 74599CGW9 | $ | 21,385,000 | $ | 19,835,000 | | 92.75% |
| 745235ZT1 | 74599CGX7 | $ | 66,250,000 | $ | 64,905,000 | | 97.97% |
| 745235ZX2 | 74599CGY5 | $ | 7,760,000 | $ | 4,030,000 | | 51.93% |
| 745235ZY0 | 74599CGZ2 | $ | 8,165,000 | $ | 6,820,000 | | 83.53% |
| 745235ZZ7 | 74599CHA6 | $ | 8,595,000 | $ | 7,740,000 | | 90.05% |
| | TOTAL | | $14,021,531,000 | | $12,407,440,000 | | 88.49% |

HEIN EXHIBIT 80