**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>　　as representative of<br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>　　Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

**JOINT INFORMATIVE MOTION REGARDING OCTOBER 28, 2021 HEARING ON THE DRA PARTIES' URGENT MOTION TO COMPEL**

**To The Honorable United States District Judge Laura Taylor Swain:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of debtors the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and collectively with the Commonwealth and ERS, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] AmeriNational Community

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the bonds issued by the DRA[3] (the "Collateral Monitor," and together with the Servicer, collectively, the "DRA Parties," and jointly with the Oversight Board, the "Parties"), by and through the undersigned legal counsel, respectfully jointly submit this informative motion pursuant to the Court's *Order Setting Procedures for October 28, 2021 Hearing* [ECF No. 18707] and respectfully state as follows.

1. The Parties will appear virtually at the October 28, 2021 hearing (the "Hearing") to address the *DRA Parties' Urgent Motion to Compel Compliance with Order Granting Urgent Joint Motion Regarding Rule 30(B)(6) Deposition of the Financial Oversight and Management Board for Puerto Rico* (Dkt. No. 18667) (the "Urgent Motion to Compel"), as well as any objections, responses, statements, joinders, and replies to the Urgent Motion to Compel.

2. The following individuals may appear and speak at the Hearing:

   a. Collateral Monitor:

      a. Taleah E. Jennings (taleah.jennings@srz.com)

      b. Thomas L. Mott (thomas.mott@srz.com)

   b. Servicer:

      a. Arturo J. Garcia-Sota (ajc@mcvpr.com)

      b. Nayuan Zouairabani-Trinidad (nzt@mcvpr.com)

   c. Oversight Board:

      a. Martin J. Bienenstock (mbienenstock@proskauer.com)

---

[3] The DRA bonds were issued pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018.

2

  b. Margaret A. Dale (mdale@proskauer.com)

  c. Michael T. Mervis (mmervis@proskauer.com)

  d. Julia D. Alonzo (jalonzo@proskauer.com)

3. The Parties have agreed to the following order in which the speakers shall present oral argument:

  a. DRA Parties' Opening Argument: 15 minutes

  b. Oversight Board's Argument: 20 minutes

  c. DRA Parties' Rebuttal Argument: 5 minutes

Dated: October 27, 2021       Respectfully submitted,
   San Juan, Puerto Rico

               */s/ Hermann D. Bauer*
               Hermann D. Bauer
               USDC No. 215205
               **O'NEILL & BORGES LLC**
               250 Muñoz Rivera Ave., Suite 800
               San Juan, PR 00918-1813
               Tel: (787) 764-8181
               Fax: (787) 753-8944

               */s/ Margaret A. Dale*
               Martin J. Bienenstock
               Margaret A. Dale
               Julia D. Alonzo
               Admitted *Pro Hac Vice*
               **PROSKAUER ROSE LLP**
               Eleven Times Square
               New York, NY 10036
               Tel: (212) 969-3000
               Fax: (212) 969-2900

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5632
Facsimile: 787-759-9225

By: /s/Arturo J. García-Solá
Arturo J. García-Solá
USDC No. 201903
Email: ajg@mcvpr.com

By: /s/Alejandro J. Cepeda-Diaz
Alejandro J. Cepeda-Diaz
USDC No. 222110
Email: ajc@mcvpr.com

By: /s/Nayuan Zouairabani
Nayuan Zouairabani
USDC No. 226411
Email: nzt@mcvpr.com

***Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority***

**C. CONDE & ASSOC. LAW OFFICES**

By: /s/ Carmen D. Conde Torres
Carmen D. Conde Torres
(USDC No. 207312)
/s/ Luisa S. Valle Castro
Luisa S. Valle Castro
(USDC No. 215611
254 San José Street, Suite 5
San Juan, PR 00901-1523
Tel. 787-729-2900
Fax. 787-729-2203
E-Mail: condecarmen@condelaw.com

**SCHULTE ROTH & ZABEL LLP**

By: /s/ Douglas S. Mintz
Douglas S. Mintz (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 729-7470
Facsimile: (202) 730-4520
E-mail: dmintz@orrick.com

-and-

Douglas Koff (admitted pro hac vice)
Abbey Walsh (admitted pro hac vice)
Peter J. Amend (admitted pro hac vice)
919 Third Avenue
New York, N.Y. 10022
Tel: 212-756-2000
Fax: 212-593-5955
E-mail: douglas.koff@srz.com
abbey.walsh@srz.com
peter.amend@srz.com

***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority***

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*
Hermann D. Bauer