**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: ECF No. 18502 |

**INFORMATIVE MOTION REGARDING ATTENDANCE
AT (I) HEARING ON CONFIRMATION OF SEVENTH AMENDED
TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH
OF PUERTO RICO, ET AL. AND (II) PRETRIAL CONFERENCE IN NOVEMBER 2021**

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") through the undersigned counsel, hereby states and prays as follows:

1. The undersigned, appearing in this proceeding on behalf of AAFAF, hereby respectfully submit this informative motion in response to the Court's order entered on October 14, 2021 [ECF No. 18502] *Regarding Procedures for Hearing on Confirmation of Plan of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

*Adjustment* (the "Order") for confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al* (the "Plan"), beginning on November 8, 2021 (the "Confirmation Hearing"). Through the Order, the Court also directed that a final pretrial conference and hearing on motions *in limine* will be held on November 1, 2021 (the "Pretrial Conference" and together with the Confirmation Hearing, the "Hearing[2]").

2. In compliance with the Order's instructions for registration to participate at the Hearing, AAFAF hereby informs as follows:

3. John J. Rapisardi, Peter Friedman, Maria DiConza and Elizabeth L. McKeen of O'Melveny & Myers LLP will appear, via videoconferencing technology, at the Hearing and reserving the right to be heard on any other matter presented to the Court and to respond to any statements made by any party in connection with the above captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof seek to be heard in connection with the following:

> (i) *The Governor of Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority's Limited Objection to (I) the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.; and (II) the Proposed Order and Judgment Confirming the Plan* [Case No. 17-3283, ECF No. 18742].

4. Luis C. Marini-Biaggi and/or Carolina Velaz-Rivero of Marini Pietrantoni Muñiz LLC will appear, via videoconferencing technology, at the Hearing and reserve the right to be heard on any matter presented to the Court and to respond to any statements made by any party in connection with the above-captioned Title III case to the extent it impacts the interests of AAFAF or the elected Government of Puerto Rico or any instrumentality thereof.

---

[2] Counsels listed in the party appearance sheet submitted as **Exhibit A** to this motion intend to appear both at the Pretrial Conference and the Confirmation Hearing.

5. Further, counsels Marini, Velaz, Rapisardi, Friedman, McKeen and DiConza, hereby submit their Party Appearance Cover Sheet as **Exhibit A** to this motion and AAFAF submits its Exhibit Cover Sheet as **Exhibit C** hereto.

**WHEREFORE**, AAFAF respectfully requests that the Court take notice of the foregoing.

Dated: October 27, 2021
       San Juan, Puerto Rico

Respectfully submitted,

| | |
|---|---|
| */s/ John J. Rapisardi* | */s/ Luis C. Marini-Biaggi* |
| John J. Rapisardi | Luis C. Marini-Biaggi |
| (Admitted *Pro Hac Vice*) | USDC No. 222301 |
| **O'MELVENY & MYERS LLP** | Carolina Velaz-Rivero |
| 7 Times Square | USDC No. 300913 |
| New York, NY 10036 | **MARINI PIETRANTONI MUÑIZ LLC** |
| Tel: (212) 326-2000 | 250 Ponce de León Ave. |
| Fax: (212) 326-2061 | Suite 900 |
| | San Juan, Puerto Rico 00918 |
| -and- | Tel: (787) 705-2171 |
| | Fax: (787) 936-7494 |
| Peter Friedman | |
| (Admitted Pro Hac Vice) | *Attorneys for the Puerto Rico Fiscal Agency* |
| 1625 Eye Street, NW | *and Financial Advisory Authority* |
| Washington, D.C. 20006 | |
| Tel: (202) 383-5300 | |
| Fax: (202) 383-5414 | |
| | |
| -and- | |
| | |
| Madhu Pocha | |
| (Admitted *Pro Hac Vice*) | |
| 1999 Avenue of the Stars, 8th Floor | |
| Los Angeles, California 90067 | |
| Tel: (310) 553-6700 | |
| Fax: (310) 246-6779 | |

*Attorneys for the Puerto Rico Fiscal Agency
and Financial Advisory Authority*