**Exhibit B**

AAFAF Witness Cover Sheet

| Name of Party | | | Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") |
|---|---|---|---|
| Does the Party intend to offer a witness? | | | No |
| Total Number of Witnesses | | | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter) | Scope of Testimony |
| | | | |
| | | | |
| | | | |
| | | | |