# Exhibit C
## AAFAF Exhibit Cover Sheet

| Name of the Party | Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") |
| --- | --- |
| Does the Party intend to offer evidence? | Yes |
| Total Number of Exhibits Offered by the Party | 28[1] |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
| --- | --- | --- |
| AAFAF 1 | ECF No. 18812-1 | Joint Stipulation between AAFAF and the Oversight Board (Oct. 25, 2021) |
| AAFAF 2 | ECF No. 18812-2 | Seventh Amended Title III Joint Plan of Adjustment (July 30, 2021) ("Plan of Adjustment") |
| AAFAF 3 | ECF No. 18812-3 | Supplement to Plan of Adjustment (Oct. 11, 2021) ("Plan Supplement") |
| AAFAF 4 | ECF No. 18812-4 | Plan Supplement, Exhibit A (New GO Bond Trust Agreement) |
| AAFAF 5 | ECF No. 18812-5 | Plan Supplement, Exhibit B (CVI Trust Indenture) |
| AAFAF 6 | ECF No. 18812-6 | Oversight Board Statement (Oct. 8, 2021)[2] |
| AAFAF 7 | ECF No. 18812-7 | Reservation of Rights of PSA Creditors (Oct. 11, 2021) |
| AAFAF 8 | ECF No. 18812-8 | Joinder to PSA Creditors' Reservation of Rights (Oct. 13, 2021) |
| AAFAF 9 | ECF No. 18812-9 | Statistics on income from pensions (Pension Rights Center)[3] |
| AAFAF 10 | ECF No. 18812-10 | Disclosure Statement Hearing Transcript (July 14, 2021) |
| AAFAF 11 | ECF No. 18812-11 | PROMESA Section 211 Report (Sept. 2019) |
| AAFAF 12 | ECF No. 18812-12 | News article about government press conference (Oct. 12, 2021)[4] |
| AAFAF 13 | ECF No. 18812-13 | Disclosure Statement for Plan of Adjustment (July 30, 2021) |
| AAFAF 14* | ECF No. 18812-14 | Oversight Board Brief in Support of Plan of Adjustment (Aug. 3, 2021) |

---

[1] Exhibits with an asterisk have been withdrawn. Excluding the withdrawn exhibits, AAFAF offers 16 exhibits.
[2] https://app.reorg.com/documents/20211008/6160a980979df.pdf.
[3] http://www.pensionrights.org/publications/statistic/income-pensions.
[4] https://app.reorg.com/v3#/items/intel/1869?item_id=157190.

1

| AAFAF 15* | ECF No. 18812-15 | COFINA Plan of Adjustment (Jan. 9, 2019) |
|---|---|---|
| AAFAF 16* | ECF No. 18812-16 | Supplemental Brief of Plan Support Parties in Support of COFINA Plan of Adjustment (Jan. 24, 2019) |
| AAFAF 17 | ECF No. 18812-17 | Proposed Order Confirming Plan of Adjustment (Oct. 8, 2021) |
| AAFAF 18 | ECF No. 18812-18 | Best Interests Test Reports (July 30, 2021) |
| AAFAF 19* | ECF No. 18812-19 | Commonwealth Fiscal Plan (Mar. 13, 2017)[5] |
| AAFAF 20* | ECF No. 18812-20 | Commonwealth Fiscal Plan (Apr. 19, 2018)[6] |
| AAFAF 21* | ECF No. 18812-21 | Commonwealth Fiscal Plan (June 29, 2018)[7] |
| AAFAF 22* | ECF No. 18812-22 | Commonwealth Fiscal Plan (Oct. 23, 2018)[8] |
| AAFAF 23* | ECF No. 18812-23 | Commonwealth Fiscal Plan (May 9, 2019)[9] |
| AAFAF 24* | ECF No. 18812-24 | Commonwealth Fiscal Plan (May 27, 2020)[10] |
| AAFAF 25 | ECF No. 18812-25 | Commonwealth Fiscal Plan (Apr. 23, 2021)[11] |
| AAFAF 26* | ECF No. 18812-26 | Oversight Board's Statement of Uncontested Material Facts in Support of Summary Judgment (Aug. 13, 2021) |
| AAFAF 27* | ECF No. 18812-27 | Oversight Board Complaint (July 3, 2019) |
| AAFAF 28* | ECF No. 18812-28 | Oversight Board Brief in Support of Summary Judgment (Dec. 13, 2019) |
| **I, Peter Friedman**, 1625 Eye Street, NW, Washington, D.C. 20006, counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority, certify that I have filed each evidentiary document listed above that has not been withdrawn as separate exhibits. |||

---

[5] https://drive.google.com/file/d/1qud_EWxvKHALy8J4A9reP3riQwBFucVk/view.
[6] https://drive.google.com/file/d/1X3JdAwbfo47oZ__6_1aABcmfyzhPFrjE/view.
[7] https://drive.google.com/file/d/1c9LACF1yzSi1sUElNVaZHklo93TJR55M/view.
[8] https://drive.google.com/file/d/17ca0ALe7vpYn0jEzTz3RfykpsFSM0ujK/view.
[9] https://drive.google.com/file/d/13wuVn04--JKMEPKu-u-djZJHqTK-55aV/view.
[10] https://drive.google.com/file/d/1ayjLxr74cKpFo4B2sAToSj-OeJOYvFO5/view.
[11] https://drive.google.com/file/d/1reetKnfKsa1uR-A0u9l3FM6PfGamHCrx/view.