## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA; Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### APPLICATION FOR ADMISSION PRO HAC VICE OF JONATHAN FRIEDMAN

**TO THE HONORABLE COURT:**

COMES NOW, Jonathan Friedman, applicant herein, and pursuant to L. Civ. R. 83.1(f) of the United States District Court for the District of Puerto Rico, states as follows:

1. Applicant is an attorney at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, N.Y. 10153; telephone number (212) 310-8000, and fax (212) 310-8007.

2. Applicant will sign all pleadings with the name "Jonathan Friedman".

3. Applicant has been retained by National Public Finance Guarantee Corporation ("National"), to provide legal representation in connection with the above-styled matter pending before the United States District Court for the District of Puerto Rico.

4. Since 2021, applicant has been and presently is a member in good standing of the bar of the State of New York, where applicant regularly practices. Bar License number: 5855036.

5. Applicant is also admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| State of New York | May 24, 2021 |
| State of Illinois | November 7, 2019 |

6. Applicant is a member in good standing of the bar of the court listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Likewise, as far as applicant knows, applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal proceeding before any court or jurisdiction.

9. During the past three years, applicant has not filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico in any matters.

10. Local counsel of record associated with applicant in this matter is:

ERIC PEREZ-OCHOA
USDC-PR No. 206314

ALEXANDRA CASELLAS-CABRERA
USDC-PR No. 301010

**ADSUAR MUÑIZ GOYCO
SEDA & PEREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, P.R. 00936-8294
Tel: 787.756.9000
Fax: 787.756.9000
E-mail: epo@amgprlaw.com
acasellas@amgprlaw.com

11. Applicant has read the Local Rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $300.00 per appearance in each new case before the Court unless the requirement is otherwise waived.

**WHEREFORE**, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: October 27, 2021.

Jonathan Friedman
Printed Name of Applicant

*[signature]*
Signature of Applicant

767 Fifth Avenue
New York, N.Y. 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: jon.friedman@weil.com

**WE HEREBY CERTIFY**, pursuant to L. Civ. R. 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Date: October 27, 2021.

**ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.**
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000 / Fax: 787.756.9010

By: *s/ Eric Pérez-Ochoa*
Eric Pérez-Ochoa
USDC-PR No. 206314
E-mail: epo@amgprlaw.com

*s/Alexandra C. Casellas Cabrera*
Alexandra C. Casellas Cabrera
USDC-PR No. 301010
acasellas@amgprlaw.com

      **I HEREBY CERTIFY** that on this same date the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $300.00 *pro hac vice* admission fee.

      By: *s/ Jonathan Friedman*
Jonathan Friedman, Esq.
767 Fifth Avenue
New York, N.Y. 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: jon.friedman@weil.com

4

**ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

**SO ORDERED.**

In San Juan, Puerto Rico, this _____ day of _____, 2021.

_____
U.S. District Judge