IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of the<br><br>THE COMMONWEALTH OF PUERTO RICO, *et., al*.<br><br>        Debtors. | Case No. 17-bk-3283-LTS<br>PROMESA Title III<br>Judge Laura Taylor Swain |

### INTERNAL REVENUE SERVICE'S INFORMATIVE MOTION REGARDING APPEARANCE AT CONFIRMATION HEARING

The Internal Revenue Service files this informative motion in response to the Court's *Order Regarding Procedures For Hearing on Confirmation of Plan of Adjustment* (Dkt. No. 18502) and respectively INFORMS that:

1. On October 19, 2021, the Internal Revenue Service filed an objection to confirmation of the debtors' plan of adjustment. (Dkt. No. 18567).

2. Undersigned counsel, Ward W. Benson of the U.S. Department of Justice's Tax Division wishes to appear at the confirmation hearing on behalf of the Internal Revenue Service.

3. Undersigned counsel attaches as an exhibit to this motion the required Party Appearance Sheet.

//

//

1

Dated: October 27, 2021

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Ward W. Benson*
WARD W. BENSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: 202-514-9642
Email: ward.w.benson@usdoj.gov
Attorney Bar No: G02102

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I filed the foregoing INFORMATIVE MOTION with the clerk of the court using the CM/ECF system, which will send notification of such filing to all parties appearing in said system.

/s/ Ward W. Benson
WARD W. BENSON

I