# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
-------------------------------------------------------------------- x
In re:                                                               :
                                                                     :
THE FINANCIAL OVERSIGHT AND                                          : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,                                    : Title III
                                                                     :
         as representative of                                        : Case No. 17-BK-3283 (LTS)
                                                                     :
THE COMMONWEALTH OF PUERTO RICO et al.,                              : (Jointly Administered)
                                                                     :
         Debtors.[1]                                                 :
                                                                     :
-------------------------------------------------------------------- x
```

## INFORMATIVE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING PLAN CONFIRMATION HEARING

To the Honorable United States District Judge Laura Taylor Swain:

The Official Committee of Unsecured Creditors of all Title III Debtors (the "Committee")[2] hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* [Case No. 17-3283, Docket No. 18502] (the "Scheduling Order") and respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] The Committee is the official committee of unsecured creditors for all Title III Debtors, other than PBA and COFINA.

1. Luc A. Despins, Nicholas A. Bassett, and G. Alexander Bongartz of Paul Hastings LLP will appear virtually via Zoom on behalf of the Committee at the Pretrial Conference and Confirmation Hearing (as defined in the Scheduling Order), and reserves the right to address, as necessary, the following matters:

   (a) *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Docket No. 17629];

       (i) *Statement and Reservation of Rights of Official Committee of Unsecured Creditors Regarding Confirmation of Seventh Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico, et al.* [Docket No. 18589];

       (ii) *Statement and Reservation of Rights of Official Committee of Unsecured Creditors Regarding Proposed Order and Judgment Confirming Seventh Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico, et al.* [Docket No. 18658];

   (b) Any objections, responses, statements, joinders, or replies to any of the foregoing; and

   (c) Any statements made by any party in connection with the Title III cases or any adversary proceeding pending therein.

2. In addition, Mr. Juan J. Casillas Ayala of Casillas, Santiago & Torres LLC and one of his co-counsel will also be attending, on behalf of the Committee, the Hearing virtually.

*[Remainder of the Page Intentionally Left Blank].*

WHEREFORE, the Committee respectfully requests that the Court take notice of the above.

Dated: October 27, 2021 /s/ Luc A. Despins

PAUL HASTINGS LLP
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

*Counsel to the Official Committee of Unsecured Creditors*

- and -

/s/ Juan J. Casillas Ayala

CASILLAS, SANTIAGO & TORRES LLC
Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
Israel Fernández Rodríguez, Esq. (USDC - PR 225004)
Juan C. Nieves González, Esq. (USDC - PR 231707)
Cristina B. Fernández Niggemann, Esq. (USDC - PR 306008)
PO Box 195075
San Juan, PR 00919-5075
Tel.: (787) 523-3434
Fax: (787) 523-3433
jcasillas@cstlawpr.com
ifernandez@cstlawpr.com
jnieves@cstlawpr.com
cfernandez@cstlawpr.com

*Local Counsel to the Official Committee of Unsecured Creditors*