**EXHIBIT A**
<u>PARTY APPEARANCE SHEET</u>

| Name of Party | Official Committee of Unsecured Creditors |
|---|---|
| Party Name Abbreviation (For Use with Zoom[1]) | Creditors' Committee |
| Confirmation Hearing Participant<br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both?<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | **Luc A. Despins**<br>lucdespins@paulhastings.com<br>Paul Hastings LLP<br>(212) 318-6001<br>Docket No. 494<br>Creditors' Committee / Despins, Luc / Paul Hastings LLP<br>Final Pretrial Conference and Confirmation Hearing.<br><br>**Nicholas A. Bassett**<br>nicholasbassett@paulhastings.com<br>Paul Hastings LLP<br>(202) 551-1902<br>Mr. Bassett's Pro Hac Vice Order Docket No. 2443<br>Creditors' Committee / Bassett, Nicholas / Paul Hastings LLP<br>Final Pretrial Conference and Confirmation Hearing.<br><br>**G. Alexander Bongartz**<br>alexbongartz@paulhastings.com<br>Paul Hastings LLP<br>(212) 318-6472<br>Creditors' Committee / Bongartz, Alex / Paul Hastings LLP<br>Docket No. 494<br>Final Pretrial Conference and Confirmation Hearing. |
| Plan Objection Docket Entry No. | |
| Witness List Docket Entry No. | |

---

[1] <u>See</u> Confirmation Hearing Procedures Order, ¶ 10(a)

| | |
|---|---|
| Exhibit List Docket Entry No. | |
| Other Statement Docket Entry No. | Statement and Reservation of Rights filed at Docket Nos. 18589 and 18658. |