UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on October 26, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 27, 2021

1. Orlando Hernandez Batista
2. Jorge W. Cordero Hernandez (4 notices)
3. Miguel Quiñones Torres
4. Diego Quiñones Carrillo
5. Gustavo Salazar Rivera
6. Maribel Sanchez Amezquita
7. Rosanell Rosario Melendez
8. Richard Rzadkowski Chevere (2 notices)
9. Mildred Rivera Jusino
10. Virginia Caquias Allier
11. Wanda L. Ortiz Santana
12. Lourdes Rodriguez Hernandez
13. Luz H. Roman Muñoz
14. Sonia M. Hernandez Clemente
15. Loaly Rivera Feliciano (2 notices)
16. Luz Y. Hernandez Cruz
17. Dora M. Torres Velez
18. Adamina Perez Soto
19. Hector M. Santiago Reyes
20. John L. Gimenez Berrios
21. Sonia Medina Medina
22. Justo P. Negron Rivera

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
October 27, 2021

    23. Lilliam E. Nuñez Rivera

    24. Gladys E. Santana Fernandez

    25. Carmen L. Santana Rodriguez (2 notices)

    26. Ramonita Lebron Lopez

    27. Felix B. Alicea Figueroa

    28. Irma L. Gonzalez Rivera

    29. Teresita Martinez Garcia

    30. Dalis N. Nieves Martinez

    31. Ramon L. Arriaga Santiago

    32. Orlando Ramos Gonzalez

    33. Anibal Diaz Burgos

    34. Loyda Diaz Montañez

    35. Daria Esther Green Negron

    36. Nilda I. Perez Jusino

    37. Carmen A. Torres Montes

Dated: October 27, 2021