Case:17-03283-LTS   Doc#:18833-1   Filed:10/27/21   Entered:10/27/21 11:23:20   Desc:
Pro se Notices of Participation   Page 1 of 84

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Orlando Hernández Batista*

Participant's Address: *PO Box 305 Camuy PR 00627*

Participant's Email Address: *ohernandez620@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 03283-LTS*

Nature of Claim: _____

By: _____
    Signature

*Orlando Hernández Batista*
Print Name

_____
Title (if Participant is not an individual)

*23/9/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Orlando Hernández
PO Box 305
Camuy, PR 00627



CERTIFIED MAIL

7020 3160 0001 5020 7316

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

00918-170399

United States District Court Clerk's
Office 150 Ave. Carlos Chardon Ste.
150, San Juan, PR 00918-1767



U.S. POSTAGE PAID
FCM LG ENV
ARECIBO, PR
00612
OCT 29, 21
AMOUNT
$7.38
R2305K136482-04

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge W. Cordero Hernández_

Participant's Address: _Urb. Santiago Iglesias 1754 C. Pillot Garcia, San Juan, P.R. 00921_

Participant's Email Address: _jorge ch 1956 @ gmail.com_

Name of Counsel: _N / A_

Address of Counsel: _N / A_

Email Address of Counsel: _N / A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _161.406_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Jorge W. Cordero Hernández_
Signature

_Jorge W. Cordero Hernández_
Print Name

_Individual_
Title (if Participant is not an individual)

_4 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge W. Cordero Hernández_

Participant's Address: _Urb. Santiago Iglesias 1754 C. Pillot Garcia, San Juan, P.R. 00921_

Participant's Email Address: _jorgech1956@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _139121_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Jorge W. Cordero Hernández_
Signature

_Jorge W. Cordero Hernández_
Print Name

_Individual_
Title (if Participant is not an individual)

_4 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge W. Cordero Hernández_

Participant's Address: _Urb. Santiago Iglesias 1754 C. Pillot Garcia, San Juan, P.R. 00921_

Participant's Email Address: _jorge.ch 1956 @gmail.com_

Name of Counsel: _N / A_

Address of Counsel: _N / A_

Email Address of Counsel: _N / A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _161459_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Jorge W. Cordero Hernández_
Signature

_Jorge W. Cordero Hernández_
Print Name

_Individual_
Title (if Participant is not an individual)

_4 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jorge W. Cordero Hernandez_

Participant's Address: _Urb. Santiago Iglesias 1754 C. Pillot Garcia, San Juan, P.R. 00921_

Participant's Email Address: _jorgech1956@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _160458_

Nature of Claim: _Public Employee and Pension / Retiree Claims_

By: _Jorge W. Cordero Hernandez_
Signature

_Jorge W. Cordero Hernandez_
Print Name

_Individual_
Title (if Participant is not an individual)

_4 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED &
2021 OCT 26 PM
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.

7012 1010 0000 8770 7418

00918-170625

United State District Court
Clerk's Office
150 Ave. Carlo Chardon Ste 150
San Juan, Puerto Rico 00918-1767

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00984,
OCT 21
AMOUNT
$7.38
R2305H130913-34

1000
00918

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Miguel Quiñones Torres_

Participant's Address: _463 Calle Magnolia Vieques, P.R. 00765_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Pack ID 76135_

Nature of Claim: _MML ID 418446-P_

By: _Mql C. Quiñones Torres_
    Signature

_Miguel Quiñones Torres_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Miguel Quiñones Torres
#463 Calle Magnolia
Vieques, P.R. 00765

RECEIVED & FILED
2021 OCT 26 PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CERTIFIED MAIL
7021 0950 0001 5430 0429

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
VIEQUES, PR
00765
OCT 07, 21
AMOUNT
$7.38
R2304N118483-03

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Diego Quiñones Carrillo_

Participant's Address: _Bo. Esperanza #463 Calle Magnolia Vieques, P.R. 00765_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Pack ID 212873_

Nature of Claim: _MMLID 142378-P_

By: _Diego Quiñones Carrillo_
Signature

_Diego Quiñones Carrillo_
Print Name

_____
Title (if Participant is not an individual)

_August 2, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gustavo  Salazar - Rivera_

Participant's Address: _P O Box 2767   San Germán, PR 00683_

Participant's Email Address: _gustavoamandoriverasalazar@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Gustavo  a. Salazar Rivera_
   Signature

_Gustavo  Salazar - Rivera_
Print Name

_____
Title (if Participant is not an individual)

_October 4, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Gustavo Salazar-Rivera
PO Box 2767
San Germán PR 00683

RECEIVED & FILED

2021 OCT 26 PM 2: 55

CLERK'S OFFICE

7020 3160 0000 5323 0534

MEMPHIS TN 380

00918-170625

6 OCT 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Maribel Sánchez Amézquita_

Participant's Address: _RR-01 Box 13040 Toa Alta P.R. 00953_

Participant's Email Address: _marylovely7738 @ g.mail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Manuel Sánez Asquito_
    Signature

_Maribel Sánchez Amézquita_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maribel Sánchez Amezquita
RR-01 Box 13040
Toa Alta P.R. 00953

RECEIVED & FILED
2021 OCT 26  PM 2:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
6 OCT 2021  PM 3  L

Discovery Notice to the Courts Clerk's
Office at
United States District Court, Clerk's
Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Rosanell Rosario Meléndez_

Participant's Address: _123 calle Bubi Urb. Freire Cidra, P.R._
_00739-343_

Participant's Email Address: _rrmmaestra @ yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175399 - 1   , 175399_

Nature of Claim: _Wages Back Pay Promesa Title III_
_no. 17 BK 3283 - LTS_

By: _____
     Signature

_Rosanell Rosario Meléndez_
Print Name

_____
Title (if Participant is not an individual)

_21 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosanell Rosario
Urb. Freire 123
calle Perla
Cidra, P.R. 00739-3143

MEMPHIS TN 380
6 OCT 2021 PM 3 L

00918-170625

County's Clerk's Office
United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste 150
San Juan, P.R.

USA FIRST CLASS FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Richard Rzadkowski Chevere_

Participant's Address: _Quintas de cupey A5 calle 14 San Juan_
                                                                _00926_

Participant's Email Address: _RRC10625 @ Yahoo.com_

Name of Counsel: _Ivone Gonzalez Morales_

Address of Counsel: _Elificio Gallardo, San Juan 00921_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Discovery For codimar trinof commor wealth_
                                                    _Plan of Adjustment_

By: _RcR_
    Signature

_Richard Rzadkowski Chver._
Print Name

_____
Title (if Participant is not an individual)

_10 | 02 | 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Richard Radkowski
Qvintes de cubey
As calle 14
San Juan PR 00926

00918-170625

MEMPHIS TN 380

4 OCT 2021 PM 1 L

United States District Court
Clerky Office
150 Ave. Carlos Cherdon Ste. 150
San Juan PR. 00918-1767



RECEIVED & FILED
2021 OCT 26 PM 2:46
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Richard Rzadkowski Chevere

Participant's Address: Quintas de Cupey A5 calle 14 SJ PR 00926

Participant's Email Address: RRC10625 @ Yahoo.com

Name of Counsel: Ivone Gonzalez Morales

Address of Counsel: Edificio Gallardo, San Juan PR 00921

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: Discovery for confirmation of PR. 17BK3283-LTS

By: _____
Signature

Richard Rzadkowski
Print Name

_____
Title (if Participant is not an individual)

10 | 02 | 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Richard Rzaskowski'
Quintas de Cupey
A5 Calle 14
San Juan PR 00926

RECEIVED & FILED
2021 OCT 26  PM 2: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste.
San Juan  PR. 00918-1767

MEMPHIS TN 380
4 OCT 2021 PM 1 L


USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MILDRED RIVERA JUSINO_

Participant's Address: _URB LAS VEGAS, AVE FLOR DEL VALLE D-31, CATAÑO, PR 00962-6505_

Participant's Email Address: _ARCOIRIS 24 @ YAHOO.COM_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _105929     155678_

Nature of Claim: _EMPLOYEE RETIREMENT_

By: _[signature]_
Signature

_MILDRED RIVERA JUSINO_
Print Name

_____
Title (if Participant is not an individual)

_2 OCT 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



MILDRED RIVERA JUSINO
URB. LAS VEGAS
D-31 AVE. FLOR DEL VALLE
CATAÑO, PR. 00962-6505

RECEIVED
2021 OCT 26 PM
CLERK OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR. 00918-1767

MEMPHIS TN 380

4 OCT 2021 PM 2 L

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Virginia Coquias Allier

Participant's Address: HC – 73 BOX 5551 Bo. Rincon Momillo

Participant's Email Address: Cayey, PR   00736

Name of Counsel: N/A

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 

Nature of Claim: 

By: Virginia Coquias Allier
Signature

Virginia Coquias Allier
Print Name

Title (if Participant is not an individual)

25 sept. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Virginia Caguias Allier
HC-73 Box 5551 Bo. Rincon Marnillo
Cayey, PR 00736

RECEIVED & FILED
2021 OCT 26  PM 2: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, PR 00918-1767

00918-170625

NASHVILLE TN 370

12 OCT 2021  PM 6  L



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda L. Ortiz Santana_

Participant's Address: _P.O. Box 1260 San Germán P.R. 00683_

Participant's Email Address: _pabrilu @ Yahoo. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Wanda L. Ortiz Santana_
Signature

_Wanda L. Ortiz Santana_
Print Name

_____
Title (if Participant is not an individual)

_29 sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Wanda L. Ortiz Sam
P.O Box 1260
San Germán P.R. 00683

RECEIVED & FILED
2021 OCT 26  PM 2:56
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

MEMPHIS TN 380
4 OCT 2021  PM 1  L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lourdes Rodriguez Hernández_

Participant's Address: _Urb. San Fernando calle 3 num C3. Toa Alta, PR 00953_

Participant's Email Address: _izquierdo188201@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case: 17 03283 - LTS_

Nature of Claim: _____

By: _Lourdes Rodriguez Hernández_
Signature

_Lourdes Rodriguez Hernández_
Print Name

_Retiro Dept. de Educación_
Title (if Participant is not an individual)

_29 Sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lourdes Rodríguez Hernández
Urb. San Fernando
Calle 3 Número C-3
Toa Alta, P.R. 00953-3207

RECEIVED & FILED

2021 OCT 26 PM 2: 5

CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, PR

United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

00918-170625



MEMPHIS TN 380

5 OCT 2021 PM 3 L

Case:17-03283-LTS   Doc#:18833-1   Filed:10/27/21   Entered:10/27/21 11:23:20   Desc:
Pro se Notices of Participation   Page 30 of 84

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Luz H. Roman Munõz*

Participant's Address: *Box 560 338 – Guayanilla, P.R.*

Participant's Email Address: *luz.haytee.roman@hotmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283-LTS*

Nature of Claim: *Ley Promesa*

By: *Luz H. Roman Mz*
_____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Haydee Roman
Box 560338
Guayanilla, P.R. 00652-0338

RECEIVED & FILED
2021 OCT 26 PM 2: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
6 OCT 2021 PM 3 L

Court's Clerk's Office :
United States District Court,
clerk's Office, 150 Ave. Carlos Chardon Ste.
150
San Juan, P.R. 00918-1767

00918-170625




Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: _Sonia M. Hernández Clemente_

Participant's Address: _Caminito alto 2 Fondo 800 Bo. Rincón_
_Carr. 189 km 4.6 apto 2132 Gurabo, P.R._
_00778-5347_

Participant's Email Address: _smhc_62@icloud.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 124154 Depto Educación #154654 Melina_ _Sistema_ _maestro_

Nature of Claim: _____

By: _Sonia M. Hernández_
   Signature

_Sonia M. Hernández Clemente_
Print Name

_____
Title (if Participant is not an individual)

_9/octubre/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ana M. Pérez de Llanos
Quintas Alto 3 Carlo
800 Carr. 189 apto 2132
Hombro P.R. 00778-5397

RECEIVED &
2021 OCT 26  PM 2: 56
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN,

Courts Clerk's Office
United States District Court, Clerk's
Office 150 Ave. Carlos Chardon No. 150
San Juan P.R. 00918-1767

00918-170625

NASHVILLE TN 370
12 OCT 2021 PM 4 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Loaly Rivera Feliciano

Participant's Address:  PO Box 533 Salinas, PR 00751

Participant's Email Address:  loalyr7@gmail.com

Name of Counsel:  N/A

Address of Counsel:  N/A

Email Address of Counsel:  N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  17 BK 3283-LTS   SRF 35902

Nature of Claim:  Reclamación de Dinero acumulado al Fondo de Retiro de los Empleados del Gobierno de Puerto Rico

By:  _Loaly Rivera Feliciano_
Signature

Loaly Rivera Feliciano
Print Name

_____
Title (if Participant is not an individual)

9 de octubre de 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Loely Rivera Feliciano
PO Box 533
Salinas, PR 00751

RECEIVED & FILED
2021 OCT 26 PM 2: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

NASHVILLE TN 370
12 OCT 2021 PM 4 L

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name:          Loaly Rivera Feliciano

Participant's Address:       PO Box 533 Salinas, P.R. 00751

Participant's Email Address:  loalyr7@gmail.com

Name of Counsel:             N/A

Address of Counsel:          N/A

Email Address of Counsel:    N/A

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:                140646    SRF 35902

Nature of Claim:             Reclamacion de Dinero acumula to al Fondo de
                             Retiro de los Empleados del Gobierno de Puerto Rico

By:    Loaly Rivera Feliciano
       Signature

       Loaly Rivera Feliciano
       Print Name

       _____
       Title (if Participant is not an individual)

       9 de octubre 2021
       Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Loely Rivera Feliciano
PO Box 533
Salinas, P.R. 00751

RECEIVED & FILED
2021 OCT 26 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's
Office 150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

JACKSONVILLE FL 320
12 OCT 2021 PM 3 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz V. Hernández Cruz_

Participant's Address: _Urb. Las Haciendas 15073 Cuatro Camino Canóvanas P.R. 00729_

Participant's Email Address: _hernandeecruzhe @ gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _137044_

Nature of Claim: _Aportaciones Acumuladas Retiro_

By: _Luz V. Hernández Cruz_
Signature

_Luz V. Hernández Cruz_
Print Name

_____
Title (if Participant is not an individual)

_8-19-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz Y. Hernández Cruz
Urb. Las Haciendas
15073 Cuatro Caminos
Canóvanas P.R. 00729

RECEIVED & FILED
2021 OCT 26 PM 2:5?
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918835555

SAN JUAN PR 009
24 AUG 2021 PM 1 L


FOREVER USA

United States District Court Clerks
Office 150 Ave Carlos Chardón Ste
150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dora M. Torres Vélez_

Participant's Address: _P.O. Box 594 Camuy P.R. 00627_

Participant's Email Address: _doratorresvelez @ g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _Public Employer and Pension/Retire Claim_

By: _Dora M. Torres Vélez_
Signature

_Dora M Torres Vélez_
Print Name

_Individual_
Title (if Participant is not an individual)

_29 - septiembre - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dora M. Torres Velez
P.O. Box 594,
Lancy P.R. 00629

RECEIVED & FILED
2021 OCT 26 PM 2:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
4 OCT 2021 PM 2  L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

0C918-170625



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adamix Perec Sota_

Participant's Address: _HC-02 Box 5842, Lares P.R 00669_

Participant's Email Address: _Ada5298@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Promesc #1_

By: _Adamine Pérez Sota_
Signature

_Adamins Piriz Sota_
Print Name

_____
Title (if Participant is not an individual)

_Oct 19, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adamina Perez Soto
HC-02 Box 5842
Lares, P.R. 00669

United States District Courts Office
150 Ave. Carlos Chardon Sto. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 OCT 26 PM 3: 57





Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Hector M. Santiago Reyes_

Participant's Address: _HC-01 Box 4617, Hatillo P.R. 00659_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _155/99_

Nature of Claim: _ACR case num. 17-bk-3283,_
_ECF num. 12274_

By: _Hector Santiago_
   Signature

_Héctor Santiago_
Print Name

_____
Title (if Participant is not an individual)

_October 19, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED

2021 OCT 26 PM 2: 57

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court's Office
150 Ave. Carlos Chardin Ste. 150
San Juan, P.R. 00918-1767

Hector Santiago Reyes
HC-01 Box 4617
Hatills, P.R. 00659

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  John L. Gimenez Berrios

Participant's Address:  3 Ext. Los Delicias 3750 c/ Antonio Perez Pierret Ponce, P.R. 00728

Participant's Email Address:  mrsjg99@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim:  17 BK 3283-LTS

By:  _[signature]_
Signature

John L. Gimenez Berrios
Print Name

Individual
Title (if Participant is not an individual)

31 - agosto - 2021
Date

*[stamp: RECEIVED & FILED 2021 OCT 26 PM 2:57 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

John L. Giménez Berríos
3 Ext. Los Delicias
3750 c/ Antonio Pérez Pierret
Ponce, P.R. 00728

RECEIVED & FILED
2021 OCT 26 PM 2: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

6 OCT 2021 PM 3 L

MEMPHIS TN 380

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste.150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sonia Medina Medina

Participant's Address: calle D 31 Parc. Matei Bo. Dominguito Arecibo Puerto Rico 00612

Participant's Email Address: medina.sonia.2161@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Sonia Medina Medina*
    Signature

Sonia Medina Medina
Print Name

_____
Title (if Participant is not an individual)

20 Septiembre 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jessica Medina
calle D 31 Parc Matei
Bo. Domingito Arabo
Puerto Rico. 00612

RECEIVED & FILED
2021 OCT 26 PM 2: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

MEMPHIS TN 380
6 OCT 2021 PM 3 L

U.S. District Court Clerk's
office, 150 Ave. Carlos Chardon
Ste. 150. San Juan, P.R.
00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:            _Justo P. Negrón Rivera_

Participant's Address:         _4 EXT. QUINTAS DEFLAMINGO BAYAMÓN, PR 00959-4861_

Participant's Email Address:   _jpnegron57@gmail.com_

Name of Counsel:               _____

Address of Counsel:            _____

Email Address of Counsel:      _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:                  _17 BK 3283-LTS_

Nature of Claim:               _SISTEMA DE RETIRO, AUTORIDAD DE CARRETERAS_

By: _____
    Signature

_Justo P. Negrón Rivera_
Print Name

_PROMESA TITLE III_
Title (if Participant is not an individual)

_8 OCT 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Justo P. Negrón Rivera
4 EXT QUINTAS DE FLAMINGO
BAYAMÓN, PR 00959-4867

RECEIVED & FILED
2021 OCT 26  PM 2: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

UNITED STATES DISTRICT COURT, CLERK OFFICE
150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PR 00918-1767

00918-176825



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Lilliam E. Núñez Rivera_

Participant's Address: _P.O. Box 370256   Cayey, PR  00737_

Participant's Email Address: _lilliam_n@yahoo.es_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _24872_

Nature of Claim: _Retirement claim (Promesa Title III)_

By: _Lilliam E. Núñez Rivera_
    Signature

_Lilliam E. Nunez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_August 15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lilliam Nuñez Rivera
P.O. Box 370256
Cayey, P.R. 00737

NASHVILLE TN 370

12 OCT 2021 PM 5 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 OCT 26 PM 2: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Case:17-03283-LTS   Doc#:18833-1   Filed:10/27/21   Entered:10/27/21 11:23:20   Desc:
Pro se Notices of Participation   Page 54 of 84

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gladys E. Smtova Ferslndz_

Participant's Address: _Cond. Columbia Plaza, 401 Calle Columbia apto. 301_ _San Juan PR 00937_

Participant's Email Address: _None_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _None_

By: _Gladys E. Smtova Fernandz_
Signature

_Gladys E. Santova Fernández_
Print Name

_____
Title (if Participant is not an individual)

_25/8/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Vladys E. Antuna Fernandez
Cond. Colombia Plaza
401, Calle Colombia Apt. 301
San Juan, P.R. 00927-4001

RECEIVED & FILED
2021 OCT 26  PM 2:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.



MEMPHIS TN 380
1 OCT 2021  PM 2  L

United States District Court, Clerk's
Office 150, Ave. Carlos Chardón
Sto. 150
San Juan, P.R. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Santana Rodríguez_

Participant's Address: _HC 1 Box 8538 Loíza PR 00772-9791_

Participant's Email Address: _clsrodri@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _77816_

Nature of Claim: _____

By: _Carmen L. Santana_
Signature

_Carmen L. Santana_
Print Name

_____
Title (if Participant is not an individual)

_1ro oct 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Santana
HC 1 Box 8538
Loiza PR 772-9791

RECEIVED & FILED
2021 OCT 26  PM 2: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office, 150 Ave Chardon
Ste. 150, San Juan PR 918-1767

MEMPHIS TN 380
8 OCT 2021 PM 1 L



USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Santana Rodriguez_

Participant's Address: _Villas del Carmen C.31 Loiza PR 00772_   _Postal- HCI Box 8538 Loiza PR 00772_

Participant's Email Address: _CLSRODRI@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _ _77816_

Nature of Claim: _____

By: _Carmen L. Santana_
Signature

_7 oct 2021 Carmen L. Santana_
Print Name

_____
Title (if Participant is not an individual)

_7 oct 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Santana
He 1 Box 85389
Loiza, PR 00272-9791

RECEIVED & FILED
2021 OCT 26  PM 12: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-70399

MEMPHIS TN 380
8 OCT 2021 PM 1 L

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, PR00 918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramonita Lebrón López_

Participant's Address: _HC-01  Box 25326  Caguas P.R. 00725_

Participant's Email Address: _ramonitalebron15@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa   Title III_

By: _Ramonita Lebrón López_
Signature

_Ramonita Lebrón López_
Print Name

_____
Title (if Participant is not an individual)

_22/Sept/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramonita Lebrón López
#HA-01, Box 35386
Caguas P.R. 00725

RECEIVED & FILED
2021 OCT 26 PM 2: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

To:

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

MEMPHIS TN 380

20 OCT 2021 PM 3 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Felix B. Alicea Figueroa*

Participant's Address: *Box Pollos II HC 65 Buzón 6361 Patillas, P.R. 00723*

Participant's Email Address: *N/A*

Name of Counsel: *none*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *PROMESA TITTLE III*

By: _____
Signature

*Felix B. Alicea Figueroa*
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Felix B. Alicea Figueroa
Box Palos II HC 65 Buzon 6361
Patillas, P.R. 00723

RECEIVED & FILED
2021 OCT 26 PM 2: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
21 OCT 2021 PM 5 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Irma L. González Rivera*

Participant's Address:  *3 Ext. Las Delicias 3750 c/ Antonio Perez Pierret*
*Ponce, P.R. 00728*

Participant's Email Address:  *mrsjg99@yahoo.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _____

Nature of Claim:  *17 BK 3283-LTS*

By:  *Irma* (signature)
Signature

*Irma L. González Rivera*
Print Name

*Individual*
Title (if Participant is not an individual)

*31 - agosto-2001*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Irma L. Gonzalez Rivera
3 Ext Las Delicias
3750 Ave A Perez
Ponce, PR 00728

RECEIVED & FILED

2021 OCT 26 PM 2: 58

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380

6 OCT 2021 PM 1

FOREVER USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Teresita Martinez Garcia*

Participant's Address:  *Urb. Monte Casino Heights c/Rio Inabon Q-41 Toa Alta P.R.*
*P.O. Box 893, Dorado P.R. 00646*

Participant's Email Address:  *teresitamartinez1218@gmail.com*

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *101300*

Nature of Claim:  *Public employee and pension/retiree claim*

By:  *Teresita Martinez Garcia*
   Signature

*Teresita Martinez Garcia*
Print Name

_____
Title (if Participant is not an individual)

*17 Sept. 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Teresita Echevarria
P.O. Box 893 Dorado P.R.
00646

RECEIVED & FILED
2021 OCT 26  PM 2: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091881706 0018

Courts Clerks Office: United States
District Court, Clerks Office,
150 Ave. Carlos Chardon Ste. 150,
San Juan P.R.  00 918 - 1767

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Dalis N. Nieves Martinez_

Participant's Address: _Urb. Gran Vista 1 Calle Valle Sur #33 Gurabo P.R. 00778_

Participant's Email Address: _dalisnieves @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _113172_

Nature of Claim: _Retirement Claim (Promesa Title III)_

By: _____
Signature

_Dalis N. Nieves Martinez_
Print Name

_____
Title (if Participant is not an individual)

_.10-08-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Dalis N. Nieves Martinez
Urb. Gran Vista I
Calle Valle Sur #33
Gurabo, PR. 00778

RECEIVED & FILED
2021 OCT 26 PM 2:5
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

NASHVILLE TN 370

12 OCT 2021   PM 5 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _____ Ramón L. Arriaga Santiago _____

Participant's Address: _____ Urb. Reparto Vaunuano K-13 Calle Acasia Juncos, _____ P.R. 00777

Participant's Email Address: _____ ramondeportes @ yahoo. com _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____ 17 BK 3283 - LTS _____

Nature of Claim: _____ Promesa Title III _____

By: _____
Signature

_____ Ramón Arriaga Santiago _____
Print Name

_____
Title (if Participant is not an individual)

_____ 10/12/ 2021 _____
Date

*RECEIVED & FILED 2021 OCT 26 PM 2:58 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**Ramón L. Arriaga Santiago**
Urb. Reparto Valenciano
K-13 Calle Acasia
Juncos PR 00771

RECEIVED & FILED

2021 OCT 26  PM 2: 5

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

MEMPHIS TN 380

21 OCT 2021 PM 3  L





FOREVER

**Discovery Notice to the Court's Clerk's Office**
Unites States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Orlando Ramos Gonzalez_

Participant's Address: _Po. Box: 2 2 2 Castañer P.R 00631_

Participant's Email Address: _rrolando.748@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _123071_

Nature of Claim: _Retired teacher, from the Puerto Rico Department of Education._

By: _Orlando Ramos Gonzalez_
Signature

_Orlando Ramos Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_10/03/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Orlando Román #inmate
Box 222
Castañer PR 00631

RECEIVED & FILED
2021 OCT 26  PM 2: 58
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court.
Clerk's office, 150 Ave.
Carlos Chardon ste, 150
San Juan P.R. 00918-1767

00918-170625

19 OCT 2021  PM 5  L
MEMPHIS TN 380



USA ★ FOREVER
2021

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Anibal Diaz Burgos

Participant's Address:  HC 02 Box 11721  Humacao, PR 00791

Participant's Email Address:  jgd.4683@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  NUM 17 BK 3283 - LTS

Nature of Claim:  Discovery Claim

By:  _Anibal Diaz Burgos_
Signature

Anibal Diaz Burgos
Print Name

Title (if Participant is not an individual)

2/septiembre/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aníbal Díaz
Hcoo2 Bas 11711
Humcao P.R. 00791

RECEIVED & FILED
2021 OCT 26 PM 2: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

United States District
Clerk Office 150 Ave
Carlos Chardon Ste 150
SAN JUAN P.R 00918-1767



Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    *LOYDA DIAZ MONTAÑEZ*

Participant's Address:    *LOMAS VERDES, JOBOS 3N-3 BAYAMON, PUERTO RICO 00956*

Participant's Email Address:    *loyda.diaz@yahoo.com*

Name of Counsel:    *NONE*

Address of Counsel:    *NONE*

Email Address of Counsel:    *NONE*

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *78360*

Nature of Claim:    SALARY, STEPS BY EXPERIENCE   YEARS WITHOUT INCREASE   TEACHER CAREER

By:    *[signature]*
Signature

*LOYDA DIAZ MONTAÑEZ*
Print Name

_____
Title (if Participant is not an individual)

AUGUST 31, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LOYDA DIAZ MONTAÑEZ
LOMAS VERDES, JOBOS 3N-3
BAYAMON, PUERTO RICO 00956

0091841703 0018

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

2021 OCT 26 PM 2: 59

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Daria Esther Green Negron

Participant's Address: Urb. Jards. de Patillas Buzon 20 Patillas P.R. 00723

Participant's Email Address: dg622651@gmail.Com

Name of Counsel: Departamento de Educación

Address of Counsel: San Juan P.R.

Email Address of Counsel: jjmolina@srm.pr.gov

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: 105705

Nature of Claim: ingresos no devengados me pagaban menos que otros que tenian la misma preparación

By: _Daria Esther Green Negron_
Signature

Daria Esther Green Negron
Print Name

Teacher
Title (if Participant is not an individual)

Oct. 14, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Sra. Daria Green-Negron
Urb Jards De Patillas Buzon 20
Patillas, PR 00723

United States District court
Clerk's office 150 Ave.
Carlos Chardon ste 150 San Juan P.R. 00918-1767

0091881713 C018

MEMPHIS TN 380
21 OCT 2021 PM 3 L



CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

2021 OCT 26 PM 2 59

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda I. Pérez Jusino_

Participant's Address: _Urb. Santa Maria, 20 Loma Linda San German, PR 00683_

Participant's Email Address: _nildaivetteperezjusino@gmail.com_

Name of Counsel: _Commonwealth of Puerto Rico_

Address of Counsel: _Puerto Rico_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:
    _(I do not received the Claim number)_

Claim Number: _____

Nature of Claim: _Win demand by the Governor of P.R. employees._

By: _Nilda I. Pérez Jusino_
    Signature

    _Nilda I. Pérez Jusino_
    Print Name

    _____
    Title (if Participant is not an individual)

    _3 october 2021_
    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Nilda I. Perez Jusino
Urb Santa Maria
201.cma Linda
San German, PR 00683-4674

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 25 AM 9:38

00918-170625

United States District Court
Clerks office,
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
06 OCT 2021 PM 5 L




Case:17-03283-LTS   Doc#:18833-1   Filed:10/27/21   Entered:10/27/21 11:23:20   Desc:
Pro se Notices of Participation   Page 82 of 84

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen A. Torres Montes

Participant's Address: Urb. Villa Interamericana Calle A31 San Germán, P.R. 00683

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: No. 17 BK 3283-LTS

Nature of Claim: I didn't receive the money assigned for P.R. teachers during governing period of Governor Carlos Romero Barceló.

By: Carmen A. Torres Montes
Signature

Carmen A. Torres Montes
Print Name

_____
Title (if Participant is not an individual)

October 1st 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I didn't fill these documents before because I thought it wasn't necessary, but someone told me I must send them.

Carmen A. Torres Montes
Urb. Villa Interamericana
Calle 1 A 31
San Germán, P.R 00683



Courts Clerk's Office
United states District Court
Clerk's Office
150 Ave Carlos Chardón
Ste 150
San Juan, P.R. 00918-1767