UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER DIRECTING UNSEALING OF DRA PARTIES' (I) OBJECTION TO THE SEVENTH
AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH
OF PUERTO RICO, ET AL. AND (II) EXPERT REPORTS IN SUPPORT THEREOF

    On October 21, 2021, the Court issued an order (Docket Entry No. 18633 in Case No. 17-3283, the "Temporary Sealing Order") permitting, for a limited duration, the DRA Parties[2] to file under seal the full, unredacted versions of (i) the Objection and (ii) the Expert Reports. The Temporary Sealing Order permitted any party to file with the Court a short brief justifying the continued sealing of those documents. Following issuance of the Temporary Sealing Order, the DRA Parties filed sealed unredacted versions of the Objection and the Expert Reports (Docket Entry No. 18636, the "Unredacted Documents").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings applicable to them in the Temporary Sealing Order.

Document Page 2 of 2

The Court has received and reviewed the *Response of the Puerto Rico Fiscal Agency and Financial Advisory Authority to Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing [ECF No. 18633]* (Docket Entry No. 18753, the "AAFAF Response"). The deadlines to file responses have expired and no other responses have been filed. The AAFAF Response states that "AAFAF does not object to the DRA Parties' filing the Objection and Expert Reports on the public docket, provided the DRA Parties redact personally identifying information as set forth in Federal Rule of Bankruptcy Procedure 9037 . . . ."

Accordingly, by **October 29, 2021 at 5:00 p.m. (Atlantic Standard Time)**, the DRA Parties are hereby ordered to either (i) file a certification that the Unredacted Documents do not require any additional redactions to comply with Rule 9037(a), or (ii) refile the Unredacted Documents with only the redactions required by Federal Rule of Bankruptcy Procedure 9037(a).

SO ORDERED.

Dated: October 27, 2021

        /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge