## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

### MOTION TO INFORM IN RELATION TO APPLICATIONS FOR ADMISSION *PRO HAC VICE* OF BRETT FALLON AND JACLYN MARASCO

**TO THE HONORABLE COURT:**

**COME NOW,** Brett D. Fallon and Jaclyn C. Marasco, (hereinafter the "Applicants") and respectfully state and request as follows:

1.      On October 26, 2021, the Applicants filed applications for *pro hac vice* admission in the above referenced case and paid the admission fees. Docket Nos. 18754 and 18755.

2.      In the applications, Applicants included their office address: Faegre Drinker Biddle & Reath LLP, with offices at 222 Delaware Ave, Suite 1410, Wilmington, Delaware 19801. However, their phone numbers and e-mail addresses were inadvertently not included.

3.      Therefore, Applicants inform their phone numbers and email addresses:

---

[1]      The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780- LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Brett Fallon: brett.fallon@faegredrinker.com; (+1) 302-467-4224

- Jaclyn Marasco: jaclyn.marasco@faegredrinker.com; (+1) 302-467-4222.

WHEREFORE, Applicants respectfully request to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only and be added to the notifications list.

Dated:  October 27, 2021

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Brett D. Fallon*
Applicant
Brett D. Fallon (Delaware Bar No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 467-4224
Facsimile: (302) 467-4201
Email   Brett.Fallon@faegredrinker.com

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Jaclyn C. Marasco*
Applicant
Jaclyn C. Marasco (Delaware Bar No. 6477)
222 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 467-4222
Facsimile: (302) 467-4201
Email: Jaclyn.Marasco@faegredrinker.com

**DLA PIPER (PUERTO RICO) LLC**

/s/ *Mariana Muñiz Lara* (local counsel)
Mariana Muñiz Lara
PRDC Bar No. 231,706
Calle de la Tanca #500, Suite 401
San Juan, PR  00901-1969
Tel: (787) 945-9106
Fax: (939) 697-6141
mariana.muniz@dlapiper.com

*Counsel to Quest Diagnostics of Puerto Rico, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: October 27, 2021

/s/*Mariana Muñiz Lara*

Mariana Muñiz Lara