# EXHIBIT A
## PARTY APPEARANCE SHEET

| Name of Party | The DRA Parties[1] |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | DRA |
| Confirmation Hearing Participants<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both?<br><br>**Arturo J. García-Solá**<br>ajg@mcvpr.com<br>McConnell Valdés, LLC<br>787-250-5632<br>DRA / García, Arturo / McConnell Valdés, LLC<br>Both<br><br>**Douglas Mintz**<br>douglas.mintz@srz.com<br>Schulte Roth & Zabel LLP<br>202-729-7470<br>Docket Entry: 6976<br>DRA / Mintz, Doug / Schulte Roth & Zabel LLP<br>Both | |

---

[1] The DRA Parties include AmeriNational Community Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "Collateral Monitor"), which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds that the DRA issued pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018, and the approved qualifying modification for the Government Development Bank for Puerto Rico (the "GDB") under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), Dkt. No. 270 of Civil Case No. 18- 01561 (LTS) (Nov. 7, 2018).

| | |
|---|---|
| **Alejandro J. Cepeda-Díaz**<br>ajc@mcvpr.com<br>McConnell Valdés, LLC<br>787-250-5637<br>Docket Entry: 11810<br>DRA / Cepeda, Alejandro / McConnell Valdés, LLC<br>Both<br><br>**Nayuan Zouairabani-Trinidad**<br>nzt@mcvpr.com<br>McConnell Valdés, LLC<br>787-250-5619<br>Docket Entry: 4969<br>DRA / Zouairabani, Nayuan / McConnell Valdés, LLC<br>Both<br><br>**Douglas Koff**<br>douglas.koff@srz.com<br>Schulte Roth & Zabel LLP<br>212-756-2000<br>Docket Entry: 15299<br>DRA / Koff, Doug / Schulte Roth & Zabel LLP<br>Both<br><br>**Taleah Jennings**<br>taleah.jennings@srz.com<br>Schulte Roth & Zabel LLP<br>212-756-2000<br>Docket Entry: 18064<br>DRA / Jennings, Taleah / Schulte Roth & Zabel LLP<br>Both<br><br>**Kristine Manoukian**<br>kristine.manoukian@srz.com<br>Schulte Roth & Zabel LLP<br>212-756-2000<br>Docket Entry: Forthcoming<br>DRA / Manoukian, Kristine / Schulte Roth & Zabel LLP<br>Both<br><br>*(continued)* | |

**Peter Amend**
peter.amend@srz.com
Schulte Roth & Zabel LLP
212-756-2000
Docket Entry: 6976
DRA / Amend, Peter / Schulte Roth & Zabel LLP
Both

**Abbey Walsh**
abbey.walsh@srz.com
Schulte Roth & Zabel LLP
212-756-2000
Docket Entry: 15299
DRA / Walsh, Abbey / Schulte Roth & Zabel LLP
Both

**Noah N. Gillespie**
noah.gillespie@srz.com
Schulte Roth & Zabel LLP
202-729-7470
Docket Entry: 17711
DRA / Gillespie, Noah / Schulte Roth & Zabel LLP
Both

**Elizabeth V. Curran**
elizabeth.curran@srz.com
Schulte Roth & Zabel LLP
212-756-2000
Docket Entry: 18706
DRA / Curran, Liz / Schulte Roth & Zabel LLP
Both

**Thomas Mott**
thomas.mott@srz.com
Schulte Roth & Zabel LLP
212-756-2000
Docket Entry: 18047
DRA / Mott, Tom / Schulte Roth & Zabel LLP
Both

**Carmen Conde Torres**
condecarmen@condelaw.com
C. Conde & Assoc. Law Offices
787-729-2900
DRA / Conde, Carmen / C. Conde & Assoc. Law Offices
Both

| **Luisa Valle Castro**<br>ls.valle@condelaw.com<br>C. Conde & Assoc. Law Offices<br>787-729-2900<br>DRA / Valle, Luisa / C. Conde & Assoc. Law Offices<br>Both | |
|---|---|
| Plan Objection Docket Entry No. | 18590 |
| Witness List Docket Entry No. | 18675 |
| Exhibit List Docket Entry No. | 18675 |
| Other Statement Docket Entry No. | N/A |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |