# EXHIBIT 1

## Jennings, Taleah

**Subject:**                    FW: [EXTERNAL]RE: DRA Parties Rule 30(b)(6) Notice to FOMB - Responses and
Objections

**From:** Dale, Margaret A. <mdale@proskauer.com>
**Sent:** Thursday, October 7, 2021 8:37 PM
**To:** Jennings, Taleah <Taleah.Jennings@srz.com>
**Subject:** Re: [EXTERNAL]RE: DRA Parties Rule 30(b)(6) Notice to FOMB - Responses and Objections

It's a 30b6 so there is no obligation to disclose the name in advance and  We wouldn't want the subpoena to issue in the name of a particular person as  that is not consistent with the rule.
Do you want to talk tomorrow? I can tell you who we are considering. Not going to be Gaurav.

Sent from my iPhone

> On Oct 7, 2021, at 5:44 PM, Jennings, Taleah <Taleah.Jennings@srz.com> wrote:

> **This email originated from outside the Firm.**

> We'd like to enter a stip before we issue the subpoena, so that there's no misunderstandings.  We also want to confirm the name and availability of the witness.

>> On Oct 7, 2021, at 5:30 PM, Dale, Margaret A. <mdale@proskauer.com> wrote:

>> Hello Taleah,
>> ████████████████████████████████████████ We leave tomorrow.

>> We are talking with EY re the best person.  I thought you were going to issue the subpeona for the Rule 30(b)(6) to EY (to Antoinette DeCamp, the in-house lawyer that you guys sent the Malhotra subpoena to, copying me) and as you know the Oversight Board has agreed to adopt the EY testimony as that of the Board.  Can you get the subpoena out tonight?  Same 6 topics and as I explained, there will be an objection to topic 1 b/c we think it is legal in nature and EY intends to make that objection as well and not put up a witness on it.

>> I am talking to Antoinette again tomorrow.  and hope to then have availability, etc.
>> Margaret

>> **Margaret A. Dale**
>> Partner
>> Vice Chair, Litigation Department

>> Proskauer
>> Eleven Times Square
>> New York, NY 10036-8299
>> d 212.969.3315

1

c 917.975.8748
f  212.969.2900
mdale@proskauer.com

**Visit our Commercial Litigation blog:**
**www.mindingyourbusinesslitigation.com**

greenspaces
Please consider the environment before printing this email.

---

**From:** Jennings, Taleah <Taleah.Jennings@srz.com>
**Sent:** Thursday, October 7, 2021 5:11 PM
**To:** Dale, Margaret A. <mdale@proskauer.com>
**Subject:** Re: [EXTERNAL]RE: DRA Parties Rule 30(b)(6) Notice to FOMB - Responses and Objections

**This email originated from outside the Firm.**

---

Margaret - Hope you had a safe flight.  Can you send me the name of the FOMB's 30b6 designee from EY, and his or her availability.  If there's someone else I should contact about this, please let me know.

Thanks,
Taleah

> On Oct 6, 2021, at 7:25 AM, Dale, Margaret A. <mdale@proskauer.com> wrote:
>
> We'll be available.
> Thx.
>
> Sent from my iPad

>> On Oct 5, 2021, at 8:50 PM, Arturo J. Garcia <Ajg@mcvpr.com> wrote:
>>
>> **This email originated from outside the Firm.**
>>
>> ---
>>
>> Dear Margaret,
>>
>> Suffice it to state that we do not agree with the characterization of the facts as set forth in your email below. We can only agree to disagree. I suggest a meet and confer tomorrow after Ms. Jaresko's deposition to comply with the Procedures Order, after which we will proceed to bring the matter to the Court.
>>
>> Thanks,

Arturo

**Arturo J. Garcia     Managing Director**
Ajg@mcvpr.com

T (787) 250-5632     M (787) 396-5368
270 Muñoz Rivera Ave. San Juan, Puerto Rico 00918

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. If you received this communication in error, disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Unintended recipient(s) mail and attachment(s), and notify the sender. The information contained in  his communication and its attachments, including discussion of income or other tax related matter, is limited to the statements specifically set forth herein, and such statements are intended for the sole us not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cann avoiding U.S. federal, Puerto Rico or local tax penalties.

**From:** Dale, Margaret A. <mdale@proskauer.com>
**Sent:** Tuesday, October 5, 2021 8:14 PM
**To:** Arturo J. Garcia <Ajg@mcvpr.com>; Mott, Thomas L. <Thomas.Mott@srz.com>; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Nayuan Zouairabani Trinidad <nzt@mcvpr.com>; Carmen D. Conde Torres <condecarmen@condelaw.com>; Jennings, Taleah <Taleah.Jennings@srz.com>; Lizzie M. Portela Fernández <Lpf@mcvpr.com>; Douglas S. Mintz <douglas.mintz@srz.com>; Douglas Koff <douglas.koff@srz.com>; Abbey Walsh <abbey.walsh@srz.com>; Peter J. Amend <peter.amend@srz.com>
**Cc:** Mungovan, Timothy W. <tmungovan@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Sosa, Javier F. <Jsosa@proskauer.com>; Ovanesian, Michelle M. <MOvanesian@proskauer.com>; Levitan, Jeffrey W. <JLevitan@proskauer.com>; Barak, Ehud <ebarak@proskauer.com>; Rosen, Brian S. <brosen@proskauer.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Alonzo, Julia D. <jalonzo@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Hermann Bauer (Hermann.Bauer@oneillborges.com) <Hermann.Bauer@oneillborges.com>; Carla García-Benítez <Carla.Garcia@oneillborges.com>; Dale, Margaret A. <mdale@proskauer.com>
**Subject:** RE: [EXTERNAL]RE: DRA Parties Rule 30(b)(6) Notice to FOMB - Responses and Objections

Dear Arturo,
The DRA Parties can make whatever choices you decide vis-à-vis Ms. Jaresko's deposition.  Ms. Jaresko is the Executive Director of the Board and is the most knowledgeable person at the Board to answer the

3

topics in the Rule 30(b)(6) notice.  You rejected our suggestion regarding EY and demanded that we produce someone from the Board to answer the topics.  We have done so and in fact responded to your demand in less than 4 hours.   Ms. Jaresko will not be produced again voluntarily so if you choose not to ask her questions on the topics in DRA's Rule 30(b)(6) notice, you do so with knowledge of the Board's position and the risk inherent in that choice.
Thanks.
Margaret


**Margaret A. Dale**
Partner
Vice Chair, Litigation Department

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3315
c 917.975.8748
f  212.969.2900
mdale@proskauer.com

**Visit our Commercial Litigation blog:**
**www.mindingyourbusinesslitigation.com**


greenspaces
Please consider the environment before printing this email.

---

**From:** Arturo J. Garcia <Ajg@mcvpr.com>
**Sent:** Tuesday, October 5, 2021 7:25 PM
**To:** Dale, Margaret A. <mdale@proskauer.com>; Mott, Thomas L. <Thomas.Mott@srz.com>; Alejandro J. Cepeda Diaz <Ajc@mcvpr.com>; Nayuan Zouairabani <nzt@mcvpr.com>; Carmen D. Conde Torres <condecarmen@condelaw.com>; Jennings, Taleah <Taleah.Jennings@srz.com>; Lizzie M. Portela Fernández <Lpf@mcvpr.com>; Douglas S. Mintz <douglas.mintz@srz.com>; Douglas Koff <douglas.koff@srz.com>; Abbey Walsh <abbey.walsh@srz.com>; Peter J. Amend <peter.amend@srz.com>
**Cc:** Mungovan, Timothy W. <tmungovan@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Sosa, Javier F. <Jsosa@proskauer.com>; Ovanesian, Michelle M. <MOvanesian@proskauer.com>; Levitan, Jeffrey W. <JLevitan@proskauer.com>; Barak, Ehud <ebarak@proskauer.com>; Rosen, Brian S. <brosen@proskauer.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Alonzo, Julia D.

4

<jalonzo@proskauer.com>; Rappaport, Lary Alan
<LRappaport@proskauer.com>; Triggs, Matthew
<MTriggs@proskauer.com>; Firestein, Michael A.
<MFirestein@proskauer.com>; Hermann Bauer
(Hermann.Bauer@oneillborges.com)
<Hermann.Bauer@oneillborges.com>; Carla García-
Benítez <Carla.Garcia@oneillborges.com>
**Subject:** RE: [EXTERNAL]RE: DRA Parties Rule 30(b)(6)
Notice to FOMB - Responses and Objections

*This email originated from outside the Firm.*

---

Dear Margaret,

Thank you for your response. Please be advised
that the DRA Parties will proceed to take Ms.
Jaresko's deposition only as to the topics disclosed
in the Debtors' Amended List of Witnesses, Dkt.
18094, as set forth in her Notice of Deposition, and
agreed and jointly informed to the Court on October
1, 2021 (Dkt. 18401). As you know, I had a number
of conversations with Michael Firestein and you last
Friday afternoon on the Jaresko Deposition, and
the Joint Informative Motion reflected our
agreement on the same. Due respect, the FOMB's
belated designation of Ms. Jaresko as its Rule
30(b)(6) witness and presumption that the
deposition be taken less than 24 hours later is
simply unacceptable. Therefore, please provide
another date for the Rule 30(b)(6) deposition of Ms.
Jaresko as tomorrow the deposition will be only
with respect to the topics included in the Notice of
Deposition.

Thanks,

Arturo



**Arturo J. Garcia**          **Managing Director**

Ajg@mcvpr.com

T (787) 250-5632   M (787) 396-5368
270 Muñoz Rivera Ave. San Juan, Puerto Rico 00918

This e-mail and its attachment(s) may be privileged, confidential, and protected from disclosure. If you received this communication in error,
disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Unintended recipient(s)
mail and attachment(s), and notify the sender. The information contained in  his communication and its attachments, including discussion of
income or other tax related matter, is limited to the statements specifically set forth herein, and such statements are intended for the sole us
not intended to be relied upon by any other person. The discussion of tax related matters was not intended or written to be used, and it cann
avoiding U.S. federal, Puerto Rico or local tax penalties.

**From:** Dale, Margaret A. <mdale@proskauer.com>
**Sent:** Tuesday, October 5, 2021 2:22 PM
**To:** Mott, Thomas L. <Thomas.Mott@srz.com>; Arturo J.
Garcia <Ajg@mcvpr.com>; Alejandro J. Cepeda Diaz
<Ajc@mcvpr.com>; Nayuan Zouairabani Trinidad

<nzt@mcvpr.com>; Carmen D. Conde Torres
<condecarmen@condelaw.com>; Jennings, Taleah
<Taleah.Jennings@srz.com>; Lizzie M. Portela
Fernández <Lpf@mcvpr.com>; Douglas S. Mintz
<douglas.mintz@srz.com>; Douglas Koff
<douglas.koff@srz.com>; Abbey Walsh
<abbey.walsh@srz.com>; Peter J. Amend
<peter.amend@srz.com>
**Cc:** Mungovan, Timothy W.
<tmungovan@proskauer.com>; Mervis, Michael T.
<MMervis@proskauer.com>; Stafford, Laura
<lstafford@proskauer.com>; Sosa, Javier F.
<Jsosa@proskauer.com>; Ovanesian, Michelle M.
<MOvanesian@proskauer.com>; Levitan, Jeffrey W.
<JLevitan@proskauer.com>; Barak, Ehud
<ebarak@proskauer.com>; Rosen, Brian S.
<brosen@proskauer.com>; Possinger, Paul V.
<ppossinger@proskauer.com>; Alonzo, Julia D.
<jalonzo@proskauer.com>; Rappaport, Lary Alan
<LRappaport@proskauer.com>; Triggs, Matthew
<MTriggs@proskauer.com>; Firestein, Michael A.
<MFirestein@proskauer.com>; Hermann Bauer
(Hermann.Bauer@oneillborges.com)
<Hermann.Bauer@oneillborges.com>; Carla García-
Benítez <Carla.Garcia@oneillborges.com>; Dale,
Margaret A. <mdale@proskauer.com>
**Subject:** [EXTERNAL]RE: DRA Parties Rule 30(b)(6)
Notice to FOMB - Responses and Objections

Dear Tom,
Thanks for getting back to us.

Regarding the Rule 30(b)(6) notice to the Oversight
Board, given the DRA Parties' position and to avoid a
further dispute and the time, effort and expense that
would be wasted, Ms. Jaresko will be the Board's
designee for Topics 2-6 and will answer on those topics
at her deposition tomorrow.  We withdraw our
objection to Topics 5 and 6.  We stand on our objection
to  Topic 1.  We are available tonight at 6:30 pm or later
if you'd like to meet and confer regarding Topic 1.

We will get back to you regarding Mr. Herriman.
Thanks.
Margaret


**Margaret A. Dale**
Partner
Vice Chair, Litigation Department

Proskauer
Eleven Times Square

6

New York, NY 10036-8299
d 212.969.3315
c 917.975.8748
f  212.969.2900
mdale@proskauer.com

**Visit our Commercial Litigation blog:**
**www.mindingyourbusinesslitigation.com**

greenspaces
Please consider the environment before printing this email.

---

**From:** Mott, Thomas L. <Thomas.Mott@srz.com>
**Sent:** Tuesday, October 5, 2021 10:54 AM
**To:** Dale, Margaret A. <mdale@proskauer.com>; Arturo J. Garcia-Sota <ajg@mcvpr.com>; 'Alejandro J. Cepeda Diaz' <Ajc@mcvpr.com>; Nayuan Zouairabani <nzt@mcvpr.com>; Carmen D. Conde Torres <condecarmen@condelaw.com>; Jennings, Taleah <Taleah.Jennings@srz.com>; Lizzie M. Portela Fernández <Lpf@mcvpr.com>; Douglas S. Mintz <douglas.mintz@srz.com>; Douglas Koff <douglas.koff@srz.com>; Abbey Walsh <abbey.walsh@srz.com>; Peter J. Amend <peter.amend@srz.com>
**Cc:** Mungovan, Timothy W. <tmungovan@proskauer.com>; Mervis, Michael T. <MMervis@proskauer.com>; Stafford, Laura <lstafford@proskauer.com>; Sosa, Javier F. <Jsosa@proskauer.com>; Ovanesian, Michelle M. <MOvanesian@proskauer.com>; Levitan, Jeffrey W. <JLevitan@proskauer.com>; Barak, Ehud <ebarak@proskauer.com>; Rosen, Brian S. <brosen@proskauer.com>; Possinger, Paul V. <ppossinger@proskauer.com>; Alonzo, Julia D. <jalonzo@proskauer.com>; Rappaport, Lary Alan <LRappaport@proskauer.com>; Triggs, Matthew <MTriggs@proskauer.com>; Firestein, Michael A. <MFirestein@proskauer.com>; Hermann Bauer (Hermann.Bauer@oneillborges.com) <Hermann.Bauer@oneillborges.com>; Carla García-Benítez <Carla.Garcia@oneillborges.com>
**Subject:** RE: DRA Parties Rule 30(b)(6) Notice to FOMB - Responses and Objections

**This email originated from outside the Firm.**

---

Margaret, Laura –

Following up on our discussion yesterday concerning Mr. Herriman and the Rule 30(b)(6) issue:

***Mr. Herriman***

We have considered your position with respect to Mr. Herriman, but would need to understand a bit more about his expected testimony before deciding to withdraw his deposition notice.  We therefore request a written description of what you expect him to proffer during the proceedings.

Additionally, please let us know when we can expect an answer to our request for the identification of a witness with knowledge concerning the ~$6.2 billion figure for CW/HTA Claims set forth in Section 2.2(a) of the Plan.

***Rule 30(b)(6) of FOMB***

Pursuant to Rule 30(b)(6), we request a meet and confer on the topics in the notice.  We can discuss the subpoena issue further on that call, and want to do our best to cooperate pragmatically.  However, currently we do not think a subpoena directed at EY to elicit 30(b)(6) testimony on behalf of the FOMB would be appropriate.  The DRA Parties served a Rule 30(b)(6) notice to the FOMB and the onus is on the FOMB to designate the person(s) that will testify on its behalf.  A proper Rule 30(b)(6) designee must "consent to testify on [FOMB's] behalf," and a subpoena would therefore run counter to the rule.

We are available to discuss today after 4:30pm ET.

Thanks,
Tom

**Thomas L. Mott**
Associate
212.756.2049

Schulte Roth & Zabel LLP
www.srz.com

---

**From:** Dale, Margaret A. <mdale@proskauer.com>
**Sent:** Sunday, October 3, 2021 8:49 PM
**To:** Arturo J. Garcia-Sota <ajg@mcvpr.com>; 'Alejandro J. Cepeda Diaz' <Ajc@mcvpr.com>; Nayuan Zouairabani <nzt@mcvpr.com>; Carmen D. Conde Torres <condecarmen@condelaw.com>; Mintz, Doug <Douglas.Mintz@srz.com>; Koff, Douglas <Douglas.Koff@srz.com>; Walsh, Abbey <Abbey.Walsh@srz.com>; Amend, Peter <Peter.Amend@srz.com>; Mott, Thomas L. <Thomas.Mott@srz.com>
**Cc:** Mungovan, Timothy W. <tmungovan@proskauer.com>; Mervis, Michael T.

8

<MMervis@proskauer.com>; Stafford, Laura
<lstafford@proskauer.com>; Sosa, Javier F.
<Jsosa@proskauer.com>; Ovanesian, Michelle M.
<MOvanesian@proskauer.com>; Levitan, Jeffrey W.
<JLevitan@proskauer.com>; Barak, Ehud
<ebarak@proskauer.com>; Rosen, Brian S.
<brosen@proskauer.com>; Possinger, Paul V.
<ppossinger@proskauer.com>; Alonzo, Julia D.
<jalonzo@proskauer.com>; Rappaport, Lary Alan
<LRappaport@proskauer.com>; Triggs, Matthew
<MTriggs@proskauer.com>; Firestein, Michael A.
<MFirestein@proskauer.com>; Hermann Bauer
(Hermann.Bauer@oneillborges.com)
<Hermann.Bauer@oneillborges.com>; Carla García-
Benítez <Carla.Garcia@oneillborges.com>
**Subject:** DRA Parties Rule 30(b)(6) Notice to FOMB -
Responses and Objections

**-CAUTION: EXTERNAL EMAIL from**
**mdale@proskauer.com**
**Do not click any links or open any attachments**
**unless you are expecting the email and know the**
**content is safe.**

Good evening Counsel,
Regarding the Rule 30(b)(6) notice served by the DRA
Parties on the Oversight Board, attached for service are
responses and objections thereto.
Because EY is best situated to respond to the topics for
which the Oversight Board is willing to designate a
witness, we'd ask the DRA Parties to serve a subpoena
on EY for the topics, and the Oversight Board will be
bound by the testimony provided by EY on the topics.
We are available to discuss this tomorrow.
Thanks.
Margaret

**Margaret A. Dale**
Partner
Vice Chair, Litigation Department

Proskauer
Eleven Times Square
New York, NY 10036-8299
d 212.969.3315
c 917.975.8748
f  212.969.2900
mdale@proskauer.com

**Visit our Commercial Litigation blog:**
**www.mindingyourbusinesslitigation.com**

greenspaces
Please consider the environment before printing this email.



*****************************************
*****************************************
*****************************************
**********************

This message and its attachments are sent from a
law firm and may contain information that is
confidential and protected by privilege from
disclosure.
If you are not the intended recipient, you are
prohibited from printing, copying, forwarding or
saving them.
Please delete the message and attachments without
printing, copying, forwarding or saving them, and
notify the sender immediately.
*****************************************
*****************************************
*****************************************
**********************

--------------------------------------------------------------
------------------------------------------------------------
NOTICE This e-mail message is intended only for
the named recipient(s) above. It may contain
confidential information that is privileged or that
constitutes attorney work product. If you are not the
intended recipient, you are hereby notified that any
dissemination, distribution or copying of this e-mail
and any attachment(s) is strictly prohibited. If you
have received this e-mail in error, please
immediately notify the sender by replying to this e-
mail and delete the message and any attachment(s)
from your system. Thank you.

----------------------------------------------------------------------------------------------------
----------------------- NOTICE This e-mail message is intended only for the named
recipient(s) above. It may contain confidential information that is privileged or
that constitutes attorney work product. If you are not the intended recipient, you
are hereby notified that any dissemination, distribution or copying of this e-mail
and any attachment(s) is strictly prohibited. If you have received this e-mail in
error, please immediately notify the sender by replying to this e-mail and delete
the message and any attachment(s) from your system. Thank you.

--------------------------------------------------------------------------------------------------------
----- NOTICE This e-mail message is intended only for the named recipient(s) above. It may
contain confidential information that is privileged or that constitutes attorney work product. If
you are not the intended recipient, you are hereby notified that any dissemination, distribution or
copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-
mail in error, please immediately notify the sender by replying to this e-mail and delete the
message and any attachment(s) from your system. Thank you.