# EXHIBIT 2

Page 1

1          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF PUERTO RICO
2
                   PROMESA TITLE III
3                CASE NO. 17 BK 3283-LTS
4
   In re:                              )
5                                      )
   THE FINANCIAL OVERSIGHT             )
6  AND MANAGEMENT BOARD FOR            )
   PUERTO RICO,                        )
7                                      )
        as representative of           )
8                                      )
   THE COMMONWEALTH OF PUERTO RICO,    )
9  THE EMPLOYEES RETIREMENT SYSTEM OF  )
   THE GOVERNMENT OF THE COMMONWEALTH  )
10 OF PUERTO RICO, AND THE PUERTO      )
   RICO PUBLIC BUILDINGS AUTHORITY,    )
11                                     )
             Debtors.                  )
12
13
            REMOTE VIDEO-RECORDED DEPOSITION
14
                         OF
15
                 ADAM W. CHEPENIK
16
                   on behalf of
17
                 ERNST & YOUNG LLP
18
19      The 30(b)(6) remote video-recorded deposition
   upon oral examination of ADAM W. CHEPENIK, on
20 behalf of Ernst & Young LLP, a witness remotely
   sworn by me, Tara Gandel Hudson, RPR, CRR, a Notary
21 Public in and for the County of Hancock, State of
   Indiana, taken on behalf of the AmeriNational
22 Community Services, LLC, as servicer for the GDB
   Debt Recovery Authority, with the witness located
23 in Washington, D.C., on the 20th day of October,
   2021, scheduled to commence at 9:30 a.m. AST,
24 pursuant to the Federal Rules of Civil Procedure
   with written notice as to the time and place
25 thereof.

```
                                                     Page 2

 1                    APPEARANCES
                 (All appearing remotely.)
 2
     For the Cantor-Katz Collateral Monitor, LLC, as
 3   Collateral Monitor for GDB Debt Recovery Authority:
 4           Douglas S. Mintz
             SCHULTE ROTH & ZABEL LLP
 5           901 Fifteenth Street, NW
             Suite 800
 6           Washington, DC  20005
             202.729.7470
 7           douglas.mintz@srz.com
 8           Douglas I. Koff
             Thomas L. Mott
 9           Taleah E. Jennings
             SCHULTE ROTH & ZABEL LLP
10           919 Third Avenue
             New York, NY  10022
11           212.756.2000
             douglas.koff@srz.com
12           thomas.mott@srz.com
             taleah.jennings@srz.com
13
14
     For the Financial Oversight and Management Board as
15   Representative for Debtors:
16           Jeffrey Levitan
             Michael T. Mervis
17           Julia D. Alonzo
             Margaret A. Dale
18           Chantel L. Febus
             PROSKAUER ROSE LLP
19           Eleven Times Square
             New York, NY  10036
20           212.969.3000
             jlevitan@proskauer.com
21           mmervis@proskauer.com
             jalonzo@proskauer.com
22           mdale@proskauer.com
             cfebus@proskauer.com
23
24
25
```

Page 3

1                   APPEARANCES
                    (continued)
2               (All appearing remotely.)
3    For the Financial Oversight and Management Board as
     Representative for Debtors:
4
5            Michael A. Firestein
             PROSKAUER ROSE LLP
6            2029 Century Park East
             Suite 2400
7            Los Angeles, CA  90067-3010
             310.557.2900
8            mfirestein@proskauer.com
9            Laura Stafford
             PROSKAUER ROSE LLP
10           One International Place
             Boston, MA  02110-2600
11           617.526.9600
             lstafford@proskauer.com
12
13           Gabriel A. Miranda-Rivera
             O'NEILL & BORGES LLC
14           250 Munoz Rivera Avenue
             Suite 800
15           San Juan, PR  00918-1813
             878.764.8181
16           gabriel.miranda@oneillborges.com
17
     For Ambac Assurance Corporation:
18
             Jonathan Ohring
19           Atara Miller
             MILBANK LLP
20           55 Hudson Yards
             New York, NY  10001-2163
21           212.530.5000
             johring@milbank.com
22           amiller@milbank.com
23
24
25

Page 4

```
 1                    APPEARANCES
                     (continued)
 2              (All appearing remotely.)
 3    For the Financial Guaranty Insurance Company (FGIC):
 4              Adam M. Langley
                BUTLER SNOW LLP
 5              6075 Poplar Avenue
                Suite 500
 6              Memphis, TN  38119
                901.680.7200
 7              adam.langley@butlersnow.com
 8
 9    For National Public Finance Guarantee Corporation:
10              Robert S. Berezin
                Lauren Fairman
11              WEIL GOTSHAL & MANGES LLP
                767 Fifth Avenue
12              New York, NY  10153-0119
                robert.berezin@weil.com
13              lauren.fairman@weil.com
14              Kirsten Erichsen
                WEIL GOTSHAL & MANGES LLP
15              110 Fetter Lane
                London, EC4A1AY, UK
16              44.20.7903.1000
                kirsten.erichsen@weil.com
17
18              Eric Perez-Ochoa
                ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC
19              268 Munoz Rivera Avenue
                Suite 1400
20              San Juan, PR  00918
                787.657.9000
21              epo@amgprlaw.com
22
23
24
25
```

Page 5

```
 1                    APPEARANCES
                      (continued)
 2               (All appearing remotely.)
 3   For Assured Guaranty Corp. and Assured Guaranty
     Municipal Corp.:
 4
                 William J. Natbony
 5               Casey John Servais
                 Thomas Curtin
 6               CADWALADER WICKERSHAM & TAFT LLP
                 200 Liberty Street
 7               New York, NY  10281
                 212.504.6000
 8               bill.natbony@cwt.com
                 casey.servais@cwt.com
 9               thomas.curtin@cwt.com
10   For the QTCB Noteholder Group:
11               David L. Lawton
                 MORGAN LEWIS & BOCKIUS LLP
12               One State Street
                 Hartford, CT  06103-3178
13               860.240.2700
                 david.lawton@morganlewis.com
14
15   For the Puerto Rico Fiscal Agency and Financial
     Advisory Authority:
16
                 Peter Friedman
17               O'MELVENY & MYERS LLP
                 1625 Eye Street NW
18               Washington, DC  20006
                 202.383.5300
19               pfriedman@omm.com
20               Elizabeth L. McKeen
                 O'MELVENY & MYERS LLP
21               610 Newport Center Drive
                 17th Floor
22               Newport Beach, CA  92660
                 949.823.6900
23               emckeen@omm.com
24
25
```

Page 6

```
 1                     APPEARANCES
                       (continued)
 2               (All appearing remotely.)
 3   For the Puerto Rico Fiscal Agency and Financial
     Advisory Authority:
 4
 5           Mohammad Saleh Yassin
             O'MELVENY & MYERS LLP
 6           7 Times Square
             New York, NY  10036
 7           212.728.5971
             msyassin@omm.com
 8
 9   For AmeriNational Community Services, LLC
     as servicer for the GDB Debt Recovery Authority
10
             Arturo J. Garcia-Sola
11           Alejandro J. Cepeda-Diaz
             Nayuan Zouairabani-Trinidad
12           McCONNELL VALDES LLC
             270 Munoz Rivera Avenue
13           Suite 7
             Hato Rey, PR  00918
14           787.759.9292
             ajg@mcvpr.com
15           ajc@mcvpr.com
             nzt@mcvpr.com
16
17   For the Ad Hoc Group of Constitutional Shareholders:
18           Andrew Kissner
             Katherine E. Richardson
19           MORRISON & FOERSTER LLP
             250 West 55th Street
20           New York, NY  10019-9601
             212.468.8000
21           akissner@mofo.com
             krichardson@mofo.com
22
23
24
25
```

Page 7

```
 1              APPEARANCES
                (continued)
 2          (All appearing remotely.)
 3   For the Puerto Rico Fiscal Agency and Financial
     Advisory Authority:
 4
 5   For the witness, Adam W. Chepenik:
 6            Antoinette DeCamp
              ERNST & YOUNG
 7            Associate General Counsel
              Washington, D.C.
 8
 9   OBSERVERS:
10            347.405.0459
              787.756.9000
11
12   ALSO PRESENT:
13            Matthew G. Pinos, Law Clerk, SRZ
              Paul Baker, Technician
14            Justin Bond, Videographer
              Karen Patterson, Veritext
15            Manny Valenciano, Veritext
16
17
18
19
20
21
22
23
24
25
```

Page 8

1
2
                    INDEX OF EXAMINATION
3                                                        PAGE
4   DIRECT EXAMINATION .............................9
        Questions by Arturo J. Garcia
5   CROSS-EXAMINATION ............................196
        Questions by Taleah E. Jennings
6
7
8
9
10                    INDEX OF EXHIBITS
                                                       PAGE
11   Deposition Exhibit:
12   Exhibit 1 - Subpoena to Testify at a ..........21
                  Deposition in a Civil Action
13
     Exhibit 2 - LinkedIn profile; Adam Chepenik ....50
14
     Exhibit 3 - (H.B. 1276) (No. 30-2013) ..........79
15                (Approved June 25, 2013), An Act
16   Exhibit 4 - (H.B. 1277) (No. 31-2013) ..........86
                  (Approved June 25, 2013), An Act
17
     Exhibit 5 - Restoring Growth and Prosperity, ...96
18                2021 Fiscal Plan for Puerto Rico
19   Exhibit 6 - Fiscal Plan for the Puerto Rico ...107
                  Highways & Transportation Authority
20                (HTA), FY2022-FY2051
21   Exhibit 7 - Declaration of Adam Chepenik in ...173
                  Respect of Commonwealth Motion for
22                Partial Summary Judgment
23
24
25

Page 9

1    (9:30 a.m.)

2         THE VIDEOGRAPHER:  Good morning.  Today is

3         October 20, 2021.  We're on the record at

4         9:30 a.m.  Today we'll take a videotape

5         deposition in Case Number 17 BK 3283-LTS.  This

6         deposition is being held remotely.

7         Would you please swear the witness.

8              ADAM W. CHEPENIK,

9    having been first remotely sworn to tell the truth,

10   the whole truth and nothing but the truth relating

11   to said matter, was examined and testified as

12   follows:

13   DIRECT EXAMINATION,

14   QUESTIONS BY ARTURO J. GARCIA:

15   Q   So here we go.

16        First of all, good morning to all.  And

17        welcome to the deposition of Adam Chepenik.

18        Am I pronouncing your name correctly?

19   A   You are.

20   Q   Okay.  Thank you.  From Ernst & Young.  EY,

21        as -- pursuant to an AmeriNational Community

22        Services, LLC, subpoena to testify at a

23        deposition in a civil action.

24        For the record, my name is Arturo

25        Garcia-Sola, McConnell Valdes LLC, appearing on

1        behalf of AmeriNational Community Services, LLC,

2        as a servicer for the GDB Debt Recovery

3        Authority, the DRA, together with my colleagues

4        from MCV, Alejandro Cepeda, Antonio Ramirez,

5        Nayuan Zouairaban.

6            Also participating will be one or more

7        attorneys from Cantor-Katz representing

8        Cantor-Katz Collateral Monitor LLC.  For

9        Wilmington Trust of the firm of Schulte Roth &

10       Zabel.

11           I confirm the standard stipulations for the

12       deposition with counsel for EY and also for the

13       FOMB.  Regarding the usual objections,

14       everything will be reserved until the hearing

15       except as to form and privilege.

16           And also, I note for the record that

17       objections by one party will be deemed as

18       objections by all the parties.

19           I remind everybody, if I have to remind

20       anyone, that the proceeding today is being

21       remote -- is a remote proceeding; so just allow

22       me to recognize that for the record.

23           Because we are proceeding remotely and

24       everybody is in a different place and room -- I

25       hope that everyone is keeping safe, by the way,

1    on the COVID-19 situation -- I also hope that we

2    can all be cognizant there's technical

3    difficulties, and so I am hoping that we try to

4    avoid speaking over each other and also that we

5    treat each other with professional courtesy so

6    that we can move as expeditiously as reasonably

7    possible.

8        As to the exhibits, we will be using

9    Veritex Egnyte platform, and my colleague

10   Alejandro Cepeda will be marking and publishing

11   any document that is used as an exhibit

12   throughout the deposition.  That is because I'm

13   absolutely and totally incapable of managing the

14   technical aspects of the Egnyte program so that

15   everyone participating can have access to the

16   exhibits and review the same.

17       Also, the witness and the witness's

18   attorney will be able to manage the document by

19   scrolling up or down and magnify the object so

20   that you can take a look at the document.

21       So we are proceeding to take the deposition

22   of Ernst & Young through the testimony of

23   Mr. Adam Chepenik pursuant to the agreements

24   between the DRA parties and the FOMB, which have

25   been approved and adopted by the Court and are

Page 12

```
 1        memorialized in a Court Order dated October 18,
 2        2021 -- that's Docket Number 18532 -- and EY's
 3        acknowledgment that it will be presenting a
 4        witness today, i.e., Mr. Chepenik.
 5             So good morning to the witness, and thank
 6        you for your appearance here today.
 7             Can you please state your full name for the
 8        record.
 9   A    Adam Chepenik.
10   Q    Have you ever been deposed before?
11   A    I have not.
12   Q    Have you ever given testimony before at any
13        trial or any hearing?
14   A    Do you mean oral testimony or written?
15   Q    Let's start with oral testimony.
16   A    No, sir.
17   Q    Have you ever presented written testimony to a
18        court?
19   A    I filed a written declaration in connection with
20        one of the many Puerto Rico cases.
21   Q    Which was that Puerto Rico case?
22   A    I do not recall which specific case it pertained
23        to.
24   Q    Was that one of the PROMESA cases?
25   A    Yes.  Yes, sir.
```

1   Q   And do you recall whether that would be the main

2       Commonwealth proceeding?

3   A   I believe so, yes.

4   Q   So when did you submit a declaration for that

5       proceeding?

6   A   I do not recall specifically, but to the best of

7       my recollection, it was about a year or two ago.

8   Q   All right.  So it was not recent?

9   A   No, sir.

10  Q   So that declaration, if I may ask, would not

11      have been related to the plan confirmation

12      proceedings that are due to start November 8?

13  A   That's --

14          MR. MERVIS:  Sorry.  I just need to break

15      in here for a minute.

16          So Arturo, this is a request to the

17      witness, but I just want to make sure we're all

18      on the same page.

19          That the agreement that you referenced

20      earlier, which has been docketed, as I

21      understand, it prohibits me as representative of

22      the board from objecting to the form of a

23      question unless Ms. DeCamp doesn't.

24          So the logistical problem with that is if

25      the witness is answering your question fairly

Page 14

1      quickly, I won't be able to know whether
2      Ms. DeCamp is going to object or not.  I
3      actually would have objected to the last
4      question on the form basis.
5           So I would ask the witness to just please
6      pause for, say, five seconds or so before
7      answering the question so that I have the
8      opportunity to do so if Ms. DeCamp doesn't.
9           Is that okay, Arturo?
10          MR. GARCIA:  It's okay with me.
11          MR. MERVIS:  Thank you.
12          MR. GARCIA:  I'll allow you that courtesy.
13          MR. MERVIS:  Well, I don't know any other
14     way to do it, Arturo.
15          MR. GARCIA:  It's okay.  Don't worry.
16          MR. MERVIS:  I'll object with a normal
17     proceeding so --
18          MR. GARCIA:  That's okay, Michael.  All
19     right.
20   BY MR. GARCIA:
21   Q   So can I have the testimony read back, please.
22          (The requested text was read by the
23     reporter.)
24          MR. MERVIS:  So I object to the form.
25

Page 15

1  BY MR. GARCIA:

2  Q    You can answer.

3  A    I believe that to be correct.

4  Q    Do you recall in general terms what the subject
5       of that declaration was?

6  A    I recall it was related to various Commonwealth
7       laws as it pertains to PROMESA and either their
8       applicability or their revenues associated with
9       those laws.

10 Q    Okay.  You say, first, various -- "it had to do
11      with various Commonwealth laws."

12          What laws are you referring to,
13      Mr. Chepenik?

14 A    The declaration was filed, like I mentioned
15      earlier, one to two years ago, and so I do not
16      recall -- it was not one of the documents I
17      reviewed in preparation for this deposition
18      because it was not one of the topics that was
19      requested and subpoenaed to EY to respond to.

20 Q    Do you recall any laws that were part of that
21      declaration or any law in particular?

22 A    I do not recall the contents of the declaration
23      in detail because it was not part of the -- one
24      of the -- it was not pertinent to the questions
25      that were subpoenaed for EY to respond to so --

Page 16

1   Q   I understand.

2           Do you recall if Act Number 30 of 2013 was

3       included in that in any way?

4           MS. DeCAMP:  Objection.  Asked and

5       answered.

6           MR. GARCIA:  I'm just asking specific laws,

7       Antoinette.

8           MS. DeCAMP:  I understand.  I understand.

9   A   Should I answer?

10          MS. DeCAMP:  You can answer.

11  BY MR. GARCIA:

12  Q   Yes, answer.

13  A   I do not recall.

14  Q   What about Act Number 31 of 2013?

15          MS. DeCAMP:  Objection.  Asked and

16      answered.

17          You can answer.

18  A   I do not recall.

19  BY MR. GARCIA:

20  Q   What about any Commonwealth law dealing with

21      excise taxes?

22          MS. DeCAMP:  Objection.  Asked and

23      answered.

24          You can answer.

25  A   I do not recall.

Page 17

BY MR. GARCIA:

1

2    Q    In addition to the hearing at which you

3         submitted a declaration for, have you ever had

4         any participation in any hearing outside of

5         PROMESA -- entirely outside of PROMESA in any

6         capacity?

7    A    I'm sorry.  You need to be more specific.  I

8         don't --

9    Q    Okay, I will.

10             Outside of PROMESA, have you ever testified

11        in any other hearing?

12   A    No, sir.

13   Q    So it's safe to say that the only time that you

14        participated in a hearing was through the

15        declaration you recall you submitted about a

16        year and a half ago?

17   A    If by "participation" you mean as a witness?

18   Q    Well, in any capacity.

19   A    Again, sir, I apologize for asking you to be

20        specific but I've been working in the

21        restructuring space for many years; so if you

22        mean --

23             I understand what you're implying is as a

24        witness to either written or oral form, and if

25        that is the case, to the best of my

Page 18

 1        recollection, this is the only time.  Correct.

 2    Q   Okay.  Good.

 3            Now you understand that you're testifying

 4        under oath here today; correct?

 5    A   I do.

 6    Q   Is there anything that would prevent you from

 7        doing so like, for instance, you're taking any

 8        medication that may inhibit your recollection

 9        or, you know, affect your testimony?

10    A   Not that I can -- not that I can think of that

11        would --

12    Q   Okay.  So just a little bit about the logistics

13        for the deposition before we start with the

14        questioning.

15            I'll be asking you some questions about the

16        topics that have been previously identified in

17        the subpoena.  Please try to answer all

18        questions verbally so the court reporter can

19        record your answer in the transcript of the

20        deposition, notwithstanding that we are

21        proceeding through video.

22            Also, please allow me to finish my question

23        before you give your answer, just as I will try

24        to wait until you finish your answer to my

25        questions before proceeding to another question.

1       This is necessary to allow the reporter to

2     transcribe accurately the record of the

3     proceedings today.

4       If at any time you do not understand any

5     one of my questions, please let me know, and I

6     will try to rephrase the question so that you

7     can understand it.

8       I'm not here to trick you.  I want an

9     accurate record of both my questions and your

10    responses to the question.  So again, if you

11    don't understand, please let me know, and I will

12    try to rephrase.

13      Now, you may hear objections, as you

14    already have, before you give your answer.

15    Please note that despite the objections, you are

16    required to answer the questions, unless you are

17    to be instructed by counsel not to answer a

18    particular question.

19      Do you understand?

20  A   I understand.

21  Q   So also, should you need a break at any point in

22    time, please let me know, and I will make sure

23    that we get the break.  Just try not to make --

24    to ask for a break in the middle of a question

25    or in the middle of a particular topic.  But if

Page 20

1      you need a break, just let me know, and we'll

2      break.

3           Sometimes it will be me who needs the

4      break, by the way, not just you so we understand

5      each other.

6    A  Understood.

7           Before we proceed, though, I do want to ask

8      if we should take a very brief break now only

9      because I tried to launch the Exhibit Share --

10   Q  Okay.

11   A  -- web browser, and it's saying I do not have an

12     account.  So I don't know if we should take a

13     break now just to --

14   Q  Yes, let's do that.  It's happened before.  I

15     think that there should be a concierge available

16     to help you.

17          MR. GARCIA:  Is there a concierge online or

18     Karen?

19          THE VIDEOGRAPHER:  We are off the record at

20     9:44.

21          (A recess was taken.)

22          THE VIDEOGRAPHER:  Back on the record at

23     9:50.

24   BY MR. GARCIA:

25   Q  So I will start again.

Page 21

1        Mr. Chepenik, by the way do you have --

2        (A discussion was held off the record to

3     correct technical issues.)

4        MR. GARCIA:  Hello, Karen, we're listening

5     to you.

6        This is what I was referring to at the

7     beginning when I was talking about technical

8     problems with remote depositions.  Sometimes

9     they can be entertaining.

10   BY MR. GARCIA:

11   Q   Mr. Chepenik, do you have any documents in front

12       of you today?

13   A   I do not, no.

14   Q   So I'm going to ask for the first exhibit to be

15       put on the screen.  My colleague Alejandro is

16       trying to do that.

17        Can you see the document on the screen,

18       Mr. Chepenik?

19   A   I can.

20        (Deposition Exhibit 1 was presented for

21       identification.)

22   Q   Have you seen this document before?

23   A   If this is the subpoena to Ernst & Young LLP,

24       yes, I have seen it.

25        MR. GARCIA:  Can you please scroll down,

Page 22

1          Mr. Cepeda-Diaz, to Attachment A?

2     BY MR. GARCIA:

3     Q    Have you seen this part of the document before?

4     A    I have, yes.

5     Q    Outside of Topic Number 1, which your counsel

6          has objected and I'm not going to get into, are

7          you prepared to testify with respect to Topics 2

8          through 6 appearing on that listing?

9               MR. MERVIS:   Object to the form.

10    BY MR. GARCIA:

11    Q    You can answer.

12    A    To the best of my ability and to the extent

13         Ernst & Young was involved in the process of

14         preparing the budgets, certainly.

15    Q    Okay.

16              So you understand that you are a witness

17         designated by EY; correct?

18    A    Correct.

19    Q    And you understand that you have been designated

20         to testify based on your knowledge as to

21         Topics Number 2 to 6; correct?

22              MS. DeCAMP:   Objection.

23    BY MR. GARCIA:

24    Q    You may answer.

25    A    To the best of my knowledge and to the extent

1        that Ernst & Young was involved in the budgetary

2        process, yes, I'm prepared, and I understand.

3    Q   Did you prepare for the deposition today?

4    A   I did.

5    Q   Okay.  Can you tell me how you prepared for the

6        deposition?

7    A   I reviewed a number of documents, and I spoke

8        with a number of colleagues about the topics in

9        the subpoena.

10   Q   All right.  Let's break this down.

11           With respect to documents, do you recall

12       what documents you reviewed to prepare for your

13       deposition?

14   A   I do.

15   Q   Can you tell me what those were.

16   A   I reviewed the historical budgets that were

17       certified by the oversight board; I reviewed the

18       historical revenue letters that were issued by

19       the oversight board to the government; I

20       reviewed the -- I guess it was an objection to

21       the proposed questions that was filed with the

22       Court by Proskauer; I briefly reviewed the

23       expert report submitted by Mr. Brickley and

24       Ms. Hernandez.

25   Q   And Ms. who?

Page 24

1    A    Not Hernandez.

2    Q    Martinez?

3    A    Martinez.  I apologize.  Yeah, Ms. Martinez.

4         And I reviewed -- those are the primary

5         things I would say I reviewed.

6    Q    We'll come back to that in a minute, but you

7         also said that you discussed with a number of

8         colleagues; correct?

9    A    Correct.

10   Q    Okay.  Can you tell me who were those

11        colleagues?

12   A    I spoke with colleagues of mine at Ernst &

13        Young; and I spoke with counsel at Ernst &

14        Young; and I spoke with representatives from

15        Proskauer.

16   Q    Starting with your EY colleagues, can you tell

17        me who those were?

18   A    Certainly.

19         So the primary people I spoke with at

20        Ernst & Young were Juan Santambrogio, Sophia

21        Panagiotakis.

22   Q    I'm sorry, can you -- Sophia?

23   A    Panagiotakis.  She's Greek.  And it's spelled

24        more or less phonetically, but I can't recall

25        off the top of my head.

Page 25

1    Q    Don't worry.  We'll look it up.

2         Who else?

3    A    So Juan Santambrogio, Sophia Panagiotakis and

4         Shavi Sarna were the three colleagues I spoke

5         with.  Oh, and --

6         Yeah, those are the three colleagues that

7         I --

8         And then Antoinette DeCamp as well.

9    Q    Sure.  I'm not going to get into discussions

10        with your counsel Ms. DeCamp.  Okay?

11        You also mentioned that you met with

12        certain representatives from Proskauer; correct?

13   A    Correct.

14   Q    Who were those?

15   A    The representatives from Proskauer I can recall,

16        to the best of my recollection, were Margaret

17        Dale, Michael Mervis, Julie Alonzo, and Michael

18        Firestein, and Ehud Barak.

19   Q    Sorry.  And who?

20   A    Ehud Barak.

21   Q    Okay.

22        In addition to the persons that you've

23        identified at EY, your counsel, and the

24        Proskauer attorneys, did you meet with anybody

25        from the FOMB, from the fiscal board, in

1      preparation for the deposition today?

2  A   To the best of my recollection, no.

3  Q   I'm going to ask you about some specific people.

4        Does that include Mr. David Skeel?  Did you

5      meet with him?

6  A   Can I just clarify?

7        Are you speaking about in the context of

8      this --

9  Q   Preparing for your deposition?

10  A   Correct.  Okay.

11       My understanding, if that's the context,

12     then the answer is, No, I did not speak with or

13     meet with David Skeel.

14  Q   Okay.  And ask a different question then.

15       In connection with the topics that you will

16     be testifying to today, not necessarily in the

17     preparation, but did you discuss anything with

18     Mr. Skeel on those topics?

19  A   In any capacity of preparation for the

20     deposition today?

21  Q   You already told me --

22       You already told me that you did not meet

23     with Mr. Skeel in preparation for the

24     deposition; correct?

25  A   Correct.

Page 27

1    Q   All right.  I'm asking you a different question

2        now.

3            Had you discussed the topics that would be

4        discussed in a deposition with Mr. Skeel at any

5        point in time?

6    A   I appreciate you clarifying.

7            MS. DeCAMP:  Wait.  Wait.  Objection.  I

8        think it's still vague.

9    BY MR. GARCIA:

10   Q   Do you understand the question?

11   A   I think I understand the question.  You're

12       asking if I spoke with David in any capacity

13       about the deposition today.

14           Is that what you're asking?

15   Q   About the topics that would be discussed in the

16       deposition today.  Again, not in the context of

17       preparing for the deposition.  Just in general.

18   A   To the best of my recollection, I have not

19       spoken with him about the topics that are

20       subject to the declaration today -- or to the

21       deposition today.

22   Q   Okay.

23           Did you meet with any other board members

24       in preparation for this deposition today?

25           MR. MERVIS:  Just note my objection to the

Page 28

1      form.

2  BY MR. GARCIA:

3  Q    You may answer.

4           You know who the board members are;

5       correct?

6  A    I do know who the board members are, and, to the

7       best of my recollection, the answer is no.

8  Q    All right.  Did you discuss any of the topics,

9       not in preparation for this deposition, but in

10      any context with any of the board members aside

11      from Mr. Skeel?

12           MS. DeCAMP:  Objection.

13           You can answer.

14  A    You mean -- in what time frame do you mean have

15      I spoken with them?

16  BY MR. GARCIA:

17  Q    In the last six months.

18  A    To the best of my recollection, no, in the last

19      six months, I have not spoken with the board

20      member -- any board member about the topics that

21      are subject to the deposition today.

22  Q    Do you recall if you discussed the topics at any

23      point in time with the board members?

24  A    To the best of my recollection, I do not recall

25      having spoken with them about these topics.

Page 29

1    Q    Okay.

2              In preparation for your deposition today,

3          did you meet with Natalie Jaresko, the executive

4          director of the board, with respect to

5          preparation for the deposition?

6    A    To the best of my recollection, I have not, no.

7    Q    Did you discuss any of the topics?  Do you

8          recall having discussed any of the topics with

9          Ms. Jaresko before your preparation for the

10         deposition at any point in time?

11   A    To the best of my recollection, no, I do not

12         recall having spoken with her about these

13         topics.

14   Q    Do you know of any --

15             Did you meet with any other, let's say,

16         employee?  Did you meet with any employee of the

17         oversight board with respect to preparation for

18         your deposition today?

19             Not the board members, not the executive

20         director, any other employees?

21   A    To the best of my recollection, no, I have not.

22   Q    Okay.  So you testified that you reviewed

23         historical budgets, budgets certified by the

24         board, revenue letters, the objections submitted

25         by Proskauer on the topics, and also the expert

Page 30

1          reports of both Mr. Brickley and Ms. Martinez.

2                Aside from those documents, do you recall

3          anything else that you may have reviewed in

4          preparation for the deposition?

5     A    Well, I reviewed the subpoena, which we've

6          already talked about.  And the only other

7          document I can recall having reviewed -- well, I

8          did not mention fiscal plans, but I reviewed the

9          historical fiscal plans.  And I believe there

10         was a September 10 letter from Proskauer that

11         was sent, I believe, to the DRA parties that I

12         briefly reviewed as well.

13    Q    With respect to historical fiscal plans, do you

14         recall which year you reviewed?

15    A    The primary one I reviewed was the current

16         fiscal plan.  The current certified fiscal plan,

17         that was the primary one.

18    Q    Is that the current fiscal plan for the

19         Commonwealth?

20    A    Correct.

21    Q    Do you recall reviewing any fiscal plan for

22         other instrumentalities of the government?

23               MR. MERVIS:  Just note my objection to the

24         form.

25

Page 31

1   BY MR. GARCIA:

2   Q    Do you understand the question?

3   A    In the context of preparing for this deposition?

4   Q    Yes.  Yes, sir.

5   A    In the context of preparing for this deposition,

6        to the best of my recollection, I did not review

7        other fiscal plans.

8   Q    In particular, did you review a fiscal plan for

9        HTA?  Do you know what "HTA" means?  The Highway

10       Transportation Authority?

11  A    Yeah.  There are two questions there.  So I do

12       know what HTA represents.

13  Q    Okay.

14  A    And if you're asking in connection with

15       preparing for this deposition, I did not review

16       the HTA fiscal plan.

17  Q    Other than in preparation for this deposition,

18       have you reviewed any fiscal plan for HTA?

19  A    Do you have a time frame?

20  Q    In the last year.

21  A    It is possible I may have looked at the HTA

22       fiscal plan in the past year.  I do not recall

23       in any level of specificity the components of

24       it.

25  Q    But you have seen fiscal plans for HTA?

1          MS. DeCAMP:   Objection.

2     BY MR. GARCIA:

3     Q    You may answer.

4     A    I have seen fiscal plans of HTA.

5     Q    Do you recall which one in particular you saw?

6     A    I do, yes.

7     Q    Which one was that?

8     A    The most current fiscal plan for HTA.

9     Q    What is that fiscal plan --

10          For what year is that fiscal plan, sir?

11    A    For the current fiscal year.

12    Q    So fiscal year 2022?

13    A    Correct.

14    Q    Did you discuss any of those documents that you

15         have informed yourself in preparation for the

16         deposition with anyone that helped you prepare

17         for your deposition, other than counsel?

18    A    I have to ask you to be a little more specific.

19    Q    Okay.

20    A    Which documents do you mean?

21    Q    All right.  Let's go one by one.

22    A    Okay.

23    Q    No problem.

24          You said that you reviewed historical

25         budgets certified by the FOMB; correct?

Page 33

1   A   Correct.

2   Q   Okay.  Did you discuss those historical budgets

3       certified by the FOMB with anyone in preparation

4       for this deposition?

5   A   Thank you for clarifying the question.

6           Yes, I did.

7   Q   Who?

8   A   It was with the EY team; so with the people I

9       mentioned earlier.

10  Q   Was there any counsel present at those

11      discussions with your colleagues?

12  A   There were conversations that occurred with

13      counsel present and conversations that occurred

14      with just the EY team.

15  Q   Okay.  Well, then, referring to the

16      conversations that occurred just with the EY

17      team, your EY team, do you recall what, if

18      anything, you discussed regarding those

19      historical budgets certified by the FOMB?

20  A   If you have a specific question about what we

21      discussed, then I'm happy to answer that.  You

22      know, I think they were relatively broad

23      discussions to try to refresh my recollection on

24      the budget process, the amounts of the budgets,

25      and matters on the construction of the budgets.

Page 34

1    Q    Okay.

2         So with respect to the construction of the

3         budget, do you recall what was discussed with

4         your colleagues outside of the presence of

5         counsel?

6    A    In general, yes, I do.

7    Q    Okay.   What was that?

8    A    We discussed matters such as the budgets are

9         drawn from the fiscal plans; so how the budgets

10        tie to the fiscal plan, the amount of the

11        budget.

12   Q    You also mentioned that you reviewed revenue

13        letters; correct?

14   A    Correct.

15   Q    All right.

16        So with respect to those revenue letters,

17        do you recall if you discussed those revenue

18        letters with anybody -- anyone of your

19        colleagues outside the presence of counsel?

20   A    Yes.

21   Q    Okay.   So same question then.

22        What did you discuss with respect to those

23        revenue letters, in general, with those

24        colleagues outside of the presence of counsel?

25   A    To the best of my recollection, we discussed the

1      components of the revenue letter and the

2      structure of the revenue letters.

3  Q   Okay.  Can you tell me what the components of a

4      revenue letter are?

5          MS. DeCAMP:  Objection.  I don't know that

6      that ties to any of the topics, but I'll give

7      you a little bit of leeway if this is

8      foundational as to what -- his knowledge for

9      testifying.

10          MR. GARCIA:  I'm sorry, Ms. DeCamp.  It's

11      actually foundation.

12          MS. DeCAMP:  Okay.

13          You can answer.

14          MR. GARCIA:  Thank you.

15  A   Can you repeat the question?

16  BY MR. GARCIA:

17  Q   Yes.

18          What are the components of the revenue

19      letters?

20  A   So if you're referring to the revenue letter

21      that's part of the budgeting process under

22      PROMESA, which is my understanding of what

23      you're asking about, the revenue letter is the

24      first step in the annual budgeting process.

25          It defines the envelope from which the

Page 36

1      government can produce a budget that can be

2      certified by the fiscal plan under Section 202

3      of PROMESA.

4   Q   So I'll ask the question again.

5          What components --

6          What are the components of those letters?

7   A   Well, I am not quite clear what you mean by

8      "components," but the revenue letter is the

9      first step in the process under PROMESA.  It's a

10     letter that has to be issued by the oversight

11     board to the government defining the spending

12     envelope -- well, it defines the revenues from

13     which the government can produce a budget that

14     can be certified by the oversight board as

15     complying with PROMESA.

16         PROMESA does not define, in Section 202,

17     the revenue letter -- the components of the

18     revenue letter.  I don't quite understand what

19     you mean, but there's no components that are

20     defined in the revenue letter other than to say

21     it is the revenue envelope from which the

22     government can establish a budget.

23  Q   Thank you for the answer, Mr. Chepenik.  I asked

24     about the components because earlier, when I

25     asked you about what with respect to revenue

Page 37

1       letters you discussed with your colleagues, you

2       mentioned two things: first, the components of

3       the letter; and second, the structure of the

4       letter.

5           Do you remember that?

6    A  Oh --

7    Q  Do you remember that testimony you provided?

8    A  Okay.

9    Q  Okay.  So that's why I'm asking about the

10      components.  I think you answered my question --

11      okay? -- to my satisfaction.

12          I'll ask the same question with respect to

13      the structure of the revenue letters.  What

14      about the structure did you discuss?

15          MR. GARCIA:  Again, Ms. DeCamp, this is for

16      foundational background purposes.

17          MS. DeCAMP:  Thank you.

18   A  In terms of the structure --

19          Thank you for clarifying.

20          In terms of the structure, I really just

21      meant the component -- or the contents of what

22      were included in the revenue letters.

23   BY MR. GARCIA:

24   Q  Then you indicated you also reviewed the

25      objections by the oversight board.  I'm not

Page 38

1    going to get into that.

2         Lastly, you mentioned that you reviewed the

3    expert reports of Mr. Brickley and Ms. Martinez.

4         So with respect to those two reports -- and

5    we can do it one at a time.  Let's start with

6    Mr. Brickley -- what do you recall?

7         Why did you review that report, the

8    Brickley report?

9  A  Well, I was trying to better understand the

10   context of the questions that were asked because

11   they were a little vague in terms of clarity and

12   what specifically was trying to be sought from

13   this deposition.

14        And so I was trying to better inform myself

15   about the context and the reasons for the

16   questions that were being -- that were being

17   subpoenaed to EY to respond to.

18  Q  Okay.  With respect to the Brickley report --

19        By the way, did you review the transcript

20   of his deposition?

21  A  I did not, no.

22  Q  Did you review any transcript of any deposition

23   of any expert -- I realize that that's a lot; so

24   we can break it down after you give me the first

25   answer -- in preparation for your deposition

1     today?

2   A   I might be able to shorten that time frame

3     because to the best of my recollection, I have

4     not reviewed any transcripts in preparation for

5     my deposition.

6   Q   Great.  We're understanding each other.  Thank

7     you.

8         All right.  So now with respect to the

9     Martinez report, same question as to

10     Mr. Brickley.  Why did you review that report?

11   A   For the same -- for the same reason.  To try to

12     better understand the context for the questions

13     that were subpoenaed to EY to respond to.

14   Q   I'm just going to ask the question.  You can say

15     "Yes" or "No."

16         Did you meet with anyone from the

17     Commonwealth government in preparation for your

18     deposition today?

19   A   To the best of my recollection, I did not.

20   Q   Have you discussed the topics that are the

21     subject of the deposition today, to the best of

22     your recollection, with anyone from the

23     Commonwealth government prior to preparing for

24     deposition today?

25   A   Again, do you have a time frame in mind?

```
 1    Q    Let's say last year.

 2    A    I do not recall having had any conversations

 3         with a representative of the government on this

 4         topic -- or on these topics.

 5    Q    And that's in the last year; correct?

 6    A    In the last year in preparation for this

 7         deposition.

 8    Q    Okay.

 9              Prior to the last year, not in preparation

10         for the deposition, do you recall having

11         discussed any of the topics with anyone from the

12         Commonwealth government for any purpose?

13              MR. MERVIS:  Object to the form.

14    BY MR. GARCIA:

15    Q    You may answer.

16    A    Do you mean in --

17              Do you mean a government official?

18    Q    Government official, yes.

19    A    I do not recall.  To the best of my

20         recollection, I do not recall having had a

21         conversation.

22    Q    All right.  I ask now in particular with respect

23         to HTA.

24              Do you recall having met with HTA?  And I'm

25         going to broaden the time period for that one.
```

Page 41

1      With respect to the topics in the deposition

2      today, having discussed any of them with any HTA

3      official?

4           MR. MERVIS:  I object to the form.

5  A   And you mean me personally?

6  BY MR. GARCIA:

7  Q   Yes, you personally.

8  A   To the best of my recollection, I have not had a

9      conversation with an HTA official.

10 Q   Within the last five years, have you met with

11     any HTA official on anything?

12 A   The last five years?

13 Q   Yes.

14 A   So since EY was engaged to support the oversight

15     board?

16 Q   All right.  That's fair.  Although I think you

17     were an adviser to the fiscal board before you

18     worked with EY; so let's break it up into the

19     two time periods.

20          Let's start with since you've been with EY,

21     which I believe was 2017, April 2017.

22 A   Well, I'm certainly prepared to speak to the

23     role EY has played in the budgeting process as

24     it's relevant to this deposition, but I'm not

25     authorized by the U.S. Treasury or others to

Page 42

1      speak to anything that may have occurred before

2      EY was engaged by the oversight board or,

3      frankly, before the oversight board existed.

4   Q  Fine.  That's not my question.  My question

5      is --

6          Let's take it back to 2017.  That's four

7      years and some months.

8          In the last four years and a few months, do

9      you recall having spoken with any HTA official

10     on the topics of the deposition today, in

11     general?

12         MR. MERVIS:  Objection to the form.

13         You may answer.

14  A  To the best of my recollection, no, I have not.

15  BY MR. GARCIA:

16  Q  Approximately how much time did you spend in

17     preparing for your deposition today?

18  A  I probably spent 30 hours, 40 hours, maybe.

19  Q  Okay.  Over how many days?

20  A  Over the past several weeks.

21  Q  Now, in addition to the documents you reviewed;

22     the conversations you had with your colleagues;

23     the conversations you had with counsel from EY

24     and Proskauer, do you recall having done

25     anything else to prepare for the deposition

Page 43

```
 1        today?

 2   A    I do.

 3   Q    Please, what else did you do?

 4   A    I think there was one additional conversation

 5        that I had with another adviser.

 6   Q    Okay.  Who was that adviser?

 7   A    Tim Ahlberg from Conway Mackenzie.

 8   Q    And what was your conversation with Mr. Ahlberg

 9        about?

10   A    It was confirming something that I believed to

11        be correct and accurate, but I wanted to

12        reconfirm.

13   Q    What was that, that you wanted to reconfirm?

14   A    Where a -- the flow of funds for certain revenue

15        streams.

16   Q    So flow of funds for certain revenue streams.

17        Which revenue streams?

18   A    For the conditionally allocable revenues in the

19        fiscal plan.

20   Q    Which fiscal plan, if any?

21   A    The Commonwealth fiscal plan.

22   Q    Any other fiscal plan that you reviewed with

23        respect to those revenue streams?

24             MR. MERVIS:  Sorry.  I object to the form.

25             MR. GARCIA:  Withdrawn.  Withdrawn.  Okay.
```

Page 44

1      Sorry, Michael.  Mr. Mervis.

2   BY MR. GARCIA:

3   Q   You mentioned that you met with Mr. Ahlberg to

4       confirm an issue about the flow of funds and

5       specifically you said the revenue streams, and

6       particularly the conditionally allocable

7       revenues.  What do you mean by "conditionally

8       allocable revenues"?

9   A   Those are our revenue streams that are defined

10      in the fiscal plan.

11  Q   I'm sorry.  That are what?

12  A   There are certain revenue streams that are

13      defined in the fiscal plan.

14  Q   So how are the conditionally allocable revenues

15      defined in the fiscal plan?

16  A   How are they defined?

17          It's just -- I mean, there's a category of

18      revenues that fall under the conditionally

19      allocable revenues.

20  Q   What are those revenues that fall in that

21      category?

22  A   The rum cover-over -- certain rum cover-over

23      remittances.  Tourism, certain tourism hotel tax

24      revenues.  Certain petroleum tax collections and

25      certain cigarette tax collections.

Page 45

1    Q    All right.

2    A    There may be others, but those are the ones that

3         I recall.

4    Q    All right.  And what was it that you had to

5         confirm with Mr. Ahlberg with respect to

6         specifically the petroleum tax?

7              MS. DeCAMP:  Objection to form.

8    BY MR. GARCIA:

9    Q    You may answer.

10   A    I don't recall us speaking specifically about

11        the petroleum tax revenue stream in and of

12        itself.  There was nothing unique about that

13        particular revenue stream.  It was more about

14        the flow of the revenues for all conditionally

15        allocable revenues.

16   Q    What about the flow of the revenues you

17        discussed with Mr. Ahlberg to confirm your

18        belief that the flow was accurate?

19              I'm not trying to put words in your mouth,

20        okay?  I'm just trying to, you know, cut this

21        short by trying to remember what you testified

22        and asking you the next question.

23              Again, I'm not trying to confuse you.  All

24        right?  If I were to do that, please, excuse me,

25        and ask me to repeat the question.  I have no

Page 46

1        problem with repeating the question.  This is
2        really just background, and I want to understand
3        what you know and what you discussed with
4        others.  Okay.
5   A    Certainly.
6   Q    I don't want to be unfair.
7             Again, can you just tell me, explain to me
8        what was it that you had to confirm with
9        Mr. Ahlberg about the flow of funds?
10  A    I was trying to confirm the revenue --
11            I was trying to confirm that the revenue
12       sat within the TSA, in the Treasury Single
13       Account, and were considered as all of the
14       revenues that flowed through the TSA the same,
15       the same way.
16  Q    When you say "TSA," what are you referring to?
17  A    The Treasury Single Account.
18  Q    Is that the main account for the government of
19       Puerto Rico?
20            MS. DeCAMP:  Object to form.
21            You can answer.
22  A    To the best of my knowledge, the TSA is a series
23       of bank accounts.  It's not one.  I don't know
24       if I would say it's the main bank account, but
25       it's sort of the consolidation account, if you

Page 47

1      will, where most revenues are deposited for the
2      government.
3  BY MR. GARCIA:
4  Q   Just a follow-up question on that.
5          You say that it's consolidation of
6      accountants where most revenues are deposited.
7      What kinds of revenues, to the best of your
8      recollection, are deposited in that TSA account?
9          MS. DeCAMP:  Objection.
10         You can answer.
11 A   To the best of my recollection, it's most
12     revenues that are backed by a number of revenue
13     sources, so corporate tax collections,
14     individual income tax collections, various
15     collections from different fees and -- fees
16     and -- I don't know.  Other charges that are
17     assessed across the government.
18 BY MR. GARCIA:
19 Q   Does that include excise taxes, the revenues
20     coming from excise taxes?
21         MS. DeCAMP:  Objection.
22         You can answer.
23 A   To the best of my knowledge, the answer is yes.
24     That's what I was trying to confirm.
25

Page 48

1    BY MR. GARCIA:

2    Q    You told me about the petroleum tax, and I want

3         to go into the cigarette tax.  What specifically

4         did you discuss about the cigarette tax with

5         Mr. Ahlberg in preparation for this deposition?

6              MS. DeCAMP:  Objection.  Asked and

7         answered.

8    BY MR. GARCIA:

9    Q    Can you answer, please?

10   A    Yes.  To the best of my recollection, the

11        conversation was about all conditionally

12        allocable revenues.  It was not about the

13        cigarette tax specifically.

14   Q    What specifically about the cigarette tax did

15        you discuss with him, if anything?

16             MS. DeCAMP:  Objection.  Literally just

17        asked and answered.

18             MR. GARCIA:  But he didn't tell me what he

19        discussed with him with respect to the cigarette

20        tax in particular.

21             MS. DeCAMP:  Objection.  He did.

22             MR. GARCIA:  Can the court reporter please

23        read back the answer.

24             (The requested text was read by the

25        reporter.)

Page 49

1        MR. GARCIA:  And the answer?

2        (The requested text was read by the

3     reporter.)

4  BY MR. GARCIA:

5  Q   I understand that it was not about the cigarette

6     tax specifically.  I understand that.  So do you

7     recall anything -- strike that.

8        Or withdrawn.

9        Do you recall whether you discussed

10     anything in particular about the cigarette tax?

11  A   In the conversation with --

12  Q   Mr. Ahlberg?

13  A   -- Mr. Ahlberg?  I do not recall.

14        MR. GARCIA:  I think this may be a good

15     moment to break for five minutes.  Is that okay,

16     Mr. Chepenik?

17        THE WITNESS:  It is.

18        MR. GARCIA:  Ms. DeCamp, Mr. Mervis, is

19     that okay with you?

20        MS. DeCAMP:  Sure.

21        MR. MERVIS:  Yeah, might be closer to ten,

22     Arturo, as a practical matter but that's fine.

23        THE VIDEOGRAPHER:  I'll take us off the

24     record at 10:29.

25        (A recess was taken.)

Page 50

1          THE VIDEOGRAPHER:  We are back on the

2     record at 10:40.

3   BY MR. GARCIA:

4   Q   All right.  So let's keep going.

5          For purposes of helping refresh your

6     recollection about the next few questions that

7     I'm going to ask which have to do with your

8     background, I'm going to put a document on the

9     screen which is really your LinkedIn profile.

10         Okay?

11  A   Okay.

12         MR. GARCIA:  Alejandro.

13         (Deposition Exhibit 2 was presented for

14     identification.)

15  BY MR. GARCIA:

16  Q   Do you recognize this document that's on the

17     screen now?

18  A   I do.

19  Q   I don't have any other profile for you; so

20     that's why I'm using this.  Again, it's just to

21     help you recollect -- refresh your recollection,

22     if need be.  Okay?

23         I ask you, Mr. Chepenik, where are you

24     currently employed?

25  A   I'm currently employed at Ernst & Young.

Page 51

1   Q    Since when?

2   A    Since April of 2017.

3   Q    What is your current position with EY?

4   A    I am a principal in our restructuring practice.

5   Q    Has that been the same position that you have

6        occupied since April 2017, or have you had any

7        other positions?

8   A    It's the same position.

9   Q    Prior to joining EY, where were you working or

10       employed?

11  A    In the most --

12           Right before EY, I was working at the

13       U.S. Department of the Treasury.

14  Q    And in what position?

15  A    I held multiple positions at the Department of

16       the Treasury.

17  Q    Let's start with the first position you had.

18           When did you start working with the

19       U.S. Department of the Treasury?

20  A    I started working there in September of 2011.

21  Q    And in what capacity did you start working

22       there?

23  A    I started working as a senior policy adviser in

24       the office of capital markets.

25  Q    And what were your responsibilities in that

Page 52

1       position?

2   A   I'm really not authorized to speak to the

3       specifics of my work there.

4   Q   I'm not asking you anything about the specifics.

5       I'm just asking you about your responsibilities

6       in that position.

7   A   In that position, I worked on a number of

8       capital market-related matters.

9   Q   Okay.  And how long did you hold that position?

10  A   About two and a half -- two and a half years.

11      Between two and a half and three years.

12  Q   Did you go onto another position within the

13      Department of the Treasury?

14  A   I did.

15  Q   Which position was that?

16  A   I became the deputy director for a newly

17      established group at the U.S. Treasury

18      Department called "The Office of State and Local

19      Finance."

20  Q   Sorry.  Called what?

21  A   It was called "The Office of State and Local

22      Finance."

23  Q   All right.  And for how long did you hold that

24      position?

25  A   Approximately three years.

Page 53

1    Q    Until when, more or less?

2    A    Until I left the department.

3    Q    Okay.  When did you leave the department?

4    A    I left, as I recall -- the best of my

5         recollection, I left in March of 2011 -- March

6         or April of 2011.

7    Q    Can you tell me in general --

8    A    Wait, I apologize.  2017, not 2011.

9    Q    Okay.  In general, can you tell me what your

10        responsibilities were in that position?

11   A    In general terms, I was responsible for several

12        of the policy matters that the office managed

13        for the department and several -- you know, the

14        personnel matters, overseeing the office,

15        et cetera.

16   Q    In that position, did you do any work related to

17        the government of Puerto Rico?

18   A    I -- again, I'm not authorized to speak about

19        what I worked on in connection with my time at

20        the U.S. Treasury Department.

21            In general terms, if that's what you're

22        referring to, in general terms, yes, I had

23        fairly extensive interactions with government

24        officials in Puerto Rico in that capacity at the

25        U.S. Treasury Department.

Page 54

1   Q   Again, just in general terms, nothing specific,
2       but what was your involvement about with the
3       Commonwealth?
4   A   Again, I'm not authorized by the U.S. Treasury
5       Department to disclose any interactions or
6       matters that I had with federal officials or
7       with Puerto Rico government officials, but in
8       general terms, I would interact on a regular
9       basis with Puerto Rico officials -- officials
10      from the Puerto Rico government at the time.
11  Q   Okay.  I ask you to look at your LinkedIn
12      profile, under U.S. Department of the Treasury,
13      as deputy director, specifically there's a
14      description there about what you were doing in
15      that position -- correct? -- which is a public
16      discussion?
17  A   Correct.
18  Q   Okay.  What was that?
19  A   What does it say under the --
20  Q   You can read it if you want to.
21  A   Under the Deputy Director role?
22  Q   Yes.
23  A   That I served as a liaison between the
24      federal -- between federal officials and
25      government officials in Puerto Rico and provided

Page 55

1       assistance -- technical assistance to Congress

2       in the drafting of PROMESA.

3   Q   Am I to understand that you actually were

4       involved in the drafting of PROMESA?

5           MR. MERVIS:  Note my objection to the form.

6   A   I would need to better clarify that Congress is

7       the one who drafts laws; so I was not a member

8       of Congress and did not draft PROMESA.

9   BY MR. GARCIA:

10  Q   I know you're not a member of Congress, but I am

11      reading from your profile in LinkedIn, which is

12      a public document.

13          You stated in that public document, posting

14      that you:

15          "Provided extensive --

16          -- and I quote --

17          -- "extensive technical assistance to

18      Congress in the drafting of the Puerto Rico

19      Oversight, Management and Economic Stability

20      Act, PROMESA."

21          That's what it says; correct?

22  A   Correct.

23  Q   So again I ask did you provide --

24          Were you involved in the actual drafting,

25      in any way, shape, or form, of PROMESA?

Page 56

1          MS. DeCAMP:   Objection.

2          You can answer.

3    A    Again, members of Congress draft legislation and

4         bills.   I was part of the team that provided

5         technical assistance to Congress as they drafted

6         PROMESA.

7    BY MR. GARCIA:

8    Q    It also states in your profile --

9          Well, prior to working with the Department

10        of the Treasury -- U.S. Department of the

11        Treasury, where were you employed?

12   A    I was employed by The Blackstone Group.

13   Q    In what capacity?

14   A    I was a member of the restructure team.

15   Q    And since when?

16   A    Since I graduated from graduate school.

17   Q    Until when?

18   A    You mean the dates?

19   Q    Yes.

20   A    From the summer of 2010 to the fall of 2011 when

21        I started for the U.S. Treasury Department.

22   Q    Did you also work at JPMorgan Chase?

23   A    I did.

24   Q    In what capacity?

25   A    I held several roles within JPMorgan.

Page 57

1   Q   Can you tell me what those were.

2   A   I was a member of the strategy team, as I

3       recall -- equity market strategy, and I was a

4       private banking analyst.

5   Q   And what time period did you work at JPMorgan

6       Chase?

7   A   That was from the summer of -- well, I interned

8       for JPMorgan when I was in college, and then I

9       worked full time for JPMorgan from the summer of

10      2003 until I left for Harvard Business School in

11      the summer of 2007.

12  Q   Okay.

13          And did you also work as an adviser to the

14      FOMB at any point in time?

15  A   I worked --

16          Under PROMESA, there's a provision to

17      detail federal officials to help establish the

18      oversight board.

19          And so your question was did I work as an

20      adviser?  My understanding what you mean is did

21      I work in any capacity with the oversight board,

22      then it was in the capacity as a detailee from

23      the U.S. Treasury to the oversight board, but I

24      was still an employee of the U.S. Treasury

25      Department.

Page 58

1   Q   So, in other words, you were still an employee

2       of the treasury department, but in detail with

3       the FOMB during the formative stages of the

4       FOMB; is that correct?

5   A   Generally, that's correct.

6   Q   So what were your responsibilities in that time

7       period working with the FOMB as a detailee from

8       the treasury department?

9   A   Again, I'm not authorized to disclose or share

10      any information during my time at the

11      U.S. Treasury Department.

12  Q   But this is all working now for the FOMB as a

13      detailee.

14          Is it your testimony that you cannot tell

15      me what you were doing during that time period?

16          MS. DeCAMP:  Objection to form.

17          You can answer.

18  BY MR. GARCIA:

19  Q   You were working as an adviser in detail with

20      the FOMB?

21  A   I'm here today as a representative of EY

22      subpoena, you know, the subpoena that was issued

23      to EY in connection with my work as an employee

24      of EY in its role in connection with supporting

25      the oversight board's --

Page 59

1    Q    We'll get to those questions.  I'm just trying

2         it get the background right.

3              So is it your testimony that you cannot

4         tell me, sitting here today, what you were doing

5         while you were in detail from the treasury

6         department with the FOMB?

7              MS. DeCAMP:  Objection to form.

8              You can answer.

9    A    I'm prepared to speak to EY's role from the time

10        it was engaged by the oversight board to support

11        the oversight board's efforts in connection with

12        the matters that were issued in the subpoena.

13   BY MR. GARCIA:

14   Q    I understand that.  It's the second time you

15        tell me.  I didn't ask the question --

16             I didn't ask that question.  I asked a

17        different question, which I will have the

18        reporter read back to you, and then you can

19        provide an answer "Yes" or "No."

20             (The requested text was read by the

21        reporter.)

22             MR. MERVIS:  Arturo, you're asking him to

23        answer that question again?

24             MR. GARCIA:  I'm asking him to tell me

25        "Yes" or "No." It's a "Yes" or "No" question,

Page 60

1         and that's the question.

2              MR. MERVIS:   Okay.   I object to the form.

3   A   I am not authorized by the U.S. Treasury to

4         disclose any matters that I worked on while I

5         was an employee at the U.S. Treasury Department

6         or a detailee to the oversight board.

7   BY MR. GARCIA:

8   Q   I take that as a no.   That's fine.

9              Can you briefly tell us your educational

10        background?

11  A   Certainly.

12             I attended graduate school at Harvard

13        Business School in the Harvard Kennedy School of

14        Government where I have a master's in business

15        administration and a master's in public

16        administration.   I'm a CFA, a certified -- or

17        chartered financial analyst.

18             In my undergraduate studies, I attended the

19        University of Maryland where I have degrees in

20        finance, economics, and management science and

21        statistics.

22  Q   Okay.   Let's go back to your position with EY.

23             You mentioned before that you were a

24        principal; correct?

25  A   Correct.

Page 61

1   Q   Can you tell us what your responsibilities and
2       duties are in that position?
3   A   Could you clarify?  In what capacity do you
4       mean?
5   Q   The principal.  What are your responsibilities?
6   A   Generally, a principal in EY is a partner.  I'm
7       an equity partner in the firm and responsible
8       for client relationship, client development, and
9       client service.
10  Q   Okay.  In the client service area, what are your
11      responsibilities?
12          MS. DeCAMP:  Objection.  Vague.
13          You can answer.
14  A   If what you mean is what do I do in terms of
15      client service, I'm not sure if that's what you
16      mean, but is that -- is that what you mean?
17  BY MR. GARCIA:
18  Q   Tell me that.
19  A   Okay.
20  Q   I'll take that.
21  A   If what you mean by --
22          My understanding of what you mean is, you
23      know, the role that I play in client service,
24      and that is to oversee the teams of EY
25      professionals that work on different engagements

Page 62

1      for our clients.

2           So it's overseeing the team, managing the

3      team, the work product that the team produces,

4      and helping where I can and have expertise with

5      the development and production of that work

6      product in support of our clients.

7  Q   Okay.  So coming, then, to the relationship with

8      the fiscal board or the oversight board, can you

9      tell me what the relationship between EY and the

10     fiscal board is?

11          MS. DeCAMP:  Objection.  I don't know --

12          Which topic is this?  I think we're getting

13     far afield of foundational questions.

14          MR. GARCIA:  It's still background.  I want

15     to know what the relationship between EY and the

16     FOMB is.

17          MS. DeCAMP:  Still objection.  Vague.

18          MR. GARCIA:  Okay.

19  BY MR. GARCIA:

20  Q   You can answer.

21  A   EY is a consultant -- is a consultant to the

22     oversight board.

23  Q   It is a consultant on what?

24          MS. DeCAMP:  Objection.  Vague.

25          You can answer.

Page 63

1   A    On a number of matters.

2   BY MR. GARCIA:

3   Q    What are those matters?

4   A    There are a number of them.

5             Do you mean --

6   Q    What are those matters?  That's the question.

7   A    Are you asking what our scopes of work are?  I

8        don't know what --

9   Q    I'm asking you what types of matters you work on

10       for the FOMB.

11  A    In --

12  Q    EY.  EY.  I'm not talking about you yet.  I will

13       get to you.

14            EY.

15  A    Okay.

16  Q    You said before you were a partner -- an equity

17       partner; that you were a principal.

18            So you work in client service.  I'm asking

19       you based on that background, what types of

20       matters EY works on for the FOMB?

21            MS. DeCAMP:  Object to form.

22            But you can answer.

23  A    Well, we have two -- two primary contracts with

24       the oversight board: one for EY's in-court

25       Title III-related work; and one for our

Page 64

1       out-of-court, non-Title III-related matters.

2   BY MR. GARCIA:

3   Q   With respect to the Title III in-court matters,

4       what are those matters, in general?

5   A   I did not review our contracts in preparation

6       for this deposition; so I'm going off of memory.

7           And to the best of my recollection, those

8       matters are around long-term projections,

9       pension matters, the plan of adjustment, and

10      creditor mediation support.

11  Q   Credit mediation support?

12  A   Creditor mediation.  Mediation.

13  Q   Okay.  Creditor mediation.  Okay.

14          Anything else that you recall?

15  A   Cash -- cash balance analysis.

16  Q   Anything else?

17  A   Not --

18          Not that I can recall.

19  Q   Okay.  Since when has EY had a contract with the

20      FOMB?

21  A   A Title III contract?

22  Q   Yeah.  Let's take that first.

23  A   Since 2017.

24  Q   Do you recall when in 2017?

25          MS. DeCAMP:  Objection.

Page 65

1    A    The documents should be publicly available, I

2         believe.  I do not recall off the top of my

3         head, but you can -- you can look it up.

4    BY MR. GARCIA:

5    Q    Do you know who the FOMB --

6              Who does EY report to at the FOMB?

7              MS. DeCAMP:  Objection.

8              You can answer.

9    A    In connection with which matter?

10   BY MR. GARCIA:

11   Q    The Title III matters.

12   A    Which of the Title III matters?

13   Q    Well, you want to do this the hard way; let's do

14        it the hard way.

15             The long-term projections.

16             MR. MERVIS:  Whoa, whoa.

17             MS. DeCAMP:  Wait.  I'll object to the form

18        of that question.

19             Ask a question in a non-argumentative way,

20        please, Mr. Garcia.

21   BY MR. GARCIA:

22   Q    Mr. Chepenik, with respect to the long-term

23        projections, who does the FOMB report to -- I'm

24        sorry -- who does EY report to at the FOMB?

25   A    I'd like to clarify, too, I'm also not trying to

Page 66

1    be difficult, as you've stated.

2        Quite literally, we have different -- we

3    work with different people on different matters

4    all the time; so I want to make sure I'm giving

5    you the accurate answer to the question you're

6    asking.

7        And so it's not me trying to be difficult.

8    I just want to be clear about that.  I want to

9    be truthful and representative of your intent.

10  Q  I appreciate that, and same here.  I'm trying to

11    understand what the background is, what the

12    relationships are, and that's what I'm doing.

13  A  Okay.  So in general -- let me start there

14    because I think that --

15        My understanding is, in general, that's

16    your question, sort of who do we report into.

17    The answer to that is we report into --

18    ultimately, for all of our work product,

19    Natalie Jaresko, as the executive director, and

20    the oversight board members.  They are our

21    client.

22  Q  So that would be the same answer with respect to

23    pension matters and the plan of adjustment?

24  A  Generally, that is the case.

25  Q  Okay.  And also with respect to cash balance

Page 67

1      analysis?

2    A    Generally, that is the case, yes.

3    Q    So I'm --

4              (Reporter request for clarification.)

5              MR. GARCIA:  I just said that I'm not going

6         to get into creditor mediation support, which is

7         the other area that he said they provide support

8         to the FOMB.

9              I'm not going to get into that.  I'm sure

10        there would be some issues with that, so I don't

11        want to get into that.

12   BY MR. GARCIA:

13   Q    Now I'm going to ask you a little bit of the

14        same questions with respect to your personal

15        involvement, not EY, but your personal

16        involvement.  Can you tell me in general what

17        your personal involvement has been, that

18        engagement with the FOMB?

19   A    In general terms, my role, as one of the senior

20        executives responsible for most of the

21        workstreams that we're involved in; so if you're

22        asking about the Title III-related matters, I am

23        generally involved to some extent in most of

24        them.

25   Q    Can you be specific as to any of those tasks

Page 68

1      that you were personally involved in on the

2      Title III?

3   A   I am generally involved in most of the matters

4      that I mentioned to you.

5   Q   Okay.

6          So I'm going to now get into some of the

7      substance of the deposition and the topics that

8      were in the subpoena.  Okay?

9          And I have shown you that list before.  If

10     you want to refer your recollection, we can put

11     it back on the board.  I'm not going to ask yet

12     anything specific.  It's still just general.

13     Okay?

14         Starting with --

15         Actually starting with Topic Number 6 which

16     has to do with Acts 30 and 31 Incremental

17     Revenues.

18         The question for now, Mr. Chepenik, are you

19     familiar with Acts Number 30 of 2013 and

20     Act Number 31 of 2013?

21  A   I apologize.  I just pulled up the

22     Exhibit Share.  I see the subpoena.

23  Q   Yeah.  It's Exhibit A to the subpoena.

24  A   I'm sorry.  I had to scroll down to the

25     question.

Page 69

1          You asked if I'm generally familiar with

2      Acts 30 and 31?

3  Q   Yes.

4          Are you familiar with the statutes?

5  A   I am generally familiar with the statutes.

6  Q   Okay.  What is your understanding of those

7      statutes?

8          MS. DeCAMP:  Objection.

9  BY MR. GARCIA:

10 Q   Do you have an understanding of what those

11     statutes provide?

12         MS. DeCAMP:  Objection.  Calls for a legal

13     conclusion.  That's not one of the topics.

14         MR. GARCIA:  I'm not asking him to give me

15     a legal conclusion.  I'm asking him -- he's said

16     he's generally familiar with Acts 30 and 31; so

17     I'm asking him --

18 BY MR. GARCIA:

19 Q   -- what is your understanding that the statutes

20     provide in the lay way, as a layperson, not as

21     an expert, not as an attorney, which I know

22     you're not.

23         So just as a layperson, what is your

24     understanding?

25         MS. DeCAMP:  I'll object.  The scope of his

Page 70

1    testimony today on Topic 6 and Acts 30 and 31

2    are what is specifically mentioned in Exhibit A

3    as the questions that are presented.

4         Asking for a broad understanding, his

5    personal understanding of Acts 30 and 31 is not

6    an appropriate question for this deposition.

7         MR. GARCIA:  Are you instructing the

8    witness not to answer the question based on --

9         MS. DeCAMP:  Yes.  I'm instructing him not

10   to answer that broad question.

11        You may ask specific questions about the

12   topic in the depo notice.

13        MR. GARCIA:  Again, just so I understand

14   and the record is clear, Ms. DeCamp, you're

15   instructing the witness not to tell me if he

16   knows what his understanding is about Act 30,

17   31, which is purely a foundational question.

18        Is that what you're telling me, Ms. DeCamp?

19        MS. DeCAMP:  Could you explain to me how a

20   lay interpretation of Acts 30 and 31 is a

21   foundational question to the specific questions

22   that you're asking?

23        MR. GARCIA:  It was frankly because I want

24   to know what his knowledge is about the statute,

25   if any.  Then I can ask more specific questions

Page 71

1      that are in the topic.

2           I first need to know what his understanding

3      is of the statutes.

4           MS. DeCAMP:  So this question is not a

5      question that Ernst & Young LLP is --

6           His response to this question will not be

7      the response by Ernst & Young LLP; it will

8      simply be his own personal understanding, if he

9      has one.

10          MR. GARCIA:  That's fine.  I will take that

11     answer, Ms. DeCamp.

12          MS. DeCAMP:  With that carve-out, you may

13     answer to the extent that you have a personal

14     understanding of Acts 30 and 31.

15   A  My personal understanding, not in my capacity as

16     a firm for Ernst & Young's understanding of

17     Acts 30 and 31, is that Act 30 relates to -- and

18     this is to the best of my understanding too --

19     Act 30 relates to additional license fees that

20     were allocated to the highway authority -- or at

21     least to be allocated to the highway authority.

22          Act 31 pertains to petroleum tax

23     collections and to additional cigarette tax

24     collections in their allocation to HTA.

25

Page 72

1   BY MR. GARCIA:

2   Q    In that context, the context that you just gave

3        me about your understanding, what do you mean by

4        "allocation" or "allocated to HTA"?

5   A    Just addition -- again, this is my personal

6        understanding.  I'm not a lawyer, nor am I an

7        expert in either of these laws.

8   Q    That's fine.  That's fine.

9   A    My understanding is it released additional funds

10       beyond the statutory limits that previously

11       existed.

12  Q    Okay.  Fine.

13            But when you say "allocated," what do you

14       mean by that?

15  A    That historically had been used by the

16       authority.

17  Q    In the work that you have done --

18            In the work that you have done for the

19       FOMB, did you -- withdrawn.

20            In the work that you have done for the

21       FOMB, did you have occasion to review into what

22       accounts those funds coming from Acts 30 and 31

23       were deposited?

24  A    In my personal -- in my personal?

25  Q    In your involvement for the FOMB, the work

Page 73

1        you've done for the FOMB, do you have an

2        understanding as to into what account those

3        funds were deposited, Acts 30 and 31?

4              MR. MERVIS:  Object to the form.

5    A   To the best of my recollection, I do not -- I

6        personally do not know which accounts those --

7        like account number, if that's what you're

8        asking for, that those funds are deposited into.

9    BY MR. GARCIA:

10   Q   Do you know whether those funds -- those

11       revenues were deposited into the TSA account

12       that you mentioned before?

13   A   Ultimately, my understanding is that's where

14       those revenues sit; that they make their way

15       into the TSA, just as many other revenues are

16       deposited into the TSA.

17   Q   Okay.  And from the TSA, do you have a general

18       understanding as to where those funds were

19       transferred?

20             MR. MERVIS:  I object to the form of the

21       question.

22   BY MR. GARCIA:

23   Q   You may answer.

24   A   Over what time period?

25   Q   During the time that you have been working for

Page 74

1        the FOMB, in 2017, engaged as a consultant.

2    A   So EY was not engaged to perform a, you know,

3        forensic-tracing analysis of those funds, and to

4        the best of my knowledge, most of that money is

5        still sitting in the TSA.

6    Q   Do you remember earlier that we discussed your

7        conversation with Mr. Ahlberg on the flow of

8        funds; correct?

9    A   Correct.

10   Q   As part of that conversation that you had with

11       Mr. Ahlberg, did you discuss the HTA funds that

12       were in the TSA -- that were in the TSA account?

13           Did you discuss that?

14           MS. DeCAMP:  Objection.

15           You can answer.

16   A   To the best of my recollection, we discussed all

17       the conditionally allocable revenues, not the

18       HTA -- not the HTA component of those

19       conditionally allocable revenues.

20   BY MR. GARCIA:

21   Q   As you just said, HTA was a component of those

22       conditionally allocated revenues; correct?

23           MR. MERVIS:  I object to the form.

24   A   By "HTA," my understanding is you mean

25       certain -- like the petroleum tax revenues, or

Page 75

1      which revenues do you mean?

2    BY MR. GARCIA:

3    Q   Well, you tell me.

4          What part of the allocable -- what was your

5        term -- conditionally allocable revenues were

6        HTA revenues?

7          MS. DeCAMP:  Objection.

8    BY MR. GARCIA:

9    Q   You can answer.

10   A   To the best of my understanding, I believe it's

11       petroleum tax revenues and certain cigarette tax

12       revenues and certain license fee revenues.

13   Q   With respect to the conversation you had with

14       Mr. Ahlberg, did you have occasion to discuss

15       with him where those funds would be transferred

16       from the TSA account?

17          MR. MERVIS:  Object to the form.

18   BY MR. GARCIA:

19   Q   You may answer.

20   A   To the best of my recollection, we did not

21       discuss that.

22   Q   Okay.  By the way, since I'm on Number 6 now,

23       I'll ask you a couple of questions with respect

24       to Number 6.

25          Did you ever speak with anybody at the FOMB

Page 76

1       with respect to Topic Number 6 -- specifically

2       Topic Number 6?

3            I know I asked questions in general before.

4       I want to know if, with respect to Topic

5       Number 6, which is one of the topics that you've

6       been designated to speak to, do you recall

7       whether you met with anybody from the FOMB to

8       discuss that topic?

9   A   My understanding, you mean in connection with

10      preparing for the declaration --

11  Q   Yes.

12  A   -- I'm sorry -- for the deposition.

13           And if that's the case, to the best of my

14      recollection, no, I have not spoken with any

15      representative of the FOMB.

16  Q   So you have not spoken with any representative

17      of the FOMB with respect to Topic Number 6;

18      correct?

19           MR. MERVIS:  I object to the form of the

20      question.

21  BY MR. GARCIA:

22  Q   You can answer.

23  A   To the best of my recollection, that is correct.

24      I have not spoken with a representative of the

25      FOMB in connection with Question Number 6.

Page 77

1   Q   Okay.  Do you know whether anyone at the FOMB

2       would have knowledge relative to the topic on

3       Number 6?

4           MS. DeCAMP:  Objection.

5   BY MR. GARCIA:

6   Q   You can answer.

7   A   I'm here as a representative of EY pursuant to

8       the subpoena that was issued to EY in connection

9       with EY's work on these topics.

10          I can't speculate.  I wouldn't know what

11      people at the FOMB know or don't know.

12  Q   So my question was whether --

13          So you don't know whether anyone at the

14      FOMB would have knowledge of this topic?

15          MR. MERVIS:  Object to the form.

16  A   To the best of my knowledge, I'm unaware of what

17      they may or may not know.

18  BY MR. GARCIA:

19  Q   You're not aware of what?

20  A   I'm not -- to the best of my knowledge, I'm not

21      aware of what, you know, a representative of the

22      oversight board may or may not know.

23  Q   Okay.

24  A   I couldn't tell you whether they --

25  Q   All right.

Page 78

1        Did you do anything to try to determine
2    whether anyone at the FOMB would have knowledge
3    about that specific topic in Number 6?
4  A  I'm here as a representative of EY pursuant to a
5    subpoena that was issued to EY in connection
6    with its work that it's done on the budgetary
7    development and certification process.  So the
8    answer is no, I'm not aware.
9  Q  Okay.
10       MR. GARCIA:  Alejandro, can you please post
11   Tab Number 30 on the board.
12       (A discussion was held off the record to
13   correct technical issues.)
14       MR. GARCIA:  Having a couple of technical
15   issues.  Sorry.
16       Sorry about this.
17       MR. KOFF:  Arturo, it's Doug Koff.  And I
18   need a break in like five minutes because I'm
19   attending too.
20       So if we can take one.  I apologize to
21   everyone, but I just need like a three-minute
22   break.
23       MR. GARCIA:  Can we go off the record for
24   five minutes while we also fix the technical
25   issue here?

Page 79

1          Do you mind?

2          THE VIDEOGRAPHER:  I'll take us off the

3     record at 11:20.

4          (A recess was taken.)

5          THE VIDEOGRAPHER:  We're back on the record

6     at 11:31.

7  BY MR. GARCIA:

8  Q   Sorry about those technical issues.  Took a

9     little longer than I expected, but we'll move

10    forward.

11         Okay?

12         (Deposition Exhibit 3 was presented for

13    identification.)

14 Q   There's a document on the screen, but before I

15    go to the document, I'll ask you one other

16    question with respect to -- in general with

17    respect to Topic Number 6.

18         I don't want you to enter into the subject

19    matter of any discussions, if there were any

20    discussions.  Okay?  I don't --

21         I'm just asking you whether anyone from

22    Proskauer, the law firm representing the FOMB,

23    provided you any information to help you prepare

24    to testify on this particular topic today?

25         MR. MERVIS:  Arturo, sorry, which topic are

Page 80

1        you referring to?

2              MR. GARCIA:   Number 6.

3              MR. MERVIS:   Okay.

4    A   To the best of my recollection, no.

5    BY MR. GARCIA:

6    Q   So did you, in preparing for the deposition,

7        again, not getting into the substance, if there

8        was any, but did you meet with anybody from

9        Proskauer to prepare for the deposition on this

10       particular Topic Number 6?

11   A   I recall having a handful of meetings with

12       representatives from Proskauer on all of the

13       topics in preparation for the deposition.

14           I cannot recall a specific meeting just to

15       talk about Topic Number 6.

16   Q   Okay.  And I believe you indicated before that

17       those meetings would have been with --

18           Well, I don't want to have an objection of

19       asked and answered.  I'm not recalling who you

20       mentioned.

21              MR. GARCIA:   Do you mind, Antoinette, if I

22       ask that question again?

23              MS. DeCAMP:   Sure.  Go ahead.

24   BY MR. GARCIA:

25   Q   Can you please tell me who you met with from the

Page 81

1      FOMB with respect to Topic Number 6, to the best

2      of your recollection.

3          MS. DeCAMP:  Yes.  It's a different

4      objection.  It's not the --

5          Yeah.

6          MR. GARCIA:  I'm sorry, you guys were

7      speaking over each other; so I didn't hear

8      either one.

9          MR. MERVIS:  Yeah.  Arturo, you asked who

10     he met with from the FOMB.  I don't know if

11     that's what you meant to ask.

12         MR. GARCIA:  I'm sorry.  From Proskauer.

13  BY MR. GARCIA:

14  Q   From Proskauer, Mr. Chepenik.

15  A   So I think I just answered the prior question in

16     terms of the context of the discussions that I

17     had with representatives from Proskauer, and

18     they were on all topics, not just a meeting on

19     Topic Number 6.

20         If that's what you mean, which I interpret

21     that is what you mean, the attorneys at

22     Proskauer that I met with in preparation for my

23     deposition generally were Margaret Dale, Michael

24     Mervis, Michael Firestein, Ehud Barak, and Julia

25     Alonzo.

Page 82

1   Q   Yes.  Thank you for that.  Those were the ones I

2       remembered, but I just wanted to make sure.

3   A   Okay.

4   Q   So can you see a document on the screen?

5   A   I can.

6   Q   Okay.  Have you seen this document before?

7   A   I have.

8   Q   You have.

9           Do you recall when you saw it the first

10      time?

11  A   I do not recall the first time I saw it.  I do

12      recall having seen it in preparation for the

13      deposition today.

14  Q   Okay.  That was going to be my next question; so

15      thank you.

16          So in your --

17          Can you give me an explanation of what the

18      document is.  I don't want to put words in your

19      mouth.

20          MR. MERVIS:  I object to the form.

21  A   This is what is commonly referred to as

22      "Act 30."

23  BY MR. GARCIA:

24  Q   Okay.

25          MR. GARCIA:  Can you please scroll down to

Page 83

1        the part where it, you know, talks about the

2        revenues allocated.

3              I think it's highlighted.  Maybe we didn't

4        use the --

5              Can you please highlight the language,

6        Mr. Cepeda.  Okay.

7    BY MR. GARCIA:

8    Q    Do you see the highlighted language in the

9        document now?  It's highlighted in light blue?

10   A    Yes.

11   Q    It states, and I quote:

12             "Except as otherwise provided in the Act,

13       the amount of the fees collected in accordance

14       with Sections 23.01 and 23.02 of this Act shall

15       be covered in its entirety into a special

16       deposit in the name and for the benefit of the

17       Highways and Transportation Authority."

18             Do you see that language?

19   A    I see the language, yes.

20   Q    Do you have your own understanding of that

21       language in the statute?

22             MS. DeCAMP:  Objection.  Again, you're

23       asking about his personal understanding?

24             MR. GARCIA:  Yes, his personal.  I said

25       "your own understanding."

Page 84

1    BY MR. GARCIA:

2    Q   Do you have your own understanding about the

3        language that is highlighted, Mr. Chepenik?

4            THE WITNESS:  Antoinette, should I answer?

5            MS. DeCAMP:  You can answer if you have

6        your own personal understanding about what this

7        Act -- what this language says.

8    A   I don't have -- I don't have my own personal

9        understanding about what this language has or

10       means.  I think we're operating, you know, in

11       the PROMESA world.  And I can certainly speak to

12       the budgeting process generally, but I do not

13       have a specific personal point of view on this

14       language.

15   BY MR. GARCIA:

16   Q   Do you recall, when was the first time that you

17       saw this language in the statute?

18   A   As I recall, the first time I focused on this

19       provision is right now.

20   Q   Is when?

21   A   Right now, when you just showed it to me.

22   Q   All right.  So you had not seen this provision

23       of the statute before?

24            MR. MERVIS:  Object to the form.

25   A   I have seen the statute in preparation for the

Page 85

1       deposition, but I don't personally recall this
2       particular provision, reviewing that as part of
3       my deposition preparation.
4   BY MR. GARCIA:
5   Q   Okay.  And prior to deposition preparation, had
6       you seen the statute?
7   A   I have seen the statute prior to my -- yes.
8   Q   In what connection did you see the statute?
9   A   It's just commonly referred --
10          It's a commonly referred statute, and I
11      just recall having seen it in the past.
12  Q   So again, in what connection do you recall
13      having seen it in the past?
14  A   I do not recall.
15  Q   So you don't remember what you saw the statute
16      in connection with in the past?  That's your
17      testimony?
18  A   I do not recall.
19  Q   To the best of your recollection, did you review
20      the statute for anything related to your work
21      for the oversight board?
22  A   To the best of my recollection, I do not.
23  Q   You did not.
24          That's your answer?
25  A   To the best of my recollection, I do not recall.

Page 86

1   Q   Okay.  Is the statute in any way, shape, or form

2       related to your work for the FOMB? your personal

3       work for the FOMB?

4           MR. MERVIS:  I object to the form.

5           MS. DeCAMP:  Objection.

6   BY MR. GARCIA:

7   Q   You can answer.

8   A   To the best of my recollection, no.

9           MR. GARCIA:  Can you put Act Number 31 on

10      the screen.

11          Slow process.  I apologize.

12          Okay.  It's coming up.

13          (Deposition Exhibit 4 was presented for

14      identification.)

15  BY MR. GARCIA:

16  Q   Do you see a document on your screen,

17      Mr. Chepenik?

18  A   I do, yes.

19  Q   Have you seen this document before?

20  A   I have, yes.

21  Q   Okay.  What is this document, to the best of

22      your understanding?

23  A   To the best of my understanding, this appears to

24      be Act 31.

25  Q   And can you tell me what is your understanding

Page 87

1      about, in general, about Act 31?

2              MS. DeCAMP:  Objection.  Asking for his

3      personal understanding again?

4              MR. GARCIA:  Yes.

5              MS. DeCAMP:  Okay.

6   BY MR. GARCIA:

7   Q   Yes.  Yes, please answer.

8   A   So my personal understanding of this is it

9      relates to additional petroleum tax revenue

10     collection remittances and cigarette tax

11     collection remittances.

12             MR. GARCIA:  Can you please scroll down to

13     the same section that you were on before in

14     Act 31.

15             I think it's there.  Yes, that's the one.

16             Can you please highlight 1, and then (a).

17  BY MR. GARCIA:

18  Q   Okay.  Do you see the language highlighted in

19     light blue on the document, Mr. Chepenik?

20  A   I do, yes.

21  Q   Okay.  And I quote, it says:

22             "The sum of the tax collected on gasoline

23     and four cents of the gas, oil, or diesel oil

24     tax established by Section 3020.06 of the

25     subtitle, and the total amount per fiscal year

Page 88

1       of the excise tax collected for crude oil,

2       partially finished, and finished oil by-products

3       and any other hydrocarbon mixtures established

4       in Section 3020.07 of this subtitle, shall be

5       covered into a special deposit in favor of the

6       Highways and Transportation Authority for its

7       corporate purpose."

8            Do you see that language?

9   A    I do, yes.

10  Q    Have you seen that language before?

11  A    I do not recall having seen that language.

12  Q    So did you see it in preparation -- do you

13       recall having seen it in preparation for your

14       deposition today?

15  A    I do not recall having focused on that clause in

16       preparation for my deposition today.

17  Q    Again, I'm going to ask you your own personal

18       understanding of what this particular provision

19       of Act 31 provides.

20            MS. DeCAMP:  I'll object.  It's outside the

21       scope of the depo.

22            But you can answer.

23            MR. MERVIS:  I object to form.

24  BY MR. GARCIA:

25  Q    You can answer.

Page 89

1    A    I do not have a personal point of view on what

2         this provision means.

3    Q    Okay.

4              Have you seen the language, and I quote:

5              "Shall be covered into a special deposit in

6         favor of the Highways and Transportation

7         Authority for its corporate purposes"?

8              Have you seen it before?

9    A    It has not been something that I have focused

10        on.

11   Q    In connection with the discussion you had with

12        Mr. Ahlberg regarding the testimony you gave

13        before -- I don't want to repeat it -- or repeat

14        it.

15             Did you have occasion to discuss, you know,

16        this particular sections of Act 30 and 31?

17             MR. MERVIS:  Note my objection to the form.

18   BY MR. GARCIA:

19   Q    You may answer.

20   A    No.  To the best of my recollection, we did not

21        discuss.

22   Q    In general, have you seen the language, and I

23        quote:

24             "Shall be covered into a special

25        deposit" --

Page 90

1           -- before in this type of statute?

2           MS. DeCAMP:  Objection.

3           But you can answer.

4  A   You mean as a provision of the Act 31 or --

5           I'm not quite sure what --

6  BY MR. GARCIA:

7  Q   In general terms, I'm asking whether you've seen

8      this type of language:

9           "Shall be covered into a special

10     deposit" --

11          -- before in these types of statutes?

12          MS. DeCAMP:  Objection.

13  BY MR. GARCIA:

14  Q   You may answer.

15  A   No, not that I can recall.

16  Q   All right.  So I'll try -- in fact, you can't

17     recall.

18          Do you recall what this particular language

19     signifies, and I quote:

20          "Shall be covered into a special deposit."

21          Do you know?

22          MS. DeCAMP:  Objection.

23  BY MR. GARCIA:

24  Q   You may answer.

25  A   I don't have a personal perspective on what that

Page 91

```
 1        particular language would mean for this law.   In

 2        a PROMESA -- under a PROMESA framework, not

 3        under this particular law.

 4   Q    That's fine, but I'm not asking you about

 5        PROMESA framework.   I'm asking you about this

 6        particular language in the statute outside of

 7        any other context.

 8             Am I to understand that you have no

 9        particular understanding about those words in

10        the statute?

11             Is that your testimony?

12             MR. MERVIS:   Object to the form.

13   BY MR. GARCIA:

14   Q    You may answer.

15   A    I do not have a particular point of view on what

16        that provision implies.

17   Q    Okay.   Let's go to (A).   You see the highlighted

18        portion of the statute that starts with the

19        letter (A)? It's the second highlighted

20        paragraph.

21   A    Yes, I see that.

22   Q    And I quote it, it says:

23             "The secretary shall transfer every month,

24        or as agreed on with the Highways and

25        Transportation Authority, the amounts covered
```

Page 92

1       into said special deposit, deducting from these
2       the amounts reimbursed according to the
3       provisions of Section 3030.19 and 3030.20 of
4       this subtitle."
5            Do you see that language?
6    A   I do, yes.
7    Q   Have you seen this language before?
8    A   Not that I recall.
9    Q   You didn't see it in preparation for this
10       deposition?
11   A   I did not focus on that language for this
12       deposition, no.
13   Q   Yeah.  But my question was whether you saw it in
14       preparation for the deposition?
15            MS. DeCAMP:  Objection.
16            You can answer.
17   A   To the best of my recollection, no.
18   BY MR. GARCIA:
19   Q   Did you discuss these two provisions that are
20       highlighted with anybody in preparation for your
21       deposition?
22   A   To the best of my recollection, no.
23   Q   Does that include anybody from the FOMB?
24   A   It does.
25   Q   Does that include anybody from Proskauer?

Page 93

1    A    It does.

2    Q    Okay.

3         Do you know where the taxes covered by

4    Acts 30 and 31 are being deposited,

5    Mr. Chepenik?

6         MR. MERVIS:  I object to the form.

7    BY MR. GARCIA:

8    Q    You may answer.

9    A    To the best of my understanding, they are

10   deposited ultimately into the Treasury Single

11   Account.

12   Q    Do you know if after they are deposited in the

13   TSA account that we were discussing before, they

14   are transferred somewhere else?

15        MR. MERVIS:  Objection.

16   BY MR. GARCIA:

17   Q    You may answer.

18   A    In which time period do you mean?  Currently?

19   Q    In the last four years, since you've been

20   working with EY?

21   A    There's only one instance in which I'm aware of

22   a specific allocation of these revenues.

23   Q    What was that one instance that you're aware of?

24   A    In 2019, there was a special resolution passed

25   pertaining to petroleum tax revenues.

Page 94

1    Q    Okay.  What was that special resolution?

2    A    It was part of the certified budgeting process,

3         and, yeah, I mean that -- it allocated petroleum

4         tax revenues.

5    Q    Do you recall what the resolution provided?

6    A    I recall it provided for $299 million of

7         petroleum tax revenues to be allocated for, I

8         recall, to the best of my recollection, for

9         police and teacher salaries.

10   Q    Allocated to whom?

11             Sorry.  I didn't hear.

12   A    I don't know -- if you have the resolution, it

13        would help refresh my recollection.  But I

14        recall -- to the best of my recollection, I

15        believe it was for police and teacher salaries.

16   Q    Other than that special resolution related to

17        those $299 million of petroleum taxes, do you

18        know where the revenues in Acts 30 and 31 would

19        be transferred outside of the TSA account to?

20             MS. DeCAMP:  Object.

21             But you can answer.

22   A    To the best of my recollection, I'm not aware of

23        other transfers of those revenues.

24   BY MR. GARCIA:

25   Q    But are you aware that they are transferred?

Page 95

1          MS. DeCAMP:  Object to form.

2     A    No.

3          My understanding, to the best of my

4     recollection, is that those monies are generally

5     deposited in TSA.  Cash is cash.  It's

6     commingled within the Treasury Single Account.

7     BY MR. GARCIA:

8     Q    So is it your understanding that, except for the

9     $299 million that were the subject of the

10    special resolution in 2019, the funds are

11    deposited in the TSA account and remain there?

12    A    Since EY was retained, I believe that is the

13    case.

14    Q    All right.

15         MR. GARCIA:  I believe this might be an

16    appropriate moment to break for lunch.

17         Mr. Chepenik, how long do you need for

18    lunch?

19         THE WITNESS:  What time -- how long is

20    customary?

21         MR. GARCIA:  It's as little as half an hour

22    to as long as one hour.  What is --

23         THE VIDEOGRAPHER:  We'll go off the record.

24         MR. GARCIA:  We can go off the record.

25         THE VIDEOGRAPHER:  Let's go off the record

Page 96

1       at 11:53.

2              (A recess was taken.)

3              THE VIDEOGRAPHER:  We are back on the

4       record at 1:01 p.m.

5    BY MR. GARCIA:

6    Q   Good afternoon, everyone.  Especially to

7       Mr. Chepenik.  Hope you all had a healthy and

8       nice lunch.  I hope that the weather, wherever

9       it is you are, is better than the one we're

10      having in San Juan.

11             Anyway, I'm going to ask Mr. Cepeda to

12      bring another exhibit to the screen.  This one

13      could take a little longer because it's a pretty

14      big document, but I'm not going to go into much

15      of it at all, just actually maybe two

16      paragraphs, if not just one.

17             (Deposition Exhibit 5 was presented for

18      identification.)

19   Q   Mr. Chepenik, do you see a document on your

20      screen?

21   A   I do.

22   Q   It's been identified as Exhibit 5 for the depo.

23             Have you seen this document before?

24   A   I have, yes.

25   Q   Can you tell me what it is?

Page 97

1    A    This is --

2              I believe this is the most current

3         certified fiscal plan for the central

4         government.

5    Q    In other words, for the Commonwealth?

6    A    Yes, the Commonwealth government.

7    Q    Are you familiar with the document?

8    A    I am, yes.

9    Q    Did you have occasion prior to today to review

10        this document?

11   A    I did, yes.

12   Q    In what setting did you review it before?

13   A    In conjunction with a number of our work -- EY's

14        workstreams.

15   Q    Any other context besides the workstreams?

16   A    Not particularly, no.

17   Q    Did you review the document in preparation for

18        the deposition today?

19   A    Oh, I did not realize that was the question.

20              Yes, I did.

21   Q    It actually was not the question, but I was

22        first exploring other context before coming to

23        this one, but you've answered.   Thank you.

24              Did EY have any involvement in the

25        preparation of the fiscal plan that's on the

Page 98

1       screen?

2   A   EY had input on a few specific topics for the

3       fiscal plan but was not the primary consultant

4       hired by the oversight board to prepare and

5       review the fiscal plan.

6   Q   Okay.  By the way, did you have any involvement

7       with EY in connection with the fiscal plan?

8   A   I did, yes.

9   Q   What specific topics was EY working on with

10      respect to the fiscal plan?

11  A   To the best of my recollection, the main

12      contributions were around the Department of

13      Education section; and in those measures around

14      the section on the office of the CFO, the CFO

15      proposal; and the Pension section in the fiscal

16      plan.

17  Q   So that was your answer with respect to EY.

18          Would that be the same answer with respect

19      to your own involvement in the preparation of

20      this fiscal plan?

21  A   To the best of my recollection, I was personally

22      most involved in the OCFO section and the

23      Pension section.

24  Q   Was there any involvement by EY or by you in

25      connection with the HTA part of the fiscal plan?

Page 99

1   A    To the best of my recollection, no.

2   Q    In preparation for the deposition today, did you

3        review any HTA sections in the fiscal plan prior

4        to today?

5   A    I did not, no.

6            MR. GARCIA:  Okay.  I'm going to ask

7        Mr. Cepeda to scroll down to page 45 of the

8        document.

9   BY MR. GARCIA:

10  Q    Before we look at the language, do you know how

11       the fiscal plan treats the revenues generated by

12       Acts 30, 31?

13           MS. DeCAMP:  Objection.

14           You can answer.

15  BY MR. GARCIA:

16  Q    Please answer.

17  A    To the best of my knowledge, they are treated

18       the same way that all other revenues -- or

19       virtually all other revenues of the government

20       are treated.

21  Q    Okay.  Can you tell me what that way is.

22           MS. DeCAMP:  Objection.

23  BY MR. GARCIA:

24  Q    Please answer.

25  A    My understanding is revenues are all

Page 100

1          consolidated into one aggregate revenue stream

2          that's forecasted out, and then expenses are

3          forecasted out against those revenues.

4     Q    When you say that "all the revenues are

5          consolidated into one aggregate revenue stream,"

6          what do you mean by that?

7     A    That there's no particularly unique treatment

8          for different revenue streams.  They are all

9          treated the same -- in the same fashion where

10         the revenues are forecasted out creating a

11         revenue baseline, if you will.

12              Measures are incorporated.  Those can be

13         fiscal or structural reform measures that have

14         an impact on various revenue streams.  And then

15         those revenue streams are all totaled to create

16         an aggregate revenue stream.

17    Q    After the aggregate revenue stream is created --

18         strike that.  Withdrawn.

19              For what purpose in the fiscal plan is the

20         aggregate revenue stream created?

21              MS. DeCAMP:  Objection.

22    BY MR. GARCIA:

23    Q    You can answer.

24    A    My understanding is the revenue stream is

25         created to forecast the total amount of revenues

Page 101

1    available for expenses to be allocated against

2    or surpluses to be generated.

3  Q  Okay.  All right.

4        So now I'm going to ask you to turn to

5    Section 5.1, Baseline revenue forecast.

6        What's a baseline revenue forecast?  Do you

7    know?

8        MS. DeCAMP:  Objection.  Objection.

9        You can answer.

10 A  So EY does not set the baseline revenue

11   forecast; so I cannot tell you with absolute

12   certainty.  But my understanding is the baseline

13   revenue forecast is the revenue forecast before

14   measures are applied.  So before either fiscal

15   measures or structural reform measures.

16       MR. GARCIA:  Can you please highlight,

17   starting with the sentence that begins:

18       "The inclusion of these revenues" --

19       -- until the end.

20       Okay.

21 BY MR. GARCIA:

22 Q  Do you see the highlighted portion of that

23   section on your screen, Mr. Chepenik?

24 A  Yes, I do.

25 Q  Okay.  I'm just going to read a part of that for

Page 102

1       the record, and I quote:

2           "The inclusion of these revenues in the

3       2021 fiscal plan is based on the oversight

4       board's legal conclusions that: (i), such monies

5       are property of the Commonwealth; (ii), each

6       pre-PROMESA statute appropriating or

7       transferring such monies to instrumentalities of

8       the Commonwealth is preempted by PROMESA; (iii),

9       such statutes were enacted by prior legislatures

10      that cannot bind the current legislature; and

11      (iv), in any event, absent PROMESA, under the

12      Puerto Rico Constitution, such monies would not

13      be transferred to the instrumentalities while

14      general obligation debt is not being paid

15      according to its terms."

16          Do you see that highlighting?

17  A   I do, yes.

18  Q   Have you seen this language before?

19  A   To the best of my recollection, I do not recall

20      having focused on that language.

21  Q   Okay.  I'm not going to ask you any question to

22      provide me any kind of a legal conclusion.  I

23      know you're not a lawyer.  Okay?

24          I'm not going to ask you either to

25      interpret, in any legal way, the provision that

Page 103

1      I highlighted.  Okay?  I'm not doing that.

2          I'm just asking you what is your

3      understanding of this language in the

4      Commonwealth fiscal plan for 2021?

5          MS. DeCAMP:  To clarify, you're asking for

6      his personal view as opposed to any EY position;

7      correct?

8          MR. GARCIA:  Yes.

9    BY MR. GARCIA:

10   Q   I'm asking you for your personal view.

11         MS. DeCAMP:  You can answer to the extent

12     you have a view.

13         MR. MERVIS:  I object to the form.

14   BY MR. GARCIA:

15   Q   Okay.  You can answer.

16   A   I do not have a particular view about what this

17     means.

18   Q   You have --

19         You don't have a particular view.  Do you

20     have any view?

21         MR. MERVIS:  Same objection.

22   A   I do not.

23   BY MR. GARCIA:

24   Q   Okay.

25         Now, you've indicated that you've worked

Page 104

1       with the FOMB with respect to the preparation of

2       fiscal plans, and you indicated what areas of

3       the fiscal plan you were involved with.  I know

4       that.  Okay?

5            But do you have experience outside of this

6       engagement in the preparation of fiscal plans in

7       general?  And, again, either you personally or

8       you as a member -- as a principal of EY.

9            MR. MERVIS:  I'm sorry.  Can I ask the

10      reporter to read that back.

11           Thank you.

12           (The requested text was read by the

13      reporter.)

14           MR. MERVIS:  I object to the form.

15  BY MR. GARCIA:

16  Q   Please answer.

17  A   In terms of fiscal plans, can you better

18      elaborate what you mean by that.

19  Q   Well, do you know what a fiscal plan is?

20  A   I know what this fiscal plan is but not

21      necessarily what you mean more generally.

22  Q   Have you worked in the preparation of fiscal

23      plans outside of this engagement at any time?

24           MR. MERVIS:  Objection to the form.

25

Page 105

1    BY MR. GARCIA:

2    Q    You may answer.

3    A    My understanding is what you imply by "fiscal

4         plan" is a multiyear -- a multiyear sort of plan

5         for a public sector entity that may or may not

6         be in connection with the bankruptcy process.

7              If that is what you mean, the answer is

8         yes.

9    Q    Okay.

10             Well, based on that answer that you have

11        just given, I ask you whether you've seen this

12        type of language in other fiscal plans, either

13        in the Commonwealth setting or other settings

14        before?

15             MS. DeCAMP:   Objection.

16   BY MR. GARCIA:

17   Q    You can answer.

18   A    I would say, you know, based on my experience,

19        that each sort of multiyear plan that's

20        developed by a public sector entity, be it a

21        state or local government, is unique to that

22        state or local government's situation.  So it's

23        not always in connection with the same types of

24        processes.

25   Q    Based on your experience, you cannot tell me

1       whether you have any understanding of what this

2       language means for purposes of this particular

3       fiscal plan of the Commonwealth?

4            MS. DeCAMP:  Objection.

5            You can answer.

6    A   I do not have a point of view on this language.

7    BY MR. GARCIA:

8    Q   Okay.  I'm not asking your point of view.  I'm

9        asking you about understanding -- any

10       understanding that you may have with respect to

11       this language on the fiscal plan.

12           MS. DeCAMP:  Objection.

13           You can answer.

14   A   I don't have a particular understanding of this

15       language, no.

16   BY MR. GARCIA:

17   Q   So you have --

18           You don't have a particular understanding,

19       but do you have any understanding?

20   A   I don't have a particular understanding of this

21       language.

22   Q   So I understand that you have no understanding

23       whatsoever about this language in the fiscal

24       plan?

25           MS. DeCAMP:  Objection.

Page 107

1              You can answer.
2    A   I do not have a particular understanding of the
3        language.
4              MR. GARCIA:  Let's go to a different
5        exhibit.  This one is a little less heavy, but
6        it's still somewhat heavy; so it's going to
7        probably take some time coming up on the screen.
8              (Deposition Exhibit 6 was presented for
9        identification.)
10   BY MR. GARCIA:
11   Q   Mr. Chepenik, do you see a document on the
12       screen now?
13   A   I do, yes.
14   Q   It's been marked as Exhibit 6 for the
15       deposition.
16             Have you seen the document before?
17   A   I have, yes.
18   Q   In what setting did you see the document before?
19   A   I just generally reviewed various fiscal plans
20       once they were prepared.
21   Q   Okay.  For what purpose do you "generally review
22       various fiscal plans"?
23   A   Just to try to be informed about -- about
24       different fiscal plans.
25   Q   And for what purpose do you want to be informed

Page 108

1       about the fiscal plans, sir?

2    A   I just want to be the best-prepared adviser that

3        I can be for our client.

4    Q   Okay.

5            Did the FOMB have any involvement in the

6        preparation of the HTA fiscal plan?

7            MR. MERVIS:  Did you say "FOMB," Arturo?

8            MR. GARCIA:  Yeah.

9            MR. MERVIS:  Okay.

10   BY MR. GARCIA:

11   Q   Do you know if the FOMB had any involvement?

12   A   I personally was not involved, nor was EY

13       involved in the preparation of the HTA fiscal

14       plan; so I cannot tell you with certainty.

15           However, the document was certified by the

16       oversight board ultimately, and so I would --

17       based on my experience, I would imagine that

18       there was some review of the fiscal plan.

19   Q   Yeah.  Actually, the cover of the document

20       actually states, and I quote:

21           "As certified by the Financial Oversight

22       and Management Board for Puerto Rico."

23           Is that correct?

24   A   That's correct, yes.

25   Q   Would that give you any references to what was

Page 109

1   the involvement of the FOMB in the preparation

2   of the fiscal plan?

3     MS. DeCAMP:  Objection.  Calls for

4   speculation.

5  BY MR. GARCIA:

6  Q  You can answer.

7  A  I genuinely -- I'm unaware of the extent of the

8   involvement that the oversight board had in the

9   development of the fiscal plan.

10  Q  Okay.  What does it mean to "certify" a fiscal

11   plan?

12     MR. MERVIS:  Object to the form.

13  A  To the best of my knowledge, I do know.  And to

14   the best of my knowledge, the certification is a

15   requirement under PROMESA, Section 2 -- under

16   Section 2 of PROMESA, I believe it's

17   Section 201, that lays out a series of 14

18   criteria that need to be met for a fiscal plan

19   to be able to be certified by the oversight

20   board.

21     So it implies that the oversight -- in the

22   oversight board's view, that the certified

23   fiscal plan met those criteria.

24  BY MR. GARCIA:

25  Q  Do you know what those criteria are?

Page 110

1        MS. DeCAMP:  Objection.

2        You can answer.

3   A   Generally, yes.

4   BY MR. GARCIA:

5   Q   Can you tell me what those are, to the best of

6       your recollection?

7   A   I would need your help pulling up PROMESA to

8       look at the 14 criteria.

9   Q   Right.

10  A   I don't recall.

11  Q   Perfect.  I withdraw that one.

12        Do you have any recollection of what some

13      of the criteria may be?

14        I'm not going to ask you about PROMESA.  I

15      can look it up.  I just want to understand what

16      your recollection may be about the fiscal plan.

17  A   I don't recall, off the top of my head.

18  Q   Okay.

19  A   I would have to refresh my recollection.

20  Q   That's fine.  That's fair.  We're not going

21      there.

22        Did EY have any involvement in the

23      preparation of the HTA fiscal plan?

24  A   To the best of my knowledge, no.

25  Q   Did you personally have any involvement as an

Page 111

1      adviser to the FOMB?

2              MS. DeCAMP:  Objection.  Asked and answered

3      but --

4              MR. GARCIA:  The prior question was with

5      respect to EY.  I'm asking now whether he

6      personally had --

7              MS. DeCAMP:  Outside of EY?  That's not

8      within the scope of the deposition.

9   BY MR. GARCIA:

10  Q   Any involvement.

11  A   No, not that I recall.

12  Q   Okay.

13          To your knowledge or your best

14      recollection, was anybody else, aside from the

15      FOMB, involved in the drafting of a fiscal plan

16      like this one?

17              MR. MERVIS:  Object to the form of the

18      question.

19  BY MR. GARCIA:

20  Q   You can answer.

21  A   So I apologize asking you to clarify.

22          So you mean with respect to the HTA fiscal

23      plan or to just any fiscal plan?

24  Q   I'm actually referring to the HTA fiscal plan,

25      which is the one that's right on the board now.

Page 112

1  A   I understand.

2         I'm not aware of who was involved in the

3      development of the fiscal plans.

4  Q   Okay.

5  A   You did mention whether -- the FOMB's

6      development of the fiscal plan.  My

7      understanding of the process is the government

8      submits a fiscal plan to the FOMB that reviews

9      that fiscal plan, and ultimately it's

10     certified -- whatever version is certified is

11     certified because it meets those 14 criteria in

12     Section 201.

13 Q   Okay.  Good.  That's actually what I was trying

14     to get.  Thank you.  I just didn't want to put

15     words in your mouth.

16        MR. GARCIA:  Let's go to pages 49 to 51,

17     and I'm specifically looking for Section 2.1.

18        We can't seem to find it.

19        Sorry.  I was directing my colleague to the

20     wrong page in the document.  My mistake.  I

21     apologize.

22        MR. MERVIS:  Arturo, what page is it?

23        MR. GARCIA:  Yes, Michael?

24        MR. MERVIS:  What page number are you on?

25        MR. GARCIA:  We're on page 25, Section 2.1.

Page 113

1        I was directing Alejandro to the wrong page.

2        Again, my mistake.

3            MR. MERVIS:  Yes, I've got it.  I couldn't

4        see it on the screen.

5            MR. GARCIA:  Yes, I know.  This is why we

6        were not finding it.  It was my mistake.

7            MR. MERVIS:  Okay.

8    BY MR. GARCIA:

9    Q   There's language there, but I'm going to ask you

10       a couple of background questions before I get to

11       the language.

12           Do you know whether Act -- whether --

13       strike that.

14           Before, when we were talking about fiscal

15       plans, you testified about revenue streams going

16       to the fiscal plans.

17           Do you remember that testimony?

18   A   Generally, yes, I do.

19   Q   Okay.  And earlier, also, you testified about

20       Act 30, 31 revenues, and you described them in

21       your own words as -- I don't recall whether you

22       used the words "excise taxes," but you used

23       "revenues generated by different statutes";

24       correct?

25   A   I do not recall if those are the exact words

Page 114

1           that I used.

2     Q    Right.

3                Do you recall what the words were?  I just

4           want to put it in context.

5                MR. MERVIS:  Object to form.

6     BY MR. GARCIA:

7     Q    Please answer to the best of your recollection.

8     A    To the best of my recollection, I recall saying

9           that Act 30 relates to certain license fees and

10          Act 31 relates to certain petroleum taxes and

11          cigarette taxes.

12    Q    And I ask the question then now, based on your

13          answer, whether those types of revenues that

14          come out of those taxes that you just mentioned

15          are sources of operating revenues for government

16          instrumentalities.

17               Do you know?

18               MR. MERVIS:  I object to the form.

19    BY MR. GARCIA:

20    Q    You can answer.

21    A    I -- I'm not aware of the use of those funds.

22    Q    I'm not asking you for the use of those funds,

23          at least not yet.

24               I'm asking you whether those are sources of

25          operating revenues.

Page 115

1           MR. MERVIS:   Same objection.

2      A   I'm unaware if those particular revenue sources

3           are operating revenues.

4      BY MR. GARCIA:

5      Q   Before -- all right.   Strike the word

6           "operating."

7               Are you aware whether they are sources of

8           revenue?

9      A   For whom?

10     Q   For government instrumentalities?

11     A   I'm aware that, you know, that the taxes under

12          those provisions, just like taxes under other

13          provisions, are revenues.   Whose revenues they

14          are, I can't necessarily speak to.

15     Q   Okay.   Before we saw Acts 30 and 31, we saw them

16          on the screen; correct?

17     A   Correct, yes.

18     Q   And we marked them as exhibits?

19     A   Yes.

20     Q   And I read some language of the two statutes

21          into the record of the deposition, and I asked

22          questions about those; correct?

23     A   You did, yes.

24     Q   And we were talking about Act 30, 31 revenues;

25          correct?

Page 116

1   A    We were, yes.

2   Q    In light of our discussion earlier today and

3        your knowledge of Acts 30, 31, do you understand

4        that Acts 30, 31 revenues that come from the

5        excise taxes are revenues to HTA in your -- in

6        your understanding?

7             MS. DeCAMP:   Objection.

8             MR. MERVIS:   Object to the form.

9   BY MR. GARCIA:

10  Q    Do you have an understanding of that?

11  A    No.   I do not believe that is the case.

12  Q    You don't believe that they are revenues -- that

13       the Act 30, 31 aren't revenues?

14  A    That was not your question, if I --

15  Q    So explain to me your answer then.

16            MS. DeCAMP:   Why don't you ask the question

17       again, and then he can answer your question.

18            MR. GARCIA:   Can I have the question read

19       back.   Not the last one, but the one prior to

20       the last one.

21            (The requested text was read by the

22       reporter.)

23  BY MR. GARCIA:

24  Q    So Acts 30, 31, are they revenues?

25  A    Okay.   So, yes, I believe that the money

Page 117

1          collected under those acts is revenue.

2     Q    Okay.  And do you have an understanding as to

3          revenue for whom?

4               MS. DeCAMP:  Objection.

5               You can answer if you have a personal

6          understanding.

7     A    I do not have a personal point of view of that,

8          no.

9     BY MR. GARCIA:

10    Q    Okay.  Please review while I read for the record

11         the language that's highlighted in Exhibit 5.

12              And the relevant language is, and I quote:

13              "Before 2015, HTA received appropriations

14         of revenues from the cigarette tax, gasoline

15         tax, diesel tax, petroleum tax, vehicle license

16         fees collected by the Commonwealth.

17              "In 2015, the sitting governor issued

18         Executive Order 2015-046, pursuant to which the

19         Commonwealth began retaining these revenues."

20              Do you see that language?

21    A    I do.

22    Q    Have you seen this language before?

23    A    This particular language, to the best of my

24         recollection, I have not.

25    Q    Okay.  The Executive Order 2015-046 that's

Page 118

1      referenced in the language that I quoted for the

2      record, have you seen that executive order

3      before?

4  A   To the best of my recollection, I have not.

5  Q   So to the best of your recollection, you did not

6      see the Executive Order 2015-046 in preparation

7      for your deposition today?

8  A   That is correct.

9          And I'll just add that that executive order

10     was issued in 2015, which was before the

11     oversight board was constituted, PROMESA was

12     passed, or EY was retained.

13 Q   You are absolutely correct, yes.

14         Do you know whether Executive Order

15     2015-046, that is referenced in the HTA fiscal

16     plan, is still in place?

17 A   My understanding is we're operating in a

18     post-PROMESA world, and PROMESA is the statute

19     that governs the development of these fiscal

20     plans and the allocation of revenues.

21 Q   Okay.  So based on your answer that you just

22     gave me, is it your understanding that Executive

23     Order 2015-046 is not presently in effect?

24         MS. DeCAMP:  Objection.

25         You can answer.

Page 119

1    A    I do not have a point of view.  I am unaware.

2    BY MR. GARCIA:

3    Q    So the taxes that are referenced in the

4         particular language that I read into the record,

5         meaning cigarette tax, gasoline tax, diesel tax,

6         petroleum tax, and vehicle license fees, do you

7         see that language?

8    A    I do, yes.

9    Q    Do you know what those words in the language

10        that I read for the record refer to?

11            MS. DeCAMP:  Objection.

12            You can answer.

13   A    I am not positive.

14   BY MR. GARCIA:

15   Q    Okay.  Earlier, when we were talking about

16        Acts 30, 31, and we were talking specifically

17        about different taxes, you referred to cigarette

18        taxes; correct?

19   A    Correct.

20   Q    And you also referred to gasoline tax; correct?

21   A    Correct -- no.  I think I referred to petroleum

22        taxes but --

23   Q    Okay.  Petroleum tax.

24            You referred to petroleum tax; correct?

25   A    Correct.

Page 120

1    Q    I think you also referred to license fees?

2    A    Correct.

3    Q    Do you know whether those taxes that are listed

4         there and the license fees are the taxes that

5         are referred to in Acts 30, 31?

6              MS. DeCAMP:   Objection.

7    BY MR. GARCIA:

8    Q    You can answer.

9    A    I'm not positive.

10   Q    So before when we were talking about those

11        different taxes that we identified, what were

12        you referring to?

13   A    A portion of those taxes fall under Act 30 and

14        31, but a portion of the cigarette tax, for

15        instance, goes for other purposes, as I

16        understand it.

17             So I don't necessarily -- I don't

18        necessarily make the connection between these

19        taxes being Act 30, 31 taxes or just the taxes

20        in general.

21   Q    Okay.  But with respect to the ones that are

22        listed on this paragraph that I highlighted for

23        you and also quoted for the record -- and,

24        again, I'm referring to the cigarette tax, the

25        gasoline tax, diesel tax, petroleum tax, and

Page 121

1      vehicle licenses fees collected by the

2      Commonwealth, are those taxes that may be

3      included, in your best recollection, in Acts 30

4      and 31, to some extent?

5            MR. MERVIS:   I object to the form.

6   BY MR. GARCIA:

7   Q   You can answer.

8   A   It is -- I'm not sure whether it's the same

9      taxes.

10  Q   But are some of those taxes part of Act 30 and

11     31 that we were discussing before?

12            MS. DeCAMP:   Objection --

13            You can answer.

14  A   I'm not --

15            I can't say with certainty.  I can't say

16     with certainty that those are the same taxes

17     that are being referenced.

18  BY MR. GARCIA:

19  Q   All right.  Do Acts 30 and 31 include cigarette

20     tax?  Include cigarette tax?

21  A   Act 31 does, I believe, yes.

22  Q   Do Acts 30 or 31 include gasoline tax?

23  A   I believe it does, yes.

24  Q   Do Acts 30 or 31 include diesel tax?

25  A   I -- to the best of my recollection, I believe

Page 122

1        it does.

2    Q   Do Acts 30 or 31 include petroleum tax?

3    A   To the best of my recollection, Act 31 does,

4        yes.

5    Q   So does Act 30 or 31 include vehicle license

6        fees?

7    A   To the best of my recollection, it includes a

8        portion of the license fee under Act 30.

9    Q   So, in other words, all those taxes or fees

10       referenced in this particular section of the

11       fiscal plan that I read into the record are

12       included to some extent in Acts 30 and 31;

13       correct?

14           MS. DeCAMP:   Objection.

15           You can answer.

16   A   Again, I apologize.  I'm not positive that those

17       are the same -- the same specific taxes

18       designated under those laws are the ones that

19       are referenced here but --

20   BY MR. GARCIA:

21   Q   I'm not trying to be difficult.  I am not.

22           You just said with respect to each of those

23       that they were part of, not probably all of

24       them, but to some extent, each of those --

25       cigarette tax, gasoline tax, diesel tax,

Page 123

1      petroleum tax, and vehicle license fees -- were

2      included within Act 30 or 31; is that correct?

3  A   Yes.

4  Q   Okay.  So then I ask you the question again with

5      respect to the language in the highlighted

6      portion:  Do you understand, based on what we

7      just discussed, that the highlighted language is

8      referring, at least in part or to some extent,

9      to Act 30, 31 revenues?

10          MR. MERVIS:  Object to the form.

11  BY MR. GARCIA:

12  Q   You can answer.

13  A   It is possible, but I cannot say with certainty.

14  Q   Do you have any knowledge as to how those

15      particular revenues were assigned to any

16      government instrumentality?

17          And I mean the same revenues we're talking

18      about: cigarette tax, gasoline tax, diesel tax,

19      petroleum tax, and vehicle license fees.

20          MR. MERVIS:  Objection to form.

21  A   Over which time period do you mean?

22  BY MR. GARCIA:

23  Q   Well, let's say from -- before 2015.  Before

24      the --

25          MR. MERVIS:  Objection.

Page 124

1    BY MR. GARCIA:

2    Q    Do you know?

3            MS. DeCAMP:   Objection.

4    BY MR. GARCIA:

5    Q    Okay.  Do you know?

6    A    I am personally not familiar with the

7         allocation.

8            The way we produce budgets is we take the

9         revenues from the fiscal plan and use that as an

10        envelope, and so there's no distinction or

11        differentiation between the revenues.

12   Q    Okay.  So when you create a budget, you have

13        revenues on one side; correct?

14           MS. DeCAMP:   Objection.

15           You can answer.

16   A    When you create a budget --

17           So the first step -- I think we covered

18        this at the very beginning -- the first step in

19        the budget process is to issue a revenue letter

20        which sets the envelope for spending under that

21        budget, and that revenue envelope is drawn from

22        the fiscal plan.

23   BY MR. GARCIA:

24   Q    Great.

25           And do those revenues include taxes such as

Page 125

1      cigarette tax, gasoline tax, diesel tax,

2      petroleum tax, and vehicle license fees?

3      Include.  There may be other sources, but do

4      they include those types of taxes or fees?

5            MR. MERVIS:  Objection.

6  BY MR. GARCIA:

7  Q   You may answer.

8  A   I can't say for certain.  We quite literally

9      take, you know, the output of the total revenues

10     from the fiscal plan, and that sets the revenue

11     envelope for spending.

12 Q   Okay.

13 A   It doesn't differentiate between what those

14     revenues -- what revenues are included, which I

15     believe is your question.

16 Q   So when you create a budget, you take a

17     number -- a total number for revenues and

18     include that in the budget.

19           Is that what you're telling me?

20 A   Sorry.  Can you repeat the question.

21           MR. GARCIA:  Can you read it back, please.

22           (The requested text was read by the

23     reporter.)

24           MR. MERVIS:  Note my objection, please.

25

Page 126

1    BY MR. GARCIA:

2    Q    You can answer.

3    A    The process is set by the -- the expenditures

4         are set to match the -- to equal the revenues.

5    Q    Yes.

6              And am I understanding that to be a

7         balanced budget?

8    A    No, not at all.

9    Q    When revenues are equal to expenses -- that's

10        what you just said; right? -- are you referring

11        to a balanced budget?

12   A    No, I'm not.

13             MR. MERVIS:  Hold, hold it.

14   BY MR. GARCIA:

15   Q    Okay.  So what are you referring to?

16             What are you referring to?

17             MR. MERVIS:  Objection to the form.

18   BY MR. GARCIA:

19   Q    What are you referring to?

20   A    I'm referring to your question which is do

21        expenses equal the revenue in the revenue

22        letter.

23   Q    All right.  So again, my question really was

24        whether --

25             When you are creating a budget, you take a

Page 127

1      total number of revenues that the entity, let's

2      say the Commonwealth, is expecting to receive

3      and drop that into the budget.

4           Is that how you do it?

5           MR. MERVIS:  Object to the form.

6           MS. DeCAMP:  Objection.

7  BY MR. GARCIA:

8  Q   You can answer.

9  A   No.

10          We take the revenues from the fiscal plan

11     to set a revenue parameter for spending, and

12     then the government develops a budget based off

13     of that revenue parameter, envelope, if you

14     will.

15  Q   And is that revenue parameter provided in a

16     total number of revenues?

17  A   Generally, in the revenue letter that I

18     reference, yes.

19  Q   Okay.  Is the revenue parameter at any point in

20     time provided in specific numbers coming from

21     specific -- from particular sources?

22  A   For which -- I mean, for over what time -- over

23     what time frame?

24  Q   Just in general.  I'm talking about the

25     preparation of a budget.

Page 128

1   A    So for -- as an example for the current year's
2        budget, the revenue letter is just one number
3        for total general fund spending.
4   Q    Right.
5             And is that revenue parameter or number in
6        the revenue letter?  Is it otherwise informed or
7        split into different revenue sources anywhere in
8        the process of creating a budget?
9             MR. MERVIS:  Objection to the form.
10  A    For the current year budget, the revenue letter
11       has one line, has one number for general fund
12       spending that can be spent.
13  BY MR. GARCIA:
14  Q    Mr. Chepenik, can you please refer me back to
15       your experience in preparing a budget for
16       government instrumentality.
17            MS. DeCAMP:  Objection.
18  BY MR. GARCIA:
19  Q    You can answer.
20  A    I apologize.  I don't understand the question.
21  Q    What of the question you don't understand?  I'm
22       asking you about your experience in preparing
23       budgets for government instrumentalities.
24            Do you have experience preparing budgets
25       for government instrumentalities?

Page 129

1  A   Generally, yes.  I've helped in my role at EY

2      as -- in the preparation of the review of

3      budgets.  I'm not -- I apologize.  It's not

4      clear to me what you're asking.

5  Q   I'm just in general asking you about your

6      experience in preparing budgets.  You know,

7      you've given me your experience before, and now,

8      in the answers to my question, you are, you

9      know, kind of straying away from that

10     experience.

11          So I'm trying to ask you now, to put it in

12     black and white, in context, what is your

13     experience preparing a budget for a government

14     instrumentality or reviewing a budget?

15          MS. DeCAMP:  I will object --

16          I object to the argumentative preface

17     before you got to what your actual question was.

18          MR. GARCIA:  Okay.

19          MR. MERVIS:  I object to the part that came

20     after the argumentative preface.

21          MR. GARCIA:  Keep the argumentative aspect

22     of the question and just go to the question.

23  BY MR. GARCIA:

24  Q   What is your experience in either preparing or

25     reviewing budgets for government

Page 130

1      instrumentality?

2   A  I helped work with and oversee the team at EY

3      that helps review the budgets for the oversight

4      board.

5   Q  And in that role, as you just defined, what do

6      you do to review the budgets?  What do you look

7      at?

8   A  We look at the submissions from the government

9      on the spending parameters to validate that

10     those proposed spending parameters are both

11     within the revenue envelope that's sent out

12     through the revenue letter in consistency with

13     the fiscal plan.

14  Q  And specifically, what do you look at to

15     determine the consistency with the fiscal plan?

16  A  We would look at the budget documents that are

17     submitted and oftentimes something called the

18     Savannah file, which is just a very

19     detailed-level spending allocation that the

20     government proposes.

21  Q  You mean the what?  Savannah file?

22  A  Yes.  It's an Excel document.

23  Q  It's like a schedule?

24  A  Yeah, a schedule of spending.

25  Q  Yes.  I know what you mean by Savannah, by the

Page 131

1        way.  It's very local here.

2             So in those documents that you review,

3        would you take -- would you see the different

4        types of revenue streams that are included

5        within a budget before it's finalized?

6    A   No, I would not.

7    Q   So you only see the total amount of revenues?

8        That's all you see?

9    A   No.  I would not see revenues at all.  It's a

10       spending -- it's a spending plan.

11   Q   You only see the spending part of the budget?

12   A   That's correct.  The budget is -- it's an

13       expense -- it is an expense plan.  There is no

14       revenue component.

15   Q   All right.  So you don't --

16            So the government's budget does not have a

17       revenue component?

18   A   The budget is a spending plan, and so we're just

19       looking at whether the totals of that spending

20       plan are consistent with the revenue envelope

21       that was sent out in the revenue letter from the

22       oversight board.

23            And that revenue letter for this year's

24       budget, as an example, has one line -- not even

25       one line, one number for total spending for the

Page 132

1        general fund, and so --

2    Q    Have you ever seen the complete budget for the

3        government of Puerto Rico?

4            MR. MERVIS:   Object to the form of the

5        question.

6    BY MR. GARCIA:

7    Q    Have you seen it?

8    A    I've seen the certified budgets, yes.

9    Q    What do those certified budgets include?

10           MS. DeCAMP:   Object.

11   A    They include -- the certified budgets include

12        the spending allocations by agency.

13   BY MR. GARCIA:

14   Q    Only the spending allocations?

15   A    To the best of my recollection, yes, only the

16        spending allocations.

17   Q    Do you assist the FOMB in its review of the

18        budgeting process at the Puerto Rico

19        legislature?

20   A    EY -- EY does, yes.

21   Q    Who at EY?

22   A    It varies, but typically it's myself, Juan

23        Santambrogio, and Sophia Panagiotakis.

24   Q    Okay.  I'm now referring to yourself as a

25        principal of EY.  Okay?

Page 133

1          Do you assist the FOMB in its review of the

2     budget process within the Puerto Rico

3     legislature?

4   A  Over which time period?  You mean the most

5     current year?  Past years?  What?

6   Q  Let's say the last four years, since you've been

7     employed at EY.

8   A  I have, yes.

9   Q  Okay.  And what is your role in helping the FOMB

10    with the review of those budgets?

11  A  So my personal --

12  Q  By the way -- strike that.

13          I'm not talking about the certified budgets

14    of the fiscal board.  I'm talking about the

15    government budget as it's going through the

16    legislative process before the Puerto Rico

17    legislation.

18          Do you understand the explanation to my

19    question?

20  A  I do.

21  Q  All right.  So now I'm going to ask you what is

22    your role in that process?

23  A  My role is to oversee the team that is

24    evaluating in collaboration, frankly, with the

25    oversight board staff, both the documentation

Page 134

1      and the spending parameters that are submitted

2      by the government.

3    Q   Okay.  And in that role, you see the spending

4      parameters; correct?

5    A   The proposed spending parameters, correct.

6    Q   Do you also see revenue parameters?

7    A   No, not generally.  The revenue parameter is set

8      by the revenue letter that's issued by the

9      oversight board.

10   Q   So when the Puerto Rico legislature puts

11     together a budget, it plugs in a number from the

12     certified board, from the FOMB, and then it

13     works on the spending side.  Is that what you're

14     telling me?

15         MR. MERVIS:  Objection to the form.

16         MS. DeCAMP:  Objection.

17         You can answer.

18   A   To the best of my knowledge, generally that's

19     the case.  I could not tell you for certain.  I

20     could not tell you for certain.  But that is how

21     it should work.

22   BY MR. GARCIA:

23   Q   What is the last budget of the Puerto Rico

24     government, the Commonwealth government that you

25     saw?

Page 135

1   A   I don't recall off the top of my head.  I

2       believe there were submissions at different

3       points in time during this year's budget

4       process.

5   Q   Okay.  So let's refer to this year's budget

6       process.

7           When was the budget for this year, this

8       fiscal year, approved by the Puerto Rico

9       legislature?  Do you know?

10  A   The date it was approved?

11  Q   Yeah, more or less.

12  A   I believe they certified a budget --

13          Actually, I don't recall the specific date.

14  Q   Do you --

15  A   It was in late June, I recall, but I don't

16      recall the specific date.

17  Q   Do you know --

18          Do you know what the fiscal year of the

19      Puerto Rico government is?

20  A   This fiscal year?

21  Q   Do you know what the fiscal year, when does it

22      run from, to, in the case of the Puerto Rico

23      fiscal year?

24  A   The Puerto Rico fiscal year runs from July 1 to

25      June 30.

Page 136

1    Q    So isn't it correct that a budget for the
2         Puerto Rico government's fiscal year needs to be
3         approved before the start of the fiscal year;
4         isn't that correct?
5              MS. DeCAMP:  Objection.
6              You can answer.
7    A    A budget needs to be certified by the oversight
8         board before the beginning of the fiscal year.
9    BY MR. GARCIA:
10   Q    I'm not talking about the role of the fiscal
11        board in certifying.  I'm asking you about your
12        knowledge.
13             You just indicated that the Puerto Rico
14        fiscal year runs from July 1 to June 30, and I'm
15        asking you a straightforward question.
16             Do you know whether the Puerto Rico
17        government budget needs to be approved before
18        the start of the Puerto Rico fiscal --
19        Puerto Rico government fiscal year?
20             MS. DeCAMP:  Objection.
21             You can answer.
22   A    To the best of my knowledge, yes, the budget
23        needs to be approved prior to the commencement
24        of the next fiscal year.
25

Page 137

1    BY MR. GARCIA:

2    Q    Okay.

3              So, in other words, the work on the budget

4         needs to happen before the commencement of the

5         following fiscal year; correct?

6    A    That's correct.  Yes.

7    Q    And were you involved in the process of review

8         of the budget process of the Puerto Rico

9         legislature -- Puerto Rico government prior to

10        its approval on or about June 30?

11   A    Me personally, you mean?

12   Q    You personally, yes.

13   A    I personally was somewhat involved.

14   Q    Okay.  So what was your involvement?

15   A    Primarily overseeing the team, the development

16        of some of the materials that we shared with our

17        client in the production of those documents.

18   Q    So what were those documents that you oversaw

19        the development or the production of?

20   A    There's a -- there's an actual budget

21        presentation, like a PowerPoint-type

22        presentation, explaining the components of the

23        budget.  There's the certified resolutions

24        themself and associated components within the

25        certified resolutions.

Page 138

1          So there are -- there's a lot of control

2      language that goes into the budget.

3  Q   Okay.  So when you say "a budget presentation

4      that has the different components," what are

5      those components?

6  A   Well, it just described --

7          If it's -- the document I'm thinking of is

8      a document used in one of the public board

9      meetings where Executive Director Jaresko

10     explained, you know, what was within that

11     budget.

12  Q   Again, I ask the question:  What are the

13     components that are included in that budget

14     presentation?

15  A   It includes different cuts, if you will, of the

16     spending breakdown of the government.

17  Q   Does that presentation include anything on

18     revenue?

19  A   To the best of my recollection, it does not.

20  Q   And again, I'm referring to the Puerto Rico

21     legislative process to enact the budget, not the

22     certification by the board but just the

23     Puerto Rico legislative process.  That's what

24     I'm referring to.

25  A   Okay.  Sorry.  Maybe I misunderstood the

Page 139

1     question.

2   Q   So when I asked the question about what

3       documents in that legislative process to put

4       together the budget you saw or you worked with,

5       you indicated a budget presentation.

6           Was that a budget presentation for the

7       Puerto Rico legislature?

8   A   No, it was not.  I apologize.  I was referring

9       to ultimately the budget that was certified by

10      the oversight board at the end of the process.

11  Q   Okay.  Well, that's fine, but that's not what

12      I'm referring to.

13          I know what a certified budget by the board

14      is.  I'm looking at the Puerto Rico legislative

15      process for the preparation of a budget.  Okay?

16          I'm going to ask you the question again

17      because you may have been referring to the

18      certification process.  So I'll ask you, what

19      involvement, if any, you had with respect to

20      that process?

21          MR. MERVIS:  Objection to the form.

22  A   The best of my recollection, I was not involved

23      in the direct legislative negotiations that the

24      Puerto Rico legislature had internally.

25          EY and my involvement was more around the

Page 140

1     proposed budget that the legislature wanted to

2     evaluate whether or not that was consistent with

3     the fiscal plan.

4  BY MR. GARCIA:

5  Q   Okay.  And in evaluating whether the proposed

6     budget was consistent with the fiscal plan, what

7     documents did you see related to the budget?

8  A   The proposed spending allocations.

9  Q   So you only looked at the proposed spending

10     allocations?

11  A   Correct, yes.

12  Q   And you never looked at the expense side? you

13     yourself?

14  A   I apologize.  You have to help me understand the

15     difference between spending and expenses.

16  Q   I'm sorry.  I'm sorry.  I misspoke.

17         The revenue side of the budget.

18  A   Correct.  The budget itself is a spending --

19     it's a spending document.  It's not a revenue

20     document.

21  Q   The Puerto Rico budget only includes the

22     spending side?

23  A   To the best of my recollection, yes, that's

24     correct.

25  Q   So, in other words, under oath, you're

Page 141

1        testifying here today that the budget prepared
2        by the Puerto Rico legislature only includes a
3        spending side?
4            MS. DeCAMP:  Objection.
5            You can answer.
6    A   The revenue is set through the revenue letter
7        that's issued by the oversight board at the
8        beginning of the budgeting process.  That's the
9        revenue that I'm aware of that's used as the
10       envelope of total spending.
11           The process the legislature undertakes is
12       to set a spending plan of expenditures
13       consistent with -- that should be consistent
14       with that revenue envelope that's set by the
15       oversight board.
16   BY MR. GARCIA:
17   Q   So your testimony is that the Puerto Rico
18       legislature has absolutely no role in
19       determining what revenues are going to go into
20       the budget?
21           MS. DeCAMP:  Objection.
22   BY MR. GARCIA:
23   Q   Is that your testimony?
24           You can answer.
25   A   My testimony is that the revenues that are used

Page 142

1      for the budgeting process each year are defined

2      under PROMESA, under Section 202, and that

3      process defines that the oversight board is the

4      one to send a revenue letter defining the

5      spending -- or defining the revenue envelope

6      from which the government can allocate spending.

7    Q   So if I were to go and look at a Puerto Rico

8      government budget, I would see a revenue letter

9      and a spending budget?  That's what you're

10     telling me?

11          MR. MERVIS:  I object.

12          MS. DeCAMP:   Objection.

13   A   I can only speak to the certified budget that

14     you would see, and if you look at the certified

15     budget, you would see a spending parameter

16     defined by agency.

17   BY MR. GARCIA:

18   Q   I'm going to ask you the question again.

19          Have you ever looked at a Puerto Rico

20     government budget approved by the legislature of

21     Puerto Rico?

22   A   Yes, I have.

23   Q   Can you tell me what that looks like.

24   A   This year's budget was approved by the

25     Puerto Rico legislature, and that is a very

Page 143

1        lengthy document that lists out different levels
2        of spending for different agencies, in a fair
3        amount of detail, actually.
4    Q   And it only has the different levels of
5        spending?  It doesn't have a revenue side other
6        than the revenue letter that comes from the
7        fiscal board?  That's your testimony?
8    A   To the best of my recollection, that is correct.
9        The certified budget and the budget passed by
10       the legislature this year lists out all of the
11       spending by agency in a fair amount of detail.
12   Q   Are you aware of any requirement that the budget
13       of the government of Puerto Rico be a balanced
14       budget?
15           MS. DeCAMP:  Objection.
16           But you can answer.
17   A   I'm aware of the need for the budget to be
18       consistent with the fiscal plan, and that's the
19       approach that the review has taken.
20   BY MR. GARCIA:
21   Q   Sir, do you know what a balanced budget is?
22   A   It depends on what you mean by "balanced
23       budget."
24   Q   Do you know what it is?  What a balanced budget
25       is?  I'm not asking --

Page 144

1           I'm not asking you about the certified

2      budget by the fiscal board.

3           Do you know what a balanced budget is for a

4      government?

5           MS. DeCAMP:  Objection.

6           You can answer.

7  A   It depends on what you mean.  So it's not clear

8      to me whether you mean on an accrual --

9  BY MR. GARCIA:

10 Q   What do you understand --

11          MR. MERVIS:  Arturo, he hadn't finished his

12     answer.

13 A   You know, it's not clear to me -- when you say

14     "balanced budget," there's a lot of different

15     meanings to that.  I don't know whether you mean

16     on an accrual basis, on a cash basis, what

17     specifically you mean by "balanced budget."

18 BY MR. GARCIA:

19 Q   I'm asking you whether you know if the

20     Puerto Rico government budget needs to be a

21     balanced budget?

22          MR. MERVIS:  Object to the form.

23          MS. DeCAMP:  Objection.

24 A   All I know is that the budget that can be

25     certified by the oversight board needs to be

Page 145

1      consistent with the fiscal plan.

2   BY MR. GARCIA:

3   Q   I'm going to have to take a break here, sir.

4       The videographer --

5            Justin, can we take a ten-minute break.

6            THE VIDEOGRAPHER:  We'll go off the record

7       at 2:07.

8            (A recess was taken.)

9            THE VIDEOGRAPHER:  Back on the record at

10      2:19.

11           MR. GARCIA:  So, Mr. Cepeda, I'm going to

12      ask you to put back on the screen the subpoena

13      for the deposition today.  I believe it was

14      Exhibit 1.

15  BY MR. GARCIA:

16  Q   Do you see the document on the screen now?

17  A   I do.

18  Q   You saw that document earlier today when we were

19      starting the deposition; correct?

20  A   Correct, yes.

21  Q   I'm going to ask you to take a look at Topic

22      Number 2, and that topic reads:

23           "Whether or not the Commonwealth had a

24      balanced budget for each fiscal year from 2016

25      to the present, including any efforts undertaken

Page 146

1          by FOMB to determine whether or not the

2          Commonwealth had a balanced budget for each of

3          those fiscal years."

4              Do you see that?

5    A     I do.

6    Q     I'll first ask you how did you prepare to answer

7          questions with respect to this particular topic

8          of the subpoena?

9    A     I had a number of conversations with counsel and

10         with my team trying to better understand what it

11         could mean.

12   Q     What what was?

13   A     What could be meant by this -- by this topic

14         because, to me, it's actually not very clear.

15   Q     So what's your understanding of the topic? your

16         general understanding of the topic?

17   A     Well, I'm not entirely sure.  That's why I was

18         asking whether you meant a balanced budget on an

19         accrual basis, on a cash basis, and what

20         specifically you mean by a "balanced budget."

21             You know, where I settled in my preparation

22         for this deposition is that you meant -- you

23         meant -- actually, I wasn't sure whether you

24         meant on an accrual or a cash basis.  It was one

25         of the clarifying questions I was hoping you

Page 147

1       could answer for me.

2   Q   Go ahead.

3   A   Under both cases, though, I don't believe that

4       the Commonwealth had a balance -- has had a

5       balanced budget for each fiscal year from

6       fiscal '16 to the present.

7   Q   So that is either a balanced budget in either

8       scenario that you mentioned?

9   A   Accrual?

10  Q   Correct.

11  A   On an accrual basis or on a cash basis.

12  Q   Or on a cash basis.

13          So your testimony is that the Commonwealth

14      had -- you understand the Commonwealth does not

15      have a balanced budget on -- for any year from

16      2016 to the present under either an accrual

17      basis or under a cash basis?

18          MS. DeCAMP:  Objection.

19  BY MR. GARCIA:

20  Q   You can answer.

21          MS. DeCAMP:  You can answer --

22          You can answer from --

23  A   Yeah.

24          MS. DeCAMP:  -- whatever year after EY

25      became engaged to do work for the board forward.

Page 148

1   A    Yeah, that's actually what I was going to say.

2        I can't say with any certainty for fiscal '16 or

3        fiscal '17, but as it relates to fiscal '18,

4        '19, '20, and '21 and '22, the five years in

5        which the oversight board has been constituted

6        to review and certify budgets and in which EY

7        was engaged, during those years, under PROMESA,

8        the budgets most certainly have not been

9        balanced on an accrual or even on a cash basis.

10  BY MR. GARCIA:

11  Q    Okay.  And can you tell me why they have not

12       been balanced under either an accrual or a cash

13       basis?

14  A    Certainly.

15  Q    Please do.

16  A    Well, for one matter, debt service is not being

17       paid on the central government's debt.  We're

18       operating in a Title III framework.

19            So not all expenses, particularly debt

20       service, are being paid, and that would be a

21       requirement for you to have either an accrual or

22       a cash-based balanced budget.

23  Q    Any other reason why any of those budgets for

24       the last four years has not been balanced,

25       either on the actuarial basis or the cash basis?

Page 149

1    A    That's the primary reason that I can think

2         about.

3    Q    All right.  But could there be any other reason,

4         aside from the primary one on the debt service?

5    A    There are other expenses that potentially could

6         not be paid in which case those would -- those

7         would be also sort of accrued balances that are

8         due to be budgeted and paid but are not being

9         budgeted and paid.

10   Q    Do you recall any of those types of expenses?

11   A    There isn't one that particularly comes to mind,

12        but I can think, you know, historically

13        vendor -- vendor payments is fairly typical

14        where those may not -- those accrued payments to

15        providers of services to the government were not

16        budgeted, would be an example.

17   Q    Okay.  And for any one of those four years, '18,

18        '19, '20, '21, where you've been engaged to EY

19        to work with the Commonwealth -- I'm sorry --

20        with the FOMB, and the FOMB has been in place in

21        Puerto Rico, do you know whether the budgets

22        were balanced at the beginning of the year --

23   A    So --

24   Q    -- fiscal year -- of each fiscal year?

25   A    Again, even though -- the budgeting process is

Page 150

1      under PROMESA, in which EY was engaged, is

2      actually straightforward.  It's a fairly

3      straightforward process.  And that process takes

4      the revenue envelope from the fiscal plan and

5      allocates, based on the government's spending

6      parameters, spending along that revenue

7      envelope.

8          Ultimately, the budget that's certified by

9      the oversight board is a budget that has

10     expenditures that are consistent and in line

11     with that revenue envelope.

12         So I -- you know, to the best of my

13     knowledge, under no circumstances would any of

14     those budgets have been balanced at the

15     beginning of the year, again, because debt

16     service is not being paid, and you have to

17     budget for debt service for you to have a

18     balanced budget on either an accrual or on a

19     cash basis.

20  Q  But for each one of those four budgets, again,

21     '18, '19, '20, '21, there was not an allocation

22     for payment of the debt service; correct?

23  A  That is correct.  For the central government,

24     there was not an allocation for debt service.

25  Q  So in that respect, Mr. Chepenik, was the

Page 151

1      balance -- in light of the fact that the budget

2      did not call for payment of the debt service,

3      was the -- was the budget balanced at the

4      beginning of the year?

5           MS. DeCAMP:  Objection.  Asked and

6      answered.

7   BY MR. GARCIA:

8   Q   Was it balanced?

9           MS. DeCAMP:  You can answer.

10  A   I think, if I can sort of take a little bit of

11     latitude here, and tell me if I'm wrong, but I

12     think the word "balanced" is incorrect.

13          What I would say is that the expenses that

14     were budgeted for equal the revenue envelope

15     that's designated by the oversight board.

16          The revenues and the budgeted expenses are

17     equal, but under no circumstances, on an accrual

18     base or on a cash basis, were those budgets

19     balanced at the beginning of the year, middle of

20     the year, or end of the year.

21  BY MR. GARCIA:

22  Q   And the reason for that is that there was no

23     allocation for the payment of debt service?

24  A   That's the primary reason, correct.

25  Q   Correct.  All right.

Page 152

1          So my question was based on there being no

2      allocation for payment of debt service.  It was

3      not included as an expense on the budget; right?

4   A   (Nods head.)

5   Q   You have to answer verbally.

6   A   Correct.  For the central government, that is

7      correct.

8   Q   So at least at the beginning of the year,

9      because there was no particular expense for the

10     payment of debt service, deal debt service, the

11     budget that was approved would have been

12     balanced with respect to revenues and expenses?

13          MS. DeCAMP:  Objection.

14  BY MR. GARCIA:

15  Q   You can answer.

16  A   I apologize, but I would not say it was

17     "balanced," which is the word I think you're

18     emphasizing.

19          What I would say is that the expenses that

20     were budgeted equaled the revenue envelope.  But

21     equal -- having those two -- having revenues and

22     expenses equal each other in this context, under

23     PROMESA, does not mean that it's a balanced

24     budget.

25          It's not because there was no allocation

Page 153

1          for GO debt service.  There is an obligation

2          that is still accruing to be paid, but it is not

3          being budgeted to be paid.  That's why it's not

4          balanced on an accrual basis.

5     Q    So you're now giving me your legal opinion?

6     A    No.

7               MS. DeCAMP:  Objection.

8               MR. MERVIS:  Objection.

9     BY MR. GARCIA:

10    Q    Because I didn't ask for your legal opinion.

11              MS. DeCAMP:  Objection.  It wasn't a legal

12         opinion.

13              MR. GARCIA:  All right.  Well, his

14         understanding then.  That's okay.

15    BY MR. GARCIA:

16    Q    So did you meet with anybody at the FOMB to

17         prepare for this particular topic in the list of

18         topics for examination?

19              MR. MERVIS:  Objection to the form.

20    A    When you say "meet with anyone at the FOMB," do

21         you mean --

22    BY MR. GARCIA:

23    Q    Did you meet with anyone to prepare for this

24         particular topic?

25              MR. MERVIS:  Same objection.

Page 154

1   A    I met with the people that I mentioned at the

2        beginning to talk through all of the topics

3        except for Topic Number 1.

4   BY MR. GARCIA:

5   Q    So only lawyers from Proskauer?

6   A    I also have met with my team.

7   Q    Yes.

8   A    EY.

9   Q    But at the FOMB, did you meet with anybody in

10       particular at the FOMB, not lawyers from

11       Proskauer, to prepare for this topic?

12  A    If you mean oversight board staff --

13  Q    Yes.

14  A    -- or oversight board members?

15            Is that what mean?

16  Q    Oversight board members.  Let's start with

17       those.

18            Did you meet with any oversight board

19       members to prepare for this topic?

20  A    Not that I remember, no.

21  Q    Did you meet with Natalie Jaresko to prepare for

22       this topic?

23  A    No.

24  Q    Did you meet with any other oversight board

25       staff to prepare for this topic?

Page 155

1    A    No, not that I remember.

2    Q    Your testimony is that you did not meet with

3         anybody from the oversight board to prepare for

4         this topic; correct?

5              MR. MERVIS:  Objection.

6    A    You know, that's correct.  I mean I met with the

7         Proskauer team, and I met with my team.

8    BY MR. GARCIA:

9    Q    So only your team and the Proskauer team?

10   A    Correct.

11   Q    Okay.

12            Do you know whether anybody at the FOMB

13        would have knowledge about this particular

14        topic?

15             MS. DeCAMP:  Objection.

16   BY MR. GARCIA:

17   Q    I'm not talking about Proskauer.

18            Anybody -- any board member, executive

19        director, or staff of the FOMB would have

20        knowledge about this topic?

21             MS. DeCAMP:  Objection.

22             You can answer.

23   A    I am not aware of what the oversight board,

24        staff, or board members may or may not know on

25        this topic.

Page 156

1    BY MR. GARCIA:

2    Q    So the answer is you don't know?

3    A    The answer is I am not aware of what they may or

4         may not know.

5    Q    Did you try to determine whether anybody at the

6         FOMB would have knowledge on this topic to meet

7         with them to prepare for today?

8    A    I'm sorry.  Can you repeat the question.

9              MR. GARCIA:  Can I have it read back,

10        please.

11             (The requested text was read by the

12        reporter.)

13   A    No, I did not.

14   BY MR. GARCIA:

15   Q    There's a second part to this second topic after

16        the word "to the present," and I quote:

17             "Including any efforts undertaken by FOMB

18        to determine whether or not the Commonwealth had

19        a balanced budget for each of those fiscal

20        years."

21             Do you see that language?

22   A    Yes.

23   Q    So did you meet with anybody at the FOMB, either

24        members, the director, or staff, to prepare for

25        this topic?

Page 157

1    A    To the best of my recollection, I did not, no.

2    Q    Did you try to determine whether anybody at the

3         FOMB, either at the level of the board members

4         or the director or staff, had any particular

5         knowledge that they could convey to you in

6         preparing for the deposition today?

7    A    Sorry.  Can you repeat that question one more

8         time?

9              MR. GARCIA:  Yes.

10             Can I have it read back, please.

11             (The requested text was read by the

12        reporter.)

13   A    To the best of my recollection, I -- no.

14   BY MR. GARCIA:

15   Q    Okay.  Let's go to Topic Number 3.

16             Do you see that?

17   A    Yes.

18   Q    Okay.  And that reads:

19             "Whether or not the available revenues of

20        the Commonwealth were insufficient to meet the

21        appropriations for each fiscal year from 2016 to

22        the present, including any efforts undertaken by

23        the FOMB to determine whether available revenues

24        of the Commonwealth were insufficient."

25             I'm going to modify this question to --

Page 158

1       this topic to make it 2018 onward; so 2018,
2       2019, '20, and '21, the four years you've been
3       employed with EY that the FOMB has been around.
4              (Reporter request for clarification.)
5              MR. GARCIA:  And the four years that the
6       FOMB has been around.
7   BY MR. GARCIA:
8   Q   Okay.  So that's my modification to the topic,
9       just to account for the fact that you, nor the
10      FOMB, were here since 2016.  Okay?
11             So do you know --
12             Did you meet with anybody from the FOMB at
13      the level of members, the executive director, or
14      staff to prepare for Topic Number 3?
15  A   To the best of my recollection, no.
16  Q   Did you do anything to try to determine whether
17      anyone at the FOMB, again, at the level of the
18      board members, director, or the staff, would
19      have any knowledge to help you prepare for the
20      deposition today?
21  A   The best of my recollection, no.
22  Q   With respect to that question, Mr. Chepenik,
23      what, if anything, is your understanding
24      regarding the language:
25             "Available revenues of the Commonwealth

Page 159

1     were insufficient to meet the appropriations for

2     each fiscal year, 2018 to 2021"?

3          Do you have an understanding of that?

4   A  I was actually going to ask you a question about

5     the term "available revenues" because I did not

6     see them defined as one of the definition terms

7     in the subpoena.

8          Can you just clarify what you mean by

9     "available revenues" for me?

10  Q  Sure.

11         Revenues are available for the payment of

12     expenses in a budget.  It's a pretty broad

13     definition.

14  A  I apologize to ask for some more specificity;

15     however, I think it would be helpful if you have

16     specific revenues in mind that are considered as

17     available revenues.

18  Q  It's all available revenues in Puerto Rico.

19  A  Okay.  My understanding is you would be

20     referring to all revenues that are projected in

21     the fiscal plan, and if that's -- if that's

22     correct, then I would say that available

23     revenues are insufficient to meet all of the

24     needs of the government.  That's why the

25     government's in bankruptcy in Title III.

Page 160

1   Q   What is the basis for your understanding?

2   A   I think expenses are -- total expenses exceed

3       the available revenues.

4   Q   Are you familiar with the clauses of the

5       Puerto Rico Constitution in Article VI,

6       Sections 7 and 8, that have to do with balanced

7       budgets?

8           MS. DeCAMP:   Objection.   Outside the scope.

9   BY MR. GARCIA:

10  Q   Are you familiar?

11  A   Not particularly.   I'm not, no.

12  Q   Have you ever reviewed the Puerto Rico

13      Constitution as part of your work at EY for the

14      FOMB?

15  A   To the best of my recollection, no.

16  Q   All right.   I'm going to ask you to look at

17      Topic Number 4.   I'm just going to read it for

18      the record while you review it.

19          The topic reads, and I quote:

20          "Whether or not any revenues of the

21      Commonwealth were diverted, retained,

22      reallocated, or redirected in order for there to

23      be sufficient available revenue to meet the

24      appropriations made for each fiscal year

25      from" --

Page 161

1          -- modification --

2          -- "2018 to the present, including any

3     efforts undertaken by FOMB to evaluate the

4     amounts of revenues to divert, retain,

5     reallocate, or redirect."

6          Do you see that?

7   A  Yes, I do.

8   Q  Did you meet with anybody at the FOMB, either at

9     the level of the board members, director, or

10    staff, to prepare for this topic?

11  A  To the best -- or staff --

12         To the best of my recollection, no, I did

13    not.

14  Q  Did you undertake any effort to determine

15    whether anybody at the FOMB would have

16    information to help you prepare for this topic

17    in the notice?

18  A  When you say "at the FOMB," do you mean the

19    board members, executive director, or the staff?

20  Q  That's correct, yes.

21  A  In that case, no, to the best of my knowledge

22    and recollection, I did not.

23  Q  So again, I guess -- I'm not going to guess.

24    Strike that.

25         Your testimony would be that you met with

Page 162

1          your team members and attorneys from Proskauer?

2     A    Correct.

3     Q    Okay.

4     A    In preparation for this deposition.

5     Q    Yes.

6     A    Correct.

7     Q    Okay.

8               Do you mean --

9               Do you know what it means when revenues are

10         diverted?  Do you have any understanding of

11         that?

12              MS. DeCAMP:  Objection.

13              MR. MERVIS:  Objection to the form.

14              MS. DeCAMP:  You can answer.

15    BY MR. GARCIA:

16    Q    You can answer.

17    A    I do not have -- a personal view?  I do not have

18         a personal view on what that means --

19    Q    Okay.

20    A    -- in the context of this question.

21    Q    Do you have any personal understanding of what

22         "retained" means in that topic?

23    A    I do not have a personal view on the word

24         "retained" in this context.

25    Q    What about "reallocated"?

Page 163

1    A    No.  I do not have a personal view on what that

2         term means in this context.

3    Q    What about "redirected"?

4    A    In this context, I do not have a personal view.

5    Q    Are you familiar with the word "clawback"?

6    A    I am, yes.

7    Q    What is your understanding of "clawback"?

8    A    It means -- it's a defined term in the subpoena

9         so --

10   Q    So what is your understanding of "clawback," if

11        any?

12            MS. DeCAMP:  Objection.

13   BY MR. GARCIA:

14   Q    You can answer.

15   A    If it relates to -- I mean, it's a defined term

16        in the subpoena.  It relates to --

17            It relates to certain types of public

18        funds.

19   Q    That's what states -- that's what's stated in

20        the subpoena.  I'm asking whether you have an

21        understanding about what "clawback" means.

22            MS. DeCAMP:  Objection.  Outside the scope.

23   BY MR. GARCIA:

24   Q    Do you have an understanding?

25            MR. MERVIS:  Objection.

Page 164

1           MS. DeCAMP:  Objection.

2    BY MR. GARCIA:

3    Q   You can answer if you have an understanding.

4    A   I don't have a particular understanding, no.

5    Q   And if I were to ask you the same question with

6        respect to retention of funds, would I get the

7        same answer from you?

8               You don't have an understanding, or do you?

9               MS. DeCAMP:  Object to the form.

10   A   So the question here is in the context of the

11       disbursement of payments; right?

12   BY MR. GARCIA:

13   Q   Yes.

14   A   And it sort of mischaracterizes the budgeting

15       process, which is what I'm familiar with.  And

16       the budgeting process takes the revenues from

17       the fiscal plan, sets a revenue envelope, and

18       that revenue envelope is used to establish the

19       spending parameters that the government uses to

20       set its budget that the board ultimately

21       certifies.

22              There's no -- there's no --

23              In the context of this question, there's

24       no -- there's no way to differentiate between

25       the different revenues that are used for those

Page 165

1       expenditures and, therefore, to know what funds

2       are diverted, retained, reallocated, or

3       redirected.

4            It's not -- the revenue envelope is just --

5       it's just pulled from the fiscal plan revenue

6       parameters; so that's why it's hard for me to

7       answer with more specificity for you.

8    Q  Well, thank you for your answer.  That was not

9       my question, but I appreciate your answer

10      anyway.

11           I was referring, really, to your

12      understanding of "clawback" or retention of

13      funds by the -- in the context of this topic in

14      the deposition notice.  That's what I was

15      referring to.

16           Do you have any understanding of that? of

17      what that means?

18   A  I don't know a personal point of view of what

19      that term implies, no.

20   Q  So sitting here today, your testimony is that

21      you do not have an understanding of what a

22      "clawback of funds" means?

23           MS. DeCAMP:  Objection.

24           MR. MERVIS:  Objection.

25   A  My testimony is that I don't have a particular

Page 166

1       distinct point of view on the topic.

2   BY MR. GARCIA:

3   Q   Have you heard the word "clawback" before in any

4       context?

5   A   I have.

6           THE WITNESS:  Can we actually take a

7       five-minute break?  Is that possible?

8           MR. GARCIA:  Sure.  We're in the middle of

9       a question.  I would appreciate if you answer

10      this question, and then we can go to the break.

11          MR. MERVIS:  What is it?

12          MR. GARCIA:  Can I have it read back.

13          (The requested text was read by the

14      reporter.)

15  BY MR. GARCIA:

16  Q   So before we take the five-minute break, you

17      said, yes, you have.  And can you tell me what

18      you have -- what your understanding of

19      "clawback" is? of a "clawback"?

20          MR. MERVIS:  Objection.

21  BY MR. GARCIA:

22  Q   You can answer.

23  A   Clawback -- I think it just relates to the

24      conditionally allocable revenues that are in the

25      fiscal plan.  It's relating to those revenue

Page 167

1        streams.

2    Q   And again, can you explain for the record what

3        you mean with respect to the conditional

4        allocable funds with respect to the clawback?

5        Can you explain it to me?

6    A   So there are a series of revenues that are

7        forecasted as part of the fiscal plan, and there

8        are different revenue streams.  So there's a

9        revenue stream around a portion of the --

10            (Reporter request for clarification.)

11   A   So you're asking what are the conditionally

12       allocable revenues?

13   Q   How do those relate to the claw-back concept

14       that you described before?  That's my question.

15   A   So the conditionally allocable revenues are the

16       revenue streams that are forecasted in the

17       fiscal plan that I believe are commonly referred

18       to as the "claw-back funds."

19            And you asked what those specific revenues

20       were, or did you have a different question?

21   Q   I asked what your understanding was as the

22       clawback referred to the conditionally allocated

23       funds.

24   A   So my understanding is it refers to those

25       revenues in the fiscal plan, those particular

Page 168

1       revenue streams.

2    Q   And are some of those revenues -- based on the

3       discussion we had before, and then we'll

4       break -- related to some of the taxes that were

5       in Acts 30 and 31 like cigarette tax, petroleum

6       tax, gasoline tax, and the rest?

7    A   The revenues under Act 30 and 31, yeah, I do

8       believe are included as conditionally allocable

9       revenues in the fiscal plan, yes.

10   Q   So to that extent, they would have been

11      claw-back funds; correct?

12   A   Yes.  I believe that those fall into the

13      category of --

14   Q   Okay.

15   A   -- claw-back funds.

16          MR. GARCIA:  We can take the five-minute

17      break now.  Sorry.  I went on for a little

18      longer, but we were in the middle of a topic.

19          Thank you.

20          THE VIDEOGRAPHER:  We'll go off at 2:49.

21          (A recess was taken.

22          THE VIDEOGRAPHER:  We are back on the

23      record at 2:56.

24          MR. GARCIA:  Okay.  Can you put the

25      Exhibit A to the subpoena back on the record,

Page 169

1      back on the ShareFile screen.  Sorry.

2            Yes, Exhibit A.

3   BY MR. GARCIA:

4   Q   Do you see a document on the screen?

5   A   Yes, I do.

6   Q   I want you to take a look at Topic Number 5,

7       which is the last one that we haven't yet

8       discussed, and that reads, while you read it to

9       yourself, I quote it:

10           "The amounts of claw-back funds disbursed

11      for uses other than the payment of general

12      obligation debt for each fiscal year from

13      2016" --

14           -- which I'm now modifying to 2018 --

15           -- "to the present, including any efforts

16      undertaken by the FOMB to evaluate the amounts

17      of claw-back funds to disburse for uses other

18      than the payment of general obligation debt."

19           Do you see that?

20  A   Yes.

21  Q   In connection with that specific topic,

22      Mr. Chepenik, did you meet with anybody at the

23      FOMB, whether at the level of member, director,

24      or staff, to prepare for this particular topic?

25  A   In preparation for my deposition?  Not to the

Page 170

1      best of my knowledge, no.

2   Q  Did you do anything to try to determine whether

3      anybody at the FOMB would have been able to

4      assist you in preparing for this topic?  By

5      that, I mean members, the director, or staff.

6   A  To the best of my recollection, no.

7   Q  All right.  I'll ask you do you have any

8      knowledge of whether the claw-back funds, as we

9      identified them just prior to going into the

10     break, have been used to pay GO debt service?

11  A  From fiscal '18 onward?

12  Q  That's correct.

13  A  I'm not aware of the claw-back funds or any

14     funds, for that matter, being used to pay GO

15     debt service.

16  Q  During that time period, has any GO debt service

17     been paid, to your knowledge?

18  A  The only GO debt service that I believe might

19     have been paid would have been insured debt

20     service.

21  Q  When you say "insured debt service," what do you

22     mean by that?

23  A  So GO debt, that would have been wrapped by the

24     monoline bond insurers, it is possible that that

25     debt was paid.

Page 171

1   Q   Do you have any recollection of what that amount

2       would have been?

3   A   I do not.

4   Q   The payment?

5   A   I do not have knowledge.

6   Q   And do you have any knowledge as to when that

7       payment may have been made?

8   A   I do not have any direct knowledge.  I imagine

9       it would have been around the semiannual payment

10      dates.  It's around -- it's in the summertime

11      and in the wintertime.  It's either December,

12      January, and June or July each year.

13  Q   So every semester of every year?

14  A   If it was paid, I imagine that would have been

15      the case, but again, I'm not positive.

16  Q   You're not positive whether they were paid?

17  A   I just have no personal knowledge about those

18      payments.

19  Q   Okay.  Do you know whether any claw-back funds

20      were transferred back to HTA?

21          MR. MERVIS:  Objection to the form.

22  BY MR. GARCIA:

23  Q   You can answer.

24  A   I think I mentioned earlier I'm not aware of any

25      instance of any claw-back funds being used for

Page 172

1        any purpose other than that one instance in 2019

2        I mentioned to you at the outset.

3    Q   So that would include no -- you don't know

4        whether any of those claw-back funds would have

5        been transferred back to HTA?

6            MR. MERVIS:   Objection.

7    A   I am not aware of any instance of claw-back

8        funds being used for any purpose other than that

9        one special resolution in 2019.

10           Again -- I think I explained this

11       earlier -- it sort of mischaracterizes the

12       process, the budgeting process.

13           The revenue envelope is set from revenues

14       drawn from the fiscal plan.  It doesn't

15       distinguish -- in this budget year, for

16       instance, that revenue letter does not

17       distinguish what funds are being used.  It's a

18       pool of cash, a pool of revenue that can be used

19       to fund expenditures.

20           MR. GARCIA:   I'm going to ask my colleague,

21       Mr. Cepeda, to bring one last document to the

22       screen.

23   BY MR. GARCIA:

24   Q   Do you recall that this morning, you mentioned

25       that you had signed a declaration in the PROMESA

Page 173

1      case at some point before you started to prepare

2      for this deposition; correct?

3   A   Correct.

4   Q   All right.

5          MR. GARCIA:  Can you put the document on

6      the screen.

7          (Deposition Exhibit 7 was presented for

8      identification.)

9   BY MR. GARCIA:

10  Q   Do you see a document now on the screen?

11  A   I do, yes.

12  Q   It's been marked as Exhibit 7 for the

13     deposition.

14         Have you seen this document before?

15  A   I have, yes.

16  Q   Is this the declaration that you were referring

17     to in earlier testimony during the morning

18     session that you had given?

19  A   It is, yes.

20  Q   Okay.  I want you to go to paragraph Number 4.

21         Do you see that paragraph?

22  A   I do.

23  Q   You can read it to yourself.  I will quote the

24     language for the record:

25         "I am familiar with the analysis made to

Page 174

1    arrive at the 1.67 billion figure in Exhibit K.

2    Specifically, I reviewed the referenced statutes

3    to understand the mathematical formulas

4    described therein, and then applied those

5    formulas to the revenue sources identified, to

6    estimate how much those specific appropriations

7    would have been in Fiscal Year '19. The

8    $1.67 billion figure for Fiscal Year '19

9    referenced in Exhibit K does not include all

10    revenues historically appropriated by the

11    Commonwealth on an annual basis, including to

12    the Commonwealth's instrumentalities and does

13    not include any of the revenues set forth in the

14    HTA allocable revenue statutes or other clawback

15    statutes with respect to CCDA and PRIFA."

16        Do you see that language?

17  A  I do.

18  Q  That is your declaration; correct?

19  A  It is, yes.

20  Q  Can you please explain to me what you mean by

21    the third sentence.

22        MR. GARCIA: Mr. Cepeda, can you highlight

23    it, the one that starts with:

24        "The $1.67 billion figure."

25

Page 175

1    BY MR. GARCIA:

2    Q    Can you explain to me what you meant by that

3         sentence in your declaration.

4    A    As I recall, this was in relation to

5         Commonwealth statutes that were -- the

6         allocations within those statutes.

7              The appropriations were different than what

8         historically had been appropriated, and I was

9         asked to help calculate what that value would

10        have been if PROMESA was not in effect and the

11        revenues appropriated had not been subject to

12        the budgeting process under PROMESA.

13   Q    Okay.  When you say "subject -- would not have

14        been subject to the budgeting process under

15        PROMESA," what do you mean?

16   A    I mean, where -- the process under Section 202

17        of PROMESA where the expenses are set in

18        conformance with the revenue envelope for the

19        government.

20             So where the oversight board sets out

21        that -- the revenue parameters drawn from the

22        fiscal plan, and then the government produces a

23        budget within those parameters.

24   Q    Okay.  And specifically, towards the end of that

25        sentence, it says, and I quote:

Page 176

1          "Does not include any of the revenues set

2      forth in the HTA allocable revenue statutes or

3      other claw-back statutes with respect to CCDA

4      and PRIFA."

5          What do you mean by that sentence or phrase

6      in that sentence?

7  A   I filed this declaration quite some time ago; so

8      to the best of my recollection, this was

9      referring to what was embedded within the

10     1.67 billion figure.

11 Q   Again, when you say "does not include any of the

12     revenues set forth in the HTA allocable revenue

13     statutes," what do you mean by that?

14 A   I mean that those amounts are not included in

15     the 1.67 billion figure.

16 Q   And why were not included in the $1.67 billion

17     figure?

18 A   I do not recall.

19 Q   This is your declaration, and it's dated

20     April 28, '20; right?

21 A   Yes.  It was some time ago.  Yeah.

22 Q   It's not that long ago.

23         You have no recollection of why you said

24     that in your declaration, Mr. Chepenik?

25         MS. DeCAMP:  Objection.  Argumentative.

Page 177

1    BY MR. GARCIA:

2    Q   You can answer.

3          MS. DeCAMP:   You can answer.

4    A   I do not recall.

5    BY MR. GARCIA:

6    Q   I'm going to ask you to look at Exhibit K.

7        Exhibit K is titled "Schedule of Preempted

8        Statutes," Exhibit K to your declaration.

9          Can you tell me what that means, "schedule

10       of preempted statutes"?

11   A   To the best of my recollection, this refers to a

12       series of statutes, Puerto Rico law-based

13       statutes that are preempted by PROMESA.

14   Q   Who gave you this list?

15   A   I do not recall.

16   Q   Is this a list that you compiled?

17   A   I do not -- I do not recall.

18   Q   So you do not recall whether you put this list

19       together?

20   A   I do not.  I do not recall.

21   Q   I asked you to go to page K-3, under Roman

22       Numeral II.

23          Do you see it?

24   A   I do.

25   Q   It states:

Page 178

1          "Statutes appropriating Commonwealth

2      revenues."

3          Do you see that?

4   A   I do.

5   Q   All right.  So what do you mean by

6      "appropriating Commonwealth revenues"?

7          MR. MERVIS:  Objection to the form.

8   BY MR. GARCIA:

9   Q   You can answer.

10  A   So to the best of my recollection, this refers

11     to statutes that appropriated revenues

12     historically.

13  Q   Okay.  What do you mean -- if you can explain it

14     to me -- this is an exhibit used for your

15     declaration -- what you meant by

16     "appropriating"?

17         MR. MERVIS:  Same objection.

18  BY MR. GARCIA:

19  Q   You can answer.

20  A   I don't recall.  Appropriating would have meant

21     the -- what's the best way to describe it?

22         Appropriating would have meant, you know,

23     the issuance of revenues.

24  Q   Issuance of revenues?  Is that what you said?

25  A   Yeah.  The issuance of revenues or the raising

Page 179

1        of revenues.

2    Q   Okay.  All right.

3            So when you say "issuance of revenues or

4        raising of revenues," what do you mean by that?

5    A   So just under Puerto Rico statute, you can pass

6        a law that raises revenues --

7    Q   Okay.

8    A   -- use revenues.

9    Q   So is that what we call the "revenue bill"?

10           MR. MERVIS:  Objection to the form.

11   A   I believe you could call it a "revenue bill,"

12       yes.

13   BY MR. GARCIA:

14   Q   To your knowledge, is a revenue bill the same as

15       an appropriation bill?

16           MS. DeCAMP:  Objection.

17           What topic do all these questions relate

18       to?

19           MR. GARCIA:  They relate to questions,

20       including Question Number 6 and some others.

21   A   A revenue bill is not always the same as an

22       appropriation bill.  No.

23   BY MR. GARCIA:

24   Q   So how are they different, in your

25       understanding?

Page 180

1    A    Well, a revenue bill is a bill that raises

2         revenue, and an appropriations bill is a bill

3         that appropriates revenue.

4    Q    What do you mean by "appropriates revenue"?

5    A    That appropriates spending of some form.

6    Q    Okay.

7              So a revenue bill, in your understanding,

8         is a bill that raises revenue; correct?

9    A    Typically that's correct, yes.

10   Q    And an appropriations bill is a bill that

11        appropriates revenue to a given spending; is

12        that correct?

13   A    Not necessarily, no.

14   Q    So for specific spending purposes; is that

15        correct?

16   A    Not necessarily.

17   Q    Okay.  Give me your understanding again, please.

18   A    For an appropriation bill?

19   Q    Yeah.

20   A    Yeah.  An appropriation bill is generally an

21        allocation of appropriations.  It could be for a

22        specific purpose or not.  It's not -- doesn't

23        necessarily need to be defined.

24   Q    But an appropriation would be for something

25        that's going to be spent; is that correct?

Page 181

1   A   Typically an appropriation would be, yeah, for

2       an appropriation.

3   Q   An appropriation would be an appropriation, but

4       I still don't understand what you're trying to

5       tell me.

6           You just said -- and I can have it read

7       back -- "an appropriation would be an

8       appropriation," but what does that mean?

9   A   It depends on --

10          MR. MERVIS:  Hold on.  Objection to the

11      form.

12  BY MR. GARCIA:

13  Q   You can answer.

14  A   It depends on the --

15          It depends on the statute.  So you can have

16      very common -- very commonly, you know,

17      legislatures would pass an appropriation bill

18      that, say, you know, is for the general, you

19      know, use and purpose of that government.  It

20      doesn't necessarily need to be for a specific

21      purpose.

22  Q   Okay.  You see the first category under Roman

23      Numeral II?  You see it there?

24  A   I do, yes.

25  Q   That's HTA; correct?

Page 182

1   A   It does.  Yes.

2   Q   Do you recall whether those three statutes --

3       any of those three statutes mentioned there are

4       Acts 30 or 31?

5   A   I do not recall.

6   Q   All right.  Take a look at Number 2.

7           You see the bracketed language at the end

8       of the citation to the statute?  Do you see

9       that?

10  A   I do.

11  Q   It says:

12          "Gas oil, diesel oil, and petroleum

13      products."

14          Right?

15  A   It does.

16  Q   Does that refresh your recollection as to

17      whether that may be one of the statutes we

18      discussed earlier today?

19          MR. MERVIS:  Objection to the form.

20  A   It's possible that that's referring to Act 31.

21      I just -- I'm not sure.  I didn't look back at

22      that prior to the deposition.

23  BY MR. GARCIA:

24  Q   So you see Number 3?

25  A   I do.

Page 183

1   Q   And you see the bracket language, "cigarette

2       tax"?

3   A   I do.

4   Q   Does that refresh your recollection as to

5       whether it's part of 30 or 31?

6   A   It does not.

7           As I said previously, it could mean -- that

8       local Puerto Rico Act reference, the statutory

9       reference could mean Act 30, but I don't know

10      for certain.  I did not review this in

11      preparation for my declaration or my deposition.

12  Q   Then okay.

13          Number 1, take a look at the bracketed

14      language at the end:

15          "Motor vehicle license fees."

16          Do you see that?

17  A   I do.

18  Q   Does that refresh your recollection as to

19      whether that would be either Act 30 or 31?

20          MR. MERVIS:  Objection to the form.

21  BY MR. GARCIA:

22  Q   You can answer.

23  A   It does not.

24  Q   It does not.

25          So when we were talking earlier about motor

Page 184

1        vehicle license fees in the context of Act 30,

2        do you remember that conversation we had?

3    A    I do.  I just don't know whether -- these

4        statutory references refer to Act 30 or 31

5        specifically, or in this case, under Number 1,

6        Act 9.

7             I don't recall because I did not review

8        this declaration in preparation for my

9        deposition.

10   Q    Mr. Chepenik, during any of the breaks either

11       this morning or this afternoon, did you speak

12       with your counsel about the testimony that we

13       were discussing?

14            MS. DeCAMP:  That's a "Yes" or "No"

15       question.

16   A    Yes.

17   BY MR. GARCIA:

18   Q    And did you speak with counsel for the FOMB?

19            MR. MERVIS:  Objection to the form.

20   BY MR. GARCIA:

21   Q    Did you speak with counsel for the FOMB?

22   A    Antoinette.

23            MS. DeCAMP:  You can answer "Yes" or "No."

24       "Yes" or "No."

25   A    Yes.

Page 185

1    BY MR. GARCIA:

2    Q   Is counsel for the FOMB your counsel?

3            MR. MERVIS:  Objection to the form.

4            MS. DeCAMP:  Objection to the form.

5    BY MR. GARCIA:

6    Q   Is counsel for the FOMB your counsel?

7            MS. DeCAMP:  You can answer if you know.

8    A   I do not recall.

9    BY MR. GARCIA:

10   Q   You do not recall.

11           Who is your counsel for purposes of this

12       deposition today?

13           MS. DeCAMP:  Objection.  We answered these

14       questions at the start.

15           MR. GARCIA:  I'm trying to refresh his

16       recollection because I don't think he remembers.

17   BY MR. GARCIA:

18   Q   Can you answer the question.

19   A   So my counsel, as an affiliate of EY, is

20       Ms. DeCamp.

21   Q   All right.

22   A   My understanding -- let me finish.

23           My understanding is there's a stipulation

24       agreement as it relates to Mr. Mervis and

25       Proskauer as well.

Page 186

1          I've not seen that stipulation; so I'm not

2      entirely clear about that component.

3  Q   But my question to you is very simple.  For

4      purposes of this deposition today, is Mr. Mervis

5      your counsel?

6          MR. MERVIS:  Object to the form.

7  BY MR. GARCIA:

8  Q   You can answer.

9  A   I --

10 Q   It's a "Yes" or "No" question.

11         MR. MERVIS:  No, it's not.  Object to the

12     form.

13 A   I cannot answer that question with certainty.

14 BY MR. GARCIA:

15 Q   Why can't you answer with certainty?

16         MS. DeCAMP:  Objection.

17         You can answer.

18 BY MR. GARCIA:

19 Q   Well, I'm trying to --

20         Yeah, you can answer.

21 A   Because I have not seen the stipulation

22     agreement that the parties agreed to in

23     connection with this deposition.

24 Q   It doesn't have anything --

25         My question doesn't have anything to do

Page 187

1        with the stipulation agreement, Mr. Chepenik.

2        My question is simply a question of fact;

3        whether, for purposes of this deposition today,

4        Mr. Mervis was acting as your counsel.

5             MR. MERVIS:  I object to the form of the

6        question.

7    BY MR. GARCIA:

8    Q   You can answer.

9    A   I unfortunately cannot give you a "Yes" or "No"

10       answer without consulting with my counsel.

11   Q   Can you please --

12            We're going to go off the record, and

13       you're going to consult with your counsel,

14       Antoinette DeCamp, so that you can answer my

15       question.

16            Okay?

17            So let's take a two-minute break?

18            MS. DeCAMP:  Wait.  Can I ask you a

19       question?

20            So you want him to consult with me and then

21       to relay the results of a privileged

22       consultation on the record in this deposition?

23            MR. GARCIA:  No.  What I'm asking him is

24       whether he understands --

25            He just said that in order to answer my

Page 188

1       question, he needs to consult with you.  And the

2       question is whether Mr. Mervis was his counsel

3       for purposes of this deposition.  That's the

4       question.

5            I don't understand that to be a privileged

6       question.  I'm only asking --

7            MR. MERVIS:  Why does it matter?

8            MR. GARCIA:  -- an issue of fact whether

9       Mr. Mervis is his counsel for the deposition.

10           MR. MERVIS:  But that's the problem.  It is

11      not an issue of fact; it's an issue of law.

12           Why does it matter who he thinks the lawyer

13      is?

14  BY MR. GARCIA:

15  Q   Do you need to consult with your --

16           MR. GARCIA:  I'm not going to engage in a

17      debate, Michael.

18           MR. MERVIS:  You're entitled not to.  It

19      just doesn't make any sense.

20           MR. GARCIA:  All right.  Well, it doesn't

21      to you, but I'm not going to engage in a debate

22      with you.

23  BY MR. GARCIA:

24  Q   Do you need to consult with your counsel,

25      Ms. DeCamp?

Page 189

1          MS. DeCAMP:  Let's consult, Adam.

2          MR. GARCIA:  All right.  Two minutes to

3     consult.

4          MR. MERVIS:  It may take more than two

5     minutes.

6          MR. GARCIA:  Well, I don't think his --

7          MR. MERVIS:  That depends on the witness

8     and Ms. DeCamp; right?

9          MR. GARCIA:  All right.

10          MS. DeCAMP:  He said he may need to consult

11     with his counsel.  You can't put a time limit on

12     that.  Thank you.

13          MR. GARCIA:  So Justin.

14          THE VIDEOGRAPHER:  If we all agree, I will

15     go off the record at 3:19.

16          (A recess was taken.)

17          THE VIDEOGRAPHER:  Back on the record at

18     3:23.

19   BY MR. GARCIA:

20   Q   All right.  So, Mr. Chepenik, I'm going to ask

21     you whether during the morning and the afternoon

22     session, right before the one break we had now,

23     whether you met or discussed anything with

24     Antoinette DeCamp during any one of the breaks

25     outside from the last one?

Page 190

1          MS. DeCAMP:  It's a "Yes" or "No."

2          MR. MERVIS:  Can you say that -- I don't

3     understand.

4          Objection to form.

5          MS. DeCAMP:  It's a "Yes" or "No" question.

6  A   Yes.

7  BY MR. GARCIA:

8  Q   You did.  All right.

9          And I'm going to ask you now:  What was the

10    subject of those discussions?

11         MS. DeCAMP:  I mean, I am going to object.

12    What is the --

13         I do not want him to get into any

14    privileged conversations that he had with me

15    during the break.

16         MR. GARCIA:  Ms. DeCamp, as you know, the

17    witness was under oath.

18         MS. DeCAMP:  Correct.

19         MR. GARCIA:  He was in the middle of a

20    deposition.

21         MS. DeCAMP:  Correct.

22         MR. GARCIA:  Whatever he discussed with

23    anybody during the break is not a privileged

24    conversation, especially since he's under oath.

25         So I'm entitled -- I am entitled for him to

Page 191

1    tell me what he discussed with you during any
2    break in the middle of the deposition while he
3    was under oath, and that's my question.
4         MS. DeCAMP:  I don't agree with that,
5    particularly in the context of a 30(b)(6)
6    deposition where you are not -- you're asking
7    for the collective testimony of Ernst~& Young,
8    which can come from his personal knowledge or
9    the collective knowledge of anybody else that
10   has knowledge about Ernst & Young.
11        I do not agree that if I -- that -- if I
12   permit him to answer the question, I want your
13   stipulation that that is not a waiver of any
14   privilege.
15        MR. GARCIA:  Well, I disagree with you as
16   to whether the conversation he may have had with
17   you during the break is a privileged
18   conversation.
19        I do not agree with you and your
20   understanding of what the rules are for purposes
21   of a witness who is under oath in a deposition
22   in the middle of the deposition.  So I don't
23   agree with you on that.  Okay?
24        And because I don't agree with you on that,
25   I cannot stipulate to the issue because I don't

1     think there is any privilege to be waived during

2     a discussion with the witness during a break in

3     the deposition.

4          Are you going to instruct him not to

5     answer?

6          MS. DeCAMP:  I'm going to instruct him not

7     to answer as to any details of what we may or

8     may not have discussed during the break.

9          You can discuss --

10          If there is a way to answer the question at

11     a high level, similar to what would be on a

12     privilege log, which is basically who you talked

13     to and the 30,000-foot-level subject, you can

14     disclose that.

15          MR. GARCIA:  Again, I don't agree with your

16     understanding of the privilege, but I will take

17     the answer, reserving all my rights.

18     BY MR. GARCIA:

19     Q   Mr. Chepenik, can you answer the question?

20     A   What is the specific question?

21     Q   The question is whether during any of the breaks

22     during the deposition, while you were under

23     oath, you had any discussions with Ms. DeCamp.

24          MR. MERVIS:  Didn't he already answer that?

25     A   Yes.

Page 193

1    BY MR. GARCIA:

2    Q    Yes.

3              And the question is what were those

4         discussions about?

5              MR. MERVIS:  Well, I --

6              So let me just make an objection.

7              To the extent that Proskauer attorneys were

8         involved in communications during breaks with

9         the witness and Ms. DeCamp, our view is that

10        those conversations are immune from discovery

11        because they constitute the board's work

12        product.

13             I can't exactly instruct the witness not to

14        answer, but I would ask Ms. DeCamp to instruct

15        him not to answer.

16             MR. GARCIA:  Well, again --

17             MS. DeCAMP:  Excuse me.  Given that

18        Proskauer has an interest in preserving its own

19        privilege, and in order to not waive any

20        privilege or protection that might be asserted

21        by Proskauer, I will instruct you, Adam, not to

22        answer questions about the subjects of what we

23        discussed during any breaks.

24             MR. GARCIA:  Right.

25             Let me state for the record that I disagree

Page 194

1      with Ms. DeCamp's interpretation of the

2      privilege for purposes of discussions occurring

3      during breaks, but with respect to the objection

4      that was raised by Mr. Mervis, the objection is

5      even stronger.  Okay?

6           Mr. Mervis was not the attorney defending

7      during the deposition, and I don't believe that

8      the privilege or even work product attaches in

9      the way that Mr. Mervis is mentioning for the

10     record.

11          So I will reserve all rights with respect

12     to recalling the witness to ask any particular

13     questions while he was under oath in the middle

14     of testimony, sometimes in topics that were

15     continuing on after the break, conversations

16     that we had with either Ms. DeCamp or

17     Mr. Mervis.

18          So again, I'm asking you, Ms. DeCamp,

19     you're instructing him not to answer my

20     question?

21          MS. DeCAMP:  Correct.

22  BY MR. GARCIA:

23  Q   Are you going to refuse to answer my question

24      based on the instruction given by your counsel?

25  A   Are you directing that question to me?

Page 195

1    Q    Yes.

2    A    I cannot answer that question.

3    Q    You cannot what?

4         MS. DeCAMP:  I think he was answering your

5         prior question; so could you repeat --

6         Adam, I think Mr. Garcia's question to you

7         was:  Are you going to follow my instruction to

8         you not to answer the question?

9    A    Yes, I'm going to follow the advice of counsel.

10        MR. GARCIA:  All right.  Again, I will

11        reserve all rights.  That will include possibly

12        recalling the witness for further testimony on

13        the issue of whatever discussions he may have

14        had with either of you during the breaks while

15        he was under oath and being questioned about

16        specific topics in the deposition.

17        I personally do not have any further

18        questions.

19        And with that, Taleah, are you --

20        MR. MERVIS:  Arturo, just so we're clear, I

21        note your reservation of rights.  The board

22        reserves its rights.

23        If you have authority to support your

24        position, you should provide us with it during a

25        meet-and-confer.  If we're not able to resolve

Page 196

1      it, then we can make a motion.

2              MR. GARCIA:  Well, when we have to, we'll

3      meet and confer on that, but at this moment, I'm

4      not going to engage in --

5              MR. MERVIS:  Yeah.  I wasn't asking you to.

6      But you made a speech; so I made a speech back.

7              MR. GARCIA:  Okay.  All right.

8              So anyway, at this moment, I don't have any

9      further questions.  I am going to pass the baton

10     onto my colleague from Schulte, who represents

11     the collateral monitor here, who may have other

12     questions of the witness.

13             Taleah?

14             MS. JENNINGS:  Thank you, Arturo.  I do

15     have some questions.

16  CROSS-EXAMINATION,

17     QUESTIONS BY TALEAH E. JENNINGS:

18  Q   Good afternoon, Mr. Chepenik.

19             (A discussion was held off the record to

20     correct technical issues.)

21  Q   Mr. Chepenik, since you've been working at EY

22     with the FOMB, have you had direct contact with

23     any members of the oversight board?

24  A   In connection with my deposition?

25  Q   No.  Just period.

Page 197

1    A    Yes, I have.

2    Q    Who?

3    A    I can name them but all of the board members.

4    Q    And can you estimate about how frequently you've

5         spoken to anyone on the oversight board? any

6         members of the oversight board?

7              Is it on a daily basis?  Is it on a weekly

8         basis?

9              MR. MERVIS:  Sorry.  Just note my objection

10        to the form.

11   A    I would say not in connection with this

12        deposition preparation, just in general, in my

13        role with EY, I have, I would say, interactions

14        with the board members on a weekly basis.

15   BY MS. JENNINGS:

16   Q    Anyone in particular?  Any particular members

17        that you meet with more regularly than others or

18        interact with more regularly than others?

19   A    From the board members themselves?  I wouldn't

20        say that I meet with one board member more

21        frequently than others.

22             If -- if you mean the board staff, then I

23        would say I certainly meet with the Executive

24        Director Natalie -- or speak with the Executive

25        Director Natalie Jaresko on a more frequent

Page 198

1      basis.

2    Q    When's the last time you spoke with Ms. Jaresko?

3    A    You mean just in general?

4    Q    Period.  Last time you spoke with her.

5    A    Yesterday.

6    Q    And before that?

7    A    I speak with the executive director on --

8         multiple times a day, typically.

9    Q    I see.

10            Have you ever spoken with Ms. Jaresko at

11        any point in time regarding whether or not the

12        Commonwealth had a balanced budget for Fiscal

13        Years 2018 through the present?

14            MR. MERVIS:  Note my objection to the form.

15   A    To the best of my recollection, we have never

16        had that specific conversation.

17   BY MS. JENNINGS:

18   Q    Do you know what the FOMB's knowledge is

19        regarding whether or not the Commonwealth had a

20        balanced budget for the Fiscal Years 2018

21        through 2020?

22            MR. MERVIS:  Object to the form.

23   A    I don't have any particular knowledge about what

24        their views may or may not be as it pertains to

25        being a balanced budget or not.

Page 199

1    BY MS. JENNINGS:

2    Q    I'm not necessarily saying their views.  My word

3         was about their "knowledge."

4    A    I provide the same answer.  I'm not familiar

5         with what their knowledge may or may not be.

6    Q    And you said that with regard to the testimony

7         you provided, EY has no knowledge about whether

8         the Commonwealth had a balanced budget for

9         Fiscal Years 2016 and 2017; correct?

10   A    Correct.  EY was not engaged, and the oversight

11        board did not exist.

12   Q    And so EY is not best situated to answer

13        questions regarding whether or not the

14        Commonwealth had a balanced budget during those

15        years; correct?

16             MR. MERVIS:  Object to the form.

17             MS. DeCAMP:  Objection.

18             THE WITNESS:  Can I answer that,

19        Antoinette?

20             MS. DeCAMP:  You can answer.

21   BY MS. JENNINGS:

22   Q    Yes.

23   A    Can you repeat the question one more time?

24   Q    Yes.

25             Ernst & Young is not best situated to

Page 200

1        answer questions regarding whether or not the

2        Commonwealth had a balanced budget during

3        2016 -- Fiscal Years 2016 and 2017; correct?

4             MR. MERVIS:  Object to the form.

5    A   I would say EY does not have a point of view or

6        a perspective on whether the budgets were

7        balanced in those years.

8    BY MS. JENNINGS:

9    Q   So is your answer to my question --

10            What is your answer to my question?

11            MR. MERVIS:  Object to the form.

12   A   I do not believe we have knowledge of whether

13       those budgets were balanced or not.

14   BY MS. JENNINGS:

15   Q   And do you know whether the FOMB has knowledge

16       about whether the budgets were balanced for

17       those fiscal years or not?

18            MS. DeCAMP:  Objection.

19            You can answer.

20   A   The FOMB was not in existence at that time; so

21       I'm not --

22   BY MS. JENNINGS:

23   Q   That's not my question.

24            My question is do you know whether --

25            MR. MERVIS:  Hold on, Taleah.  You cut him

Page 201

1          off.  You've got to let him finish.

2     BY MS. JENNINGS:

3     Q   Oh, I thought you answered my question.

4              MR. MERVIS:  Yeah, he did.

5     BY MS. JENNINGS:

6     Q   Okay.

7     A   No.  I was trying to say the FOMB was not in

8          existence at that time; so I'm unaware of what

9          knowledge they have as it relates to those

10         budgets being balanced in 2016 or 2017.

11    Q   Okay.  That's why --

12             That wasn't the answer to my question; so

13         let me ask you the question again.

14             Do you know whether the FOMB has knowledge,

15         not whether they existed at the time, but

16         whether they have knowledge about whether the

17         budgets were balanced for the Commonwealth for

18         Fiscal Years 2016 and 2017?

19             Do you know if the FOMB has knowledge of

20         that?

21             MS. DeCAMP:  Objection.

22             You can answer.

23    A   I -- to the best of my knowledge, I do not have

24         knowledge about whether they have knowledge

25         about the --

Page 202

1    BY MS. JENNINGS:

2    Q    Thank you.  We're understanding each other now.

3              MR. MERVIS:  There's a lot of knowledge

4         going on.

5    BY MS. JENNINGS:

6    Q    You testified that you met with Proskauer in

7         preparation for your testimony today.

8              Did Proskauer attorneys provide you with

9         any information to help you testify as to

10        whether or not the Commonwealth had a balanced

11        budget for Fiscal Years 2018 through the

12        present?

13             The answer is --

14             Well, the first question is a "Yes" or "No"

15        question.  Did they provide you with any

16        information?

17   A    To the best of my recollection, no.

18   Q    And did anyone --

19             Are you aware --

20             Did anyone from Proskauer inform you that

21        Ms. Jaresko is the most knowledgeable person on

22        the oversight board to answer questions about

23        whether or not the Commonwealth had a balanced

24        budget for Fiscal Years 2016 through the

25        present?

Page 203

1           MR. MERVIS:  Sorry.  Can I ask the reporter

2       to read that question back.

3           (The requested text was read by the

4       reporter.)

5           MR. MERVIS:  Okay.  So I think that that

6       could invade attorney work product, but if

7       you'll agree, Taleah, that it's not -- that

8       there's no waiver beyond that question, I'm

9       happy to have him answer just to speed this up

10       and move it along.

11           MS. JENNINGS:  I think for now, with regard

12       to that specific question, I can agree to that.

13           MR. MERVIS:  Okay.

14   A   To the best of my recollection, no, nobody

15       stated that to me.

16   BY MS. JENNINGS:

17   Q   What is the FOMB's knowledge regarding any

18       efforts undertaken by the FOMB to determine

19       whether or not the Commonwealth had a balanced

20       budget for Fiscal Years 2016 through 2020?

21           MS. DeCAMP:  Objection.

22           You can answer.

23   A   I can only speak to what EY's knowledge is in

24       preparation of the budget each year.  I am

25       unaware of what knowledge the FOMB has.

Page 204

1   BY MS. JENNINGS:

2   Q   That's because you haven't spoken to anyone at

3       the FOMB at any time, not even in connection

4       with preparation for this deposition, but at any

5       time regarding what efforts were undertaken by

6       the FOMB to determine whether or not the

7       Commonwealth had a balanced budget for Fiscal

8       Years 2016 through 2020; is that correct?

9           MS. DeCAMP:   Objection.

10          You can answer.

11  A   Well, certainly I think there's a

12      differentiation between Fiscal Years '16 and '17

13      versus the other fiscal years, since the board

14      has been in existence and been responsible for

15      certifying budgets each year, but I did not

16      speak -- I did not speak with the oversight

17      board about it being a balanced budget.  That's

18      not really how the budgeting process works under

19      PROMESA.

20  BY MS. JENNINGS:

21  Q   When you say there's a differentiation between

22      the Fiscal Years '16, '17, and the others,

23      that's not true with regard to my question;

24      right?

25          My question was have you spoken to anyone

Page 205

1        at the FOMB regarding what efforts were
2        undertaken by the FOMB to determine whether or
3        not the Commonwealth had a balanced budget for
4        Fiscal Years 2016 through 2020 --
5             MR. MERVIS:  So --
6   BY MS. JENNINGS:
7   Q   Let me just finish my question.
8             MR. MERVIS:  I jumped the gun.  I
9        apologize.
10  BY MS. JENNINGS:
11  Q   If I'm understanding your previous answer
12       correctly, the answer to that is no --
13       correct? -- you have not spoken to anyone at the
14       FMOB about that?
15            MR. MERVIS:  Object to the form.
16  BY MS. JENNINGS:
17  Q   You can answer.
18  A   To the best of my recollection, no, I have not
19       spoken to them about that.
20  Q   And during your meetings with Proskauer in
21       connection with preparing to testify today, did
22       they provide you any information relating to any
23       efforts undertaken by the oversight board to
24       determine whether or not the Commonwealth had a
25       balanced budget for each fiscal year from 2016

Page 206

1     through the present?

2         Did they provide you any information

3     regarding that topic?

4         MR. MERVIS:  Note my objection to the form.

5  A   To the best of my recollection, no.

6  BY MS. JENNINGS:

7  Q   And did anyone from Proskauer inform you that

8     Ms. Jaresko was the most knowledgeable person at

9     the oversight board to answer questions

10    regarding that topic?

11        MS. DeCAMP:  Objection.

12        You can answer.

13        MR. MERVIS:  So I guess I'm not sure that's

14    different than the one you asked before, but in

15    any event, I'm okay with him answering that

16    question, notwithstanding that it could

17    potentially invade work product, if you'll agree

18    that it's not a waiver as to any other question

19    or answer.

20        MS. JENNINGS:  With regard to this specific

21    question?

22        MR. MERVIS:  Yeah.

23        MS. JENNINGS:  Yes.

24        MR. MERVIS:  Okay.

25        MS. JENNINGS:  I'm not trying to invade the

Page 207

1          privilege or be sneaky about it.  I just --
2               MR. MERVIS:  No, no.  Again, until he
3          answers, I don't know.  I don't want to have to
4          go offline and confer with him.  Maybe the
5          reporter could just read it back.
6               (The requested text was read by the
7          reporter.)
8               THE WITNESS:  Can I answer?
9     BY MS. JENNINGS:
10    Q    Yes.
11    A    To the best of my recollection, no.
12    Q    What is the FOMB's knowledge about whether or
13         not available revenues of the Commonwealth were
14         insufficient to meet the appropriations for each
15         Fiscal Year 2018 through the present?
16    A    I'm unaware of what the FOMB's knowledge is on
17         that topic.
18    Q    And that's because you have not spoken to anyone
19         at the FOMB about that topic at any time;
20         correct?
21    A    Can you actually reread, not the last question,
22         but the second-to-last question?
23    Q    Sure.
24               MS. JENNINGS:  Ms. Court Reporter, can you
25         please read that.

Page 208

1              (The requested text was read by the

2       reporter.)

3              MS. JENNINGS:  And the answer?

4              (The requested text was read by the

5       reporter.)

6  BY MS. JENNINGS:

7  Q   And then my next question was:  And that's

8       because you have not spoken to anyone at the

9       FOMB about that topic at any time; is that

10      correct?

11             MS. DeCAMP:  Objection.

12             You can answer.

13 A   I do not recall having a recent discussion with

14      anyone around available revenues.  But the

15      question reminded me of what I had answered

16      earlier around 2019 and the special resolution

17      that was certified by the oversight board.

18             It's possible that some discussions

19      happened in 2019, but I do not recall the

20      details of those conversations.

21 BY MS. JENNINGS:

22 Q   And you've provided several hours of testimony

23      today already.  None of your testimony was

24      reliant upon what you just identified may have

25      been discussed in 2019; is that right?

Page 209

1    A    That's correct.

2    Q    And with regard to that, this same issue whether

3         or not revenues were insufficient to meet the

4         appropriations for these fiscal years, you have

5         no knowledge --

6              (Reporter request for clarification.)

7    Q    Sure.  With regard -- I should have the topics

8         in front of me or in front of you -- but with

9         regard to the topic that we're on now, whether

10        or not available revenues of the Commonwealth

11        were insufficient to meet the appropriations for

12        each fiscal year from 2016 through the present,

13        you have no knowledge on that issue with regard

14        to Fiscal Year 2016 or 2017; correct?

15             When I say "you," I mean as the EY 30(b)(6)

16        witness.

17   A    That is correct.

18   Q    You didn't do anything to try to find that

19        information out; correct?

20   A    In preparation for the deposition?  I did not.

21   Q    And with regard to this same topic, whether or

22        not available revenues of the Commonwealth were

23        insufficient to meet the appropriations for each

24        fiscal year, limit it to 2018 through the

25        present, did anyone from Proskauer provide you

Page 210

1        with any information to help you prepare to

2        testify on that topic today?

3            MR. MERVIS:  Note my objection to the form.

4    A   To the best of my recollection, no.

5    BY MS. JENNINGS:

6    Q   And are you aware that Proskauer has

7        represented -- withdrawn.

8            Did Proskauer --

9            Did any Proskauer attorneys represent --

10       inform you that Ms. Jaresko is the individual --

11       the most knowledgeable person at the oversight

12       board to answer questions regarding whether or

13       not available revenues of the Commonwealth were

14       insufficient to meet the appropriations for each

15       fiscal year from 2016 through the present?

16           MR. MERVIS:  I have a concern that the

17       answer to that question might invade the

18       oversight board's work product, but, Taleah, if

19       you will agree that in allowing him to answer

20       that question, there is not a waiver beyond the

21       question and the answer, then I'll let him

22       answer.

23           MS. JENNINGS:  Can I just understand what

24       the work product issue is?  Because I may be

25       able to dispel that, but I just don't

Page 211

1      understand --

2             MR. MERVIS:  Well, the short answer is,

3      look, first of all, I have no idea whether

4      anybody at Proskauer told him that.  I know I

5      didn't but others might have.

6             MS. JENNINGS:  All right.

7             MR. MERVIS:  Secondly, if someone did, I

8      don't know the context; right?

9             So without knowing the context of the

10     conversation, I can't say whether it's a work

11     product issue or just like a scheduling issue or

12     any kind of issue.  I don't know.

13            So what I'm trying to avoid is taking the

14     time to go off the record to consult with the

15     witness about something that may not even be an

16     issue.

17            So that's the best I can give you.

18            MS. JENNINGS:  So without --

19            Yes.  I'm not trying to get into work

20     product by answering this question.  I will

21     not --

22            We will not take the position that you're

23     waiving any privilege.

24     BY MS. JENNINGS:

25     Q   But my question is did any Proskauer attorneys,

Page 212

1       during your preparation sessions, inform you

2       that Ms. Jaresko is the most knowledgeable

3       person at the oversight board to answer

4       questions regarding whether or not available

5       revenues of the Commonwealth were insufficient

6       to meet the appropriations for each fiscal year

7       from 2016 through the present?

8            THE WITNESS:  I can answer?

9            MR. MERVIS:  Yeah.

10   BY MS. JENNINGS:

11   Q   Yes.

12            MS. DeCAMP:  You can answer.

13   A   To the best of my recollection, no, nobody

14       mentioned that to me.  Nobody at Proskauer.

15   BY MS. JENNINGS:

16   Q   And other than anyone at Proskauer, did anyone

17       ever mention that to you?

18   A   To the best of my recollection, no, no one has

19       ever mentioned that to me.

20   Q   What is the FOMB's knowledge regarding any

21       efforts undertaken by the FOMB to determine

22       whether available revenues of --

23            That's withdrawn, actually.

24            MR. MERVIS:  I was going to say I've not

25       heard that acronym said that way.  I don't know

Page 213

1      that I like it.

2           MS. JENNINGS:  I may have another slip, but

3      let's keep going.

4  BY MS. JENNINGS:

5  Q   What is the FOMB's knowledge about whether or

6      not any revenues of the Commonwealth were

7      diverted, retained, reallocated, or redirected

8      in order for there to be sufficient available

9      revenue to meet the appropriations made for each

10     fiscal year from 2016 through the present?

11          MS. DeCAMP:  Objection.

12          You can answer.

13 A   I'm not aware of what the knowledge of the FOMB

14     might be on that matter.

15 BY MS. JENNINGS:

16 Q   And you did not try to speak to anyone at the

17     FOMB to gain that understanding; correct? to

18     gain their understanding?

19 A   That's correct.

20 Q   Did any Proskauer attorney during your

21     preparations provide you with any information to

22     help you prepare -- to help you testify about

23     this topic?

24          MR. MERVIS:  Note my objection to the form.

25 A   Not that I recall.

Page 214

1    BY MS. JENNINGS:

2    Q    How many prep sessions did you have where

3         Proskauer participated for this deposition?

4    A    I recall three.

5    Q    And how many prep sessions did you have in full,

6         in total, for this deposition?

7    A    Between I would say ten and twelve.

8    Q    And during those --

9              During the sessions where Proskauer was in

10        attendance, did they provide you with any

11        information?

12             I know I asked about specific areas, but

13        did they provide you with any information during

14        those prep sessions?

15             MR. MERVIS:   Sorry.   Objection to form.

16   A    Generally, those sessions were general

17        deposition preparation, since I had not -- I had

18        not been deposed prior to this experience, and

19        trying to help me better understand the

20        questions that were being -- that were being

21        asked of EY to respond to because I felt they

22        needed some additional clarity to be able to

23        provide specific answers to those questions.

24   BY MS. JENNINGS:

25   Q    Did they provide you some clarity with regard to

Page 215

1     what the questions meant?

2  A   They tried, but I wouldn't say it was

3     information that was provided to me.

4         I had the same question that I asked

5     Mr. Garcia earlier about whether -- you know, on

6     it being a balanced budget, if we thought that

7     they came out on an accrual or a cash basis and

8     technical sort of clarifications like that.

9         MS. JENNINGS:  Michael, that's not a good

10    look for you.

11        MR. MERVIS:  I'm trying to make sense of

12    what's --

13  BY MS. JENNINGS:

14  Q   But I'll just ask is there anything else?  Were

15    there any other clarifications that they tried

16    to help you with?

17  A   Not in particular, that I recall.  This was --

18        The subpoena came to EY in connection with

19    the work that EY conducted; so I'm familiar

20    already, generally speaking, with EY's work

21    product on that.

22        So for me, it was refreshing my

23    recollection around our team's work in support

24    of the oversight board as opposed to Proskauer

25    informing me or providing information to me in

Page 216

1      connection with responses.

2  Q   So they did not provide you with any information

3      other than what you just discussed regarding

4      clarification in connection with preparing to

5      testify today?

6  A   Not -- nothing of consequence, that I can

7      recall.

8  Q   I was going to say maybe I should be more

9      specific.

10         With regard to the topics in which you are

11      testifying today?

12 A   Nothing in particular comes to mind.

13 Q   And did anyone from Proskauer provide you

14      information regarding the stipulation agreement

15      that you were referring to earlier?

16         MR. MERVIS:  I ask on that one that the

17      answer be, at least to that one, "Yes" or "No."

18 A   No.

19 BY MS. JENNINGS:

20 Q   What is the FOMB's knowledge about any efforts

21      undertaken by the FOMB to evaluate the amounts

22      of revenues to divert, retain, reallocate, or

23      redirect?

24         MS. DeCAMP:  Objection.

25         You can answer.

Page 217

1    A    I am not aware of the FOMB's knowledge on that

2         topic.  I also don't know whether, you know,

3         they would describe -- use the terms that you

4         use to begin with.

5    BY MS. JENNINGS:

6    Q    You don't know one way or the other?

7    A    I'm not aware of their knowledge.

8    Q    And that's because you haven't spoken to anyone

9         at the FOMB about that topic; correct?

10            I don't mean just in connection with your

11        preparation but period.

12   A    Not that I can recall.

13            MR. MERVIS:  Can I take a 30-second break?

14            MS. JENNINGS:  Sure.

15            MR. MERVIS:  Great.  Sorry.

16            THE REPORTER:  Are we going off the record?

17            MS. JENNINGS:  It looks like maybe not.

18            MR. MERVIS:  I apologize.  I was dealing

19        with a filing deadline on something else.

20            MS. JENNINGS:  That's okay.

21            Let me refresh my recollection of where we

22        were.

23   BY MS. JENNINGS:

24   Q    Mr. Chepenik, you did not do anything to try to

25        find out what the FOMB's knowledge is with

Page 218

1        regard to any efforts undertaken by them to

2        evaluate the amounts of revenues to divert,

3        retain, reallocate, or redirect; is that

4        correct?

5    A   To the best of my recollection, that is correct.

6        I did not undertake any efforts on that topic.

7    Q   And do you know whether the FOMB has undertaken

8        any efforts to evaluate the amounts of revenues

9        to divert, retain, reallocate, or redirect?

10           MS. DeCAMP:   Objection.

11           You can answer.

12   A   To the best of my recollection, I'm not aware.

13   BY MS. JENNINGS:

14   Q   Well, you're not aware of whether they have or

15       they haven't, or you don't remember whether they

16       have or they haven't?

17   A   To the best of my recollection, I'm not aware of

18       whether they have or have not.

19   Q   Did you ever know?

20           I'm confused by the "to the best of my

21       recollection."

22   A   To the best of my recollection, I am not -- I'm

23       not aware.  Nothing comes to mind, if that's

24       what you're asking but --

25   Q   That's what I was asking.

Page 219

```
 1   A   -- it's the best of my recollection as far as I
 2       recall, yeah.
 3   Q   To your knowledge, were there any efforts
 4       undertaken by the FOMB -- I'm going back a
 5       topic -- to determine whether or not the
 6       available revenues of the Commonwealth were
 7       insufficient to meet the appropriations in
 8       Fiscal Years 2018 through the present?
 9   A   I'm sorry.  Can you just have --
10           Can the reporter read back the question one
11       more time.
12   Q   I think I can repeat it.
13   A   Okay.
14   Q   Are you aware of any efforts undertaken -- and
15       by "you," I mean in your capacity as the
16       30(b)(6) witness today, are you aware of any
17       efforts undertaken by FOMB to determine whether
18       or not the available revenues of the
19       Commonwealth were insufficient to meet the
20       appropriations in Fiscal Years 2018 through the
21       present?
22           MS. DeCAMP:  Objection.
23           But you can answer.
24   A   I believe I'm aware of one instance in which
25       efforts might have been undertaken.
```

Page 220

1    BY MS. JENNINGS:

2    Q    Other than --

3              And that's the one we talked about?

4    A    Correct.   In 2019.

5    Q    And other than that, are you aware of any other

6         efforts undertaken by the FOMB?

7    A    Not that I can recall.

8    Q    And do you know if any other efforts were

9         undertaken by the FOMB, or you just don't know

10        one way or the other?

11   A    Not that I'm aware of.

12   Q    You're not aware of, one way or the other,

13        whether there were additional efforts?

14   A    I'm not aware whether there were or not, if

15        that's what you're asking.

16   Q    Yes.

17             And are you aware of any efforts undertaken

18        by the FOMB to determine whether or not the

19        Commonwealth had a balanced budget for Fiscal

20        Years 2016 through the present?

21             And I'm including all of those years.

22             MS. DeCAMP:   Objection.

23             You can answer.

24   A    I am not aware.

25

Page 221

1    BY MS. JENNINGS:

2    Q    You are not aware of any efforts?

3    A    I'm not aware of any efforts.

4    Q    You don't know whether there were any or were

5         not; is that correct?

6    A    Correct.  I'm unaware of whether there were or

7         were not any efforts undertaken.

8    Q    Moving onto another topic, which was in your

9         30(b)(6) notice, what is the FOMB's knowledge

10        about the amounts of claw-back funds disbursed

11        for uses other than the payment of general

12        obligation debt for Fiscal Years 2018 through

13        the present?

14             MS. DeCAMP:  Objection.

15             You can answer.

16   A    What is the knowledge of --

17             I'm sorry.  Can you repeat the question one

18        more time for me.

19   BY MS. JENNINGS:

20   Q    What is FOMB's knowledge about the amounts of

21        claw-back funds disbursed for other use -- for

22        uses other than the payment of general

23        obligation debt for each fiscal year from 2018

24        through the present?

25   A    I'm unaware of what the FOMB's knowledge is on

Page 222

1          that topic.

2     Q    And that's because you haven't spoken to anyone

3          at the FOMB regarding that topic; correct?

4     A    Correct.

5     Q    At any point in time?

6     A    To the best of my recollection, correct, at any

7          point in time.

8     Q    And you did not attempt to speak to anyone at

9          the FOMB regarding that topic; correct?

10    A    To the best of my recollection, that's correct.

11    Q    Did anyone from Proskauer, during your prep

12         sessions, provide you any information to help

13         you prepare to testify about the amounts of

14         claw-back funds disbursed for uses other than

15         the payment of general obligation debt?

16              MR. MERVIS:  Note my objection to the form.

17    A    To the best of my recollection, no.

18    BY MS. JENNINGS:

19    Q    And did anyone from Proskauer tell you that

20         Ms. Jaresko is the most knowledgeable person at

21         the oversight board to answer questions

22         regarding that issue?

23              MR. MERVIS:  Again, I do have a potential

24         work product concern, but if you'll agree,

25         Taleah --

Page 223

1          MS. JENNINGS:  Same agreement?

2          MR. MERVIS:  Yes.  Let me just get it out

3      so it's clear.

4          If you'll agree that if the witness answers

5      that question, it's not a waiver of work product

6      with respect to any other question or answer,

7      then I'm fine.

8          MS. JENNINGS:  That's agreed.

9          MR. MERVIS:  Thank you.

10         Do you want to read it back?  Could the

11     court reporter just read it back.

12         (The requested text was read by the

13     reporter.)

14  A   To the best of my recollection, no, nobody at

15     Proskauer told me that.

16  BY MS. JENNINGS:

17  Q   Do you know what the FOMB's knowledge is

18     regarding any efforts the FOMB took to evaluate

19     the amounts of claw-back funds used for

20     disbursements other than for the payment of

21     general obligation debt?

22  A   I'm not particularly aware of what the FOMB may

23     know on that topic -- may be aware of on the

24     topic.

25  Q   And that's because you have not spoken to anyone

Page 224

1        at the FOMB regarding that topic; correct?

2             MS. DeCAMP:  Objection.

3             You can answer.

4    A   To the best of my recollection, that's correct.

5    BY MS. JENNINGS:

6    Q   And you did not attempt to speak to anyone at

7        the FOMB regarding that topic; correct?

8    A   To the best of my recollection, that is correct.

9    Q   No one at Proskauer, during your prep sessions,

10       provided you any information regarding that

11       topic; correct?

12            MR. MERVIS:  Note my objection to the form.

13            THE WITNESS:  Can I answer, Antoinette?

14            MS. DeCAMP:  Yes.  Yes, you can answer.

15   A   To the best of my recollection, no, no one from

16       Proskauer provided information on that topic to

17       me.

18   BY MS. JENNINGS:

19   Q   No one at Proskauer, during your prep sessions,

20       informed you that Ms. Jaresko was the most

21       knowledgeable person on the board to answer

22       questions regarding those efforts; correct?

23            MR. MERVIS:  So I do have a concern that

24       the answer to that question might invade

25       attorney work product.

Page 225

1          I'm happy to have the witness answer the

2     question that's --

3          Taleah, you'll agree that in having him

4     answer, we're not waiving any work product claim

5     other than with respect to that question and

6     answer.

7          MS. JENNINGS:  Agreed.

8          MR. MERVIS:  Okay.  If the court reporter

9     could just read back the question.

10         (The requested text was read by the

11    reporter.)

12  A   To the best of my recollection, no, no one at

13      Proskauer informed me of that topic.

14  BY MS. JENNINGS:

15  Q   Do you know what the amounts of --

16         Do you know anything about the amounts of

17      claw-back funds that were disbursed for uses

18      other than the payment of general obligation

19      debt during Fiscal Years 2016 through the

20      present?

21         MR. MERVIS:  Object to the form.

22  A   I'm aware of one instance I believe

23      conditionally allocable -- those conditionally

24      allocable revenues were used.

25

Page 226

1   BY MS. JENNINGS:

2   Q    Is that something you provided testimony about

3        earlier today?

4   A    It is.

5   Q    Are you aware of any other amounts of claw-back

6        funds that were disbursed for uses other than

7        the payment of general obligation debt during

8        those Fiscal Years 2016 through the present?

9             MR. MERVIS:   I object to the form.

10  A    I can only speak to the time when EY was

11       engaged, beginning in the fiscal '18 process

12       forward; so not fiscal '16 or '17?

13            And in that time period, I'm only aware of

14       that one instance that I testified to earlier,

15       in 2019, with the special resolution in which

16       those funds were used.

17  BY MS. JENNINGS:

18  Q    Do you know if there were ever any other

19       instances where claw-back funds were used other

20       than for the payment of general obligation debt?

21            MR. MERVIS:   I object to the form.

22  A    Again, in the time period that I can speak to

23       from which EY was engaged to support the

24       oversight board in its role as an adviser that

25       is the only time period I'm aware of.

Page 227

1   BY MS. JENNINGS:

2   Q   Do you know if there were any others, or you

3       just don't know one way or the other?

4   A   I'm not prepared to -- I can't speak to a time

5       period before EY was engaged when the oversight

6       board existed.

7   Q   From 20 --

8           Sorry.  Go ahead.

9   A   No, I'm --

10  Q   So from 2018 through the present, are you aware

11      of any other instances other than the one that

12      you've talked about, or do you know one way or

13      the other whether there are any others?

14  A   I am not aware of another instance in which that

15      was the case.

16  Q   And do you know one way or the other whether

17      there have been other instances during that time

18      period?

19  A   I'm not aware of another instance other than

20      that one time in 2019.

21  Q   Do you think that is the only instance where

22      that occurred?

23  A   To the best of my recollection, I believe that

24      is the only time it has occurred.

25  Q   Just to finish that, you have not confirmed that

Page 228

1        understanding with anyone from the FOMB;

2        correct?

3    A   To the best of my recollection, that is correct.

4            MR. MERVIS:  How much more do you have?  I

5        thought maybe -- it's been over an hour; so I

6        think it might make sense to take a break.  But

7        if you're --

8            MS. JENNINGS:  Let me just finish up with

9        this one area, and then we can take a short

10       break.

11   BY MS. JENNINGS:

12   Q   Were any efforts undertaken by the FOMB to

13       evaluate the amounts of claw-back funds to

14       disburse for uses other than payment of general

15       obligation debt during the years 2018 through

16       the present?

17           MS. DeCAMP:  Objection.

18           You can answer.

19   A   I apologize for asking you to read that one more

20       time.

21           The first part of the question, what was it

22       you asked?

23   BY MS. JENNINGS:

24   Q   Were any efforts undertaken by the FOMB to

25       evaluate the amounts of claw-back funds to

Page 229

1          disburse for uses other than payment of general

2          obligation debt during Fiscal Years 2018 through

3          the present?

4     A    I believe efforts were undertaken, yes.

5     Q    What efforts?

6     A    Efforts to determine the amount that would be

7          needed in connection with that 2019 special

8          resolution that I mentioned.

9     Q    Other than that one specific example that you

10         have, are you aware of any other efforts?

11    A    To the best of my recollection, I'm not aware of

12         any other efforts that were undertaken.

13    Q    Is it your understanding that that is the only

14         effort undertaken by the FOMB during that time

15         period to evaluate the amounts of claw-back

16         funds to disburse for uses other than the

17         payment of general obligation debt, or is it

18         that you just don't have information?

19              MR. MERVIS:  Object to the form.

20    A    I do not have information on the topic.

21              MS. JENNINGS:  Okay.  Do you want to take a

22         five- or ten-minute break?

23              MR. MERVIS:  Yes.  That would be good.

24         Let's make it ten minutes.

25              THE VIDEOGRAPHER:  We will go off the

Page 230

1       record at 4:15.

2            (A recess was taken.)

3            THE VIDEOGRAPHER:  We're back on the record

4       at 4:23.

5   BY MS. JENNINGS:

6   Q   Mr. Chepenik, what is the FOMB's knowledge about

7       whether or not the Acts 30 and 31 incremental

8       revenues, as that term is defined in your

9       30(b)(6) notice, were diverted, retained,

10      reallocated, or redirected during Fiscal

11      Years 2018 through the present?

12           MS. DeCAMP:  Objection.

13           You can answer.

14  A   I'm not positive what the FOMB's knowledge is on

15      those topics.

16  BY MS. JENNINGS:

17  Q   When you say "you're not positive," does that

18      mean you have no knowledge of what the FOMB's

19      knowledge is on those topic?

20  A   I'm just not --

21           I'm not sure what their knowledge is.

22  Q   Do you have any understanding as to what their

23      knowledge is on that topic?

24  A   I imagine that there's some knowledge on that

25      2019 resolution that I mentioned which involved

Page 231

1      petroleum tax revenues; so it's an Act 31

2      revenue.

3    Q   Anything else?

4    A   Nothing else I can recall.

5    Q   Do you know what the FOMB's knowledge is

6        regarding any other revenues of or due to HTA

7        other than the Act 30 and 31 incremental

8        revenues, were diverted, retained, reallocated,

9        or redirected during Fiscal Years 2018 through

10       the present?

11           MR. MERVIS:  Object to the form.

12           Excuse me.  Object to the form.

13   A   I'm unaware of what the FOMB's knowledge is on

14       that topic.

15   BY MS. JENNINGS:

16   Q   That's because you have never spoken to anyone

17       at the FOMB regarding that topic; correct?

18           MS. DeCAMP:  Objection.

19           You can answer.

20   A   To the best of my recollection, that is correct.

21   BY MS. JENNINGS:

22   Q   And including outside of the context of

23       preparing for your deposition; correct?

24   A   To the best of my recollection, that is correct.

25   Q   What is EY's knowledge about whether or not the

Page 232

1    Acts 30 and 31 incremental revenues were

2    diverted, retained, reallocated, or redirected

3    during Fiscal Years 2018 through the present?

4  A To the best of my knowledge, EY and I am aware

5    of one instance in 2019 when those revenues were

6    used to fund police and teacher salaries.

7  Q Outside of that, do you know if there has been

8    any other instances where that's occurred?

9  A Where what has occurred?

10 Q Where Acts 30 and 31 incremental revenues were

11   diverted, retained, reallocated, or redirected?

12 A I'm not aware of another instance.

13        Yeah.  I'm not aware of another instance.

14 Q Is it possible that there is another instance,

15   or are you saying that there was no other

16   instance?

17 A I'm not aware of another instance.

18 Q Have you confirmed that there have not been any

19   other instances where that's occurred?

20 A I have not.

21 Q You testified earlier that you read Ms. Lizette

22   Martinez's report in connection with your

23   preparation to testify; correct?

24 A Correct.

25 Q Is there anything in her report, in her

Page 233

1        opinions, that you agree with?

2              MS. DeCAMP:   Objection.

3    A   When I read her report and I read Mr. Brickley's

4        report, it was really in connection with trying

5        to better understand the context of these

6        questions.

7              I wasn't doing a very detailed review of

8        her analysis in her expert report; so I don't

9        have a point of view on what she submitted.  I

10       haven't reviewed the documents and such that she

11       reviewed.

12   BY MS. JENNINGS:

13   Q   But you reviewed her report; correct?

14   A   I did read through it briefly, yes.

15   Q   Is there anything that you read in her report

16       that you agree with?

17   A   Not that I can recall, no.

18   Q   Is there anything that you disagree with in her

19       report?

20   A   The notion of -- the connectivity and the notion

21       of the highway funding being redistributed back

22       to HTA, I disagree with that, with that

23       approach.  I don't believe that's an accurate

24       representation of how the budgets are

25       constructed.

Page 234

1    Q    And why is that?

2    A    Because they are not directly connected.

3    Q    And where does that --

4         Where does your understanding come from in

5    that regard?

6    A    EY's knowledge and work on the budgeting process

7    each year.

8    Q    Anything else you disagree with in the report?

9         MS. DeCAMP:  Objection.

10        Objection.  That is not within the scope of

11   the topics, but you can ask him for his personal

12   opinion.

13   BY MS. JENNINGS:

14   Q    Well, you said it was a document that you

15   reviewed in connection with preparing for the

16   testimony; so I think it's fair game.

17        I will ask you in the context of the

18   30(b)(6).

19        MS. JENNINGS:  You can make your objection,

20   and he can answer the question.

21        MS. DeCAMP:  I object.  It is not --

22        It is EY's position that is not within the

23   scope of the topics, particularly given his

24   testimony about the purpose for which he was

25   reviewing the report.

Page 235

1          But I will permit him to answer the
2     question as an individual.

3          MS. JENNINGS:  Just for the record, I
4     disagree.

5     BY MS. JENNINGS:

6     Q   But you can answer the question.

7          We can fight over it another time as to
8     whether it's in your personal knowledge or
9     within the scope of your testimony here today as
10    a 30(b)(6) witness.

11    A   In my --

12         Can you actually repeat the question one
13    more time.

14    Q   Yes.  Let me try to find it.

15         You identified one area in the Martinez
16    report that you disagreed with, and I'm asking
17    you is there anything else in the report that
18    you disagree with?

19    A   In my personal capacity, that's the one
20    connection that comes to mind.  I do not recall
21    another area that I disagree with in particular.

22    Q   You have not spoken to anyone from the FOMB to
23    find out whether or not there have been any
24    revenues of or due to the HTA that were
25    diverted, retained, reallocated, or redirected

Page 236

1    during Fiscal Years 2018 through the present in

2    connection with your preparation to testify

3    today; correct?

4         MR. MERVIS:  Note my objection to the form.

5    A    To the best of my recollection, that is correct.

6    BY MS. JENNINGS:

7    Q    You haven't spoken to anyone from the FOMB

8    outside of -- prior to preparing for your

9    deposition regarding this topic; correct?

10   A    With regard to which topic?

11   Q    The one that we're discussing which is -- I can

12   repeat it for you -- whether there have been any

13   revenues of or due to the HTA that were

14   diverted, retained, reallocated, or redirected

15   during Fiscal Years 2018 through the present?

16   A    I understand.  Thank you for clarifying.

17        To the best of my recollection, that is

18   correct.  I have not.

19   Q    Ms. -- withdrawn.

20        The Proskauer attorneys who attended your

21   prep session did not provide you with any

22   information in connection with these topics;

23   correct?

24        MR. MERVIS:  Objection to form.

25   A    In connection to which topics?

Page 237

1    BY MS. JENNINGS:

2    Q    I'm sorry.  This topic, the one that we just

3         discussed.  I can read it again if you need me

4         to.

5    A    If you can, that would be helpful.

6    Q    Whether there have been any revenues of or due

7         to the HTA that were diverted, retained,

8         reallocated, or redirected during Fiscal

9         Years 2018 through the present.

10              MR. MERVIS:  Objection to the form.

11   A    That is correct.  To the best of my

12        recollection, they did not provide me any

13        information on that topic.

14   BY MS. JENNINGS:

15   Q    And you didn't try to get any information

16        regarding that topic from anyone from the FOMB;

17        correct?

18   A    To the best of my recollection, I did not, no.

19   Q    Did Proskauer inform you that Ms. Jaresko is the

20        most knowledgeable person at the oversight board

21        to answer questions regarding this topic?

22              MR. MERVIS:  Again, I do have a possible

23        work product concern, but I am fine with him

24        answering the question so long as, Taleah,

25        you'll agree it's not a waiver of work product

Page 238

1          claims with respect to any other question or

2          answer.

3                    MS. JENNINGS:  Agreed.

4                    MR. MERVIS:  Do you need the question read

5          back, Adam?

6                    THE WITNESS:  No.

7    A     No.  To the best of my recollection, no, nobody

8          mentioned -- nobody from Proskauer mentioned

9          that to me.

10   BY MS. JENNINGS:

11   Q     Do you know, as you sit here as a 30(b)(6)

12         witness, whether the FOMB undertook any efforts

13         to evaluate whether to divert, retain,

14         reallocate, or redirect revenues?  And by

15         "revenues," I'm limiting it to revenues of or

16         due to the HTA.

17                   MS. DeCAMP:  Objection.

18                   You can answer.

19                   MR. MERVIS:  Object to the form.

20                   MS. DeCAMP:  You can answer.

21   A     To the best of my recollection, I'm not aware of

22         those efforts.

23   BY MS. JENNINGS:

24   Q     Are you aware of whether the FOMB has any

25         knowledge about any efforts it undertook to

Page 239

1      evaluate whether to divert, retain, reallocate,

2      or redirect revenues in that way?

3   A  I'm only aware of one instance in 2019.

4   Q  And other than that, you're not aware of whether

5      the FOMB has knowledge of other instances;

6      correct?

7   A  I am not aware, that is correct.

8   Q  You did not do anything to try to find out

9      whether the FOMB has knowledge of other

10      instances; correct?

11   A  That is correct.

12   Q  Proskauer did not provide you any information to

13      help you testify on this topic; correct?

14   A  To the best of my recollection, I can't think of

15      any information that was provided on the topic

16      to me.

17   Q  No one at Proskauer informed you that

18      Ms. Jaresko is the most knowledgeable person on

19      the board to answer questions about any such

20      efforts undertaken by the FOMB; correct?

21          MR. MERVIS:  I'm going to try a shorter

22      version.

23          I'm all right with the witness answering

24      that question so long as you agree, Taleah, that

25      in providing an answer, there will be no waiver

Page 240

1      of any work product claim by the board as to any

2      other question or answer.

3           MS. JENNINGS:  Agreed.

4           MR. MERVIS:  Do you need that back --

5           Do you need it back again?

6           THE WITNESS:  Can you read back the

7      question.

8           MS. JENNINGS:  Yes.

9           Ms. Court Reporter, can you please read

10     that one back.

11          (The requested text was read by the

12     reporter.)

13  A   To the best of my recollection, that is correct,

14     no one at Proskauer informed me of that.

15  BY MS. JENNINGS:

16  Q   Is Ms. Jaresko aware that you were providing

17     30(b)(6) testimony today?

18          MR. MERVIS:  Object to the form.

19          MS. DeCAMP:  Objection.

20          You can answer.

21  A   I have not had any direct discussion with

22     Ms. Jaresko about that topic, but it's my

23     understanding she is aware.

24  BY MS. JENNINGS:

25  Q   And is your --

Page 241

1          Does your understanding come from anyone

2      other than counsel for EY?

3  A    No.

4  Q    Did anyone direct you not to speak to

5      Ms. Jaresko about any of the 30(b)(6) topics?

6          MS. DeCAMP:  Objection.

7          You can answer that "Yes" or "No."

8  A    No.

9  BY MS. JENNINGS:

10 Q    So you did not tell Ms. Jaresko that you were

11     providing testimony at the 30(b)(6) deposition

12     today?

13 A    This morning I sent her a note saying I will be

14     out-of-pocket for most of the day in my

15     deposition, but that was purely just so she knew

16     if she needed to contact someone on the EY team

17     to contact one of my colleagues.

18          Other than that one email note, there's

19     been no discussion with Natalie on the topic of

20     my 30(b)(6) deposition that I was a part of.

21 Q    And are you aware of whether she was a part of

22     any -- this is a "Yes" or "No" question --

23     whether Ms. Jaresko was a part of any

24     discussions concerning this 30(b)(6) deposition?

25          Just a "Yes" or "No" question.

Page 242

1        MS. DeCAMP:  Object to the form.

2   A   Yes.

3   BY MS. JENNINGS:

4   Q   And do you know how many discussions she was a

5       part of?

6        MS. DeCAMP:  Objection.

7   A   No.

8   BY MS. JENNINGS:

9   Q   Did Ms. Jaresko ask you anything about the

10      30(b)(6) deposition that you would be sitting

11      for today?

12  A   No.

13  Q   Did anybody other than --

14       Or who knows that you're here providing

15      30(b)(6) testimony today?

16       MR. MERVIS:  Objection to the form.

17  A   Well, I --

18       So the people that I'm aware of that are

19      aware are representatives from EY, including my

20      counsel, Ms. DeCamp; representatives from

21      Proskauer, most of whom are here, Mr. Mervis.

22       And then I don't know if the filing of the

23      response was public and whoever could have

24      pulled it from the public docket, but that's

25      generally who I'm aware of that are aware.

Page 243

1              In that same email that I sent to Natalie
2       this morning, which was the first communication
3       I had with her on the matter, I included her
4       chief of staff and two other senior board staff
5       representatives, who I'm working with on
6       unrelated matters, but they're topical and
7       timely, and so I wanted to make sure they knew I
8       would be unavailable.
9              That's all the people I can think of.
10   BY MS. JENNINGS:
11   Q   So prior to your email today, are you aware of
12       whether anyone from the FOMB knew that you would
13       be providing 30(b)(6) testimony today?
14   A   I am unaware of who may have known.
15   Q   Putting aside their identities, do you know if
16       anyone from the FOMB was aware that you would be
17       providing 30(b)(6) testimony, other than
18       learning it from your email, that you just
19       described, this morning?
20   A   It's possible I may have mentioned it once or
21       twice to one of the senior board staff
22       representatives in the past, but it was not in
23       the context of providing information analysis.
24       It was more that I couldn't respond to their
25       questions because I was focused on this instead.

Page 244

1    Q    And who was that, that you had that conversation
2         with?
3    A    I wouldn't classify it as "conversations"; I
4         would classify it as a "comment."
5              The one person that comes to mind is German
6         Ojeda, one of the board staff members that I
7         work with quite frequently on a number of
8         topics.
9    Q    When did you inform him of that or make that
10        comment to him?
11   A    Probably within the last week, I would say.
12   Q    Is there anyone else at the FOMB who, to your
13        knowledge, knew that you would be providing
14        30(b)(6) testimony in connection with this
15        matter?
16   A    I believe the chief -- the chief of staff and
17        deputy chief of staff are aware.
18   Q    And when did they become aware?
19             MR. MERVIS:   Object to the form.
20   A    I believe they became aware when there were
21        prior discussions with Ms. Jaresko that I was
22        not a part of but a prior discussion about
23        Ms. Jaresko or EY providing testimony as a
24        30(b)(6).
25

Page 245

1    BY MS. JENNINGS:

2    Q    And when did that discussion take place, to your

3         knowledge?

4    A    To the best of my recollection, within the last

5         month, maybe.  Yeah.

6    Q    How long did you know that you would be

7         providing 30(b)(6) testimony in this proceeding?

8              MR. MERVIS:  Objection to the form.

9              THE WITNESS:  I can answer?

10             MS. DeCAMP:  You can answer.

11   BY MS. JENNINGS:

12   Q    Yes.

13   A    Within the last month, I would say.

14   Q    And when you say "within the last month," was it

15        a month ago?  Was it anytime within the past 30

16        days?  Give me some sense of what you're talking

17        about.

18   A    I -- honestly, I don't recall the specific day

19        and the specific week.  I'm aware that there

20        were conversations about whether EY was well

21        positioned to be the respondent and the need for

22        EY to receive a subpoena requesting testimony as

23        a declarant in response to that said subpoena.

24             I don't know the timing of all that because

25        I was not involved in those discussions.  And I

Page 246

1    just recall that they all occurred really within

2    the last, I would say, month; maybe within the

3    last two months at the most, but it's really the

4    last month that I recall.

5  Q   Was it your understanding that if EY was going

6      to provide a 30(b)(6) -- sit for a 30(b)(6)

7      deposition, you would be the representative

8      testifying at the deposition?

9          MR. MERVIS:  Object to the form.

10 A   I know there were some discussions internally

11     about who the best positioned person would be,

12     the most knowledgeable person would be to be the

13     respondent, and I was selected as that person.

14 BY MS. JENNINGS:

15 Q   You're also designated as a witness who may

16     provide testimony during the plan confirmation

17     hearing; is that right?

18 A   I am, yes.

19 Q   And is your testimony going to concern any of

20     the six topics identified on the 30(b)(6)

21     subpoena that was sent to EY?

22         We can pull those up if you need it.  Do

23     you need it?

24         MR. MERVIS:  Well, this -- I mean, he

25     wasn't --

Page 247

1           Taleah, he wasn't noticed about his trial

2       testimony so --

3           MS. JENNINGS:  I'm asking about topics

4       relating to this 30(b)(6).  So why don't we get

5       the 30(b)(6) notice up so he can see it.

6           MR. GARCIA:  I can get it up on the screen.

7           Alejandro, please.

8   BY MS. JENNINGS:

9   Q   Let's look at Topic 1.  Just take an opportunity

10      to look at that Topic 1.

11  A   So I have not been noticed --

12          MR. MERVIS:  Hold on.  There's no question,

13      as far as I can tell.

14  BY MS. JENNINGS:

15  Q   Have you read Topic 1?

16  A   I have.

17  Q   And with regard to --

18          You're going to be submitting a declaration

19      in connection with the plan confirmation

20      hearing; correct?

21          MS. DeCAMP:  That's a "Yes" or "No."

22  A   Yes.

23  BY MS. JENNINGS:

24  Q   And is the testimony in your declaration going

25      to concern at all the topic that is identified

Page 248

1      here as Number 1?

2            MR. MERVIS:  Yeah, I don't know --

3            So I object.  I don't understand why, in

4      this deposition, it's appropriate for you to ask

5      that question.  I mean, your client -- your

6      client --

7            Look, I object.  I'm not sure where you're

8      going --

9            MS. JENNINGS:  Put it this way.  Why don't

10     we do it this way.  I may come back to 1, but I

11     think what -- why don't we just start with 2,

12     which is a topic you are here to discuss.

13           MR. MERVIS:  Well --

14           MS. JENNINGS:  Let me get my question out.

15     You may have the same objection; you may not.

16     I'll certainly have a different answer to your

17     objection with regard to 2.

18           MR. MERVIS:  Fair enough.

19   BY MS. JENNINGS:

20   Q   Why don't you take a look at Topic 2 and read

21       that.

22   A   Okay.  I've read it.

23   Q   Okay.  And will you be providing any testimony

24       in your declaration regarding the topic listed

25       here under -- with the number 2?

Page 249

1          MS. DeCAMP:  "Yes" or "No."

2          MR. MERVIS:  So I object -- yeah.

3          And also, let me --

4          I object to the form.  And the

5     difficulty -- this topic in my mind is

6     unintelligible or close to it; so it's a

7     pretty --

8          MS. JENNINGS:  Let's not have speaking

9     objections.  You're getting into a speaking

10    objection, and I want to cut that short --

11         MR. MERVIS:  Yeah, let's not --

12         MS. JENNINGS:  -- because it guides the

13    witness.

14         If you have an objection, then let's talk

15    about it but regarding -- you know, what you're

16    saying right now is inappropriate.

17         MR. MERVIS:  I have an objection which is

18    that this question goes beyond the scope of

19    these topics that the witness was noticed for.

20         MS. JENNINGS:  I'm talking about a topic

21    that he was noticed for.

22         MR. MERVIS:  That doesn't make it

23    appropriate.  That doesn't make it appropriate

24    asking him what his trial testimony --

25         MS. JENNINGS:  Why don't you guys decide

Page 250

1          whether you're going to direct him not to

2          answer, but I'm going to stand by my question.

3               It's directly related to the topics that

4          he's here for and whether -- if he's testifying

5          about something relating to the topic, then I

6          want to know what that testimony is going to be

7          because it should be disclosed in connection

8          with this topic that's listed here that he is

9          prepared and designated to testify about.

10     BY MS. JENNINGS:

11     Q   So I'll ask again:  The subject of your

12         declaration, does it concern at all testimony

13         relating to Topic Number 2?

14              MS. DeCAMP:  I object to the question as

15         outside the scope of the deposition topics, but,

16         Adam, you can answer that "Yes" or "No."

17              MR. MERVIS:  Yeah, this -- I object to the

18         form.

19     A   Can you read the question.

20     BY MS. JENNINGS:

21     Q   Yes.

22              Why don't you read Number 2.

23              Does your declaration that --

24              Have you already started to prepare your

25         declaration?

Page 251

1   A    I have, yes.

2   Q    And the testimony contained in your declaration,

3        does any of it relate to Topic Number 2?

4             MR. MERVIS:  I object.  The way that's

5        phrased, I would ask that the witness not answer

6        that question.

7             I was okay with the way you did it before,

8        but that's a direct invasion of work product.

9             THE WITNESS:  Antoinette, can I --

10            MS. DeCAMP:  Yes, I didn't --

11            Could you read back the question.

12            MS. JENNINGS:  Let me ask a better

13       question.  I think I know where Mr. Mervis is --

14       I think I see his problem.

15            MR. MERVIS:  Yeah, you probably do.

16  BY MS. JENNINGS:

17  Q    Are you going to provide testimony in the plan

18       confirmation hearing, to the best of your

19       knowledge, regarding Topic Number 2?

20            MS. DeCAMP:  "Yes" or "No."

21            MR. MERVIS:  I object to the form, but I

22       have no other concern right now.

23  A    To the best of my knowledge, no.

24  BY MS. JENNINGS:

25  Q    And same question for Topic Number 3.

Page 252

1              MS. JENNINGS:  Are you able to scroll down

2        a little bit so the full 3 is showing?

3              Thank you.

4    BY MS. JENNINGS:

5    Q   Are you going to be providing testimony at the

6        plan confirmation hearing regarding Topic

7        Number 3?

8              MS. DeCAMP:  Same objection.  You can

9        answer "Yes" or "No."

10             MR. MERVIS:  And I object to the form.

11   A   To the best of my knowledge, no.

12   BY MS. JENNINGS:

13   Q   And let's move to Number 4.  Is it your

14       understanding that you will be testifying

15       regarding the topic -- at the plan confirmation

16       hearing regarding the topic listed here on this

17       30(b)(6) subpoena as Topic Number 4?

18             MS. DeCAMP:  Same objection.

19             You can answer "Yes" or "No."

20             MR. MERVIS:  Same objection to form.

21   A   To the best of my knowledge, no.

22   BY MS. JENNINGS:

23   Q   And with regard to Number 5, same question:  Is

24       it your understanding that you'll be providing

25       testimony regarding this topic at the plan

Page 253

1      confirmation hearing?

2           MS. DeCAMP:  Same objection.

3           You can answer "Yes" or "No."

4           MR. MERVIS:  I have the same objection to

5      form.

6  A   To the best of my knowledge, no.

7  BY MS. JENNINGS:

8  Q   And same question with regard to 6.

9           MS. DeCAMP:  And same objection.

10           You can answer "Yes" or "No."

11           MR. MERVIS:  Same objection to form.

12  A   To the best of my knowledge, no.

13           MS. JENNINGS:  Now, let's scroll back up to

14      Number 1.

15  BY MS. JENNINGS:

16  Q   Will you be providing testimony, to the best of

17      your knowledge, at the plan confirmation hearing

18      regarding Topic Number 1?

19           MS. DeCAMP:  Same objection.

20           You can answer "Yes" or "No."

21           MR. MERVIS:  And same objection to form.

22  A   To the best of my knowledge, no.

23           MS. JENNINGS:  I think I probably am done.

24      I just want to look over my notes, and maybe a

25      five-minute break would help.

Page 254

1          MR. MERVIS:  That's fine.  We'll come back

2     at --

3          MS. JENNINGS:  5:00.

4          MR. MERVIS:  -- 5:00?

5          THE VIDEOGRAPHER:  I'll take us off the

6     record at 4:55.

7          (A recess was taken.)

8          THE VIDEOGRAPHER:  Back on the record at

9     5:00 p.m.

10          MR. MERVIS:  I don't know.  Is Taleah

11     actually on the -- maybe not.

12          MR. GARCIA:  She's going to be on in a

13     minute.  Sorry about that.

14          MR. MERVIS:  I have no questions.

15          THE VIDEOGRAPHER:  Ms. Jennings, we are now

16     on the record.  You may proceed.

17     BY MS. JENNINGS:

18     Q   Mr. Chepenik, I have no further questions at

19        this time.

20          MS. JENNINGS:  I, like Mr. Garcia, reserve

21     all rights on behalf of my client, and I think

22     that's enough to say while we're in the presence

23     of you.

24          Arturo, you're on mute.

25          I will want to say something before we

Page 255

1      close the record, but anyone else who needs to

2      ask questions, I guess we can open it up for

3      them.

4           MR. GARCIA:  I also don't have any further

5      questions.

6           So does anybody in the deposition, any

7      other party have any questions of Mr. Chepenik?

8           Okay.  I will take that as a no.

9           So Taleah?

10          MS. JENNINGS:  I just want to state for the

11     record -- and Mr. Chepenik can stay or he can go

12     for this -- that the --

13          MR. MERVIS:  For the record --

14          Hold on.  For the record, he can sign off.

15     You don't need to waste time.

16          MS. JENNINGS:  Who doesn't need to waste

17     time?

18          MR. MERVIS:  Adam.

19          MS. JENNINGS:  Oh, yes.  I don't need Adam.

20     We're closed with regard to Adam.

21          MR. GARCIA:  Mr. Chepenik, thank you very

22     much for your time today.  Good to meet you.

23     And coffee on me next time you're in San Juan.

24          THE WITNESS:  Certainly, Mr. Garcia.  The

25     board's offices are right next to yours, I

Page 256

1      believe.

2           MR. GARCIA:  I know.  I know they are.  And

3      we will not discuss anything with regard to your

4      testimony or the PROMESA case.

5           Thank you.

6           THE WITNESS:  Bye-bye.

7           MS. JENNINGS:  I do want to stay on the

8      record for a minute.

9           MR. MERVIS:  Yeah, yeah.  I didn't think

10     Adam needed to be --

11          MS. JENNINGS:  I just want to state for the

12     record, you know, it's clear that

13     Mr. Chepenik -- Chepenik, excuse me -- did not

14     prepare to testify in the way that the parties

15     have agreed that he would be here to testify.

16     He did not try to determine anything within the

17     FOMB's knowledge.

18          As you know, we served an initial 30(b)(6)

19     on the FOMB.  We were told that a representative

20     from EY was best situated to testify on those

21     topics and that you would be -- FOMB would sort

22     of coordinate an EY representative testifying in

23     response to our 30(b)(6) subpoena to the FOMB.

24          And I think --

25          I can actually quote, during one of our

Page 257

1    meet-and-confers on this issue, when we said we

2    would be going to court, it was, you know, a

3    Proskauer representative said, "It's just a

4    piece of paper.  You are getting the 30(b)(6)

5    that you want from the FOMB.  It's just a piece

6    of paper.  Someone from EY will be here to

7    testify, but they need a subpoena because of

8    their internal protocols and processes and

9    procedures."

10        So I am disappointed in what happened today

11   and what Mr. Chepenik was not prepared to do

12   today, and I think absent -- you know, because

13   of the schedule right now, how tight it is, we

14   think we need to go to court very quickly on

15   this.

16        I want to open up the floor for a

17   meet-and-confer so that if there's, you know,

18   something you guys want to do to fix the

19   situation, you can.

20        But right now, we feel like we were misled

21   to walk away from the FOMB 30(b)(6), and we are

22   not too happy about it.

23        MS. DeCAMP:  Wait.  Could I just --

24        Ms. Jennings, can I make one comment, and

25   then I'll sign off because this is really more

Page 258

1      of a discussion between Proskauer and the DRA

2      parties.

3           It is Ernst & Young's position that the

4      witness was adequately prepared to testify to

5      the topics as they relate to the work that

6      Ernst & Young did for the board which is what --

7      how I read the stipulation.

8           You guys can have your discussions.  Either

9      way, Ernst & Young is taking the position that

10     we fulfilled our obligation in producing a

11     witness for purposes of this -- for purposes of

12     this deposition.

13          I note it is 5:05, and we've been going

14     since 9:30 this morning with a couple of breaks,

15     including an hour break for lunch; so I believe

16     six -- more than six hours of testimony kind of

17     evidences that the witness was prepared to

18     testify regarding the topics.

19          There were five topics, six hours of

20     testimony.  We believe EY was -- the witness was

21     adequately prepared.

22          I think any other discussions, I don't need

23     to be part of, because that really is between

24     the parties.

25          Ernst & Young is not a party in this

Page 259

1    matter; so unless anyone has any objection, I

2    also will sign off and leave the rest of any

3    meet-and-confer discussions to you guys.

4        MR. GARCIA:  Ms. DeCamp, before you leave,

5    I would like the videographer to let us know how

6    much time has elapsed.

7        THE VIDEOGRAPHER:  We've been on the record

8    for 5 hours and 22 minutes and counting.

9        MR. GARCIA:  Okay.  All right.  That was my

10   guesstimate.  So 5 hours, 24 minutes.

11       Taleah, go ahead.

12       I don't have anything else for you,

13   Ms. DeCamp.  I wanted for you to understand how

14   much time is spent.

15       MS. DeCAMP:  Thank you, Mr. Garcia.  I

16   appreciate it.

17       MR. GARCIA:  Thank you very much, by the

18   way.

19       MS. DeCAMP:  Sure.  Bye.

20       MR. MERVIS:  So my colleague, partner,

21   Margaret Dale, is on the video.  I have my own

22   thoughts about what you said, Taleah, but I'll

23   let Margaret -- I'm sure she'll express them

24   more eloquently and perhaps with mixed emotion;

25   so I will turn the floor over to her.

Page 260

1        MS. DALE:  Thanks, Mike.  This is Margaret

2    Dale.

3        Taleah or Ms. Jennings, however we're doing

4    this, we disagree with your position.  You were

5    not misled.

6        We told you from the get-go that someone at

7    EY would be in the best position to answer these

8    topics on behalf of the board, and we said we

9    would adopt that testimony in its entirety.

10   That's what we've done.

11       And so I don't have time --

12       I'm already past my 5:00 that I stayed on

13   for this because I figured you were about to

14   make some statement on the record; so I'm happy

15   to have another meet-and-confer if you want

16   to -- tomorrow.  Can't do it tonight -- if that

17   makes sense.  If not, you can make whatever

18   application you want to the Court, and we will

19   address it.

20       I believe in the stipulation that you

21   signed, you indicated that you would not be

22   making any further efforts to change any kind

23   of -- the schedule, and so I'm not sure exactly

24   what you're looking for.

25       But as I said, happy to talk -- later,

Page 261

1        tomorrow -- if that makes sense; and if it
2        doesn't make sense, we'll just respond to your
3        request to the Court.
4            MS. JENNINGS:  Yes.  I mean, you have other
5        colleagues if you have to jump -- I understand.
6        We're all busy -- if there's one of your other
7        colleagues who wants to continue discussing; if
8        not, then I think we are -- really, there's
9        nothing more to discuss, if you're not going to
10       produce an appropriate 30(b)(6) witness in
11       response to our 30(b)(6) notice to the FOMB, who
12       actually has knowledge and educates themselves
13       on the FOMB's knowledge, then I think really the
14       only thing left for us to do is go to court on
15       it.
16           MS. DALE:  Okay.  You take whatever steps
17       you need to.  Thanks a lot.
18           MS. JENNINGS:  Thank you.
19           MR. GARCIA:  Thank you, all.
20           MR. MERVIS:  So we're off the record now?
21           MR. GARCIA:  Michael, for the record, I
22       fully agree with Taleah.  I think that the
23       witness -- contrary to what Margaret is saying,
24       I don't think the witness -- especially the last
25       round of questions, I don't believe the witness

Page 262

1      was properly prepared to be a 30(b)(6) witness.

2           And I don't believe that you have complied

3      with the provisions of the stipulation as so

4      ordered by the Court.

5           But, you know, we'll discuss that further,

6      and if need be, we'll come back to you and go to

7      court if we have to.

8           MS. DALE:  Okay.

9           MR. MERVIS:  Bye, everyone.

10          THE VIDEOGRAPHER:  I'll officially take us

11     off the record at 5:09.  Thank you.

12          (Time noted:  5:09 p.m.)

13          AND FURTHER THE DEPONENT SAITH NOT.

14

15                    _____

16                         ADAM CHEPENIK

17

18

19

20

21

22

23

24

25

Page 263

1    STATE OF INDIANA              )

                                   )  SS:

2    COUNTY OF HANCOCK             )

3         I, Tara Gandel Hudson, RPR, CRR, a Notary

4    Public in and for the County of Hancock, State of

5    Indiana at large, do hereby certify that the

6    deponent, ADAM CHEPENIK, was by me remotely sworn

7    to tell the truth, the whole truth, and nothing but

8    the truth in the aforementioned matter;

9         That the foregoing deposition was taken on

10   behalf of the AmeriNational Community

11   Services, LLC, as servicer for the GDB Debt

12   Recovery Authority, with the witness located in

13   Washington, D.C., on the 20th day of October, 2021,

14   scheduled to commence at 9:30 a.m. AST, pursuant to

15   the Federal Rules of Civil Procedure;

16        That said deposition was taken down

17   stenographically and transcribed to English under

18   my direction, and that the transcript is a true

19   record of the testimony received remotely of said

20   deponent; and that the signature of said deponent

21   to his deposition was requested;

22        That the parties were represented by their

23   counsel as aforementioned.

24        I do further certify that I am a disinterested

25   person in this cause of action; that I am not a

Page 264

1    relative or attorney of either party, or otherwise

2    interested in the event of this action, and am not

3    in the employ of the attorneys for either party.

4         IN WITNESS WHEREOF, I have hereunto set my

5    hand and affixed my notarial seal this 23rd day of

6    October, 2021.

7

8              Tara Gandel Hudson

9

              *Tara Gandel Hudson*

10        Notary Public, State of Indiana

          Commission No. 682534

11    My Commission Expires March 27, 2024

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 265

1                              Veritext Legal Solutions
                                 1100 Superior Ave
2                                    Suite 1820
                              Cleveland, Ohio 44114
3                              Phone: 216-523-1313
4       October 25, 2021
5       To: Antoinette DeCamp
6       Case Name: In Re: Insolvency Proceedings For The Commonwealth Of
        Puerto Rico v.
7
        Veritext Reference Number: 4852926
8
        Witness:  Adam W. Chepenik         Deposition Date:  10/20/2021
9
        Dear Sir/Madam:
10
        The deposition transcript taken in the above-referenced
11
        matter, with the reading and signing having not been
12
        expressly waived, has been completed and is available
13
        for review and signature.  Please call our office to
14
        make arrangements for a convenient location to
15
        accomplish this or if you prefer a certified transcript
16
        can be purchased.
17
        If the errata is not returned within thirty days of your
18
        receipt of this letter, the reading and signing will be
19
        deemed waived.
20
21      Sincerely,
22
23      Production Department
24
25      NO NOTARY REQUIRED IN CA

Page 266

```
1                    DEPOSITION REVIEW
                   CERTIFICATION OF WITNESS
2
         ASSIGNMENT REFERENCE NO: 4852926
3        CASE NAME: In Re: Insolvency Proceedings For The Commonwealth
   Of Puerto Rico v.
         DATE OF DEPOSITION: 10/20/2021
4        WITNESS' NAME: Adam W. Chepenik
5        In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7        I have made no changes to the testimony
   as transcribed by the court reporter.
8

   _____        _____
9  Date                         Adam W. Chepenik
10       Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
         They have read the transcript;
13       They signed the foregoing Sworn
             Statement; and
14       Their execution of this Statement is of
             their free act and deed.
15
         I have affixed my name and official seal
16
   this _____ day of_____, 20_____.
17
                   _____
18                 Notary Public
19                 _____
                   Commission Expiration Date
20
21
22
23
24
25
```

```
                                                        Page 267

 1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS

 2

          ASSIGNMENT REFERENCE NO: 4852926
 3        CASE NAME: In Re: Insolvency Proceedings For The Commonwealth
     Of Puerto Rico v.
          DATE OF DEPOSITION: 10/20/2021
 4        WITNESS' NAME: Adam W. Chepenik
 5        In accordance with the Rules of Civil
     Procedure, I have read the entire transcript of
 6   my testimony or it has been read to me.
 7        I have listed my changes on the attached
     Errata Sheet, listing page and line numbers as
 8   well as the reason(s) for the change(s).
 9        I request that these changes be entered
     as part of the record of my testimony.
10

          I have executed the Errata Sheet, as well
11   as this Certificate, and request and authorize
     that both be appended to the transcript of my
12   testimony and be incorporated therein.
13   _____      _____
     Date                  Adam W. Chepenik
14

          Sworn to and subscribed before me, a
15   Notary Public in and for the State and County,
     the referenced witness did personally appear
16   and acknowledge that:
17        They have read the transcript;
          They have listed all of their corrections
18             in the appended Errata Sheet;
          They signed the foregoing Sworn
19             Statement; and
          Their execution of this Statement is of
20             their free act and deed.
21        I have affixed my name and official seal
22   this _____ day of_____, 20____.
23        _____
          Notary Public
24

          _____
25        Commission Expiration Date
```

Page 268

ERRATA SHEET

VERITEXT LEGAL SOLUTIONS MIDWEST

ASSIGNMENT NO: 10/20/2021

PAGE/LINE(S) /          CHANGE          /REASON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____          _____

Date                      Adam W. Chepenik

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

DAY OF _____, 20_____ .

          _____

          Notary Public


          _____

          Commission Expiration Date

**[& - 2400]**                                                                Page 1

### &

**&**   1:17,20 2:4,9
3:13 4:11,14,18
5:6,11,17,20 6:5
6:19 7:6 8:19 9:20
10:9 11:22 21:23
22:13 23:1 24:12
24:13,20 50:25
71:5,7,16 191:7,10
199:25 258:3,6,9
258:25

### 0

**00918**   4:20 6:13
**00918-1813**   3:15
**02110-2600**   3:10
**06103-3178**   5:12

### 1

**1**   8:12 21:20 22:5
87:16 135:24
136:14 145:14
154:3 183:13
184:5 247:9,10,15
248:1,10 253:14
253:18
**1.67**   174:1,8,24
176:10,15,16
**10**   30:10
**10/20/2021**   265:8
266:3 267:3 268:2
**10001-2163**   3:20
**10019-9601**   6:20
**10022**   2:10
**10036**   2:19 6:6
**10153-0119**   4:12
**10281**   5:7
**107**   8:19
**10:29**   49:24
**10:40**   50:2
**110**   4:15

**1100**   265:1
**11:20**   79:3
**11:31**   79:6
**11:53**   96:1
**1276**   8:14
**1277**   8:16
**14**   109:17 110:8
112:11
**1400**   4:19
**16**   147:6 148:2
204:12,22 226:12
**1625**   5:17
**17**   1:3 9:5 148:3
204:12,22 226:12
**173**   8:21
**17th**   5:21
**18**   12:1 148:3
149:17 150:21
170:11 226:11
**1820**   265:2
**18532**   12:2
**19**   11:1 148:4
149:18 150:21
174:7,8
**196**   8:5
**1:01**   96:4

### 2

**2**   8:13 22:7,21
50:13 109:15,16
145:22 182:6
248:11,17,20,25
250:13,22 251:3
251:19
**2.1.**   112:17,25
**20**   9:3 148:4
149:18 150:21
158:2 176:20
227:7 266:16
267:22 268:22
**200**   5:6

**20005**   2:6
**20006**   5:18
**2003**   57:10
**2007**   57:11
**201**   109:17 112:12
**2010**   56:20
**2011**   51:20 53:5,6
53:8 56:20
**2013**   8:15,16 16:2
16:14 68:19,20
**2015**   117:13,17
118:10 123:23
**2015-046**   117:18
117:25 118:6,15
118:23
**2016**   145:24
147:16 157:21
158:10 169:13
199:9 200:3,3
201:10,18 202:24
203:20 204:8
205:4,25 209:12
209:14 210:15
212:7 213:10
220:20 225:19
226:8
**2017**   41:21,21 42:6
51:2,6 53:8 64:23
64:24 74:1 199:9
200:3 201:10,18
209:14
**2018**   158:1,1 159:2
161:2 169:14
198:13,20 202:11
207:15 209:24
219:8,20 221:12
221:23 227:10
228:15 229:2
230:11 231:9
232:3 236:1,15
237:9

**2019**   93:24 95:10
158:2 172:1,9
208:16,19,25
220:4 226:15
227:20 229:7
230:25 232:5
239:3
**202**   36:2,16 142:2
175:16
**202.383.5300**   5:18
**202.729.7470**   2:6
**2020**   198:21
203:20 204:8
205:4
**2021**   1:23 8:18 9:3
12:2 102:3 103:4
159:2 263:13
264:6 265:4
**2022**   32:12
**2024**   264:11
**2029**   3:6
**20th**   1:23 263:13
**21**   8:12 148:4
149:18 150:21
158:2
**21162**   264:9
**212.468.8000**   6:20
**212.504.6000**   5:7
**212.530.5000**   3:21
**212.728.5971**   6:7
**212.756.2000**   2:11
**212.969.3000**   2:20
**216-523-1313**
265:3
**22**   148:4 259:8
**23.01**   83:14
**23.02**   83:14
**23rd**   264:5
**24**   259:10
**2400**   3:6

**[25 - 9:30]**

**25**  8:15,16 112:25
265:4
**250**  3:14 6:19
**268**  4:19
**27**  264:11
**270**  6:12
**28**  176:20
**299**  94:6,17 95:9
**2:07**  145:7
**2:19**  145:10
**2:49**  168:20
**2:56**  168:23

**3**

**3**  8:14 79:12
157:15 158:14
177:21 182:24
251:25 252:2,7
**30**  1:19 16:2 42:18
68:16,19 69:2,16
70:1,5,16,20 71:14
71:17,17,19 72:22
73:3 78:11 82:22
89:16 93:4 94:18
99:12 113:20
114:9 115:15,24
116:3,4,13,24
119:16 120:5,13
120:19 121:3,10
121:19,22,24
122:2,5,8,12 123:2
123:9 135:25
136:14 137:10
168:5,7 182:4
183:5,9,19 184:1,4
191:5 209:15
217:13 219:16
221:9 230:7,9
231:7 232:1,10
234:18 235:10
238:11 240:17
241:5,11,20,24

242:10,15 243:13
243:17 244:14,24
245:7,15 246:6,6
246:20 247:4,5
252:17 256:18,23
257:4,21 261:10
261:11 262:1
**30,000**  192:13
**30-2013**  8:14
**3020.06**  87:24
**3020.07**  88:4
**3030.19**  92:3
**3030.20**  92:3
**31**  16:14 68:16,20
69:2,16 70:1,5,17
70:20 71:14,17,22
72:22 73:3 86:9
86:24 87:1,14
88:19 89:16 90:4
93:4 94:18 99:12
113:20 114:10
115:15,24 116:3,4
116:13,24 119:16
120:5,14,19 121:4
121:11,19,21,22
121:24 122:2,3,5
122:12 123:2,9
168:5,7 182:4,20
183:5,19 184:4
230:7 231:1,7
232:1,10
**31-2013**  8:16
**310.557.2900**  3:7
**3283**  1:3 9:5
**347.405.0459**  7:10
**38119**  4:6
**3:19**  189:15
**3:23**  189:18

**4**

**4**  8:16 86:13
160:17 173:20
252:13,17
**40**  42:18
**44.20.7903.1000**
4:16
**44114**  265:2
**45**  99:7
**4852926**  265:7
266:2 267:2
**49**  112:16
**4:15**  230:1
**4:23**  230:4
**4:55**  254:6

**5**

**5**  8:17 96:17,22
117:11 169:6
252:23 259:8,10
**5.1**  101:5
**50**  8:13
**500**  4:5
**51**  112:16
**55**  3:20
**55th**  6:19
**5:00**  254:3,4,9
260:12
**5:05**  258:13
**5:09**  262:11,12

**6**

**6**  1:19 8:19 22:8
22:21 68:15 70:1
75:22,24 76:1,2,5
76:17,25 77:3
78:3 79:17 80:2
80:10,15 81:1,19
107:8,14 179:20
191:5 209:15
219:16 221:9
230:9 234:18

235:10 238:11
240:17 241:5,11
241:20,24 242:10
242:15 243:13,17
244:14,24 245:7
246:6,6,20 247:4,5
252:17 253:8
256:18,23 257:4
257:21 261:10,11
262:1
**6075**  4:5
**610**  5:21
**617.526.9600**  3:11
**682534**  264:10

**7**

**7**  6:6,13 8:21
160:6 173:7,12
**767**  4:11
**787.657.9000**  4:20
**787.756.9000**  7:10
**787.759.9292**  6:14
**79**  8:14

**8**

**8**  13:12 160:6
**800**  2:5 3:14
**86**  8:16
**860.240.2700**  5:13
**878.764.8181**  3:15

**9**

**9**  8:4 184:6
**90067-3010**  3:7
**901**  2:5
**901.680.7200**  4:6
**919**  2:10
**92660**  5:22
**949.823.6900**  5:22
**96**  8:17
**9:30**  1:23 9:1,4
258:14 263:14

**[9:44 - alejandro]**

**9:44** 20:20
**9:50** 20:23

**a**

**a.m.** 1:23 9:1,4
263:14
**ability** 22:12
**able** 11:18 14:1
39:2 109:19 170:3
195:25 210:25
214:22 252:1
**absent** 102:11
257:12
**absolute** 101:11
**absolutely** 11:13
118:13 141:18
**access** 11:15
**accomplish** 265:15
**account** 20:12
46:13,17,18,24,25
47:8 73:2,7,11
74:12 75:16 93:11
93:13 94:19 95:6
95:11 158:9
**accountants** 47:6
**accounts** 46:23
72:22 73:6
**accrual** 144:8,16
146:19,24 147:9
147:11,16 148:9
148:12,21 150:18
151:17 153:4
215:7
**accrued** 149:7,14
**accruing** 153:2
**accurate** 19:9
43:11 45:18 66:5
233:23
**accurately** 19:2
**acknowledge**
266:11 267:16

**acknowledgment**
12:3
**acronym** 212:25
**act** 8:15,16 16:2
16:14 55:20 68:20
70:16 71:17,19,22
82:22 83:12,14
84:7 86:9,24 87:1
87:14 88:19 89:16
90:4 113:12,20
114:9,10 115:24
116:13 120:13,19
121:10,21 122:3,5
122:8 123:2,9
168:7 182:20
183:8,9,19 184:1,4
184:6 231:1,7
266:14 267:20
**acting** 187:4
**action** 8:12 9:23
263:25 264:2
**acts** 68:16,19 69:2
69:16 70:1,5,20
71:14,17 72:22
73:3 93:4 94:18
99:12 115:15
116:3,4,24 117:1
119:16 120:5
121:3,19,22,24
122:2,12 168:5
182:4 230:7 232:1
232:10
**actual** 55:24
129:17 137:20
**actuarial** 148:25
**ad** 6:17
**adam** 1:15,19 4:4
7:5 8:13,21 9:8,17
11:23 12:9 189:1
193:21 195:6
238:5 250:16

255:18,19,20
256:10 262:16
263:6 265:8 266:4
266:9 267:4,13
268:20
**adam.langley** 4:7
**add** 118:9
**addition** 17:2
25:22 42:21 72:5
**additional** 43:4
71:19,23 72:9
87:9 214:22
220:13
**address** 260:19
**adequately** 258:4
258:21
**adjustment** 64:9
66:23
**administration**
60:15,16
**adopt** 260:9
**adopted** 11:25
**adsuar** 4:18
**advice** 195:9
**adviser** 41:17 43:5
43:6 51:23 57:13
57:20 58:19 108:2
111:1 226:24
**advisory** 5:15 6:3
7:3
**affect** 18:9
**affiliate** 185:19
**affixed** 264:5
266:15 267:21
**afield** 62:13
**aforementioned**
263:8,23
**afternoon** 96:6
184:11 189:21
196:18

**agencies** 143:2
**agency** 5:15 6:3
7:3 132:12 142:16
143:11
**aggregate** 100:1,5
100:16,17,20
**ago** 13:7 15:15
17:16 176:7,21,22
245:15
**agree** 189:14
191:4,11,19,23,24
192:15 203:7,12
206:17 210:19
222:24 223:4
225:3 233:1,16
237:25 239:24
261:22
**agreed** 91:24
186:22 223:8
225:7 238:3 240:3
256:15
**agreement** 13:19
185:24 186:22
187:1 216:14
223:1
**agreements** 11:23
**ahead** 80:23 147:2
227:8 259:11
**ahlberg** 43:7,8
44:3 45:5,17 46:9
48:5 49:12,13
74:7,11 75:14
89:12
**ajc** 6:15
**ajg** 6:14
**akissner** 6:21
**alejandro** 6:11
10:4 11:10 21:15
50:12 78:10 113:1
247:7

**allocable** 43:18
44:6,8,14,19 45:15
48:12 74:17,19
75:4,5 166:24
167:4,12,15 168:8
174:14 176:2,12
225:23,24
**allocate** 142:6
**allocated** 71:20,21
72:4,13 74:22
83:2 94:3,7,10
101:1 167:22
**allocates** 150:5
**allocation** 71:24
72:4 93:22 118:20
124:7 130:19
150:21,24 151:23
152:2,25 180:21
**allocations** 132:12
132:14,16 140:8
140:10 175:6
**allow** 10:21 14:12
18:22 19:1
**allowing** 210:19
**alonzo** 2:17 25:17
81:25
**ambac** 3:17
**amerinational**
1:21 6:9 9:21 10:1
263:10
**amgprlaw.com**
4:21
**amiller** 3:22
**amount** 34:10
83:13 87:25
100:25 131:7
143:3,11 171:1
229:6
**amounts** 33:24
91:25 92:2 161:4
169:10,16 176:14

216:21 218:2,8
221:10,20 222:13
223:19 225:15,16
226:5 228:13,25
229:15
**analysis** 64:15
67:1 74:3 173:25
233:8 243:23
**analyst** 57:4 60:17
**andrew** 6:18
**angeles** 3:7
**annual** 35:24
174:11
**answer** 15:2 16:9
16:10,12,17,24
18:17,19,23,24
19:14,16,17 22:11
22:24 26:12 28:3
28:7,13 32:3
33:21 35:13 36:23
38:25 40:15 42:13
45:9 46:21 47:10
47:22,23 48:9,23
49:1 56:2 58:17
59:8,19,23 61:13
62:20,25 63:22
65:8 66:5,17,22
70:8,10 71:11,13
73:23 74:15 75:9
75:19 76:22 77:6
78:8 84:4,5 85:24
86:7 87:7 88:22
88:25 89:19 90:3
90:14,24 91:14
92:16 93:8,17
94:21 98:17,18
99:14,16,24
100:23 101:9
103:11,15 104:16
105:2,7,10,17
106:5,13 107:1

109:6 110:2
111:20 114:7,13
114:20 116:15,17
117:5 118:21,25
119:12 120:8
121:7,13 122:15
123:12 124:15
125:7 126:2 127:8
128:19 134:17
136:6,21 141:5,24
143:16 144:6,12
146:6 147:1,20,21
147:22 151:9
152:5,15 155:22
156:2,3 162:14,16
163:14 164:3,7
165:7,8,9 166:9,22
171:23 177:2,3
178:9,19 181:13
183:22 184:23
185:7,18 186:8,13
186:15,17,20
187:8,10,14,25
191:12 192:5,7,10
192:17,19,24
193:14,15,22
194:19,23 195:2,8
199:4,12,18,20
200:1,9,10,19
201:12,22 202:13
202:22 203:9,22
204:10 205:11,12
205:17 206:9,12
206:19 207:8
208:3,12 210:12
210:17,19,21,22
211:2 212:3,8,12
213:12 216:17,25
218:11 219:23
220:23 221:15
222:21 223:6

224:3,13,14,21,24
225:1,4,6 228:18
230:13 231:19
234:20 235:1,6
237:21 238:2,18
238:20 239:19,25
240:2,20 241:7
245:9,10 248:16
250:2,16 251:5
252:9,19 253:3,10
253:20 260:7
**answered** 16:5,16
16:23 37:10 48:7
48:17 80:19 81:15
97:23 111:2 151:6
185:13 201:3
208:15
**answering** 13:25
14:7 195:4 206:15
211:20 237:24
239:23
**answers** 129:8
207:3 214:23
223:4
**antoinette** 7:6
16:7 25:8 80:21
84:4 184:22
187:14 189:24
199:19 224:13
251:9 265:5
**antonio** 10:4
**anybody** 25:24
34:18 75:25 76:7
80:8 92:20,23,25
111:14 153:16
154:9 155:3,12,18
156:5,23 157:2
158:12 161:8,15
169:22 170:3
190:23 191:9
211:4 242:13

255:6
anytime 245:15
anyway 96:11
165:10 196:8
apologize 17:19
24:3 53:8 68:21
78:20 86:11
111:21 112:21
122:16 128:20
129:3 139:8
140:14 152:16
159:14 205:9
217:18 228:19
appear 266:11
267:15
appearance 12:6
appearances 2:1
3:1 4:1 5:1 6:1 7:1
appearing 2:1 3:2
4:2 5:2 6:2 7:2
9:25 22:8
appears 86:23
appended 267:11
267:18
applicability 15:8
application 260:18
applied 101:14
174:4
appreciate 27:6
66:10 165:9 166:9
259:16
approach 143:19
233:23
appropriate 70:6
95:16 248:4
249:23,23 261:10
appropriated
174:10 175:8,11
178:11
appropriates
180:3,4,5,11

appropriating
102:6 178:1,6,16
178:20,22
appropriation
179:15,22 180:18
180:20,24 181:1,2
181:3,3,7,8,17
appropriations
117:13 157:21
159:1 160:24
174:6 175:7 180:2
180:10,21 207:14
209:4,11,23
210:14 212:6
213:9 219:7,20
approval 137:10
approved 8:15,16
11:25 135:8,10
136:3,17,23
142:20,24 152:11
approximately
42:16 52:25
april 41:21 51:2,6
53:6 176:20
area 61:10 67:7
228:9 235:15,21
areas 104:2
214:12
argumentative
65:19 129:16,20
129:21 176:25
arrangements
265:14
arrive 174:1
article 160:5
arturo 6:10 8:4
9:14,24 13:16
14:9,14 49:22
59:22 78:17 79:25
81:9 108:7 112:22
144:11 195:20

196:14 254:24
aside 28:10 30:2
111:14 149:4
243:15
asked 16:4,15,22
36:23,25 38:10
48:6,17 59:16
69:1 76:3 80:19
81:9 111:2 115:21
139:2 151:5
167:19,21 175:9
177:21 206:14
214:12,21 215:4
228:22
asking 16:6 17:19
18:15 27:1,12,14
31:14 35:23 37:9
45:22 52:4,5
59:22,24 63:7,9,18
66:6 67:22 69:14
69:15,17 70:4,22
73:8 79:21 83:23
87:2 90:7 91:4,5
103:2,5,10 106:8,9
111:5,21 114:22
114:24 128:22
129:4,5 136:11,15
143:25 144:1,19
146:18 163:20
167:11 187:23
188:6 191:6
194:18 196:5
218:24,25 220:15
228:19 235:16
247:3 249:24
aspect 129:21
aspects 11:14
asserted 193:20
assessed 47:17
assigned 123:15

assignment 266:2
267:2 268:2
assist 132:17
133:1 170:4
assistance 55:1,1
55:17 56:5
associate 7:7
associated 15:8
137:24
assurance 3:17
assured 5:3,3
ast 1:23 263:14
atara 3:19
attached 267:7
attaches 194:8
attachment 22:1
attempt 222:8
224:6
attendance 214:10
attended 60:12,18
236:20
attending 78:19
attorney 11:18
69:21 194:6 203:6
213:20 224:25
264:1
attorneys 10:7
25:24 81:21 162:1
193:7 202:8 210:9
211:25 236:20
264:3
authority 1:10,22
2:3 5:15 6:3,9 7:3
8:19 10:3 31:10
71:20,21 72:16
83:17 88:6 89:7
91:25 195:23
263:12
authorize 267:11
authorized 41:25
52:2 53:18 54:4

58:9 60:3
**available** 20:15
65:1 101:1 157:19
157:23 158:25
159:5,9,11,17,18
159:22 160:3,23
207:13 208:14
209:10,22 210:13
212:4,22 213:8
219:6,18 265:12
**ave** 265:1
**avenue** 2:10 3:14
4:5,11,19 6:12
**avoid** 11:4 211:13
**aware** 77:19,21
78:8 93:21,23
94:22,25 112:2
114:21 115:7,11
141:9 143:12,17
155:23 156:3
170:13 171:24
172:7 202:19
210:6 213:13
217:1,7 218:12,14
218:17,23 219:14
219:16,24 220:5
220:11,12,14,17
220:24 221:2,3
223:22,23 225:22
226:5,13,25
227:10,14,19
229:10,11 232:4
232:12,13,17
238:21,24 239:3,4
239:7 240:16,23
241:21 242:18,19
242:25,25 243:11
243:16 244:17,18
244:20 245:19

**b**

**b** 1:19 191:5
209:15 219:16
221:9 230:9
234:18 235:10
238:11 240:17
241:5,11,20,24
242:10,15 243:13
243:17 244:14,24
245:7 246:6,6,20
247:4,5 252:17
256:18,23 257:4
257:21 261:10,11
262:1
**back** 14:21 20:22
24:6 42:6 48:23
50:1 59:18 60:22
68:11 79:5 96:3
104:10 116:19
125:21 128:14
145:9,12 156:9
157:10 166:12
167:13,18 168:11
168:15,22,25
169:1,10,17 170:8
170:13 171:19,20
171:25 172:4,5,7
176:3 181:7
182:21 189:17
196:6 203:2 207:5
219:4,10 221:10
221:21 222:14
223:10,11,19
225:9,17 226:5,19
228:13,25 229:15
230:3 233:21
238:5 240:4,5,6,10
248:10 251:11
253:13 254:1,8
262:6

**backed** 47:12
**background** 37:16
46:2 50:8 59:2
60:10 62:14 63:19
66:11 113:10
**baker** 7:13
**balance** 64:15
66:25 147:4 151:1
**balanced** 126:7,11
143:13,21,22,24
144:3,14,17,21
145:24 146:2,18
146:20 147:5,7,15
148:9,12,22,24
149:22 150:14,18
151:3,8,12,19
152:12,17,23
153:4 156:19
160:6 198:12,20
198:25 199:8,14
200:2,7,13,16
201:10,17 202:10
202:23 203:19
204:7,17 205:3,25
215:6 220:19
**balances** 149:7
**bank** 46:23,24
**banking** 57:4
**bankruptcy** 105:6
159:25
**barak** 25:18,20
81:24
**base** 151:18
**based** 22:20 63:19
70:8 102:3 105:10
105:18,25 108:17
114:12 118:21
123:6 127:12
148:22 150:5
152:1 168:2
177:12 194:24

**baseline** 100:11
101:5,6,10,12
**basically** 192:12
**basis** 14:4 54:9
144:16,16 146:19
146:19,24 147:11
147:11,12,17,17
148:9,13,25,25
150:19 151:18
153:4 160:1
174:11 197:7,8,14
198:1 215:7
**baton** 196:9
**beach** 5:22
**began** 117:19
**beginning** 21:7
124:18 136:8
141:8 149:22
150:15 151:4,19
152:8 154:2
226:11
**begins** 101:17
**behalf** 1:16,20,21
10:1 254:21 260:8
263:10
**belief** 45:18
**believe** 13:3 15:3
30:9,11 41:21
65:2 75:10 80:16
94:15 95:12,15
97:2 109:16
116:11,12,25
121:21,23,25
125:15 135:2,12
145:13 147:3
167:17 168:8,12
170:18 179:11
194:7 200:12
219:24 225:22
227:23 229:4
233:23 244:16,20

256:1 258:15,20
260:20 261:25
262:2
**believed** 43:10
**benefit** 83:16
**berezin** 4:10
**best** 13:6 17:25
22:12,25 25:16
26:2 27:18 28:7
28:18,24 29:6,11
29:21 31:6 34:25
39:3,19,21 40:19
41:8 42:14 46:22
47:7,11,23 48:10
53:4 64:7 71:18
73:5 74:4,16
75:10,20 76:13,23
77:16,20 80:4
81:1 85:19,22,25
86:8,21,23 89:20
92:17,22 93:9
94:8,14,22 95:3
98:11,21 99:1,17
102:19 108:2
109:13,14 110:5
110:24 111:13
114:7,8 117:23
118:4,5 121:3,25
122:3,7 132:15
134:18 136:22
138:19 139:22
140:23 143:8
150:12 157:1,13
158:15,21 160:15
161:11,12,21
170:1,6 176:8
177:11 178:10,21
198:15 199:12,25
201:23 202:17
203:14 205:18
206:5 207:11

210:4 211:17
212:13,18 218:5
218:12,17,20,22
219:1 222:6,10,17
223:14 224:4,8,15
225:12 227:23
228:3 229:11
231:20,24 232:4
236:5,17 237:11
237:18 238:7,21
239:14 240:13
245:4 246:11
251:18,23 252:11
252:21 253:6,12
253:16,22 256:20
260:7
**better** 38:9,14
39:12 55:6 96:9
104:17 146:10
214:19 233:5
251:12
**beyond** 72:10
203:8 210:20
249:18
**big** 96:14
**bill** 179:9,11,14,15
179:21,22 180:1,1
180:2,2,7,8,10,10
180:18,20 181:17
**bill.natbony** 5:8
**billion** 174:1,8,24
176:10,15,16
**bills** 56:4
**bind** 102:10
**bit** 18:12 35:7
67:13 151:10
252:2
**bk** 1:3 9:5
**black** 129:12
**blackstone** 56:12

**blue** 83:9 87:19
**board** 1:6 2:14 3:3
13:22 23:17,19
25:25 27:23 28:4
28:6,10,19,20,23
29:4,17,19,24
36:11,14 37:25
41:15,17 42:2,3
57:18,21,23 59:10
60:6 62:8,8,10,22
63:24 66:20 68:11
77:22 78:11 85:21
98:4 108:16,22
109:8,20 111:25
118:11 130:4
131:22 133:14,25
134:9,12 136:8,11
138:8,22 139:10
139:13 141:7,15
142:3 143:7 144:2
144:25 147:25
148:5 150:9
151:15 154:12,14
154:16,18,24
155:3,18,23,24
157:3 158:18
161:9,19 164:20
175:20 195:21
196:23 197:3,5,6
197:14,19,20,22
199:11 202:22
204:13,17 205:23
206:9 208:17
210:12 212:3
215:24 222:21
224:21 226:24
227:6 237:20
239:19 240:1
243:4,21 244:6
258:6 260:8

**board's** 58:25
59:11 102:4
109:22 193:11
210:18 255:25
**bockius** 5:11
**bond** 7:14 170:24
**borges** 3:13
**boston** 3:10
**bracket** 183:1
**bracketed** 182:7
183:13
**break** 13:14 19:21
19:23,24 20:1,2,4
20:8,13 23:10
38:24 41:18 49:15
78:18,22 95:16
145:3,5 166:7,10
166:16 168:4,17
170:10 187:17
189:22 190:15,23
191:2,17 192:2,8
194:15 217:13
228:6,10 229:22
253:25 258:15
**breakdown**
138:16
**breaks** 184:10
189:24 192:21
193:8,23 194:3
195:14 258:14
**brickley** 23:23
30:1 38:3,6,8,18
39:10
**brickley's** 233:3
**brief** 20:8
**briefly** 23:22
30:12 60:9 233:14
**bring** 96:12
172:21
**broad** 33:22 70:4
70:10 159:12

broaden 40:25
browser 20:11
budget 33:24 34:3
34:11 36:1,13,22
124:12,16,19,21
125:16,18 126:7
126:11,25 127:3
127:12,25 128:2,8
128:10,15 129:13
129:14 130:16
131:5,11,12,16,18
131:24 132:2
133:2,15 134:11
134:23 135:3,5,7
135:12 136:1,7,17
136:22 137:3,8,20
137:23 138:2,3,11
138:13,21 139:4,5
139:6,9,13,15
140:1,6,7,17,18,21
141:1,20 142:8,9
142:13,15,20,24
143:9,9,12,14,17
143:21,23,24
144:2,3,14,17,20
144:21,24 145:24
146:2,18,20 147:5
147:7,15 148:22
150:8,9,17,18
151:1,3 152:3,11
152:24 156:19
159:12 164:20
172:15 175:23
198:12,20,25
199:8,14 200:2
202:11,24 203:20
203:24 204:7,17
205:3,25 215:6
220:19
budgetary 23:1
78:6

budgeted 149:8,9
149:16 151:14,16
152:20 153:3
budgeting 35:21
35:24 41:23 84:12
94:2 132:18 141:8
142:1 149:25
164:14,16 172:12
175:12,14 204:18
234:6
budgets 22:14
23:16 29:23,23
32:25 33:2,19,24
33:25 34:8,9
124:8 128:23,24
129:3,6,25 130:3,6
132:8,9,11 133:10
133:13 148:6,8,23
149:21 150:14,20
151:18 160:7
200:6,13,16
201:10,17 204:15
233:24
buildings 1:10
business 57:10
60:13,14
busy 261:6
butler 4:4
butlersnow.com
4:7
bye 256:6,6
259:19 262:9

c

ca 3:7 5:22 265:25
cadwalader 5:6
calculate 175:9
call 151:2 179:9,11
265:13
called 52:18,20,21
130:17

calls 69:12 109:3
cantor 2:2 10:7,8
capacity 17:6,18
26:19 27:12 51:21
53:24 56:13,24
57:21,22 61:3
71:15 219:15
235:19
capital 51:24 52:8
carve 71:12
case 1:3 9:5 12:21
12:22 17:25 66:24
67:2 76:13 95:13
116:11 134:19
135:22 149:6
161:21 171:15
173:1 184:5
227:15 256:4
265:6 266:3 267:3
cases 12:20,24
147:3
casey 5:5
casey.servais 5:8
cash 64:15,15
66:25 95:5,5
144:16 146:19,24
147:11,12,17
148:9,12,22,25
150:19 151:18
172:18 215:7
category 44:17,21
168:13 181:22
cause 263:25
ccda 174:15 176:3
center 5:21
central 97:3
148:17 150:23
152:6
cents 87:23
century 3:6

cepeda 6:11 10:4
11:10 22:1 83:6
96:11 99:7 145:11
172:21 174:22
certain 25:12
43:14,16 44:12,22
44:23,24,25 74:25
75:11,12 114:9,10
125:8 134:19,20
163:17 183:10
certainly 22:14
24:18 41:22 46:5
60:11 84:11 148:8
148:14 197:23
204:11 248:16
255:24
certainty 101:12
108:14 121:15,16
123:13 148:2
186:13,15
certificate 267:11
certification 78:7
109:14 138:22
139:18 266:1
267:1
certified 23:17
29:23 30:16 32:25
33:3,19 36:2,14
60:16 94:2 97:3
108:15,21 109:19
109:22 112:10,10
112:11 132:8,9,11
133:13 134:12
135:12 136:7
137:23,25 139:9
139:13 142:13,14
143:9 144:1,25
150:8 208:17
265:15
certifies 164:21

**certify** 109:10
148:6 263:5,24
**certifying** 136:11
204:15
**cetera** 53:15
**cfa** 60:16
**cfebus** 2:22
**cfo** 98:14,14
**change** 260:22
267:8 268:3
**changes** 266:7
267:7,9
**chantel** 2:18
**charges** 47:16
**chartered** 60:17
**chase** 56:22 57:6
**chepenik** 1:15,19
7:5 8:13,21 9:8,17
11:23 12:4,9
15:13 21:1,11,18
36:23 49:16 50:23
65:22 68:18 81:14
84:3 86:17 87:19
93:5 95:17 96:7
96:19 101:23
107:11 128:14
150:25 158:22
169:22 176:24
184:10 187:1
189:20 192:19
196:18,21 217:24
230:6 254:18
255:7,11,21
256:13,13 257:11
262:16 263:6
265:8 266:4,9
267:4,13 268:20
**chief** 243:4 244:16
244:16,17
**cigarette** 44:25
48:3,4,13,14,19

49:5,10 71:23
75:11 87:10
114:11 117:14
119:5,17 120:14
120:24 121:19,20
122:25 123:18
125:1 168:5 183:1
**circumstances**
150:13 151:17
**citation** 182:8
**civil** 1:24 8:12
9:23 263:15 266:5
267:5
**claim** 225:4 240:1
**claims** 238:1
**clarification** 67:4
158:4 167:10
209:6 216:4
**clarifications**
215:8,15
**clarify** 26:6 55:6
61:3 65:25 103:5
111:21 159:8
**clarifying** 27:6
33:5 37:19 146:25
236:16
**clarity** 38:11
214:22,25
**classify** 244:3,4
**clause** 88:15
**clauses** 160:4
**claw** 167:13,18
168:11,15 169:10
169:17 170:8,13
171:19,25 172:4,7
176:3 221:10,21
222:14 223:19
225:17 226:5,19
228:13,25 229:15
**clawback** 163:5,7
163:10,21 165:12

165:22 166:3,19
166:19,23 167:4
167:22 174:14
**clear** 36:7 66:8
70:14 129:4 144:7
144:13 146:14
186:2 195:20
223:3 256:12
**clerk** 7:13
**cleveland** 265:2
**client** 61:8,8,9,10
61:15,23 63:18
66:21 108:3
137:17 248:5,6
254:21
**clients** 62:1,6
**close** 249:6 255:1
**closed** 255:20
**closer** 49:21
**coffee** 255:23
**cognizant** 11:2
**collaboration**
133:24
**collateral** 2:2,3
10:8 196:11
**colleague** 11:9
21:15 112:19
172:20 196:10
259:20
**colleagues** 10:3
23:8 24:8,11,12,16
25:4,6 33:11 34:4
34:19,24 37:1
42:22 241:17
261:5,7
**collected** 83:13
87:22 88:1 117:1
117:16 121:1
**collection** 87:10
87:11

**collections** 44:24
44:25 47:13,14,15
71:23,24
**collective** 191:7,9
**college** 57:8
**come** 24:6 114:14
116:4 191:8 234:4
241:1 248:10
254:1 262:6
**comes** 143:6
149:11 216:12
218:23 235:20
244:5
**coming** 47:20 62:7
72:22 86:12 97:22
107:7 127:20
**commence** 1:23
263:14
**commencement**
136:23 137:4
**comment** 244:4,10
257:24
**commingled** 95:6
**commission**
264:10,11 266:19
267:25 268:25
**common** 181:16
**commonly** 82:21
85:9,10 167:17
181:16
**commonwealth**
1:8,9 8:21 13:2
15:6,11 16:20
30:19 39:17,23
40:12 43:21 54:3
97:5,6 102:5,8
103:4 105:13
106:3 117:16,19
121:2 127:2
134:24 145:23
146:2 147:4,13,14

149:19 156:18
157:20,24 158:25
160:21 174:11
175:5 178:1,6
198:12,19 199:8
199:14 200:2
201:17 202:10,23
203:19 204:7
205:3,24 207:13
209:10,22 210:13
212:5 213:6 219:6
219:19 220:19
265:6 266:3 267:3
**commonwealth's**
174:12
**communication**
243:2
**communications**
193:8
**community** 1:22
6:9 9:21 10:1
263:10
**company** 4:3
**compiled** 177:16
**complete** 132:2
**completed** 265:12
**complied** 262:2
**complying** 36:15
**component** 37:21
74:18,21 131:14
131:17 186:2
**components** 31:23
35:1,3,18 36:5,6,8
36:17,19,24 37:2
37:10 137:22,24
138:4,5,13
**concept** 167:13
**concern** 210:16
222:24 224:23
237:23 246:19
247:25 250:12

251:22
**concerning** 241:24
**concierge** 20:15
20:17
**conclusion** 69:13
69:15 102:22
**conclusions** 102:4
**conditional** 167:3
**conditionally**
43:18 44:6,7,14,18
45:14 48:11 74:17
74:19,22 75:5
166:24 167:11,15
167:22 168:8
225:23,23
**conducted** 215:19
**confer** 195:25
196:3 207:4
257:17 259:3
260:15
**confers** 257:1
**confirm** 10:11
44:4 45:5,17 46:8
46:10,11 47:24
**confirmation**
13:11 246:16
247:19 251:18
252:6,15 253:1,17
**confirmed** 227:25
232:18
**confirming** 43:10
**conformance**
175:18
**confuse** 45:23
**confused** 218:20
**congress** 55:1,6,8
55:10,18 56:3,5
**conjunction** 97:13
**connected** 234:2
**connection** 12:19
26:15 31:14 53:19

58:23,24 59:11
65:9 76:9,25 77:8
78:5 85:8,12,16
89:11 98:7,25
105:6,23 120:18
169:21 186:23
196:24 197:11
204:3 205:21
215:18 216:1,4
217:10 229:7
232:22 233:4
234:15 235:20
236:2,22,25
244:14 247:19
250:7
**connectivity**
233:20
**consequence**
216:6
**considered** 46:13
159:16
**consistency**
130:12,15
**consistent** 131:20
140:2,6 141:13,13
143:18 145:1
150:10
**consolidated**
100:1,5
**consolidation**
46:25 47:5
**constitute** 193:11
**constituted** 118:11
148:5
**constitution**
102:12 160:5,13
**constitutional**
6:17
**constructed**
233:25

**construction**
33:25 34:2
**consult** 187:13,20
188:1,15,24 189:1
189:3,10 211:14
**consultant** 62:21
62:21,23 74:1
98:3
**consultation**
187:22
**consulting** 187:10
**contact** 196:22
241:16,17
**contained** 251:2
**contents** 15:22
37:21
**context** 26:7,11
27:16 28:10 31:3
31:5 38:10,15
39:12 72:2,2
81:16 91:7 97:15
97:22 114:4
129:12 152:22
162:20,24 163:2,4
164:10,23 165:13
166:4 184:1 191:5
211:8,9 231:22
233:5 234:17
243:23
**continue** 261:7
**continued** 3:1 4:1
5:1 6:1 7:1
**continuing** 194:15
**contract** 64:19,21
**contracts** 63:23
64:5
**contrary** 261:23
**contributions**
98:12
**control** 138:1

Case:17-03283-LTS Doc#:18838-3 Filed:10/27/21 Entered:10/27/21 11:58:46 Desc: Exhibit Exhibit 2 to Jennings Declaration Page 280 of 316

[convenient - dc]                                                      Page 11

**convenient** 265:14
**conversation**
40:21 41:9 43:4,8
48:11 49:11 74:7
74:10 75:13 184:2
190:24 191:16,18
198:16 211:10
244:1
**conversations**
33:12,13,16 40:2
42:22,23 146:9
190:14 193:10
194:15 208:20
244:3 245:20
**convey** 157:5
**conway** 43:7
**coordinate** 256:22
**corp** 5:3,3
**corporate** 47:13
88:7 89:7
**corporation** 3:17
4:9
**correct** 15:3 18:1
18:4 21:3 22:17
22:18,21 24:8,9
25:12,13 26:10,24
26:25 28:5 30:20
32:13,25 33:1
34:13,14 40:5
43:11 54:15,17
55:21,22 58:4,5
60:24,25 74:8,9,22
76:18,23 78:13
103:7 108:23,24
113:24 115:16,17
115:22,25 118:8
118:13 119:18,19
119:20,21,24,25
120:2 122:13
123:2 124:13
131:12 134:4,5

136:1,4 137:5,6
140:11,18,24
143:8 145:19,20
147:10 150:22,23
151:24,25 152:6,7
155:4,6,10 159:22
161:20 162:2,6
168:11 170:12
173:2,3 174:18
180:8,9,12,15,25
181:25 190:18,21
194:21 196:20
199:9,10,15 200:3
204:8 205:13
207:20 208:10
209:1,14,17,19
213:17,19 217:9
218:4,5 220:4
221:5,6 222:3,4,6
222:9,10 224:1,4,7
224:8,11,22 228:2
228:3 231:17,20
231:23,24 232:23
232:24 233:13
236:3,5,9,18,23
237:11,17 239:6,7
239:10,11,13,20
240:13 247:20
**corrections** 267:17
**correctly** 9:18
205:12
**counsel** 7:7 10:12
19:17 22:5 24:13
25:10,23 32:17
33:10,13 34:5,19
34:24 42:23 146:9
184:12,18,21
185:2,2,6,6,11,19
186:5 187:4,10,13
188:2,9,24 189:11
194:24 195:9

241:2 242:20
263:23
**counting** 259:8
**county** 1:21 263:2
263:4 266:10
267:15
**couple** 75:23
78:14 113:10
258:14
**court** 1:1 11:25
12:1,18 18:18
23:22 48:22 63:24
64:1,3 207:24
223:11 225:8
240:9 257:2,14
260:18 261:3,14
262:4,7 266:7
**courtesy** 11:5
14:12
**cover** 44:22,22
108:19
**covered** 83:15
88:5 89:5,24 90:9
90:20 91:25 93:3
124:17
**covid** 11:1
**create** 100:15
124:12,16 125:16
**created** 100:17,20
100:25
**creating** 100:10
126:25 128:8
**credit** 64:11
**creditor** 64:10,12
64:13 67:6
**criteria** 109:18,23
109:25 110:8,13
112:11
**cross** 8:5 196:16
**crr** 1:20 263:3

**crude** 88:1
**ct** 5:12
**current** 30:15,16
30:18 32:8,11
51:3 97:2 102:10
128:1,10 133:5
**currently** 50:24,25
93:18
**curtin** 5:5
**customary** 95:20
**cut** 45:20 200:25
249:10
**cuts** 138:15
**cwt.com** 5:8,8,9

**d**

**d** 2:17
**d.c.** 1:23 7:7
263:13
**daily** 197:7
**dale** 2:17 25:17
81:23 259:21
260:1,2 261:16
262:8
**date** 135:10,13,16
265:8 266:3,9,19
267:3,13,25
268:20,25
**dated** 12:1 176:19
**dates** 56:18 171:10
**david** 5:11 26:4,13
27:12
**david.lawton** 5:13
**day** 1:23 198:8
241:14 245:18
263:13 264:5
266:16 267:22
268:22
**days** 42:19 245:16
265:17
**dc** 2:6 5:18

**deadline** 217:19
**deal** 152:10
**dealing** 16:20
  217:18
**dear** 265:9
**debate** 188:17,21
**debt** 1:22 2:3 6:9
  10:2 102:14
  148:16,17,19
  149:4 150:15,17
  150:22,24 151:2
  151:23 152:2,10
  152:10 153:1
  169:12,18 170:10
  170:15,16,18,19
  170:21,23,25
  221:12,23 222:15
  223:21 225:19
  226:7,20 228:15
  229:2,17 263:11
**debtors** 1:11 2:15
  3:3
**decamp** 7:6 13:23
  14:2,8 16:4,8,10
  16:15,22 22:22
  25:8,10 27:7
  28:12 32:1 35:5
  35:10,12 37:15,17
  45:7 46:20 47:9
  47:21 48:6,16,21
  49:18,20 56:1
  58:16 59:7 61:12
  62:11,17,24 63:21
  64:25 65:7,17
  69:8,12,25 70:9,14
  70:18,19 71:4,11
  71:12 74:14 75:7
  77:4 80:23 81:3
  83:22 84:5 86:5
  87:2,5 88:20 90:2
  90:12,22 92:15

94:20 95:1 99:13
99:22 100:21
101:8 103:5,11
105:15 106:4,12
106:25 109:3
110:1 111:2,7
116:7,16 117:4
118:24 119:11
120:6 121:12
122:14 124:3,14
127:6 128:17
129:15 132:10
134:16 136:5,20
141:4,21 142:12
143:15 144:5,23
147:18,21,24
151:5,9 152:13
153:7,11 155:15
155:21 160:8
162:12,14 163:12
163:22 164:1,9
165:23 176:25
177:3 179:16
184:14,23 185:4,7
185:13,20 186:16
187:14,18 188:25
189:1,8,10,24
190:1,5,11,16,18
190:21 191:4
192:6,23 193:9,14
193:17 194:16,18
194:21 195:4
199:17,20 200:18
201:21 203:21
204:9 206:11
208:11 212:12
213:11 216:24
218:10 219:22
220:22 221:14
224:2,14 228:17
230:12 231:18

233:2 234:9,21
238:17,20 240:19
241:6 242:1,6,20
245:10 247:21
249:1 250:14
251:10,20 252:8
252:18 253:2,9,19
257:23 259:4,13
259:15,19 265:5
**decamp's** 194:1
**december** 171:11
**decide** 249:25
**declarant** 245:23
**declaration** 8:21
  12:19 13:4,10
  15:5,14,21,22 17:3
  17:15 27:20 76:10
  172:25 173:16
  174:18 175:3
  176:7,19,24 177:8
  178:15 183:11
  184:8 247:18,24
  248:24 250:12,23
  250:25 251:2
**deducting** 92:1
**deed** 266:14
  267:20
**deemed** 10:17
  265:19
**defending** 194:6
**define** 36:16
**defined** 36:20 44:9
  44:13,15,16 130:5
  142:1,16 159:6
  163:8,15 180:23
  230:8
**defines** 35:25
  36:12 142:3
**defining** 36:11
  142:4,5

**definition** 159:6
  159:13
**degrees** 60:19
**department** 51:13
  51:15,19 52:13,18
  53:2,3,13,20,25
  54:5,12 56:9,10,21
  57:25 58:2,8,11
  59:6 60:5 98:12
  265:23
**depends** 143:22
  144:7 181:9,14,15
  189:7
**depo** 70:12 88:21
  96:22
**deponent** 262:13
  263:6,20,20
**deposed** 12:10
  214:18
**deposit** 83:16 88:5
  89:5,25 90:10,20
  92:1
**deposited** 47:1,6,8
  72:23 73:3,8,11,16
  93:4,10,12 95:5,11
**deposition** 1:13,19
  8:11,12 9:5,6,17
  9:23 10:12 11:12
  11:21 15:17 18:13
  18:20 21:20 23:3
  23:6,13 26:1,9,20
  26:24 27:4,13,16
  27:17,21,24 28:9
  28:21 29:2,5,10,18
  30:4 31:3,5,15,17
  32:16,17 33:4
  38:13,20,22,25
  39:5,18,21,24 40:7
  40:10 41:1,24
  42:10,17,25 48:5
  50:13 64:6 68:7

70:6 76:12 79:12
80:6,9,13 81:23
82:13 85:1,3,5
86:13 88:14,16
92:10,12,14,21
96:17 97:18 99:2
107:8,15 111:8
115:21 118:7
145:13,19 146:22
157:6 158:20
162:4 165:14
169:25 173:2,7,13
182:22 183:11
184:9 185:12
186:4,23 187:3,22
188:3,9 190:20
191:2,6,21,22
192:3,22 194:7
195:16 196:24
197:12 204:4
209:20 214:3,6,17
231:23 236:9
241:11,15,20,24
242:10 246:7,8
248:4 250:15
255:6 258:12
263:9,16,21 265:8
265:10 266:1,3
267:1,3
**depositions** 21:8
**deputy** 52:16
54:13,21 244:17
**describe** 178:21
217:3
**described** 113:20
138:6 167:14
174:4 243:19
**description** 54:14
**designated** 22:17
22:19 76:6 122:18
151:15 246:15

250:9
**despite** 19:15
**detail** 15:23 57:17
58:2,19 59:5
143:3,11
**detailed** 130:19
233:7
**detailee** 57:22
58:7,13 60:6
**details** 192:7
208:20
**determine** 78:1
130:15 146:1
156:5,18 157:2,23
158:16 161:14
170:2 203:18
204:6 205:2,24
212:21 219:5,17
220:18 229:6
256:16
**determining**
141:19
**developed** 105:20
**development** 61:8
62:5 78:7 109:9
112:3,6 118:19
137:15,19
**develops** 127:12
**diaz** 6:11 22:1
**diesel** 87:23
117:15 119:5
120:25 121:24
122:25 123:18
125:1 182:12
**difference** 140:15
**different** 10:24
26:14 27:1 47:15
59:17 61:25 66:2
66:3,3 81:3 100:8
107:4,24 113:23
119:17 120:11

128:7 131:3 135:2
138:4,15 143:1,2,4
144:14 164:25
167:8,20 175:7
179:24 206:14
248:16
**differentiate**
125:13 164:24
**differentiation**
124:11 204:12,21
**difficult** 66:1,7
122:21
**difficulties** 11:3
**difficulty** 249:5
**direct** 8:4 9:13
139:23 171:8
196:22 240:21
241:4 250:1 251:8
**directing** 112:19
113:1 194:25
**direction** 263:18
**directly** 234:2
250:3
**director** 29:4,20
52:16 54:13,21
66:19 138:9
155:19 156:24
157:4 158:13,18
161:9,19 169:23
170:5 197:24,25
198:7
**disagree** 191:15
193:25 233:18,22
234:8 235:4,18,21
260:4
**disagreed** 235:16
**disappointed**
257:10
**disburse** 169:17
228:14 229:1,16

**disbursed** 169:10
221:10,21 222:14
225:17 226:6
**disbursement**
164:11
**disbursements**
223:20
**disclose** 54:5 58:9
60:4 192:14
**disclosed** 250:7
**discovery** 193:10
**discuss** 26:17 28:8
29:7 32:14 33:2
34:22 37:14 48:4
48:15 74:11,13
75:14,21 76:8
89:15,21 92:19
192:9 248:12
256:3 261:9 262:5
**discussed** 24:7
27:3,4,15 28:22
29:8 33:18,21
34:3,8,17,25 37:1
39:20 40:11 41:2
45:17 46:3 48:19
49:9 74:6,16
123:7 169:8
182:18 189:23
190:22 191:1
192:8 193:23
208:25 216:3
237:3
**discussing** 93:13
121:11 184:13
236:11 261:7
**discussion** 21:2
54:16 78:12 89:11
116:2 168:3 192:2
196:19 208:13
240:21 241:19
244:22 245:2

Case:17-03283-LTS Doc#:18838-3 Filed:10/27/21 Entered:10/27/21 11:58:46 Desc:
Exhibit Exhibit 2 to Jennings Declaration Page 283 of 316

[discussion - engagements] Page 14

258:1
discussions 25:9
33:11,23 79:19,20
81:16 190:10
192:23 193:4
194:2 195:13
208:18 241:24
242:4 244:21
245:25 246:10
258:8,22 259:3
disinterested
263:24
dispel 210:25
distinct 166:1
distinction 124:10
distinguish 172:15
172:17
district 1:1,1
divert 161:4
216:22 218:2,9
238:13 239:1
diverted 160:21
162:10 165:2
213:7 230:9 231:8
232:2,11 235:25
236:14 237:7
docket 12:2
242:24
docketed 13:20
document 11:11
11:18,20 21:17,22
22:3 30:7 50:8,16
55:12,13 79:14,15
82:4,6,18 83:9
86:16,19,21 87:19
96:14,19,23 97:7
97:10,17 99:8
107:11,16,18
108:15,19 112:20
130:22 138:7,8
140:19,20 143:1

145:16,18 169:4
172:21 173:5,10
173:14 234:14
documentation
133:25
documents 15:16
21:11 23:7,11,12
30:2 32:14,20
42:21 65:1 130:16
131:2 137:17,18
139:3 140:7
233:10
doing 18:7 54:14
58:15 59:4 66:12
103:1 233:7 260:3
doug 78:17
douglas 2:4,8
douglas.koff 2:11
douglas.mintz 2:7
dra 10:3 11:24
30:11 258:1
draft 55:8 56:3
drafted 56:5
drafting 55:2,4,18
55:24 111:15
drafts 55:7
drawn 34:9
124:21 172:14
175:21
drive 5:21
drop 127:3
due 13:12 149:8
231:6 235:24
236:13 237:6
238:16
duties 61:2

e

e 2:9 6:18 8:5
196:17
earlier 13:20
15:15 33:9 36:24

74:6 113:19 116:2
119:15 145:18
171:24 172:11
173:17 182:18
183:25 208:16
215:5 216:15
226:3,14 232:21
east 3:6
ec4a1ay 4:15
economic 55:19
economics 60:20
educates 261:12
education 98:13
educational 60:9
effect 118:23
175:10
effort 161:14
229:14
efforts 59:11
145:25 156:17
157:22 161:3
169:15 203:18
204:5 205:1,23
212:21 216:20
218:1,6,8 219:3,14
219:17,25 220:6,8
220:13,17 221:2,3
221:7 223:18
224:22 228:12,24
229:4,5,6,10,12
238:12,22,25
239:20 260:22
egnyte 11:9,14
ehud 25:18,20
81:24
either 15:7 17:24
72:7 81:8 101:14
102:24 104:7
105:12 129:24
147:7,7,16 148:12
148:21,25 150:18

156:23 157:3
161:8 171:11
183:19 184:10
194:16 195:14
258:8 264:1,3
elaborate 104:18
elapsed 259:6
eleven 2:19
elizabeth 5:20
eloquently 259:24
email 241:18
243:1,11,18
embedded 176:9
emckeen 5:23
emotion 259:24
emphasizing
152:18
employ 264:3
employed 50:24
50:25 51:10 56:11
56:12 133:7 158:3
employee 29:16,16
57:24 58:1,23
60:5
employees 1:9
29:20
enact 138:21
enacted 102:9
engage 188:16,21
196:4
engaged 41:14
42:2 59:10 74:1,2
147:25 148:7
149:18 150:1
199:10 226:11,23
227:5
engagement 67:18
104:6,23
engagements
61:25

[english - ey]                                                                                                    Page 15

english  263:17
enter  79:18
entered  267:9
entertaining  21:9
entire  266:5 267:5
entirely  17:5
  146:17 186:2
entirety  83:15
  260:9
entitled  188:18
  190:25,25
entity  105:5,20
  127:1
envelope  35:25
  36:12,21 124:10
  124:20,21 125:11
  127:13 130:11
  131:20 141:10,14
  142:5 150:4,7,11
  151:14 152:20
  164:17,18 165:4
  172:13 175:18
epo  4:21
equal  126:4,9,21
  151:14,17 152:21
  152:22
equaled  152:20
equity  57:3 61:7
  63:16
eric  4:18
erichsen  4:14
ernst  1:17,20 7:6
  9:20 11:22 21:23
  22:13 23:1 24:12
  24:13,20 50:25
  71:5,7,16 191:7,10
  199:25 258:3,6,9
  258:25
errata  265:17
  267:7,10,18 268:1

especially  96:6
  190:24 261:24
establish  36:22
  57:17 164:18
established  52:17
  87:24 88:3
estimate  174:6
  197:4
et  53:15
evaluate  140:2
  161:3 169:16
  216:21 218:2,8
  223:18 228:13,25
  229:15 238:13
  239:1
evaluating  133:24
  140:5
event  102:11
  206:15 264:2
everybody  10:19
  10:24
evidences  258:17
exact  113:25
exactly  193:13
  260:23
examination  1:19
  8:2,4,5 9:13
  153:18 196:16
examined  9:11
example  128:1
  131:24 149:16
  229:9
exceed  160:2
excel  130:22
excise  16:21 47:19
  47:20 88:1 113:22
  116:5
excuse  45:24
  193:17 231:12
  256:13

executed  267:10
execution  266:14
  267:19
executive  29:3,19
  66:19 117:18,25
  118:2,6,9,14,22
  138:9 155:18
  158:13 161:19
  197:23,24 198:7
executives  67:20
exhibit  8:11,12,13
  8:14,16,17,19,21
  11:11 20:9 21:14
  21:20 50:13 68:22
  68:23 70:2 79:12
  86:13 96:12,17,22
  107:5,8,14 117:11
  145:14 168:25
  169:2 173:7,12
  174:1,9 177:6,7,8
  178:14
exhibits  8:10 11:8
  11:16 115:18
exist  199:11
existed  42:3 72:11
  201:15 227:6
existence  200:20
  201:8 204:14
expected  79:9
expecting  127:2
expeditiously  11:6
expenditures
  126:3 141:12
  150:10 165:1
  172:19
expense  131:13,13
  140:12 152:3,9
expenses  100:2
  101:1 126:9,21
  140:15 148:19
  149:5,10 151:13

151:16 152:12,19
  152:22 159:12
  160:2,2 175:17
experience  104:5
  105:18,25 108:17
  128:15,22,24
  129:6,7,10,13,24
  214:18
expert  23:23 29:25
  38:3,23 69:21
  72:7 233:8
expertise  62:4
expiration  266:19
  267:25 268:25
expires  264:11
explain  46:7 70:19
  116:15 167:2,5
  174:20 175:2
  178:13
explained  138:10
  172:10
explaining  137:22
explanation  82:17
  133:18
exploring  97:22
express  259:23
expressly  265:12
extensive  53:23
  55:15,17
extent  22:12,25
  67:23 71:13
  103:11 109:7
  121:4 122:12,24
  123:8 168:10
  193:7
ey  9:20 10:12
  15:19,25 22:17
  24:16 25:23 33:8
  33:14,16,17 38:17
  39:13 41:14,18,20
  41:23 42:2,23

51:3,9,12 58:21,23
58:24 60:22 61:6
61:24 62:9,15,21
63:12,12,14,20
64:19 65:6,24
67:15 74:2 77:7,8
78:4,5 93:20
95:12 97:24 98:2
98:7,9,17,24
101:10 103:6
104:8 108:12
110:22 111:5,7
118:12 129:1
130:2 132:20,20
132:21,25 133:7
139:25 147:24
148:6 149:18
150:1 154:8 158:3
160:13 185:19
196:21 197:13
199:7,10,12 200:5
209:15 214:21
215:18,19 226:10
226:23 227:5
232:4 241:2,16
242:19 244:23
245:20,22 246:5
246:21 256:20,22
257:6 258:20
260:7
**ey's** 12:2 59:9
63:24 77:9 97:13
203:23 215:20
231:25 234:6,22
**eye** 5:17

**f**

**fact** 90:16 151:1
158:9 187:2 188:8
188:11
**fair** 41:16 110:20
143:2,11 234:16

248:18
**fairly** 13:25 53:23
149:13 150:2
**fairman** 4:10
**fall** 44:18,20 56:20
120:13 168:12
**familiar** 68:19
69:1,4,5,16 97:7
124:6 160:4,10
163:5 164:15
173:25 199:4
215:19
**far** 62:13 219:1
247:13
**fashion** 100:9
**favor** 88:5 89:6
**febus** 2:18
**federal** 1:24 54:6
54:24,24 57:17
263:15
**fee** 75:12 122:8
**feel** 257:20
**fees** 47:15,15
71:19 83:13 114:9
117:16 119:6
120:1,4 121:1
122:6,9 123:1,19
125:2,4 183:15
184:1
**felt** 214:21
**fetter** 4:15
**fgic** 4:3
**fifteenth** 2:5
**fifth** 4:11
**fight** 235:7
**figure** 174:1,8,24
176:10,15,17
**figured** 260:13
**file** 130:18,21
**filed** 12:19 15:14
23:21 176:7

**filing** 217:19
242:22
**finalized** 131:5
**finance** 4:9 52:19
52:22 60:20
**financial** 1:5 2:14
3:3 4:3 5:15 6:3
7:3 60:17 108:21
**find** 112:18 209:18
217:25 235:14,23
239:8
**finding** 113:6
**fine** 42:4 49:22
60:8 71:10 72:8,8
72:12 91:4 110:20
139:11 223:7
237:23 254:1
**finish** 18:22,24
185:22 201:1
205:7 227:25
228:8
**finished** 88:2,2
144:11
**firestein** 3:5 25:18
81:24
**firm** 10:9 61:7
71:16 79:22
**first** 9:9,16 15:10
21:14 35:24 36:9
37:2 38:24 51:17
64:22 71:2 82:9
82:11 84:16,18
97:22 124:17,18
146:6 181:22
202:14 211:3
228:21 243:2
**fiscal** 5:15 6:3 7:3
8:18,19 25:25
30:8,9,13,16,16,18
30:21 31:7,8,16,18
31:22,25 32:4,8,9

32:10,11,12 34:9
34:10 36:2 41:17
43:19,20,21,22
44:10,13,15 62:8
62:10 87:25 97:3
97:25 98:3,5,7,10
98:15,20,25 99:3
99:11 100:13,19
101:14 102:3
103:4 104:2,3,6,17
104:19,20,22
105:3,12 106:3,11
106:23 107:19,22
107:24 108:1,6,13
108:18 109:2,9,10
109:18,23 110:16
110:23 111:15,22
111:23,24 112:3,6
112:8,9 113:14,16
118:15,19 122:11
124:9,22 125:10
127:10 130:13,15
133:14 135:8,18
135:20,21,23,24
136:2,3,8,10,14,18
136:19,24 137:5
140:3,6 143:7,18
144:2 145:1,24
146:3 147:5,6
148:2,3,3 149:24
149:24 150:4
156:19 157:21
159:2,21 160:24
164:17 165:5
166:25 167:7,17
167:25 168:9
169:12 170:11
172:14 174:7,8
175:22 198:12,20
199:9 200:3,17
201:18 202:11,24

203:20 204:7,12
204:13,22 205:4
205:25 207:15
209:4,12,14,24
210:15 212:6
213:10 219:8,20
220:19 221:12,23
225:19 226:8,11
226:12 229:2
230:10 231:9
232:3 236:1,15
237:8

**five**   14:6 41:10,12
49:15 78:18,24
148:4 166:7,16
168:16 229:22
253:25 258:19

**fix**   78:24 257:18

**floor**   5:21 257:16
259:25

**flow**   43:14,16 44:4
45:14,16,18 46:9
74:7

**flowed**   46:14

**fmob**   205:14

**focus**   92:11

**focused**   84:18
88:15 89:9 102:20
243:25

**foerster**   6:19

**follow**   47:4 195:7
195:9

**following**   137:5

**follows**   9:12

**fomb**   10:13 11:24
25:25 32:25 33:3
33:19 57:14 58:3
58:4,7,12,20 59:6
62:16 63:10,20
64:20 65:5,6,23,24
67:8,18 72:19,21

72:25 73:1 74:1
75:25 76:7,15,17
76:25 77:1,11,14
78:2 79:22 81:1
81:10 86:2,3
92:23 104:1 108:5
108:7,11 109:1
111:1,15 112:8
132:17 133:1,9
134:12 146:1
149:20,20 153:16
153:20 154:9,10
155:12,19 156:6
156:17,23 157:3
157:23 158:3,6,10
158:12,17 160:14
161:3,8,15,18
169:16,23 170:3
184:18,21 185:2,6
196:22 200:15,20
201:7,14,19
203:18,25 204:3,6
205:1,2 207:19
208:9 212:21
213:13,17 216:21
217:9 218:7 219:4
219:17 220:6,9,18
222:3,9 223:18,22
224:1,7 228:1,12
228:24 229:14
231:17 235:22
236:7 237:16
238:12,24 239:5,9
239:20 243:12,16
244:12 256:19,21
256:23 257:5,21
261:11

**fomb's**   112:5
198:18 203:17
207:12,16 212:20
213:5 216:20

217:1,25 221:9,20
221:25 223:17
230:6,14,18 231:5
231:13 256:17
261:13

**foot**   192:13

**forecast**   100:25
101:5,6,11,13,13

**forecasted**   100:2,3
100:10 167:7,16

**foregoing**   263:9
266:13 267:18

**forensic**   74:3

**form**   10:15 13:22
14:4,24 17:24
22:9 28:1 30:24
40:13 41:4 42:12
43:24 45:7 46:20
55:5,25 58:16
59:7 60:2 63:21
65:17 73:4,20
74:23 75:17 76:19
77:15 82:20 84:24
86:1,4 88:23
89:17 91:12 93:6
95:1 103:13
104:14,24 109:12
111:17 114:5,18
116:8 121:5
123:10,20 126:17
127:5 128:9 132:4
134:15 139:21
144:22 153:19
162:13 164:9
171:21 178:7
179:10 180:5
181:11 182:19
183:20 184:19
185:3,4 186:6,12
187:5 190:4
197:10 198:14,22

199:16 200:4,11
205:15 206:4
210:3 213:24
214:15 222:16
224:12 225:21
226:9,21 229:19
231:11,12 236:4
236:24 237:10
238:19 240:18
242:1,16 244:19
245:8 246:9 249:4
250:18 251:21
252:10,20 253:5
253:11,21

**formative**   58:3

**formulas**   174:3,5

**forth**   174:13 176:2
176:12

**forward**   79:10
147:25 226:12

**foundation**   35:11

**foundational**   35:8
37:16 62:13 70:17
70:21

**four**   42:6,8 87:23
93:19 133:6
148:24 149:17
150:20 158:2,5

**frame**   28:14 31:19
39:2,25 127:23

**framework**   91:2,5
148:18

**frankly**   42:3 70:23
133:24

**free**   266:14 267:20

**frequent**   197:25

**frequently**   197:4
197:21 244:7

**friedman**   5:16

**front**   21:11 209:8
209:8

fulfilled 258:10
full 12:7 57:9
  214:5 252:2
fully 261:22
fund 128:3,11
  132:1 172:19
  232:6
funding 233:21
funds 43:14,16
  44:4 46:9 72:9,22
  73:3,8,10,18 74:3
  74:8,11 75:15
  95:10 114:21,22
  163:18 164:6
  165:1,13,22 167:4
  167:18,23 168:11
  168:15 169:10,17
  170:8,13,14
  171:19,25 172:4,8
  172:17 221:10,21
  222:14 223:19
  225:17 226:6,16
  226:19 228:13,25
  229:16
further 195:12,17
  196:9 254:18
  255:4 260:22
  262:5,13 263:24
fy2022 8:20
fy2051 8:20

g

g 7:13
gabriel 3:13
gabriel.miranda
  3:16
gain 213:17,18
game 234:16
gandel 1:20 263:3
  264:8
garcia 6:10 8:4
  9:14,25 14:10,12

14:15,18,20 15:1
16:6,11,19 17:1
20:17,24 21:4,10
21:25 22:2,10,23
27:9 28:2,16 31:1
32:2 35:10,14,16
37:15,23 40:14
41:6 42:15 43:25
44:2 45:8 47:3,18
48:1,8,18,22 49:1
49:4,14,18 50:3,12
50:15 55:9 56:7
58:18 59:13,24
60:7 61:17 62:14
62:18,19 63:2
64:2 65:4,10,20,21
67:5,12 69:9,14,18
70:7,13,23 71:10
72:1 73:9,22
74:20 75:2,8,18
76:21 77:5,18
78:10,14,23 79:7
80:2,5,21,24 81:6
81:12,13 82:23,25
83:7,24 84:1,15
85:4 86:6,9,15
87:4,6,12,17 88:24
89:18 90:6,13,23
91:13 92:18 93:7
93:16 94:24 95:7
95:15,21,24 96:5
99:6,9,15,23
100:22 101:16,21
103:8,9,14,23
104:15 105:1,16
106:7,16 107:4,10
108:8,10 109:5,24
110:4 111:4,9,19
112:16,23,25
113:5,8 114:6,19
115:4 116:9,18,23

117:9 119:2,14
120:7 121:6,18
122:20 123:11,22
124:1,4,23 125:6
125:21 126:1,14
126:18 127:7
128:13,18 129:18
129:21,23 132:6
132:13 134:22
136:9 137:1 140:4
141:16,22 142:17
143:20 144:9,18
145:2,11,15
147:19 148:10
151:7,21 152:14
153:9,13,15,22
154:4 155:8,16
156:1,9,14 157:9
157:14 158:5,7
160:9 162:15
163:13,23 164:2
164:12 166:2,8,12
166:15,21 168:16
168:24 169:3
171:22 172:20,23
173:5,9 174:22
175:1 177:1,5
178:8,18 179:13
179:19,23 181:12
182:23 183:21
184:17,20 185:1,5
185:9,15,17 186:7
186:14,18 187:7
187:23 188:8,14
188:16,20,23
189:2,6,9,13,19
190:7,16,19,22
191:15 192:15,18
193:1,16,24
194:22 195:10
196:2,7 215:5

247:6 254:12,20
255:4,21,24 256:2
259:4,9,15,17
261:19,21
garcia's 195:6
gas 87:23 182:12
gasoline 87:22
  117:14 119:5,20
  120:25 121:22
  122:25 123:18
  125:1 168:6
gdb 1:22 2:3 6:9
  10:2 263:11
general 7:7 15:4
  27:17 34:6,23
  42:11 53:7,9,11,21
  53:22 54:1,8 64:4
  66:13,15 67:16,19
  68:12 73:17 76:3
  79:16 87:1 89:22
  90:7 102:14 104:7
  120:20 127:24
  128:3,11 129:5
  132:1 146:16
  169:11,18 181:18
  197:12 198:3
  214:16 221:11,22
  222:15 223:21
  225:18 226:7,20
  228:14 229:1,17
generally 58:5
  61:6 66:24 67:2
  67:23 68:3 69:1,5
  69:16 81:23 84:12
  95:4 104:21
  107:19,21 110:3
  113:18 127:17
  129:1 134:7,18
  180:20 214:16
  215:20 242:25

**generated** 99:11
101:2 113:23
**genuinely** 109:7
**german** 244:5
**getting** 62:12 80:7
249:9 257:4
**give** 18:23 19:14
35:6 38:24 69:14
82:17 108:25
180:17 187:9
211:17 245:16
**given** 12:12
105:11 129:7
173:18 180:11
193:17 194:24
234:23
**giving** 66:4 153:5
**go** 9:15 32:21 48:3
52:12 60:22 78:23
79:15 80:23 91:17
95:23,24,25 96:14
107:4 112:16
129:22 141:19
142:7 145:6 147:2
153:1 157:15
166:10 168:20
170:10,14,16,18
170:23 173:20
177:21 187:12
189:15 207:4
211:14 227:8
229:25 255:11
257:14 259:11
260:6 261:14
262:6
**goes** 120:15 138:2
249:18
**going** 14:2 21:14
22:6 25:9 26:3
38:1 39:14 40:25
50:4,7,8 64:6 67:5

67:9,13 68:6,11
82:14 88:17 96:11
96:14 99:6 101:4
101:25 102:21,24
107:6 110:14,20
113:9,15 133:15
133:21 139:16
141:19 142:18
145:3,11,21 148:1
157:25 159:4
160:16,17 161:23
170:9 172:20
177:6 180:25
187:12,13 188:16
188:21 189:20
190:9,11 192:4,6
194:23 195:7,9
196:4,9 202:4
212:24 213:3
216:8 217:16
219:4 239:21
246:5,19 247:18
247:24 248:8
250:1,2,6 251:17
252:5 254:12
257:2 258:13
261:9
**good** 9:2,16 12:5
18:2 49:14 96:6
112:13 196:18
215:9 229:23
255:22
**gotshal** 4:11,14
**government** 1:9
23:19 30:22 36:1
36:11,13,22 39:17
39:23 40:3,12,17
40:18 46:18 47:2
47:17 53:17,23
54:7,10,25 60:14
97:4,6 99:19

105:21 112:7
114:15 115:10
123:16 127:12
128:16,23,25
129:13,25 130:8
130:20 132:3
133:15 134:2,24
134:24 135:19
136:17,19 137:9
138:16 142:6,8,20
143:13 144:4,20
149:15 150:23
152:6 159:24
164:19 175:19,22
181:19
**government's**
105:22 131:16
136:2 148:17
150:5 159:25
**governor** 117:17
**governs** 118:19
**goyco** 4:18
**graduate** 56:16
60:12
**graduated** 56:16
**great** 39:6 124:24
217:15
**greek** 24:23
**group** 5:10 6:17
52:17 56:12
**growth** 8:17
**guarantee** 4:9
**guaranty** 4:3 5:3,3
**guess** 23:20
161:23,23 206:13
255:2
**guesstimate**
259:10
**guides** 249:12
**gun** 205:8

**guys** 81:6 249:25
257:18 258:8
259:3

## h

**h.b.** 8:14,16
**half** 17:16 52:10
52:10,11 95:21
**hancock** 1:21
263:2,4
**hand** 264:5
**handful** 80:11
**happen** 137:4
**happened** 20:14
208:19 257:10
**happy** 33:21 203:9
225:1 257:22
260:14,25
**hard** 65:13,14
165:6
**hartford** 5:12
**harvard** 57:10
60:12,13
**hato** 6:13
**head** 24:25 65:3
110:17 135:1
152:4
**healthy** 96:7
**hear** 19:13 81:7
94:11
**heard** 166:3
212:25
**hearing** 10:14
12:13 17:2,4,11,14
246:17 247:20
251:18 252:6,16
253:1,17
**heavy** 107:5,6
**held** 9:6 21:2
51:15 56:25 78:12
196:19

**hello** 21:4
**help** 20:16 50:21
57:17 79:23 94:13
110:7 140:14
158:19 161:16
175:9 202:9 210:1
213:22,22 214:19
215:16 222:12
239:13 253:25
**helped** 32:16
129:1 130:2
**helpful** 159:15
237:5
**helping** 50:5 62:4
133:9
**helps** 130:3
**hereunto** 264:4
**hernandez** 23:24
24:1
**high** 192:11
**highlight** 83:5
87:16 101:16
174:22
**highlighted** 83:3,8
83:9 84:3 87:18
91:17,19 92:20
101:22 103:1
117:11 120:22
123:5,7
**highlighting**
102:16
**highway** 31:9
71:20,21 233:21
**highways** 8:19
83:17 88:6 89:6
91:24
**hired** 98:4
**historical** 23:16,18
29:23 30:9,13
32:24 33:2,19

**historically** 72:15
149:12 174:10
175:8 178:12
**hoc** 6:17
**hold** 52:9,23
126:13,13 181:10
200:25 247:12
255:14
**honestly** 245:18
**hope** 10:25 11:1
96:7,8
**hoping** 11:3
146:25
**hotel** 44:23
**hour** 95:21,22
228:5 258:15
**hours** 42:18,18
208:22 258:16,19
259:8,10
**hta** 8:20 31:9,9,12
31:16,18,21,25
32:4,8 40:23,24
41:2,9,11 42:9
71:24 72:4 74:11
74:18,18,21,24
75:6 98:25 99:3
108:6,13 110:23
111:22,24 116:5
117:13 118:15
171:20 172:5
174:14 176:2,12
181:25 231:6
233:22 235:24
236:13 237:7
238:16
**hudson** 1:20 3:20
263:3 264:8
**hydrocarbon** 88:3

**i**

**i.e.** 12:4
**idea** 211:3
**identification**
21:21 50:14 79:13
86:14 96:18 107:9
173:8
**identified** 18:16
25:23 96:22
120:11 170:9
174:5 208:24
235:15 246:20
247:25
**identities** 243:15
**ii** 102:5 177:22
181:23
**iii** 1:2 63:25 64:1,3
64:21 65:11,12
67:22 68:2 102:8
148:18 159:25
**imagine** 108:17
171:8,14 230:24
**immune** 193:10
**impact** 100:14
**implies** 91:16
109:21 165:19
**imply** 105:3
**implying** 17:23
**inappropriate**
249:16
**incapable** 11:13
**include** 26:4 47:19
92:23,25 121:19
121:20,22,24
122:2,5 124:25
125:3,4,18 132:9
132:11,11 138:17
172:3 174:9,13
176:1,11 195:11
**included** 16:3
37:22 121:3

122:12 123:2
125:14 131:4
138:13 152:3
168:8 176:14,16
243:3
**includes** 122:7
138:15 140:21
141:2
**including** 145:25
156:17 157:22
161:2 169:15
174:11 179:20
220:21 231:22
242:19 258:15
**inclusion** 101:18
102:2
**income** 47:14
**incorporated**
100:12 267:12
**incorrect** 151:12
**incremental** 68:16
230:7 231:7 232:1
232:10
**index** 8:2,10
**indiana** 1:21 263:1
263:5 264:10
**indicated** 37:24
80:16 103:25
104:2 136:13
139:5 260:21
**individual** 47:14
210:10 235:2
**inform** 38:14
202:20 206:7
210:10 212:1
237:19 244:9
**information** 58:10
79:23 161:16
202:9,16 205:22
206:2 209:19
210:1 213:21

214:11,13 215:3
215:25 216:2,14
222:12 224:10,16
229:18,20 236:22
237:13,15 239:12
239:15 243:23
**informed** 32:15
107:23,25 128:6
224:20 225:13
239:17 240:14
**informing** 215:25
**inhibit** 18:8
**initial** 256:18
**input** 98:2
**insolvency** 265:6
266:3 267:3
**instance** 18:7
93:21,23 120:15
171:25 172:1,7,16
219:24 225:22
226:14 227:14,19
227:21 232:5,12
232:13,14,16,17
239:3
**instances** 226:19
227:11,17 232:8
232:19 239:5,10
**instruct** 192:4,6
193:13,14,21
**instructed** 19:17
**instructing** 70:7,9
70:15 194:19
**instruction** 194:24
195:7
**instrumentalities**
30:22 102:7,13
114:16 115:10
128:23,25 174:12
**instrumentality**
123:16 128:16
129:14 130:1

**insufficient** 157:20
157:24 159:1,23
207:14 209:3,11
209:23 210:14
212:5 219:7,19
**insurance** 4:3
**insured** 170:19,21
**insurers** 170:24
**intent** 66:9
**interact** 54:8
197:18
**interactions** 53:23
54:5 197:13
**interest** 193:18
**interested** 264:2
**internal** 257:8
**internally** 139:24
246:10
**international** 3:10
**interned** 57:7
**interpret** 81:20
102:25
**interpretation**
70:20 194:1
**invade** 203:6
206:17,25 210:17
224:24
**invasion** 251:8
**involved** 22:13
23:1 55:4,24
67:21,23 68:1,3
98:22 104:3
108:12,13 111:15
112:2 137:7,13
139:22 193:8
230:25 245:25
**involvement** 54:2
67:15,16,17 72:25
97:24 98:6,19,24
108:5,11 109:1,8
110:22,25 111:10

137:14 139:19,25
**issuance** 178:23
178:24,25 179:3
**issue** 44:4 78:25
124:19 188:8,11
188:11 191:25
195:13 209:2,13
210:24 211:11,11
211:12,16 222:22
257:1
**issued** 23:18 36:10
58:22 59:12 77:8
78:5 117:17
118:10 134:8
141:7
**issues** 21:3 67:10
78:13,15 79:8
196:20
**iv** 102:11

**j**

**j** 5:4 6:10,11 8:4
9:14
**jalonzo** 2:21
**january** 171:12
**jaresko** 29:3,9
66:19 138:9
154:21 197:25
198:2,10 202:21
206:8 210:10
212:2 222:20
224:20 237:19
239:18 240:16,22
241:5,10,23 242:9
244:21,23
**jeffrey** 2:16
**jennings** 2:9 8:5
196:14,17 197:15
198:17 199:1,21
200:8,14,22 201:2
201:5 202:1,5
203:11,16 204:1

204:20 205:6,10
205:16 206:6,20
206:23,25 207:9
207:24 208:3,6,21
210:5,23 211:6,18
211:24 212:10,15
213:2,4,15 214:1
214:24 215:9,13
216:19 217:5,14
217:17,20,23
218:13 220:1
221:1,19 222:18
223:1,8,16 224:5
224:18 225:7,14
226:1,17 227:1
228:8,11,23
229:21 230:5,16
231:15,21 233:12
234:13,19 235:3,5
236:6 237:1,14
238:3,10,23 240:3
240:8,15,24 241:9
242:3,8 243:10
245:1,11 246:14
247:3,8,14,23
248:9,14,19 249:8
249:12,20,25
250:10,20 251:12
251:16,24 252:1,4
252:12,22 253:7
253:13,15,23
254:3,15,17,20
255:10,16,19
256:7,11 257:24
260:3 261:4,18
**jlevitan** 2:20
**john** 5:5
**johring** 3:21
**joining** 51:9
**jonathan** 3:18

**jpmorgan** 56:22 56:25 57:5,8,9
**juan** 3:15 4:20 24:20 25:3 96:10 132:22 255:23
**judgment** 8:22
**julia** 2:17 81:24
**julie** 25:17
**july** 135:24 136:14 171:12
**jump** 261:5
**jumped** 205:8
**june** 8:15,16 135:15,23 136:14 137:10 171:12
**justin** 7:14 145:5 189:13

**k**

**k** 174:1,9 177:6,7 177:8,21
**karen** 7:14 20:18 21:4
**katherine** 6:18
**katz** 2:2 10:7,8
**keep** 50:4 129:21 213:3
**keeping** 10:25
**kennedy** 60:13
**kind** 102:22 129:9 211:12 258:16 260:22
**kinds** 47:7
**kirsten** 4:14
**kirsten.erichsen** 4:16
**kissner** 6:18
**knew** 241:15 243:7,12 244:13
**know** 14:1,13 18:9 19:5,11,22 20:1,12 28:4,6 29:14 31:9

31:12 33:22 35:5 45:20 46:3,23 47:16 53:13 55:10 58:22 61:23 62:11 62:15 63:8 65:5 69:21 70:24 71:2 73:6,10 74:2 76:3 76:4 77:1,10,11,11 77:13,17,21,22 81:10 83:1 84:10 89:15 90:21 93:3 93:12 94:12,18 99:10 101:7 102:23 104:3,19 104:20 105:18 108:11 109:13,25 113:5,12 114:17 115:11 118:14 119:9 120:3 124:2 124:5 125:9 129:6 129:9 130:25 135:9,17,18,21 136:16 138:10 139:13 143:21,24 144:3,13,15,19,24 146:21 149:12,21 150:12 155:6,12 155:24 156:2,4 158:11 162:9 165:1,18 171:19 172:3 178:22 181:16,18,19 183:9 184:3 185:7 190:16 198:18 200:15,24 201:14 201:19 207:3 211:4,8,12 212:25 214:12 215:5 217:2,2,6 218:7,19 220:8,9 221:4 223:17,23 225:15

225:16 226:18 227:2,3,12,16 231:5 232:7 238:11 242:4,22 243:15 245:6,24 246:10 248:2 249:15 250:6 251:13 254:10 256:2,2,12,18 257:2,12,17 259:5 262:5
**knowing** 211:9
**knowledge** 22:20 22:25 35:8 46:22 47:23 70:24 74:4 77:2,14,16,20 78:2 99:17 109:13,14 110:24 111:13 116:3 123:14 134:18 136:12,22 150:13 155:13,20 156:6 157:5 158:19 161:21 170:1,8,17 171:5,6 171:8,17 179:14 191:8,9,10 198:18 198:23 199:3,5,7 200:12,15 201:9 201:14,16,19,23 201:24,24 202:3 203:17,23,25 207:12,16 209:5 209:13 212:20 213:5,13 216:20 217:1,7,25 219:3 221:9,16,20,25 223:17 230:6,14 230:18,19,21,23 230:24 231:5,13 231:25 232:4 234:6 235:8

238:25 239:5,9 244:13 245:3 251:19,23 252:11 252:21 253:6,12 253:17,22 256:17 261:12,13
**knowledgeable** 202:21 206:8 210:11 212:2 222:20 224:21 237:20 239:18 246:12
**known** 243:14
**knows** 70:16 242:14
**koff** 2:8 78:17,17
**krichardson** 6:21

**l**

**l** 2:8,18 5:11,20
**lane** 4:15
**langley** 4:4
**language** 83:5,8 83:18,19,21 84:3,7 84:9,14,17 87:18 88:8,10,11 89:4,22 90:8,18 91:1,6 92:5,7,11 99:10 102:18,20 103:3 105:12 106:2,6,11 106:15,21,23 107:3 113:9,11 115:20 117:11,12 117:20,22,23 118:1 119:4,7,9 123:5,7 138:2 156:21 158:24 173:24 174:16 182:7 183:1,14
**large** 263:5
**lastly** 38:2

late  135:15
latitude  151:11
launch  20:9
laura  3:9
lauren  4:10
lauren.fairman
  4:13
law  7:13 15:21
  16:20 79:22 91:1
  91:3 177:12 179:6
  188:11
laws  15:7,9,11,12
  15:20 16:6 55:7
  72:7 122:18
lawton  5:11
lawyer  72:6
  102:23 188:12
lawyers  154:5,10
lay  69:20 70:20
layperson  69:20
  69:23
lays  109:17
learning  243:18
leave  53:3 259:2,4
leeway  35:7
left  53:2,4,5 57:10
  261:14
legal  69:12,15
  102:4,22,25 153:5
  153:10,11 265:1
  268:1
legislation  56:3
  133:17
legislative  133:16
  138:21,23 139:3
  139:14,23
legislature  102:10
  132:19 133:3
  134:10 135:9
  137:9 139:7,24
  140:1 141:2,11,18

142:20,25 143:10
legislatures  102:9
  181:17
lengthy  143:1
letter  30:10 35:1,4
  35:20,23 36:8,10
  36:17,18,20 37:3,4
  91:19 124:19
  126:22 127:17
  128:2,6,10 130:12
  131:21,23 134:8
  141:6 142:4,8
  143:6 172:16
  265:18
letters  23:18 29:24
  34:13,16,18,23
  35:2,19 36:6 37:1
  37:13,22
level  31:23 130:19
  157:3 158:13,17
  161:9 169:23
  192:11,13
levels  143:1,4
levitan  2:16
lewis  5:11
liaison  54:23
liberty  5:6
license  71:19
  75:12 114:9
  117:15 119:6
  120:1,4 122:5,8
  123:1,19 125:2
  183:15 184:1
licenses  121:1
light  83:9 87:19
  116:2 151:1
limit  189:11
  209:24
limiting  238:15
limits  72:10

line  128:11 131:24
  131:25 150:10
  267:7 268:3
linkedin  8:13 50:9
  54:11 55:11
list  68:9 153:17
  177:14,16,18
listed  120:3,22
  248:24 250:8
  252:16 267:7,17
listening  21:4
listing  22:8 267:7
lists  143:1,10
literally  48:16
  66:2 125:8
little  18:12 32:18
  35:7 38:11 67:13
  79:9 95:21 96:13
  107:5 151:10
  168:17 252:2
lizette  232:21
llc  1:22 2:2 3:13
  6:9,12 9:22,25
  10:1,8 263:11
llp  1:17,20 2:4,9
  2:18 3:5,9,19 4:4
  4:11,14 5:6,11,17
  5:20 6:5,19 21:23
  71:5,7
local  52:18,21
  105:21,22 131:1
  183:8
located  1:22
  263:12
location  265:14
log  192:12
logistical  13:24
logistics  18:12
london  4:15
long  52:9,23 64:8
  65:15,22 95:17,19

95:22 176:22
  237:24 239:24
  245:6
longer  79:9 96:13
  168:18
look  11:20 25:1
  54:11 65:3 99:10
  110:8,15 130:6,8
  130:14,16 142:7
  142:14 145:21
  160:16 169:6
  177:6 182:6,21
  183:13 211:3
  215:10 247:9,10
  248:7,20 253:24
looked  31:21
  140:9,12 142:19
looking  112:17
  131:19 139:14
  260:24
looks  142:23
  217:17
los  3:7
lot  38:23 138:1
  144:14 202:3
  261:17
lstafford  3:11
lts  1:3 9:5
lunch  95:16,18
  96:8 258:15

m

m  4:4
ma  3:10
mackenzie  43:7
madam  265:9
magnify  11:19
main  13:1 46:18
  46:24 98:11
making  260:22
manage  11:18

managed  53:12
management  1:6
2:14 3:3 55:19
60:20 108:22
managing  11:13
62:2
manges  4:11,14
manny  7:15
march  53:5,5
264:11
margaret  2:17
25:16 81:23
259:21,23 260:1
261:2
marked  107:14
115:18 173:12
market  52:8 57:3
markets  51:24
marking  11:10
martinez  24:2,3,3
30:1 38:3 39:9
235:15
martinez's  232:22
maryland  60:19
master's  60:14,15
match  126:4
materials  137:16
mathematical
174:3
matter  9:11 49:22
65:9 79:19 148:16
170:14 188:7,12
213:14 243:3
244:15 259:1
263:8 265:11
matters  33:25
34:8 52:8 53:12
53:14 54:6 59:12
60:4 63:1,3,6,9,20
64:1,3,4,8,9 65:11
65:12 66:3,23

67:22 68:3 243:6
matthew  7:13
mcconnell  6:12
9:25
mckeen  5:20
mcv  10:4
mcvpr.com  6:14
6:15,15
mdale  2:22
mean  12:14 17:17
17:22 28:14,14
32:20 36:7,19
40:16,17 41:5
44:7,17 56:18
57:20 61:4,14,16
61:16,21,22 63:5
72:3,14 74:24
75:1 76:9 81:20
81:21 90:4 91:1
93:18 94:3 100:6
104:18,21 105:7
109:10 111:22
123:17,21 127:22
130:21,25 133:4
137:11 143:22
144:7,8,15,17
146:11,20 152:23
153:21 154:12,15
155:6 159:8
161:18 162:8
163:15 167:3
170:5,22 174:20
175:15,16 176:5
176:13,14 178:5
178:13 179:4
180:4 181:8 183:7
183:9 190:11
197:22 198:3
209:15 217:10
219:15 230:18
246:24 248:5

261:4
meaning  119:5
meanings  144:15
means  31:9 84:10
89:2 103:17 106:2
162:9,18,22 163:2
163:8,21 165:17
165:22 177:9
meant  37:21 81:11
146:13,18,22,23
146:24 175:2
178:15,20,22
215:1
measures  98:13
100:12,13 101:14
101:15,15
mediation  64:10
64:11,12,12,13
67:6
medication  18:8
meet  25:24 26:5
26:13,22 27:23
29:3,15,16 39:16
80:8 153:16,20,23
154:9,18,21,24
155:2 156:6,23
157:20 158:12
159:1,23 160:23
161:8 169:22
195:25 196:3
197:17,20,23
207:14 209:3,11
209:23 210:14
212:6 213:9 219:7
219:19 255:22
257:1,17 259:3
260:15
meeting  80:14
81:18
meetings  80:11,17
138:9 205:20

meets  112:11
member  28:20,20
55:7,10 56:14
57:2 104:8 155:18
169:23 197:20
members  27:23
28:4,6,10,23 29:19
56:3 66:20 154:14
154:16,19 155:24
156:24 157:3
158:13,18 161:9
161:19 162:1
170:5 196:23
197:3,6,14,16,19
244:6
memorialized
12:1
memory  64:6
memphis  4:6
mention  30:8
112:5 212:17
mentioned  15:14
25:11 33:9 34:12
37:2 38:2 44:3
60:23 68:4 70:2
73:12 80:20
114:14 147:8
154:1 171:24
172:2,24 182:3
212:14,19 229:8
230:25 238:8,8
243:20
mentioning  194:9
mervis  2:16 13:14
14:11,13,16,24
22:9 25:17 27:25
30:23 40:13 41:4
42:12 43:24 44:1
49:18,21 55:5
59:22 60:2 65:16
73:4,20 74:23

75:17 76:19 77:15
79:25 80:3 81:9
81:24 82:20 84:24
86:4 88:23 89:17
91:12 93:6,15
103:13,21 104:9
104:14,24 108:7,9
109:12 111:17
112:22,24 113:3,7
114:5,18 115:1
116:8 121:5
123:10,20,25
125:5,24 126:13
126:17 127:5
128:9 129:19
132:4 134:15
139:21 142:11
144:11,22 153:8
153:19,25 155:5
162:13 163:25
165:24 166:11,20
171:21 172:6
178:7,17 179:10
181:10 182:19
183:20 184:19
185:3,24 186:4,6
186:11 187:4,5
188:2,7,9,10,18
189:4,7 190:2
192:24 193:5
194:4,6,9,17
195:20 196:5
197:9 198:14,22
199:16 200:4,11
200:25 201:4
202:3 203:1,5,13
205:5,8,15 206:4
206:13,22,24
207:2 210:3,16
211:2,7 212:9,24
213:24 214:15

215:11 216:16
217:13,15,18
222:16,23 223:2,9
224:12,23 225:8
225:21 226:9,21
228:4 229:19,23
231:11 236:4,24
237:10,22 238:4
238:19 239:21
240:4,18 242:16
242:21 244:19
245:8 246:9,24
247:12 248:2,13
248:18 249:2,11
249:17,22 250:17
251:4,13,15,21
252:10,20 253:4
253:11,21 254:1,4
254:10,14 255:13
255:18 256:9
259:20 261:20
262:9
**met** 25:11 40:24
41:10 44:3 76:7
80:25 81:10,22
109:18,23 154:1,6
155:6,7 161:25
189:23 202:6
**mfirestein** 3:8
**michael** 2:16 3:5
14:18 25:17,17
44:1 81:23,24
112:23 188:17
215:9 261:21
**middle** 19:24,25
151:19 166:8
168:18 190:19
191:2,22 194:13
**midwest** 268:1
**mike** 260:1

**milbank** 3:19
**milbank.com** 3:21
3:22
**miller** 3:19
**million** 94:6,17
95:9
**mind** 39:25 79:1
80:21 149:11
159:16 216:12
218:23 235:20
244:5 249:5
**mine** 24:12
**mintz** 2:4
**minute** 13:15 24:6
78:21 145:5 166:7
166:16 168:16
187:17 229:22
253:25 254:13
256:8
**minutes** 49:15
78:18,24 189:2,5
229:24 259:8,10
**miranda** 3:13
**mischaracterizes**
164:14 172:11
**misled** 257:20
260:5
**misspoke** 140:16
**mistake** 112:20
113:2,6
**misunderstood**
138:25
**mixed** 259:24
**mixtures** 88:3
**mmervis** 2:21
**modification**
158:8 161:1
**modify** 157:25
**modifying** 169:14
**mofo.com** 6:21,21

**mohammad** 6:5
**moment** 49:15
95:16 196:3,8
**money** 74:4
116:25
**monies** 95:4 102:4
102:7,12
**monitor** 2:2,3 10:8
196:11
**monoline** 170:24
**month** 91:23
245:5,13,14,15
246:2,4
**months** 28:17,19
42:7,8 246:3
**morgan** 5:11
**morganlewis.com**
5:13
**morning** 9:2,16
12:5 172:24
173:17 184:11
189:21 241:13
243:2,19 258:14
**morrison** 6:19
**motion** 8:21 196:1
**motor** 183:15,25
**mott** 2:8
**mouth** 45:19
82:19 112:15
**move** 11:6 79:9
203:10 252:13
**moving** 221:8
**msyassin** 6:7
**multiple** 51:15
198:8
**multiyear** 105:4,4
105:19
**municipal** 5:3
**muniz** 4:18
**munoz** 3:14 4:19
6:12

mute   254:24
myers   5:17,20 6:5

**n**

name   9:18,24 12:7
83:16 197:3 265:6
266:3,4,15 267:3,4
267:21
natalie   29:3 66:19
154:21 197:24,25
241:19 243:1
natbony   5:4
national   4:9
nayuan   6:11 10:5
necessarily   26:16
104:21 115:14
120:17,18 180:13
180:16,23 181:20
199:2
necessary   19:1
need   13:14 17:7
19:21 20:1 50:22
55:6 71:2 78:18
78:21 95:17
109:18 110:7
143:17 180:23
181:20 188:15,24
189:10 237:3
238:4 240:4,5
245:21 246:22,23
255:15,16,19
257:7,14 258:22
261:17 262:6
needed   214:22
229:7 241:16
256:10
needs   20:3 136:2,7
136:17,23 137:4
144:20,25 159:24
188:1 255:1
negotiations
139:23

never   140:12
198:15 231:16
new   2:10,19 3:20
4:12 5:7 6:6,20
newly   52:16
newport   5:21,22
nice   96:8
nods   152:4
non   64:1 65:19
normal   14:16
notarial   264:5
notary   1:20 263:3
264:10 265:25
266:10,18 267:15
267:23 268:23
note   10:16 19:15
27:25 30:23 55:5
89:17 125:24
195:21 197:9
198:14 206:4
210:3 213:24
222:16 224:12
236:4 241:13,18
258:13
noted   262:12
noteholder   5:10
notes   253:24
notice   1:24 70:12
161:17 165:14
221:9 230:9 247:5
261:11
noticed   247:1,11
249:19,21
notion   233:20,20
notwithstanding
18:20 206:16
november   13:12
number   9:5 12:2
16:2,14 22:5,21
23:7,8 24:7 47:12
52:7 63:1,4 68:15

68:19,20 73:7
75:22,24 76:1,2,5
76:17,25 77:3
78:3,11 79:17
80:2,10,15 81:1,19
86:9 97:13 112:24
125:17,17 127:1
127:16 128:2,5,11
131:25 134:11
145:22 146:9
154:3 157:15
158:14 160:17
169:6 173:20
179:20 182:6,24
183:13 184:5
244:7 248:1,25
250:13,22 251:3
251:19,25 252:7
252:13,17,23
253:14,18 265:7
numbers   127:20
267:7
numeral   177:22
181:23
nw   2:5 5:17
ny   2:10,19 3:20
4:12 5:7 6:6,20
nzt   6:15

**o**

o'melveny   5:17,20
6:5
o'neill   3:13
oath   18:4 140:25
190:17,24 191:3
191:21 192:23
194:13 195:15
object   11:19 14:2
14:16,24 22:9
40:13 41:4 43:24
46:20 60:2 63:21
65:17 69:25 73:4

73:20 74:23 75:17
76:19 77:15 82:20
84:24 86:4 88:20
88:23 91:12 93:6
94:20 95:1 103:13
104:14 109:12
111:17 114:5,18
116:8 121:5
123:10 127:5
129:15,16,19
132:4,10 142:11
144:22 164:9
186:6,11 187:5
190:11 198:22
199:16 200:4,11
205:15 225:21
226:9,21 229:19
231:11,12 234:21
238:19 240:18
242:1 244:19
246:9 248:3,7
249:2,4 250:14,17
251:4,21 252:10
objected   14:3 22:6
objecting   13:22
objection   16:4,15
16:22 22:22 23:20
27:7,25 28:12
30:23 32:1 35:5
42:12 45:7 47:9
47:21 48:6,16,21
55:5 56:1 58:16
59:7 61:12 62:11
62:17,24 64:25
65:7 69:8,12
74:14 75:7 77:4
80:18 81:4 83:22
86:5 87:2 89:17
90:2,12,22 92:15
93:15 99:13,22
100:21 101:8,8

103:21 104:24
105:15 106:4,12
106:25 109:3
110:1 111:2 115:1
116:7 117:4
118:24 119:11
120:6 121:12
122:14 123:20,25
124:3,14 125:5,24
126:17 127:6
128:9,17 134:15
134:16 136:5,20
139:21 141:4,21
142:12 143:15
144:5,23 147:18
151:5 152:13
153:7,8,11,19,25
155:5,15,21 160:8
162:12,13 163:12
163:22,25 164:1
165:23,24 166:20
171:21 172:6
176:25 178:7,17
179:10,16 181:10
182:19 183:20
184:19 185:3,4,13
186:16 190:4
193:6 194:3,4
197:9 198:14
199:17 200:18
201:21 203:21
204:9 206:4,11
208:11 210:3
213:11,24 214:15
216:24 218:10
219:22 220:22
221:14 222:16
224:2,12 228:17
230:12 231:18
233:2 234:9,10,19
236:4,24 237:10

238:17 240:19
241:6 242:6,16
245:8 248:15,17
249:10,14,17
252:8,18,20 253:2
253:4,9,11,19,21
259:1
**objections**  10:13
10:17,18 19:13,15
29:24 37:25 249:9
**obligation**  102:14
153:1 169:12,18
221:12,23 222:15
223:21 225:18
226:7,20 228:15
229:2,17 258:10
**observers**  7:9
**occasion**  72:21
75:14 89:15 97:9
**occupied**  51:6
**occurred**  33:12,13
33:16 42:1 227:22
227:24 232:8,9,19
246:1
**occurring**  194:2
**ocfo**  98:22
**ochoa**  4:18,18
**october**  1:23 9:3
12:1 263:13 264:6
265:4
**office**  51:24 52:18
52:21 53:12,14
98:14 265:13
**offices**  255:25
**official**  40:17,18
41:3,9,11 42:9
266:15 267:21
**officially**  262:10
**officials**  53:24
54:6,7,9,9,24,25
57:17

**offline**  207:4
**oftentimes**  130:17
**oh**  25:5 37:6 97:19
201:3 255:19
**ohio**  265:2
**ohring**  3:18
**oil**  87:23,23 88:1,2
182:12,12
**ojeda**  244:6
**okay**  9:20 14:9,10
14:15,18 15:10
17:9 18:2,12
20:10 22:15 23:5
24:10 25:10,21
26:10,14 27:22
29:1,22 31:13
32:19,22 33:2,15
34:1,7,21 35:3,12
37:8,9,11 38:18
40:8 42:19 43:6
43:25 45:20 46:4
49:15,19 50:10,11
50:22 52:9 53:3,9
54:11,18 57:12
60:2,22 61:10,19
62:7,18 63:15
64:13,13,19 66:13
66:25 68:5,8,13
69:6 72:12 73:17
75:22 77:1,23
78:9 79:11,20
80:3,16 82:3,6,14
82:24 83:6 85:5
86:1,12,21 87:5,18
87:21 89:3 91:17
93:2 94:1 98:6
99:6,21 101:3,20
101:25 102:21,23
103:1,15,24 104:4
105:9 106:8
107:21 108:4,9

109:10 110:18
111:12 112:4,13
113:7,19 115:15
116:25 117:2,10
117:25 118:21
119:15,23 120:21
123:4 124:5,12
125:12 126:15
127:19 129:18
132:24,25 133:9
134:3 135:5 137:2
137:14 138:3,25
139:11,15 140:5
148:11 149:17
153:14 155:11
157:15,18 158:8
158:10 159:19
162:3,7,19 168:14
168:24 171:19
173:20 175:13,24
178:13 179:2,7
180:6,17 181:22
183:12 187:16
191:23 194:5
196:7 201:6,11
203:5,13 206:15
206:24 217:20
219:13 225:8
229:21 248:22,23
251:7 255:8 259:9
261:16 262:8
**omm.com**  5:19,23
6:7
**once**  107:20
243:20
**oneillborges.com**
3:16
**ones**  45:2 82:1
120:21 122:18
**online**  20:17

**onward** 158:1
170:11
**open** 255:2 257:16
**operating** 84:10
114:15,25 115:3,6
118:17 148:18
**opinion** 153:5,10
153:12 234:12
**opinions** 233:1
**opportunity** 14:8
247:9
**opposed** 103:6
215:24
**oral** 1:19 12:14,15
17:24
**order** 12:1 117:18
117:25 118:2,6,9
118:14,23 160:22
187:25 193:19
213:8
**ordered** 262:4
**output** 125:9
**outset** 172:2
**outside** 17:4,5,10
22:5 34:4,19,24
88:20 91:6 94:19
104:5,23 111:7
160:8 163:22
189:25 231:22
232:7 236:8
250:15
**oversaw** 137:18
**oversee** 61:24
130:2 133:23
**overseeing** 53:14
62:2 137:15
**oversight** 1:5 2:14
3:3 23:17,19
29:17 36:10,14
37:25 41:14 42:2
42:3 55:19 57:18

57:21,23 58:25
59:10,11 60:6
62:8,22 63:24
66:20 77:22 85:21
98:4 102:3 108:16
108:21 109:8,19
109:21,22 118:11
130:3 131:22
133:25 134:9
136:7 139:10
141:7,15 142:3
144:25 148:5
150:9 151:15
154:12,14,16,18
154:24 155:3,23
175:20 196:23
197:5,6 199:10
202:22 204:16
205:23 206:9
208:17 210:11,18
212:3 215:24
222:21 226:24
227:5 237:20

**p**

**p.m.** 96:4 254:9
262:12
**page** 8:3,10 13:18
99:7 112:20,22,24
112:25 113:1
177:21 267:7
268:3
**pages** 112:16
**paid** 102:14
148:17,20 149:6,8
149:9 150:16
153:2,3 170:17,19
170:25 171:14,16
**panagiotakis**
24:21,23 25:3
132:23

**paper** 257:4,6
**paragraph** 91:20
120:22 173:20,21
**paragraphs** 96:16
**parameter** 127:11
127:13,15,19
128:5 134:7
142:15
**parameters** 130:9
130:10 134:1,4,5,6
150:6 164:19
165:6 175:21,23
**park** 3:6
**part** 15:20,23 22:3
35:21 56:4 74:10
75:4 83:1 85:2
94:2 98:25 101:25
121:10 122:23
123:8 129:19
131:11 156:15
160:13 167:7
183:5 228:21
241:20,21,23
242:5 244:22
258:23 267:9
**partial** 8:22
**partially** 88:2
**participated** 17:14
214:3
**participating** 10:6
11:15
**participation** 17:4
17:17
**particular** 15:21
19:18,25 31:8
32:5 40:22 45:13
48:20 49:10 79:24
80:10 85:2 88:18
89:16 90:18 91:1
91:3,6,9,15 103:16
103:19 106:2,14

106:18,20 107:2
115:2 117:23
119:4 122:10
123:15 127:21
146:7 152:9
153:17,24 154:10
155:13 157:4
164:4 165:25
167:25 169:24
194:12 197:16,16
198:23 215:17
216:12 235:21
**particularly** 44:6
97:16 100:7
148:19 149:11
160:11 191:5
223:22 234:23
**parties** 10:18
11:24 30:11
186:22 256:14
258:2,24 263:22
**partner** 61:6,7
63:16,17 259:20
**party** 10:17 255:7
258:25 264:1,3
**pass** 179:5 181:17
196:9
**passed** 93:24
118:12 143:9
**patterson** 7:14
**paul** 7:13
**pause** 14:6
**pay** 170:10,14
**payment** 150:22
151:2,23 152:2,10
159:11 169:11,18
171:4,7,9 221:11
221:22 222:15
223:20 225:18
226:7,20 228:14
229:1,17

**payments** 149:13
149:14 164:11
171:18
**pension** 64:9
66:23 98:15,23
**people** 24:19 26:3
33:8 66:3 77:11
154:1 242:18
243:9
**perez** 4:18,18
**perfect** 110:11
**perform** 74:2
**period** 40:25 57:5
58:7,15 73:24
93:18 123:21
133:4 170:16
196:25 198:4
217:11 226:13,22
226:25 227:5,18
229:15
**periods** 41:19
**permit** 191:12
235:1
**person** 202:21
206:8 210:11
212:3 222:20
224:21 237:20
239:18 244:5
246:11,12,13
263:25
**personal** 67:14,15
67:17 70:5 71:8
71:13,15 72:5,24
72:24 83:23,24
84:6,8,13 86:2
87:3,8 88:17 89:1
90:25 103:6,10
117:5,7 133:11
162:17,18,21,23
163:1,4 165:18
171:17 191:8

234:11 235:8,19
**personally** 41:5,7
68:1 73:6 85:1
98:21 104:7
108:12 110:25
111:6 124:6
137:11,12,13
195:17 266:11
267:15
**personnel** 53:14
**persons** 25:22
**perspective** 90:25
200:6
**pertained** 12:22
**pertaining** 93:25
**pertains** 15:7
71:22 198:24
**pertinent** 15:24
**peter** 5:16
**petroleum** 44:24
45:6,11 48:2
71:22 74:25 75:11
87:9 93:25 94:3,7
94:17 114:10
117:15 119:6,21
119:23,24 120:25
122:2 123:1,19
125:2 168:5
182:12 231:1
**pfriedman** 5:19
**phone** 265:3
**phonetically** 24:24
**phrase** 176:5
**phrased** 251:5
**piece** 257:4,5
**pinos** 7:13
**place** 1:24 3:10
10:24 118:16
149:20 245:2
**plan** 8:18,19 13:11
30:16,16,18,21

31:8,16,18,22 32:8
32:9,10 34:10
36:2 43:19,20,21
43:22 44:10,13,15
64:9 66:23 97:3
97:25 98:3,5,7,10
98:16,20,25 99:3
99:11 100:19
102:3 103:4 104:3
104:19,20 105:4,4
105:19 106:3,11
106:24 108:6,14
108:18 109:2,9,11
109:18,23 110:16
110:23 111:15,23
111:23,24 112:6,8
112:9 118:16
122:11 124:9,22
125:10 127:10
130:13,15 131:10
131:13,18,20
140:3,6 141:12
143:18 145:1
150:4 159:21
164:17 165:5
166:25 167:7,17
167:25 168:9
172:14 175:22
246:16 247:19
251:17 252:6,15
252:25 253:17
**plans** 30:8,9,13
31:7,25 32:4 34:9
104:2,6,17,23
105:12 107:19,22
107:24 108:1
112:3 113:15,16
118:20
**platform** 11:9
**play** 61:23

**played** 41:23
**please** 9:7 12:7
14:5,21 18:17,22
19:5,11,15,22
21:25 43:3 45:24
48:9,22 65:20
78:10 80:25 82:25
83:5 87:7,12,16
99:16,24 101:16
104:16 114:7
117:10 125:21,24
128:14 148:15
156:10 157:10
174:20 180:17
187:11 207:25
240:9 247:7
265:13
**plugs** 134:11
**pocket** 241:14
**point** 19:21 27:5
28:23 29:10 57:14
84:13 89:1 91:15
106:6,8 117:7
119:1 127:19
165:18 166:1
173:1 198:11
200:5 222:5,7
233:9
**points** 135:3
**police** 94:9,15
232:6
**policy** 51:23 53:12
**pool** 172:18,18
**poplar** 4:5
**portion** 91:18
101:22 120:13,14
122:8 123:6 167:9
**position** 51:3,5,8
51:14,17 52:1,6,7
52:9,12,15,24
53:10,16 54:15

60:22 61:2 103:6
195:24 211:22
234:22 258:3,9
260:4,7
**positioned**  245:21
246:11
**positions**  51:7,15
**positive**  119:13
120:9 122:16
171:15,16 230:14
230:17
**possible**  11:7
31:21 123:13
166:7 170:24
182:20 208:18
232:14 237:22
243:20
**possibly**  195:11
**post**  78:10 118:18
**posting**  55:13
**potential**  222:23
**potentially**  149:5
206:17
**powerpoint**
137:21
**pr**  3:15 4:20 6:13
**practical**  49:22
**practice**  51:4
**pre**  102:6
**preempted**  102:8
177:7,10,13
**preface**  129:16,20
**prefer**  265:15
**prep**  214:2,5,14
222:11 224:9,19
236:21
**preparation**  15:17
26:1,17,19,23
27:24 28:9 29:2,5
29:9,17 30:4
31:17 32:15 33:3

38:25 39:4,17
40:6,9 48:5 64:5
80:13 81:22 82:12
84:25 85:3,5
88:12,13,16 92:9
92:14,20 97:17,25
98:19 99:2 104:1
104:6,22 108:6,13
109:1 110:23
118:6 127:25
129:2 139:15
146:21 162:4
169:25 183:11
184:8 197:12
202:7 203:24
204:4 209:20
212:1 214:17
217:11 232:23
236:2
**preparations**
213:21
**prepare**  23:3,12
32:16 42:25 79:23
80:9 98:4 146:6
153:17,23 154:11
154:19,21,25
155:3 156:7,24
158:14,19 161:10
161:16 169:24
173:1 210:1
213:22 222:13
250:24 256:14
**prepared**  22:7
23:2,5 41:22 59:9
107:20 108:2
141:1 227:4 250:9
257:11 258:4,17
258:21 262:1
**preparing**  22:14
26:9 27:17 31:3,5
31:15 39:23 42:17

76:10 80:6 128:15
128:22,24 129:6
129:13,24 157:6
170:4 205:21
216:4 231:23
234:15 236:8
**presence**  34:4,19
34:24 254:22
**present**  7:12 33:10
33:13 145:25
147:6,16 156:16
157:22 161:2
169:15 198:13
202:12,25 206:1
207:15 209:12,25
210:15 212:7
213:10 219:8,21
220:20 221:13,24
225:20 226:8
227:10 228:16
229:3 230:11
231:10 232:3
236:1,15 237:9
**presentation**
137:21,22 138:3
138:14,17 139:5,6
**presented**  12:17
21:20 50:13 70:3
79:12 86:13 96:17
107:8 173:7
**presenting**  12:3
**presently**  118:23
**preserving**  193:18
**pretty**  96:13
159:12 249:7
**prevent**  18:6
**previous**  205:11
**previously**  18:16
72:10 183:7
**prifa**  174:15 176:4

**primarily**  137:15
**primary**  24:4,19
30:15,17 63:23
98:3 149:1,4
151:24
**principal**  51:4
60:24 61:5,6
63:17 104:8
132:25
**prior**  39:23 40:9
51:9 56:9 81:15
85:5,7 97:9 99:3
102:9 111:4
116:19 136:23
137:9 170:9
182:22 195:5
214:18 236:8
243:11 244:21,22
**private**  57:4
**privilege**  10:15
191:14 192:1,12
192:16 193:19,20
194:2,8 207:1
211:23
**privileged**  187:21
188:5 190:14,23
191:17
**probably**  42:18
107:7 122:23
244:11 251:15
253:23
**problem**  13:24
32:23 46:1 188:10
251:14
**problems**  21:8
**procedure**  1:24
263:15 266:5
267:5
**procedures**  257:9
**proceed**  20:7
254:16

proceeding 10:20
  10:21,23 11:21
  13:2,5 14:17
  18:21,25 245:7
proceedings 13:12
  19:3 265:6 266:3
  267:3
process 22:13 23:2
  33:24 35:21,24
  36:9 41:23 78:7
  84:12 86:11 94:2
  105:6 112:7
  124:19 126:3
  128:8 132:18
  133:2,16,22 135:4
  135:6 137:7,8
  138:21,23 139:3
  139:10,15,18,20
  141:8,11 142:1,3
  149:25 150:3,3
  164:15,16 172:12
  172:12 175:12,14
  175:16 204:18
  226:11 234:6
processes 105:24
  257:8
produce 36:1,13
  124:8 261:10
produces 62:3
  175:22
producing 258:10
product 62:3,6
  66:18 193:12
  194:8 203:6
  206:17 210:18,24
  211:11,20 215:21
  222:24 223:5
  224:25 225:4
  237:23,25 240:1
  251:8

production 62:5
  137:17,19 265:23
products 88:2
  182:13
professional 11:5
professionals
  61:25
profile 8:13 50:9
  50:19 54:12 55:11
  56:8
program 11:14
prohibits 13:21
projected 159:20
projections 64:8
  65:15,23
promesa 1:2 12:24
  15:7 17:5,5,10
  35:22 36:3,9,15,16
  55:2,4,8,20,25
  56:6 57:16 84:11
  91:2,2,5 102:6,8
  102:11 109:15,16
  110:7,14 118:11
  118:18,18 142:2
  148:7 150:1
  152:23 172:25
  175:10,12,15,17
  177:13 204:19
  256:4
pronouncing 9:18
properly 262:1
property 102:5
proposal 98:15
proposed 23:21
  130:10 134:5
  140:1,5,8,9
proposes 130:20
proskauer 2:18
  3:5,9 23:22 24:15
  25:12,15,24 29:25
  30:10 42:24 79:22

80:9,12 81:12,14
  81:17,22 92:25
  154:5,11 155:7,9
  155:17 162:1
  185:25 193:7,18
  193:21 202:6,8,20
  205:20 206:7
  209:25 210:6,8,9
  211:4,25 212:14
  212:16 213:20
  214:3,9 215:24
  216:13 222:11,19
  223:15 224:9,16
  224:19 225:13
  236:20 237:19
  238:8 239:12,17
  240:14 242:21
  257:3 258:1
proskauer.com
  2:20,21,21,22,22
  3:8,11
prosperity 8:17
protection 193:20
protocols 257:8
provide 55:23
  59:19 67:7 69:11
  69:20 102:22
  195:24 199:4
  202:8,15 205:22
  206:2 209:25
  213:21 214:10,13
  214:23,25 216:2
  216:13 222:12
  236:21 237:12
  239:12 246:6,16
  251:17
provided 37:7
  54:25 55:15 56:4
  79:23 83:12 94:5
  94:6 127:15,20
  199:7 208:22

215:3 224:10,16
  226:2 239:15
providers 149:15
provides 88:19
providing 215:25
  239:25 240:16
  241:11 242:14
  243:13,17,23
  244:13,23 245:7
  248:23 252:5,24
  253:16
provision 57:16
  84:19,22 85:2
  88:18 89:2 90:4
  91:16 102:25
provisions 92:3,19
  115:12,13 262:3
psc 4:18
public 1:10,21 4:9
  54:15 55:12,13
  60:15 105:5,20
  138:8 163:17
  242:23,24 263:4
  264:10 266:10,18
  267:15,23 268:23
publicly 65:1
publishing 11:10
puerto 1:1,6,8,10
  1:10 5:15 6:3 7:3
  8:18,19 12:20,21
  46:19 53:17,24
  54:7,9,10,25 55:18
  102:12 108:22
  132:3,18 133:2,16
  134:10,23 135:8
  135:19,22,24
  136:2,13,16,18,19
  137:8,9 138:20,23
  139:7,14,24
  140:21 141:2,17
  142:7,19,21,25

**[puerto - read]**

143:13 144:20
149:21 159:18
160:5,12 177:12
179:5 183:8 265:6
266:3 267:3
**pull**  246:22
**pulled**  68:21 165:5
242:24
**pulling**  110:7
**purchased**  265:16
**purely**  70:17
241:15
**purpose**  40:12
88:7 100:19
107:21,25 172:1,8
180:22 181:19,21
234:24
**purposes**  37:16
50:5 89:7 106:2
120:15 180:14
185:11 186:4
187:3 188:3
191:20 194:2
258:11,11
**pursuant**  1:24
9:21 11:23 77:7
78:4 117:18
263:14
**put**  21:15 45:19
50:8 68:10 82:18
86:9 112:14 114:4
129:11 139:3
145:12 168:24
173:5 177:18
189:11 248:9
**puts**  134:10
**putting**  243:15

**q**

**qtcb**  5:10
**question**  13:23,25
14:4,7 18:22,25

19:6,10,18,24
26:14 27:1,10,11
31:2 33:5,20
34:21 35:15 36:4
37:10,12 39:9,14
42:4,4 45:22,25
46:1 47:4 57:19
59:15,16,17,23,25
60:1 63:6 65:18
65:19 66:5,16
68:18,25 70:6,8,10
70:17,21 71:4,5,6
73:21 76:20,25
77:12 79:16 80:22
81:15 82:14 92:13
97:19,21 102:21
111:4,18 114:12
116:14,16,17,18
123:4 125:15,20
126:20,23 128:20
128:21 129:8,17
129:22,22 132:5
133:19 136:15
138:12 139:1,2,16
142:18 152:1
156:8 157:7,25
158:22 159:4
162:20 164:5,10
164:23 165:9
166:9,10 167:14
167:20 179:20
184:15 185:18
186:3,10,13,25
187:2,2,6,15,19
188:1,2,4,6 190:5
191:3,12 192:10
192:19,20,21
193:3 194:20,23
194:25 195:2,5,6,8
199:23 200:9,10
200:23,24 201:3

201:12,13 202:14
202:15 203:2,8,12
204:23,25 205:7
206:16,18,21
207:21,22 208:7
208:15 210:17,20
210:21 211:20,25
215:4 219:10
221:17 223:5,6
224:24 225:2,5,9
228:21 234:20
235:2,6,12 237:24
238:1,4 239:24
240:2,7 241:22,25
247:12 248:5,14
249:18 250:2,14
250:19 251:6,11
251:13,25 252:23
253:8
**questioned**  195:15
**questioning**  18:14
**questions**  8:4,5
9:14 15:24 18:15
18:18,25 19:5,9,16
23:21 31:11 38:10
38:16 39:12 50:6
59:1 62:13 67:14
70:3,11,21,25
75:23 76:3 113:10
115:22 146:7,25
179:17,19 185:14
193:22 194:13
195:18 196:9,12
196:15,17 199:13
200:1 202:22
206:9 210:12
212:4 214:20,23
215:1 222:21
224:22 233:6
237:21 239:19
243:25 254:14,18

255:2,5,7 261:25
**quickly**  14:1
257:14
**quite**  36:7,18 66:2
90:5 125:8 176:7
244:7
**quote**  55:16 83:11
87:21 89:4,23
90:19 91:22 102:1
108:20 117:12
156:16 160:19
169:9 173:23
175:25 256:25
**quoted**  118:1
120:23

**r**

**raised**  194:4
**raises**  179:6 180:1
180:8
**raising**  178:25
179:4
**ramirez**  10:4
**read**  14:21,22
48:23,24 49:2
54:20 59:18,20
101:25 104:10,12
115:20 116:18,21
117:10 119:4,10
122:11 125:21,22
156:9,11 157:10
157:11 160:17
166:12,13 169:8
173:23 181:6
203:2,3 207:5,6,25
208:1,4 219:10
223:10,11,12
225:9,10 228:19
232:21 233:3,3,14
233:15 237:3
238:4 240:6,9,11
247:15 248:20,22

**[read - refer]** Page 33

250:19,22 251:11
258:7 266:5,6,12
267:5,6,17
**reading** 55:11
265:11,18
**reads** 145:22
157:18 160:19
169:8
**realize** 38:23
97:19
**reallocate** 161:5
216:22 218:3,9
238:14 239:1
**reallocated** 160:22
162:25 165:2
213:7 230:10
231:8 232:2,11
235:25 236:14
237:8
**really** 37:20 46:2
50:9 52:2 126:23
165:11 204:18
233:4 246:1,3
257:25 258:23
261:8,13
**reason** 39:11
148:23 149:1,3
151:22,24 267:8
268:3
**reasonably** 11:6
**reasons** 38:15
**recall** 12:22 13:1,6
15:4,6,16,20,22
16:2,13,18,25
17:15 23:11 24:24
25:15 28:22,24
29:8,12 30:2,7,14
30:21 31:22 32:5
33:17 34:3,17
38:6 40:2,10,19,20
40:24 42:9,24

45:3,10 49:7,9,13
53:4 57:3 64:14
64:18,24 65:2
76:6 80:11,14
82:9,11,12 84:16
84:18 85:1,11,12
85:14,18,25 88:11
88:13,15 90:15,17
90:18 92:8 94:5,6
94:8,14 102:19
110:10,17 111:11
113:21,25 114:3,8
135:1,13,15,16
149:10 172:24
175:4 176:18
177:4,15,17,18,20
178:20 182:2,5
184:7 185:8,10
208:13,19 213:25
214:4 215:17
216:7 217:12
219:2 220:7 231:4
233:17 235:20
245:18 246:1,4
**recalling** 80:19
194:12 195:12
**receipt** 265:18
**receive** 127:2
245:22
**received** 117:13
263:19
**recess** 20:21 49:25
79:4 96:2 145:8
168:21 189:16
230:2 254:7
**recognize** 10:22
50:16
**recollect** 50:21
**recollection** 13:7
18:1,8 25:16 26:2
27:18 28:7,18,24

29:6,11,21 31:6
33:23 34:25 39:3
39:19,22 40:20
41:8 42:14 47:8
47:11 48:10 50:6
50:21 53:5 64:7
68:10 73:5 74:16
75:20 76:14,23
80:4 81:2 85:19
85:22,25 86:8
89:20 92:17,22
94:8,13,14,22 95:4
98:11,21 99:1
102:19 110:6,12
110:16,19 111:14
114:7,8 117:24
118:4,5 121:3,25
122:3,7 132:15
138:19 139:22
140:23 143:8
157:1,13 158:15
158:21 160:15
161:12,22 170:6
171:1 176:8,23
177:11 178:10
182:16 183:4,18
185:16 198:15
202:17 203:14
205:18 206:5
207:11 210:4
212:13,18 215:23
217:21 218:5,12
218:17,21,22
219:1 222:6,10,17
223:14 224:4,8,15
225:12 227:23
228:3 229:11
231:20,24 236:5
236:17 237:12,18
238:7,21 239:14
240:13 245:4

**reconfirm** 43:12
43:13
**record** 9:3,24
10:16,22 12:8
18:19 19:2,9
20:19,22 21:2
49:24 50:2 70:14
78:12,23 79:3,5
95:23,24,25 96:4
102:1 115:21
117:10 118:2
119:4,10 120:23
122:11 145:6,9
160:18 167:2
168:23,25 173:24
187:12,22 189:15
189:17 193:25
194:10 196:19
211:14 217:16
230:1,3 235:3
254:6,8,16 255:1
255:11,13,14
256:8,12 259:7
260:14 261:20,21
262:11 263:19
267:9
**recorded** 1:13,19
**recovery** 1:22 2:3
6:9 10:2 263:12
**redirect** 161:5
216:23 218:3,9
238:14 239:2
**redirected** 160:22
163:3 165:3 213:7
230:10 231:9
232:2,11 235:25
236:14 237:8
**redistributed**
233:21
**refer** 68:10 119:10
128:14 135:5

184:4
**reference** 127:18
183:8,9 265:7
266:2 267:2
**referenced** 13:19
118:1,15 119:3
121:17 122:10,19
174:2,9 265:10
266:11 267:15
**references** 108:25
184:4
**referred** 82:21
85:9,10 119:17,20
119:21,24 120:1,5
167:17,22
**referring** 15:12
21:6 33:15 35:20
46:16 53:22 80:1
111:24 120:12,24
123:8 126:10,15
126:16,19,20
132:24 138:20,24
139:8,12,17
159:20 165:11,15
173:16 176:9
182:20 216:15
**refers** 167:24
177:11 178:10
**reform** 100:13
101:15
**refresh** 33:23 50:5
50:21 94:13
110:19 182:16
183:4,18 185:15
217:21
**refreshing** 215:22
**refuse** 194:23
**regard** 199:6
203:11 204:23
206:20 209:2,7,9
209:13,21 214:25

216:10 218:1
234:5 236:10
247:17 248:17
252:23 253:8
255:20 256:3
**regarding** 10:13
33:18 89:12
158:24 198:11,19
199:13 200:1
203:17 204:5
205:1 206:3,10
210:12 212:4,20
216:3,14 222:3,9
222:22 223:18
224:1,7,10,22
231:6,17 236:9
237:16,21 248:24
249:15 251:19
252:6,15,16,25
253:18 258:18
**regular** 54:8
**regularly** 197:17
197:18
**reimbursed** 92:2
**relate** 167:13
179:17,19 251:3
258:5
**related** 13:11 15:6
52:8 53:16 63:25
64:1 67:22 85:20
86:2 94:16 140:7
168:4 250:3
**relates** 71:17,19
87:9 114:9,10
148:3 163:15,16
163:17 166:23
185:24 201:9
**relating** 9:10
166:25 205:22
247:4 250:5,13

**relation** 175:4
**relationship** 61:8
62:7,9,15
**relationships**
66:12
**relative** 77:2 264:1
**relatively** 33:22
**relay** 187:21
**released** 72:9
**relevant** 41:24
117:12
**reliant** 208:24
**remain** 95:11
**remember** 37:5,7
45:21 74:6 85:15
113:17 154:20
155:1 184:2
218:15
**remembered** 82:2
**remembers**
185:16
**remind** 10:19,19
**reminded** 208:15
**remittances** 44:23
87:10,11
**remote** 1:13,19
10:21,21 21:8
**remotely** 1:20 2:1
3:2 4:2 5:2 6:2 7:2
9:6,9 10:23 263:6
263:19
**repeat** 35:15 45:25
89:13,13 125:20
156:8 157:7 195:5
199:23 219:12
221:17 235:12
236:12
**repeating** 46:1
**rephrase** 19:6,12
**report** 23:23 38:7
38:8,18 39:9,10

65:6,23,24 66:16
66:17 232:22,25
233:3,4,8,13,15,19
234:8,25 235:16
235:17
**reporter** 14:23
18:18 19:1 48:22
48:25 49:3 59:18
59:21 67:4 104:10
104:13 116:22
125:23 156:12
157:12 158:4
166:14 167:10
203:1,4 207:5,7,24
208:2,5 209:6
217:16 219:10
223:11,13 225:8
225:11 240:9,12
266:7
**reports** 30:1 38:3
38:4
**represent** 210:9
**representation**
233:24
**representative** 1:7
2:15 3:3 13:21
40:3 58:21 66:9
76:15,16,24 77:7
77:21 78:4 246:7
256:19,22 257:3
**representatives**
24:14 25:12,15
80:12 81:17
242:19,20 243:5
243:22
**represented** 210:7
263:22
**representing** 10:7
79:22
**represents** 31:12
196:10

**request**  13:16 67:4
158:4 167:10
209:6 261:3 267:9
267:11
**requested**  14:22
15:19 48:24 49:2
59:20 104:12
116:21 125:22
156:11 157:11
166:13 203:3
207:6 208:1,4
223:12 225:10
240:11 263:21
**requesting**  245:22
**required**  19:16
265:25
**requirement**
109:15 143:12
148:21
**reread**  207:21
**reservation**
195:21
**reserve**  194:11
195:11 254:20
**reserved**  10:14
**reserves**  195:22
**reserving**  192:17
**resolution**  93:24
94:1,5,12,16 95:10
172:9 208:16
226:15 229:8
230:25
**resolutions**  137:23
137:25
**resolve**  195:25
**respect**  8:21 22:7
23:11 29:4,17
30:13 34:2,16,22
36:25 37:12 38:4
38:18 39:8 40:22
41:1 43:23 45:5

48:19 64:3 65:22
66:22,25 67:14
75:13,23 76:1,4,17
79:16,17 81:1
98:10,17,18 104:1
106:10 111:5,22
120:21 122:22
123:5 139:19
146:7 150:25
152:12 158:22
164:6 167:3,4
174:15 176:3
194:3,11 223:6
225:5 238:1
**respond**  15:19,25
38:17 39:13
214:21 243:24
261:2
**respondent**  245:21
246:13
**response**  71:6,7
242:23 245:23
256:23 261:11
**responses**  19:10
216:1
**responsibilities**
51:25 52:5 53:10
58:6 61:1,5,11
**responsible**  53:11
61:7 67:20 204:14
**rest**  168:6 259:2
**restoring**  8:17
**restructure**  56:14
**restructuring**
17:21 51:4
**results**  187:21
**retain**  161:4
216:22 218:3,9
238:13 239:1
**retained**  95:12
118:12 160:21

162:22,24 165:2
213:7 230:9 231:8
232:2,11 235:25
236:14 237:7
**retaining**  117:19
**retention**  164:6
165:12
**retirement**  1:9
**returned**  265:17
**revenue**  23:18
29:24 34:12,16,17
34:23 35:1,2,4,18
35:20,23 36:8,17
36:18,20,21,25
37:13,22 43:14,16
43:17,23 44:5,9,12
45:11,13 46:10,11
47:12 87:9 100:1
100:5,8,11,14,15
100:16,17,20,24
101:5,6,10,13,13
113:15 115:2,8
117:1,3 124:19,21
125:10 126:21,21
127:11,13,15,17
127:19 128:2,5,6,7
128:10 130:11,12
131:4,14,17,20,21
131:23 134:6,7,8
138:18 140:17,19
141:6,6,9,14 142:4
142:5,8 143:5,6
150:4,6,11 151:14
152:20 160:23
164:17,18 165:4,5
166:25 167:8,9,16
168:1 172:13,16
172:18 174:5,14
175:18,21 176:2
176:12 179:9,11
179:14,21 180:1,2

180:3,4,7,8,11
213:9 231:2
**revenues**  15:8
36:12 43:18 44:7
44:8,14,18,19,20
44:24 45:14,15,16
46:14 47:1,6,7,12
47:19 48:12 68:17
73:11,14,15 74:17
74:19,22,25 75:1,5
75:6,11,12,12 83:2
93:22,25 94:4,7,18
94:23 99:11,18,19
99:25 100:3,4,10
100:25 101:18
102:2 113:20,23
114:13,15,25
115:3,13,13,24
116:4,5,12,13,24
117:14,19 118:20
123:9,15,17 124:9
124:11,13,25
125:9,14,14,17
126:4,9 127:1,10
127:16 131:7,9
141:19,25 151:16
152:12,21 157:19
157:23 158:25
159:5,9,11,16,17
159:18,20,23
160:3,20 161:4
162:9 164:16,25
166:24 167:6,12
167:15,19,25
168:2,7,9 172:13
174:10,13 175:11
176:1,12 178:2,6
178:11,23,24,25
179:1,3,4,6,8
207:13 208:14
209:3,10,22

210:13 212:5,22
213:6 216:22
218:2,8 219:6,18
225:24 230:8
231:1,6,8 232:1,5
232:10 235:24
236:13 237:6
238:14,15,15
239:2
**review** 11:16 31:6
31:8,15 38:7,19,22
39:10 64:5 72:21
85:19 97:9,12,17
98:5 99:3 107:21
108:18 117:10
129:2 130:3,6
131:2 132:17
133:1,10 137:7
143:19 148:6
160:18 183:10
184:7 233:7
265:13 266:1
267:1
**reviewed** 15:17
23:7,12,16,17,20
23:22 24:4,5
29:22 30:3,5,7,8
30:12,14,15 31:18
32:24 34:12 37:24
38:2 39:4 42:21
43:22 107:19
160:12 174:2
233:10,11,13
234:15
**reviewing** 30:21
85:2 129:14,25
234:25
**reviews** 112:8
**rey** 6:13
**richardson** 6:18

**rico** 1:1,6,8,10,10
5:15 6:3 7:3 8:18
8:19 12:20,21
46:19 53:17,24
54:7,9,10,25 55:18
102:12 108:22
132:3,18 133:2,16
134:10,23 135:8
135:19,22,24
136:2,13,16,18,19
137:8,9 138:20,23
139:7,14,24
140:21 141:2,17
142:7,19,21,25
143:13 144:20
149:21 159:18
160:5,12 177:12
179:5 183:8 265:6
266:3 267:3
**right** 13:8 14:19
23:10 27:1 28:8
32:21 34:15 39:8
40:22 41:16 45:1
45:4,24 50:4
51:12 52:23 59:2
77:25 84:19,21,22
90:16 95:14 101:3
110:9 111:25
114:2 115:5
121:19 126:10,23
128:4 131:15
133:21 149:3
151:25 152:3
153:13 160:16
164:11 170:7
173:4 176:20
178:5 179:2 182:6
182:14 185:21
188:20 189:2,8,9
189:20,22 190:8
193:24 195:10

196:7 204:24
208:25 211:6,8
239:23 246:17
249:16 251:22
255:25 257:13,20
259:9
**rights** 192:17
194:11 195:11,21
195:22 254:21
**rivera** 3:13,14
4:19 6:12
**robert** 4:10
**robert.berezin**
4:12
**role** 41:23 54:21
58:24 59:9 61:23
67:19 129:1 130:5
133:9,22,23 134:3
136:10 141:18
197:13 226:24
**roles** 56:25
**roman** 177:21
181:22
**room** 10:24
**rose** 2:18 3:5,9
**roth** 2:4,9 10:9
**round** 261:25
**rpr** 1:20 263:3
**rules** 1:24 191:20
263:15 266:5
267:5
**rum** 44:22,22
**run** 135:22
**runs** 135:24
136:14

| s |
| --- |

**s** 2:4 4:10 267:8,8
268:3
**safe** 10:25 17:13
**saith** 262:13

**salaries** 94:9,15
232:6
**saleh** 6:5
**san** 3:15 4:20
96:10 255:23
**santambrogio**
24:20 25:3 132:23
**sarna** 25:4
**sat** 46:12
**satisfaction** 37:11
**savannah** 130:18
130:21,25
**saw** 32:5 82:9,11
84:17 85:15 92:13
115:15,15 134:25
139:4 145:18
**saying** 20:11 114:8
199:2 232:15
241:13 249:16
261:23
**says** 55:21 84:7
87:21 91:22
175:25 182:11
**scenario** 147:8
**schedule** 130:23
130:24 177:7,9
257:13 260:23
**scheduled** 1:23
263:14
**scheduling** 211:11
**school** 56:16 57:10
60:12,13,13
**schulte** 2:4,9 10:9
196:10
**science** 60:20
**scope** 69:25 88:21
111:8 160:8
163:22 234:10,23
235:9 249:18
250:15

scopes 63:7
screen 21:15,17
  50:9,17 79:14
  82:4 86:10,16
  96:12,20 98:1
  101:23 107:7,12
  113:4 115:16
  145:12,16 169:1,4
  172:22 173:6,10
  247:6
scroll 21:25 68:24
  82:25 87:12 99:7
  252:1 253:13
scrolling 11:19
seal 264:5 266:15
  267:21
second 37:3 59:14
  91:19 156:15,15
  207:22 217:13
secondly 211:7
seconds 14:6
secretary 91:23
section 36:2,16
  87:13,24 88:4
  92:3 98:13,14,15
  98:22,23 101:5,23
  109:15,16,17
  112:12,17,25
  122:10 142:2
  175:16
sections 83:14
  89:16 99:3 160:6
sector 105:5,20
seda 4:18
see 21:17 68:22
  82:4 83:8,18,19
  85:8 86:16 87:18
  88:8,12 91:17,21
  92:5,9 96:19
  101:22 102:16
  107:11,18 113:4

117:20 118:6
  119:7 131:3,7,8,9
  131:11 134:3,6
  140:7 142:8,14,15
  145:16 146:4
  156:21 157:16
  159:6 161:6 169:4
  169:19 173:10,21
  174:16 177:23
  178:3 181:22,23
  182:7,8,24 183:1
  183:16 198:9
  247:5 251:14
seen 21:22,24 22:3
  31:25 32:4 82:6
  82:12 84:22,25
  85:6,7,11,13 86:19
  88:10,11,13 89:4,8
  89:22 90:7 92:7
  96:23 102:18
  105:11 107:16
  117:22 118:2
  132:2,7,8 173:14
  186:1,21
selected 246:13
semester 171:13
semiannual 171:9
send 142:4
senior 51:23 67:19
  243:4,21
sense 188:19
  215:11 228:6
  245:16 260:17
  261:1,2
sent 30:11 130:11
  131:21 241:13
  243:1 246:21
sentence 101:17
  174:21 175:3,25
  176:5,6

september 30:10
  51:20
series 46:22
  109:17 167:6
  177:12
servais 5:5
served 54:23
  256:18
service 61:9,10,15
  61:23 63:18
  148:16,20 149:4
  150:16,17,22,24
  151:2,23 152:2,10
  152:10 153:1
  170:10,15,16,18
  170:20,21
servicer 1:22 6:9
  10:2 263:11
services 1:22 6:9
  9:22 10:1 149:15
  263:11
session 173:18
  189:22 236:21
sessions 212:1
  214:2,5,9,14,16
  222:12 224:9,19
set 101:10 126:3,4
  127:11 134:7
  141:6,12,14
  164:20 172:13
  174:13 175:17
  176:1,12 264:4
sets 124:20 125:10
  164:17 175:20
setting 97:12
  105:13 107:18
settings 105:13
settled 146:21
shape 55:25 86:1
share 20:9 58:9
  68:22

shared 137:16
sharefile 169:1
shareholders 6:17
shavi 25:4
she'll 259:23
sheet 267:7,10,18
  268:1
short 45:21 211:2
  228:9 249:10
shorten 39:2
shorter 239:21
showed 84:21
showing 252:2
shown 68:9
side 124:13 134:13
  140:12,17,22
  141:3 143:5
sign 255:14 257:25
  259:2
signature 263:20
  264:9 265:13
signed 172:25
  260:21 266:13
  267:18
signifies 90:19
signing 265:11,18
similar 192:11
simple 186:3
simply 71:8 187:2
sincerely 265:21
single 46:12,17
  93:10 95:6
sir 12:16,25 13:9
  17:12,19 31:4
  32:10 108:1
  143:21 145:3
  265:9
sit 73:14 238:11
  246:6
sitting 59:4 74:5
  117:17 165:20

**[sitting - starts]**

242:10
situated  199:12,25
256:20
situation  11:1
105:22 257:19
six  28:17,19
246:20 258:16,16
258:19
skeel  26:4,13,18
26:23 27:4 28:11
slip  213:2
slow  86:11
sneaky  207:1
snow  4:4
sola  6:10 9:25
solutions  265:1
268:1
somewhat  107:6
137:13
sophia  24:20,22
25:3 132:23
sorry  13:14 17:7
24:22 25:19 35:10
43:24 44:1,11
52:20 65:24 68:24
76:12 78:15,16
79:8,25 81:6,12
94:11 104:9
112:19 125:20
138:25 140:16,16
149:19 156:8
157:7 168:17
169:1 197:9 203:1
214:15 217:15
219:9 221:17
227:8 237:2
254:13
sort  46:25 66:16
105:4,19 149:7
151:10 164:14
172:11 215:8

256:21
sought  38:12
sources  47:13
114:15,24 115:2,7
125:3 127:21
128:7 174:5
space  17:21
speak  26:12 41:22
42:1 52:2 53:18
59:9 75:25 76:6
84:11 115:14
142:13 184:11,18
184:21 197:24
198:7 203:23
204:16,16 213:16
222:8 224:6
226:10,22 227:4
241:4
speaking  11:4
26:7 45:10 81:7
215:20 249:8,9
special  83:15 88:5
89:5,24 90:9,20
92:1 93:24 94:1
94:16 95:10 172:9
208:16 226:15
229:7
specific  12:22 16:6
17:7,20 26:3
32:18 33:20 54:1
67:25 68:12 70:11
70:21,25 78:3
80:14 84:13 93:22
98:2,9 122:17
127:20,21 135:13
135:16 159:16
167:19 169:21
174:6 180:14,22
181:20 192:20
195:16 198:16
203:12 206:20

214:12,23 216:9
229:9 245:18,19
specifically  13:6
38:12 44:5 45:6
45:10 48:3,13,14
49:6 54:13 70:2
76:1 112:17
119:16 130:14
144:17 146:20
174:2 175:24
184:5
specificity  31:23
159:14 165:7
specifics  52:3,4
speculate  77:10
speculation  109:4
speech  196:6,6
speed  203:9
spelled  24:23
spend  42:16
spending  36:11
124:20 125:11
127:11 128:3,12
130:9,10,19,24
131:10,10,11,18
131:19,25 132:12
132:14,16 134:1,3
134:5,13 138:16
140:8,9,15,18,19
140:22 141:3,10
141:12 142:5,6,9
142:15 143:2,5,11
150:5,6 164:19
180:5,11,14
spent  42:18
128:12 180:25
259:14
split  128:7
spoke  23:7 24:12
24:13,14,19 25:4
27:12 198:2,4

spoken  27:19
28:15,19,25 29:12
42:9 76:14,16,24
197:5 198:10
204:2,25 205:13
205:19 207:18
208:8 217:8 222:2
223:25 231:16
235:22 236:7
square  2:19 6:6
srz  7:13
srz.com  2:7,11,12
2:12
ss  263:1
stability  55:19
staff  133:25
154:12,25 155:19
155:24 156:24
157:4 158:14,18
161:10,11,19
169:24 170:5
197:22 243:4,4,21
244:6,16,17
stafford  3:9
stages  58:3
stand  250:2
standard  10:11
start  12:15 13:12
18:13 20:25 38:5
41:20 51:17,18,21
66:13 136:3,18
154:16 185:14
248:11
started  51:20,23
56:21 173:1
250:24
starting  24:16
68:14,15 101:17
145:19
starts  91:18
174:23

**state** 1:21 5:12
12:7 52:18,21
105:21,22 193:25
255:10 256:11
263:1,4 264:10
266:10 267:15
**stated** 55:13 66:1
163:19 203:15
**statement** 260:14
266:13,14 267:19
267:19
**states** 1:1 56:8
83:11 108:20
163:19 177:25
**statistics** 60:21
**statute** 70:24
83:21 84:17,23,25
85:6,7,8,10,15,20
86:1 90:1 91:6,10
91:18 102:6
118:18 179:5
181:15 182:8
**statutes** 69:4,5,7
69:11,19 71:3
90:11 102:9
113:23 115:20
174:2,14,15 175:5
175:6 176:2,3,13
177:8,10,12,13
178:1,11 182:2,3
182:17
**statutory** 72:10
183:8 184:4
**stay** 255:11 256:7
**stayed** 260:12
**stenographically**
263:17
**step** 35:24 36:9
124:17,18
**steps** 261:16

**stipulate** 191:25
**stipulation** 185:23
186:1,21 187:1
191:13 216:14
258:7 260:20
262:3
**stipulations** 10:11
**straightforward**
136:15 150:2,3
**strategy** 57:2,3
**straying** 129:9
**stream** 45:11,13
100:1,5,16,17,20
100:24 167:9
**streams** 43:15,16
43:17,23 44:5,9,12
100:8,14,15
113:15 131:4
167:1,8,16 168:1
**street** 2:5 5:6,12
5:17 6:19
**strike** 49:7 100:18
113:13 115:5
133:12 161:24
**stronger** 194:5
**structural** 100:13
101:15
**structure** 35:2
37:3,13,14,18,20
**studies** 60:18
**subject** 15:4 27:20
28:21 39:21 79:18
95:9 175:11,13,14
190:10 192:13
250:11
**subjects** 193:22
**submissions** 130:8
135:2
**submit** 13:4
**submits** 112:8

**submitted** 17:3,15
23:23 29:24
130:17 134:1
233:9
**submitting** 247:18
**subpoena** 8:12
9:22 18:17 21:23
23:9 30:5 58:22
58:22 59:12 68:8
68:22,23 77:8
78:5 145:12 146:8
159:7 163:8,16,20
168:25 215:18
245:22,23 246:21
252:17 256:23
257:7
**subpoenaed** 15:19
15:25 38:17 39:13
**subscribed** 266:10
267:14 268:21
**substance** 68:7
80:7
**subtitle** 87:25 88:4
92:4
**sufficient** 160:23
213:8
**suite** 2:5 3:6,14
4:5,19 6:13 265:2
**sum** 87:22
**summary** 8:22
**summer** 56:20
57:7,9,11
**summertime**
171:10
**superior** 265:1
**support** 41:14
59:10 62:6 64:10
64:11 67:6,7
195:23 215:23
226:23

**supporting** 58:24
**sure** 13:17 19:22
25:9 49:20 61:15
66:4 67:9 80:23
82:2 90:5 121:8
146:17,23 159:10
166:8 182:21
206:13 207:23
209:7 217:14
230:21 243:7
248:7 259:19,23
260:23
**surpluses** 101:2
**swear** 9:7
**sworn** 1:20 9:9
263:6 266:10,13
267:14,18 268:21
**system** 1:9

**t**

**t** 2:16
**tab** 78:11
**taft** 5:6
**take** 9:4 11:20,21
20:8,12 42:6
49:23 60:8 61:20
64:22 71:10 78:20
79:2 96:13 107:7
124:8 125:9,16
126:25 127:10
131:3 145:3,5,21
151:10 166:6,16
168:16 169:6
182:6 183:13
187:17 189:4
192:16 211:22
217:13 228:6,9
229:21 245:2
247:9 248:20
254:5 255:8
261:16 262:10

**taken** 1:21 20:21
49:25 79:4 96:2
143:19 145:8
168:21 189:16
230:2 254:7 263:9
263:16 265:10
**takes** 150:3 164:16
**taleah** 2:9 8:5
195:19 196:13,17
200:25 203:7
210:18 222:25
225:3 237:24
239:24 247:1
254:10 255:9
259:11,22 260:3
261:22
**taleah.jennings**
2:12
**talk** 80:15 154:2
249:14 260:25
**talked** 30:6 192:12
220:3 227:12
**talking** 21:7 63:12
113:14 115:24
119:15,16 120:10
123:17 127:24
133:13,14 136:10
155:17 183:25
245:16 249:20
**talks** 83:1
**tara** 1:20 263:3
264:8
**tasks** 67:25
**tax** 44:23,24,25
45:6,11 47:13,14
48:2,3,4,13,14,20
49:6,10 71:22,23
74:25 75:11,11
87:9,10,22,24 88:1
93:25 94:4,7
117:14,15,15,15

119:5,5,5,6,20,23
119:24 120:14,24
120:25,25,25
121:20,20,22,24
122:2,25,25,25
123:1,18,18,18,19
125:1,1,1,2 168:5
168:6,6 183:2
231:1
**taxes** 16:21 47:19
47:20 93:3 94:17
113:22 114:10,11
114:14 115:11,12
116:5 119:3,17,18
119:22 120:3,4,11
120:13,19,19,19
121:2,9,10,16
122:9,17 124:25
125:4 168:4
**teacher** 94:9,15
232:6
**team** 33:8,14,17
33:17 56:4,14
57:2 62:2,3,3
130:2 133:23
137:15 146:10
154:6 155:7,7,9,9
162:1 241:16
**team's** 215:23
**teams** 61:24
**technical** 11:2,14
21:3,7 55:1,17
56:5 78:13,14,24
79:8 196:20 215:8
**technician** 7:13
**tell** 9:9 23:5,15
24:10,16 35:3
46:7 48:18 53:7,9
57:1 58:14 59:4
59:15,24 60:9
61:1,18 62:9

67:16 70:15 75:3
77:24 80:25 86:25
96:25 99:21
101:11 105:25
108:14 110:5
134:19,20 142:23
148:11 151:11
166:17 177:9
181:5 191:1
222:19 241:10
247:13 263:7
**telling** 70:18
125:19 134:14
142:10
**ten** 49:21 145:5
214:7 229:22,24
**term** 64:8 65:15
65:22 75:5 159:5
163:2,8,15 165:19
230:8
**terms** 15:4 37:18
37:20 38:11 53:11
53:21,22 54:1,8
61:14 67:19 81:16
90:7 102:15
104:17 159:6
217:3
**testified** 9:11
17:10 29:22 45:21
113:15,19 202:6
226:14 232:21
**testify** 8:12 9:22
22:7,20 79:24
202:9 205:21
210:2 213:22
216:5 222:13
232:23 236:2
239:13 250:9
256:14,15,20
257:7 258:4,18

**testifying** 18:3
26:16 35:9 141:1
216:11 246:8
250:4 252:14
256:22
**testimony** 11:22
12:12,14,15,17
14:21 18:9 37:7
58:14 59:3 70:1
85:17 89:12 91:11
113:17 141:17,23
141:25 143:7
147:13 155:2
161:25 165:20,25
173:17 184:12
191:7 194:14
195:12 199:6
202:7 208:22,23
226:2 234:16,24
235:9 240:17
241:11 242:15
243:13,17 244:14
244:23 245:7,22
246:16,19 247:2
247:24 248:23
249:24 250:6,12
251:2,17 252:5,25
253:16 256:4
258:16,20 260:9
263:19 266:6,7
267:6,9,12
**text** 14:22 48:24
49:2 59:20 104:12
116:21 125:22
156:11 157:11
166:13 203:3
207:6 208:1,4
223:12 225:10
240:11
**thank** 9:20 12:5
14:11 33:5 35:14

**[thank - topic]**

36:23 37:17,19
39:6 82:1,15
97:23 104:11
112:14 165:8
168:19 189:12
196:14 202:2
223:9 236:16
252:3 255:21
256:5 259:15,17
261:18,19 262:11
**thanks** 260:1
261:17
**themself** 137:24
**thereof** 1:25
**thing** 261:14
**things** 24:5 37:2
**think** 18:10 20:15
27:8,11 33:22
37:10 41:16 43:4
49:14 62:12 66:14
81:15 83:3 84:10
87:15 119:21
120:1 124:17
149:1,12 151:10
151:12 152:17
159:15 160:2
166:23 171:24
172:10 185:16
189:6 192:1 195:4
195:6 203:5,11
204:11 219:12
227:21 228:6
234:16 239:14
243:9 248:11
251:13,14 253:23
254:21 256:9,24
257:12,14 258:22
261:8,13,22,24
**thinking** 138:7
**thinks** 188:12

**third** 2:10 174:21
**thirty** 265:17
**thomas** 2:8 5:5
**thomas.curtin** 5:9
**thomas.mott** 2:12
**thought** 201:3
215:6 228:5
**thoughts** 259:22
**three** 25:4,6 52:11
52:25 78:21 182:2
182:3 214:4
**tie** 34:10
**ties** 35:6
**tight** 257:13
**tim** 43:7
**time** 1:24 17:13
18:1 19:4,22 27:5
28:14,23 29:10
31:19 38:5 39:2
39:25 40:25 41:19
42:16 53:19 54:10
57:5,9,14 58:6,10
58:15 59:9,14
66:4 73:24,25
82:10,11 84:16,18
93:18 95:19
104:23 107:7
123:21 127:20,22
127:23 133:4
135:3 157:8
170:16 176:7,21
189:11 198:2,4,11
199:23 200:20
201:8,15 204:3,5
207:19 208:9
211:14 219:11
221:18 222:5,7
226:10,13,22,25
227:4,17,20,24
228:20 229:14
235:7,13 254:19

255:15,17,22,23
259:6,14 260:11
262:12
**timely** 243:7
**times** 2:19 6:6
198:8
**timing** 245:24
**title** 1:2 63:25 64:1
64:3,21 65:11,12
67:22 68:2 148:18
159:25
**titled** 177:7
**tn** 4:6
**today** 9:2,4 10:20
12:4,6 18:4 19:3
21:12 23:3 26:1
26:16,20 27:13,16
27:20,21,24 28:21
29:2,18 39:1,18,21
39:24 41:2 42:10
42:17 43:1 58:21
59:4 70:1 79:24
82:13 88:14,16
97:9,18 99:2,4
116:2 118:7 141:1
145:13,18 156:7
157:6 158:20
165:20 182:18
185:12 186:4
187:3 202:7
205:21 208:23
210:2 216:5,11
219:16 226:3
235:9 236:3
240:17 241:12
242:11,15 243:11
243:13 255:22
257:10,12
**told** 26:21,22 48:2
211:4 223:15
256:19 260:6

**tomorrow** 260:16
261:1
**tonight** 260:16
**top** 24:25 65:2
110:17 135:1
**topic** 19:25 22:5
40:4 62:12 68:15
70:1,12 71:1 76:1
76:2,4,8,17 77:2
77:14 78:3 79:17
79:24,25 80:10,15
81:1,19 145:21,22
146:7,13,15,16
153:17,24 154:3
154:11,19,22,25
155:4,14,20,25
156:6,15,25
157:15 158:1,8,14
160:17,19 161:10
161:16 162:22
165:13 166:1
168:18 169:6,21
169:24 170:4
179:17 206:3,10
207:17,19 208:9
209:9,21 210:2
213:23 217:2,9
218:6 219:5 221:8
222:1,3,9 223:23
223:24 224:1,7,11
224:16 225:13
229:20 230:19,23
231:14,17 236:9
236:10 237:2,13
237:16,21 239:13
239:15 240:22
241:19 247:9,10
247:15,25 248:12
248:20,24 249:5
249:20 250:5,8,13
251:3,19,25 252:6

| | | | u |
|---|---|---|---|

252:15,16,17,25
253:18
**topical** 243:6
**topics** 15:18 18:16
22:7,21 23:8
26:15,18 27:3,15
27:19 28:8,20,22
28:25 29:7,8,13,25
35:6 39:20 40:4
40:11 41:1 42:10
68:7 69:13 76:5
77:9 80:13 81:18
98:2,9 153:18
154:2 194:14
195:16 209:7
216:10 230:15
234:11,23 236:22
236:25 241:5
244:8 246:20
247:3 249:19
250:3,15 256:21
258:5,18,19 260:8
**total** 87:25 100:25
125:9,17 127:1,16
128:3 131:7,25
141:10 160:2
214:6
**totaled** 100:15
**totally** 11:13
**totals** 131:19
**tourism** 44:23,23
**tracing** 74:3
**transcribe** 19:2
**transcribed**
263:17 266:7
**transcript** 18:19
38:19,22 263:18
265:10,15 266:5
266:12 267:5,11
267:17

**transcripts** 39:4
**transfer** 91:23
**transferred** 73:19
75:15 93:14 94:19
94:25 102:13
171:20 172:5
**transferring** 102:7
**transfers** 94:23
**transportation**
8:19 31:10 83:17
88:6 89:6 91:25
**treasury** 41:25
46:12,17 51:13,16
51:19 52:13,17
53:20,25 54:4,12
56:10,11,21 57:23
57:24 58:2,8,11
59:5 60:3,5 93:10
95:6
**treat** 11:5
**treated** 99:17,20
100:9
**treatment** 100:7
**treats** 99:11
**trial** 12:13 247:1
249:24
**trick** 19:8
**tried** 20:9 215:2
215:15
**trinidad** 6:11
**true** 204:23
263:18
**trust** 10:9
**truth** 9:9,10,10
263:7,7,8
**truthful** 66:9
**try** 11:3 18:17,23
19:6,12,23 33:23
39:11 78:1 90:16
107:23 156:5
157:2 158:16

170:2 209:18
213:16 217:24
235:14 237:15
239:8,21 256:16
**trying** 21:16 38:9
38:12,14 45:19,20
45:21,23 46:10,11
47:24 59:1 65:25
66:7,10 112:13
122:21 129:11
146:10 181:4
185:15 186:19
201:7 206:25
211:13,19 214:19
215:11 233:4
**tsa** 46:12,14,16,22
47:8 73:11,15,16
73:17 74:5,12,12
75:16 93:13 94:19
95:5,11
**turn** 101:4 259:25
**twelve** 214:7
**twice** 243:21
**two** 13:7 15:15
31:11 37:2 38:4
41:19 52:10,10,11
63:23,23 92:19
96:15 115:20
152:21 187:17
189:2,4 243:4
246:3
**type** 90:1,8 105:12
137:21
**types** 63:9,19
90:11 105:23
114:13 125:4
131:4 149:10
163:17
**typical** 149:13
**typically** 132:22
180:9 181:1 198:8

**u.s.** 41:25 51:13,19
52:17 53:20,25
54:4,12 56:10,21
57:23,24 58:11
60:3,5
**uk** 4:15
**ultimately** 66:18
73:13 93:10
108:16 112:9
139:9 150:8
164:20
**unavailable** 243:8
**unaware** 77:16
109:7 115:2 119:1
201:8 203:25
207:16 221:6,25
231:13 243:14
**undergraduate**
60:18
**understand** 13:21
16:1,8,8 17:23
18:3 19:4,7,11,19
19:20 20:4 22:16
22:19 23:2 27:10
27:11 31:2 36:18
38:9 39:12 46:2
49:5,6 55:3 59:14
66:11 70:13 91:8
106:22 110:15
112:1 116:3
120:16 123:6
128:20,21 133:18
140:14 144:10
146:10 147:14
174:3 181:4 188:5
190:3 210:23
211:1 214:19
233:5 236:16
248:3 259:13
261:5

Case:17-03283-LTS  Doc#:18838-3  Filed:10/27/21  Entered:10/27/21 11:58:46  Desc:
Exhibit Exhibit 2 to Jennings Declaration  Page 312 of 316

[understanding - wanted]                                                    Page 43

**understanding**
26:11 35:22 39:6
57:20 61:22 66:15
69:6,10,19,24 70:4
70:5,16 71:2,8,14
71:15,16,18 72:3,6
72:9 73:2,13,18
74:24 75:10 76:9
83:20,23,25 84:2,6
84:9 86:22,23,25
87:3,8 88:18 91:9
93:9 95:3,8 99:25
100:24 101:12
103:3 105:3 106:1
106:9,10,14,18,19
106:20,22 107:2
112:7 116:6,10
117:2,6 118:17,22
126:6 146:15,16
153:14 158:23
159:3,19 160:1
162:10,21 163:7
163:10,21,24
164:3,4,8 165:12
165:16,21 166:18
167:21,24 179:25
180:7,17 185:22
185:23 191:20
192:16 202:2
205:11 213:17,18
228:1 229:13
230:22 234:4
240:23 241:1
246:5 252:14,24
**understands**
187:24
**understood**  20:6
**undertake**  161:14
218:6
**undertaken**
145:25 156:17

157:22 161:3
169:16 203:18
204:5 205:2,23
212:21 216:21
218:1,7 219:4,14
219:17,25 220:6,9
220:17 221:7
228:12,24 229:4
229:12,14 239:20
**undertakes**  141:11
**undertook**  238:12
238:25
**unfair**  46:6
**unfortunately**
187:9
**unintelligible**
249:6
**unique**  45:12
100:7 105:21
**united**  1:1
**university**  60:19
**unrelated**  243:6
**use**  83:4 114:21,22
124:9 179:8
181:19 217:3,4
221:21
**uses**  164:19
169:11,17 221:11
221:22 222:14
225:17 226:6
228:14 229:1,16
**usual**  10:13

**v**

**v**  265:6 266:3
267:3
**vague**  27:8 38:11
61:12 62:17,24
**valdes**  6:12 9:25
**valenciano**  7:15
**validate**  130:9

**value**  175:9
**varies**  132:22
**various**  15:6,10,11
47:14 100:14
107:19,22
**vehicle**  117:15
119:6 121:1 122:5
123:1,19 125:2
183:15 184:1
**vendor**  149:13,13
**verbally**  18:18
152:5
**veritex**  11:9
**veritext**  7:14,15
265:1,7 268:1
**version**  112:10
239:22
**versus**  204:13
**vi**  160:5
**video**  1:13,19
18:21 259:21
**videographer**  7:14
9:2 20:19,22
49:23 50:1 79:2,5
95:23,25 96:3
145:4,6,9 168:20
168:22 189:14,17
229:25 230:3
254:5,8,15 259:5,7
262:10
**videotape**  9:4
**view**  84:13 89:1
91:15 103:6,10,12
103:16,19,20
106:6,8 109:22
117:7 119:1
162:17,18,23
163:1,4 165:18
166:1 193:9 200:5
233:9

**views**  198:24
199:2
**virtually**  99:19

**w**

**w**  1:15,19 7:5 9:8
265:8 266:4,9
267:4,13 268:20
**wait**  18:24 27:7,7
53:8 65:17 187:18
257:23
**waive**  193:19
**waived**  192:1
265:12,19
**waiver**  191:13
203:8 206:18
210:20 223:5
237:25 239:25
**waiving**  211:23
225:4
**walk**  257:21
**want**  13:17 19:8
20:7 46:2,6 48:2
54:20 62:14 65:13
66:4,8,8 67:11
68:10 70:23 76:4
79:18 80:18 82:18
89:13 107:25
108:2 110:15
112:14 114:4
169:6 173:20
187:20 190:13
191:12 207:3
223:10 229:21
249:10 250:6
253:24 254:25
255:10 256:7,11
257:5,16,18
260:15,18
**wanted**  43:11,13
82:2 140:1 243:7
259:13

**wants**  261:7
**washington**  1:23
  2:6 5:18 7:7
  263:13
**waste**  255:15,16
**way**  10:25 14:14
  16:3 20:4 21:1
  38:19 46:15 55:25
  65:13,14,19 69:20
  73:14 75:22 86:1
  98:6 99:18,21
  102:25 124:8
  131:1 133:12
  164:24 178:21
  192:10 194:9
  212:25 217:6
  220:10,12 227:3
  227:12,16 239:2
  248:9,10 251:4,7
  256:14 258:9
  259:18
**we've**  30:5 258:13
  259:7 260:10
**weather**  96:8
**web**  20:11
**week**  244:11
  245:19
**weekly**  197:7,14
**weeks**  42:20
**weil**  4:11,14
**weil.com**  4:12,13
  4:16
**welcome**  9:17
**went**  168:17
**west**  6:19
**whatsoever**
  106:23
**when's**  198:2
**whereof**  264:4
**white**  129:12

**whoa**  65:16,16
**wickersham**  5:6
**william**  5:4
**wilmington**  10:9
**wintertime**  171:11
**withdraw**  110:11
**withdrawn**  43:25
  43:25 49:8 72:19
  100:18 210:7
  212:23 236:19
**witness**  1:20,22
  7:5 9:7 11:17 12:4
  12:5 13:17,25
  14:5 17:17,24
  22:16 49:17 70:8
  70:15 84:4 95:19
  166:6 189:7
  190:17 191:21
  192:2 193:9,13
  194:12 195:12
  196:12 199:18
  207:8 209:16
  211:15 212:8
  219:16 223:4
  224:13 225:1
  235:10 238:6,12
  239:23 240:6
  245:9 246:15
  249:13,19 251:5,9
  255:24 256:6
  258:4,11,17,20
  261:10,23,24,25
  262:1 263:12
  264:4 265:8 266:1
  266:4,11 267:1,4
  267:15
**witness's**  11:17
**word**  115:5 151:12
  152:17 156:16
  162:23 163:5
  166:3 199:2

**words**  45:19 58:1
  82:18 91:9 97:5
  112:15 113:21,22
  113:25 114:3
  119:9 122:9 137:3
  140:25
**work**  52:3 53:16
  56:22 57:5,13,19
  57:21 58:23 61:25
  62:3,5 63:7,9,18
  63:25 66:3,18
  72:17,18,20,25
  77:9 78:6 85:20
  86:2,3 97:13
  130:2 134:21
  137:3 147:25
  149:19 160:13
  193:11 194:8
  203:6 206:17
  210:18,24 211:10
  211:19 215:19,20
  215:23 222:24
  223:5 224:25
  225:4 234:6
  237:23,25 240:1
  244:7 251:8 258:5
**worked**  41:18 52:7
  53:19 57:9,15
  60:4 103:25
  104:22 139:4
**working**  17:20
  51:9,12,18,20,21
  51:23 56:9 58:7
  58:12,19 73:25
  93:20 98:9 196:21
  243:5
**works**  63:20
  134:13 204:18
**workstreams**
  67:21 97:14,15

**world**  84:11
  118:18
**worry**  14:15 25:1
**wrapped**  170:23
**written**  1:24 12:14
  12:17,19 17:24
**wrong**  112:20
  113:1 151:11

**y**

**yards**  3:20
**yassin**  6:5
**yeah**  24:3 25:6
  31:11 49:21 64:22
  68:23 81:5,9
  92:13 94:3 108:8
  108:19 130:24
  135:11 147:23
  148:1 168:7
  176:21 178:25
  180:19,20 181:1
  186:20 196:5
  201:4 206:22
  212:9 219:2
  232:13 245:5
  248:2 249:2,11
  250:17 251:15
  256:9,9
**year**  13:7 17:16
  30:14 31:20,22
  32:10,11,12 40:1,5
  40:6,9 87:25
  128:10 133:5
  135:7,8,18,20,21
  135:23,24 136:2,3
  136:8,14,19,24
  137:5 142:1
  143:10 145:24
  147:5,15,24
  149:22,24,24
  150:15 151:4,19
  151:20,20 152:8

| | z |
|---|---|
| 157:21 159:2 | |
| 160:24 169:12 | **zabel** 2:4,9 10:10 |
| 171:12,13 172:15 | **zouairaban** 10:5 |
| 174:7,8 203:24 | **zouairabani** 6:11 |
| 204:15 205:25 | |
| 207:15 209:12,14 | |
| 209:24 210:15 | |
| 212:6 213:10 | |
| 221:23 234:7 | |

**year's** 128:1
131:23 135:3,5
142:24
**years** 15:15 17:21
41:10,12 42:7,8
52:10,11,25 93:19
133:5,6 146:3
148:4,7,24 149:17
156:20 158:2,5
198:13,20 199:9
199:15 200:3,7,17
201:18 202:11,24
203:20 204:8,12
204:13,22 205:4
209:4 219:8,20
220:20,21 221:12
225:19 226:8
228:15 229:2
230:11 231:9
232:3 236:1,15
237:9
**yesterday** 198:5
**york** 2:10,19 3:20
4:12 5:7 6:6,20
**young** 1:17,20 7:6
9:20 11:22 21:23
22:13 23:1 24:13
24:14,20 50:25
71:5,7 191:7,10
199:25 258:6,9,25
**young's** 71:16
258:3

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.