# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>    Debtors.[1] | PROMESA Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## U.S. BANK'S AMENDED EXHIBIT LIST IN CONNECTION WITH THE PLAN CONFIRMATION HEARING

To the Honorable United States District Judge Laura Taylor Swain:

    1.    U.S. Bank Trust National Association and U.S. Bank National Association (together "U.S. Bank") hereby submits this list of exhibits which may be used at the hearing on confirmation of the Plan.

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

| Exhibit Identifier | Description of Exhibit |
|---|---|
| USB Exhibit A | Certified Copy of the Trust Agreement between PFC and the U.S. Bank as Trustee |
| USB Exhibit B | PFC 2011 Promissory Notes |
| USB Exhibit C | PFC 2012 Promissory Notes |
| USB Exhibit D | Series 2011 A PFC Bonds Letter of Credit |
| USB Exhibit E | Series 2011 B PFC Bonds Letter of Credit |
| USB Exhibit F | Series 2012 A PFC Bonds Letter of Credit |
| USB Exhibit G | Arts. 2-3 of Act 164 of December 17, 2001, 7 L.P.R.A. §§ 607a-607b |
| USB Exhibit H | Act 85 of June 13, 1998 |
| USB Exhibit I | Joint Resolution 523 of August 24, 2000 |
| USB Exhibit J | Act 113 of September 27, 1994 |
| USB Exhibit K | Act No. 21 of 2016, the Debt Moratorium Act |
| USB Exhibit L | Executive Order 2016-31 |
| USB Exhibit M | Executive Order 2016-30 |
| USB Exhibit N | Settlement Agreement and Invoice Instructions, entered into between AAFAF and U.S. Bank, dated December 21, 2018[2] |
| USB Exhibit O | Proof of Claim filed by U.S. Bank as Trustee for the PFC Bonds, dated May 18, 2018 |
| USB Exhibit P | Government Development Bank Title VI Solicitation Statement and Qualifying Modification |
| USB Exhibit Q | Trust Agreement between Puerto Rico Infrastructure Financing Authority with Citibank, dated October 1, 1988 |

---

[2] Full production of this document may be limited due to confidentiality requirements of the settlement agreement.

\\NY - 021918/000014 - 10388226 v1

| | |
|---|---|
| USB Exhibit R | Puerto Rico Public Buildings Authority Resolution No. 468, adopted June 22, 1995 |
| USB Exhibit S | Proof of Claim filed by U.S. Bank as Successor Trustee for the PRIFA Bonds, dated May 18, 2018 |
| USB Exhibit T | Proof of Claim filed by U.S. Bank as Fiscal Agent for the PBA Bonds, dated June 27, 2018 |
| USB Exhibit U | Proof of Claim filed by U.S. Bank as Fiscal Agent for the PBA Bonds, dated July 29, 2020 |