# U.S. BANK EXHIBIT G

Articles 2 and 3

of Act 164

of December 17, 2001

7 L.P.R.A. §§ 607a, 607b

Laws of Puerto Rico Annotated Currentness
  Title 7. Banking
   Part III. Other Financial Institutions
    Chapter 61. Government Development Bank for Puerto Rico
     Subchapter IV. Debt Refinancing for Governmental Entities

7 L.P.R.A. § 607a

§ 607a What may be restructured

The advances, pledges, obligations and/or loans that may be executed, restructured and/or refinanced and the estimated amounts thereof to June 30, 2001, including accrued interest to be paid up to June 30, 2001, and the debt service for the Fiscal Year 2002, including therein the interest to be accrued from July 1, 2002 (effective date of the restructuring), are itemized in Columns B, C and D, respectively, of this section. The balance thereof and the annual payments corresponding to the principal and the interest and other expenses allowed under § 607 of this title to be paid or added to the principal may be greater or lesser than the amounts that appear in Columns C and D, respectively, of this section, provided the total annual payment of the principal, the interest and any other payment under said obligations does not exceed two hundred and twenty-five million dollars ($225,000,000). For those loans or obligations in process of being disbursed, the Government Development Bank shall establish segregated accounts in which the amounts pending disbursement shall be deposited for their future disbursement, without affecting the limit established by this subchapter regarding the maximum amount of the payment of the principal, the interest and other payments on all these debts.

ABCDDebt ServiceAmount toFiscal YearJune 30, 20012002EntityLine of Credit/Loan(000 omitted)(000 omitted)1. Land AdministrationNo. 2-20-1 for $10,000,000$ 3,480$ 8712. Health Facilities and Services Administration/Department of HealthNo. 2-16-8 for $204,000,000248,56722,080No. 2-16-9 for $250,000,000290,80725,832No. 2-16-7 for $332,000,000217,21019,2943. Department of HealthAdvance for 250,000,000 approved by GDB (BGF) Resolution No. 7576 of March 21, 2001250,00022,2074. Infrastructure Financing AuthorityNo. 2-69-3 for $10,000,000 (RC 725/2000)10,3331,5405. Land AuthorityNo. 2-21-12 for $8,000,00012,7331,8986. Housing BankNo. 2-53-10 for $20,000,00018,3862,7407. Tourism Company/Hotel Development CorporationNo. 2-49- for $165,200,000125,00011,1038. Sugar CorporationNo. 2-32-29 for $112,500,000107,9389,5889. Secretary of the TreasuryNo. 2-25-4 for

$23,587,27729,5734,407Budget Deficiency of Fiscal Year 2001268,000-0-Repayment Pledge related to the Sale of Tax Debts103,22215,38310. Solid Waste AuthorityNo. 2-23-8 for $21,400,00021,7453,24111. National Guard Institutional TrustNo. 2-48-I for $6,500,0003,44586312. Puerto Rico PoliceNo. 4-02-01 for $20,500,00022,1713,30413. Aqueduct and Sewer AuthorityNo. 2-14-21 for $22,060,0002,468618No. 2-14-27/28 for $150,000,000 (Act 95/2000)158,34414,065No. 2-14-25/26 for $180,000,000 (Act 179/2000)177,62215,778No. 2-14-20 for $30,000,000 (Act 179/2000)32,8214,891No. 2-14-22 for $32,000,000 (Act 179/2000)37,1245,533No. 2-14-32 for $68,000,000 (Act 179/2000)70,31610,479No. 2-14-19 for $100,000,000103,1359,161No. 2-14- for $112,000,000 (Collective Bargaining Agreement)27,4004,08314. Land AuthoritySeveral Loans*101,7389,037Total$2,443,578$217,996

* Includes several financings granted: No. 2-21-2 for $493,242.87, No. 2-21-7 for $17,216,155.85, No. 2-21-9 for $28,703,126.72, No. 2-21-10 for $2,549,877.39, No. 2-21-13 for $8,983,923.82, No. 2-21-14 for $19,117,909.1 sic], No. 2-21-16 for $8,295,531.94, No. 2-21-111 for $16,008,077.38, No. 2-21-18 for $369,717.13.

**Credits**

Dec. 17, 2001, No. 164, § 2.

7 L.P.R.A. § 607a, PR ST T. 7 § 607a

The Constitution, statutes, and court rules are current through all acts translated by the Translation Office of the Puerto Rico Government through the 2010 Legislative Session and various acts from 2011 to February 2018.

**End of Document**

© 2018 Thomson Reuters. No claim to original U.S. Government Works.

Laws of Puerto Rico Annotated Currentness
Title 7. Banking
Part III. Other Financial Institutions
Chapter 61. Government Development Bank for Puerto Rico
Subchapter IV. Debt Refinancing for Governmental Entities

7 L.P.R.A. § 607b

§ 607b Budget appropriations

The Commonwealth of Puerto Rico shall honor, through budget appropriations made by the Legislature in the operating budgets for each fiscal year for the next thirty (30) years, beginning with fiscal year 2001-2002, the payments of the principal, the interest and any other payment allowed in § 607 of this title concerning the advances, pledges, obligations and loans identified in § 607a of this title, as they are restructured and/r refinanced pursuant to the provisions of this subchapter. Pursuant to this purpose, the Director of the Office of Management and Budget shall include in the operating budgets of the Commonwealth of Puerto Rico submitted annually by the Governor of the Commonwealth of Puerto Rico to the Legislature, beginning with the budget for fiscal year 2001-2002, the amount needed to meet the payment of the principal, the interest and any other payment related thereto. The budget appropriation may not exceed two hundred twenty-five million dollars ($225,000,000) each year, and said annual appropriation shall be made for the term that is necessary to settle the same, but said term shall not exceed thirty (30) fiscal years. The budget appropriations for the payment of the principal and the interest on the loan related to the budget deficiency for fiscal year 2001, which is included in § 607a of this title, shall be included in the operating budget beginning with fiscal year 2002-2003.

**Credits**

-Dec. 17, 2001, No. 164, § 3.

7 L.P.R.A. § 607b, PR ST T. 7 § 607b

Current through all acts translated by the Translation Office of the Puerto Rico

Government through the 2011 Legislative Session and various acts from 2012 to the present. Appendices III (Rules of Civil Procedure) and IV (Rules of Evidence) of Title 32 have been replaced by Appendices V (Rules of Civil Procedure) and VI (Rules of Evidence) of Title 32 by Order of the Supreme Court dated Sept. 4, 2009, but the official translations are not yet available. Also, the official translations of Appendices XII through XXII of Title 3, which encompass various reorganization plans of the Puerto Rico Government and promulgated in 2010 through 2012, have not yet been received. For all missing translations, please consult the Spanish version.

LAWS OF PUERTO RICO ANNOTATED Copyright; 1955-2018 by the Secretary of State of Puerto Rico and LEXISNEXIS of Puerto Rico, Inc. All rights reserved.

**End of Document** © 2021 Thomson Reuters. No claim to original U.S. Government Works.