# U.S. BANK EXHIBIT I

Joint Legislative Resolution 523

of August 24, 2000

I, Melissa Toledo, translator, MA in TESOL, Interamerican University Metro Campus conferred June 17, 2016, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have translated.

(R. C. of the S. 2547)

JOINT RESOLUTION 523

AUGUST 24, 2000

To increase to three hundred ninety million dollars ($390,000,000), including interest, issuance expenses and required reserves, the authorization of the Puerto Rico Aqueduct and Sewer Authority (AAA) to incur obligations through Joint Resolutions No. 138 of July 7, 1997 and 479 of August 14, 1999, and to extend the term of said Resolution until June 30, 2001 or until the date on which a bond issue is made or any other permanent financing mechanism is used for said project.

## EXPLANATORY MEMORANDUM

The North Coast Super-aqueduct (SCN), a project developed by the Puerto Rico Aqueduct and Sewer Authority to meet the present and future drinking water supply needs of the northern coast of Puerto Rico, is the most important aqueduct infrastructure project that has been developed in the last 30 years in Puerto Rico.

When completed, the structure will transfer up to 75 million gallons per day (MGD) of water from the city of Arecibo to the San Juan Metropolitan Area (SJMA). Along its approximately 42-mile trajectory, the SCN will supply drinking water to the municipalities of the north coast (Arecibo, Barceloneta, Manatí, Vega Baja, Vega Alta, Dorado, Toa Baja, Toa Alta, Bayamón, Cataño, San Juan, Guaynabo and Caguas). Of these, Barceloneta and Toa Alta will later be connected to the SNA and the municipalities of Carolina and Trujillo Alto will benefit indirectly. Population growth in this region will result in additional housing, businesses, and industries with a proportional increase in water use. The SNA was planned to consider the needs of the region's residents and population growth projections.

As is well known, AAA and the Infrastructure Financing Authority (AFI) are developing permanent improvement project initiatives to improve the drinking water distribution systems of the North Coast. The North Coast Super-aqueduct, developed by AAA, is the backbone of this improvement plan. Both initiatives are an affirmative step forward in the rehabilitation and expansion of the region's aqueduct infrastructure.

I, Melissa Toledo, translator, MA in TESOL, Interamerican University Metro Campus conferred June 17, 2016, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have translated.

The Government of Puerto Rico has made numerous efforts to provide the necessary economic assistance and to make feasible those improvement programs aimed at supporting AAA in its mission to provide the people of Puerto Rico with reliable aqueduct and sewer systems. Consistent with said public policy, this Legislature has approved budget allocations and authorizations to incur in the obligations that have enabled the current high level of completion of the North Coast Super-aqueduct to become a reality.

The additional funds up to the amount of $390 million are necessary to cover increases in various areas of the Project, issuance expenses, and required reserves. These include land acquisition, permits, environmental compliance and mitigation, contract administration and consulting, modifications to the Project to facilitate and enable future water distribution, design and construction costs claimed by designers and contractors, and costs of insurance policy extensions.

The Legislature of Puerto Rico maintains its support and commitment to this important project by authorizing additional fiscal measures, such as the present one, to make it feasible for AAA to meet the fiscal obligations corresponding to the North Coast Super-aqueduct.

BE IT RESOLVED BY THE LEGISLATURE OF PUERTO RICO:

Article 1. Joint Resolution 138 of July 7, 1997, as amended by Joint Resolution No. 479 of August 14, 1999, is hereby amended to increase the amount of the obligations in which the Puerto Rico Aqueduct and Sewer Authority may incur for the construction of the North Coast Super-aqueduct from Three Hundred Fifty Million ($350,000,000) Dollars, as provided herein, to Three Hundred Seventy-Seven Million ($377,000,000) Dollars plus interest. In addition, the term of the authorization to incur said obligations is extended until June 30, 2001, or until the date on which the obligations of the project are refinanced through the issuance of bonds or any other permanent financing mechanism, whichever occurs later.

Article 2. The Puerto Rico Aqueduct and Sewer Authority may restructure and refinance the balance of the obligations related to the North Coast Super-aqueduct with the Government Development Bank for Puerto Rico, including all expenses related to such restructuring and refinancing transaction, and any deposits in reserve accounts that may be required, up to the maximum principal amount of Three Hundred Ninety Million Dollars ($390,000,000) as referred to in Section 2. The restructured and refinanced debt, pursuant to this Resolution, shall be paid in a maximum term of thirty (30) years at an annual rate not to exceed eight (8) percent per annum. If a note, bond, or other evidence of debt of the Puerto Rico Aqueduct and Sewer Authority that does not accrue interest or that constitutes a capital appreciation bond is used, for purposes of applying the principal limit established in this Article, the principal of said debt shall be the initial principal amount thereof, as established in the document evidencing said debt or in the resolution authorizing the same.

I, Melissa Toledo, translator, MA in TESOL, Interamerican University Metro Campus conferred June 17, 2016, certify that the foregoing is a true and accurate translation, to the best of my abilities, of the document in Spanish which I have translated.

Article 3. The Government of Puerto Rico shall include in its annual budget the payment of principal and premium, if any, and interest on the obligations incurred by the Puerto Rico Aqueduct and Sewer Authority related to the North Coast Super-aqueduct, including any refinancing of such obligations. To that end, the Director of the Office of Management and Budget shall include in the budget of the Government of Puerto Rico for fiscal years 2001-2002 to 2031-2032 to be submitted by the Governor of Puerto Rico to the Legislative Assembly, the amounts necessary to comply with the payment of the obligations or refinanced obligations up to a maximum of thirty-four million nine hundred thousand dollars ($34,900,000) annually. At least one day prior to the due dates for the payment of principal and interest on the obligations, the Secretary of the Treasury shall deposit in a special account in the Government Development Bank for Puerto Rico in the name of the Puerto Rico Aqueduct and Sewer Authority, the amount necessary to comply with the provisions of this Section. The appropriations made by virtue of this Joint Resolution shall be used exclusively for the payment of the obligations incurred related to the North Coast Super-aqueduct and may not be used for other purposes, nor shall they be subject to claims by other creditors of the Puerto Rico Aqueduct and Sewer Authority.

Article 4. The Puerto Rico Aqueduct and Sewer Authority is hereby authorized to match the allocated funds with private, state, municipal or federal contributions.

Article 5. This Joint Resolution shall become effective immediately after its approval.

(R. C. del S. 2547)

# RESOLUCION CONJUNTA 523
# 24 DE AGOSTO DE 2000

Para aumentar a trescientos noventa millones de dólares ($390,000,000), incluyendo intereses, gastos de emisión y reservas requeridas, la autorización que tiene la Autoridad de Acueductos y Alcantarillados de Puerto Rico para incurrir en obligaciones mediante las Resoluciones Conjuntas Núm. 138 del 7 de julio de 1997 y 479 del 14 de agosto de 1999, y extender la vigencia de dicha Resolución hasta el 30 de junio de 2001 o hasta la fecha en que se realice una emisión de bonos o se utilice cualquier otro mecanismo de financiamiento permanente para dicho proyecto.

## EXPOSICION DE MOTIVOS

El Superacueducto de la Costa Norte (SCN), proyecto desarrollado por la Autoridad de Acueductos y Alcantarillados para atender las necesidades actuales y futuras de abasto de agua potable en la costa norte del país, es el proyecto de infraestructura de acueducto más importante que se ha desarrollado en los últimos 30 años en Puerto Rico.

Cuando esté completada, tal estructura transferirá hasta 75 millones de galones diarios (MGD) de agua desde la ciudad de Arecibo hasta el Area Metropolitana de San Juan (AMSJ). A lo largo de su trayectoria, de aproximadamente 42 millas, el SCN le suplirá agua potable a los municipios de la costa norte (Arecibo, Barceloneta, Manatí, Vega Baja, Vega Alta, Dorado, Toa Baja, Toa Alta, Bayamón, Cataño, San Juan, Guaynabo y Caguas). De éstas, Barceloneta y Toa Alta serán conectadas posteriormente al SCN y se beneficiarán indirectamente los municipios de Carolina y Trujillo Alto. El crecimiento poblacional de dicha región resultará en viviendas, comercios e industrias adicionales con un aumento proporcional en el uso de agua. El SCN fue planificado tomando en cuenta las necesidades de los residentes de la región y las proyecciones sobre aumento poblacional.

Como es conocido la AAA y la Autoridad para el Financiamiento de la Infraestructura (AFI) desarrollan iniciativas de proyectos de mejoras permanentes para mejorar los sistemas de distribución de agua potable de la costa norte. El Superacueducto de la Costa Norte, desarrollado por la AAA, es la espina dorsal de dicho plan de mejoras. Ambas iniciativas son un paso afirmativo y de avance en la rehabilitación y expansión de la infraestructura de acueductos en la región.

El Gobierno de Puerto Rico, ha realizado numerosos esfuerzos para proveer la asistencia económica necesaria y viabilizar aquellos programas de mejoras dirigidas a apoyar a la AAA en su encomienda de proveer al Pueblo de Puerto Rico sistemas confiables de acueductos y alcantarillados. Consistente con dicha política pública, esta Asamblea Legislativa ha aprobado asignaciones presupuestarias y autorizaciones para incurrir en obligaciones que han permitido el alto nivel de terminación actual del Superacueducto de la Costa Norte y hacerlo realidad.

Los fondos adicionales hasta la cantidad de $390 millones son necesarios para cubrir aumentos en varias partidas del Proyecto, los gastos de emisión y las reservas requeridas. Entre éstas se encuentran: adquisición de terrenos, tramitación de permisos, cumplimiento y mitigación ambiental, administración de contratos y consultoría, modificaciones al Proyecto para facilitar y viabilizar la distribución de agua en el futuro, costos de diseño y construcción reclamados por los diseñadores y contratistas, y costos de las extensiones a las pólizas de seguros.

La Legislatura de Puerto Rico mantiene su respaldo y compromiso con este importante proyecto, autorizando medidas fiscales adicionales como la presente, para hacer viable que la AAA pueda cumplir con las obligaciones fiscales correspondientes al Superacueducto de la Costa Norte.

**RESUELVESE POR LA ASAMBLEA LEGISLATIVA DE PUERTO RICO:**

Artículo 1.- Se enmienda la Resolución Conjunta 138 del 7 de julio de 1997, según enmendada por la Resolución Conjunta Núm. 479 de 14 de agosto de 1999, para aumentar el monto de las obligaciones en las cuales puede incurrir la Autoridad de Acueductos y Alcantarillados para la construcción del Superacueducto de la Costa Norte de trescientos cincuenta millones ($350,000,000) de dólares, como dispone al presente, a trescientos setenta y siete millones ($377,000,000) de dólares más intereses. Además, se extiende la vigencia de la autorización para incurrir en dichas obligaciones hasta el 30 de junio de 2001 ó hasta la fecha en que se refinancien las obligaciones del proyecto mediante emisión de bonos o mediante cualquier otro mecanismo de financiamiento permanente, lo que ocurra más tarde.

Artículo 2.- La Autoridad de Acueductos y Alcantarillados podrá reestructurar y refinanciar el balance de las obligaciones relacionadas con el Superacueducto de la Costa Norte con el Banco Gubernamental de Fomento para Puerto Rico, incluyendo todos los gastos relacionados a dicha transacción de reestructuración y refinanciamiento, y cualesquiera depósitos en cuentas de reserva que sean requeridos, hasta la cantidad máxima de principal de trescientos noventa millones de dólares ($390,000,000) según se hace referencia en el Artículo 2. La deuda reestructurada y refinanciada, conforme a esta Resolución, deberá pagarse en un término máximo de treinta (30) años a una tasa anual que no excederá de ocho (8) porciento anual. En el caso de que se utilice una nota, bono u otra evidencia de deuda de la Autoridad de Acueductos y Alcantarillados que no devengue intereses o que constituyan un bono de incremento de capital ("capital appreciation bonds"), para propósitos de aplicar el límite de principal establecido en este Artículo, el principal de dicha deuda será la cantidad inicial del principal de la misma, según se establezca en el documento que evidencie dicha deuda o en la resolución que autorice la misma.

Artículo 3.- El Gobierno de Puerto Rico incluirá en su presupuesto anual el pago de principal y prima, si alguna, e intereses de las obligaciones en que incurra la Autoridad de Acueductos y Alcantarillados relacionadas con el Superacueducto de la Costa Norte, incluyendo cualquier refinanciamiento de dichas obligaciones. A tenor con dicho fin, el Director de la Oficina de Gerencia y Presupuesto incluirá en el presupuesto del Gobierno de Puerto Rico para los años fiscales 2001-2002 al 2031-2032 a ser sometido por el Gobernador de Puerto Rico a la Asamblea Legislativa, las cantidades necesarias para cumplir con el pago de las obligaciones o de las obligaciones refinanciadas, según sea el caso, hasta un máximo de treinta y cuatro

millones novecientos mil dólares ($34,900,000) anuales. Al menos un día antes de las fechas de vencimiento del pago de principal e intereses de las obligaciones, el Secretario de Hacienda depositará en una cuenta especial en el Banco Gubernamental de Fomento para Puerto Rico a nombre de la Autoridad de Acueductos y Alcantarillados, la cantidad necesaria para cumplir con lo establecido en este Artículo. Las asignaciones realizadas por virtud de esta Resolución Conjunta, serán utilizadas exclusivamente para el pago de las obligaciones incurridas relacionadas con el Superacueducto de la Costa Norte y no podrán ser utilizadas para otros propósitos, ni estarán sujetas a reclamaciones por otros acreedores de la Autoridad de Acueductos y Alcantarillados.

Artículo 4.- Se autoriza a la Autoridad de Acueductos y Alcantarillados a parear los fondos asignados con aportaciones particulares, estatales, municipales o federales.

Artículo 5.- Esta Resolución Conjunta comenzará a regir inmediatamente después de su aprobación.