# FILED UNDER SEAL

# USB Exhibit N

Settlement Agreement and Invoice Instructions, entered into between AAFAF and U.S. Bank, dated December 21, 2018

U.S Bank will file a Motion to Seal regarding Exhibit N.