**Exhibit A**

**Party Appearance Sheet**

| Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | Assured |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? | **Mark C. Ellenberg**<br>mark.ellenberg@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(202) 862-2238<br>Notice of Appearance: ECF No. 138<br>Zoom Screen Name: Assured / Ellenberg, Mark / Cadwalader, Wickersham & Taft LLP<br>Will participate in both the Final Pretrial Conference and the Confirmation Hearing.<br><br>**William J. Natbony**<br>bill.natbony@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504 6351<br>Notice of Appearance: ECF No. 3676<br>Zoom Screen Name: Assured / Natbony, Bill / Cadwalader, Wickersham & Taft LLP<br>Will participate in both the Final Pretrial Conference and the Confirmation Hearing.<br><br>**Casey J. Servais**<br>casey.servais@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504-6193<br>Notice of Appearance: ECF No. 143<br>Zoom Screen Name: Assured / Servais, Casey / Cadwalader, Wickersham & Taft LLP<br>Will participate in both the Final Pretrial Conference and the Confirmation Hearing.<br><br>**Thomas J. Curtin**<br>thomas.curtin@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504-6063<br>Notice of Appearance: ECF No. 141<br>Zoom Screen Name: Assured / Curtin, Thomas / Cadwalader, Wickersham & Taft LLP<br>Will participate in both the Final Pretrial Conference and the Confirmation Hearing. |

| | |
|---|---|
| Plan Objection Docket Entry No. | N/A |
| Witness List Docket Entry No. | N/A |
| Exhibit List Docket Entry No. | ECF No. 18682-1 (Original) <br> ECF No. 18813 (Amended) |
| Other Statement Docket Entry No. | ECF No. 18584 (Statement in Support) <br> Monolines' Reply to DRA Parties' Confirmation Objections to be filed later today. |