## **<u>Exhibit B</u>**

**Party Witness Cover Sheet**

| Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
|---|---|
| Does the Party intend to offer a witness? | The Assured Entities do not currently intend to present any live witness testimony at the Confirmation Hearing but respectfully reserves the right to cross-examine any witness should the need arise during the Confirmation Hearing. |
| Total Number of Witnesses | N/A |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |