## Exhibit C

**Party Exhibit Cover Sheet**

| Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
|---|---|
| Does the Party intend to offer evidence? | Yes |
| Total Number of Exhibits Offered by the Party | Assured, together with Ambac Assurance Corporation, National Public Finance Guarantee Corporation, and Financial Guaranty Insurance Company (collectively, the "Monolines") offer **58 exhibits**. These exhibits are listed below. |
| Exhibit Identifier[1] | Docket Entry No. | Description of Exhibit |
| Monolines Ex. 1 | 18813-1 | Resolution No. 68-18, Adopted June 13, 1968, Authorizing and Securing Highway Revenue Bonds |
| Monolines Ex. 2 | 18813-2 | Resolution No. 98-06, Adopted February 26, 1998, Authorizing and Securing Transportation Revenue Bonds |
| Monolines Ex. 3 | 18813-3 | HTA[2] Resolution No. 83-01 |
| Monolines Ex. 4 | 18813-4 | HTA Resolution No. 98-08 |
| Monolines Ex. 5 | 18813-5 | Resolution 2002-04 excerpted from closing binder for HTA Series D, Series E, Series F Bonds (Feb. 7, 2002) |
| Monolines Ex. 6 | 18813-6 | Closing binder containing documents from the 2002 HTA bond issuance of Series D, Series E, Series F Bonds (Feb. 7, 2002) |
| Monolines Ex. 7 | 18813-7 | Security Agreement by and between HTA and Owners of Transportation Revenue Bonds, dated February 7, 2002 and UCC-1 filed by HTA |
| Monolines Ex. 8 | 18813-8 | HTA Resolution 2003-23, Authorizing 2003 Revenue Refunding Bonds Series AA |
| Monolines Ex. 9 | 18813-9 | HTA Resolutions, including Resolution 2003-30 at HTA_STAY0004474-75 |
| Monolines Ex. 10 | 18813-10 | Official Statement for HTA Series AA Bonds Issued Pursuant to 1968 Resolution, dated April 10, 2003 |

---

[1] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").

[2] "HTA" or "PRHTA" means the Puerto Rico Highways and Transportation Authority.

| | | |
|---|---|---|
| Monolines Ex. 11 | 18814-1 | Official Statement, HTA 1977 Series L Highway Revenue Bonds |
| Monolines Ex. 12 | 18814-2 | Official Statement, Series Y&Z Highway Bonds |
| Monolines Ex. 13 | 18814-3 | 2010 Reoffering Circular re: Series AA and Series H Bonds |
| Monolines Ex. 14 | 18814-4 | GDB[3] Resolution EC-2010-18 |
| Monolines Ex. 15 | 18814-5 | GDB Resolution 9179-A |
| Monolines Ex. 16 | 18814-6 | GDB Resolution EC-1697 |
| Monolines Ex. 17 | 18814-7 | HTA Resolution No. 2008-31 |
| Monolines Ex. 18 | 18814-8 | GDB Resolution 8804 |
| Monolines Ex. 19 | 18814-9 | GDB Resolution 9195 |
| Monolines Ex. 20 | 18814-10 | GDB Resolution 9296 |
| Monolines Ex. 21 | 18814-11 | HTA Resolution Num. 2010-15 |
| Monolines Ex. 22 | 18814-12 | HTA Resolution No. 2010-19 |
| Monolines Ex. 23 | 18814-13 | HTA Resolution 2009-01 |
| Monolines Ex. 24 | 18814-14 | GDB Resolution 9024 |
| Monolines Ex. 25 | 18814-15 | GDB Resolution EC-2009-05 |
| Monolines Ex. 26 | 18814-16 | HTA Resolution 2009-24 |
| Monolines Ex. 27 | 18814-17 | HTA Resolution 2008-13 |
| Monolines Ex. 28 | 18814-18 | Letter from GDB to HTA dated 11/10/09 |
| Monolines Ex. 29 | 18814-19 | Letter from GDB to HTA dated 8/1/2018 |
| Monolines Ex. 30 | 18814-20 | Letter from GDB to HTA dated 6/24/10 |
| Monolines Ex. 31 | 18814-21 | Letter from GDB to HTA dated 10/6/09 |
| Monolines Ex. 32 | 18814-22 | Letter from GDB to HTA dated 1/26/09 |
| Monolines Ex. 33 | 18814-23 | Spreadsheet Tracking HTA Revenues 2017-2020 |
| Monolines Ex. 34 | 18814-24 | AAFAF FY16-FY21 HTA Flow of Funds Summary |
| Monolines Ex. 35 | 18814-25 | March 19, 2008 Loan Agreement and Amendments |

---

[3] "GDB" means the Government Development Bank for Puerto Rico.

| | | |
|---|---|---|
| Monolines Ex. 36 | 18814-26 | August 6, 2008 Loan Agreement and Amendments |
| Monolines Ex. 37 | 18814-27 | October 30, 2009 Loan Agreement and Amendments |
| Monolines Ex. 38 | 18814-28 | October 30, 2009 Loan Agreement II and Amendments |
| Monolines Ex. 39 | 18814-29 | October 30, 2009 Amended and Restated Loan Agreement and Amendments |
| Monolines Ex. 40 | 18814-30 | November 9, 2009 Loan Agreement and Amendments |
| Monolines Ex. 41 | 18814-31 | June 30, 2010 Loan Agreement and Amendments |
| Monolines Ex. 42 | 18814-32 | July 13, 2010 Loan Agreement and Amendments |
| Monolines Ex. 43 | 18815-1 | August 27, 2010 Loan Agreement and Amendments |
| Monolines Ex. 44 | 18815-2 | August 27, 2010 Loan Agreement II |
| Monolines Ex. 45 | 18815-3 | August 28, 2013 Loan Agreement and Amendments |
| Monolines Ex. 46 | 18815-4 | October 27, 2011 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 47 | 18815-5 | November 29, 2011 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 48 | 18815-6 | September 12, 2012 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 49 | 18815-7 | February 28, 2013 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 50 | 18815-8 | January 16, 2014 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 51 | 18815-9 | GDB-HTA Promissory Notes |
| Monolines Ex. 52 | 18815-10 | GDB Assignment and Security Agreement and Amendments |
| Monolines Ex. 53 | 18815-11 | UCC-1 Financing Statement filed by HTA, August 2013 and Financing Statement Amendment |
| Monolines Ex. 54 | 18815-12 | UCC Financing Statements filed by Puerto Rico Highway and Transportation Authority |
| Monolines Ex. 55 | 18816-1 (Part 1 of 2) | GDB Qualifying Modification Solicitation Statement, August 9, 2018 |

| | | |
|---|---|---|
| | 18816-2 (Part 2 of 2) | |
| Monolines Ex. 56 | 18816-3 (Part 1 of 5)<br><br>18816-4 (Part 2 of 5)<br><br>18816-5 (Part 3 of 5)<br><br>18816-6 (Part 4 of 5)<br><br>18816-7 (Part 5 of 5) | HTA Audited Financial Statements – 2008-2019<br><br>(2010, 2014, 2015, 2019 HTA Audited Financial Statements are available on the EMMA online database) |
| Monolines Ex. 57 | 18817-1 (Part 1 of 7)<br><br>18817-2 (Part 2 of 7)<br><br>18817-3 (Part 3 of 7)<br><br>18817-4 (Part 4 of 7)<br><br>18817-5 (Part 5 of 7)<br><br>18817-6 (Part 6 of 7)<br><br>18817-7 (Part 7 of 7) | Commonwealth Financial Statements 1998-2018<br><br>(Commonwealth Financial Statements from 1998-2018 are available on the Departmento de Hacienda website) |
| Monolines Ex. 58 | 18817-8 | Official Statement for HTA Series M and Series N Transportation Revenue Bonds issued pursuant to 1998 Resolution |

Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a).

I, Howard R. Hawkins Jr., certify that each evidentiary document listed above has been filed or is being filed on the docket at the ECF numbers noted above, by counsel for Ambac on behalf of all the Monolines.