# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br>　　　as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br>　　　　　　　　　　　Debtors.[1] | PROMESA <br> Title III <br><br> Case No. 17-03283 (LTS) <br><br> (Jointly Administered) |

## INFORMATIVE MOTION OF FINANCIAL GUARANTY
## INSURANCE COMPANY REGARDING
## THE PRETRIAL CONFERENCE AND CONFIRMATION HEARING

Financial Guaranty Insurance Company ("FGIC") hereby submits this Pretrial Informative Motion in compliance with the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* (ECF No. 18502) ("Hearing Procedures Order")[2] and respectfully states as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Hearing Procedures Order.

1. Martin A. Sosland (martin.sosland@butlersnow.com), James E. Bailey III, (jeb.bailey@butlersnow.com), and Adam M. Langley (adam.langley@butlersnow.com) of Butler Snow LLP and María E. Picó (mpico@rexachpico.com) of Rexach & Picó, CSP, will speak on behalf of FGIC at the Pretrial Conference and the Confirmation Hearing.

2. FGIC wishes to present opening argument in support of confirmation of the Plan of Adjustment.

3. In conjunction therewith, FGIC wishes to present opening argument relating to the "GDB Loan Priority Determination" (as defined in the Plan of Adjustment), to the extent that issue is not already resolved by a decision of this Court on the Monolines' pending motion to dismiss the claims brought by the DRA Parties in the DRA Adversary Proceeding (the "Motion to Dismiss").[3] FGIC respectfully submits that there are no material factual issues in dispute relating to that issue, and it does not intend to call any witnesses relating to that issue (or any other issue). As discussed in the Motion to Dismiss and the *Monolines' Reply to the Objection of the DRA Parties to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico; et al.* ("Monolines' Reply"), to be filed later today, the governing documents at issue unambiguously establish, as a matter of law, that the DRA Parties' claims and liens are subordinated to the HTA bonds. And the other evidence submitted for the record at the plan confirmation hearing supports that same conclusion, as discussed in the Monolines' Reply.

4. Nonetheless, should the need arise, FGIC respectfully reserves the right to cross-examine any witness on any material factual issue during the Confirmation Hearing.

---

[3] The "DRA Adversary Proceeding" is the adversary proceeding commenced by the DRA Parties against the Monolines and certain other parties, captioned *AmeriNational Community Services, LLC, et al. v. Ambac Assurance Corporation, et al.*, Adv. Proc. No. 21-00068-LTS (D.P.R.).

2

61952346.v3

5. FGIC reserves the right to present argument (A) in opposition to the objection sand relief sought set forth in the Joint Objection of the Underwriter Defendants to the Plan and Proposed Confirmation Order (ECF NO. 18587), (B) in relation to any hearings on the qualifying modifications of the Puerto Rico Infrastructure Financing Authority ("PRIFA"), being Case No. 21-01492 in the United States District Court for the District of Puerto Rico, and the Puerto Rico Convention Center District Authority ("CCDA"), being Case No. 21-01493 in the United States District Court for the District of Puerto Rico (together, the "Qualifying Modifications"), and (C) in response to any issue affecting FGIC's interests under the Plan.

6. In compliance with the Hearing Procedures Order, annexed hereto as **Exhibit A** is FGIC's Party Appearance Sheet, as **Exhibit B** is FGIC's Witness Cover Sheet, and as **Exhibit C** is FGIC's Exhibit Cover Sheet.

7. Additionally, FGIC, together with Assured Guaranty Corp., Assured Guaranty Municipal Corp., Ambac Assurance Corporation, and National Public Finance Guarantee Corporation (the "Monolines") offers the 58 exhibits identified in Exhibit C, which were filed with the Court as an attachments to the Monolines' Amended Exhibit List (see ECF Nos. 18813-18817) pursuant to the *Order Regarding Confirmation Hearing Exhibit Procedures* (ECF No. 18749). As a point of clarification, the Monolines' Amended Exhibit List varies slightly and nominally from the Exhibit List submitted on October 22, 2021 (ECF No. 18628-1) in that the Amended Exhibit List replaces versions of exhibits from the Monolines' original Exhibit List that did not have Bates stamps with versions that have Bates stamps from prior productions in these Title III proceedings. These changes were made purely to resolve any authentication concerns in an effort to streamline the plan confirmation proceedings. The Monolines advised the Government Parties and the DRA Parties of this non-substantive modification, and no party objected to such

61952346.v3

modification. To avoid duplicative filings, the Pretrial Informative Motions filed today by Monolines will refer to this same Amended Exhibit List and the corresponding document filings attached thereto.

8. Ms. Picó, Mr. Sosland, Mr. Bailey and Mr. Langley reserve the right to be heard on any matter raised by any party at the Pretrial Conference and/or the Confirmation Hearing as concerns FGIC related to the Title III cases, or any adversary proceeding pending in the Title III cases, or the interests of FGIC.

Dated: October 27, 2021.

          Respectfully submitted,

          **REXACH & PICÓ, CSP**

          By: */s/ María E. Picó*
             María E. Picó
             USDC-PR 123214
             802 Ave. Fernández Juncos
             San Juan PR 00907-4315
             Telephone: (787) 723-8520
             Facsimile: (787) 724-7844
             E-mail: mpico@rexachpico.com

          **BUTLER SNOW LLP**

          By: */s/ Martin A. Sosland*
             Martin A. Sosland (*pro hac vice*)
             2911 Turtle Creek, Suite 1400
             Dallas, TX 75219
             Telephone: (469) 680-5502
             Facsimile: (469) 680-5501
             E-mail: martin.sosland@butlersnow.com

61952346.v3

        James E. Bailey III (*pro hac vice*)
        Adam M. Langley (*pro hac vice)*
        6075 Poplar Ave., Suite 500
        Memphis, TN  38119
        Telephone: (901) 680-7200
        Facsimile: (615) 680-7201
        E-mail: jeb.bailey@butlersnow.com
        adam.langley@butlersnow.com

*Attorneys for Financial Guaranty Insurance Company*

5

61952346.v3

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

The 27th day of October, 2021.

By: /s/ *Martin A. Sosland*
Martin A. Sosland

61952346.v3

**EXHIBIT A**

**Party Appearance Sheet**

| Name of Party | Financial Guaranty Insurance Company |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | FGIC |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? | María E. Picó<br>mpico@rexachpico.com<br>Rexach & Picó, CSP<br>(787) 723-8520<br>Notice of Appearance Dkt. No. 101<br>Zoom Screen Name: FGIC/Picó, Maria/Rexach & Picó<br>Will attend both the Final Pretrial Conference and the Confirmation Hearing<br><br>Martin A. Sosland<br>martin.sosland@butlersnow.com<br>Butler Snow LLP<br>(469) 680-5502<br>PHV Dkt No. 150<br>Zoom Screen Name: FGIC/Sosland, Martin/Butler Snow<br>Will attend both the Final Pretrial Conference and the Confirmation Hearing<br><br>Adam M. Langley<br>adam.langley@butlersnow.com<br>Butler Snow LLP<br>(901) 680-7316<br>PHV Dkt. No. 11804<br>Zoom Screen Name: FGIC/Langley, Adam/Butler Snow<br>Will attend both the Final Pretrial Conference and the Confirmation Hearing<br><br>James E. Bailey<br>jeb.bailey@butlersnow.com<br>Butler Snow LLP<br>(901) 680-7347<br>PHV Dkt. No. 11831<br>Zoom Screen Name: FGIC/Bailey, Jeb/Butler Snow |

61952346.v3

|  | Will attend both the Final Pretrial Conference and the Confirmation Hearing. |
|---|---|
| Plan Objection Docket Entry No. | N/A |
| Witness List Docket Entry No. | N/A |
| Exhibit List Docket Entry No. | ECF No. 18682-1 (original) <br> ECF No. 18813 – 18817 (amended) |
| Other Statement Docket Entry No. | ECF No. 18595 (Statement in Support) <br> Monolines' Reply to DRA Parties' Confirmation Objections to be filed contemporaneously herewith.) |

61952346.v3

**Exhibit B**

**Party Witness Cover Sheet**

| Name of Party | Financial Guaranty Insurance Company |
|---|---|
| Does the Party intend to offer a witness? | FGIC does not currently intend to present any live witness testimony at the Confirmation Hearing but respectfully reserves the right to cross-examine any witness should the need arise during the Confirmation Hearing. |
| Total Number of Witnesses | N/A |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

61952346.v3

## Exhibit C

## Party Exhibit Cover Sheet

| Name of Party | Financial Guaranty Insurance Company |
|---|---|
| Does the Party intend to offer evidence? | Yes |
| Total Number of Exhibits Offered by the Party | FGIC, together with Ambac Assurance Corporation, National Public Finance Guarantee Corporation, Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, the "Monolines") offers **58 exhibits**. These exhibits are listed below. |
| Exhibit Identifier[4] | Docket Entry No. | Description of Exhibit |
| Monolines Ex. 1 | 18813-1 | Resolution No. 68-18, Adopted June 13, 1968, Authorizing and Securing Highway Revenue Bonds |
| Monolines Ex. 2 | 18813-2 | Resolution No. 98-06, Adopted February 26, 1998, Authorizing and Securing Transportation Revenue Bonds |
| Monolines Ex. 3 | 18813-3 | HTA[5] Resolution No. 83-01 |
| Monolines Ex. 4 | 18813-4 | HTA Resolution No. 98-08 |
| Monolines Ex. 5 | 18813-5 | Resolution 2002-04 excerpted from closing binder for HTA Series D, Series E, Series F Bonds (Feb. 7, 2002) |
| Monolines Ex. 6 | 18813-6 | Closing binder containing documents from the 2002 HTA bond issuance of Series D, Series E, Series F Bonds (Feb. 7, 2002) |
| Monolines Ex. 7 | 18813-7 | Security Agreement by and between HTA and Owners of Transportation Revenue Bonds, dated February 7, 2002 and UCC-1 filed by HTA |
| Monolines Ex. 8 | 18813-8 | HTA Resolution 2003-23, Authorizing 2003 Revenue Refunding Bonds Series AA |

---

[4] Each Exhibit should be named in sequential party-identified numbering (e.g., "FOMB Ex. 1" or "UCC Ex. A").

[5] "HTA" or "PRHTA" means the Puerto Rico Highways and Transportation Authority.

61952346.v3

| | | |
|---|---|---|
| Monolines Ex. 9 | 18813-9 | HTA Resolutions, including Resolution 2003-30 at HTA_STAY0004474-75 |
| Monolines Ex. 10 | 18813-10 | Official Statement for HTA Series AA Bonds Issued Pursuant to 1968 Resolution, dated April 10, 2003 |
| Monolines Ex. 11 | 18814-1 | Official Statement, HTA 1977 Series L Highway Revenue Bonds |
| Monolines Ex. 12 | 18814-2 | Official Statement, Series Y&Z Highway Bonds |
| Monolines Ex. 13 | 18814-3 | 2010 Reoffering Circular re: Series AA and Series H Bonds |
| Monolines Ex. 14 | 18814-4 | GDB[6] Resolution EC-2010-18 |
| Monolines Ex. 15 | 18814-5 | GDB Resolution 9179-A |
| Monolines Ex. 16 | 18814-6 | GDB Resolution EC-1697 |
| Monolines Ex. 17 | 18814-7 | HTA Resolution No. 2008-31 |
| Monolines Ex. 18 | 18814-8 | GDB Resolution 8804 |
| Monolines Ex. 19 | 18814-9 | GDB Resolution 9195 |
| Monolines Ex. 20 | 18814-10 | GDB Resolution 9296 |
| Monolines Ex. 21 | 18814-11 | HTA Resolution Num. 2010-15 |
| Monolines Ex. 22 | 18814-12 | HTA Resolution No. 2010-19 |
| Monolines Ex. 23 | 18814-13 | HTA Resolution 2009-01 |
| Monolines Ex. 24 | 18814-14 | GDB Resolution 9024 |
| Monolines Ex. 25 | 18814-15 | GDB Resolution EC-2009-05 |
| Monolines Ex. 26 | 18814-16 | HTA Resolution 2009-24 |
| Monolines Ex. 27 | 18814-17 | HTA Resolution 2008-13 |
| Monolines Ex. 28 | 18814-18 | Letter from GDB to HTA dated 11/10/09 |
| Monolines Ex. 29 | 18814-19 | Letter from GDB to HTA dated 8/1/2018 |
| Monolines Ex. 30 | 18814-20 | Letter from GDB to HTA dated 6/24/10 |
| Monolines Ex. 31 | 18814-21 | Letter from GDB to HTA dated 10/6/09 |

---

[6] "GDB" means the Government Development Bank for Puerto Rico.

11

61952346.v3

Case:17-03283-LTS   Doc#:18843   Filed:10/27/21   Entered:10/27/21 12:31:51   Desc: Main
Document   Page 12 of 13

| | | |
|---|---|---|
| Monolines Ex. 32 | 18814-22 | Letter from GDB to HTA dated 1/26/09 |
| Monolines Ex. 33 | 18814-23 | Spreadsheet Tracking HTA Revenues 2017-2020 |
| Monolines Ex. 34 | 18814-24 | AAFAF FY16-FY21 HTA Flow of Funds Summary |
| Monolines Ex. 35 | 18814-25 | March 19, 2008 Loan Agreement and Amendments |
| Monolines Ex. 36 | 18814-26 | August 6, 2008 Loan Agreement and Amendments |
| Monolines Ex. 37 | 18814-27 | October 30, 2009 Loan Agreement and Amendments |
| Monolines Ex. 38 | 18814-28 | October 30, 2009 Loan Agreement II and Amendments |
| Monolines Ex. 39 | 18814-29 | October 30, 2009 Amended and Restated Loan Agreement and Amendments |
| Monolines Ex. 40 | 18814-30 | November 9, 2009 Loan Agreement and Amendments |
| Monolines Ex. 41 | 18814-31 | June 30, 2010 Loan Agreement and Amendments |
| Monolines Ex. 42 | 18814-32 | July 13, 2010 Loan Agreement and Amendments |
| Monolines Ex. 43 | 18815-1 | August 27, 2010 Loan Agreement and Amendments |
| Monolines Ex. 44 | 18815-2 | August 27, 2010 Loan Agreement II |
| Monolines Ex. 45 | 18815-3 | August 28, 2013 Loan Agreement and Amendments |
| Monolines Ex. 46 | 18815-4 | October 27, 2011 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 47 | 18815-5 | November 29, 2011 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 48 | 18815-6 | September 12, 2012 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 49 | 18815-7 | February 28, 2013 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 50 | 18815-8 | January 16, 2014 Spanish Language Loan Agreement and Amendments |
| Monolines Ex. 51 | 18815-9 | GDB-HTA Promissory Notes |

12

61952346.v3

| Monolines Ex. 52 | 18815-10 | GDB Assignment and Security Agreement and Amendments |
|---|---|---|
| Monolines Ex. 53 | 18815-11 | UCC-1 Financing Statement filed by HTA, August 2013 and Financing Statement Amendment |
| Monolines Ex. 54 | 18815-12 | UCC Financing Statements filed by Puerto Rico Highway and Transportation Authority |
| Monolines Ex. 55 | 18816-1 (Part 1 of 2)<br>18816-2 (Part 2 of 2) | GDB Qualifying Modification Solicitation Statement, August 9, 2018 |
| Monolines Ex. 56 | 18816-3 (Part 1 of 5)<br>18816-4 (Part 2 of 5)<br>18816-5 (Part 3 of 5)<br>18816-6 (Part 4 of 5)<br>18816-7 (Part 5 of 5) | HTA Audited Financial Statements – 2008-2019<br><br>(2010, 2014, 2015, 2019 HTA Audited Financial Statements are available on the EMMA online database) |
| Monolines Ex. 57 | 18817-1 (Part 1 of 7)<br>18817-2 (Part 2 of 7)<br>18817-3 (Part 3 of 7)<br>18817-4 (Part 4 of 7)<br>18817-5 (Part 5 of 7)<br>18817-6 (Part 6 of 7)<br>18817-7 (Part 7 of 7) | Commonwealth Financial Statements 1998-2018<br><br>(Commonwealth Financial Statements from 1998-2018 are available on the Departmento de Hacienda website) |
| Monolines Ex. 58 | 18817-8 | Official Statement for HTA Series M and Series N Transportation Revenue Bonds issued pursuant to 1998 Resolution |

61952346.v3