**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br><br>*Debtors.*[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**PRETRIAL INFORMATIVE MOTION**

The undersigned counsel pursuant to paragraph 4a of the ORDER REGARDING PROCEDURES FOR HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT (Docket Entry No. 18502) respectfully informs as follows:

1. On October 19, 2021 Cooperativa de Ahorro y Cédito Abraham Rosa, Cooperativa de Ahorro y Cédito de Ciales, Cooperativa de Ahorro y Cédito de Rincón, Cooperativa de Ahorro y Cédito Vega Alta, Cooperativa de Ahorro y Cédito Dr. Manuel Zeno Gandía, and Cooperativa de Ahorro y Cédito de Juan Díaz (hereinafter, "the Credit Unions") filed a joint objection to the confirmation of debtor's Seventh Plan of Adjustment (the "Plan") (Docket Entry No. 18594).

---

[1] The Debtors in these Title III Cases, along with each debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of federal Tax ID: 3481); (ii) Puerto Rico Sales tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. The undersigned counsel wishes to participate at the Confirmation Hearing on the Plan.

3. The Credit Unions hereby attach as **Exhibits A** hereto each of the parties' Party Appearance Sheet.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above.

**CERTIFICATE OF SERVICE**: I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

In San Juan, Puerto Rico this 27th day of October, 2021.



*Attorneys for Credit Unions*
*PO Box 191757*
*San Juan, PR 00919-1757*

*/s/ Enrique M. Almeida, Esq.*
*Enrique M. Almeida, Esq.*
*USDC-PR 217701*
*enrique.almeida@almeidadavila.com*