**EXHIBIT A1[1]**

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party  **Cooperativa de Ahorro y Crédito Abraham Rosa** | |
| Party Name Abbreviation (For Use with Zoom[2])  **Credit Unions PR** | |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name, **Enrique M. Almeida, Esq.**<br>• Email, **enrique.almeida@almeidadavila.com**<br>• Law Firm, **Almeida & Dávila, PSC**<br>• Phone Number **787-722-2500**<br>• Docket Entry No. for the Attorney's Notice of Appearance **2995**<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a)) **Credit Unions PR/Almeida, Enrique/Almeida &Dávila, PSC**<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? **Confirmation Hearing**<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| Plan Objection Docket Entry No. **18594** | |
| Witness List Docket Entry No. N/A | |
| Exhibit List Docket Entry No.N/A | |
| Other Statement Docket Entry No. N/A | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[1]     This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **EXHIBIT A1**.

[2]     See Confirmation Hearing Procedures Order, ¶ 9(a).

EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party **Cooperativa de Ahorro y Crédito Rincón** | |
| Party Name Abbreviation (For Use with Zoom[2]) **Credit Unions PR** | |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name, **Enrique M. Almeida, Esq.**<br>• Email, **enrique.almeida@almeidadavila.com**<br>• Law Firm, **Almeida & Dávila, PSC**<br>• Phone Number **787-722-2500**<br>• Docket Entry No. for the Attorney's Notice of Appearance **2999**<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a)) **Credit Unions PR/Almeida, Enrique/Almeida &Dávila, PSC**<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? **Confirmation Hearing**<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| Plan Objection Docket Entry No. **18594** | |
| Witness List Docket Entry No. N/A | |
| Exhibit List Docket Entry No. N/A | |
| Other Statement Docket Entry No. N/A | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[1]   This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **EXHIBIT A1**.

[2]   See Confirmation Hearing Procedures Order, ¶ 9(a).

211014 EXHIBIT A. APPEARANCE SHEET          VERSION OCTOBER 14, 2021                    1

# EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party **Cooperativa de Ahorro y Crédito Ciales** | |
| Party Name Abbreviation (For Use with Zoom[2]) **Credit Unions PR** | |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name, **Enrique M. Almeida, Esq.**<br>• Email, **enrique.almeida@almeidadavila.com**<br>• Law Firm, **Almeida & Dávila, PSC**<br>• Phone Number **787-722-2500**<br>• Docket Entry No. for the Attorney's Notice of Appearance **3631**<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a)) **Credit Unions PR/Almeida, Enrique/Almeida &Dávila, PSC**<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? **Confirmation Hearing**<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| Plan Objection Docket Entry No. **18594** | |
| Witness List Docket Entry No. N/A | |
| Exhibit List Docket Entry No. N/A | |
| Other Statement Docket Entry No. N/A | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[1]   This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **EXHIBIT A1**.

[2]   See Confirmation Hearing Procedures Order, ¶ 9(a).

EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party **Cooperativa de Ahorro y Crédito Zeno Gandía** | |
| Party Name Abbreviation<br>(For Use with Zoom[2]) **Credit Unions PR** | |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name, **Enrique M. Almeida, Esq.**<br>• Email, **enrique.almeida@almeidadavila.com**<br>• Law Firm, **Almeida & Dávila, PSC**<br>• Phone Number **787-722-2500**<br>• Docket Entry No. for the Attorney's Notice of Appearance **3002**<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a)) **Credit Unions PR/Almeida, Enrique/Almeida &Dávila, PSC**<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? **Confirmation Hearing**<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| Plan Objection Docket Entry No. **18594** | |
| Witness List Docket Entry No. N/A | |
| Exhibit List Docket Entry No.N/A | |
| Other Statement Docket Entry No. N/A | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

_____

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **EXHIBIT A1**.

[2] See Confirmation Hearing Procedures Order, ¶ 9(a).

EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party **Cooperativa de Ahorro y Crédito Juana Díaz** | |
| Party Name Abbreviation (For Use with Zoom[2]) **Credit Unions PR** | |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name, **Enrique M. Almeida, Esq.**<br>• Email, **enrique.almeida@almeidadavila.com**<br>• Law Firm, **Almeida & Dávila, PSC**<br>• Phone Number **787-722-2500**<br>• Docket Entry No. for the Attorney's Notice of Appearance **3632**<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a)) **Credit Unions PR/Almeida, Enrique/Almeida &Dávila, PSC**<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? **Confirmation Hearing**<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| Plan Objection Docket Entry No. **18594** | |
| Witness List Docket Entry No. N/A | |
| Exhibit List Docket Entry No. N/A | |
| Other Statement Docket Entry No. N/A | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **EXHIBIT A1**.

[2] See Confirmation Hearing Procedures Order, ¶ 9(a).

EXHIBIT A[1]

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party **Cooperativa de Ahorro y Crédito Vega Alta** | |
| Party Name Abbreviation (For Use with Zoom[2]) **Credit Unions PR** | |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name, **Enrique M. Almeida, Esq.**<br>• Email, **enrique.almeida@almeidadavila.com**<br>• Law Firm, **Almeida & Dávila, PSC**<br>• Phone Number **787-722-2500**<br>• Docket Entry No. for the Attorney's Notice of Appearance **3001**<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a)) **Credit Unions PR/Almeida, Enrique/Almeida &Dávila, PSC**<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? **Confirmation Hearing**<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | |
| Plan Objection Docket Entry No. **18594** | |
| Witness List Docket Entry No. N/A | |
| Exhibit List Docket Entry No. N/A | |
| Other Statement Docket Entry No. N/A | |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

_____

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **EXHIBIT A1**.

[2] See Confirmation Hearing Procedures Order, ¶ 9(a).

211014 EXHIBIT A. APPEARANCE SHEET        VERSION OCTOBER 14, 2021        1