# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283-LTS |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| | : | |
| | : | |
| Debtors.¹ | : | |

### NOTICE OF AMENDED APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rule 83(D) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico the parties listed below appear herein as counsel to, and on behalf of, the American Federation of State, County and Municipal Employees ("AFSCME"), and request that all notices given or required to be given and all papers served in this case, be delivered to and served upon the parties identified below at the following addresses:

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the Commonwealth") (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| **AFSCME** | **STROOCK & STROOCK & LAVAN LLP** |
| Judith Rivlin | Kenneth Pasquale |
| Teague P. Paterson | Sherry J. Millman |
| 1101 17th Street NW, Suite 900 | 180 Maiden Lane |
| Washington, DC 20011 | New York, NY 10038-4982 |
| (202) 775-5900 (Telephone) | (212) 806-5400 (Telephone) |
| (202) 452-0556 (Facsimile) | (212) 806-6006 (Facsimile) |
| jrivlin@afscme.org | kpasquale@stroock.com |
| tpaterson@afscme.org | smillman@stroock.com |

**ESCANELLAS & JUAN PSC**
Anibal Escanellas-Rivera
204 Domenech Avenue
San Juan, Puerto Rico 00918
(787) 758-3000 (Telephone)
escanellas@prtc.net

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited or master service lists are used in this proceeding, the parties listed above request inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended nor shall be deemed to waive AFSCME's substantive or procedural rights, including any rights, claims, actions, defenses, setoffs, or recoupments to which AFSCME is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to

2

constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Federal Rules of Civil Procedure.

Dated: October 27, 2021

ESCANELLAS & JUAN PSC

/s/ Anibal Escanellas-Rivera
ANIBAL ESCANELLAS-RIVERA
U.S.D.C. PR Bar No. 208908
204 Domenech Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 758-3000
escanellas@prtc.net

-and-

**AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES**
Judith Rivlin (admitted *pro hac vice*)
Teague P. Paterson (admitted *pro hac vice*)
1101 17th Street NW, Suite 900
Washington, DC 20011
(202) 775-5900 (Telephone)
(202) 452-0556 (Facsimile)
jrivlin@afscme.org
tpaterson@afscme.org

-and-

Kenneth Pasquale (admitted *pro hac vice*)
Sherry J. Millman (admitted *pro hac vice*)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400 (Telephone)
(212) 806-6006 (Facsimile)
kpasquale@stroock.com
smillman@stroock.com

*Attorneys for the American Federation of State, County and Municipal Employees*

3

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: October 27, 2021

/s/ Kenneth Pasquale
KENNETH PASQUALE