**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) ) ) | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | ) ) ) ) | Case No. 17-BK-03283 (LTS) |
| as representative of | ) ) ) | |
| THE COMMONWEALTH OF PUERTO RICO, ET AL., | ) ) ) ) | |
| Debtors.[1] | ) ) ) | |
| In re: | ) ) ) | PROMESA Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO | ) ) ) ) | Case No. 17-BK-03566 (LTS) |
| as representative of | ) ) ) | |
| THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, | ) ) ) ) ) | |
| Debtor. | ) ) | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**REPLY OF THE PUERTO RICO FUNDS IN SUPPORT OF AND RESERVATION OF RIGHTS WITH RESPECT TO THE SEVENTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL.**

To the Honorable United States District Judge Laura Taylor Swain:

The Puerto Rico Funds[2] respectfully submit this reply[3] in support of and reservation of rights with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [ECF No. 17627 in Case No. 17-bk-03283] (the "Plan"), and respectfully state as follows:

---

[2] GNMA & US Government Target Maturity Fund for Puerto Rico Residents, Inc. (f/k/a Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.), Mortgage-Backed & US Government Securities Fund for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.), Puerto Rico Residents Bond Fund I (f/k/a Puerto Rico Investors Bond Fund I), Puerto Rico Residents Tax-Free Fund, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund, Inc.), Puerto Rico Residents Tax-Free Fund II, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund II), Inc., Puerto Rico Residents Tax-Free Fund III, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund III, Inc.), Puerto Rico Residents Tax-Free Fund IV, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund IV, Inc.), Puerto Rico Residents Tax-Free Fund V, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund V, Inc.), Puerto Rico Residents Tax-Free Fund VI, Inc. (f/k/a Puerto Rico Investors Tax- Free Fund VI, Inc.), Tax-Free Fixed Income Fund for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund, Inc.), Tax-Free Fixed Income Fund II for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund II, Inc.), Tax-Free Fixed Income Fund III for Puerto Rico Residents, Inc. (Puerto Rico Fixed Income Fund III, Inc.), Tax-Free Fixed Income Fund IV for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund IV, Inc.), Tax-Free Fixed Income Fund V for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund V, Inc.), Tax-Free Fixed Income Fund VI for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund VI, Inc.), Tax Free Fund for Puerto Rico Residents, Inc. (f/k/a Tax-Free Puerto Rico Fund, Inc.), Tax Free Fund II for Puerto Rico Residents, Inc. (f/k/a Tax-Free Puerto Rico Fund II, Inc.), Tax-Free High Grade Portfolio Bond Fund for Puerto Rico Residents, Inc. (f/k/a Puerto Rico AAA Portfolio Bond Fund, Inc.), Tax-Free High Grade Portfolio Bond Fund II for Puerto Rico Residents, Inc. (f/k/a Puerto Rico AAA Portfolio Bond Fund II, Inc.), Tax-Free High Grade Portfolio Target Maturity Fund for Puerto Rico Residents, Inc. (f/k/a Puerto Rico AAA Portfolio Target Maturity Fund, Inc.), Tax Free Target Maturity Fund for Puerto Rico Residents, Inc. (f/k/a Tax-Free Puerto Rico Target Maturity Fund, Inc.), and UBS IRA Select Growth & Income Puerto Rico Fund.

[3] Pursuant to the *Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* [ECF No. 17639 in Case No. 17-bk-03283], "[t]he Debtors and other parties in interest are authorized to file and serve no later than 5:00 p.m. (Atlantic Standard Time) on October 27, 2021: (i) replies or an omnibus reply to any objections to the confirmation of the Plan . . . ." *See also Amended Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 18394 in Case No. 17-bk-03283] (setting deadline for replies to objections to plan confirmation).

2

**REPLY**

1. The Puerto Rico Funds are party to the ERS Stipulation (as defined in the Plan). Consistent with the ERS Stipulation, the Puerto Rico Funds support confirmation of the Plan. To the extent that objections concerning the treatment of bondholders under the Plan (see, e.g., ECF Nos. 18111, 18663 in Case No. 17-bk-03283) implicate the ERS Stipulation, the Court should overrule them. The ERS Stipulation is reasonable and satisfies the applicable standards recognized by the First Circuit. *See Jeffrey v. Desmond*, 70 F.3d 183, 185 (1st Cir. 1995) (discussing factors for approving a compromise).

**RESERVATION OF RIGHTS**

2. The Puerto Rico Funds hereby reserve their right to be heard at the confirmation hearing with respect to any issue relevant to the confirmation of the Plan, including any amendments thereto.[4] In addition, as the Oversight Board acknowledged in the *Notice of Submission of Plan Supplement and Plan Related Documents by the Commonwealth of Puerto Rico, et al.* [ECF No. 18470 in Case No. 17-bk-03283] filed on October 11, 2021 (the "Plan Supplement"), certain "Plan Related Documents remain subject to negotiations with parties in interest," including, among others, the ERS Trust Agreement attached as Exhibit D to the Plan Supplement. Accordingly, the Puerto Rico Funds reserve their right to be heard at the confirmation hearing with respect to the Plan Supplement.

---

[4] Under section 4(a) of the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* [ECF No. 18502 in Case No. 17-bk-03283], counsel for parties-in-interest that have "filed a timely objection to or statement on confirmation of the Plan" may file a pretrial informative motion and participate at the Confirmation Hearing.

In San Juan, Puerto Rico, today Wednesday, October 27, 2021.

| | |
|---|---|
| /s/ Alicia I. Lavergne-Ramírez | /s/ John K. Cunningham |
| José C. Sánchez-Castro USDC-PR 213312 | Glenn M. Kurtz (*pro hac vice*) |
| jsanchez@sanchezlrv.com | John K. Cunningham (*pro hac vice*) |
| | WHITE & CASE LLP |
| Alicia I. Lavergne-Ramírez | 1221 Avenue of the Americas |
| USDC-PR 215112 | New York, NY 10036 |
| alavergne@sanchezlrv.com | Tel. (212) 819-8200 |
| | Fax (212) 354-8113 |
| SÁNCHEZ/LRV LLC | gkurtz@whitecase.com |
| 270 Muñoz Rivera Avenue, Suite 1110 | jcunningham@whitecase.com |
| San Juan, PR 00918 | |
| Tel. (787) 522-6776 | Jason N. Zakia (*pro hac vice*) |
| Fax: (787) 522-6777 | Cheryl T. Sloane (*pro hac vice*) |
| | Jesse L. Green (*pro hac vice*) |
| | WHITE & CASE LLP |
| | 200 S. Biscayne Blvd., Suite 4900 |
| | Miami, FL 33131 |
| | Tel. (305) 371-2700 |
| | Fax (305) 358-5744 |
| | jzakia@whitecase.com |

*Counsel for GNMA & US Government Target Maturity Fund for Puerto Rico Residents, Inc. (f/k/a Puerto Rico GNMA & U.S. Government Target Maturity Fund, Inc.), Mortgage-Backed & US Government Securities Fund for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Mortgage-Backed & U.S. Government Securities Fund, Inc.), Puerto Rico Residents Bond Fund I (f/k/a Puerto Rico Investors Bond Fund I), Puerto Rico Residents Tax-Free Fund, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund, Inc.), Puerto Rico Residents Tax-Free Fund II, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund II), Inc., Puerto Rico Residents Tax-Free Fund III, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund III, Inc.), Puerto Rico Residents Tax-Free Fund IV, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund IV, Inc.), Puerto Rico Residents Tax-Free Fund V, Inc. (f/k/a Puerto Rico Investors Tax-Free Fund V, Inc.), Puerto Rico Residents Tax-Free Fund VI, Inc. (f/k/a Puerto Rico Investors Tax- Free Fund VI, Inc.), Tax-Free Fixed Income Fund for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund, Inc.), Tax-Free Fixed Income Fund II for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund II, Inc.), Tax-Free Fixed Income Fund III for Puerto Rico Residents, Inc. (Puerto Rico Fixed Income Fund III, Inc.), Tax-Free Fixed Income Fund IV for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund IV, Inc.), Tax-Free Fixed Income Fund V for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund V, Inc.), Tax-Free Fixed Income Fund VI for Puerto Rico Residents, Inc. (f/k/a Puerto Rico Fixed Income Fund VI, Inc.), Tax Free Fund for Puerto Rico Residents, Inc. (f/k/a Tax-Free Puerto Rico Fund, Inc.), Tax Free Fund II for Puerto Rico Residents, Inc. (f/k/a Tax-Free Puerto Rico Fund II, Inc.), Tax-Free High Grade Portfolio Bond Fund for Puerto Rico*

*Residents, Inc. (f/k/a Puerto Rico AAA Portfolio Bond Fund, Inc.), Tax-Free High Grade Portfolio Bond Fund II for Puerto Rico Residents, Inc. (f/k/a Puerto Rico AAA Portfolio Bond Fund II, Inc.), Tax-Free High Grade Portfolio Target Maturity Fund for Puerto Rico Residents, Inc. (f/k/a Puerto Rico AAA Portfolio Target Maturity Fund, Inc.), Tax Free Target Maturity Fund for Puerto Rico Residents, Inc. (f/k/a Tax-Free Puerto Rico Target Maturity Fund, Inc.), and UBS IRA Select Growth & Income Puerto Rico Fund*

5