# Exhibit A

# EXHIBIT A

## PARTY APPEARANCE SHEET

| Name of Party | **Official Committee of Retired Employees** |
|---|---|
| Party Name Abbreviation (For Use with Zoom[2]) | **Retiree Committee** |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both? | **Catherine Steege**<br>• **csteege@jenner.com**<br>• **Jenner & Block LLP**<br>• **(312) 923-2952**<br>• **Dkt. 444**<br>• **Retiree Committee/Steege, Catherine/Jenner & Block**<br>• **Final Pretrial Conference and Confirmation Hearing**<br><br>**Robert Gordon**<br>• **rgordon@jenner.com**<br>• **Jenner & Block LLP**<br>• **(212) 891-1610**<br>• **Dkt. 405**<br>• **Retiree Committee/Gordon, Robert/Jenner & Block**<br>• **Final Pretrial Conference and Confirmation Hearing** |
| Plan Objection Docket Entry No. | **N/A** |
| Witness List Docket Entry No. | **18655** |
| Exhibit List Docket Entry No. | **18822** |
| Other Statement Docket Entry No. | **18562** |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[2] See Confirmation Hearing Procedures Order, ¶ 9(a).