# Exhibit B

# EXHIBIT B

## PARTY WITNESS COVER SHEET

| Name of Party | | | **Official Committee of Retired Employees** |
|---|---|---|---|
| Does the Party intend to offer a witness? | | | **Yes** |
| Total Number of Witnesses | | | **One** |
| Witness Name<br><br>**Simon Johnson** | Expert or Fact Witness<br><br>**Expert Witness** | Is interpreter required?*<br><br>**No** | Scope of Testimony<br><br>**The testimony located in Dr. Johnson's declaration and expert report [Dkt. 18822]. Dr. Johnson's principal opinions are:**<br><br>• **Any cut to the pensions of the government employees would have a negative impact on the Puerto Rican economy.**<br><br>• **The proposed cuts of up to 8.5% above the threshold of $1,500 per month are less damaging than the cuts originally put forward by the FOMB.**<br><br>• **Any cuts that are deeper than the proposed cuts could significantly worsen the risks facing the economy over the medium term.**<br><br>• **Cutting pensions further could destabilize economic prospects and jeopardize Puerto Rico's future access to credit markets.**<br><br>• **The Plan of Adjustment's proposed treatment of pensioners relative to bondholders is justified based on current and likely future economic circumstances.** |
| I, Catherine Steege, certify that I have attached each evidentiary document referenced by the above-identified party as a separate exhibit to this cover letter. | | | |