# Exhibit C

**EXHIBIT C**

PARTY EXHIBIT COVER SHEET

| Name of Party | The Official Committee of Retired Employees |
|---|---|
| Does the Party intend to offer evidence? | Yes |
| Total Number of Exhibits Offered by the Party | One |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
| **RTC A** | **18822** | **Declaration and accompanying expert report and appendix of Dr. Simon Johnson** |

Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a).