IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br>　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>　et al.,<br>　　　　Debtors[1] | PROMESA<br>Title III<br><br><br>Case No. 3:17-03283<br>(LTS) |

## INFORMATIVE MOTION IN ACCORDANCE WITH PROCEDURES ORDER FOR HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT

**Cooperativa de Ahorro y Crédito Vegabajeña ("Cooperativa"),** files this *Informative Motion* in accordance with the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* (Dkt. No. 18502) (*Confirmation Hearing Procedures*), and respectfully informs that Carlos A. Quilichini Paz, Esq. intends to appear on behalf of *Cooperativa* at the *Confirmation Hearing* scheduled for November 8th, 2021 at 9:30 a.m. (AST) via Zoom.

At present, counsel for *Cooperativa* is not intent on presenting argument, cross examine witnesses and/or present rebuttal testimony at the *Confirmation Hearing*. Nonetheless, *Cooperativa* reserves its rights to do so in accordance with the *Confirmation Hearing Procedures*, applicable Court orders and law. Further, *Cooperativa* reserves its right to be heard, respond to, regarding statements and/or issues raised by any party related to these proceedings, *Adversary Proceeding 19-00028*, and the *Objection to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico* filed by *Cooperativa* (Dkt. No. 18551).

---

[1] The Debtors in this Title III case are: (i) The Commonwealth of Puerto Rico (Bankr. Case No. 17-bk-3283-LTS); (ii) The Employees Retirement System of the Govt. of the Commonwealth of Puerto Rico ("ERS") (Bankr. Case No. 17-bk-3566-LTS); (iii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankr. Case No. 17-bk-3284-LTS); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankr. Case No. 17-bk-3567-LTS); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankr. Case No. 17-bk-4780-LTS); and the Puerto Rico Public Buildings Authority ("PBA") (Bankr. Case No. 19-BK-5523-LTS).

Informative Motion in Accordance With Procedures
Order for Hearing on Confirmation of Plan of Adjustment                                         2

As per the *Confirmation Hearing Procedures* attached are Exhibits A, B and C.

**Respectfully submitted.**

### CERTIFICATE OF SERVICE

I certify that on this date, I filed a true and correct copy of the foregoing Informative Motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

In San Juan, Puerto Rico, this 27th day of October 2021.

*/s/ Carlos A. Quilichini Paz*
USDCPR 120906
Jessica M. Quilichini Ortiz
USDCPR 223803
Post Office Box 9020895
San Juan, PR 00902
Telephone:     (787) 729-1720
Email: quilichinipazc@microjuris.com
*Attorneys for Cooperativa de Ahorro y*
*Crédito Vegabajeña*