**EXHIBIT B**[1]

PARTY WITNESS COVER SHEET

| Name of Party | COOPERATIVA DE AHORRO Y CREDITO |
|---|---|
| Does the Party intend to offer a witness? | None. Cooperativa reserves its right to do so in accordance with Congirmation Hearing Procedures, applicable law and Court orders. |
| Total Number of Witnesses | |

| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| I, [*insert filing attorney name* or *pro se party-in-interest*], certify that I have attached each evidentiary document referenced by the above-identified party as a separate exhibit to this cover letter. |
|---|

*The Court does not provide interpreters for witness testimony.

---

[1] This Party Witness Cover Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit B**.