UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MOTION TO SEAL FOR LIMITED DURATION AND FOR SUPPLEMENTAL BRIEFING

The Court has received and reviewed *The DRA Parties' Urgent Motion to File Certain of the DRA Confirmation Hearing Exhibits Under Seal* (Docket Entry No. 18837 in Case No. 17-3283, the "Motion to Seal"),[2] filed by the DRA Parties. Through the Motion to Seal, the DRA Parties seek to file under seal the DRA Confirmation Exhibits. The Motion to Seal asks the Court to maintain the confidentiality of the DRA Confirmation Exhibits because they contain "Confidential Material" or "Confidential Information" under the Protective Orders.

The Motion to Seal does not include sufficient information to justify sealing of the DRA Confirmation Exhibits. Thus, the Court will only permit the DRA Confirmation Exhibits to be filed under seal for a limited duration, during which time interested parties may submit briefing to the Court explaining why continued sealing is appropriate. Accordingly:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Seal.

1. The DRA Parties are entitled to file the full, unredacted versions of the DRA Confirmation Exhibits under seal. The filing must, however, redact the information required by Rule 9037(a) of the Federal Rules of Bankruptcy Procedure.

2. The Clerk of Court shall allow access to the DRA Confirmation Exhibits to the Oversight Board, the Debtors, AAFAF, the UCC, the Retiree Committee, and the Monolines.

3. Any party may file with the Court a short brief justifying the continued sealing of the DRA Confirmation Exhibits or redaction of certain information in the DRA Confirmation Exhibits by **November 2, 2021**. The Court will thereafter take any such requests for continued sealing on submission.

4. This Order is without prejudice to the rights of any party in interest to seek to unseal the DRA Confirmation Exhibits or any part thereof.

5. This Order resolves Docket Entry No. 18837 in Case No. 17-3283.

SO ORDERED.

Dated: October 27, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge