**EXHIBIT A**

**PARTY APPEARANCE SHEET**

| Name of Party | Official Committee of Unsecured Creditors / Special Litigation Counsel |
|---|---|
| Party Name Abbreviation (For Use with Zoom[1]) | Creditors' Committee / Special Counsel |
| Confirmation Hearing Participant<br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both?<br>or<br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | **John Arrastia**<br>jarrastia@gjb-law.com<br>Genovese Joblove & Battista, P.A.<br>(305) 349-2329<br>Docket No. 6308/9465<br>Creditors' Committee/Arrastia, John/GJB<br><br>**Jesus M. Suarez**<br>jsuarez@gjb-law.com<br>Genovese Joblove & Battista, P.A.<br>(305) 913-6682<br>Docket No. 6308/7621<br>Creditors' Committee/Suarez, Jesus / GJB |
| Plan Objection Docket Entry No. | |
| Witness List Docket Entry No. | |
| Exhibit List Docket Entry No. | |
| Other Statement Docket Entry No. | Statement and Reservation of Rights filed at Docket Nos. 18589 and 18658.<br><br>Objections at Dkts. 1687 and Dkt. 16993. |

---

[1] See Confirmation Hearing Procedures Order, ¶ 10(a)