**EXHIBIT B**

PARTY WITNESS COVER SHEET

| Name of Party | **Official Committee of Unsecured Creditors** |
|---|---|
| Does the Party intend to offer a witness? | No, but the Official Committee of Unsecured Creditors reserves its right be heard on any matter presented to the Court and to respond to any statements made by any party related to the above-captioned Title III cases, and/or any adversary proceeding pending in the Title III cases, to the extent it impacts the rights, claims, or interests of the Official Committee of Unsecured Creditors and/or their constituents. |
| Total Number of Witnesses | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| | | | |
| | | | |
| | | | |
| | | | |
| I, [*insert filing attorney name* or *pro se party-in-interest*], certify that I have attached each evidentiary document referenced by the above-identified party as a separate exhibit to this cover letter. ||||

* The Court does not provide interpreters for witness testimony.