UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ X
                                                            :

In re:                                                     :

THE FINANCIAL OVERSIGHT AND            :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,   :   Title III
                                                    :
       as representative of                       :   Case No. 17-BK-3283 (LTS)
                                                    :
THE COMMONWEALTH OF PUERTO RICO *et al.,*   :   (Jointly Administered)
                                                      :
       Debtors.[1]                                         :
------------------------------------------------------------------------ X

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, ACTING BY AND THROUGH
ITS SPECIAL CLAIMS COMMITTEE, REGARDING ORDER REGARDING
PROCEDURES FOR HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT**

To the Honorable United States District Court Judge Laura Taylor Swain:

      1.      The Financial Oversight and Management Board for the Commonwealth of Puerto Rico (the "Commonwealth"), acting through its Special Claims Committee (the "Special Claims Committee"), hereby submits this informative motion in response to the Court's *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* [ECF No. 18502].

      2.      Sunni P. Beville, Esq. and Tristan G. Axelrod, Esq. of Brown Rudnick LLP and Carlos Infante of Estrella LLC will appear virtually appear and speak solely as necessary or

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

requested on behalf of the Special Claims Committee in Courtroom 17C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY to address, as necessary, the following matters:

a) Plan. *Seventh Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, Et Al.,* [Docket No. 17627] (the "Plan").

b) Confirmation Order. *Order And Judgment Confirming Seventh Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, Et Al.,* (the "Proposed Confirmation Order", along with the Plan, collectively the "Motions") attached as Exhibit A to the *Notice Of Filing Of Proposed Order And Judgment Confirming Seventh Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, Et Al.* [Docket No. 18447].

c) Any objections, responses, statements, joinders, or replies to the Motions, including, but not limited to, any other related motions or responsive pleadings filed in connection with this matter; and

d) Any other matters scheduled for the hearing or statements made by any party in connection with the Title III cases, objections or any adversary proceeding pending therein.

3. The Special Claims Committee is attaching as **Exhibit A** hereto the Party Appearance Sheet.

WHEREFORE, the Special Claims Committee respectfully requests that the Court take notice of the foregoing.

Dated: October 27, 2021 /s/Sunni P. Beville

BROWN RUDNICK LLP
Sunni P. Beville, Esq. (*Pro Hac Vice*)
One Financial Center
Boston, MA 02111
Tel: (617) 856-8200
sbeville@brownrudnick.com

*Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

and

/s/ Carlos Infante

ESTRELLA, LLC
Kenneth C. Suria (USDC-PR 213302)
Alberto Estrella (USDC-PR 209804)
Carlos Infante (USDC-PR 301801)
P. O. Box 9023596
San Juan, Puerto Rico 00902–3596
Tel.: (787) 977-5050
Fax: (787) 977-5090

*Local Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

# EXHIBIT A[1]
## PARTY APPEARANCE SHEET

| Name of Party | |
|---|---|
| Party Name Abbreviation (For Use with Zoom[2]) | Special Claims Committee |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both?<br><br>or<br><br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Sunni P. Beville<br>sbeville@brownrudnick.com<br>Brown Rudnick LLP<br>+1.617.856.8475<br>Pro Hac Order: 4733<br>Special Claims Committee, Beville, Sunni, Brown Rudnick<br>Hearings: Both<br><br>Tristan Axelrod<br>taxelrod@brownrudnick.com<br>Brown Rudnick LLP<br>+1.617.856.8456<br>Pro Hac Order: 9111<br>Special Claims Committee, Axelrod, Tristan, Brown Rudnick<br>Hearings: Both<br><br>Carlos Infante<br>cinfante@estrellallc.com<br>787-977-5099<br>Special Clams Committee, Infante, Carlos, Estrella, LLC |
| Plan Objection Docket Entry No. | N/A |
| Witness List Docket Entry No. | N/A |
| Exhibit List Docket Entry No. | N/A |
| Other Statement Docket Entry No. | N/A |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the Confirmation Hearing Procedures Order ¶ 2, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. No amicus appearances on Zoom will be permitted for purposes of the Confirmation Hearing.<br><br>Parties-in-interest not appearing by counsel must have (i) filed a written objection on behalf of him or herself and/or a statement of support in relation to plan confirmation consistent with either (1) *Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* and/or (ii) *the Confirmation Hearing Procedures Order*. | |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] See Confirmation Hearing Procedures Order, ¶ 9(a).