# **EXHIBIT A**

**Exhibit A**

| Declaration of William J. Natbony In Support of Motion to Dismiss, Adv. Proc. 21-00068-LTS, ECF No. 46 | Description of Exhibit | Monolines' Confirmation Exhibits filed Oct. 27, 2021 |
|---|---|---|
| Natbony Decl. Ex. 1 | HTA Resolution No. 83-01 | Monoline Ex. 3; ECF No. 18813-3 |
| Natbony Decl. Ex. 2 | HTA Resolution No. 98-08 | Monoline Ex. 4; ECF No. 18813-4 |
| Natbony Decl. Ex. 3 | 2002 GDB-HTA Security Agreement, dated February 7, 2002 | Monoline Ex. 7; ECF No. 18813-7 |
| Natbony Decl. Ex. 4 | 2008 GDB-HTA Loan Agreement (March 19, 2008) | Monoline Ex. 35; ECF No. 18814-25 |
| Natbony Decl. Ex. 5 | 2008 GDB-HTA Loan Agreement (August 6, 2008) | Monoline Ex. 36; ECF No. 18814-26 |
| Natbony Decl. Ex. 6 | 2009 GDB-HTA Loan Agreement I (October 30, 2009) | Monoline Ex. 37; ECF No. 18814-27 |
| Natbony Decl. Ex. 7 | 2009 GDB-HTA Loan Agreement II (October 30, 2009) | Monoline Ex. 38; ECF No. 18814-28 |
| Natbony Decl. Ex. 8 | 2009 GDB-HTA Loan Agreement (November 9, 2009) | Monoline Ex. 40; ECF No. 18814-30 |
| Natbony Decl. Ex. 9 | 2010 GDB-HTA Loan Agreement (June 30, 2010) | Monoline Ex. 41 |
| Natbony Decl. Ex. 10 | 2010 GDB-HTA Loan Agreement (July 13, 2010) | Monoline Ex. 42; ECF No. 18814-32 |
| Natbony Decl. Ex. 11 | 2010 GDB-HTA Loan Agreement I (August 27, 2010) | Monoline Ex. 43; ECF No. 18815-1 |
| Natbony Decl. Ex. 12 | 2010 GDB-HTA Loan Agreement II (August 27, 2010) | Monoline Ex. 44; ECF No. 18815-2 |
| Natbony Decl. Ex. 13 | Certified Translation of 2014 GDB-HTA Loan Agreement (January 6, 2014) | Monoline Ex. 50; ECF No. 18815-8 |
| Natbony Decl. Ex. 14 | GDB-HTA Promissory Notes | Monoline Ex. 51; ECF No. 18815-9 |
| Natbony Decl. Ex. 15 | Resolution EC 2010-18 | Monoline Ex. 14; ECF No. 18814-4 |
| Natbony Decl. Ex. 16 | 2010 Reoffering Circular | Monoline Ex. 13; ECF No. 18814-3 |
| Natbony Decl. Ex. 17 | GDB Solicitation Statement of Qualifying Modification | Monoline Ex. 55; ECF Nos. 18816-1 and 18816-2 |

-2-

| Declaration of William J. Natbony In Support of Motion to Dismiss, Adv. Proc. 21-00068-LTS, ECF No. 46 | Description of Exhibit | Monolines' Confirmation Exhibits filed Oct. 27, 2021 |
|---|---|---|
| Natbony Decl. Ex. 20 | 2011 GDB-HTA Loan Agreement, dated November 29, 2011 and amendments thereto with Certified Translation | Monoline Ex. 47; ECF No. 18815-5 |
| Natbony Decl. Ex. 21 | 2012 GDB-HTA Loan Agreement, dated September 12, 2012 and amendments thereto with Certified Translation | Monoline Ex. 48; ECF No. 18815-6 |
| Natbony Decl. Ex. 22 | 2013 Spanish GDB-HTA Loan Agreement, dated February 28, 2013 and amendments thereto with Certified Translation | Monoline Ex. 49; ECF No. 18815-7 |