## **Exhibit A**

**Objections**

| TITLE AND ECF NO. | FILING PARTY |
|---|---|
| *Objection to "Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al." by Creditor PFZ Properties, Inc.* [**ECF No. 9223**] | Creditor PFZ Properties, Inc. |
| *Objection to "Title III Joint Amended Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." by Sucesión Pastor Mandry Mercado, Excepting Javier Mandry Mercado* [**ECF No. 12701**] | Sucesión Pastor Mandry Mercado, excepting Javier Mandry Mercado |
| *Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Second Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al."* [**ECF No. 16481**] | Sucesión Pastor Mandry Mercado, excepting Javier Mandry Mercado |
| *Motion to Join Objection to "Second Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." (Docket No. 16481)* [**ECF No. 16668**] | Vicente Pérez Acevedo and Corporación Marcaribe Investment |
| *Third Amendment Title III Joint Plan Adjustment {ECF No 16740} as Amended. 'The Plan" Payment of the Retirement Plan for Public Employees.* [**ECF No. 16871**] | Antonio Martin Cervera |
| *Third Amendment Title III Joint Plan Adjustment {ECF No 16740} as Amended. 'The Plan" Payment of the Retirement Plan for Public Employees.* [**ECF No. 16872**] | Maria Teresita Martin |
| Objection of Wanda I Ortiz Santiago [**ECF No. 16939**] | Wanda I. Ortiz Santiago |
| *Objections from Retires [sic] Members* [**ECF No. 16955**] | Nancy I. Negron-Lopez |
| *Objection to "Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al." by Creditor PFZ Properties, Inc.* [**ECF No. 16969**] | PFZ Properties, Inc. |
| *Limited Objection of the Ad Hoc Group of FGIC Noteholders to the (I) Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al., and (II) Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [**ECF No. 17001**] | Ad Hoc Group of FGIC Noteholders |
| *Joinder of Creditor Demetrio Amador Inc./Demetrio Amador Roberts to Creditor PFZ Properties, Inc.'s Objection to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al.* [**ECF No. 17005**] | Creditor Demetrio Amador Inc. / Demetrio Amador Roberts, ("Amador") |
| *Objection to Disclosure Statement and or the Plan of Adjustment at Dkt. No. 16740 & 16741*[**ECF No. 17013**] | Suiza Dairy Corp. ("Suiza") |

| | |
|---|---|
| *Maruz Real Estate Corp.'s Motion for Joinder to Creditor PFZ Properties, Inc.'s Objection to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al. Filed at Docket No. 16969* **[ECF No. 17016]** | Maruz Real Estate Corp., ("Maruz") |
| *Objection to the Third Oversight Board's Plan of Adjustment and Disclosure Statement Dated May 11, 2021 and Requesting for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 3013 to Reclassify Together Employees Wage Claims Included in Class 55, with Class 49 AFSCME Employees Claims or in the Alternative, be Placed in a Separate Class, to Provide Group Wage Claim Holders Equal Treatment as that Provided to AFSCME Employees Grivance [sic] and Colective Bargaining [sic] Prepetition Wage Awards and Requesting Related Reliefs* **[ECF No. 17021]** | Group Wage Creditors |
| *Motion to Oposition [sic] to the Restructuration [sic] Plan of the $100 Billion Fiscal Debt Dismembering What is Left of Puerto Rico. We the People of Vieques Would Like to Know How Much Vieques Owe?* **[ECF No. 17047]** | Yashei Rosario - President and Chairman |
| *Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al."* **[ECF No. 17062]** | Sucesión Pastor Mandry Mercado |
| *Motion to File Exhibit #1: Copy of the 535 Documents to be File [sic] at the U.S. Congress the White House and the Department of Justice also Submitting, Development Socioeconomic and Conservation Fideicomiso of Vieques Desco, Inc., Board Resolution With the Community Signatures* **[ECF No. 17116]** | Yashei Rosario - President and Chairman |
| Objection of Wanda I. Ortiz Santiago **[ECF No. 17175]** | Wanda I. Ortiz Santiago |
| *Reservation of Rights of the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* **[ECF No. 17202]** | Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") |
| *Pro Se Objection Based on a Matter of Fact Issue From 111 Plan of Adjustment of the Commonwealth of Puerto Rico by PROMESA Act* **[ECF No. 17436]** | Ana A. Nunez Velazquez |
| *Pro Se Objection Based on a Matter of Fact Issue from Non Debtors Class on Board* **[ECF No. 17438]** | Ana A. Nunez Velazquez |
| *Motion Reafirming [sic] Objection to Sixth Amended Disclosure Statement and/or the Sixth Amended Plan of Adjustment at Dkt. No. 17517* **[ECF No. 17526]** | Suiza Dairy Corp. ("Suiza") |
| *Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al."* **[ECF No. 17998]** | Sucesión Pastor Mandry Mercado, Excepting Javier Mandry Mercado |

| | |
|---|---|
| *Informative Motion* [ECF No. 18091] | Vaquería Tres Monjitas, Inc. (VTM) |
| *Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 18111] | Edgardo Marquez Lizardi |
| *Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 18249] | Edgardo Marquez Lizardi |
| *Objection of Maria M. Ortiz Morales* | Maria M. Ortiz Morales |
| *Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al." by Creditor PFZ Properties, Inc.* [ECF No. 18418] | PFZ Properties, Inc. |
| *Objection to Confirmation of Plan of Reorganization of the GO Bonds (by Individual Bondholder Arthur Samodovitz)* [ECF No. 18433] | Arthur Samodovitz (Individual Bondholder) |
| *Reservation of Rights of PSA Creditors Regarding Ballots Cast With Respect to Seventh Amended Plan of Adjustment* [ECF No. 18453] | PSA Creditors |
| *Joinder to PSA Creditors' Reservation of Rights Regarding Ballots Cast With Respect to Seventh Amended Plan of Adjustment* [ECF No. 18479] | Ambac Assurance Corporation ("Ambac") |
| *Motion in Objection to the Plan of Adjustment Filed Before the Federal Bankruuptcy [sic] Court for the District of P.R., ERS* [ECF No. 18485] | Miguel Luna de Jesus |
| *Notice of Constitutional Challenge to a Statute* [ECF No. 18486] | PFZ Properties, Inc. |
| *Objection to the "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, et al."* [ECF No. 18504] | Ismael L. Purcell Soler, Alys Collazo Bougeois and the community property they compose |
| Objection of Mildred Batista De Leon [ECF No. 18505] | Mildred Batista De Leon |
| Objection of Javier Alejandrino Osorio [ECF No. 18506] | Javier Alejandrino Osorio |
| *Objection of Service Employees International Union to Plan of Adjustment and Proposed Confirmation Order* [ECF No. 18511] | Service Employees International Union ("SEIU") |
| *Objection to Seventh Amended Title III Joint Plan of Adjustment of the Puerto Rico Public Buildings Authority* [ECF No. 18512] | Mapfre PRAICO Insurance Company (the "Surety") |
| *Objection to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico* [ECF No. 18513] | Mapfre PRAICO Insurance Company (the "Surety") |
| *Preserving Rights in Both Ways: Creditors & Debtors at the Oversight Board of Plan of Adjutment [sic] at the Commonwealth of Puerto Rico* [ECF No. 18529] | Ana A. Nunez Velazquez |
| *Objection to Confirmation of "The Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al." by Creditors Who are Plaintiffs in Certain Cases Under 42 U.S.C. §1983* [ECF No. 18535] | Creditors Who are Plaintiffs in Certain Cases Under 42 U.S.C. §1983 |
| *Objection of Med Centro, Inc. Formerly Consejo Salud De La Comunidad De La Playa De Ponce, Inc. to "Seventh Amended Title III Joint Pan [sic] of Adjustment of the Commonwealth of Puerto Rico, et. al"* [ECF No. 18538] | Med Centro, Inc. Formerly Consejo Salud De La Comunidad De La Playa De Ponce, Inc. ("Med Centro") |

| | |
|---|---|
| *Motion by the "Asociación De Jubilados De La Judicatura De Puerto Rio" ("AJJPR") and the Hon. Hector Urgell to Submit Objections to Modification to the Judicial Reitrement [sic] System* **[ECF No. 18548]** | Asociación De Jubilados De La Judicatura De Puerto Rio ("AJJPR") and the Hon. Hector Urgell Cuebas |
| *Legal Brief of the "Asociación De Jubilados_De La Judicatura De Puerto Rico" ("AJJPR") and Hon. Hector Urgell Cuebas, Former Judge of the Puerto Rico Court of Appeals and Participant of the Judicial Retirement System in Support of Motion to Submit Objections to the Modification to the Judicial Retirement System Proposed by FOMB's Plan of Adjustment and Disclosure Statement* **[ECF No. 18549]** | Asociación De Jubilados De La Judicatura De Puerto Rio ("AJJPR") and the Hon. Hector Urgell Cuebas |
| *Objection to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico* **[ECF No. 18551]** | Cooperativa de Ahorro y Crédito Vegabajeña ("Cooperativa") |
| *Objection of International Union, UAW to Plan of Adjustment and Proposed Confirmation Order* **[ECF No. 18558]** | International Union, UAW |
| *Maruz Real Estate Corp.'s Motion for Joinder to Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. Filed at Docket Number 17998* **[ECF No. 18563]** | Maruz Real Estate Corp. ("Maruz") |
| *Lortu-Ta Ltd, Inc.; La Cuarterola, Inc.; Juaza, Inc.; and the Conjugal Partnership Composed of Juan Zalduondo Viera and Magdalena Machicote Ramery's Motion for Joinder to Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. Filed at Docket Number 17998* **[ECF No. 18564]** | Lortu-Ta Ltd, Inc.; La Cuarterola, Inc.; Juaza, Inc.; and the Conjugal Partnership Composed of Juan Zalduondo Viera and Magdalena Machicote Ramery, ("Lortu-Ta") |
| *Sucn. De Frank ToTorres Ortiz & Aurea Rodriguez Composed by Frank E. to Torres Rodriguez & Eva to Torres Rodríguez's Motion for Joinder to Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. Filed at Docket Number 17998* **[ECF No. 18565]** | Sucn. De Frank Torres Ortiz & Aurea Rodriguez Composed by Frank E. Torres Rodriguez & Eva Torres Rodriguez, ("Torres") |
| *Objection to Confrmation [sic] of Seventh Joint Plan of Adjustment* **[ECF No. 18566]** | Finca Matilde, Inc. |
| *Internal Revenue Service's Limited Objection to Confirmation and Reservation of Rights* **[ECF No. 18567]** | Internal Revenue Service |
| *Statement and Reservation of Rights Regarding the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. and Notice of Submission of Plan Supplement* **[ECF No. 18569]** | ERS Bondholders |
| *Notice of Constitutional Challenge to a Statute* | Finca Matilde, Inc. |
| *Objection to Plan Confirmation* **[ECF No. 18573]** | University of Puerto Rico Retirement System Trust (the "Trust") |
| *Objection to Confirmation of Plan by Individual GO and PBA Bondholder (Peter C. Hein)* **[ECF No. 18575]** | Individual GO and PBA Bondholder (Peter C. Hein) |

| | |
|---|---|
| *Joinder of Creditor Demetrio Amador Inc./Demetrio Amador Roberts to Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. Filed at Docket Number 17998* **[ECF No. 18582]** | Creditor Demetrio Amador Inc. / Demetrio Amador Roberts, ("AMADOR") |
| *Limited Objection to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* **[ECF No. 18583]** | Miriam E. Lima Colón, Betzaida Feliciano Concepción and Angel L. Méndez González (collectively "Creditors") |
| *Objection of Asociación De Maestros De Puerto Rico and Asociación De Maestros De Puerto Rico-Local Sindical to Confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al.* **[ECF No. 18585]** | Asociación de Maestros Puerto Rico and the Asociación de Maestros de Puerto Rico-Local Sindical (collectively, "AMPR") |
| *Joint Objection of the Underwriter Defendants to the Plan and Proposed Confirmation Order* | Underwriter Defendants |
| *Reservation of Rights of the Bank of New York Mellon Regarding Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* **[ECF No. 18588]** | The Bank of New York Mellon ("BNYM") |
| *Statement and Reservation of Rights of Official Committee of Unsecured Creditors Regarding  Confirmation of Seventh Amended Title III Joint Plan of  Adjustment of Commonwealth of Puerto Rico, et al.* **[ECF No. 18589]** | The Official Committee of Unsecured Creditors (the "Committee") |
| *Objection of the DRA Parties to the Seventh Amended Title III  Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. [Dkt. No. 17627]* **[ECF No. 18590]** | DRA Parties |
| *AAFAF's Reservation of Rights Regarding the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. Filed by the Oversight Board* **[ECF No. 18592]** | AAFAF |
| *Objection to Confirmation of the Seventh Plan of Adjustment at Dkt. No. 17,627* **[ECF No. 18593]** | Suiza Dairy Corp. ("Suiza") |
| *Credit Union's Joint Objection to Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al.* **[ECF No. 18594]** | Certain Credit Union's |
| *Limited Objection to Cofirmation [sic] of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* **[ECF No. 18588]** | Community Health Foundation of P.R. Inc. (hereinafter "CHF") |
| *Quest Diagnostics of Puerto Rico, Inc.'s Omnibus Objection to (I) Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. and (II) Notice of Filing of Proposed Order Confirming Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* **[ECF No. 18560]** | Quest Diagnostics of Puerto Rico, Inc. |
| *Objection of U.S. Bank, as Trustee for the Puerto Rico Finance Corporation Bonds, to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* **[ECF No. 18631]** | U.Ss. Bank, as Trustee for the Puerto Rico Finance Corporation Bonds |

| | |
|---|---|
| *Limited Objection of U.S. Bank as Trustee for PRIFA Bonds and Fiscal Agent for PBA Bonds to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* **[ECF Nos. 18632 & 18634]** | U.S. Bank as Trustee for PRIFA Bonds and Fiscal Agent for PBA Bonds |
| *Sealed Motion Objection of the DRA Parties To the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. [Dkt. No. 17627]* **[ECF No. 18636]** | DRA Parties |
| *Reservation of Rights of Vaqueria Tres Monjitas, Inc. with Respect to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* **[ECF No. 18637]** | Vaqueria Tres Monjitas, Inc. ("VTM") |
| Objection of Nilsa Candelario  **[ECF No. 18663]** | Nilsa Candelario |
| *Qualified Objection to Proposed Confirmation Order***[ECF No. 18670]** | Finca Matilde, Inc. |
| *Objection of the DRA Parties to the Proposed Order and Judgment Confirming Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* **[ECF No. 18685]** | DRA Parties |
| *The Governor of Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority's Limited Objection to (I) the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.; and (II) the Proposed Order and Judgment Confirming the Plan* **[ECF No. 18742]** | AAFAF |
| Objection of Luis Roldan Ruiz | Luis Roldan Ruiz |
| Objection of Antonia Medina Rodriguez | Antonia Medina Rodriguez |
| Objection of Aida Iris Santiago Torres | Aida Iris Santiago Torres |

## Confirmation Order Objections

| TITLE AND ECF NO. | FILING PARTY |
|---|---|
| *Objection of International Union, UAW to Plan of Adjustment and Proposed Confirmation Order* [**ECF No. 18558**] | International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) |
| *Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Initial Proposed Confirmation Order (ECF No. 18447)* [**ECF No. 18647**] | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
| *Objection to Proposed Confirmation Order at Dkt. No. 18447* [**ECF No. 18651**] | Suiza Dairy Corp. |
| *Qualified Objection to Proposed Confirmation Order* [**ECF No. 18670**] | Finca Matilde, Inc. |
| *Objection of the DRA Parties to the Proposed Order and Judgment Confirming Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, at al.* [**ECF No. 18685**] | DRA Parties |
| *The Governor of Puerto Rico and The Puerto Rico Fiscal Agency and Financial Advisory Authority's Limited Objection to (I) the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.; and (II) the Proposed Order and Judgment Confirming the Plan* [**ECF No. 18742**] | The Governor of Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority |