**Exhibit B**

**Documents Filed in Response to the Plan (Excluding Objections)**

# Documents Filed in Response to the Plan (Excluding Objections)

| TITLE AND ECF NO. | FILING PARTY |
|---|---|
| *Reservation of Rights of the Puerto Rico Fiscal Agency and Financial Advisory Authority Regarding the Fourth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [**ECF No. 17202**] | The Puerto Rico Fiscal Agency and Financial Advisory Authority |
| *Reservation of Rights of PSA Creditors Regarding Ballots Cast with Respect to Seventh Amended Plan of Adjustment* [**ECF No. 18453**] | The Ad Hoc Group of Constitutional Debtholders |
| *Joinder to PSA Creditors' Reservation of Rights Regarding Ballots Cast with Respect to Seventh Amended Plan of Adjustment* [**ECF No. 18479**] | Ambac Assurance Corporation |
| *Notice of Constitutional Challenge to a Statute* [**ECF No. 18486**] | PFZ Properties, Inc. |
| *The Official Committee of Retired Employees' Statement in Connection with Confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [**ECF No. 18562**] | The Official Committee of Retired Employees |
| *Statement and Reservation of Rights Regarding the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. and Notice of Submission of Plan Supplement* [**ECF No. 18569**] | ERS Bondholders |
| *Notice of Constitutional Challenge to a Statute* [**ECF No. 18570**] | Finca Matilde, Inc. |
| *Statement in Support and Reservation of Rights of National Public Finance Guarantee Corporation with Respect to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [**ECF No. 18574**] | National Public Finance Guarantee Corporation |
| *Statement in Support and Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [**ECF No. 18584**] | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
| *Reservation of Rights of the Bank of New York Mellon Regarding Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the* | The Bank of New York Mellon |

| TITLE AND ECF NO. | FILING PARTY |
|---|---|
| *Commonwealth of Puerto Rico, et al.* [**ECF No. 18588**] | |
| *Statement and Reservation of Rights of Official Committee of Unsecured Creditors Regarding Confirmation of Seventh Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico, et al.* [**ECF No. 18589**] | The Official Committee of Unsecured Creditors |
| *Statement in Support and Reservation of Rights of Financial Guaranty Insurance Company with Respect to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [**ECF No. 18595**] | Financial Guaranty Insurance Company |
| *Ambac Assurance Corporation's Statement in Support of Confirmation of Commonwealth Plan of Adjustment and Reservation of Rights* [**ECF No. 18601**] | Ambac Assurance Corporation |
| *Reservation of Rights of Vaqueria Tres Monjitas, Inc. with Respect to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [**ECF No. 18637**] | Vaquería Tres Monjitas, Inc. |
| *Reservation of Rights of Assured Guaranty Corp. and Assured Guaranty Municipal Corp. with Respect to Initial Proposed Confirmation Order (ECF No. 18447)* [**ECF No. 18645**] | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
| *Statement and Reservation of Rights of Official Committee of Unsecured Creditors Regarding Proposed Order and Judgment Confirming Seventh Amended Title III Joint Plan of Adjustment of Commonwealth of Puerto Rico, et al.* [**ECF No. 18658**] | The Official Committee of Unsecured Creditors |
| *Reservation of Rights of the Bank of New York Mellon Regarding the Proposed Order Confirming the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [**ECF No. 18662**] | The Bank of New York Mellon |
| *Reservation of Rights of the Official Committee of Retired Employees with Respect to Initial Proposed Confirmation Order* [**ECF No. 18679**] | Official Committee of Retired Employees |
| *Reservation of Rights of Ambac Assurance Corporation with Respect to* | Ambac Assurance Corporation |

| TITLE AND ECF NO. | FILING PARTY |
|---|---|
| *Initial Proposed Confirmation Order (ECF No. 18447)* [**ECF No. 18694**] | |
| *Reply of the Puerto Rico Funds in Support of and Reservation of Rights with Respect to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [**ECF No. 18848**] | The Puerto Rico Funds |