UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In RE | * | PROMESA |
| | * | Title III |
| THE FINANCIAL OVERSIGHT AND | * | |
| | * | No. 17 BK 3283-LTS |
| | * | |
| As representative of | * | (Joinly Administered) |
| | * | |
| THE COMMONWEALTH OF PR, et. Als. | * | This filing relates to the |
| Debtors | * | Commonwealth, HTA, and ERS |

## MOCION Sometiendo Evidencia

A: Corte de Distrito de Puerto Rico

DE: Sonia N. López Báez, 17-03283-LTS, Reclamación 9987

Respetuosamente EXPONE, ALEGA Y SOLICITA:

1. Que hemos recibido Notificación sobre Reclamos a ser reclasificados sobre Reclamos Deficientes en los que se alegan intereses sobre la base de las reinvidicaciones salariales, laborales o por servicios prestados.

2. Que se alega en dicha Notificación (en mi caso particular) que no sometí evidencia alguna de mi reclamación en el presente pleito por deuda de pensión alimentaria y por haber estado legalmente casada con uno de los reclamantes (Walter Rodríguez Cordero) en el presente caso.

3. Que estuve casada con el Sr. Walter Rodríguez Cordero desde el 21 de junio de 1997 al 14 de mayo de 2010 cuando nos divorciamos.

4. Que estoy incluyendo el original de Acta de Matrimonio y Sentencia de Divorcio Certificada como evidencia de lo antes expresado.

En Juana Díaz, Puerto Rico a los 21 de octubre de 2021.

Sra. Sonia N. López Báez
HC 06 Box 4218
Coto Laurel, PR 00780