Sonia N. Lopez Boissen
HC 06 Box 4218
Coto Laurel, P.R. 00780




U.S. POSTAGE PAID
COTO LAUREL, PR
00780
OCT 26, 21
AMOUNT
$10.52
R2304W119590-02

1005
00918



CERTIFIED MAIL

7020 2450 0001 1401 8753

Secretaria (Clerk's Office)
Tribunal do Distrito de los E.U
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767

RETURN RECEIPT REQUESTED