IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF OHIO         )
                      ) SS:
COUNTY OF CUYAHOGA )

Monika T. Barrios, being duly sworn, deposes and says:

1. I am employed by Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114-1190, I am over eighteen years of age, and am not a party to the above-captioned cases.

2. On October 27, 2021, I caused a copy of the following to be served:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

NAI-1522368994v2

- *Informative Motion Regarding Appearance at Hearing on Confirmation of Plan of Adjustment* (the "Informative Motion") [Case No. 17-03283 - Docket No. 18819]

via the Court's electronic case filing and noticing system, and by e-mail upon the parties listed on the service list attached hereto as Exhibit A.

    3. On October 28, 2021, I caused the Informative Motion to be served via U.S. First Class Mail upon the parties listed on the service list, attached hereto as Exhibit B.

Dated: October 28, 2021

                                      */s/ Monika T. Barrios*
                                      Monika T. Barrios

Sworn to before me on this
28th day of October, 2021

*/s/ Cynthia M. Machesky*
Cynthia M. Machesky, Notary Public
Notary Public, State of Ohio
Qualified in Cuyahoga County
Commission Expires December 25, 2024

**Exhibit A**

| | |
|---|---|
| aaa@mcvpr.com | arizmendis@reichardescalera.com |
| abhishek.kalra@lehmanholdings.com | arosenberg@paulweiss.com |
| abyowitz@kramerlevin.com | arotger@scvrlaw.com |
| acasellas@amgprlaw.com | Arthursail@stny.rr.com |
| acasepr@gmail.com | Arwolf@wlrk.com |
| acaton@kramerlevin.com | asociaciongerencialescfse@gmail.com |
| aceresney@debevoise.com | asoutherling@mcguirewoods.com |
| acevedovila1@gmail.com | asteinberg@kslaw.com |
| acordova@juris.inter.edu | athornton@akingump.com |
| acouret@smlawpr.com | ausubopr88@gmail.com |
| adam.goldberg@lw.com | avalencia@cnrd.com |
| adam.langley@butlersnow.com | avb@sbgblaw.com |
| adeliz@smlawpr.com | bankruptcynoticeschr@sec.gov |
| Adiaz@cnrd.com | barrios.jl@outlook.com |
| adtoro@pico-blanco.com | bbobroff@proskauer.com |
| afernandez@delgadofernandez.com | bchew@brownrudnick.com |
| agestrella@estrellallc.com | belkgrovas@gmail.com |
| AGlenn@kasowitz.com | beth@feganscott.com |
| agraitfe@agraitlawpr.com | bfriedman@stblaw.com |
| ajb@bennazar.org | bgm.csp@bennazar.org |
| ajc@mcvpr.com | bill.natbony@cwt.com |
| akaplan@susmangodfrey.com | bill.pentelovitch@maslon.com |
| AKHerring@wlrk.com | bjquintana@quintanapr.com |
| akissner@mofo.com | bkahn@akingump.com |
| alavergne@lsplawpr.com | bkfilings@fortuno-law.com |
| alavergne@sanpir.com | bmd@bmdcounselors.com |
| alex@fuenteslaw.com | bmd@cordovadick.com |
| alexandra.bigas@gmail.com | boneill@kramerlevin.com |
| alexbongartz@paulhastings.com | bos-bankruptcy@hklaw.com |
| alinares2020@yahoo.com | bpastuszenski@goodwinlaw.com |
| allan.brilliant@dechert.com | bqwhite@mwe.com |
| amccollough@mcguirewoods.com | Bradley.Humphreys@usdoj.gov |
| amiller@milbank.com | Bram.Strochlic@skadden.com |
| Ana.chilingarishvili@maslon.com | brett.ingerman@US.dlapiper.com |
| Antonio.bauza@bioslawpr.com | Brian.klein@maslon.com |
| andres@awllaw.com | brian.pfeiffer@whitecase.com |
| andrewtenzer@paulhastings.com | brian.resnick@davispolk.com |
| anevares@nsaclaw.com | BRosen@proskauer.com |
| angela.libby@davispolk.com | bufetefrgonzalez@gmail.com |
| angelvalencia@cnr.law | buzz.rochelle@romclaw.com |
| anthonybuscarino@paulhastings.com | cabruens@debevoise.com |
| antoniofuentesgonzalez@yahoo.com | cacuprill@cuprill.com |
| apavel@omm.com | calsina@prquiebra.com |
| aperez@kpmg.com | Carla.garcia@oneillborges.com |
| apico@jgl.com | carla.rodriguezbernier@yahoo.com |

carlos.iguina@multinationalpr.com
carlos.lugo@saldanalaw.com
Carlos.Saavedra@aafaf.pr.gov
carlosalbertoruizquiebras@gmail.com
carloscardonafe@hotmail.com
carlosfernandez@cfnlaw.com
carloslsuarez@gmail.com
carlosvergne@aol.com
carmen.herrero@prepa.com
casey.servais@cwt.com
castilloricardo977@gmail.com
cbg@bobonislaw.com
cbrown@goodwinlaw.com
ccabrera@amrclaw.com
ccuprill@cuprill.com
cetj@maaspr.com
cfebus@proskauer.com
cgarcia@garciariveralaw.com
chardman@winston.com
charliehernandezlaw@gmail.com
Chris.Maddux@butlersnow.com
christopher.connolly@usdoj.gov
christopher.harris@lw.com
cintrongarcialaw@gmail.com
ckass@proskauer.com
clarisasola@hotmail.com
Clark.whitmore@maslon.com
cmechling@stroock.com
condecarmen@condelaw.com
contact@genesissecuritypr.com
corraldieg@gmail.com
courtneyrcarroll@gierbolinicarroll.com
craigmcc@me.com
crivera@cnr.law
crodriguez-vidal@gaclaw.com
csloane@whitecase.com
cspringer@reedsmith.com
csteege@jenner.com
cvelaz@mpmlawpr.com
cvilaro@ccsllp.com
cwedoff@jenner.com
damarisqv@bufetequinones.com
daniel.bustos@excelerateenergy.com
Daniel.Egan@ropesgray.com
daniel.elkort@patternenergy.com
daniel.perez@oneillborges.com
danielsalinas@quinnemanuel.com
david.elbaum@stblaw.com
david.indiano@indianowilliams.com
david.lawton@morganlewis.com
david.powlen@btlaw.com
davidcarrionb@aol.com
dbatlle@cstlawpr.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
dburke@robbinsrussell.com
dcantor@omm.com
ddunne@milbank.com
deindprcorresp@mad.uscourts.gov
delapena.sylvia@gmail.com
delgadomirandalaw@gmail.com
dg@g-glawpr.com
dgooding@choate.com
diazsotolaw@gmail.com
dkaron@karonllc.com
dmolinalaw@gmail.com
dmonserrate@msglawpr.com
dmunkittrick@proskauer.com
doman@ubarri-romanlaw.com
donald.bernstein@davispolk.com
Donna.Maldonado@popular.com
dortiz@elpuente.us
Douglas.Hallward-Driemeier@ropesgray.com
douglas.mintz@srz.com
dperez@cabprlaw.com
dperez@omm.com
drodriguez.alb@gmail.com
drodriguez@alblegal.net
dschlecker@reedsmith.com
dvelawoffices@gmail.com
dzinman@rkollp.com
Eakleinhaus@wlrk.com
ealdarondo@alblegal.net
ealmeida@almeidadavila.com
ebarak@proskauer.com
edgardo@therivera.group
edgardo_barreto@yahoo.com
eduardo@cobianroig.com
efl@bobonislaw.com
ehernandez@lawservicespr.com
ejcr@corretjerlaw.com

elian.escalante@gmail.com
ellen.halstead@cwt.com
emaldonado@smlawpr.com
emckeen@omm.com
emil@mlrelaw.com
emontull@cstlawpr.com
emunozPSC@gmail.com
enrique.almeida@almeidadavila.com
epo@amgprlaw.com
eric.prather@srz.com
erb@rodriguezbinetlaw.com
eric.brunstad@dechert.com
erickay@quinnemanuel.com
ericwinston@quinnemanuel.com
erovira@polymerpr.com
escalera@reichardescalera.com
estudiolegalrivera2@gmail.com
etulla@riveratulla.com
eworenklein@debevoise.com
ezm@mcvpr.com
fdearmas@ciacpr.com
fdelahoz@whitecase.com
fecolon@colonramirez.com
ferraric@ferrarilawpr.com
fgierbolini@msglawpr.com
figueroaymorgadelaw@yahoo.com
filippetti_r@hotmail.com
finanzas@asg.pr.gov
fingerk@gtlaw.com
fjramos@martilaw.com
fmontanezmiran@yahoo.com
fojeda@estrellallc.com
fpabon@lvvlaw.com
francisco.delcastillo@bennazar.org
fsilva@claropr.com
FSosnick@Shearman.com
fvander@reichardescalera.com
gabriel.miranda@oneillborges.com
gabriel.morgan@weil.com
gacarlo@carlo-altierilaw.com
gaclegal@gmail.com
gar@crlawpr.com
garciamirandalaw@gmail.com
gbrenner@proskauer.com
geisenberg@perkinscoie.com
gerardopavialaw@msn.com

ghorowitz@kramerlevin.com
gkurtz@whitecase.com
GLee@mofo.com
glenncarljameslawoffices@gmail.com
gmainland@milbank.com
gmchg24@gmail.com
gonzalezbadillo@gmail.com
gonzalo.alcalde@metropistas.com
goplerud@sagwlaw.com
gorseck@robbinsrussell.com
gpavia@pavialazaro.com
gpaz@populicom.com
gramlui@yahoo.com
gregory.silbert@weil.com
gsilva@bioslawpr.com
gspadoro@csglaw.com
gviviani@sanpir.com
handuze@microjuris.com
harlawpr@gmail.com
haynesn@gtlaw.com
hburgos@cabprlaw.com
hector.mayol@bennazar.org
hector.saldana@saldanalaw.com
hermann.bauer@oneillborges.com
hernandezrodriguezlaw@gmail.com
hernandezrodriguez.v@gmail.com
herreroiLLL@herrerolaw.com
howard.hawkins@cwt.com
howie@sagwlaw.com
hreynolds@delvallegroup.net
Huttonj@gtlaw.com
hvaldes@v-olaw.com
hvicente@vclawpr.com
iacosta@renocavanaugh.com
icabrera@riveratulla.com
icastro@alblegal.net
idizengoff@akingump.com
ifullana@gaflegal.com
igarau@mpmlawpr.com
ileanaortix@outlook.com
info@jesusriveradelgado.com
info@NSACLAW.com
ioliver@ccsllp.com
irg@roldanlawpr.com
irm@roldanlawpr.com
ivan.llado@mbcdlaw.com

ivandialo2001@yahoo.com
jaclyn.hall@cwt.com
jaimeenriquecruzalvarez@gmail.com
jalonzo@proskauer.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
janebeckerwhitaker@gmail.com
janebeckerwhitaker@yahoo.com
jarrastia@gjb-law.com
Jason.reed@maslon.com
javier.a.vega@gmail.com
javrua@gmail.com
jbrugue@mbbclawyers.com
jcanfield@stroock.com
jcasillas@cstlawpr.com
jcc@fccplawpr.com
jcc@fclawpr.com
jcdeliz@delizlegal.com
jcdeliz@doingbusinesspr.com
jcunningham@whitecase.com
jdavila@sbgblaw.com
jeb.bailey@butlersnow.com
jeff.bjork@lw.com
jemudd@yahoo.com
jerichman@proskauer.com
jessica@bufete-emmanuelli.com
jesther27@aol.com
jesus.cuza@hklaw.com
jeva@valenzuelalaw.net
jf@cardonalaw.com
jfeldesman@FTLF.com
jfelicianoacosta@mcguirewoods.com
jfigueroa@arroyorioslaw.com
jfnevares-law@microjuris.com
jgenovese@gjb-law.com
jgreen@whitecase.com
jhughes2@milbank.com
JLawlor@wmd-law.com
JLevitan@proskauer.com
jlg@joselgarcia.com
jlgere@gmail.com
jljones@proskauer.com
jlopez@constructorasantiago.com
jmenen6666@gmail.com
jmoralesb@microjuris.com
jmotto@winston.com

jnazario@martilaw.com
jnegron@mhlex.com
jnewton@mofo.com
jnieves@cstlawpr.com
Jnieves@gonzalezmunozlaw.com
john.duffey@maslon.com
johnshaffer@quinnemanuel.com
johring@milbank.com
jonathan.polkes@weil.com
jorge@mlrelaw.com
jorgequintanalajara@gmail.com
jose.enrico.valenzuela1@gmail.com
jose.sosa@dlapiper.com
jpalmore@mofo.com
jpatton@ycst.com
jpeck@mofo.com
jpsala_pr@yahoo.com
Jramirez@amrclaw.com
jrapisardi@omm.com
jreyes@sanpir.com
jrivlin@afscme.org
jroach@reedsmith.com
jsalichs@splawpr.com
jsanabria@sbgblaw.com
jsanchez@bdslawpr.com
jsanchez@lsplawpr.com
jsanchez@sanpir.com
jsanchez@scvrlaw.com
jsantiago@choate.com
jsantos@smlawpr.com
jsoto@jbsblaw.com
jsuarez@gjb-law.com
juan@jahrlaw.com
juans@prtc.net
julia.mignuccisanchez@gmail.com
julian.fernandez@metropistas.com
jvankirk@tcmrslaw.com
jvilarino@vilarinolaw.com
jvv@wbmvlaw.com
jwc@jwcartagena.com
jyoungwood@stblaw.com
jzakia@whitecase.com
katescherling@quinnemanuel.com
Kbolanos@cnrd.com
kbolanos@diazvaz.law
kcsuria@estrellallc.com

kdm@romclaw.com
Keith.Wofford@ropesgray.com
kelly.diblasi@weil.com
Kellyrivero@hotmail.com
kevin.collins@btlaw.com
kgwynne@reedsmith.com
khansen@stroock.com
kkimpler@paulweiss.com
kperra@proskauer.com
kstipec@amgprlaw.com
kurt.mayr@morganlewis.com
kzecca@robbinsrussell.com
kzeituni@paulweiss.com
kzuniga@susmangodfrey.com
l.ortizsegura@ploolaw.com
larroyo@amgprlaw.com
lawlugo1@gmail.com
lawrog@gmail.com
lbarefoot@cgsh.com
lcancel@nsaclaw.com
lcdo.carlos.e.rivera.justiniano@gmail.com
ldelacruz@oeg.pr.gov
ldelgado@winston.com
legal.fmpr@gmail.com
lemuel.law@gmail.com
leticia.casalduc@indianowilliams.com
lfr@mcvpr.com
Lft@tcmrslaw.com
lhughes@mofo.com
liza.burton@lw.com
llarose@sheppardmullin.com
lllach@cstlawpr.com
lmarini@mpmlawpr.com
lms@mcvpr.com
Lnegron@kpmg.com
loliver@amgprlaw.com
loomislegal@gmail.com
lpabonroca@microjuris.com
lramos@cstlawpr.com
lramos@plclawpr.com
lrappaport@proskauer.com
lrichards@rkollp.com
lrobbins@robbinsrussell.com
ls.valle@condelaw.com
lsaldana@scvrlaw.com
lsizemore@reedsmith.com
lstafford@proskauer.com
ltorres@cstlawpr.com
lucdespins@paulHastings.com
luis.bautista@scotiabank.com
luis.vazquez@peerlessoil.com
luisfredsalgado@hotmail.com
luislluberas@mvalaw.com
lypagan@trabajo.pr.gov
lzornberg@debevoise.com
man@nblawpr.com
manuel@rodriguezbanchs.com
margaritalmercado@gmail.com
maria.baco@msn.com
mariae.hernandez@prepa.com
mariana.muniz@dlapiper.com
marianifrancolaw@gmail.com
Marieli.Paradizo@ponce.pr.gov
marielopad@gmail.com
marivera@riveratulla.com
mark.ellenberg@cwt.com
mark.gallagher@usdoj.gov
mark.mcdermott@skadden.com
markv@hbsslaw.com
martin.sosland@butlersnow.com
martz@afscme.org
matthew.troy@usdoj.gov
matthewscheck@quinnemanuel.com
maxtruj@gmail.com
mbarulli@choate.com
mbienenstock@proskauer.com
Mcantor4@mac.com
mcaruso@csglaw.com
mcrm100@msn.com
mdale@proskauer.com
mdiconza@omm.com
mechling@stroock.com
Mfb@tcmrslaw.com
mfirestein@proskauer.com
mfredericks@amerinatls.com
mfvelezquiebras@gmail.com
mguitian@gjb-law.com
MHackett@proskauer.com
michael.cook@srz.com
michael.doluisio@dechert.com
michael.hefter@hoganlovells.com
michael.reiss@lw.com

michaelcomerford@paulhastings.com
michele.meises@whitecase.com
migade19@hotmail.com
miguelgierbolini@gierbolinicarroll.com
Mimi.M.Wong@irscounsel.treas.gov
Mitch.Carrington@butlersnow.com
mkelso@susmangodfrey.com
mlepelstat@csglaw.com
mmier@cabprlaw.com
mmo@oronozlaw.com
mneiburg@ycst.com
MPC@mcvpr.com
mpico@rexachpico.com
mpocha@omm.com
mrios@arroyorioslaw.com
mrm@rmlawpr.com
mroot@jenner.com
msimonet@msglawpr.com
msmall@foley.com
mstancil@willkie.com
mtrelles@pmalaw.com
mvega@senado.pr.gov
mvega@vega-rivera.com
n.tactuk@ferrovial.com
Nathan.bull@cwt.com
nbaker@stblaw.com
nbhatt@sheppardmullin.com
ncoco@mwe.com
nhamerman@kramerlevin.com
nicholasbassett@paulhastings.com
nlandrau@landraulaw.com
nmanne@susmangodfrey.com
norbertocolonalvarado@yahoo.com
notices@condelaw.com
notificaciones@bufete-emmanuelli.com
nperez@tcmrslaw.com
nrickenbach@rickenbachpr.com
nroblesdiaz@gmail.com
NYROBankruptcy@sec.gov
nzt@mcvpr.com
ofernandez@oflawoffice.com
oramos@pmalaw.com
orlando.gonzalez@publicisone.com
ortizcolonricardo@gmail.com
Otero_and_assoc@hotmail.com
Paul.lockwood@skadden.com

Paula.Flowers@TransCore.com
paula.gonzalez@oneillborges.com
pdechiara@cwsny.com
pdevlin@rkollp.com
pdublin@akingump.com
peajeinfo@dechert.com
pedronicot@gmail.com
penagaricanobrownusdc@gmail.com
peter.amend@srz.com
petercheinsr@gmail.com
pevarfon@gmail.com
pfriedman@omm.com
pglassman@sycr.com
phammer@krcl.com
pjime@icepr.com
pola@frankpolajr.com
ppossinger@proskauer.com
prcr@mcvpr.com
prodriguez@prvlaw.com
prosol@utier.org
prwolverine@gmail.com
pwm@wbmvlaw.com
quiebras@elbufetedelpueblo.com
quilichinipazc@microjuris.com
r.miranda@rmirandalex.net
ra@calopsc.com
rachel.albanese@dlapiper.com
rachel.mauceri@morganlewis.com
Rafael.Echevarria@evertecinc.com
rafael.ortiz.mendoza@gmail.com
ramon.dapena@mbcdlaw.com
ramonvinas@vinasllc.com
rbillings@kmksc.com
rbrady@ycst.com
rburgos@adameslaw.com
rcamara@ferraiuoli.com
rcasellas@cabprlaw.com
rcastellanos@devconlaw.com
rco@crlawpr.com
rcq@mcvpr.com
rcruz@vnblegal.com
rdesoto@mapfrepr.com
rdiaz@bdslawpr.com
rebecabarnes@bufetebarnes.com
rebecca.cutri-kohart@usdoj.gov
reed.smith@cooley.com

Regan.Michael@epa.gov
remmanuelli@me.com
rfc@thefinancialattorneys.com
rgf@mcvpr.com
Rgmason@wlrk.com
rgordon@jenner.com
rgtolaw@gmail.com
rgv@g-glawpr.com
rhoncat@netscape.net
rich.katz@torquepointllc.com
richard.chesley@dlapiper.com
riverac@reichardescalera.com
riveraroman@hotmail.com
rkim@proskauer.com
rlatorre@delvallegroup.net
rlevin@jenner.com
rlm@martilaw.com
rnies@csglaw.com
robert.berezin@weil.com
robert.schnell@faegrebd.com
robin.keller@hoganlovells.com
Rocio.Valentin@aafaf.pr.gov
rolando@bufete-emmanuelli.com
romn1960@gmail.com
ronald.silverman@hoganlovells.com
roppenheimer@omm.com
rortiz@rloclaw.onmicrosoft.com
rosasegui@yahoo.com
Roy.purcell@scotiabank.com
rprats@rpplaw.com
rrich2@huntonak.com
rrivera@jgl.com
rrodriguez@juris.inter.edu
rrosen@paulweiss.com
rsantiago@mhlex.com
rschell@msglawpr.com
rtoro@universalpr.com
rtorres@torresrodlaw.com
rvalentin@calopsc.com
salalawyers@yahoo.com
sanchez.lebron501@gmail.com
santilawoffice@yahoo.com
santos.giancarlo@gmail.com
santosberriosbk@gmail.com
sara.posner@hoganlovells.com
Saultoledo22@yahoo.com

sawbacal@aol.com
sbaldini@akingump.com
sbest@brownrudnick.com
sbeville@brownrudnick.com
scastillo@gaclaw.com
schristianson@buchalter.com
scolon@ferraiuoli.com
scriado@calopsc.com
sdavidson@kslaw.com
secbankruptcy@sec.gov
serrano.urdaz.law@hotmail.com
Shana.Elberg@skadden.com
shannon.wolf@morganlewis.com
sheimberg@akingump.com
skyhighelevators@gmail.com
smillman@stroock.com
smillman@stroock.com
softedal@choate.com
sramirez@sarlaw.com
sratner@proskauer.com
SSchmidt@kasowitz.com
stan.ladner@butlersnow.com
stephen.pezzi@usdoj.gov
steve@hbsslaw.com
storres@alblegal.net
stuart.steinberg@dechert.com
suarezcobo@gmail.com
susheelkirpalani@quinnemanuel.com
SwainDPRCorresp@nysd.uscourts.gov
swb@wbmvlaw.com
sweise@proskauer.com
swisotzkey@kmksc.com
tanairapadilla@yahoo.com
tdolcourt@foley.com
Thomas.g.ward@usdoj.gov
thomas.mott@srz.com
Thomas.M.Rath@irscounsel.treas.gov
thomascurtin@cwt.com
tmayer@kramerlevin.com
tmclish@akingump.com
tmungovan@proskauer.com
toledo.bankruptcy@gmail.com
tomasita.sherer@us.dlapiper.com
tpaterson@afscme.org
tpennington@renocavanaugh.com
TRowe@orrick.com

tuttieguerrero@yahoo.com
TWelch@kasowitz.com
ubaldo.fernandez@oneillborges.com
unionecfse@yahoo.com
USTP.Region21@usdoj.gov
valvarados@gmail.com
vbantnerpeo@buchalter.com
vblay@mpmlawpr.com
vcandelario@qaclaw.com
vegaramosluis@gmail.com
velez.hector@epa.gov
ventas@deya.com
vero@ferraiuoli.pr
victor.quinones@mbcdlaw.com
victor@calderon-law.com
victorriverarios@rcrtrblaw.com
vizcarrondo@reichardescalera.com
wardlow.w.benson@usdoj.gov
wburgos@justicia.pr.gov
wdalsen@proskauer.com
wendolyn@bufete-emmanuelli.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wlugo@lugomender.com
wmarcari@ebglaw.com
wrieman@paulweiss.com
wssbankruptcy@gmail.com
wsushon@omm.com
xavier.carol@abertis.com
yanira.belen@metropistas.com
yehuda.goor@dechert.com
ygc@rclopr.com
ygc1@prtc.net
ytoyos@ramostoyoslaw.com
zacharyrussell@quinnemanuel.com
zdavila@almeidadavila.com

## Exhibit B

| | |
|---|---|
| United States District Court<br>Southern District of New York<br>Chambers of Honorable Laura Taylor Swain<br>Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl St., Suite No. 3212<br>New York, New York 10007-1312 | Hon. Judith G. Dein<br>United States District Court<br>District of Massachusetts<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 6420<br>Boston, MA 02210 |
| AmeriCorps<br>Attn: Sonali Nijhawan<br>1201 New York Ave., NW<br>Washington, DC 20525 | Antilles Power Depot, Inc.<br>Attn: Raymond Texidor<br>PO Box 81090<br>Carolina, PR 00981-0190 |
| Office of the United States Trustee<br>for Region 21<br>Attn: Monsita Lecaroz Arribas, Maria D.<br>Giannirakis & Nancy J. Gargula<br>Edificio Ochoa<br>500 Tanca Street, Suite 301<br>San Juan, PR 00901-1922 | Integrand Assurance Company<br>PO Box 70128<br>San Juan, PR 00936-8128 |
| Department of Defense (DOD)<br>Attn: Lloyd J. Austin III<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 | Departamento de Justicia de Puerto Rico<br>Apartado 9020192<br>San Juan, PR 00902-0192 |
| Department of Homeland Security (DHS)<br>Attn: Alejandro Mayorkas<br>Secretary of Homeland Security<br>Washington, DC 20528-0075 | Department of Energy (DOE)<br>Attn: Jennifer M. Granholm<br>1000 Independence Ave., SW<br>Washington, DC 20585 |
| Department of Human and Health Services<br>Attn: Xavier Becerra<br>200 Independence Ave, SW<br>Washington, DC 20201 | Department of Housing and<br>Urban Development (HUD)<br>Attn: Marcia L. Fudge<br>451 7th Street, SW<br>Washington, DC 20410 |
| Department of Transportation (DOT)<br>Attn: Pete Buttigieg<br>1200 New Jersey Ave., SE<br>Washington, DC 20590 | Department of the Interior (DOI)<br>Attn: Deb Haaland<br>1849 C St., NW<br>Washington, DC 20240 |

NAI-1522368994v2      B–1

| | |
|---|---|
| Kanoso Auto Sales Inc.<br>Attn: Jose A. Crespo Gonzalez, President<br>PO Box 1446<br>San German, PR 00683 | Department of Veterans Affairs (VA)<br>Attn: Denis Richard McDonough<br>810 Vermont Ave., NW<br>Washington, DC 20420 |
| Federal Emergency Management Agency (FEMA)<br>Attn: Deanne Criswell<br>500 C St., SW<br>Washington, DC 20472 | Jaime Rodríguez Avilés<br>128 Apartamento<br>201 Edificio Bernardo Torres<br>Sector La Trocha<br>Yauco, PR 00698 |
| Small Business Administration (SBA)<br>Attn: Dilawar Syed<br>409 3rd St., SW<br>Washington, DC 20416 | Federal Communications Commission (FCC)<br>Attn: Jessica Rosenworcel<br>45 L Street NE<br>Washington, DC 20554 |
| The Commonwealth of Puerto Rico<br>Office of the Governor<br>La Fortaleza<br>63 Calle Fortaleza<br>San Juan, PR 00901 | US Army Corps of Engineers<br>Attn: Scott A. Spellmon<br>441 G St., NW<br>Washington, DC 20548 |
| U.S. Attorney for the District of Puerto Rico<br>Attn: Rosa E. Rodriguez-Velez,<br>    U.S. Attorney<br>Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918 | U.S. Department of Agriculture<br>Attn: Thomas J. Vilsack<br>1400 Independence Ave., SW<br>Washington, DC 20250 |
| U.S. Department of Commerce<br>Attn: Gina M. Raimondo<br>1401 Constitution Ave., NW<br>Washington, DC 20230 | U.S. Department of Education (ED)<br>Attn: Miguel Cardona<br>400 Maryland Ave., SW<br>Washington, DC 20202 |
| US Department of Justice (DOJ)<br>Attn: Merrick Garland<br>950 Pennsylvania Ave., NW<br>Washington, DC 20210 | The American Federation of Teachers (AFT)<br>Attn: Mark Richard<br>555 New Jersey Ave., N.W., 11th Floor<br>Washington, DC 20001 |
| U.S. Department of Labor (DOL)<br>Attn: Martin J. Walsh<br>200 Constitution Ave.<br>Washington, DC 20210 | Counsel to PFZ Properties, Inc.<br>Jack Katz<br>ESJ Towers<br>6165 Isla Verde Ave.<br>Carolina, PR 00979-5729 |
| Metro Pavia Health System<br>Attn: Zarel J. Soto Abaca<br>PO Box 3180<br>Carolina, PR 00984 | Reliable Equipment Corporation<br>Attn: Marylin Del Valle, General Manager<br>PO Box 2316<br>Toa Baja, PR 00951-2316 |

| | |
|---|---|
| Unitech Engineering<br>Attn: Ramon Ortiz Carro<br>Urb Sabanera<br>40 Camino de la Cascada<br>Cidra, PR 00739 | Unión de Médicos de la Corporación<br>del Fondo del Seguro del Estado<br>PO Box 70344, CMM33<br>San Juan, PR 00936-8344 |
| Puerto Rico Electric Power Authority<br>Attn: Office of the General Counsel<br>PO Box 364267<br>San Juan, PR 00936-4267 | Pablo Del Valle Rivera<br>Counsel for Pablo Del Valle Rivera and<br>Maria A. Matinez, Tenants in Common<br>PO Box 2319<br>Toa Baja, PR 00951 |
| Ismael Vincenty Perez<br>Apt. 6105 350 Via Aventura<br>Trujillo Alto, PR 00976 | Wanda Vázquez Garced<br>Office of the Governor<br>The Commonwealth of Puerto Rico<br>La Fortaleza<br>Calle Fortaleza #63<br>San Juan, PR 00901 |
| Alan Friedman<br>124 Lander Ave.<br>Staten Island, NY 10314 | Marichal, Hernandez, Santiago & Juarbe, LLC<br>Attn: Rafael M. Santiago-Rosa, Esq.<br>Vanessa Medina-Romero, Esq.<br>Triple S Plaza, 1510 F.D. Roosevelt Ave.<br>9th Floor, Suite 9 B1<br>Guaynabo, PR 00968 |
| Liberty Cablevision of Puerto Rico, LLC<br>Attn: Alexandra Verdiales<br>PO Box 192296<br>San Juan, PR 00919-2296 | SOMOS, Inc.<br>1605 Ponce De Leon Avenue<br>Suite 300, San Martin Bldg.<br>San Juan, PR 00909 |
| Reinaldo Vincenty Perez<br>917 Calle Isaura Arnau<br>San Juan PR 00924 | Cohen, Weiss and Simon LLP<br>Attn: Hiram M. Arnaud<br>900 Third Ave<br>21st Floor<br>New York, NY 10022 |
| Reichard & Escalera, LLC<br>Attn: Rafael Escalera Rodriguez, Sylvia M. Arizmendi, Alana Vizcarrondo-Santana, Fernando Van Derdys, Carlos R. Rivera-Ortiz<br>255 Ponce de Leon Avenue<br>MCS Plaza, 10th Floor<br>San Juan PR 00917-1913 | Secretary of Justice, Hon. Domingo Emmanuelli-Hernandez<br>Hon. Pedro R. Pierluisi-Urrutia<br>Calle Olimpo, Esq. Axtmayer<br>Pda. 11 Miramar<br>San Juan, PR 00907 |
| G RG Engineering S E<br>Attn: President or General Counsel<br>Urb. Belisa 1515 Calle Bori<br>San Juan, PR 00927 | Muniz Burgos Contractors, Corp.<br>Attn: President or General Counsel<br>Condominio Parque De Las Fuentes PH204<br>680 Calle Cesar Gonzalez<br>San Juan, PR 00918-3912 |

| | |
|---|---|
| Correction Corporation of America<br>Attn: President or General Counsel<br>10 Burton Hills Boulevard<br>Nashville, TN 37215 | McNamee Lochner P.C.<br>Attn: General Counsel<br>20 Corporate Woods Blvd., Ste 4<br>Albany, NY 12211-2396 |
| Puerto Rico Industrial Development Company<br>Attn: Gabriel Maldonado<br>PO Box 362350<br>San Juan, PR 00936-2350 | Quintero Construction S E<br>Attn: President or General Counsel<br>Carr 734 Km 0.5 Bo Arenas<br>Cidra, PR 00739 |
| Bank of New York Mellon<br>225 Fifth Ave<br>Suite 1200<br>Pittsburgh, PA 15222 | Popular Fiduciary Services<br>Popular Center North Building<br>#209 Munoz Rivera, Ave<br>2nd Level<br>Hato Rey, PR 00918 |
| Cooperativa De A/C Aibonitena<br>100 Calle Jose C. Vazquez<br>Aibonito, PR 00705 | Candlewood Investment Group, LP<br>555 Theodore Fremd Avenue<br>Suite C-303<br>Rye, NY 10580 |
| Fir Tree Partners<br>55 West 46th Street<br>29th Floor<br>New York, NY 10036 | Cooperativa De Ahorro Y Credito De Lares<br>Attn: Enrique M. Almeida Bernal, Esq.<br>PO Box 19757<br>San Juan, PR 00919 |
| Jaime B. Fuster Estate, Comprised By Maria J. Zalduondo Viera and Jaime and Maria L. Fuster Zalduondo<br>PO Box 363101<br>San Juan, PR 00936 | Goldentree Asset Management LP<br>300 Park Avenue, 20th Floor<br>New York, NY 10022 |
| Santander Asset Management, LLC<br>GAM Tower<br>2nd Floor<br>2 Tabonuco Street<br>Guaynabo, PR 06968 | Oppenheimerfunds Inc.<br>350 Linden Oaks<br>Rochester, NY 14625 |
| Sucesion Francisco Xavier Gonzalez Goenaga<br>PO Box 364643<br>San Juan, PR 00936 | N. Harris Computer Corporation<br>Attn: President or General Counsel<br>10 Quannapowitt<br>Parkway Suite 405<br>Wakefield, MA 01880 |

NAI-1522368994v2     B–4

| | |
|---|---|
| Banco Popular de Puerto Rico, as Trustee<br>Popular Fiduciary Services, Popular Center North Building<br>#209 Munoz Rivera Ave., 2nd Level<br>Hato Rey, PR 00918 | Bank of New York Mellon as PRIFA Indenture Trustee<br>Pursuant to the Trust Agreement Dated as of March 1, 2105<br>225 Fifth Avenue<br>Suite 1200<br>Pittsburgh, PA 15222 |
| Governing Board of the Puerto Rico Electric Power Authority<br>Attn: ralph A. Kreil-Rivera, President<br>1110 Ponce de Leon Ave.<br>San Juan, PR 00907 | A Select Drawdown Fund L.P.<br>250 West 55th Street<br>New York, NY 10019 |
| LUMA Energy ServCo, LLC<br>Wayne Stensby as Chief Executive Director<br>644 Fernandez Juncos Avenue<br>Suite 301<br>San Juan PR 00907 | Puerto Rico Fiscal Agency and Financial Advisory Authority<br>Omar Marrero-Díaz as Executive Director<br>Government Center Roberto Sánchez Vilella (Minillas)<br>De Diego Ave. Stop 22<br>San Juan, PR 00907 |
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica<br>Sistema de Retiro AEE<br>PO Box 13978<br>San Juan, PR 00908-3978 | Puerto Rico Hospital Supply<br>Call Box 158<br>Carolina, PR 00986-0158 |
| Puerto Rico Public Private Partnership Authority<br>Fermín Fontanés-Gómez, as Executive Director<br>Government Center Roberto Sánchez Vilella (Minillas)<br>De Diego Ave. Stop 22<br>San Juan, PR 00907 | Whitebox Advisors, LLC<br>Attn: Scott Specken<br>3033 Excelsior Blvd., Suite 300<br>Minneapolis, MN 55416 |