UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER AMENDING CONFIRMATION HEARING PROCEDURES ORDER

The *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* (Docket Entry No. 18502 in Case No. 17-3283, the "Confirmation Procedures Order"), dated October 14, 2021, is hereby amended to modify the phone number, access code, and security code for listen-only access to the Confirmation Hearing and Pretrial Conference.

Members of the public, press, and attorneys may **listen to but not view or participate in** the Hearing by dialing (877) 336-4441 (international callers should dial (409) 207-6985), and, when prompted, entering the access code (2140522) and security code (7229) for

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

listen-only access to the Pretrial Conference scheduled for November 1, 2021, and security code (6335) for listen-only access to the Confirmation Hearing scheduled to begin on November 8, 2021. This telephonic access line will be in listen-only mode at all times. Recording and further broadcasting of the proceedings by any means remain prohibited.

The text of the *Amended Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* is attached to this Order as Exhibit 1.

SO ORDERED.

Dated: October 28, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge