IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------ X

In re

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    As a representative of

COMMONWEALTH OF PUERTO RICO, *et al.,*

    Debtor.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------ X

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel pursuant to Local Civil Rule 1.4, that Anibal Escanellas-Rivera of Escanellas & Juan PSC shall be substituted in the place of and in the stead of Manuel A. Banchs of Rodriguez Banchs, CSP, as local counsel of record for American Federation of State, County and Municipal Employees in the above-captioned action. Substitution of counsel will not delay the case, nor will it cause prejudice to the debtor or other plaintiffs or defendants.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Therefore, pursuant to Local Civil Rule 1.4, American Federation of State, County and Municipal Employees seek an order for substitution of counsel.

| OUTGOING COUNSEL | INCOMING COUNSEL |
|---|---|
| **RODRIGUEZ BANCHS, CSP** | **ESCANELLAS & JUAN PSC** |
| By: */s/ Manuel A. Rodriguez Banchs* <br> Manuel A. Rodríguez Banchs <br> P.O. Box 368006 <br> San Juan, Puerto Rico 00936-8006 <br> (787) 764-8896 (Telephone) <br> (787) 721-0975 (Facsimile) <br> manuel@rodriguezbanchs.com | By: */s/ Anibal Esacanellas-Rivera* <br> Anibal Escanellas-Rivera <br> U.S.D.C. PR Bar No. 208908 <br> 204 Domenech Avenue <br> San Juan, Puerto Rico 00918 <br> (787) 758-3000 (Telephone) <br> escanellas@prtc.net |

**SO ORDERED:**

_____
Hon. Laura Taylor Swain
United States District Judge