UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

ORDER DIRECTING THE FILING OF A PRETRIAL CONFERENCE AGENDA

    The Court will hold a pretrial conference and hearing on motions in limine on **November 1, 2021, at 9:30 a.m. (Atlantic Standard Time)** (the "Pretrial Conference"), pursuant to the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* (Docket Entry No. 18502, in Case No. 17-3283, the "Confirmation Hearing Procedures Order"). In preparation for the Pretrial Conference, the Court directs the Financial Management and Oversight Board (the "Oversight Board") to file an agenda outlining the matters to be addressed and the projected timetable for the Pretrial Conference by **October 29, 2021**, at **12:00 p.m. (Atlantic Standard Time)**. The agenda must include the following:

    1.    The motions in limine scheduled to be heard at the Pretrial Conference and the status of each. For each motion in limine, the agenda shall include the order in

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

      which the parties to the relevant motion shall present argument and time allocations for each party.

2. Information identifying any other stipulated or contested matters that the parties believe should be discussed at the Pretrial Conference. The agenda shall include (a) the nature of the stipulated or contested matter, (b) the parties to the stipulated or contested matter, and (c) time allocations for the parties to present the matter.

3. A segment for the Court's discussion with the parties of other matters concerning the conduct of the confirmation hearing.

SO ORDERED.

Dated: October 28, 2021

                                                /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              United States District Judge