# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors. | |

## INFORMATIVE MOTION FOR AMENDED COVER SHEET APPEARANCE

**TO THE HONORABLE COURT:**

    **COMES NOW** creditor Suiza Dairy Corp. ("Suiza"), through the undersigned counsel and, very respectfully state, alleges and pray:

1. According to Order at docket 18502-2 entered on October 14th, 2021, Suiza submitted their party appearance cover sheet on October 25th, 2021.

2. On October 26th, 2021, this Honorable Court entered an Order requesting the filling of Amended Exhibit Cover Sheet. *Dkt.18749.*

3. Suiza filed their Amended Exhibit Cover Sheet on October 27th, 2021. *Dkt.18867.*

4. Suiza hereby submits an Amended Appearance Cover Sheet to correct the docket number for the Exhibit Cover Sheet. *See Exhibit A – Party Appearance Cover Sheet.*

**WHEREFORE**, it is requested from this Honorable Court to take note of the above; and consider Suiza in compliance with Order at Docket 18502-3.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on October 28th, 2021.

By: */s/ Rafael A. González Valiente*
USDC NO. 225209

**Godreau & González Law, LLC**
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*rgv@g-glawpr.com*