## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr><td>
In re:<br>
THE FINANCIAL OVERSIGHT AND<br>
MANAGEMENT BOARD FOR PUERTO RICO,<br><br>
    as representative of<br><br>
THE COMMONWEALTH OF PUERTO RICO, <i>et al.</i>,<br><br>
    Debtors.[1]
</td>
<td>
PROMESA<br>
Title III<br><br><br>
No. 17 BK 3283-LTS<br>
(Jointly Administered)
</td></tr>
</table>

### THE DRA PARTIES' MOTION IN COMPLIANCE WITH ORDER DIRECTING UNSEALING OF (I) REPLY TO THE OBJECTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO TO DRA PARTIES' MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM AND (II) ATTACHMENT TO THE DRA PARTIES' RESPONSE TO EVIDENTIARY OBJECTION TO THE EXPERT REPORT ATTACHED TO THE DRA PARTIES' REPLY IN SUPPORT OF THE DRA PARTIES' MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

**To The Honorable United States District Judge Laura Taylor Swain**:

**COME NOW** AmeriNational Community Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "Collateral Monitor," and together with the Servicer, collectively, the "DRA Parties"), which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds that the DRA issued pursuant to the *Government*

---

[1]   The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566(LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation  (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA")  (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233 (LTS)) (Last Four Digits of Federal Tax ID: 3801).

*Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018, and the approved Qualifying Modification for the Government Development Bank for Puerto Rico (the "GDB")[2] under Title VI of the *Puerto Rico Oversight, Management and Economic Stability Act* ("PROMESA"), by and through the undersigned legal counsel, and respectfully submit this motion (the "Motion") in compliance with the Court's October 21, 2021 *Order Directing Unsealing of (I) Reply to the Objection of Financial Oversight and Management Board for Puerto Rico to DRA Parties' Motion for Allowance of Administrative Expense Claim and (II) Attachment to the DRA parties' Response to Evidentiary Objection to the Expert Report Attached to the DRA Parties' Reply in Support of The DRA Parties' Motion for Allowance of Administrative Expense Claim* [ECF No. 18626] (the "Unsealing Order").

1.      The Unsealing Order directs the DRA Parties to file by October 28, 2021 at 5:00 P.M. (Atlantic Standard Time) either (i) "a certification that the Unredacted Reply[[3]] and/or the Unredacted Expert Report do not require any additional redactions to comply with Rule 9037(a), or (ii) refile the Unredacted Reply and/or the Unredacted Expert Report with only the redactions required by Federal Rule of Bankruptcy Procedure 9037(a)." *Id.* at p. 2.

2.      In compliance with the Unsealing Order, the DRA Parties are hereby filing an Unredacted Reply as **Exhibit A** to this Motion and an Unredacted Expert Report as **Exhibit B** to this Motion with only the necessary redactions under Fed. R. Bankr. P. 9037(a).

---

[2]      *See* ECF No. 270 of Civil Case No. 18- 01561 (LTS) (Nov. 7, 2018).

[3]      Capitalized terms not otherwise defined in this Motion shall have the meaning ascribed to them in the Unsealing Order.

**WHEREFORE**, the DRA Parties request that the Court deem the DRA Parties in compliance with the Unsealing Order and accept the filing of the Unredacted Reply and Unredacted Expert Report as **<u>Exhibits A</u>** and **<u>B</u>** to this Motion, respectively.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of October, 2021.

**WE HEREBY CERTIFY** that, in accordance with the Court's *Fifteenth Amended Notice, Case Management and Administrative Procedures Order* (the "<u>CMP Order</u>") [Dkt. No. 17127-1] on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case. We further certify that, on this same date, we served the foregoing upon all the Standard Parties as identified and defined in the CMP Order.

*[Remainder of page intentionally left in blank]*

3

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel:   787-250-5632
Fax:   787-759-9225

By:   */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

*/s/ Alejandro J. Cepeda-Díaz*
Alejandro J. Cepeda-Díaz
(USDC No. 222110)
E-mail: ajc@mcvpr.com

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

***Attorneys for AmeriNational Community
Services, LLC, as Servicer for the GDB Debt
Recovery Authority***

**C. CONDE & ASSOC. LAW OFFICES**

By:   */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

*/s/ Luisa S. Valle Castro*
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel:   787-729-2900
Fax:   787-729-2203
E-mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By:   */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
Noah N. Gillespie (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel:   202-729-7470
Fax:   202-730-4520
E-mail: douglas.mintz@srz.com
        noah.gillespie@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel:   212-756-2000
Fax:   212-593-5955

E-mail:      douglas.koff@srz.com
             taleah.jennings@srz.com
             abbey.walsh@srz.com
             peter.amend@srz.com

***Attorneys for Cantor-Katz Collateral Monitor
LLC, as Collateral Monitor for the GDB Debt
Recovery Authority***