# EXHIBIT N

```
                                                    Page 1

 1           IN THE UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF PUERTO RICO
 3                          *   *   *
 4   In re:                      PROMESA
                                 Title III
 5

     THE FINANCIAL OVERSIGHT
 6   AND MANAGEMENT BOARD FOR
     PUERTO RICO,
 7
       As representative of
 8
                                 Case No. 17-BK-3283LTS
 9                               (Jointly Administered)
     THE COMMONWEALTH OF
10   PUERTO RICO, et al.,
11             Debtors.
12                          *   *   *
13             Remote (Zoom) videotaped deposition
14   of ANDREW WOLFE, Witness herein, called by The
15   Financial Oversight and Management Board for
16   Puerto Rico for cross-examination, pursuant to
17   the Federal Rules of Civil Procedure, taken
18   before me, April L. Crites, RPR, RMR, CRR, a
19   Notary Public in and for the State of Ohio, at
20   107 Lakeside Drive, Windham, Maine, 04062, on
21   Tuesday, October 5, 2021, at 9:31 a.m. Atlantic
22   Standard Time.
23                          *   *   *
24
25
```

```
1                    I   N   D   E   X
2           EXAMINATIONS CONDUCTED              PAGE
3                   ANDREW WOLFE
4     Cross-Examination By Mr. Gillespie..........  12
5
6                        *   *   *
7                     EXHIBITS
8      MARKED              DESCRIPTION            PAGE
9    Exhibit 1    Expert Report of Andrew Wolfe    22
                  (Corrected), September 13,
10                2021
11
                         *   *   *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES: (All participants appeared via Zoom)
 2      On behalf of the Cantor-Katz Collateral
        Monitor, LLC, as Collateral Monitor for GDB
 3      Debt Recovery Authority:
 4           Schulte Roth & Zabel
 5      By:  Noah N. Gillespie, Esquire
             Jacqueline Maero Blaskowski, Esquire
 6           901 Fifteenth Street, NW
             Suite 800
 7           Washington, D.C.  20005
             202-729-7483
 8           202-469-4614
             noah.gillespie@srz.com
 9           jacqueline.maeroblaskowski@srz.com
10           Douglas I. Koff, Esquire
             919 Third Avenue
11           New York, New York 10022
             212-756-2773
12           douglas.koff@srz.com
13      On behalf of the Financial Oversight and
        Management Board as Representative for the
14      Debtors:
15           Proskauer Rose LLP
16      By:  Scott P. Cooper
             2029 Century Park East
17           Suite 2400
             Los Angeles, California 90067-3010
18           1-310-284-5669
             scooper@proskauer.com
19
        On behalf of Ambac Assurance Corporation:
20
             Milbank, LLP
21
        By:  Jonathan Ohring, Esquire
22           Atara Miller, Esquire
             55 Hudson Yards
23           New York, New York  10001-2163
             212-530-5147
24           johring@milbank.com
             amiller@milbank.com
25
```

Page 4

```
 1   APPEARANCES: (Continued)
 2      On behalf of Financial Guaranty Insurance
        Company (FGIC):
 3
              Butler Snow, LLP
 4
        By:  Adam M. Langley, Esquire
 5           Crescent Center
             6075 Poplar Avenue
 6           Suite 500
             Memphis, Tennessee 38119
 7           901-680-7316
             adam.langley@butlersnow.com
 8
        On behalf of the Official Committee of
 9      Unsecured Creditors:
10            Paul Hastings, LLP
11      By:  Leah Lopez, Esquire
             200 Park Avenue
12           New York, New York  10166
             212-318-6043
13           leahlopez@paulhastings.com
14      On behalf of the Ad Hoc Group of
        Constitutional Noteholders:
15
              Morrison & Foerster, LLP
16
        By:  Theresa A. Foudy, Esquire
17           Andrew Kissner, Esquire
             Katherine E. Richardson Arnould, Esquire
18           250 West 55th Street
             New York, New York  10019-9601
19           212-336-4482
             tfoudy@mofo.com
20           akissner@mofo.com
             krichardson@mofo.com
21
22
23
24
25
```

```
 1    APPEARANCES: (Continued)
 2       On behalf of the Official Committee of Retired
         Employees:
 3
             Jenner & Block, LLP
 4
         By:  Melissa Root, Esquire
 5            353 North Clark Street
              Chicago, Illinois  60654-3456
 6            312-840-7255
              mroot@jenner.com
 7
         On behalf of AmeriNational Community
 8       Services, LLC:
 9            McConnell Valdes, LLC
10       By:  Arturo J. Garcia-Sola, Esquire
              Alejandro J. Cepeda-Diaz, Esquire
11            Nayuan Zouairabani-Trinidad, Esquire
              270 Munoz Rivera Avenue
12            Seventh Floor
              Hato Rey, Puerto Rico  00918
13            787-250-5632
              ajg@mcvpr.com
14            ajc@mcvpr.com
              nzt@mcvpr.com
15
         On behalf of the National Public Finance
16       Guarantee Corporation:
17            Weil Gotshal & Manges, LLP
18       By:  Colin McGrath, Esquire
              Robert S. Berezin, Esquire
19            Alexander Whitelaw, Esquire
              Stephanie Morrison, Esquire
20            767 Fifth Avenue
              New York, New York  10153-0119
21            212-310-8728
              colin.mcgrath@weil.com
22            robert.berezin@weil.com
              alexander.whitelaw@weil.com
23            stephanie.morrison@weil.com
24
25
```

```
 1   APPEARANCES: (Continued)
 2       On behalf of the National Public Finance
         Guarantee Corporation:
 3
             Adsuar Muniz Goyco Seda &
 4           Perez-Ochoa, PSC:
 5       By:  Eric Perez-Ochoa, Esquire
             268 Munoz Rivera Avenue
 6           Suite 1400
             San Juan, Puerto Rico  00918
 7           787-756-9000
             epo@amgprlaw.com
 8
         On behalf of Assured Guaranty Corp. and
 9       Assured Guaranty Municipal Corp.:
10           Cadwalader, Wickersham & Taft, LLP
11       By:  William J. Natbony, Esquire
             Casey John Servais, Esquire
12           Rachel Ross, Esquire
             200 Liberty Street
13           New York, New York  10281
             212-504-6351
14           bill.natbony@cwt.com
             casey.servais@cwt.com
15           rachel.ross@cwt.com
16       On behalf of the QTCB Noteholder Group:
17           Morgan Lewis & Bockius, LLP
18       By:  David L. Lawton, Esquire
             One State Street
19           Hartford, Connecticut  06103-3178
             860-240-2535
20           david.lawton@morganlewis.com
21
22
23
24
25
```

Page 7

```
 1   APPEARANCES: (Continued)
 2       On behalf of the Puerto Rico Fiscal Agency and
         Financial Advisory Authority:
 3
             O'Melveny & Myers, LLP
 4
         By:  Madhu Pocha, Esquire
 5            1999 Avenue of the Stars
              Seventh Floor
 6            Los Angeles, California   90067
              310-246-8588
 7            mpocha@omm.com
 8   Also Present:
 9           Kroll:
10               Edmond Esses
                 Michael Vitti
11               David Prager
12           Proskauer:
13               Julia Alonzo
                 Margaret Dale
14               Ehud Barak
                 Lary Alan Rappaport
15               James Anderson
                 Hermann Bauer
16               Chantel Febus
                 Paul Possinger
17
             Schulte Roth & Zabel:
18
                 Matthew G. Pinos
19
             Veritext:
20
                 Justin Bond, Videographer
21               Karen Patterson, Concierge
                 Paul Baker, Concierge
22
                        *   *   *
23
24
25
```

                                                        Page 8

1                    THE VIDEOGRAPHER:  Good morning.

2       Today is October 5, 2021, and we are on the

3       record at 9:31 a.m.

4                    Today, we'll take a videotaped

5       deposition in Case Number 17-BK-3283-LTS.

6                    This deposition is being held

7       remotely.

8                    Counsel, please state your

9       appearance and affiliation for the record and

10      that you agree to the remote swearing of the

11      witness.

12                   MR. GILLESPIE:  Noah Gillespie from

13      Schulte Roth & Zabel.  So agree.

14                   MR. COOPER:  Scott Cooper for the

15      Oversight Board.  Agree.

16                   MR. GILLESPIE:  Welcome, everybody.

17                   My name is Noah Gillespie.  I'm an

18      attorney with Schulte Roth & Zabel, and, together

19      with the law firm McConnell Valdes, we represent

20      certain creditors in this litigation known as the

21      DRA parties.

22                   I'm assisted today by my colleagues,

23      Doug Koff and Jacqueline Maero Blaskowski, and I

24      understand we also have Mr. Alejandro Cepeda from

25      McConnell Valdes.

Page 9

1                    I wanted to reach out to -- to

2     Mr. Cooper and just confirm the standard

3     stipulations; specifically, that any objections

4     today will be limited to form and privilege with

5     all other objections being reserved.  And we

6     understand that an objection by one party will

7     suffice for all parties.

8                    Do I have that correct, Mr. Cooper?

9                    MR. COOPER:  You do.

10                   MR. GILLESPIE:  And can --

11                   MR. KOFF:  No, I think we have to

12    confirm that no one objects to that.

13                   MR. GILLESPIE:  Very good.

14                   Does anyone object to this

15    stipulation?

16                   (Pause.)

17                   Great.  I hear no objections.

18                   And so, you know, before we dive in,

19    I just want to recognize that, you know, we're

20    performing this deposition virtually through the

21    Veritext platform, with all counsel appearing

22    remotely and, you know, in separate locations due

23    to the -- due to the COVID-19 pandemic.  I hope

24    everyone is keeping safe.

25                   I hope all of us can be cognizant of

1    the difficulties that this presents in the use of

2    this technological platform and that we all can

3    try to avoid speaking over one another so we can

4    get through this, you know, as efficiently and

5    professionally as possible.

6              I also want to note for everyone's

7    benefit, that for exhibits, we're going to be

8    using the Egnyte platform.  And my colleague,

9    Jacqueline Maero Blaskowski, will, you know, help

10   introduce and publish any exhibits that we need

11   throughout the course of the deposition on that

12   platform, where everyone can access them and make

13   sure that, you know, they can -- they can look

14   through the exhibit alongside the witness.

15             At this point, I know we have a lot

16   of attorneys on the line, a lot of attorneys that

17   are a part of our platform here.  Why don't we

18   take a moment and go around and take appearances

19   from all the parties so that we have that on the

20   record.

21             MR. OHRING:  Okay.  Happy to start

22   it off.  Jonathan Ohring, Milbank, on behalf of

23   Ambac Assurance Corporation.

24             MR. LANGLEY:  This is Adam Langley,

25   Butler Snow, on behalf of Financial Guaranty

Page 11

1   Insurance Company, FGIC.

2                MS. LOPEZ:  Leah Lopez from Paul

3   Hastings on behalf of the Official Committee of

4   Unsecured Creditors.

5                MS. FOUDY:  Theresa Foudy of

6   Morrison & Foerster on behalf of the Ad Hoc Group

7   of Constitutional Noteholders.

8                MS. ROOT:  Melissa Root of Jenner &

9   Block on behalf of the Official Committee of

10  Retired Employees.

11               MR. GARCIA:  Arturo Garcia on behalf

12  of AmeriNational Community Services, LLC.

13               MR. McGRATH:  Colin McGrath, Weil,

14  Gotshal & Manges, for National Public Finance

15  Guarantee Corporation, and I'm on with my

16  colleagues, Robert Berezin, Alex Whitelaw, and

17  Stephanie Morrison.

18               MR. PEREZ-OCHOA:  Eric Perez-Ochoa,

19  Adsuar Muniz, for National, together with my wild

20  colleagues.

21               MR. NATBONY:  William Natbony from

22  Cadwalader Wickersham & Taft on behalf of Assured

23  Guaranty Corp. and Assured Guaranty Municipal

24  Corp.  And on the line also are Casey Servais and

25  Rachel Ross.

Page 12

1           MR. COOPER:  And, Mr. Gillespie, I

2    will note for the record that you already have my

3    appearance.  A number of my colleagues are also

4    on the line who are listening but not

5    participating today.

6           MR. GILLESPIE:  Thank you.

7           Do we have anyone else?

8           MR. LAWTON:  David Lawton, Morgan

9    Lewis & Bockius, for QTCB Noteholder Group.

10           MR. GILLESPIE:  Thank you.

11           And with that, and hearing no one

12    else, Madam Court Reporter, if I could ask you to

13    swear in the witness.

14                    ANDREW WOLFE

15    of lawful age, Witness herein, having been first

16    duly cautioned and sworn, as hereinafter

17    certified, was examined and said as follows:

18                  CROSS-EXAMINATION

19    BY MR. GILLESPIE:

20           Q.   Good morning, sir.

21           May I call you Dr. Wolfe?

22           A.   Sure.

23           Q.   Have you been deposed before?

24           A.   Yes.

25           Q.   How many times have you been deposed

Page 13

1    before?

2              A.    Twice.

3              Q.    Okay.  And what were those two

4    occasions?

5              A.    One was a case relating to HTA, and

6    the other was UTIER workers.

7              Q.    So let's take those one at a time.

8                    The case for HTA, were you a fact

9    witness or an expert witness?

10             A.    I don't -- I don't really know the

11   difference.  I -- I think an expert witness

12   but --

13             Q.    Uh-huh.

14             A.    -- I'm not sure.

15             Q.    And with UTIER, do you know whether

16   you were a fact or an expert witness?

17             A.    I think an expert witness, but I'm

18   not a hundred percent sure of that.

19             Q.    And these two examples of HTA and

20   UTIER, were these in connection with the

21   bankruptcy in Puerto Rico?

22             A.    Yes.

23             Q.    Mm-hmm.  Those were depositions.

24                   Have you ever given any trial

25   testimony before?

Page 14

1          A.    Yes.

2          Q.    And when was that?

3          A.    That was related to the HTA case.

4          Q.    I see.

5                And there, do you know whether you

6    were a fact or expert witness at that trial?

7          A.    Same -- same thing.  I think an

8    expert witness, but I -- I'm not a hundred

9    percent sure.

10         Q.    Thank you.

11               So I'd like to just give an overview

12   of the deposition process.  I'm sure you're --

13   you're familiar with a lot of this from your

14   previous experience.

15               I'll be the person asking the

16   questions today -- and -- or, at least, the first

17   one to do so.  I'd appreciate it if you let me

18   finish asking my questions before answering, and

19   I'll try to let you finish your answers before I

20   ask the next question.  I'm sure each of us will

21   violate that goal from time to time, you know,

22   but that will help us get the clearest record and

23   have a clear transcript.

24               Do you understand?

25         A.    Yes.

Page 15

1        Q.   And also to ensure a clear

2   transcript, please answer any questions verbally.

3   You know, for example, if you nod your head, you

4   know, the court reporter will not be able to take

5   that down.

6             Do you understand?

7        A.   Yes.

8        Q.   And because this is a remote

9   deposition, if you have any technical issues at

10  any time -- for example, you can't hear the

11  question or can't view the screen, having trouble

12  looking at any exhibits -- please let us know.

13            Do you understand?

14       A.   Yes.  Yes.

15       Q.   And if any of my questions are

16  unclear or you don't understand the question, let

17  me know; I'll do my best to clarify.  If you do

18  not ask me to do that, I will assume that you

19  understand my question.

20            Do you understand that?

21       A.   Yes.

22       Q.   And from time to time, your counsel,

23  Mr. Cooper, may object to my questions.  You're

24  still required to answer the question, even if

25  there is an objection, unless Mr. Cooper directs

Page 16

1   you not to answer.

2            Do you understand that?

3       A.   Yes.

4       Q.   Okay.  We'll be taking regular

5   breaks today.  If at any point you need a break,

6   feel free to ask for one.  My only request is

7   that if we have a question pending, that you

8   first answer that question before we take our

9   break.

10           Do you understand that?

11      A.   Yes.

12      Q.   And our focus today is to gather

13  information from you in response to the questions

14  that I ask.  So please try to be attentive to my

15  questions.  I'm trying to be efficient, and, as

16  we noted, you know, Mr. Cooper is here, and if --

17  if he or anyone else would like to ask for

18  further explanation, they can later after I'm

19  finished.

20           Do you understand that?

21      A.   Yes.

22      Q.   Thank you.

23           Is there any reason that you cannot

24  testify truthfully today?

25      A.   No.

Page 17

1          Q.   Are you taking any kind of
2    medication that would affect your ability to
3    testify truthfully?
4          A.   No.
5          Q.   Do you understand that you're under
6    oath and that the testimony you're giving today
7    has the same weight as if we were in a court of
8    law?
9          A.   Yes.
10         Q.   Thank you.
11              Are you appearing today as a
12   representative of any person or entity?
13         A.   No.
14              MR. COOPER:  Object to the form.
15              THE COURT REPORTER:  Mr. Cooper, did
16   you object?
17              MR. COOPER:  I did.  I said, Object
18   to the form.
19              THE COURT REPORTER:  Okay.
20   BY MR. GILLESPIE:
21         Q.   Mr. Coop -- excuse me.
22              Dr. Wolfe, what did you do to
23   prepare for the deposition?
24         A.   I re-read my report.  I re-read one
25   or two background articles.  And I had

Page 18

1    discussions with the lawyers.

2            Q.   Mm-hmm.  And how many hours overall

3    did you take to prepare for this deposition?

4            A.   I don't know.  Maybe 10 or 12.

5            Q.   Mm-hmm.  And how much of that time

6    involved meetings or calls with other

7    individuals?

8            A.   Most -- most of it.  If it was 12,

9    maybe 10 of the hours.  Something like that.

10           Q.   Who did you meet with in that

11   context?

12           A.   The lawyers from Proskauer.

13   Mr. Cooper and a few others.

14           Q.   And was anyone else participating in

15   those meetings?

16           A.   No.

17           Q.   How many times did you meet with the

18   lawyers of Proskauer?

19           A.   Maybe four or five times.

20           Q.   And how did you meet?

21                Was this over the phone?  Was this

22   in person?  Was this by video?

23           A.   Main -- mainly kind of -- their --

24   their, like, Webex or Zoom platform.  I don't

25   remember exactly the name of it.  But one -- a

1    couple of phone calls -- short phone calls as

2    well.

3         Q.   And you said that it was -- it was

4    approximately four to five times that you met

5    with them.

6              What was the general duration of

7    each of the meetings?

8         A.   There were a couple that were longer

9    and then a few that were shorter.  I don't think

10   more than three hours was maybe the longest.

11        Q.   Mm-hmm.  You mentioned a few of the

12   things that you re-read in advance of the

13   deposition.

14             Did you review any documents, other

15   than those, in preparation for your deposition

16   today?

17             MR. COOPER:  Object to the form.

18             THE WITNESS:  I'm not sure I

19   understand the question.  I -- the documents -- I

20   thought you -- you -- the only thing that I read

21   was that, my report and those two articles that I

22   wanted just to brush up on.

23   BY MR. GILLESPIE:

24        Q.   Understood.  Thank you.

25             So you discussed how you met with

1   some attorneys at Proskauer.

2            Did you communicate with any other

3   individuals regarding your testimony or potential

4   testimony in this case?

5            A.   No.

6            Q.   Did you communicate with any other

7   individuals regarding your analysis for this

8   case?

9            A.   No.

10           Q.   What instructions, directives, or

11  assumptions did you receive from counsel with

12  respect to your analysis?

13           MR. COOPER:   Object to the form.

14           THE WITNESS:   Can you explain what

15  you mean by instructions?   I'm not clear on that.

16  BY MR. GILLESPIE:

17           Q.   Let's start with what assumptions

18  did you receive from counsel and -- with respect

19  to your analysis?

20           A.   I didn't receive any assumptions

21  from --

22           Q.   Were there any opinions that counsel

23  asked you to -- to give throughout the process

24  that -- that you refused to adopt?

25           A.   No.

Page 21

1          Q.   Okay.  Dr. Wolfe, could you please

2    give us a thumbnail sketch of your education?

3          A.   I have -- I went to the University

4    of Pennsylvania for college, graduated in 1978 in

5    the applied Science and Wharton program.  So I

6    have a bachelor's in economics from Wharton and a

7    bachelor of science from the engineering college.

8    And then I went to graduate school at the

9    University of Wisconsin and received my Ph.D. in

10   1983.  In economics.

11         Q.   Mm-hmm.  And could you please give

12   us a thumbnail sketch of your work experience

13   over your career?

14         A.   I started out as a teacher.  I

15   then -- for a few years at Bowdoin College.  And

16   then I went to the International Monetary Fund

17   where I was there for 27 years.  And then I went

18   back to teaching and consulting.  The latest

19   teaching post is as an adjunct professor at Rice

20   University, although I'm on leave right now.

21         Q.   Mm-hmm.  And so for the report that

22   you submitted in this case, or for your

23   engagement with FOMB, what was your assignment?

24         A.   I was asked to see if there was --

25   if there were policies that could generate enough

Page 22

1    resources to cover the debt service that was

2    listed in the -- you know, the Plan of

3    Adjustment.  The latest Plan of Adjustment.

4              Q.   Mm-hmm.  Okay.

5              MR. GILLESPIE:  And so at this

6    point, I would ask my colleague, Jacq, to

7    introduce and publish our first exhibit.

8              (Exhibit 1, Expert Report of Andrew

9    Wolfe (Corrected), September 13, 2021, was marked

10   for purposes of identification.)

11   BY MR. GILLESPIE:

12             Q.   As I understand it, we may need to

13   reload the page in order to see it.

14             MR. COOPER:  It came up on my

15   screen, Counsel.

16             MR. GILLESPIE:  Thank you.

17             THE WITNESS:  It did not -- it did

18   not on mine.

19             MS. PATTERSON:  You'll need to

20   refresh your screen.  You can do that by clicking

21   on the Marked Exhibit folder on the left-hand

22   side in the file tree.  The file will pop up, and

23   then you can open it.

24             Karen from Veritext, by the way.

25             THE WITNESS:  Thank you.

Page 23

```
 1              It's loading.

 2              Okay.  It's up.

 3   BY MR. GILLESPIE:

 4        Q.   Thank you.

 5              Dr. Wolfe, is this your expert

 6   report?

 7        A.   Let's see.  Yes.

 8        Q.   Do you stand behind your report?

 9        A.   Yes.

10        Q.   You had previously corrected your --

11   your report in some regards; is that right?

12        A.   Yes.

13        Q.   At this point, do you have any

14   further changes to make?

15        A.   No.

16        Q.   And there's nothing in recent events

17   that would cause you to alter your report?

18        A.   No.

19        Q.   And you're here today to testify

20   about your report; is that correct?

21        A.   Yes.

22        Q.   And you're not testifying about the

23   fiscal plans, for example?

24        A.   No.

25        Q.   And not about the -- the assumptions
```

1    that underlie the fiscal plans?

2              A.    No.

3              Q.    Thank you.

4                    Just to get some background, let's

5    talk about your role with the FOMB.

6                    And, first, so I understand

7    correctly, do you have any role with AAFAF?

8              A.    No.

9              Q.    Okay.  And have you ever worked with

10   AAFAF in the past?

11                   MR. COOPER:  Object to the form.

12                   THE WITNESS:  Did you say work with

13   the AAFAF or for -- I couldn't hear clearly.

14   BY MR. GILLESPIE:

15             Q.    I said work with.  But I suppose we

16   can make it a bit broader.

17                   I mean, did you have any role with

18   AAFAF in the past?

19             A.    No.

20             Q.    And I believe you described yourself

21   as an economic advisor to the FOMB?

22             A.    Yes.

23             Q.    And describe your role.

24             A.    Now my role is -- is basically to

25   just assist McKinsey, who's in charge of the

Page 25

1   fiscal plan model, when they have questions --
2   modeling issue questions about how -- on the
3   macroeconomy of Puerto Rico, and as needed by the
4   CEO of -- of the Board.  Sometimes I get requests
5   to do some research.
6           Q.   Mm-hmm.  And you began this role
7   with the FOMB in November of 2016; is that
8   correct?
9           A.   Correct.  Yes.
10          Q.   And so between then and now, has --
11  has your role changed with the FOMB?
12          A.   Yes.
13          Q.   So how has it changed over time?
14          A.   It's more -- it's -- it's not as --
15  I'm not as involved as I used to be.  Much of my
16  earlier work was in development of the
17  macroeconomic part of the fiscal plan model, and
18  it's now kind of, you know, set.  And so I am
19  just not as involved in that regard.
20          Q.   Have you had any other engagements
21  for the FOMB?
22              MR. COOPER:  Object to the form.
23              THE WITNESS:  I -- I don't -- can
24  you -- what do you mean by engagements?
25  BY MR. GILLESPIE:

1          Q.   So you're currently engaged as an

2    economic advisor with the FOMB, right?

3          A.   Oh, okay.

4          Q.   And have you had --

5          A.   Then the answer is no.

6          Q.   Okay.  Have you ever consulted for

7    the government of Puerto Rico?

8          A.   Yes.

9          Q.   And could you give me a thumbnail

10   sketch of what work you did in that context?

11         A.   I was part of a three-person team.

12   I was contracted in 20 -- I guess late 2014 --

13   but the bulk of the work was 2015 -- to do a sort

14   of an IMF-type analysis of the financial

15   situation and outlook for Puerto Rico, for the

16   Commonwealth.

17         Q.   Is that the same or different than

18   the work that resulted in what's known as

19   The Krueger Report?

20         A.   That is -- that is the work of

21   The Krueger Report.

22         Q.   Okay.  And so let's talk now about

23   your current compensation in your role with the

24   FOMB.

25              How much are you paid?

Page 27

1          A.   I am paid effectively $300 an hour

2     with a cap -- monthly cap that can't exceed

3     $25,000.

4          Q.   How much time have you spent

5     overall?

6               MR. COOPER:  Object to the form.

7               In connection with what?

8     BY MR. GILLESPIE:

9          Q.   So in your -- in your role with the

10    FOMB as an economic advisor, for which you're

11    paid $300 an hour and a monthly cap of $25,000 a

12    month, how much time have you spent since

13    starting that role?

14         A.   Oh --

15              MR. COOPER:  Object to the form.

16    BY MR. GILLESPIE:

17         Q.   We -- we can break it down by year.

18              Do you have an estimate of how much

19    time you spent in 2021 in this role?

20         A.   In calendar year '21 or in fiscal

21    year '21?

22         Q.   Whichever is easier for you.

23         A.   Yeah.

24         Q.   Just let me know which you're using.

25         A.   In fiscal year '21, I don't know

Page 28

1    off -- I can't tell you exactly the number of

2    hours, but I can tell you I've never -- I've

3    never reached the cap.

4           Q.   Uh-huh.

5           A.   Some months are busier than others.

6           Q.   Mm-hmm.

7           A.   But it's -- it's been less than

8    half-time for several years now.

9           Q.   And in fiscal year 2021, do you have

10   a sense of what that total bill was?

11              MR. COOPER:  Object to the form.

12              THE WITNESS:  I -- I really -- I

13   mean, I -- that's -- I -- I don't know offhand.

14   BY MR. GILLESPIE:

15          Q.   Is it --

16          A.   But I --

17          Q.   Mm-hmm.

18          A.   It's -- I think it's public

19   information.

20          Q.   And you said in fiscal year 2021, it

21   was approximately half-time.

22              How did the prior years compare?

23   Were they similar?  Also about half-time, or has

24   the amount of time you spent changed year to

25   year?

Page 29

1          A.   The --

2               MR. COOPER:  Object to the form.

3               THE WITNESS:  The amount of time has

4     diminished.

5               When I first started working for the

6     Board, you know, I almost reached the cap almost

7     every month.

8               But I -- you know, since the last

9     two or three years, you know, I've had months

10    where I barely did any work.  So I -- I, you

11    know -- but I don't know the -- the exact

12    amounts.  But, you know, I'd say I've averaged

13    maybe 30 to 40 hours a month.  But that's really

14    a -- a very rough guess.  I don't know for sure.

15         Q.   Understood.

16              Do you have an engagement letter

17    with the FOMB?

18         A.   So I -- I get one every year.  I

19    haven't received the latest one for FY '22.

20    Typically, that's the way it's generally been.

21    They've been late in that.

22              But I've always been guided by the

23    previous year's engagement letter.

24         Q.   Understood.

25              Let's turn now to your report, and I

Page 30

1    would -- I would direct your attention to

2    paragraph 10.

3              A.    Okay.

4              Q.    And in paragraph 10, you state,

5    quote, I analyze the fiscal impact of, end quote,

6    and then there's two items.

7              Do you see that first part of the

8    sentence there in paragraph 10?

9              A.    After footnote 2?

10             Q.    Correct.

11             A.    Yeah.  I analyze the financial

12   impact of certain structural reforms for the

13   Puerto Rico economy and recommended in the Fiscal

14   Plan as well as additional reforms recommended in

15   the report -- in this report that together would

16   substantially boost growth.

17             Q.    Thank you.

18             And so there are certain items that

19   you analyzed that are recommended in the Fiscal

20   Plan but are not adopted in the projections of

21   the Fiscal Plan?

22             MR. COOPER:  Object to the form.

23             THE WITNESS:  In this report, I used

24   some of those reforms.

25   BY MR. GILLESPIE:

Page 31

1          Q.    Let's -- let's take it piece by

2    piece.

3                And so after the -- the footnote 2,

4    in paragraph 10, you say, quote, I analyze the

5    fiscal impact of certain structural reforms of

6    the Puerto Rico economy recommended in the Fiscal

7    Plan (but not taken into account as part of the

8    projections and surplus in the Fiscal Plan), end

9    quote.

10               Did I read that correctly?

11         A.    Yes.

12         Q.    And so in this part of the sentence,

13   you're referencing that there's certain

14   structural reforms in your report that are

15   recommended in Fiscal Plan, correct?

16         A.    These are the reforms that are

17   listed on -- I think it's on page 63, where the

18   Board says there are other steps they could take.

19   But for some reason, they haven't taken them yet.

20         Q.    And for these that are recommended,

21   on page 63, they -- they were not actually

22   projected in Fiscal Plan.

23               MR. COOPER:  Object to the form.

24               THE WITNESS:  Yeah.  Yes.

25               Yes, they're not.

Page 32

1   BY MR. GILLESPIE:

2          Q.   And then continuing reading, you

3   say, quote, As well as additional reforms

4   recommended in this report that together would

5   substantially boost growth, end quote.

6                And so those are items that you are

7   proposing that are not recommended in the Fiscal

8   Plan?

9          A.   They're -- they're reforms that I'm

10  proposing that are not mentioned in the Fiscal

11  Plan.

12         Q.   I see.

13               And I think you have some

14  terminology throughout your report about

15  category 1, category 2, and category 3.

16               Do you understand what I'm

17  referencing when I talk about those categories?

18         A.   Yes.

19         Q.   And your definition of category 1

20  are these items that are recommended in the

21  Fiscal Plan but not part of the projections of

22  the Fiscal Plan?

23         A.   No.  Category 1, they're recommended

24  and included in the projection.

25         Q.   Thank you.  Thank you for that

Page 33

1    correction.

2              And so it's -- I was thinking of

3    category 2, correct?  That's what's recommended

4    in the Fiscal Plan but not projected?

5         A.   Yes.

6         Q.   Okay.  And then category 3 is not

7    mentioned in the Fiscal Plan at all.

8         A.   Yes.

9         Q.   Thank you.

10             And you -- you make a number of

11   particular recommendations of structural reforms

12   that you classify in categories 1, 2, and 3,

13   correct?

14        A.   Well, I -- I categorized them based

15   on that status that we just mentioned.

16        Q.   Yes.

17             And then the structural reforms in

18   your report -- you recommend that all of those

19   structural reforms in your report be implemented

20   in Puerto Rico?

21        A.   Yes.

22        Q.   Okay.  Let's continue to

23   paragraph 11.  Let me know when you're there.

24        A.   I'm there.

25             MS. PATTERSON:  Excuse me.  This is

Page 34

1    Karen from Veritext.  We -- somehow this got

2    mis-communicated or not communicated.  But with

3    the exhibits, they should be marked and put into

4    the Marked Exhibit folder, but they also should

5    be screen-shared.

6              So if the concierge or Jacq, if you

7    could screen-share the exhibit, that would be

8    great, even though it's put into the Marked

9    Exhibit share folder.

10             THE CONCIERGE:  This is Paul Baker.

11   I have no problem screen-sharing.

12             Just give me one moment.

13             MS. PATTERSON:  Thank you, Paul.

14             THE WITNESS:  And what page are we

15   on?

16             MR. GILLESPIE:  And, Mr. Baker, if

17   you could direct us to page 5.  And we'll be

18   looking at paragraph 11.

19             Thank you.

20   BY MR. GILLESPIE:

21        Q.   And, Dr. Wolfe, are you able to see

22   on the screen share paragraph 11?

23        A.   Yes.

24        Q.   So paragraph 11 of your report, you

25   explain that the FOMB has recommended certain,

Page 35

1    quote, structural reforms, end quote, to raise

2    productivity and growth.  Is that correct?

3                     MR. COOPER:  Object to the form.

4                     THE WITNESS:  I'm sorry.  I didn't

5    hear.  Somebody said something after your

6    question.

7    BY MR. GILLESPIE:

8            Q.   Sure.  I can repeat it.

9                     In paragraph 11 of your report, you

10   explain that the FOMB has recommended certain

11   structural reforms to raise productivity and

12   growth.

13                   MR. COOPER:  Object to the form if

14   that's the question.

15                   THE WITNESS:  Yes.

16   BY MR. GILLESPIE:

17           Q.   And you say that -- I'm reading from

18   the last sentence -- that these reforms, meaning

19   the structural reforms, would address problems in

20   the following three areas, among others.

21           A.   Yes.

22           Q.   And so the three areas, just going

23   very -- very high level here.  And you're --

24   you're saying these reforms would address

25   problems in labor markets, the ease of doing

Page 36

1   business, and taxation.

2             Do I understand that right?

3         A.   Yes.

4             MR. GILLESPIE:  And if we could

5   please scroll down to paragraph 13.

6   BY MR. GILLESPIE:

7         Q.   And do I understand correctly

8   that -- that you recommend that the government of

9   Puerto Rico -- I think the word you use in this

10  paragraph is proactively implement the reforms

11  you identify in these three areas?

12        A.   Yes.

13        Q.   I'm going to jump us forward to

14  Appendix 4.  I will try to locate a page number

15  for -- okay.  Let's see.  It begins on page 19.

16            MR. GILLESPIE:  We're currently

17  looking at page 20.  If we could go up one more

18  page to page 19.

19  BY MR. GILLESPIE:

20        Q.   So, Dr. Wolfe, are you able to see

21  page 19 of the report?

22        A.   Yes.

23        Q.   And do I understand correctly that

24  Appendix 4 describes the future value that you

25  conclude these reforms will generate?

Page 37

1          A.    Yes.

2          Q.    Do you stand by the values in

3    Appendix 4 of your report?

4          A.    Yes.

5               MR. COOPER:  Object to the form.

6               THE WITNESS:  Yes.

7               MR. GILLESPIE:  I'm sorry,

8    Mr. Cooper, what's the nature of the objection?

9               MR. COOPER:  Ambiguity with respect

10   to what you mean by your question.  But the

11   witness can answer, and he has.

12               MR. GILLESPIE:  Thank you.

13   BY MR. GILLESPIE:

14          Q.    And so I'll direct your attention to

15   the -- the rightmost column of Appendix 4.  On

16   this page 19, we're looking at Labor Markets.

17               Do you see that?

18          A.    Yes.

19          Q.    And in the rightmost column, you

20   conclude that, quote, The adoption of these labor

21   reforms results in an improvement in the

22   cumulative surplus over fiscal year 2022 to

23   fiscal year 2046 of $18.9 billion.

24               Did I read that correctly?

25          A.    Yes.

Page 38

1          Q.    And I see there's a footnote 20
2     there.
3                And if we look at footnote 20, that
4     tells us that over the longer period, of fiscal
5     year 2022 to fiscal year 2051, that value is
6     $30.5 billion.
7          A.    Yes.
8                MR. GILLESPIE:   Could we please go
9     to the next page?
10    BY MR. GILLESPIE:
11         Q.    Here on page 20, we're looking at
12    the Ease of Doing Business.
13               Do you see that?
14         A.    Yes.
15         Q.    And in the right most column, you
16    conclude that there would be an improvement in
17    cumulative surplus over the fiscal year
18    '22-to-'46 period of $7.2 billion?
19         A.    Yes.
20         Q.    And looking at footnote 21.
21               We see that over the longer period
22    of fiscal year 2022 to fiscal year 2051, that
23    Ease of Doing Business reforms would generate a
24    cumulative surplus increase of $12.3 billion?
25         A.    Yes.

Page 39

1              MR. GILLESPIE:  Could we please go

2   to the next page?

3   BY MR. GILLESPIE:

4         Q.    Here on page 21, we're looking at

5   Tax Reform.

6              Do you see that?

7         A.    Yes.

8         Q.    Looking in the right most column,

9   you conclude, The adoption of these tax reforms

10  results in a bump up in growth for a ten-year

11  period that provides an additional $2.4 billion

12  over fiscal year 2022 to fiscal year 2046.

13        A.    Yes.

14        Q.    And I see your footnote 22, which

15  permits, Over the longer period of fiscal year

16  2022 to 2051, that cumulative surplus increase is

17  $3.2 billion.

18        A.    Yes.

19        Q.    And so, Dr. Wolfe, you are not

20  saying that the Fiscal Plan is the last word; all

21  that can be done?

22              MR. COOPER:  Object to the form.

23              THE WITNESS:  All I'm -- all I was

24  asked for was to find -- recommend measures that

25  can generate surplus in order to cover that debt

Page 40

1    service.

2    BY MR. GILLESPIE:

3         Q.   Mm-hmm.  And based on that task, is

4    it your view that there is more upside or

5    downside than what the Fiscal Plan projects?

6              MR. COOPER:  Object to the form.

7              THE WITNESS:  That's not something

8    that I was considering in the -- when I wrote the

9    paper and did the research.

10   BY MR. GILLESPIE:

11        Q.   And, Dr. Wolfe, you spent a lot of

12   time considering which reforms to recommend; is

13   that right?

14             MR. COOPER:  Object to the form.

15             THE WITNESS:  These are the reforms

16   that my experience told me were the most

17   important for the island.

18   BY MR. GILLESPIE:

19        Q.   Mm-hmm.  And that's based on your

20   experience working with the island?

21             MR. COOPER:  Object to the form.

22             THE WITNESS:  Both working with the

23   island and my experience at the IMF as a

24   macroeconomist.

25   BY MR. GILLESPIE:

Page 41

1          Q.   Mm-hmm.  And you included in your

2     report the reforms in these three areas, because

3     you think that they are realistic for Puerto

4     Rico?

5                    MR. COOPER:  Object to the form.

6                    THE WITNESS:  They're reforms that

7     are needed.

8                    (Audio and video difficulties.)

9     BY MR. GILLESPIE:

10         Q.   I'm sorry, Mr. Wolfe -- Dr. Wolfe.

11    I'm not sure if other individuals had trouble,

12    but for me, your answer broke up.

13         A.   I'm sorry.  These are -- the reforms

14    I focused on are the reforms I feel are needed in

15    Puerto Rico.

16         Q.   Okay.  And you believe that these

17    three reforms, or reforms in these -- sorry.

18    Strike that.

19                    You did find places where you

20    thought that there could be more value for Puerto

21    Rico?

22                    MR. COOPER:  Object to the form.

23                    THE WITNESS:  These three are places

24    where there are more value.

25                    You can generate more surplus.

Page 42

1   BY MR. GILLESPIE:

2           Q.   Mm-hmm.  Okay.

3                MR. GILLESPIE:  And if I could ask

4   the screen share to turn back to paragraph --

5   before we do that.  Sorry.

6   BY MR. GILLESPIE:

7           Q.   You've said, Dr. Wolfe, that these

8   reforms are what's needed for Puerto Rico.

9                Did I hear you correctly?

10          A.   Yes.

11          Q.   And these three areas of structural

12  reform are needed because they will create more

13  value than the plan?

14               MR. COOPER:  Object to the form.

15               THE WITNESS:  They are needed

16  because they're needed to turn the growth picture

17  around.  That in turn generates more fiscal

18  surplus.

19  BY MR. GILLESPIE:

20          Q.   Mm-hmm.  And do I understand

21  correctly that you have -- you have not

22  considered other possible areas of reform?

23               MR. COOPER:  Object to the form.

24               THE WITNESS:  I have considered what

25  I thought meant the objective I was asked to do,

Page 43

1  and that was to, you know, generate enough
2  surplus to pay that debt service located in --
3  that was in the plan -- the plan -- the amended
4  plan.
5  BY MR. GILLESPIE:
6        Q.   If I could direct your attention now
7  to paragraph 28.
8            MR. GILLESPIE:   See if we can -- and
9  let -- help us identify what page that is on.
10           So I see that paragraph 28 is on the
11  bottom of page 11.
12           Thank you.
13 BY MR. GILLESPIE:
14       Q.   In paragraph 28, you state that your
15 Appendix 6, Table 2, is -- the projections are
16 conservative.   Am I reading that correctly?
17       A.   Yes.
18       Q.   And that's because there are various
19 potentially beneficial developments that might
20 occur.
21       A.   Yes.
22       Q.   And you list here potential benefits
23 for the Commonwealth of pending court cases on
24 Social Security.
25           Do you see that?

Page 44

1           A.    Yes.

2           Q.    What are you referring to there?

3           A.    So there are cases in the U.S. court

4    system that will -- could end up increasing the

5    amount of Social Security funds that end up going

6    to the island.  Obviously, that's -- that's a

7    positive development.

8           Q.    What would be the quantity of that

9    value if this occurred?

10          A.    I -- I -- that I haven't analyzed.

11          Q.    What is the likelihood of that

12   favorable outcome?

13               MR. COOPER:  Object to the form.

14               THE WITNESS:  I -- I don't have any

15   idea.

16   BY MR. GILLESPIE:

17          Q.    Mm-hmm.  The next thing you mention

18   here in paragraph 28 is political discussions in

19   Washington on Medicaid formulas for the U.S.

20   territories.

21               What are you referring to there?

22          A.    The discussions that you -- I read

23   in the newspapers, that in Washington, they're

24   considering, you know, treating territories like

25   a state for Medicaid allotments.

Page 45

1          Q.    Mm-hmm.  And what would -- what
2    would the quantity of value to Puerto Rico be,
3    you know, if these political discussions go
4    favorably?
5               MR. COOPER:  Object to the form.
6               THE WITNESS:  I've seen estimates
7    that, you know, $1.5 to $2 billion would come in
8    through Medicaid.  I don't know how much extra
9    spending would go on because of that.  So I --
10   you know, that's a different issue, but it
11   certainly would be better for the island to get
12   it than not have it.
13   BY MR. GILLESPIE:
14          Q.    If Congress added $1.5 to $2 billion
15   to Medicaid for Puerto Rico, how much would that
16   add to the Plan of Adjustment?
17               MR. COOPER:  Object to the form;
18   beyond the scope.
19               THE WITNESS:  I -- I can't answer
20   that, because I don't know what -- how the money
21   would be spent and reallocated on the island.
22   That's --
23   BY MR. GILLESPIE:
24          Q.    Well, thank you, Dr. Wolfe.
25               I think I'd like to take a short

Page 46

1    break at this point, and then, you know, we can

2    see where we need to go from there.

3                    THE WITNESS:  Okay.  How long is the

4    break?

5                    MR. GILLESPIE:  Is ten minutes all

6    right?

7                    THE WITNESS:  Did you say ten?

8                    MR. GILLESPIE:  Yeah.  So that would

9    get us back at 10:30 a.m.

10                   THE WITNESS:  Okay.

11                   THE VIDEOGRAPHER:  Okay.  We'll go

12   off the record at 10:20.

13                   (A brief recess was taken.)

14                   THE VIDEOGRAPHER:  We are back on

15   the record at 10:30.

16   BY MR. GILLESPIE:

17        Q.   Thank you, Dr. Wolfe.  The DRA

18   parties reserve the right to ask any follow-up

19   questions.  But at this point, I have concluded

20   my initial questioning.

21                   MR. COOPER:  Do any of the other

22   parties have any questions for the witness?

23                   Hearing none, I have no questions

24   for the witness at this time.

25                   THE COURT REPORTER:  Would the

Page 47

1   witness like to read the transcript?

2                    MR. COOPER:  Yes.  You can send the

3   transcript to me.

4                    MR. GILLESPIE:  Thank you very much,

5   Dr. Wolfe.  I think that's all for today.

6                    THE WITNESS:  Thank you.

7                    MR. COOPER:  Thank you.

8                    Off the record.

9                    THE VIDEOGRAPHER:  Off the record

10  at 10:32.

11                   (The deposition was concluded at

12  10:32 a.m. AST.)

13                            *   *   *

14

15

16

17

18

19

20

21

22

23

24

25

Page 48

1    STATE OF OHIO             )

                               )   SS:   CERTIFICATE
2    COUNTY OF MONTGOMERY   )

3

4              I, April L. Crites, RPR, RMR, CRR, a

5    Notary Public within and for the state of Ohio,

6    duly commissioned and qualified,

7              DO HEREBY CERTIFY that the

8    above-named ANDREW WOLFE was by me first duly

9    sworn to testify the truth, the whole truth, and

10   nothing but the truth.

11             Said testimony was reduced to

12   writing by me stenographically in the presence of

13   the witness and thereafter reduced to

14   typewriting.

15             I FURTHER CERTIFY that I am not a

16   relative or attorney of either party, in any

17   manner interested in the event of this action,

18   nor am I, or the court reporting firm with which

19   I am affiliated, under a contract as defined in

20   Civil Rule 28(D).

21

22

23

24

25

Page 49

1          IN WITNESS WHEREOF, I have hereunto

2    set my hand and seal of office at Dayton, Ohio,

3    on this 5th day of October, 2021.

4

5

6

7    APRIL L. CRITES, RPR, RMR, CRR

     NOTARY PUBLIC, STATE OF OHIO

8    My commission expires 10-3-2022

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 50

|   |   |
|---|---|
| 1 | Veritext Legal Solutions |
|   | 1100 Superior Ave |
| 2 | Suite 1820 |
|   | Cleveland, Ohio 44114 |
| 3 | Phone: 216-523-1313 |
| 4 |   |
|   | October 6, 2021 |
| 5 |   |
|   | To: Mr. Cooper |
| 6 |   |
|   | Case Name: In Re: Insolvency Proceedings For The Commonwealth Of |
| 7 | Puerto Rico v. |
| 8 | Veritext Reference Number: 4833741 |
| 9 | Witness:  Andrew Wolfe       Deposition Date:  10/5/2021 |
| 10 |   |
|   | Dear Sir/Madam: |
| 11 |   |
| 12 | Enclosed please find a deposition transcript.  Please have the witness |
| 13 | review the transcript and note any changes or corrections on the |
| 14 | included errata sheet, indicating the page, line number, change, and |
| 15 | the reason for the change.  Have the witness' signature notarized and |
| 16 | forward the completed page(s) back to us at the Production address |
|   | shown |
| 17 |   |
|   | above, or email to production-midwest@veritext.com. |
| 18 |   |
| 19 | If the errata is not returned within thirty days of your receipt of |
| 20 | this letter, the reading and signing will be deemed waived. |
| 21 |   |
|   | Sincerely, |
| 22 |   |
|   | Production Department |
| 23 |   |
| 24 |   |
| 25 | NO NOTARY REQUIRED IN CA |

```
                                                        Page 51
1                    DEPOSITION REVIEW
                  CERTIFICATION OF WITNESS
2
          ASSIGNMENT REFERENCE NO: 4833741
3         CASE NAME: In Re: Insolvency Proceedings For The Commonwealth
   Of Puerto Rico v.
          DATE OF DEPOSITION: 10/5/2021
4         WITNESS' NAME: Andrew Wolfe
5         In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7         I have made no changes to the testimony
   as transcribed by the court reporter.
8

   _____        _____
9  Date                    Andrew Wolfe
10        Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
          They have read the transcript;
13        They signed the foregoing Sworn
              Statement; and
14        Their execution of this Statement is of
              their free act and deed.
15
          I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
                  _____
18                Notary Public
19                _____
                  Commission Expiration Date
20
21
22
23
24
25
```

Page 52

1                    DEPOSITION REVIEW
                 CERTIFICATION OF WITNESS

2

           ASSIGNMENT REFERENCE NO: 4833741
3          CASE NAME: In Re: Insolvency Proceedings For The Commonwealth
      Of Puerto Rico v.
           DATE OF DEPOSITION: 10/5/2021
4          WITNESS' NAME: Andrew Wolfe
5          In accordance with the Rules of Civil
      Procedure, I have read the entire transcript of
6     my testimony or it has been read to me.
7          I have listed my changes on the attached
      Errata Sheet, listing page and line numbers as
8     well as the reason(s) for the change(s).
9          I request that these changes be entered
      as part of the record of my testimony.
10

           I have executed the Errata Sheet, as well
11    as this Certificate, and request and authorize
      that both be appended to the transcript of my
12    testimony and be incorporated therein.
13    _____        _____
      Date                    Andrew Wolfe
14

           Sworn to and subscribed before me, a
15    Notary Public in and for the State and County,
      the referenced witness did personally appear
16    and acknowledge that:
17         They have read the transcript;
           They have listed all of their corrections
18             in the appended Errata Sheet;
           They signed the foregoing Sworn
19             Statement; and
           Their execution of this Statement is of
20             their free act and deed.
21         I have affixed my name and official seal
22    this _____ day of_____, 20____.
23         _____
           Notary Public
24

           _____
25         Commission Expiration Date

Veritext Legal Solutions

www.veritext.com                                              888-391-3376

Page 53

1                        ERRATA SHEET

                VERITEXT LEGAL SOLUTIONS MIDWEST

2                    ASSIGNMENT NO: 4833741

3       PAGE/LINE(S) /         CHANGE        /REASON

4       _____

5       _____

6       _____

7       _____

8       _____

9       _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19

        _____      _____

20      Date                    Andrew Wolfe

21      SUBSCRIBED AND SWORN TO BEFORE ME THIS _____

22      DAY OF _____, 20_____ .

23                      _____

                        Notary Public

24

25                      _____

                        Commission Expiration Date

[& - address]                                                                    Page 1

| & |
| --- |

**&**   3:4 4:15 5:3,17
6:3,10,17 7:3,17
8:13,18 11:6,8,14
11:22 12:9

| 0 |
| --- |

**00918**   5:12 6:6
**04062**   1:20
**06103-3178**   6:19

| 1 |
| --- |

**1**   2:9 22:8 32:15
32:19,23 33:12
**1-310-284-5669**
3:18
**1.5**   45:7,14
**10**   18:4,9 30:2,4,8
31:4
**10-3-2022**   49:8
**10/5/2021**   50:9
51:3 52:3
**10001-2163**   3:23
**10019-9601**   4:18
**10022**   3:11
**10153-0119**   5:20
**10166**   4:12
**10281**   6:13
**107**   1:20
**10:20**   46:12
**10:30**   46:9,15
**10:32**   47:10,12
**11**   33:23 34:18,22
34:24 35:9 43:11
**1100**   50:1
**12**   2:4 18:4,8
**12.3**   38:24
**13**   2:9 22:9 36:5
**1400**   6:6
**17**   1:8 8:5
**18.9**   37:23

**1820**   50:2
**19**   9:23 36:15,18
36:21 37:16
**1978**   21:4
**1983**   21:10
**1999**   7:5

| 2 |
| --- |

**2**   30:9 31:3 32:15
33:3,12 43:15
45:7,14
**2.4**   39:11
**20**   26:12 36:17
38:1,3,11 51:16
52:22 53:22
**200**   4:11 6:12
**20005**   3:7
**2014**   26:12
**2015**   26:13
**2016**   25:7
**202-469-4614**   3:8
**202-729-7483**   3:7
**2021**   1:21 2:10 8:2
22:9 27:19 28:9
28:20 49:3 50:4
**2022**   37:22 38:5,22
39:12,16
**2029**   3:16
**2046**   37:23 39:12
**2051**   38:5,22 39:16
**21**   27:20,21,25
38:20 39:4
**212-310-8728**   5:21
**212-318-6043**   4:12
**212-336-4482**   4:19
**212-504-6351**   6:13
**212-530-5147**   3:23
**212-756-2773**   3:11
**216-523-1313**   50:3
**22**   2:9 29:19 38:18
39:14

**22266**   49:6
**2400**   3:17
**25,000**   27:3,11
**250**   4:18
**268**   6:5
**27**   21:17
**270**   5:11
**28**   43:7,10,14
44:18 48:20

| 3 |
| --- |

**3**   32:15 33:6,12
**3.2**   39:17
**30**   29:13
**30.5**   38:6
**300**   27:1,11
**310-246-8588**   7:6
**312-840-7255**   5:6
**3283**   8:5
**3283lts**   1:8
**353**   5:5
**38119**   4:6

| 4 |
| --- |

**4**   36:14,24 37:3,15
**40**   29:13
**44114**   50:2
**46**   38:18
**4833741**   50:8 51:2
52:2 53:2

| 5 |
| --- |

**5**   1:21 8:2 34:17
**500**   4:6
**55**   3:22
**55th**   4:18
**5th**   49:3

| 6 |
| --- |

**6**   43:15 50:4
**60654-3456**   5:5
**6075**   4:5

**63**   31:17,21

| 7 |
| --- |

**7.2**   38:18
**767**   5:20
**787-250-5632**   5:13
**787-756-9000**   6:7

| 8 |
| --- |

**800**   3:6
**860-240-2535**   6:19

| 9 |
| --- |

**90067**   7:6
**90067-3010**   3:17
**901**   3:6
**901-680-7316**   4:7
**919**   3:10
**9:31**   1:21 8:3

| a |
| --- |

**a.m.**   1:21 8:3 46:9
47:12
**aafaf**   24:7,10,13
24:18
**ability**   17:2
**able**   15:4 34:21
36:20
**access**   10:12
**account**   31:7
**acknowledge**
51:11 52:16
**act**   51:14 52:20
**action**   48:17
**ad**   4:14 11:6
**adam**   4:4 10:24
**adam.langley**   4:7
**add**   45:16
**added**   45:14
**additional**   30:14
32:3 39:11
**address**   35:19,24
50:16

[adjunct - bit]                                                                                    Page 2

**adjunct** 21:19
**adjustment** 22:3,3
  45:16
**administered** 1:9
**adopt** 20:24
**adopted** 30:20
**adoption** 37:20
  39:9
**adsuar** 6:3 11:19
**advance** 19:12
**advisor** 24:21 26:2
  27:10
**advisory** 7:2
**affect** 17:2
**affiliated** 48:19
**affiliation** 8:9
**affixed** 51:15
  52:21
**age** 12:15
**agency** 7:2
**agree** 8:10,13,15
**ajc** 5:14
**ajg** 5:13
**akissner** 4:20
**al** 1:10
**alan** 7:14
**alejandro** 5:10
  8:24
**alex** 11:16
**alexander** 5:19
**alexander.whitel...**
  5:22
**allotments** 44:25
**alongside** 10:14
**alonzo** 7:13
**alter** 23:17
**ambac** 3:19 10:23
**ambiguity** 37:9
**amended** 43:3
**amerinational** 5:7
  11:12

**amgprlaw.com**
  6:7
**amiller** 3:24
**amount** 28:24
  29:3 44:5
**amounts** 29:12
**analysis** 20:7,12
  20:19 26:14
**analyze** 30:5,11
  31:4
**analyzed** 30:19
  44:10
**anderson** 7:15
**andrew** 1:14 2:3,9
  4:17 12:14 22:8
  48:8 50:9 51:4,9
  52:4,13 53:20
**angeles** 3:17 7:6
**answer** 15:2,24
  16:1,8 26:5 37:11
  41:12 45:19
**answering** 14:18
**answers** 14:19
**appear** 51:11
  52:15
**appearance** 8:9
  12:3
**appearances** 3:1
  4:1 5:1 6:1 7:1
  10:18
**appeared** 3:1
**appearing** 9:21
  17:11
**appended** 52:11
  52:18
**appendix** 36:14,24
  37:3,15 43:15
**applied** 21:5
**appreciate** 14:17
**approximately**
  19:4 28:21

**april** 1:18 48:4
  49:7
**areas** 35:20,22
  36:11 41:2 42:11
  42:22
**arnould** 4:17
**articles** 17:25
  19:21
**arturo** 5:10 11:11
**asked** 20:23 21:24
  39:24 42:25
**asking** 14:15,18
**assignment** 21:23
  51:2 52:2 53:2
**assist** 24:25
**assisted** 8:22
**assume** 15:18
**assumptions** 20:11
  20:17,20 23:25
**assurance** 3:19
  10:23
**assured** 6:8,9
  11:22,23
**ast** 47:12
**atara** 3:22
**atlantic** 1:21
**attached** 52:7
**attention** 30:1
  37:14 43:6
**attentive** 16:14
**attorney** 8:18
  48:16
**attorneys** 10:16,16
  20:1
**audio** 41:8
**authority** 3:3 7:2
**authorize** 52:11
**ave** 50:1
**avenue** 3:10 4:5,11
  5:11,20 6:5 7:5

**averaged** 29:12
**avoid** 10:3

## b

**bachelor** 21:7
**bachelor's** 21:6
**back** 21:18 42:4
  46:9,14 50:16
**background** 17:25
  24:4
**baker** 7:21 34:10
  34:16
**bankruptcy** 13:21
**barak** 7:14
**barely** 29:10
**based** 33:14 40:3
  40:19
**basically** 24:24
**bauer** 7:15
**began** 25:6
**begins** 36:15
**behalf** 3:2,13,19
  4:2,8,14 5:2,7,15
  6:2,8,16 7:2 10:22
  10:25 11:3,6,9,11
  11:22
**believe** 24:20
  41:16
**beneficial** 43:19
**benefit** 10:7
**benefits** 43:22
**berezin** 5:18 11:16
**best** 15:17
**better** 45:11
**beyond** 45:18
**bill** 28:10
**bill.natbony** 6:14
**billion** 37:23 38:6
  38:18,24 39:11,17
  45:7,14
**bit** 24:16

**[bk - cooper]**

**bk**  1:8 8:5
**blaskowski**  3:5
8:23 10:9
**block**  5:3 11:9
**board**  1:6,15 3:13
8:15 25:4 29:6
31:18
**bockius**  6:17 12:9
**bond**  7:20
**boost**  30:16 32:5
**bottom**  43:11
**bowdoin**  21:15
**break**  16:5,9 27:17
46:1,4
**breaks**  16:5
**brief**  46:13
**broader**  24:16
**broke**  41:12
**brush**  19:22
**bulk**  26:13
**bump**  39:10
**busier**  28:5
**business**  36:1
38:12,23
**butler**  4:3 10:25
**butlersnow.com**
4:7

**c**

**ca**  50:25
**cadwalader**  6:10
11:22
**calendar**  27:20
**california**  3:17 7:6
**call**  12:21
**called**  1:14
**calls**  18:6 19:1,1
**cantor**  3:2
**cap**  27:2,2,11 28:3
29:6
**career**  21:13

**case**  1:8 8:5 13:5,8
14:3 20:4,8 21:22
50:6 51:3 52:3
**cases**  43:23 44:3
**casey**  6:11 11:24
**casey.servais**  6:14
**categories**  32:17
33:12
**categorized**  33:14
**category**  32:15,15
32:15,19,23 33:3,6
**cause**  23:17
**cautioned**  12:16
**center**  4:5
**century**  3:16
**ceo**  25:4
**cepeda**  5:10 8:24
**certain**  8:20 30:12
30:18 31:5,13
34:25 35:10
**certainly**  45:11
**certificate**  48:1
52:11
**certification**  51:1
52:1
**certified**  12:17
**certify**  48:7,15
**change**  50:14,15
52:8 53:3
**changed**  25:11,13
28:24
**changes**  23:14
50:13 51:7 52:7,9
**chantel**  7:16
**charge**  24:25
**chicago**  5:5
**civil**  1:17 48:20
51:5 52:5
**clarify**  15:17
**clark**  5:5

**classify**  33:12
**clear**  14:23 15:1
20:15
**clearest**  14:22
**clearly**  24:13
**cleveland**  50:2
**clicking**  22:20
**cognizant**  9:25
**colin**  5:18 11:13
**colin.mcgrath**
5:21
**collateral**  3:2,2
**colleague**  10:8
22:6
**colleagues**  8:22
11:16,20 12:3
**college**  21:4,7,15
**column**  37:15,19
38:15 39:8
**come**  45:7
**commission**  49:8
51:19 52:25 53:25
**commissioned**
48:6
**committee**  4:8 5:2
11:3,9
**commonwealth**
1:9 26:16 43:23
50:6 51:3 52:3
**communicate**  20:2
20:6
**communicated**
34:2,2
**community**  5:7
11:12
**company**  4:2 11:1
**compare**  28:22
**compensation**
26:23
**completed**  50:16

**concierge**  7:21,21
34:6,10
**conclude**  36:25
37:20 38:16 39:9
**concluded**  46:19
47:11
**conducted**  2:2
**confirm**  9:2,12
**congress**  45:14
**connecticut**  6:19
**connection**  13:20
27:7
**conservative**
43:16
**considered**  42:22
42:24
**considering**  40:8
40:12 44:24
**constitutional**
4:14 11:7
**consulted**  26:6
**consulting**  21:18
**context**  18:11
26:10
**continue**  33:22
**continued**  4:1 5:1
6:1 7:1
**continuing**  32:2
**contract**  48:19
**contracted**  26:12
**coop**  17:21
**cooper**  3:16 8:14
8:14 9:2,8,9 12:1
15:23,25 16:16
17:14,15,17 18:13
19:17 20:13 22:14
24:11 25:22 27:6
27:15 28:11 29:2
30:22 31:23 35:3
35:13 37:5,8,9
39:22 40:6,14,21

[cooper - errata]                                                              Page 4

41:5,22 42:14,23
44:13 45:5,17
46:21 47:2,7 50:5
**corp**  6:8,9 11:23
11:24
**corporation**  3:19
5:16 6:2 10:23
11:15
**correct**  9:8 23:20
25:8,9 30:10
31:15 33:3,13
35:2
**corrected**  2:9 22:9
23:10
**correction**  33:1
**corrections**  50:13
52:17
**correctly**  24:7
31:10 36:7,23
37:24 42:9,21
43:16
**counsel**  8:8 9:21
15:22 20:11,18,22
22:15
**county**  48:2 51:10
52:15
**couple**  19:1,8
**course**  10:11
**court**  1:1 12:12
15:4 17:7,15,19
43:23 44:3 46:25
48:18 51:7
**cover**  22:1 39:25
**covid**  9:23
**create**  42:12
**creditors**  4:9 8:20
11:4
**crescent**  4:5
**crites**  1:18 48:4
49:7

**cross**  1:16 2:4
12:18
**crr**  1:18 48:4 49:7
**cumulative**  37:22
38:17,24 39:16
**current**  26:23
**currently**  26:1
36:16
**cwt.com**  6:14,14
6:15

**d**

**d**  2:1 48:20
**d.c.**  3:7
**dale**  7:13
**date**  50:9 51:3,9
51:19 52:3,13,25
53:20,25
**david**  6:18 7:11
12:8
**david.lawton**  6:20
**day**  49:3 51:16
52:22 53:22
**days**  50:19
**dayton**  49:2
**dear**  50:10
**debt**  3:3 22:1
39:25 43:2
**debtors**  1:11 3:14
**deed**  51:14 52:20
**deemed**  50:20
**defined**  48:19
**definition**  32:19
**department**  50:22
**deposed**  12:23,25
**deposition**  1:13
8:5,6 9:20 10:11
14:12 15:9 17:23
18:3 19:13,15
47:11 50:9,12
51:1,3 52:1,3

**depositions**  13:23
**describe**  24:23
**described**  24:20
**describes**  36:24
**description**  2:8
**development**
25:16 44:7
**developments**
43:19
**diaz**  5:10
**difference**  13:11
**different**  26:17
45:10
**difficulties**  10:1
41:8
**diminished**  29:4
**direct**  30:1 34:17
37:14 43:6
**directives**  20:10
**directs**  15:25
**discussed**  19:25
**discussions**  18:1
44:18,22 45:3
**district**  1:1,2
**dive**  9:18
**documents**  19:14
19:19
**doing**  35:25 38:12
38:23
**doug**  8:23
**douglas**  3:10
**douglas.koff**  3:12
**downside**  40:5
**dr**  12:21 17:22
21:1 23:5 34:21
36:20 39:19 40:11
41:10 42:7 45:24
46:17 47:5
**dra**  8:21 46:17
**drive**  1:20

**due**  9:22,23
**duly**  12:16 48:6,8
**duration**  19:6

**e**

**e**  2:1 4:17
**earlier**  25:16
**ease**  35:25 38:12
38:23
**easier**  27:22
**east**  3:16
**economic**  24:21
26:2 27:10
**economics**  21:6,10
**economy**  30:13
31:6
**edmond**  7:10
**education**  21:2
**effectively**  27:1
**efficient**  16:15
**efficiently**  10:4
**egnyte**  10:8
**ehud**  7:14
**either**  48:16
**email**  50:17
**employees**  5:2
11:10
**enclosed**  50:12
**engaged**  26:1
**engagement**  21:23
29:16,23
**engagements**
25:20,24
**engineering**  21:7
**ensure**  15:1
**entered**  52:9
**entire**  51:5 52:5
**entity**  17:12
**epo**  6:7
**eric**  6:5 11:18
**errata**  50:14,19
52:7,10,18 53:1

[esquire - good]                                                                Page 5

**esquire** 3:5,5,10
  3:21,22 4:4,11,16
  4:17,17 5:4,10,10
  5:11,18,18,19,19
  6:5,11,11,12,18
  7:4
**esses** 7:10
**estimate** 27:18
**estimates** 45:6
**et** 1:10
**event** 48:17
**events** 23:16
**everybody** 8:16
**everyone's** 10:6
**exact** 29:11
**exactly** 18:25 28:1
**examination** 1:16
  2:4 12:18
**examinations** 2:2
**examined** 12:17
**example** 15:3,10
  23:23
**examples** 13:19
**exceed** 27:2
**excuse** 17:21
  33:25
**executed** 52:10
**execution** 51:14
  52:19
**exhibit** 2:9 10:14
  22:7,8,21 34:4,7,9
**exhibits** 2:7 10:7
  10:10 15:12 34:3
**experience** 14:14
  21:12 40:16,20,23
**expert** 2:9 13:9,11
  13:16,17 14:6,8
  22:8 23:5
**expiration** 51:19
  52:25 53:25

**expires** 49:8
**explain** 20:14
  34:25 35:10
**explanation** 16:18
**extra** 45:8

### f

**fact** 13:8,16 14:6
**familiar** 14:13
**favorable** 44:12
**favorably** 45:4
**febus** 7:16
**federal** 1:17
**feel** 16:6 41:14
**fgic** 4:2 11:1
**fifteenth** 3:6
**fifth** 5:20
**file** 22:22,22
**finance** 5:15 6:2
  11:14
**financial** 1:5,15
  3:13 4:2 7:2 10:25
  26:14 30:11
**find** 39:24 41:19
  50:12
**finish** 14:18,19
**finished** 16:19
**firm** 8:19 48:18
**first** 12:15 14:16
  16:8 22:7 24:6
  29:5 30:7 48:8
**fiscal** 7:2 23:23
  24:1 25:1,17
  27:20,25 28:9,20
  30:5,13,19,21 31:5
  31:6,8,15,22 32:7
  32:10,21,22 33:4,7
  37:22,23 38:4,5,17
  38:22,22 39:12,12
  39:15,20 40:5
  42:17

**five** 18:19 19:4
**floor** 5:12 7:5
**focus** 16:12
**focused** 41:14
**foerster** 4:15 11:6
**folder** 22:21 34:4
  34:9
**follow** 46:18
**following** 35:20
**follows** 12:17
**fomb** 21:23 24:5
  24:21 25:7,11,21
  26:2,24 27:10
  29:17 34:25 35:10
**footnote** 30:9 31:3
  38:1,3,20 39:14
**foregoing** 51:13
  52:18
**form** 9:4 17:14,18
  19:17 20:13 24:11
  25:22 27:6,15
  28:11 29:2 30:22
  31:23 35:3,13
  37:5 39:22 40:6
  40:14,21 41:5,22
  42:14,23 44:13
  45:5,17
**formulas** 44:19
**forward** 36:13
  50:16
**foudy** 4:16 11:5,5
**four** 18:19 19:4
**free** 16:6 51:14
  52:20
**fund** 21:16
**funds** 44:5
**further** 16:18
  23:14 48:15
**future** 36:24
**fy** 29:19

### g

**g** 7:18
**garcia** 5:10 11:11
  11:11
**gather** 16:12
**gdb** 3:2
**general** 19:6
**generally** 29:20
**generate** 21:25
  36:25 38:23 39:25
  41:25 43:1
**generates** 42:17
**gillespie** 2:4 3:5
  8:12,12,16,17 9:10
  9:13 12:1,6,10,19
  17:20 19:23 20:16
  22:5,11,16 23:3
  24:14 25:25 27:8
  27:16 28:14 30:25
  32:1 34:16,20
  35:7,16 36:4,6,16
  36:19 37:7,12,13
  38:8,10 39:1,3
  40:2,10,18,25 41:9
  42:1,3,6,19 43:5,8
  43:13 44:16 45:13
  45:23 46:5,8,16
  47:4
**give** 14:11 20:23
  21:2,11 26:9
  34:12
**given** 13:24
**giving** 17:6
**go** 10:18 36:17
  38:8 39:1 45:3,9
  46:2,11
**goal** 14:21
**going** 10:7 35:22
  36:13 44:5
**good** 8:1 9:13
  12:20

**gotshal** 5:17 11:14
**government** 26:7
  36:8
**goyco** 6:3
**graduate** 21:8
**graduated** 21:4
**great** 9:17 34:8
**group** 4:14 6:16
  11:6 12:9
**growth** 30:16 32:5
  35:2,12 39:10
  42:16
**guarantee** 5:16
  6:2 11:15
**guaranty** 4:2 6:8,9
  10:25 11:23,23
**guess** 26:12 29:14
**guided** 29:22

**h**

**half** 28:8,21,23
**hand** 22:21 49:2
**happy** 10:21
**hartford** 6:19
**hastings** 4:10 11:3
**hato** 5:12
**head** 15:3
**hear** 9:17 15:10
  24:13 35:5 42:9
**hearing** 12:11
  46:23
**held** 8:6
**help** 10:9 14:22
  43:9
**hereinafter** 12:16
**hereunto** 49:1
**hermann** 7:15
**high** 35:23
**hmm** 13:23 18:2,5
  19:11 21:11,21
  22:4 25:6 28:6,17
  40:3,19 41:1 42:2

42:20 44:17 45:1
**hoc** 4:14 11:6
**hope** 9:23,25
**hour** 27:1,11
**hours** 18:2,9 19:10
  28:2 29:13
**hta** 13:5,8,19 14:3
**hudson** 3:22
**huh** 13:13 28:4
**hundred** 13:18
  14:8

**i**

**idea** 44:15
**identification**
  22:10
**identify** 36:11
  43:9
**iii** 1:4
**illinois** 5:5
**imf** 26:14 40:23
**impact** 30:5,12
  31:5
**implement** 36:10
**implemented**
  33:19
**important** 40:17
**improvement**
  37:21 38:16
**included** 32:24
  41:1 50:14
**incorporated**
  52:12
**increase** 38:24
  39:16
**increasing** 44:4
**indicating** 50:14
**individuals** 18:7
  20:3,7 41:11
**information** 16:13
  28:19

**initial** 46:20
**insolvency** 50:6
  51:3 52:3
**instructions** 20:10
  20:15
**insurance** 4:2 11:1
**interested** 48:17
**international**
  21:16
**introduce** 10:10
  22:7
**involved** 18:6
  25:15,19
**island** 40:17,20,23
  44:6 45:11,21
**issue** 25:2 45:10
**issues** 15:9
**items** 30:6,18 32:6
  32:20

**j**

**j** 5:10,10 6:11
**jacq** 22:6 34:6
**jacqueline** 3:5
  8:23 10:9
**jacqueline.maer...**
  3:9
**james** 7:15
**jenner** 5:3 11:8
**jenner.com** 5:6
**john** 6:11
**johring** 3:24
**jointly** 1:9
**jonathan** 3:21
  10:22
**juan** 6:6
**julia** 7:13
**jump** 36:13
**justin** 7:20

**k**

**karen** 7:21 22:24
  34:1
**katherine** 4:17
**katz** 3:2
**keeping** 9:24
**kind** 17:1 18:23
  25:18
**kissner** 4:17
**know** 9:18,19,22
  10:4,9,13,15 13:10
  13:15 14:5,21
  15:3,4,12,17 16:16
  18:4 22:2 25:18
  27:24,25 28:13
  29:6,8,9,11,11,12
  29:14 33:23 43:1
  44:24 45:3,7,8,10
  45:20 46:1
**known** 8:20 26:18
**koff** 3:10 8:23 9:11
**krichardson** 4:20
**kroll** 7:9
**krueger** 26:19,21

**l**

**l** 1:18 6:18 48:4
  49:7
**labor** 35:25 37:16
  37:20
**lakeside** 1:20
**langley** 4:4 10:24
  10:24
**lary** 7:14
**late** 26:12 29:21
**latest** 21:18 22:3
  29:19
**law** 8:19 17:8
**lawful** 12:15
**lawton** 6:18 12:8,8

[lawyers - nod]                                                                                    Page 7

**lawyers**  18:1,12
  18:18
**leah**  4:11 11:2
**leahlopez**  4:13
**leave**  21:20
**left**  22:21
**legal**  50:1 53:1
**letter**  29:16,23
  50:20
**level**  35:23
**lewis**  6:17 12:9
**liberty**  6:12
**likelihood**  44:11
**limited**  9:4
**line**  10:16 11:24
  12:4 50:14 52:7
  53:3
**list**  43:22
**listed**  22:2 31:17
  52:7,17
**listening**  12:4
**listing**  52:7
**litigation**  8:20
**llc**  3:2 5:8,9 11:12
**llp**  3:15,20 4:3,10
  4:15 5:3,17 6:10
  6:17 7:3
**loading**  23:1
**locate**  36:14
**located**  43:2
**locations**  9:22
**long**  46:3
**longer**  19:8 38:4
  38:21 39:15
**longest**  19:10
**look**  10:13 38:3
**looking**  15:12
  34:18 36:17 37:16
  38:11,20 39:4,8
**lopez**  4:11 11:2,2

**los**  3:17 7:6
**lot**  10:15,16 14:13
  40:11
**lts**  8:5

**m**

**m**  4:4
**macroeconomic**
  25:17
**macroeconomist**
  40:24
**macroeconomy**
  25:3
**madam**  12:12
  50:10
**madhu**  7:4
**maero**  3:5 8:23
  10:9
**main**  18:23
**maine**  1:20
**management**  1:6
  1:15 3:13
**manges**  5:17 11:14
**manner**  48:17
**margaret**  7:13
**marked**  2:8 22:9
  22:21 34:3,4,8
**markets**  35:25
  37:16
**matthew**  7:18
**mcconnell**  5:9
  8:19,25
**mcgrath**  5:18
  11:13,13
**mckinsey**  24:25
**mcvpr.com**  5:13
  5:14,14
**mean**  20:15 24:17
  25:24 28:13 37:10
**meaning**  35:18
**meant**  42:25

**measures**  39:24
**medicaid**  44:19,25
  45:8,15
**medication**  17:2
**meet**  18:10,17,20
**meetings**  18:6,15
  19:7
**melissa**  5:4 11:8
**memphis**  4:6
**mention**  44:17
**mentioned**  19:11
  32:10 33:7,15
**met**  19:4,25
**michael**  7:10
**midwest**  50:17
  53:1
**milbank**  3:20
  10:22
**milbank.com**  3:24
  3:24
**miller**  3:22
**mine**  22:18
**minutes**  46:5
**mis**  34:2
**mm**  13:23 18:2,5
  19:11 21:11,21
  22:4 25:6 28:6,17
  40:3,19 41:1 42:2
  42:20 44:17 45:1
**model**  25:1,17
**modeling**  25:2
**mofo.com**  4:19,20
  4:20
**moment**  10:18
  34:12
**monetary**  21:16
**money**  45:20
**monitor**  3:2,2
**montgomery**  48:2
**month**  27:12 29:7
  29:13

**monthly**  27:2,11
**months**  28:5 29:9
**morgan**  6:17 12:8
**morganlewis.com**
  6:20
**morning**  8:1 12:20
**morrison**  4:15
  5:19 11:6,17
**mpocha**  7:7
**mroot**  5:6
**municipal**  6:9
  11:23
**muniz**  6:3 11:19
**munoz**  5:11 6:5
**myers**  7:3

**n**

**n**  2:1 3:5
**name**  8:17 18:25
  50:6 51:3,4,15
  52:3,4,21
**named**  48:8
**natbony**  6:11
  11:21,21
**national**  5:15 6:2
  11:14,19
**nature**  37:8
**nayuan**  5:11
**need**  10:10 16:5
  22:12,19 46:2
**needed**  25:3 41:7
  41:14 42:8,12,15
  42:16
**never**  28:2,3
**new**  3:11,11,23,23
  4:12,12,18,18 5:20
  5:20 6:13,13
**newspapers**  44:23
**noah**  3:5 8:12,17
**noah.gillespie**  3:8
**nod**  15:3

[north - prager]                                                              Page 8

**north** 5:5
**notarized** 50:15
**notary** 1:19 48:5
  49:7 50:25 51:10
  51:18 52:15,23
  53:23
**note** 10:6 12:2
  50:13
**noted** 16:16
**noteholder** 6:16
  12:9
**noteholders** 4:14
  11:7
**november** 25:7
**number** 8:5 12:3
  28:1 33:10 36:14
  50:8,14
**numbers** 52:7
**nw** 3:6
**nzt** 5:14

**o**

**o'melveny** 7:3
**oath** 17:6
**object** 9:14 15:23
  17:14,16,17 19:17
  20:13 24:11 25:22
  27:6,15 28:11
  29:2 30:22 31:23
  35:3,13 37:5
  39:22 40:6,14,21
  41:5,22 42:14,23
  44:13 45:5,17
**objection** 9:6
  15:25 37:8
**objections** 9:3,5
  9:17
**objective** 42:25
**objects** 9:12
**obviously** 44:6
**occasions** 13:4

**occur** 43:20
**occurred** 44:9
**ochoa** 6:4,5 11:18
  11:18
**october** 1:21 8:2
  49:3 50:4
**offhand** 28:13
**office** 49:2
**official** 4:8 5:2
  11:3,9 51:15
  52:21
**oh** 26:3 27:14
**ohio** 1:19 48:1,5
  49:2,7 50:2
**ohring** 3:21 10:21
  10:22
**okay** 10:21 13:3
  16:4 17:19 21:1
  22:4 23:2 24:9
  26:3,6,22 30:3
  33:6,22 36:15
  41:16 42:2 46:3
  46:10,11
**omm.com** 7:7
**open** 22:23
**opinions** 20:22
**order** 22:13 39:25
**outcome** 44:12
**outlook** 26:15
**overall** 18:2 27:5
**oversight** 1:5,15
  3:13 8:15
**overview** 14:11

**p**

**p** 3:16
**page** 2:2,8 22:13
  31:17,21 34:14,17
  36:14,15,17,18,18
  36:21 37:16 38:9
  38:11 39:2,4 43:9
  43:11 50:14,16

52:7 53:3
**paid** 26:25 27:1,11
**pandemic** 9:23
**paper** 40:9
**paragraph** 30:2,4
  30:8 31:4 33:23
  34:18,22,24 35:9
  36:5,10 42:4 43:7
  43:10,14 44:18
**park** 3:16 4:11
**part** 10:17 25:17
  26:11 30:7 31:7
  31:12 32:21 52:9
**participants** 3:1
**participating** 12:5
  18:14
**particular** 33:11
**parties** 8:21 9:7
  10:19 46:18,22
**party** 9:6 48:16
**patterson** 7:21
  22:19 33:25 34:13
**paul** 4:10 7:16,21
  11:2 34:10,13
**paulhastings.com**
  4:13
**pause** 9:16
**pay** 43:2
**pending** 16:7
  43:23
**pennsylvania** 21:4
**percent** 13:18 14:9
**perez** 6:4,5 11:18
  11:18
**performing** 9:20
**period** 38:4,18,21
  39:11,15
**permits** 39:15
**person** 14:15
  17:12 18:22 26:11

**personally** 51:11
  52:15
**ph.d.** 21:9
**phone** 18:21 19:1
  19:1 50:3
**picture** 42:16
**piece** 31:1,2
**pinos** 7:18
**places** 41:19,23
**plan** 22:2,3 25:1
  25:17 30:14,20,21
  31:7,8,15,22 32:8
  32:11,21,22 33:4,7
  39:20 40:5 42:13
  43:3,3,4 45:16
**plans** 23:23 24:1
**platform** 9:21
  10:2,8,12,17 18:24
**please** 8:8 15:2,12
  16:14 21:1,11
  36:5 38:8 39:1
  50:12,12
**pocha** 7:4
**point** 10:15 16:5
  22:6 23:13 46:1
  46:19
**policies** 21:25
**political** 44:18
  45:3
**pop** 22:22
**poplar** 4:5
**positive** 44:7
**possible** 10:5
  42:22
**possinger** 7:16
**post** 21:19
**potential** 20:3
  43:22
**potentially** 43:19
**prager** 7:11

[preparation - reporting]                                                    Page 9

preparation  19:15
prepare  17:23
  18:3
presence  48:12
present  7:8
presents  10:1
previous  14:14
  29:23
previously  23:10
prior  28:22
privilege  9:4
proactively  36:10
problem  34:11
problems  35:19,25
procedure  1:17
  51:5 52:5
proceedings  50:6
  51:3 52:3
process  14:12
  20:23
production  50:16
  50:17,22
productivity  35:2
  35:11
professionally
  10:5
professor  21:19
program  21:5
projected  31:22
  33:4
projection  32:24
projections  30:20
  31:8 32:21 43:15
projects  40:5
promesa  1:4
proposing  32:7,10
proskauer  3:15
  7:12 18:12,18
  20:1
proskauer.com
  3:18

provides  39:11
psc  6:4
public  1:19 5:15
  6:2 11:14 28:18
  48:5 49:7 51:10
  51:18 52:15,23
  53:23
publish  10:10 22:7
puerto  1:2,6,10,16
  5:12 6:6 7:2 13:21
  25:3 26:7,15
  30:13 31:6 33:20
  36:9 41:3,15,20
  42:8 45:2,15 50:7
  51:3 52:3
purposes  22:10
pursuant  1:16
put  34:3,8

                q

qtcb  6:16 12:9
qualified  48:6
quantity  44:8 45:2
question  14:20
  15:11,16,19,24
  16:7,8 19:19 35:6
  35:14 37:10
questioning  46:20
questions  14:16,18
  15:2,15,23 16:13
  16:15 25:1,2
  46:19,22,23
quote  30:5,5 31:4
  31:9 32:3,5 35:1,1
  37:20

                r

rachel  6:12 11:25
rachel.ross  6:15
raise  35:1,11
rappaport  7:14

reach  9:1
reached  28:3 29:6
read  17:24,24
  19:12,20 31:10
  37:24 44:22 47:1
  51:5,6,12 52:5,6
  52:17
reading  32:2
  35:17 43:16 50:20
realistic  41:3
reallocated  45:21
really  13:10 28:12
  29:13
reason  16:23
  31:19 50:15 52:8
  53:3
receipt  50:19
receive  20:11,18
  20:20
received  21:9
  29:19
recess  46:13
recognize  9:19
recommend  33:18
  36:8 39:24 40:12
recommendations
  33:11
recommended
  30:13,14,19 31:6
  31:15,20 32:4,7,20
  32:23 33:3 34:25
  35:10
record  8:3,9 10:20
  12:2 14:22 46:12
  46:15 47:8,9 52:9
recovery  3:3
reduced  48:11,13
reference  50:8
  51:2 52:2
referenced  51:11
  52:15

referencing  31:13
  32:17
referring  44:2,21
reform  39:5 42:12
  42:22
reforms  30:12,14
  30:24 31:5,14,16
  32:3,9 33:11,17,19
  35:1,11,18,19,24
  36:10,25 37:21
  38:23 39:9 40:12
  40:15 41:2,6,13,14
  41:17,17 42:8
refresh  22:20
refused  20:24
regard  25:19
regarding  20:3,7
regards  23:11
regular  16:4
related  14:3
relating  13:5
relative  48:16
reload  22:13
remember  18:25
remote  1:13 8:10
  15:8
remotely  8:7 9:22
repeat  35:8
report  2:9 17:24
  19:21 21:21 22:8
  23:6,8,11,17,20
  26:19,21 29:25
  30:15,15,23 31:14
  32:4,14 33:18,19
  34:24 35:9 36:21
  37:3 41:2
reporter  12:12
  15:4 17:15,19
  46:25 51:7
reporting  48:18

[represent - strike]                                                                 Page 10

represent  8:19
representative  1:7
  3:13 17:12
request  16:6 52:9
  52:11
requests  25:4
required  15:24
  50:25
research  25:5 40:9
reserve  46:18
reserved  9:5
resources  22:1
respect  20:12,18
  37:9
response  16:13
resulted  26:18
results  37:21
  39:10
retired  5:2 11:10
returned  50:19
review  19:14
  50:13 51:1 52:1
rey  5:12
rice  21:19
richardson  4:17
rico  1:2,6,10,16
  5:12 6:6 7:2 13:21
  25:3 26:7,15
  30:13 31:6 33:20
  36:9 41:4,15,21
  42:8 45:2,15 50:7
  51:3 52:3
right  21:20 23:11
  26:2 36:2 38:15
  39:8 40:13 46:6
  46:18
rightmost  37:15
  37:19
rivera  5:11 6:5
rmr  1:18 48:4 49:7

robert  5:18 11:16
robert.berezin
  5:22
role  24:5,7,17,23
  24:24 25:6,11
  26:23 27:9,13,19
root  5:4 11:8,8
rose  3:15
ross  6:12 11:25
roth  3:4 7:17 8:13
  8:18
rough  29:14
rpr  1:18 48:4 49:7
rule  48:20
rules  1:17 51:5
  52:5

s

s  5:18 50:16 52:8,8
  53:3
safe  9:24
san  6:6
saying  35:24 39:20
says  31:18
school  21:8
schulte  3:4 7:17
  8:13,18
science  21:5,7
scooper  3:18
scope  45:18
scott  3:16 8:14
screen  15:11 22:15
  22:20 34:5,7,11,22
  42:4
scroll  36:5
seal  49:2 51:15
  52:21
security  43:24
  44:5
seda  6:3
see  14:4 21:24
  22:13 23:7 30:7

32:12 34:21 36:15
  36:20 37:17 38:1
  38:13,21 39:6,14
  43:8,10,25 46:2
seen  45:6
send  47:2
sense  28:10
sentence  30:8
  31:12 35:18
separate  9:22
september  2:9
  22:9
servais  6:11 11:24
service  22:1 40:1
  43:2
services  5:8 11:12
set  25:18 49:2
seventh  5:12 7:5
share  34:7,9,22
  42:4
shared  34:5
sharing  34:11
sheet  50:14 52:7
  52:10,18 53:1
short  19:1 45:25
shorter  19:9
shown  50:16
side  22:22
signature  49:6
  50:15
signed  51:13 52:18
signing  50:20
similar  28:23
sincerely  50:21
sir  12:20 50:10
situation  26:15
sketch  21:2,12
  26:10
snow  4:3 10:25
social  43:24 44:5

sola  5:10
solutions  50:1
  53:1
somebody  35:5
sorry  35:4 37:7
  41:10,13,17 42:5
sort  26:13
speaking  10:3
specifically  9:3
spending  45:9
spent  27:4,12,19
  28:24 40:11 45:21
srz.com  3:8,9,12
ss  48:1
stand  23:8 37:2
standard  1:22 9:2
stars  7:5
start  10:21 20:17
started  21:14 29:5
starting  27:13
state  1:19 6:18 8:8
  30:4 43:14 44:25
  48:1,5 49:7 51:10
  52:15
statement  51:13
  51:14 52:19,19
states  1:1
status  33:15
stenographically
  48:12
stephanie  5:19
  11:17
stephanie.morris...
  5:23
steps  31:18
stipulation  9:15
stipulations  9:3
street  3:6 4:18 5:5
  6:12,18
strike  41:18

[structural - various]                                                                  Page 11

structural  30:12
  31:5,14 33:11,17
  33:19 35:1,11,19
  42:11
submitted  21:22
subscribed  51:10
  52:14 53:21
substantially
  30:16 32:5
suffice  9:7
suite  3:6,17 4:6
  6:6 50:2
superior  50:1
suppose  24:15
sure  10:13 12:22
  13:14,18 14:9,12
  14:20 19:18 29:14
  35:8 41:11
surplus  31:8 37:22
  38:17,24 39:16,25
  41:25 42:18 43:2
swear  12:13
swearing  8:10
sworn  12:16 48:9
  51:10,13 52:14,18
  53:21
system  44:4

**t**

table  43:15
taft  6:10 11:22
take  8:4 10:18,18
  13:7 15:4 16:8
  18:3 31:1,18
  45:25
taken  1:17 31:7,19
  46:13
talk  24:5 26:22
  32:17
task  40:3
tax  39:5,9

taxation  36:1
teacher  21:14
teaching  21:18,19
team  26:11
technical  15:9
technological  10:2
tell  28:1,2
tells  38:4
ten  39:10 46:5,7
tennessee  4:6
terminology  32:14
territories  44:20
  44:24
testify  16:24 17:3
  23:19 48:9
testifying  23:22
testimony  13:25
  17:6 20:3,4 48:11
  51:6,7 52:6,9,12
tfoudy  4:19
thank  12:6,10
  14:10 16:22 17:10
  19:24 22:16,25
  23:4 24:3 30:17
  32:25,25 33:9
  34:13,19 37:12
  43:12 45:24 46:17
  47:4,6,7
theresa  4:16 11:5
thing  14:7 19:20
  44:17
things  19:12
think  9:11 13:11
  13:17 14:7 19:9
  28:18 31:17 32:13
  36:9 41:3 45:25
  47:5
thinking  33:2
third  3:10
thirty  50:19

thought  19:20
  41:20 42:25
three  19:10 26:11
  29:9 35:20,22
  36:11 41:2,17,23
  42:11
thumbnail  21:2,12
  26:9
time  1:22 13:7
  14:21,21 15:10,22
  15:22 18:5 25:13
  27:4,12,19 28:8,21
  28:23,24 29:3
  40:12 46:24
times  12:25 18:17
  18:19 19:4
title  1:4
today  8:2,4,22 9:4
  12:5 14:16 16:5
  16:12,24 17:6,11
  19:16 23:19 47:5
told  40:16
total  28:10
transcribed  51:7
transcript  14:23
  15:2 47:1,3 50:12
  50:13 51:5,12
  52:5,11,17
treating  44:24
tree  22:22
trial  13:24 14:6
trinidad  5:11
trouble  15:11
  41:11
truth  48:9,9,10
truthfully  16:24
  17:3
try  10:3 14:19
  16:14 36:14
trying  16:15

tuesday  1:21
turn  29:25 42:4,16
  42:17
twice  13:2
two  13:3,19 17:25
  19:21 29:9 30:6
type  26:14
typewriting  48:14
typically  29:20

**u**

u.s.  44:3,19
uh  13:13 28:4
unclear  15:16
underlie  24:1
understand  8:24
  9:6 14:24 15:6,13
  15:16,19,20 16:2
  16:10,20 17:5
  19:19 22:12 24:6
  32:16 36:2,7,23
  42:20
understood  19:24
  29:15,24
united  1:1
university  21:3,9
  21:20
unsecured  4:9
  11:4
upside  40:4
use  10:1 36:9
utier  13:6,15,20

**v**

v  50:7 51:3 52:3
valdes  5:9 8:19,25
value  36:24 38:5
  41:20,24 42:13
  44:9 45:2
values  37:2
various  43:18

[verbally - zouairabani]                                                                Page 12

| | | |
|---|---|---|
| verbally   15:2 | wisconsin   21:9 | **y** |
| veritext   7:19 9:21 | witness   1:14 8:11 | yards   3:22 |
| 22:24 34:1 50:1,8 | 10:14 12:13,15 | yeah   27:23 30:11 |
| 53:1 | 13:9,9,11,16,17 | 31:24 46:8 |
| veritext.com. | 14:6,8 19:18 | year   27:17,20,21 |
| 50:17 | 20:14 22:17,25 | 27:25 28:9,20,24 |
| video   18:22 41:8 | 24:12 25:23 28:12 | 28:25 29:18 37:22 |
| videographer   7:20 | 29:3 30:23 31:24 | 37:23 38:5,5,17,22 |
| 8:1 46:11,14 47:9 | 34:14 35:4,15 | 38:22 39:10,12,12 |
| videotaped   1:13 | 37:6,11 39:23 | 39:15 |
| 8:4 | 40:7,15,22 41:6,23 | year's   29:23 |
| view   15:11 40:4 | 42:15,24 44:14 | years   21:15,17 |
| violate   14:21 | 45:6,19 46:3,7,10 | 28:8,22 29:9 |
| virtually   9:20 | 46:22,24 47:1,6 | york   3:11,11,23,23 |
| vitti   7:10 | 48:13 49:1 50:9 | 4:12,12,18,18 5:20 |
| **w** | 50:12 51:1,4,11 | 5:20 6:13,13 |
| waived   50:20 | 52:1,4,15 | **z** |
| want   9:19 10:6 | witness'   50:15 | zabel   3:4 7:17 8:13 |
| wanted   9:1 19:22 | wolfe   1:14 2:3,9 | 8:18 |
| washington   3:7 | 12:14,21 17:22 | zoom   1:13 3:1 |
| 44:19,23 | 21:1 22:9 23:5 | 18:24 |
| way   22:24 29:20 | 34:21 36:20 39:19 | zouairabani   5:11 |
| webex   18:24 | 40:11 41:10,10 | |
| weight   17:7 | 42:7 45:24 46:17 | |
| weil   5:17 11:13 | 47:5 48:8 50:9 | |
| weil.com   5:21,22 | 51:4,9 52:4,13 | |
| 5:22,23 | 53:20 | |
| welcome   8:16 | word   36:9 39:20 | |
| went   21:3,8,16,17 | work   21:12 24:12 | |
| west   4:18 | 24:15 25:16 26:10 | |
| wharton   21:5,6 | 26:13,18,20 29:10 | |
| whereof   49:1 | worked   24:9 | |
| whichever   27:22 | workers   13:6 | |
| whitelaw   5:19 | working   29:5 | |
| 11:16 | 40:20,22 | |
| wickersham   6:10 | writing   48:12 | |
| 11:22 | wrote   40:8 | |
| wild   11:19 | **x** | |
| william   6:11 11:21 | x   2:1 | |
| windham   1:20 | | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.