# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 2:00 PM (AST)
Started: 2:05 PM (AST)
Ended: 3:15 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE MAGISTRATE JUDGE JUDITH G. DEIN**     DATE: October 28, 2021
COURTROOM DEPUTY: Stephanie Caruso
COURT REPORTER: Amy Walker

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al*.

Debtors.

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

**Motion hearing held.**

DRA Parties' Urgent Motion to Compel Compliance with Order Granting Urgent Joint Motion Regarding Rule 30(B)(6) Deposition of the Financial Oversight and Management Board for Puerto Rico [Docket No. 18667].

- Arguments heard.
- Motion to Compel DENIED.
- Oral Motion for Reconsideration DENIED.

s/Stephanie Caruso
Stephanie Caruso
PROMESA Case Administrator