**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that:

1.    A true and correct copy of the Informative Motion of The Bank of New York Mellon Regarding Appearance at Pretrial Conference and Hearing to Consider Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. [Case No. 17-3283, Docket No. 18827] was served via:

    a.    the Court's CM/ECF system on October 27, 2021;

    b.    e-mail upon the parties listed on the service list attached hereto as **Exhibit A** on October 27, 2021; and

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17- BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17- BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

c.   first class mail upon the parties listed on the service list attached hereto as

**Exhibit B** on October 28, 2021

Dated:  October 29, 2021                    **REED SMITH LLP**

                                        By:   */s/ Luke A. Sizemore*
                                              Luke A. Sizemore (*Pro Hac Vice*)
                                              225 Fifth Avenue, Suite 1200
                                              Pittsburgh, PA 15222
                                              Telephone: (412) 288-3131
                                              Facsimile: (412) 288-3063
                                              Email:  lsizemore@reedsmith.com

                                              *Counsel to The Bank of New York Mellon*

## EXHIBIT A

| | |
|---|---|
| rebecabarnes@bufetebarnes.com | xavier_carol@abertis.com |
| rburgos@adameslaw.com | xavier_carol@abertis.com |
| finanzas@asg.pr.gov | julian.fernandez@metropistas.com |
| epo@amgprlaw.com | gonzalo.alcalde@metropistas.com |
| loliver@amgprlaw.com | yanira.belen@metropistas.com |
| acasellas@amgprlaw.com | julian.fernandez@metropistas.com |
| epo@amgprlaw.com | gonzalo.alcalde@metropistas.com |
| larroyo@amgprlaw.com | yanira.belen@metropistas.com |
| acasellas@amgprlaw.com | orlando.gonzalez@publicisone.com |
| loliver@amgprlaw.com | david.powlen@btlaw.com |
| kstipec@amgprlaw.com | kevin.collins@btlaw.com |
| pjime@icepr.com | antonio.bauza@bioslawpr.com |
| daniel.bustos@excelerateenergy.com | gsilva@bioslawpr.com |
| idizengoff@akingump.com | belkgrovas@gmail.com |
| pdublin@akingump.com | ajb@bennazar.org |
| sbaldini@akingump.com | bgm.csp@bennazar.org |
| bkahn@akingump.com | hector.mayol@bennazar.org |
| tmclish@akingump.com | francisco.delcastillo@bennazar.org |
| sheimberg@akingump.com | ajb@bennazar.org |
| athornton@akingump.com | bgm.csp@bennazar.org |
| icastro@alblegal.net | hector.mayol@bennazar.org |
| storres@alblegal.net | francisco.delcastillo@bennazar.org |
| ealdarondo@alblegal.net | jsanchez@bdslawpr.com |
| drodriguez.alb@gmail.com | rdiaz@bdslawpr.com |
| drodriguez@alblegal.net | cbg@bobonislaw.com |
| alexandra.bigas@gmail.com | efl@bobonislaw.com |
| acasepr@gmail.com | sbest@brownrudnick.com |
| ealmeida@almeidadavila.com | bchew@brownrudnick.com |
| zdavila@almeidadavila.com | sbeville@brownrudnick.com |
| enrique.almeida@almeidadavila.com | schristianson@buchalter.com |
| jrivlin@afscme.org | vbantnerpeo@buchalter.com |
| tpaterson@afscme.org | jessica@bufete-emmanuelli.com |
| martz@afscme.org | rolando@bufete-emmanuelli.com |
| mfredericks@amerinatls.com | jessica@bufete-emmanuelli.com |
| fdearmas@ciacpr.com | notificaciones@bufete-emmanuelli.com |
| acordova@juris.inter.edu | wilbert_lopez@yahoo.com |
| Jramirez@amrclaw.com | remmanuelli@me.com |
| Kellyrivero@hotmail.com | rolando@bufete-emmanuelli.com |
| ccabrera@amrclaw.com | jessica@bufete-emmanuelli.com |
| antoniofuentesgonzalez@yahoo.com | notificaciones@bufete-emmanuelli.com |
| mrios@arroyorioslaw.com | wilbert_lopez@yahoo.com |
| jfigueroa@arroyorioslaw.com | wendolyn@bufete-emmanuelli.com |
| Arthursail@stny.rr.com | mcrm100@msn.com |
| asociacióngerencialescfse@gmail.com | adam.langley@butlersnow.com |
| Marieli.Paradizo@ponce.pr.gov | jeb.bailey@butlersnow.com |

chris.maddux@butlersnow.com
mitch.carrington@butlersnow.com
martin.sosland@butlersnow.com
Chris.Maddux@butlersnow.com
Mitch.Carrington@butlersnow.com
stan.ladner@butlersnow.com
condecarmen@condelaw.com
ls.valle@condelaw.com
notices@condelaw.com
howard.hawkins@cwt.com
mark.ellenberg@cwt.com
ellen.halstead@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com
NATHAN.BULL@CWT.com
bill.natbony@cwt.com
jaclyn.hall@cwt.com
mark.ellenberg@cwt.com
ioliver@ccsllp.com
Adiaz@cnrd.com
Kbolanos@cnrd.com
avalencia@cnrd.com
crivera@cnr.law
jf@cardonalaw.com
delapena.sylvia@gmail.com
carla.rodriguezbernier@yahoo.com
quilichinipazc@microjuris.com
calsina@prquiebra.com
carloscardonafe@hotmail.com
lcdo.carlos.e.riverajustiniano@gmail.com
carlosfernandez@cfnlaw.com
carlosvergne@aol.com
hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com
mmier@cabprlaw.com
dbatlle@cstlawpr.com
emontull@cstlawpr.com
ltorres@cstlawpr.com
jcasillas@cstlawpr.com
jnieves@cstlawpr.com
lramos@cstlawpr.com
lllach@cstlawpr.com
SwainDPRCorresp@nysd.uscourts.gov
cacuprill@cuprill.com
garciamirandalaw@gmail.com

cgarcia@garciariveralaw.com
ccuprill@cuprill.com
charliehernandezlaw@gmail.com
rnies@csglaw.com
gspadoro@csglaw.com
mlepelstat@csglaw.com
mcaruso@csglaw.com
softedal@choate.com
mbarulli@choate.com
jsantiago@choate.com
dgooding@choate.com
cintrongarcialaw@gmail.com
lbarefoot@cgsh.com
gmchg24@gmail.com
eduardo@cobianroig.com
pdechiara@cwsny.com
fecolon@colonramirez.com
fecolon@colonramirez.com
valvarados@gmail.com
ausubopr88@gmail.com
jlopez@constructorasantiago.com
reed.smith@cooley.com
bmd@bmdcounselors.com
bmd@bmdcounselors.com
bmd@cordovadick.com
bmd@cordovadick.com
ra@calopsc.com
scriado@calopsc.com
rvalentin@calopsc.com
ejcr@corretjerlaw.com
rco@crlawpr.com
gar@crlawpr.com
rco@crlawpr.com
gar@crlawpr.com
carlos.iguina@multinationalpr.com
dmolinalaw@gmail.com
davidcarrionb@aol.com
donald.bernstein@davispolk.com
brian.resnick@davispolk.com
angela.libby@davispolk.com
jcdeliz@delizlegal.com
jcdeliz@doingbusinesspr.com
wssbankruptcy@gmail.com
cabruens@debevoise.com
eworenklein@debevoise.com
aceresney@debevoise.com

lzornberg@debevoise.com
allan.brilliant@dechert.com
yehuda.goor@dechert.com
eric.brunstad@dechert.com
stuart.steinberg@dechert.com
michael.doluisio@dechert.com
rlatorre@delvallegroup.net
hreynolds@delvallegroup.net
afernandez@delgadofernandez.com
delgadomirandalaw@gmail.com
wburgos@justicia.pr.gov
lypagan@trabajo.pr.gov
gramlui@yahoo.com
rcastellanos@devconlaw.com
ventas@deya.com
kbolanos@diazvaz.law
diazsotolaw@gmail.com
corraldieg@gmail.com
mariana.muniz@dlapiper.com
jose.sosa@dlapiper.com
brett.ingerman@US.dlapiper.com
tomasita.sherer@us.dlapiper.com
richard.chesley@dlapiper.com
rachel.albanese@dlapiper.com
Donna.Maldonado@popular.com
carloslsuarez@gmail.com
jfnevares-law@microjuris.com
edgardo_barreto@yahoo.com
emunozPSC@gmail.com
dortiz@elpuente.us
elian.escalante@gmail.com
Regan.Michael@epa.gov
wmarcari@ebglaw.com
cetj@maaspr.com
agestrella@estrellallc.com
kcsuria@estrellallc.com
fojeda@estrellallc.com
Rafael.Echevarria@evertecinc.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
lpabonroca@microjuris.com
clarisasola@hotmail.com
robert.schnell@faegrebd.com
pjime@icepr.com
legal.fmpr@gmail.com
beth@feganscott.com

jfeldesman@FTLF.com
fmontanezmiran@yahoo.com
jcc@fccplawpr.com
jcc@fclawpr.com
rcamara@ferraiuoli.com
scolon@ferraiuoli.com
ferraric@ferrarilawpr.com
n.tactuk@ferrovial.com
figueroaymorgadelaw@yahoo.com
msmall@foley.com
tdolcourt@foley.com
bkfilings@fortuno-law.com
bufetefrgonzalez@gmail.com
alex@fuenteslaw.com
gacarlo@carlo-altierilaw.com
loomislegal@gmail.com
gaclegal@gmail.com
gacarlo@carlo-altierilaw.com
loomislegal@gmail.com
juans@prtc.net
ifullana@gaflegal.com
contact@genesissecuritypr.com
jgenovese@gjb-law.com
mguitian@gjb-law.com
jsuarez@gjb-law.com
jarrastia@gjb-law.com
jlgere@gmail.com
courtneyrcarroll@gierbolinicarroll.com
miguelgierbolini@gierbolinicarroll.com
dg@g-glawpr.com
rgv@g-glawpr.com
rgv@g-glawpr.com
crodriguez-vidal@gaclaw.com
scastillo@gaclaw.com
marielopad@gmail.com
Jnieves@gonzalezmunozlaw.com
bpastuszenski@goodwinlaw.com
cbrown@goodwinlaw.com
Huttonj@gtlaw.com
Haynesn@gtlaw.com
fingerk@gtlaw.com
haynesn@gtlaw.com
gramlui@yahoo.com
MARKV@HBSSLAW.com
steve@hbsslaw.com
ygc@rclopr.com

ygc1@prtc.net
handuze@microjuris.com
jmoralesb@microjuris.com
corraldieg@gmail.com
QUIEBRAS@ELBUFETEDELPUEBLO.com
hernandezrodriguezlaw@gmail.com
ehernandez@lawservicespr.com
robin.keller@hoganlovells.com
ronald.silverman@hoganlovells.com
michael.hefter@hoganlovells.com
sara.posner@hoganlovells.com
jesus.cuza@hklaw.com
bos-bankruptcy@hklaw.com
mvega@senado.pr.gov
rrich2@huntonak.com
claudia.quinones@indianowilliams.com
david.indiano@indianowilliams.com
leticia.casalduc@indianowilliams.com
Jose.vazquez@indianowilliams.com
Mimi.M.Wong@irscounsel.treas.gov
Mimi.M.Wong@irscounsel.treas.gov
Thomas.M.Rath@IRSCOUNSEL.TREAS.gov
janebeckerwhitaker@gmail.com
irg@roldanlawpr.com
irm@roldanlawpr.com
glenncarljameslawoffices@gmail.com
mroot@jenner.com
csteege@jenner.com
rgordon@jenner.com
rlevin@jenner.com
cwedoff@jenner.com
csteege@jenner.com
info@jesusriveradelgado.com
rrivera@jgl.com
apico@jgl.com
rrivera@jgl.com
jlg@joselgarcia.com
brosenblum@jonesday.com
jgross@jonesday.com
bheifetz@jonesday.com
cdipompeo@jonesday.com
bbennett@jonesday.com
iperez@jonesday.com
jareeder@jonesday.com

tuttieguerrero@yahoo.com
jpsala_pr@yahoo.com
salalawyers@yahoo.com
jorgequintanalajara@gmail.com
barrios.jl@outlook.com
barrios.jl@outlook.com
jwc@jwcartagena.com
riveraroman@hotmail.com
javrua@gmail.com
juan@jahrlaw.com
jsoto@jbsblaw.com
ileanaortix@outlook.com
phammer@krcl.com
jesther27@aol.com
santos.giancarlo@gmail.com
dkaron@karonllc.com
AGlenn@kasowitz.com
SSchmidt@kasowitz.com
TWelch@kasowitz.com
swisotzkey@kmksc.com
rbillings@kmksc.com
aperez@kpmg.com
Lnegron@kpmg.com
acaton@kramerlevin.com
tmayer@kramerlevin.com
dblabey@kramerlevin.com
dbuckley@kramerlevin.com
nhamerman@kramerlevin.com
abyowitz@kramerlevin.com
ghorowitz@kramerlevin.com
boneill@kramerlevin.com
nlandrau@landraulaw.com
adam.goldberg@lw.com
liza.burton@lw.com
christopher.harris@lw.com
jeff.bjork@lw.com
michael.reiss@lw.com
michael.reiss@lw.com
agraitfe@agraitlawpr.com
acevedovila1@gmail.com
pola@frankpolajr.com
herreroiLLL@herrerolaw.com
janebeckerwhitaker@yahoo.com
jemudd@yahoo.com
craigmcc@me.com
carlosalbertoruizquiebras@gmail.com

norbertocolonalvarado@yahoo.com
fpabon@lvvlaw.com
rrodriguez@juris.inter.edu
suarezcobo@gmail.com
dvelawoffices@gmail.com
abhishek.kalra@lehmanholdings.com
lemuel.law@gmail.com
ivandialo2001@yahoo.com
alinares2020@yahoo.com
loomislegal@gmail.co
alavergne@lsplawpr.com
jsanchez@lsplawpr.com
alavergne@lsplawpr.com
wlugo@lugomender.com
lawlugo1@gmail.com
luisfredsalgado@hotmail.com
vegaramosluis@gmail.com
jorge@mlrelaw.com
emil@mlrelaw.com
rdesoto@mapfrepr.com
mfvelezquiebras@gmail.com
marianifrancolaw@gmail.com
jnegron@mhlex.com
rsantiago@mhlex.com
lmarini@mpmlawpr.com
cvelaz@mpmlawpr.com
igarau@mpmlawpr.com
vblay@mpmlawpr.com
rlm@martilaw.com
jnazario@martilaw.com
fjramos@martilaw.com
jnazario@martilaw.com
Clark.whitmore@maslon.com
Brian.klein@maslon.com
Jason.reed@maslon.com
Ana.chilingarishvili@maslon.com
bill.pentelovitch@maslon.com
john.duffey@maslon.com
maxtruj@gmail.com
julia.mignuccisanchez@gmail.com
lfr@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
rgf@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com

ajc@mcvpr.com
nzt@mcvpr.com
aaa@mcvpr.com
rgf@mcvpr.com
ezm@mcvpr.com
rcq@mcvpr.com
ajc@mcvpr.com
MPC@mcvpr.com
lms@mcvpr.com
harlawpr@gmail.com
bqwhite@mwe.com
ncoco@mwe.com
amccollough@mcguirewoods.com
asoutherling@mcguirewoods.com
jfelicianoacosta@mcguirewoods.com
serrano.urdaz.law@hotmail.com
ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com
johring@milbank.com
sanchez.lebron501@gmail.com
dmonserrate@msglawpr.com
fgierbolini@msglawpr.com
msimonet@msglawpr.com
rschell@msglawpr.com
luislluberas@mvalaw.com
ramon.dapena@mbcdlaw.com
ramon.dapena@mbcdlaw.com
ivan.llado@mbcdlaw.com
ramon.dapena@mbcdlaw.com
victor.quinones@mbcdlaw.com
ivan.llado@mbcdlaw.com
kurt.mayr@morganlewis.com
david.lawton@morganlewis.com
shannon.wolf@morganlewis.com
rachel.mauceri@morganlewis.com
JPeck@mofo.com
GLee@mofo.com
jpeck@mofo.com
glee@mofo.com
jnewton@mofo.com
lhughes@mofo.com
akissner@mofo.com
jpalmore@mofo.com
jbrugue@mbbclawyers.com

man@nblawpr.com
nroblesdiaz@gmail.com
info@NSACLAW.com
anevares@nsaclaw.com
lcancel@nsaclaw.com
ifullana@gaflegal.com
hermann.bauer@oneillborges.com
daniel.perez@oneillborges.com
ubaldo.fernandez@oneillborges.com
Carla.garcia@oneillborges.com
gabriel.miranda@oneillborges.com
ldelacruz@oeg.pr.gov
l.ortizsegura@ploolaw.com
lawrog@gmail.com
emckeen@omm.com
apavel@omm.com
jrapisardi@omm.com
pfriedman@omm.com
dperez@omm.com
dcantor@omm.com
mdiconza@omm.com
wsushon@omm.com
roppenheimer@omm.com
mpocha@omm.com
pfriedman@omm.com
paula.gonzalez@oneillborges.com
ofernandez@oflawoffice.com
mmo@oronozlaw.com
TRowe@orrick.com
gonzalezbadillo@gmail.com
toledo.bankruptcy@gmail.com
Otero_and_assoc@hotmail.com
daniel.elkort@patternenergy.com
lucdespins@paulhastings.com
andrewtenzer@paulhastings.com
jamesbliss@paulhastings.com
jamesworthington@paulhastings.com
anthonybuscarino@paulhastings.com
michaelcomerford@paulhastings.com
alexbongartz@paulhastings.com
nicholasbassett@paulhastings.com
arosenberg@paulweiss.com
rrosen@paulweiss.com
wrieman@paulweiss.com
kkimpler@paulweiss.com
kzeituni@paulweiss.com

gpavia@pavialazaro.com
gerardopavialaw@msn.com
peajeinfo@dechert.com
pevarfon@gmail.com
pedronicot@gmail.com
luis.vazquez@peerlessoil.com
geisenberg@perkinscoie.com
petercheinsr@gmail.com
adtoro@pico-blanco.com
mmercado@mercado-echegaray-law.com
margaritalmercado@gmail.com
oramos@pmalaw.com
mtrelles@pmalaw.com
lramos@plclawpr.com
bjquintana@quintanapr.com
erovira@polymerpr.com
gpaz@populicom.com
puertoricoteam@primeclerk.com
serviceqa@primeclerk.com
gbrenner@proskauer.com
ckass@proskauer.com
rkim@proskauer.com
jljones@proskauer.com
mdale@proskauer.com
mbienenstock@proskauer.com
ppossinger@proskauer.com
ebarak@proskauer.com
sratner@proskauer.com
tmungovan@proskauer.com
bbobroff@proskauer.com
mfirestein@proskauer.com
lrappaport@proskauer.com
cfebus@proskauer.com
kperra@proskauer.com
jerichman@proskauer.com
jalonzo@proskauer.com
JLevitan@proskauer.com
BRosen@proskauer.com
dmunkittrick@proskauer.com
wdalsen@proskauer.com
MHackett@proskauer.com
lstafford@proskauer.com
ppossinger@proskauer.com
sweise@proskauer.com
LRappaport@proskauer.com
mfirestein@proskauer.com

prosol@utier.org
prodriguez@prvlaw.com
penagaricanobrownusdc@gmail.com
Carlos.Saavedra@aafaf.pr.gov
Rocio.Valentin@aafaf.pr.gov
fsilva@claropr.com
susheelkirpalani@quinnemanuel.com
ericwinston@quinnemanuel.com
danielsalinas@quinnemanuel.com
erickay@quinnemanuel.com
katescherling@quinnemanuel.com
johnshaffer@quinnemanuel.com
matthewscheck@quinnemanuel.com
zacharyrussell@quinnemanuel.com
vcandelario@qaclaw.com
damarisqv@bufetequinones.com
rafael.ortiz.mendoza@gmail.com
rtorres@torresrodlaw.com
rgtolaw@gmail.com
rgtolaw@gmail.com
ytoyos@ramostoyoslaw.com
erb@rodriguezbinetlaw.com
CSpringer@ReedSmith.com
DSchlecker@ReedSmith.com
KGwynne@ReedSmith.com
LSizemore@ReedSmith.com
JRoach@ReedSmith.com
vizcarrondo@reichardescalera.com
vizcarrondo@reichardescalera.com
escalera@reichardescalera.com
arizmendis@reichardescalera.com
vizcarrondo@reichardescalera.com
fvander@reichardescalera.com
riverac@reichardescalera.com
cdavila@reichardescalera.com
iacosta@renocavanaugh.com
tpennington@renocavanaugh.com
maria.baco@msn.com
mpico@rexachpico.com
prcr@mcvpr.com
rhoncat@netscape.net
filippetti_r@hotmail.com
castilloricardo977@gmail.com
ortizcolonricardo@gmail.com
rortiz@rlocław.onmicrosoft.com
lrichards@rkollp.com

dzinman@rkollp.com
pdevlin@rkollp.com
nrickenbach@rickenbachpr.com
victorriverarios@rcrtrblaw.com
etulla@riveratulla.com
icabrera@riveratulla.com
marivera@riveratulla.com
lrobbins@robbinsrussell.com
gorseck@robbinsrussell.com
kzecca@robbinsrussell.com
dburke@robbinsrussell.com
romn1960@gmail.com
estudiolegalrivera2@gmail.com
buzz.rochelle@romclaw.com
kdm@romclaw.com
manuel@rodriguezbanchs.com
rosasegui@yahoo.com
mrm@rmlawpr.com
mrm@rmlawpr.com
Douglas.Hallward-
Driemeier@ropesgray.com
Keith.Wofford@ropesgray.com
Daniel.Egan@ropesgray.com
r.miranda@rmirandalex.net
rprats@rpplaw.com
carlos.lugo@saldanalaw.com
hector.saldana@saldanalaw.com
lsaldana@scvrlaw.com
arotger@scvrlaw.com
jsanchez@scvrlaw.com
jsalichs@splawpr.com
avb@sbgblaw.com
avb@sbgblaw.com
jsanabria@sbgblaw.com
jdavila@sbgblaw.com
gviviani@sanpir.com
jreyes@sanpir.com
jsanchez@sanpir.com
alavergne@sanpir.com
santilawoffice@yahoo.com
santosberriosbk@gmail.com
sramirez@sarlaw.com
douglas.mintz@srz.com
peter.amend@srz.com
michael.cook@srz.com
eric.prather@srz.com

| | |
|---|---|
| thomas.mott@srz.com | Saultoledo22@yahoo.com |
| Roy.purcell@scotiabank.com | luis.bautista@scotiabank.com |
| Rgf@mcvpr.com | Mcantor4@mac.com |
| Roy.purcell@scotiabank.com | rich.katz@torquepointllc.com |
| secbankruptcy@sec.gov | rfc@thefinancialattorneys.com |
| NYROBankruptcy@sec.gov | andres@awllaw.com |
| bankruptcynoticeschr@sec.gov | edgardo@therivera.group |
| epo@amgprlaw.com | mvega@vega-rivera.com |
| emaldonado@smlawpr.com | edgardo@therivera.group |
| acouret@smlawpr.com | mvega@vega-rivera.com |
| adeliz@smlawpr.com | Mfb@tcmrslaw.com |
| jsantos@smlawpr.com | Lft@tcmrslaw.com |
| acouret@smlawpr.com | nperez@tcmrslaw.com |
| jsantos@smlawpr.com | jvankirk@tcmrslaw.com |
| FSosnick@Shearman.com | Paula.Flowers@TransCore.com |
| LLarose@sheppardmullin.com | rebecca.cutri-kohart@usdoj.gov |
| NBhatt@sheppardmullin.com | rebecca.cutri-kohart@usdoj.gov |
| goplerud@sagwlaw.com | Thomas.g.ward@usdoj.gov |
| howie@sagwlaw.com | doman@ubarri-romanlaw.com |
| jmenen6666@gmail.com | unionecfse@yahoo.com |
| bfriedman@stblaw.com | migade19@hotmail.com |
| nbaker@stblaw.com | jaimeenriquecruzalvarez@gmail.com |
| jyoungwood@stblaw.com | christopher.connolly@usdoj.gov |
| david.elbaum@stblaw.com | Bradley.Humphreys@usdoj.gov |
| MARIAE.HERNANDEZ@prepa.com | velez.hector@epa.gov |
| MARIAE.HERNANDEZ@prepa.com | mark.gallagher@usdoj.gov |
| carmen.herrero@prepa.com | matthew.troy@usdoj.gov |
| mark.mcdermott@skadden.com | stephen.pezzi@usdoj.gov |
| Bram.Strochlic@skadden.com | matthew.troy@usdoj.gov |
| Shana.Elberg@skadden.com | stephen.pezzi@usdoj.gov |
| Paul.lockwood@skadden.com | deindprcorresp@mad.uscourts.gov |
| skyhighelevators@gmail.com | rtoro@universalpr.com |
| pglassman@sycr.com | wardlow.w.benson@usdoj.gov |
| cmechling@stroock.com | USTP.Region21@usdoj.gov |
| smillman@stroock.com | hvaldes@v-olaw.com |
| cmechling@stroock.com | jeva@valenzuelalaw.net |
| smillman@stroock.com | jose.enrico.valenzuela1@gmail.com |
| khansen@stroock.com | hernandezrodriguez.v@gmail.com |
| jcanfield@stroock.com | vero@ferraiuoli.pr |
| akaplan@susmangodfrey.com | hvicente@vclawpr.com |
| mkelso@susmangodfrey.com | victor@calderon-law.com |
| nmanne@susmangodfrey.com | rcruz@vnblegal.com |
| kzuniga@susmangodfrey.com | jvilarino@vilarinolaw.com |
| jlopez@constructorasantiago.com | jvilarino@vilarinolaw.com |
| tanairapadilla@yahoo.com | ramonvinas@vinasllc.com |
| rebecabarnes@bufetebarnes.com | ramonvinas@vinasllc.com |

Rgmason@wlrk.com
Arwolf@wlrk.com
Eakleinhaus@wlrk.com
AKHerring@wlrk.com
kelly.diblasi@weil.com
gabriel.morgan@weil.com
jonathan.polkes@weil.com
gregory.silbert@weil.com
robert.berezin@weil.com
swb@wbmvlaw.com
sawbacal@aol.com
pwm@wbmvlaw.com
prwolverine@gmail.com
jvv@wbmvlaw.com
javier.a.vega@gmail.com
gkurtz@whitecase.com
jcunningham@whitecase.com
brian.pfeiffer@whitecase.com
michele.meises@whitecase.com
jzakia@whitecase.com
jcunningham@whitecase.com
fdelahoz@whitecase.com
csloane@whitecase.com
jgreen@whitecase.com
wilbert_lopez@yahoo.com
william.m.vidal@gmail.com
wssbankruptcy@gmail.com
wssbankruptcy@gmail.com
mstancil@willkie.com
chardman@winston.com
jmotto@winston.com
ldelgado@winston.com
JLawlor@wmd-law.com
jpatton@ycst.com
rbrady@ycst.com
mneiburg@ycst.com

**EXHIBIT B**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 75739 | ALAN FRIEDMAN, 124 LANDER AVE., STATEN ISLAND, NY, 10314 | **US Mail (1st Class)** |
| 75739 | AMERICORPS, ATTN: SONALI NIJHAWAN, 1201 NEW YORK AVE., NW, WASHINGTON, DC, 20525 | **US Mail (1st Class)** |
| 75739 | ANTILLES POWER DEPOT, INC., ATTN: RAYMOND TEXIDOR, PO BOX 810190, CAROLINA, PR, 00981-0190 | **US Mail (1st Class)** |
| 75739 | BANCO POPULAR DE PUERTO RICO, AS TRUSTEE, POPULAR FIDUCIARY SERVICES, POPULAR CENTER NORTH B, #209 MUNOZ RIVERA, AVE, 2ND LEVEL, HATO REY, PR, 00918 | **US Mail (1st Class)** |
| 75739 | BANK OF NEW YORK MELLON AS PRIFA INDENTURE TRUSTEE, 225 FIFTH AVE, SUITE 1200, PITTSBURGH, PA, 15222 | **US Mail (1st Class)** |
| 75739 | CANDLEWOOD INVESTMENT GROUP, LP, 555 THEODORE FREMD AVENUE, SUITE C-303, RYE, NY, 10580 | **US Mail (1st Class)** |
| 75739 | CHAMBERS OF HONORABLE LAURA TAYLOR SWAIN, DANIEL PATRICK MOYNIHAN COURTHOUSE, UNITED STATES DISTRICT COURT, 500 PEARL ST., SUITE 3212, NEW YORK, NY, 10007-1312 | **US Mail (1st Class)** |
| 75739 | COHEN, WEISS AND SIMON LLP, ATTN: HIRAM M. ARNAUD, 900 THIRD AVE, 21ST FLOOR, NEW YORK, NY, 10022 | **US Mail (1st Class)** |
| 75739 | COOPERATIVA DE A/C AIBONITENA, 100 CALLE JOSE C. VAZQUEZ, AIBONITO, PR, 00705 | **US Mail (1st Class)** |
| 75739 | COOPERATIVA DE AHORRO Y CREDITO DE LARES, ATTN: ENRIQUE M. ALMEIDA BERNAL, ESQ., PO BOX 19757, SAN JUAN, PR, 00919 | **US Mail (1st Class)** |
| 75739 | CORRECTION CORPORATION OF AMERICA, ATTN: PRESIDENT OR GENERAL COUNSEL, 10 BURTON HILLS BOULEVARD, NASHVILLE, TN, 37215 | **US Mail (1st Class)** |
| 75739 | DAVIDSON KEMPNER CAPITAL MANAGEMENT LP, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY, 10022 | **US Mail (1st Class)** |
| 75739 | DEPARTAMENTO DE JUSTICIA DE PUERTO RICO, APARTADO 9020192, SAN JUAN, PR, 00902-0192 | **US Mail (1st Class)** |
| 75739 | DEPARTMENT OF DEFENSE (DOD), ATTN: LLOYD J. AUSTIN III, 1400 DEFENSE PENTAGON, WASHINGTON, DC, 20301-1400 | **US Mail (1st Class)** |
| 75739 | DEPARTMENT OF ENERGY (DOE), ATTN: JENNIFER M. GRANHOLM, 1000 INDEPENDENCE AVE., SW, WASHINGTON, DC, 20585 | **US Mail (1st Class)** |
| 75739 | DEPARTMENT OF HOMELAND SECURITY (DHS), ATTN: ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, WASHINGTON, DC, 20528-0075 | **US Mail (1st Class)** |
| 75739 | DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD), ATTN: MARCIA L. FUDGE, 451 7TH STREET., SW, WASHINGTON, DC, 20410 | **US Mail (1st Class)** |
| 75739 | DEPARTMENT OF HUMAN AND HEALTH SERVICES, ATTN: XAVIER BECERRA, 200 INDEPENDENCE AVE, SW, WASHINGTON, DC, 20201 | **US Mail (1st Class)** |
| 75739 | DEPARTMENT OF THE INTERIOR (DOI), ATTN: DEB HAALAND, 1849 C ST., NW, WASHINGTON, DC, 20240 | **US Mail (1st Class)** |
| 75739 | DEPARTMENT OF TRANSPORTATION (DOT), ATTN: PETE BUTTIGIEG, 1200 NEW JERSEY AVE., SE, WASHINGTON, DC, 20590 | **US Mail (1st Class)** |
| 75739 | DEPARTMENT OF VETERANS AFFAIRS (VA), ATTN: DENIS RICHARD MCDONOUGH, 810 VERMONT AVE., NW, WASHINGTON, DC, 20420 | **US Mail (1st Class)** |
| 75739 | FEDERAL COMMUNICATIONS COMMISSION (FCC), ATTN: JESSICA ROSENWORCEL, 45 L STREET NE, WASHINGTON, DC, 20554 | **US Mail (1st Class)** |
| 75739 | FEDERAL EMERGENCY MANAGEMENT AGENCY (FEMA), ATTN: DEANNE CRISWELL, 500 C ST., SW, WASHINGTON, DC, 20472 | **US Mail (1st Class)** |
| 75739 | FIR TREE PARTNERS, 55 WEST 46TH STREET, 29TH FLOOR, NEW YORK, NY, 10036 | **US Mail (1st Class)** |
| 75739 | FPA SELECT DRAWDOWN FUND L.P., 250 WEST 55TH STREET, NEW YORK, NY, 10019 | **US Mail (1st Class)** |
| 75739 | G RG ENGINEERING S E, ATTN: PRESIDENT OR GENERAL COUNSEL, URB. BELISA 1515 CALLE BORI, SAN JUAN, PR, 00927 | **US Mail (1st Class)** |
| 75739 | GOLDENTREE ASSET MANAGEMENT LP, 300 PARK AVENUE, 20TH FLOOR, NEW YORK, NY, 10022 | **US Mail (1st Class)** |
| 75739 | GOVERNING BOARD OF THE PUERTO RICO ELECTRIC POWER, RALPH A. KREIL-RIVERA, PRESIDENT, 1110 PONCE DE LEON AVE., SAN JUAN, PR, 00907 | **US Mail (1st Class)** |

Reed Smith

**Exhibit A -**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 75739 | INTEGRAND ASSURANCE COMPANY, PO BOX 70128, SAN JUAN, PR, 00936-8128 | US Mail (1st Class) |
| 75739 | ISMAEL VINCENTY PEREZ, APT 6105 350 VIA AVENTURA, TRUJILLO ALTO, PR, 00976 | US Mail (1st Class) |
| 75739 | JACK KATZ, ESJ TOWERS, 6165 ISLA VERDE AVE, CAROLINA, PR, 00979-5729 | US Mail (1st Class) |
| 75739 | JAIME B. FUSTER ESTATE, COMPRISED BY MARIA J. ZALD, PO BOX 363101, SAN JUAN, PR, 00936 | US Mail (1st Class) |
| 75739 | JAIME RODRÍGUEZ AVILÉS, 128 APARTAMENTO 201, EDIFICIO BERNARDO TORRES, SECTOR LA TROCHA, YAUCO, PR, 00698 | US Mail (1st Class) |
| 75739 | JUNTA DE SÍNDICOS DEL SISTEMA DE RETIRO DE LOS EMP, SISTEMA DE RETIRO AEE, PO BOX 13978, SAN JUAN, PR, 00908-3978 | US Mail (1st Class) |
| 75739 | KANOSO AUTO SALES INC., ATTN: JOSE A. CRESPO GONZALEZ, PRESIDENT, PO BOX 1446, SAN GERMAN, PR, 00683 | US Mail (1st Class) |
| 75739 | LIBERTY CABLEVISION OF PUERTO RICO, LLC, ATTN: ALEXANDRA VERDIALES, PO BOX 192296, SAN JUAN, PR, 00919-2296 | US Mail (1st Class) |
| 75739 | LUMA ENERGY SERVCO, LLC, WAYNE STENSBY AS CHIEF EXECUTIVE DIRECTOR AND PRES, 644 FERNÁNDEZ JUNCOS AVE., SUITE 301, SAN JUAN, PR, 00907 | US Mail (1st Class) |
| 75739 | MARICHAL, HERNANDEZ, SANTIAGO & JUARBE, LLC, ATTN: RAFAEL M. SANTIAGO-ROSA & VANESSA MEDINA-ROM, TRIPLE S PLAZA, 1510 F.D. ROOSEVELT AVE., 9TH FLOOR, SUITE 9 B1, GUAYNABO, PR, 00968 | US Mail (1st Class) |
| 75739 | MCNAMEE LOCHNER P.C., ATTN: GENERAL COUNSEL, 20 CORPORATE WOODS BLVD, STE 4, ALBANY, NY, 12211-2396 | US Mail (1st Class) |
| 75739 | METRO PAVIA HEALTH SYSTEM, ATTN: ZAREL J SOTO ACABA, PO BOX 3180, CAROLINA, PR, 00984 | US Mail (1st Class) |
| 75739 | MUNIZ BURGOS CONTRACTORS, CORP., ATTN: PRESIDENT OR GENERAL COUNSEL, CONDOMINIO PARQUE DE LAS FUENTES PH204, 680 CALLE CESAR GONZALEZ, SAN JUAN, PR, 00918-3912 | US Mail (1st Class) |
| 75739 | OPPENHEIMERFUNDS INC., 350 LINDEN OAKS, ROCHESTER, NY, 14625 | US Mail (1st Class) |
| 75739 | PABLO DEL VALLE RIVERA, PO BOX 2319, TOA BAJA, PR, 00951-2319 | US Mail (1st Class) |
| 75739 | PUERTO RICO ELECTRIC POWER AUTHORITY, ATTN: OFFICE OF THE GENERAL COUNSEL, PO BOX 364267, SAN JUAN, PR, 00936-4267 | US Mail (1st Class) |
| 75739 | PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY A, OMAR MARRERO-DÍAZ AS EXECUTIVE DIRECTOR, GOVERNMENT CENTER ROBERTO SÁNCHEZ VILELLA (MINILLA, DE DIEGO AVE. STOP 22, SAN JUAN, PR, 00907 | US Mail (1st Class) |
| 75739 | PUERTO RICO HOSPITAL SUPPLY, CALL BOX 158, CAROLINA, PR, 00986-0158 | US Mail (1st Class) |
| 75739 | PUERTO RICO INDUSTRIAL DEVELOPMENT COMPANY, ATTN: GABRIEL MALDONADO, PO BOX 362350, SAN JUAN, PR, 00936-2350 | US Mail (1st Class) |
| 75739 | PUERTO RICO PUBLIC PRIVATE PARTNERSHIP AUTHORITY, FERMÍN FONTANÉS-GÓMEZ, AS EXECUTIVE DIRECTOR, GOVERNMENT CENTER ROBERTO SÁNCHEZ VILELLA (MINILLA, DE DIEGO AVE. STOP 22, SAN JUAN, PR, 00907 | US Mail (1st Class) |
| 75739 | QUINTERO CONSTRUCTION S E, ATTN: PRESIDENT OR GENERAL COUNSEL, CARR 734 KM 0.5 BO ARENAS, CIDRA, PR, 00739 | US Mail (1st Class) |
| 75739 | REINALDO VINCENTY PEREZ, 917 CALLE ISAURA ARNAU, SAN JUAN, PR, 00924 | US Mail (1st Class) |
| 75739 | RELIABLE EQUIPMENT CORPORATION, ATTN: MARYLIN DEL VALLE, GENERAL MANAGER, RELIABLE, PO BOX 2316, TOA BAJA, PR, 00951-2316 | US Mail (1st Class) |
| 75739 | SANTANDER ASSET MANAGEMENT, LLC, GAM TOWER, 2ND FLOOR, 2 TABONUCO STREET, GUAYNABO, PR, 00968 | US Mail (1st Class) |
| 75739 | SECRETARY OF JUSTICE, HON. DOMINGO EMMANUELLI-HERN, HON. PEDRO R. PIERLUISI-URRUTIA, CALLE OLIMPO, ESQ. AXTMAYER, PDA. 11, MIRAMAR, SAN JUAN, PR, 00907 | US Mail (1st Class) |
| 75739 | SMALL BUSINESS ADMINISTRATION (SBA), ATTN: DILAWAR SYED, 409 3RD ST., SW, WASHINGTON, DC, 20416 | US Mail (1st Class) |
| 75739 | SOMOS, INC., 1605 PONCE DE LEON AVENUE, SUITE 300, SAN MARTIN BLDG., SAN JUAN, PR, 00909 | US Mail (1st Class) |
| 75739 | SUCESION FRANCISCO XAVIER GONZALEZ GOENAGA, PO BOX 364643, SAN JUAN, PR, 00936 | US Mail (1st Class) |
| 75739 | THE AMERICAN FEDERATION OF TEACHERS (AFT), ATTN: MARK RICHARD, 555 NEW JERSEY AVE., NW, 11TH FLOOR, WASHINGTON, DC, 20001 | US Mail (1st Class) |
| 75739 | THE COMMONWEALTH OF PUERTO RICO, OFFICE OF THE GOVERNOR, LA FORTALEZA, 63 CALLE FORTALEZA, SAN JUAN, PR, 00901 | US Mail (1st Class) |

Reed Smith

**Exhibit A -**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 75739 | UNIÓN DE MÉDICOS DE LA CORPORACIÓN DEL FONDO DEL S, PO BOX 70344, CMM33, SAN JUAN, PR, 00936-8344 | US Mail (1st Class) |
| 75739 | UNITECH ENGINEERING, ATTN: RAMÓN ORTIZ CARRO, URB SABANERA, 40 CAMINO DE LA CASCADA, CIDRA, PR, 00739 | US Mail (1st Class) |
| 75739 | US ARMY CORPS OF ENGINEERS, ATTN: SCOTT A. SPELLMON, 441 G ST., NW, WASHINGTON, DC, 20548 | US Mail (1st Class) |
| 75739 | US ATTORNEY FOR THE DISTRICT OF PUERTO RICO, ATTN: ROSA E. RODRIGUEZ-VELEZ, U.S. ATTORNEY, TORRE CHARDÓN, SUITE 1201, 350 CARLOS CHARDÓN STREET, SAN JUAN, PR, 00918 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF AGRICULTURE, ATTN: THOMAS J. VILSACK, 1400 INDEPENDENCE AVE., SW, WASHINGTON, DC, 20250 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF COMMERCE, ATTN: GINA M. RAIMONDO, 1401 CONSTITUTION AVE., NW, WASHINGTON, DC, 20230 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF EDUCATION (ED), ATTN: MIGUEL CARDONA, 400 MARYLAND AVE., SW, WASHINGTON, DC, 20202 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF JUSTICE (DOJ), ATTN: MERRICK GARLAND, 950 PENNSYLVANIA AVE., NW, WASHINGTON, DC, 20530 | US Mail (1st Class) |
| 75739 | US DEPARTMENT OF LABOR (DOL), ATTN: MARTIN J. WALSH, 200 CONSTITUTION AVE NW, WASHINGTON, DC, 20210 | US Mail (1st Class) |
| 75739 | WHITEBOX ADVISORS, LLC, ATTN: SCOTT SPECKEN, 3033 EXCELSIOR BLVD., SUITE 300, MINNEAPOLIS, MN, 55416 | US Mail (1st Class) |

**Subtotal for this group:  68**

Reed Smith