Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M Soto Cruz

Participant's Address: P.O Box 2145, San Sebastian PR 00685

Participant's Email Address: CSotoCruz@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Salario Mínimo, Sistema de Retiro del estado Libre Asociado

By: Carmen M. Soto Cruz
Signature

Carmen M Soto Cruz
Print Name

_____
Title (if Participant is not an individual)

9/agosto/de 2024
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Case:17-03283-LTS Doc#:18897-1 Filed:10/29/21 Entered:10/29/21 11:46:51 Desc:
Pro se Notices of Participation Page 2 of 6

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M. Soto Cruz

Participant's Address: PO Box 2145, San Sebastian P.R. 00685

Participant's Email Address: Csotocruz@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Salario Minimo Sestema de Retero del Estado Libre Asociado

By: Carmen M. Soto Cruz
Signature

Carmen M. Soto Cruz
Print Name

_____
Title (if Participant is not an individual)

9/agosto/202
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen M. Soto Cruz

Participant's Address: P.O. Box 2145 San Sebastian P.R. 00685

Participant's Email Address: csotocruz@yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Salario Minimo Sistema de Retiro del Estado Libre Asociado

By: *Carmen M. Soto Cruz*
Signature

Carmen M Soto Cruz
Print Name

_____
Title (if Participant is not an individual)

9 de Agosto de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Soto Cruz
P.O. Box 2145
San Sebastian P.R. 00685

United States District Court
Clerk's Office, 150 Ave Carlos
Chardon, Ste. 150, San Juan P.R. 00918
1767

MEMPHIS 9 OCT 2021
FOREVER / USA
2021 ENERGY ACTION MONTH

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: __Carolina Pabón Saldaña__

Participant's Address: __1267 Bo. Mariana, Naguabo PR 00718__

Participant's Email Address: _____

Name of Counsel: __Prime Clerk LLC__

Address of Counsel: __PO Box 4850 / Grand Central Station / NY 10163/4850__

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: __166947__

Nature of Claim: __Promesa Title III__

By: __Caroline Pabón Saldaña__
Signature

__Carolina Pabón Saldaña__
Print Name

_____
Title (if Participant is not an individual)

__7. Oct. 2021__
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 OCT 28 PM 2: 15

Carolina Pabon
267 bo. Mariana
Naguabo PR 00718

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan PR 00918-1767

MEMPHIS TN 380
21 OCT 2021 PM 3
FOREVER
FOREVER
USA