UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING MOTION TO SEAL FOR LIMITED DURATION AND FOR SUPPLEMENTAL BRIEFING

      The Court has received and reviewed the *Urgent Motion of the Debtors, By and Through the Financial Oversight and Management Board for Puerto Rico, to File Certain Exhibits Under Seal in Connection with Their Amended Exhibit List* (Docket Entry No. 18891 in Case No. 17-3283, the "Motion to Seal"),[2] filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). Through the Motion to Seal, the Oversight Board seeks to file under seal the Confidential Exhibits which were identified therein and on the Amended Exhibit List, but not yet submitted to the Court, in connection with the plan confirmation hearing.

      The Motion to Seal does not include sufficient information to justify sealing of the Confidential Exhibits. Thus, the Court will only permit the Confidential Exhibits to be filed under seal for a limited duration, during which time interested parties may submit briefing to the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Seal.

Court explaining why continued sealing is appropriate. Accordingly, it is hereby ORDERED that:

1. The Oversight Board is entitled to file the full, unredacted version of the Confidential Exhibits under seal. The filing must, however, redact the information required by rule 9037(a) of the Federal Rules of Bankruptcy Procedure.

2. Any party may file with the Court a short brief justifying the continued sealing of some or all of the Confidential Exhibits or redaction of certain information in the Confidential Exhibits by **November 2, 2021**. The Court will thereafter take any such requests for continued sealing on submission.

3. This Order is without prejudice to the rights of any party in interest to seek to unseal the Confidential Exhibits or any part thereof.

4. This Order resolves Docket Entry No. 18891 in Case No. 17-3283.

SO ORDERED.

Dated: October 29, 2021

                                                                                        /s/ Laura Taylor Swain
                                                                                        LAURA TAYLOR SWAIN
                                                                                        United States District Judge