UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:                                                          PROMESA
                                                                Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of                                     No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                                (Jointly Administered)
et al.,

              Debtors.[1]

-----------------------------------------------------------x

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described

below, from interested persons in the above-captioned cases. Although the Court cannot respond

individually to all of those who have expressed their thoughts or concerns, the Court is deeply

mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the

importance of the issues that are raised in these unprecedented cases.

1.    Email dated October 24, 2021 from Miguel Cartagena
2.    Email dated October 24, 2021 from Pedro Ordein
3.    Email dated October 25, 2021 Carlos Lopez

---

[1]    The Debtors in these title III cases, along with each Debtor's respective title III case
number listed as a bankruptcy case number due to software limitations and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i)
Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-
3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement
System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy
Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto
Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-
3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax
Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last
Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority
("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID:
3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No.
19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

4.      Email dated October 25, 2021 from George Ortiz Mejias
5.      Email dated October 25, 2021 from Raquel Gonzalez
6.      Email dated October 26, 2021 from Adriana Moreno
7.      Email dated October 26, 2021 from Al Mangual
8.      Email dated October 26, 2021 from Andrea Fabre Reyes
9.      Email dated October 26, 2021 from Arnaldo Alfaro
10.     Email dated October 26, 2021 from Cynthia Garcia Coll
11.     Email dated October 26, 2021 from Idalia Suarez
12.     Email dated October 26, 2021 from James Ramos Melendez
13.     Email dated October 26, 2021 from Jose F. Gonzalez
14.     Email dated October 26, 2021 from Maria Alicea
15.     Email dated October 26, 2021 from Melissa Vizcarrondo O'Neill
16.     Email dated October 26, 2021 from Ricardo Jimenez-Reyes
17.     Email dated October 26, 2021 from Wilfredo Garcia
18.     Email dated October 26, 2021 Yerianel Caraballo
19.     Email dated October 26, 2021 from Zaida L. Vega
20.     Email dated October 27, 2021 from Anyuli Gonzalez
21.     Email dated October 27, 2021 from Emely Fernandez
22.     Email dated October 27, 2021 from Jose Caraballo Cueto
23.     Email dated October 27, 2021 from Karina Claudio Betancourt
24.     Email dated October 27, 2021 from Lynette Oliver
25.     Email dated October 27, 2021 from Zenaida Fernandez


Dated: October 29, 2021

## SwainDPRCorresp NYSD

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Sunday, October 24, 2021 6:57 PM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Fwd: Puerto Rico |

**From:** MIGUEL CARTAGENA ███████████████
**Sent:** Sunday, October 24, 2021 5:08 PM
**To:** NYSD Swain Corresp
**Subject:** Puerto Rico

<mark>CAUTION - EXTERNAL:</mark>

Hon.Juez Laura Taylor Swain

   Saludos Hon.

  Yo le estoy escribiendo en un ámbito muy personal. No soy parte de ninguna base ni política, uniones o otras entidades. Con respecto a la problemática en cuestión sobre Puerto Rico y la que entiendo la ley 1003 que esta en cuestión.

  Todo el mundo pelea por el retiro digno de los empleados. Pero sin embargo cuando le dijeron a la policía sobre el seguro social todo el mundo boto porque no pusieran el impuesto del Seguro Social.

  Además todos los que están peleando por el retiro digno, es cierto de lo poco, pero no son los únicos que cogen una pequeña cantidad de dinero basado en una tabla del Tesoro. Sin embargo ellos no mencionan que tienen plan médico gratis, dos bonos en el año, verano y navidad. Tuvieron más que cualquier empresa privada beneficios que jamás y nunca los van a lograr.

  Además todos ellos están bajo una unión laboral que a cada rato están peleando por aumento de sueldo o cuando van a discutir el nuevo convenio colectivo siempre piden nuevos beneficios marginales. Además muchos de los empleados públicos trabajan 7 horas y cobran 8 horas.

  Además por ejemplo mientras estaban en las casas sin hacer nada cogian su cheque completo a diferencia de la empresa privada no cobraron un centavos y muchas empresas cerraron. De verdad que nuestro pueblo está en quiebra mientras las uniones laborales sigan exigiendo más salarios y más caro aún los beneficios marginales.

  Es por ello que con mucho respeto, opino que no se debe aprobar la ley de retiro digno. No hablamos de miles, hablamos de millones que nuestro pueblo se tiene que seguir endeudando y nunca se saldrá de la quiebra.

  Es como Además quieren vender bonos para recoger dinero para la deuda y otros gastos como el retiro. Y donde están los billones que Estsdos Unidos nos envían, donde están el dinero que envían para los agricultores que nunca les llega.

  Además pelean por el dinero de Universidad de PR. Pero como van a dar el dinero si allí están unionados hasta los profesores, gente de mantenimiento. Los guardias de seguridad. En fin son millones que cobran los profesores que son Doctores y le tienen dos ayudante a tiempo completo, más un vehículo pagado por la Universidad.

  Entonces los agronomos de Extensión Agrícola que es un programa de la UPR cobran millaje, dieta y per diez. Y como se va a echar palante nuestra economía y la cuestión es que si no salio alguien en la política donde van a parar  a la UPR. Con sueldo de hasta $70,000.00 al año, más beneficios marginales.

  De igual manera pasa con la Autorridad de Energía Eléctrica, Fondo del Seguro del Estado. Con los Bomberos. Nunca saldremos de la deuda, además que yo creo que somos los únicos que tienen dos cámaras de representantes. Nunca saldremos de quiebra Hon. Juez. Además  la Junta de Control Fiscal que entiendo tampoco están haciendo el trabajo porque cuantos años no se paga la deuda.

   Muy respetuosamente y de manera Puertorriqueño que soy, pero 100% ciudadano americano.

Miguel A Cartagena Narváez



Muchas Gracias

Enviado desde Yahoo Mail para Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Sunday, October 24, 2021 11:28 PM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Fwd: A final call |

**From:** Pedro Ordein ███████████
**Sent:** Sunday, October 24, 2021 10:18 PM
**To:** NYSD Swain Corresp
**Subject:** A final call

**CAUTION - EXTERNAL:**

I wrote you before with a plan on Puerto Rico's Bankruptcy. I am asking your honor, as a final call, to address important issues jeopardizing the future of the Country I am planning to return and join my sister and my mother in her final days.

Don't let my country become poorer; just listen my final call.

1. A new bond to repay the debt must be a "Declining Bonus", which means that every year Puerto Rico will pay interest and a 1/15 part of the principal and every year the bond will reflect such reduction to calculate that year interests.

2. That the bond balance must allow to be repaid sooner if the funds are found available.

3. That the amount to be paid must not increase if Puerto Rico shows a rebound in earnings.

Those 3 aspects are important to give the economy enough room to improve and to prevent a future bankruptcy within the 15 years proposed window.

4. Finally, Puerto Rico legislature along with the Governor, must provide strong legislation to avoid future loopholes to evade the current constitutional formula related to how much debt we can get and how it must be repaid.

Hoping you (your Honor) can find wisdom within the parts, I humbly beg you to look forward to the future of the people living in Puerto Rico and for thousands that want to return and that are not being responsibly represented by the elected officials.

God Bless You, Puerto Rico, and the United States of America.

Pedro Ordein, MBA
████████████

Sent from Yahoo Mail for iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **To:** | NYSD Swain Corresp |
| **Subject:** | RE: PROMESA |

**From:** Carlos Lopez ███████████████
**Sent:** Monday, October 25, 2021 1:18 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** PROMESA
**Importance:** High

<mark>**CAUTION - EXTERNAL:**</mark>

Judge, Keep the opening the emergency hearing called to know directly details of the roadblock that has arisen in the Puerto Rico Legislature to approve House Bill 1003, which contemplates the PDA.

See what there are doing for future reference and there tactics for dealing with PDA.

Carlos Lopez
US Army Ret. DAV
Sent from Mail for Windows

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Tuesday, October 26, 2021 9:06 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Fw: Puerto Rico Title III PROMESA & Need of a Forensic Audit of the Debt |

**From:** George G. Ortiz-Mejias ██████████████████████
**Sent:** Monday, October 25, 2021 4:47 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Puerto Rico Title III PROMESA & Need of a Forensic Audit of the Debt

<mark>**CAUTION - EXTERNAL:**</mark>

Honorable District Judge Laura Taylor Swain,

My name is George Ortiz Mejías.  I am Puerto Rican.

If you think you are losing your patience, imagine me, my family, friends, and neighbors having to deal with the imposition of a Junta FOMBPR which was firstly and still continues to be composed of the very people that defrauded investors and the SEC by issuing prospectuses with lies, and is presided by someone earning $625,000 plus per diem, a salary greater of that of your Honor, but even the President and Vice President of the United States of America.

Ms Jaresko instead has gone after public education and condemning my former teachers and some of my school mates who are now teachers to misery by threatening their pensions.  Then there is her and the Junta FOMBPR attack on the University of Puerto Rico, our public university.  The UPR had no problems involved with
PROMESA.  Notwithstanding, Jaresko threatens the solvency of the UPR, which threatens access to higher education by those citizens of middle and lower class status.  Your Honor, I am an alumnus of the UR, and without it, I would not have been able to study and now provide for my family, especially those in Puerto Rico who have been bearing the brunt of the fraudulent fiscal policies that have created the environment since 2006 that brought PROMESA in 2016.

Despite the high salary she is paid, Natalie Jaresko has been in dereliction of her duties in still after 5 years since the institution of PROMESA of not defining and establishing the essential services that need to be protected and in balance to the restructure of the debt that need to come before the payment of any debt.  This is also a source of Puerto Ricans losing their patience, and in addition adding to their anxiety and hopelessness which has exacerbated sine Hurricane María.

We also have lost patience in the refusal by Jaresko and Junta FOMBPR in doing a FORENSIC AUDIT of the debt, which will clear to all Puerto Rico what is the debt they truly

area responsible.  I do not understand Your Honor's Court allows this debt be restructured without this forensic audit.  There are organizations in Puerto Rico not affiliated with any of the two political parties that issued the illegal debt that have asked as CPA's to do this forensic audit, or for any independent firm to do it.

So we understand Your Honor's loss and taxing of patience.  We in Puerto Rico can empathize.  We have demanding for a forensic debt of the debt, so those that defrauded investors restitute the funds and go to jail.  To date, no one wants to look in the culprits of this bankruptcy.

We hope you can empathize with us Puerto Ricans and our loss of patience mixed with anxiety and hopelessness that PROMESA and the lack of the forensic audit of the debt will bring to us if forced for a debt that was illegally issued.

Respectfully yours,


George G. Ortiz Mejías
Dr. Pedro Albizu Campos Publish High School Alumn
University of Puerto Rico - Mayagüez Campus - Alumn

███████████████████

**Before printing, please think of the environment ~ Antes de imprimir, por favor piensa en el medio ambiente ~ Føre De trykke, vær så snill å tenke over miljøet~ Avant d'imprimer, pensez à l'environnement S.V.P. ~ Voor U drukken,alstublieft denken om de omgeving ~ Prima di stampare, per favore pensare sul'ambiente ~ Vor Sie drucken, bitten denken Sie an die Umwelt.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**SwainDPRCorresp NYSD**

| | |
|---|---|
| **To:** | NYSD Swain Corresp |
| **Subject:** | RE: Puerto Rican artists against PC1003: Open Letter |

**From:** Raquel Gonzalez ███████████

**Sent:** Monday, October 25, 2021 4:40 PM

**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>

**Subject:** Puerto Rican artists against PC1003: Open Letter

<mark>**CAUTION - EXTERNAL:**</mark>

## (English/Spanish versions included)

## Open Letter

## PRESIDENT JOSEPH BIDEN, all MEMBERS of the US CONGRESS, GOVERNOR PEDRO PIERLUISSI, SENATORS AND REPRESENTATIVES OF THE GOVERNMENT OF PUERTO RICO, Members of the Financial Oversight Board, Hon. LAURA TAYLOR SWAIN,

Against the will of the overwhelming majority of the people of Puerto Rico, the Puerto Rican Legislature -together with the Executive branch and under the direction of the Fiscal Oversight Board which DOES NOT represent the people of Puerto Rico- insist on passing an amended version of Bill 1003 to give way to a "debt adjustment plan". A plan which the Fiscal Oversight Board, operating as a de facto government with dictatorial powers beyond those of elected officials, is eager to impose. This debt has not been independently audited, was largely incurred in through questionable actions, and includes an amount of debt that has been declared illegal as other portions remain in dispute. This "adjustment plan" freezes pensions, ignores and undermines essential services, and interferes with legal actions presently in place questioning significant portions of said debt. It imposes additional debt burdens together with privatization of our resources, all of which we oppose.

  As a direct result, the poverty levels in Puerto Rico will rise at an accelerated rate. By following the "plan" a second bankruptcy within the next ten to fifteen years is assured, and we will be destitute, still in debt, and with nowhere to turn. For this, the US government  which created and imposed the Fiscal Oversight Board, and the government of Puerto Rico which neglects its responsibility towards the people of Puerto Rico, will bear sole  responsibility

**We the undersigned raise our voices in rejection of Bill 1003. We stand against the Fiscal Oversight Board and everything it represents. Together with the people of**

Puerto Rico, we artists set free both our art and spirits as reaffirmation of our value and inalienable right as a nation to continue to live with dignity in our own land.

Respectfully,


Jacobo Morales

Chabela Rodriguez

Andy Montañez

Johanna Rosaly

RamónSaldaña

Raquel Gonzalez

Silverio Pérez

Jose A. Rivera "Tony Mapeye"

Zoraida Santiago

Teofilo Torres

Roy Brown

Holly Marden Cruz

Quique Benet

Flora Santiago

Pedro Muñiz

Ineabelle Colon

Ricardo Pons

Josy Latorre

Kike Estrada

Julia Rita

Rafael David Martinez

Ali Javier Tapia

Sandra Santana

Luis Enrique Romero

Tere Marichal Lugo

Pedro Adorno Irizarry

Victor Alicea

Jose "Pepe" Sanchez

Idalia Perez Garay

Kacho López Mari

Rafael Trellez

Hector Escalante

Teresa Sepulveda

Angel Vazquez

Armando Pacheco Matos

Feliz Monclova

Noelia Crespo

Gradissa Fernandez
Jose "Pache" Cruz
Nicolas Santiago
Jesus Ortiz-Torres
Juan de Matta Garcia
Mariantonia Ordonez
Ronald Rosario
Americo Boschetti
Blanca Ero
Carlos Esteban Fonseca
Jessica Delgado
Rafael Fuentes
Rita A Burgos
Jorge Escudero
Pablo Martínez Ramírez
Edwin Maurás Modesti
Ilsa Villahermosa
Manolo Ruiz
Ubel Anglada
Marina Berti
Joaquin Garcia
Vidal Abreu
Osvaldo Budet Lopez
Jose Orranca Brandenberger
Antonio Salvador
Elsa Tio
Eric Landron
Yarani del Valle Piñero
Tere Martinez
Ariel Hernandez
Nelson Malacara
Jorge Collazo
Andy Kelemete
Andy Negro
Carlos Vizcarrondo
Carlos Reyes
Sol Marina Crespo
Angel Vazquez

**Carta abierta**
**Gobernador PEDRO PIERLUISSI, Señores SENADORES Y REPRESENTANTES**

**DEL GOBIERNO DE PUERTO RICO, miembros de la JUNTA DE CONTROL FISCAL, Hon. LAURA TAYLOR SWAIN, Y al PRESIDENTE JOSEPH BIDEN y MIEMBROS DEL CONGRESO DE EUA**

Contra la voluntad de la gran mayoría del pueblo, la legislatura - de la mano del ejecutivo y en obediencia a la Junta de Control Fiscal y sus reales interesados, los fondos buitres- insiste en aprobar una versión enmendada de prisa y corriendo del nefasto proyecto de ley 1003. El proyecto busca dar paso a un "plan de ajuste de la deuda" que la Junta de Supervisión Fiscal, operando como gobierno de facto con poderes dictatoriales más allá de los de los funcionarios electos, pretende imponer.

Esta deuda NO ha sido AUDITADA, surgió de forma cuestionable estando bajo un régimen colonial al que nos oponemos, e incluye deuda declarada ILEGAL y deuda aún en disputa.  Añade deuda que NO QUEREMOS, congela pensiones, ignora y socava servicios esenciales, interfiere con acciones legales en proceso que cuestionan partes de la deuda e impone privatizaciones de nuestros recursos.

Implementar el "plan" elevará la pobreza en Puerto Rico a ritmo acelerado y llevará a una segunda quiebra en los próximos diez años según asegura la misma Junta que lo impone.  Para entonces estaremos en la indigencia, endeudados y sin salida viable.  De esto serán directamente responsables tanto el gobierno de EUA por crear e infundir a la Junta con poderes dictatoriales, como el gobierno de Puerto Rico por su irresponsabilidad frente al pueblo y su complicidad con la Junta.

**Como artistas, y más aún como Puertorriqueños, los abajo firmantes alzamos nuestra voz en rechazo al proyecto de ley 1003 que pretende imponerse, y a la Junta de Control Fiscal con todo lo que ella representa. Liberamos nuestro arte y espíritu junto al pueblo de Puerto Rico en reivindicación de nuestro valor y derecho como Nación a Ser y Permanecer dignamente en nuestro país.**

**Atentamente,**

Jacobo Morales
Chabela Rodriguez
Andy Montañez
Johanna Rosaly
RamónSaldaña
Raquel Gonzalez
Silverio Pérez
Jose A. Rivera "Tony Mapeye"
Zoraida Santiago
Teofilo Torres

Roy Brown

Holly Marden Cruz

Quique Benet

Flora Santiago

Pedro Muñiz

Ineabelle Colon

Ricardo Pons

Josy Latorre

Kike Estrada

Julia Rita

Rafael David Martinez

Ali Javier Tapia

Sandra Santana

Luis Enrique Romero

Tere Marichal Lugo

Pedro Adorno Irizarry

Victor Alicea

Jose "Pepe" Sanchez

Idalia Perez Garay

Kacho López Mari

Rafael Trellez

Hector Escalante

Teresa Sepulveda

Angel Vazquez

Armando Pacheco Matos

Feliz Monclova

Noelia Crespo

Gradissa Fernandez

Jose "Pache" Cruz

Nicolas Santiago

Jesus Ortiz-Torres

Juan de Matta Garcia

Mariantonia Ordonez

Ronald Rosario

Americo Boschetti

Blanca Ero

Carlos Esteban Fonseca

Jessica Delgado

Rafael Fuentes

Rita A Burgos

Jorge Escudero

Pablo Martínez Ramírez

Edwin Maurás Modesti

Ilsa Villahermosa
Manolo Ruiz
Ubel Anglada
Marina Berti
Joaquin Garcia
Vidal Abreu
Osvaldo Budet Lopez
Jose Orranca Brandenberger
Antonio Salvador
Eric Landron
Elsa Tio
Yarani del Valle Piñero
Tere Martinez
Nelson Malacara
Jorge Collazo
Andy Kelemete
Andy Negro
Carlos Vizcarrondo
Carlos Reyes
Sol Marina Crespo
Angel Vazquez

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**       Adriana Moreno ████████████████
**Sent:**       Tuesday, October 26, 2021 6:48 PM
**To:**         SwainDPRCorresp NYSD
**Subject:**    About the Fiscal Oversight Board in PR

CAUTION - EXTERNAL:

Greetings!

I need you to pay more attention to the viability of the debt adjustment plan proposed in Puerto Rico. We do not care about your tiredness or patience. The future of Puerto Rico is at play and frankly it does not concern me "how tired you are". Do better.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**      Al Mangual ███████████████

**Sent:**      Tuesday, October 26, 2021 10:33 AM

**To:**        SwainDPRCorresp NYSD

**Subject:**   Debt

CAUTION - EXTERNAL:

That debt IS NOT OF THE PUERTO RICAN PEOPLE.  That debt of all the corrupt rulers that we have had.
AUDIT THAT DEBT Al iPhone CAUTION - EXTERNAL EMAIL: This email originated outside the
Judiciary. Exercise caution when opening attachments or clicking on links.

███████

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Tuesday, October 26, 2021 6:06 PM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Fw: Health Care Spam / Human Traffic and more |

**From:** Andrea Fabre Reyes ███████████████
**Sent:** Tuesday, October 26, 2021 5:15 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Health Care Spam / Human Traffic and more

**CAUTION - EXTERNAL:**

Sirva la presente para dirigirme de manera respetuosa al Honorable Tribuno De Boston M.A., al igual que a la Hon. Juez Taylor Swain.

La escueta misiva responde a un patrón y esquema de lavado de dinero y fraude por parte de ciertos elementos y acreedores, al igual que el intercambio de beneficios / prestamos / tarjetas de creditos a cambio de " favores" sexuales, visas de residencia y etc.

1. Auto centro Nissan, Ave Muñoz Rivera, Sju, P.R.

√ José Reyes

El esquema consiste en que una vez el / la potencial cliente (a) llega al concencionario, el imputado arriba mencionado hace el acercamiento, obtiene la información de la victima y le hacen creer que le ayudaran con la aprobación de el carro comprando esta ultima por un costo que oscila desde $8K, dinero que nunca acreditan al prestamo (1) nunca honran las garantias (2) ni el gerente de el dealer / sales representative nunca hacen acto de presencia.

" Quiet pro cua "

Este esquema consiste entre banco popular / firsta bank.

Donde identifican centros de trata humana

Calle eleonor Roosevelt
#207 Hato Rey, San Juan, P.R.

Una vez obtienen el contrato entre la proxeneta ( Marissa Ceballos Henriquez ) y el contacto de el banco " Charlie" ( 3 monjitas Bld).

Este ultimo mueve fechas / promesas de pago para atrazar el embargo, al igual que la falsificación de estados bancarios / talonarios, para obtener prestamos comerciales / tarjetas de creditoy demas beneficios. En el mismo esquena participo el " Hijo" de el dueño de First Bank ( tambien gusta de chicas menores de edad que no esten " tan usada" para su beneficio y el de la proxeneta arriba mencionada ).

Esquema Fraude
Entidades Beneficas / Aseguradoras
( Triple SSS y MMM )

El esquema de estas entidades como:

Concra Puerto Rico
Centro Prevención Concra Puerto Rico
Clinica Hope ( Ahora Clinica Arrat )

Bajo la autorización y consentimiento de:

Departamento de salud
Triple SSS
MMM

√ Falsificación ordenes medicas / resultados ets / ordenes de medicamentos

√ Gastos alegros en cenas ( texas de brazil distrito convenciones / talleres de maquillajes ( sephora )

√ Compra de plantas electricas

√ Compra de hormonas al plan medico y la reventa de manera individual a participantes de la REFORMA

TODO ESTO CON IDENTIFICACIONES FALSAS

FUENTE:

CHOFER PEDRO
" "         EFRAIN


QUEDO A SU ORDEN
PARA CERTIFICAR MI ESCRITO
BAJO MI NOMBRE LEGAL
ANDREA VICTORIA FABRE REYES
RESIDENTE Y VECINA DE SAN JUAN PUERTO RICO.

HOY 26 DE OCTUBRE DE EL 2021
S.S. 8630

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**          Arnaldo Alfaro ████████████████
**Sent:**          Tuesday, October 26, 2021 10:38 AM
**To:**            SwainDPRCorresp NYSD
**Subject:**       Stop the abuse of Colonialism in PR

CAUTION - EXTERNAL:


Usted que es una mujer negra, que han sido discriminados y abusados durante tantos siglos por el gobierno. It's time to Stop the abuse.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:**            cynthia garcia coll ███████████
**Sent:**            Tuesday, October 26, 2021 6:44 PM
**To:**              SwainDPRCorresp NYSD
**Subject:**         Puerto Rico

CAUTION - EXTERNAL:


Austerity measures are destroying our youth and elders. The rest of us are just plainly struggling, including my alma mater, the university of Puerto Rico, which prepared me for my doctorate at Harvard. Much of the debt was incurred illegally. Those are the ones that have to pay it, not the PR population, many of whom have three jobs at 7.50 a hour to feed their families. Do not bankrupt our Island again! Maybe the investors can get their money back without such high interests? We all make bad investments in our life!

Hoping that you can see the human side of these decisions.

Cordially,

Cynthia García Coll, PHD

███████████████████


Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

**From:** Idalia Suarez ██████████████
**Sent:** Tuesday, October 26, 2021 10:10 AM
**To:** SwainDPRCorresp NYSD
**Subject:** Desperate conditions for Puertorricans

CAUTION - EXTERNAL:

With hundreds of closed schools, abused children fending for themselves due to lack of social workers the people of Puerto Rico are tired of the fiscal austerity imposed upon us. The court and the control board have cornered the island without consideration to the sustainability of this agreement and draconian fiscal austerity. Where is Justice? Or is her tired or lost her patience.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**          Ramos Melendez, James ▮▮▮▮▮▮▮▮▮▮▮
**Sent:**          Tuesday, October 26, 2021 9:06 PM
**To:**            SwainDPRCorresp NYSD
**Subject:**       PORFAVOR

**CAUTION - EXTERNAL:**


Más proceso analítico y crítico al P1003  en la viabilidad del plan de ajuste de la deuda
(reestructuración)!!!!!!!!!!!!!!!!!!!!!!!!!!

You're endangering puertoricans FUTURE!!!!!

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

**From:**      Jose F. Gonzalez Pabon ███████████████████
**Sent:**      Tuesday, October 26, 2021 12:13 PM
**To:**        SwainDPRCorresp NYSD
**Subject:**   Important focus in process

CAUTION - EXTERNAL:

Honorable Judge Swain:

Please ,  in your judgement, stay aware the debt adjustment issue is a neuralgic decision for puertorricans,  with short and long term consequences. Do not rush judgement or legal process. We would definitely be grateful if your judicial analysis is fair to the people of PR and their current predicament.
Cordially,
JF Gonzalez Pabon
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**      MARIA ALICEA█████████████
**Sent:**      Tuesday, October 26, 2021 1:24 PM
**To:**        SwainDPRCorresp NYSD
**Subject:**   Puerto Rico Debt

CAUTION - EXTERNAL:


Honorable Judge Swain:
I am a law professor in PR. And I am a mother, a daughter, a sister, an aunt and a patriot. PR has been preyed upon for too long. We need that this process ends in a real solution for my son and his generation. They deserve to remain in PR and work for it. If PR continues in this path of limitations, there will be no future. The proposal is meant to serve only a few privilege sectors. Please, be part of the history and serve Justice. You will be dearly remembered and we, the people of PR will never forget.


Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** melissa vizcarrondo O'Neill
**Sent:** Tuesday, October 26, 2021 9:06 PM
**To:** SwainDPRCorresp NYSD
**Subject:** Favorece eliminar la deuda ilegal

CAUTION - EXTERNAL:

Que la paguen los políticos PNP- ppd que nos llevaron a la quiebra y de una vez bota a la junta de control fiscal y redúceles los sueldos de ricos que cobran en un país en canto Sent from my iPhone CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Ricardo Jimenez-Reyes ███████████ |
| **Sent:** | Tuesday, October 26, 2021 6:09 PM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Honorable Jueza Swain |

CAUTION - EXTERNAL:


Honorable Jueza Swain

Se nos juega la vida de generaciones y de Puerto Rico en este "acuerdo". Es demasiado el sufrimiento del pueblo de Puerto Rico causado por la clase política que lo gobierna y su sistema colonial.

Apelo a su sentido de compasión y sobretodo de justicia y no a su cansancio o falta de paciencia. Penalizar al pueblo de Puerto Rico aun mas no puede ser la alternativa.

Gracias!

Rev. Dr. Ricardo Jimenez

Sent from my iPhone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:** WILFREDO GARCIA ██████████████
**Sent:** Tuesday, October 26, 2021 7:32 PM
**To:** SwainDPRCorresp NYSD
**Subject:** Puerto Rico PDA

**CAUTION - EXTERNAL:**

Honorable Judge Taylor Swain :
As a bonafide Puerto Rican resident ,concious of the many problems my country is facing at present and of the necessity of approving a PDA that can serve as a useful instrument for our economic recovery,I beg you make sure that the PDA finally presented for your evaluation is not only fair, but most important , that it is sustainable over time.Please be informed that most of the expert economists that have examined the PDA that the Junta de Supervision Fiscal has negotiated( including a Nobel Prize winner ) are in agreement that same is not a sustainable one. Even the economic projections of the Junta confirm that ,should its PDA be approved , PR would be facing a second bankruptcy within a 15 years period and that would be a. real catastrophe for our country .So , please Hon.Judge ,take your time and make sure that the PDA that is finally approved is sustainable over time and in that way you will be blessing the people of PR , our children and grand children to come.May God bless you and guide you in the decisions you will be taking .

Very Respectfully,


Wilfredo Garcia Suarez

Get Outlook para Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

| | |
|---|---|
| **From:** | Yerianel Caraballo ███████████████ |
| **Sent:** | Tuesday, October 26, 2021 5:52 PM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Plan de Ajuste |

CAUTION - EXTERNAL:

Buenas tardes,

Sabemos ya que este plan tiene sus fallas y que ni ustedes mismos saben si el plan funcionará. Hay economistas recomendando que debemos tener un plan para hacer dinero nuevo o nos quedaremos sin nada. ¿Cuál es el plan para levantar la economía? ¿Cuál es el Plan B si esto no funciona? ¿Se han presentado alternativas a esto? Es importante no ajorar el proceso y analizar los puntos a favor y en contra con cautela. Ponen en riesgo los beneficios públicos por una hipótesis económica que no tiene garantía. Con mucho respeto, hace falta más que esto.

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Zaida L. Vega █████████████
**Sent:** Tuesday, October 26, 2021 6:06 PM
**To:** SwainDPRCorresp NYSD
**Subject:** NO AL PC-1003

CAUTION - EXTERNAL:

I PR

No al PC-1003

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

██████████

| | |
|---|---|
| **From:** | Anyuli Gonzalez ████████████████ |
| **Sent:** | Wednesday, October 27, 2021 3:50 PM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Your recent statements |

CAUTION - EXTERNAL:


Honorable Judge Swain,

I am writing to express my dissatisfaction with your recent statement that you were running out of patience with Puerto Rico.

This kind of language smacks of colonial rule, and has no place in a purportedly democratic society. I would have thought that, as a fellow woman of color, you would have chosen your words more carefully.

The austerity measures that you and the FOMB are imposing on Puerto Rico are rapidly tearing apart the island's social fabric. The debt must be duly audited, and canceled. Austerity measures must be lifted.

Make no mistake about it: the rot that you are causing is making Puerto Ricans emigrate to the US en masse. They mostly move to red states, where they remember how the democrats have treated us under Promesa and vote red.

If the democrats wish to win elections in the future, they would be wise to heed the calls of the Latino community, and specifically Puerto Ricans, for debt relief, racial and economic justice, and decolonization. Otherwise, they will continue to lose voters from one of their core constituencies.

Debt relief and the suspension of austerity measures are a matter of life and death for us. Please listen. In the words of civil rights leader, Fannie Lou Hamer: "nobody's free until everybody's free."

Sincerely,

Anyuli
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Emely Fernandez

**Sent:** Wednesday, October 27, 2021 10:51 AM

**To:** SwainDPRCorresp NYSD

**Subject:** PR Plan to Adjust Debt

CAUTION - EXTERNAL:

Judge Taylor Swain

NYSD US Courts

Honorable Judge Taylor Swain:

I am a 62 years old Puertorrican woman that has seen our island's infrastructure, schools, public transportation and overall institutional systems languish and deteriorate during the last decades. We have been driven into misery and the younger generations see as their only alternative to migrate to USA. In the meantime, bond holders seem to be the priority superseding the needs of us Puertorricans.

The current plan to adjust PR's debt is not feasible and will only continue to push the population into dire poverty and dearth of resources. As Puertorricans, we are not responsible for a debt that has not been audited. Furthermore, funds were not used to strenghten our economy but to enrich a few.

We ask for a thorough audit of this debt and the prosecution of those that led us into this economic debacle. Continuous

1

erosion of public systems (including UPR) and pointing to the less fortunate to pay for this fiasco is unacceptable in order to foresee a positive future for us Islanders.


Respectfully,
Emely Fernández

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | CARABALLO CUETO JOSE G. |
| **Sent:** | Wednesday, October 27, 2021 4:20 PM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Re: Restructuring debt after three disasters |

**CAUTION - EXTERNAL:**

Dear Judge Taylor Swain:

State restructuring is a process reserved for privileged professionals who will not pay any debt. As a debtor and as an economist, I would like to let you know that the plan of adjustment is not feasible. Feasibility and not impatience is what should guide the process in bankruptcy, pursuant of Section 314.6 of PROMESA. Current plan of adjustment is not feasible for the following reasons:

1.  A plan with a high probability of default is not an adequate plan and does not bring the "fresh start" that bankruptcy should bring: we, the residents, will have another restructuring round in the next decades. No serious economist state otherwise. My colleagues Martin Guzman and Joseph Stiglitz and the former banker Gregory Makoff (https://www.cigionline.org/publications/update-promesa-and-proposal-restructuring-puerto-ricos-debt) separately reach the same conclusion: feasibility is reached with a haircut of at least 60% to the principal and zero interest payments.

2. I know that the parties in this case are looking for what is best for them and are a bit tired, but this plan of adjustment is not consistent with PROMESA: a high probability of a second default means a low probability of returning to the credit market.

3. We do not know if essential services are adequately funded because those have not been defined before and after Hurricane Maria; another inconsistency with PROMESA. We do know that after Hurricane Maria there are greater needs for essential services, but the post-Maria fiscal plan just provide more funds for debt payments. I compared the fiscal plans pre and post Maria and debt service increased by 115% for the period 2019-2023. In other words, the parties are trying to bailout bondholders with the reconstruction multiplier effect: new economic activity will raise government revenues. Those new revenues should be used to satisfy the new essential services (e.g., households claims that were rejected by FEMA and other damages not covered by the federal government). Debt payments should be kept at the pre-Maria levels: The reconstruction should not reconstruct private benefits. After the earthquake in Haiti, debt was forgiven but in Puerto Rico the privileged professionals want us to pay more after the disaster.

4. By using the best-case scenario of the reconstruction, any changes in the assumptions (e.g. if federal credits for Act 154 revenues are eliminated, local general fund will lose close to $2 billion). That will increase the austerity to essential services in the future, what will lead to more migration and to higher probability of a second restructuring.

I urge you to ask for a new plan of adjustment that raise the haircut to bondholders up to the market prices before the plan was announced. With a haircut of larger than 50%, you will make sure that the plan is feasible and you'll make a great service in the history of Puerto Rico.

I'm willing to testify or hold a meeting now or in the future.

Thank you,
Jose

José Caraballo-Cueto, PhD

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Karina Claudio Betancourt ████████████████ |
| **Sent:** | Wednesday, October 27, 2021 11:27 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Tired of living the consequences of US Imperialism in Puerto Rico |

**CAUTION - EXTERNAL:**

Hello Judge Swain-

My name is Karina. I live in San Juan Puerto Rico. For 13 years I had to live in New York, because I had no economic opportunities on the island. I returned to implement a project locally that has given organizations resources to organize themselves and fight against the austerity measures that you and the undemocratic, unelected Fiscal Oversight Board have brought forth to the island.

Every day on my way to work I pass hundreds of abandoned buildings. Many of the small businesses that were Puerto Rican owned are now gone or displaced by US american owned businesses. My neighborhood, where my grandparents first built their home in the 1930's, is now being gentrified. And still--I lose electricity on a weekly basis thanks to Luma, I've had to replace my car tires multiple times because of the severe conditions of the roads, I cannot walk alone at night with my dog because all of the street lights are out and it is not safe for me as a queer/femme presenting person. The University of Puerto Rico, where I graduated from, has been dismantled. Our public transportation system-gutted. The health care system is in shambles.

 And I am one of the lucky ones--I have a salary and healthcare paid for my job. Many of my friends, with PHDs, are working 7.25 per hour retail jobs because there are no opportunities on the island. My sister, who is an artist, can barely pay for her rent or her utilities. My brother, currently studying in the University of PR, doesn't know if he'll be able to graduate.

Your actions are deeply impacting my generation and the generation that comes after and those who came before--who cannot even count on their pensions to be paid! I would like to have children that grow up in Puerto Rico, but the austerity measures you and the Fiscal Oversight Board are pushing--and the services being denied to our people are atrocious...all to benefit a few hedge funds who want to get paid fully for a debt they bought at the cheapest price. This is not fair for the people of Puerto Rico. We deserve better. We are tired of living in shambles, of living the consequences of decisions made by people who we do not elect. We ask you to: 1) Cancel the debt adjustment plan 2) Audit the debt 3) Cancel the debt that has been taken out odiously and 4) Arrest those who acted against the best will of the Puerto Rican people by putting us in this bankruptcy in the first place.

Many experts, including Nobel Prize winner Joseph Stiglitz, agree that the debt adjustment plan is unsustainable, and that we will end up in bankruptcy again in a couple of years. Do not condemn me, my aging parents, my siblings and my future children to a future of misery.

Thanks for reading, if you did.

Karina Claudio Betancourt
San Juan PR resident


--

Karina Claudio Betancourt

█████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

████████

| | |
|---|---|
| **From:** | Lynette Oliver ████████████████ |
| **Sent:** | Wednesday, October 27, 2021 4:30 PM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | Descision on Debt and bankrupcy. End Colonial Domination |

**CAUTION - EXTERNAL:**

Honorable Judge Swain,

I am writing to express my dissatisfaction with your recent statement that you were running out of patience with Puerto Rico.

This kind of language smacks of colonial rule, and has no place in a purportedly democratic society. I would have thought that, as a fellow woman of color, you would have chosen your words more carefully.

The austerity measures that you and the FOMB are imposing on Puerto Rico are rapidly tearing apart the island's social fabric. The debt must be duly audited, and canceled. Austerity measures must be lifted.

Make no mistake about it: the rot that you are causing is making Puerto Ricans emigrate to the US en masse. They mostly move to red states, where they remember how the democrats have treated us under Promesa and vote red.

If the democrats wish to win elections in the future, they would be wise to heed the calls of the Latino community, and specifically Puerto Ricans, for debt relief, racial and economic justice, and decolonization. Otherwise, they will continue to lose voters from one of their core constituencies.

Debt relief and the suspension of austerity measures are a matter of life and death for us. Please listen. In the words of civil rights leader, Fannie Lou Hamer: "nobody's free until everybody's free."

Sincerely,

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**  Zenaida Fernandez ███████████

**Sent:**  Wednesday, October 27, 2021 10:27 AM

**To:**  SwainDPRCorresp NYSD

**Subject:**  PR Plan to Adjust Debt

<mark>**CAUTION - EXTERNAL:**</mark>

Judge Taylor Swain
NYSD US Courts


Honorable Judge Taylor Swain:


I am a 63 years old Puertorrican woman that has seen our island's infrastructure, schools, public transportation and overall institutional systems languish and deteriorate during the last decades. We have been driven into misery and the younger generations see as their only alternative to migrate to USA. In the meantime, bond holders seem to be the priority superseding the needs of us Puertorricans.


The current plan to adjust PR's debt is not feasible and will only continue to push the population into dire poverty and dearth of resources. As Puertorricans, we are not responsible for a debt that has not been audited. Furthermore, funds were not used to strenghten our economy but to enrich a few.


We ask for a thorough audit of this debt and the prosecution of those that led us into this economic debacle. Continuous erosion of public systems (including UPR) and pointing to the less fortunate to pay for this fiasco is unacceptable in order to foresee a positive future for us Islanders.

Respectfully,
Zenaida Fernández

Sent from my iPhone

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.