Exhibit A

| Claim Number | Claimant | Debtor | Date Transferred into ACR | Total Filed |
|---|---|---|---|---|
| 174305 | ALVAREZ SANTIAGO, ELSIE S. | Commonwealth of Puerto Rico | 7/2/2021 | $ - |
| 82115 | ORTIZ ROBLEDO, BRUNILDA | Commonwealth of Puerto Rico | 7/13/2021 | $ 15,600.00 |
| 71901 | GONZALEZ QUINTANA, EDWARD | Commonwealth of Puerto Rico | 5/4/2021 | $ 25,000.00 |
| 133716 | HERNANDEZ COLON, NORKA MARIA | Commonwealth of Puerto Rico | 7/13/2021 | $ 45,000.00 |
| 148058 | HERNANDEZ MUNIZ, LIBRADA | Commonwealth of Puerto Rico | 5/4/2021 | $ - |
| 123532 | HERNANDEZ PELLOT, PEDRO | Commonwealth of Puerto Rico | 7/13/2021 | $ 22,000.00 |
| 165768 | HERNANDEZ VALLE, NILDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5/4/2021 | $ 1,200.00 |
| 161111 | IRIZARRY APONTE, SONIA | Commonwealth of Puerto Rico | 7/13/2021 | $ 15,600.00 |
| 67430 | IRIZARRY ORTIZ, JUDITH | Commonwealth of Puerto Rico | 10/22/2020 | $ 1,200.00 |
| 81821 | JIMENEZ ECHEVARRIA, SONIA N. | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 179119 | LABOY ROMAN, MARY LUZ | Commonwealth of Puerto Rico | 5/4/2021 | $ 15,000.00 |
| 34432 | LOPEZ CASTRO, DEBRA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ 125,024.24 |
| 34312 | LOPEZ DIAZ, LESLIE | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 28121 | RAMIREZ MONTES, EVELYN | Commonwealth of Puerto Rico | 7/13/2021 | $ 17,625.00 |
| 86200 | RAMON RODRIGUEZ, BARBIE | Commonwealth of Puerto Rico | 7/13/2021 | $ 58,858.38 |
| 175796 | RAMOS CLAUDIO, JULIO G. | Commonwealth of Puerto Rico | 5/4/2021 | $ 33,128.13 |
| 79120 | REILLO ROSARIO, RAQUEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ 10,000.00 |
| 12929 | RIVERA SANTIAGO, JOSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9/8/2020 | $ 36,059.07 |
| 131119 | BATISTA VELAZQUEZ, DAISY | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 63622 | COTTO LUNA, LIDA MARTA | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 101431 | ARCE CRUZ, WANDA I. | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 169976 | LOPEZ COLON, EDUARDO | Commonwealth of Puerto Rico | 5/4/2021 | $ - |
| 72952-1 | PEREZ PIZARRO, FELIX | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 141189-1 | ROCHE PABON, JOSE J. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 173185-1 | CRUZ PAGAN, IRIS YOLANDA | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 45699-1 | VEGA CORDERO, MIRNA E. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 132888-1 | MARTINEZ SULE, VANESSA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 133387-1 | ROCHE-PABON, JOSE J | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 98360-1 | RIVERA VALENTIN, MIGDALIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11/11/2020 | $ - |
| 71047-1 | RIVERA CRUZ, GILBERTO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3/30/2021 | $ - |
| 103709-1 | AGUILA SANTANA, WANDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 151441-1 | OLIVIERI RODRIGUEZ, AURA E. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 159194-1 | GONZALEZ RODRIGUEZ, YANESSA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 158194-1 | MORALES MORALES, LILLIAN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 177716-1 | MELENDEZ FRAGUADA, EVA E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 556-1 | JUSTINIANO ZAYAS, YAMARA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 3816-1 | VIERA SANTANA, JOSUE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 6021-1 | RODRIGUEZ GOMEZ, GLADILU | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 7619-1 | VELEZ SANTANA, GLORIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 9834-1 | VELEZ SOLTERO, ALBA R | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 10637-1 | MENDEZ DIAZ, MARIA ESTHER | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 15664-1 | MORALES COLON, OBED | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 20465-1 | GONZALEZ CRUZ, FELIX | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |

Exhibit A

| Claim Number | Claimant | Debtor | Date Transferred into ACR | Total Filed |
|---|---|---|---|---|
| 27651-1 | MILLAN TAPIA, DALIA E. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 28009-1 | FIDENC IZ RIVERA, MUYIZ RIVERA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 32341-1 | QUINONES CIRINO, JOSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 35749-1 | TORRES QUINTERO, CARMEN ELENA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 39750-1 | ORTIZ ORTERO, ROMULO | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 40341-1 | CRUZ-FIGUEROA, LUZ D. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 40364-1 | RAMIREZ RIVERA, CARMEN J | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 44728-1 | MULER SANTIAGO, LUIS A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 45350-1 | CORTES MITCHEL, MIRNA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 46639-1 | OLAVARRIA VALLE, LUZ E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 47806-1 | MORALES RODRIGUEZ, MARIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 54412-1 | CARMONA COLON, OSVALDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 56277-1 | VALLE SANDOVAL, MILAGROS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 56748-1 | ALVAREZ AVILES, CARMEN E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 60197-1 | ALICEA GONZALEZ, FRANCISCO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 60899-1 | FLORES FRANQUI, LUIS R. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 62792-1 | REYES RODRIGUEZ, VILMA Y. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 64516-1 | LUGO RUIZ, ANA I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 64685-1 | CASTILLO MORALES, DOMINGO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 66891-1 | RIVERA MEDINA, ISRAEL | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 68438-1 | ORTIZ RAMOS, LIZZETTE I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 73471-1 | FELICIANO, FRANCISCO J | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 74908-1 | PEREZ GERENA, AGRIMALDE | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 75323-1 | ROMERO ORTIZ, JOSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 76681-1 | SANTIAGO ARZOLA, ZULMA ESTHER | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 76813-1 | RIVERA RIVERA, NANCY I. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 78351-1 | OCASIO MALDONAD, ARACELIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 78558-1 | HERNANDEZ REYES, LUIS ALBERTO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 79360-1 | MELENDEZ CASTRO, EDWIN R. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 80755-1 | ROSADO, GERARDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 81774-1 | RIVERA, FERNANDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 82793-1 | MORALES LEBRON, RAMONITA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 83702-1 | RODRIGUEZ ESCOBAR, MOISES | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 84652-1 | PARDO TORO, IVIS J. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 87539-1 | PABON RODRIGUEZ, MAX E. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |

Exhibit A

| Claim Number | Claimant | Debtor | Date Transferred into ACR | Total Filed |
|---|---|---|---|---|
| 87668-1 | ALBERTO BERMUDEZ, JOSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 89107-1 | PIETRI RUIZ, CARMEN NILSA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 92493-1 | BRIGNONI VELAZQUEZ, GREGORY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 95960-1 | PABON RODRIGUEZ, MAX E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 98912-1 | MARTINEZ PEREA, ANGEL LUIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 99722-1 | AMPARO FLORES, ISABEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 99740-1 | SOTO CABAN, AGUSTIN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 100578-1 | GONZALEZ, MILAGROS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 100752-1 | ONEIL ONEIL, IVAN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 103615-1 | RODRIGUEZ ROSADO, JAIME L. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 104138-1 | MIRIZARRY VEGA, JESUS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 107457-1 | LUGO ROMERO, CARLOS J | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 108712-1 | VILLAFANA COLON, LELIS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 113300-1 | RODRIGUEZ VELEZ, ZULLY AILLEN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 113925-1 | TORRES ROSARIO, JESUS E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 113996-1 | RODRIGUEZ RUIZ, NELSON E. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 114757-1 | CASTRO CRUZ, MARITIZA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 118966-1 | DUQUE SANTANA, ANGEL L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 121533-1 | MORALES AVILES, LIZETTE | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 125675-1 | DIAZ, CARMEN M | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 128485-1 | MILLAN OSORIO, INOCENCIA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 129305-1 | ROMERO GOYCO, ANTONIO ESTEBAN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 130980-1 | RIVERA PELLOT, LUIS M. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 131888-1 | ROSADO RIOS, DENIS D | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 132016-1 | CASTELLAR MALDONADO, CARLOS H. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 132552-1 | MEDINA GONZALEZ, LUIS EMIGDIO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 136735-1 | BARRETO MEDINA , MADELINE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 142443-1 | RIVERA DELGADO, OSVALDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 142835-1 | RIVERA LEBRON, HERIBERTO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 145879-1 | VALAZQUEZ ACEVEDO, JOSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 149297-1 | RAMOS SAEZ, ANGEL JOEL | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 155793-1 | MIRANDA CHICO, ISRAEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 156127-1 | RENDON FIGUEROA, MANUEL RAMON | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 156949-1 | ALMODOVAR FONTANEZ, ENID | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |

Exhibit A

| Claim Number | Claimant | Debtor | Date Transferred into ACR | Total Filed |
|---|---|---|---|---|
| 157479-1 | GONZALEZ, REYNALDO SALDANA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 158551-1 | ISAAC PINERO, PEDRO LUIS | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 159576-1 | FLORES UBARRI, JOSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 159678-1 | VARGAS SANCHEZ, HECTOR | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 160037-1 | SANTOS RIVERA, CARMEN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 160043-1 | BARADA RIVERA, ELIZABETH | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 160173-1 | MOREIRA, DAYANNET | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 160581-1 | RODRIGUEZ DEL VALLE, HERIBERTO | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 166440-1 | DEL VALLE RODRIGUEZ, ROSARIO | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 173371-1 | ORTIZ PAGAN, ANA S. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 175077-1 | ORTIZ FUENTES, GLORIA F | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 175313-1 | AYALA PEREZ, MERIDA ELISA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 176488-1 | LORENZO ALERS, ELVA I. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 177507-1 | VEGA RODRIGUEZ, ROSA IVELISSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 177770-1 | ALICEA DAPENA, OBDULIA | Commonwealth of Puerto Rico | 6/10/2021 | $ 52,800.00 |
| 178312-1 | BARBOSA PEREZ, WANDA I. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 179165-1 | ORTIZ CASTRO, BETSY | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 179170-1 | SANTIAGO ROSADO, AIDA A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 179171-1 | ORTIZ MELENDEZ, IRMA LISSETTE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 179172-1 | SANTOS MALAVE, SONIA N. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 179173-1 | MARTINEZ MALAVE, LUIS G. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 179178-1 | MORELL PAGAN, FLOR A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 48484-1 | BENGOCHEA CORTES, JOSE A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 149418-1 | GONZALEZ SUAREZ, MARIO A. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 177609-1 | MONTALVO PITRE, EDWIN | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 19322-1 | BERLINGERI-BONILLA, DENITH | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 41210-1 | CORDERO VIRUET, JULIO ANGEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 47895-1 | ESPADA LOPEZ, BILDA S | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 48638-1 | ESPADA LOPEZ, BILDA S | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 53751-1 | ESPADA LOPEZ, BILDDA S. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 54549-1 | ESPADA LOPEZ, BILDA S | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 78432-1 | RODRIGUEZ RODRIGUEZ, LUIS A. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 113461-1 | FERNANDEZ RIVERA, MAYRA DE LOS ANGELS | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 121406-1 | FRANCO RODRIGUEZ, JACKIE L | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 145521-1 | MORALES CARABALLO, ERNESTO | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 172685-1 | GONZALEZ SOTO, EUDARDO | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 172698-1 | GONZALEZ SOTO, EUDARDO | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 172728-1 | GONZALEZ SOTO, EDUARDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 172729-1 | GONZALEZ SOTO, EUDARDO | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 172730-1 | GONZALEZ SOTO, EUDARDO | Commonwealth of Puerto Rico | 6/10/2021 | $ - |

**Exhibit A**

| Claim Number | Claimant | Debtor | Date Transferred into ACR | Total Filed |
|---|---|---|---|---|
| 172731-1 | GONZALEZ SOTO, EUDARDO | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 52452-1 | ROSA, MILAGROS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10/22/2020 | $ - |
| 62659-1 | ROMAN GOTAY, MAYRA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10/22/2020 | $ - |
| 88788-1 | MORALES RIVERA, IRVING | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11/11/2020 | $ - |
| 27430-1 | RIVERA MALDONADO, ANDRES | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10/22/2020 | $ - |
| 28443-1 | BENITEZ UBARRI, MARITZA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10/22/2020 | $ - |
| 62620-1 | FIGUEROA DE LA CRUZ, YOLANDA I. | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 10/22/2020 | $ - |
| 155906-1 | CARRION LOPEZ, LUIS M. | Commonwealth of Puerto Rico | 11/11/2020 | $ - |
| 17066-1 | HERNANDEZ RIVERA, JUAN R | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3/30/2021 | $ - |
| 43195-1 | RIOS MOLINA, JORGE | Commonwealth of Puerto Rico | 3/30/2021 | $ - |
| 84190-1 | SALDANA GONZALEZ, REYNALDO | Commonwealth of Puerto Rico | 3/30/2021 | $ - |