## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 174057 | BONILLA DE JESUS, MARIA V | Pension/Retiree | $75,000.00 |
| 173700 | MALDONADO, GLADYS | Public Employee & Pension/Retiree | $25,000.00 |
| 173967 | MALDONADO, GLADYS | Public Employee | $29,206.35 |
| 179197 | RIVERA MONTOYO, BEATRIZ | Pension/Retiree | $0.00 |
| 177730 | LOPEZ TORRES, BETSY E. | Public Employee, Pension/Retiree & Union Grievance | $75,000.00 |
| 178484 | VEGA DONCELL, CESIAH | Public Employee | $80,800.00 |
| 179565 | ALVAREZ SANGIAGO, ELSIE SOCORRO | Public Employee | $30,000.00 |
| 179566 | ORTIZ ROBLEDO, BRUNILDA | Public Employee & Pension/Retiree | $15,600.00 |
| 179584 | COLON OTERO, MYRNA L | Public Employee | $75,000.00 |
| 36989 | IBANEZ HERNANDEZ, HECTOR M. | Pension/Retiree | $0.00 |
| 64250 | SOSTIE LEYZ, WILLIAM M. | Pension/Retiree | $0.00 |
| 93752 | UNIVERSITY OF PUERTO RICO RETIREMENT SYSTEM TRUST | Pension/Retiree | $679,110.43 |