# **EXHIBIT A**

**Schedule of Claims Subject to the Three Hundred Ninety-Fifth Omnibus Objection**

## Three Hundred and Ninety-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | ARCE CRUZ, WANDA I. CALLE LOLA RODRIGUEZ DE TIO #777 SEGUNDA EXTENCION COUNTRY CLUB RIO PIEDRAS, PR 00924 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 101431 | Undetermined* | ARCE CRUZ, WANDA I. CALLE LOLA RODRIGUEZ DE TIO #777 2NDA EXT. COUNTRY CLUB RIO PIEDRAS, PR 00924 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 83880 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 2 | BATISTA VELAZQUEZ, DAISY COND. DE DIEGO CHALETS 474 BOX 85 CALLE DE DIEGO SAN JUAN, PR 00923-3137 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 131119 | Undetermined* | BATISTA VELAZQUEZ, DAISY COND. DE DIEGO CHALETS 474 BOX 85 CALLE DE DIEGO SAN JUAN, PR 00923-3137 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 164344 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 3 | COTTO LUNA, LIDA MARTA 24B JARDINES DE BUENA VISTA CAYEY, PR00736 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 63622 | Undetermined* | COTTO LUNA, LIDA MARTA 24 B URB. JARDINES DE BUENA VISTA CAYEY, PR00736 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 65848 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 4 | GONZALEZ QUINTANA, EDWARD HC 06 BOX 11801 SAN SEBASTIAN, PR 00685 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 71901 | $ 25,000.00 | GONZALEZ QUINTANA, EDWARD HC 06 BOX 11801 SAN SEBASTIAN, PR 00685 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 47800 | $ 45,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 5 | HERNANDEZ COLON, NORKA MARIA SALTOS CABRAS APARTADO2019 OROCOVIS, PR 00720-9407 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 133716 | $ 45,000.00* | HERNANDEZ COLON, NORKA MARIA SALTOS CABRAS APARTADO2019 OROCOVIS, PR 00720-9407 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 137786 | $ 45,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Three Hundred and Ninety-Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | HERNANDEZ MUNIZ, LIBRADA<br>HC-03 BOX 7540<br>MOCA, PR 00676 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 148058 | Undetermined* | HERNANDEZ MUNIZ, LIBRADA<br>HC-03 BOX 7540<br>MOCA, PR 00676 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 147063 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 7 | HERNANDEZ PELLOT, PEDRO<br>HC 56 BOX 4434<br>AGUADA, PR 00602 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123532 | $ 22,000.00 | HERNANDEZ PELLOT, PEDRO<br>HC 56 BOX 4434<br>AGUADA, PR 00602 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 118863 | $ 22,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 8 | HERNANDEZ VALLE, NILDA<br>31-34 CALLE 39<br>URBANIZACION MIRAFLORES<br>BAYAMON, PR00957 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 165768 | $ 1,200.00* | HERNANDEZ VALLE, NILDA<br>31-34 CALLE 39<br>BAYAMON, PR00957 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 144559 | $ 7,200.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 9 | IRIZARRY APONTE, SONIA<br>1236 MANUEL A. BARRETO<br>MAYAGUEZ, PR00682 | 07/09/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 161111 | $ 15,600.00* | IRIZARRY APONTE, SONIA<br>1236 MANUEL A. BARRETO<br>MAYAGUEZ, PR00682 | 07/09/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 160966 | $ 18,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 10 | IRIZARRY ORTIZ, JUDITH<br>URB. MIRAFLORES<br>CALLE 32 26 - 6<br>BAYAMON, PR00957 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 67430 | $ 1,200.00 | IRIZARRY ORTIZ, JUDITH<br>URB. MIRAFLORES<br>CALLE 32 26 - 6<br>BAYAMON, PR00957 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 67638 | $ 14,400.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Three Hundred and Ninety-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | JIMENEZ ECHEVARRIA, SONIA N. 3RA EXT. STA. ELENA STA. CLARA67 GUAYANILLA, PR00656 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 81821 | Undetermined* | JIMENEZ ECHEVARRIA, SONIA N. 67 CALLE SANTA CLARA 3RA EXT. SANTA ELENA 3 GUAYANILLA, PR00656 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 97007 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 12 | LABOY ROMAN, MARY LUZ URB. EL MADRIGAL CALLE 5 PONCE, PR 00730 | 02/26/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179119 | $ 15,000.00 | LABOY ROMAN, MARY LUZ URB. EL MADRIGAL CALLE 5 PONCE, PR 00730 | 02/26/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179118 | $ 15,000.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 13 | LOPEZ CASTRO, DEBRA COND RIVER PARK APT. B 108 BAYAMON, PR00968 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 34432 | $ 125,024.24 | LOPEZ CASTRO, DEBRA COND RIVER PARK APT B108 BAYAMON, PR00961 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 36596 | $ 125,024.24 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 14 | LOPEZ COLON, EDUARDO URB VILLA DEL CARMEN 550 CALLE SALAMANCA PONCE, PR 00716 | 07/31/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 169976 | Undetermined* | LOPEZ COLON, EDUARDO URB VILLA DEL CARMEN 550 CALLE SALAMANCA PONCE, PR 00716 | 07/31/19 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 170103 | Undetermined* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 15 | LOPEZ DIAZ, LESLIE URB VILLA DE CARRAIZO RR 7 BUZON 313 SAN JUAN, PR 00926 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 34312 | Undetermined* | LOPEZ DIAZ, LESLIE VILLAS DE CARRAZIO RR 7 BOX 313 SAN JUAN, PR 00926 | 06/21/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 47954 | $ 35,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |

## Three Hundred and Ninety-Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | RAMIREZ MONTES, EVELYN<br>URB MONTE BRISAS V<br>5L 21 CALLE 512<br>FAJARDO, PR 00738 | 05/22/18 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 28121 | $ 17,625.00* | RAMIREZ MONTES, EVELYN<br>URB. MONTE BRISAS 5, CALLE 5-12, 5L-21<br>FAJARDO, PR 00738 | 09/23/19 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 170859 | $ 17,625.00 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 17 | RAMON RODRIGUEZ, BARBIE<br>CALLE BRILLANTE #23<br>VILLA BLANCA<br>CAGUAS, PR 00725 | 06/29/18 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 86200 | $ 58,858.38 | RAMON RODRIGUEZ, BARBIE<br>CAM. CRISTO DE LOS MILAGROS<br>1109 PERPETUO SOCORRO<br>MAYAGUEZ, PR 00682 | 06/29/18 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 96512 | $ 58,858.38 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 18 | RAMOS CLAUDIO, JULIO G.<br>BO JUAN SANCHEZ<br>BZN 1477 CALLE 4<br>BAYAMON, PR 00959-2176 | 09/15/20 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 175796 | $ 33,128.13 | RAMOS CLAUDIO, JULIO G.<br>BO JUAN SANCHEZ<br>BZN 1477 CALLE 4<br>BAYAMON, PR 00959-2176 | 07/26/20 | 17 BK 03283-LTS /<br>Commonwealth of Puerto Rico | 177877 | $ 33,128.13 |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 19 | REILLO ROSARIO, RAQUEL<br>HC 05 BOX 29557<br>CAMUY, PR 00627 | 06/29/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 79120 | $ 10,000.00* | REILLO ROSARIO, RAQUEL<br>HC 05 BOX 29557<br>CAMUY, PR 00627 | 06/29/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 87349 | $ 10,000.00* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |
| 20 | RIVERA SANTIAGO, JOSE<br>2 LOS CANTIZALES APTO 2F<br>SAN JUAN, PR 00926-2551 | 05/11/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12929 | $ 36,059.07 | RIVERA SANTIAGO, JOSE<br>2 LOS CANTIZALES APTO 2F<br>SAN JUAN, PR 00926-2551 | 05/17/18 | 17 BK 03566-LTS /<br>Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 14556 | $ 36,090.17* |
| | Reason: Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | | | | | | | |