# **ANEXO A**

**Relación de reclamaciones objeto de la Tricentésima nonagésima sexta objeción global**

Tricentésima Nonagésima Sexta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 ALVAREZ SANTIAGO, ELSIE S. HC 2 BOX 22601 CABO ROJO, PR 00623-9274 | 07/27/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 174305 | Indeterminado* | ALVAREZ SANGIAGO, ELSIE SOCORRO HC 2 BOX 22601 CABO ROJO, PR 00623-9274 | 09/07/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179565 | $ 30,000.00 |
| Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 2 GENESIS SECURITY SERVICES, INC LUIS L TORRES-MARRERO PO BOX 195075 SAN JUAN, PR 00919-5075 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 129777 | $ 12,384,427.39* | GENESIS SECURITY SERVICES, INC. LUIS L. TORRES-MARRERO P. O. BOX 195075 SAN JUAN, PR 00919-5075 | 09/27/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179621 | $ 10,543,240.30 |
| Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 3 ORTIZ ROBLEDO, BRUNILDA URB CAPARRA TERRACE, 1126 CALLE 30 SE SAN JUAN, PR 00921-2218 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 82115 | $ 15,600.00 | ORTIZ ROBLEDO, BRUNILDA URB. CAPARRA TERRACE 1126 - 30 SE SAN JUAN, PR 00921-2218 | 09/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179566 | $ 15,600.00 |
| Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 4 SUCESION PASTOR MANDY MERCADO MARÍA E. VICÉNS RIVERA 1218 AVE HOSTOS STE 117 PONCE, PR 00717-0944 | 04/19/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 6272 | $ 30,000,000.00* | THE ESTATE OF PASTOR MANDRY MERCADO CHARLES A. CUPRILL, ESQ. CALLE FORTALEZA 356 SAN JUAN, PR 00901-1717 | 08/31/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179550 | $ 30,496,000.00* |
| Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados

Página 1 de 1