# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima nonagésima séptima objeción global**

## Tricentésima Nonagésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | AFANADOR DEJESUS, AIDA<br>HC-6 BOX 12220<br>SAN SEBASTIAN, PR 00685 | 7/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 140564 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 2 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/24/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179613 | $ 5,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 3 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/21/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179600 | $ 10,700.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 4 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179608 | $ 10,800.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 5 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179607 | $ 43,200.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 6 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179605 | $ 26,666.67 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 7 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179602 | $ 5,550.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

## Tricentésima Nonagésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 8 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179591 | $ 6,375.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/19/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179592 | $ 12,475.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179610 | $ 11,100.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179609 | $ 10,233.33 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | ALLISON, SAM<br>8298 CYPRESS DR N<br>FORT MYERS, FL 33967 | 9/23/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179606 | $ 26,666.67 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | ALVAREZ ROSARIO, FRANCISCO E.<br>VILLA CLEMENTINA, F17 CALLE NUEVA<br>GUAYNABO, PR 00969-5012 | 9/8/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179569 | $ 6,916.83 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | ALVAREZ SANGIAGO, ELSIE SOCORRO<br>HC 2 BOX 2260<br>CABO ROJO, PR 00624-9274 | 9/7/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179567 | $ 30,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

## Tricentésima Nonagésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 15 | ANDINO AYALA, GLORIA<br>VILLAS DE LOIZA<br>LL45 CALLE 39<br>CANOVANAS, PR 00729-4138 | 8/22/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179533 | Indeterminado* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | NOMBRE | FECHA | CASO | DEUDOR | RECLAMO | MONTO |
|---|---|---|---|---|---|---|
| 16 | ANDINO LANDRAU, MARITZA<br>AVE. PONTEZUELA Xl159<br>URB. VISTAMAR<br>CAROLINA, PR 00983 | 10/1/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179622 | Indeterminado* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | NOMBRE | FECHA | CASO | DEUDOR | RECLAMO | MONTO |
|---|---|---|---|---|---|---|
| 17 | BERDECIA RODRIGUEZ, PASTOR<br>PUNTO ORO<br>4497 LA REDONDELA<br>PONCE, PR 00728 | 9/28/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179615 | $ 200,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | NOMBRE | FECHA | CASO | DEUDOR | RECLAMO | MONTO |
|---|---|---|---|---|---|---|
| 18 | CAMPOS DIAZ, YESENIA<br>7810 SILVERTREE TRAIL APT103<br>ORLANDO, FL 32822 | 9/23/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179611 | Indeterminado* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | NOMBRE | FECHA | CASO | DEUDOR | RECLAMO | MONTO |
|---|---|---|---|---|---|---|
| 19 | CINTRON NORIEGA, NELSON R<br>CALLE 39 UU-1 BOX 144 STA. JUANITA<br>BAYAMON, PR 00907 | 8/27/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179542 | $ 100,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | NOMBRE | FECHA | CASO | DEUDOR | RECLAMO | MONTO |
|---|---|---|---|---|---|---|
| 20 | COLON OTERO, MYRNA L<br>#9 URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179583 | $ 75,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

## Tricentésima Nonagésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 21 | COLON OTERO, MYRNA L.<br>NUM 9 CALLE A URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179587 | $ 75,000.00* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | COLON OTERO, MYRNA L.<br>#9 CALLE A URB BAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179586 | $ 75,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | COLON OTERO, MYRNA L.<br>9 URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179582 | $ 75,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | COLON OTERO, MYRNA L.<br>NUM. 9 CALLE A URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179585 | $ 75,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | COLON OTERO, MYRNA L.<br>9 CALLE A URB RAMOS ANTONINI<br>CIDRA, PR 00739 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179578 | $ 75,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | COLON, MARTA F<br>1567 NEW GARDEN RD APT 2 E<br>GREENSBORO, NC 27410 | 8/31/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179555 | $ 60,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | CRESPO GARCIA, NELSON JOSE<br>URB - LAGO ALTO<br>E-65 CALLE GUAYABAL<br>TRUJILLO ALTO, PR 00976 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179572 | $ 40,981.11 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 28 | CRUZ, CESAR DIAZ<br>URB ALBOLEDA 46<br>CALLE ALELI CASA H-121<br>HUMACAO, PR 00791-2006 | 9/22/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179603^ | Indeterminado* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179603 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 29 | DE LEON SANCHEZ, GLORIA<br>HC-11 BOX 12433<br>HUMACAO, PR 00791 | 9/24/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179612^ | Indeterminado* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179612 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 30 | DEL VALLE-RODRIGUEZ, RAFAEL<br>P.O. BOX 431<br>AGUAS BUENAS, PR 00703 | 9/2/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179559 | $ 60,000.00* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 31 | DEVELOPMENT AND CONSTRUCTION LAW GROUP, LLC<br>PMB 443, SUITE 112<br>100 GRAND PASEOS BLVD.<br>SAN JUAN, PR 00926-5902 | 7/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179462 | $ 480,010.18 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 32 | ETHICON, LLC<br>MCCONNELL VALDES LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 9/20/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179599 | $ 439,478.83 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

## Tricentésima Nonagésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 33 | ETHICON, LLC<br>MCCONNELL VALDÉS LLC<br>C/O NAYUAN ZOUAIRABANI<br>PO BOX 364225<br>SAN JUAN, PR 00936 | 9/20/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179596 | $ 439,478.83 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | FELICIANO SANOGUEL, NORBERTO<br>BO. LA LUNA CALLE 7 ESPINOSA #454<br>GUANICA, PR 00653 | 8/24/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179537 | Indeterminado* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | FELICIANO, JOSE ANTONIO<br>20 CEIBA PARCELAS MARQUEZ<br>MANATI, PR 00674 | 8/26/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179552^ | $ 7,800.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179552 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 36 | FELICIANO, JOSE ANTONIO<br>20 CEIBA PARCELAS MARQUEZ<br>MANATI, PR 00674 | 8/30/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179551^ | $ 7,800.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179551 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 37 | FELICIANO, JOSE ANTONIO<br>20 CEIBA PARCELAS MARQUEZ<br>MANATI, PR 00674 | 9/11/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179598^ | $ 4,800.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179598 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 38 | FERRER PARRILLA, ROSA I<br>URB. VILLA DE LOIZA RR 1<br>CANOVANAS, PR 00729 | 8/28/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179546 | $ 40,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 39 | FERRER PARRILLA, ROSA I<br>URB. VILLAS DE LOIZA CALLE 29 RR 1<br>CANOVANAS, PR 00729 | 8/28/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179545 | $ 40,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 40 | GARCIA LEIAZ, ANA S.<br>R.R # 36 BOX 7779<br>SAN JUAN, PR 00926-9123 | 9/15/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179588 | $ 20,800.00* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 41 | GONZALEZ FIGUEROA, ROSALINA<br>PMB 122/ PO Box 1999<br>Barranquitas, PR 00794 | 11/27/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178353 | $ 40,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 42 | HERNANDEZ ESTEVEZ, GUDELIA<br>PO Box 402<br>ANASCO, PR 00610 | 3/10/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178323 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 43 | JOHN S WARE IV & LYNN S SZALLAR<br>40 SENECA TRAIL<br>DENVILLE, NJ 07834 | 9/29/2021 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 179617 | $ 5,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 44 | LINDA M. ELLIS LIVING TRUST<br>1560 GULF BLVD # 701<br>CLEARWATER, FL 33767 | 9/22/2021 | 19-BK-05523-LTS | El Autoridad de Edificios Públicos de Puerto Rico | 179604 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 45 | MARTINEZ LOPEZ, NELSIE<br>PO Box 655<br>GUAYNABO, PR 00970 | 3/20/2020 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 173733 | $ 51,120.36 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 46 | MELENDE MIRANDA, NELSON<br>1430 CARINA ST.<br>ALAMO, TX 78516 | 8/24/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179535 | $ 30,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 47 | MELENDEZ FIGUEROA, WANDA I<br>SANTILLANA DEL MAR EDFICIO 26 APRT A<br>LOIZA, PR 00772 | 8/28/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179544 | $ 20,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 48 | MELENDEZ VAZQUEZ, AUREA<br>BO ALGARROBO<br>3954 CARR 2<br>VEGA BAJA, PR 00693-4266 | 8/20/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179534 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 49 | MIRANDA SANCHEZ, MARIANITA<br>SABANA GARDENS<br>4-17 CALLE 9<br>CAROLINA, PR 00983 | 8/12/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179522 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 50 | MOJICA GONZALEZ, MAGDA IRIS<br>CALLE 28 AC7 INTERAMERICANA<br>TRUJILLO ALTO, PR 00976 | 9/2/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179563 | $ 48,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 51 | MOJICA GONZALEZ, MAGDA IRIS<br>CALLE 28 AC7 INTERAMERICANA<br>TRUJILLO ALTO, PR 00976 | 9/2/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179564 | $ 48,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 52 | MOLINA, JESUS MA. ALVARADO<br>B-7 BO. PLAYA<br>SALINAS, PR 00751 | 8/19/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179549 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 53 | MONTAÑEZ FONTANEZ, BENITA<br>21 COM LAS 500 TAS DIAMANTE<br>ARROYO, PR 00714 | 8/23/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179541 | $ 25,400.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 54 | MONTERO FERRER, ILEANNETT M.<br>URB. VILLAS DE LOIZA CALLE 29 RR 1<br>CANOVANAS, PR 00729 | 8/28/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179547 | $ 10,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 55 | MONTERO FERRER, ILEANNETT M.<br>URB. VILLAS DE LOIZA CALLE 29 RR 1<br>CANOVANAS, PR 00279 | 8/28/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179548 | $ 10,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 56 | MORALES, VICTORIO<br>HC 3 BOX 11976<br>YABUCOA, PR 00767-9760 | 9/29/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179616^ | Indeterminado* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179616 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 57 | MULERO VARGAS, JAZMIN<br>SANTILLANA DEL MAR EDIFICIO 26<br>APARTAMENTO A<br>LOIZA, PR 00772 | 8/28/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179543 | $ 20,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 58 | MUNIZ, YOLANDA<br>182 GARDEN WOOD DR.<br>PONTE VEDRA, FL 32081 | 9/8/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179568 | $ 4,200.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 59 | NAVARRO CASTRO, ZILKA M.<br>COND PARK VIEW TERRACE<br>EDIF 5 APTO 504<br>CANOVANAS, PR 00729 | 9/8/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179570 | $ 26,319.17 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 60 | NIEVES HERNANDEZ, VIRGINIA<br>EXT. O'NEILL<br>209 CALLE 1<br>MANATI, PR 00674-6162 | 8/30/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179556^ | $ 4,800.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179556 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 61 | NIEVES HERNANDEZ, VIRGINIO<br>EXT O'NEILL<br>209 CALLE 1<br>MANATI, PR 00674-6162 | 8/25/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179553^ | $ 4,800.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179553 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 62 | NIEVES HERNANDEZ, VIRGINIO<br>209 CALLE 1<br>EXT ONEILL<br>MANATI, PR 00674-6162 | 9/11/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179595^ | $ 4,800.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179595 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | NIEVES ROSADO, ANGEL<br>PO BOX 1697<br>CANOVANAS, PR 00729 | 9/3/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179558 | $ 999,999,999.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 64 | NORMA IRIS RAMOS MOJICA<br>RR 18 BOX 1390 RMB 104<br>SAN JUAN, PR 00926-9821 | 9/1/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179561 | $ 48,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 65 | ORTIZ CRUZ, BENIGNA<br>PO BOX 34<br>LOIZA, PR 00772-0034 | 8/31/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179554 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 66 | ORTIZ GARCIA, MARCIAL<br>J16 CALLE 6<br>PATILLAS, PR00723 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179576 | $ 80,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 67 | ORTIZ RAMOS, JOSE RAMON<br>APARTADO 623<br>YABUCOA, PR 00767 | 8/20/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179532^ | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| | ^Reclamo N.º 179532 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados | | | | | |
| 68 | PARRILLA SERRANO, CELIA I<br>HC-03 BOX 12285<br>CAROLINA, PR 00987 | 9/25/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179614 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 69 | RAMON DEL HOYO, NITZA I.<br>RR 6 Box Colinas del Sol<br>Toa Alta, PR 00953 | 11/27/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178372 | $ 25,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 70 | RAMON, PABLO RAMON<br>HC-01, Box. 9468<br>San Juan, PR 00936 | 1/8/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177961 | $ 19,200.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 71 | RAMOS RIVERA, MARICELIS<br>URB BRISAS DE CANOVANAS<br>15 CALLE ZORZAL<br>CANOVANAS, PR 00729 | 8/24/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179538 | $ 40,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 72 | RAMOS RIVERA, MARICELIS<br>URB.BRISAS CALLE ZOLZAR # 15<br>CANOVANA, PR 00729 | 8/24/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179536 | $ 45,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 73 | RENTAS, RAFAEL<br>4844 CALLE LANCEODA<br>PONCE, PR 00728 | 8/18/2019 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 170237 | $ 1,000.00* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 74 | RIOS AYALA, ORLANDO JESUS<br>15011 VISTA HEIGHTS DR.<br>CYPRESS, TX 77433 | 7/1/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 68606 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 75 | RODRIGUEZ DE ALVAREZ, GLORIA E<br>VILLA CLEMENTINA, F17 CALLE NUEVA<br>GUAYNABO, PR 00969-5012 | 9/8/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179571 | $ 6,916.83 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 76 | RODRIGUEZ PAGAN, HECTOR M.<br>P.O. BOX 943<br>CIALES, PR 00638 | 8/30/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179557 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 77 | RODRIGUEZ VEGA, JORGE M<br>PO BOX 1171<br>CIALES, PR 00638 | 9/9/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179573^ | $ 28,800.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179573 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 78 | RODRIGUEZ VEGA, JORGE M.<br>PO BOX 1171<br>CIALES, PR 00638 | 9/11/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179597^ | $ 28,800.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179597 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

| | | | | | | |
|---|---|---|---|---|---|---|
| 79 | ROONEY, JOSEPH A<br>90 CAMPBELL ROAD<br>FAIRFIELD, CT 06824 | 9/17/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179575 | $ 30,000.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 80 | ROSA CATALAN, DIANA MINERVA<br>HC 4 BOX 4199<br>HC 4<br>HUMACAO, PR 00791 | 9/11/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179601 | Indeterminado* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 81 | ROSADO REYES, RAUL A.<br>COUNTRY CLUB 2DA EXT.<br>823 CALLE LEDRU<br>SAN JUAN, PR 00924 | 10/20/2020 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178624 | $ 40,000.00* |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

| | | | | | | |
|---|---|---|---|---|---|---|
| 82 | SANCHEZ RESTO, MANUEL<br>RR # 36 BOX 7779<br>SAN JUAN, PR 00926-9123 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179581^ | $ 28,800.00 |

Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite.

^Reclamo N.º 179581 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 83 | SOTOMAYOR MIRANDA, SILVIA I.<br>URB. MUNOZ RIVERA<br>1106 CALLE F<br>GUAYNABO, PR 00969 | 8/20/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179531 | $ 10,699.65 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 84 | SURILLO FIGUEROA, NANCY I.<br>CONDOMINIO PORTICOS DE CUPEY APT.13301<br>SAN JUAN, PR 00926 | 8/13/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178377 | $ 150,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 85 | TAPIA RODRIGUEZ, GLADYS<br>PO Box 1858<br>Rio Grande, PR 00745 | 10/21/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 178087 | $ 30,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 86 | TEST INNOVATIONS, INC<br>BANCO COOPERATIVE PLAZA<br>623 PONCE DE LEON AVE, SUITE 1200A<br>SAN JUAN, PR 00917 | 9/13/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179577 | $ 79,404.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 87 | TIMOTHY KLEIN VIA TDAMERITRADE<br>212 STONEY LN<br>HUNTSVILLE, AL 35806 | 9/17/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179594 | $ 5,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 88 | TRAINA, RICHARD AND DONNA M.<br>936 CONTI STREET<br>APT 9<br>NEW ORLEANS, LA 70112 | 9/29/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179618 | $ 10,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |

## Tricentésima Nonagésima Séptima Objeción Global
### Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 89 | TRINIDAD, ROSA VELEZ<br>Urb. Rivieras de Cupey<br>67 Calle Granate<br>San Juan, PR 00926 | 10/21/2019 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 177988 | $ 30,000.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 90 | VAZQUEZ FLORES, ROSA<br>PO BOX 7643<br>CAGUAS, PR 00726 | 8/18/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179623 | Indeterminado* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 91 | VEGA-MERCADO, SYLVIA M.<br>P.O. BOX 431<br>AGUAS BUENAS, PR 00703 | 9/2/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179560 | $ 60,000.00* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| 92 | VENEGAS MELENDEZ, HUGO J.<br>2 CALLE HUGO VENEGAS<br>VEGA BAJA, PR 00693 | 8/20/2021 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 179539^ | $ 4,800.00 |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| | ^Reclamo N.º 179539 incluido también en el Anexo A a la Objeción Global 394 por reclamos a ser desestimados | | | | | |
| 93 | ZAPATA, ESTRELLITA MONTERO<br>URB. LAGO ALTO E-65 CALLE GUAYABAL<br>TRUJILLO ALTO, PR 00976 | 9/13/2021 | 17 BK 03566-LTS | Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 179580 | $ 38,964.72* |
| | Base para: La Evidencia de Reclamo no se presentó dentro de los plazos estipulados, ya que el demandante interpuso el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | | | |
| | | | | | TOTAL | $ 1,003,799,656.18* |