# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br><br>  Debtors.[1] | PROMESA Title III<br><br>Case No. 17-03283 (LTS)<br><br>(Jointly Administered) |

## U.S. BANK'S SECOND AMENDED EXHIBIT LIST
## IN CONNECTION WITH THE PLAN CONFIRMATION HEARING
## AND WITHDRAWAL OF MOTION TO SEAL

To the Honorable United States District Judge Laura Taylor Swain:

1. U.S. Bank Trust National Association and U.S. Bank National Association (together "U.S. Bank") hereby submits this second amended list of exhibits (the "Second Amended Exhibit List") for the purpose of submitting the unsealed copy of USB Exhibit N, Settlement Agreement and Invoice Instructions, entered into between AAFAF and U.S. Bank, dated December 21, 2018 (hereinafter referred to as "USB Exhibit N").

---

[1] The Debtors in the jointly-administered Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)

2. On October 27, 2021, U.S. Bank filed the *Notice of Presentment of U.S. Bank's Amended Exhibit List in Connection with the Plan Confirmation Hearing* [ECF 18841] (the "Amended Exhibit List") attaching USB Exhibits A-U with a cover page for USB Exhibit N indicating U.S. Bank would seek to file Exhibit N under seal. Also on October 27, 2021, U.S. Bank filed the *Urgent Motion to Seal Document Ex. N to U.S. Bank's Amended Exhibit List in Connection with the Plan Confirmation Hearing* [ECF 18845] (the "Motion to Seal"). At the time of filing, U.S. Bank had contacted AAFAF through counsel to obtain its concurrence that the confidentiality provisions of USB Exhibit N did not prevent public filing of some or all of USB Exhibit N, but had not yet received a response.

3. Also on October 27, 2021, the Court entered the *Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing* [ECF 18865] (the "Order") which permitted USB Exhibit N to be filed under seal for a limited duration and directing U.S. Bank to file a short brief justifying the continued sealing of USB Exhibit N by November 2, 20201.

4. Since the entry of the Order, AAFAF has now given its consent for USB Exhibit N to be filed unsealed. U.S. Bank hereby respectfully withdraws its Motion to Seal and files this Second Amended Exhibit List to attach the unsealed version of USB Exhibit N. All other USB Exhibits remain previously filed at ECF 18841.

| Exhibit Identifier | Description of Exhibit |
|---|---|
| USB Exhibit A | Certified Copy of the Trust Agreement between PFC and the U.S. Bank as Trustee |
| USB Exhibit B | PFC 2011 Promissory Notes |
| USB Exhibit C | PFC 2012 Promissory Notes |
| USB Exhibit D | Series 2011 A PFC Bonds Letter of Credit |

| | |
|---|---|
| USB Exhibit E | Series 2011 B PFC Bonds Letter of Credit |
| USB Exhibit F | Series 2012 A PFC Bonds Letter of Credit |
| USB Exhibit G | Act 164 of December 17, 2001 |
| USB Exhibit H | Act 85 of June 13, 1998 |
| USB Exhibit I | Joint Resolution 523 of August 24, 2000 |
| USB Exhibit J | Act 113 of September 27, 1994 |
| USB Exhibit K | Act No. 21 of 2016, the Debt Moratorium Act |
| USB Exhibit L | Executive Order 2016-31 |
| USB Exhibit M | Executive Order 2016-30 |
| USB Exhibit N | Settlement Agreement and Invoice Instructions, entered into between AAFAF and U.S. Bank, dated December 21, 2018 |
| USB Exhibit O | Proof of Claim filed by U.S. Bank as Trustee for the PFC Bonds, dated May 18, 2018 |
| USB Exhibit P | Government Development Bank Title VI Solicitation Statement and Qualifying Modification |
| USB Exhibit Q | Trust Agreement between Puerto Rico Infrastructure Financing Authority with Citibank, dated October 1, 1988 |
| USB Exhibit R | Puerto Rico Public Buildings Authority Resolution No. 468, adopted June 22, 1995 |
| USB Exhibit S | Proof of Claim filed by U.S. Bank as Successor Trustee for the PRIFA Bonds, dated May 18, 2018 |
| USB Exhibit T | Proof of Claim filed by U.S. Bank as Fiscal Agent for the PBA Bonds, dated June 27, 2018 |
| USB Exhibit U | Proof of Claim filed by U.S. Bank as Fiscal Agent for the PBA Bonds, dated July 29, 2020 |

Respectfully submitted,

Dated: October 29, 2021 By: *Eric A. Tulla*
**RIVERA, TULLA AND FERRER, LLC**
Eric A. Tulla
USDC-DPR No. 118313
Iris J. Cabrera-Gómez
USDC-DPR No. 221101
Rivera Tulla & Ferrer Building
50 Quisqueya Street
San Juan, PR 00917-1212
Tel: (787)753-0438
Fax: (787)767-5784 (787)766-0409
etulla@ riveratulla.com
icabrera@riveratulla.com

and

**HOGAN LOVELLS US LLP**
Ronald J. Silverman, Esq.
Pieter Van Tol, Esq.
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com
pieter.vantol@hoganlovells.com

*Counsel to U.S. Bank National Association
and U.S. Bank Trust National Association, as
Trustee and/or Fiscal Agent*