UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                       PROMESA
                                                              Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                           No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO              (Jointly Administered)
et al.,

                  Debtors.[1]

------------------------------------------------------------x

<u>ORDER DIRECTING FILING OF CERTAIN MATERIALS RELATING TO THE ADMISSION OF EVIDENCE</u>

        The Court has received and reviewed the *Notice of Amended Agenda of Matters Scheduled for the Pretrial Conference and Hearing on Motions in Limine on November 1, 2021 at 9:30 a.m. AST* (Docket Entry No. 18901, the "Notice of Agenda"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). Section II.1 of the Notice of Agenda references a letter to the Court dated October 27, 2021 (the "October 27 Letter") setting forth a stipulation among certain parties. The Oversight Board is hereby directed:

1.     to file the October 27 Letter as an exhibit to an informative motion by **October 31, 2021, at 3:00 p.m. (Atlantic Standard Time)**; and
2.     to file by **November 2, 2021, at 5:00 p.m. (Atlantic Standard Time)**, as exhibits to an informative motion, (a) a list identifying the exhibits whose admissibility is

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

agreed subject to the reservation of rights in the October 27 Letter and (b) a list identifying the exhibits whose admissibility for the Confirmation Hearing is not agreed.

SO ORDERED.

Dated: October 30, 2021

                                                           /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          United States District Judge