# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## THE DRA PARTIES' OBJECTIONS TO CONFIRMATION HEARING EXHIBIT LISTS

**To the Honorable United States District Court Judge Laura Taylor Swain:**

AmeriNational Community Services, LLC (the "**Servicer**"), as servicer for the GDB Debt Recovery Authority (the "**DRA**"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "**Collateral Monitor**" and, together with the Servicer, collectively, the "**DRA Parties**"), which serves as the collateral monitor for Wilmington Trust, N.A. in connection with bonds the DRA issued, respectfully submit these Objections to Exhibit Lists in accordance with paragraph 3 of the *Amended Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith*, Dkt. No. 18394 ("**Amended Confirmation Procedures Order**").[2]

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] Unless otherwise indicated, all docket references herein refer to the docket of Case No. 17-BK-3283 (LTS).

1. The DRA Parties incorporate by reference the objections and reservations set forth in their earlier pretrial filings (*see, e.g.*, Dkt. No. 18675, 18836) and further object to the following exhibits identified in the *Monolines' Informative Motion Submitting Exhibit List in Connection with the Plan Confirmation Hearing*, Dkt. No. 18682 ("**Monolines' Exhibit List**") as set forth in the chart below.[3]

| Exhibit No. | Document Description Provided in the Monolines' Exhibit List | Basis for the DRA Parties' Objection |
|---|---|---|
| Monolines Ex. 1 | Resolution No. 68-18, Adopted June 13, 1968, Authorizing and Securing Highway Revenue Bonds | Relevance |
| Monolines Ex. 2 | Resolution No. 98-06, Adopted February 26, 1998, Authorizing and Securing Transportation Revenue Bonds | Relevance |
| Monolines Ex. 3 | HTA Resolution No. 83-01 | Relevance |
| Monolines Ex. 4 | HTA Resolution No. 98-08 | Relevance |
| Monolines Ex. 5 | Resolution 2002-04 excerpted from closing binder for HTA Series D, Series E, Series F Bonds (Feb. 7, 2002) | Relevance |
| Monolines Ex. 6 | Closing binder containing documents from the 2002 HTA bond issuance of Series D, Series E, Series F Bonds (Feb. 7, 2002) | Relevance |
| Monolines Ex. 7 | Security Agreement by and between HTA and Owners of Transportation Revenue Bonds, dated February 7, 2002 and UCC-1 filed by HTA | Relevance |
| Monolines Ex. 8 | HTA Resolution 2003-23, Authorizing 2003 Revenue Refunding Bonds Series AA | Relevance |
| Monolines Ex. 9 | HTA Resolutions, including Resolution 2003-30 at HTA_STAY0004474-75 | Relevance |

---

[3] Notwithstanding the DRA Parties' objections (and consistent with the DRA Parties' reservation of rights contained in their Pretrial Informative Motion, Dkt. No. 18836 ¶ 7), the DRA Parties reserve the right to introduce, use, or rely upon any of the exhibits listed on the Monolines' Exhibit List at trial or in submissions to the Court.

2

| Exhibit No. | Document Description Provided in the Monolines' Exhibit List | Basis for the DRA Parties' Objection |
|---|---|---|
| Monolines Ex. 10 | Official Statement for HTA Series AA Bonds Issued Pursuant to 1968 Resolution, dated April 10, 2003 | Relevance |
| Monolines Ex. 11 | Official Statement, HTA 1977 Series L Highway Revenue Bonds | Relevance |
| Monolines Ex. 12 | Official Statement, Series Y&Z Highway Bonds | Relevance |
| Monolines Ex. 13 | 2010 Reoffering Circular re: Series AA Bonds | Relevance |
| Monolines Ex. 14 | GDB4 Resolution EC-2010-18 | Relevance |
| Monolines Ex. 15 | GDB Resolution 9179-A | Relevance |
| Monolines Ex. 16 | GDB Resolution EC-1697 | Relevance |
| Monolines Ex. 17 | HTA Resolution No. 2008-31 | Relevance |
| Monolines Ex. 18 | GDB Resolution 8804 | Relevance |
| Monolines Ex. 19 | GDB Resolution 9195 | Relevance |
| Monolines Ex. 20 | GDB Resolution 9296 | Relevance |
| Monolines Ex. 21 | HTA Resolution Num. 2010-15 | Relevance |
| Monolines Ex. 22 | HTA Resolution No. 2010-19 | Relevance |
| Monolines Ex. 23 | HTA Resolution 2009-01 | Relevance |
| Monolines Ex. 24 | GDB Resolution 9024 | Relevance |
| Monolines Ex. 25 | GDB Resolution EC-2009-05 | Relevance |
| Monolines Ex. 26 | HTA Resolution 2009-24 | Relevance |
| Monolines Ex. 27 | HTA Resolution 2008-13 | Relevance |
| Monolines Ex. 28 | Letter from GDB to HTA dated 11/10/09 | Relevance |
| Monolines Ex. 29 | Letter from GDB to HTA dated 8/1/2018 | Relevance |
| Monolines Ex. 30 | Letter from GDB to HTA dated 6/24/10 | Relevance |

| Exhibit No. | Document Description Provided in the Monolines' Exhibit List | Basis for the DRA Parties' Objection |
|---|---|---|
| Monolines Ex. 31 | Letter from GDB to HTA dated 10/6/09 | Relevance |
| Monolines Ex. 32 | Letter from GDB to HTA dated 1/26/09 | Relevance |
| Monolines Ex. 33 | Spreadsheet Tracking HTA Revenues 2017-2020 | Relevance |
| Monolines Ex. 34 | AAFAF FY16-FY21 HTA Flow of Funds Summary | Relevance |
| Monolines Ex. 35 | March 19, 2008 Loan Agreement and Amendments | Relevance |
| Monolines Ex. 36 | August 6, 2008 Loan Agreement and Amendments | Relevance |
| Monolines Ex. 37 | October 30, 2009 Loan Agreement and Amendments | Relevance |
| Monolines Ex. 38 | October 30, 2009 Loan Agreement II and Amendments | Relevance |
| Monolines Ex. 39 | October 30, 2009 Amended and Restated Loan Agreement and Amendments | Relevance |
| Monolines Ex. 40 | November 9, 2009 Loan Agreement and Amendments | Relevance |
| Monolines Ex. 41 | June 30, 2010 Loan Agreement and Amendments | Relevance |
| Monolines Ex. 42 | July 13, 2010 Loan Agreement and Amendments | Relevance |
| Monolines Ex. 43 | August 27, 2010 Loan Agreement and Amendments | Relevance |
| Monolines Ex. 44 | August 27, 2010 Loan Agreement II | Relevance |
| Monolines Ex. 45 | August 28, 2013 Loan Agreement and Amendments | Relevance |
| Monolines Ex. 46 | October 27, 2011 Spanish Language Loan Agreement and Amendments | Relevance |
| Monolines Ex. 47 | November 29, 2011 Spanish Language Loan Agreement and Amendments | Relevance |

| Exhibit No. | Document Description Provided in the Monolines' Exhibit List | Basis for the DRA Parties' Objection |
|---|---|---|
| Monolines Ex. 48 | September 12, 2012 Spanish Language Loan Agreement and Amendments | Relevance |
| Monolines Ex. 49 | February 28, 2013 Spanish Language Loan Agreement and Amendments | Relevance |
| Monolines Ex. 50 | January 16, 2014 Spanish Language Loan Agreement and Amendments | Relevance |
| Monolines Ex. 51 | GDB-HTA Promissory Notes | Relevance |
| Monolines Ex. 52 | GDB Assignment and Security Agreement and Amendments | Relevance |
| Monolines Ex. 53 | UCC-1 Financing Statement filed by HTA, August 2013 and Financing Statement Amendment | Relevance |
| Monolines Ex. 54 | UCC Financing Statements filed by Puerto Rico Highway and Transportation Authority | Relevance |
| Monolines Ex. 55 | GDB Qualifying Modification Solicitation Statement, August 9, 2018 | Relevance |
| Monolines Ex. 56 | HTA Audited Financial Statements – 2008-2019 (2010, 2014, 2015, 2019 HTA Audited Financial Statements are available on the EMMA online database) | Relevance |
| Monolines Ex. 57 | Commonwealth Financial Statements 1998-2018 (Commonwealth Financial Statements from 1998-2018 are available on the Departmento de Hacienda website) | Relevance |
| Monolines Ex. 58 | Official Statement for HTA Series M and Series N Transportation Revenue Bonds issued pursuant to 1998 Resolution | Relevance |

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30th day of October, 2021.

**CERTIFICATE OF SERVICE**: In accordance with Fed. R. Bankr. P. 9014(b), Fed. R. Bankr. P. 7004(b), and the Court's *Fifteenth Amended Notice, Case Management and*

5

*Administrative Procedures Order* (Dkt. No. 17127-1) (the "**CMP Order**"), we hereby certify that a true and exact copy of the foregoing was sent by electronic mail upon all the parties listed in the Master Service List and by U.S. mail upon all the Standard Parties listed in the CMP Order.

*[Remainder of page intentionally left blank]*

<table>
<tr><td>

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-5632
Fax: 787-759-9225

By: */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

*/s/ Alejandro J. Cepeda-Díaz*
Alejandro J. Cepeda-Díaz
(USDC No. 222110)
E-mail: ajc@mcvpr.com

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

**Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority**

</td><td>

**C. CONDE & ASSOC. LAW OFFICES**

By: */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

*/s/ Luisa S. Valle Castro*
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel: 787-729-2900
Fax: 787-729-2203
E-mail: condecarmen@condelaw.com

-and-

**SCHULTE ROTH & ZABEL LLP**

By: */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
Noah N. Gillespie (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel: 202-729-7470
Fax: 202-730-4520
E-mail: douglas.mintz@srz.com
       noah.gillespie@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: 212-756-2000
Fax: 212-593-5955

E-mail: douglas.koff@srz.com
        taleah.jennings@srz.com
        abbey.walsh@srz.com
        peter.amend@srz.com

**Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority**

</td></tr>
</table>