# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>  as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**FOURTH JOINT INFORMATIVE MOTION TO NOTIFY SCHEDULE OF UPCOMING DEPOSITIONS AND PROCEDURES FOR ATTENDANCE OF THE SAME**

**To the Honorable United States District Judge Laura Taylor Swain:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative of debtors the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA," and collectively with the Commonwealth and ERS, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] AmeriNational Community

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

Services, LLC (the "Servicer"), as servicer for the GDB Debt Recovery Authority (the "DRA"), and Cantor-Katz Collateral Monitor LLC, which serves as the collateral monitor for Wilmington Trust, N.A. in connection with the new bonds issued by the DRA[3] (the "Collateral Monitor," and together with the Servicer, collectively, the "DRA Parties", and jointly with the Oversight Board, the "Parties") respectfully submit this fourth joint informative motion (the "Fourth Joint Motion") setting forth the current schedule of upcoming depositions in connection with confirmation of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico* [Dkt. No. 17627] (as it may be amended, modified, or supplemented, the "Plan"), and in compliance with the *Amended Order Establishing Procedures and Deadlines Concerning Objection to Confirmation and Discovery in Connection Therewith* [Dkt. No. 18394] (the "Amended Confirmation Procedures Order").

## NOTICE

1. The Amended Confirmation Procedures Order (i) establishes the deadline by which parties shall serve Initial Notices of Deposition[4] as well as Follow-Up Deposition Notices (jointly, the "Depositions"); (ii) requires that Eligible Creditors, PSA Parties, and parties in interest (jointly, the "Deposition Parties") shall receive notice of said Depositions; and (iii) outlines the Deposition Parties' respective rights regarding participation and/or attendance in these Depositions. *See* Amended Confirmation Procedures Order ¶¶ 3, 13, 16.

2. This Fourth Joint Motion supplements the schedule of depositions provided in the *Joint Informative Motion to Notify Schedule of Upcoming Depositions and Procedures for Attendance*

---

[3] The DRA bonds were issued pursuant to the *Government Development Bank for Puerto Rico Debt Restructuring Act*, Act No. 109-2017, as amended by Act No. 147-2018.

[4] Capitalized terms not defined herein shall have the meaning ascribed to them in the Amended Confirmation Procedures Order.

of the Same [Dkt. No. 18367] (the "First Joint Motion"), the *Second Joint Informative Motion to Notify Schedule of Upcoming Depositions and Procedures for Attendance of the Same* [Dkt. No. 18451] (the "Second Joint Motion"), and the *Third Joint Informative Motion to Notify Schedule of Upcoming Depositions and Procedures for Attendance of the Same* [Dkt. No. 18525] (the "Third Joint Motion," and together with the First and Second Joint Motions, the "Joint Motions"). Since the Joint Motions were filed, the Parties have scheduled an additional Deposition. In order to ensure the Deposition Parties are able to participate in or observe this Deposition, the Parties herein set forth an agreed-upon date, time, and procedures for the Deposition. The Parties intend to file subsequent informative motions as needed to notify the Court of additional Depositions if and when they are scheduled:

| **Name of Deponent:** | **Deposition Date:** | **Confidential:** |
|---|---|---|
| Stephen Spencer | November 2, 2021[5] at 10:00 AM AST | No |

3. Deposition Parties who wish to attend the Depositions are required to register their attendance by sending an email to promesadepositions@veritext.com at least 48 hours prior to the commencement of any deposition. The Deposition Parties must state in the email whether they will be attending as either (i) a "Participant" or (ii) an "Observer" as defined in the First Joint Motion.

4. The procedures set forth in the First Joint Motion, as well as the Remote Deposition Protocol attached thereto as Exhibit A [ECF No. 18367-1], will apply to all Depositions listed above and any future Depositions that are scheduled in connection with confirmation of the Plan.

---

[5] Subject to the Court granting *Urgent Joint Motion Regarding Deposition of Stephen Spencer*, dated October 30, 2021, which is being filed contemporaneously herewith.

- 2 -

Dated: October 30, 2021.
      San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*/s/ Margaret A. Dale*

Martin J. Bienenstock
Brian S. Rosen
Margaret A. Dale
Julia D. Alonzo
Admitted *Pro Hac Vice*
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
mbienenstock@proskauer.com
brosen@proskauer.com
mdale@proskauer.com
jalonzo@proskauer.com

***Attorneys for the Financial Oversight and Management Board as representative for the Debtors***

| | |
|---|---|
| **MCCONNELL VALDÉS LLC** | **C. CONDE & ASSOC. LAW OFFICES** |
| 270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey, Puerto Rico 00918<br>PO Box 364225<br>San Juan, Puerto Rico 00936-4225<br>Telephone: 787-250-5632<br>Facsimile: 787-759-9225 | By: */s/ Carmen D. Conde Torres*<br>Carmen D. Conde Torres<br>(USDC No. 207312)<br>*/s/ Luisa S. Valle Castro*<br>Luisa S. Valle Castro<br>(USDC No. 215611<br>254 San José Street, Suite 5<br>San Juan, PR 00901-1523<br>Tel. 787-729-2900<br>Fax. 787-729-2203<br>E-Mail: condecarmen@condelaw.com |
| By: */s/Arturo J. García-Solá*<br>Arturo J. García-Solá<br>USDC No. 201903<br>Email: ajg@mcvpr.com | |
| By: */s/Alejandro J. Cepeda-Diaz*<br>Alejandro J. Cepeda-Diaz<br>USDC No. 222110<br>Email: ajc@mcvpr.com | **SCHULTE ROTH & ZABEL LLP**<br><br>By: */s/ Douglas S. Mintz*<br>Douglas S. Mintz (admitted *pro hac vice*)<br>901 Fifteenth Street, NW, Suite 800<br>Washington, D.C. 20005<br>Telephone: (202) 729-7470<br>Facsimile: (202) 730-4520<br>E-mail: dmintz@orrick.com |
| By: */s/Nayuan Zouairabani*<br>Nayuan Zouairabani<br>USDC No. 226411<br>Email: nzt@mcvpr.com | |
| ***Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*** | -and-<br><br>Douglas Koff (admitted pro hac vice)<br>Abbey Walsh (admitted pro hac vice)<br>Peter J. Amend (admitted pro hac vice)<br>919 Third Avenue<br>New York, N.Y. 10022<br>Tel: 212-756-2000<br>Fax: 212-593-5955<br>E-mail: douglas.koff@srz.com<br>         abbey.walsh@srz.com<br>         peter.amend@srz.com<br><br>***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for GDB Debt Recovery Authority*** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 30, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case.

*/s/ Hermann D. Bauer*
Hermann D. Bauer
