Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Ramón L. Rodriguez Otero

Participant's Address: P.O. Box 241 Morovis P.R. 00687

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 54539

Nature of Claim: Romerazo, Ley Incentivo Sila Calderon 3%, Ajust of living, Escala Salarial Pagos

By: Ramón L. Rodriguez
Signature

Ramón L. Rodriguez Otero
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramón L. Rodríguez Otero
P.O. Box 341
Morovis, P.R. 00687

RECEIVED & FILED
2021 OCT 29 PM 1:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

24 OCT 2021 PM 1 L
MEMPHIS TN 380

United States District Court Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

00918-176725

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Elizabeth Melendez Herrera

Participant's Address: U-3 Calle P, urb. Monte I, Fajardo, P.R. 00738

Participant's Email Address: Caeliro3@gmail.com

Name of Counsel: ___

Address of Counsel: ___

Email Address of Counsel: ___

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 102539

Nature of Claim: Claiming increased salary not recieved.

By: *Elizabeth Melendy Herrera*
Signature

Elizabeth Melendez Herrera
Print Name

___
Title (if Participant is not an individual)

___
Date

[Stamp: RECEIVED & FILED 2021 OCT 29 PM 1:31 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR]

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Melendez
Cole Rw-3 Monte Brisas II
Fajardo, PR. 00738

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767

RECEIVED & FILED
2021 OCT 29 PM 1:29

MEMPHIS TN 380
2 OCT 2021 PM 1 L

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen D. Morales Pabón

Participant's Address: PO Box 241 Morovis P.R. 00687

Participant's Email Address: Lola0471@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 54809

Nature of Claim: La Homeraza, 3% Asist. Uiving of live, Escale Salarial Pasos/Carrera Magisterial, Ley Incentivos Si pa Calderon

By: Carmen D. Morales Pabón
Signature

Carmen D. Morales Pabón
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen D. Morales Pabon
P.O Box 341
Morovis, P.R 00687

United State District Court Clerk Office
150 Ave. Carlos Chardon Ste. 150.
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Carmen Miranda Figueroa

Participant's Address: 4555 Sector Capilla, Cidra, P.R. 00739

Participant's Email Address: mensymiranda53@yahoo.com

Name of Counsel: ____

Address of Counsel: ____

Email Address of Counsel: ____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 108607    175392    101508

Nature of Claim: Wages Back Pay Promesa Title III no.17BK 3283-LTS

By: Carmen Miranda Figueroa
Signature

Carmen Miranda Figueroa
Print Name

____
Title (if Participant is not an individual)

9/27/21
Date

RECEIVED & FILED OCT 29 PM 1:31

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen Miranda Figueroa
#355 Sec. Capilla
Piedra, P.R. 00739

RECEIVED & FILED
2021 OCT 29 PM 1:29
CL
U.S.D
SA

00918-170625

Court's Clerk's Office
United States District Court
Clerk's Office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
2 OCT 2021 PM 1 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Davis N. Ruiz Muñiz

Participant's Address: 1051 Calle 3 SE Apt 613 San Juan P.R. 00921-3011

Participant's Email Address: dbruiz11@gmail.com

Name of Counsel: N/A

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-3566

Nature of Claim: Retiro de Educación

By: _Davis N. Ruiz_
Signature

Davis N. Ruiz Muñiz
Print Name

_____
Title (if Participant is not an individual)

14 sept. 2021
Date

RECEIVED & FILED 2021 OCT 29 PH 1:30

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 OCT 29 PM 1: 29

United States District Court
Clerk's Office, 156 Ave. Carlos Chardon
Ste. 150,
San Juan, PR 00918-1767

MEMPHIS TN 380
1 OCT 2021 PM 4 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: LOYDA DIAZ MONTAÑEZ

Participant's Address: LOMAS VERDES, JOBOS 3N-3 BAYAMON, PUERTO RICO 00956

Participant's Email Address: loyda.diaz@yahoo.com

Name of Counsel: NONE

Address of Counsel: NONE

Email Address of Counsel: NONE

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 78360

Nature of Claim: SALARY, STEPS BY EXPERIENCE YEARS WITHOUT INCREASE TEACHER CAREER

By: *[signature]*
Signature

LOYDA DIAZ MONTAÑEZ
Print Name

_____
Title (if Participant is not an individual)

SEPTEMBER 20, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

LOYDA DIAZ MONTAÑEZ
LOMAS VERDES, JOBOS 3N-3
BAYAMON, PUERTO RICO 00956

RECEIVED & FILED
2021 OCT 29 PM 1:29

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida Luz Santiago Rivera_

Participant's Address: _Calle 1 B-1 Villa del Carmen, Cidra P.R. 00739_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175575_

Nature of Claim: _Wages back pay, Promesa Tittle III_

By: _Aida L Santiago Rivera_  No. _17 BK 3283 LTS_
Signature

_Aida Luz Santiago Rivera_
Print Name

_____
Title (if Participant is not an individual)

_September 29, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aida Luz Santiago Rivera
Calle 1 - B-1
Villa del Carmen
Cidra, P.R. 00739

United States District Court,
Clerks Office,
150 Ave. Carlos Chardón Ste. 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 OCT 29 PM 1:29

MEMPHIS TN 380
2 OCT 2021 PM 1 L

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Ana Hernández Zayas_

Participant's Address: _B° Sud, Apdo 97, Cidra P.R. 00739_

Participant's Email Address: _hzcarmenana@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175631_

Nature of Claim: _Wages Back Pay Promesa Title III no. 17 BK 3283 LTS_

By: _Carmen Ana Hernández Zayas_
Signature

_Carmen Ana Hernández Zayas_
Print Name

_____
Title (if Participant is not an individual)

_29 de Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 OCT 29 PM 1:29

MEMPHIS TN 380
2 OCT 2021 PM 1 L

Court's Clerk's Office at: United States
District Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adan N. Ortiz-Recio_

Participant's Address: _Calle Santa Rosa #23, Lajas, P.R. 00667-2067_

Participant's Email Address: _ortiz_adan_534@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Case 17BK 3283-LTS_

Nature of Claim: _Ley 89-Romero SD - 3% Vacaciones_

By: _Adan N. Ortiz Recio_ _enfermedad_
Signature _y año so no pag_

_Adan N. Ortiz-Recio_
Print Name

RECEIVED & FILED
OCT 29 PM 1:29

_____
Title (if Participant is not an individual)

_23 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Allan M Oliver-Rosa
Calle Santa Rosa 23
Lajas, P.R. 00667

United States District Court, Clerk's
Office ex
150 Ave Carlos Chardon Ste 150
San Juan P.R. 00918-1767

MEMPHIS TN 380
2 OCT 2021 PM 1 L

00918-170625

RECEIVED & FILED
2021 OCT 29 PM 1:29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.