# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 3:17-cv-03283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT**:

PLEASE TAKE NOTICE that, pursuant to Rule 83D(a) of the Local Civil Rules of the United States District Court for the District of Puerto Rico, Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), made applicable to these proceedings by Section 310 of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), 48 U.S.C. § 2170 et seq., and sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), made applicable to these proceedings by Section 301 of PROMESA, as well as this Court's Fifteenth Amended Notice, Case Management and Administrative Procedures Order (Dkt. No. 17127-1), McConnell Valdés LLC and the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566- LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

undersigned counsel, Arturo J. García Sola, Esq., hereby enter this appearance in the above-captioned Title III case (the "Title III Case") as counsel to AmeriNational Community Services, LLC (hereafter "AmeriNat") as servicer for the GDB Debt Recovery Authority ("DRA") authorized to pursue and enforce the DRA's rights and remedies in any legal proceeding, including the instant Title III Case.

**PLEASE TAKE FURTHER NOTICE** that AmeriNat hereby requests, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules, that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, in the Title III Case be given and served upon the following:

### MCCONNELL VALDÉS LLC

Arturo J. García Sola, Esq.
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
Telephone: 787-250-5632
Facsimile: 787-759-8282
E-mail: ajg@mcvpr.com

**RESPECTFULLY SUBMITTED.**

Dated: November 1, 2021.

### MCCONNELL VALDÉS LLC
*Attorneys for AmeriNational Community Services, LLC as servicer for the GDB Debt Recovery Authority*
270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
PO Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: 787-250-5632
Facsimile: 787-759-8282

By: *s/Arturo J. García Sola*
Arturo J. García Sola
USDC No. 201903
Email: ajg@mcvpr.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused this document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, the 1st day of November, 2021.

By: *s/Arturo J. García Sola*