**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**THE DRA PARTIES' CONFIRMATION HEARING**
**WITNESS LIST, EXHIBIT LIST AND DEPOSITION DESIGNATIONS**

**To the Honorable United States District Court Judge Laura Taylor Swain:**

AmeriNational Community Services, LLC (the "**Servicer**"), as servicer for the GDB Debt Recovery Authority (the "**DRA**"), and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company (the "**Collateral Monitor**" and, together with the Servicer, collectively, the "**DRA Parties**"), which serves as the collateral monitor for Wilmington Trust, N.A. in connection with bonds the DRA issued, respectfully submit their Finalized Witness List, Exhibit List and Deposition Designations for the Confirmation Hearing in accordance with paragraphs 3 and 4 of the *Amended Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith*, Dkt. No. 18394 ("**Amended Confirmation**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

**Procedures Order**") and paragraph 5 of the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment*, Dkt. No. 18502 ("**Trial Procedures Order**," and together with the Amended Confirmation Procedures Order, the "**Orders**").[2]

1.      Pursuant to the Orders, the DRA Parties submit this filing subject to the objections and reservations contained herein.

2.      This case is "the largest proceeding to restructure debt in the history of the American municipal bond market." *Assured Guar. Corp. v. Fin. Oversight & Mgmt. Bd. for P.R. (In re Fin. Oversight & Mgmt. Bd. for P.R.)*, 872 F.3d 57, 64 (1st Cir. 2017). It was commenced nearly four and a half years ago, on May 9, 2017. Dkt. No. 1. Discovery with respect to Plan confirmation began 77 days ago and required (subject only to exceptions provided by the Court) discovery to be completed in 49 business days. *See* Amended Confirmation Procedures Order ¶ 3. The DRA Parties objected and reserved all rights regarding the Amended Confirmation Procedures Order because it is unfair and limits their due process rights. The DRA Parties continue to maintain their objections and reservations.

3.      It is impossible to submit comprehensive lists and designations at this time. The FOMB has not yet submitted a single declaration for any of the witnesses it intends to proffer as part of its case-in-chief because such declarations are not due until Monday. *See id.* For the same reasons, it is unfair to require the DRA Parties to submit deposition designations before the FOMB, as the Plan proponent, has filed the declarations it will rely upon in this case. Furthermore, parties-in-interest including the FOMB may identify additional affirmative witnesses today. *See id.* The Orders do not provide the DRA Parties a way to address these new witnesses at trial. *See id.* ¶ 4; Trial Procedures Order ¶ 5.

---

[2] Unless otherwise indicated, all docket references herein refer to the docket of Case No. 17-BK-3283 (LTS).

4.      Additionally, the Orders limit direct testimony to declaration.   Amended Confirmation Procedures Order ¶¶ 3, 21; Trial Procedures Order ¶ 5.  This may prevent the DRA Parties from proffering direct testimony for witnesses it does not control, including for matters as simple as the authentication of documents, which the FOMB and AAFAF, among other parties, have unreasonably refused to authenticate.[3]

5.      Further, the DRA Parties are submitting these lists and designations simultaneously with all other parties-in-interest.  *See* Amended Confirmation Procedures Order ¶ 3.  The DRA Parties have included all of the witnesses and exhibits that they believe they may examine, introduce, or rely upon during their case at trial without the benefit of any of these indications of how other parties-in-interest will approach trial.  Similarly, on October 27 by 1:00pm A.S.T., the DRA Parties will submit their pre-trial informative motion simultaneously with all other parties-in-interest, and without the benefit of having received copies of other parties' exhibits or an adequate opportunity to examine the declarations multiple parties are expected to file before midnight on October 25.  *Id.*; Trial Procedures Order ¶ 4(a).

6.      These simultaneous submissions unfairly prejudice the DRA Parties because the DRA Parties have had no opportunity to take into account these simultaneous submissions in selecting witnesses, exhibits, and deposition designations, and because demonstrating that the Plan satisfies each and every element required for confirmation under PROMESA § 314(b) is the FOMB's affirmative burden in this case to prove, and not the DRA Parties' burden to disprove. 48 U.S.C. § 2174(b).

7.      Further, the DRA Parties do not know whether the Court may hear any issues that impact the DRA Parties that also go beyond the issues raised in the *Objection of the DRA Parties*

---

[3]  Counsel for the FOMB has stated that the DRA Parties may not call affirmative witnesses unless the DRA Parties have a declaration for that witness, even where the DRA Parties do not control the witness.

3

*to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico*,
Dkt. No. 18590.

8.     In this circumstance, the DRA Parties may need additional or different witnesses
or exhibits than those listed in this submission in order to be heard on its rights and provide an
adequate record to the Court.  The DRA Parties expressly reserve their right to identify additional
witnesses and exhibits based on any developments or unanticipated issues that may arise before
and/or during the confirmation hearing.  The DRA Parties reserve the right to supplement the
witness and exhibit lists after consideration of the witness and exhibit lists filed by the other parties
in this proceeding.  Moreover, the DRA Parties reserve the right to present some, and not
necessarily all, of the witnesses and exhibits included in these lists.

## Witness List

Subject to the objections and reservations herein, the DRA Parties may call as witnesses
during the Confirmation Hearing, for direct or cross examination, the following individuals:[4]

1.     Douglas J. Brickley – Expert witness for direct and possible re-direct testimony
regarding the clawback the Commonwealth conducted in purported reliance on article VI section
8 of the Puerto Rico Constitution.

2.     Lizette Martínez – Expert witness for direct and possible re-direct testimony
regarding the flow of funds from the Commonwealth to HTA.

3.     David W. Prager – Expert witness for direct and possible re-direct testimony
regarding whether the Plan is in the best interests of creditors.

4.     Stephen Spencer, Managing Director at Houlihan Lokey, 245 Park Avenue, 20th
Floor, New York, NY 10167 – Fact witness for direct, possible re-direct, or possible rebuttal

---

[4] The descriptions provided herein are illustrative only and the DRA Parties reserve the right to present a different,
modified, reduced, or expanded scope of testimony at trial.

testimony regarding the quantum and nature of (1) the DRA's prepetition Claim on account of the GDB-HTA Loans and (2) the CW/HTA Claim in Sections 2.2(a), 63.1, and 63.2, and any other relevant section of the Plan.

5.      Individual(s) to authenticate documents, to the extent that adequate authentication of such documents is not accomplished through the Requests for Admission process, may be called on for direct, cross, possible re-direct, or possible rebuttal examination to authenticate such documents.

6.      The DRA Parties reserve the right to call or cross-examine any witness on any other party's preliminary, amended, or final witness list,[5] *including but not limited to the following*, for cross-examination relevant to the DRA Parties' case at trial:

        a.   Timothy Ahlberg

        b.   Fernando Batlle

        c.   David Brownstein

        d.   Adam Chepenik

        e.   Jorge A. Clivilles-Diaz

        f.   Jay Herriman

        g.   Natalie Jaresko

        h.   Sheva R. Levy

        i.   Gaurav Malhotra

        j.   Marti P. Murray

        k.   Christina Pullo

---

[5] By listing an individual here, the DRA Parties do not accept that any such individual is qualified to testify in any respect or that any party has the right to call such witness at trial; and hereby reserve all rights to object to any such testimony.

  l. Juan Santambrogio

  m. Ojas N. Shah

  n. David A. Skeel, Jr.

  o. Cecile Tirado

  p. Andrew Wolfe

  q. Steve Zelin

  7. Consistent with Amended Confirmation Procedures Order ¶ 4, the same or additional witnesses as those listed herein "to rebut testimony offered or adduced at the Confirmation Hearing."

  8. The DRA Parties also reserve the right to not call any of the above-listed potential witnesses. By identifying the above-listed potential witnesses, the DRA Parties are in no way waiving any rights to challenge any witness on any grounds, including admissibility. Moreover, consistent with all the objections and reservations herein, no listing herein is meant to be comprehensive or to limit who the DRA Parties may call or examine as witnesses, or the subject matters of such testimony.

**<u>Exhibit List</u>**

  The DRA Parties may use the following exhibits at the Plan confirmation hearing, subject to the objections and reservations herein:

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 1 | Treasury Single Account Cash Flow weekly report dated October 20, 2017 |
| DRA Ex. 2 | Treasury Single Account Cash Flow weekly report dated October 27, 2017 |
| DRA Ex. 3 | Treasury Single Account Cash Flow weekly report dated November 3, 2017 |

---

[6] The descriptions provided herein are for reference only and are not meant to be comprehensive.

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 4 | Treasury Single Account Cash Flow weekly report dated November 10, 2017 |
| DRA Ex. 5 | Treasury Single Account Cash Flow weekly report dated November 17, 2017 |
| DRA Ex. 6 | Treasury Single Account Cash Flow weekly report dated November 24, 2017 |
| DRA Ex. 7 | Treasury Single Account Cash Flow weekly report dated December 1, 2017 |
| DRA Ex. 8 | Treasury Single Account Cash Flow weekly report dated December 8, 2017 |
| DRA Ex. 9 | Treasury Single Account Cash Flow weekly report dated December 15, 2017 |
| DRA Ex. 10 | Treasury Single Account Cash Flow weekly report dated December 22, 2017 |
| DRA Ex. 11 | Treasury Single Account Cash Flow weekly report dated December 29, 2017 |
| DRA Ex. 12 | Treasury Single Account Cash Flow weekly report dated January 5, 2018 |
| DRA Ex. 13 | Treasury Single Account Cash Flow weekly report dated January 12, 2018 |
| DRA Ex. 14 | Treasury Single Account Cash Flow weekly report dated January 19, 2018 |
| DRA Ex. 15 | Treasury Single Account Cash Flow weekly report dated January 26, 2018 |
| DRA Ex. 16 | Treasury Single Account Cash Flow weekly report dated February 2, 2018 |
| DRA Ex. 17 | Treasury Single Account Cash Flow weekly report dated February 9, 2018 |
| DRA Ex. 18 | Treasury Single Account Cash Flow weekly report dated February 16, 2018 |
| DRA Ex. 19 | Treasury Single Account Cash Flow weekly report dated February 23, 2018 |
| DRA Ex. 20 | Treasury Single Account Cash Flow weekly report dated March 2, 2018 |
| DRA Ex. 21 | Treasury Single Account Cash Flow weekly report dated March 9, 2018 |
| DRA Ex. 22 | Treasury Single Account Cash Flow weekly report dated March 16, 2018 |
| DRA Ex. 23 | Treasury Single Account Cash Flow weekly report dated March 23, 2018 |
| DRA Ex. 24 | Treasury Single Account Cash Flow weekly report dated March 30, 2018 |
| DRA Ex. 25 | Treasury Single Account Cash Flow weekly report dated April 6, 2018 |
| DRA Ex. 26 | Treasury Single Account Cash Flow weekly report dated April 13, 2018 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 27 | Treasury Single Account Cash Flow weekly report dated April 20, 2018 |
| DRA Ex. 28 | Treasury Single Account Cash Flow weekly report dated April 27, 2018 |
| DRA Ex. 29 | Treasury Single Account Cash Flow weekly report dated May 4, 2018 |
| DRA Ex. 30 | Treasury Single Account Cash Flow weekly report dated May 11, 2018 |
| DRA Ex. 31 | Treasury Single Account Cash Flow weekly report dated May 18, 2018 |
| DRA Ex. 32 | Treasury Single Account Cash Flow weekly report dated May 25, 2018 |
| DRA Ex. 33 | Treasury Single Account Cash Flow weekly report dated June 1, 2018 |
| DRA Ex. 34 | Treasury Single Account Cash Flow weekly report dated June 8, 2018 |
| DRA Ex. 35 | Treasury Single Account Cash Flow weekly report dated June 15, 2018 |
| DRA Ex. 36 | Treasury Single Account Cash Flow weekly report dated June 22, 2018 |
| DRA Ex. 37 | Treasury Single Account Cash Flow weekly report dated June 29, 2018 |
| DRA Ex. 38 | Treasury Single Account Cash Flow weekly report dated July 6, 2018 |
| DRA Ex. 39 | Treasury Single Account Cash Flow weekly report dated July 13, 2018 |
| DRA Ex. 40 | Treasury Single Account Cash Flow weekly report dated July 20, 2018 |
| DRA Ex. 41 | Treasury Single Account Cash Flow weekly report dated July 27, 2018 |
| DRA Ex. 42 | Treasury Single Account Cash Flow weekly report dated August 3, 2018 |
| DRA Ex. 43 | Treasury Single Account Cash Flow weekly report dated August 10, 2018 |
| DRA Ex. 44 | Treasury Single Account Cash Flow weekly report dated August 17, 2018 |
| DRA Ex. 45 | Treasury Single Account Cash Flow weekly report dated August 24, 2018 |
| DRA Ex. 46 | Treasury Single Account Cash Flow weekly report dated August 31, 2018 |
| DRA Ex. 47 | Treasury Single Account Cash Flow weekly report dated September 7, 2018 |
| DRA Ex. 48 | Treasury Single Account Cash Flow weekly report dated September 14, 2018 |
| DRA Ex. 49 | Treasury Single Account Cash Flow weekly report dated September 21, 2018 |
| DRA Ex. 50 | Treasury Single Account Cash Flow weekly report dated September 28, 2018 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 51 | Treasury Single Account Cash Flow weekly report dated October 5, 2018 |
| DRA Ex. 52 | Treasury Single Account Cash Flow weekly report dated October 12, 2018 |
| DRA Ex. 53 | Treasury Single Account Cash Flow weekly report dated October 19, 2018 |
| DRA Ex. 54 | Treasury Single Account Cash Flow weekly report dated October 26, 2018 |
| DRA Ex. 55 | Treasury Single Account Cash Flow weekly report dated November 2, 2018 |
| DRA Ex. 56 | Treasury Single Account Cash Flow weekly report dated November 9, 2018 |
| DRA Ex. 57 | Treasury Single Account Cash Flow weekly report dated November 16, 2018 |
| DRA Ex. 58 | Treasury Single Account Cash Flow weekly report dated November 23, 2018 |
| DRA Ex. 59 | Treasury Single Account Cash Flow weekly report dated November 30, 2018 |
| DRA Ex. 60 | Treasury Single Account Cash Flow weekly report dated December 7, 2018 |
| DRA Ex. 61 | Treasury Single Account Cash Flow weekly report dated December 14, 2018 |
| DRA Ex. 62 | Treasury Single Account Cash Flow weekly report dated December 21, 2018 |
| DRA Ex. 63 | Treasury Single Account Cash Flow weekly report dated December 28, 2018 |
| DRA Ex. 64 | Treasury Single Account Cash Flow weekly report dated January 4, 2019 |
| DRA Ex. 65 | Treasury Single Account Cash Flow weekly report dated January 11, 2019 |
| DRA Ex. 66 | Treasury Single Account Cash Flow weekly report dated January 18, 2019 |
| DRA Ex. 67 | Treasury Single Account Cash Flow weekly report dated January 25, 2019 |
| DRA Ex. 68 | Treasury Single Account Cash Flow weekly report dated February 1, 2019 |
| DRA Ex. 69 | Treasury Single Account Cash Flow weekly report dated February 8, 2019 |
| DRA Ex. 70 | Treasury Single Account Cash Flow weekly report dated February 15, 2019 |
| DRA Ex. 71 | Treasury Single Account Cash Flow weekly report dated February 22, 2019 |
| DRA Ex. 72 | Treasury Single Account Cash Flow weekly report dated March 1, 2019 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 73 | Treasury Single Account Cash Flow weekly report dated March 8, 2019 |
| DRA Ex. 74 | Treasury Single Account Cash Flow weekly report dated March 15, 2019 |
| DRA Ex. 75 | Treasury Single Account Cash Flow weekly report dated March 22, 2019 |
| DRA Ex. 76 | Treasury Single Account Cash Flow weekly report dated March 29, 2019 |
| DRA Ex. 77 | Treasury Single Account Cash Flow weekly report dated April 5, 2019 |
| DRA Ex. 78 | Treasury Single Account Cash Flow weekly report dated April 12, 2019 |
| DRA Ex. 79 | Treasury Single Account Cash Flow weekly report dated April 19, 2019 |
| DRA Ex. 80 | Treasury Single Account Cash Flow weekly report dated April 26, 2019 |
| DRA Ex. 81 | Treasury Single Account Cash Flow weekly report dated May 3, 2019 |
| DRA Ex. 82 | Treasury Single Account Cash Flow weekly report dated May 10, 2019 |
| DRA Ex. 83 | Treasury Single Account Cash Flow weekly report dated May 17, 2019 |
| DRA Ex. 84 | Treasury Single Account Cash Flow weekly report dated May 24, 2019 |
| DRA Ex. 85 | Treasury Single Account Cash Flow weekly report dated May 31, 2019 |
| DRA Ex. 86 | Treasury Single Account Cash Flow weekly report dated June 7, 2019 |
| DRA Ex. 87 | Treasury Single Account Cash Flow weekly report dated June 14, 2019 |
| DRA Ex. 88 | Treasury Single Account Cash Flow weekly report dated June 21, 2019 |
| DRA Ex. 89 | Treasury Single Account Cash Flow weekly report dated June 28, 2019 |
| DRA Ex. 90 | Treasury Single Account Cash Flow weekly report dated July 5, 2019 |
| DRA Ex. 91 | Treasury Single Account Cash Flow weekly report dated July 12, 2019 |
| DRA Ex. 92 | Treasury Single Account Cash Flow weekly report dated July 19, 2019 |
| DRA Ex. 93 | Treasury Single Account Cash Flow weekly report dated July 26, 2019 |
| DRA Ex. 94 | Treasury Single Account Cash Flow weekly report dated August 2, 2019 |
| DRA Ex. 95 | Treasury Single Account Cash Flow weekly report dated August 9, 2019 |
| DRA Ex. 96 | Treasury Single Account Cash Flow weekly report dated August 16, 2019 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 97 | Treasury Single Account Cash Flow weekly report dated August 23, 2019 |
| DRA Ex. 98 | Treasury Single Account Cash Flow weekly report dated August 30, 2019 |
| DRA Ex. 99 | Treasury Single Account Cash Flow weekly report dated September 6, 2019 |
| DRA Ex. 100 | Treasury Single Account Cash Flow weekly report dated September 13, 2019 |
| DRA Ex. 101 | Treasury Single Account Cash Flow weekly report dated September 20, 2019 |
| DRA Ex. 102 | Treasury Single Account Cash Flow weekly report dated September 27, 2019 |
| DRA Ex. 103 | Treasury Single Account Cash Flow weekly report dated October 4, 2019 |
| DRA Ex. 104 | Treasury Single Account Cash Flow weekly report dated October 11, 2019 |
| DRA Ex. 105 | Treasury Single Account Cash Flow weekly report dated October 18, 2019 |
| DRA Ex. 106 | Treasury Single Account Cash Flow weekly report dated October 25, 2019 |
| DRA Ex. 107 | Treasury Single Account Cash Flow weekly report dated November 1, 2019 |
| DRA Ex. 108 | Treasury Single Account Cash Flow weekly report dated November 8, 2019 |
| DRA Ex. 109 | Treasury Single Account Cash Flow weekly report dated November 15, 2019 |
| DRA Ex. 110 | Treasury Single Account Cash Flow weekly report dated November 22, 2019 |
| DRA Ex. 111 | Treasury Single Account Cash Flow weekly report dated November 29, 2019 |
| DRA Ex. 112 | Treasury Single Account Cash Flow weekly report dated December 6, 2019 |
| DRA Ex. 113 | Treasury Single Account Cash Flow weekly report dated December 13, 2019 |
| DRA Ex. 114 | Treasury Single Account Cash Flow weekly report dated December 20, 2019 |
| DRA Ex. 115 | Treasury Single Account Cash Flow weekly report dated December 27, 2019 |
| DRA Ex. 116 | Treasury Single Account Cash Flow weekly report dated January 3, 2020 |
| DRA Ex. 117 | Treasury Single Account Cash Flow weekly report dated January 10, 2020 |
| DRA Ex. 118 | Treasury Single Account Cash Flow weekly report dated January 17, 2020 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 119 | Treasury Single Account Cash Flow weekly report dated January 24, 2020 |
| DRA Ex. 120 | Treasury Single Account Cash Flow weekly report dated January 31, 2020 |
| DRA Ex. 121 | Treasury Single Account Cash Flow weekly report dated February 7, 2020 |
| DRA Ex. 122 | Treasury Single Account Cash Flow weekly report dated February 14, 2020 |
| DRA Ex. 123 | Treasury Single Account Cash Flow weekly report dated February 21, 2020 |
| DRA Ex. 124 | Treasury Single Account Cash Flow weekly report dated February 28, 2020 |
| DRA Ex. 125 | Treasury Single Account Cash Flow weekly report dated March 6, 2020 |
| DRA Ex. 126 | Treasury Single Account Cash Flow weekly report dated March 13 2020 |
| DRA Ex. 127 | Treasury Single Account Cash Flow weekly report dated March 20, 2020 |
| DRA Ex. 128 | Treasury Single Account Cash Flow weekly report dated March 27, 2020 |
| DRA Ex. 129 | Treasury Single Account Cash Flow weekly report dated April 3, 2020 |
| DRA Ex. 130 | Treasury Single Account Cash Flow weekly report dated April 10, 2020 |
| DRA Ex. 131 | Treasury Single Account Cash Flow weekly report dated April 17, 2020 |
| DRA Ex. 132 | Treasury Single Account Cash Flow weekly report dated April 24, 2020 |
| DRA Ex. 133 | Treasury Single Account Cash Flow weekly report dated May 1, 2020 |
| DRA Ex. 134 | Treasury Single Account Cash Flow weekly report dated May 8, 2020 |
| DRA Ex. 135 | Treasury Single Account Cash Flow weekly report dated May 15, 2020 |
| DRA Ex. 136 | Treasury Single Account Cash Flow weekly report dated May 22, 2020 |
| DRA Ex. 137 | Treasury Single Account Cash Flow weekly report dated May 29, 2020 |
| DRA Ex. 138 | Treasury Single Account Cash Flow weekly report dated June 5, 2020 |
| DRA Ex. 139 | Treasury Single Account Cash Flow weekly report dated June 12, 2020 |
| DRA Ex. 140 | Treasury Single Account Cash Flow weekly report dated June 19, 2020 |
| DRA Ex. 141 | Treasury Single Account Cash Flow weekly report dated June 26, 2020 |
| DRA Ex. 142 | Treasury Single Account Cash Flow weekly report dated July 3, 2020 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 143 | Treasury Single Account Cash Flow weekly report dated July 10, 2020 |
| DRA Ex. 144 | Treasury Single Account Cash Flow weekly report dated July 17, 2020 |
| DRA Ex. 145 | Treasury Single Account Cash Flow weekly report dated July 24, 2020 |
| DRA Ex. 146 | Treasury Single Account Cash Flow weekly report dated July 31, 2020 |
| DRA Ex. 147 | Treasury Single Account Cash Flow weekly report dated August 7, 2020 |
| DRA Ex. 148 | Treasury Single Account Cash Flow weekly report dated August 14, 2020 |
| DRA Ex. 149 | Treasury Single Account Cash Flow weekly report dated August 21, 2020 |
| DRA Ex. 150 | Treasury Single Account Cash Flow weekly report dated August 28, 2020 |
| DRA Ex. 151 | Treasury Single Account Cash Flow weekly report dated September 4, 2020 |
| DRA Ex. 152 | Treasury Single Account Cash Flow weekly report dated September 11, 2020 |
| DRA Ex. 153 | Treasury Single Account Cash Flow weekly report dated September 18, 2020 |
| DRA Ex. 154 | Treasury Single Account Cash Flow weekly report dated September 25, 2020 |
| DRA Ex. 155 | Treasury Single Account Cash Flow weekly report dated October 2, 2020 |
| DRA Ex. 156 | Treasury Single Account Cash Flow weekly report dated October 9, 2020 |
| DRA Ex. 157 | Treasury Single Account Cash Flow weekly report dated October 16, 2020 |
| DRA Ex. 158 | Treasury Single Account Cash Flow weekly report dated October 23, 2020 |
| DRA Ex. 159 | Treasury Single Account Cash Flow weekly report dated October 30, 2020 |
| DRA Ex. 160 | Treasury Single Account Cash Flow weekly report dated November 6, 2020 |
| DRA Ex. 161 | Treasury Single Account Cash Flow weekly report dated November 13, 2020 |
| DRA Ex. 162 | Treasury Single Account Cash Flow weekly report dated November 20, 2020 |
| DRA Ex. 163 | Treasury Single Account Cash Flow weekly report dated November 27, 2020 |
| DRA Ex. 164 | Treasury Single Account Cash Flow weekly report dated December 4, 2020 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 165 | Treasury Single Account Cash Flow weekly report dated December 11, 2020 |
| DRA Ex. 166 | Treasury Single Account Cash Flow weekly report dated December 18, 2020 |
| DRA Ex. 167 | Treasury Single Account Cash Flow weekly report dated December 25, 2020 |
| DRA Ex. 168 | Treasury Single Account Cash Flow weekly report dated January 1, 2021 |
| DRA Ex. 169 | Treasury Single Account Cash Flow weekly report dated January 8, 2021 |
| DRA Ex. 170 | Treasury Single Account Cash Flow weekly report dated January 15, 2021 |
| DRA Ex. 171 | Treasury Single Account Cash Flow weekly report dated January 22, 2021 |
| DRA Ex. 172 | Treasury Single Account Cash Flow weekly report dated January 29, 2021 |
| DRA Ex. 173 | Treasury Single Account Cash Flow weekly report dated February 5, 2021 |
| DRA Ex. 174 | Treasury Single Account Cash Flow weekly report dated February 12, 2021 |
| DRA Ex. 175 | Treasury Single Account Cash Flow weekly report dated February 19, 2021 |
| DRA Ex. 176 | Treasury Single Account Cash Flow weekly report dated February 26, 2021 |
| DRA Ex. 177 | Treasury Single Account Cash Flow weekly report dated March 5, 2021 |
| DRA Ex. 178 | Treasury Single Account Cash Flow weekly report dated March 12, 2021 |
| DRA Ex. 179 | Treasury Single Account Cash Flow weekly report dated March 19, 2021 |
| DRA Ex. 180 | Treasury Single Account Cash Flow weekly report dated March 26, 2021 |
| DRA Ex. 181 | Treasury Single Account Cash Flow weekly report dated April 2, 2021 |
| DRA Ex. 182 | Treasury Single Account Cash Flow weekly report dated April 9, 2021 |
| DRA Ex. 183 | Treasury Single Account Cash Flow weekly report dated April 16, 2021 |
| DRA Ex. 184 | Treasury Single Account Cash Flow weekly report dated April 23, 2021 |
| DRA Ex. 185 | Treasury Single Account Cash Flow weekly report dated April 30, 2021 |
| DRA Ex. 186 | Treasury Single Account Cash Flow weekly report dated May 7, 2021 |
| DRA Ex. 187 | Treasury Single Account Cash Flow weekly report dated May 14, 2021 |

| Exhibit Identifier | Description of Exhibit[6] |
| --- | --- |
| DRA Ex. 188 | Treasury Single Account Cash Flow weekly report dated May 21, 2021 |
| DRA Ex. 189 | Treasury Single Account Cash Flow weekly report dated May 28, 2021 |
| DRA Ex. 190 | Treasury Single Account Cash Flow weekly report dated June 4, 2021 |
| DRA Ex. 191 | Treasury Single Account Cash Flow weekly report dated June 11, 2021 |
| DRA Ex. 192 | Treasury Single Account Cash Flow weekly report dated June 18, 2021 |
| DRA Ex. 193 | Treasury Single Account Cash Flow weekly report dated June 25, 2021 |
| DRA Ex. 194 | Treasury Single Account Cash Flow weekly report dated June 30, 2021 |
| DRA Ex. 195 | Treasury Single Account Cash Flow weekly report dated July 9, 2021 |
| DRA Ex. 196 | Treasury Single Account Cash Flow weekly report dated July 16, 2021 |
| DRA Ex. 197 | Treasury Single Account Cash Flow weekly report dated July 23, 2021 |
| DRA Ex. 198 | Treasury Single Account Cash Flow weekly report dated July 30, 2021 |
| DRA Ex. 199 | Treasury Single Account Cash Flow weekly report dated August 6, 2021 |
| DRA Ex. 200 | Treasury Single Account Cash Flow weekly report dated August 13, 2021 |
| DRA Ex. 201 | Treasury Single Account Cash Flow weekly report dated August 20, 2021 |
| DRA Ex. 202 | Treasury Single Account Cash Flow weekly report dated August 27, 2021 |
| DRA Ex. 203 | Treasury Single Account Cash Flow weekly report dated September 3, 2021 |
| DRA Ex. 204 | Treasury Single Account Cash Flow weekly report dated September 10, 2021 |
| DRA Ex. 205 | Treasury Single Account Cash Flow weekly report dated September 17, 2021 |
| DRA Ex. 206 | Treasury Single Account Cash Flow weekly report dated September 24, 2021 |
| DRA Ex. 207 | HTA/CCDA Plan Support Agreement |
| DRA Ex. 208 | "Jenniffer González anuncia que Medicaid ya cuenta con los $2.9 billones para el próximo año fiscal," Jenniffer González Colón press release |
| DRA Ex. 209 | "Puerto Rico to Get $2.9 Billion Next Fiscal Year for Medicaid," *The Weekly Journal*, September 17, 2021 |
| DRA Ex. 210 | "The Curious Case of Puerto Rico's Medicaid Funding," *Washington Post*, September 28, 2021 |

| Exhibit Identifier | Description of Exhibit[6] |
| --- | --- |
| DRA Ex. 211 | Administrative Bulletin OE-2016-018 dated May 17, 2016 |
| DRA Ex. 212 | Administrative Bulletin EO-2016-030 dated June 30, 2016 |
| DRA Ex. 213 | Administrative Bulletin EO-2016-031 dated June 30, 2016 |
| DRA Ex. 214 | Commonwealth of Puerto Rico 2016 Operating Report |
| DRA Ex. 215 | The Assignment and Security Agreement executed by and between HTA and GDB on August 28, 2013 |
| DRA Ex. 216 | First Amendment to Assignment and Security Agreement (March 31, 2015) between PR HTA and the GDB |
| DRA Ex. 217 | Second Amendment to Assignment and Security Agreement (April 21, 2015) between PR HTA and the GDB |
| DRA Ex. 218 | Third Amendment to Assignment and Security Agreement (June 16, 2015) between PR HTA and the GDB |
| DRA Ex. 219 | Fourth Amendment to Assignment and Security Agreement (July 30, 2015) between PR HTA and the GDB |
| DRA Ex. 220 | Fifth Amendment to Assignment and Security Agreement (November 10, 2015) between PR HTA and the GDB |
| DRA Ex. 221 | Sixth Amendment to Assignment and Security Agreement (January 19, 2016) between PR HTA and the GDB |
| DRA Ex. 222 | Financing Statement – UCC filing of Aug. 29, 2013 |
| DRA Ex. 223 | Financing Statement Amendment of March 2015 |
| DRA Ex. 224 | GDB Proof of claim (transferred to the DRA) No. 29485 [Dkt. Nos. 4970 and 5628] |
| DRA Ex. 225 | GDB Debt Recovery Authority Bonds (Taxable) $2,597,754,625 Aggregate Principal Amount of 7.500% Bonds Due 2040 |
| DRA Ex. 226 | Offering Memorandum for GDB Debt Recovery Authority Bonds, dated as of November 7, 2018 |
| DRA Ex. 227 | Master Transfer Agreement between the GDB and DRA dated November 29, 2018 |
| DRA Ex. 228 | AAFAF's Response and Objections to the DRA Parties' First Request For Production of Documents, dated August 13, 2021 |
| DRA Ex. 229 | Fiscal Plan For Puerto Rico, dated March 13, 2017 |
| DRA Ex. 230 | New Fiscal Plan For Puerto Rico, dated May 30, 2018 |
| DRA Ex. 231 | New Fiscal Plan for Puerto Rico dated April 19, 2018 |
| DRA Ex. 232 | New Fiscal Plan for Puerto Rico dated June 29, 2018 |
| DRA Ex. 233 | New Fiscal Plan for Puerto Rico dated October 23, 2018 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 234 | Fiscal Plan For Puerto Rico, dated May 9, 2019 |
| DRA Ex. 235 | Fiscal Plan For Puerto Rico, dated May 27, 2020 |
| DRA Ex. 236 | Fiscal Plan For Puerto Rico, dated April 23, 2021 |
| DRA Ex. 237 | Puerto Rico Highways and Transportation Authority Certified Revised Fiscal Plan, dated June 29, 2018 |
| DRA Ex. 238 | Puerto Rico Highways and Transportation Authority Certified Revised Fiscal Plan, dated June 5, 2019 |
| DRA Ex. 239 | Puerto Rico Highways and Transportation Authority Certified Fiscal Plan, dated June 26, 2020 |
| DRA Ex. 240 | Puerto Rico Highways and Transportation Authority Certified Fiscal Plan, dated May 27, 2021 |
| DRA Ex. 241 | Commonwealth of Puerto Rico Basic Financial Statement and Required Supplementary Information with Independent Auditors' Report Thereon, dated June 30, 2016 |
| DRA Ex. 242 | Commonwealth of Puerto Rico Basic Financial Statement and Required Supplementary Information with Independent Auditors' Report Thereon, dated June 30, 2017 |
| DRA Ex. 243 | Commonwealth of Puerto Rico Basic Financial Statement and Required Supplementary Information with Independent Auditors' Report Thereon, dated June 30, 2018 |
| DRA Ex. 244 | Commonwealth of Puerto Rico Financial Information and Operating Data Report December 18, 2016 |
| DRA Ex. 245 | Puerto Rico Highways and Transportation Authority Independent Auditors' Report and Required Supplementary Information and Supplementary Schedules and Audit of Federal Awards, Fiscal Year Ended June 30, 2016 |
| DRA Ex. 246 | Puerto Rico Highways and Transportation Authority Independent Auditors' Report and Required Supplementary Information and Supplementary Schedules and Audit of Federal Awards, Fiscal Year Ended June 30, 2017 |
| DRA Ex. 247 | Puerto Rico Highways and Transportation Authority Independent Auditors' Report and Required Supplementary Information and Supplementary Schedules and Audit of Federal Awards, Fiscal Year Ended June 30, 2018 |
| DRA Ex. 248 | Puerto Rico Highways and Transportation Authority Financial Statements with Independent Auditors' Report and Required Supplementary Information and Supplementary Information, Fiscal Year Ended June 30, 2019 |
| DRA Ex. 249 | Letter from M. Dale to T. Mott, et al., dated September 10, 2021 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 250 | 2020 COFINA Fiscal Plan dated June 19, 2020 |
| DRA Ex. 251 | Certified Budget for the Commonwealth of Puerto Rico, Fiscal Year 2022, dated June 30, 2021 |
| DRA Ex. 252 | Debtors' Preliminary List of Witnesses to Be Offered in Support of Confirmation of Plan of Adjustment |
| DRA Ex. 253 | Reporte R0334- Crudita<br>AAFAF_CONF_0006284 |
| DRA Ex. 254 | PRIFAS Control Sheet dated May 27, 2020<br>AAFAF_CONF_0006285 |
| DRA Ex. 255 | HTA Vouchers received February 15 and September 14, 2017<br>AAFAF_CONF_0006291 |
| DRA Ex. 256 | PRIFAS Control Sheet dated April 15, 2020<br>AAFAF_CONF_0006297 |
| DRA Ex. 257 | PRIFAS Control Sheet dated April 29, 2020<br>AAFAF_CONF_0006300 |
| DRA Ex. 258 | Email Chain Re: HTA – Bank Account dated March 31, 2019<br>Ambac_Cash_2004_002 0022578 |
| DRA Ex. 259 | Oriental Bank Statement for HTA dated December 31, 2019<br>Ambac_Cash_2004_002 0022582 |
| DRA Ex. 260 | Oriental Bank Statement for HTA dated June 30, 2019<br>Ambac_Cash_2004_002 0022585 |
| DRA Ex. 261 | Oriental Bank Statement for HTA dated September 30, 2019<br>Ambac_Cash_2004_002 0022589 |
| DRA Ex. 262 | Email Chain Re: HTA – Bank Account dated October 10, 2019<br>Ambac_Cash_2004_002 0019984 |
| DRA Ex. 263 | Entidades Oficiales ELA - Custodia Hacienda Part 2<br>Ambac_Cash_2004_002 0023051 |
| DRA Ex. 264 | Oriental Bank Statement for HTA dated June 30, 2020<br>Ambac_Cash_2004_002 0031934 |
| DRA Ex. 265 | Puerto Rico Department of Treasury TSA March and Third Quarter FY 2018 Cash Flow<br>CW_STAY0000203 |
| DRA Ex. 266 | Administrative Bulletin OE-2015-046<br>CW_STAY0000954 |
| DRA Ex. 267 | PRIFAS Codes Index<br>CW_STAY0010548 |
| DRA Ex. 268 | Undated Letter from OMB responding to Appendix B Request 4 from the Board attaching charts of Revenue Accounts, Expense Accounts, and Accounts Held at Nongovernmental Banks<br>CW_STAY0034228 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 269 | Fund 278 PRIFAS Export<br>CW_STAY0048545 |
| DRA Ex. 270 | Fund 278 Account Mapping<br>CW_STAY0049729 |
| DRA Ex. 271 | Funds 793 and 278 Voucher Tabulation<br>CW_STAY0049730 |
| DRA Ex. 272 | Diesel Revenues Fiscal Year 2015-2016<br>HTA_BDO-CTRL00000023 |
| DRA Ex. 273 | Gasoline Revenues Fiscal Year 2015-2016<br>HTA_BDO-CTRL00000033 |
| DRA Ex. 274 | Audit Workpaper re Treasury Letter to BDO dated Aug. 6, 2018<br>HTA-BDO-CTRL00000013 |
| DRA Ex. 275 | Audit Workpaper re Treasury Letter to BDO dated December 12, 2018<br>HTA-BDO-CTRL00000017 |
| DRA Ex. 276 | Email re: "FW: Item no. 11 - Analysis of the subsequent collections from the Department of the Treasury corresponding to FY 18 and the related PCA to record the bad debt reserva at<br>6/30/18." dated October 31, 2018<br>HTA-BDO-CTRL00000042 |
| DRA Ex. 277 | Email re: "Certificacion de Hacienda" dated July 20, 2017<br>HTA-BDO-CTRL00000044 |
| DRA Ex. 278 | 278 Fund Accreditation FY 2014-2015<br>HTA_STAY0000207 |
| DRA Ex. 279 | 278 Fund Accreditation November 2015 – December 2019<br>HTA_STAY0008372 |
| DRA Ex. 280 | 278 Fund Accreditation November 2015-November 2020<br>HTA_STAY0054675 |
| DRA Ex. 281 | Email re: "02-06-2018 Detailed Excise Taxes and License Fees Revenues 2016 - 2017 (Auditoria FY16-17)" dated February 6, 2018.<br>HTA-BDO-CTRL00000091 |
| DRA Ex. 282 | HTA Gasoline Excise Tax Revenues FY 2015-2016<br>HTA_STAY0000223 |
| DRA Ex. 283 | HTA Vouchers dated March 24-May 18, 2015<br>HTA_STAY0000454 |
| DRA Ex. 284 | Treasury Transfer Authorizations April-December 2015<br>HTA_STAY0000614 |
| DRA Ex. 285 | HTA Vouchers and Treasury Authorizations June 2015-February 2016<br>HTA_STAY0000628 |
| DRA Ex. 286 | HTA Audited Financial Statements for Year Ended June 30, 2015<br>HTA_STAY0000654 |
| DRA Ex. 287 | Treasury Authorizations January-December 2015<br>HTA_STAY0007985 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 288 | BNY Mellon Account -8281 Statement June 2015<br>HTA_STAY0008494 |
| DRA Ex. 289 | BNY Mellon Account -8282 Statement June 2015<br>HTA_STAY0008496 |
| DRA Ex. 290 | BNY Mellon Account -0267 Statement July 2015<br>HTA_STAY0008764 |
| DRA Ex. 291 | BNY Mellon Account -0461 Statement August 2015<br>HTA_STAY0008953 |
| DRA Ex. 292 | BNY Mellon Account -5474 Statement October 2015<br>HTA_STAY0009259 |
| DRA Ex. 293 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Feb. 2016<br>HTA_STAY0011917 |
| DRA Ex. 294 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jul. 2015<br>HTA_STAY0011921 |
| DRA Ex. 295 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jun. 2016<br>HTA_STAY0011931 |
| DRA Ex. 296 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Dec. 2015<br>HTA_STAY0011945 |
| DRA Ex. 297 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jan. 2015<br>HTA_STAY0011959 |
| DRA Ex. 298 | Bank Reconciliation by the HTA Accounting Office for September 2016<br>HTA_STAY0012043 |
| DRA Ex. 299 | Oriental Bank Statement for HTA dated Jan. 31, 2015<br>HTA_STAY0012679 |
| DRA Ex. 300 | Oriental Bank Statement for HTA dated Feb. 28, 2015<br>HTA_STAY0012691 |
| DRA Ex. 301 | Oriental Bank Statement for HTA dated Mar. 31, 2015<br>HTA_STAY0012701 |
| DRA Ex. 302 | Oriental Bank Statement for HTA dated Apr. 30, 2015<br>HTA_STAY0012716 |
| DRA Ex. 303 | Oriental Bank Statement for HTA dated May. 31, 2015<br>HTA_STAY0012729 |
| DRA Ex. 304 | Oriental Bank Statement for HTA dated Jun. 30, 2015<br>HTA_STAY0012742 |
| DRA Ex. 305 | Oriental Bank Statement for HTA dated Jul. 31, 2015<br>HTA_STAY0012756 |
| DRA Ex. 306 | Oriental Bank Statement for HTA dated Aug. 31, 2015<br>HTA_STAY0012776 |
| DRA Ex. 307 | Oriental Bank Statement for HTA dated Sept. 30, 2015<br>HTA_STAY0012793 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 308 | Oriental Bank Statement for HTA dated Oct. 31, 2015<br>HTA_STAY0012803 |
| DRA Ex. 309 | Oriental Bank Statement for HTA dated Nov. 30, 2015<br>HTA_STAY0012806 |
| DRA Ex. 310 | Economic Factors and Fiscal Year 2017 Budget, dated Dec. 22, 2017<br>HTA_STAY0028739 |
| DRA Ex. 311 | BNY Mellon Account -8281 Statement Feb. 2015<br>HTA_STAY0031520 |
| DRA Ex. 312 | BNY Mellon Account -8281 Statement Mar. 2014-Feb. 2015<br>HTA_STAY0031601 |
| DRA Ex. 313 | BNY Mellon Account -8282 Statement Mar. 2014-Feb. 2015<br>HTA_STAY0031681 |
| DRA Ex. 314 | BNY Mellon Account -8281 Account Overview and Statement Feb. 2015<br>HTA_STAY0031686 |
| DRA Ex. 315 | BNY Mellon Account -8282 Statement Mar. 2015<br>HTA_STAY0031764 |
| DRA Ex. 316 | BNY Mellon Account -8281 Statement Mar. 2015<br>HTA_STAY0031768 |
| DRA Ex. 317 | BNY Mellon Account -8282 Statement Apr. 2015<br>HTA_STAY0031848 |
| DRA Ex. 318 | BNY Mellon Account -8281 Statement Apr. 2015<br>HTA_STAY0031850 |
| DRA Ex. 319 | BNY Mellon Account -8282 Statement May 2015<br>HTA_STAY0031933 |
| DRA Ex. 320 | BNY Mellon Account -8281 Statement May 2015<br>HTA_STAY0031935 |
| DRA Ex. 321 | BNY Mellon Account -8282 Statement Sept. 2015<br>HTA_STAY0032338 |
| DRA Ex. 322 | BNY Mellon Account -8281 Statement Sept. 2015<br>HTA_STAY0032340 |
| DRA Ex. 323 | BNY Mellon Account -8282 Statement Nov. 2015<br>HTA_STAY0032485 |
| DRA Ex. 324 | BNY Mellon Account -8281 Statement Nov. 2015<br>HTA_STAY0032487 |
| DRA Ex. 325 | Oriental Bank Statement for HTA dated Jan. 31, 2019<br>HTA_STAY0046981 |
| DRA Ex. 326 | Oriental Bank Statement for HTA dated Jan. 31, 2020<br>HTA_STAY0046984 |
| DRA Ex. 327 | Oriental Bank Statement for HTA dated Feb. 28, 2019<br>HTA_STAY0046996 |
| DRA Ex. 328 | Oriental Bank Statement for HTA dated Apr. 30, 2019<br>HTA_STAY0047026 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 329 | Oriental Bank Statement for HTA dated May 31, 2019 HTA_STAY0047039 |
| DRA Ex. 330 | Oriental Bank Statement for HTA dated Jul. 31, 2019 HTA_STAY0047066 |
| DRA Ex. 331 | Oriental Bank Statement for HTA dated Aug. 31, 2019 HTA_STAY0047076 |
| DRA Ex. 332 | Oriental Bank Statement for HTA dated Oct. 31, 2019 HTA_STAY0047102 |
| DRA Ex. 333 | Oriental Bank Statement for HTA dated Nov. 30, 2019 HTA_STAY0047115 |
| DRA Ex. 334 | Oriental Bank Statement for HTA dated Apr. 30, 2030 HTA_STAY0049927 |
| DRA Ex. 335 | Oriental Bank Statement for HTA dated Feb. 29, 2020 HTA_STAY0049936 |
| DRA Ex. 336 | Oriental Bank Statement for HTA dated Jul. 31, 2020 HTA_STAY0049948 |
| DRA Ex. 337 | Oriental Bank Statement for HTA dated Mar. 31, 2020 HTA_STAY0049956 |
| DRA Ex. 338 | Oriental Bank Statement for HTA dated May. 31, 2020 HTA_STAY0049959 |
| DRA Ex. 339 | Oriental Bank Statement for HTA dated Oct. 31, 2020 HTA_STAY0049966 |
| DRA Ex. 340 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Jul. 2014 HTA_STAY0050791 |
| DRA Ex. 341 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Aug. 2014 HTA_STAY0050793 |
| DRA Ex. 342 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Sept. 2014 HTA_STAY0050795 |
| DRA Ex. 343 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Oct. 2014 HTA_STAY0050797 |
| DRA Ex. 344 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Nov. 2014 HTA_STAY0050799 |
| DRA Ex. 345 | "Fondos Act Referentes Leyes 30-31" Account -4276 Statement Dec. 2014 HTA_STAY0050801 |
| DRA Ex. 346 | Commonwealth Central Accounting Package re HTA for FY2015 HTA_STAY0050803 |
| DRA Ex. 347 | PRIFAS Control Sheet dated Jun. 22, 2015 HTA_STAY0050882 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 348 | HTA Official Receipt 167277 dated Jul. 21, 2017 HTA_STAY0051048 |
| DRA Ex. 349 | HTA Official Receipt 171850 dated Jun. 26, 2018 HTA_STAY0051703 |
| DRA Ex. 350 | HTA Official Receipt 19032A dated Jun. 24, 2019 HTA_STAY0052026 |
| DRA Ex. 351 | HTA Vouchers September 2014 – January 2015 HTA_STAY0052948 |
| DRA Ex. 352 | HTA Vouchers July 2018 – October 2020 HTA_STAY0052226 |
| DRA Ex. 353 | HTA Vouchers July 2018 – October 2020 HTA_STAY0052313 |
| DRA Ex. 354 | Treasury Electronic Transfer Voucher 00206448 HTA_STAY0052392 |
| DRA Ex. 355 | Bank Reconciliation by the HTA Accounting Office for October 2016 HTA_STAY0054204 |
| DRA Ex. 356 | Bank Reconciliation by the HTA Accounting Office for November 2016 HTA_STAY0054166 |
| DRA Ex. 357 | Bank Reconciliation by the HTA Accounting Office for December 2016 HTA_STAY0054088 |
| DRA Ex. 358 | Bank Reconciliation by the HTA Accounting Office for January 2017 HTA_STAY0052557 |
| DRA Ex. 359 | Bank Reconciliation by the HTA Accounting Office for February 2017 HTA_STAY0052568 |
| DRA Ex. 360 | Bank Reconciliation by the HTA Accounting Office for March 2017 HTA_STAY0052618 |
| DRA Ex. 361 | Bank Reconciliation by the HTA Accounting Office for April 2017 HTA_STAY0052524 |
| DRA Ex. 362 | Bank Reconciliation by the HTA Accounting Office for May 2017 HTA_STAY0052743 |
| DRA Ex. 363 | Bank Reconciliation by the HTA Accounting Office for June 2017 HTA_STAY0052610 |
| DRA Ex. 364 | Bank Reconciliation by the HTA Accounting Office for July 2017 HTA_STAY0054521 |
| DRA Ex. 365 | Bank Reconciliation by the HTA Accounting Office for August 2017 HTA_STAY0054487 |
| DRA Ex. 366 | Bank Reconciliation by the HTA Accounting Office for September 2017 HTA_STAY0054557 |
| DRA Ex. 367 | Bank Reconciliation by the HTA Accounting Office for October 2017 HTA_STAY0054550 |
| DRA Ex. 368 | Bank Reconciliation by the HTA Accounting Office for December 2017 HTA_STAY0054497 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 369 | Bank Reconciliation by the HTA Accounting Office for January 2018 HTA_STAY0054514 |
| DRA Ex. 370 | Bank Reconciliation by the HTA Accounting Office for February 2018 HTA_STAY0054504 |
| DRA Ex. 371 | Bank Reconciliation by the HTA Accounting Office for March 2018 HTA_STAY0054132 |
| DRA Ex. 372 | Bank Reconciliation by the HTA Accounting Office for April 2018 HTA_STAY0054056 |
| DRA Ex. 373 | Bank Reconciliation by the HTA Accounting Office for May 2018 HTA_STAY0054149 |
| DRA Ex. 374 | Bank Reconciliation by the HTA Accounting Office for June 2018 HTA_STAY0054530 |
| DRA Ex. 375 | Bank Reconciliation by the HTA Accounting Office for July 2018 HTA_STAY0054120 |
| DRA Ex. 376 | Bank Reconciliation by the HTA Accounting Office for August 2018 HTA_STAY0054074 |
| DRA Ex. 377 | Bank Reconciliation by the HTA Accounting Office for September 2018 HTA_STAY0054230 |
| DRA Ex. 378 | Bank Reconciliation by the HTA Accounting Office for October 2018 HTA_STAY0054213 |
| DRA Ex. 379 | Bank Reconciliation by the HTA Accounting Office for November 2018 HTA_STAY0054188 |
| DRA Ex. 380 | Bank Reconciliation by the HTA Accounting Office for December 2018 HTA_STAY0054101 |
| DRA Ex. 381 | Oriental Bank Statement for HTA dated November 30, 2017 HTA_STAY0052786 |
| DRA Ex. 382 | Treasury Authorization dated August 7, 2015 HTA_STAY0055723 |
| DRA Ex. 383 | Treasury Authorizations dated September 30, 2014 HTA_STAY0056001 |
| DRA Ex. 384 | Treasury Authorization dated February 25, 2015 HTA_STAY0056790 |
| DRA Ex. 385 | Treasury Authorization dated December 18, 2014 HTA_STAY0056791 |
| DRA Ex. 386 | Treasury Authorization dated November 25, 2014 HTA_STAY0056792 |
| DRA Ex. 387 | Treasury Authorization dated October 22, 2014 HTA_STAY0056793 |
| DRA Ex. 388 | Treasury Authorization dated September 22, 2014 HTA_STAY0056794 |
| DRA Ex. 389 | Treasury Authorization dated August 21, 2014 HTA_STAY0056795 |

| Exhibit Identifier | Description of Exhibit[6] |
| --- | --- |
| DRA Ex. 390 | Treasury Authorization dated July 22, 2014<br>HTA_STAY0056796 |
| DRA Ex. 391 | Treasury Authorization dated March 17, 2015<br>HTA_STAY0056808 |
| DRA Ex. 392 | Treasury Authorization dated February 26, 2015<br>HTA_STAY0056809 |
| DRA Ex. 393 | Treasury Authorization dated December 18, 2014<br>HTA_STAY0056810 |
| DRA Ex. 394 | Treasury Authorization dated November 26, 2014<br>HTA_STAY0056811 |
| DRA Ex. 395 | Treasury Authorization dated November 25, 2014<br>HTA_STAY0056812 |
| DRA Ex. 396 | Treasury Authorization dated September 19, 2014<br>HTA_STAY0056813 |
| DRA Ex. 397 | Treasury Authorization dated August 22, 2014<br>HTA_STAY0056815 |
| DRA Ex. 398 | Treasury Authorization dated July 29, 2014<br>HTA_STAY0056816 |
| DRA Ex. 399 | Treasury Authorization dated February 23, 2015<br>HTA_STAY0056827 |
| DRA Ex. 400 | Treasury Authorization dated January 30, 2015<br>HTA_STAY0056828 |
| DRA Ex. 401 | Treasury Authorization dated January 20, 2015<br>HTA_STAY0056829 |
| DRA Ex. 402 | Treasury Authorization dated December 19, 2014<br>HTA_STAY0056830 |
| DRA Ex. 403 | Treasury Authorization dated November 25, 2014<br>HTA_STAY0056831 |
| DRA Ex. 404 | Treasury Authorization dated October 31, 2014<br>HTA_STAY0056832 |
| DRA Ex. 405 | Treasury Authorization dated October 30, 2014<br>HTA_STAY0056833 |
| DRA Ex. 406 | Treasury Authorization dated October 22, 2014<br>HTA_STAY0056834 |
| DRA Ex. 407 | Treasury Authorization dated September 26, 2014<br>HTA_STAY0056837 |
| DRA Ex. 408 | Treasury Authorization dated August 26, 2014<br>HTA_STAY0056838 |
| DRA Ex. 409 | Treasury Authorization dated July 29, 2014<br>HTA_STAY0056839 |
| DRA Ex. 410 | Treasury Authorization dated July 18, 2014<br>HTA_STAY0056840 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 411 | Oriental Bank Account -9874 Statement dated July 31, 2016<br>Oriental 000001-001768 |
| DRA Ex. 412 | Fiscal Plan – Financial Model 2021 Certified Fiscal Plan<br>FOMB_CONF_88824 |
| DRA Ex. 413 | Best interests test (BIT) model for the CW, ERS, and PBA published on June 10, 2021<br>FOMB_CONF_88825 |
| DRA Ex. 414 | Chart of Plan of Adjustment and Plan Support Agreement Go SUT CVI Waterfall<br>MURRAY_CONF_00089 |
| DRA Ex. 415 | Proof of Claim No. 174309 filed on July 28, 2020 |
| DRA Ex. 416 | Proof of Claim No. 151149 filed on June 29, 2018 |
| DRA Ex. 417 | Administrative Bulletin OE-2015-049 |
| DRA Ex. 418 | Department of Treasury Circular Letter No. 1300-15-16 dated December 17, 2015 |
| DRA Ex. 419 | 1996 CCDA Loans |
| DRA Ex. 420 | AAFAF'S Responses And Objections To The Dra Parties' First Request For Production Of Documents |
| DRA Ex. 421 | Letter from AAFAF to DRA Parties re: DRA Parties' Discovery to AAFAF in Connection with Plan Confirmation dated September 8, 2021 |
| DRA Ex. 422 | HTA Audited Financial Statements Years Ending June 30, 2014 and 2013 |
| DRA Ex. 423 | HTA Audited Financial Statements Year Ending June 30, 2016<br>HTA_STAY0000769 |
| DRA Ex. 424 | HTA Audited Financial Statements Year Ending June 30, 2017<br>HTA_STAY0000834 |
| DRA Ex. 425 | HTA Audited Financial Statements Year Ending June 30, 2018<br>HTA_STAY0000941 |
| DRA Ex. 426 | HTA Audited Financial Statements Year Ending June 30, 2019 |
| DRA Ex. 427 | Responses And Objections Of The Financial Oversight And Management Board For Puerto Rico To The DRA Parties' First Set Of Interrogatories To The Financial Oversight And Management Board For Puerto Rico |
| DRA Ex. 428 | Exhibit A to the Financial Oversight And Management Board For Puerto Rico To The Dra Parties' First Set Of Interrogatories To The Financial Oversight And Management Board For Puerto Rico |
| DRA Ex. 429 | Commonwealth Fiscal Plan for 2018 |
| DRA Ex. 430 | Fiscal Plan for HTA FY 2022-FY 2051 dated as of May 26, 2021 |

| Exhibit Identifier | Description of Exhibit[6] |
|---|---|
| DRA Ex. 431 | Puerto Rico House Bill 1003 (as translated into English) approved by the Puerto Rico House on September 30, 2021 |
| DRA Ex. 432 | Puerto Rico HB 1003, as amended on October 20, 2021 |
| DRA Ex. 433 | Letter of September 15, 2021 from the FOMB to the Government of Puerto Rico |
| DRA Ex. 434 | Letter of September 24, 2021 from the FOMB to the Government of Puerto Rico |
| DRA Ex. 435 | Letter from the Financial Oversight and Management Board for Puerto Rico to Governor Pedro Pierluisi, Senate President Jose L. Dalmau, and House Speaker Rafael Hernandez, dated October 14, 2021 |
| DRA Ex. 436 | FOMB Statement of October 21, 2021 |
| DRA Ex. 437 | Natalie Jaresko's Profile from the FOMB's website |
| DRA Ex. 438 | Linkedin Profile of Adam Chepenik |
| DRA Ex. 439 | Curriculum Vitae of Fernando Batlle |

In addition to the objections and reservations elsewhere herein, the DRA Parties reserve the right to supplement the exhibit list after consideration of the witness and exhibit lists filed by the other parties in this proceeding. Moreover, the DRA Parties reserve the right to use some, and not necessarily all, of the documents included in this exhibit list.

**Deposition Designations**

The DRA Parties hereby designate the following deposition testimony of Natalie Jaresko, Fernando Batlle, and Adam Chepenik, subject to the objections and reservations herein:

**A. Natalie Jaresko**

| Pages | Lines |
|---|---|
| 24 | 20-25 |
| 25 | 1-7 |
| 28 | 18-25 |
| 29 | 1-25 |
| 30 | 1-25 |
| 31 | 1 |
| 33 | 15-23 |

| Pages | Lines |
|---|---|
| 44 | 19-25 |
| 45 | 1-7 |
| 51 | 17-25 |
| 52 | 1-16 |
| 56 | 12-25 |
| 57 | 1-7 |
| 60 | 5-14 |
| 61 | 4-14 |
| 61 | 15-25 |
| 62 | 1-17 |
| 63 | 13-25 |
| 64 | 1-25 |
| 65 | 1-12 |
| 66 | 16-25 |
| 67 | 1-25 |
| 69 | 4-11 |
| 85 | 21-25 |
| 86 | 1-6 |
| 87 | 5-14 |
| 94 | 3-11 |
| 99 | 2-8 |
| 99 | 13-17 |
| 102 | 12-25 |
| 103 | 1-16 |
| 112 | 24-25 |
| 113 | 1-11 |
| 118 | 2-21 |
| 121 | 11-20 |
| 125 | 8-25 |
| 126 | 1-3 |
| 129 | 7-21 |
| 130 | 1-25 |
| 131 | 1-19 |
| 132 | 24-25 |
| 133 | 1-25 |
| 134 | 1-5 |
| 141 | 7-21 |
| 145 | 5-15 |
| 150 | 2-25 |

| Pages | Lines |
|---|---|
| 151 | 1 |
| 151<br>152 | 10-25<br>1-7 |
| 154<br>155 | 14-25<br>1-19 |

**B.     Fernando Batlle**

| Pages | Lines |
|---|---|
| 38<br>39<br>45<br>46 | 18-25<br>1-7<br>14-25<br>1-5 |
| 47<br>48<br>49<br>50<br>92<br>93 | 19-21<br>22-25<br>1-25<br>1-5<br>21-24<br>1-4 |
| 50<br>51 | 22-25<br>1-18 |
| 53<br>54<br>55<br>55<br>55 | 3-8<br>11-25<br>1-9<br>10-13<br>18-24 |
| 59 | 2-11 |
| 60<br>61<br>65<br>66<br>67<br>114<br>114 | 25<br>1-5<br>12-21<br>23-25<br>3-7<br>2-8<br>11-20 |
| 61<br>62 | 24-25<br>1-24 |
| 64<br>92 | 20-25<br>1-5 |
| 65 | 1-11 |

| Pages | Lines |
|-------|-------|
| 92 | 6-20 |
| 100 | 6-23 |
| 101 | 9-22 |
| 106 | 19-25 |
| 107 | 1-25 |
| 108 | 1-15 |
| 116 | 13-24 |
| 120 | 12-25 |
| 121 | 1-13 |
| 121 | 23-25 |
| 122 | 1-25 |
| 123 | 1-25 |
| 124 | 1-25 |
| 133 | 11-25 |
| 134 | 1-7 |
| 139 | 11-25 |
| 140 | 1-10 |
| 140 | 22-25 |
| 141 | 1-25 |
| 142 | 1 |
| 144 | 2-25 |
| 145 | 1 |
| 143 | 10-25 |
| 144 | 1 |
| 191 | 6-25 |
| 192 | 1-24 |
| 194 | 19-24 |

**C. Adam Chepenik**

| Pages | Lines |
|-------|-------|
| 7-10 | 1-25 |
| 11 | 1-6 |
| 33 | 17-25 |
| 34 | 1-21 |
| 42 | 20-25 |
| 43 | 1-21 |
| 44 | 22-25 |
| 45 | 3-23 |

| Pages | Lines |
|-------|-------|
| 49 | 2-12 |
| 59 | 1-15 |
| 59 | 18-20 |
| 59 | 22-25 |
| 60 | 1-10 |
| 127 | 15-25 |
| 128 | 1-4 |
| 61 | 20-24 |
| 62 | 2-5 |
| 62 | 7-25 |
| 63 | 1-3 |
| 63 | 4-6 |
| 69 | 20-25 |
| 70 | 1-20 |
| 73 | 8-16 |
| 92 | 20-25 |
| 93 | 1-17 |
| 97 | 3-5 |
| 109 | 15-18 |
| 109 | 23-25 |
| 110 | 1-5 |
| 97 | 12-14 |
| 97 | 18-23 |
| 98 | 3-19 |
| 119 | 17-25 |
| 120 | 1-25 |
| 121 | 1-11 |
| 179 | 18-25 |
| 121 | 12-25 |
| 122 | 1-25 |
| 123 | 1-25 |
| 124 | 1-25 |
| 125 | 1-25 |
| 126 | 1-4 |
| 129 | 17-25 |
| 130 | 1-25 |
| 131 | 1-25 |
| 132 | 1-9 |
| 143 | 20-25 |

| Pages | Lines |
|-------|-------|
| 144 | 1-25 |
| 145 | 1-25 |
| 146 | 1-25 |
| 147 | 1-25 |
| 148 | 1-23 |
| 148 | 25 |
| 149 | 1-25 |
| 150 | 1-8 |
| 155 | 23-25 |
| 156 | 1-25 |
| 157 | 1-5 |
| 164 | 1-25 |
| 165 | 1-14 |
| 167 | 5-25 |
| 168 | 1-16 |
| 175 | 23-25 |
| 176 | 1-25 |
| 177 | 1-25 |
| 178 | 1-15 |
| 181 | 3-18 |
| 189 | 11-15 |
| 195 | 18-23 |
| 227 | 18-25 |
| 228 | 1-10 |

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of October, 2021

*[Remainder of Page Intentionally Left Blank]*

**MCCONNELL VALDÉS LLC**

270 Muñoz Rivera Avenue, Suite 7
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel:    787-250-5632
Fax:    787-759-9225

By:    */s/ Arturo J. García-Solá*
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com

*/s/ Alejandro J. Cepeda-Díaz*
Alejandro J. Cepeda-Díaz
(USDC No. 222110)
E-mail: ajc@mcvpr.com

*/s/ Nayuan Zouairabani*
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com

***Attorneys for AmeriNational Community
Services, LLC, as Servicer for the GDB Debt
Recovery Authority***

**C. CONDE & ASSOC. LAW OFFICES**

By:    */s/ Carmen D. Conde Torres*
Carmen D. Conde Torres
(USDC No. 207312)

*/s/  Luisa S. Valle Castro*
Luisa S. Valle Castro
(USDC No. 215611)

254 San José Street
Suite 5
San Juan, PR 00901-1523
Tel:    787-729-2900
Fax:    787-729-2203
E-mail: condecarmen@condelaw.com

**-**and-

**SCHULTE ROTH & ZABEL LLP**

By:    */s/ Douglas S. Mintz*
Douglas S. Mintz (admitted *pro hac vice*)
Noah N. Gillespie (admitted *pro hac vice*)
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel:    202-729-7470
Fax:    202-730-4520
E-mail: douglas.mintz@srz.com
          noah.gillespie@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel:    212-756-2000
Fax:    212-593-5955

E-mail:       douglas.koff@srz.com
              taleah.jennings@srz.com
              abbey.walsh@srz.com
              peter.amend@srz.com

***Attorneys for Cantor-Katz Collateral Monitor
LLC, as Collateral Monitor for the GDB Debt
Recovery Authority***