# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

### MOTION ADDING JUDGMENT OF THE COURT OF APPEALS OF THE COMMONWEALTH OF PUERTO RICO AND CERTIFIED TRANSLATION THEREOF TO AMENDED PRIME CLERK CLAIM NUMBER 6272

**TO THE HONORABLE COURT:**

Comes Now, Sucesión Pastor Mandry Mercado, excepting Javier Mandry Mercado, through its undersigned counsel and respectfully states and requests:

1. On August 31, 2021, Sucesión Pastor Mandry Mercado filed Amended Prime Clerk Claim Number 6272 (the "Amended Claim"), attaching thereto the judgment in Spanish entered by the Court of First Instance of Puerto Rico, Superior Section of Ponce in Civil Number JAC-2008-0853 (the "Court of First Instance").

2. On September 7, 2021, Sucesión Pastor Mandry Mercado forwarded the certified translation to the English language of said judgment for it to be appended to its Spanish version attached to the Amended Claim.

3. Sucesión Pastor Mandry Mercado is forwarding herewith the judgment in Spanish, with a

certified translation to the English language, entered by the Court of Appeals of the Commonwealth of Puerto Rico (the "Court of Appeals") in Case Number KLAN201901253 on September 14, 2021, affirming the judgment of the Court of First Instance.

**WHEREFORE**, it is respectfully requested that the attached judgment of the Court of Appeals and its certified translation to the English be directed to be made part of Amended Prime Clerk Claim Number 6272, as set forth in the attached proposed order.

San Juan, Puerto Rico, this 1st day of November 2021

> **s/CHARLES A. CUPRILL-HERNÁNDEZ**
> **USDC-PR 114312**
> Charles A. Cuprill, P.S.C. Law Offices Counsel for
> Sucesión Pastor Mandry Mercado
> 356 Fortaleza Street, Second Floor
> San Juan, PR 00901
> Tel.787-977-0515
> Fax: 787-977-0518
> E-mail: ccuprill@cuprill.com