# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA Title III |
| The Financial Oversight and Management Board for Puerto Rico, | No. 17 BK 3283 (LTS) |
| As representative of | (Jointly Administered) |
| The Commonwealth of Puerto Rico, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority | |
| Debtors | |

## ORDER

The Court has considered Sucesión Pastor Mandry Mercado's *Motion Adding Judgment of the Court of Appeals of the Commonwealth of Puerto Rico* (the "Court of Appeals") *and Certified Translation Thereof to Amended Prime Clerk Claim Number 6272* (the "Amended Claim") affirming the judgment of the Court of First Instance of Puerto Rico, Ponce Section in Case Number JAC-2008-0853, and good cause appearing therefor, it is hereby directed that the judgment of the Court of Appeals and its certified translation to the English language entered in Case Number KLAN201901253 be attached to the Amended Claim.

Dated: _____, 2021

_____
Honorable Laura Taylor Swain
United States District Judge