# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO CEASE SERVICE OF NOTICES, ORDERS, PLEADINGS, AND DOCUMENTS

**PLEASE TAKE NOTICE** that Danielle E. Tepper hereby respectfully withdraws her appearance as counsel for Sidley Austin LLP in these Title III cases.

**PLEASE TAKE FURTHER NOTICE** that the withdrawal is limited to Ms. Tepper and does not impact the representation of Sidley Austin LLP by other attorneys from Friedman Kaplan Seiler & Adelman LLP and SARLAW LLC in these proceedings. As such, the withdrawal of Ms. Tepper will not cause any disruption in these cases.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3623142.1

Accordingly, pursuant to Rule 9010-1(d)(3) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Puerto Rico, Ms. Tepper respectfully requests that the Court order the withdrawal of Ms. Tepper and remove her from applicable service lists, including the Court's CM/ECF electronic notification list and the official service list.

Dated: New York, New York
November 1, 2021

| **SARLAW LLC** | **FRIEDMAN KAPLAN SEILER & ADELMAN LLP** |
|---|---|
| *s/ Sergio A. Ramírez de Arellano*<br>Sergio A. Ramírez de Arellano<br>USDC-PR #126804<br>Banco Popular Center, Suite 1022<br>209 Muñoz Rivera Ave.<br>San Juan, PR 00918-1009<br>Telephone: (787) 765-2988<br>E-mail: sramirez@sarlaw.com<br><br>*Counsel for Sidley Austin LLP* | *s/ Anne E. Beaumont*<br>Eric Seiler (admitted *Pro Hac Vice*)<br>Anne E. Beaumont (admitted *Pro Hac Vice*)<br>Danielle E. Tepper (admitted *Pro Hac Vice*)<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 833-1100<br>E-mail: eseiler@fklaw.com<br>E-mail: abeaumont@fklaw.com<br>E-mail: dtepper@fklaw.com<br><br>*Counsel for Sidley Austin LLP* |

**CERTIFICATE OF SERVICE**

I hereby certify that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all parties of record in the captioned case.

At New York, New York, 1st day of November, 2021.

          By: *s/ Anne E. Beaumont*
                Anne E. Beaumont
                FRIEDMAN KAPLAN SEILER &
                  ADELMAN LLP
                7 Times Square
                New York, NY 10036
                Telephone: (212) 833-1100
                E-mail: abeaumont@fklaw.com