UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER REGARDING PROCEDURES FOR MEMBERS OF THE PUBLIC TO REQUEST
TO SPEAK AT THE HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT

    The Court will receive evidence and hear argument in connection with the request of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") for approval of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 17627, as may be supplemented or amended, the "Plan of Adjustment") at a hearing beginning on **November 8, 2021** (the "Confirmation Hearing"). During the Confirmation Hearing, the Court has set aside **November 9, 2021, as the** date on

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

which members of the public will be afforded the opportunity to address the Court briefly on their views concerning the proposed Plan of Adjustment. Members of the public interested in addressing the Court on **November 9, 2021**, may request permission to appear and speak by completing a registration form at the following website: https://www.prd.uscourts.gov/promesa/public-participation-form-seventh-amended-title-iii-joint-plan-adjustment-hearing. All requests to participate in the Confirmation Hearing as a member of the public must be submitted through the website link by **November 5, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.

Although the Court has designated the entire day of **November 9, 2021**, for public participation, time constraints may require that the Court randomly select persons to participate if more than 25 persons register. Members of the public who are selected (the "Selected Participants"), will be notified by **November 5, 2021**, of their selection at the email addresses they have provided in the online registration form. Selected Participants will be required to appear in person at the Clemente Ruiz Nazario United States Courthouse in San Juan, Puerto Rico at the appointed times and will be afforded up to ten minutes each (including any time required for interpretation of remarks made in Spanish) to address the Court. A certified Spanish interpreter will be provided. Remote participation (by phone or Zoom) is not permitted.

Selected Participants must comply with the relevant COVID-19 protocols[2] upon arrival at the Clemente Ruiz Nazario United States Courthouse.

A Spanish translation of this Order is attached hereto as Exhibit A.

SO ORDERED.

Dated: November 1, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

---

[2] The most recent COVID-19 protocols for the District Court for the District of Puerto Rico can be found here: https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information.