# Exhibit A

Spanish Translation

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

-------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA |
| | Título III |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | |
| en representación de | No. 17 BK 3283-LTS |
| EL ESTADO LIBRE ASOCIADO DE PUERTO RICO et al., | (Administrado conjuntamente) |
| Deudores.[1] | |

-------------------------------------------------------------x

ORDEN SOBRE PROCEDIMIENTOS PARA QUE LOS MIEMBROS DEL PÚBLICO SOLICITEN HABLAR EN LA VISTA DE CONFIRMACIÓN DEL PLAN DE AJUSTE

El Tribunal recibirá evidencia y escuchará argumentos en relación con la solicitud de la Junta de Supervisión y Administración Financiera de Puerto Rico (la "Junta de Supervisión") para la aprobación del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, et al*. (Entrada de Expediente No. 17627, según se pueda suplementar o enmendar, el "Plan de Ajuste") en una vista que comienza el **8 de noviembre de 2021** (la "Vista de Confirmación"). Durante la Vista de Confirmación, el Tribunal ha pautado el **9 de noviembre de 2021**, como la fecha en

---

[1] Los Deudores en estos Casos de Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (Caso de Quiebra No. 17-BK-3283-LTS) (Últimos cuatro dígitos de la identificación fiscal federal: 3481); (ii) Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra No. 17-BK-3284-LTS) (Últimos cuatro dígitos de la identificación fiscal federal: 8474); (iii) Autoridad de Carreteras y Transportación de Puerto Rico ("ACT") (Caso de Quiebra No. 17-BK-3567-LTS) (Últimos Cuatro Dígitos de la Identificación Fiscal Federal: 3808); (iv) Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Bancarrota No. 17-BK-3566-LTS) (Últimos Cuatro Dígitos de identificación fiscal federal: 9686); (v) Autoridad de Energía Eléctrica de Puerto Rico ("AEE") (Caso de Quiebra No. 17-BK-4780-LTS) (Últimos Cuatro Dígitos de la Identificación Fiscal Federal: 3747); y (vi) Autoridad de Edificios Públicos de Puerto Rico ("AEP") (Caso de Bancarrota No. 19-BK-5523-LTS) (Últimos Cuatro Dígitos de la Identificación fiscal federal: 3801) (Los números de caso del Título III se enumeran como números de Caso de Quiebra debido a limitaciones de software).

que los miembros del público tendrán la oportunidad de dirigirse brevemente al Tribunal en cuanto a sus puntos de vista sobre el propuesto Plan de Ajuste. Los miembros del público interesados en dirigirse al Tribunal el **9 de noviembre de 2021**, pueden solicitar permiso para comparecer y hablar al llenar un formulario de inscripción en el siguiente sitio web: https://www.prd.uscourts.gov/promesa/public-participation-form-seventh-amended-title-iii-joint-plan-adjustment-hearing. Todas las solicitudes para participar en la Vista de Confirmación como miembro del público se deben enviar mediante el enlace del sitio web antes del **5 de noviembre de 2021**, a las **5:00 p.m.** (**Hora Estándar del Atlántico**).

Aunque el Tribunal ha designado todo el día del **9 de noviembre de 2021** para la participación pública, las limitaciones de tiempo pueden requerir que el Tribunal seleccione aleatoriamente a las personas que participarán si se inscriben más de 25 personas. Los miembros del público que se seleccionen (los "Participantes Seleccionados"), serán notificados antes del **5 de noviembre de 2021** de su selección en la dirección de correo electrónico que hayan proporcionado en el formulario de inscripción en línea. Los Participantes seleccionados deberán comparecer en persona en el Tribunal de Distrito de los Estados Unidos Clemente Ruiz Nazario en San Juan, Puerto Rico a las horas señaladas y se les otorgará hasta diez minutos a cada uno (incluido el tiempo requerido para la interpretación de los comentarios hechos en español) para dirigirse al Tribunal. Se proporcionará un intérprete certificado de español. No se permite la participación remota (por teléfono o Zoom).

Los Participantes seleccionados deben cumplir con los protocolos pertinentes del COVID-19[2] al llegar al Tribunal de Distrito de los Estados Unidos Clemente Ruiz Nazario.

Ordénese.

Fecha: 1 de Noviembre de 2021

       /f/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Juez de Distrito de los Estados Unidos

---

[2] Los protocolos COVID-19 más recientes para el Tribunal de Distrito para el Distrito de Puerto Rico se pueden encontrar aquí: https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information.