# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>    Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

COMES NOW creditor Rafael Bonilla Rivera, through the undersigned legal counsel, and respectfully sets forth and prays:

1. Movant and the Commonwealth have met and conferred and Movant's administrative case is now set to continue until completion.

2. Hence, continuing with his request for an order to compel is no longer necessary.

**WHEREFORE,** Movant respectfully notifies the Honorable Court that he withdraws his motion to compel at Docket No. 18404.

**CERTIFICATE OF SERVICE**

I hereby certify that, on 1 November 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

The foregoing is also being e-mailed separately to all parties in interest and/or their respective counsel.

**Miguel Ángel Serrano Urdaz, Esq.**
USDC 223608
P.O. Box 1915
Guayama PR 00785
Tel/Fax 787-864-5454
Serrano.urdaz.law@hotmail.com

*Attorney for Movant*

2