# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Morning session:**
Set: 9:30 AM (AST)
Started: 9:48 AM (AST)
Ended: 12:54 PM (AST)

**Afternoon Session:**
Set: 2:10 PM (AST)
Started: 2:15 PM (AST)
Ended: 4:13 PM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**   DATE:   November 1, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:  Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico *et al.*, Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor, | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor. | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 2
Pre-Trial Conference – November 1, 2021

**Pre-Trial Conference held**.

I. **Motions in Limine**

1. Debtor's Motion in Limine for Order Excluding Expert Testimony of Lizette Martinez. [Case No. 17-3283, ECF No. 18330]

2. Debtor's Motion for Order Excluding Expert Testimony of Douglas J. Brickley. [Case No. 17-3283, ECF No. 18332]

    i. Matter taken under advisement. Joint status report due by November 4, 2021 at 12:00 PM (AST).

3. DRA Parties' Motion in Limine to Exclude Certain FRCP 26(a)(2)(C) Expert Witnesses or Testimony. [Case No. 17 3283, ECF No. 18340]

    i. Denied. Order to be issued.

4. DRA Parties' Motion in Limine to Exclude Certain Opinions Offered by Debtors' Expert Witness Marti P. Murray. [Case No. 17-3283, ECF No. 18342]

    i. Denied. Order to be issued.

II. **Other Stipulated or Contested Matters**

1. Stipulation Regarding the Parties' Exhibits for the Confirmation Hearing.

    i. Parties are directed to inform both the parties and the Court in advance of any evidentiary disputes regarding admissibility or relevance throughout the course of the trial.

2. The Oversight Board's Objection to Certain Exhibits Offered by Peter C. Hein.

    i. The Oversight Board is to supplement its arguments by filing a motion by November 2, 2021 at 12:00 PM (AST).

    ii. Mr. Hein shall respond by November 4, 2021 at 12:00 PM (AST).

III. **Additional Matters**

1. Witness Declarations.

    i. Amended declarations with references to the parties' exhibit lists due by Wednesday, November 3, 2021 by 11:59 PM (AST).

This hearing's agenda was filed at Docket Entry No. 18901 in 3:17-BK-3283 (LTS).

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 3
Pre-Trial Conference – November 1, 2021

    2. Plan Modifications.

        i. Amended plan due by Wednesday, November 3, 2021 by 11:59 PM (AST).

    3. Proposed Confirmation Order.

        i. Revised confirmation order due by Wednesday, November 3, 2021 by 11:59 PM (AST).

    4. Objections to Deposition Designations.

        i. A supplement to the Confirmation Procedures Order will be filed.

    5. Notice to Employees and Retirees.

        i. The Oversight Board shall file an English version of Act No. 53-2021.

    6. Parties' Requested Time for Cross-Examination.

Attorney Capdevilla (Finca Matilde) requested leave to file a sur-reply regarding Docket No. 18566 in 17-3283. Both Attorney Gonzalez Valiente (Suiza) and Attorney Carrion Baralt (PFZ) joined the request. Finca Matilde, Suiza, Peter Hein and PFZ were granted leave to file a sur-reply of not more than 8 double-spaced pages by Friday, November 5, 2021.

Housekeeping matters discussed:

- Spanish speaking witnesses and the need for the parties to secure an interpreter,
- Sealed exhibits,
- Daily agenda by FOMB due by 2:00 PM (AST),
- Zoom invitations,
- Daylight savings, and
- Daily hearing schedule.

        s/Carmen Tacoronte
        Carmen Tacoronte
        PROMESA Case Administrator

This hearing's agenda was filed at Docket Entry No. 18901 in 3:17-BK-3283 (LTS).