United States District Court

for

Puerto Rico

1 of November of 20

Please register

urgent under

17-03283

17-8966

Case No. 17-03283

Jaime A. Diaz (Net)

V.

Prime clerk 178966

178975

17-8975

Commonwealth of Puerto Rico et als

1. Urgent Motion Submitting exhibits from 1 to 26 requesting an urgent jury trial date against all defendants, reminding the defendants and the court that Mr. Vilardo, Mrs. Foschio and Mrs. Brillant Jones are persons recused by the plaintiff under and for justified reasons in law. 19-CV-1336 Western New York.

2. Urgent Motion Submitting Transfer request 20-1299 to United States District Court for Puerto Rico, Submitting exhibits, Summary Sentence, exhibits 1 to 13

3. Urgent Motion Submitting the original lawsuit under 17-CV-2286 United States District Court for Puerto Rico et als

4. Urgent Motion Submitting the original lawsuit
under 17-CV-2340 United States District Court
for Puerto Rico et. als

5. Urgent Motion Submitting the letter to primeclerk.
Titled 17-CV-2286 (Adc) 13 de Noviembre de 2017
17-CV-2340 (Wgy) 4 de diciembre de 2017
United States District Court for Puerto Rico
#1789466 #1789725 14 of October of 2021

for all of which

is Submitted!

Respectfully Submitted!

Today 18 of October of 2021

Jaime A. Diaz (Jr.)

Po box 9793
San Juan, PR 00908

787-447-2424

Jaimea.DiazOdaville@ymail.com