Court of
Western New York

Jaime A Diaz (Di)

v.                                    19-cv-1336

Byron Brown et. als

Urgent Motion submitting exhibits from 1 to 26, requesting an urgent jury trial date against all defendants, reminding the defendants and the Court that Mr. Vitordo, Mrs. Toscato and Mrs. Brittany Jones are persons recusal by the plaintiff under and for justified reasons in law.

To the Honorable Court:

Appears Mr. Jaime A. Diaz (Diy) in it's own right who subscribes and very respectfully, exposes, alleges and request.

1. Exhibits from 1 to 26 are submitted urgently

2. Mr Jaime A. Diaz Oder II again appears requesting an urgent trial date against all defendants.

3. reminding the defendants and the Court, and the clerks office and employees that Mr. Vilardo, Mrs. foschio and mrs. Brittany fones are persons recusal by the plaintiff under and for fustified reasons in law.

4. The request for trial against all defendants is before a fury.

For all of which,

Take the Court fudicial Knowledge of this writing, transfer the Case to the Southern district of New York for the purpose of randomly assigning there in that Court a New fudge to see the trial against all the defendants by fury.

Respectfully submitted

Jaime A. Diaz (Jr)II
Po box 9793
San fuan, PR 00908

JamesDiazOdell@ymail.com
787-447-2624

30 of September of 2021

Certificate of Service

James Diaz (Nett)

V.                                    19-cv-1336

Byron Brown et als

I James Diaz Odell Hereby certify under penalty of Perjury that on 30 of September of 2021 I serve copies of urgent Motion submitting exhibits from 1 to 26, requesting an urgent jury trial date against all defendants, reminding the defendants and The Court that Mr. Vilaro, Mrs. Taschdid, and Mrs. billany Jones are Persons recusal by the Plaintiff under and for justified reasons in law, To the following parties:

Timothy A. Ball ess., Maeve e Huggins,
David M. lee.

65 Niagara Square
Room 1100
Buffalo NY 14202
716-851-4317

Jaime s Diaz Duff

30 of September of 2021





District: 0104-3 : 3:17-cv-02340-WGY   Lead: 3:17-cv-02340-WGY
Ordering Judge: William G. Young, U.S. District Judge

| Date Filed: 12/04/2017 | | | |
|---|---|---|---|
| Date Order/Judgment: 01/02/2019 | Date Order/Judgment EOD: 01/02/2019 | Date NOA Filed: 02/01/2019 | Date Rec'd COA: 02/14/2019 |

---

05/13/2021 ☐ NOTICE of appearance on behalf of Appellees Departamento del Trabajo Y Recursos Humanos, Michelle Fraley, Junta de Relaciones del Trabajo de Puerto Rico, Norma Winsette Mendez-Silvagnoli, Pedro R. Pierluisi, Police Department of Puerto Rico and Carlos J. Saavedra-Gutierrez filed by Attorney Carlos Lugo-Fiol. Certificate of service dated 05/13/2021. [19-1167] (CL) (Entered: 05/13/2021 04:54 PM]

05/14/2021 ☐ STATUS report filed by Appellees Departamento del Trabajo Y Recursos Humanos, Michelle Fraley, Junta de Relaciones del Trabajo de Puerto Rico, Norma Winsette Mendez-Silvagnoli, Pedro R. Pierluisi, Police Department of Puerto Rico and Carlos J. Saavedra-Gutierrez. Certificate of service dated 05/14/2021. [19-1167] (CL) [Entered: 05/14/2021 02:36 PM]

05/14/2021 ☐ NOTICE of appearance on behalf of Appellees US and Joseph Robinette Biden, Jr. filed by Attorney Mariana E. Bauza-Almonte. Certificate of service dated 05/14/2021. [19-1167] (MEB) [Entered: 05/14/2021 04:54 PM]

05/14/2021 ☐ STATUS report filed by Appellees Joseph Robinette Biden, Jr. and US. Certificate of service dated 05/14/2021. [19-1167] (MEB) [Entered: 05/14/2021 04:56 PM]

08/18/2021 ☐ STATUS report filed by Appellee Pedro R. Pierluisi. Certificate of service dated 08/18/2021. [19-1167] (CL) [Entered: 08/18/2021 03:29 PM]

08/20/2021 ☐ MOTION for Attorney Diego Corral-Gonzalez to withdraw as counsel filed by Appellees Pedro Irene-Maymi and Union Independiente Autentica de la AAA. Certificate of service dated 08/20/2021. [19-1167] (DRC) [Entered: 08/20/2021 12:12 PM]

08/20/2021 ☐ MOTION for Attorney Harry Anduze-Montano to withdraw as counsel filed by Appellees Pedro Irene-Maymi and Union Independiente Autentica de la AAA. Certificate of service dated 08/20/2021. [19-1167] (HA) [Entered: 08/20/2021 03:54 PM]

08/24/2021 ☐ ORDER entered. Upon consideration of Attorney Harr Anduze Montano and Attorney Diego Corral-Gonzalez's motions to withdraw as counsel of record for defendants-appellees Pedro Irene-Maymi and Union Independiente Autentica de la AAA, said motions are denied without prejudice to renewal once successor counsel enters an appearance on behalf of these defendants-appellees. [19-1167] (GB) [Entered: 08/24/2021 09:32 AM]

08/24/2021 ☐ RENEWED MOTION to withdraw as counsel filed by Appellees Pedro Irene-Maymi and Union Independiente Autentica de la AAA. Certificate of service dated 08/24/2021. [19-1167] CLERK'S NOTE: Relief selection was incorrect. Correction made by clerk's office. No further action required. (DRC) [Entered: 08/24/2021 10:07 AM]

09/01/2021 ☐ ORDER entered. Attorneys Harry Anduze Montano and Diego Corral-Gonzalez have filed a renewed motion to withdraw as counsel on behalf of defendants-appellees Pedro Irene-Maymi and Union Independiente Autentica de la AAA. Because only individuals may proceed pro se, appellee Union Independiente Autentica de la AAA must retain new counsel to maintain this appeal. See Herrera Venegas v. Sanchez Rivera, 681 F.2d 41 (1st Cir. 1982) (lay person may only represent him or herself); In re Las Colinas Dev. Corp., 585 F.2d 7, 11-13 (1st Cir. 1978) (non-lawyer president and 94% stockholder not permitted to represent corporation). Therefore, the renewed motion to withdraw is granted in part as Pedro Irene-Maymi but is denied in part without prejudice to renewal once successor counsel enters an appearance on behalf of Union Independiente Autentica de la AAA. A copy of this order will be served on appellees' respective representatives. [19-1167] (GB) [Entered: 09/01/2021 07:40 PM]

# INTERNATIONAL BROTHERHOOD OF TEAMSTERS

Tel: 202.624.6847
Fax: 202.624.6884

braymond@teamster.org



## BRADLEY T. RAYMOND
### General Counsel

25 Louisiana Avenue, N.W.  •  Washington, D.C.  •  20001







exhibit 5

Mail body: Fwd: Falsifying Charges Judge Fiorella Western District of New York 20-3542 Jaime a diaz oneill v. Byron Brown et.als

Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** August 3, 2021 at 8:56:24 PM AST
> **To:** domingo.emanuelli@justicia.pr.gov, joaldebol@justicia.pr.gov, equesada@justicia.pr.gov, archico@justicia.pr.gov, lisanchez@justicia.pr.gov, arperez@justicia.pr.gov, incarrau@justicia.pr.gov, yjuarbe@justicia.pr.gov, jborras@justicia.pr.gov, migarcia@justicia.pr.gov, vcarbonell@justicia.pr.gov, blporteh@justicia.pr.gov, mgierbolini@justicia.pr.gov, jcarrion@justicia.pr.gov, asuntoslegales@ramajudicial.pr, Jaimeadiazoneill@ymail.com
> **Cc:** Jaimeadiazoneill@ymail.com
> **Subject: Falsifying Charges Judge Fiorella / Western District of New York 20-3542 Jaime a diaz oneill v. Byron Brown et.als**
>
> b7c
> b7c
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> > **Date:** May 17, 2021 at 12:06:01 PM EDT
> > **To:** mhuggins@city-buffalo.com
> > **Subject: Fwd: Falsifying Charges Judge Fiorella / Western District of New York 20-3542 Jaime a diaz oneill v. Byron Brown et.als**
> >
> > b7c
> > b7c
> >
> > Sent from my iPhone
> >
> > Begin forwarded message:
> >
> > > **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> > > **Date:** May 17, 2021 at 11:50:21 AM EDT
> > > **To:** hr@baldorfood.com, henry@baldorfood.com, Michael@baldorfood.com, Kelby Vargas <kvargas@baldorfood.com>, k3byvargas@gmail.com
> > > **Subject: Fwd: Falsifying Charges Judge Fiorella / Western District of New York 20-3542 Jaime a diaz oneill v. Byron Brown et.als**
> > >
> > > b7c
> > > b7c
> > >
> > > Sent from my iPhone
> > >
> > > Begin forwarded message:

To: whmocarski@ntts.edu, hkowalchyk@ntts.edu, tucker@ntts.edu,
county.executive@erie.gov, mark@erie.gov, dmpatton@bpdny.org, sheriff@erie.gov
Cc: Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
Subject: Falsifying Charges Judge Fiorella / Western District of New York 20-3542
Jaime a diaz oneill v. Byron Brown et.als

Officer Joseph Hassett was indicted Wednesday on the same five misdemeanor charges he had pleaded innocent to in Buffalo City Court in September.

Erie County District Attorney John J. Flynn decided to seek the indictment after City Court Judge Joseph Fiorella dismissed one of the original charges — official misconduct.

"The official misconduct charge relates to Officer Hassett falsifying the circumstances of the incident," Flynn said.

exhibit 7













*exhibit 11*

# U.S. District Judge Michael Telesca, known for common-man's touch in court, dies at age 90



Judge Michael A. Telesca, seen here in 1995, is retiring in May.

JAMIE GERMANO/ROCHESTER DEMOCRAT AND CHRONICLE

exhibit 12

psychiatrist xyz    Buffalo psychiatric Center
400 forest ave
Buffalo NY 14213
716.885.2261

previous lawsuits

14-cv-533 (s) western district of New York
July 1, 2014      Dismissed

14-cv-570 (A)    Western district of New York
July 15, 2014     Dismissed

14-cv-631 (s)    Western district of New York
August 1, 2014    Dismissed

August 27, 2014  office of Attorney general Buffalo ny

Case:17-03283-LTS   Doc#:19006-1   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Exhibit 1 to 26 re Case no. 19-cv-1336   Page 17 of 30

*13*



## Maeve E. Huggins                Monday
To: B Jones   Cc: Jaime a diaz oneill >

# Diaz O'Neill v Macy: Mediation

Good morning,

Mr. O'Neill contacted my office at the end of last
week and I just spoke with him on the phone
now. He inquired what the City's offer was and
generally discussed what he believes to be his
proof that he would like to present to a jury.  I
advised that presently I did not have an offer to
convey but that mandatory mediation sessions
were previously scheduled. Mr. O'Neill advised
that his call back phone number is
787-447-2424.  Thank you.

-----

Maeve E. Huggins
Assistant Corporation Counsel
City of Buffalo Law Department
65 Niagara Square, 1112 City Hall
Buffalo, New York 14202
Phone: (716) 851-4317
Fax: (716) 851-4105
E-Mail: mhuggins@city-buffalo.com



**Jaime A Diaz Oneill** 3:02 PM

To: Maeve   Cc: B Jones >

# Re: Diaz O'Neill v Macy: Mediation

El Sr. vilardo , la Sra. Foschio, la Sra. B Jones son personas recusadas véase el récord 19-cv-1336 es decir no participan ya más del proceso, el Sr. Jaime a diaz oneill no tiene que mediar absolutamente nada mucho menos ningún delito criminal cometido por funcionarios corruptos electos mediante el voto y no electos de la ciudad de Buffalo y el estado de New York, yo  no tengo que mediar aquí nada usted dirige corrupción e impunidad  en la policía corrupta de la ciudad de New York !
 Ustedes se prestaron de testaferros, asume tu responsabilidad ! Este caso es para trasladarlo fuera de Buffalo y para verlo en juicio ante jurado ! Jaime a diaz oneill



# FOMBPR || Press Release ||
# 🔔 30th Public Board Meeting

View this email in your browser



## September 15, 2021
## News from the Oversight Board

**Press Release: Oversight Board to Hold its 30th Public Meeting**

The Financial Oversight and Management Board for Puerto Rico will hold its 30th Public Board Meeting on Friday, September 17, 2021. The meeting will take place at the Puerto Rico Convention Center, Room 209, beginning at 9:00 a.m. AST.



EN SAN JUAN

NotiCentro
wapa.tv

▶ JUNTA BUSCA REDUCIR LA DEUDA

# Junta de Supervisión Fiscal insiste en recortar pensiones

👤 **Julio Rivera Saniel**

🕐 **hace 31 minutos**



EN SAN JUAN

**NotiCentro**
wapa.tv

▸ **JUNTA BUSCA REDUCIR LA DEUDA**

# Junta de Supervisión Fiscal insiste en recortar pensiones

👤 **Julio Rivera Saniel**

🕐 **hace 31 minutos**



EN SAN JUAN

**NotiCentro**
**wapa.tv**

▸**LOURDES RAMOS**
REPRESENTANTE PNP

# Junta de Supervisión Fiscal insiste en recortar pensiones

👤 **Julio Rivera Saniel**

🕐 **hace 31 minutos**





PENSIONES DE
LA DISCORDIA

NotiCentro
wapa.tv

# Junta de Supervisión Fiscal insiste en recortar pensiones

Julio Rivera Saniel

hace 31 minutos



United States District Court
Western District of New York

ebbl. 5. 20

( ) Jaime A. Diaz Odill

v.

19-cv-1336

- Byron Brown in & their individual capacities
- David Rodriguez in & their individual capacities
- XYZ Manager office Marine drive apartments in & their individual capacities
- Police officer XYZ Ross  Buffalo police
- Police officer William Macy  Buffalo police
- Police officer  XYZ        Buffalo police
- Deputies x,y,z erie county Holding center
- Psychologist XYZ forensic department erie county Holding center in & their individual capacities
- Psychiatrist XYZ forensic department erie county Holding center in & their individual capacities
- Public defender XYZ in & their individual capacities
- Police officer XYZ        Buffalo police   15 sept 18
- Psychologist XYZ Buffalo psychiatric center in & their individual capacities
- Psychiatrist XYZ Buffalo psychiatric center in & their individual capacities

& the Honorable District Court of Southern district of New York
Has jurisdiction to understand in cases under 42 USC 1983
Constitutional rights Has jurisdiction to understand in

19cv-1336
OKH 5.7.21

Amended Complaint

1. That on September 1, 1993 mr. James A. Diaz Oneill begins to work for the Puerto Rico Aqueduct And Sewer Authority in the position of Operational System Worker.

2. That on January 23, 2003 mr. James A. Diaz Oneill is appointed to the position of clerk Telephone Center 1 in the Puerto Rico Aqueduct and Sewer Authority.

3. That reacthes thiose roles and dutes after Having Held 8 previous union positions without any indicaton as a public employee in said government corporation with a clean record in Human Resources personnel file.

4. That the first day of work in that New area or department began the problems for mr. James A. Diaz Oneill Has been assigned a work schedule that does Not exist in the government of Puerto Rico or any of its agencies and/or public corporations.

5. That the working hours from Wednesday to Sunday from 8:00 AM to 4:30 PM did Not exist in the place Nor among the 45 representatives who work thtere, None of the representatives who work thtere, Had a background of experience for the attention to the public in functions and

ekH.57 22

psychia trist xyz   Buffalo psychiatric center
400 forest ave
Buffalo NY 14213
716.885.2261

previous lawsuits

14-cv-533 (s)   western district of New York
July 1, 2014      Dismissed

14-cv-570 (A)   Western district of new York
July 15, 2014    Dismissed

14-cv-631 (s)   Western district of New York
August 1, 2014   Dismissed

August 27, 2014  Office of Attorney general Buffalo NY

exHi. 5:T 25

For all of which

the Honorably Court is Requested To issue a
judgement granting Mr. Jaime A. Diaz Oneill
$ 200.000.000.00 Millions dollars in, Moral damages,
Punitive damages, property or Material damages, emergent
damage, loss of profit damages, any other damage that
apply in accordance with the facts.

Prospectfully Submitted,

Tody 11 of May of 2020

Jaime A Diaz (Neill)

Po box 190124
Miami Beach Fl. 33119

787 447-2424

JaimeaDiazOnell@yMall.com



AC-PIP-12 3
"(Rev.02-18)"



GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación



## CERTIFICACION DE LIBERTAD

R247-A

EN VIRTUD DE _Orden del Tribunal (Resla)_

HA SIDO PUESTO EN LIBERTAD _Jaime A. Diaz O'neill_

EN BAYAMÓN, PUERTO RICO HOY _23 de septiembre de 2021_

**SELLO OFICIAL:**

SUPERINTENDENTE O REPRESENTANTE
**CENTRO INGRESO Y CLASIFICACION CORRECCIONAL**
**BAYAMÓN 705**

FIRMA TECNICO RECORD

EL PUEBLO DE PUERTO RICO

VS.

JAIME A. DÍAZ O'NEILL
   ACUSADO

CRIM NÚM.: K MG2017M0183-0184,
KFJ2017M0146

SOBRE:

ART. 241 C C.P. (2CS),
DESACATO CRIMINAL

Fecha y Lugar de los hechos:
16 de mayo de 2017 en San Juan
10 de noviembre de 2017 en San Juan

## SENTENCIA

Hoy, 21 de septiembre de 2021 señalados los casos de epígrafe para Vista Sobre el Estado de los Procedimientos y Vista de Desacato Criminal, compareció el Pueblo de Puerto Rico representado por su Fiscal, Marisol Flores Cortés. No compareció el acusado ni representación legal.

El Tribunal, luego de escuchados los planteamientos expuestos en corte abierta, ordena el archivo y sobreseimiento de los casos KMG2017M0183 y 0184 bajo las disposiciones de la Regla 247-A de las de Procedimiento Criminal y el caso KFJ2017M0146 bajo las disposiciones de la Regla 247-B de las de Procedimiento Criminal. Se ordena la excarcelación del acusado por los casos de epígrafe.

REGÍSTRESE Y NOTIFIQUESE.

En San Juan, Puerto Rico, a 21 de septiembre de 2021.

ELOÍNA TORRES CANCEL
JUEZ SUPERIOR



**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| Díaz Oneill, Jaime A | 178966 | 12/17/2020 | Commonwealth of Puerto Rico | $100,000,000.00 |
| Reason: | | Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|----------------------------------|
| Díaz Oneill, Jaime A | 178966 | 12/17/2020 | Commonwealth of Puerto Rico | $100,000,000.00 |
| Base para: | | Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**