United States Court of Appeal
For
First Circuit

Jaime A. Diaz O'Neill

v.                                                      20-1299

Commonwealth of
Puerto Rico et als

Transfer Voquosi 20-1299 to United States District Court for Puerto Rico, Submitting exhibits, Summary Sentence, exhibits 1 to 13

To The Honorable Court

Appears Mr. Jaime A. Diaz O'Neill, in its own right w/o subscribes and very respectfully exposes, alleges, and voquosi.

1. Mrs. Aida M. Delgado Colon, Mr. Gustavo Gelpi Jr. Mr. Jay A. Garcia Gregory are persons recusal by the plaintiff, see Raul M. Arias Marxuach participation under 17-CV-2286, see others exhibits, and arguments.

2. The United States government has had to resort to kidnapping and assassination attempts against the plaintiff in full and collateral proceedings under the federal rules of civil procedure, under the federal rules of Appellate procedure.

3. The government of Puerto Rico has had to resort to kidnapping and assassination attempts against the plaintiff in full and collateral proceedings under the federal rules of civil procedure, under the federal rules of Appellate procedure.

4. This is certainly a historical case where a President of the United States orders kidnappings and attempted assassinations against a person who represent himself in the United States Justice System.

5. This is a case where a president of the United States order and use a wide group of frustrated idiots in their respective personal lives and use them as puppets in the face of the impotence of not have nothing to defend a lawsuit against the Presidency and the United States.

6. Certainly Mrs. Rosa e. Rodriguez, Mr. Wanda Vazquez are a shame for the United States, and Puerto Rico and, this is not the first time they act in the shame of society.

7. the United States department of Justice is cracked, will not go, the department of Justice of Puerto Rico is cracked, will not go, they kidnapped Mr. Jaime A Diez Esq. // once again, they kidnapped me, in the jail and they ask the court to dismiss the fabricated criminal charges by the department of Justice of Puerto Rico and the department of Justice of the United States, situation that caused a lot of damages.

8. although this case was adjudicated for purposes of damages, are pending the delivery of the separation of videos and audio San Juan Court, Bayamon Court, Carolina Court, as request to Mr. edgar santonja Motta general Sheriff of Puerto Rico.

For all of which is request urgent transfer of file 20-1299 to the United States District Court of Puerto Rico for the purpose of Summary Sentence request.

Respectfully Submitted

Today 7 of October of 2021

Jaime A. Diaz O'Neill
PO box 9793
San Juan, PR 00908
787-447-2424
Jaime a Diaz O'Neill

Certificate of Service

Jaime A. Diaz (de)

V.                                          20-1299

Commonwealth of
Puerto Rico et.als

I Jaime A. Diaz (de) Hereby Certify under penalty of perjury that on 7 of October of 2021 I serve copies of Transfer request 20-1299 to United States District Court for Puerto Rico submitting exhibits, to the following parties

luqofiol@gmail.com
David.O.Maldonari@usdoj.gov
Marianla.e.bauza@usdoj.gov

Jaime A. Diaz (de)     domingo.emanuelli@justicia.pr.gov

US court of appeal
for first Circuit






# Fiol Matta convoca reunión extraordinaria por corrupción judicial

Jueces nombrados por Luis Fortuño critican medidas tomadas por la jueza presidenta para atender el problema de corrupcion judicial

Twittear 32



http://noticel.com/fiol-matta-convoca-reunion-extraordinaria-por-corrupcion-judicial

elnuevodia.com

Portada / Noticias / Abogado de Junior Cápsula se declarará culpable

- Última Hora
- Clasificados
- Vehículos
- Bienes raíces
- Empleos
- Shoppers
- Noticias
- Política
- Seguridad
- Puerto Rico Hoy
- Calidad de vida
- Ciencia y tecnología
- Clima
- Caza Noticias
- Mundo Raro
- Internacionales
- Conflicto en Siria
- Negocios
- Actualidad
- Tecnología
- Autos
- Planillas 2014
- Deportes
- Béisbol
- Boxeo
- Baloncesto
- Fútbol
- Otros deportes
- Mundial Brasil 2014
- Entretenimiento
- Farándula
- Música
- Televisión
- Cine
- Cartelera de cine
- Cultura
- Restaurantes
- Estilos de vida
- Bienestar
- Amor y sexualidad
- Hogar y familia
- Moda y belleza
- Salud al día
- Horóscopos
- Opinión
- Editorial
- Columnas
- Cartas
- Blogs
- Sondeo
- Multimedia
- Fotogalerías
- Videos
- Infografías
- Especiales
- Reglas de concursos
- HOBBIES
- Agenda Ciudadana
- Un solo Puerto Rico

## Noticias

13 de marzo de 2014
1:38 p.m.
Seguridad

# Abogado de Junior Cápsula se declarará culpable

*Ramón Negrón Colón enfrenta cargos por lavado de dinero*

Por Mariana Cobián / mariana.cobian@gfrmedia.com @mcobian_PH



Se alega que entre 2008 y 2010, Negrón Colón recibió alrededor de $615 mil para comprar influencias de funcionarios que ayudarían a anular la condena estatal contra Figueroa Agosto. (Archivo)

El abogado de José "Junior" Cápsula Figueroa Agosto, Ramón Negrón Colón, hará alegación de culpabilidad el 3 de abril por cargos de lavado de dinero con relación a la operación de narcotráfico de su cliente.

El fiscal Timothy Henwood informó esta mañana al juez federal Juan Pérez Giménez que llegó a un acuerdo con los abogados del acusado, Ignacio Rivera y Javier Cuyar, y recomendaron que se citara una vista para el cambio de alegación de culpabilidad, que se verá el 3 de abril.

El coacusado en este caso, el exfiador William Barreto Ortiz, cambió de abogado hace poco, por lo que el fiscal pidió más tiempo para reunirse con su representante legal, Héctor Deliz. Se citó una conferencia de estatus en su caso para el 11 de abril.

Negrón Colón, de 59 años, y Barreto Ortiz, de 68, están libres bajo fianza luego de ser arrestados el 26 de agosto de 2013. Se les acusa por conspirar para cometer lavado de dinero, y Barreto Ortiz enfrenta un cargo adicional por perjurio.

En el pliego acusatorio contra el abogado, se le imputa haber elaborado un plan para sobornar a varios funcionarios de gobierno estatal con dinero proveniente del narcotráfico a cambio de que su cliente, Figueroa Agosto, lograra un nuevo juicio y no tuviera que cumplir 209 años de cárcel a los que fue sentenciado en 1995 por el secuestro y asesinato de Arnaldo Martínez, conocido como Naldy el Gruero.

Se alega que entre 2008 y 2010, Negrón Colón recibió alrededor de $615 mil para comprar influencias de funcionarios que ayudarían a anular la condena estatal contra Figueroa Agosto, quien se escapó de prisión en 1998 con documentos falsificados.

La acusación agrega que el abogado visitó a su cliente en octubre de 2010 en el Centro de Detención Metropolitano (MDC, por sus siglas en inglés), en Guaynabo, y le informó que todo estaba listo para radicar la moción de petición de nuevo juicio, pero que necesitaba $300 mil para pagarle al juez del caso. Poco después recibió $150 mil y luego devolvió a su representado $125 mil cuando el juez estatal Harry Massanet Pastrana, del Tribunal de Primera Instancia de San Juan, denegó la petición de nuevo juicio en 2011.


Login  Únete
Ingresa con Facebook
Buscar

Share

Recomendar 70  Twittear 19

Imprimir  A A

Jueves
13 de marzo de 2014
87°F


¡REGRESA!
Quédate para el
C.A.F.E.
Cambio de Aceite y Filtro Expreso
Por expertos de Nissan

+ Comentadas   + Vistas

- Arrestan a tercer sospechoso de asesinar a policía
- Muere joven tras ser baleada y atropellada en Juana Díaz
- Cuidado con los tintes en los autos
- Causa para arresto contra telereportera Yesenia Torres
- Triple asesinato en Caguas
- Fallece joven tras chocar con una verja de centro comercial de Mayagüez
- Escuela pública gana el gran premio de feria científica
- Cronología del caso de Lorenzo González Cacho
- Testigo clave del calentamiento global es puertorriqueño
- Operan a joven que cayó de muralla del Morro

¿Qué buscas?  clasificados pr
(http://clasificadospr.c


Bienes Raíces   Vehículos
Artículos   Mascotas

Comprar   Alquilar

Selecciona -- área o pueblo
Selecciona -- tipo de propiedad

BUSCA


VENTA DEFINITIVA
ÚLTIMA REBAJA EN VARIAS UNIDADES

Previo a que se denegara la moción, ambos acusados viajaron a Repút[lica] Dominicana al menos dos veces para reunirse con el notorio narcotrafi[cante] hoy convicto- y presentarle el plan. Se alega que en 2008 una persona colocó entre $440 mil y $465 mil en efectivo, en un vehículo propiedad [de] Negrón Colón relacionados al esquema.

De ser encontrados culpables, los acusados se enfrentan a una pena m[áxima] de 20 años de cárcel y tres años de libertad supervisada.

**Tags**

Junior Cápsula

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>VS.<br><br>JAIME A. DÍAZ O'NEILL<br>ACUSADO | CRIM NÚM.: K MG2017M0183-0184, KFJ2017M0146<br><br>SOBRE:<br><br>ART. 241 C.C.P. (2CS),<br>DESACATO CRIMINAL<br><br>Fecha y Lugar de los hechos:<br>16 de mayo de 2017 en San Juan<br>10 de noviembre de 2017 en San Juan |

## SENTENCIA

Hoy, 21 de septiembre de 2021 señalados los casos de epígrafe para Vista Sobre el Estado de los Procedimientos y Vista de Desacato Criminal, compareció el Pueblo de Puerto Rico representado por su Fiscal, Marisol Flores Cortés. No compareció el acusado ni representación legal.

El Tribunal, luego de escuchados los planteamientos expuestos en corte abierta, ordena el archivo y sobreseimiento de los casos KMG2017M0183 y 0184 bajo las disposiciones de la Regla 247-A de las de Procedimiento Criminal y el caso KFJ2017M0146 bajo las disposiciones de la Regla 247-B de las de Procedimiento Criminal. Se ordena la excarcelación del acusado por los casos de epígrafe.

REGÍSTRESE Y NOTIFÍQUESE.

En San Juan, Puerto Rico, a 21 de septiembre de 2021.

ELOÍNA TORRES CANCEL
JUEZ SUPERIOR

Núm. Identificador SEN2021

8/6/2021 La defensa por derecho propio: el desafío permanente del acceso a la justicia - El Nuevo Día

Case:17-03283-LTS  Doc#:19006-2  Filed:11/01/21  Entered:11/02/21 09:39:57  Desc: Exhibit 1 to 13 re USCA Case no. 20-1299  Page 11 of 20

exhibit 6

**TRIBUNALES**

# La defensa por derecho propio: el desafío permanente del acceso a la justicia

Aunque es una opción, tiene que recibir cambios profundos para que sea justa, según expertos



La Rama Judicial no recoge estadísticas sobre cuántas personas se representan a sí anualmente en los tribunales de la isla.

Su discusión genera controversia en y fuera de las salas de los tribunales. Está diseñado para ampliar el acceso a la justicia y atender la inequidad. Sin embargo, hay quienes cuestionan si la representación por derecho propio –

8/6/2021, La defensa por derecho propio: el desafío permanente del acceso a la justicia - El Nuevo Día

Case:17-03283-LTS Doc#:19006-2 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc: Exhibit 1 to 13 re USCA Case no. 20-1299 Page 12 of 20

también conocida como "pro se"- abre la puerta de la justicia o si, por el contrario, perpetúa la desigualdad.

**"Uno de los mayores retos que tenemos, no solo en Puerto Rico, sino en los Estados Unidos es la falta de acceso a la justicia. No es un accidente del sistema, no es un problema, es un diseño del sistema"**, afirmó Ariadna Godreau, directora ejecutiva de Ayuda Legal Puerto Rico.

El vicepresidente del **Colegio de Abogados y Abogadas de Puerto Rico (https://www.elnuevodia.com/topicos/colegio-de-abogados-y-abogadas/)**, Manuel Quilichini, citó estadísticas en Estados Unidos del 2017 que señalan que, al menos, un 80% de las personas con necesidades legales las tenían descubiertas. Esa situación, advirtió, se replica en la isla.

Quilichini sostuvo, además, que esos números están muy atados a los niveles de pobreza y al "fenómeno moderno" de la clase media que, en múltiples instancias, tampoco tiene los recursos para costear los servicios de un abogado, pero no cualifica para ayuda legal gratuita.

Según datos adicionales que proveyó de un estudio de la Corporación de Servicios Legales en Estados Unidos, de ese 80% sin representación legal, el 59% no tenía los recursos para pagar por los servicios, un 19% no quería pagar por representación legal y 22% entendía entonces que no la necesitaba. "Cuando una persona que no tiene conocimiento legal se representa, las probabilidades de que lo haga con éxito son casi ninguna", mencionó Quilichini.

El tema ha estado en la palestra recientemente luego que el empresario Salil A. Zaveri, **acusado de matar a una perra en un campo de golf (https://www.elnuevodia.com/noticias/locales/notas/salil-zaveri-el-empresario-que-enfrenta-cargos-por-dispararle-a-un-perro-defiende-sus-acciones/)** de un hotel en Río Grande, solicitó defenderse por sí mismo en el caso. La petición **fue negada por una jueza (https://www.elnuevodia.com/noticias/tribunales/notas/jueza-**

8/6/2021 La defensa por derecho propio: el desafío permanente del acceso a la justicia - El Nuevo Día

Case:17-03283-LTS Doc#:19006-2 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc: Exhibit 1 to 13 re USCA Case no. 20-1299 Page 13 of 20

deniega-pedido-de-autorrepresentacion-a-salil-zavery-acusado-de-matar-a-un-perro-en-rio-grande/) que determinó que el ejecutivo carecía de las destrezas necesarias y no había podido explicarle al tribunal efectivamente los derechos que le asistían.

**La Sexta Enmienda de la Constitución de Estados Unidos establece que un ciudadano puede autorrepresentarse cuando se le imputan delitos criminales. Sin embargo, la jurisprudencia local estipula que ese derecho no es absoluto y, en cambio, se deben cumplir varias condiciones.**

"Una persona sí puede querer autorrepresentarse, pero se va a evaluar que esa autorrepresentación sea en el mejor interés de la justicia y de la propia persona", subrayó Coral Aponte, directora de Educación y Relaciones con la Comunidad del Poder Judicial.

### Faltan datos oficiales

En Puerto Rico, la **Rama Judicial (https://www.elnuevodia.com/topicos/rama-judicial/)** no recoge estadísticas sobre cuántas personas se representan a sí anualmente en los tribunales. No obstante, para Quilichini, ha habido un alza en este tipo de caso por el apretado cuadro de la economía.

**"No he visto, de lo que me han contado los compañeros antes de la pandemia, que esta situación estuviese reduciéndose. Está incrementando el número de casos en lo que la gente pide representarse"**, afirmó, al agregar que, en Puerto Rico, **"hay mucha pobreza y mucha necesidad"**, y se trata de **"una sociedad bien litigiosa"**.

Las peticiones abundan, mayormente, en instancias no contenciosas, como los divorcios por consentimiento mutuo, relaciones filiales o declaratorias de herederos. "El Poder Judicial tiene la responsabilidad de resolver casos y

controversias para mantener el orden... y, para lograr esa misión, es importante que el Poder Judicial sea accesible a todas las personas", afirmó Aponte.

La Rama Judicial cuenta con un programa para litigantes por derecho propio que integra a los Centros Pro Se, donde se ofrece información general sobre el sistema de tribunales y algunos procedimientos judiciales.

Laura García, directora de Programas Judiciales, explicó que los Centros Pro Se comenzaron a operar en el 2001, pero a raíz de la pandemia a mediados del año pasado, establecieron una línea de orientación para ampliar su alcance.

**Entre julio del 2020 y el 31 de mayo de 2021, los Centros Pro Se atendieron a 16,404 personas a través de sus oficinas en nueve de las 13 regiones judiciales. De estas, 12,209 recibieron asistencia a través de la línea de orientación. En vías de expandir esa herramienta de acceso a la justicia, Aponte afirmó que vislumbran extender el uso de las plataformas tecnológicas para la presentación y tramitación de los casos de litigantes por derecho propio y reconceptulizar el programa de orientación para que sea más eficiente.**

Jeannete Príncipe, oficial de orientación del Centro Pro Se de la región judicial de Carolina, precisó que lo más que atienden son asuntos de familia, como casos de relaciones filiales y divorcios por consentimiento mutuo.

"De ninguna manera, los servicios de nosotros sustituyen a un abogado ni a una abogada. Nosotros brindamos el documento, le explicamos cómo llenar el documento... y luego revisamos que todas las partes estén completadas", detalló.

### Asunto que requiere discusión

La asignación de fondos adicionales a las entidades que ofrecen servicios legales gratuitos y sacar de los tribunales aquellos casos de reclamos menores

o "small claims" son algunas de las alternativas que han sido consideradas a nivel local para asegurar mayor acceso a la justicia. Pero, hasta ahora, esa discusión ha quedado en nada.

Países como Inglaterra han reconocido que sacar ese tipo de pleito de los tribunales no es suficiente y que hay que simplificar algunos procesos para que toda persona pueda autorrepresentarse. Quilichini coincide. "Parte de la solución tiene que ser la simplificación de los procesos y del lenguaje en aquellos casos más comunes de 'pro se'", puntualizó.

**Localmente, agregó, se ha sugerido que las personas que requieren autorrepresentación y les sea autorizado acudan a una especie de "escuela" para que sean adiestrados sobre los procedimientos y leyes que manejarán.** "El problema, en Puerto Rico y en Estados Unidos, es que hay una cosa que es acceso a la justicia y otra que es el acceso al abogado, y no son sinónimos", expresó el vicepresidente del Colegio de Abogados y Abogadas.

Otro señalamiento que levantan miembros de la profesión jurídica que no favorecen la autorrepresentación es que el litigante "pro se" entorpece o complica los trabajos en los tribunales.

Para Godreau, sin embargo, ese señalamiento es otro síntoma de que es una alternativa altamente desigual, compleja y técnica. "La imposibilidad de que tengamos la conversación, esa discusión seria, provoca que la responsabilidad se pase como una bola y que nadie la asuma", señaló, al recalcar la urgencia de que la Rama Judicial recopile estadísticas sobre los litigantes por derecho propio.

**La directora ejecutiva de Ayuda Legal afirmó que el problema no es el litigante por derecho propio, sino que el sistema de justicia es "fundamentalmente injusto".** "No se quiere poner el dedo en la llaga de que la gente en la vida real acude a los tribunales sola y de que, lamentablemente, el sistema de derecho está hecho para que

Case:17-03283-LTS Doc#:19006-2 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibit 1 to 13 re USCA Case no. 20-1299 Page 16 of 20
8/6/2021, La defensa por derecho propio: el desafío permanente del acceso a la justicia - El Nuevo Día

**la gente no pueda ir sola, así que la realidad supera el diseño del sistema", subrayó Godreau.**

Entre las alternativas a auscultar, dijo como ejemplo, está el establecimiento de salas especializadas en temas de vivienda que tengan asignadas abogados probonistas o "navegadores de la corte" que apoyen a que la gente esté en una mejor posición para defenderse. Pero hay que empezar por contabilizar los datos, insitió.

"Lo que estamos viendo es un país cada vez más inequitativo, un país más desigual, un país también donde la gente está teniendo que reclamar más acceso a conocer sus derechos", afirmó Godreau.

Case:17-03283-LTS Doc#:19006-2 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc: Exhibit 1 to 13 re USCA Case no. 20-1299 Page 17 of 20

ekH8J 12

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Diaz Oneill, Jaime A | 178966 | 12/17/2020 | Commonwealth of Puerto Rico | $100,000,000.00 |
| Reason: | Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Diaz Oneill, Jaime A | 178966 | 12/17/2020 | Commonwealth of Puerto Rico | $100,000,000.00 |
| Base para: | Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si **tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

2



```
UNITED STATES
POSTAL SERVICE.
               SAN JUAN
      585 AVE FD ROOSEVELT STE 202
         SAN JUAN, PR 00936-9998
             (800)275-8777
08/09/2021                         04:56 PM

Product              Qty   Unit     Price
                           Price

Box Renewal                        $146.00
  ZIP Code: 10108
  Box #: 698
  Rental Start Date: 09/01/2021
  Next Renewal Date: 08/31/2022
  Customer Name: JAMIE DIAZ ONEILL

Grand Total:                       $146.00
Cash                               $146.00

*************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
*************************************

In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
     Associate can show you how.

          Preview your Mail
         Track your Packages
          Sign up for FREE @
     https://informeddelivery.usps.com

       United States Postal Service
          NOW HIRING NATIONWIDE
   Career Path Positions with Benefits
             Apply online at
           www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

     Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device
```



```
        or call 1-800-410-7420.

UFN: 428466-0001
Receipt #: 840-50060118-8-6693148-1
Clerk: 15
```



```
UNITED STATES
POSTAL SERVICE.
               SAN JUAN
      585 AVE FD ROOSEVELT STE 202
         SAN JUAN, PR 00936-9998
             (800)275-8777
08/06/2021                         01:30 PM

Product              Qty   Unit     Price
                           Price

Box Renewal                        $118.00
  ZIP Code: 33119
  Box #: 190124
  Rental Start Date: 08/01/2021
  Next Renewal Date: 07/31/2022
  Customer Name: JAIME DIAZ ONEILL

Grand Total:                       $118.00

Debit Card Remitted                $118.00
  Card Name: VISA
  Account #: XXXXXXXXXXXX0840
  Approval #: 002913
  Transaction #: 513
  Receipt #: 045994
  Debit Card Purchase: $118.00
  AID: A0000000980840           Chip
  AL: US DEBIT
  PIN: Verified

*************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.
*************************************

In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
     Associate can show you how.

          Preview your Mail
         Track your Packages
          Sign up for FREE @
     https://informeddelivery.usps.com

       United States Postal Service
          NOW HIRING NATIONWIDE
   Career Path Positions with Benefits
             Apply online at
           www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
       Thank you for your business.

     Tell us about your experience.
  Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device
```



```
        or call 1-800-410-7420.

UFN: 428466-0001
Receipt #: 840-50060118-8-...
```

Fwd: Transfer Request 20-1299 to United States District Court for Puerto Rico, Summary Sentence, Submitting Exhibits 1 to 13

**Jaime A Diaz Oneill** <jaimeadiazoneill@ymail.com>

Fri 10/15/2021 6:10 PM

To: ods06667cpc <ods06667cpc@officedepot.com>

📎 1 attachments (2 MB)
Office Depot Scan.pdf;

[CAUTION: EXTERNAL SENDER]


Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** October 7, 2021 at 1:47:39 PM AST
> **To:** domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, Carlos Lugo <clugofiol@gmail.com>, mariana.e.bauza@usdoj.gov
> **Cc:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Subject: Transfer Request 20-1299 to United States District Court for Puerto Rico, Summary Sentence, Submitting Exhibits 1 to 13**

Sent from my iPhone

Office Depot Scan.pdf

**Jaime A Diaz Oneill** <jaimeadiazoneill@ymail.com>

Fri 10/15/2021 6:29 PM

To: ods06667cpc <ods06667cpc@officedepot.com>

📎 1 attachments (3 MB)
Office Depot Scan.pdf;

[CAUTION: EXTERNAL SENDER]


Sent from my iPhone