For
First Circuit

1st November 2021
Pleesq register
urgent order
17-03283
17-0966
17-8975

Jaime L. Diaz (?)

19-1167

V.

CLERKS OFFICE
U.S. DISTRICT COURT
SAN JUAN PR
2021 NOV -1 PM 3:43
RECEIVED & FILED

Commonwealth of
Puerto Rico et als

urgent Motion submitting exhibits from 1 to 29
and requesting Transfer to the district Court
To Issue Summary Judgement, and recusal,
To the Honorable court of appeals:

Appears Mr. Jaime L. Diaz Oder / in its own right
who subscribes and Very respectfully exposes,
alleges, and request:

1. The Puerto Rico Aqueduct and Sewer Authority
   is Not in bankruptcy,

2. it is the first defendant with the Majority
   of responsability in this case allaqhed
   The union independiente Autentica that

is not in bankruptcy, others defendants it is not in bankruptcy.

3. It is said the Puerto Rico Aqueduct and Sewer Authority has to restore retroactively to the year 2004 attached to all inherent rights attached to the payment of damages.

4. In accordance with the exhibits numbered from 1 to 29, an urgent transfer is required to the district court to issue a summons sentence.

5. The court of appeals for the first circuit is respectfully informed that Mr. William G. Young is recused from participating in this case, the plaintiff recused him.

For all of which.

Submitted exhibits 1 to 29, the transfer is requested to the district court, to issue a summons sentence in favor of Mr. James Diaz Enriquez as in previous request, every day without this court acting causes more damages to the plaintiff.

Respectfully Submitted

Today 25 of october of 2001

Jaime A Diaz ONell

Po box 9793
San Juan, PR 00908

787-447-8424

Jaime a Diaz ONell @ yMail.com

Certificate of Service

Jaime A. Diaz (NV)

v.                                                    19-1167

Commonwealth of
Puerto Rico et. als

I Jaime A. Diaz (NV) Hereby Certify under
Penalty of Perjury that on 25 of October of
2081 I serve copies of urgent Motion
Submitting exhibits from 1 to 29 and
requesting Transfer To the district court
To issue Summary Judgement, recusal, To
the following parties by email.

Marparez @ justicia.PR.gov
ebarrios @ solawpr.com
srivera @ solawpr.com
david.D.Maldonado1 @ usdoj.gov
Cordddiaz@gmail.com
afernandez@delgadofernandez.com
Clo3dfi3@gmail.com
rfernandez@justicia.PR.gov
Vequel.Moras @ Acueductospr.com
ainox.medina@ Acueductospr.com
Glorina.chiclana @ Acueductospr.com
domingo.emanuelli @ justicia.pr.gov
Marlong.e.bauza @usdoj.gov

Jaime L Diaz (Nu)

US Court for
First Circuit

Oficina del Contralor de Puerto Rico - Administrativo

Contratos

| Número de Contrato | Número de Entidad | Contratistas | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo del Servicio | Estatus | Registrado En |
|---|---|---|---|---|---|---|---|---|---|
| 2022-000018 | 3020 | CANCIO, NADAL & RIVERA L.L.C. | 01/jul./2021 | 01/jul./2021 | 30/jun./2022 | $50,000.00 | SERVICIOS LEGALES | T | 08/03/2021 |
| 2021-000051 | 3020 | CANCIO, NADAL & RIVERA L.L.C. | 27/ago./2020 | 27/ago./2020 | 30/jun./2021 | $50,000.00 | SERVICIOS LEGALES | A | 09/04/2020 |
| 2020-000026-A | 3020 | CANCIO, NADAL & RIVERA L.L.C. | 12/nov./2019 | 12/nov./2019 | 30/jun./2020 | $-75,000.00 | SERVICIOS LEGALES | A | 11/13/2019 |
| 2020-000026 | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 09/jul./2019 | 09/jul./2019 | 30/jun./2020 | $125,000.00 | SERVICIOS LEGALES | A | 07/11/2019 |
| 2019-000029-A | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 21/jun./2019 | 21/jun./2019 | 30/jun./2019 | $30,000.00 | SERVICIOS LEGALES | A | 06/24/2019 |
| 2019-000029 | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 14/ago./2018 | 14/ago./2018 | 30/jun./2019 | $150,000.00 | SERVICIOS LEGALES | A | 08/14/2018 |
| 2017-000225-C | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 23/may./2018 | 23/may./2018 | 30/jun./2018 | $90,000.00 | SERVICIOS LEGALES | A | 05/24/2018 |
| 2017-000225-B | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 11/ago./2017 | 11/ago./2017 | 30/jun./2018 | $125,000.00 | SERVICIOS LEGALES | A | 08/14/2017 |
| 2017-000225-A | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 30/jun./2017 | 30/jun./2017 | 30/jun./2018 | $0.00 | SERVICIOS LEGALES | A | 07/05/2017 |
| 2017-000225 | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 28/jun./2017 | 28/jun./2017 | 30/jun./2017 | $30,000.00 | SERVICIOS LEGALES | A | 06/29/2017 |
| 2013-000007-B | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 27/jun./2013 | 27/jun./2013 | 30/jun./2013 | $50,000.00 | SERVICIOS LEGALES | A | 07/02/2013 |
| 2013-000007-A | 3020 | CANCIO, NADAL, | 16/abr./2013 | 16/abr./2013 | 30/jun./2013 | $270,000.00 | SERVICIOS | A | 04/18/2013 |

Oficina del Contralor de Puerto Rico - Administrativo

Contratos

| Número de Contrato | Número de Entidad | Contratistas | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo del Servicio | Estatus | Registrado En |
|---|---|---|---|---|---|---|---|---|---|
| | | RIVERA & DIAZ, P.S.C. | | | | | LEGALES | | |
| 2013-000007 | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 12/jul./2012 | 12/jul./2012 | 30/jun./2013 | $400,000.00 | SERVICIOS LEGALES | A | 07/13/2012 |
| 2012-000007-B | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 22/jun./2012 | 22/jun./2012 | 30/jun./2012 | $40,000.00 | SERVICIOS LEGALES | A | 06/26/2012 |
| 2012-000007-A | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 15/mar./2012 | 15/mar./2012 | 30/jun./2012 | $300,000.00 | SERVICIOS LEGALES | A | 03/19/2012 |
| 2012-000007 | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 01/jul./2011 | 01/jul./2011 | 30/jun./2012 | $400,000.00 | SERVICIOS LEGALES | A | 07/07/2011 |
| 2011-000012-C | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 28/jun./2011 | 28/jun./2011 | 30/jun./2011 | $70,000.00 | SERVICIOS LEGALES | A | 07/05/2011 |
| 2011-000012-B | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 25/may./2011 | 25/may./2011 | 30/jun./2011 | $30,000.00 | SERVICIOS LEGALES | A | 05/27/2011 |
| 2011-000012-A | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 21/dic./2010 | 21/dic./2010 | 30/jun./2011 | $400,000.00 | SERVICIOS LEGALES | A | 12/29/2010 |
| 2011-000012 | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 01/jul./2010 | 01/jul./2010 | 30/jun./2011 | $200,000.00 | SERVICIOS LEGALES | A | 07/13/2010 |
| 2010-000112-A | 3020 | CANCIO, NADAL, RIVERA & DIAZ, P.S.C. | 03/mar./2010 | 03/mar./2010 | 30/jun./2010 | $200,000.00 | SERVICIOS LEGALES | A | 03/09/2010 |
| 2010-000112 | 3020 | CANCIO, NADAL, RIVERA & DIAZ, | 17/nov./2009 | 17/nov./2009 | 30/jun./2010 | $100,000.00 | SERVICIOS LEGALES | A | 12/23/2009 |

## Oficina del Contralor de Puerto Rico - Administrativo
### Contratos

| Número de Contrato | Número de Entidad | Contratistas | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo del Servicio | Estatus | Registrado En |
|---|---|---|---|---|---|---|---|---|---|
| | | P.S.C. | | | | | | | |

Oficina del Contralor de Puerto Rico - Administrativo

Contratos

| Número de Contrato | Número de Entidad | Contratistas | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo del Servicio | Estatus | Registrado En |
|---|---|---|---|---|---|---|---|---|---|
| 2022-000024 | 3020 | SCHUSTER AGUILÓ LLC | 01/jul./2021 | 01/jul./2021 | 30/jun./2022 | $228,000.00 | SERVICIOS LEGALES | T | 08/03/2021 |
| 2021-000020 | 3020 | SCHUSTER AGUILO LLC | 16/jul./2020 | 16/jul./2020 | 30/jun./2021 | $243,473.00 | SERVICIOS LEGALES | A | 07/17/2020 |
| 2020-000014-A | 3020 | SCHUSTER AGUILO LLC | 04/abr./2020 | 04/abr./2020 | 30/jun./2020 | $60,000.00 | SERVICIOS LEGALES | A | 04/15/2020 |
| 2020-000014 | 3020 | SCHUSTER AGUILO LLC | 28/jun./2019 | 01/jul./2019 | 30/jun./2020 | $243,473.00 | SERVICIOS LEGALES | A | 07/09/2019 |
| 2019-000017 | 3020 | SCHUSTER AGUILO LLC | 30/jul./2018 | 30/jul./2018 | 30/jun./2019 | $243,473.00 | SERVICIOS LEGALES | A | 07/31/2018 |
| 2018-000016 | 3020 | SCHUSTER AGUILO LLC | 11/jul./2017 | 11/jul./2017 | 30/jun./2018 | $290,700.00 | SERVICIOS LEGALES | A | 07/13/2017 |
| 2017-000055-A | 3020 | SCHUSTER AGUILO LLC | 22/dic./2016 | 22/dic./2016 | 30/jun./2017 | $161,500.00 | SERVICIOS LEGALES | A | 12/23/2016 |
| 2017-000055 | 3020 | SCHUSTER AGUILO LLC | 05/ago./2016 | 05/ago./2016 | 30/jun./2017 | $161,500.00 | SERVICIOS LEGALES | A | 08/08/2016 |
| 2016-000014-B | 3020 | SCHUSTER AGUILO LLC | 18/abr./2016 | 18/abr./2016 | 30/jun./2016 | $80,750.00 | SERVICIOS LEGALES | A | 04/20/2016 |
| 2016-000014-A | 3020 | SCHUSTER AGUILO LLC | 16/feb./2016 | 16/feb./2016 | 30/jun./2016 | $80,750.00 | SERVICIOS LEGALES | A | 02/17/2016 |
| 2016-000014 | 3020 | SCHUSTER AGUILO LLC | 01/jul./2015 | 01/jul./2015 | 30/jun./2016 | $161,500.00 | SERVICIOS LEGALES | A | 07/13/2015 |
| 2015-000049-C | 3020 | SCHUSTER AGUILO LLC | 04/may./2015 | 04/may./2015 | 30/jun./2015 | $90,000.00 | SERVICIOS LEGALES | A | 05/06/2015 |
| 2015-000049-B | 3020 | SCHUSTER AGUILO LLC | 20/feb./2015 | 20/feb./2015 | 30/jun./2015 | $90,000.00 | SERVICIOS LEGALES | A | 02/23/2015 |
| 2015-000049-A | 3020 | SCHUSTER AGUILO LLC | 10/nov./2014 | 10/nov./2014 | 30/jun./2015 | $100,000.00 | SERVICIOS LEGALES | A | 11/10/2014 |
| 2015-000049 | 3020 | SCHUSTER AGUILO LLP | 12/ago./2014 | 12/ago./2014 | 30/jun./2015 | $100,000.00 | SERVICIOS LEGALES | A | 08/15/2014 |

Oficina del Contralor de Puerto Rico - Administrativo

Contratos

| Número de Contrato | Número de Entidad | Contratistas | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo del Servicio | Estatus | Registrado En |
|---|---|---|---|---|---|---|---|---|---|
| 2013-000340-B | 3020 | SCHUSTER AGUILO LLP | 19/mar./2014 | 19/mar./2014 | 30/jun./2014 | $270,000.00 | SERVICIOS LEGALES | A | 03/19/2014 |
| 2013-000340-A | 3020 | SCHUSTER AGUILO LLP | 17/sep./2013 | 17/sep./2013 | 30/jun./2014 | $250,000.00 | SERVICIOS LEGALES | A | 09/18/2013 |
| 2013-000340 | 3020 | SCHUSTER AGUILO LLP | 10/jun./2013 | 10/jun./2013 | 30/jun./2014 | $100,000.00 | SERVICIOS LEGALES | A | 06/18/2013 |

Oficina del Contralor de Puerto Rico - Administrativo

Contratos

| Número de Contrato | Número de Entidad | Contratistas | Otorgado en | Vigencia Desde | Vigencia Hasta | Cuantía | Tipo del Servicio | Estatus | Registrado En |
|---|---|---|---|---|---|---|---|---|---|
| 2010-000017-B | 3020 | RAMOS GONZALEZ Y TOYOS OLASCOAGA C.S.P. | 30/jun./2010 | 30/jun./2010 | 30/jun./2010 | $38,765.00 | SERVICIOS LEGALES | A | 07/15/2010 |
| 2010-000017-A | 3020 | RAMOS GONZALEZ Y TOYOS OLASCOAGA C.S.P. | 29/mar./2010 | 29/mar./2010 | 30/jun./2010 | $275,000.00 | SERVICIOS LEGALES | A | 04/08/2010 |
| 2010-000017 | 3020 | RAMOS GONZALEZ Y TOYOS OLASCOAGA C.S.P. | 01/jul./2009 | 01/jul./2009 | 30/jun./2010 | $200,000.00 | SERVICIOS LEGALES | A | 07/15/2009 |
| 2009-000010 | 3020 | RAMOS GONZALEZ Y TOYOS OLASCOAGA C.S.P. | 01/jul./2008 | 01/jul./2008 | 30/jun./2009 | $500,000.00 | SERVICIOS LEGALES | A | 07/10/2008 |
| 2008-000013-A | 3020 | RAMOS GONZALEZ Y TOYOS OLASCOAGA CSP | 29/feb./2008 | 29/feb./2008 | 30/jun./2008 | $175,000.00 | SERVICIOS LEGALES | A | 03/17/2008 |
| 2008-000013 | 3020 | RAMOS GONZALEZ Y TOYOS OLASCOAGA CSP | 01/jul./2007 | 01/jul./2007 | 30/jun./2008 | $325,000.00 | SERVICIOS LEGALES | A | 08/09/2007 |
| 2006-000072-C | 3020 | RAMOS GONZALEZ Y TOYOS OLASCOAGA CSP | 04/abr./2007 | 04/abr./2007 | 30/jun./2007 | $210,000.00 | SERVICIOS LEGALES | A | 04/08/2007 |
| 2006-000072-B | 3020 | RAMOS GONZALEZ Y TOYOS OLASCOAGA CSP | 19/oct./2006 | 19/oct./2006 | 30/jun./2007 | $0.00 | SERVICIOS LEGALES | A | 11/07/2006 |
| 2006-000072-A | 3020 | RAMOS GONZALEZ Y TOYOS OLASCOAGA CSP | 30/jun./2006 | 30/jun./2006 | 30/jun./2007 | $60,000.00 | SERVICIOS LEGALES | A | 07/18/2006 |
| 2006-000072 | 3020 | RAMOS GONZALEZ | 19/ago./2005 | 19/ago./2005 | 30/jun./2006 | $75,000.00 | SERVICIOS | A | 09/07/2005 |

## Fwd: First Circuit Court of Appeals 19-1167 / 17-cv-2340 / summary judgment / exhibits

**Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>**
Mon 10/25/2021 12:38 PM
To: ods06667cpc <ods06667cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]

Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** October 25, 2021 at 12:13:51 PM AST
> **To:** marperez@justicia.pr.gov, Erika Berrios <eberrios@salawpr.com>, srivera@salawpr.com,
> corraldieg@gmail.com, afernandez@delgadofernandez.com, Rafael Fernandez Castañer
> <rfernandez@justicia.pr.gov>, david.o.martorani@usdoj.gov,
> domingo.emanuelli@justicia.pr.gov, Carlos Lugo <clugofiol@gmail.com>, ltucker@ntts.edu,
> asuntoslegales@ramajudicial.pr, mariana.e.bauza@usdoj.gov, fuertes abogados
> <abogados@fuerteslaw.com>, incarrau@justicia.pr.gov, blportela@justicia.pr.gov,
> whmocarski@ntts.edu, arperez@justicia.pr.gov, archico@justicia.pr.gov, jborras@justicia.pr.gov,
> equesada@justicia.pr.gov, hkowalchyk@ntts.edu, jcarrion@justicia.pr.gov,
> lisanchez@justicia.pr.gov, vcarbonell@justicia.pr.gov, joaldebol@justicia.pr.gov,
> ainez.medina@acueductospr.com, glorimar.chiclana@acueductospr.com,
> raquel.matos@acueductospr.com, mgierbolini@justicia.pr.gov, B Jones
> <jones.brittany77@gmail.com>, Carmencita Ramos <karyoslan08@gmail.com>, "Maeve E.
> Huggins" <mhuggins@ch.ci.buffalo.ny.us>, New Court
> <newbaltimoretowncourt@nycourts.gov>, kevin@spotonstorage.net, migarcia@justicia.pr.gov,
> Madeline Cruz Flores <mcruz@ocpr.gov.pr>, Maribel Luque <maluque@justicia.pr.gov>,
> yjuarbe@justicia.pr.gov, Thalia Gomez <joseph.thalia2122@gmail.com>,
> wburgos@justicia.pr.gov, Jennifer Siroti <jsiroti@cbdm.com>, Deseriee
> <deseriee323@hotmail.com>, mark@erie.gov, dmpatton@bpdny.org, Christina despiau
> <chdespiau@yahoo.com>, braymond@teamsters.org, ytoyos@ramostoyoslaw.com,
> ftpr@coqui.net, handuze@microjuris.com, rgtolaw@gmail.com, mirodriguez@justicia.pr.gov,
> jareeder@jonesday.com, radicaciones@jrt.gobierno.pr, Nadal@cnr.law, apagan@cnr.law,
> county.executive@erie.gov, sheriff@erie.gov, ivramirez@justicia.pr.gov, Marilyn González
> Martínez <mgonzalez@justicia.pr.gov>, Miretza Diaz Rodriguez <mirdiaz@justicia.pr.gov>,
> mrodriguez@justicia.pr.gov, spenagaricano@justicia.pr.gov
> **Subject: First Circuit Court of Appeals 19-1167 / 17-cv-2340 / summary judgment /
> exhibits**

**A A A**

**UNION INDEPENDIENTE AUTENTICA**
EMPLEADOS AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS
Calle Mayaguez # 49, San Juan, PR 00917

Tel. 787-777-4003
Fax.787-767-2807

8 de abril de 2010

Sr. Jaime A. Díaz O'Neill
Suit 428 PO Box 20000
Canovanas, PR 00729

Estimado señor O'Neill:

En carta fechada el 25 de marzo de 2010, nos solicita el relevo de la Unión
de los Empleados de la Autoridad de Acueductos y Alcantarillados de Puerto
rico como su representante en su caso de destitución sumaria. Se acepta su
solicitud con la presente.

Oportunamente se le notificará para que pase a recojer el expediente.

Cordialmente;

Jesus M. Díaz Allende
Presidente

9 De Julio De 2010

Hon. Sonia I. Velez Colon
Directora administrativa
De los Tribunales De PR.
In Re: abuso de la Rama Judicial
Del estado libre asociado De PR.
Juezes y funcionarios.

Estimada Directora:
Por medio del presente escrito
Soliato De ustes cita urgente
al Relacion al abuso De la
Rama Judicial Del estado libre
asociado De Puerto Rico y sus
funcionarios para con mi
per sola y mi familia, la sit
uacion obta sumamente seria
y preocupante de parte De
Jueces, funcionarios y abogados
Reitero la cita urgente.

oc. Junta de Control y
prensa de PR.

Samuel A. Diaz
Suite 458 Po box
20.000 Cidra PR
787. 447-31

Decisión y Orden D-2010-1439
Caso Núm.: CA-2009-21

## NOTIFICACIÓN

Certifico que en el día de hoy se ha notificado, mediante correo certificado con acuse de recibo, copia de la presente Decisión y Orden, a las siguientes personas:

1. Lcdo. Víctor Rodríguez Fuentes
   Cancio, Nadal, Rivera & Díaz, P.S.C.
   PO Box 364966
   San Juan, PR 00936-4966

2. Lcda. Tania M. Vázquez Maldonado
   Cancio, Nadal, Rivera & Díaz, P.S.C.
   PO Box 364966
   San Juan, PR 00936-4966

3. Ing. José F. Ortiz
   Director Ejecutivo de la AAA
   PO Box 7066
   San Juan, PR 00916-7066

4. Sr. Jaime Díaz O'neill
   Suite 428
   PO Box 20000
   Canóvanas, PR 00729

5. División Legal
   Junta de Relaciones del Trabajo
   (A la Mano)

En San Juan, Puerto Rico, a _16_ de junio de 2010.

Lcda. Michelle Brull Díaz
Secretaria Interina de la Junta

SELLO OFICIAL

De conformidad con las disposiciones de la Sección 3.15 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada, conocida como la Ley de Procedimiento Administrativo Uniforme, la parte adversamente afectada por la presente Decisión y Orden, podrá dentro del término de veinte (20) días, contados a partir de la fecha de archivo en autos de copia de su notificación, presentar una moción de reconsideración. En la alternativa, conforme lo dispuesto en la Sección 4.2 de la Ley Núm. 170, *supra*, dentro del término de treinta (30) días, contados a partir de la fecha de archivo en autos de copia de su notificación, podrá presentar una Solicitud de Revisión Judicial ante el Tribunal de Apelaciones.

En San Juan, Puerto Rico, hoy _16_ de junio de 2010.

Lcdo. Jeffry J. Pérez Cabán
Presidente

Sr. Harry O. Vega Díaz
Miembro Asociado

6

Terna A.A.A/UIA                    16/IX/10

Jorge L. Torres Plaza
Benjamín Marsh
Jorge E. Rivera Delgado

El árbitro Seleccionado por las
partes atenderá los casos sigs:

   CQ - 03 - 115
   CQ - 04 - 020
   CQ - 04 - 153
   C Q - 02 - 004
   ┌ C Q - 04 - 336
Consolidar │ C Q - 04 - 294
   │ C Q - 04 - 300
   └ C Q - 04 - 301
   C Q - 04 - 727
   C Q - 04 - 1671

Gobierno y política

# Archivan investigación contra exadministrador de Ocalarh

No le asignarán un fiscal especial a Harry Vega.





Sent from my iPhone









PRIVATIZACIÓN: MIRADA HISTÓRICA

# Recordando la fallida privatización de la AAA

**Por: Julio Rivera Saniel**
**Actualizado hace 15 horas**



81 /19 ᷵꙳







LA CASA DE LOS TORNILLOS
PUERTO NUEVO
PO Box 365047
San Juan, PR 00936-5047
Phone: (787) 783-0262
Fax: (787) 783-7222

## Sales Receipt

Invoice Number:         01-20551285
Date:   10/23/2021      Time:  9:53:47 AM
Cashier:  6150          Register #:    1
Prepared by:            Miguel Rodriguez
Sequence #:             595573

Item    Description                         Amount
======= =================================== =======
HMM14200XHEX CAP BOLT M14-2.0 x             $1.56
HMM08125XHEX CAP BOLT M8-1.25 x             $0.35

                                     ============
                    Sub Total            $1.91
                    State Tax            $0.20
                    City Tax             $0.02
                    Total                $2.13

                    CASH Tendered        $2.25
                    Change CASH          $0.12


CONTROL: CJSLZ-ZNRPA
BS
Processed by Business Computer POS



0 1 - 2 0 5 5 1 2 8 5

¡Gracias Por Su Patrocinio!

Para mas informacion sobre nuestros
productos y servicios visitenos en:
WWW.TORNILLOSPR.COM

¿Preguntas, Comentarios o Sugerencias?
preguntas@tornillospr.com








**GOBIERNO DE PUERTO RICO**
GOVERNMENT OF PUERTO RICO
NEGOCIADO DE LA POLICIA DE PUERTO RICO
POLICE OF PUERTO RICO
**CERTIFICADO NEGATIVO DE ANTECEDENTES PENALES**
NEGATIVE CERTIFICATE OF PENAL RECORD

Certifico que: JAIME A DIAZ ONEILL
Certify that: JAIME A DIAZ ONEILL

Residente en: Carolina, Puerto Rico
Resident of: Carolina, Puerto Rico

Fecha de nacimiento: 24/09/1969
Date of birth: 09/24/1969

Natural de: SAN JUAN
Place of birth: SAN JUAN

Seguro Social: xxx-xx-5985
Social Security: xxx-xx-5985

Num. Solicitud: 11427550683053189887
Application num.: 11427550683053189887

Al momento de realizar el cotejo no aparece con antecedentes penales de la División de Expedición de Certificados de Antecedentes Penales de la Policía de Puerto Rico. Esta certificación se expide conforme a la ley 254 del 27 de julio de 1974, según enmendada por la ley 314 del 15 de septiembre de 2004, 34 L.P.R.A. Sección 1725. El cotejo se limita a las sentencias emitidas por los tribunales del Estado Libre Asociado de Puerto Rico. Este documento excluye información recibida de la jurisdicción federal u otro país, así como convicciones legalmente eliminadas del expediente penal e indultos, si alguno.

**No constituye una identificación de la persona a cuyo nombre se expide.**
**El receptor del documento debe verificar la identidad de la persona concernida.**

At the time of search did not appear with a penal record in the Division of Penal Records Certificate Expedition of the Police of Puerto Rico. This certificate is issued in compliance with Public Law 254 of July 27, 1974, as amended by Law 314 of September 15, 2004, 34 L.P.R.A. Section 1725. The search was limited only to the sentences emitted by the Courts of the Commonwealth of Puerto Rico. It excludes information received from federal jurisdiction and other countries, also convictions legally eliminated from penal records or pardons, if any.

**This document does not constitute an idenfication of bearer.**
**The receptor of this document should verify the identity of the person concerned.**

**Sello de Rentas Internas Cancelado**

Dado en San Juan Puerto Rico hoy 19/08/2021
Issued in San Juan, Puerto Rico 08/19/2021

Comisionado del Negociado de la Policía de Puerto Rico
Commissioner of the Puerto Rico Police Bureau

A petición de: JAIME A DIAZ ONEILL
Requested By: JAIME A DIAZ ONEILL

Comisionado Asociado del NPPR
NPPR Associate Commissioner

Para validar la información contenida en este certificado, favor acceder a:
To validate the information in this certificate, please access the URL:
https://servicios.pr.gov/validar/cap
* Favor de utilizar el núm. de solicitud como código de validación
* Please use the Application number as validation code.

ADVERTENCIA: Cualquier alteración anula este certificado y constituirá violación al artículo 292 del Código Penal.
WARNING: Any alteration voids this certificate and constitutes a violation of article 292 of the Penal Code.







EXHIBIT 28

