Please Register
Urgent Under
17-03283
SDD 17-8966
17-8975

United States district court
of
Puerto Rico

Jamie A. Diaz Ortiz
Plaintiff

v.

estado libre asociado de
Puerto Rico et als
Defendants

17-CV-2340 (WGY)

RECEIVED & FILED
2021 NOV -1 PM 3:44

2017 DEC -4 PH 3:16
RECEIVED AND FILED
U.S. DISTRICT COURT
CASHIER

Demanda

Comparece el sr. Jamie A. Diaz Ortiz Por derecho
Propio quien suscribe y muy respetuosamente
expone, alega, solicita:

I. Jurisdicción

el Honorable tribunal de distrito para Puerto
Rico tiene jurisdicción sobre la Materia por
ser el gobierno de los estados unidos de
America una parte demandada en el presente
Recurso, asi igual, porque dicha accion en
vuelve los derechos inherentes bajo la Consti
tucion de los estados unidos Según sus dispo
siciones de aplicación federal para todos sus
estados y territorios, asi, igual para la
observancia de todos los ciudadanos
americanos como en el caso que nos ocupa
sandemos de conformidad el que el Honorable
tribunal tiene jurisdiccion para entender bajo
el 42 USC 1983.

## Plaintiff

1) James Diaz O'Neill
PO Box 698 Times Square Station
New York, NY 10108
Jamesa.DiazOneill@gmail.com
787-647-2424 Tel.
XXX-XX-5985 ss

## Defendants

2) Estado Libre asociado de PR et. al.s
Ricardo Rosselló Nevares (gobernador) funcionarios x, y, z
Calle Olimpo ess. ant Nayler
Pda. 11 Miramar San Juan PR 00907
787-781-2900

3) Autoridad de Acueductos y Alcantarillados de PR empleados
el diaz Arronza (director ejecutivo) A, z, y
604, ave. Barbosa edif. sergio Cuevas
busialante Hato Rey San Juan PR 00916
787-620-2277

4) Union independiente AutenTica uniones/todas
Pedro J Pinto Maylui (presidente) A, z, y
#459 Calle Najaguez San Juan PR 00917
787-777-8585

5) Junta de Relaciones del Trabajo de PR
Norma Mendoz Silveg Ndl. (presidenta interina)
10 52 GA Plaza pisos 7 y 8 ave. Muñoz Rivera
San Juan PR 00917   empleados A, z, y

6) Oficina Administracion de los Tribunales de PR
Sigfredo Steidel – Administrador Para Judicial empleados
268 ave. Muñoz Rivera San Juan PR 00918 A z y

787 641-6363

7) St. James Security Inc.
1804 Calle Ponce de Leon
San Juan PR 00926
Director ejecutivo / empleados A, z, y
787-754-8448

8) Policia de Puerto Rico
Michelle Hidhey - Superintendente
Policias, y policias, x, y, z
ave. Fd. Roosevelt 601 Cuartel general
Hato Rey s.j PR 00936        787-793-1234

9) los Estados unidas de America
Donald Trump - Presidente
Torre CHardon Suite 1201
350 Carlos CHardon Street
San Juan PR 00918
787-766-5656

10) Departamento del Trabajo y Recursos Humanos de PR
505 ODH Prudencio Rivera Martinez
ave. Munoz Rivera Hato Rey PR 00918,
787-787-7000 Carlos Saavedra - Secretario
empleados A, z, y

III  Demanda

1) el sr. Jaime A. Diaz ONeill fue despedido
de funciones y deberes segun su puesto
de Oficinista Dentro Potronico I en la
Autoridad de Acueductos y Alcantarillados de
Puerto Rico.

a) Que la Carta de destitucion de Jaime A. Diaz Oneill firmada por el ing. Jorge Rodriguez Ruiz Nunca establecio un foro de Conformidad Para apelar dicha determinacion dentro de termino alguno Segun las disposiciones Contractuales, en Violacion al debido proceso de ley y derechos constitucionales.

3) Que previamente a la Carta de destitucion, en lo procesal, el sr. Jaime A. Diaz Oneill Nunca Recibio Comunicacion verbal o escrita sobre el proceso que se seguia en el area de Recursos Humanos y Relaciones laborales Tan es asi que el sr. Jaime A. Diaz Oneill le escribe de Conformidad a la sra. Belkin Nieves Gonzalez, Directora de Recursos Humanos de la AAA.

4) Que el sr. Jaime A. Diaz Oneill Radico una querella por derecho propio en el foro dispuesto de Conformidad Segun las disposiciones Contractuales, que luego igual Radico la union en favor de Jaime A. Diaz Oneill por igual Motivo.

5) Que las disposiciones Contractuales establecen que Como en el Caso que Nos ocupa, una vez Radicado el Caso en dicho Comite de querellas, se tenia que ver en 45 dias el Caso, de lo Contrario se adju-dicaba de forma expedita en favor de la Parte que incumplio, en el Caso que Nos ocupa, la AAA desnaturalizo el foro de Conformidad dispuesto en el Contrato.

6) Que así, las cosas y al incumplir contractualmente en sus disposiciones, el caso queda adjudicado a los 45 días del por ctte de recibido, en el comité dispuesto en el contrato, por la AAA haber desmantelado el foro dispuesto y no seguir el debido proceso.

7) Que así, de conformidad la Junta de Relaciones del trabajo de Puerto Rico adjudicó mediante su decisión y fue confirmada por el Tribunal de Apelaciones mediante recurso de revisión y así expedido su mandato bajo el CA-2005-31

8) Que el caso de Jaime L. Díaz Ortiz fue adjudicado de forma expedita, es cosa juzgada a favor de Jaime L. Díaz Ortiz.

9) Que la AAA ha conspirado con las partes demandadas a los efectos de negar los remedios ya como cosa juzgada y según fueran solicitados en las respectivas querellas sometidas oportunamente ante el comité dispuesto en el contrato.

10) Que la AAA ha conspirado con el gobierno y otras agencias gubernamentales, con la rama judicial en la violación concertada de mis derechos constitucionales y el debido proceso de ley.

11) Que la AAA conspiró con el gobierno y agencias relacionadas en el tema, como la propia Junta de Relaciones del trabajo, el dpto. del trabajo de PR, st. James security, la policía de Puerto Rico, la unión independiente auténtica,

la Oficina de la administracion de los
tribunales de puerto Rico (Rama judicial)

18) Que la AAA Conspiro con la union independiente
Autentica y con la junta de Relaciones del
trabajo, en detrimento de los derechos de
Jaime Diaz Ortiz. Igual Conspiro el dpto.
del trabajo sin jurisdiccion alguna al
intervenir ilegalmente y en acciones
Nulas, sobre Materia de cosa juzgada.

13) Que la AAA. Ha utilizado a la Comonte
si quienes y a la policia de puerto Rico,
a funcionarios de la Rama judicial para
Tales violaciones de derechos Constitucions
les y el debido proceso de ley.

14) Que la Conspiracion de las partes demandadas
Sumada a la intervencion ilegal de funcionarios
X, V, Z, en Cada cual de dichas agencias
Sus empleados X, V, Z participaron con
el fin de impedir los Remedios segun
Solicitados en querella, en su jurisdiccion
Original y que hoy es Cosa juzgada por
adjudicacion expresa.

15) Que los derechos segun la Constitucion de los
estados unidos Han Sido ignorados privando al
sr. Jaime A. diaz ortiz de su empleo, de su
Hogar y el de su familia Causando daños
inimaginables a la vida de Jaime.

16) Que la AAA, la union independiente Autentica, la
junta de Relaciones del trabajo y el dpto. del
trabajo Realizaron unilateralmente y llevaron

a, Cabo procesos y procedimientos fatulas
Ilegales y nulos sin ningun tipo de
Curisdiccion Sobre la Materia de Cosa
Juzgada una Decision expedira a favor
de Jame A Diaz Onill

17) Que el sr. Jame A Diaz Onill prose trato
de contorne a sus derechos Constitucionales
Representar la posicion de su Reclamo de
Cosa Juzgada en contranco del tremlio
politica perindista en diferentes instan
cias Como en la Rama Judicial entre
otros partes demandados y que se han
Constituendo en grupos para Violar mis
derechos Constitucionales bajo la
Constitucion de los estados unidos y el
Debido proceso de ley, los estados unidos
Me garantizaran bajo la constitucion la igual pateccion de
os leyes entre mi derecho prose, el derecho prose NO existe
Por Ndo lo cual

Se Solicita demanda de $ 100.000.000.00
Millones bajo las disposiciones
del 42 USC-1983

Jame A Diaz Onill
Po box 668 Times square station
New York NY 10108
787-007-0434
JameA Diaz Onill@ y Mail.com

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jaine A. Diaz-O'Neill | 17-cv-02340-WGY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Governor Ricardo Rossello-Nevarez, ET AL. | SUMMONS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**
St. James Security, Executive Director *Vesist Under*
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1604 Calle Ponce de Leon San Juan, PR 00926

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jaime A. Diaz-O'neill
PO Box 698
Times Square Station
New York, NY 10108

| | |
|---|---|
| Number of process to be served with this Form 285 | 17-03383 |
| Number of parties to be served in this case | 17-0966 |
| Check for service on U.S.A. | 17-8975 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                   Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 11/16/18 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 11/2/208 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) Eileen de Jesus - Human Resources Assistant | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address (*complete only different than shown above*) Same | Date 11/29/18 | Time 12:30 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy — PS | |

| Service Fee 65.00 | Total Mileage Charges including endeavors) 3.39 | Forwarding Fee — | Total Charges 68.39 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

2018 DEC -7 AM 9:21

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-4 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02340-WGY Case Document 13-4 Filed 2/07/18 Page 1 of 2
Case 3:17-cv-02340-WGY Document 13 Filed 11/16/18 Page 13 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-O'Neill <br><br> _Plaintiff(s)_ <br> v. <br><br> Governor Ricardo Rosselio-Nevarez et. als. <br><br> _Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  3:17-cv-02340-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ St. James Security, dirigido al Director Ejecutivo
1604 Calle Ponce de Leon
San Juan PR 00926

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-O'Neill
P.O. Box 698
Times Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.

CLERK OF COURT

Date: ___11/16/2018___

Digitally signed by Rebeca Isaac
Date: 2018.11.16 17:48:38
-04'00'

_Signature of Clerk or Deputy Clerk_

Case:17-03283-LTS   Doc#:19006-4   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Case 3:17-cv-02340-WGY Case Document 13-40 Filed 12/07/18 Page 2 of 2

Case 3:17-cv-02340-WGY   Document 13   Filed 11/16/18   Page 14 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:17-cv-02340-WGY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* St. James Security

was received by me on *(date)* 11/29/18 .                    Direction Ejecutivo

☑ I personally served the summons on the individual at *(place)* 1604 Calle Ponce de Leon

San Juan PR, thru Aileen de Jesus on *(date)* 11/29/18 ; or
                Human Resources

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 11/29/18

_____
Server's signature

Wilfred Aguayo - PS
Printed name and title

USMS Hato Rey PR
Server's address

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Jaime A. Diaz-O'Neill | COURT CASE NUMBER 17-cv-02340-WGY |
|---|---|
| DEFENDANT Governor Ricardo Rossello-Nevarez, ET AL. | TYPE OF PROCESS SUMMONS |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Puerto Rico Police Department, Michelle Fraley, Superintendent
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
601 Cuartel Central Ave. F.D. Roosevelt San Juan, PR 00936

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Jaime A. Diaz-O'neill<br>PO Box 698<br>Times Square Station<br>New York, NY 10108 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service*):
Fold                                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 11/16/18 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process 1 | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk DG | Date 11/21/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) Miguel Rivera - religion Legal Division | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) same | Date 11/29/18 | Time 10:42 ☒ am ☐ pm |
| | Signature of USS Marshal or Deputy |

| Service Fee 65.00 | Total Mileage Charges including *endeavors* 3.39 | Forwarding Fee — | Total Charges 68.39 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS   Doc#:19006-4   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Case 3:17-cv-02340-WGY   Document 13-8   Filed 12/07/18   Page 1 of 2
Case 3:17-cv-02340-WGY   Document 13   Filed 11/16/18   Page 7 of 20

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | | |
|---|---|---|
| Jaime A. Diaz-O'Neill | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:17-cv-02340-WGY |
| v. | ) | |
| Governor Ricardo Rosello-Nevarez et. als. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michelle Fraley, Superintendente
Policia de Puerto Rico
601 Cuartel General - Ave. F. D. Roosevelt
San Juan PR 00936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jaime A. Diaz-O'Neill
P.O. Box 698
Times Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date:  _11/16/2018_                    _____
Digitally signed by Rebeca Isaac
Date: 2018.11.16 17:47:57
-04'00'

*Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS   Doc#:19006-4   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Case 3:17-cv-02340-WGY   Document 13-3   Filed 12/07/18   Page 2 of 2
Case 3:17-cv-02340-WGY   Document 13   Filed 11/16/18   Page 8 of 20

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:17-cv-02340-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michelle Finley - PRPD Superintendent

was received by me on *(date)* 11/29/18 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Miguel Rivera , who is

designated by law to accept service of process on behalf of *(name of organization)* PRPD Legal

Division on *(date)* 11/29/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/29/18

_____
*Server's signature*

Wilfred Anayo. PS
*Printed name and title*

USM.S Hato Rey PR
*Server's address*

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>Jaime A. Diaz-O'Neill | COURT CASE NUMBER<br>17-cv-02340-WGY |
|---|---|
| DEFENDANT<br>Governor Ricardo Rossello-Nevarez, ET AL. | TYPE OF PROCESS<br>SUMMONS |

SERVE AT
{ 
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Department of Labor and Human Resources, Carlos Saavedra, Secretary
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
505 Ave. Prudencio Rivera Melendez, Ave. Munoz Rivera San Juan, PR 00918

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jaime A. Diaz-O'neill<br>PO Box 698<br>Times Square Station<br>New York, NY 10108 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                       Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>11/16/18 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date 11/21/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)   Floor 21<br>Fralia Rivera - nephew | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above)<br>mme | Date 11/29/18   Time 2:34 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>W Vargo - PS |

| Service Fee<br>65.0E | Total Mileage Charges including endeavors)<br>3-39 | Forwarding Fee<br>— | Total Charges<br>68.39 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

2018 DEC -7 AM 9:22

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS   Doc#:19006-4   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Case 3:17-cv-02340-WGY Case Document 13-5 Filed 12/07/18 Page 1 of 2
Case 3:17-cv-02340-WGY   Document 13   Filed 11/16/18   Page 5 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## for the

### District of Puerto Rico

|  |  |
|---|---|
| Jaime A. Diaz-O'Neill | ) |
|  | ) |
|  | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Governor Ricardo Rossello-Nevarez et. als. | ) |
|  | ) |
|  | ) |
| _Defendant(s)_ | ) |

Civil Action No.  3:17-cv-02340-WGY

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Carlos Saavedra, Secretario
Departamento del Trabajo y Recursos Humanos
505 Ave. Prudencio Rivera Melendez
Ave. Muñoz Rivera
San Juan PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jaime A. Diaz-O'Neill
P.O. Box 698
Times Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_FRANCES RIOS DE MORAN, ESQ._
_CLERK OF COURT_

Date: _____11/16/2018_____          Digitally signed by Rebeca Isaac
Date: 2018.11.16 17:47:40
-04'00'

_Signature of Clerk or Deputy Clerk_

Case:17-03283-LTS  Doc#:19006-4  Filed:11/01/21  Entered:11/02/21 09:39:57  Desc:
Case 3:17-cv-02340-WGY  Document 13-45  Filed 12/07/18  Page 2 of 2
Case 3:17-cv-02340-WGY  Document 13  Filed 11/16/18  Page 6 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-02340-WGY

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Carlos Saavedra - Secretario Dpto del Trabajo

was received by me on *(date)* 11/29/18 .

☒ I personally served the summons on the individual at *(place)* Departamento del Trabajo, 21st Floor - Secretary's Office thru Fralin Riveria on *(date)* 11/29/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/29/18

_____
*Server's signature*

W. Fred Huango - PS
*Printed name and title*

USMS Hato Rey PR
*Server's address*

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Jaime A. Diaz-O'Neill | COURT CASE NUMBER 17-cv-02340-WGY |
|---|---|
| DEFENDANT Governor Ricardo Rossello-Nevarez, ET AL. | TYPE OF PROCESS SUMMONS |

SERVE AT

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Junta de Relaciones del Trabajo de Puerto Rico, Norma Mendez Silvagnoli, Interim President
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
#1052 GA Plaza, Pisis 7 y 8 Ave. Munoz Rivera San Juan, PR 00917

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jaime A. Diaz-O'neill
PO Box 698
Times Square Station
New York, NY 10108

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                           Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 11/16/18 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | l | No. 69 | No. 69 | | 11/21/2018 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Norma Mendez – Interim president floor 8 | Date 11/29/18 | Time 5:06 | ☐ am ☐ pm |
| Address (*complete only different than shown above*) | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 3.39 | — | 68.39 | | $0.00 |

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-4 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02340-WGY Document 1347 Filed 12/07/18 Page 1 of 2
Case 3:17-cv-02340-WGY Document 13 Filed 11/16/18 Page 9 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| Jaime A. Diaz-O'Neill | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 3:17-cv-02340-WGY |
| Governor Ricardo Rossello-Nevarez et. als. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Norma Mendez Silvagnoli, Presidenta Interina
Junta de Relaciones del Trabajo de PR
#1052 GA Plaza, Pisos 7 y 8, Avenida Muñoz Rivera
San Juan PR 00917

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jaime A. Diaz-O'Neill
P.O. Box 698
Times Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____11/16/2018_____

Digitally signed by Rebeca Isaac
Date: 2018.11.16 17:48:10
-04'00'

*Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS    Doc#:19006-4    Filed:11/01/21    Entered:11/02/21 09:39:57    Desc:
Case 3:17-cv-02340-WGY  Document 13-47    Filed 12/07/18    Page 2 of 2
Case 3:17-cv-02340-WGY    Document 13    Filed 11/16/18    Page 10 of 20

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:17-cv-02340-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vivians Mlendez - Residente internir
was received by me on *(date)* 11/29/18 .    Junta / Relaciones Trabajo

☑ I personally served the summons on the individual at *(place)* 1052 EA ACH 24
Muñoz Rivera Ave, San Juan PR            on *(date)* 11/29/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/29/18
                                    _____
                                    *Server's signature*

                                    Wilfred Acunzo - PS
                                    *Printed name and title*

                                    USMS  Hato Rey PR
                                    *Server's address*

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Jaime A. Diaz-O'Neill | COURT CASE NUMBER<br>17-cv-02340-WGY |
|---|---|
| DEFENDANT<br>Governor Ricardo Rossello-Nevarez, ET AL. | TYPE OF PROCESS<br>SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Authority of Aqueduct and Sewers, Eli Diaz-Atienza, Director

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
#604 Ave. Barbosa, Esq. Sergio Cuevas Bustamante, Hato Rey San Juan, PR 00916

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Jaime A. Diaz-O'neill<br>PO Box 698<br>Times Square Station<br>New York, NY 10108 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>11/16/18 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. 65 | District to Serve<br>No. 65 | Signature of Authorized USMS Deputy or Clerk | Date<br>0 21 2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Elsa M. Condino- Reception Directions Office

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Same

| Date<br>11/29/18 | Time<br>2:13 | ☐ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy
PS

| Service Fee<br>65.00 | Total Mileage Charges including endeavors)<br>3.39 | Forwarding Fee | Total Charges<br>68.39 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-4 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02340-WGY Document 13-9 Filed:12/07/16 Page 1 of 2
Case 3:17-cv-02340-WGY Document 13 Filed 11/16/18 Page 17 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

OAO PRESIDENTE EJECUTIVA

Jaime A. Diaz-O'Neill

RECIBIDO 25 NOV 16 PM 2:05

_Plaintiff(s)_

v.

Civil Action No. 3:17-cv-02340-WGY

Governor Ricardo Rossello-Nevarez et. als.

_Defendant(s)_

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Eli Diaz-Atienza, Director Autoridad de Acueductos y Alcantarillados
#604 Ave. Barbosa, Esq. Sergio Cuevas Bustamante
Hato Rey, San Juan PR 00916

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jaime A. Diaz-O'Neill
P.O. Box 698
Times Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
_CLERK OF COURT_

Date: ___11/16/2018___

Digitally signed by Rebeca Isaac
Date: 2018.11.16 17:49:06
-04'00'

_Signature of Clerk or Deputy Clerk_

Case:17-03283-LTS Doc#:19006-4 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02340-WGY Case Document 1449 Filed 12/07/18 Page 2 of 2
Case 3:17-cv-02340-WGY Document 13 Filed 11/16/18 Page 18 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-02340-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eli Diaz - Atienza Director

was received by me on *(date)* 11/29/18 . Autoridad Acueductos Alcontarellados

☑ I personally served the summons on the individual at *(place)* AAA Director's Office,

Av. Barbosa, HR. PR thru Elsa M. Cordin on *(date)* 11/29/18 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/29/18 _____
_____
*Server's signature*

Wilfred Aguayo - PS
*Printed name and title*

USMS Hato Rey, PR
*Server's address*

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>Jaime A. Diaz-O'Neill | COURT CASE NUMBER<br>17-cv-02340-WGY |
|---|---|
| DEFENDANT<br>Governor Ricardo Rossello-Nevarez, ET AL. | TYPE OF PROCESS<br>SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States of America, Donald Trump, President

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
US Attorney's Office Torre Chardon Suite 1201, 350 Carlos Chardon Ave. San Juan, PR 00918

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Jaime A. Diaz-O'neill<br>PO Box 698<br>Times Square Station<br>New York, NY 10108 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                         Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>11/16/18 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. **l5** | District to Serve<br>No. **l6** | Signature of Authorized USMS Deputy or Clerk | Date<br>11/21/2018 |
|---|---|---|---|---|---|
| | **1** | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , connpany, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (If not shown above)<br>*Astrid Ruiz-Local Assistant thru USAO reception* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above)<br>*Dame* | Date<br>11/29/18 | Time<br>9 57 | ☐ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy<br>*M Baker - PS* |

| Service Fee<br>65.00 | Total Mileage Charges including endeavors)<br>3 39 | Forwarding Fee<br>— | Total Charges<br>68.39 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>**$0.00** |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: (To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS   Doc#:19006-4   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Case 3:17-cv-02340-WGY  Document 13-11  Page 12/07/18   Page 1 of 2
Case 3:17-cv-02340-WGY   Document 13   Filed 11/16/18   Page 3 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Puerto Rico

| | | |
|---|---|---|
| Jaime A. Diaz-O'Neill | ) | |
| | ) | |
| | ) | |
| . | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:17-cv-02340-WGY |
| v. | ) | |
| Governor Ricardo Rossello-Nevarez et. als. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Estados Unidos de America
Donald Trump, Presidente
US Attorney's Office
Torre Chardon Suite 1201
350 Carlos Chardon Ave.
San Juan PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jaime A. Diaz-O'Neill
P.O. Box 698
Times Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Digitally signed by Rebeca Isaac
Date: 2018.11.16 17:47:28 -04'00'

Date:     11/16/2018     _____
*Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS   Doc#:19006-4   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Case 3:17-cv-02340-WGY   Document 13-1   Filed 12/07/18   Page 2 of 2
Case 3:17-cv-02340-WGY   Document 13   Filed 11/16/18   Page 4 of 20

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:17-cv-02340-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Donald Trump - president USA_
was received by me on *(date)* _11/29/18_ .

☑ I personally served the summons on the individual at *(place)* _US Attorney's Office,_
_Hato Rey PR thru Astrid Ruiz_ on *(date)* _11/29/18_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  _11/29/18_

_____
Server's signature

_Wilfred Abunyo - PS_
Printed name and title

_USMS Hato Rey PR_
Server's address

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Jaime A. Diaz-O'Neill | COURT CASE NUMBER 17-cv-02340-WGY |
|---|---|
| DEFENDANT Governor Ricardo Rossello-Nevarez, ET AL. | TYPE OF PROCESS SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Commonwealth of Puerto Rico, Ricardo Rosello Nevarez, Governor of Puerto Rico
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Calle Olimpo Esq. Axtmayer, Prada 11 (Miramar) San Juan, PR 00902

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jaime A. Diaz-O'neill
PO Box 698
Times Square Station
New York, NY 10108

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold ... Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 11/16/18 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date 11/21/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)
Ivette Ocasio - Data entry - 405

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
Dpt Justicia, PR
CM Teniente Gonzalez 677, San Juan, PR

| Date 12/4/18 | Time 10:25 ☐ am ☐ pm |

Signature of U.S. Marshal or Deputy - P.S

| Service Fee 130.00 | Total Mileage Charges including endeavors 6.78 | Forwarding Fee — | Total Charges 136.78 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS: 12/4/18 - PR DOJ no longer at minimum st. - H

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-4 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02340-WGY Case Document 2341 Filed 12/14/18 Page 1 of 2
Case 3:17-cv-02340-WGY Document 13 Filed 11/16/18 Page 15 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-O'Neill | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Governor Ricardo Rossello-Nevarez et. als. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 3:17-cv-02340-WGY

DEPTO. DE JUSTICIA

### SUMMONS IN A CIVIL ACTION

DEC 4'18 10:28AM
CORRESPONDENCIA

To: *(Defendant's name and address)* Estado Libre Asociado de Puerto Rico
Ricardo Rossello-Nevarez, Gobernador Puerto Rico
Calle Olimpo Esq. Axtmayer, Parada 11 (Miramar)
San Juan PR 00902

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-O'Neill
P.O. Box 698
Times Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
*CLERK OF COURT*

Date: 11/16/2018

Digitally signed by Rebeca Isaac
Date: 2018.11.16 17:48:52
-04'00'

*Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS  Doc#:19006-4  Filed:11/01/21  Entered:11/02/21 09:39:57  Desc:
Case 3:17-cv-02340-WGY Document 23-1  Filed 12/14/18  Page 2 of 2
Case 3:17-cv-02340-WGY  Document 13  Filed 11/16/18  Page 16 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:17-cv-02340-WGY

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Estado Libre Asociado - Ricardo Roselló Governor*

was received by me on *(date)* *12/4/18*       .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or *Dpt. of Justice, of 405*

☑ I served the summons on *(name of individual)* *Ivette Ocasio - San Juan PR*, who is

designated by law to accept service of process on behalf of *(name of organization)* *Estado Libre*

*Asociado* on *(date)* *12/4/18* ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  *12/4/18*            _____
                              *Server's signature*

                              *Wilfred Acevedo - P.S.*
                              *Printed name and title*

                              *USMS Hato Rey PR*
                              *Server's address*

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Jaime A. Diaz-O'Neill | COURT CASE NUMBER<br>17-cv-02340-WGY |
|---|---|
| DEFENDANT<br>Governor Ricardo Rossello-Nevarez, ET AL. | TYPE OF PROCESS<br>SUMMONS |

**SERVE AT** {
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Union Independienta Autentica, Pedro Irene Maymi, President
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
#49 Calle Mayaguez San Juan, PR 00917

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jaime A. Diaz-O'neill<br>PO Box 698<br>Times Square Station<br>New York, NY 10108 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                          Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>11/16/18 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 65 | District to Serve<br>No. 69 | Signature of Authorized USMS Deputy or Clerk<br>DG | Date<br>11/21/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>*Name* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)*<br>*Name* | Date<br>12/4/18 | Time<br>10:50 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>*Alejandro - P.S.* |

| Service Fee<br>130.00 | Total Mileage Charges including *endeavors*)<br>11.30 | Forwarding Fee<br>— | Total Charges<br>141.30 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: 11/29/18 - 1:35pm - went to DIEA that there was nobody authorized to received this process

2018 DEC 14

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OR RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|

Case:17-03283-LTS   Doc#:19006-4   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Case 3:17-cv-02340-WGY Document 2343 Filed 12/14/18 Page 1 of 2
Case 3:17-cv-02340-WGY   Document 13   Filed 11/16/18   Page 1 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Puerto Rico

| | | |
|---|---|---|
| Jaime A. Diaz-O'Neill | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  3:17-cv-02340-WGY |
| Governor Ricardo Rossello-Nevarez et. als. | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Pedro Irene-Maymi, Presidente de Union Independiente Autentica
#49 Calle Mayaguez
San Juan PR 00917

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jaime A. Diaz-O'Neill
P.O. Box 698
Times Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

Date:  _11/16/2018_                                             _____
                                                               Digitally signed by Rebeca Isaac
                                                               Date: 2018.11.16 17:47:15
                                                               -04'00'

                                                               _Signature of Clerk or Deputy Clerk_

Case:17-03283-LTS  Doc#:19006-4  Filed:11/01/21  Entered:11/02/21 09:39:57  Desc:
Case 3:17-cv-02340-WGY  Document 23-43  Filed 12/14/18  Page 2 of 2
Case 3:17-cv-02340-WGY  Document 13  Filed 11/16/18  Page 2 of 20

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:17-cv-02340-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Pedro Irene Murgini - Unión_

was received by me on *(date)* _12/4/18_ .

☑ I personally served the summons on the individual at *(place)* _VIA #48 May 14 gue2 St._
_San Tum PR_ on *(date)* _12/4/18_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _12/4/18_

_____
Server's signature

_Wilfred Hump - P.S._
Printed name and title

_USM.S HATO Rey PR_
Server's address

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>Jaime A. Diaz-O'Neill | COURT CASE NUMBER<br>17-cv-02340-WGY |
|---|---|
| DEFENDANT<br>Governor Ricardo Rossello-Nevarez, ET AL. | TYPE OF PROCESS<br>SUMMONS |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE**<br>**AT** | Union Independiente Autentica |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | #49 Calle Mayaguez San Juan, PR 00917 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jaime A. Diaz-O'neill<br>PO Box 698<br>Times Square Station<br>New York, NY 10108 | Number of process to be<br>served with this Form 285 | |
| | Number of parties to be<br>served in this case | |
| | Check for service<br>on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                        Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>11/16/18 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 69 | District to Serve<br>No. 69 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/21/2018 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(If not shown above)*<br>*Pedro Irene Maqueri – UIA President* | ☐ A person of suitable age and discretion<br>then residing in defendant's usual place<br>of abode | |
|---|---|---|
| Address *(complete only different than shown above)*<br>*Same* | Date<br>12/4/18 | Time<br>10:50 ☒ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy<br>*P.S.* | |

| Service Fee | Total Mileage Charges<br>including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 3.39 | — | 68.39 | | $0.00 |

REMARKS: 11/28/18 - 1:35AM went to UIA but, there was NO one Authorized to received this process.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-4 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02340-WGY Document 2345 Filed 12/14/18 Page 1 of 2

Case 3:17-cv-02340-WGY Document 13 Filed 11/16/18 Page 19 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | | |
|---|---|---|
| Jaime A. Diaz-O'Neill | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:17-cv-02340-WGY |
| | ) | |
| Governor Ricardo Rossello-Nevarez et. als. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Union Independiente Autentica
#49 Calle Mayaguez
San Juan PR 00917

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jaime A. Diaz-O'Neill
P.O. Box 698
Times Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____ 11/16/2018

Digitally signed by Rebeca Isaac
Date: 2018.11.16 17:49:22
-04'00'

*Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS  Doc#:19006-4  Filed:11/01/21  Entered:11/02/21 09:39:57  Desc:
Case 3:17-cv-02340-WGY Case Document 13-45 Filed 12/14/18 Page 2 of 2
Case 3:17-cv-02340-WGY  Document 13  Filed 11/16/18  Page 20 of 20

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:17-cv-02340-WGY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* *Union Independiente Autentica*

was received by me on *(date)* *11/29/18* .

☒ I personally served the summons on the individual at *(place)* *#49 Mayaguez St.*
*San Juan PR, through UIA President Pedro Irene* on *(date)* *12/4/18* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ *0.00* .

I declare under penalty of perjury that this information is true.

Date: *12/4/18*

_____
*Server's signature*

*Wilfred Guzman - P.S.*
*Printed name and title*

*U.S.M.S. Hato Rey P.R.*
*Server's address*

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Jaime A. Diaz-O'Neill | COURT CASE NUMBER 17-cv-02340-WGY |
|---|---|
| DEFENDANT Governor Ricardo Rossello-Nevarez, ET AL. | TYPE OF PROCESS SUMMONS |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | Courts Administration Office, Juidicial Branch, Sigfredo Steidel |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 268 Ave. Munoz Rivera San Juan, PR 00918 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Jaime A. Diaz-O'neill PO Box 698 Times Square Station New York, NY 10108 | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 11/16/18 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 65 | District to Serve No. 65 | Signature of Authorized USMS Deputy or Clerk | Date 11/21/2019 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above or on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Leda. Ana Duque Garcia - Legal Advisor | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* Same | Date 12/4/18 | Time 11:30 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy P.S. |

| Service Fee 65.00 | Total Mileage Charges including endeavors) 3.39 | Forwarding Fee — | Total Charges 68.39 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See instructions for "Service of Process by U.S. Marshal"*

| PLAINTIFF United States of America | COURT CASE NUMBER CV 16-3131 (WGY) |
|---|---|
| DEFENDANT Property no. 14148, recorded at page 13 of volume 509 of Yauco, et al., | TYPE OF PROCESS SUBPOENA |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | Ángel L. Adan, Warden at Metropolitan Detention Center, Guaynabo, Puerto Rico |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 652 CARRETERA 28 GUAYNABO, PR 00965 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| Maritza González-Rivera, Assistant United States Attorney Legal Assistant: A. Ruiz Chardón Tower, Suite 1201, 350 Carlos E. Chardón St. San Juan, PR 00918 Tel.: 787-766-5656 Fax: 787-766-6219 | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please serve the attached subpoena to the individual named above at MDC Guaynabo. Once this form is served, please return a copy of the executed 285 to any of the Asset Forfeiture Support staff at the U.S. Attorney's Office, District of Puerto Rico.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  TELEPHONE NUMBER 787-766-5656  DATE 11/26/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. Total Process 1  District of Origin No. 69  District to Serve No. 69  Signature of Authorized USMS Deputy or Clerk  Date 11/28/2018

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above) Aidzu Perez-
Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Date 11/29/2018  Time 16:00 ☐ am ☐ pm

| Service Fee $65.00 | Total Mileage Charges including endeavors $9.04 | Forwarding Fee | Total Charges $74.04 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: 11/29/18 Subpoena not complied with BOP regulations. According to Aidzu Perez-paralegal specialist. Please contact her 787/775-7808.

PRINT 5 COPIES: 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED  FORM USM-285 Rev. 12/15/80 Automated 01/00