Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibit re Case no. 17-cv-2286 Page 1 of 50
Case 3:17-cv-02286-JAG Document 2 Filed 11/13/17 Page 1 of 9

United States district court

Puerto Rico

RECEIVED & FILED

2021 NOV 11 PM 3:44

Samuel Díaz O'Neill

Plaintiff

V.

estado libre asociado de
Puerto Rico et. als

RECEIVED & FILED

2017 NOV 13 PM 3:38

CIVIL ACTION NO.

17-CV-2286 ADC

RECEIPT # 40 pauperis
AMOUNT:

NOV 1 3 2017

17-CV-2286 ADC

CASHIER'S SIGNATURE

Please register
Urgent Under
17-03283
17-8966
17-8975

Demanda

Comparece el sr. Samuel Díaz O'Neill por derecho propio
quien suscribe y muy Respetuosamente expone, alega,
y solicita!

I. el Honorable tribunal de distrito para Puerto Rico
Jurisdicción tiene jurisdicción sobre la Materia por ser el gobierno
de los estados unidos de america una parte deman
da en el presente recurso, así igual, porque dicha
acción envuelve los derechos inherentes bajo la cons
titución de los estados unidos segun sus disposicio
nas de aplicación federal para todos sus estados
y territorios, así igual para la observancia de todos
los ciudadanos americanos, como en el caso que nos
ocupa, sostenemos de conformidad el que el Honorable
tribunal tiene jurisdicción para entender bajo el
42 USC 1983.

Case:17-03283-LTS   Doc#:19006-5   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Exhibit re Case no. 17-cv-2286   Page 2 of 50
Case 3:17-cv-02286-JAG   Document 2   Filed 11/13/17   Page 2 of 9

II.A) Plaintiff

Partes

Jaime Diaz Oneill

Po box 698 Times square station
New York, NY 10108
Jaimeadiazoneill@ymail.com
787-447-2424   Tel.
XXX-XX-5985   SS

Defendants

B) estado libre asociado de PR et als
Ricardo Rosello Nevarez (gobernador) funcionarios
Calle olimpo esq. aut Mayper   X, Y, Z
Pda. 11 Miramar San Juan PR 00907
787-721-2900

c) Departamento de Justicia de Puerto Rico
Wanda Vazquez Garced (Secretaria de Justicia)
empleados X, Y, Z
Calle olimpo esq. aut Mayper
Pda. 11 Miramar San Juan PR 00907
787-721-2900

d) Policia de Puerto Rico y
Michelle Hrahey (superintendente)
Policias X, Y, Z
ex Policias X, Y, Z
ave. Fd Roosevelt 601
Cuartel general Hato Rey 00936
787-793-1234

Case:17-03283-LTS  Doc#:19006-5  Filed:11/01/21  Entered:11/02/21 09:39:57  Desc:
Exhibit re Case no. 17-cv-2286  Page 3 of 50
Case 3:17-cv-02286-JAG  Document 2  Filed 11/13/17  Page 3 of 9

e) Oficina de administracion de los Tribunales de PR
Sigfredo steidel figueroa (Director (DAT)
empleados x, y, z #268
#268 ave. Muñoz Rivera
San Juan PR 00918-1913
787-641-6363

f) estados unidos de america
Donald Trump, Presidente
Torre Chardon Suite 1201
350 Carlos Chardon street
San Juan PR 80918

III a) el sr. Jaime A Diaz Oteill es ciudadano americano
Demanda  Registrado en el Servicio selectivo de los estados
unidos.

b) el sr. Jaime A Diaz Oteill Tiene derechos bajo
la Constitucion de los estados unidos de america
segun sus disposiciones y le Cobija el Manto
entre otros de la igual proteccion de las leyes
bajo la Constitucion.

c) el Padre de Jaime A Diaz Oteill fue asesinado el
2 de diciembre de 2005 alegadamente en Bayamon, PR

d) la Policia de Puerto Rico Realiza alegadamente una
investigacion y preparo un informe de Incidente.

e) estando en Washington, dc el sr. Jaime A Diaz Oteill

Case:17-03283-LTS   Doc#:19006-5   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Exhibit re Case no. 17-cv-2286   Page 4 of 50
Case 3:17-cv-02286-JAG   Document 2   Filed 11/13/17   Page 4 of 9

Se Comunico Con el sgto. Juan Rodriguez de la division de Homicidios Bayamon y en su conversacion a finales de el año 2016, el sgto. Rodriguez le expone, que tan pronto llegue a Puerto Rico, se comunique Con el para Cordinar una Cita Relacionada a la investigacion de dicho asesinato.

7) Que asi las Cosas el sr. Jaime Diaz Oneill llega a Puerto Rico se Comunica Nuevamente con el sr. Rodriguez y este le indica fecha habil de el 17 de Mayo de 2017 para dialogar sobre la Materia en horas de la Mañana.

8) Que el sr. Jaime A Diaz Oneill llego a la Ciudad de Bayamon el dia previo es decir el 16 de Mayo de 2017 y visito la fiscalia de Bayamon para observar solicitud del Sumario fiscal que se levanto como Consecuencia del asesinato de su padre.

A) Que alli entonces y luego de identificar el Motivo de mi visita, la fiscal de distrito de Bayamon entonces Me indica que tenia que abandonar la oficina.

i) Que abandone la oficina de la fiscalia de Bayamon no sin observar que alli habia una Mente Hecha.

j) Que el 17 de Mayo de 2017 visite Homicidios Bayamon

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibit ref Case no. 17-cv-2286 Page 5 of 50
Case 3:17-cv-02286-JAG Document 2 Filed 11/13/17 Page 5 of 9

Segun la Cita acordada, para mi Sorpresa el sr. Rodriguez se Habia ido de Vacaciones y me atendio otro agente de la division, dandome una Nueva Cita.

K) Que Sali de la division de Homicidios en Bayamon Hacia la Fiscalia de distrito para Someter una Peticion escrita, que estando escribiendo dicha Peticion fui Rodeado y Privado de mi libertad y Movimiento por el alguacil general de ese Tribunal indicandome para mi Sorpresa que estaba arrestado y que me someterian Cargos Criminales, alli se encontraba dicho alguacil adjunto a 10 Diez alguaciles Mas adjunto, me privaron de mi libertad y me obligaron a ir a la Sala de investigaciones de dicho Tribunal.

L) Que alli entonces en la sala de investigaciones y luego de un tiempo Razonable Nadie, ni los alguaciles Mismos que me privaron de mi libertad sabian porque yo estaba alli, algo increible.

M) Que me retire de la Sala de investigaciones Hacia la Ventanilla de lo criminal y alli Mientras esperaba para ver un expediente criminal, aparece el alguacil general del Tribunal de Bayamon con dos policias de Puerto Rico, para indicarme que me Radicarian Cargos Criminales.

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibit re Case no. 17-cv-2286 Page 6 of 50
Case 3:17-cv-02286-JAG Document 2 Filed 11/13/17 Page 6 of 9

N) Que Radicaron Cargos CRiminales en ausencia
y asi lo acomodaron en la Sola Nota. del
Tribunal de San Juan

O) Que en, el Primer Sentamiento Notificamos al
Tribunal que nos estabamos Representando
Prose y este Juez trato de Secuestrar el Caso.

P) Que en el Segundo Sentamiento observamos
Como esta Juez Permitio en Plena Sala que
una Persona a quien NO Conozco, NO es mi
abogado, NO Se quien es, Pasara a el
estrado adjunto a la Fiscal de Sala y los
tres juntos Hablando en voz baja y en secreto
Sobre mi Caso y mi Persona alli Prose en
Completa estado de indefension y en donde
obviamente Habia una Mente Hecha.

Q) Que luego de dicho Sentamiento Se Someten
Mociones de Recusacion de Juez, asi Como
de traslado, Se Solicitaron la Separacion de
los videos en el interior de la Sola, asi como
del Tribunal de Bayamon), del Tribunal de
San Juan y Se Me Ha Negado la Copia fiel
y exacta de los videos, asi Como del
traslado en un total Secuestro de mis
derechos por alegados Jueges.

R) La Jueza cuando conocio de su Recusacion
Nunca envio dicha Notena a la Juez admi

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibit re Case no. 17-cv-2286 Page 7 of 50
Case 3:17-cv-02286-JAG Document 2 Filed 11/13/17 Page 7 of 9

Nistradora Conforme las Reglas de procedimiento Criminal, Continuo actuando ilegalmente, Mas aun en su casos pero trata de que los Videos en el interior de su Sala NO Sean entregados al Sr. Jamel Diaz Oneill.

3) La Jueza administradora de San Juan Ha sido Revocada por el Tribunal de apelaciones bajo Klce 2017 01587 por falsear ordenes teniendo la prueba ante si, tratando de omitir prueba que obra en un expediente.

1) La Jueza de la Sala 1101 del Tribunal de San Juan Conspiró para la fabricacion de un expediente Medico, buscando subterfugio al Señalamiento de Recusacion y traslado de su Sala.

1) Han fabricado dos Casos Criminales funcionarios del dpto. de Justicia en Contra del Sr. Jamel Diaz Oneill Con la Policia de puerto Rico y alguaciles.

2) bajo las disposiciones de la Constitucion de los estados unidos, el Sr. Jamel Diaz Oneill tiene derechos, bajo la guia para litigantes prose, el prose no tiene que preocuparse si tiene poca experiencia o ninguna en los tribunales, Como litigante por derecho propio, el prose goza de todas las garantias y todas los derechos que le proveen las leyes y Reglas.

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibit re Case no. 17-cv-2286 Page 8 of 50
Case 3:17-cv-02286-JAG Document 2 Filed 11/13/17 Page 8 of 9

3) el gobierno de los estados unidos de america Me Ha engañado en relacion con Mis derechos Constitucionales, Me Ha Mentido con relacion a la guía para litigantes prose Haciendome creer que ata allí un juez capacitado para entender conforme a derecho e imparcial que así adjudicara.

4) No He visto en la practica que el derecho conforme a la guía para litigantes prose sea una Realidad.

5) Que obran jueces apartados de los canones de etica judicial sin Respetar el derecho tal cual postula la constitucion de los estados unidos y la guía para litigantes prose

6) Me Han fabricado dos casos criminales por solicitar investigacion del asesinato de Mi padre Marcial diaz Jimenez.

7) en dicha fabricacion Han participado el dpto. de Justicia funcionarios, empleados x, y, z, la Policia de Puerto Rico, agentes, ex agentes, funcionarios x, y, z, Oficina de la administracion de los tribunales funcionarios x, y, z, Ha participado el estado libre asociado de PR y sus funcionarios x, y, z, Ha participado el

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibit re Case no. 17-cv-2286 Page 9 of 50
Case 3:17-cv-02286-JAG Document 2 Filed 11/13/17 Page 9 of 9

gobierno de los estados unidos de america al hacerme creer que yo Iba de tener un dia en corte bajo Todos Mis derechos Constitucionales y la Igual proteccion de las leyes a mi favor para el poder presentar, defenderme, describir prueba, argumentar Mas aun Me He Hecho el Creer que obran Jueces Capacitados a esos efectos y que NO desonrraran la Toga de esa forma Como Juez y Parte

Por todo lo cual

Se Solicita Demanda por $100.000.000.00 Millones de dolares bajo el 42 USC 1983

Respetuosamente Sometida

Jaime A Diaz Ortell
Po box 698 Times Square Station
New York, N.Y 10108
Jaime a Diaz Ortell@ ymail.com
787-667-8424

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>VS.<br><br>JAIME A. DÍAZ O'NEILL<br>ACUSADO | CRIM NÚM.: K MG2017M0183-0184,<br>KFJ2017M0146<br><br>SOBRE:<br><br>ART. 241 C C.P. (2CS),<br>DESACATO CRIMINAL<br><br>Fecha y Lugar de los hechos:<br>16 de mayo de 2017 en San Juan<br>10 de noviembre de 2017 en San Juan |

### SENTENCIA

Hoy, 21 de septiembre de 2021 señalados los casos de epígrafe para Vista Sobre el Estado de los Procedimientos y Vista de Desacato Criminal, compareció el Pueblo de Puerto Rico representado por su Fiscal, Marisol Flores Cortés. No compareció el acusado ni representación legal.

El Tribunal, luego de escuchados los planteamientos expuestos en corte abierta, ordena el archivo y sobreseimiento de los casos KMG2017M0183 y 0184 bajo las disposiciones de la Regla 247-A de las de Procedimiento Criminal y el caso KFJ2017M0146 bajo las disposiciones de la Regla 247-B de las de Procedimiento Criminal. Se ordena la excarcelación del acusado por los casos de epígrafe.

REGÍSTRESE Y NOTIFIQUESE.

En San Juan, Puerto Rico, a 21 de septiembre de 2021.

ELOÍNA TORRES CANCEL
JUEZ SUPERIOR

Num. Identificador SEN2021 000 26786

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibit re Case no. 17-03283 Page 11 of 50

**Estado Libre Asociado de Puerto Rico**
**TRIBUNAL GENERAL DE JUSTICIA**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA DE SAN JUAN**

| | |
|---|---|
| **EL PUEBLO DE PUERTO RICO** | **CRIMINAL NÚM.** Kmg 2017 MO 183-8 |
| vs | KFj 2017 MO 146 |
| Jaime A. Diaz (Nelt) | **SALA:** 1185 |
| _Acusado(a)_ | **SOBRE:** Desacoto Criminal |

### MOCION POR DERECHO PROPIO

**AL HONORABLE TRIBUNAL:**

Comparece Jaime A. Diaz (Nelt),

por derecho propio y muy respetuosamente expone, alega y solicita:

Por conducto del presente escrito se solicita
del Tribunal la reparacion de los procedimientos
es decir todas las etapas en que este expediente
tuvo ocacion ante un juez del Tribunal de San Juan,
que a saber serian 5 juezes para el record, asi
en todas las Señalamientos que haya tenido el
record de este caso en ausencia de la presencia
del Sr. Jaime A. Diaz (Nelt).

Por todo lo cual,

Autorizo el Tribunal asi se solicita !

Jaime A. Diaz (Nelt)

En San Juan, Puerto Rico, a 27 de Septiembre de 2021.

Teléfono: (787) - 441 - 2424

Firma: Jaime A. Diaz (Nelt)

Dirección:
PO Box 9795
San Juan PR. 00908
JaimeaDiazNelt@mail.com

**Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>**

Fri 10/15/2021 6:25 PM

To: ods06667cpc <ods06667cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]

Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** October 14, 2021 at 11:49:31 PM AST
> **To:** domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, Carlos Lugo <clugofiol@gmail.com>, mariana.e.bauza@usdoj.gov, ltucker@ntts.edu, Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>, asuntoslegales@ramajudicial.pr, whmocarski@ntts.edu, hkowalchyk@ntts.edu, incarrau@justicia.pr.gov, fuertes abogados <abogados@fuerteslaw.com>, arperez@justicia.pr.gov, archico@justicia.pr.gov, equesada@justicia.pr.gov, blportela@justicia.pr.gov, jborras@justicia.pr.gov, joaldebol@justicia.pr.gov, lisanchez@justicia.pr.gov, vcarbonell@justicia.pr.gov, jcarrion@justicia.pr.gov, migarcia@justicia.pr.gov, yjuarbe@justicia.pr.gov, mgierbolini@justicia.pr.gov, raquel.matos@acueductospr.com, glorimar.chiclana@acueductospr.com, ainez.medina@acueductospr.com, Maribel Luque <maluque@justicia.pr.gov>, B Jones <jones.brittany77@gmail.com>, "Maeve E. Huggins" <mhuggins@ch.ci.buffalo.ny.us>, wburgos@justicia.pr.gov, Jaime a diaz oneill <jaimeadiazoneill@ymail.com>
> **Subject: Fwd: 17-cv-2286 (ADC) 13 de noviembre de 2017 / 17-cv-2340 (WGY)  4 de diciembre de 2017  / United States District Court for Puerto Rico  /  # 178966 # 178975**

Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** October 14, 2021 at 11:32:27 PM AST
> **To:** puertoricoinfo@primeclerk.com
> **Cc:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Subject: 17-cv-2286 (ADC) 13 de noviembre de 2017 / 17-cv-2340 (WGY)  4 de diciembre de 2017  / United States District Court for Puerto Rico  /  # 178966 # 178975**

Se le informa a prime clerk que desde el 13 de noviembre de 2017, 4 de diciembre de 2017 he sido secuestrado por el presidente de los Estados Unidos, el Sr. Donald Trump y el Departamento de Justicia de Estados Unidos bajo la Sr. Rosa E Rodriguez, Wanda Vazquez Garcéd partes demandadas bajo los casos de epígrafe en arrestos fabricados, fatulos y ordenados por el presidente ocurridos en el estado de Georgia, New York, Tennessee, Texas y colaterales con el debido proceso de ley, la comparecencia y la igual protección de las leyes bajo la Constitución de los Estados Unidos, en violacion de derecho constitucional y el debido proceso, que ha ocasionado, la recusación de jueces federales, la incomparecencia oportuna por el no recibir correspondencia alguna de correo y de ninguna otra forma posible de comunicación, debido a múltiples secuestros, desde entonces ha obrado persecución criminal del gobierno de Estados Unidos y del gobierno de Puerto Rico parte igual demandada adjunto a su departamento de justicia, utilizando policías corruptos disponibles, encubiertos y civiles, la demanda que se radicó bajo 17-cv-2286 ( ADC) ustedes la han desaparecido porque no obra en el docket del caso , ustedes han repetido el mismo documento en dos números que ustedes han creado distintos y son ustedes quienes tienen que corregir y subir la demanda correctamente porque lo que tienen posteado en el caso no es el documento de radicación en 17-cv-2286 (ADC) se solicita se notifique al P.O. Box 9793 San Juan pr 00908 toda comunicación relacionada al asunto que nos ocupa y que debió y/o ha debido ser contestada en objeción a cualquier escrito u orden que se haya emitido y esté relacionado con los presentes reclamos, entiendo que el departamento de justicia de los Estados Unidos está utilizando empleados del correo de los Estados Unidos para la desaparición de correspondencia que nunca he recibido, por todo lo cual notifíqueme todo escrito dirigido a mi que yo haya debido recibir desde el 13 de noviembre de 2017, cambié de inmediato mi dirección de correo al po box 9793 San Juan pr 00908 atentamente jaime a diaz oneill 787-447-2424 y envié una copia del presente escrito a el representante legal de la parte demandada !

Sent from my iPhone

Fwd: 17-cv-2286 (ADC) 13 de noviembre de 2017 / 17-cv-2340 (WGY) 4 de diciembre de 2017 / United States District Court for Puerto Rico / # 178966 # 178975

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc: Exhibit re Case no. 17-cv-2286 Page 14 of 50

**Jaime A Diaz Oneill** <jaimeadiazoneill@ymail.com>

Fri 10/15/2021 6:25 PM

To: ods06667cpc <ods06667cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]



Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** October 14, 2021 at 11:49:31 PM AST
> **To:** domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, Carlos Lugo <clugofiol@gmail.com>, mariana.e.bauza@usdoj.gov, ltucker@ntts.edu, Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>, asuntoslegales@ramajudicial.pr, whmocarski@ntts.edu, hkowalchyk@ntts.edu, incarrau@justicia.pr.gov, fuertes abogados <abogados@fuerteslaw.com>, arperez@justicia.pr.gov, archico@justicia.pr.gov, equesada@justicia.pr.gov, blportela@justicia.pr.gov, jborras@justicia.pr.gov, joaldebol@justicia.pr.gov, lisanchez@justicia.pr.gov, vcarbonell@justicia.pr.gov, jcarrion@justicia.pr.gov, migarcia@justicia.pr.gov, yjuarbe@justicia.pr.gov, mgierbolini@justicia.pr.gov, raquel.matos@acueductospr.com, glorimar.chiclana@acueductospr.com, ainez.medina@acueductospr.com, Maribel Luque <maluque@justicia.pr.gov>, B Jones <jones.brittany77@gmail.com>, "Maeve E. Huggins" <mhuggins@ch.ci.buffalo.ny.us>, wburgos@justicia.pr.gov, Jaime a diaz oneill <jaimeadiazoneill@ymail.com>
> **Subject: Fwd: 17-cv-2286 (ADC) 13 de noviembre de 2017 / 17-cv-2340 (WGY) 4 de diciembre de 2017 / United States District Court for Puerto Rico / # 178966 # 178975**

Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** October 14, 2021 at 11:32:27 PM AST
> **To:** puertoricoinfo@primeclerk.com
> **Cc:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Subject: 17-cv-2286 (ADC) 13 de noviembre de 2017 / 17-cv-2340 (WGY) 4 de diciembre de 2017 / United States District Court for Puerto Rico / # 178966 # 178975**

Se le informa a prime clerk que desde el 13 de noviembre de 2017, 4 de diciembre de 2017 he sido secuestrado por el presidente de los Estados Unidos, el Sr. Donald Trump y el Departamento de Justicia de Estados Unidos bajo la Sr. Rosa E Rodriguez, Wanda Vazquez Garcéd partes demandadas bajo los casos de epígrafe en arrestos fabricados, fatulos y ordenados por el presidente ocurridos en el estado de Georgia, New York, Tennessee, Texas y colaterales con el debido proceso de ley, la comparecencia y la igual protección de las leyes bajo la Constitución de los Estados Unidos, en violacion de derecho constitucional y el debido proceso, que ha ocasionado, la recusación de jueces federales, la incomparecencia oportuna por el no recibir correspondencia alguna de correo y de ninguna otra forma posible de comunicación, debido a múltiples secuestros, desde entonces ha obrado persecución criminal del gobierno de Estados Unidos y del gobierno de Puerto Rico parte igual demandada adjunto a su departamento de justicia, utilizando policías corruptos disponibles, encubiertos y civiles, la demanda que se radicó bajo 17-cv-2286 ( ADC) ustedes la han desaparecido porque no obra en el docket del caso , ustedes han repetido el mismo documento en dos números que ustedes han creado distintos y son ustedes quienes tienen que corregir y subir la demanda correctamente porque lo que tienen posteado en el caso no es el documento de radicación en 17-cv-2286 (ADC) se solicita se notifique al P.O. Box 9793 San Juan pr 00908 toda comunicación relacionada al asunto que nos ocupa y que debió y/o ha debido ser contestada en objeción a cualquier escrito u orden que se haya emitido y esté relacionado con los presentes reclamos, entiendo que el departamento de justicia de los Estados Unidos está utilizando empleados del correo de los Estados Unidos para la desaparición de correspondencia que nunca he recibido, por todo lo cual notifíqueme todo escrito dirigido a mi que yo haya debido recibir desde el 13 de noviembre de 2017, cambié de inmediato mi dirección de correo al po box 9793 San Juan pr 00908 atentamente jaime a diaz oneill 787-447-2424 y envié una copia del presente escrito a el representante legal de la parte demandada !

Sent from my iPhone

Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>

Fri 10/15/2021 6:25 PM

To: ods06667cpc <ods06667cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]



1 of November of 2021
Please register
Urgent Ustor
17-03283
17-8966
17-8975
Sasa

Sent from my iPhone

Begin forwarded message:

**From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
**Date:** October 14, 2021 at 11:49:31 PM AST
**To:** domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, Carlos Lugo
<clugofiol@gmail.com>, mariana.e.bauza@usdoj.gov, ltucker@ntts.edu, Rafael Fernandez
Castañer <rfernandez@justicia.pr.gov>, asuntoslegales@ramajudicial.pr, whmocarski@ntts.edu,
hkowalchyk@ntts.edu, incarrau@justicia.pr.gov, fuertes abogados <abogados@fuerteslaw.com>,
arperez@justicia.pr.gov, archico@justicia.pr.gov, equesada@justicia.pr.gov,
blportela@justicia.pr.gov, jborras@justicia.pr.gov, joaldebol@justicia.pr.gov,
lisanchez@justicia.pr.gov, vcarbonell@justicia.pr.gov, jcarrion@justicia.pr.gov,
migarcia@justicia.pr.gov, yjuarbe@justicia.pr.gov, mgierbolini@justicia.pr.gov,
raquel.matos@acueductospr.com, glorimar.chiclana@acueductospr.com,
ainez.medina@acueductospr.com, Maribel Luque <maluque@justicia.pr.gov>, B Jones
<jones.brittany77@gmail.com>, "Maeve E. Huggins" <mhuggins@ch.ci.buffalo.ny.us>,
wburgos@justicia.pr.gov, Jaime a diaz oneill <jaimeadiazoneill@ymail.com>
**Subject: Fwd: 17-cv-2286 (ADC) 13 de noviembre de 2017 / 17-cv-2340 (WGY) 4 de
diciembre de 2017 / United States District Court for Puerto Rico / # 178966 # 178975**

Sent from my iPhone

Begin forwarded message:

**From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
**Date:** October 14, 2021 at 11:32:27 PM AST
**To:** puertoricoinfo@primeclerk.com
**Cc:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
**Subject: 17-cv-2286 (ADC) 13 de noviembre de 2017 / 17-cv-2340 (WGY) 4 de
diciembre de 2017 / United States District Court for Puerto Rico / # 178966 #
178975**

RECEIVED & FILED
2021 NOV -1 PM 3: 45
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Se le informa a prime clerk que desde el 13 de noviembre de 2017 A de diciembre de 2017 he sido secuestrado parceh presidente zdos Estados Unidos, el Sr. Donald Trump y el Departamento de Justicia de Estados Unidos bajo la Sr. Rosa E Rodriguez, Wanda Vazquez Garcéd partes demandadas bajo los casos de epígrafe en arrestos fabricados, fatulos y ordenados por el presidente ocurridos en el estado de Georgía, New York, Tennessee, Texas y colaterales con el debido proceso de ley, la comparecencia y la igual protección de las leyes bajo la Constitución de los Estados Unidos, en violacíon de derecho constitucional y el debido proceso, que ha ocasionado, la recusación de jueces federales, la incomparecencia oportuna por el no recibir correspondencia alguna de correo y de ninguna otra forma posible de comunicación, debido a múltiples secuestros, desde entonces ha obrado persecución criminal del gobierno de Estados Unidos y del gobierno de Puerto Rico parte igual demandada adjunto a su departamento de justicia, utilizando policías corruptos disponibles, encubiertos y civiles, la demanda que se radicó bajo 17-cv-2286 ( ADC) ustedes la han desaparecido porque no obra en el docket del caso , ustedes han repetido el mismo documento en dos números que ustedes han creado distintos y son ustedes quienes tienen que corregir y subir la demanda correctamente porque lo que tienen posteado en el caso no es el documento de radicación en 17-cv-2286 (ADC) se solicita se notifique al P.O. Box 9793 San Juan pr 00908 toda comunicación relacionada al asunto que nos ocupa y que debió y/o ha debido ser contestada en objeción a cualquier escrito u orden que se haya emitido y esté relacionado con los presentes reclamos, entiendo que el departamento de justicia de los Estados Unidos está utilizando empleados del correo de los Estados Unidos para la desaparición de correspondencia que nunca he recibido, por todo lo cual notifíqueme todo escrito dirigido a mi que yo haya debido recibir desde el 13 de noviembre de 2017, cambié de inmediato mi dirección de correo al po box 9793 San Juan pr 00908 atentamente jaime a diaz oneill 787-447-2424 y envié una copia del presente escrito a el representante legal de la parte demandada !

Sent from my iPhone

AC-PIP-12.0
"(Rev.02-18)"



GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación

## CERTIFICACION DE LIBERTAD

R247-A

EN VIRTUD DE ___Orden del Tribunal (Regla)___

HA SIDO PUESTO EN LIBERTAD ___Jaime A. Diaz O'neill___

EN BAYAMÓN, PUERTO RICO HOY ___23 de septiembre de 2021___

SELLO OFICIAL:

_____
SUPERINTENDENTE O REPRESENTANTE
**CENTRO INGRESO Y CLASIFICACION CORRECCIONAL**
**BAYAMÓN 705**

_____
FIRMA TECNICO RECORD

RECEIVED & FILED
2021 NOV -1 PM 3: 45
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED
2017 NOV 13 PM 3: 38
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

RECEIPT #
AMOUNT:
NOV 1 3 2017
17-CV-2286 ADC
CASHIER'S SIGNATURE

United States district court
Puerto Rico

Jaime S Diaz ONell
Plaintiff

v.

estado libre asociado de
Puerto Rico et. als

CIVIL ACTION NO. 17-9975
17-CV-2286 ADC

Demanda

Comparece el sr. Jaime S Diaz ONell por derecho propio
quien suscribe muy Respetuosamente expone, alega,
y solicita:

**I.**
**Jurisdiccion**

el Honorable Tribunal de distrito para Puerto Rico
Tiene jurisdiccion sobre la Materia por ser el gobierno
de los estados unidos de america una parte demanda
da en el presente Recurso, así igual, porque dicha
accion envuelve los derechos inherentes bajo la Cons
Titucion de los estados unidos segun sus disposicio
Nas de aplicacion federal para todos sus estados
y territorios, así igual para la observancia de todos
los ciudadanos americanos, como en el caso que nos
ocupa, Sostenemos de conformidad el que el Honorable
Tribunal Tiene jurisdiccion para entender bajo el
42 USC 1983.



II. A) Plaintiff
Partes

James Diaz Oneill

Po box 698 Times square s/aton
New York, NY 10108
Jaime a Diaz oneill@gmail.com
787-447-2424    Tel.
XXX-XX-5985    SS


Defendants

B) estado libre asociado do PR   et als
Ricardo Rosello Nevarez (gobernador)   funcionarios
Calle olimpo esq. axt Mayer                      X, Y, Z
Pda.11 Miramar San Juan PR 00907
787-721-2900


c) Departamento do custicia de Puerto Rico
Wanda Vazquez Garced (Secretaria de custicia)
empleados x, y, z
Calle olimpo esq. axt Mayer
Pda.11 Miramar San Juan PR 00907
787-721-2900


d) Policia de Puerto Rico  y
Michelle Hraley (Superintendente)
Policias x, y, z
ex policias x, y, z
ave. fd Roosevelt 601
Cuartel general  Hato Rey 00936
787-793-1234

e) Oficina de administracion de los Inmuebles de PR
Sigfredo steidel Figueroa (Director (OAT)
empleados X, Y, Z #268
#268 ave. Muñoz Rivera
San Juan PR 00918-1913
787-641-6363

f) estados unidos de america
Donald Troupp presidente
Torre Chardon Suite 1201
350 Carlos Chardon street
San Juan PR 80918

III a) el sr. Jaime A (Diaz Odell es ciudodano americano
Demanda Registrado en el servicio selectivo de los estados
unidos.

b) el sr. Jaime A (Diaz Odell tiene derechos bajo
la Constitucion de los estados unidos de america
segun sus disposiciones y le cobija el Monto
entre otros de la igual proteccion de las leyes
bajo la Constitucion.

c) el Padre de Jaime A (Diaz Odell fue asesinado el
2 de diciembre de 2005 alegadamente en Bayamon, PR

d) la Policia de Puerto Rico Realiza alegadamente una
investigacion y preparo un informe de Incidente.

e) estando en Washington, dc el sr. Jaime A (Diaz Odell

se comunico con el sgto. Juan Rodriguez de la division de Homicidios Bayamon y en su conversacion a finales de el año 2016, el sgto. Rodriguez le expone, que tan pronto llege a Puerto Rico, se comunique con el para coordinar una cita, relacionada a la investigacion de dicho asesinato.

7) Que asi las cosas el sr. Jaime Diaz Onell llega a Puerto Rico se comunica nuevamente con el sr. Rodriguez y este le indica fecha habil de el 17 de Mayo de 2017 para dialogar sobre la materia en horas de la mañana.

8) Que el sr. Jaime A. Diaz Onell llego a la Ciudad de Bayamon el dia previo es decir el 16 de Mayo de 2017 y visito la fiscalia de Bayamon para observar solicitud del sumario fiscal que se levanto como consecuencia del asesinato de su padre.

h) Que alli entonces y luego de identificar el motivo de mi visita, la fiscal de distrito de Bayamon entonces me indica que tenia que abandonar la oficina.

i) Que abandone la oficina de la fiscalia de Bayamon no sin observar que alli habia una mente recta.

j) Que el 17 de Mayo de 2017 visite Homicidios Bayamon

Segun la cita acordada, para mi sorpresa
el scto. Rodriguez se habia ido de vacaciones
y me atendio otro agente de la division, dandome
una nueva cita.

K) Que sali de la division de Homicidios en
Bayamon hacia la fiscalia de distrito para
someter una peticion escrita, que estando
escribiendo dicha peticion fui rodeado y
privado de mi libertad y movimiento por el
alguacil general de ese tribunal indicandome
para mi sorpresa que estaba arrestado y que
me someterian cargos criminales, alli se
encontraba dicho alguacil adjunto a 10 Diez
alguaciles mas adjunto, me privaron de mi libertad
y me obligaron a ir a la Sala de investiga
ciones de dicho tribunal.

L) Que alli entonces en la sala de investigaciones
y luego de un tiempo razonable nadie, ni
los alguaciles mismos que me privaron de
mi libertad sabian porque yo estaba alli,
algo increible.

M) Que me retire de la Sala de investigaciones
hacia la ventanilla de lo criminal y alli mientras
esperaba para ver un expediente criminal, aparece
el alguacil general del tribunal de Bayamon con
dos policias de Puerto Rico, para indicarme
que me radicarian cargos criminales.

N) Que Radicaron Cargos Criminales en ausencia y así lo acomodaron en la Sala No1. del Tribunal de San Juan

O) Que en el primer Señalamiento Notificamos al Tribunal que nos estariamos Representando Prose y este Juez trato de Secuestrar el Caso.

P) Que en el Segundo Señalamiento observamos como esta Juez permitio en plena Sala que una persona a quien NO CONOZCO, NO es mi abogado, NO se quien es, pasara a el estrado adjunto a la fiscal de sala y los tres juntos Hablando en voz baja y en secreto sobre mi Caso y mi persona allí Prose en Compleja estado de indefension y en donde obviamente Habia una Mente Hecha.

Q) Que luego de dicho Señalamiento se Someten Mociones de Recusacion de Juez, así Como de Traslado, se Solicitaron la Separacion de los videos en el interior de la Sala, así como del Tribunal de Bayamon), del Tribunal de San Juan y se me Ha Negado la Copia fiel y exacta de los videos, así Como del Traslado en un Total Secuesto de mis derechos por alegados Jueces.

R) La Jueza Cuando Conocio de su Recusacion Nunca envio dicha Notella a la Juez admi

Nistradora Conforme las Reglas de Procedimiento Criminal, Continuo actuando itegalmente, Mas aun en su caso, pero Vrata de que los Nideos en el interior de su sala No sean entregados al sr Jamel L Diaz Oneill.

3) La Jueza administradora de san Juan Ha sido Revocada por el Vtribunal de apelaciones bajo klce 2017 01587 por falsear ordenas teniendo la prueba ante si, tratando de omitir prueba que obra en un expediente.

1) La Jueza de la sala 1101 del tribunal de san Juan Conspiro para la fabricacion de un expediente medico, buscando subterfugio al Sentamiento de Recusacion y traslado de su sala.

1) Han fabricado dos casos criminales funcionarios del dpto. de Justicia en Contra del sr. Jamel L Diaz Oneill Con la Policia de puerto Rico y alguaciles.

2) bajo las disposiciones de la Constitucion de los estados unidos, el sr. Jamel L Diaz Oneill tiene derechos, bajo la quia para litigantes prose, el prose no tiene que preocuparse si tiene poca experiencia o Ninguna en los tribunales, como litigante por derecho propio, el prose goza de todas las garantias y todos los derechos que le proveen las leyes y Reglas.

3) el gobierno de los estados unidos de america me ha engañado en relacion con mis derechos Constitucionales, Me Ha Mentido con relacion a la guía para litigantes prose Haciendome Creer que abra alli un juez Capacitado Para entender Conforme a derecho e imparcial que asi adjudicara.

4) NO He visto en la Practica que el derecho Conforme a la guía para litigantes prose sea una Realidad.

5) Que obran Jueces apartados de los Canones de etica Judicial sin Respetar el derecho Tal Cual postula la Constitucion de los estados unidos y la guía para litigantes prose

6) Me Han fabricado dos Casos Criminales por Solicitar investigacion del asesinato de mi padre Marcial diaz Juarez.

7) en dicha fabricacion Han participado el dpto. de Justicia, funcionarios, empleados X, Y, Z, la Policia de Puerto Rico, agentes, exagentes, funcionarios X, Y, Z, oficina de la administracion de los Tribunales, funcionarios X, Y, Z, Ha participado el estado libre asociado de PR y sus funcionarios X, Y, Z, Ha participado el

gobierno de los estados unidos de
america al hacerme creer que yo ha
de tener un dia en corte bajo todos mis
derechos Constitucionales y la igual protecion
de las leyes a mi favor para el poder
Presentar, defender me, descubrir Prueba,
argumentar Mas aun Me ha hecho el
Creer que obran Juezes Capacitados a
esos efectos y que No desonraran la
Toga de esa forma Como Juez y Parte

Por todo lo cual

Se Solicita Demanda por $100.000.000.00
Millones de dolares bajo el 42 USC 1983

Respetuosamente Sometida

Jaime A Diaz Ortell
Po box 698 Times Square Station
New York, NY 10108
Jaimea Diaz Ortell@gmail.com
787-447-8424

ESTADO LIBRE ASOCIADO DE PUERTO RICO
## TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

EL PUEBLO DE PUERTO RICO

VS.

JAIME A. DÍAZ O´NEILL
    ACUSADO

CRIM NÚM.: K  MG2017M0183-0184,
KFJ2017M0146

SOBRE:

ART. 241 C C.P. (2CS),
DESACATO CRIMINAL

Fecha y Lugar de los hechos:
16 de mayo de 2017 en San Juan
10 de noviembre de 2017 en San Juan

## SENTENCIA

Hoy, 21 de septiembre de 2021 señalados los casos de epígrafe para Vista Sobre el Estado de los Procedimientos y Vista de Desacato Criminal, compareció el Pueblo de Puerto Rico representado por su Fiscal, Marisol Flores Cortés.  No compareció el acusado ni representación legal.

El Tribunal, luego de escuchados los planteamientos expuestos en corte abierta, ordena el archivo y sobreseimiento de los casos KMG2017M0183 y 0184 bajo las disposiciones de la Regla 247-A de las de Procedimiento Criminal y el caso KFJ2017M0146 bajo las disposiciones de la Regla 247-B de las de Procedimiento Criminal.   Se ordena la excarcelación del acusado por los casos de epígrafe.

REGÍSTRESE Y NOTIFIQUESE.

En San Juan, Puerto Rico, a 21 de septiembre de 2021.

**ELOÍNA TORRES CANCEL**
JUEZ SUPERIOR

Num. Identificador SEN2021 000 26786

## TRIBUNAL GENERAL DE JUSTICIA
## TRIBUNAL DE PRIMERA INSTANCIA
## SALA DE SAN JUAN

**EL PUEBLO DE PUERTO RICO**

vs

~~Jaime A. Diaz (Neill)~~
_Acusado(a)_

**CRIMINAL NÚM.**

Kmg 2017 MO 183-84
Ktj 2017 MO 146

**SALA:** 1185

**SOBRE:** Desacato Criminal

### MOCION POR DERECHO PROPIO

**AL HONORABLE TRIBUNAL:**

Comparece Jaime A. Diaz (Neill),

por derecho propio y muy respetuosamente expone, alega y solicita:

Por Conducto del presente escrito se solicita del Tribunal la Reparacion de los procedimientos es decir todas las etapas en que este expediente tuvo ocacion ante un juez del Tribunal de San Juan, que a saber serian 5 juezes para el record, asi en todos los Sentalamientos que haya tenido el record de este Caso en ausencia de la presencia del Sr. Jaime A. Diaz (Neill).

Por todo lo cual,

Autorizo el Tribunal asi se Solicita!

Jaime A. Diaz (Neill)

En San Juan, Puerto Rico, a 27 de Septiembre de 2021.

Teléfono: (787)-441-2424

Firma: Jaime A. Diaz (Neill)

Dirección:
PO Box 9793
San Juan PR 00908

JaimeaDiazNeill@ymail.com

please regis[?]
under 17-03283
&to 17-0966
17-8975

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE APELACIONES**

Autoridad de Acueductos
y Alcantarillados de PR

NÚM CASO TA: KLRA-2010-00857

Diaz vs Jaime A.

PROCEDENCIA-NÚM DE CASO ANTERIOR

SOBRE: Revision administrativa
CA-2005-29

MOCIÓN: Urgente al Panel para que solicite el
expediente activo inactivo y Acode.

COMPARECE

Se Solicita del Panel activo que
Acobe de Solicitar el expediente
y Cert. que Conforme a Solicitud del
13 de octubre de 2021

Noy podemos pensar que en el 2021
Este Panel Continua Sirviendo a
intereses públicos [?] los dom[?] del
estado libre asociado de Puerto Rico.

La Solicitud del 13 de octubre de 2021
es una Solicitud expedir de primer
grado y Sin Necesidad de Revalida.

Por todo lo cual

Muevanse y Acaben de Resolver
el presente escrito que esto es
para aler

Jaime A Diaz (Na)

Po box 9793

San Juan PR
00908

787-647-2[?]

RECEIVED & FILED
2021 NOV -1 PM 3:46
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

2021 OCT 9 PM 2:27
PRESIDENTE
SECRETARIA
TRIBUNAL DE APELACIONES

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 3:17-cv-02285-DRD Document 19-5 Filed 08/21/18 Page 1 of 3

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jaime A. Diaz-Oneill | 3:17-cv-02285-DCM 9:29 |
| DEFENDANT | TYPE OF PROCESS |
| Estado Libre Asociado de PR et al. | SUMMONS |

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT**

Estado Libre Asociado de Puerto Rico, Hon. Ricardo Roselló (Gobernador)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

Calle Olimpo, Esq. Axtmayer Pda. 11 Miramar, San Juan, PR 00907

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

| Number of process to be served with this Form 285 | |
|---|---|
| Number of parties to be served in this case | 17-03283 |
| Check for service on U.S.A. | 17-8966 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                      Fold

17-8975

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | | 8/7/18 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 69 | District to Serve No. 69 | Signature of Authorized USMS Deputy or Clerk | Date 8/09/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc, named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Ivetho Ocasio - (SAC) Secretary & Auxilien data entry office

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

de la City

same

| Date 08/14/18 | Time 10:50 ☐ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | | 65.00 | | |
| | | | | | $0.00 |

REMARKS:

PRINT 5 COPIES: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

JDIS
AFO ☐   IN ☐
CIV ☐  OUT ☐
Item: 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| Jaime A. Díaz-Oneill ) ) ) ) | |
| _Plaintiff(s)_ ) | |
| v. ) | Civil Action No. 3:17-cv-02286-ADC |
| Estado Libre Asociado de PR et al. ) ) ) ) ) | |
| _Defendant(s)_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Estado Libre Asociado de Puerto Rico
Hon. Ricardo Roselló (Gobernador)
Funcionarios X,Y,Z.
Calle Olimpo Esq. Axtmayer Parada 11 - Miramar
San Juan PR 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jaime A. Díaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.
_CLERK OF COURT_

Date:    08/07/2018

Digitally signed by Ana E. Duran-Capella
Date: 2018.08.07 18:12:35 -04'00'

_Signature of Clerk or Deputy Clerk_

USMS D/PR 2018 AUG 9 pm4:00

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No: 3:17-cv-02286-ADC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Estado, Libre Asociado de PR_
was received by me on *(date)* _Ag 14, 2018_. _Por Ricando Pu sello (gov.)_

☑ I personally served the summons on the individual at *(place)* _Climpo St, NIE_
_Bldg. Minnyan, P.R._ on *(date)* _Ag 14, 2018_; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_Hino Fue Pa Ocasio – Secretaria de lo Civil_
_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_

I declare under penalty of perjury that this information is true.

Date: _Ag 14, 2018_

_____
*Server's signature*

_Wilfred Huway – PR_
*Printed name and title*

_USMS Hato Rey P.R._
*Server's address*

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jaime A. Díaz-Oneill | 17-cv-02286-GAG |
| DEFENDANT | TYPE OF PROCESS |
| Estado Libre Asociado de PR et al. | SUMMONS |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** | Departamento de Justicia de Puerto Rico Wanda Vazquez-Garced (Secretaria de Justicia) |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | Calle Olimpo, Esq. Axtmayer Pda. 11 Miramar, San Juan, PR 00907 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jaime A. Díaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

Number of process to be served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):

Fold

Fold

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE 8/7/18

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY—DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| 1 | | No. 67 | No. 67 | | 8/20/2018 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)   Narixa Ayala Rosario — SJTS

Address (complete only different than shown above)   Dante (NIE Black.)

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 5.65 | — | 70.65 | | $0.00 |

Date 8/7/18   Time 9:50 am

Signature of U.S. Marshal or Deputy

REMARKS:

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 14 Filed 08/20/18 Page 2 of 3
Exhibit 16 Case No. 17-cv-2286 Page 35 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-Oneill | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:17-cv-02286-ADC |
| Estado Libre Asociado de PR et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Departamento de Justicia de Puerto Rico
Wanda Vazquez-Garced (Secretaria de Justicia)
Funcionarios X,Y,Z.
Calle Olimpo Esq. Axtmayer Parada 11 - Miramar
San Juan PR 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.

*CLERK OF COURT*

Date:     08/07/2018

Digitally signed by Ana E. Duran-Capella
Date: 2018.08.07 18:12:53 -04'00'

*Signature of Clerk or Deputy Clerk*

USMS D/PR 2018 AUG 9 PM 4:04

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 14-1 Filed 08/30/18 Page 3 of 3
Exhibit E Case No: 17-cv-2286 Page 36 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-02286-ADC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Depto Justicia PR_
was received by me on *(date)* _AUG 14, 2018_ _WANDA VAZQUEZ, Secretary_

☑ I personally served the summons on the individual at *(place)* _Olimpo st. NIE Bldg._
_Miramar, PR thru Ivette Ocasio_ on *(date)* _AUG 14, 2018_ ; or
_Secretaria Auxiliar de lo Civil_
☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_

I declare under penalty of perjury that this information is true.

Date: _AUG 14, 2018_ _____
                                      *Server's signature*

_Wilfred Hoyazo - PS_
*Printed name and title*

_USMS Hato Rey P.R._
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jaime A. Diaz-Oneill | 3:17-cv-02286-ADC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Estado Libre Asociado de PR et al. | SUMMONS |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Oficina de la Administración de los Tribunales - Sigfredo Steidel-Figueroa, Director (OAT)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Ave. Muñoz Rivera #268 San Juan PR 00918-1913

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Jaime A. Diaz-Oneill<br>P.O. Box 698<br>Time Square Station<br>New York, NY 10108 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold / Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE<br>8/7/18 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 69 | No. 69 | | 8/09/2018 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Edwardo Bernios Ortiz - Legal Assistant | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|
| Address (complete only different than shown above)<br>same | | Date 8/14/18 | Time 10:11 ☐ am ☒ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 3.39 | — | 68.39 | | $0.00 |

REMARKS:

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-ADC Document 15-3 Filed 08/30/18 Page 2 of 3
Exhibit E Case No. 17-cv-2286 Page 38 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | | |
|---|---|---|
| Jaime A. Diaz-Oneill | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 3:17-cv-02286-ADC |
| Estado Libre Asociado de PR et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Oficina de la Administración de los Tribunales
Sigfredo Steidel-Figueroa, Director (OAT)
Funcionarios X,Y,Z
Ave. Muñoz Rivera #268
San Juan PR 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.

*CLERK OF COURT*

Digitally signed by Ana E. Duran-Capella
Date: 2018.08.07 18:13:38 -04'00'

Date: _08/07/2018_

*Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 15 Filed 08/20/18 Page 3 of 3
Exhibit 4 Case No. 17-cv-2286 Page 39 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-02286-ADC

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Oficina Administracion de Tribunales
was received by me on *(date)* August 14, 2018. Sigfredo Steidel – Director
funcibunarios X Y Z

☑ I personally served the summons on the individual at *(place)* Ave Muñoz Rivera
# 268 Hato Rey, P.R. on *(date)* August 14, 2018; or
thru Eduardo Berrios Unit 7 – Legal Assistant

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 08/14/18                    _____
                                         *Server's signature*

                                 Wilfred Aguayo – PS
                                 _____
                                         *Printed name and title*

                                 USMS Hato Rey PR
                                 _____
                                         *Server's address*

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jaime A. Diaz-Oneill | 3:17-cv-02286-ADC |
| DEFENDANT | TYPE OF PROCESS |
| Estado Libre Asociado de PR et al. | SUMMONS |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Policía de Puerto Rico Michelle Fraley, Superintendente |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | Ave. Roosevelt 601, Cuartel General (Hato Rey) San Juan PR 00936 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                           Fold

| Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 8/7/18 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 69 | District to Serve No. 49 | Signature of Authorized USMS Deputy or Clerk | Date 8/09/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Raquel Ramos – Secretary Legal Division | |
| Address (complete only different than shown above) | Date 8/14/18 Time 11:08 ☐ am ☐ pm |
| Dame | Signature of U.S. Marshal or Deputy Wilwayn – PS |

| Service Fee 65.00 | Total Mileage Charges including endeavors 3.39 | Forwarding Fee — | Total Charges 68.39 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES: 
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

JDIS
AFO ☐   IN ☐
CIV ☐  OUT ☐
item: 4

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 16 Filed 08/20/18 Page 2 of 3
Exhibit 16 Case No. 17-cv-02286 Page 41 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | | |
|---|---|---|
| Jaime A. Diaz-Oneill | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| **v.** | ) | Civil Action No. 3:17-cv-02286-ADC |
| Estado Libre Asociado de PR et al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Policia de Puerto Rico
Michelle Fraley, Superintendente
Policias X,Y,Z
Ave. Roosevelt 601, Cuartel General (Hato Rey)
San Juan PR 00936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN ,ESQ.

*CLERK OF COURT*

Digitally signed by Ana E. Duran-Capella
Date: 2018.08.07 18:13:16 -04'00'

*Signature of Clerk or Deputy Clerk*

Date:        08/07/2018

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 16 Filed 08/29/18 Page 3 of 3
Exhibit E Case No: 17-cv 2286 Page 42 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-02286-ADC

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Policia de Puerto Rico_
was received by me on *(date)* _AUG 14 2018_ _superinteodent_
_thru Legal Division officer Raquel Ramos_

☐ I personally served the summons on the individual at *(place)* _PRPD Headquarters_
_San Juan, P.R._ on *(date)* _Aug 14, 2018_; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_

I declare under penalty of perjury that this information is true.

Date: _Aug. 14, 2018_

_____
Server's signature

_Wilfred Aguayo - PS_
Printed name and title

_USMS Hato Rey PR_
Server's address

Additional information regarding attempted service, etc:

Case 3:17-cv-02286-ADC Document 10006-5 Filed 11/01/21 Page 1 of 3
USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.
Exhibit Ye Case No. 17-cv-2286 Page 43 of 50

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

INTAKE DROP BOX
RECEIVED & FILED

2018 SEP 10 PM 1: 25

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jaime A. Diaz-O'Neill | 17-CV-2286 ADC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Commonwealth of Puerto Rico et. al. | SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Attorney's Office - District of Puerto Rico

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Torre Chardon, Suite 1201 - 350 Carlos Chardon Street - San Juan, PR 00918

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER | DATE 7/25/18 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY– DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 8/20/2018 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (If not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Hester Ramirez-Misa | |
| Address (complete only different than shown above) | Date 8/23/18 | Time 9 15 ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee $65 | Total Mileage Charges including endeavors 34 | Forwarding Fee | Total Charges $18.20 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 19-1 Filed 09/10/18 Page 2 of 3
Exhibit 1C Case No: 17-cv-2286 Page 44 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-O'Neill | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) Civil Action No. 17-CV-2286 ADC |
| v. | ) |
| Commonwealth of Puerto Rico et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Attorney's Office - District of Puerto Rico
Torre Chardon, Suite 1201
350 Carlos Chardon Street
San Juan, PR 00918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.

*CLERK OF COURT*

Digitally signed by Ana E. Duran-Capella
Date: 2018.08.17 11:34:31 -04'00'

Date: _____08/17/2018_____                    *Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 19 Filed 09/10/18 Page 3 of 3
Exhibit re Case no: 17-cv-2286 Page 45 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-CV-2286 ADC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* US ATTORNEY M/ece District of PR
was received by me on *(date)* 8/23/18 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address or
☑ I served the summons on *(name of individual)* ROSA E KADALIEVES . US ATTY TWRA
HECTOR KAUUIRES . AUSA , who is
designated by law to accept service of process on behalf of *(name of organization)* US ATTY DR LPO
D/PR on *(date)* 8/23/18 , of

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/23/18

_____
Server's signature

FRANCISCO A. LOPES
Printed name and title
PROCESS Server

USMS
Server's address

Additional information regarding attempted service, etc:

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF<br>Jaime A. Diaz-O'Neill | COURT CASE NUMBER<br>17-CV-2286 ADC |
|---|---|
| DEFENDANT<br>Commonwealth of Puerto Rico et. al. | TYPE OF PROCESS<br>SUMMONS |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Office of the Attorney General - U.S. Department of Justice
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
950 Pennsylvania Avenue, NW Washington, DC 20530-0001

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| Jaime A. Diaz-Oneill<br>P.O. Box 698<br>Time Square Station<br>New York, NY 10108 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                    Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER | DATE<br>7/25/18 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 69 | District to Serve<br>No. 69 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/20/2018 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode. | |
|---|---|---|
| Address (complete only different than shown above) | Date<br>8/20/2018 | Time<br>10:43 ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee<br>$8.00 | Total Charges<br>$8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: SERVED BY CERTIFIED MAIL. 7467-1160-0224-6689-2016-85

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 21-36 Filed 10/19/18 Page 1 of 3
Exhibit re Case No. 17-cv-2286 Page 47 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-O'Neill | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 17-CV-2286 ADC |
| Commonwealth of Puerto Rico et. al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Office of the Attorney General - US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-Oneill
P.O. Box 698,
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN, ESQ.

*CLERK OF COURT*

Digitally signed by Ana E. Duran-Capella
Date: 2018.08.17 11:34:52 -04'00'

*Signature of Clerk or Deputy Clerk*

Date: 08/17/2018

Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 21-1 Filed 10/10/18 Page 2 of 3
Exhibit re Case no: 17-cv-2286 Page 48 of 50

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-CV-2286 ADC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  OFFICE OF THE ATTORNEY GENERAL

was received by me on *(date)*  8/20/2018 .

☑ I personally served the summons on the individual at *(place)*  BY MAIL

on *(date)*  8/20/2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/03/2018

*Server's signature*

Daniel Cruz   SDUSM

*Printed name and title*

United States Marshals Service
District of Puerto Rico
200 Federal Office Building
150 Carlos Chardon Avenue
Hato Rey, PR 00918-1740

*Server's address*

Additional information regarding attempted service, etc:

10/1/2018 Case:17-03283-LTS Doc#:19006-5 Filed:11/01/21 Entered:11/03/21 09:39:57 Desc:
Case 3:17-cv-02286-JAG Document 81-1 Filed 10/10/18 Page 3 of 3
Exhibit re Case no. 17-cv-2286 Page 49 of 50

# Delivered

Monday, August 20, 2018 10:43 AM

**Tracking:** 9407116902246689801685

Create Return Label

## Addresses

**Shipped To:** OFFICE OF THE ATTORNEY
GENERAL-USDOJ
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001
daniel.cruz@usdoj.gov

**Shipped From:** 00918

**Return To:** Daniel Cruz
US Marshal Service
150 Carlos Chardon Ave
Room 200
Hato Rey, PR 00918

## Services                        $5.08

**Carrier:** USPS

**Service:** First Class ®        $1.63

**Packaging:** Large Envelope/Flat

**Insurance:** None

**Weight:** 0 lbs. 4 oz.

## Reference

**Cost Code:**