Fwd: Mrs. Leslie Foschio, Mr. Lawrence J. Vilardo / 17-cv-2286/ 17-cv-2340/ 19-cv-1336/ 19-1167/ 20-1299 Abusadores de Derechos Humanos, Civiles Constitucionales, Racistas, Clasistas Blancos, Racistas Puertorriqueños, Testaferros del Presidente, el Dep...

**Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>**
Fri 10/29/2021 5:20 PM
To: ods06667cpc <ods06667cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]

*[Handwritten, right side:]*
29 of Octobor of 2021
Please register urgen
under 17-03283
17-8966
17-8975
Jaime A. Diaz Oneill

Sent from my iPhone

Begin forwarded message:

**From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
**Date:** October 29, 2021 at 4:37:28 PM AST
**To:** domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, mariana.e.bauza@usdoj.gov, Carlos Lugo <clugofiol@gmail.com>, ltucker@ntts.edu, whmocarski@ntts.edu, Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>, hkowalchyk@ntts.edu, asuntoslegales@ramajudicial.pr, blportela@justicia.pr.gov, fuertes abogados <abogados@fuerteslaw.com>, incarrau@justicia.pr.gov, arperez@justicia.pr.gov, equesada@justicia.pr.gov, archico@justicia.pr.gov, jcarrion@justicia.pr.gov, jborras@justicia.pr.gov, vcarbonell@justicia.pr.gov, mgierbolini@justicia.pr.gov, lisanchez@justicia.pr.gov, joaldebol@justicia.pr.gov, corraldieg@gmail.com, Erika Berrios <eberrios@salawpr.com>, afernandez@delgadofernandez.com, srivera@salawpr.com, marperez@justicia.pr.gov, glorimar.chiclana@acueductospr.com, ainez.medina@acueductospr.com, kevin@spotonstorage.net, raquel.matos@acueductospr.com, New Court <newbaltimoretowncourt@nycourts.gov>, Carmencita Ramos <karyoslan08@gmail.com>, Deseriee <deseriee323@hotmail.com>, Maeve Huggins <mhuggins@ch.ci.buffalo.ny.us>, yjuarbe@justicia.pr.gov, migarcia@justicia.pr.gov, B Jones <jones.brittany77@gmail.com>, Madeline Cruz Flores <mcruz@ocpr.gov.pr>, wburgos@justicia.pr.gov, Maribel Luque <maluque@justicia.pr.gov>, Jennifer Siroti <jsiroti@cbdm.com>, Madeline <madelyn0967@yahoo.com>, Thalia Gomez <joseph.thalia2122@gmail.com>, mark@erie.gov, dmpatton@bpdny.org, Christina despiau <chdespiau@yahoo.com>, braymond@teamsters.org, ytoyos@ramostoyoslaw.com, handuze@microjuris.com, ftpr@coqui.net, radicaciones@jrt.gobierno.pr, rgtolaw@gmail.com, jareeder@jonesday.com, mirodriguez@justicia.pr.gov, apagan@cnr.law, Nadal@cnr.law, sheriff@erie.gov, county.executive@erie.gov, Marilyn González Martinez <mgonzalez@justicia.pr.gov>, ivramirez@justicia.pr.gov, Miretza Diaz Rodriguez <mirdiaz@justicia.pr.gov>, spenagaricano@justicia.pr.gov, mrodriguez@justicia.pr.gov, Maeve Huggins <mhuggins@city-buffalo.com>, cdavila77@hotmail.com, arrillagalaw@gmail.com, ghernandez@hernandezgorrin.com, "Erick E. Kolthoff" <ee.kolthoff@gmail.com>, hamassanet@gmail.com, robertoalonsosantiago@gmail.com, Natasha.Marquez@mail.house.gov, Natalia Gandia <natalia.gandia@mail.house.gov>, norma.miranda-gallardo@mail.house.gov, radicaciones jrt <radicaciones@jrt.pr.gov>, Andres Davila <andres.davila@mail.house.gov>
**Cc:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
**Subject:** Mrs. Leslie Foschio, Mr. Lawrence J. Vilardo / 17-cv-2286/ 17-cv-2340/ 19-cv-1336/ 19-1167/ 20-1299 Abusadores de Derechos Humanos, Civiles Constitucionales, Racistas, Clasistas Blancos, Racistas Puertorriqueños, Testaferros del Presidente, el Departamento de Justicia de Estados Unidos y el Departamento de Justicia de Puerto Rico

SAN JUAN, P.R.
US DISTRICT COURT
CLERK'S OFFICE

2021 NOV -1 PM 3: 30

RECEIVED & FILED

**Fwd: Mrs. Leslie Foschio, Mr. Lawrence J. Vilardo / 17-cv-2286/ 17-cv-2340/ 19-cv-1336/ 19-1167/ 20-1299 Abusadores de Derechos Humanos, Civiles Constitucionales, Racistas, Clasistas Blancos, Racistas Puertorriqueños, Testaferros del Presidente, el Dep...**

Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
Fri 10/29/2021 5:20 PM
To: ods06667cpc <ods06667cpc@officedepot.com>
[CAUTION: EXTERNAL SENDER]

Sent from my iPhone

Begin forwarded message:

**From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
**Date:** October 29, 2021 at 4:37:28 PM AST
**To:** domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, mariana.e.bauza@usdoj.gov, Carlos Lugo <clugofiol@gmail.com>, ltucker@ntts.edu, whmocarski@ntts.edu, Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>, hkowalchyk@ntts.edu, asuntoslegales@ramajudicial.pr, blportela@justicia.pr.gov, fuertes abogados <abogados@fuerteslaw.com>, incarrau@justicia.pr.gov, arperez@justicia.pr.gov, equesada@justicia.pr.gov, archico@justicia.pr.gov, jcarrion@justicia.pr.gov, jborras@justicia.pr.gov, vcarbonell@justicia.pr.gov, mgierbolini@justicia.pr.gov, lisanchez@justicia.pr.gov, joaldebol@justicia.pr.gov, corraldieg@gmail.com, Erika Berrios <eberrios@salawpr.com>, afernandez@delgadofernandez.com, srivera@salawpr.com, marperez@justicia.pr.gov, glorimar.chiclana@acueductospr.com, ainez.medina@acueductospr.com, kevin@spotonstorage.net, raquel.matos@acueductospr.com, New Court <newbaltimoretowncourt@nycourts.gov>, Carmencita Ramos <karyoslan08@gmail.com>, Deseriee <deseriee323@hotmail.com>, Maeve Huggins <mhuggins@ch.ci.buffalo.ny.us>, yjuarbe@justicia.pr.gov, migarcia@justicia.pr.gov, B Jones <jones.brittany77@gmail.com>, Madeline Cruz Flores <mcruz@ocpr.gov.pr>, wburgos@justicia.pr.gov, Maribel Luque <maluque@justicia.pr.gov>, Jennifer Siroti <jsiroti@cbdm.com>, Madeline <madelyn0967@yahoo.com>, Thalia Gomez <joseph.thalia2122@gmail.com>, mark@erie.gov, dmpatton@bpdny.org, Christina despiau <chdespiau@yahoo.com>, braymond@teamsters.org, ytoyos@ramostoyoslaw.com, handuze@microjuris.com, ftpr@coqui.net, radicaciones@jrt.gobierno.pr, rgtolaw@gmail.com, jareeder@jonesday.com, mirodriguez@justicia.pr.gov, apagan@cnr.law, Nadal@cnr.law, sheriff@erie.gov, county.executive@erie.gov, Marilyn González Martinez <mgonzalez@justicia.pr.gov>, ivramirez@justicia.pr.gov, Miretza Diaz Rodriguez <mirdiaz@justicia.pr.gov>, spenagaricano@justicia.pr.gov, mrodriguez@justicia.pr.gov, Maeve Huggins <mhuggins@city-buffalo.com>, cdavila77@hotmail.com, arrillagalaw@gmail.com, ghernandez@hernandezgorrin.com, "Erick E. Kolthoff" <ee.kolthoff@gmail.com>, hamassanet@gmail.com, robertoalonsosantiago@gmail.com, Natasha.Marquez@mail.house.gov, Natalia Gandia <natalia.gandia@mail.house.gov>, norma.miranda-gallardo@mail.house.gov, radicaciones jrt <radicaciones@jrt.pr.gov>, Andres Davila <andres.davila@mail.house.gov>
**Cc:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
**Subject:** Mrs. Leslie Foschio, Mr. Lawrence J. Vilardo / 17-cv-2286/ 17-cv-2340/ 19-cv-1336/ 19-1167/ 20-1299 Abusadores de Derechos Humanos, Civiles Constitucionales, Racistas, Clasistas Blancos, Racistas Puertorriqueños, Testaferros del Presidente, el Departamento de Justicia de Estados Unidos y el Departamento de Justicia de Puerto Rico





Mr. Lawrence Vilardo

Judiciary
Committee
SD-226

# Lawrence J. Vilardo – NY Daily …

nydailyrecord.com



*Vélez contrató a un exfiscal independiente
para investigar las imputaciones sobre mala
utilización de fondos públicos contra el*

 PacerMonitor  ≡ Sign In ➔

3

# Haynes v. Foschio et al

**New York Western District Court**

| | |
|---|---|
| **Judge:** | Lawrence J Vilardo |
| **Case #:** | 1:20-cv-01839 |
| **Nature of Suit** | 440 Civil Rights - Other Civil Rights |
| **Cause** | 28:1331 Fed. Question |
| **Case Filed:** | Dec 14, 2020 |
| **Terminated:** | Jun 21, 2021 |

Docket     Parties (5)     Related Cases (1)

**Docket last updated: 10 hours ago**

## Wednesday, July 21, 2021



**6**  🔺  appeal  Clerks Certificate  Wed 07/21 11:59 AM

CLERKS CERTIFICATE filed and electronically sent to Court of Appeals (CGJ)

Att: 1  🔺  Index

**5**  🔺  appeal  Notice of Appeal  Wed 07/21 11:56 AM

NOTICE OF APPEAL as to 3 Order, by Brenda Joyce Haynes. Fee Status: in forma pauperis granted. (CGJ)



Abogado - Notario

29 de noviembre de 2005

Sr. Marcial Díaz Jiménez
Calle Villa Granada A-63
Urb. El Plantío
Toa Baja, P.R.   00949

Estimado señor Díaz Jiménez:

La señora Sonia Hernández Campos ha solicitado mis servicios
profesionales para tramitarle una petición de divorcio. Según me
informa mi cliente, usted estaría en disposición de aceptar
divorciarse por consentimiento mutuo.

Si el divorcio se tramita por la causal de consentimiento mutuo,
habría que formalizar una serie de estipulaciones de las cuales le
envío un borrador para su consideración.

Como ustedes no procrearon hijos, no hay que hacer estipulación
sobre custodia y patria potestad de menores, ni sobre pensión de
alimentos.

En torno a los bienes, me indica ella que poseen un Toyota Camry
tablilla EVG 640 que usted usa y paga. Ella me indica que usted se
quedaría con este vehículo y seguiría pagando la cuenta. Por su
parte, ella interesa retener la guagua Toyota RAV4, tablilla E
014 y continuar pagando la misma.

En cuanto al inmueble, ella sugiere dos alternativas. Que se venda
la misma al mejor postor y dividir el producto neto por partes
iguales, o que usted le compre la parte ganancial que le pertenece
a ella.

El mobiliario del hogar puede dividirse según los intereses de cada
cual.

Agradeceré que consulte con el abogado de su predilección y que
éste se comunique conmigo para formalizar el proceso. Si es su
deseo, me puede llamar para coordinar el trámite a seguir. La
mejor manera de conseguirme es a través de mi celular 787-385-2

Cordialmente.

Guillermo Figueróa Prieto







## GOBIERNO DE PUERTO RICO
### GOVERNMENT OF PUERTO RICO
### NEGOCIADO DE LA POLICIA DE PUERTO RICO
### POLICE OF PUERTO RICO
### CERTIFICADO NEGATIVO DE ANTECEDENTES PENALES
### NEGATIVE CERTIFICATE OF PENAL RECORD



Certifica que: JAIME A DIAZ ONEILL
Certify that: JAIME A DIAZ ONEILL

Residente en: Carolina, Puerto Rico
Resident of: Carolina, Puerto Rico

Fecha de nacimiento: 24/09/1969
Date of birth: 09/24/1969

Natural de: SAN JUAN
Place of birth: SAN JUAN

Seguro Social: xxx-xx-5985
Social Security: xxx-xx-5985

Num. Solicitud: 1142755068305319987
Application num.: 1142755068305319987

Al momento de realizar el cotejo no aparece con antecedentes penales de la División de Expedición de Certificados de Antecedentes Penales de la Policía de Puerto Rico. Esta certificación se expide conforme a la ley 254 del 27 de julio de 1974, según enmendada por la ley 314 del 15 de septiembre de 2004, 34 L.P.R.A. Sección 1725. El cotejo se limita a las sentencias emitidas por los tribunales del Estado Libre Asociado de Puerto Rico. Este documento excluye información recibida de la jurisdicción federal u otro país, así como convicciones legalmente eliminadas del expediente penal e indultos, si alguno.

### No constituye una identificación de la persona a cuyo nombre se expide.
### El receptor del documento debe verificar la identidad de la persona concernida.

At the time of search did not appear with a penal record in the Division of Penal Records Certificate Expedition of the Police of Puerto Rico. This certificate is issued in compliance with Public Law 254 of July 27, 1974, as amended by Law 314 of September 15, 2004, 34 L.P.R.A. Section 1725. The search was limited only to the sentences emitted by the Courts of the Commonwealth of Puerto Rico. It excludes information received from federal jurisdiction and other countries, also convictions legally eliminated from penal records or pardons, if any.

### This document does not constitute an identification of bearer.
### The receptor of this document should verify the identity of the person concerned.

## Sello de Rentas Internas Cancelado

Dado en San Juan Puerto Rico hoy 19/08/2021
Issued in San Juan, Puerto Rico 08/19/2021

Comisionado del Negociado de la Policía de Puerto Rico
Commissioner of the Puerto Rico Police Bureau

A petición de: JAIME A DIAZ ONEILL
Requested by: JAIME A DIAZ ONEILL

Comisionado Asociado del NPPR
Associate Commissioner

Para validar la información contenida en este certificado, favor acceder a:
To validate the information in this certificate, please access the URL:
https://servicios.pr.gov/validar/cap
* Favor de utilizar el núm. de solicitud como código de validación
* Please use the Application number as validation code.

ADVERTENCIA: Cualquier alteración anula este certificado y constituirá violación al artículo 292 del Código Penal.
WARNING: Any alteration voids this certificate and constitutes a violation of article 292 of the Penal Code.





9





AC-PIP-12/3
"(Rev.02-18)"

GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación

**CERTIFICACION DE LIBERTAD**

EN VIRTUD DE _Orden del Tribunal (Resla)_   R247-A

HA SIDO PUESTO EN LIBERTAD _Jaime A. Diaz Oneill_

EN BAYAMÓN, PUERTO RICO HOY _23 de septiembre de 2021_

SELLO OFICIAL:

705

SUPERINTENDENTE O REPRESENTANTE
CENTRO INGRESO Y CLASIFICACION CORRECCIONAL
BAYAMÓN 705

FIRMA TECNICO RECORD

TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO | CRIM NÚM.: K MG2017M0183-0184, KFJ2017M0146 |
| VS. | |
| | SOBRE: |
| JAIME A. DÍAZ O'NEILL ACUSADO | ART. 241 C C.P. (2CS), DESACATO CRIMINAL |
| | Fecha y Lugar de los hechos: 16 de mayo de 2017 en San Juan 10 de noviembre de 2017 en San Juan |

**SENTENCIA**

Hoy, 21 de septiembre de 2021 señalados los casos de epígrafe para Vista Sobre el Estado de los Procedimientos y Vista de Desacato Criminal, compareció el Pueblo de Puerto Rico representado por su Fiscal, Marisol Flores Cortés. No compareció el acusado ni representación legal.

El Tribunal, luego de escuchados los planteamientos expuestos en corte abierta, ordena el archivo y sobreseimiento de los casos KMG2017M0183 y 0184 bajo las disposiciones de la Regla 247-A de las de Procedimiento Criminal y el caso KFJ2017M0146 bajo las disposiciones de la Regla 247-B de las de Procedimiento Criminal. Se ordena la excarcelación del acusado por los casos de epígrafe.

REGÍSTRESE Y NOTIFIQUESE.

En San Juan, Puerto Rico, a 21 de septiembre de 2021.

**ELOINA TORRES CANCEL**
JUEZ SUPERIOR

Núm. Identificador SEN2021 ODD 26786

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-Oneill <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Estado Libre Asociado de PR et. al. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. **3:17-cv-02286-ADC** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Estados Unidos de América
Donald Trump, President
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/11/2018_____

_____
*Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS  Doc#:19006-6  Filed:11/01/21  Entered:11/02/21 09:39:57  Desc:
Exhibits to Email and Photos  Page 4 of 57
Case 3:17-cv-02266-ADC  Document 10-2  Filed 06/11/18  Page 3 of 10

12

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-Oneill | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No.  3:17-cv-02266-ADC |
| Estado Libre Asociado de PR et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Departamento de Justicia de Puerto Rico
Wanda Vazquez-Garced, Secretaria de Justicia
Calle Olimpo, Esq. Axtmayer - P. O. Box 9020192
Pda. 11 Miramar
San Juan PR 00902-0192

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/11/2018_____        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-Oneill | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Estado Libre Asociado de PR et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| _Defendant(s)_ | ) |

Civil Action No.  3:17-cv-02288-ADC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Estado Libre Asociado de Puerto Rico
Hon. Ricardo Roselló-Nevarez, Governor
Calle Olimpo, Esq. Axtmayer - P. O. Box 9020192
Pda. 11 Miramar
San Juan PR 00902-0192

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jaime A. Diaz-Oneill
P.O. Box 693
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____06/11/2018_____                          _____
                                                    *Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS Doc#:19006-6 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibit re: Email and Photos Page 16 of 57

Case 3:17-cv-02286-ADC Document 10-1 Filed 06/11/18 Page 5 of 10

1ψ

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| Jaime A. Diaz-Oneill | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:17-cv-02286-ADC |
| Estado Libre Asociado de PR et. al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Policia de Puerto Rico
601 Ave Franklin Delano Roosevelt
San Juan PR, 00936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-Oneill
P.O. Box 688
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___06/11/2018___     _____
*Signature of Clerk or Deputy Clerk*

Case:17-03283-LTS   Doc#:19006-6   Filed:11/01/21   Entered:11/02/21 09:39:57   Desc:
Exhibit re: Email and Photos   Page 17 of 57
Case 3:17-cv-02286-ADC   Document 10-1   Filed 06/11/18   Page 7 of 10

15

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| Jaime A. Diaz-Oncill | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:17-cv-02286-ADC |
| Estado Libre Asociado de PR et. al. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Oficina de Administracion de los Tribunales
268 Avenida Muñoz Rivera - P. O. Box 190917
San Juan, PR 00918-1913

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jaime A. Diaz-Oncill
P.O. Box 698
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 09/11/2018 _____          _____
*Signature of Clerk or Deputy Clerk*





On Feb. 24, Postmaster General Louis DeJoy said the Postal Service was "evaluating all service standards," including longer timetables for local mail. (The Washington Post)

19











Case:17-03283-LTS Doc#:19006-6 Filed:11/01/21 Entered:11/02/21 09:39:57 Desc:
Exhibits re Email and Photos Page 26 of 57
Case 3:17-cv-02286-ADC Document 10-1 Filed 06/11/18 Page 9 of 10

24

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-Oneill | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )   Civil Action No.  3:17-cv-02286-ADC |
| Estado Libre Asociado de PR et. al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Estados Unidos de América
Donald Trump, President
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/11/2018_____          _____
*Signature of Clerk or Deputy Clerk*



*1 st November of 2021*
*Please register urgent*
*under 17-03283*
*17- 8966*
*17- 8975*
*19-cv- 1336*
*17-cv- 2286*
*17-cv- 2340*
*Jaime A. Diaz (Neil)*

**Fwd: The Blood / La sangre 24 !**

**Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>**

**Mon 11/1/2021 12:36 PM**

**To:**

- **ods06667cpc <ods06667cpc@officedepot.com>**

[CAUTION: EXTERNAL SENDER]

Sent from my iPhone

Begin forwarded message:

**From: Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>**
**Date: November 1, 2021 at 10:59:33 AM AST**
To: domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, Carlos Lugo <clugofiol@gmail.com>,
mariana.e.bauza@usdoj.gov, Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>, ltucker@ntts.edu,
whmocarski@ntts.edu, asuntoslegales@ramajudicial.pr, fuertes abogados <abogados@fuerteslaw.com>,
hkowalchyk@ntts.edu, arperez@justicia.pr.gov, archico@justicia.pr.gov, incarrau@justicia.pr.gov,
jborras@justicia.pr.gov, equesada@justicia.pr.gov, vcarbonell@justicia.pr.gov, jcarrion@justicia.pr.gov,
blportela@justicia.pr.gov, mgierbolini@justicia.pr.gov, afernandez@delgadofernandez.com,
joaldebol@justicia.pr.gov, Erika Berrios <eberrios@salawpr.com>, corraldieg@gmail.com,
marperez@justicia.pr.gov, ainez.medina@acueductospr.com, glorimar.chiclana@acueductospr.com,
raquel.matos@acueductospr.com, srivera@salawpr.com, lisanchez@justicia.pr.gov, New Court
<newbaltimoretowncourt@nycourts.gov>, kevin@spotonstorage.net, Maeve Huggins
<mhuggins@ch.ci.buffalo.ny.us>, B Jones <jones.brittany77@gmail.com>, Carmencita Ramos
<karyoslan08@gmail.com>, Deseriee <deseriee323@hotmail.com>, migarcia@justicia.pr.gov,
yjuarbe@justicia.pr.gov, Maribel Luque <maluque@justicia.pr.gov>, wburgos@justicia.pr.gov, Madeline Cruz
Flores <mcruz@ocpr.gov.pr>, Jennifer Siroti <jsiroti@cbdm.com>, Madeline <madelyn0967@yahoo.com>, Thalia
Gomez <joseph.thalia2122@gmail.com>, mark@erie.gov, Christina despiau <chdespiau@yahoo.com>,
braymond@teamsters.org, dmpatton@bpdny.org, jaimeadiazoneill@ymail.com, handuze@microjuris.com,
ytoyos@ramostoyoslaw.com, ftpr@coqui.net, rgtolaw@gmail.com, mirodriguez@justicia.pr.gov,
radicaciones@jrt.gobierno.pr, Nadal@cnr.law, apagan@cnr.law, county.executive@erie.gov,
ivramirez@justicia.pr.gov, Marilyn González Martínez <mgonzalez@justicia.pr.gov>, mirdiaz@justicia.pr.gov,
spenagaricano@justicia.pr.gov, mrodriguez@justicia.pr.gov, sheriff@erie.gov, arrillagalaw@gmail.com,
cdavila77@hotmail.com, "Erick E. Kolthoff" <ee.kolthoff@gmail.com>, hamassanet@gmail.com,
ghernandez@hernandezgorrin.com, robertoalonsosantiago@gmail.com, Natasha.Marquez@mail.house.gov,
Natalia Gandia <natalia.gandia@mail.house.gov>, norma.miranda-gallardo@mail.house.gov, Andres Davila
<andres.davila@mail.house.gov>, jareeder@jonesday.com, Maeve Huggins <mhuggins@city-buffalo.com>
Subject: The Blood / La sangre 24 !

2021 NOV -1 PM 3: 30
RECEIVED & FILED

*1*

29 de noviembre de 2005

Sr. Marcial Díaz Jiménez
Calle Villa Granada A-63
Urb. El Plantío
Toa Baja, P.R. 00949

Estimado señor Díaz Jiménez:

La señora Sonia Hernández Campos ha solicitado mis servicios
profesionales para tramitarle una petición de divorcio. Según me
informa mi cliente, usted estaría en disposición de aceptar
divorciarse por consentimiento mutuo.

Si el divorcio se tramita por la causal de consentimiento mutuo,
habría que formalizar una serie de estipulaciones de las cuales le
envío un borrador para su consideración.

Como ustedes no procrearon hijos, no hay que hacer estipulación
sobre custodia y patria potestad de menores, ni sobre pensión de
alimentos.

En torno a los bienes, me indica ella que poseen un Toyota Camry
tablilla EVG 640 que usted usa y paga. Ella me indica que usted
quedaría con este vehículo y seguiría pagando la cuenta. Por
parte, ella interesa retener la guagua Toyota RAV4, tablilla E
014 y continuar pagando la misma.

En cuanto al inmueble, ella sugiere dos alternativas. Que se ver
la misma al mejor postor y dividir el producto neto por part
iguales, o que usted le compre la parte ganancial que le perten
a ella.

El mobiliario del hogar puede dividirse según los intereses de c
cual.

Agradeceré que consulte con el abogado de su predilección y
éste se comunique conmigo para formalizar el proceso. Si e
deseo, me puede llamar para coordinar el trámite a seguir.
mejor manera de conseguirme es a través de mi celular 787-385-2

Cordialmente,

Guillermo Figueroa Prieto





**Santos Ortega Rivera Ortega Rivera** updated his profile picture.

January 24 · 🌐









†

*Marcial Díaz Jiménez*

*Nació*
el 18 de octubre de 1944
en Río Piedras, P.R.

*Falleció*
el 3 de diciembre de 2005
en Bayamón, P.R.

*Sepelio*
el 9 de diciembre de 2005
en el
*Cementerio*
Los Cipreses Memorial Park
Bayamón, P.R.

*Ebret*

¡NO LLORES SI ME AMAS! . . .

Tú que me has visto y me has amado en el mundo, país de las sombras, ¿no te resignarás al verme ahora en el Cielo, país de las inmutables realidades? Créeme, cuando la muerte venga a romper las ligaduras, como ha roto las que a mí me encadenaban y cuando llegue un día, que Dios ha fijado y conoce, y tu alma venga a este Cielo en que ha precedido la mía. Ese día volverás a ver aquel que te amaba y te sigue amando y encontrarás su corazón con todas sus ternuras purificadas. Volverás a verme, pero transfigurado, extático, feliz, no ya esperando la muerte, senderos de LUZ y de la VIDA bebiendo con embriaguez a los pies de Dios, un néctar del cual nadie se saciará jamás. Por eso, enjuga tu llanto . . . y no llores, si me amas.

Type **FOCUS AXR**
SOCO   Mtr #   3531479

CL20   120-277V   4W   60Hz
FM9S/dS Y△ KH1.8 TA2.5

Landis+Gyr

15447054
GEORGIA
POWER

**480 VOLTS**







# Inician vistas convenio AAA

■ A dilucidarse si hay o no un convenio colectivo entre la Autoridad y la UIA.

**Ivis M. Negrón Pérez**
EL VOCERO

Las vistas de la Junta de Relaciones del Trabajo (JRT) en las que se dilucidará si existe o no un convenio colectivo firmado entre la Autoridad de Acueductos y Alcantarillados (AAA) y la Unión Independiente Auténtica (UIA) iniciaron ayer con un primer acercamiento entre las partes.

El desfile de prueba formal comenzará el lunes ante el oficial examinador de la Junta, Carlos Igartúa Veray, pero los abogados de las partes negociadoras comenzaron ayer conversaciones sobre los documentos que serán aceptados como prueba en el proceso.

El pasado 21 de junio, la Junta expidió una querella contra la AAA al acoger los reclamos del sindicato de que la corporación violó disposiciones del convenio colectivo. La controversia se extiende a la huelga de 84 días que realizó la UIA y que concluyó cuando un comité de diálogo designado por la entonces gobernadora, Sila María Calderón, logró que las partes firmaran una estipulación de convenio que luego afinarían. Luego, en enero de 2005, ambas partes encontraron errores en la redacción del acuerdo estipulado. La AAA se negó a firmar el documento.

"La controversia matriz es si existe o no



Los abogados de la UIA, Harry Anduze y José Morales Bocio, en la vista de ayer de la Junta de Relaciones del Trabajo.

convenio colectivo", dijo el presidente de la UIA, Jesús Manuel Díaz Allende. Por un lado, la UIA sostiene que el convenio debe ser retroactivo a enero de 2005. La AAA alega que sólo ha reconocido la prospectividad de cualquier acuerdo.

Díaz Allende señaló que el patrono asegura que quedan por negociar asuntos como los procedimientos de quejas y agravios, algunas licencias, y hasta aspectos relacionados con el plan de salud. Ante la supuesta ausencia de un proceso de quejas y agravios, la AAA ha despedido a sobre 250 unionados, quienes tendrán que ser restituidos en sus puestos si la posición de la UIA prevalece, manifestó su líder.

"Esto sienta un precedente en cuanto a las relaciones obrero-patronales, porque es la primera vez que un patrono, una vez se ratifica un acuerdo, se niega a firmarlo", dijo Díaz Allende.

La directora de Recursos Humanos y Relaciones Laborales de la AAA, Belkin Nieves, ha dicho que la eventual decisión de la Junta no tiene que ser final, ya que cualquiera de las partes tiene derecho a recurrir a los tribunales. Nieves indicó que la corporación tiene reservados los fondos correspondientes al convenio como si estuviera vigente.

Los abogados Harry Anduze y José Morales Bocio, por la UIA, y Rafael Escalera y Nieves, por la AAA, acordaron completar la estipulación de la prueba documental antes del comienzo de la vista el lunes a la 1:30 de la tarde.

El desfile de testigos incluye al presidente de la AAA, Jorge Rodríguez, su pasado director, Juan Agosto Alicea, y varios de los miembros del desaparecido comité de diálogo. Están citados el presente y el ex secretario del Departamento del Trabajo, Román Velasco y Víctor Rivera Hernández, el ex secretario de la Gobernación, Aníbal José Torres, y los líderes sindicales Ricardo Santos y José Rodríguez Báez.







## Llamados a mirar código de ética abogados de líderes sindicales

ROSITA MARRERO
**PRIMERA HORA**

**ABOGADOS EN** la mirilla.

La fuente de los honorarios que los 11 dirigentes de la Unión Independiente Auténtica (UIA) acusados de conspiración, fraude y lavado de dinero pagarán a sus representantes legales continúa siendo el foco de preocupación del juez José A. Fusté, quien urgió a los abogados a considerar el código de ética que rige su profesión al momento de determinar si aceptan dinero "producto de la comisión de un crimen".

Además, les recordó a los letrados que "el recibir dinero robado constituye un delito federal castigable con multa o prisión".

Inclusive aludió a decisiones judiciales como la de un abogado que fue convicto por aceptar dinero producto del robo de un banco.

"Los abogados pueden ser convictos inclusive de conspiración por involucrarse en esquemas con clientes, aun cuando los clientes mismos nunca se hayan procesado", mantuvo.

Mencionó, además, casos en que el abogado se le acusó de diseñar un esquema de evasión contributiva para sus clientes.

"Debido a que los pagos de la Unión en estos casos aparentan estar plagados de irregularidades y negociaciones oscuras, el abogado en este caso debe tener cuidado de evitar implicarse en cualquier actividad criminal", postuvo.

Fusté planteó que dado que en los foros públicos, incluyendo periódicos, vistas en los tribunales y manifestaciones de miembros de las Unión se ha cuestionado el objetivo del plan legal, "a los abogados les será sumamente difícil reclamar desconocimiento en torno al origen ilegal de sus honorarios".

En la orden emitida ayer, en la que utiliza un tono severo y condenatorio, el juez Fusté resume los asuntos que se abordaron en la vista de conflicto de interés celebrada entre las partes el 21 de noviembre, en la que se discutieron los riesgos de una representación legal conjunta y el conflicto potencial de que los honorarios los pague "una tercera parte", en referencia al plan legal de la Unión.

Indicó que se reservará la decisión de celebrar otra vista de conflicto de interés solicitada por la fiscal Jacabed Rodríguez en la que se dilucidarían a profundidad las implicaciones, por ejemplo, de que el acusado ex presidente del gremio, Héctor René Lugo, tenga el control de las cuentas bancarias de la Unión, y que sea el dirigente laboral quien autorice el pago de la defensa de los otros acusados.

Agregó que, según la fiscalía, la posición de Lugo de autorizar el desembolso de fondos para los abogados de los acusados representa un nuevo conflicto de interés inexplorado, como el que habría si un acusado desea llegar a un acuerdo de cooperación con la fiscalía, lo que lo colocaría en la situación de declarar contra la persona que autoriza los cheques.



PRIMERA HORA Archivo/Vanessa Serra Díaz

Una asamblea general de la UIA deberá ratificar es el cargo de presidente de la UIA al destituido líder Jesús M. Díaz Allende, de acuerdo con la resolución emitida por el juez superior Carlos Dávila Vélez.

## Juez falla contra Héctor René Lugo
# Se queda Allende en la UIA

NYDIA BAUZA
**PRIMERA HORA**

"COGIERON pela".

El juez superior Carlos Dávila Vélez decidió anoche que el destituido presidente de la Unión Independiente Auténtica (UIA) Jesús M. Díaz Allende se quedará al frente del atribulado sindicato que agrupa a los trabajadores de la Autoridad de Acueductos y Alcantarillados (AAA), sujeto a que sea ratificado en el cargo en una asamblea general.

El magistrado falló en contra del ex presidente de la UIA Héctor René Lugo en su intento de volver a apoderarse de la silla presidencial.

Dávila Vélez acogió el recurso de interdicto permanente que radicó Díaz Allende contra Lugo, quien está acusado junto a otros diez miembros del Comité Ejecutivo de delitos de fraude y evasión.

Díaz Allende fue elegido por el Comité Ejecutivo después de que Lugo renunció a la presidencia. Pero luego Lugo quiso desbancarlo y Díaz Allende recurrió al tribunal.

Tan pronto el tribunal emitió la semana pasada la orden de entredicho provisional que prohíbia a Lugo retornar a la presidencia, el Comité Ejecutivo convocó a una asamblea de delegados a la que sólo acudieron partidarios de Lugo y escogieron como presidente a Luis Andino.

"El Comité Ejecutivo no tiene facultad para remover al presidente electo. No puede quitar ni poner presidentes. El presidente tiene que responder a los unionados y no ser una marioneta del Comité Ejecutivo sin independencia de criterio", sentenció el juez luego de escuchar a las partes en una caldeada vista que se prolongó durante todo el día de ayer.

Dávila Vélez dictaminó también que la elección o remoción de Allende debe estar sujeta a una asamblea general.

Lugo, quien presenció la vista, dijo al salir de la corte que no retará a Díaz Allende.

El juez emitió el fallo poco antes de las 7:00 de la noche, pero desde temprano se anticipaba ya que antes de comenzar a escuchar la prueba en la vista del *injunction* permanente, falló a favor del abogado de Allende, Harry Anduze, al validarlo como representante legal de la UIA.

Los abogados del grupo de Lugo, José

Carreras y Reinaldo Pérez, impugnaron la representación legal de Anduze, argumentando que el Comité Ejecutivo del sindicato canceló su contrato la semana pasada.

"El contrato del licenciado Harry Anduze está vigente", dictaminó Dávila Vélez luego de un extenso interrogatorio a Juan Ramos, secretario ejecutivo de la UIA. Luego, Carreras y Pérez abandonaron la sala judicial.

"El tribunal tiene jurisdicción sobre el asunto", sostuvo Dávila Vélez, quien, además, permitió que el grupo "El cambio va", representado por el abogado laboral Jorge Farinacci, participara como parte interventora.

Anduze dijo que su comité está realizando una investigación interna de las finanzas de la unión y si encuentra anomalías, las va a compartir con las autoridades federales y locales.

Pérez le indicó que eso era "antiético e improcedente porque como abogado de la Unión no debe estar sirviendo como un brazo del Ejecutivo".

Anduze sostuvo que su objetivo era "proteger los intereses de la Unión" y que debía estar alerta ante la posibilidad de que los miembros del Comité Ejecutivo tuvieran "intereses particulares o conflictos" para recusarlo.

"Cogieron pela. La verdad siempre prevalece", dijo después de que se produjo el fallo.

El ex presidente del Colegio de Abogados indicó que la asamblea general posiblemente será este mes y "ahora lo importante es que se le provean (a Díaz Allende) los documentos que él ha solicitado".

Dijo que el Comité "tiene la obligación constitucional de dar un informe del estado financiero de la Unión y la investigación la terminaremos tan pronto tengamos la información".

Los abogados que acompañaban a Díaz Allende también cuestionaron la validez de la asamblea del 21 de noviembre en la que se destituyó a Díaz Allende, tras Lugo manifestar su intención de regresar a la presidencia de la unión.

El presidente de la UIA tiene que responder a los unionados "y no ser una marioneta del Comité Ejecutivo sin independencia de criterio", sentenció el juez. En la foto de archivo Allende y Héctor René Lugo, en ocasión de que el segundo renunciara a la presidencia de la UIA.







Case:17-03283-LTS  Doc#:19006-6  Filed:11/01/21  Entered:11/02/21 09:39:57  Desc:
Exhibit re: Email and Photos  Page 43 of 57

13







PRIVATIZACIÓN: MIRADA HISTÓRICA



PRIVATIZACIÓN: MIRADA HISTÓRICA

# Recordando la fallida privatización de la AAA

Por: Julio Rivera Saniel

Actualizado hace 15 horas



15





**Viernes**
28 DE MARZO DE 2008
SAN JUAN PUERTO RICO
elnuevodia.com
50¢

UN GRAN PERIÓDICO

EDITORIAL
UN MOMENTO
DE PRUDENCIA
Y VALOR
:54



EDICIÓN ESPECIAL

# Histórica acusación

Por primera vez
un gran jurado acusa
a un gobernador electo
por actos de corrupción
:4-30









21

# ticulados tres pun

## quías

dia.com

los más
droga en
ur fueron
er en el
do por
estatales
rrestados
sesinatos
ce en los

dió, una
n Juan se
listribuye
oos en es-
se estima
os de dro-
4 horas y
os, la ma-
es de las

te de la
edo, dijo
a que re-
e la droga
e con la
a organi-
n que no



*Desde la izquierda, Benjamín Rodríguez, tenie*
*superintendente de la Policía, Pedro Toledo, r*



*Vélez contrató a un exfiscal independiente para investigar las imputaciones sobre mala utilización de fondos públicos contra el expresidente del Supremo. (Archivo/GFR Media)*











27



Inés del C. Carrau Martínez es la secretaria interina del
Departamento de Justicia.