UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

--------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

     Debtors. [1]

--------------------------------------------------------------x

PROMESA
Title III


No. 17 BK 3283-LTS

(Jointly Administered)

ORDER MEMORIALIZING CERTAIN RULINGS
MADE AT THE NOVEMBER 1, 2021, PRETRIAL CONFERENCE

For reasons stated fully on the record at the November 1, 2021, final pretrial

conference, the parties shall adhere to the following deadlines:

- By **November 2, 2021**, at **12:00 p.m. (Atlantic Standard Time)**, the Financial
  Oversight and Management Board for Puerto Rico (the "Oversight Board") shall
  file an informative motion that encloses versions of the declarations of Mark
  Elliott filed at Docket Entry Nos. 18760-19 and 18761-3 in Case No. 17-3283,
  which demarcate, with objection-specific identification marks within inserted
  brackets, those portions of the declarations to which the Oversight Board objects,
  with a legend in the informative motion that succinctly summarizes the nature of
  the objection pertaining to each respective color code or distinctive marking.
  Peter Hein shall then file any response to the Oversight Board's informative

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case
number and the last four (4) digits of each Debtor's federal tax identification number, as
applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth")
(Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-
BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways
and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last
Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-
BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric
Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits
of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")
(Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)
(Title III case numbers are listed as Bankruptcy Case numbers due to software
limitations).

motion by **November 4, 2021**, at **12:00 p.m. (Atlantic Standard Time)** The
response shall not to exceed six, double-spaced pages.

- The following shall be due no later than **November 3, 2021**, at **11:59 p.m.
  (Atlantic Standard Time)**:

  o From all pertinent parties: amended witness declarations reflecting accurate
    references to the filed exhibits.

  o From the Oversight Board:

    ▪ Its Eighth Amended version of the proposed plan of adjustment, together
      with an amended proposed confirmation order and any amended or
      supplemental declarations; and

    ▪ A certified or official government English translation of Act 53-2021.

- By **November 5, 2021**, the following objectors may each file a sur-reply to the
  proposed plan of adjustment, limited to issues addressed in their objections, and
  not to exceed 8 pages, double-spaced: Finca Matilde, Inc., Suiza Dairy Corp., PFZ
  Properties, Inc., and Peter Hein.

- By **November 5, 2021**, the Oversight Board shall file a status report, with
  AmeriNational Community Servicers, LLC and Cantor-Katz Collateral Monitor
  LLC (the "DRA Parties"), identifying any remaining disputed issues pertaining to
  discovery or evidentiary matters in connection with the Eighth Amended plan,
  and proposing deadlines and procedures for any additional evidentiary or
  argumentative submissions regarding the Eighth Amended plan or its supporting
  documentation. In advance of that status report, the DRA Parties and Oversight
  Board are expected to meet and confer in a good faith effort to identify and
  resolve consensually any discovery or record supplementation issues that the
  DRA Parties may believe are raised by the plan modifications.

SO ORDERED.

Dated: November 2, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge