MILDRED BATISTA DE LEON
PO BOX. 1259
SAINT JUST. PR  00978



NEOPOST
10/12/2021
US POSTAGE $001.16⁰

ZIP 00976
041M11462882

RECEIVED & FILED
2021 NOV -1  PM 4: 19
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

TRIBUNAL DE DISTRITO DE EE.UU
OFICINA  DE  SECRETARIA
AVENIDA CARLOS CHARDON 150, SUITE 150
SAN JUAN, PUERTO RICO  00918-1767