UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.¹

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ORDER AMENDING CONFIRMATION HEARING PROCEDURES ORDER

The *Amended Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* (Docket Entry No. 18877-1 in Case No. 17-3283, the "Confirmation Procedures Order"), dated October 28, 2021, is hereby amended to add the following requirements:

- The Oversight Board must submit (in the same submission identifying Remote Witnesses required by the third paragraph of section seven of the Confirmation Procedures Order), **by 2:00 p.m. (Atlantic Standard Time)** (a) on the day preceding the day on which the introduction of any designated portion(s) of a deposition into evidence is anticipated, (i) a chart summarizing any remaining disputes concerning the relevant deposition designations and/or counter-designations, and (ii) a copy of the relevant deposition transcript or citation to the docket entry containing such transcript, and (b) on the day preceding the anticipated

---

¹    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- introduction of evidence or testimony whose admissibility is disputed, a summary of the parties' respective positions on the issue of admissibility.

- If any Remote Witness requires use of an interpreter, counsel for the party proffering that Remote Witness must notify the Court at SwainDPRCorresp@nysd.uscourts.gov at least two business days in advance of the anticipated date of that Remote Witness's testimony to permit Court staff to coordinate with the Remote Witness, counsel, and the certified interpreter provided by the party concerning usage of Zoom's simultaneous interpretation feature.

- Parties must incorporate their presentation of oral argument concerning legal issues into their opening and closing arguments.

The text of the *Second Amended Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* is attached to this Order as Exhibit 1.

SO ORDERED.

Dated: November 2, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge