Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Orlando Andino Huertas

Participant's Address: Lomas de Carolina, B-6, Los Picachos St., Carolina, PR 00987

Participant's Email Address: oandinohuertas.27@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # 17 BK 3283 - LTS

Nature of Claim: Confirmation of Commonwealth Plan of Adjustment

By: _____
Signature

Orlando Andino Huertas
Print Name

_____
Title (if Participant is not an individual)

September 13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Orlando Andino Huertas
Lomas de Carolina, B-6
Picachos, Carolina, P.R. 00987




RECEIVED & FILED
2021 NOV -1 PM 4:19
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English:**

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Leticia Pereira Monzon

Participant's Address: Urb Loiza Valley, calle Civdad F-231, Canovanas, PR

Participant's Email Address: leticia pereira 3119 @gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel: Leticiapereira 3119 gmail.com

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-03283

Nature of Claim: 124 934

By: _[signature]_
Signature

Leticia Pereira Monzon
Print Name

_____
Title (if Participant is not an individual)

27/oct./2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Leticia Pereira Monzón

Participant's Address: Urb. hora Valley, Calle Girasol F-231, Canóvanas, PR

Participant's Email Address: leticiapereira319@gmail.com

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-03283

Nature of Claim: 124 934

By: _Leticia Pereira Monzón_
Signature

Leticia Pereira Monzón
Print Name

Title (if Participant is not an individual): 

Date: 28/od./2021

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Leticia Pereira Monzon

Participant's Address: Urb. Loiza Valley, calle Curasol F-331, Canóvanas, PR

Participant's Email Address: leticiapereira3119@gmail.com

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17-03-283

Nature of Claim: 124934

By: *Leticia Pereira Monzon*
Signature

Leticia Pereira Monzon
Print Name

Title (if Participant is not an individual)

28/oct./2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ms. L. Pereira
Urb. Loiza Valley
Calle Girasol F-231
Canovanas PR 00729




United States District Court,
Clerk's Office, 150 Ave. Carlos C Hardon Ste.
150, San Juan, PR 00918-1767