# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br><br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br><br>Title III<br><br>Case No. 17 BK 3567-LTS |
| AMERINATIONAL COMMUNITY SERVICES, LLC, as Servicer for the GDB Debt Recovery Authority, and CANTOR-KATZ COLLATERAL MONITOR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., FINANCIAL GUARANTY INSURANCE COMPANY, NATIONAL PUBLIC FINANCE GUARANTEE | Adv. Pro. No. 21-00068-LTS |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| CORPORATION, PEAJE INVESTMENTS LLC, and THE BANK OF NEW YORK MELLON, as Fiscal Agent,<br><br>Defendants. | |
| AMBAC ASSURANCE CORPORATION, ASSURED GUARANTY CORP., ASSURED GUARANTY MUNICIPAL CORP., NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, FINANCIAL GUARANTEE CORPORATION, FINANCIAL GUARANTY INSURANCE COMPANY, and PEAJE INVESTMENTS LLC,<br><br>Counterclaim Plaintiffs/Third Party Plaintiffs,<br><br>v.<br><br>AMERINATIONAL COMMUNITY SERVICES, LLC, as Servicer for the GDB Debt Recovery Authority, and CANTOR-KATZ COLLATERAL MONITOR LLC,<br><br>Counterclaim Defendants,<br><br>and<br><br>GDB DEBT RECOVERY AUTHORITY,<br><br>Third-Party Defendant. | Adv. Pro. No. 21-00068-LTS |

**COUNTERCLAIM PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED R. CIV. P. 41 AND FED. R. BANKR. P. 7041**

To the Honorable Court:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(c), which have been made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7041, defendants and counterclaim plaintiffs Ambac Assurance Corporation, Assured Guaranty Corp., Assured Guaranty Municipal Corp., Financial Guaranty Insurance Company, National Public Finance Guarantee Corporation, and Peaje Investments LLC (the "Counterclaim Plaintiffs") respectfully submit this Notice voluntarily dismissing without prejudice their counterclaims and third-party claims asserted against the DRA and the DRA Parties in *Defendants' Answer, Defenses, and Counterclaims* (Aug. 26, 2021) (ECF. No. 43) ("Counterclaims").[2] Although the DRA and DRA Parties have filed a pending motion to dismiss the Counterclaims (ECF No. 80), they have not filed an answer or other responsive pleading, nor has the Court conducted any hearing or trial on the Counterclaims. Accordingly, by this Notice, and without an order of the Court, the Counterclaims may be and hereby are voluntarily dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i); Fed. R. Civ. P. 41(c).

---

"DRA" refers to the GDB Debt Recovery Authority. "DRA Parties" refers collectively to AmeriNational Community Services, LLC (in its capacity as servicer for the DRA) and Cantor-Katz Collateral Monitor (in its capacity as collateral monitor for the DRA). "ECF No." refers to the docket in adversary proceeding no. 21-00068-LTS.

1

Dated: November 2, 2021
      San Juan, Puerto Rico

Respectfully submitted,

**FERRAIUOLI LLC**

By: /s/ *Roberto Cámara-Fuertes*
    Roberto Cámara-Fuertes (USDC-PR No. 219002)
    Sonia Colón (USDC-PR No. 213809)
    221 Ponce de León Avenue, 5th Floor
    San Juan, PR 00917
    Telephone: (787) 766-7000
    Facsimile: (787) 766-7001
    Email: rcamara@ferraiuoli.com
           scolon@ferraiuoli.com

**MILBANK LLP**

By: */s/ Atara Miller*
    Dennis F. Dunne (admitted *pro hac vice*)
    Atara Miller (admitted *pro hac vice*)
    Grant R. Mainland (admitted *pro hac vice*)
    John J. Hughes, III (admitted *pro hac vice*)
    Jonathan Ohring (admitted *pro hac vice*)
    55 Hudson Yards
    New York, NY 10001
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Email: ddunne@milbank.com
           amiller@milbank.com
           gmainland@milbank.com
           jhughes2@milbank.com
           johring@milbank.com

*Attorneys for Ambac Assurance Corporation*

**REXACH & PICÓ, CSP**

By: */s/ María E. Picó*
María E. Picó
(USDC-PR No. 123214)
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
Email: mpico@rexachpico.com

**CASELLAS ALCOVER & BURGOS P.S.C.**

By: */s/ Heriberto Burgos Pérez*
Heriberto Burgos Pérez
(USDC-PR No. 204809)
Ricardo F. Casellas-Sánchez
(USDC-PR No. 203114)
Diana Pérez-Seda
(USDC-PR No. 232014)
P.O. Box 364924
San Juan, PR 00936-4924
Telephone: (787) 756-1400
Facsimile: (787) 756-1401
Email: hburgos@cabprlaw.com
rcasellas@cabprlaw.com
dperez@cabprlaw.com

**BUTLER SNOW LLP**

By: */s/ Martin A. Sosland*
Martin A. Sosland (admitted *pro hac vice*)
2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
Email: martin.sosland@butlersnow.com

James E. Bailey III (admitted *pro hac vice*)
Adam M. Langley (admitted *pro hac vice*)
6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (901) 680-7201
Email: jeb.bailey@butlersnow.com
adam.langley@butlersnow.com

***Attorneys for Financial Guaranty Insurance Company***

**CADWALADER, WICKERSHAM & TAFT LLP**

By: */s/ Howard R. Hawkins, Jr.*
Howard R. Hawkins, Jr. (admitted *pro hac vice*)
Mark C. Ellenberg (admitted *pro hac vice*)
William J. Natbony (admitted *pro hac vice*)
Thomas J. Curtin (admitted *pro hac vice*)
Casey J. Servais (admitted *pro hac vice*)
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Email: howard.hawkins@cwt.com
mark.ellenberg@cwt.com
bill.natbony@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com

***Attorneys for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.***

**ADSUAR MUNIZ GOYCO SEDA & PEREZ-OCHOA PSC**

By: */s/ Eric Perez-Ochoa*
Eric Perez-Ochoa
(USDC-PR No. 206314)
Luis A. Oliver-Fraticelli
(USDC-PR No. 209204)
208 Ponce de León Ave., Suite 1600
San Juan, PR 00936
Telephone: (787) 756-9000
Facsimile: (787) 756-9010
Email: epo@amgprlaw.com
   loliver@amgprlaw.com

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Robert Berezin*
Jonathan Polkes (admitted *pro hac vice*)
Gregory Silbert (admitted *pro hac vice*)
Robert Berezin (admitted *pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: jonathan.polkes@weil.com
   gregory.silbert@weil.com
   robert.berezin@weil.com

*Attorneys for National Public Finance Guarantee Corporation*

| | |
|---|---|
| MONSERRATE SIMONET & GIERBOLINI, LLC | DECHERT LLP |
| /s/ Dora L. Monserrate Peñagarícano | /s/ Allan S. Brilliant |
| Dora L. Monserrate-Peñagarícano | Allan S. Brilliant (*pro hac vice*) |
| USDC-PR No. 212612 | Yehuda Goor (*pro hac vice*) |
| Fernando J. Gierbolini-González | 1095 Avenue of the Americas |
| USDC-PR No. 211901 | New York, New York 10036 |
| Richard J. Schell | Tel: (212) 698-3500 |
| USDC-PR No. 305811 | Fax: (212) 698-3599 |
| 101 San Patricio Avenue | |
| Maramar Plaza, Suite 1120 | -and- |
| Guaynabo, Puerto Rico 00968 | |
| Phone: (787) 620-5300 | G. Eric Brunstad, Jr. (*pro hac vice*) |
| Fax: (787) 620-5305 | 90 State House Square |
| | Hartford, Connecticut 06103 |
| | Tel: (860) 524-3960 |
| | Fax: (860) 524-3930 |
| | |
| | -and- |
| | |
| | Stuart T. Steinberg (*pro hac vice*) |
| | Cira Centre |
| | 2929 Arch Street |
| | Philadelphia, Pennsylvania 19104 |
| | Tel: (215) 994-2521 |
| | Fax: (215) 994-2222 |
| | |
| | ***Attorneys for Peaje Investments LLC*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused this document to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the captioned case.

At San Juan, Puerto Rico, November 2, 2021.

By: */s/ Eric Pérez-Ochoa*