UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO et al., <br><br> Debtors.[1] | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

**ORDER (I) APPROVING FORM OF NOTICE OF RULINGS THE OVERSIGHT BOARD REQUESTS AT CONFIRMATION HEARING REGARDING ACT 53-2021 AND (II) SCHEDULING OBJECTION DEADLINE**

Upon the urgent motion (Docket Entry No. 19002 in Case No. 17-3283, the "Urgent Motion")[2] of the Oversight Board for entry of an order (i) approving the form of notice of rulings the Oversight Board will request at the Confirmation Hearing with respect to Act 53-2021, and (ii) establishing an objection deadline with respect to such rulings; and due and proper notice of the Urgent Motion having been provided and it appearing no other or further notice need be provided; and the Court having subject matter jurisdiction to consider the Urgent Motion and the relief requested therein pursuant to PROMESA section 306(a); and it appearing that venue in this district is proper pursuant to PROMESA section 307(a); and the Court having determined the relief requested in the Urgent Motion is in the best interest of the Debtors and all

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not defined herein have the meanings given to them in the Urgent Motion.

parties in interest; and the Court having determined the legal and factual bases set forth in the Urgent Motion establish just cause for the relief granted herein; it is hereby ORDERED:

1. The Urgent Motion is granted as set forth herein.

2. The Act 53-2021 Notice attached hereto as **Exhibit 1** is approved. The Oversight Board must (i) subject to its having the necessary contact data in usable electronic form, serve the Act 53-2021 Notice by facsimile, e-mail, overnight delivery, or first-class mail on the Government, the unions, and the Debtors' current and former employees in TRS and JRS, in both English and Spanish, within three (3) business days after entry of this Order, and (ii) cause the Act 53-2021 Notice to be published (a) on the Debtors' case website, https://cases.primeclerk.com/puertorico, and (b) once in each of *El Nuevo Dia* in Spanish (primary circulation is in Puerto Rico), *El Diario* in Spanish (primary circulation is in New York), *El Nuevo Herald* in Spanish (primary circulation is in Miami), *El Vocero* in Spanish (primary circulation is in Puerto Rico), *Primera Hora* in Spanish (primary circulation is in Puerto Rico), and *The New York Times* in English, to the extent possible, within four (4) business days after the entry of this Order.

3. Any objections or responses to the Oversight Board's requested rulings shall (i) be in writing, signed, and in English; (ii) state the name, address, whether the objectant is a past or present employee or retiree of the Government, or any other standing for its objection; (iii) state clearly the rationale for the objection; (iv) be filed with the Court, together with proof of service, and served on the following parties so as to be actually received no later than **5:00 p.m. (Atlantic Standard Time) on November 12, 2021**: (a) counsel to the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, NY 10036, Attn: Martin J. Bienenstock and Brian S. Rosen, and (b) counsel to AAFAF, O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036, Attn: John J. Rapisardi, Peter Friedman, and Maria J. DiConza.

4. Any replies in support of the Oversight Board's requested rulings must be filed on or before **November 15, 2021**, which date shall be set forth in the Act 53-2021 Notice.

5. The Oversight Board is authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

7. This Order resolves Docket Entry No. 19002 in Case No. 17-3283.

SO ORDERED.

Dated: November 2, 2021

      /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge