**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------x
In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]
-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 03283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 29, 2021, the following pleading was served on the Standard Parties and Affected Parties (as defined in the Fifteenth Amended Notice, Case Management, and Administrative Procedures Order) via the CM/ECF System. On November 1, 2021, courtesy copies were sent by FedEx overnight delivery to the Chambers of the Honorable Laura Taylor Swain at: United States District Court for the Southern District of New York Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Suite No. 3212, New York, New York 10007-1312 and to the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922. On October 29, 2021, the document was served

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780- LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

on the parties set forth in the attached **Exhibit A** (by email). On November 1, 2021, the document was service on the parties set forth in the attached **Exhibit B** (by First Class Mail):

**Dkt. 18966:** U.S. Bank's Second Amended Exhibit List in Connection with Plan Confirmation and Withdrawal of Motion to Seal.

Respectfully Submitted,

This 2nd day of November 2021 in San Juan, Puerto Rico.

    **RIVERA, TULLA AND FERRER, LLC**
    */s/ Iris J. Cabrera-Gomez*
    Iris J. Cabrera-Gomez
    USDC-DPR No. 221101
    Email: icabrera@riveratulla.com
    Rivera Tulla & Ferrer Building
    50 Quisqueya Street
    San Juan, PR 00917-1212
    Tel: (787)753-0438/Fax: (787)767-5784

    and

    */s/ Sara Posner*
    Sara Posner
    sara.posner@hoganlovells.com
    390 Madison Avenue
    New York, New York 10017
    Telephone: (212) 918-3000
    Facsimile: (212) 918-3100

*Counsel to U.S. Bank Trust National Association and U.S. Bank National Association*