Roy Jorgensen Assoc. Inc.
Mount Hope Manor House
3735 Buckeystown Pike
PO Box 70
Buckeystown, MD 21717-0070
Tel: (301) 831-1000

Invoice No. 35090-150601
Date:  June 25, 2015

Agreement Number  2015-000163

****INVOICE****

TO: Mr. Cesar M. Gandiaga Texidor
Assistant Executive Director of Administration and Finance
Puerto Rico Highway & Transportation Authority
Minillas Government Center
De Diego Avenue
Santurce, Puerto Rico 00940-2007

FOR: Consulting services for annual General Evaluation of the Level of Maintenance of Traffic Facilities for fiscal year 2015.

This invoice covers the completion of the inspection visit in accordance with the Agreement for Professional Services dated June 8, 2015

| | |
|---|---:|
| Amount Due | 18,900.00 |
| Less: Retainage | (2,983.50) |
| **AMOUNT DUE THIS INVOICE** | **15,916.50** |

CERTIFICATION

Under the penalty of absolute nullity, I certify that none of the employees of the Puerto Rico Highway and Transportation Authority is part or has any interest in the earnings or benefits product of the contract upon which this invoice is based. If part or any interest in the earnings or benefits product of this contract should come forth, then an official dispensation has been previously approved. The only consideration in the provsion of the goods and services object of this contract is the payment agreed with the agency's authorized representative. The amount of the invoice is true and correct. That all the services have been rendered and have not been paid.

Controller

*Donna M. Morgan* (signature)

Donna M. Morgan