COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF TRANSPORTATION AND PUBLIC WORKS
PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY

## AMENDMENT TO AGREEMENT FOR PROFESSIONAL SERVICES

### CONTRACT NUMBER 2015-000163-A

AS FIRST PARTY: The PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY, a public corporation and instrumentality of the Commonwealth of Puerto Rico, created by virtue of Act No. 74 of June 23, 1965, as amended (the "Organic Act"), represented herein by its Executive Director, Carmen A. Villar Prados, of legal age, married, and resident of Guaynabo, Puerto Rico, authorized by the Board of Directors as evidenced by Resolution number 2015-19, hereinafter referred to as the "AUTHORITY".

AS SECOND PARTY: Roy Jorgensen Associates, Inc. a corporation duly authorized to do business in Puerto Rico, represented in this act by Mr. Douglas W. Selby, President, of legal age, and resident of Frederick, Maryland; hereinafter referred to as "The Consultant.

### WITNESSETH

WHEREAS: On June 8th, 2015, the Parties executed Contract No. 2015-000163 for professional services to expire on June 30th, 2015 for the sum of Forty Five Thousand Seven Hundred Thirty Dollars ($45,730.00).

WHEREAS: The Parties need to amend the contract in order to extend its term without affecting the contract's maximum amount.

THEREFORE: The Parties execute this Amendment to Contract Number 2015-000163 under the following:

### TERMS AND CONDITIONS

FIRST: Article Twenty Nine of the Agreement is hereby amended to read as follows:
"This contract is effective from the date of its execution until December 31st, 2015."

SECOND: All other paragraphs and clauses of the Agreement will continue to be in effect and unaltered and the parties reaffirm their Agreement.

THIRD: No provision or consideration of services object of this Amendment may be demanded until the same has been filed for registration with the Office of the Comptroller pursuant to the provisions of Act Number 18 of October 30th, 1975, as amended.

### ACCEPTANCE AND SIGNATURE

IN WITNESS WHEREOF, the AUTHORITY and the CONSULTANT have caused this contract amendment to be executed in _San Juan Puerto Rico_ this _30th_ day of _June_ 2015.

1

| ROY JORGENSEN ASSOCIATES, INC. (the CONSULTANT) | PUERTO RICO HIGHWAY AND TRANSPORTATION AUTHORITY (the AUTHORITY) |
|---|---|
| *[signature]* <br> Mr. Douglas W. Selby <br> President <br> Id. 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 | *[signature]* <br> Carmen A. Villar Prados <br> Executive Director <br> Id. No. 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 |

2

Estado Libre Asociado de Puerto Rico
Commonwealth of Puerto Rico
OFICINA DEL CONTRALOR
Office of the Comptroller
San Juan, Puerto Rico

*Register of shipping of Contract*

Registro de Envío de Contratos, Escrituras y Documentos Relacionados

Código de entidad: 3125

Cantidad de Contratos Enviados: 1
6:30:34 PM

Número de envío: 446687
Envío generado por: Guillermo A. Mulet R
Fecha de envío: 7/9/2015 6:30:26 PM
Fecha de Impresión: 7/9/2015

Regresar

| Contrato | Enmienda | Fecha Otorgado | Cuantía | Vigencia desde | Vigencia hasta | Seguro Social | Nombre Contratista | Exento |
|---|---|---|---|---|---|---|---|---|
| 2015-000163 | A | 6/30/2015 | $0.00 | 6/30/2015 | 12/31/2015 | 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 | ROY JORGENSEN ASSOCIATES, INC. | 0 |

http://contratosonline.ocpr.gov.pr/wfInfRegistro.aspx

7/9/2015