FedEx
Express

# FO

FedEx First Overnight®

151969 REV 5/20

ORIGIN ID:EWA
JANI HARPER                    (240) 438-4951

3735 BUCKEYSTOWN PIKE
PO BOX 70
BUCKEYSTOWN, MD 21717 US
SIGN: JANI HARPER

BILL SENDER
NO EEI 30.37(a)

SHIP DATE: 01NOV21
ACTWGT: 0.10 LB
CAD: 112400403/INET14000

TO CLERK'S OFFICE

ROOM 150 FEDERAL BUILDING

SAN JUAN PR 00918

(240) 438-4922

REF: ACCOUNTING 17 BK:3283-LTS
DEPT:
INV:
PO:

(US)

FedEx
Express

E

TUE - 02 NOV A5
INTL FIRST

00918
SJU

PR-US

NOV 02 2021
RECEIVED & FILED
US DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, PR

TRK# 7750 8004 2886

X1 SIGA

0430