Brenda Sánchez Ríos
RR 01 Box 15087
Toa Alta P.R. 00953
Gadiel Martinez Sánchez






Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 NOV -2 PM 3:27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.