## ANEXO A

### Declaración de Jay Herriman

Marixa Cintron Román

Reclamación: 148093

Urb. Santa Ana

Calle 1 F-17

Vega Alta P.R. 00692

Cintronmarixa@gmail.com

SS. -4600

fecha Nacimiento 1959

La Ley 134 del mes de Julio del 1960 conocida como el Romerazo. (Aumento de Sueldo Adeudados a los empleados de Salud Correcional). Sometida en el tribunal de San Juan P.R.

Calle Luis Muñoz Rivera

San Juan P.R.

* Verificación del estatus.

*Marixa Cintron Roman*