Josefina
Marika Cintron Roman
Urb. Santa Ana Calle 1 F-17
Vega Alta P.R. 00692



U.S. POSTAGE PAID
FCM LETTER
VEGA ALTA, PR
00692
SEP 20, 21
AMOUNT
$7.38
R2305H127356-7

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767

00918-999955

