ANEXO ~~B~~ A

## Orden Propuesta

Josefina Mora Martínez

Reclamación: 177680

Urb. Santa Ana

Calle 1 F-17

Vega Alta P.R.

00692

josefinamora404@gmail.com

Redacted



La Ley 134 del mes Julio del 1960 Conocida como el Romerazo (Aumento de Sueldo Adeudados a los empleados del Departamento de Corrección). Sometido en el tribunal de San Juan P.R. Calle Luis Muñoz Rivera San Juan P.R.

*Verificar el estatus.

(collectively, the "Remaining Claims"), as set forth in Exhibit A to the Three Hundred Seventy-Ninth Omnibus Objection.

ORDERED that the Debtors' right to object to the Remaining Claims is reserved; and it is further

ORDERED that Prime Clerk is authorized and directed to designate as expunged the disallowed portions of the Claims to Be Partially Disallowed from the official claims register in the Title III Cases; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____

_____
Honorable Judge Laura Taylor Swain
United States District Judge

3