16 octubre 2021
Cidra Puerto Rico

De: Roberto Berríos Castrodad
Claim No.: 179463

Estimados Señores Ley Promesa Título III:

Hace tiempo estoy tratando de conseguir mi Certificado oficial de Maestro del Departamento de Educación, acabo de recibirlo. Por tal razón lo estoy enviando como evidencia, para mi solicitud.

Attentamene,

Robert Berr Cotrdd