

## DEPARTAMENTO DE EDUCACION
Estado Libre Asociado de Puerto Rico
Secretaría Auxiliar de Recursos Humanos

14 de octubre de 2021

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | ROBERTO BERRIOS CASTRODAD |
| Seguro Social | : | Redacted |
| Categoria | : | MAESTRO DE ARTES INDUSTRIALES |
| Distrito Escolar | : | COMERIO |
| Sueldo Mensual | : | $690.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | | N/A |
| Cese | | N/A |
| Renunció | | Efectivo el 6 de agosto de 1979 |
| Otros | | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un periodo de 8 años, 3 meses, 1 semana y 2 dias. |

Candida R. Crespo Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL (787)759-2000 EXTS. 2764, 2765, 4165 FAX (787)766-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.