Roberto Ramos Custodiad[?]
Urb. Fernandez
Calle Francisco Cruz #24
Cidra, Puerto Rico 00739

27 OCT 2021 PM 6 L
NASHVILLE TN 370

Court's Clerks Office at:
United States District Court
Clerk's Office, Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

2021 NOV -2 PM 3 30
RECEIVED & FILED

00918$1706 C018