UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

---------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on November 3, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
November 3, 2021

1. Lillian I. Torres Orraca
2. Lydia E. Gordian Medina
3. Carmen Nilda Zayas Sotomayor (2 notices)
4. Carmen R. Rivera Vidot
5. Velvet Hernandez Vazquez
6. Carmen M. Vega Perez
7. Ruben O. Gonzalez Velez
8. Julio Morales Muñiz
9. Nilsa E. Lozada Cruz
10. William Santos Rodriguez
11. Ada M. Castrodad Berrios
12. Eneida Ortiz Ruiz
13. Doris N. Ruiz Muñiz
14. Helen Rosado Maldonado
15. Manuel A. Sevilla Estela
16. Aida L. Varela Negron
17. Mirna Esther Roca Troche
18. Ileana Colon del Hoyo
19. Jose A. de Leon Torres
20. Jose D. Crespo Velez (3 notices)
21. Enid Rodriguez Negron
22. Celines Echevarria Osorio

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
November 3, 2021

23. Irma I. Suarez Figueroa

24. Viviana Santiago Colon

25. Carmen L. Rodriguez Custodio

26. Daniel Olmeda Castro

27. Roman Pastrana Sandoval (2 notices)

28. Homell Vazquez Correa

29. Emilio Rodriguez Rodriguez

30. Ernesto Rodriguez Ortiz

31. Domingo Rivera Centeno

32. Elena Marrero Mora

33. Angel L. Soto San Inocencio

34. Luz M. Santos Feliciano

35. Gabriel Martinez Bermudez

36. Ana L. Ramos Maldonado

37. Gerardo Rodriguez Maldonado

38. Rey Francisco Gonzalez Rivas

39. Esther Cuevas Andujar

40. Lizza Ivette Colon Colon

41. Milagros Rivera Ortiz

42. Evelyn Lausell Viola (5 notices)

43. Rebecca Gonzalez Correa

44. Felix A. Estrada Garcia

45. Carmen I. Nieves Vazquez

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
November 3, 2021

    46. Bethzaida Rosario Rivera (2 notices)

    47. Sonia Fontanez Pastrana

    48. Migdalia Rodriguez Rivera

    49. Sonia Suarez Rivera

    50. Ernesto Luis Ortiz Ruiz

Dated: November 3, 2021