Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Lillian I. Torres Orraca_

Participant's Address: _4908 Brightsgr Lake_
_Columbus, G.A. 31907_

Participant's Email Address: _lilliantorresorraca@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176310_

Nature of Claim: _Law 89-1979 Uniform Retribution_
_Law 89-1995 Romerazo_

By: _Lillian Torres Orraca_
Signature

_Lillian Torres Orraca_
Print Name

_____
Title (if Participant is not an individual)

_October 28, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lillian Torres Orrico
4908 Brightstar Lane
Columbus, GA 31907

 
U.S. POSTAGE PAID
FCM LG ENV
COLUMBUS, GA
31907
OCT 29, 21
AMOUNT
$1.16
R2305H129660-56

UNITED STATES POSTAL SERVICE
1000    00918

Discovery Notice to the Court's Clerk's Office at:
United State District Court, Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 NOV -3 AM 7:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Case:17-03283-LTS   Doc#:19042-1   Filed:11/03/21   Entered:11/03/21 11:44:22   Desc:
Pro se Notices of Participation   Page 3 of 112

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Lydia E. Gordián Medina_

Participant's Address: _Jard. San Lorenzo A-7 Calle2 San Lorenzo, P.R. 00754_

Participant's Email Address: _____

Name of Counsel: _none_

Address of Counsel: _none_

Email Address of Counsel: _none_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _96900   & 162488_

Nature of Claim: _salary & pension_

By: _Lydia E. Gordián Medina_
    Signature

_Lydia E. Gordián Medina_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Lydia E. Gordín
Urb. San Lorenzo
A-7 Calle 2
San Lorenzo, PR. 00754

RECEIVED & FILED
2021 AGN - 2 PM 3: 26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918#1706 0018
00918-170625

MEMPHIS TN 380
6 OCT 2021 PM 2
GERMAN SHEPHERD



FOREVER USA

United States District Court
Clerk's Office
150 Ave. Carlos Chardon

150
San Juan, PR. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen N. Zayas Sotomayor*

Participant's Address: *Urb. Tierra Santa B5 Villalba, PR 00766*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *117960*

Nature of Claim: *Public Employee + Pension/Retiree claims*

By: *Carmen Nilda Zayas Sotomayor*
Signature

*Carmen Nilda Zayas Sotomayor*
Print Name

_____
Title (if Participant is not an individual)

*3/oct/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

The image is a scanned envelope. Most content is handwritten address text on a rotated envelope.

Carmen O. Bruno
Urb. Tperis Beth Calle D #8
Orillalo, P.R. 00766

MEMPHIS TN 380
28 OCT 2021 PM 2 L

RECEIVED & FILED
2021 NOV -2 PM 3: 27

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan, P.R. 00918-1767

00918-170625


JOSE FERRER
Actor
USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Nilde Zayas Sotomayor_

Participant's Address: _Urb. Tierra Santa 48 Villalba, P.R. 00766_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _118943_

Nature of Claim: _Public Employee Claims_

By: _Carmen Nilda Zayas Sotomayor_
Signature

_Carmen N. Zayas Sotomayor_
Print Name

_____
Title (if Participant is not an individual)

_1-Oct-2021_
Date

RECEIVED & FILED
2021 NOV -2 PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen D. Zayas
Urb: Tierra Santa B-8
Villalba 00766

RECEIVED & FILED
NOV -2 PM 3: 30
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

US District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

MEMPHIS TN 38

28 OCT 2021 PM 2

00918-170825

USA
Vicksburg-April 16-July 4, 1863

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen R. Rivera Vidot*

Participant's Address: *Urb. Country Club MG-17 Calle 404 Carolina, PR 00982*

Participant's Email Address: *criverita883@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK3283-LTS*

Nature of Claim: *Promesa Title III*

By: *Carmen R. Rivera Vidot*
   Signature

*Carmen R. Rivera Vidot*
Print Name

_____
Title (if Participant is not an individual)

*August 24/2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen L. Rivera Vidal
Pbb County Club 716-17
Calle 400 Carolina, PR 00982

RECEIVED & FILED

2021 NOV -2  PM 3:27

U.S. DISTRICT COURT
DISTRICT OF SAN JUAN, P.R.
CLERK'S OFFICE

00918-170625

United States District Court
Clerks Office
150 Ave Carlos Chardon
Suite 150
San Juan, PR 00918-1767

MEMPHIS TN 380

21 SEP 2021 PM 4 L

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _Velvet Hernández Vázquez_

Participant's Address:    _P.O. Box 1905 Vega Baja, P.R. 00694_

Participant's Email Address:    _hernandezv106533@gmail.com_

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _____

Nature of Claim:    _____

By:    _Velt H._
      Signature

_Velvet Hernández Vázquez_
Print Name

_Oficinista I_
Title (if Participant is not an individual)

_27 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Velvet Hernandez
P.O. Box 1905
Vega Baja, P.R. 00694

MEMPHIS TN 380
5 OCT 2021 PM 2 L

PUERTO RICO
U.S. DISTRICT COURT
2021 JUN 2 PM 3: 27
RECEIVED & FILED
00918-170625

150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen M. Vega Pérez*

Participant's Address: *Box 760 Hormigueros P.R. 00660*

Participant's Email Address: *Luisacosta 2123 @ gmail.com*

Name of Counsel: *Departamento de Educación/Estado Libre Asociado*

Address of Counsel: *Puerto Rico*

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *167903*

Nature of Claim: *Demanda ganada por empleados del gobierno de P.R.*

By: *Carmen M. Vega Pérez*
Signature

*Carmen M. Vega Pérez*
Print Name

_____
Title (if Participant is not an individual)

*3 Octubre 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Vega Rios
Box 760
Hormigueros P.R. 00660

RECEIVED & FILED
2021 NOV -2 PM 3: 27
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

United States District Court
Clerk's Office 150 Ave Carlos Chardon
Ste. 150, San Juan P.R. 00 918-1767

00916-170625

MEMPHIS TN 380
6 OCT 2021 PM 4   L

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Rubén O. González Vélez_

Participant's Address: _HC 3 Box 36125 San Sebastian P.R. 00685_

Participant's Email Address: _Ramboglezvelez29@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _157200_

Nature of Claim: _____

By: _[signature]_
    Signature

_Rubén O. González Vélez_
Print Name

_____
Title (if Participant is not an individual)

_9 / 21 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rubén D. González Vélez
HC 3 Box 36125,
San Sebastián P.R. 00685

RECEIVED & FILED

Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767

27 SEP 2021 PM 1 L

MEMPHIS TN 380

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio Morales Muñiz_

Participant's Address: _HC-09 Box. 2071 Ponce P.R. 00731_

Participant's Email Address: _Juliomoralesmuniz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _NO. 17 BK 3283-LTS_

Nature of Claim: _Promesa Titulo III_

By: _____
    Signature

_Julio Morales Muñiz_
Print Name

_Labor_
Title (if Participant is not an individual)

_9/10/2021._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: <u>United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.</u>

Julio Morales Muñiz
HC-09 Box 3071 Arecibo, PR
00731-9700

MEMPHIS TN 380
27 SEP 2021 PM 3 L

United States District Court Clerk's
Office. 150 Ave. Carlos Chardon Ste
150 San Juan. P.R. 00918-1767

00918-170399

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Nilsa E. Lozada Cruz

Participant's Address: HC 5 Box 46739 Vega Baja

Participant's Email Address: nilsaajesus@hotmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 03283-LTS

Nature of Claim: PROMESA Titulo III

By: _Nilsa E. Lozada Cruz_
Signature

Nilsa E. Lozada Cruz
Print Name

_____
Title (if Participant is not an individual)

15-oct. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilsa Lozada Cruz
HC 5 Box 46739
Vega Baja, P.R. 00693

RECEIVED & FILED
CLERK'S OFFICE U.S.
2021 NOV -2 PM 3:27
SAN JUAN, PR

00918-1706Z5

7021 1970 0000 7085 0924

United States District Court,
Clerk's Office,
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767






U.S. POSTAGE PAID
FCM LETTER
VEGA ALTA, PR
00692
OCT 16, 21
AMOUNT
$4.33
R2305H127356-7

1000

00918

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William Santos Rodriguez_

Participant's Address: _Salida Barranquitas #95 Orocovis, P.R. 00720_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Case: 17-03283-LTS doc # 17640_

By: _____
    Signature

_William Santos Rodriguez_
Print Name

_N/A_
Title (if Participant is not an individual)

_20 sept - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Stakes Rodriguez
Salida Becerraquitas # 45
Orocovis, P.R. 00720

RECEIVED & FILED
2021 NOV -2 PM 3: 28
CLERK'S OFFICE
US BANKRUPTCY COURT
SAN JUAN P.R.

0091881704 0018

Court's Clerk's Office
United States District Court
Clerk's Office  150 Ave.
Carlos Chardon Ste. 150,
San Juan, P.R. 00918-1767



MEMPHIS TN 380
27 SEP 2021 PM 2 L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ada M. Castrodad Berrios_

Participant's Address: _RR1 Box 2215-1 Cidra, P.R. 00739_

Participant's Email Address: _adamilagros4417@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _178995_

Nature of Claim: _Wages, Back pay promesa Title III_
_no. 17BK 3283-LTS_

By: _Ada M. Castrodad B._
Signature

_Ada M. Castrodad Berrios_
Print Name

_____
Title (if Participant is not an individual)

_13-octubre-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ada H Castrodad
RR1 Box 3315-1
Cidra, P.R. 00739

RECEIVED & FILED

2021 NOV -2 PM 3:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380

20 OCT 2021 PM 3  L

Court's Clerk's Office
United States District Court,
Clerk's Office 150 Ave.
Carlos Chardon Ste.150
San Juan, PR 00918-1767.



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eneida Ortiz Ruiz_

Participant's Address: _501 Carr. 171 Cidra, P.R 00739_

Participant's Email Address: _eneidaortizruiz @ OutLook.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _176095_

Nature of Claim: _Wages Back Pay Promesa Title III_
_no. 17 BK3283-LTS_

By: _Eneida Ortiz Ruiz_
    Signature

_Eneida Ortiz Ruiz_
Print Name

_____
Title (if Participant is not an individual)

_27 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eneida Ortiz Ruiz
501 Com. 171
Cidra, P.R. 00739

U.S. DISTRICT COURT
DISTRICT OF P.R.
SAN JUAN, P.R.

RECEIVED & FILED

2021 NOV -2 PM 3: 28

Courts Clerk's office
United States District Court
Clerk's office 150
Ave. Carlos Chardon Sta 150
San Juan, P.R 00 918-1767

00918-176825



MEMPHIS TN 380

1 OCT 2021 PM 2

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Doris N. Ruiz Muñiz_

Participant's Address: _1051 Calle 3 SE Cond Medical Plaza Apt 613_
_San Juan PR 00921-3011_

Participant's Email Address: _N/a_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 - 3566_

Nature of Claim: _Departament of Education - Public - Employee_

By: _Doris N. Ruiz M_
Signature

_Doris N. Ruiz Muñiz_
Print Name

_____
Title (if Participant is not an individual)

_Sept 29 - 2021_
Date

RECEIVED & FILED
2021 NOV -2 PM 3:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

United States District Court
Clerks
Office 150 Ave Carlos Chardon
Ste 150,
San Juan PR 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
2021 OCT 28 PM 3:28

MEMPHIS TN 380
2 OCT 2021 PM 2 L



FOREVER USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Helen Rosado Maldonado_

Participant's Address: _1210 Campeche St. Puerto Nuevo, San Juan, P.R. 00920_

Participant's Email Address: _hrosado_13@yahoo.com_

Name of Counsel: _Prime Clerk LLC_

Address of Counsel: _Grand Central Station P.O.Box 4850 New York_

Email Address of Counsel: _puertorico info@primeclerk.com_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Helen Rosado Maldonado_
Signature

_Helen Rosado Maldonado_
Print Name

_Individual_
Title (if Participant is not an individual)

_August 16, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Helen Posado
1210 Campeche #1
Po. Nuevo, Sa. Juan
P.R. 00926

To: United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste. 150, San Juan, P.R. 00918-
1767

MEMPHIS TN 380
8 OCT 2021 PM 4 L

RECEIVED & FILED
2021 NOV -2 PM 8: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-176625

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Manuel A. Sevilla Estela_

Participant's Address: _Urb. Montecasino 425 Caoba, Toa Alt_

Participant's Email Address: _mase 1582 @ gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _M Sevilla_
Signature

_Manuel Sevilla_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 10, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Manuel Sevilla
Urb Montecasino
425 Calle Caoba
Toa Alta, PR 00953

RECEIVED & FILED
2021 NOV -2 PM 3:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
21 SEP 2021 PM 3 L

FOREVER / USA



United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Case:17-03283-LTS   Doc#:19042-1   Filed:11/03/21   Entered:11/03/21 11:44:22   Desc:
Pro se Notices of Participation   Page 33 of 112

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Aida L. Varela Negrón_

Participant's Address: _HC-71 Box 2923-Naranjito, P.R. 00719-9430_

Participant's Email Address: _None_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Retirement System of the government of the Commonwealth of P.R._

By: _Aida L. Varela Negrón_
Signature

_Aida L. Varela Negrón_
Print Name

_The Commonwealth of Puerto Rico The Employees Retirement System of the Government_
_of the Commonwealth of P.R._
Title (if Participant is not an individual)

_Sept 11, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE

VERSION JULY 20, 2021          9

Aida Luz VARELA Negrón
HC-71 Box 2923
Naranjito, P.R. 00719-9430

RECEIVED & FILED

2021 NOV 2- PM 3:28

N.N. CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

00918-1706525

MEMPHIS TN 380

21 SEP 2021 PM 3



FOREVER

Court's Clerk's Office
United State District Court,
clerk's Office, 150 Ave.
Carlos Chardón, Suite 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Mirna Esther Roca Troche

Participant's Address:   E42-Calle 10 Urb. Isabel La Catolica
                Aguada, PR 00602

Participant's Email Address: 

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel:   mrocatro@hotmail.com

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:   178328

Nature of Claim:   Public Employee Claims

By:   Mirna E Roca Troche
Signature

Mirna Esther Roca Troche
Print Name

_____
Title (if Participant is not an individual)

13 octubre 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mirna ERoa Iroche
E42 Calle 10
Urb Isabel La Catolica
Aguada, PR 00602

MEMPHIS TN 380
20 OCT 2021 PM 3 L

US District Court
Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR- 00918- 1767

RECEIVED & FILED

2021 NOV -2 PM 3: 28

00918-176525

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ileana Colón Del Hoyo_

Participant's Address: _Villa Andalucia N-56 Alove San Juan_
_P. 60924_

Participant's Email Address: _colon.ileana33@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _107858_

Nature of Claim: _Sistema Retiro ELA_

By: _Ileana C___
    Signature

_Ileana Colón_
Print Name

_____
Title (if Participant is not an individual)

_17-Octubre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ti Colar
Villa Andalucia
N 56 Aloys
San Juan PR00924

RECEIVED & FILED
2021 NOV -2 PM 3:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

MEMPHIS TN 380
20 OCT 2021 PM 2 L



United State District Court
Clerk Office
150 Ave Carlos Chardon St 150
San Juan PR00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose A De Leon Tones_

Participant's Address: _PO Box 1296  Guayama P.R 00785_

Participant's Email Address: _jodeleon1 @ gmail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _[signature]_
Signature

_Jose A De Leon Tons_
Print Name

_____
Title (if Participant is not an individual)

_9/29/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José De León Torres
PO Box 1296
Guayama PR 00785

RECEIVED & FILED
2021 NOV 2 - PM 3: 28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
2 OCT 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918 - 1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose D. Crespo Veler_

Participant's Address: _Calle 14 Z-26 Bayamon Gdens, Bayamon PR_

Participant's Email Address: _Crespoveler.j @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _____
Signature

_Jse D Crespo Veler_
Print Name

_____
Title (if Participant is not an individual)

_16 - Sept - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jose D. Cuspo Juler_

Participant's Address: _Calle 14 B-26 Bayamon Gardens_

Participant's Email Address: _Crispoveler_j@gmail.Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _[signature]_
Signature

_Jose D Cuspo Juler_
Print Name

_____
Title (if Participant is not an individual)

_14 - Sept - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jose D. Crespo Weiler_

Participant's Address: _Calle 14 R-26 Bayamon Gardens_

Participant's Email Address: _Crespoweilerj@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _____
Signature

_Jose D. Crespo Weiler_
Print Name

_____
Title (if Participant is not an individual)

_14 · Sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



José Crespo
Calle 14 R 26
Baya no Gardens
Baya no PR 00957

RECEIVED & FILED

2021 NOV -2 PM 3:28
OFFICE OF THE CLERK
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

MEMPHIS TN 380
21 SEP 2021 PM 2 L

forever USA

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     Enid Rodriguez Negrón

Participant's Address:     Dulces Labios calle Quintana 74, Mayagüez P.R. 00682

Participant's Email Address:     srarodriguez_01@hotmail.com

Name of Counsel:     _____

Address of Counsel:     _____

Email Address of Counsel:     _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _____

Nature of Claim:     _____

By:     *Enid Rodriguez Negrón*
Signature

Enid Rodriguez Negrón
Print Name

_____
Title (if Participant is not an individual)

20/September/2021
Date

*[stamp: RECEIVED & FILED 2021 NOV -2 PM 3:30 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Enid Rodríguez
Quintana # 74 D.L.
Mayagüez, P.R. 00682

RECEIVED & FILED

2021 NOV -2 PM 3: 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

26 OCT 2021 PM 6 L

NASHVILLE TN 370

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste.
150, San Juan, P.R. 00918-1767

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Celines Echevarria Osorio_

Participant's Address: _93 Calle Florida Isabela, PR 00662_

Participant's Email Address: _celines595@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _todo_

By: _[signature]_
Signature

_Celines Echevarria Osorio_
Print Name

_Supervisora_
Title (if Participant is not an individual)

_31 agosto 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Celinis Echevarria Osori
93 Calle Flor de
Loreli, PR 00662

MEMPHIS TN 380
29 SEP 2021 PM 1 L

Thinking

RECEIVED & FILED
SD/AGN 2021 NOV -2 PM 3:30
CLERK'S OFFICE
UNITED STATES
DISTRICT COURT

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00 918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:   Irma I. Suares Figueroa

Participant's Address:   Urb. El Conquistador Ave. Diego

Participant's Email Address   Velazquez E44 Trujillo Alto PR. 00976

Name of Counsel:   None → irmaisuarezfigueroa @ Gmail.Com

Address of Counsel:   None

Email Address of Counsel:   None

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:   NO 17 BK 3283-LTS / 113728

Nature of Claim:

By:   _Signature_

      Irma I. Suárez Figueroa
      Print Name

      Jubilada (maestra)
      Title (if Participant is not an individual)

      Octobed , 2021
      Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Recibido el 30 julio-2021

Luis Jay Pagans
Ana O'conquistre
Ana Rosa Ramirez
Trujillo Alto P.R. 00976

RECEIVED & FILED
2021 NOV -2 PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office 150
Ave. Carlos Chardon St. 150
San Juan, P.R. 00918-1767

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

MEMPHIS TN 380
25 OCT 2021 PM 2  L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Viviana Santiago Colón*

Participant's Address: *PO Box 9797 San Juan, PR 00908*

Participant's Email Address: *livianas_13@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *[signature]*
      Signature

*Viviana Santiago*
Print Name

_____
Title (if Participant is not an individual)

*09/18/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Viviana Santiago
PO Box 9191
San Juan, PR 00908

RECEIVED & FILED
2021 NOV -2 PM 3:30

0091881706 0018

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767


FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen L. Rodriguez Custodio_

Participant's Address: _104 Villas del Santa Maria_
_Mayaguez P.R. 00680_

Participant's Email Address: _carmencita2461@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _97650_

Nature of Claim: _Aumento de sueldo que nunca se_
_reflejo, El Romerso so_

By: _Carmen Rodriguez_
Signature

_Carmen L. Rodriguez Custodio_
Print Name

_____
Title (if Participant is not an individual)

_14 septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Carmen Rodriguez
106 Villas De Santa Maria
Mayaguez, PR 00680

MEMPHIS TN 380

2 OCT 2021   PM 1 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Olmeda Castro, Daniel_

Participant's Address: _Hc 15 Box 1539 Humacao, PR 00791_

Participant's Email Address: _olmeda 83 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _160131_

Nature of Claim: _Pension / Retiree Claim_

By: _____
Signature

_Daniel Olmeda Castro_
Print Name

_____
Title (if Participant is not an individual)

_9/28/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Daniel Olmeda Castro
Hc 15 Box 15139
Humacao, PR 00791

RECEIVED & FILED
2021 NOV -2 PM 3: 29
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
2 OCT 2021 PM 4 L

FOREVER USA

Participant must provide all of the information below in **English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Román Pastrana Sandova l_

Participant's Address: _RR6 Box 11173 B° Capey Alto, San Juan P.R. 100926_

Participant's Email Address: _maria.cmodd1 @ gmail.com_

Name of Counsel: _None_

Address of Counsel: _None_

Email Address of Counsel: _None_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _173263_

Nature of Claim: _Salary and Pension_

By: _R Pre S1_
Signature

_Roman Pastrana Sandoval_
Print Name

_____
Title (if Participant is not an individual)

_September 20, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ROMAN PASTRANA SANDOVAL
RR6 BOX 11143 BO. CAPEY ALTO
SAN JUAN, P.R. 00926

RECEIVED & FILED
2021 NOV -2  PM 3: 29
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN

00918-170625

MEMPHIS TN 380
24 OCT 2021  PM 2  L



UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Roman Pastrawa Sandoval

Participant's Address: RR6 Box 11143 Bo Capey Alto, San Juan, P.R. 00926

Participant's Email Address: Maria.emoool@gmail.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 32 63

Nature of Claim: Salary and Pension

By: _Patel_
Signature

Roman Pastrana Sandoval
Print Name

_____
Title (if Participant is not an individual)

August 30 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ROMAN PASTRANA SANDOVAL
RR6 BOX 11143 BO. CAPEY ALTO
SAN JUAN, P.R. 00926

MEMPHIS TN 380

24 OCT 2021 PM 2 L




FOREVER / USA

00918-1706.25

RECEIVED & FILED

2021 NOV -2 PM 3: 29

CLERK'S OFFICE U.S.
DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Homell Vázquez Correa

Participant's Address: HC-01 Box 8490 Gurabo P.R. 00778

Participant's Email Address: vazquezhomell02@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Homell Vázquez Correa
HC-01 Box 8490
Guayabo P.R. 00778

MEMPHIS TN 380

21 SEP 2021 PM 3 L

00918-170399

RECEIVED & FILED

2021 NOV -2 PM 3: 30

United States District Court, Clerk's
Office, 150 Ave. Carlos Chardón Ste.
150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Emilio Rodriguez Rodriguez*

Participant's Address: *HC 03 Box 36934, San Sebastian PR00685*

Participant's Email Address: *Contabilidad Clase a @ yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *169921*

Nature of Claim: *Debts Claimed Department OF Agriculture*

By: *(signature)*
Signature

*Emilio Rodriguez Rodriguez*
Print Name

*Self Applicant*
Title (if Participant is not an individual)

*9/28/21*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

EMILIO RODRIGUEZ RODRIGUEZ
HC 03 BUZON 36934
SAN SEBASTIAN, PR 00685

RECEIVED & FILED
2021 NOV - 2 PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091801700

NOTICE TO THE COURT'S CLERK'S OFFICE AT:
UNITED STATE DISTRICT COURT, CLERK'S
OFFICE
150 AVE. CARLOS CHARDON STE. 150,
SAN JUAN, PR 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Ernesto Rodriguez Ortiz*

Participant's Address:   *HC 22 Box 9347 Juncos P.R. 00777*

Participant's Email Address:   *Annetterodriguez62@gmail.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *17 BK 3283 -LTS*

Nature of Claim:   *Fifth Amended Title III Joint plan of adjusment of commonwealth of P.R.*

By:   *[signature]*

Signature

*Ernesto Rodriguez*

Print Name

_____

Title (if Participant is not an individual)

_____

Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ernesto Rodriguez Ortiz
Hc 22 Box 9347
Juncos PR-00777

00918-170399

RECEIVED & FILED
2021 NOV -2 PM 3: 30

MEMPHIS TN 380
19 OCT 2021 PM 4 L

United States District court, clerk's
office, 150 ave Carlos chardon ste.
150, San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Domingo Rivera Centeno

Participant's Address: 191 Barrio Centenejas I Cidra P.R. 00739

Participant's Email Address: domingo 01.dr@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: NO. 17 BK 32 B3-LTS

Nature of Claim: retairment

By: _____
Signature

Domingo Rivera Centeno
Print Name

_____
Title (if Participant is not an individual)

15 Sept. 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Domingo Rivera Centeno
191 Barrio Centenejas
Cidra P.R. 00739

00918-170625

21 SEP 2021 PM 2 L

MEMPHIS TN 380

RECEIVED & FILED

2021 NOV -2 PM 3 30

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Discovery notice to the
Court's Clerk's
United States District Court,
Clerk's Office
150 Ave. Carlos Chardon
San Juan P.R.
00918-1767

FOREVER / US

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elena Marrero Mora_

Participant's Address: _Calle Crisalina #825 Urb. Verde Mar Punta Santiago, Humacao P.R. 00741_

Participant's Email Address: _emarreromora@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Title III_

By: _Elena Marrero Mora_
Signature

_Elena Marrero Mora_
Print Name

_____
Title (if Participant is not an individual)

_14/Octubre/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

United State District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380

24 OCT 2021 PM 2 L

RECEIVED & FILED

2021 NOV -2 PM 3: 30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

USA ★ FOREVER

2021

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel L. Soto San Inocencio_

Participant's Address: _Villa Andalucia, Alora st. - N-56, San Juan P.R. 00926_

Participant's Email Address: _Q/ss153@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174137_

Nature of Claim: _Sistema Retiro ELA_

By: _____
Signature

_Angel L. Soto_
Print Name

_____
Title (if Participant is not an individual)

_13 oct. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

A. L. Soto
Villa Andalucia
Alora St. N-36
San Juan, PR 00926

MEMPHIS TN 380
20 OCT 2021 PM 2 L
2021
FOREVER / USA

RECEIVED & FILED
2021 NOV -2 PM 3:30
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

United States District Court
Clerks Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Luz M. Santos Feliciano_

Participant's Address: _Jardines de Berwind Edf. D-7 Apto 38 SJ P.R. 00924_

Participant's Email Address: _luzsantos27.ls@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _B.K 3283-LTS_

Nature of Claim: _Jointly Admistered_

By: _Luz M. Santos Feliciano_
Signature

_Luz. M. Santos Feliciano_
Print Name

_Individual_
Title (if Participant is not an individual)

_9-18-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luz M. Ortiz Felicino
Jardines de Benitez
Calle D-1 Apt. 28
San Juan, P.R. 00924-3124

United States District Court, Clerk's
Office, 150 Cpe. Carlos Chardón,
Ste. 150, San Juan, P.R. 00918-1767

RECEIVED & FILED
2021 AGO -2 PM 3: 30

00818-170399

MEMPHIS TN 380
22 OCT 2021 PM 2

FOREVER

2021
ENERGY
ACTION
MONTH

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gabriel Martinez Bermudez_

Participant's Address: _Palomas Abajo, Sector Higuers Carr 154, Comer P.R. 00782_

Participant's Email Address: _negromartinec 1234 @gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _136518_

Nature of Claim: _____

By: _[signature]_
Signature

_Gabriel Martinez Beaul_
Print Name

_____
Title (if Participant is not an individual)

_29 September 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Cabuel Martinez Bermudez
Boy 692
Comeiro P.R. 00782

00918-170625

United States District Court
clerks office, 150 Ave Carlos
Charden Ste, 150, San Juan
P.R. 00918-1767)

MEMPHIS TN 380
2 OCT 2021   PM 2   L

USA ★ FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ana L. Ramos Maldonado_

Participant's Address: _P. O. Box 20924. San Juan, P.R. 00928-0924_

Participant's Email Address: _N – A_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _P.R. 1845 SRF55923MMLID2435883_ Pack ID 1-14180

Nature of Claim: _The Commonwealth of Puerto Rico. The employees_

By: _Ana L. Ramos Maldonado_ Retirement System of the
Signature                    government of the Commonwealth
                             of Puerto Rico

_Ana L. Ramos Maldonado_
Print Name

_Promesa Title III No 17 BK 3283-LTS_
Title (if Participant is not an individual)

_Sept 10-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ana L. Ramos Maldonado
P.O. Box 209724
San Juan P.R. 00928-0924

MEMPHIS TN 380

29 SEP 2021 PM 2 L

00918-170625

Discovery Notice to the Court is Clerks
united States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   Gerardo Rodriguez Maldonado

Participant's Address:   HC-04 Box 5782 GuayNabo PR 00971

Participant's Email Address:   _____

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   17 BK 3283 LTS

Nature of Claim:   _____

By:   Gerardo Rodriguez Maldonado
Signature

Gerardo Rodriguez Maldonado
Print Name

_____
Title (if Participant is not an individual)

Octubre 16, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerardo Rodriguez Maldonado
HC-04 Box 5782
Guaynabo PR00971

00518-170625

MEMPHIS TN 380

20 OCT 2021 PM 3 L



United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste.150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Rey Francisco González Rivas

Participant's Address:    Urb. Jardines de Palmarejo Calle 20 X6 Canovanas PR 00729

Participant's Email Address:    rey gonzalezglez@gmail.com

Name of Counsel:    N/A

Address of Counsel:    N/A

Email Address of Counsel:    N/A

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    (6783) ultimos 4 digitos del S.S.

Nature of Claim:    Pension/retire

By:    _____
Signature

Rey F. González Rivas
Print Name

_____
Title (if Participant is not an individual)

30 de septiembre de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**UNITED STATES POSTAL SERVICE.**

FAJARDO
113 CALLE GARRIDO MORALES W
FAJARDO, PR 00738-9998
(800)275-8777

10/13/2021                                        09:29 AM

| Product | Qty | Unit Price | Price |
|---------|-----|-----------|-------|
| US Flag #10 Env | 1 | $0.73 | $0.73 |

Grand Total:                                          $0.73

Cash                                               $10.00
Change                                             -$9.27

```
*********************************************
USPS is experiencing unprecedented volume
       increases and limited employee
       availability due to the impacts of
   COVID-19. We appreciate your patience.
*********************************************
```

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS Loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 423510-0738
Receipt #: 840-50060066-2-5558766-1
Clerk: 02

Rey F. González Rivas
Urb. Jardines de Palmarejo
Calle 20 X6
Canovanas PR-00729

MEMPHIS TN 380

25 OCT 2021 PM 2 L

00918-170625

United State District Court.
Clerks Office 150 Ave. Carlos Chardon
Ste 150, San Juan PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Esther Cuevas Andújar_

Participant's Address: _107 Whitehall Way_

Participant's Email Address: _esther_cuevas007@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Esther Cuevas Andújar_
Signature

_Esther Cuevas Andújar_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Esther Cuevas Andújar
107 Whitehall Way
Kissimmee, Florida 34758

ORLANDO FL 328
27 OCT 2021 PM 6 L

00918-176825

To: United States District Court
Clerk's Office, 150 Avenue
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Lizza Ivette Colón Colón*

Participant's Address: *Calle Ricardo Marti #58, Sector Mogote, Cayey, P.R. 00736*

Participant's Email Address: *lizzacolon97@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *132338*

Nature of Claim: *Ley 164 Escala salarial*

By: *[signature]*
Signature

*Lizza I. Colón Colón*
Print Name

*Educadora*
Title (if Participant is not an individual)

*22 de octubre de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Colón Colón, Lizza I.
Calle Ricardo Martí #58
Sector Mogote
Cayey, P.R. 00736

MEMPHIS TN 380
27 OCT 2021 PM 2 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Milagros Rivera Ortiz_

Participant's Address: _HC-01 Box 4448 Maunabo PR 00707_

Participant's Email Address: _Milliriv3@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174060_

Nature of Claim: _Sugar Corporation_

By: _Milagros Rivera Ortiz_
Signature

_Milagros Rivera Ortiz_
Print Name

_III_
Title (if Participant is not an individual)

_22 Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Philip Perin Pst
N6-01 Box 4498
Miramar, P.R. 00707

MEMPHIS TN 380
29 SEP 2021  PM 4  L

RECEIVED & FILED
2021 NOV 2 PM 3: 39
U.S. DISTRICT COURT
CLERK'S OFFICE
SAN JUAN, P.R.

00918-170625

United State District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150. San Juan
P.Rico 918-1767

USA * FOREVER

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _EVELYN LAUSELL VIOLA_

Participant's Address: _C/53A #2h-10 Urb. Lomas de Carolina, Carolina P.R. 00987_

Participant's Email Address: _evelyn.lausell5@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141085_

Nature of Claim: _Demanda a la Federación de Maestros_

By: _Evelyn Lausell Viola_
Signature

_EVELYN LAUSELL VIOLA_
Print Name

_____
Title (if Participant is not an individual)

_21 Sept 2021_
Date

RECEIVED & FILED
2021 NOV -2 PM 3:32
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.　Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Evelyn Lausell Viola_

Participant's Address: _C/53A # 2h-10 Urb. Lomas de Carolina_ _Carolina P.R._ _00987_

Participant's Email Address: _evelyn-lausell5@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.　Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141085_

Nature of Claim: _Demanda a la Federación de Maestros_ _Maestros_

By: _Evelyn Lausell Viola_
Signature

_EVELYN LAUSELL VIOLA_
Print Name

_____
Title (if Participant is not an individual)

_21 de sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _EVELYN LAUSELL VIOLA_

Participant's Address: _C/53A #2h-10 Urb. Lomas de Carolina_

Participant's Email Address: _evelyn.lausell50@gmail.com_ _Carolina, Puerto Rico 00987_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141085_

Nature of Claim: _Demanda a la Federación de Maestros_

By: _Evelyn Lausell Viola_
Signature

_EVELYN LAUSELL VIOLA_
Print Name

_____
Title (if Participant is not an individual)

_21 Sept. 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _EVELYN LAUSELL VIOLA_

Participant's Address: _C/53A #2h-10 Urb. Lomas de Carolina, Carolina Puerto Rico 00987_

Participant's Email Address: _evelyn.lausell@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _141085_

Nature of Claim: _Demanda a la Federacion de maestros_

By _[signature]_
Signature

_EVELYN LAUSELL VIOLA_
Print Name

Title (if Participant is not an individual)

_21 sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *EVELYN LAUSELL VIOLA*

Participant's Address: *Calle 53A #2h-10 Urb. Lomas De Carolina, Carolina P.R. 00987*

Participant's Email Address: *evelyn.lausell5@gmail.com*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *141085*

Nature of Claim: *Demanda a la Federación de maestros*

By *Evelyn Lausell Viola*
Signature

*EVELYN LAUSELL VIOLA*
Print Name

_____
Title (if Participant is not an individual)

*21 sept. 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



From: Evelyn Russell
C/53 A # 2H-10 Urb.
Lomas de Carolina,
Carolina Puerto Rico
00987.

To: United State District
Court Clerk's Office,
150 Ave. Carlos Charlos Ste.
150 San Juan, Puerto Rico 7

RECEIVED & FILED
2021 NOV 2 PM 3:39
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
29 SEP 2021 PM 4 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Rebecca González Correa

Participant's Address: Urb. Monte Sol 378 Calle Alejita Morales Perez / Juana Díaz, PR 00795-2848

Participant's Email Address: rebexygz@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 121616

Nature of Claim: Pension / Retiree

By: _____
Signature

Rebecca González Correa
Print Name

_____
Title (if Participant is not an individual)

September 23, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rebecca Gonzalez
Urb. Montesol
378 Calle Alejita Moreles
Juana Diaz, P.R. 00795

MEMPHIS TN 380
1 OCT 2021 PM 2 L

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Felix A. Estrada Garcia_

Participant's Address: _urb. Santa Teresita 6122 Calle Sanclaudio Ponce p.R. 00730_

Participant's Email Address: _Estrada Marengel(a) GMail.Comm_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Bonificacion Especial (Romero20) Ley Num. 89 - 12Julio 1979_
_Ley Num 12 A82_

By: _[signature]_
Signature

_Felix A. Estrada Garcia_
Print Name

_Promese Titulo III_
Title (if Participant is not an individual)

_Sept. 21. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at↓ United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Felix A. Estrada García
urb. Santa Teresita 6/22
Calle San Claudio Ponce PR. 00730

MEMPHIS TN 380
27 SEP 2021 PM 3 L

RECEIVED & FILED
2021 NOV -2 PM 3:40
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

United States District Court, Clerks
Office 150 Ave Carlos Chardon Ste.150
San Juan PR. 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Carmen I. Nieves Vázquez*

Participant's Address:   *Urb. Jard. Monte Olivo 411 Calle Osiris D3*
*Buay ama P.R 00784*

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *17 BK 3283 - LTS*

Nature of Claim:   *Retired Public Employee*

By:   *Carmen I. Nieves Vázquez*
Signature

*Carmen I. Nieves Vázquez*
Print Name

*N/A*
Title (if Participant is not an individual)

*August 7th 2021*
Date

RECEIVED & FILED
2021 NOV -2 PM 3: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen I. Nieves Vázquez
Urb. Jard. Monte Olivo 411
Calle Deiris D3
Guayama, P.R. 00784

RECEIVED & FILED
2021 AUG -2 PM 3: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
29 SEP 2021 PM 1 L

00918-170625

Court's Clerk's Office
District Court. Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Court's Clerk's Office at United States

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Bethzaida Rosario Rivera*

Participant's Address: *Urb. A.H. de Peñuelas calle 7-E23  00624.*

Participant's Email Address: _____

Name of Counsel: *Commonwealth of Puerto Rico*

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Promesa III*

By: *[signature]*
Signature

*Bethzaida Rosario Rivera*
Print Name

*Departamento de Educación*
Title (if Participant is not an individual)

*23 / 9 / 21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Bethzaida Rosario Rivera_

Participant's Address: _calle 7-E-23 Urb. AH de Peñuelas 00624_

Participant's Email Address: _____

Name of Counsel: _Commonwealth of Puerto Rico_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa III_

By: _B. Rosario Rivera_
Signature

_Bethzaida Rosario Rivera_
Print Name

_maestra-Departamento de Educación_
Title (if Participant is not an individual)

_23/9/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Bethzaida Rosario Rivera
calle 7- E-23 urb. Alt. de Penuelas
Penuelas, P.R. 00624.

27 SEP 2021 PM 1 L    MEMPHIS TN 380

USA ★ FOREVER

RECEIVED & FILED
2021 NOV -3 PM 3: 40
US COURT
DISTRICT COURT
CLERK'S OFFICE
SAN JUAN

Court's Clerk' Office
United States District Court,
Clerk's Office, 150 Ave.
Carlos Chardon Ste.150,
San Juan, P.R. 00918-1767.

0091883706 C018

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonic Fontanez Pestrane_

Participant's Address: _RR 10 Box 10201 San Jun, PR 00926_

Participant's Email Address: _transportacion.sonic@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _[signature]_
Signature

_Sonic Fontanez_
Print Name

_____
Title (if Participant is not an individual)

_18 - Oct - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sylvia Fontanez Pistrana
RR 10 Box 10201
San Juan, PR 00926-9976

MEMPHIS TN 380
24 OCT 2021 PM 4 L

United States District Court, Clerk's office
150 Ave. Carlos Chardón Ste 150
San Juan, PR 00918-1767

00916-170625

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Migdalia Rodriguez Rivera_

Participant's Address: _Parc 476 Barahona Andres Narvaez Morovis PR 00687_

Participant's Email Address: _mirodzrivera@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _23689_

Nature of Claim: _17 BK 3283-LTS   Promesa Titulo III_

By: _[signature]_
Signature

_Migdalia Rodriguez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_18/Sept/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Migdalia Rodz Rivera
44te Andres Narvaez
Bo Barahona Morovis
PR 00687

00918-170625

MEMPHIS TN 380

27 SEP 2021 PM 2 L

United States District Court
Clerk office
150 Ave Carlos Chardon
St 150 San Juan
PR 00918-1767



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Sonia Suárez Rivera_

Participant's Address: _Urb. Rio Grande Hillis Calle B-67_ Rio Grande PR 00745

Participant's Email Address: _ssuarez516@Hotmailcom._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _151740_

Nature of Claim: _____

By: _Sonia Suárez Rivera_
    Signature

_Sonia Suárez Rivera_
Print Name

_____
Title (if Participant is not an individual)

_10-Sep-2021_
Date

RECEIVED & FILED
2021 NOV -2  PM 3: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MEMPHIS TN 380

21 SEP 2021 PM 3 L

FOREVER / USA

United States District, Clerks

Office, 150 Ave. Calloschacion

Ste, 150 San Juan, P.2.

00 918-069

00818-170625

Sonia Suarez
Urb. Rio Grande Hill
Calle B-67
Rio Grande, PR 00745

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    Ernesto Luis Ortiz Ruiz

Participant's Address:    4505 Sec. Capilla, Cidra, P.R. 00739

Participant's Email Address:    ernesto.ortiz.1951@gmail.com

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:    131752

Nature of Claim:    Wages Back Pay Promesa Title III No. 17BK32

By:    _Ernesto L. Ortiz Ruiz_
    Signature

    Ernesto Luis Ortiz Ruiz
    Print Name

    _____
    Title (if Participant is not an individual)

    September 26, 2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

nesto Luis Ortiz Ruiz
SoS Sec. Capilla
idra, Puerto Rico 00739

Court's Clerks office
United States District Court
Clerk's office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00 918 - 1767

5 OCT 2021 PM 2 L

MEMPHIS TN 380

00918-170625