UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

        Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------x

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed a large number of email submissions addressed the Court with substantially the following text (in English and in Spanish):

> I am writing today because I am worried about the impact that the Debt Adjustment Plan will have on the People of Puerto Rico. Under a debt restructuring plan being put forth by the fiscal control board, Puerto Ricans will be forced to bear the burden of this debt. In this plan, no public service has been defined as an essential service, meaning services we rely on are unprotected from the board's austerity plan. Moreover, I am worried that this plan will bring another bankruptcy to Puerto Rico and with it even more suffering for me and my family.
>
> Judge Swain, we urge you to do the right thing by rejecting unsustainable debt payments on the backs of people who have lost

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

so much already. The people of Puerto Rico voted against this plan because they cannot support a plan that makes it impossible to survive on the island. Please listen to them and reject this plan.

Although the Court cannot file every such email to the docket or respond individually to each message, the Court carefully reviews and considers these messages. The Court takes seriously the extraordinary importance of the pending matters before it to the lives of the people of Puerto Rico.

Dated: November 3, 2021