UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

    Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on November 2, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
November 3, 2021

1. Maria S. Hernandez Ramos
2. Maria C. Semidei Irizarry
3. Jenny Bonilla Candelaria
4. Angel A. Morales Torres
5. Laura I. Morales Acevedo
6. Yamaly Rodriguez Ventura
7. Laura E. Fuxench Lopez
8. Aida N. Ramos Rodriguez
9. Maria M. Coss Martinez
10. Aileen Cabrera Medina
11. Carmen M. Soto Cruz (4 notices)
12. Santos Maria Martinez Sanchez
13. Enid D. Garcia Marcano
14. Sonia I. Gonzalez Hilerio
15. Luis Alberto Rivera Rosa
16. Ceferino Ramos Rivera Jr. (2 notices)
17. Oscar Fuentes Ayala (2 notices)
18. Carol A. Cordero Feliciano
19. Adalberto Lopez
20. Pedro Olmeda Ubiles
21. Samuel Weissman
22. Magda Lugo Nazario

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
November 3, 2021

23. Nelly C. Torres Huertas

24. Mildred Hernandez Colon

25. Hiram Delgado Rivas

26. Carmen I. Machin Medina

27. Luz D. Vazquez Vazquez

28. Maribel Oquendo Afanador

29. Mario Vargas Gonzalez

30. Rosita Perez Diaz

31. Julio Cumba Colon

32. Gerardo Rodriguez Maldonado

33. Jose E. Vazquez Torres

34. Angel M. Cabrera

35. Maria Virginia Suarez Montañez

36. Danny Romero Ruiz

37. Carmen Ana Arroyo Diaz

38. Herotida Santana Casanova

39. Jose R. Garcia Alameda

40. Norma Iris Morales Santana

41. Kathia Ferrer Figueroa

42. Elba Mendez Jimenez

Dated: November 3, 2021