Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria S Hernández Ramos_

Participant's Address: _Hc-04 Box 8446, Aguas Buenas, P.R. 00703_

Participant's Email Address: _hmarias 161 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _119028 — 112267_

Nature of Claim: _Wages back pay promesa title III No._

By: _Maria S Hernández Ramos_          _17BK 3283-_
Signature                                                     _LTS_

_Maria S Hernández Ramos_
Print Name

_20 be oct. 2021_
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria S. Hernandez Ramos
Hc-04 Box 8446
Aguas Buenas, P.K. 00703

00918-170625

MEMPHIS TN 380

27 OCT 2021 PM 1 L



Office at; United States, Distric Court Clerks
Office 150 Av C. Carlos Chardon
Suite 150
San Juan, P.K. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María C. Semidei Irizarry_

Participant's Address: _Urb. Paseos de Jacaranda - Box 15.331 - Calle Laurel G4_
_Sta. Isabel, P.R. 00757_

Participant's Email Address: _consuelo semidei 53 @ g mail . com_

Name of Counsel: _Juan Camacho Fabre, He was member too._

Address of Counsel: _He Died 31-10-19_

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Promesa Title III  No. 17 BK 3283-Lts_

Nature of Claim: _17308  Case No 17-3283_

By: _María C. Semidei Irizarri_
Signature

_María C. Semidei Irizarry_
Print Name

_____
Title (if Participant is not an individual)

_22-oct-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Change Mi address Now.

Urb. Paseos de Jacaranda
Calle Laurel-G-4
Box 15331
Santa Isabel, P.R 00757

Email = consuelosemidei 53 @gmail.com

María C. Semidei Irizarry
Urb. Paseos de Jacaranda
Calle Laurel G-4
Box 15331
Santa Isabel, PR 00757

MEMPHIS TN 380

27 OCT 2021 PM 2 L



00918-170625

Court's Clerks Office
United States District Court
Clerks Office
150 Ave Carlos Chardon Ste.150
San Juan, P.R. 00918

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

RECEIVED & FILED
2021 NOV -2 PM 3: 40
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

SANTA ISABEL, PR 00757
OCT 18 2021
USPS

© USPS 2019

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jenny Bonilla Candelaria_

Participant's Address: _P.O. Box 1516 Rincón, P.R. 00677_

Participant's Email Address: _jennybonilla62@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _32264_

Nature of Claim: _Pensión/retired_

By: _Jenny Bonilla Candelaria_
Signature

_Jenny Bonilla Candelaria_
Print Name

_____
Title (if Participant is not an individual)

_3 - Septiembre - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jenny Bonilla
P. O. Box 1514
Rincón, P.R 00677

00918-170625

NASHVILLE TN 370
27 OCT 2021 PM 4 L

Court's Clerk's Office
United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel A. Morales Torres_

Participant's Address: _HC 5 Box 5367 Yabucoa, P.R. 00767_

Participant's Email Address: _sinbanderas100x35@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Morales_ _____
Signature

_Angel A. Morales Torres_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel A Morales
HC 5 Box 5367
Yabucoa, PR 00767

MEMPHIS TN 380
27 SEP 2021 PM 3 L

United States District Court,
Clerk's Office, 150 Ave. Carlos
Chardón Ste., San Juan, PR
00918-1767

Case:17-03283-LTS   Doc#:19045-1   Filed:11/03/21   Entered:11/03/21 14:41:35   Desc:
Pro se Notices of Participation   Page 11 of 93

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Laura T. Morales Acevedo*

Participant's Address: *HC5 BOX 5367 Yabucoa, P.R. 00767*

Participant's Email Address: *laindimorales13@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: *Laura J. Morales*
    Signature

*Laura T. Morales Acevedo*
Print Name

_____
Title (if Participant is not an individual)

*15 sept. 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Laura I. Morales
HC 3 Box 5367
Yabucoa, PR 00767

United States District Court
Clerk's Office, 150 Ave Carlos
Chardon 5te., San Juan, PR 00918-
1767

27 SEP 2021 PM 3 L

MEMPHIS TN 380

USA



SRF 55923

✕ *New Address* ✕

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Yamaly Rodriguez Ventura

Participant's Address: 2429 Ave. Vistamar Rincon, PR 00677

Participant's Email Address: Yamaly2002@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

Yamaly Rodriguez Ventura
Print Name

_____
Title (if Participant is not an individual)

Oct. 12, 2021
Date

RECEIVED & FILED
2021 NOV -2 PM 3: 41
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yamal Rodriguez Ventura
2429 Ave Vistamar- Rincón, PR 00677
Yamaly2002= @yahoo.com

Yamaly Rodriguez Ventura

Dat 12, 2021

Yamaly Rodriguez Ventura

Previous Address:
PO Box 1792
Rincon, PR 00677

New Address: 2429 Ave. Vistamar
Rincon, PR 00677

GMsectec 50 YEARS

SAN JUAN · PANAMA CITY · FT. LAUDERDALE · MEXICO CITY · SAO PAULO · SANTIAGO · BOGOTA · MADRID · MELBOURNE

Yamaly Rodríguez Ventura
2429 Ave. Vistamar
Rincón, PR 00677

US District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Laura E. Fuxench Lopez_

Participant's Address: _20 Esmeralda, Bucaré Guaynabo P.R. 00969_

Participant's Email Address: _laura_fuxench@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _The Commonwealth of PR_

By: _____
Signature

_Laura E. Fuxench Lopez_
Print Name

_____
Title (if Participant is not an individual)

_9 / 28 / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Laura E. Tuxench
20 Comercio Boreal
Urb Quebradas P. R.
00969

00918-500099

MEMPHIS TN 380
9 OCT 2021   PM 4

United States District Court
Clerks Office
170 Ave. Carl & Chardon St.,
150 San Juan, P. R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ramos Rodríguez Aida N._

Participant's Address: _24 calle 2 Treas. Valley, Cidra P.R 00 739_

Participant's Email Address: _aidanelidarr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _#125512 and #175624_

Nature of Claim: _Wages, Back pay Promesa Title III_
_No. 17BK 3283 LTS_

By: _Aida N. Ramos Rodríguez_
Signature

_Aida N. Ramos Rodríguez_
Print Name

_____
Title (if Participant is not an individual)

_September 20, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ramos Rodríguez Aida N.
24 Calle 2 Treas. Valley
Cidra, P.R. 00739

Court's Clerks Office at:
United States District Court,
Clerks Office, 150 Ave,
Carlos Chardon Ste. 150
San Juan, P.R 00918 - 1767

MEMPHIS TN 380

22 SEP 2021 PM 5 L

00918317133 C018



USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M. Coss Martinez

Participant's Address: CC I A St. 33 Urb. Villas de Castro, Caguas, P.R. 00725

Participant's Email Address: Maria.cm0001@gmail.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167366

Nature of Claim: Salary and Pension

By: _____
Signature

Maria M. Coss Martinez
Print Name

_____
Title (if Participant is not an individual)

August 31, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

0091801703 C018

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767


FOREVER / U.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Aileen Cabrera Medina*

Participant's Address: *P.O. Box 202 Palmer P.R. 00721*

Participant's Email Address: *Aileen Cabrera47@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No 17 BK 3283-LTS*

Nature of Claim: *Promesa titulo III*

By: *Aileen Cabrera Medina*
Signature

*Aileen Cabrera Medina*
Print Name

_____
Title (if Participant is not an individual)

*21-Sept-2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ailun Cabiera Melina
P.O. Box 902 Palmer
P.R. 00721

00918$1767

MEMPHIS TN 380
27 SEP 2021 PM 3 L

United States District Court Clerks
Office, 150 Ave. Carlos Chardon
Ste. 150 San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. SotoCruz_

Participant's Address: _PO Box 2145, San Sebastian PR 00685_

Participant's Email Address: _CSotoCruz @ yahoo. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 — LTS_

Nature of Claim: _____

By: _Carmen M. SotoCruz_
Signature

_Carmen M. SotoCruz_
Print Name

_____
Title (if Participant is not an individual)

_9 / agosto de 202_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Soto Cruz_

Participant's Address: _P.O. Box 2145, San Sebastion PR 00685_

Participant's Email Address: _C.SotoCruz @ yahoo.Com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Salario Minimo Sistema de Retiro_
_Estado libre Asociado_

By: _Carmen M. Soto Cruz_
Signature

_Carmen M. Soto Cruz_
Print Name

_____
Title (if Participant is not an individual)

_9 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name: _Carmen M. Soto Cruz_

Participant's Address: _P.O. Box 2145, San Sebastian PR 00685_

Participant's Email Address: _C.SotoCruz @ yahoo. Com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 – LTS_

Nature of Claim: _Salario Minimo Sistema de Retiro_

By: _Carmen M. Soto Cruz_   _Estado libre Asociado_
    Signature

_Carmen M. Soto Cruz_
Print Name

_____
Title (if Participant is not an individual)

_9 / agosto / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen M. Soto Cruz_

Participant's Address: _PO Box 2145, San Sebastion PR 00685_

Participant's Email Address: _C.Soto Cruz @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Salario Minimo Sistema de Retiro del Estado Libre Asociado_

By: _Carmen m. Soto Cru_
_____
Signature

_Carmen M. Soto Cruz_
Print Name

_____
Title (if Participant is not an individual)

_9/ agosto de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carmen M. Soto Cruz
P.O. Box 2145
Jon Alberturia PR. 00685

United States District Court
Clerks Office, 150 Ave Carlos
Chardon, Ste. 150, Jon Juan, PR. 00918
1767

Case:17-03283-LTS   Doc#:19045-1   Filed:11/03/21   Entered:11/03/21 14:41:35   Desc:
Pro se Notices of Participation   Page 29 of 93

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Santos Maria Martinez Sánchez_

Participant's Address: _524 Sector Los Vélez, Cidra, P.R. 00739-2119_

Participant's Email Address: _le sierramartinez@g.mail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179072, 155416, 147709, 90315, 148940_

Nature of Claim: _Wages, back pay ley Promesa Title III_

By: _Santos Maria Martinez Sánchez_ No. 17 BK 3283-LTS

_Santos Maria Martinez Sánchez_
Signature

Print Name _Santos Maria Martinez Sánchez_

_____
Title (if Participant is not an individual)

_September 23, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Santos Maria Martinez
Bo. Centenjas 2, 524
Sector Los Velez.
Cidra, P.R. 00739 - 2119

29 SEP 2021   PM 3   L

MPHIS TN 380

United States District court, clerk's
office, 150 Ave. carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Enid D. Garcia Marcano_

Participant's Address: _HC-71 Box 2569, Naranjito PR 00719_

Participant's Email Address: _enidgarcia5658@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _149661_

Nature of Claim: _Request that my debt be paid. Public_
_employee department of education_

By: _Enid D. Garcia Marcano_
Signature

_Enid D. Garcia Marcano_
Print Name

_____
Title (if Participant is not an individual)

_October 18, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Emil D. Garcia
He. 71 Box 25669
Mauari, P.R. 00719

00918-170399

MEMPHIS TN 380
27 OCT 2021 PM 2  L

United States District Court
Clerks Office
150 ave. Carlos Chardin Ste 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia I. González Hilerio_

Participant's Address: _Base Ramey Calle D #169 Aguadilla P.R. 00603_

Participant's Email Address: _speedygonzalez1557@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Title III Promesa_

By: _(signature)_
Signature

_Sonia I. González Hilerio_
Print Name

_____
Title (if Participant is not an individual)

_13 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia I. Gonzalez
Calle D 168 Ramey Base
Aguadilla, P.R. 00603-1118

22 SEP 2021 PM 4

MEMPHIS TN 380

United States District Court Clerk's Office
150 ave Carlos Chardon Ste.
San Juan, P.R. 00918-1767

00918-170399

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Luis Alberto Rivera Rosa_

Participant's Address: _Bo Palo Seco Buzon 150 Maunabo P.R.00707_

Participant's Email Address: _Valy.ro1212@gMail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _174167_

Nature of Claim: _Sugar Corporation_

By: _(signature)_
Signature

_Luis A Rivera Rosa_
Print Name

_III_
Title (if Participant is not an individual)

_25 Septiembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Luis A Rivera Robe
Bo. Palo Seco Bzar 150
Maunabo P.R 00707

00918-170625

RECEIVED & FILED
2021 NOV - 2 PM 3 42
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
29 SEP 2021 PM 4 L

United States District Court,
Clerk's Office, 150 Ave
Carlos Chardon Ste. 150
San Juan P.R 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ceferino Ramos Rivera Jr._

Participant's Address: _Urb. Santa Isidra 1 B9 Calle 3 Fajardo, PR 738 00738_

Participant's Email Address: _juniorramos63@yahoo.com._

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17BK 3283-LTS_

Nature of Claim: _____

By: _Ceferino Ramos Rivera Jr_
Signature

_Ceferino Ramos Rivera Jr._
Print Name

_____
Title (if Participant is not an individual)

_Oct 10. 21._
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ceferino Ramos Rivera J.R._

Participant's Address: _Urb Santa Isidra 1 B9 Calle 3 Fajardo, PR. 00738_

Participant's Email Address: _juniorramos63@yahoo.com._

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 -LTS_

Nature of Claim: _____

By: _Ceferino Ramos Rivera Jr_
Signature

_Ceferino Ramos Rivera J.R._
Print Name

_____
Title (if Participant is not an individual)

_Oct 10.21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Celerino Ramos Rivera
Urb. Santa Isidra,
B-9 Calle 3
Fajardo, PR. 00738

United States District Court, Clerk
150 Ave. Carlos Chardon Ste. 150 Office
San Juan, PR. 00918-1767

U.S. POSTAGE PAID
FCM LETTER
FAJARDO, PR
00738
OCT 16, 21
AMOUNT
$0.58
R2303S101410-02

1000

00918

RECEIVED & FILED
2021 NOV -2 PM 3:42
U.S. DISTRICT COURT
OFFICE OF THE CLERK
S.J.N.P.R.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Oscar Fuentes Ayala_

Participant's Address: _HC-2 Box 6908, Loiza, PR 00772_

Participant's Email Address: _Fuentesayala@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _51105_

Nature of Claim: _____

By: _____
    Signature

_Oscar Fuente Ayal._
Print Name

_Reclamente._
Title (if Participant is not an individual)

_16/oct 2021._
Date

*(stamp: RECEIVED & FILED 2021 NOV -2 PM 3:54 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.)*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Oscar Fuentes Ayala_

Participant's Address: _HC-2 BOX 6908, Loiza, PR 00772_

Participant's Email Address: _Fuentesayala@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _161366_

Nature of Claim: _____

By: _____
Signature

_Oscar Fuente Ayala_
Print Name

_Reclamente_
Title (if Participant is not an individual)

_16/oct/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Oscar Fuentes Pahe
Hc-2 Box 6908
Loiza, PR. 00772.

00918-170625

NASHVILLE TN 370

27 OCT 2021 PM 5 L

Notice to the Court's Clerks Office.
United States District Court, Clerk's
Office 150 Ave Carlos Charadon Ste.150
San Juan, P.R. 00918-1767.



Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Cordero Feliciano Carol A_

Participant's Address:  _#68 Calle Barcelona Ciudad Jardin Sur_
_Caguas  P.R. 00727_

Participant's Email Address:  _____

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _No. 127156_

Nature of Claim:  _Public Employee and_
_Pension / Retiree Claim_

By:  _Carol A. Cordero_
Signature

_Carol A. Cordero_
Print Name

_____
Title (if Participant is not an individual)

_October 14, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carol A. Colon
#68 Bourselonee
Circulo Jardin Ave
Caguas, P.R. 00727

00918-170625

NASHVILLE TN 370
27 OCT 2021 PM 6 L

United States District Court
Clerk's Office
150 Carlos Chardon
Ste. 150
San Juan, P.R 00918-1767

BB-8 FOREVER USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Adalberto Lopez_

Participant's Address: _107 Calle Cruz Ortiz Stella Sur_ _Humacao, P.R. 00791_

Participant's Email Address: _alopez6786@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283. LTS_

Nature of Claim: _____

By: _____
Signature

_ADALBERTO LOPEZ_
Print Name

_____
Title (if Participant is not an individual)

_21/September/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Adalberto López
107 calle cruz Blz 3 Noell Sur
Humaco, P.R. 00791

MEMPHIS TN 380
29 SEP 2021 PM 1 L

08916-170625

United State Deatrict Court,
Clerk's Office
150 AVE. carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Case:17-03283-LTS   Doc#:19045-1   Filed:11/03/21   Entered:11/03/21 14:41:35   Desc:
Pro se Notices of Participation   Page 47 of 93

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olmeda Ubiles, Pedro_

Participant's Address: _He 15 Box 15139, Humacao, PR 00791_

Participant's Email Address: _polmedaubiles @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _165553_

Nature of Claim: _Pension / Retiree claims_

By: _____
   Signature

_Pedro Olmeda Ubiles_
Print Name

_Pedro Olmeda Ubiles_
Title (if Participant is not an individual)

_28 / Sept / 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Pedro Olmeda Ubiles
He is Box 15139
Humacao, P.R. 00791

00918-176625

RECEIVED & FILED
2021 NOV -2 PM 3: 54
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
2 OCT 2021   PM 4 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Samuel Weissman

Participant's Address: 7379 East Vaquero Dr, Scottsdale, AZ 85258

Participant's Email Address: DOCSAM189@aol.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: Samuel Weissman
Signature

Samuel Weissman
Print Name

_____
Title (if Participant is not an individual)

10/17/21
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Mr. Samuel Weissman
7379 E Vaquero Dr.
Scottsdale, AZ 85258-2097

RECEIVED & FILED
2021 NOV -2  PM 3: 45
CLERK
DISTRICT COURT
SAN JUAN, P.R.

00918-170625

PHOENIX AZ 852
27 OCT 2021 PM 10 L

U.S. District Court
Clerks Office
150 Ave. Carlos
Ste. 150
San Juan, P.R. 00918-1767



FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magda Lugo Nazario_

Participant's Address: _Urb. El Cemí #1 Calle Antonio Arias_
_Cruz-San Juan, P.R. 00924_

Participant's Email Address: _rafaelgui6590@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Magda Lugo Nazario_
Signature

_Magda Lugo Nazario_
Print Name

_____
Title (if Participant is not an individual)

_7/9/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MAGDA L. Lugo NAZARio
Urb. El Cemí #1 - ANToNio ARias
CRuz - SAN JuaN, P.R. 00924

MEMPHIS TN 380

11 SEP 2021 PM 2 L

RECEIVED & FILED

2021 NOV -2 PM 3: 44

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Clerk Clerk's Office
US District Court
Clerk's Office
150 Ave. Carlos Chardon Suite 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nelly Ctorres Huertas_

Participant's Address: _Urb. Jardines de Cerro Gordo c/6 B 47 San Lorenzo P.R_

Participant's Email Address: _nellyctorrespr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _44547_

Nature of Claim: _Plan of Adjustment_

By: _____
Signature

_Nelly Ctorres Huertas_
Print Name

_____
Title (if Participant is not an individual)

_10/19/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nelly O. Mir
Urb Final Cano Gordo
C/613 - 47
San Juan PR
00754

MEMPHIS TN 380
24 OCT 2021  PM 4 L

RECEIVED & FILED
2021 NOV -2  PM 3 44
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR

00918-170625

Court Clerk's Office
United State District Court
Clerks Office 150 Ave Carlos Chardon
Ste 150 San Juan PR 00 918 - 1767

USA FOREVER
ENERGY ACTION MONTH
2021

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Mildred Hernández Colón_

Participant's Address: _Ave. Las Margaritas #452 La Ponderosa Rio Grande P.R. 00745-2205_

Participant's Email Address: _mhdzc18@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Mildred Hernández Colón_
Signature

_Mildred Hernández Colón_
Print Name

_____
Title (if Participant is not an individual)

_14 septiembre 2021_
Date

RECEIVED & FILED
2021 NOV -2 PM 3:44
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Hernandez
Hiram Delgado
Ave. Las Margaritas #452
La Ponderosa
Rio Grande, P.R. 00745-2205

00918$1706 C018

MEMPHIS TN 380

21 SEP 2021   PM 1  L

FOREVER USA

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name:  Hiram Delgado Rivas

Participant's Address:  Ave. Las Margaritas #452 La Ponderosa, Río Grande,
P.R. 00745-2205

Participant's Email Address:  jilaskomai @ yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  17 BK 3283 - LTS

Nature of Claim:  Promesa Title III

By:  _[signature]_
Signature

Hiram Delgado Rivas
Print Name

_____
Title (if Participant is not an individual)

14 septiembre 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mildred Hernandez
Liliam Delgado
Ave. Las Margaritas #452
La Ponderosa
Rio Grande, P.R. 00745-2205

00918$1706 C018

MEMPHIS TN 380

21 SEP 2021 PM 1 L

FOREVER USA

United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen I. Machin Medina*

Participant's Address: *P.O Box 1431. Las Piedras, P.R 00771*

Participant's Email Address: *cmachinmedina@gmail.com*

Name of Counsel: *None (P.E.*

Address of Counsel: *None (Humacao)*

Email Address of Counsel: *None*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *98989*

Nature of Claim: *Undetermined.*

By: *[signature]*
Signature

*Carmen I. Machin Medina*
Print Name

*Superintendente Auxiliar*
Title (if Participant is not an individual)

*20-sept-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Carmen I. Machin Medina
P.O. Box 1431
Rio Piedras, P.R. 00771

RECEIVED & FILED
2021 NOV 2- PM 3: 44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MEMPHIS TN 380
24 OCT 2021 PM 3 L

06:25

To: United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste
150
San Juan, P.R, 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  _Luz D. Vázquez Vázquez_

Participant's Address:  _HC 91 Box 8924  Vega Alta PR 00692_

Participant's Email Address:  _delialuztorres@gmail.com_
_ldelia torres@yahoo.com_

Name of Counsel:  _____

Address of Counsel:  _____

Email Address of Counsel:  _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:  _17 BK 3283 -LTS / Proof of Claim 64574 / Case No. 17-03283_

Nature of Claim:  _____

By: _Luz D. Vázquez Vázquez_
Signature

_Luz Delia Vázquez Vázquez_
Print Name

_____
Title (if Participant is not an individual)

_1° de Octubre de 2021_
Date  _October 1st / 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

HC 91 Box 8424
Vega Alta PR 00692

00918-170625

MEMPHIS TN 380
24 OCT 2021 PM 3 L

United States District Court
Clerks Office
150 Ave Chardón, Ste. 150,
San Juan PR 00918-1767

2021

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Oquendo – Afanedor_

Participant's Address: _P.O. box 118 Utuado, PR 00641_

Participant's Email Address: _Baltazorr 906 @ gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 – LTS_

Nature of Claim: _____

By: _Maribel Oquendo Afanedor_
Signature

_Maribel Oquendo Afanedor_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



**Ready Post.**

Document Mailer

00918-170399

From: Maribel Ogue do
P.O. Box 218
Arteada, P.R.
00641

To: United States District's official Office
150 Ave Chardon Ste.
150 San Juan P.R
00918-1767

2021 NOV -2 PM 3:45

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

RECEIVED & FILED

MEMPHIS TN 380
U.S. POSTAGE PAID
HOME LEISER
FLORIDA, PR
00650
AMOUNT
$0.58
R2304N117173-1

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Mario Vargas Gonzalez*

Participant's Address: *HC 2 Box 22496 Mayaguez P.R. 00680*

Participant's Email Address: *N/A*

Name of Counsel: *Lcdo Miguel A Montalvo*

Address of Counsel: *171 Post Sur Mayaguez P.R 00680*

Email Address of Counsel: *ma.montalvo@hotmail.com*

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Salary by Administrative Judgement*

By: x _*MVA*_
      Signature

*Mario Vargas Gonzalez*
Print Name

_____
Title (if Participant is not an individual)

*26/oct/21*
Date

**RECEIVED & FILED**
2021 NOV -2 PM 3 43
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

---

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RECEIVED & FILED
2021 NOV -2 PM 3: 43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Montalvo & Arroyo Law Firm**
171 Calle Ramon E. Betances Sur
Mayaguez, P.R. 00680

00918-170625

MEMPHIS TN 380
29 OCT 2021 PM 2  L



United States Distric Court,
Clerks Office
150 Ave. Carlos Chardon, Ste 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosita Pérez Díaz_

Participant's Address: _Urb. Colinas de Plata #74 calle Camino Las Riberas Toa Alta 00953_

Participant's Email Address: _rositaperezdiaz@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Rosita Pérez Díaz_
Signature

_Rosita Pérez Díaz_
Print Name

_____
Title (if Participant is not an individual)

_Octubre 1, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Rosita Pérez Díaz
Urb. Colinas de Plata
#74 calle Camino Las
Riberas Toa Alta P.R. 00953

00918-170625

MEMPHIS TN 380

6 OCT 2021 PM 2 L



Discovery Notice to the Court's Clerk's office
United States District Court, Clerk
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julio Cumba Colón_

Participant's Address: _Bo. Vegas 23630 Sector Tinito Marin Cayey, P.R. 00735_

Participant's Email Address: _jccolon64@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _138679_

Nature of Claim: _Former Employment with Government of Puerto Rico Department of Education_

By: _____
Signature

_Julio Cumba Colón_
Print Name

_1_
Title (if Participant is not an individual)

_October 14, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio Cambs Cirlo
Bo. Vegas 29680
Sector Tomás Morin
Cayey, P.R. 00736

MEMPHIS TN 380
20 OCT 2021 PM 3 L

00918181706 0018

United States District Court
Clerk's Office
150 Ave. Carlos Chardón
Ste. 150 San Juan, P.R.
00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gerardo Rodriguez Maldonado_

Participant's Address: _HC-04 Box 5782 Guaynabo PR 00971_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _17 BK 3283 LTS_

By: _Gerardo Rodriguez Maldonado_
    Signature

_Gerardo Rodriguez Maldonado_
Print Name

RECEIVED & FILED
2021 NOV -2 PM 3 43
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

_____
Title (if Participant is not an individual)

_Octubre 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gerardo Rodriguez Maldonado
HC-04 Box 5792
Guaynabo PR 00971

00918-170625

MEMPHIS TN 380

20 OCT 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767



USA ★ FOREVER
2021 ENERGY ACTION MONTH

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José El Vazquez Torres_

Participant's Address: _P.O. Box 486 Bajas. P.R. 00794_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _____

By: _____
   Signature

_____
   Print Name

_____
   Title (if Participant is not an individual)

_____
   Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jose E. Vazquez Torres
P.U. Box 486
Bayamos P.R. 00794

00918-170625

MEMPHIS TN 380
26 OCT 2021 PM 5 L

FOREVER USA

United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon ste. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angel M. Cabrera_

Participant's Address: _urb. Villa Carolina c/73B 116A-21_

Participant's Email Address: _amanuel 471 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 -LTS_

Nature of Claim: _____

By: _Angel Cabrera_
Signature

_Angel Cabrera_
Print Name

_____
Title (if Participant is not an individual)

_Oct 1, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Cabrera
Urb. Villa Carolina
c/ 73B blq 116 A -21
Carolina P.R. 00985

RECEIVED & FILED

2021 NOV -2  PM 3: 55

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
8 OCT 2021 PM 2 L

HEALING
PTSD
+ FIRST-CLASS USA

U.S. District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, P.R. 00918 — 1767

Participant must provide all of the information below in English:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María Virginia Suárez Montañez_

Participant's Address: _450 S Sec. Capilla, Cidra, P.R. 00739_

Participant's Email Address: _suárez_marra_v @ hot mail. com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _175385   —   101435_

Nature of Claim: _Wages Back Pay Promesa Title JJ I   num. 17BK3283-
LTS_

By: _María Virginia Suárez Montañez_
Signature

_María Virginia Suárez Montañez_
Print Name

_____
Title (if Participant is not an individual)

_September 26, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Virginia Suárez Montañez
4505 Sec. Capilla
Cidra, Puerto Rico 00739

MEMPHIS TN 380

5 OCT 2021 PM 2 L

00918-1706.25

Court's Clerk's Office
United States District Court
Clerk's Office 150
Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Danny Romero Ruiz*

Participant's Address:   *Urb. Rio Grande Estates R-58 Ave. B*

Participant's Email Address:   *arff3449@gmail.com*

Name of Counsel:   *None*

Address of Counsel:

Email Address of Counsel:

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *No. 17BK3283-LTS*

Nature of Claim:   *Promesa Title III*

By:   *[signature]*
Signature

*Danny Romero Ruiz*
Print Name

Title (if Participant is not an individual)

*Sept. 15, 2021*
Date

*RECEIVED & FILED
2021 NOV -2  PM 3: 55
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Danny Romero
Urb. Río Grande Estates
A-58 Ave B
Río Grande P.R. 00745

RECEIVED & FILED
2021 NOV -2 PM 3: 55
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.

00918-170625

21 SEP 2021   PM 3   L

MEMPHIS TN 380

United States District Court Clerk's Office
150 Ave Carlos Chardon ST. 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Carmen Ana Arroyo Diaz_

Participant's Address: _HC-1 Box 4451 Juana Diaz, P.R. 00795_

Participant's Email Address: _luzgardy-1@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _157319_        _17BK3283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico owes me money based on the following laws: Law 89-1995, law 134-1996, law 96-2002, law 164 2003/2004. Total Amount due._

By: _Carmen Ana Arroyo Diaz_
Signature

_Carmen Ana Arroyo Diaz_        _$ 120,000_
Print Name

_____
Title (if Participant is not an individual)

_22 de Septiembre de 2021._
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

# CERTIFICACIÓN

Yo, *Iván E Toro Torres*, en calidad de Oficial de Recursos Humanos Interino de la Región de Ponce, certifico que; *Carmen A. Arroyo Díaz*, es empleada de esta Agencia desde el 7 de enero del 1994. La Sra. Arroyo ocupaba un puesto regular como Cocinera en la Administración para el cuidado y Desarrollo Del Niño, en la Oficina CEDEPRECO Juana Díaz.

Cabe señalar que la Sra. Arroyo se acogió a la jubilación efectivo al 31 de julio de 2020.

Certifico correcto hoy, 7 de agosto de 2020.

Iván E. Toro Torres
Oficial de Recursos Humanos Interino

/itt

Oficina de Recursos Humanos
Región de Ponce
PO Box 44, Mercedita , PR 00715-
Tel. 787.848.4520, extensión 8696



Carmen Ana Arroyo Díaz
HC01 Box 4451
Juana Díaz, PR 00795-9705

7021 0950 0000 2416 6988

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
JUANA DIAZ, PR
00725
SEP 25, 21
AMOUNT
$6.80
R2305K135197-01

United States District Court
Clerks Office
Ste. 150
San Juan, PR 00918-1767

150 Ave. Carlos Chardon

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Herótida Santana Casanova*

Participant's Address: *Urb. Las Vegas 0-3 Calle 5 Cataño P.R. 00962*

Participant's Email Address: *herotida santana@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *accumulated retirement Contributions*

By: *Herótida Santana Casanova*
Signature

*Herótida Santana Casanova*
Print Name

_____
Title (if Participant is not an individual)

*September 26 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Heriticia Santana Casanova
Calle 5-03 urb. Las Vegas
Cataño P.R. 00962

United States District Court
Clerk's office 150 Ave. Carlos Chardón
Ste. 150 San Juan, P.R. 00918-1767

00918-1706225

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José R Garcia Alameda_

Participant's Address: _Parcelas Palenque, 28calle 2, Bta., P.R. 00617_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _4413_

Nature of Claim: _____

By: _Jose R. Garcia Alameda_
Signature

_José Ramón Garcia Alameda_
Print Name

_____
Title (if Participant is not an individual)

_24 - Agosto - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José R. García Olamea
28 calle 2
Parcelas Palenque
Pta., PR 00617

RECEIVED & FILED
2021 NOV -2 PM 3:57
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
21 SEP 2021 PM 2 L



United States District Court
Clerk's office 150 ave. Carlos
Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Norma Iris Morales Santana*

Participant's Address: *Urb. Las Vegas D-3 Calle 5 Cataño P.R. 00962*

Participant's Email Address: *normairismorales@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 _ LTS*

Nature of Claim: *accumulated retirement Contributions*

By: *Norma Iris Morales Santana*
Signature

*Norma Iris Morales Santana*
Print Name

_____
Title (if Participant is not an individual)

*September 26 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nombre Luis Morales Santana
Calle 5-83 nd. Las Vegas
Cataño P.R 00962

MEMPHIS TN 380
29 SEP 2021 PM 2 L

RECEIVED
2021 NOV -2 PM 3: 56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918- 1767

00918-170625

Case:17-03283-LTS   Doc#:19045-1   Filed:11/03/21   Entered:11/03/21 14:41:35   Desc:
Pro se Notices of Participation   Page 90 of 93

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:    _Kathia Ferrer Figueroa_

Participant's Address:    _HC 3 Box 22496 Rio Grande PR 00745_

Participant's Email Address:    _Kathia ferrerpr@gmail.com_

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _43633_

Nature of Claim:    _PROMESA Title III_

By:   _Kathia Ferrer Figueroa_
Signature

_Kathia Ferrer Figueroa_
Print Name

_____
Title (if Participant is not an individual)

_18-oct-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Kathia Ferrer Figueroa
HC 3 Box 22496
Rio Grande PR 00745

CERTIFIED MAIL

7018 1130 0000 2074 7072

RECEIVED & FILED

00918-170625

United State District Court, Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan PR 00918-1767

U.S. POSTAGE PAID
RIO GRANDE, PR
00745
OCT 19, 21
AMOUNT
$6.80
R2305K134622-55

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Elba Méndez Jiménez*

Participant's Address: *HC:5 Box 27519, Camuy, P.R.*

Participant's Email Address: _____

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *148346*

Nature of Claim: *Public Employee, Work in government teacher.*

By: *Elba Méndez Jiménez*
Signature

*Elba Méndez Jiménez*
Print Name

*Individual*
Title (if Participant is not an individual)

*09/21/2021*
Date

RECEIVED & FILED
2021 NOV -2 PM 3: 55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Elba A. Monte Juniz
HC·05 Box 97519
Camuy, P.R. 00627-
9601

7019 0700 0002 1475 2917

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
CAMUY, PR
00627
AMOUNT
$6.80
R2304H109298-05

Ja. United States District
Court; Clerk's office;
150 Ave Carlos Chardon
Ste. 150 Don Juan PR