Brenda Sanchez Rivera
RR 01 Box 15087
Toa Alta P.R. 00953
Eric Josué Soto Sánchez

Secretaria (clerk's office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767