Register urgent under 97-CV-2286, 17-CV-2389
17-03283, 17-8966, 17-8975, 19-CV-1336

RECEIVED & FILED
2021 NOV -3 PM 4: 09
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR



Jaime A Dios Christ!
3 of November of 2081



**La Casa Blanca** ✓
@LaCasaBlanca
⚑ Organización gubernamental de Estado...

Feliz Día de los Muertos de la Administración Biden-Harris. Hoy y mañana, el Presidente y la Primera Dama reconocerán el Día de los Muertos con la primera ofrenda ubicada en la Casa Blanca.

Translate Tweet



8:30 PM · 11/1/21 · The White House





22 de Mayo de 2017

Recibido 22/5/2017
1:30
E. Velez

lcdo. Efrain Padilla Torres
ave. Roberto Clemente
Blog 30 A-10 Villa Carolina
Carolina PR. 00985

Re: Denuncia Criminal caso v Díaz Castill Tres
Tornillos Houe depot los Colobos

Por conducto del presente escrito se solicita
de usted copia fiel y exacta del expediente
Criminal del Cual usted fue abogado y en
donde previamente Habían Sido despedidos
de la Representación del mismo Caso
dos abogadas.

Conforme el parrafo anterior se Radico una
accion civil Con el Nom. + DP-2005-0524
el Caso Criminal fue Manejado por el Juez
Harry Messanet pestrana, Nevada fol claro Ramos

Por Vida local,
Se solicite de usted copia fiel y exacta
de el expediente criminal.
(Jaime v Díaz Castill 787-447-2424 Jaimediazcastill.M@ymail.com

Previo a que se denegara la moción, ambos acusados viajaron a Repú Dominicana al menos dos veces para reunirse con el notorio narcotraf hoy convicto- y presentarle el plan. Se alega que en 2008 una persona colocó entre $440 mil y $465 mil en efectivo, en un vehículo propiedac Negrón Colón relacionados al esquema.

De ser encontrados culpables, los acusados se enfrentan a una pena m de 20 años de cárcel y tres años de libertad supervisada.

## Tags

Junior Cápsula



**elnuevodia.com**

Portada / Noticias / Abogado de Junior Cápsula se declarará culpable

Últimia Hora
Clasificados
Vehículos
Bienes raíces
Empleos
Shoppers
**Noticias**
Política
Seguridad
Puerto Rico Hoy
Calidad de vida
Ciencia y tecnología
Clima
Caza Noticias
Mundo Raro
Internacionales
Conflicto en Siria
Negocios
Actualidad
Tecnología
Autos
Planillas 2014
Deportes
Béisbol
Boxeo
Baloncesto
Fútbol
Otros deportes
Mundial Brasil 2014
Entretenimiento
Farándula
Música
Televisión
Cine
Cartelera de cine
Cultura
Restaurantes
Estilos de vida
Bienestar
Amor y sexualidad
Hogar y familia
Moda y belleza
Salud al día
Horóscopos
Opinión
Editorial
Columnas
Cartas
Blogs
Sondeo
Multimedia
Fotogalerías
Videos
Infografías
Especiales
Reglas de concursos
HOBBIES
Agenda Ciudadana
Un solo Puerto Rico
Construcción
Viejos
Empleos.pr

# Noticias

Share Share

Recomendar 70  Twittear 19

13 de marzo de 2014
1:38 p.m.
Seguridad

Imprimir   A A

# Abogado de Junior Cápsula se declarará culpable

*Ramón Negrón Colón enfrenta cargos por lavado de dinero*

Por Mariane Colón / mariana.colon@gfrmedia.com @mcolon_fm



Se alega que entre 2008 y 2010, Negrón Colón recibió alrededor de \$815 mil para comprar influencias de funcionarios que ayudarían a anular la condena estatal contra Figueroa Agosto. (Archivo)

El abogado de José "Junior" Cápsula Figueroa Agosto, Ramón Negrón Colón, hará alegación de culpabilidad el 3 de abril por cargos de lavado de dinero con miras a la operación de narcotráfico de su cliente.

El fiscal Timothy Henwood informó esta mañana al juez federal Juan Pérez Giménez que llegó a un acuerdo con los abogados del acusado, Ignacio Rivera y Javier Cuyar, y recomendaron que se cite una vista para el cambio de alegación de culpabilidad, que se verá el 3 de abril.

El coacusado en este caso, el estafador William Barreto Ortiz, cambió de abogado hace poco, por lo que el fiscal pidió más tiempo para reunirse con su representante legal, Héctor Deliz. Se citó una conferencia de estatus en su caso para el 11 de abril.

Negrón Colón, de 59 años, y Barreto Ortiz, de 68, están libres bajo fianza luego de ser arrestados el 26 de agosto de 2013. Se les acusa por conspirar para cometer lavado de dinero, y Barreto Ortiz enfrenta un cargo adicional por perjurio.

En el pliego acusatorio contra el abogado, se le imputa haber elaborado un plan para sobornar a varios funcionarios de gobierno estatal con dinero proveniente del narcotráfico a cambio de que su cliente, Figueroa Agosto, lograra un nuevo juicio y no tuviera que cumplir 209 años de cárcel a los que fue sentenciado en 1995 por el secuestro y asesinato de Arnaldo Martínez, conocido como Naldy el Gruero.

Se alega que entre 2008 y 2010, Negrón Colón recibió alrededor de \$815 mil para comprar influencias de funcionarios que ayudarían a anular la condena estatal contra Figueroa Agosto, quien se escapó de prisión en 1998 con documentos falsificados.

La acusación agrega que el abogado visitó a su cliente en octubre de 2010 en el Centro de Detención Metropolitano (MDC, por sus siglas en inglés), en Guaynabo, y le informó que todo estaba listo para radicar la moción de petición de nuevo juicio, pero que necesitaba \$300 mil para pagarle al juez del caso. Poco después recibió \$150 mil y luego devolvió a su representado \$125 mil cuando el juez estatal Harry Massanet Pastrana, del Tribunal de Primera Instancia de San Juan, denegó la petición de nuevo juicio en 2011.

Buscar

Jueves 13 de marzo de 2014  87°/83°



**¡REGRESA! Quédate para el C.A.F.E.**
**Cambio de Aceite y Filtro Expreso**
Por expertos de Nissan

+ Comentadas    + Vistas

Arrestan a tercer sospechoso de asesinar a policía

Muere joven tras ser besada y atropellada en Juana Díaz

Cuidado con tus tintes en los autos

Causa para arresto contra telereportera Yesenia Torres

Triple asesinato en Caguas

Fallece joven tras chocar con una verja de centro comercial de Mayagüez

Escuela pública gana el gran premio de feria científica

Cronología del caso de Lorenzo González Cacho

Testigo clave del calentamiento global es puertorriqueño

Operan a joven que cayó de muralla del Morro

¿Qué buscas? **clasificados** (http://clasificadospr.c

Bienes Raíces    Vehículos
Artículos    Mascotas

Comprar   Alquilar

Selecciona — área o pueblo

Selecciona — tipo de propiedad

**BUSCA**


**VENTA DEFINITIVA** ÚLTIMA REBAJA EN VARIAS UNIDADES











*14*

# ticulados tres pun

## quías
dia.com

los más
droga en
r fueron
er en el
do por
estatales
rrestados
sesinatos
te en los

dió, una
n Juan se
listribuye
os en es-
e estima
s de dro-
4 horas y
s, la ma-
es de las

te de la
edo, dijo
a que re-
la droga
e con la
a organi-
n que no



Desde la izquierda, Benjamín Rodríguez, tenie
superintendente de la Policía, Pedro Toledo, n







**Viernes**
28 DE MARZO DE 2008
SAN JUAN, PUERTO RICO
AÑO 44 NÚM. 14512
elnuevodia.com

50c

**UN GRAN PERIÓDICO**

**EDITORIAL**
UN MOMENTO
DE PRUDENCIA
Y VALOR
:54



## EDICIÓN ESPECIAL

# Histórica acusación

Por primera vez
un gran jurado acusa
a un gobernador electo
por actos de corrupción
:4-30















24



✝

### Marcial Díaz Jiménez

*Nació*
el 18 de octubre de 1944
en Río Piedras, P.R.

*Falleció*
el 3 de diciembre de 2005
en Bayamón, P.R.

*Sepelio*
el 9 de diciembre de 2005
en el
*Cementerio*
Los Cipreses Memorial Park
Bayamón, P.R.

*Flores*

### ¡NO LLORES SI ME AMAS!

Tú que me has visto y me has amado en el mundo, país de las sombras. ¿no te resignarás al verme ahora en el Cielo, país de las inmutables realidades? Créeme, cuando la muerte venga a romper las ligaduras, como ha roto las que a mí me encadenaban y cuando llegue un día, que Dios ha fijado y conoce, y tu alma venga a este Cielo en que ha precedido la mía. Ese día volverás a ver aquel que te amaba y te sigue amando y encontrarás su corazón con todas sus ternuras purificadas. Volverás a verme, pero transfigurado, extático, feliz, no ya esperando la muerte, senderos de LUZ y de la VIDA bebiendo con embriaguez a los pies de Dios, un néctar del cual nadie se saciará jamás. Por eso, enjuga tu llanto . . . y no llores, si me amas.










TEAMSTERS
AMERICA'S STRONGEST UNION
25 Louisiana Avenue, N.W.
Washington, D.C. 20001




Micha
Baldor S

The

2






29 de noviembre de 2005

Sr. Marcial Díaz Jiménez
Calle Villa Granada A-63
Urb. El Plantío
Toa Baja, P.R. 00949

Estimado señor Díaz Jiménez:

La señora Sonia Hernández Campos ha solicitado mis servicios profesionales para tramitarle una petición de divorcio. Según me informa mi cliente, usted estaría en disposición de aceptar divorciarse por consentimiento mutuo.

Si el divorcio se tramita por la causal de consentimiento mutuo, habría que formalizar una serie de estipulaciones de las cuales le envío un borrador para su consideración.

Como ustedes no procrearon hijos, no hay que hacer estipulació sobre custodia y patria potestad de menores, ni sobre pensión de alimentos.

En torno a los bienes, me indica ella que poseen un Toyota Camry tablilla EVO 640 que usted usa y paga. Ella me indica que usted quedaría con este vehículo y seguiría pagando la cuenta. Por parte, ella interesa retener la guagua Toyota RAV4, tablilla E 014 y continuar pagando la misma.

En cuanto al inmueble, ella sugiere dos alternativas. Que se ven la misma al mejor postor y dividir el producto neto por part iguales, o que usted le compre la parte ganancial que le perten a ella.

El mobiliario del hogar puede dividirse según los intereses de c cual.

Agradeceré que consulte con el abogado de su predilección y éste se comunique conmigo para formalizar el proceso. Si e deseo, me puede llamar para coordinar el trámite a seguir. mejor manera de conseguirme es a través de mi celular 787-385-2

Cordialmente,

Guillermo Figueroa Prieto





31







35



# Buffalo mayor race: India Walton vs. Byron Brown live updates

Nick Veronica

2 hours ago







Mr. Lawrence Vilardo

Judiciary
Committee
SD-226

Lawrence J. Vilardo – NY Daily ...

nydailyrecord.com



DeJoy confirms USPS plan may include slower first-class mail

▶ 2:09

On Feb. 24, Postmaster General Louis DeJoy said the Postal Service was "evaluating all service standards," including longer timetables for local mail. (The Washington Post)







# Ralph M. Mohr
# Jeremy J. Zellner

 

# Election Commissioners



## Mayor City of Buffalo

### 291 Election Day Districts out of 291 Reporting (100%)

Vote for 1

| Party | Candidate | Election Night | Early Voting | Vote Total | Vote % |
|---|---|---|---|---|---|
| DEM | India B. Walton | 18,708 | 5,278 | 23,986 | 41.2% |
| | **India B. Walton** | **18,708** | **5,278** | **23,986** | **41.2%** |
| NON | WRITE-IN | 24,255 | 10,018 | 34,273 | 58.8% |
| | **WRITE-IN** | **24,255** | **10,018** | **34,273** | **58.8%** |
| | **Contest Total** | | | | **58,259** |









REPRESENTATIVE
## Adam B. Schiff

California

# 2411







**Santos Ortega Rivera Ortega Rivera**
updated his profile picture.

January 24 · 🌐





**PRIVATIZACIÓN: MIRADA HISTÓRICA**

# Recordando la fallida privatización de la AAA

Por: Julio Rivera Saniel

Actualizado hace 15 horas







*Vélez contrató a un exfiscal independiente para investigar las imputaciones sobre mala utilización de fondos públicos contra el expresidente del Supremo. (Archivo/GFR Media)*



*María Conte Miller, directora de Ciencias Forenses.*



# Buffalo mayor race: India Walton vs. Byron Brown live updates

Nick Veronica                                2 hours ago











## ECONOMÍA

Swain quiere escuchar a la
gente en torno al plan para
renegociar la deuda
gobierno central



## ECONOMÍA

Swain autoriza notificación de emergencia a los empleados públicos activos y jubilados

