# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>   Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br><br>**Re: ECF Nos. 17627, 18394, 18447, 18560, 18877, 19012, 19053, 19055, & 19061** |

## QUEST DIAGNOSTICS OF PUERTO RICO, INC.'S INFORMATIVE MOTION REGARDING APPEARANCE AT HEARING ON CONFIRMATION OF PLAN OF ADJUSTMENT

In accordance with the *Amended Order Establishing Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith* [ECF No. 18394], as amended by the *Order Amending Confirmation Hearing Procedures Order* [ECF No. 18877], and further amended by the *Second Amended Order Regarding Procedures for Hearing on Conforming of Plan of Adjustment* [ECF No. 19012] (the "Hearing Procedures Order"), Quest Diagnostics of Puerto Rico, Inc. ("Quest"), by and through undersigned counsel, respectfully states as follows:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780- LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

ACTIVE.134580189.01

1. On October 19, 2021, Quest filed *Quest Diagnostics of Puerto Rico, Inc.'s Omnibus Objection to (I) Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico* et al. *and (II) Notice of Filing of Proposed Order Confirming Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico,* et al. [ECF No. 18560] (the "Objection").

2. On October 25, 2021, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") filed its *Urgent Motion for Leave to File Excess Pages in Support of (I) Omnibus Reply to Objections to Confirmation and (II) Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico*, et al. [ECF No. 18728] (the "Motion"), which Motion related to the Objection, among others, and was granted by order dated October 26, 2021. [ECF No. 18750.]

3. On October 28, 2021, the Oversight Board filed its *Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Seventh Amended Title III Joint Plan of Adjustment* [ECF No. 18874] (the "Reply"), whereby the Oversight Board responded to the Objection by stating that "The Plan is not intended to provide third party releases. To the extent there is inconsistency between the Plan and that intention, the Debtors intend to modify the Plan and confirmation order to reflect that intention."

4. In light of the Objection and the Reply, and, in accordance with the Hearing Procedures Order, Quest on October 29, 2021, filed its *Informative Motion Regarding Appearance at Hearing on Confirmation of Plan of Adjustment* [ECF No. 18899] ("Informative Motion") requesting to participate in the confirmation hearing and attached a Party Appearance Sheet that

2

listed the following, as counsel who may appear on behalf of Quest: (i) Brett D. Fallon (brett.fallon@faegredrinker.com) and (ii) Mariana Muñiz Lara (mariana.muniz@dlapiper.com).

5. Quest files this motion to amend its Informative Motion to add Roger A. Maldonado (roger.maldonado@faegredrinker.com) to the Party Appearance Sheet, included below as **Exhibit A**, as counsel who may appear on behalf of Quest.

6. Quest does not currently intend to cross-examine witnesses, or present rebuttal testimony, but reserves its right to be heard at opening and closing arguments on any matter to the extent it impacts the rights, claims, or interests of Quest.

**WHEREFORE**, Quest respectfully requests that the Court take notice of the foregoing.

Dated: November 4, 2021

**DLA PIPER (PUERTO RICO) LLC**

By: /s/*Mariana Muñiz Lara*
Mariana Muñiz Lara
PRDC Bar No. 231,706
Calle de la Tanca #500, Suite 401
San Juan, PR 00901-1969
Tel: (787) 945-9106
Fax: (939) 697-6141
mariana.muniz@dlapiper.com

-and-

**FAEGRE DRINKER BIDDLE & REATH LLP**
Brett D. Fallon (*pro hac vice* admitted)
Jaclyn C. Marasco (*pro hac vice* admitted)
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4224
Facsimile: (302) 467-4201
brett.fallon@faegredrinker.com
jaclyn.marasco@faegredrinker.com

Roger Maldonado (*pro hac vice* pending)
2200 Wells Fargo Center 90 S. Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7642
Facsimile: (612) 766-1600
Roger.maldonado@faegredrinker.com

*Counsel to Quest Diagnostics of Puerto Rico, Inc.*

ACTIVE.134580189.01

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

Dated: November 4, 2021

/s/*Mariana Muñiz Lara*
Mariana Muñiz Lara

# EXHIBIT A

## Party Appearance Sheet

| | |
|---|---|
| Name of Party | Quest Diagnostics of Puerto Rico, Inc. |
| Party Name Abbreviation | Quest |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Confirmation Hearing Procedures Order, ¶ 9(a))<br>• Is the attorney participating in the Final Pretrial Conference or the Confirmation Hearing or both?<br>or<br><br>Party-in-interest Not Represented by Counsel:<br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Brett D. Fallon<br>Brett.fallon@faegredrinker.com<br>Faegre Drinker Biddle & Reath LLP<br>(302) 467-4224<br>ECF Nos. 18754 & 18835<br>Quest / Fallon, Brett / Faegre Drinker<br>Confirmation Hearing<br><br>Mariana Muñiz Lara<br>mariana.muniz@dlapiper.com<br>DLA Piper (Puerto Rico) LLC<br>(787) 945-9106<br>ECF No. 18560<br>Quest / Muñiz Lara, Mariana / DLP Piper (Puerto Rico) LLC<br>Confirmation Hearing<br><br>Roger A. Maldonado<br>roger.maldonado@faegredrinker.com<br>Faegre Drinker Biddle & Reath LLP<br>(612) 766-7642<br>ECF No. 19066<br>Quest / Maldonado, Roger / Faegre Drinker<br>Confirmation Hearing |
| Plan Objection Docket Entry No. | ECF No. 1856 |
| Witness List Docket Entry No. | N/A |
| Exhibit List Docket Entry No. | N/A |
| Other Statement Docket Entry No. | N/A |

ACTIVE.134580189.01