Case:17-03283-LTS   Doc#:19071-1   Filed:11/04/21   Entered:11/04/21 13:40:54   Desc:
Pro se Notices of Participation   Page 1 of 27

SRF 55923

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MARTINEZ ROJAS, GLADYS E._

Participant's Address: _119 URB. LAS CAROLINAS / CAGUAS P.R._
_00727-7907_

Participant's Email Address: _glamar13579@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _88295_

Nature of Claim: _Pension / Retiree Claim_

By: _Gladys E. Martinez Rojas_
Signature

_Gladys E. Martinez Rojas_
Print Name

_N/A_
Title (if Participant is not an individual)

_11/02/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Marisol Vega Rodriguez*

Participant's Address: *1702 Calle San Esteban Urb San Ignacio San Juan P.R.*

Participant's Email Address: *melody_64.@live.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *85750*

Nature of Claim: *Pension / Retiree claim*

By: *Marisol Vega Rodriguez*
Signature

*Marisol Vega Rodriguez*
Print Name

_____
Title (if Participant is not an individual)

*3 noviembre 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yadira Torres Caraballo_

Participant's Address: _B-18 Calle Camelia  Alturas del Cafetal_ _Yauco PR 00698_

Participant's Email Address: _lucyanlucy401@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Promesa Titulo III_

By: _Yadira Torres_
Signature

_Yadira Torres_
Print Name

_____
Title (if Participant is not an individual)

_6- octubre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yadira Torres
B-15 Calle Camelia
Alturos del Cafetal
Yauco P.K. 00698

RECEIVED & FILE
2021 NOV -3 PM 4:76
CLERK'S OFFICE
U.S. DISTRICT COUR
SAN JUAN, P.R.

00918-170625

United States District Court
Clerks Office
150 Ave Carlos Chardon Ste 150
San Juan, P.K. 00918-1767

MEMPHIS TN 380
16 OCT 2021 PM 2  L
FOREVER / USA
2021
ENERGY

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: *Mrs. Lisle Font Matos*

Participant's Address: *P.O. Box 242 Boqueron, Puerto Rico 00622*

Participant's Email Address: *fontlisle@gmail.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *166725*

Nature of Claim: *Public Employee Claim*

By: *Lisle Font Matos*
Signature

*Lisle Font Matos*
Print Name

—
Title (if Participant is not an individual)

*October 9, 2021*
Date

RECEIVED & FILED
2021 NOV -3 PM 4:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Lisle Font Matos
P.O. Box 242
Daguerra, Puerto Rico
00622-0242

RECEIVED & FILED

2021 NOV -3 PM 4: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, Puerto Rico 00918~1767

16 OCT 2021 PM 1. L

MEMPHIS TN 380

FOREVER USA

PURPLE HEART

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *NORMA J. FERNÁNDEZ ESTÉVEZ*

Participant's Address: *Calle Puebla 541 Urb. Matienzo Cintrón S.J. P.R. 00923*

Participant's Email Address: *norma.fernandez@familia.pr.gov*

Name of Counsel: *N/A*

Address of Counsel: *N/A*

Email Address of Counsel: *N/A*

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *my retirement benefits affected*

By: *Norma J Fernández Estévez*
Signature

*NORMA J. FERNÁNDEZ ESTÉVEZ*
Print Name

_____
Title (if Participant is not an individual)

*10-3-2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  <u>United States</u> <u>District Court</u>, <u>Clerk's</u> Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

NORMA J. FERNANDEZ
541 PUEBLA ST.
MATIENZO CINTRON URB.
SAN JUAN, P.R. 00923-2123

RECEIVED & FILED
2021 NOV -3 PM 4: 16
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES District Court
CLERK'S OFFICE
150 Ave. Carlos CHARDON Ste. 150
SAN JUAN, P.R. 00918-1767

7019 2280 0001 2804 9191

00918-170625





1000

00918

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
OCT 04, 21
AMOUNT
$7.38
R2305H130913-34

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  Pierre Moreau "Doctor Stove"

Participant's Address:  541 Puebla st. Matienzo Cintron Urb.  S.J. Puerto Rico 00923

Participant's Email Address:  docstove @ coqui.net

Name of Counsel:  N/A

Address of Counsel:  N/A

Email Address of Counsel:  N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number:  17 BK 3283 - LTS

Nature of Claim:  Retirement Benefits Affeted

By:  _____
Signature

Pierre Moreau
Print Name

_____
Title (if Participant is not an individual)

10-3-2021
Date

2021 NOV -3 PM 4:16
CLERK'S OFFICE
U.S DISTRICT COURT
SAN JUAN, P.R.
RECEIVED & FILED

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Norma J. Fernandez
541 PUEBLA ST.
Mariensro Ciutron Urb.
SAN JUAN, P.R. 00923-2123

RECEIVED & FILED
2021 NOV -3 PM 4: 16
CLERK'S OFFICE
U.S. DISTRICT COURT

United States District Court
Clerk's Office
150 Ave. Carlos CHARDON Ste. 150
SAN JUAN, P.R. 00918-1767

7019 2280 0001 2804 9191

00918-170625

U.S. POSTAGE PAID
FCM LETTER
SAN JUAN, PR
00936
OCT 04, 21
AMOUNT
$7.38
R2305H13091 3-34
1000
00918

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gertrudis Cristina Hernández Michels_

Participant's Address: _P.O. Box 716, Mayagüez, P.R. 00681-0716_

Participant's Email Address: _____

Name of Counsel: _Department of Public Health of Puerto Rico_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _110712_

Nature of Claim: _Public Employee Claims_

By: _Gertrudis C. Hernández Michels_
Signature

_Gertrudis Cristina Hernández Michels_
Print Name

_____
Title (if Participant is not an individual)

_September 15, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Gertrudis Cristina Hernández Michels_

Participant's Address: _P.O. Box 716, Mayagüez, P.R. 00681-0716_

Participant's Email Address: _____

Name of Counsel: _"Departamento Salud Pública de Puerto Rico"_
_✱ Department of Public Health of Puerto Rico ✱_

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _110712_

Nature of Claim: _Public Employee Claims_

By: _Gertrudis C. Hernández Michels_
Signature

_Gertrudis Cristina Hernández Michels_
Print Name

_____
Title (if Participant is not an individual)

_August 3, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *y otros*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>No. 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

## AVISO DE RECONCILIACIÓN ADMINISTRATIVA DE RECLAMACIONES

Fecha de Notificación: **15 de julio de 2021**
Reclamante(s) designados: **Hernandez Michels, Gertrudis Cristina**
Dirección: **PO Box 716
Mayaguez PR 00681**

Número(s) de reclamaciones designadas: **110712**
Cantidad(es) indicada(s) en la(s) prueba(s) de reclamación: **$16,800.00**
Tipo de Reclamación: **Empleados Públicos**

Este aviso <u>solo</u> aplica a los números de reclamaciones designadas mencionados anteriormente. Lea el aviso detenidamente y discútalo con su abogado. Si no tiene abogado, puede consultar con uno.

---

[1]      Los Deudores en estos casos iniciados al amparo del Título III, junto con el número de caso respectivo de cada Deudor y los últimos cuatro (4) dígitos de su número de identificación de contribuyente federal , según corresponda, son (i) el Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado") (caso de Quiebras núm. 17 BK 3283-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (caso de Quiebras núm. 17 BK 3284-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 8474); (iii) la Autoridad de Carreteras y Transportación de Puerto Rico ("HTA") (caso de Quiebras núm. 17 BK 3567-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("ERS") (caso de Quiebras núm. 17 BK 3566-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 9686); (v) la Autoridad de Energía Eléctrica de Puerto Rico ("PREPA") (caso de Quiebras núm. 17 BK 4780-LTS) (últimos cuatro dígitos del número de identificación de contribuyente federal: 3747); y (vi) la Autoridad de Edificios Públicos ("PBA") (caso de Quiebras 19 BK 5523-LTS) (los casos al amparo del Título III figuran con números de caso de la Corte de Quiebras debido a limitaciones del *software*).

**FORMULARIO DE RESPUESTA DEL RECLAMANTE**

*Copia*

*Claim No.* **114758**       *Creditor Name:* **Hernandez Michels, Gertrudis Cristina**

| | |
|---|---|
| (1) Nombre Completo | *Gertrudis Cristina Hernández Michels* |
| (2) Número de teléfono | (787) 989-1709 |
| (3) Número de empleado | 216138 |
| (4) Agencia para la cual trabaja(ó) y fecha.   Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Salud Pública de Puerto Rico (Employer Identification No. 660433481) Fechas: desde el 20 de noviembre de 1973 Fecha de Cotización para retiro: 15/Mayo/1976 Fecha retiro: 1 de Mayo de 2001 |
| (5) Correo electrónico | |
| (6) Número de seguro social (últimos cuatro dígitos) | 3499 |
| (7) *Número de caso* administrativa o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*)<br><br>#110712 |
| (8) Describa en detalle la naturaleza de su *reclamación* y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Solicito esta reclamación por salarios y beneficios adeudados como empleada pública del Departamento de Salud Pública de Puerto Rico (Public Employee Claims). |

\*\*\* Attach any supporting documentation you may have related to your claim. \*\*\*



170328300035949



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ruth Rodriguez Ramos_

Participant's Address: _Urb. Rafael Bermúdez, C-5 Calle Aurora, Fajardo, P.R. 00738_

Participant's Email Address: _ruthlalinda @ yahoo. com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 -LTS_

Nature of Claim: _Jointly Administered_

By: _Ruth Rodriguez Ramos_
Signature

_Ruth Rodriguez Ramos_
Print Name

_Participant_
Title (if Participant is not an individual)

_15 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruth Rodriguez Ramos*

Participant's Address: *Urb. Rafael Bermudez, G-5 Calle Aurora, Fajardo, PR 00738*

Participant's Email Address: *ruthlalinda @ yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Jointly Administered*

By: *Ruth Rodriguez Ramos*
Signature

*Ruth Rodriguez Ramos*
Print Name

*Participant*
Title (if Participant is not an individual)

*15 de octubre de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruth Rodríguez Ramos*

Participant's Address: *Urb. Rafael Bermúdez, G-5 Calle Azucena, Fajardo, PR 00738*

Participant's Email Address: *ruthlilinda@yahoo.com*

Name of Counsel: —

Address of Counsel: —

Email Address of Counsel: —

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Jointly Administered*

By: *Ruth Rodríguez Ramos*
Signature

*Ruth Rodríguez Ramos*
Print Name

*Participant*
Title (if Participant is not an individual)

*15 de octubre de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruth Rodriguez Ramos*

Participant's Address: *Urb. Rafael Bermúdez, G-5 Calle Aurora, Fajardo, PR 00738*

Participant's Email Address: *ruthlalinda @ yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283-LTS*

Nature of Claim: *Jointly Administered*

By: *Ruth Rodriguez Ramos*
Signature

*Ruth Rodriguez Ramos*
Print Name

*Participant*
Title (if Participant is not an individual)

*15 de octubre de 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruth Rodriguez Ramos*

Participant's Address: *Urb. Rafael Bermúdez, G-5 Calle Aurora, Fajardo, PR 00738*

Participant's Email Address: *ruth/alinda @ yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Jointly Administered*

By: *Ruth Rodriguez Ramos*
Signature

*Ruth Rodriguez Ramos*
Print Name

*Participant*
Title (if Participant is not an individual)

*15 de Octubre de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruth Rodríguez Ramos*

Participant's Address: *Urb. Rafael Bermúdez, G5 Calle Aurora, Fajardo, PR 00738*

Participant's Email Address: *ruthlalinda@yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Jointly Administered*

By: *Ruth Rodríguez Ramos*
Signature

*Ruth Rodríguez Ramos*
Print Name

*Participant*
Title (if Participant is not an individual)

*15 de octubre de 2021*
Date

RECEIVED & FILED
2021 NOV -3 PM 4:18
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth Rodriguez Ramos_

Participant's Address: _Urb. Rafael Bermudez, G5 Calle Aurora, Fajardo, PR 00738_

Participant's Email Address: _ruth/alinda @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Jointly Administered_

By: _Ruth Rodriguez Ramos_
    Signature

_Ruth Rodriguez Ramos_
Print Name

_Participant_
Title (if Participant is not an individual)

_15 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
if any:

Participant's Name: _Ruth Rodriguez Ramos_

Participant's Address: _Urb. Rafael Bermúdez, G 5 Calle Aurora, Fajardo, PR 00738_

Participant's Email Address: _ruthlalinda@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Jointly Administered_

By: _Ruth Rodriguez Ramos_
Signature

_Ruth Rodriguez Ramos_
Print Name

_Participant_
Title (if Participant is not an individual)

_15 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Ruth Rodriguez Ramos_

Participant's Address: _Urb. Rafael Bermúdez, G5 Calle Aurora, Fajardo, PR 00738_

Participant's Email Address: _ruthklinda@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Jointly Administered_

By: _Ruth Rodríguez Ramos_
Signature

_Ruth Rodríguez Ramos_
Print Name

_Participant_
Title (if Participant is not an individual)

_15 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth Rodriguez Ramos_

Participant's Address: _Urb. Rafael Bermúdez, G-5 Calle Aurora, Fajardo, PR 00738_

Participant's Email Address: _ruthlalinda @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Jointly Administered_

By: _Ruth Rodriguez Ramos_
Signature

_Ruth Rodriguez Ramos_
Print Name

_Participant_
Title (if Participant is not an individual)

_15 de Octubre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruth Rodriguez Ramos*

Participant's Address: *Urb. Rafael Bermúdez, G-5 Calle Aurora, Fajardo PR 00738*

Participant's Email Address: *ruthlalinda @ yahoo. com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *Jointly Administered*

By: *Ruth Rodriguez Ramos*
Signature

*Ruth Rodriguez Ramos*
Print Name

*Participant*
Title (if Participant is not an individual)

*15 de Octubre de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

