UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br><br><br>**Re: ECF No. 18502, 18825, 18742** |

### ORDER GRANTING URGENT MOTION FOR ENTRY OF ORDER GRANTING ACCESS TO GOVERNOR PIERLUISI TO HEARING ON CONFIRMATION OF SEVENTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL

Upon the *Urgent Motion for Entry of Order Granting Access to Governor Pierluisi to Hearing On Confirmation Of Seventh Amended Title III Joint Plan Of Adjustment Of The Commonwealth Of Puerto Rico, Et Al* (the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Building Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS). (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

that the relief requested in the Urgent Motion is in the best interests of the Executive Branch Movants; and the Court having found that the Executive Branch Movants provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Urgent Motion; and the Court having determined that the factual bases set forth in the Urgent Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Urgent Motion is granted as set forth herein.

2. The Executive Branch Movants shall provide to the Court, at promesaregistration@prd.uscourts.gov, an email address associated with the office of the Governor, by **November 4, 2021 at 11:59 pm (Atlantic Standard Time)**, so that the Court can grant the Governor videoconferencing access to the Confirmation Hearing, including, but not limited to closing arguments in connection therewith.

3. The relief granted through this Order shall be deemed as a supplement to the Attendance Motion [ECF No. 18825].

Dated: _____, 2021

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE