IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND | |
| MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| | |
| | (Jointly Administered) |
| As a representative of | |
| | |
| COMMONWEALTH OF PUERTO RICO, *et al.,* | |
| | |
| Debtor.[1] | |

---

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel pursuant to Local Civil Rule 1.4, that Alejandro Bellver Espinosa and Ana M. Deseda Belaval of Bellver Espinosa Law Firm shall be substituted in the place of and in the stead of Manuel A. Rodríguez Banchs of Rodriguez Banchs, CSP, as local counsel of record for American Federation of State, County and Municipal Employees in the above-captioned action. Substitution of counsel will not delay the case, nor will it cause prejudice to the debtor or other parties.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Therefore, pursuant to Local Civil Rule 1.4, American Federation of State, County and Municipal Employees seek an order for substitution of counsel.

| OUTGOING COUNSEL | INCOMING COUNSEL |
|---|---|
| **RODRIGUEZ BANCHS, CSP** | **BELLVER ESPINOSA LAW FIRM** |
| By: */s/ Manuel A. Rodríguez Banchs* <br> Manuel A. Rodríguez Banchs <br> P.O. Box 368006 <br> San Juan, Puerto Rico 00936-8006 <br> (787) 764-8896 (Telephone) <br> (787) 721-0975 (Facsimile) <br> manuel@rodriguezbanchs.com | By: */s/ Alejandro Bellver Espinosa* <br> Alejandro Bellver Espinosa <br> U.S.D.C. PR Bar No. 225708 <br> Cond. El Centro I, Suite 801 <br> 500 Muñoz Rivera Ave. <br> San Juan, Puerto Rico 00918 <br> (787) 946-5268 (Telephone) <br> alejandro@bellverlaw.com |
| | By: /s/ *Ana M. Deseda Belaval* <br> Ana M. Deseda Belaval <br> Cond. El Centro I, Suite 801 <br> 500 Muñoz Rivera Ave. <br> San Juan, Puerto Rico 00918 <br> (787) 946-5268 (Telephone) <br> U.S.D.C. PR Bar No. 307710 <br> anadeseda@bellverlaw.com |

**SO ORDERED:**

_____
Hon. Laura Taylor Swain
United States District Judge