**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**CERTIFICATE OF SERVICE**

    I, Asir Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On October 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the ACR Removal Parties Service List attached hereto as **Exhibit A**:

- Notice of Removal of Certain Claims from Administrative Claims Reconciliation [Docket No. 18955]

On October 29, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the ACR Transfer Parties Service List attached hereto as **Exhibit B**:

- Nineteenth Notice of Transfer of Claims to Administrative Claims Reconciliation [Docket No. 18956]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: November 4, 2021

/s/ *Asir Ashraf*
Asir Ashraf

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 4, 2021, by Asir Ashraf, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ HERBERT BAER
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 57656

**Exhibit A**

Exhibit A
ACR Removal Parties Service List
Served by the method set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 2193044 | Alvarez Santiago, Elsie S. | HC 2 Box 22601 | | | Cabo rojo | PR | 00623-9274 | inararam@aol.com | First class mail and Email |
| 1606728 | Ortiz Robledo, Brunilda | Urb Caparra Terrace, 1126 Calle 30 SE | | | San Juan | PR | 00921-2218 | bortiz2000@hotmail.com | First class mail and Email |
| 1680062 | Gonzalez Quintana, Edward | Hc 06 Box 11801 | | | San Sebastian | PR | 00685 | egonzalez_300@hotmail.com | First class mail and Email |
| 217176 | HERNANDEZ COLON, NORKA MARIA | Carr. 155 Ramal 566 | Bo. Saltos Apt. 2019 | | Orocovis | PR | 00720 | norher2007@yahoo.com | First class mail and Email |
| 217176 | HERNANDEZ COLON, NORKA MARIA | SALTOS CABRAS | APARTADO 2019 | | OROCOVIS | PR | 00720-9407 | norher2007@yahoo.com | First class mail and Email |
| 2109890 | HERNANDEZ MUNIZ, LIBRADA | HC-03 BOX 7540 | | | MOCA | PR | 00676 | ADAHDEZMUNIZ@GMAIL.COM | First class mail and Email |
| 1911887 | Hernandez Pellot, Pedro | HC 56 Box 4434 | | | Aguada | PR | 00602 | | First class mail |
| 928181 | HERNANDEZ VALLE, NILDA | 31-34 CALLE 39 | URBANIZACION MIRAFLORES | | BAYAMON | PR | 00957 | nildah1207@yahoo.com | First class mail and Email |
| 1939996 | Irizarry Aponte, Sonia | 1236 Manuel A. Barreto | | | Mayaguez | PR | 00682 | sonimar01@yahoo.com | First class mail and Email |
| 1717194 | Irizarry Ortiz, Judith | Urb. Miraflores | Calle 32 26 - 6 | | Bayamon | PR | 00957 | judicette@yahoo.com | First class mail and Email |
| 1811993 | Jimenez Echevarria, Sonia N. | 3ra Ext. Sta. Elena Sta. Clara67 | | | Guayanilla | PR | 00656 | soujipr@yahoo.com | First class mail and Email |
| 2235577 | Laboy Roman, Mary Luz | Urb. El Madrigal | Calle 5 | | Ponce | PR | 00730 | MARYLABOYROMAN@GMAIL.COM | First class mail and Email |
| 270960 | Lopez Castro, Debra | Cond River Park | Apt. B 108 | | Bayamon | PR | 00968 | dl_castro7@hotmail.com | First class mail and Email |
| 696669 | LOPEZ DIAZ, LESLIE | URB VILLA DE CARRAIZO | RR 7 BUZON 313 | | SAN JUAN | PR | 00926 | cegm21@gmail.com | First class mail and Email |
| 1331595 | RAMIREZ MONTES, EVELYN | URB MONTE BRISAS V | 5L 21 CALLE 512 | | FAJARDO | PR | 00738 | evelyn_2000_pr@yahoo.com | First class mail and Email |
| 1791839 | Ramon Rodriguez, Barbie | Calle Brillante #23 Villa Blanca | | | Caguas | PR | 00725 | barbie.ramon@gmail.com | First class mail and Email |
| 1791839 | Ramon Rodriguez, Barbie | Cam. Cristo De Los Milagros 1109 | Perpetuo Socorro | | Mayaguez | PR | 00682 | | First class mail |
| 2206191 | Ramos Claudio, Julio G. | Bo Juan Sanchez | BZN 1477 Calle 4 | | Bayamon | PR | 00959-2176 | | First class mail |
| 1664732 | Reillo Rosario, Raquel | Hc 05 Box 29557 | | | Camuy | PR | 00627 | lacordero@policia.pr.gov | First class mail and Email |
| 1467749 | RIVERA SANTIAGO, JOSE | 2 LOS CANTIZALES APTO 2F | | | SAN JUAN | PR | 00926-2551 | riverasantiagolaw@gmail.com | First class mail and Email |
| 2068453 | Batista Velazquez, Daisy | Cond. De Diego Chalets 474 | Box 85 Calle De Diego | | San Juan | PR | 00923-3137 | dbatistavelazquez@miescuela.pr | First class mail and Email |
| 1727810 | COTTO LUNA, LIDA MARTA | 24B JARDINES DE BUENA VISTA | | | CAYEY | PR | 00736 | lcotto17@gmail.com | First class mail and Email |
| 1792622 | Arce Cruz, Wanda I. | Calle Lola Rodriguez de Tio #777 | Segunda extencion Country Club | | Rio Piedras | PR | 00924 | warce05@yahoo.com | First class mail and Email |
| 2149179 | Lopez Colon, Eduardo | Urb Villa del Carmen | 550 Calle Salamanca | | Ponce | PR | 00716 | oficina.elc@gmail.com | First class mail and Email |
| 1204517 | PEREZ PIZARRO, FELIX | URB SANTIAGO CALLE C #41 | | | LOIZA | PR | 00772 | Kjdalish22@hotmail.com | First class mail and Email |
| 2065798 | ROCHE PABON, JOSE J. | HC 3 BOX 12031 | | | JUANA DIAZ | PR | 00795 | | First class mail |
| 2174545 | Cruz Pagan, Iris Yolanda | Com. El Laurel | 407 Paseo Ruisenor | | Coto Laurel | PR | 0078-2407 | iryocrpa@gmail.com | First class mail and Email |
| 1639947 | Vega Cordero, Mirna E. | HC3 Box 11950 | | | Camuy | PR | 00627-9728 | de143424@outlook.com | First class mail and Email |
| 1097138 | Martinez Sule, Vanessa | #2429 Calle Turin | Villa del Carmen | | Ponce | PR | 00716-2221 | vanessa.martinez@ponce.pr.gov | First class mail and Email |
| 1097138 | Martinez Sule, Vanessa | Urb Villa Del Carmen | 2429 Calle Turin | | Ponce | PR | 00716-2221 | vanessa.martinez@ponce.pr.gov | First class mail and Email |
| 2002167 | Roche-Pabon, Jose J | HC 03 Box 12031 | | | Juan Diaz | PR | 00795 | | First class mail |
| 816573 | RIVERA VALENTIN, MIGDALIA | SECTOR LA VIOLETA | HC-05 BOX 57827 | | MAYAGUEZ | PR | 00680 | migdavera@gmail.com | First class mail and Email |
| 1768475 | Rivera Cruz, Gilberto | D-6 Calle 2 | Haciendas El Zorzal | | Bayamon | PR | 00956 | gilberto.rivera56@hotmail.com | First class mail and Email |
| 1655556 | AGUILA SANTANA, WANDA | URB LA ESPERANZA | CALLE 7 J-7 | | VEGA ALTA | PR | 00692-6800 | wandaaguila@gmail.com | First class mail and Email |
| 1869901 | Olivieri Rodriguez, Aura E. | 1512 Stgo. Oppenheimer | | | Ponce | PR | 00728 | | First class mail |
| 2022967 | Gonzalez Rodriguez, Yanessa | Metropolitan Bus Authority | 37 Ave to Drego Monacillo | | San Juan | PR | 00927 | | First class mail |
| 2022967 | Gonzalez Rodriguez, Yanessa | RR03 Box 9602 | | | Toa Alta | PR | 00953 | yanessa.gonzalez@yahoo.com | First class mail and Email |
| 2100597 | Morales Morales, Lillian | Urb. Villa Universitaria Calle 13 BG6 | | | Humacao | PR | 00791 | lillian.morales@gmail.com | First class mail and Email |
| 2219535 | Melendez Fraguada, Eva E | PO BOX 361 | | | Canovanas | PR | 00729 | evaestella@outlook.com | First class mail and Email |
| 1424574 | JUSTINIANO ZAYAS, YAMARA | 299 CALLE SAUCE | FAJARDO GARDENS | | FAJARDO | PR | 00738-3030 | | First class mail and Email |
| 688685 | VIERA SANTANA, JOSUE | 1326 MESA DR. | | | ORLANDO | FL | 32825 | | First class mail |
| 688685 | VIERA SANTANA, JOSUE | HC 61 6096 | | | TRUJILLO ALTO | PR | 00976 | josvie@yahoo.com | First class mail and Email |
| 1209905 | Rodriguez Gomez, Gladilu | Autoridad Metropolitana De Autobuses | Avenida De Diego FInal # 37 Urb. San Francisco | | San Juan | PR | 00919 | | First class mail |
| 1209905 | Rodriguez Gomez, Gladilu | Urb Litheda Heights | 563 Ccamus | | San Juan | PR | 00926 | grodriguez@ama.pr.gov | First class mail and Email |
| 1335103 | VELEZ SANTANA, GLORIA | PO BOX 675 | | | ADJUNTAS | PR | 00601 | | First class mail |
| 880248 | VELEZ SOLTERO, ALBA R | 1394 URB. ALTAMESA AVE. SAN IGNACIO | | | SAN JUAN | PR | 00921 | ALBAYARTURO@GMAIL.COM | First class mail and Email |
| 880248 | VELEZ SOLTERO, ALBA R | URB PUERTO NUEVO | 317 CALLE 11 NE | | SAN JUAN | PR | 00920 | | First class mail and Email |
| 1467529 | Mendez Diaz, Maria Esther | Embalse San Jose | Calle Trafalgar 473 | | San Juan | PR | 00923 | | First class mail |
| 1467529 | Mendez Diaz, Maria Esther | Metropolitan Bus Authority | 37 Ave. Jose de Diego Monacillo | | San Juan | PR | 00927 | | First class mail |
| 731789 | MORALES COLON, OBED | PO BOX 70344 | | | SAN JUAN | PR | 00936-8344 | | First class mail |
| 993249 | GONZALEZ CRUZ, FELIX | URB CONDADO MODERNO | G4 CALLE 5 | | CAGUAS | PR | 00725-2425 | mariela.gonzaleztorres@gmail.com | First class mail and Email |
| 1186787 | MILLAN TAPIA, DALIA E. | BO SABANA ABAJO | BZN CC12 LA 44 | | CAROLINA | PR | 00983 | daymar118@hotmail.com | First class mail and Email |
| 1186787 | MILLAN TAPIA, DALIA E. | HC 2 BOX 17091 | | | Rio Grande | PR | 00745 | dali.millan@hotmail.com | First class mail and Email |
| 1066762 | FIDENC IZ RIVERA, MUYIZ RIVERA | VILLA ANDALUCIA N31 CALLE ALORA | | | SAN JUAN | PR | 00926 | fidenh@gmail.com | First class mail and Email |
| 1567923 | Quinones Cirino, Jose | PO Box 365028 | | | San Juan | PR | 00936 | cheocook@gmail.com | First class mail and Email |
| 1567923 | Quinones Cirino, Jose | T7 Calle 19 | Urb. Cuidad Universitaria | | Trujillo Alto | PR | 00976 | cheocook@gmail.com | First class mail and Email |
| 1575609 | Torres Quintero, Carmen Elena | Carmen Elena Torres Quintero | Urb. Los Caobos Calle Nogal 2151 | | Ponce | PR | 00716 | crystal_bonilla@hotmail.com | First class mail and Email |
| 1549307 | Ortiz Ortero, Romulo | PO Box 591 | | | Morovis | PR | 00687 | | First class mail |
| 1536063 | Cruz-Figueroa, Luz D. | Administracion de servicios medicos PR. | PO Box 2129 | | San Juan | PR | 00936 | | First class mail |
| 1536063 | Cruz-Figueroa, Luz D. | HC-01 Box 6137 | | | Guaynabo | PR | 00971 | luz708@gmail.com | First class mail and Email |

Exhibit A
ACR Removal Parties Service List
Served by the method set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1570171 | Ramirez Rivera, Carmen J | 3000 Calle Coral Apt 2121 | | | Toa Baja | PR | 00949 | crr_64@hotmail.com | First class mail and Email |
| 1561479 | MULER SANTIAGO, LUIS A. | LA ALAMEDA | 826 CALLE DIAMANTE | | SAN JUAN | PR | 00926 | | First class mail |
| 1568059 | Cortes Mitchel, Mirna | Urb. Valle Costero 3862 Calle Algas | | | Santa Isabel | PR | 00757 | cortesmitchel@gmail.com | First class mail and Email |
| 1582977 | OLAVARRIA VALLE, LUZ E | PO BOX 13022 | | | SAN JUAN | PR | 00908-3022 | nsmt14@yahoo.com | First class mail and Email |
| 1585810 | MORALES RODRIGUEZ, MARIA | PO BOX 1893 | | | VEGA ALTA | PR | 00692-1893 | | First class mail |
| 1662218 | Carmona Colon, Osvaldo | PO Box 7001 | | | Carolina | PR | 00986 | Nery1590@gmail.com | First class mail and Email |
| 1668139 | VALLE SANDOVAL, MILAGROS | VILLA BORINQUEN | B-9 CALLE GUANINA | | CAGUAS | PR | 00725 | mvalle.ruby08@gmail.com | First class mail and Email |
| 1676798 | ALVAREZ AVILES, CARMEN E | URB RIVER GARDEN | 42 FLOR DEL CAMPO | | CANOVANAS | PR | 00729-3340 | carmenenid72@gmail.com | First class mail and Email |
| 1605107 | Alicea Gonzalez, Francisco | Urb. Matienzo Cintron c/ Pennarbia 518 | | | San Juan | PR | 00923 | rafa8378@gmail.com | First class mail and Email |
| 1255388 | FLORES FRANQUI, LUIS R. | PASEO CONDE 3559 3RD SECC | LEVITTOWN LAKE | | TOA BAJA | PR | 00949 | | First class mail |
| 1674627 | Reyes Rodriguez, Vilma  Y. | Monte Verde Real | Calle Manantial 77 | | San Juan | PR | 00926 | vilma@apontereyese.com | First class mail and Email |
| 1725731 | LUGO RUIZ, ANA I. | CALLE AUSTRAL 237 | URB. LA MARINA | | CAROLINA | PR | 00979 | analugoruiz657@gmail.com | First class mail and Email |
| 1616099 | Castillo Morales, Domingo | Urb. El Valle 2da. Extensión | Calle Marginal 310 | | Lajas | PR | 00667 | osdilalilly@gmail.com | First class mail and Email |
| 1743041 | RIVERA MEDINA, ISRAEL | URB VILLA FONTANA | VIA 7 BLK 2RL 178 | | CAROLINA | PR | 00983 | i.rivera3@hotmail.com | First class mail and Email |
| 1752787 | Ortiz Ramos, Lizzette I. | Urb. El Valle 2da. Extensión Calle Marginal 310 | | | Lajas | PR | 00667 | | First class mail |
| 1779392 | FELICIANO, FRANCISCO J | P O BOX 19717 | | | SAN JUAN | PR | 00910-1717 | PFUEPA@GMAIL.COM | First class mail and Email |
| 1157860 | PEREZ GERENA, AGRIMALDE | HC02 BOX 6246 | | | LARES | PR | 00669 | | First class mail |
| 1788519 | Romero Ortiz, Jose | Res Nemesio R Canales | Edif 16 Apt 308 | | San Juan | PR | 00918 | | First class mail |
| 1776541 | Santiago Arzola, Zulma Esther | 200 Sierra Alta Carr 842 Buzon 138 | | | San Juan | PR | 00926 | zulmasantiago.25@gmail.com | First class mail and Email |
| 1801346 | Rivera Rivera, Nancy I. | 1866 Calle Carrucho Ext. Villa Pampanos | | | Ponce | PR | 00716 | nancyivette0326@gmail.com | First class mail and Email |
| 1801346 | Rivera Rivera, Nancy I. | P.O. Box 331709 | | | Ponce | PR | 00733-1709 | | First class mail |
| 1170097 | OCASIO MALDONAD, ARACELIS | HC 83 BOX 7173 | BO. SABANA HOYOS | | VEGA ALTA | PR | 00692 | araocasio@gmail.com | First class mail and Email |
| 1816054 | Hernandez Reyes, Luis Alberto | 806 Calle 47 SO Urb. Las Lomas | | | San Juan | PR | 00921 | djs4you.lh@gmail.com | First class mail and Email |
| 1769705 | MELENDEZ CASTRO, EDWIN  R. | C/ FAJARDO #258 | VILLA PALMERA | | SAN JUAN | PR | 00915 | | First class mail |
| 1627658 | Rosado, Gerardo | Barrio Mamey II | | | Guaynabo | PR | 00971 | | First class mail |
| 1840139 | Rivera, Fernando | HC 01 Box 5903 | BO. Mamey II Villa Islena | | Guaynabo | PR | 00971 | fernandito8521@yahoo.es | First class mail and Email |
| 1839644 | MORALES LEBRON, RAMONITA | 147 CALLE 8 | | | SAN JUAN | PR | 00924 | ramonita_m@yahoo.com | First class mail and Email |
| 1847562 | RODRIGUEZ ESCOBAR, MOISES | CALLE BRANDON #16 | | | ENSENADA | PR | 00647 | SHANTIQMANDIR@HOTMAIL.COM | First class mail and Email |
| 1847562 | RODRIGUEZ ESCOBAR, MOISES | PO BOX 331709 | | | PONCE | PR | 00733-1709 | | First class mail |
| 1791799 | Pardo Toro, Ivis J. | Urb. El Valle Calle Alamo 110 | | | Lajas | PR | 00667 | ripardo43@yahoo.com | First class mail and Email |
| 1841553 | PABON RODRIGUEZ, MAX E. | J-21 CALLE 9 | URB. LA LULA | | PONCE | PR | 00730 | | First class mail |
| 1883522 | ALBERTO BERMUDEZ, JOSE | URB VILLA NAVANA | #627 CALLE GARCIA LEDESMA | | SAN JUAN | PR | 00924 | | First class mail |
| 1667121 | PIETRI RUIZ, CARMEN NILSA | REPARTO ESPERANZA | M-4 CALLE CARLOS QUINONES | | YAUCO | PR | 00698 | carmenpietri17@gmail.com | First class mail and Email |
| 1690430 | Brignoni Velazquez, Gregory | PO 9300162 | | | San Juan | PR | 00928 | yeyogbv@gmail.com | First class mail and Email |
| 1877063 | Pabon Rodriguez, Max E | Gob. de PR - Municipio Autonomo de Ponce | J-Z1 9 Urb La Lula | | Ponce | PR | 00730 | | First class mail |
| 1877063 | Pabon Rodriguez, Max E | PO Box 336431 | | | Ponce | PR | 00733-6431 | | First class mail |
| 2129228 | Martinez Perea, Angel Luis | HC-02 Box 8308 | Box Caluache | | Rincon | PR | 00957 | | First class mail |
| 1900159 | Amparo Flores, Isabel | Calle Farrar #1525 | Urb. Belisa | | San Juan | PR | 00927 | isabelamparo367@hotmail.com | First class mail and Email |
| 1157999 | SOTO CABAN, AGUSTIN | PO BOX 3212 | | | AGUADILLA | PR | 00605 | agustin.soto19@gmail.com | First class mail and Email |
| 1674325 | Gonzalez, Milagros | 881 Ramos Rodriguez | | | Carolina | PR | 00987 | migonzalez2016@gmail.com; LLANARYS.CALDERON@UPR.EDU | First class mail and Email |
| 1890929 | Oneil Oneil, Ivan | Calle Inglaterra | 2017 Barrio | | Santurce | PR | 00915 | | First class mail |
| 1223149 | RODRIGUEZ ROSADO, JAIME L. | HC-02 BOX 5094 | | | VILLALBA | PR | 00766 | jaimito6767@gmail.com | First class mail and Email |
| 1899789 | MIRIZARRY VEGA, JESUS | BO MAGINAS | 42 CROBLES | | SABANA GRANDE | PR | 00637 | jesus1_pr@yahoo.com | First class mail and Email |
| 1177772 | LUGO ROMERO, CARLOS J | URB LINDA VISTA B-17 | | | LAJAS | PR | 00667 | | First class mail |
| 943587 | VILLAFANA COLON, LELIS | 217 CALLE UCARES | | | HATILLO | PR | 00659 | | First class mail |
| 2014855 | RODRIGUEZ VELEZ, ZULLY  AILLEN | 2616 PALMA DE SIERRA  BOSQUE SENORIAL | | | PONCE | PR | 00728 | zullyaillen@gmail.com | First class mail and Email |
| 238465 | TORRES ROSARIO, JESUS  E | LA FISICA URB JARDINES | 1 CALLE 13 H17 | | CAYEY | PR | 00736 | | First class mail |
| 238465 | TORRES ROSARIO, JESUS  E | P.O. BOX 371878 | | | CAYEY | PR | 00737 | | First class mail |
| 2018177 | RODRIGUEZ RUIZ, NELSON E. | PO BOX 560461 | | | GUAYANILLA | PR | 00656-0461 | rodrigueznelson924@gmail.com | First class mail and Email |
| 1812646 | CASTRO CRUZ, MARITIZA | C/O LCOD. CARLOS ALBERTO RUIZ, CSP | ATTN: LCOD. CARLOS ALBERTO RUIZ | PO BOX 1298 | CAGUAS | PR | 00725 | carlosalbertoruizquiebras@gmail.com | First class mail and Email |
| 1812646 | CASTRO CRUZ, MARITIZA | TORRES DE CERVANTES APTO. 706A | | | SAN JUAN | PR | 00924 | HILMA123CAS@GMAIL.COM | First class mail and Email |
| 2034622 | Duque Santana, Angel  L | HC-01 Box 17081 | | | Humacao | PR | 00791 | | First class mail |
| 1908902 | MORALES AVILES, LIZETTE | HC 8 BOX 245 | | | PONCE | PR | 00731-9444 | | First class mail |
| 1949960 | Diaz, Carmen M | 109 Calle Truman | Urb Jose Mercado | | Caguas | PR | 00725 | cmdramos24@gmail.com | First class mail and Email |
| 903690 | MILLAN OSORIO, INOCENCIA | LL 44 CALLE 39 | | | CANOVANAS | PR | 00729 | imillan1228@gmail.com | First class mail and Email |
| 1977578 | Romero Goyco, Antonio Esteban | 286 Calle 49 Parcelas Falu | | | San Juan | PR | 00924 | aaantttonio6@gmail.com | First class mail and Email |
| 917364 | RIVERA PELLOT, LUIS M. | C/YUNQUESITO FF-13 MANSIONES DE CAROLINA | | | CAROLINA | PR | 00987 | LULY11@GMAIL.COM | First class mail and Email |
| 1189494 | ROSADO RIOS, DENIS D | HC 01 BOX 20503 | | | CAGUAS | PR | 00725-8932 | DENISDAVIDROSADO@GMAIL.COM | First class mail and Email |
| 1189494 | ROSADO RIOS, DENIS D | HC 5 BOX 55344 | SECTOR BUENA VISTA | | CAGUAS | PR | 00725-9215 | banderadavid45@gmail.com | First class mail and Email |
| 2134623 | Castellar Maldonado, Carlos H. | HC 01 Box 10318 | | | Guayanilla | PR | 00656 | | First class mail |

Exhibit A
ACR Removal Parties Service List
Served by the method set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1511290 | Medina Gonzalez, Luis Emigdio | RR 3 Box 4230 | | | San Juan | PR | 00926 | | First class mail |
| 1837750 | Barreto Medina , Madeline | PO Box 2242 | | | Moca | PR | 00676 | madelinbz@gmail.com | First class mail and Email |
| 1916681 | Rivera Delgado, Osvaldo | Calle A #60 Blo Venezuela | | | San Juan | PR | 00926 | | First class mail |
| 1881064 | RIVERA LEBRON, HERIBERTO | BO. BAJOS-VILLA #56 | | | PATILLAS | PR | 00723-1251 | | First class mail |
| 1881064 | RIVERA LEBRON, HERIBERTO | P.O. BOX 1251 | | | PATILLAS | PR | 00723 | hspatillas@prtc.net | First class mail and Email |
| 2064545 | Valazquez Acevedo, Jose | 80 Calle Mayor | | | Ponce | PR | 00730 | velazquezacevedo@gmail.com | First class mail and Email |
| 2096865 | RAMOS SAEZ, ANGEL JOEL | PMB 242 | PO BOX 5075 | | SAN GERMAN | PR | 00683 | ANGELRAMOSSAEZ@GMAIL.COM | First class mail and Email |
| 1220654 | MIRANDA CHICO, ISRAEL | 17 CAMINO AVELINO LOPEZ | | | SAN JUAN | PR | 00926 | | First class mail |
| 2035715 | Rendon Figueroa, Manuel Ramon | Cond. Miramar Plaza apto. 15-C | | | San Juan | PR | 00907-0000 | mrrenfigueroa@hotmail.com | First class mail and Email |
| 2035715 | Rendon Figueroa, Manuel Ramon | PO Box 858 | | | Carolina | PR | 00986-0000 | mrendon@cfse.pr.gov | First class mail and Email |
| 2107874 | Almodovar Fontanez, Enid | P.O. Box 178 | | | Humacao | PR | 00792 | | First class mail |
| 2107874 | Almodovar Fontanez, Enid | PO Box 8481 | | | Humacao | PR | 00792 | enidalmodovar@yahoo.com | First class mail and Email |
| 2118649 | GONZALEZ, REYNALDO SALDANA | HC05 BOX 5957 | | | JUANA DIAZ | PR | 00795 | reysaldana@hotmail.com | First class mail and Email |
| 1871121 | Isaac Pinero, Pedro Luis | S-2 Calle 7 | Rio Grande Estates | | Rio Grande | PR | 00745-5043 | | First class mail |
| 2093479 | FLORES UBARRI, JOSE | 501 Calle Modesta | Apt 1407 | | SAN JUAN | PR | 00924 | | First class mail |
| 2073489 | Vargas Sanchez, Hector | Res Luis Lloren Torres | Edif 132 Apt 2460 | | San Juan | PR | 00913 | | First class mail |
| 1982356 | Santos Rivera, Carmen | 09 Calle Los Geranios | | | Cidra | PR | 00739 | arlequin_47@hotmail.com | First class smail and Email |
| 44171 | BARADA RIVERA, ELIZABETH | PO BOX 2251 | | | RIO GRANDE | PR | 00745 | ELIZABETH_BARADA@YAHOO.COM | First class mail and Email |
| 2031942 | MOREIRA, DAYANNET | C/21 N-29 URB. JARDINES DE COPARRA | | | BAYAMON | PR | 00959 | daymor26@gmail.com | First class mail and Email |
| 2031942 | MOREIRA, DAYANNET | PO BOX 2129 | | | SAN JUAN | PR | 00922-2129 | | First class mail |
| 2116845 | Rodriguez Del Valle, Heriberto | C/ Trinitaria Bucon 1008 | | | Toa Baja | PR | 00949 | rodriguezh16@gmail.com | First class mail and Email |
| 2130955 | DEL VALLE RODRIGUEZ, ROSARIO | 19 VILLA CRISTINA | BO RIO HONDO | | MAYAGYEZ | PR | 00680 | | First class mail |
| 1439746 | Ortiz Pagan, Ana S. | 604 Avenida Barbosa | | | Hato Rey | PR | 00917 | anaortizpagan@gmail.com | First class mail and Email |
| 1439746 | Ortiz Pagan, Ana S. | Urb. Baldrich | 222 Calle Dr. Agustin Stahl | | San Juan | PR | 00918 | anaortizpagan@gmail.com | First class mail and Email |
| 2201583 | Ortiz Fuentes, Gloria F | 4235 Looking Glass Pl | | | Sanford | FL | 32771 | glorylynnaponte@yahoo.com | First class mail and Email |
| 2203169 | Ayala Perez, Merida Elisa | 705 Vereda del Bosque | Urb. Los Arboles | | Carolina | PR | 00987 | JUANLEBRON20@GMAIL.COM | First class mail and Email |
| 2209002 | Lorenzo Alers, Elva I. | Calle 7 N-6 | Urb. Reina de los Angeles | | Gurabo | PR | 00778 | | First class mail |
| 2217227 | Vega Rodriguez, Rosa Ivelisse | Urb. San Souci | G11 Calle 10 | | Bayamon | PR | 00957-4324 | cristaldarian@gmail.com | First class mail and Email |
| 2219941 | Alicea Dapena, Obdulia | HC 3 Box 15441 | | | Juana Diaz | PR | 00795 | | First class mail |
| 2219787 | Barbosa Perez, Wanda I. | HC 02 Box 13202 | | | Gurabo | PR | 00778 | wanda.barbosa@yahoo.es | First class mail and Email |
| 2238395 | Ortiz Castro, Betsy | Betances 416 Bo Coqui | | | Aguirre | PR | 00704 | medusax70@icloud.com | First class mail and Email |
| 2239166 | Santiago Rosado, Aida A. | 269 Urb. La Arboleda | | | Salinas | PR | 00751 | aida.sr@gmail.com | First class mail and Email |
| 2239168 | Ortiz Melendez, Irma Lissette | P.O. Box 318 | | | Aguirre | PR | 00704 | ortizlissette1122@gmail.com | First class mail and Email |
| 2239170 | Santos Malave, Sonia N. | Hc-01 Box 5681 | | | Salinas | PR | 00751 | andieliz029@gmail.com | First class mail and Email |
| 2239174 | Martinez Malave, Luis G. | P.O. Box 1224 | | | Salinas | PR | 00751 | luizyette@gmail.com | First class mail and Email |
| 2239176 | Morell Pagan, Flor A. | P.O. Box 873 | | | Salinas | PR | 00751 | flor-israel@live.com | First class mail and Email |
| 1231078 | BENGOCHEA CORTES, JOSE  A. | PO BOX 560201 | | | GUAYANILLA | PR | 00656-7066 | ANTONOI2015@GMAIL.COM | First class mail and Email |
| 2047627 | Gonzalez Suarez, Mario A. | 24 Calle 4 | Bo. Barrancas | | Guayama | PR | 00784 | | First class mail |
| 2047627 | Gonzalez Suarez, Mario A. | RR-1 Box 6257 | | | Guayama | PR | 00784 | | First class mail |
| 2218978 | Montalvo Pitre, Edwin | HC 05 Box 54824 | | | San Sebastian | PR | 00685 | eddiedigger19@gmail.com | First class mail and Email |
| 1490109 | Berlingeri-Bonilla, Denith | Jardines de Country Club | L15 Calle 21 | | Carolina | PR | 00983 | | First class mail |
| 1615815 | CORDERO VIRUET, JULIO ANGEL | 64 CALLE MIDAS CIUDAD ATLANTIS | | | ARECIBO | PR | 00612 | jacordero05@hotmail.com | First class mail and Email |
| 1649605 | Espada Lopez, Bildda S. | 35140 Calle Amarilis | | | Ponce | PR | 00730-1687 | bsespada@aol.com | First class mail and Email |
| 1652901 | Espada Lopez, Bilda S | 35140 Calle Amarilis | | | Ponce | PR | 00730-1687 | bsespada@aol.com | First class mail and Email |
| 1756113 | Rodriguez Rodriguez, Luis A. | E2 calle 1 | Ext. La Milagrosa | | Bayamon | PR | 00959-4843 | luisr7207@gmail.com | First class mail and Email |
| 1756113 | Rodriguez Rodriguez, Luis A. | Inspector Juegos de Azar | Compania de Turismo | PO Box 9023960 | San Juan | PR | 00902 | | First class mail |
| 1985163 | Fernandez Rivera, Mayra de Los Angels | PO Box 9023807 | | | San Juan | PR | 00902-3807 | mayalba13@gmail.com | First class mail and Email |
| 1222640 | FRANCO RODRIGUEZ, JACKIE L | HN-79 c/Domingo Delgado 7 mg sec. Urb. Levittown L | | | Toa Baja | PR | 00949 | leefranko06@hotmail.com | First class mail and Email |
| 1222640 | FRANCO RODRIGUEZ, JACKIE L | PO BOX 9022734 | | | SAN JUAN | PR | 00902-2734 | leefranko06@hotmail.com | First class mail and Email |
| 2044715 | MORALES CARABALLO, ERNESTO | PO BOX 308 | | | NARANJITO | PR | 00719-0308 | emorales4254@gmail.com | First class mail and Email |
| 982918 | GONZALEZ SOTO, EDUARDO | PO BOX 560661 | | | GUAYANILLA | PR | 00656-3661 | egonzalez1954@hotmail.com | First class mail and Email |
| 2167172 | Gonzalez Soto, Eudardo | P.O. Box 560661 | | | Guayanilla | PR | 00656 | egonzalez1954@hotmail.com | First class mail and Email |
| 1602391 | Rivera, Milagros Rosa | 8316 Lookout Pointe Dr | | | Windermere | FL | 34786 | Milrosas40@yahoo.com | First class mail and Email |
| 1722976 | ROMAN GOTAY, MAYRA | HC 02 BOX 7688 | | | LOIZA | PR | 00772-9660 | | First class mail |
| 1896439 | Morales Rivera, Irving | Apartado 621 | | | Puerto Real | PR | 00740 | | First class mail |
| 1504170 | Rivera Maldonado, Andres | Cond. Concordia Garden 2 | Apt. 10-A | | San Juan | PR | 00924 | andresriveramaldonado@gmail.com | First class mail and Email |
| 1057643 | BENITEZ UBARRI, MARITZA | URB. COUNTRY CLUB CALL | 236 HJ 21 3rd Ext | | CAROLINA | PR | 00982 | gazoolevon@gmail.com | First class mail and Email |
| 1678163 | Figueroa De La Cruz, Yolanda I. | Round Hill | Calle Aleli 1443 | | Trujillo Alto | PR | 00976 | 1234yola@gmail.com | First class mail and Email |
| 2123295 | Carrion Lopez, Luis M. | PO Box 394 | | | Luquillo | PR | 00773 | lmcllmcl44@yahoo.com | First class mail and Email |
| 1025016 | HERNANDEZ RIVERA, JUAN R | URB COUNTRY CLUB | 884 CALLE REINITA | | SAN JUAN | PR | 00924 | MAGGLYJUAN@GMAIL.COM | First class mail and Email |

Exhibit A
ACR Removal Parties Service List
Served by the method set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| 1593592 | Rios Molina, Jorge | HC-01 Box 10263 | | | Penuelas | PR | 00624 | j_rios1130@hotmail.com | First class mail and Email |
| 1084292 | Saldana Gonzalez, Reynaldo | Hc 05 Box 5957 | | | Juana Diaz | PR | 00795 | reysaldana@hotmail.com | First class mail and Email |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

**Exhibit B**

Exhibit B
ACR Transfer Parties Service List
Served by the method set forth below

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 2189644 | Bonilla De Jesus, Maria V | Calle Clavel J13 Jardines 2 | | Cayey | PR | 00736 | REDVINE69@GMAIL.COM | First Class Mail and Email |
| 2183263 | Maldonado, Gladys | URB Quintas de Dorado | Calles Ficus L-3 | Dorado | PR | 00646 | sydalg_027@yahoo.com | First Class Mail and Email |
| 2188863 | Maldonado, Gladys | Quintas de Dorado | Call Ficus L-3 | Dorado | PR | 00646 | sydalg_027@yahoo.com | First Class Mail and Email |
| 1172613 | RIVERA MONTOYO, BEATRIZ | RR 01 BOX 11581 | | MANATI | PR | 00674 | brivera@vegaalta.pr.gov | First Class Mail and Email |
| 2220098 | Lopez Torres, Betsy E. | PO Box 1162 | | Yauco | PR | 00698 | ianandres99@gmail.com; betsylopez251163@gmail.com | First Class Mail and Email |
| 2223181 | Vega Doncell, Cesiah | BZN 1458 Bo. Espinar | | Aguada | PR | 00602 | gmaicesvega46@gmail.com | First Class Mail and Email |
| 2580236 | Alvarez Sangiago, Elsie Socorro | HC 2 Box 22601 | | Cabo Rojo | PR | 00623-9274 | elsiemichelle@yahoo.com | First Class Mail and Email |
| 2580224 | Ortiz Robledo, Brunilda | URB. Caparra Terrace | 1126 - 30 SE | San Juan | PR | 00921-2218 | bortiz2000@hotmail.com | First Class Mail and Email |
| 2580807 | Colon Otero, Myrna L | #9 Urb. Ramos Antonini | | Cidra | PR | 00739 | myrnaluzcolon@icloud.com | First Class Mail and Email |
| 1580393 | Ibanez Hernandez, Hector M. | P.O. Box 1467 | | Moca | PR | 00670 | molibanez@yahoo.com | First Class Mail and Email |
| 1730719 | Sostie Leyz, William M. | 611 Calle Robles | Urb Canas Housing | Ponce | PR | 00728 | | First Class Mail |
| 1783875 | University of Puerto Rico Retirement System Trust | AMRC, LLC Attn. Jose L. Ramirez- Coll | P.O. Box 13128 | San Juan | PR | 00908 | jramirez@amrclaw.com | First Class Mail and Email |
| 1783875 | University of Puerto Rico Retirement System Trust | Sistema de Retiro de la Universidad de Puerto Rico | Ave. Ponce de Leon 1019 | San Juan | PR | 00925 | mclopez.net@upr.edu | First Class Mail and Email |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)