UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | |
| THE FINANCIAL OVERSIGHT AND | : | PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : | Title III |
| | : | |
| as representative of | : | Case No. 17-BK-3283-LTS |
| | : | |
| THE COMMONWEALTH OF PUERTO RICO *et al.*, | : | (Jointly Administered) |
| | : | |
| Debtors.[1] | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rule 83(D) of the Local Rules of Civil Procedure for the United States District Court for the District of Puerto Rico the counsel listed below appears on behalf of the American Federation of State, County and Municipal Employees ("AFSCME"), and requests that all notices given or required to be given and all papers served in this case, be delivered to and served upon AFSCME at the following address (in addition to Stroock & Stroock & Lavan LLP, as set forth in the Amended Notice of Appearance filed at Docket No. 18846):

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the Commonwealth) (Bankruptcy Case No. 17 BK 3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**BELLVER ESPINOSA LAW FIRM**
Ana M. Deseda Belaval
U.S.D.C. P.R. Bar 307710

Alejandro Bellver Espinosa
U.S.D.C. P.R. Bar 225708

Cond. El Centro I, Suite 801
500 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918
(787) 946-5268 (Telephone)
anadeseda@bellverlaw.com
alejandro@bellverlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited or master service lists are used in this proceeding, the parties listed above request inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended nor shall be deemed to waive AFSCME's substantive or procedural rights, including any rights, claims, actions, defenses, setoffs, or recoupments to which AFSCME is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to

2

constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Federal Rules of Civil Procedure.

Dated: November 5, 2021

          **BELLVER ESPINOSA LAW FIRM**

By: */s/ Ana M. Deseda Belaval*
     U.S.D.C. PR Bar No. 307710
     Cond. El Centro I, Suite 801
     500 Muñoz Rivera Ave.
     San Juan, Puerto Rico 00918
     (787) 946-5268 (Telephone)
     anadeseda@bellverlaw.com

By: */s/ Alejandro Bellver Espinosa*
     Alejandro Bellver Espinosa
     U.S.D.C. PR Bar No. 225708
     Cond. El Centro I, Suite 801
     500 Muñoz Rivera Ave.
     San Juan, Puerto Rico 00918
     (787) 946-5268 (Telephone)
     alejandro@bellverlaw.com

*Attorneys for the American Federation of State, County and Municipal Employees*

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

| Dated: November 4, 2021 | |
| --- | --- |
| | |
| | |
| | */s/ Ana M. Deseda Belaval* |
| | ANA M. DESEDA BELAVAL<br>U.S.D.C. PR Bar No. 307710 |
| | |
| | |
| | */s/ Alejandro Bellver Espinosa* |
| | ALEJANDRO BELLVER ESPINOSA<br>U.S.D.C. PR Bar No. 225708 |

4