Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria De Los A. Rodriguez Hernandez_

Participant's Address: _Urb. Las Lomas Blog-Q3 #9 Calle 32 SW San Juan PR 00921_

Participant's Email Address: _flor_roja016@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _78499_

Nature of Claim: _Pension/Retire_

By: _[signature]_
Signature

_Maria D. Rodriguez Hernandez_
Print Name

_____
Title (if Participant is not an individual)

_Oct. 5, 21_
Date

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria O. Melgar Hernandez
Urb Las Lomas Blq Q3 #9
Calle 32, San Juan P.R.
00921

United States District Court,
Office, 150 Ave. Carlos Chardon
Ste 150, San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M. Coss Martinez

Participant's Address: CC 1 A St. 03, Urb. Villas de Castro, Caguas, P.R. 00725

Participant's Email Address: maria.cm0001@gmail.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 167933

Nature of Claim: Salary and Pension

By: *Maria M. Coss Mtz*
Signature

Maria M. Coss Martinez
Print Name

_____
Title (if Participant is not an individual)

September 13, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MARIA M. COSSAIR.THEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

MEMPHIS TN 380
27 SEP 2021 PM 3 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

00918170S C018