# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br>    as representative of<br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br>                                      Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br>                                   Movant,<br>v.<br>AMERINATIONAL COMMUNITY SERVICES, LLC, as servicer for the GDB Debt Recovery Authority, and CANTOR-KATZ COLLATERAL MONITOR LLC<br>                                     Respondents. | |

**FURTHER JOINT STATUS REPORT REGARDING MOTIONS *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF LIZETTE MARTINEZ AND DOUGLAS J. BRICKLEY**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of Debtors the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Public Buildings Authority ("PBA"), and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and PBA, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] on the one hand, and Amerinational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral Monitor LLC (collectively, the "DRA Parties") on the other hand, respectfully submit this joint status report (this "Joint Status Report") in compliance with the Court's *Order Regarding Determinations Made on the Record at the November 1, 2021 Pretrial Conference Concerning Motions in Limine* [Case No. 17-BK-3283-LTS, ECF No. 19020] dated November 2, 2021 (the "Joint Status Report Order"), and request leave to file a further joint status report by no later than 12:00 p.m. (AST) on November 5, 2021.

## JOINT STATUS REPORT

1. On November 1, 2021, the Court heard oral argument regarding the *Debtors' Notice of Motion and Motion in Limine for Order Excluding Expert Testimony of Lizette Martinez* [ECF No. 18330] and the *Debtors' Notice of Motion and Motion in Limine for Order Excluding Expert Testimony of Douglas J. Brickley* [ECF No. 18332] (the "Motions *in Limine*").

2. The Court ordered the Oversight Board and the DRA Parties (collectively, the "Parties") "to meet and confer and file a joint status report **by November 4, 2021, at 12:00 p.m. (Atlantic Standard Time)** indicating whether and to what extent they (a) stipulate to relevant facts, (b) anticipate reduction of the scope of the DRA Parties' objection to the proposed plan of

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

adjustment, and (c) anticipate a reduction in the evidence to be offered by the DRA Parties at trial, including specification of any exhibits as to which the DRA Parties have requested sealed treatment that will not be offered." Joint Status Report Order ¶ 4.

3. On November 4, 2021, the Parties filed their *Joint Status Report Regarding Motions in Limine to Exclude Expert Testimony of Lizette Martinez and Douglas J. Brickley and Request for Leave to File a Further Joint Status Report by no Later than 12:00 p.m. on November 5, 2021* [ECF No. 19065]. The Court granted the Parties' request, and directed them to file a further joint status report by 12:00 p.m. on November 5, 2021.

4. The Parties have met and conferred in good faith in compliance with the Joint Status Report Order. The Parties have not yet reached agreement on stipulated facts. However, discussions between the Parties are continuing, and the Parties will promptly advise the Court of any agreement before Monday.

[*Remainder of page intentionally left blank.*]

Dated: November 5, 2021
     San Juan, Puerto Rico

Respectfully submitted,

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

Martin J. Bienenstock
Brian. S. Rosen
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

Timothy W. Mungovan
Elliot R. Stevens
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
One International Place
Boston, MA 02110
Tel: (617) 526-9600

*/s/ Lary Alan Rappaport*
Michael A. Firestein
Lary Alan Rappaport
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

3

| | |
|---|---|
| **MCCONNELL VALDÉS LLC** | **C. CONDE & ASSOC. LAW OFFICES** |
| 270 Muñoz Rivera Avenue, Suite 7<br>Hato Rey, Puerto Rico 00918<br>P.O. Box 364225<br>San Juan, PR 00936-4225<br>Tel: 787-250-5632<br>Fax: 787-759-9225 | By: */s/ Carmen D. Conde Torres*<br>Carmen D. Conde Torres<br>(USDC No. 207312)<br><br>*/s/ Luisa S. Valle Castro*<br>Luisa S. Valle Castro<br>(USDC No. 215611)<br>254 San José Street<br>Suite 5 |
| By: */s/ Arturo J. García-Solá*<br>Arturo J. García-Solá<br>(USDC No. 201903)<br>E-mail: ajg@mcvpr.com | San Juan, PR 00901-1523<br>Tel: 787-729-2900<br>Fax: 787-729-2203<br>E-mail: condecarmen@condelaw.com |
| *s/ Alejandro J. Cepeda-Diaz*<br>Alejandro J. Cepeda-Diaz<br>(USDC No. 222110)<br>E-mail: ajc@mcvpr.com | **-and-**<br><br>**SCHULTE ROTH & ZABEL LLP** |
| *s/ Nayuan Zouairabani*<br>Nayuan Zouairabani<br>(USDC No. 226411)<br>E-mail: nzt@mcvpr.com | By: */s/ Douglas S. Mintz*<br>Douglas S. Mintz (admitted *pro hac vice*)<br>901 Fifteenth Street, NW, Suite 800<br>Washington, DC 20005<br>Tel: 202-729-7470<br>Fax: 202-730-4520<br>E-mail: douglas.mintz@srz.com |
| ***Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority*** | -and-<br><br>Douglas Koff (admitted *pro hac vice*)<br>Abbey Walsh (admitted *pro hac vice*)<br>Peter J. Amend (admitted *pro hac vice*)<br>919 Third Avenue<br>New York, NY 10022<br>Tel: 212-756-2000<br>Fax: 212-593-5955<br>E-mail: douglas.koff@srz.com<br>abbey.walsh@srz.com<br>peter.amend@srz.com |
| | ***Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority*** |