**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO DISCLOSING PRELIMINARY ORDER OF WITNESSES APPEARING AT CONFIRMATION HEARING ON NOVEMBER 10, 2021**

Pursuant to the Court's *Second Amended Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* [ECF No. 19012-1] (the "Confirmation Hearing Procedures Order"), the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA") pursuant to section 315(b) of

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this informative motion (the "Informative Motion") disclosing the preliminary order of the witnesses it intends to call on Wednesday, November 10, 2021 on behalf of the Debtors at the hearing to consider confirmation (the "Confirmation Hearing") of the *Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-BK-3283-LTS, ECF No. 19053] (as it may be amended, modified or supplemented, the "Plan"):

1. On October 27, 2021, in accordance with the Confirmation Hearing Procedures Order, the Debtors filed the *Informative Motion of Financial Oversight and Management Board Regarding Pretrial Conference and Confirmation Hearing* [ECF No. 18839] (the "Debtors' Pretrial Informative Motion"). Each of the witnesses identified in this Informative Motion were identified on the Debtors' Exhibit B Party Witness Cover Sheet attached to the Debtors' Pretrial Informative Motion.[3] *See* Debtors' Pretrial Informative Motion at 18-24.

2. The Debtors anticipate calling the following witnesses to testify at the Confirmation Hearing on November 10, 2021 in the following order:

1. Natalie A. Jaresko – Executive Director of the Oversight Board
2. David A. Skeel, Jr. – Chairperson of the Oversight Board
3. Steve Zelin – Partner and Head of the Restructuring and Special Solutions Group in the Americas at PJT Partners Inc.
4. Sheva Levy – Principal at Ernst & Young, LLP
5. Gaurav Malhotra – Principal and Head of the U.S. Restructuring Practice at Ernst & Young, LLP
6. Ojas Shah – Partner at McKinsey & Company

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

[3] The Debtors had previously identified each of these witnesses in its various witness lists filed with this Court. *See Debtors' Preliminary List of Witnesses to be Offered in Support of Confirmation of Plan of Adjustment* [ECF No. 17679]; *Debtors' Amended List of Witnesses to be Offered in Support of Confirmation of Plan of Adjustment* [ECF No. 18094]; *Debtors' Final List of Witnesses to be Offered in Support of Confirmation of Plan of Adjustment* [ECF No. 18683].

3. Pursuant to the Confirmation Hearing Procedures Order, all parties intending to cross-examine any declarant or present testimony at the Confirmation Hearing were directed to identify in their own pretrial informative motions the witness(es) they intended to cross-examine, the factual issue(s) to which the proposed cross-examination would relate, the subject matter of the testimony and its relevance to the factual issue(s), and the time requested for such cross-examination. *See* Confirmation Hearing Procedures Order ¶ 4(a).

4. As of the October 27, 2021 at 1:00 p.m. (AST) deadline to file pretrial informative motions set forth in the Confirmation Hearing Procedures Order, only Peter C. Hein and the DRA Parties[4] identified the witnesses listed in paragraph 2 for cross-examination. As of the time of this filing, no additional parties in interest identified any of the witnesses listed in paragraph 2 for cross-examination.

5. The Oversight Board reserves all rights, including the right to call these witnesses to testify in an order different from the order set forth herein, and the right to call these witnesses to testify at the Confirmation Hearing on a day other than November 10, 2021.

[*Remainder of Page Intentionally Left Blank*]

---

[4] The "DRA Parties" refers to AmeriNational Community Services, LLC, as servicer for the GDB Debt Recovery Authority, and Cantor-Katz Collateral Monitor LLC, a Delaware limited liability company.

| | |
|---|---|
| Dated: November 5, 2021<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>*/s/ Margaret A. Dale*<br><br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Margaret A. Dale (*pro hac vice*)<br>Julia D. Alonzo (*pro hac vice*)<br>Laura Stafford (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*<br><br>*/s/ Hermann D. Bauer*<br><br>Hermann D. Bauer<br>USDC No. 215205<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors* |

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Hermann D. Bauer*
Hermann D. Bauer