# EXHIBIT 1

**Time Detail**

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In June 20 days at 4 hours a day is:**    **88** hours.    $ 300.00

                                                                           $25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| June-21 | Title III | 6/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/4/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Review of literature for memo to CEO on government's labor laws in Congress. |
| June-21 | Title III | 6/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Modeling of costs of labor laws. |
| June-21 | Title III | 6/5/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Modeling of costs of labor laws. |
| June-21 | Title III | 6/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Modeling of costs of labor laws. |
| June-21 | Title III | 6/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Modeling of costs of labor laws. |
| June-21 | Title III | 6/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Modeling of costs of labor laws. |
| June-21 | Title III | 6/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | MD | Modeling of costs of labor laws. |
| June-21 | Title III | 6/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | ME | Drafting of memo for CEO on labor laws. |
| June-21 | Title III | 6/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | ME | Drafting of memo for CEO on labor laws. |
| June-21 | Title III | 6/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | ME | Drafting of memo for CEO on labor laws. |
| June-21 | Title III | 6/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | ME | Drafting of memo for CEO on labor laws. |
| June-21 | Title III | 6/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.75 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 225.00 | Commonwealth | ME | Call with FOMB staff to go over macro for new economist. |
| June-21 | Title III | 6/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | ME | Call with lawyers and McKinsey on population projections. |
| June-21 | Title III | 6/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.33 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 100.00 | Commonwealth | ME | Call with lawyers and FOMB staff on labor law. |

| | | | | | |
|---|---|---|---|---|---|
| **Total** | | | 26.08 | | $ 7,825.00 | | $ 7,825.00 |
| Share of the work on Prepa (legal) | 0.0% | Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $7,825.00 |
| Share of the work on Prepa (pricing and macro) | 0.0% | Business operations--Fiscal plan development for Prepa | $0.00 | PREPA | $0.00 |
| Share of the work on the Commonwealth FP monitoring | 100.0% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $7,825.00 | | |
| Share of the work on the Commonwealth FP development | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Work with legal teams on Commonwealth debt | $0.00 | | |

**Days in Puerto Rico**      0.0 Puerto Rico      check:      0

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In July 22 days at 4 hours a day is:** 88 hours. $ 300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| July-21 | Title III | 7/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 300.00 | Commonwealth | ME | Board hearing on FY2021 budgets. |
| July-21 | Title III | 7/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | ME | Board hearing on FY2021 budgets. |
| July-21 | Title III | 7/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 150.00 | Commonwealth | ME | Discussion on phone regarding new CBO projections. |
| July-21 | Title III | 7/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Commonwealth debt | $ 150.00 | Commonwealth | ME | Call with lawyers on litigation matters. |
| July-21 | Title III | 7/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.50 | Work with legal teams on Commonwealth debt | $ 750.00 | Commonwealth | ME | Follow up work on the litigation call. |
| July-21 | Title III | 7/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.75 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 225.00 | Commonwealth | ME | Call with advisors to prep for 7/21 call with CEO. |
| July-21 | Title III | 7/21/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.03 | Business operations--Fiscal plan review and monitoring for the Commonwealth | $ 610.00 | Commonwealth | ME | Call with advisors to prep for 7/21 call with CEO. |

| | | | | | |
|---|---|---|---|---|---|
| Total | | 7.783 | | $ 2,335.00 | $ 3,235.00 |
| Share of the work on Prepa (legal) | 0.0% | Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $2,335.00 |
| Share of the work on Prepa (pricing and macro) | 38.5% | Work with legal teams on Commonwealth debt | $900.00 | PREPA | $900.00 |
| Share of the work on the Commonwealth FP monitoring | 61.5% | Business operations--Fiscal plan review and monitoring for the Commonwealth | $1,435.00 | | |
| Share of the work on the Commonwealth FP development | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | 0.0% | Business operations--Fiscal plan review and monitoring forCommonwealth entiti | $0.00 | | |

**Days in Puerto Rico**   0.0 Puerto Rico

Checks   100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In July 22 days at 4 hours a day is:** 88 hours. $ 300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| August-21 | Title III | 8/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $ 300.00 | Commonwealth | ME | Call and follow up with lawyers on debt. |
| August-21 | Title III | 8/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 2,400.00 | Commonwealth | ME | Research for CEO on fiscal plan adjustment. |
| August-21 | Title III | 8/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 2,400.00 | Commonwealth | ME | Research for CEO on fiscal plan adjustment. |
| August-21 | Title III | 8/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | ME | Call with CEO on further research needs for fiscal plan adjustment. |
| August-21 | Title III | 8/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 900.00 | Commonwealth | ME | Additional fiscal research for new memo for CEO. |
| August-21 | Title III | 8/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 1,200.00 | Commonwealth | ME | Drafting of memo for CEO. |
| August-21 | Title III | 8/12/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | ME | Final work on revised memo for CEO. |
| August-21 | Title III | 8/12/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.67 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 200.00 | Commonwealth | ME | Kick off call with advisors on monitoring and revison plan of Fiscal Plan. |
| August-21 | Title III | 8/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | Work with legal teams on Commonwealth debt | $ 1,800.00 | Commonwealth | ME | Call with lawyers on certification expert report. |
| August-21 | Title III | 8/23/2021 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Work with legal teams on Commonwealth debt | $ 2,400.00 | Commonwealth | ME | Work on expert report for certification report. |
| August-21 | Title III | 8/24/2021 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Work with legal teams on Commonwealth debt | $ 2,400.00 | Commonwealth | ME | Work on expert report for certification report. |
| August-21 | Title III | 8/25/2021 | Andrew Wolfe | Advisor to Board | $300 | 8.00 | Work with legal teams on Commonwealth debt | $ 2,400.00 | Commonwealth | ME | Work on expert report for certification report. |
| August-21 | Title III | 8/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 10.00 | Work with legal teams on Commonwealth debt | $ 3,000.00 | Commonwealth | ME | Work on expert report for certification report. |
| August-21 | Title III | 8/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $ 300.00 | Commonwealth | ME | Call with lawyers on certification expert report. |
| August-21 | Title III | 8/27/2021 | Andrew Wolfe | Advisor to Board | $300 | 6.00 | Work with legal teams on Commonwealth debt | $ 1,800.00 | Commonwealth | ME | Work on expert report for certification report. |
| August-21 | Title III | 8/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Commonwealth debt | $ 150.00 | Commonwealth | ME | Call with lawyers on certification expert report. |
| August-21 | Title III | 8/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.25 | Work with legal teams on Commonwealth debt | $ 675.00 | Commonwealth | ME | Work on expert report for certification report. |
| August-21 | Title III | 8/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | ME | Work on expert report for certification report. |
| August-21 | Title III | 8/31/2021 | Andrew Wolfe | Advisor to Board | $300 | 3.50 | Work with legal teams on Commonwealth debt | $ 1,050.00 | Commonwealth | ME | Work on expert report for certification report. |

| | | Hours | % | Category | Fees | | |
|---|---|---|---|---|---|---|---|
| Total | | 84.417 | | | $ 25,000.00 | | $ 42,250.74 |
| Share of the work on Prepa (legal) | | | 0.0% | Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $25,000.00 |
| Share of the work on Prepa (pricing and macro) | | | 69.0% | Work with legal teams on Commonwealth debt | $17,250.74 | PREPA | $17,250.74 |
| Share of the work on the Commonwealth FP monitoring | | | 31.0% | Business operations--Fiscal plan review and updating for the Commonwealth | $7,749.26 | | |
| Share of the work on the Commonwealth FP development | | | 0.0% | Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | | | 0.0% | Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | | | 0.0% | Business operations--Fiscal plan review and monitoring forCommonwealth entiti | $0.00 | | |

**Days in Puerto Rico** 0.0 Puerto Rico

Checks 100.0%

Timekeeper: Andrew Wolfe Independent Contractor to the FOMB, Adjunct Professor at Rice and American Universities

**$25,000 fee for Monthly Retainer for 1/2-time Work. In September 21 days at 4 hours a day is:** 84 hours. $ 300.00

$25,000

| Invoice No. | Matter Name | Date | Timekeeper Name | Position/Title | Hourly Rate | Hours | Project Category | Fees | Debtor on behalf service rendered | Service Location | Task Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| September-21 | Title III | 9/1/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | ME | Call with advisors on updating the fiscal plan. |
| September-21 | Title III | 9/2/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $ 300.00 | Commonwealth | ME | Call and follow up with lawyers on debt. |
| September-21 | Title III | 9/3/2021 | Andrew Wolfe | Advisor to Board | $300 | 5.00 | Work with legal teams on Commonwealth debt | $ 1,500.00 | Commonwealth | ME | Work on edits and refining my expert report. |
| September-21 | Title III | 9/6/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $ 300.00 | Commonwealth | ME | Work on edits and refining my expert report. |
| September-21 | Title III | 9/7/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Work with legal teams on Commonwealth debt | $ 600.00 | Commonwealth | ME | Work on edits and refining my expert report. |
| September-21 | Title III | 9/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.15 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 45.00 | Commonwealth | ME | Call with FOMB economist on pension analysis. |
| September-21 | Title III | 9/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | ME | Work on pension cost analysis |
| September-21 | Title III | 9/8/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Work with legal teams on Commonwealth debt | $ 600.00 | Commonwealth | ME | Work on edits and refining my expert report. |
| September-21 | Title III | 9/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | ME | Analysis of planning board growth forecast |
| September-21 | Title III | 9/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.50 | Work with legal teams on Commonwealth debt | $ 450.00 | Commonwealth | ME | Work on edits and refining my expert report. |
| September-21 | Title III | 9/9/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | ME | Updating of monitoring database. |
| September-21 | Title III | 9/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | ME | Updating of monitoring database. |
| September-21 | Title III | 9/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.17 | Work with legal teams on Commonwealth debt | $ 350.00 | Commonwealth | ME | Call with lawyers on expert report. |
| September-21 | Title III | 9/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 4.00 | Work with legal teams on Commonwealth debt | $ 1,200.00 | Commonwealth | ME | Redraft of expert report after call with lawyers. |
| September-21 | Title III | 9/10/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | ME | Call with advisors on updating the fiscal plan. |
| September-21 | Title III | 9/11/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Work with legal teams on Commonwealth debt | $ 300.00 | Commonwealth | ME | Redraft of expert report after call with lawyers. |
| September-21 | Title III | 9/12/2021 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Work with legal teams on Commonwealth debt | $ 900.00 | Commonwealth | ME | Redraft of expert report after call with lawyers. |
| September-21 | Title III | 9/13/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Work with legal teams on Commonwealth debt | $ 600.00 | Commonwealth | ME | Redraft of expert report after call with lawyers. |
| September-21 | Title III | 9/13/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | ME | Call with advisors on updating the fiscal plan. |
| September-21 | Title III | 9/13/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 600.00 | Commonwealth | ME | Work with FOMB staff on paper to address citizen concerns of fiscal plan. |
| September-21 | Title III | 9/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | ME | Call with advisors on updating the fiscal plan. |
| September-21 | Title III | 9/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Commonwealth debt | $ 150.00 | Commonwealth | ME | Call with lawyers on file issues for posting. |
| September-21 | Title III | 9/15/2021 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Work with legal teams on Commonwealth debt | $ 900.00 | Commonwealth | ME | Follow up work on file issues for posting. |
| September-21 | Title III | 9/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Work with legal teams on Commonwealth debt | $ 900.00 | Commonwealth | ME | Revised report drafting. |
| September-21 | Title III | 9/16/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Work with legal teams on Commonwealth debt | $ 150.00 | Commonwealth | ME | Review of projections in report with McKinsey reviewers. |
| September-21 | Title III | 9/17/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 750.00 | Commonwealth | ME | FOMB public board meeting. |
| September-21 | Title III | 9/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | ME | Call with McKinsey on fiscal plan update. |
| September-21 | Title III | 9/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | ME | Call with McKinsey on fiscal plan update. |
| September-21 | Title III | 9/20/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Work with legal teams on Commonwealth debt | $ 600.00 | Commonwealth | ME | Review of declarations on pensions. |
| September-21 | Title III | 9/21/2021 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Work with legal teams on Commonwealth debt | $ 900.00 | Commonwealth | ME | Review of declarations on pensions. |
| September-21 | Title III | 9/21/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | ME | Call with McKinsey and other advisors on fiscal plan update. |
| September-21 | Title III | 9/21/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.75 | Work with legal teams on Commonwealth debt | $ 225.00 | Commonwealth | ME | Call with Proskauer on Pension reports. |
| September-21 | Title III | 9/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Work with legal teams on Commonwealth debt | $ 900.00 | Commonwealth | ME | Modeling analysis of Pension reports. |
| September-21 | Title III | 9/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.00 | Work with legal teams on Commonwealth debt | $ 600.00 | Commonwealth | ME | Modeling analysis of Pension reports. |
| September-21 | Title III | 9/22/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.75 | Work with legal teams on Commonwealth debt | $ 225.00 | Commonwealth | ME | Modeling analysis of Pension reports. |
| September-21 | Title III | 9/26/2021 | Andrew Wolfe | Advisor to Board | $300 | 2.25 | Work with legal teams on Commonwealth debt | $ 675.00 | Commonwealth | ME | Preparation for deposition. |
| September-21 | Title III | 9/27/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.42 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 125.00 | Commonwealth | ME | Advisors call. |
| September-21 | Title III | 9/28/2021 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Work with legal teams on Commonwealth debt | $ 900.00 | Commonwealth | ME | Preparation for deposition. |
| September-21 | Title III | 9/29/2021 | Andrew Wolfe | Advisor to Board | $300 | 3.00 | Work with legal teams on Commonwealth debt | $ 900.00 | Commonwealth | ME | Preparation for deposition. |
| September-21 | Title III | 9/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 1.00 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 300.00 | Commonwealth | ME | Advisors call. |
| September-21 | Title III | 9/30/2021 | Andrew Wolfe | Advisor to Board | $300 | 0.50 | Business operations--Fiscal plan review and updating for the Commonwealth | $ 150.00 | Commonwealth | ME | Follow up call on advisors call with McKinsey. |

| | | | | |
|---|---|---|---|---|
| Total | 67.483 | | $ 20,245.00 | $ 20,245.00 |
| Share of the work on Prepa (legal) | 0.0% Work with legal teams on Prepa fiscal plan and debt | $0.00 | Commonwealth | $20,245.00 |
| Share of the work on Prepa (pricing and macro) | 74.7% Work with legal teams on Commonwealth debt | $15,125.00 | PREPA | $0.00 |
| Share of the work on the Commonwealth FP monitoring | 25.3% Business operations--Fiscal plan review and updating for the Commonwealth | $5,120.00 | | |
| Share of the work on the Commonwealth FP development | 0.0% Business operations--Fiscal plan development for the Commonwealth | $0.00 | | |
| Fiscal plans of other entities | 0.0% Business operations--Fiscal plan review and monitoring for Prepa | $0.00 | | |
| Fiscal plans of other entities | 0.0% Business operations--Fiscal plan review and monitoring for Commonwealth entit | $0.00 | | |

**Days in Puerto Rico** 0.0 Puerto Rico

Checks 100.0%