# **EXHIBIT 2**

**Expense Itemization**

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10641 | Title III | 6/7/2021 | Andrew Wolfe | Legal | $ 630.00 | 1 | $630.00 | Commonwealth | Legal services in May. |
| TOTAL IN June | | | | | | | $630.00 | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | | Andrew Wolfe | Legal fees | $ - | 1 | $0.00 | 100% Commonwealth | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL IN JULY | | | | | | | **$0.00** | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 8/12/2021 | Andrew Wolfe | Legal fees | $ 315.00 | 1 | $315.00 | 100% Commonwealth | Legal fees from July |
| TOTAL IN AUGUST | | | | | | | $315.00 | | |

**FOMB Economist Andrew Wolfe**

| Invoice No. | Matter Name | Date | Timekeeper who Incurred Expense | Expense Category | Unit Cost | No. of Units | Total | Debtor on behalf service rendered | Expense Description |
|---|---|---|---|---|---|---|---|---|---|
| 10322 | Title III | 9/17/2021 | Andrew Wolfe | Legal fees | | 1 | $585.00 | 100% Commonwealth | Legal fees from August |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL IN SEPTEMBER | | | | | | | **$585.00** |