UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | |
| Debtors. | |

-------------------------------------------------------------------x

# SUPPLEMENTAL ANNOTATED EXHIBIT LIST OF PETER C. HEIN

Dated: November 5, 2021

-2-

## SUPPLEMENTAL ANNOTATED EXHIBIT LIST OF PETER C. HEIN

In the course of annotating the Declaration of Peter C. Hein accompanying Objection to Confirmation of Plan by Individual GO and PBA Bondholder, dated October 19, 2021 (#18575-page-51-to-75-of-303) to add docket references for the exhibits referred to therein, I identified two documents referenced in and discussed in that declaration that inadvertently were not placed on my exhibit list. Accordingly, on the evening of November 3, 2021, I advised the parties who have exchanged exhibits of my intention to supplementally file these two additional exhibits. These two exhibits are listed on and described in the attached list. The attached list also provides the citations to where each exhibit is referenced and discussed in my declaration.

November 5, 2021

Respectfully Submitted,

/s/ Peter C. Hein
Peter C. Hein, pro se
101 Central Park West, Apt. 14E
New York, NY  10023
petercheinsr@gmail.com

917-539-8487

## Supplemental Annotated Exhibit List of Peter C. Hein

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. JJJJ | Exhibit J to #18575, filed at #18575-page-170-of-303 | Summary of PayGo costs for FY 2018-FY 2021 produced by AAFAF (AAFAF_CONF_0008453)(referred to in Hein Declaration ¶24 (#18575-page-60-of-303)) | Admit, to show statements made |
| Hein Ex. KKKK | Filed at #7540-1-page-1-to-67-of-70 | Table showing price of illustrative CUSIPs of bonds sold in 2009, 2011, 2012, and attached trading histories from Municipal Securities Rulemaking Board Electronic Municipal Market Access ("Emma") database, for CUSIP 74514LWA1, 74514LWZ6, 74514LB63 (referred to in Hein Declaration ¶¶55-58 (18575-page-70-to-71-of-303)) | Admit, market reports published in Municipal Securities Rulemaking Board Electronic Municipal Market Access publicly accessible database, and summary thereof. See F.R. Evid. 803(17), F.R. Evid. 1006 |