UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER DIRECTING PUBLIC FILING OF CERTAIN DOCUMENTS

The Court has received and reviewed the *Response of the Government Parties to Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing* (Docket Entry No. 19029, the "Government Response") concerning the *Urgent Motion of the Debtors, by and through the Financial Oversight and Management Board for Puerto Rico, to File Certain Exhibits Under Seal in Connection with its Amended Exhibit List* (Docket Entry No. 19029). The Government Response states that "the Government Parties do not object to the public filing of the Confidential Exhibits. The Debtors will publicly file the Confidential Exhibits and redact personally identifying information as required by Federal Rule of Bankruptcy Procedure 9037."

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Accordingly, the Debtors[2] are directed to file the Confidential Exhibits, with the redactions required by Rule 9037(a) of the Federal Rules of Bankruptcy Procedure, by **November 8, 2021, at 6:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: November 5, 2021

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge

---

[2] Capitalized terms used but not otherwise defined herein have the meanings applicable to them in the relevant Temporary Sealing Order.