UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### ORDER DIRECTING UNSEALING OF CERTAIN FILINGS

On October 27, 2021, the Court issued an order (Docket Entry No. 18862, the "Temporary Sealing Order") permitting, for a limited duration, the DRA Parties[2] to file under seal the full, unredacted versions of certain documents. The Temporary Sealing Order permitted any party to file with the Court a short brief justifying the continued sealing of those documents. Following issuance of the Temporary Sealing Order, the DRA Parties filed sealed unredacted versions of the documents contemplated in the Temporary Sealing Order (see Docket Entry Nos. 18906-18914, 18916-18934, 18936-18953, 18957, 18962-18964, 18967-18969, and 18971-18980, the "Unredacted Exhibits").

The Court has received and reviewed the *Response of Government Parties to Order Granting Motion to Seal for Limited Duration and for Supplemental Briefing* (Docket

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings applicable to them in the relevant Temporary Sealing Order.

Case:17-03283-LTS Doc#:19096 Filed:11/05/21 Entered:11/05/21 17:07:00 Desc: Main
Document Page 2 of 2

Entry No. 19030, the "Government Response"). The deadline to file responses has expired and no other responses have been filed.

For substantially the reasons set forth in the Government Response, (i) Exhibits 412 and 413 of the Unredacted Exhibits will remain under seal, (ii) the DRA Parties must file Exhibits 274-277, 283-285, 287, 298-309, 325-339, and 346-411 of the Unredacted Exhibits, with redactions for employee non-work contact information, employee ink signatures, and any redactions required by Rule 9037(a), by **November 8, 2021, at 6:00 p.m. (Atlantic Standard Time)**, and (iii) the DRA Parties must file Exhibit 269, with redactions as to all social security numbers in their entirety and any redactions required by Rule 9037(a), by **November 8, 2021, at 6:00 p.m. (Atlantic Standard Time)**. The DRA Parties are also directed to file, by **November 8, 2021, at 6:00 p.m. (Atlantic Standard Time)**, a list of the docket numbers of Unredacted Exhibits that may be unsealed by the Court in light of the lack of an objection to such unsealing.

SO ORDERED.

Dated: November 5, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

211105 ORD RE SEAL MOT (DRA)   VERSION NOVEMBER 5, 2021   2