# Debtors' Ex. 43

**Debtors' Ex. 43**

**Puerto Rico Department of Treasury | AAFAF**
*FY2021: TSA Cash Flow Minimum Cash Analysis*
*$ in mm*

**Minimum Cash Analysis**

| Description | Funding source | FY2021 Liquidity Plan | Prior Year Carryover | Adjusted Liquidity Plan | Months on hand | Reserve |
|---|---|---|---|---|---|---|
| Non-FF Payroll | State collections | $ 2,889 | | $ 2,889 | 2 | $ 481 |
| FF Payroll | Fed Funds | 608 | | 608 | 1 | 51 |
| Non-FF vendor disb | State collections | 2,570 | (44) | 2,526 | 1 | 211 |
| FF vendor disb | Fed Funds | 2,344 | | 2,344 | 1 | 195 |
| Non-FF appropriations | State collections | 2,226 | (42) | 2,184 | 1 | 182 |
| FF appropriations | Fed Funds | 3,430 | (584) | 2,846 | 0 | - |
| Pension benefits - Central Govt. | State collections | 2,071 | | 2,071 | 2 | 345 |
| Pension benefits - Public Corp / Munis | Paygo charge | 539 | | 539 | 4 | 180 |
| Tax refunds | State collections | 951 | | 951 | 1 | 79 |
| NAP | Fed Funds | 1,998 | | 1,998 | 0 | - |
| Title III | State collections | 88 | | 88 | 1 | 7 |
| State Cost Share | State collections | 213 | | 213 | 1 | 18 |
| Other Budgetary Transfers | State collections | 390 | | 390 | 1 | 33 |
| **Total** | | $ 20,315 | $ (670) | $ 19,645 | | $ 1,781 |

**Receipts - Liquidity Plan & Carryover Adjustments**

| | FY2021 Liquidity Plan | Prior Year Carryover | Adjusted Liquidity Plan |
|---|---|---|---|
| State collections | $ 13,214 | $ (1,691) | $ 11,523 |
| Fed Funds | 8,370 | (451) | 7,919 |
| Paygo charge | 539 | | 539 |
| **Total Receipts** | $ 22,122 | $ (2,142) | $ 19,981 |

**Memo: Summary Receipts and Disbursements**

| | Receipts | | Disbursements |
|---|---|---|---|
| State collections | $ 11,523 | State Disbursements | $ 11,311 |
| Fed Funds | 7,919 | Federal Funds | 7,795 |
| Paygo charge | 539 | PayGo | 539 |
| **Total Receipts** | $ 19,981 | | $ 19,645 |

**Methodology**

1. State collections and state disbursements are relatively matched. Disbursements have little flexibility, i.e. payroll fixed timing (every two weeks), appropriations paid every month (used to fund payroll/opex at non-central government agencies), vendor payments and tax refunds have some flexibility, but Govt. is not taking a position of stretching vendors/tax payers.

2. State collections have a seasonality element with Q4 accounting for a disproportionate amount of collections.

3. Payroll and central government pension disbursements that rely on state funding require 2 months on hand, other state funded disbursments require 1 month on hand
   Pension disbursements on behalf of Public Corporations and Muncipalities requires 4 months on hand as these are funded by charges to those entities. Historically, those entities have had difficulty making timely payments.

4. Vendor disbursements that rely on state collections require 1 month on hand - same assumption for tax refunds

5. Fed Fund disbursements can be broken into two categories - spend and reimburse, or advanced funds.
   Spend and reimburse programs for agency payroll and opex require 1 month on hand.
   Advance funds for Medicaid and NAP require no reserve.