# Debtors' Ex. 53

**Debtors' Ex. 53**



**RETIREE COMMITTEE REQUESTS**
**SYSTEM 2000 BALANCE CONTRIBUTIONS**

| Fiscal Year | # Participants | # of Participants by Fund | Beginning Balance | Contributions | Adjustments | Disbursements | Transfer Employee Contributions | Gains or Losses | Management Fees | Ending Balance | Annual Salary | Type of Investment Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1999-2000 | 4,133 | 4,133 | - | 1,085,827.03 | 91,148.79 | - | 451,466.31 | 25,884.82 | - | 1,653,062.89 | 9,802,834.13 | 1-FONDO FIJO |
| 1999-2000 | | 442 | - | 96,674.55 | 49,689.17 | - | 270,280.82 | 1,754.57 | - | 418,399.05 | 1,338,931.14 | 2-CARTERA |
| 2000-2001 | 17,617 | 17,617 | 7,976,517.09 | 13,086,254.35 | 156,512.58 | (25,408.56) | (3,276.61) | 341,811.50 | (41,980.62) | 21,480,750.44 | 224,550,480.91 | 1-FONDO FIJO |
| 2000-2001 | | 1,950 | 1,163,418.01 | 1,033,496.44 | 3,862.83 | (5,349.92) | - | (29,290.97) | (2,650.53) | 2,162,858.72 | 33,506,321.21 | 2-CARTERA |
| 2001-2002 | 26,298 | 26,299 | 41,122,817.98 | 24,529,676.88 | (89,753.56) | (44,827.23) | (16,571.62) | 850,608.55 | (114,443.67) | 66,229,543.89 | 507,911,721.08 | 1-FONDO FIJO |
| 2001-2002 | | 3,175 | 3,638,829.78 | 1,931,753.09 | 23,386.11 | (13,775.69) | - | (84,498.49) | (6,783.61) | 5,486,318.15 | 77,962,309.58 | 2-CARTERA |
| 2002-2003 | 34,647 | 34,648 | 98,583,934.16 | 37,393,592.75 | 438,537.22 | (350,784.61) | (32,728.92) | 1,026,960.53 | (181,736.27) | 136,870,052.50 | 786,747,737.63 | 1-FONDO FIJO |
| 2002-2003 | | 4,171 | 7,788,025.75 | 2,817,446.20 | 60,670.39 | (47,716.10) | (704.50) | 290,336.97 | (10,549.11) | 10,897,743.99 | 124,177,068.38 | 2-CARTERA |
| 2003-2004 | 45,701 | 45,702 | 179,326,707.12 | 50,670,669.46 | (130,028.47) | (2,587,156.37) | (54,460.85) | 1,939,622.16 | (230,738.25) | 228,913,723.88 | 1,073,934,638.79 | 1-FONDO FIJO |
| 2003-2004 | | 4,969 | 14,378,416.26 | 3,239,323.11 | (18,800.82) | (353,807.21) | - | 849,584.77 | (11,961.16) | 18,094,651.74 | 151,375,783.38 | 2-CARTERA |
| 2004-2005 | 58,978 | 58,989 | 288,923,535.19 | 74,119,954.35 | 371,626.24 | (1,665,189.42) | (75,164.29) | 5,097,041.66 | (296,467.90) | 366,467,597.05 | 1,458,798,881.03 | 1-FONDO FIJO |
| 2004-2005 | | 6,170 | 22,337,078.13 | 4,233,140.56 | 28,192.61 | (230,163.00) | (13,773.09) | 1,261,665.00 | (14,481.86) | 27,602,062.18 | 199,139,144.89 | 2-CARTERA |
| 2005-2006 | 64,704 | 64,715 | 453,320,785.29 | 86,407,522.17 | 908,329.05 | (1,622,874.32) | (580,482.03) | 11,112,979.66 | (367,243.88) | 549,146,340.60 | 1,645,163,833.21 | 1-FONDO FIJO |
| 2005-2006 | | 6,619 | 33,690,015.05 | 4,856,187.26 | 67,698.50 | (236,720.24) | (194,232.20) | 1,591,545.93 | (17,622.38) | 39,760,682.47 | 227,638,162.48 | 2-CARTERA |
| 2006-2007 | 67,090 | 67,101 | 646,586,783.08 | 91,564,847.45 | 627,032.95 | (4,350,627.65) | (623,157.03) | 16,522,942.82 | (381,752.51) | 749,531,768.77 | 1,766,415,308.62 | 1-FONDO FIJO |
| 2006-2007 | | 6,971 | 46,820,726.61 | 5,229,484.89 | 56,481.34 | (513,745.94) | (173,636.46) | 3,372,999.17 | (18,585.41) | 54,680,799.28 | 248,339,098.04 | 2-CARTERA |
| 2007-2008 | 70,034 | 70,043 | 852,004,219.56 | 99,688,726.30 | 692,288.74 | (6,205,500.57) | (1,095,766.34) | 14,625,874.23 | (399,151.10) | 958,991,604.56 | 1,960,168,380.96 | 1-FONDO FIJO |
| 2007-2008 | | 7,192 | 61,678,471.63 | 5,663,119.31 | 46,647.54 | (483,478.12) | (411,800.77) | (517,942.84) | (19,460.10) | 65,861,210.11 | 273,965,670.02 | 2-CARTERA |
| 2008-2009 | 75,796 | 75,805 | 1,064,054,208.57 | 114,463,341.44 | 189,418.40 | (11,778,910.66) | (6,521,468.35) | 10,376,360.76 | (436,027.35) | 1,170,167,563.22 | 2,266,036,520.42 | 1-FONDO FIJO |
| 2008-2009 | | 7,695 | 66,019,394.06 | 6,235,182.83 | 5,490.82 | (926,162.41) | (1,024,770.45) | (2,629,958.84) | (20,344.07) | 67,599,801.18 | 303,166,199.74 | 2-CARTERA |
| 2009-2010 | 75,811 | 75,820 | 1,256,555,538.64 | 109,807,255.94 | (609,801.38) | (58,316,756.90) | (4,491,371.67) | 6,942,835.71 | (433,299.74) | 1,308,645,283.78 | 2,225,226,077.17 | 1-FONDO FIJO |
| 2009-2010 | | 7,401 | 73,607,284.87 | 5,773,909.47 | (26,549.63) | (3,002,888.65) | (1,100,793.60) | 2,848,966.54 | (19,373.64) | 78,042,362.07 | 285,135,108.70 | 2-CARTERA |
| 2010-2011 | 71,252 | 71,261 | 1,347,494,735.01 | 98,665,533.29 | (343,586.66) | (31,231,817.56) | (3,324,557.33) | 4,230,263.23 | (406,875.34) | 1,414,803,403.22 | 2,079,671,518.02 | 1-FONDO FIJO |
| 2010-2011 | | 6,712 | 83,486,306.25 | 5,090,398.81 | 19,369.81 | (1,429,473.25) | (392,019.28) | 5,852,803.64 | (18,007.16) | 92,621,814.82 | 259,218,284.34 | 2-CARTERA |
| 2011-2012 | 74,971 | 74,980 | 1,488,616,432.15 | 107,950,101.67 | 96,691.35 | (17,421,124.90) | (4,806,320.35) | 2,218,781.98 | (426,359.49) | 1,575,955,937.25 | 2,281,234,122.16 | 1-FONDO FIJO |
| 2011-2012 | | 6,499 | 97,605,568.69 | 5,157,782.53 | 56,087.74 | (1,159,435.00) | (519,301.24) | 2,188,095.64 | (17,950.78) | 103,306,115.81 | 263,043,517.13 | 2-CARTERA |
| 2012-2013 | 77,108 | 77,110 | 1,624,460,539.12 | 103,426,953.67 | (17,218,623.40) | (88,314,002.83) | (6,315,210.10) | 2,191,382.39 | (435,592.66) | 1,552,582,433.14 | 2,371,402,925.39 | 1-FONDO FIJO |
| 2012-2013 | | 6,315 | 107,786,513.34 | 4,608,883.78 | (1,278,595.73) | (5,133,843.46) | (1,032,245.61) | 3,607,946.77 | (17,180.62) | 104,554,670.57 | 248,170,093.05 | 2-CARTERA |



**RETIREE COMMITTEE REQUESTS**
**EMPLOYEE CONTRIBUTIONS FOR Act 447, Law 3, Sytem 2000 and Act 3**

| Fiscal Year | Law | # Participants | Annual Salary | Employee Contributions (Law 447 Law 1 RF2000) | Interest Employee Contributions | Employee Contributions Act 3 | Interest Employee Contributions Act 3 | Employee Contributions Act 106 | Interest Employee Contributions Act 106 |
|---|---|---|---|---|---|---|---|---|---|
| 2013-2014 | Ley RF2000 | 60,496 | 1,515,233,668.32 | 743,461,392.11 | 56,872,130.93 | 922,584,620.15 | 73,172,437.60 | - | - |
| 2013-2014 | Ley 3 | 4,662 | 93,795,419.28 | - | - | 4,154,119.87 | 82,838.94 | - | - |
| 2013-2014 | Ley 1 | 37,670 | 1,141,710,933.84 | 1,098,973,980.33 | 243,855,694.17 | 123,308,920.76 | 5,060,837.04 | - | - |
| 2013-2014 | Ley 447 | 16,081 | 541,128,442.68 | 548,091,855.89 | 148,473,890.18 | 54,806,373.08 | 2,266,051.07 | - | - |
| 2014-2015 | Ley RF2000 | 59,739 | 1,513,775,752.56 | 730,659,965.83 | 55,788,882.33 | 1,049,913,292.50 | 99,935,329.10 | - | - |
| 2014-2015 | Ley 3 | 6,432 | 136,722,291.84 | - | - | 13,285,260.04 | 301,610.99 | - | - |
| 2014-2015 | Ley 1 | 37,067 | 1,137,906,096.72 | 1,083,572,511.08 | 240,304,976.33 | 230,527,498.71 | 9,742,082.94 | - | - |
| 2014-2015 | Ley 447 | 15,981 | 543,072,499.68 | 543,215,274.42 | 147,076,370.57 | 104,592,372.52 | 4,426,040.28 | - | - |
| 2015-2016 | Ley RF2000 | 58,227 | 1,492,169,694.96 | 734,751,022.83 | 56,272,726.05 | 1,179,167,535.08 | 135,353,795.15 | - | - |
| 2015-2016 | Ley 3 | 7,331 | 159,883,723.56 | - | - | 24,783,001.59 | 900,364.00 | - | - |
| 2015-2016 | Ley 1 | 37,065 | 1,144,159,264.80 | 1,084,522,086.11 | 240,577,330.41 | 338,836,509.05 | 18,922,042.58 | - | - |
| 2015-2016 | Ley 447 | 15,911 | 541,669,244.40 | 544,134,672.68 | 147,320,355.50 | 155,338,440.49 | 8,683,302.43 | - | - |
| 2016-2017 | Ley RF2000 | 53,710 | 1,377,382,247.16 | 689,504,420.50 | 52,626,293.28 | 1,227,858,307.63 | 177,860,910.46 | - | - |
| 2016-2017 | Ley 3 | 9,189 | 190,617,989.52 | - | - | 39,154,711.10 | 2,154,266.93 | - | - |
| 2016-2017 | Ley 1 | 35,490 | 1,100,833,318.56 | 1,037,726,526.16 | 230,167,525.32 | 426,395,905.74 | 34,305,850.94 | - | - |
| 2016-2017 | Ley 447 | 14,403 | 474,573,785.16 | 473,042,877.68 | 128,225,134.10 | 175,173,095.75 | 13,759,975.48 | - | - |
| 2017-2018 | Ley RF2000 | 48,237 | 1,320,685,600.94 | 625,913,981.67 | 47,613,522.27 | 1,113,544,910.46 | 162,823,984.86 | 109,827,807.19 | - |
| 2017-2018 | Ley 3 | 7,755 | 169,157,296.24 | - | - | 32,055,203.73 | 1,741,249.99 | 14,785,004.71 | - |
| 2017-2018 | Ley 1 | 32,487 | 1,073,320,168.69 | 966,072,758.48 | 214,609,549.17 | 397,771,159.61 | 32,109,124.70 | 91,483,789.30 | - |
| 2017-2018 | Ley 447 | 10,229 | 363,104,768.40 | 355,111,632.52 | 95,982,825.76 | 137,693,791.85 | 10,495,632.82 | 30,848,051.05 | - |
| 2017-2018 | Ley 106 | 4,103 | 126,065,921.83 | - | - | - | - | 10,046,656.76 | - |
| 2018-2019 | Ley RF2000 | 46,334 | 1,329,016,028.12 | 606,668,484.49 | 48,020,343.29 | 1,068,781,011.84 | 156,556,339.05 | 206,692,875.25 | - |
| 2018-2019 | Ley 3 | 7,231 | 157,632,146.53 | - | - | 29,206,407.83 | 1,636,728.93 | 26,627,533.88 | - |
| 2018-2019 | Ley 1 | 31,521 | 1,126,701,326.20 | 939,176,318.37 | 208,454,315.05 | 381,448,969.96 | 31,134,933.47 | 179,500,788.68 | - |
| 2018-2019 | Ley 447 | 9,801 | 374,060,934.98 | 339,534,850.82 | 91,545,343.09 | 115,761,572.15 | 9,918,649.59 | 59,639,802.49 | - |
| 2018-2019 | Ley 106 | 3,770 | 102,501,346.11 | - | - | - | - | 11,711,231.94 | - |
| 2019-2020 | Ley RF2000 | 43,954 | 1,190,377,339.44 | 575,767,492.03 | 44,184,362.54 | 1,023,206,359.27 | 149,522,384.89 | 290,821,228.47 | - |
| 2019-2020 | Ley 3 | 6,522 | 146,327,418.84 | - | - | 28,096,789.78 | 1,522,344.30 | 35,512,464.77 | - |
| 2019-2020 | Ley 1 | 30,069 | 1,003,895,912.28 | 898,126,292.34 | 199,411,292.30 | 371,918,687.88 | 29,795,902.87 | 249,645,738.02 | - |
| 2019-2020 | Ley 447 | 8,206 | 291,582,857.22 | 288,826,441.08 | 78,237,291.75 | 111,098,910.99 | 8,648,231.63 | 73,817,536.25 | - |
| 2019-2020 | Ley 106 | 4456 | 109831639.9 | 0 | 0 | 0 | 0 | 10,457,316.27 | 0 |