# Debtors' Ex. 54

**Debtors' Ex. 54**

PRELIMINARY - FOR DISCUSSION

# Estimated headcount by class[1]

| Class | Population Included | Estimated headcount |
|---|---|---|
| 48A: Retired ERS Participant Below-Threshold Claim[2] | ERS in-pay and future VTP (Law 70, 211) participants <=$1,500, excluding those benefiting under 127-1958 | 94,000 |
| 48B: Retired JRS Participant Below-Threshold Claim | JRS in-pay participants <= $1,500 | 100 |
| 48C: Retired TRS Participant Below-Threshold Claim | TRS in-pay participants <= $1,500 | 24,000 |
| 48D: Retired ERS Participant Above-Threshold Claim[2] | ERS in-pay and future VTP (Law 70, 211) participants >$1,500, plus those benefiting under 127-1958 | 28,000 |
| 48E: Retired JRS Participant Above-Threshold Claim | JRS in-pay participants >$1,500 | 500 |
| 48F: Retired TRS Participant Above-Threshold Claim | TRS in-pay participants >$1,500 | 23,000 |
| 48G: Active ERS Participant Claims | ERS participants benefiting under Act 1 or Act 447, not included in 48A or 48D | 48,000 |
| 48H: Active JRS Participant Claims | JRS participants not included in 48B or 48E | 400 |
| 48I: Active TRS Participant Claims | TRS participants not included in 48C or 48F | 46,000[3] |
| 48J: System 2000 Participant Claims (claim is for contributions with interest provided separately by ERS) | ERS participants with System 2000 / Act 3 balances not yet annuitized or withdrawn, and not benefiting under Act 1 or Act 447, not included in 48A or 48D | 60,000 |
| 48K: VTP Below-Threshold Payroll Claim[2] | Law 70-2010 and Law 11-2015 participants receiving payments through CW payroll[3] <=$1,500 | 5,500 |
| 48L: VTP Above-Threshold Payroll Claim[2] | Law 70-2010 and Law 211-2015 participants receiving payments through CW payroll[3] >$1,500 | 2,500 |

[1] Based on previous information provided by ERS.  Updated files are still being compiled.
[2] Participants may appear in both 48A and 48K or both 48D and 48L if they are currently receiving a benefit through paygo and are entitled to one in the future through paygo
[3] Further clarification regarding active TRS participants has been requested.

7/26/2021

DRAFT – SENSITIVE – PRE-DECISIONAL – SUBJECT TO FRE 408.   THIS INFORMATION IS NOT INTENDED TO BE RELIED UPON AS LEGAL ADVICE.   1

CONFIDENTIAL   FOMB_CONF_88625