# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## CONTINUED EXHIBITS OF DEBTORS

**PLEASE TAKE NOTICE** that on November 5, 2021, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Economic Stability Act* ("PROMESA")[2], hereby submits the *Continued Exhibits of Debtors* in connection with the hearing for confirmation of the *Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Case No. 17-BK-3283-LTS, Dkt. No. 19053] (as it may be amended, modified or supplemented, the "Plan") pursuant to the Court's *Order Regarding Confirmation Hearing Exhibit Procedures* [Case No. 17-BK-3283-LTS, Dkt. No. 18749].

The Debtors' Seconded Amended Exhibit List includes several newly designated exhibits, which are identified as Debtors' Exhibits 134 to 142, and are attached herewith. These additional exhibits were not known and/or available to the Debtors as of the filing of the *Debtors' Amended Final Exhibit List in Connection with Confirmation Hearing* (the "First Amended Exhibit List") [Case No. 17-BK-3283-LTS, Dkt. No. 18785].

In addition, as set forth in the *Response of the Government Parties to the Court's Order Granting Motion to Seal for Limited Duration and For Supplemental Briefing* [Case No. 17-BK-3283-LTS, Dkt. No. 19029], upon further review, the Oversight Board and the Puerto Rico Fiscal Agency and Financial Advisory Authority do not object to the public filing of the exhibits designated as "confidential" (the "Formerly Confidential Exhibits")[3] in the Debtors' First Amended Exhibit List. Accordingly, and pursuant to the Court's *Order Directing Public Filing of Certain Documents* [Case No. 17-bk-3283-LTS, Dkt. No. 19095] herewith, the Debtors are publically filing the Formerly Confidential Exhibits, including translations of Debtors' Exhibits 50 and 51, with personally identifying information redacted as required by Federal Rule of Bankruptcy Procedure 9037.

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.
[3] The Formerly Confidential Exhibits are Debtors' Exs. 43, 46–56.

The Oversight Board reserves all rights, including the right to use exhibits identified on other parties' exhibits lists, the right to use additional exhibits for cross-examination or rebuttal if necessary, and the right to revise, amend and/or supplement this list, for reasons including but not limited to if the Confirmation Hearing scheduled to commence on November 8, 2021 is adjourned or if the Plan is modified.

Dated: November 5, 2021
      San Juan, Puerto Rico

Respectfully submitted,

/s/ Margaret A. Dale

Martin J. Bienenstock (*pro hac vice*)
Margaret A. Dale (*pro hac vice*)
Julia D. Alonzo (*pro hac vice*)
Laura Stafford (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 1 | Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. | | Admit, but not for truth |
| Debtors' Ex. 2 | Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (the "Disclosure Statement") | | Admit, but not for truth |
| Debtors' Ex. 3 | Supplement to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. | | Admit, but not for truth |
| Debtors' Ex. 4 | 2017 Commonwealth Fiscal Plan, certified by the Oversight Board on March 13, 2017 | | Admit |
| Debtors' Ex. 5 | 2018 Commonwealth Fiscal Plan, certified by the Oversight Board on April 19, 2018 | | Admit |
| Debtors' Ex. 6 | 2018 Commonwealth Fiscal Plan, certified by the Oversight Board on June 29, 2018 | | Admit |
| Debtors' Ex. 7 | 2018 Commonwealth Fiscal Plan, certified by the Oversight Board on October 23, 2018 | | Admit |
| Debtors' Ex. 8 | 2019 Commonwealth Fiscal Plan, certified by the Oversight Board on May 9, 2019 | | Admit |
| Debtors' Ex. 9 | 2020 Commonwealth Fiscal Plan, certified by the Oversight Board on May 27, 2020 | | Admit |
| Debtors' Ex. 10 | 2021 Commonwealth Fiscal Plan, certified by the Oversight Board on April 23, 2021 | | Admit |
| Debtors' Ex. 11 | 2022 Commonwealth Budget, certified by the Oversight Board on June 30, 2021 | | Admit |
| Debtors' Ex. 12 | 2021 Commonwealth Budget, certified by the Oversight Board on June 30, 2020 | | Admit |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS

Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 13 | 2020 Commonwealth Budget, certified by the Oversight Board on June 30, 2019 | | Admit |
| Debtors' Ex. 14 | 2019 Commonwealth Budget, certified by the Oversight Board on June 30, 2018 | | Admit |
| Debtors' Ex. 15 | 2018 Commonwealth Budget, certified by the Oversight Board on June 30, 2017 | | Admit |
| Debtors' Ex. 16 | Amended and Restated Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth of Puerto Rico, the Puerto Rico Public Buildings Authority, and the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, certain GO Bondholders and PBA Bondholders, Assured Guaranty Corp. and Assured Municipal Corp., Syncora Guarantee Inc., and National Public Finance Guarantee Corporation (the "GO/PBA PSA") (July 12, 2021) | | Admit |
| Debtors' Ex. 17 | HTA/CCDA Related Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth and the Puerto Rico Highways and Transportation Authority, certain holders of HTA Bond Claims, certain holders of CCDA Bond Claims, Assured and National (the "HTA/CCDA PSA") (May 5, 2021) | | Admit |
| Debtors' Ex. 18 | PRIFA Related Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth, certain holders of PRIFA Bond Claims, Ambac Assurance Corp., and Financial Guaranty Insurance Company (the "PRIFA PSA") (July 27, 2021) | | Admit |
| Debtors' Ex. 19 | Amended and Restated Stipulation (A) Allowing Claims of ERS Bondholders, (B) Staying Pending Litigation, and (C) Providing for Treatment of Claims of ERS Bondholders and Dismissal of Pending Litigation Pursuant to a Plan of Adjustment (the "ERS Stipulation") (April 2, 2021) | | Admit |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 20 | Plan Support Agreement ("Retiree Committee PSA"), dated as of June 7, 2019, by and between the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, and the Official Committee of Retirees | | Admit |
| Debtors' Ex. 21 | Plan Support Agreement ("AFSCME PSA," and together with the GO/PBA PSA, the HTA/CCDA PSA, the PRIFA Related PSA, and the Retiree Committee PSA, the "Plan Support Agreements"), dated as of June 7, 2019, by and between the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, and the American Federation of State, County, and Municipal Employees International Union, AFL-CIO | | Admit |
| Debtors' Ex. 22 | Stipulation providing for resolution of disputes regarding the PRIFA bond anticipation notes ("PRIFA BANs") (the "PRIFA BANs Stipulation") (February 22, 2021) | | Admit |
| Debtors' Ex. 23 | UCC Letter Agreement (July 12, 2021) | | Admit |
| Debtors' Ex. 24 | Fiscal Plan Macroeconomic Overview and Revised Plan of Adjustment Proposal (August 18, 2020) | | Admit, but not for truth |
| Debtors' Ex. 25 | August 24 PSA Creditors Proposal (exchanged on August 24, 2020, publicly disclosed on September 30, 2020) | | Admit, but not for truth |
| Debtors' Ex. 26 | Settlement agreement and memorandum of understanding, Vaqueria Tres Monjitas, Inc. and Suiza Dairy, Inc. v. Naftali Soto Santiago, et al., Case No. 04-1840 (DRD) (October 29, 2013) | | Admit, but not for truth |
| Debtors' Ex. 27 | Puerto Rico Green Energy Incentives Act, Act No. 83-2010, as incorporated under the New Incentives Code, Act 60-2019 (the "Energy Incentive Act") | | Identification |
| Debtors' Ex. 28 | PSA Announcement Presentation (2021.02.23) vFinal.pdf | | Admit, but not for truth |
| Debtors' Ex. 29 | Puerto Rico's Proposed Plan of Adjustment Benefits (August 23, 2021) | | Admit |
| Debtors' Ex. 30 | Cash Bridge (August 23, 2021) | | Admit |
| Debtors' Ex. 31 | Public Meeting - September 17, 2021 - Presentation - Plan of Adjustment | | Admit, but not for truth |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS

Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 32 | International Monetary Fund, The Bahamas: Staff Report for the 2019 Article IV Consultation | | Admit, but not for truth |
| Debtors' Ex. 33 | Joint Resolution 85-2020 (November 18, 2020) | | Admit, but not for truth |
| Debtors' Ex. 34 | Barb Rosewicz, Justin Theal & Joe Fleming, States' Total Rainy Day Funds Fall for First Time Since Great Recession, The Pew Charitable Trusts (May 17, 2021) | | Admit, but not for truth |
| Debtors' Ex. 35 | Best Practices: Fund Balance Guidelines for the General Fund, Government Finance Officers Association (GFOA) (Approved September, 30, 2015) | | Admit, but not for truth |
| Debtors' Ex. 36 | International Monetary Fund W. Hemisphere Dept., The Bahamas: 2019 Article IV Consultation-Press Release; and Staff Report, International Monetary Fund, Country Report No. 19/198 (July 1, 2019) | | Admit, but not for truth |
| Debtors' Ex. 37 | The Fiscal Survey of States, Spring 2021, National Association of State Budget Officers | | Admit, but not for truth |
| Debtors' Ex. 38 | Feds and Puerto Rico Reach Deal Allowing Disaster Recovery Loans to Start Flowing. NPR, March 22, 2018 | | Admit, but not for truth |
| Debtors' Ex. 39 | Rainy Day Fund Structures, National Conference of State Legislatures | | Admit, but not for truth |
| Debtors' Ex. 40 | Recovery Fund Guidelines | | Admit, but not for truth |
| Debtors' Ex. 41 | Recovery Fund Overview | | Admit, but not for truth |
| Debtors' Ex. 42 | A Risk Bases Analysis of General Fund Requirements | | Admit, but not for truth |
| Debtors' Ex. 43 | Submission by AAFAF/Conway to Ernst & Young dated December 11, 2020 | | Admit, but not for truth |
| Debtors' Ex. 44 | City of Detroit - Plan of Adjustment | | Admit, but not for truth |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS

Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 45 | PROMESA Section 211 Report on the Puerto Rico Retirement Systems (September 2019) | | Admit |
| Debtors' Ex. 46 | Sistema de Retiro para Maestros - Total of benefits paid for fiscal year 2018-2021 | | Admit |
| Debtors' Ex. 47 | Milliman Letter re PRTRS —Benefit Payment and Member Contribution Projections Reflecting the 2018 Voluntary Transition Program (February 20, 2019) | | Admit |
| Debtors' Ex. 48 | Sistema de Retiro para Maestros - Total of benefits paid for fiscal year 2018-2021 | | Admit |
| Debtors' Ex. 49 | Spreadsheet including information for incorporation into April 2021 Commonwealth certified fiscal plan | | Admit |
| Debtors' Ex. 50 | Roster de empleados - 4 - enero - 2021 | | Admit |
| Debtors' Ex. 51 | TRS PayGo Expense Dec 2020 | | Admit |
| Debtors' Ex. 52 | Oversight Board Average Statistics by Pension Class (July 9, 2021) | | Admit |
| Debtors' Ex. 53 | Retiree Committee Requests - Employee Contributions for Act 447, Law 3, System 2000 and Act 3; System 2000 Balance Contributions | | Admit |
| Debtors' Ex. 54 | Estimated headcount by class (July 26, 2021) | | Admit |
| Debtors' Ex. 55 | Oversight Board POA pension classes and claim (June 24, 2021) | | Admit |
| Debtors' Ex. 56 | Spreadsheet including information for incorporation into April 2021 Commonwealth certified fiscal plan | | Admit |
| Debtors' Ex. 57 | Act 33 approved December 7, 1942<br>13 L.P.R.A. § 35-43 | | Identification |
| Debtors' Ex. 58 | Act 2 approved October 10, 1985<br>13 L.P.R.A. § 141-141m | | Identification |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS

Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 59 | Act 1 approved June 26, 1987, as amended<br>13 L.P.R.A. § 63-63h | | Identification |
| Debtors' Ex. 60 | Act 47 approved June 30, 2013 | | Identification |
| Debtors' Ex. 61 | Act 242 approved December 13, 2011 | | Identification |
| Debtors' Ex. 62 | Act 45 approved June 30, 2013<br>7 L.P.R.A. § 607g | | Identification |
| Debtors' Ex. 63 | Act 34 approved March 4, 2014 | | Identification |
| Debtors' Ex. 64 | Act 79 approved June 1, 2011 | | Identification |
| Debtors' Ex. 65 | Act 243 approved August 9, 2008 | | Identification |
| Debtors' Ex. 66 | Act 74 approved July 23, 2007, as amended | | Identification |
| Debtors' Ex. 67 | Act 43 approved August 1, 2005, as amended | | Identification |
| Debtors' Ex. 68 | Act 216 approved August 19, 2004 | | Identification |
| Debtors' Ex. 69 | Act 100 approved July 12, 2002, as amended | | Identification |
| Debtors' Ex. 70 | Act 161 approved July 5, 2003 | | Identification |

Case:17-03283-LTS Doc#:19106 Filed:11/05/21 Entered:11/05/21 23:28:37 Desc: Main
Document Page 10 of 16

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 71 | Act 149 approved August 9, 2002, as amended | | Identification |
| Debtors' Ex. 72 | Joint Resolution No. 57 approved July 12, 1993 | | Identification |
| Debtors' Ex. 73 | Act 54 approved July 6, 2001 | | Identification |
| Debtors' Ex. 74 | Act 118 approved July 13, 2000 | | Identification |
| Debtors' Ex. 75 | Act 153 approved July 16, 1999 | | Identification |
| Debtors' Ex. 76 | Act 219 approved August 9, 1998 | | Identification |
| Debtors' Ex. 77 | Act 81 approved August 14, 1997 | | Identification |
| Debtors' Ex. 78 | Act 119 approved August 9, 1995 | | Identification |
| Debtors' Ex. 79 | Act 46 approved July 28, 1994 | | Identification |
| Debtors' Ex. 80 | Act 39 approved May 13, 1976, as amended | | Identification |
| Debtors' Ex. 81 | Act 83 approved August 30, 1991<br>21 L.P.R.A. § 5001-5013 | | Identification |
| Debtors' Ex. 82 | Joint Resolution No. 99-2013 approved December 9, 2013 | | Identification |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 83 | Act 242 approved December 13, 2011 | | Identification |
| Debtors' Ex. 84 | Joint Resolution No. 104 approved December 13, 2013 | | Identification |
| Debtors' Ex. 85 | Joint Resolution No. 96 approved November 27, 2013 | | Identification |
| Debtors' Ex. 86 | Act 17 approved April 11, 1968 | | Identification |
| Debtors' Ex. 87 | Act 409 approved September 22, 2004 | | Identification |
| Debtors' Ex. 88 | Act 1 approved January 1, 2015 | | Identification |
| Debtors' Ex. 89 | Act 45 approved July 28, 1994 | | Identification |
| Debtors' Ex. 90 | Act 9, approved August 12, 1982, codified in part at 9 L.P.R.A. § 2021 | | Identification |
| Debtors' Ex. 91 | Act 43 approved June 21, 1971; 13 L.P.R.A. § 31751(a)(1) | | Identification |
| Debtors' Ex. 92 | 13 L.P.R.A. § 31751(a)(3) | | Identification |
| Debtors' Ex. 93 | Act 44 approved June 21, 1988, as amended; 3 L.P.R.A. § 1914 | | Identification |
| Debtors' Ex. 94 | Act 1 approved January 1, 2015; 13 L.P.R.A. § 31751a(a) | | Identification |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 95 | 13 L.P.R.A. § 31751(a)(4) | | Identification |
| Debtors' Ex. 96 | 13 L.P.R.A. § 31751(a)(5) | | Identification |
| Debtors' Ex. 97 | 13 L.P.R.A. § 2271v(a) | | Identification |
| Debtors' Ex. 98 | Act 147 enacted June 18, 1980, as amended, 23 L.P.R.A. § 104 | | Identification |
| Debtors' Ex. 99 | 18 L.P.R.A. § 621-1 | | Identification |
| Debtors' Ex. 100 | Act 221 approved May 15, 1948, as amended, 15 L.P.R.A. § 74(d) | | Identification |
| Debtors' Ex. 101 | Act 18 approved January 24, 2014, codified in part at 21 L.P.R.A. §§ 6741, 6742 | | Identification |
| Debtors' Ex. 102 | Act 214 approved August 18, 2004, as Amended and in relevant part, 23 L.P.R.A. § 695d | | Identification |
| Debtors' Ex. 103 | 12 L.P.R.A. §8105 | | Identification |
| Debtors' Ex. 104 | Act 41 approved July 22, 2011, as codified in part at 3 L.P.R.A. § 1023 | | Identification |
| Debtors' Ex. 105 | Act 1 approved January 31, 2011, as amended and codified in part at 13 L.P.R.A. § 33231(l) | | Identification |
| Debtors' Ex. 106 | Act 106 approved August 23, 2017 3 L.P.R.A. § 9531-9590 | | Identification |
| Debtors' Ex. 107 | Act 160 approved December 24, 2013 18 L.P.R.A. § 393-399d | | Identification |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 108 | Act 91 of March 24, 2004<br>Repealed: 18 L.P.R.A. § 391-392w | | Identification |
| Debtors' Ex. 109 | Act 12 approved October 19, 1954<br>4 L.P.R.A. § 233-246 | | Identification |
| Debtors' Ex. 110 | Act 7-2021 enacted June 9, 2021 | | Identification |
| Debtors' Ex. 111 | Expert Report of Andrew Wolfe (Corrected) (dated September 13, 2021, corrected version filed September 17, 2021) | | Admit |
| Debtors' Ex. 112 | Expert Report of Marti Murray (September 13, 2021) | | Admit |
| Debtors' Ex. 113 | Anderson, D., et. al. (2014) "Assessing the Gains from Structural Reforms for Jobs and Growth," Chapter 7 of Jobs and Growth: Supporting the European Recovery, IMF April 2014. https://www.imf.org/en/News/Seminars/Conferences/2016/12/30/Jobs-and-Growth-Supporting-the-European-Recovery. | | Admit, but not for truth |
| Debtors' Ex. 114 | Haidar, J.I. (2012) "The Impact of Business Regulatory Reforms on Economic Growth", Journal of The Japanese and International Economies, Vol. 26 (2012) pp. 285-307. | | Admit, but not for truth |
| Debtors' Ex. 115 | Marr, C, et al. (2015) "EITC and the child tax credit promote work, reduce poverty, and support children's development, research finds," Center on Budget and Policy Priorities, October 2015. | | Admit, but not for truth |
| Debtors' Ex. 116 | Micallef, B. "Estimating the Impact on Potential Output of Structural Reforms to Increase the Female Participation Rate," Policy Note November 2015, Central Bank of Malta. | | Admit, but not for truth |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 117 | World Bank (2020), "Doing Business, Comparing Business Regulation in 190 Economies," World Bank Group, Washington, D.C. | | Admit, but not for truth |
| Debtors' Ex. 118 | Act 80-1976 enacted May 30, 1976 | | Identification |
| Debtors' Ex. 119 | Engagement Letter re Commonwealth of Puerto Rico Plan Confirmation Proceedings, including DRA Parties' Administrative Expense claim against the Commonwealth (September 1, 2021) | | Admit |
| Debtors' Ex. 120 | DRA Parties' Opening Expert Disclosures (September 6, 2021) | | Identification |
| Debtors' Ex. 121 | Amended Notice of Videotaped Deposition of Douglas J. Brickley (October 4, 2021) | | Identification |
| Debtors' Ex. 122 | Oversight Board Resolution Consent Certifying Submission of the Plan of Adjustment for the Commonwealth, ERS, and PBA (September 26, 2019) | | Admit, but not for truth |
| Debtors' Ex. 123 | Oversight Board Resolution Certifying Submission of Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (February 28, 2020) | | Admit, but not for truth |
| Debtors' Ex. 124 | Oversight Board Resolution Certifying Submission of Second Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (March 8, 2021) | | Admit, but not for truth |
| Debtors' Ex. 125 | Oversight Board Resolution Certifying Submission of Third Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (May 11, 2021) | | Admit, but not for truth |
| Debtors' Ex. 126 | Oversight Board Resolution Certifying Submission of Fourth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (June 29, 2021) | | Admit, but not for truth |
| Debtors' Ex. 127 | Oversight Board Resolution Certifying Submission of Fifth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (July 12, 2021) | | Admit, but not for truth |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS

Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 128 | Oversight Board Resolution Certifying Submission of Sixth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (July 26, 2021) | | Admit, but not for truth |
| Debtors' Ex. 129 | Oversight Board Resolution Certifying Submission of Seventh Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (July 30, 2021) | | Admit, but not for truth |
| Debtors' Ex. 130 | Best Interests Test Reports for the Commonwealth, ERS, and PBA | | Admit |
| Debtors' Ex. 131 | Amended Best Interests Test Report for PBA | | Admit |
| Debtors' Ex. 132 | Final Investigative Report, Financial Oversight and Management Board for Puerto Rico, Independent Investigator | | Admit, but not for truth |
| Debtors' Ex. 133 | Stipulation and Order between the Governor, AAFAF, and the Oversight Board | | WITHDRAWN |
| Debtors' Ex. 134 | Act 53 approved October 26, 2021 | | Identification |
| Debtors' Ex. 135 | Section 204(a) Certification for Act 53 | | Admit, but not for truth |
| Debtors' Ex. 136 | Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. | | Admit, but not for truth |
| Debtors' Ex. 137 | Oversight Board Resolution Certifying Submission of Eighth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (November 3, 2021) | | Admit, but not for truth |
| Debtors' Ex. 138 | Affidavit of Service for Solicitation Mailing (and exhibits) | | Admit |
| Debtors' Ex. 139 | Affidavit of Service for Supplemental Solicitation Mailing | | Admit |
| Debtors' Ex. 140 | Affidavit of Service for Supplemental Solicitation Mailing | | Admit |
| Debtors' Ex. 141 | Affidavit of Publication and Radio Advertisements (and exhibits) | | Admit |

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS

Debtors' Second Amended Confirmation Hearing Exhibit List - November 5, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| Debtors' Ex. 142 | Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (and exhibits) | | Admit |