# Debtors' Ex. 140

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## AFFIDAVIT OF SERVICE OF SOLICITATION MATERIALS

I, Christina Pullo, depose and say that:

1.      I am a Managing Director, Head of Prime Clerk LLC ("***Prime Clerk***"), the Solicitation, Notice, and Claims Agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).[2]  At my direction and under my supervision, employees of Prime Clerk caused the following materials to be served:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Prime Clerk is also referred to as the "Balloting Agent".

a. flash drive containing PDF images in English and Spanish of the: *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Docket No. 17628] (the "**Disclosure Statement**") with all exhibits thereto, including, among others, the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [Docket No. 17627] (the "**Plan**") and the *Order (I) Approving the Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and the Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures* (without exhibits) [Docket No. 17639] (the "**Disclosure Statement Order**") (collectively with the Disclosure Statement and the Plan on the flash drive, the "**Disclosure Statement Flash Drive**");

b. the *Notice of (I) Approval of Disclosure Statement, (II) Establishment of Record Dates, (III) Hearing on Confirmation of the Plan of Adjustment and Procedures for Objection to Confirmation of the Plan of Adjustment, (IV) Procedures and Deadline for Voting on the Plan of Adjustment and Making Certain Elections Thereunder*, a copy of which is attached hereto as **Exhibit A** (the "**Confirmation Hearing Notice**");

c. the *Notificación de (I) la Aprobación de la declaración de Divulgación, (II) el Establecimiento de las Fechas de Registro, (III) la Vista de Confirmación del Plan de Ajuste y los Procedimientos de Objeción a la Confirmación del Plan de Ajuste, (IV) los Procedimientos y la Fecha Límite Para Votar Sobre el Plan de Ajuste y la Realización de Determinadas Elecciones en Virtud de Dicho Voto*, a copy of which is attached hereto as **Exhibit B** (the **"Confirmation Hearing Notice (ES)"**);

d. the *Notice of Voting and Election Instructions for Holders of (I) Vintage PBA Bond Claims in Class 1, (II) Retail Vintage PBA Bond Claims in Class 7, and (III) Vintage CW Guarantee Bond Claims in Class 23*, a form of which is attached hereto as **Exhibit C** (the "**Classes 1/7/23 Voting and Election Notice**");

e. the *Notificación de Instrucciones de Votación y Elección Para Tenedores de (I) Reclamaciones de Bonos Vintage de la Aep de la Clase 1 (II) Reclamaciones de Bonos Vintage Minoristas de la Aep de la Clase 7 (III)Reclamaciones de Bonos de Garantía Vintage CW de la Clase 23*, a copy of which is attached hereto as **Exhibit D** (the "**Classes 1/7/23 Voting and Election Notice (ES)**");

f. the *Notice of Voting and Election Instructions for Holders of (I) 2011 Pba Bond Claims in Class 8, (II) Retail 2011 PBA Bond Claims in Class 9, and (III) 2011 CW Guarantee Bond Claims in Class 34*, a form of which is attached hereto as **Exhibit E** (the "***Classes 8/9/34 Voting and Election Notice***");

g. the *Notificación de Instrucciones de Votación y Elección Para Tenedores de (I) Reclamaciones de Bonos 2011 de la Aep de la Clase 8, (II) Reclamaciones de Bonos 2011 Minoristas de la Aep de la Clase 9, y (III) Reclamaciones de Bono de Garantía CW 2011 de la Clase 34*, a form of which is attached hereto as **Exhibit F** (the "***Classes 8/9/34 Voting and Election Notice (ES)***");

h. the *Notice of Voting Instructions for Holders of (I) 2012 PBA Bond Claims in Class 10, (II) Retail 2012 PBA Bond Claims in Class 11, and (III)2012 CW Guarantee Bond Claims in Class 44*, a form of which is attached hereto as **Exhibit G** (the "***Classes 10/11/44 Voting and Election Notice***");

i. the *Notificación de Instrucciones de Votación Para Tenedores de (I) Reclamaciones de Bonos 2012 de la Aep de la Clase 10 (II) Reclamaciones de Bonos 2012 Minoristas de la Aep de Clase 11 y (III) Reclamaciones de Bonos de Garantía CW 2012 de la Clase 44*, a form of which is attached hereto as **Exhibit H** (the "***Classes 10/11/44 Voting and Election Notice (ES)***");

j. the *Notice of Voting and Election Instructions for Holders of Vintage CW Bonds with Claims in Class 15 and Retail Vintage CW Bond Claims in Class 16*, a form of which is attached hereto as **Exhibit I** (the "***Classes 15/16 Voting and Election Notice***");

k. the *Notificación de Instrucciones de Votación y Elección Para Tenedores de Bonos Vintage del ela con Reclamaciones de la Clase 15 y Reclamaciones de Bonos Vintage Minoristas del ela de la Clase 16*, a form of which is attached hereto as **Exhibit J** (the "***Classes 15/16 Voting and Election Notice (ES)***");

l. the *Notice of Voting and Election Instructions for Holders of 2011 CW Bonds with Claims in Class 30 and Retail 2011 CW Bond Claims in Class 31*, a form of which is attached hereto as **Exhibit K** (the "***Classes 30/31 Voting and Election Notice***");

m. the *Notificación de Instrucciones de Votación y Elección para Tenedores de Bonos Vintage 2011 del ele con Reclamaciones de le Clase 30 y Reclamaciones de Bonos Vintage 2011 Minoristas del ele de le Clase 31*, a form of which is attached hereto as **Exhibit L** (the "***Classes 30/31 Voting and Election Form (ES)***");

n. the *Notice of Voting and Election Instructions for Holders of 2011 CW Series D/E/PIB Bonds with Claims in Class 36 and Retail 2011 CW Series D/E/PIB Bond Claims in Class 38*, a form of which is attached hereto as **Exhibit M** (the "***Classes 36-38 Voting and Election Notice***");

o. the *Notificación de Instrucciones de Votación y Elección para Tenedores de Bonos 2011 Series D/E/PIB del ela con Reclamaciones de la Clase 36 y Reclamaciones de Bonos 2011 Series D/E/PIB Minoristas del ela de la Clase 38*, a form of which is attached hereto as **Exhibit N** (the "***Classes 36/38 Voting and Election Notice (ES)***")

p. the *Notice of Voting and Election Instructions for Holders of 2012 CW Bonds with Claims in Class 40 and Retail 2012 CW Bond Claims in Class 41*, a form of which is attached hereto as **Exhibit O** (the "***Classes 40/41 Voting and Election Notice***");

q. the *Notificación de Instrucciones de Votación y Elección para Tenedores de Bonos 2012 del ela con Reclamaciones de la Clase 40 y Reclamaciones de Bonos 2012 Minoristas del ela de la Clase 41*, a form of which is attached hereto as **Exhibit P** (the "***Classes 40/41 Voting and Election Notice (ES)***");

r. the *Notice of Voting and Election Instructions for Holders of 2014 CW Bonds with Claims in Class 46 and Retail 2014 CW Bond Claims in Class 47*, a form of which is attached hereto as **Exhibit Q** (the "***Classes 46-47 Voting and Election Notice***");

s. the *Notificación de Instrucciones de Votación y Elección para Tenedores de Bonos 2014 del ela con Reclamaciones de la Clase 46 y Reclamaciones de Bonos 2014 Minoristas del ela de la Clase 47*, a form of which is attached hereto as **Exhibit R** (the "***Classes 46-47 Voting and Election Notice (ES)***");

t. the *Notice of Voting and Election Instructions for Holders of 2014 CW Guarantee Bonds with Claims in Class 49*, a form of which is attached hereto as **Exhibit S** (the "***Class 49 Voting and Election Notice***");

u. the *Notificación de Instrucciones de Votación y Elección para Tenedores de Bonos 2014 Garantizados del ela con Reclamaciones de la Clase 49*, a form of which is attached hereto as **Exhibit T** (the "***Class 49 Voting and Election Notice (ES)***");

v. the *Notice of Voting Instructions for Holders of ERS Bonds with Claims in Class 65*, a copy of which is attached hereto as **Exhibit U** (the "***Class 65 Voting Notice***");

w. the *Notificación de Instrucciones de Votación para Tenedores de Bonos del SRE con Reclamaciones de la Clase 65*, a copy of which is attached hereto as **Exhibit V** (the "***Class 65 Voting Notice (ES)***");

x. the Election Notice for Certain Assured Bondholders with Claims in Classes 2, 17, 24, And 42, a form of which is attached hereto as **Exhibit W** (the "***Classes 2/17/24/42 (Assured) Election Notice***");

y. the *Notificación de Elección para Tenedores de Bonos de Assured con Reclamaciones de la Clase 2, 17, 24 y 42*, a form of which is attached hereto as **Exhibit X** (the "***Classes 2/17/24/42 (Assured) Election Notice (ES)***");

z. the *Notice of Assured Election*, a form of which is attached hereto as **Exhibit Y** (the "***Classes 2/17/24/32/37/42 (Assured) Notice of Election***");

aa. the *Notificación de Elección de Assured*, a form of which is attached hereto as **Exhibit Z** (the "***Classes 2/17/24/32/37/42 (Assured) Notice of Election (ES)***");

bb. the *Election Notice for National Bond Holders with Claims in Classes 3 and 25*, a form of which is attached hereto as **Exhibit AA** (the "***Classes 3/25 (National) Election Notice***");

cc. the *Notificación de Elección para Tenedores de Bonos de National con Reclamaciones de las Clases 3 y 25*, a form of which is attached hereto as **Exhibit BB** (the "***Classes 3/25 (National) Election Notice (ES)***");

dd. the *Election Notice for National Bond Holders with Claims in Class 18*, a form of which is attached hereto as **Exhibit CC** (the "***Class 18 (National) Election Notice***");

ee. the *Notificación de Elección para Titulares de Bonos National con Reclamaciones de Clase 18*, a form of which is attached hereto as **Exhibit DD** (the "***Class 18 (National) Election Notice (ES)***");

ff. the *Notice of AMBAC Election*, a form of which is attached hereto as **Exhibit EE** (the "***Classes 4/19/26 (Ambac) Election Notice***");

gg. the *Notificación de Elección de AMBAC*, a form of which is attached hereto as **Exhibit FF** (the "***Classes 4/19/26 (Ambac) Election Notice (ES)***");

hh. the *Election Notice for Syncora Bond Holders with Claims in Classes 6 and 28*, a form of which is attached hereto as **Exhibit GG** (the "***Classes 6/28 (Syncora) Election Notice***");

ii. the *Notificación de Elección para Titulares de Bonos Syncora con Reclamaciones de las Clases 6 y 28*, a form of which is attached hereto as **Exhibit HH** (the "***Classes 6/28 (Syncora) Election Notice (ES)***");

jj. the *Election Notice for Syncora Bond Holders with Claims in Class 21*, a form of which is attached hereto as **Exhibit II** (the "***Class 21 (Syncora) Election Notice***");

kk. the *Notificación de Elección para Tenedores de Bonos de Syncora con Reclamaciones de la Clase 21*, a form of which is attached hereto as **Exhibit JJ** (the "***Class 21 (Syncora) Election Notice (ES)***");

ll. the *Notice of Voting Instructions for Holders of Claims in Class 59 (CW/HTA Claims)*, a form of which is attached hereto as **Exhibit KK** (the "***Class 59 Voting Notice***");

mm. the *Notificación de Instrucciones de Votación para Tenedores de Reclamaciones de la Clase 59 (Reclamaciones ELA/ACT)*, a form of which is attached hereto as **Exhibit LL** (the "***Class 59 Voting Notice (ES)***");

nn. the *Notice of Voting Instructions for Holders of (I) Vintage PBA Bond Claims (FGIC) in Class 5, and (II) Vintage CW Guarantee Bond Claims (FGIC) in Class 27*, a form of which is attached hereto as **Exhibit MM** (the "***Classes 5/27 (FGIC) Voting Notice)***");

oo. the *Notificación de Instrucciones de Votación para Tenedores de (I) Reclamaciones de Bonos Vintage de la AEP (FGIC) de la Clase 5, y (II) Reclamaciones de Bonos de Garantía Vintage CW (FGIC) de la Clase 27*, a form of which is attached hereto as **Exhibit NN** (the "***Classes 5/27 (FGIC) Voting Notice (ES)***");

pp. the *Notice of Voting Instructions for Holders of Vintage CW Bonds with Claims in Class 20*, a form of which is attached hereto as **Exhibit OO** (the "***Class 20 Voting Notice)***");

qq. the *Notificación de Instrucciones de Votación para Tenedores de Bonos Vintage del ela con Reclamaciones de la Clase 20*, a form of which is attached hereto as **Exhibit PP** (the "***Class 20 Voting Notice (ES)***");

rr. the *Notice of Voting Instructions for Holders of Claims in Class 61 (CW/PRIFA Rum Tax Claims)*, a form of which is attached hereto as **Exhibit QQ** (the "*Class 61 Voting Notice*");

ss. the *Notificación de Instrucciones de Votación para Tenedores de Reclamaciones de la Clase 61 (Reclamaciones ELA/Impuesto al Ron de AFI)*, a form of which is attached hereto as **Exhibit RR** (the "*Class 61 Voting Notice (ES)*"); and,

tt. a pre-addressed, postage paid return envelope (the "***Return Envelope***"), a sample of which is not attached hereto.

2.    Further, on September 8, 2021, at my direction and under my supervision, employees of Prime Clerk caused true and correct copies of the following materials to be served via overnight mail or next day business service on the banks, brokers, dealer agents, financial institutions, and other nominees that hold the Debtors' public debt securities through the Depository Trust Company ("***DTC***") "in street name" (collectively, the "***Nominees***", which definition also incorporates any agents of the Nominees) identified on the service list attached hereto as **Exhibit SS**:

a.    the Confirmation Hearing Notice,

b.    Confirmation Hearing Notice (ES),

c.    Disclosure Statement Flash Drive,

d.    Classes 1/7/23 Voting and Election Notice,

e.    Classes 1/7/23 Voting and Election Notice (ES),

f.    Classes 8/9/34 Voting and Election Notice,

g.    Classes 8/9/34 Voting and Election Notice (ES),

h.    Classes 10/11/44 Voting and Election Notice,

i.    Classes 10/11/44 Voting and Election Notice (ES),

j.    Classes 15/16 Voting and Election Notice,

k.    Classes 15/16 Voting and Election Notice (ES),

l.  Classes 30/31 Voting and Election Notice,

m. Classes 30/31 Voting and Election Notice (ES),

n.  Classes 36/38 Voting and Election Notice,

o.  Class 36/38 Voting and Election Notice (ES),

p.  Classes 40/41 Voting and Election Notice,

q.  Classes 40/41 Voting and Election Notice (ES),

r.  Classes 46/47 Voting and Election Notice,

s.  Classes 46/47 Voting and Election Notice (ES),

t.  Class 49 Voting and Election Notice,

u.  Class 49 Voting and Election Notice (ES),

v.  Class 59 Voting Notice,

w. Class 59 Voting Notice (ES),

x.  Class 65 Voting Notice,

y.  Class 59 Voting Notice (ES),

z.  Class 65 Voting Notice,

aa. Class 65 Voting Notice (ES),

bb. Classes 2/17/24/42 (Assured) Election Notice,

cc. Classes 2/17/24/42 (Assured) Election Notice (ES),

dd. Classes 2/17/24/32/37/42 (Assured) Notice of Election,

ee. Classes 2/17/24/32/37/42 (Assured) Notice of Election (ES),

ff. Classes 3/25 (National) Election Notice,

gg. Classes 3/25 (National) Election Notice (ES),

hh. Class 18 (National) Election Notice,

ii. Class 18 (National) Election Notice (18) (ES),

jj. Classes 4/19/26 (Ambac) Election Notice,

kk. Classes 4/19/26 (Ambac) Election Notice (ES),

ll. Classes 6/28 (Syncora) Election Notice,

mm. Classes 6/28 (Syncora) Election Notice (ES),

nn. Class 21 (Syncora) Election Notice,

oo. Class 21 (Syncora) Election Notice (ES),

pp. Classes 5/27 (FGIC) Voting Notice,

qq. Classes 5/27 (FGIC) Voting Notice (ES),

rr. Class 20 (FGIC) Voting Notice,

ss. Class 20 (FGIC) Voting Notice (ES),

tt. Class 61 Voting Notice,

uu. Class 61 Voting Notice (ES), and

vv. Return Envelope.

The Nominees were provided with instructions and sufficient quantities of the documents listed above in 2a. through 2uu. (the "***Bondholder Solicitation Materials***") to distribute such Bondholder Solicitation Materials to the beneficial holders of the Debtors' public debt securities.

3.        As a courtesy, in addition to the hard copy service detailed above, on September 8, 2021, at my direction and under my supervision, employees of Prime Clerk served a hyperlink to Prime Clerk's website (whereby the recipient could view and/or download any or all of the Bondholder Solicitation Materials) via electronic mail on the known Nominees' mailing agents and securities depositories identified on the service list attached hereto as **Exhibit TT**.

4.      As a courtesy, in addition to the hard copy and e-mail service detailed above, Prime Clerk closely coordinated with DTC for several months to have the Bondholder Solicitation Materials and/or contents thereof officially announced on DTC's "Automated Tender Offer Program" and widely through the various electronic channels whereby DTC communicates corporate events to its participating Nominees.

*[Remainder of Page Intentionally Left Blank / Signature Page to Follow]*

SRF 56344

Dated: October 22, 2021

/s/ *Christina Pullo*_____.
Christina Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 22, 2021, by Christina Pullo, proved to me
on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                     Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT, (II) ESTABLISHMENT OF RECORD DATES, (III) HEARING ON CONFIRMATION OF THE PLAN OF ADJUSTMENT AND PROCEDURES FOR OBJECTION TO CONFIRMATION OF THE PLAN OF ADJUSTMENT, (IV) PROCEDURES AND DEADLINE FOR VOTING ON THE <u>PLAN OF ADJUSTMENT AND MAKING CERTAIN ELECTIONS THEREUNDER</u>

**VOTING AND ELECTION DEADLINE:** <u>**5:00 p.m. (AST) on October 4, 2021**</u>

**OBJECTION DEADLINE:** <u>**5:00 p.m. (AST) on October 19, 2021**</u>

**CONFIRMATION HEARING:** <u>**November 8 – 10, 12, 15 – 18, and 22 - 23, 2021 at 9:30 a.m. (AST)**</u>

If you have any questions regarding this notice, please contact Prime Clerk LLC by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.     ***Approval of Disclosure Statement.***   By order, dated August 2, 2021 [ECF No. 17639] (the "Disclosure Statement Order"), the United States District Court for the District of Puerto Rico (the "Court") approved the adequacy of the information contained in the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "Disclosure Statement"), filed by the Financial Oversight and Management Board on behalf of the Debtors, and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and supplements thereto, the "Plan").[2]

---

**You may obtain a hard copy of the Plan and Disclosure Statement, including Spanish translations thereof, by contacting the Balloting Agent, Prime Clerk LLC:**

**Telephone (10:00 a.m. to 7:00 p.m. (AST)) (Spanish available):**
         **(844) 822-9231 (toll free for U.S. and Puerto Rico)**
         **(646) 486-7944 (for international callers)**

**Email: puertoricoinfo@primeclerk.com**

Alternatively, electronic copies of the Disclosure Statement and Plan are available by visiting https://cases.primeclerk.com/puertorico/.

---

2.     Pursuant to the Disclosure Statement Order, the Debtors will mail materials needed for voting on the Plan or making elections on distributions thereunder (the "Solicitation Package") to holders Claims in the following Classes (collectively, the "Voting Classes"):

|                                       | Class   |
|---------------------------------------|---------|
| Vintage PBA Bond Claims               | Class 1 |
| Vintage PBA Bond Claims (Assured)     | Class 2 |

---

[2] All capitalized terms used but not otherwise defined shall have the meanings given to such terms in the Plan.

|  | Class |
|---|---|
| Vintage PBA Bond Claims (National) | Class 3 |
| Vintage PBA Bond Claims (Ambac) | Class 4 |
| Vintage PBA Bond Claims (FGIC) | Class 5 |
| Vintage PBA Bond Claims (Syncora) | Class 6 |
| Retail Vintage PBA Bond Claims | Class 7 |
| 2011 PBA Bond Claims | Class 8 |
| Retail 2011 PBA Bond Claims | Class 9 |
| 2012 PBA Bond Claims | Class 10 |
| Retail 2012 PBA Bond Claims | Class 11 |
| PBA/DRA Secured Claims | Class 12 |
| PBA General Unsecured Claims | Class 13 |
| PBA/DRA Unsecured Claims | Class 14 |
| Vintage CW Bond Claims | Class 15 |
| Retail Vintage CW Bond Claims | Class 16 |
| Vintage CW Bond Claims (Assured) | Class 17 |
| Vintage CW Bond Claims (National) | Class 18 |
| Vintage CW Bond Claims (Ambac) | Class 19 |
| Vintage CW Bond Claims (FGIC) | Class 20 |
| Vintage CW Bond Claims (Syncora) | Class 21 |
| Vintage CW Guarantee Bond Claims | Class 23 |
| Vintage CW Guarantee Bond Claims (Assured) | Class 24 |
| Vintage CW Guarantee Bond Claims (National) | Class 25 |
| Vintage CW Guarantee Bond Claims (Ambac) | Class 26 |
| Vintage CW Guarantee Bond Claims (FGIC) | Class 27 |
| Vintage CW Guarantee Bond Claims (Syncora) | Class 28 |
| 2011 CW Bond Claims | Class 30 |
| Retail 2011 CW Bond Claims | Class 31 |
| 2011 CW Bond Claims (Assured) | Class 32 |
| 2011 CW Guarantee Bond Claims | Class 34 |
| 2011 CW Series D/E/PIB Bond Claims | Class 36 |
| 2011 CW Series D/E/PIB Bond Claims (Assured) | Class 37 |
| Retail 2011 CW Series D/E/PIB Bond Claims | Class 38 |
| 2012 CW Bond Claims | Class 40 |
| Retail 2012 CW Bond Claims | Class 41 |
| 2012 CW Bond Claims (Assured) | Class 42 |
| 2012 CW Guarantee Bond Claims | Class 44 |
| 2014 CW Bond Claims | Class 46 |
| Retail 2014 CW Bond Claims | Class 47 |
| 2014 CW Guarantee Bond Claims | Class 49 |

| | Class |
|---|---|
| Retired JRS Participant Below-Threshold Claims | Class 51B |
| Retired ERS Participant Above-Threshold Claims | Class 51D |
| Retired JRS Participant Above-Threshold Claims | Class 51E |
| Retired TRS Participant Above-Threshold Claims | Class 51F |
| Active ERS Participant Claims | Class 51G |
| Active JRS Participant Claims | Class 51H |
| Active TRS Participant Claims | Class 51I |
| VTP Payroll Participant Above-Threshold Claims | Class 51L |
| AFSCME Claims | Class 52 |
| Dairy Producer Claims | Class 53 |
| Eminent Domain Claims | Class 54 |
| Med Center Claims | Class 56 |
| CW General Unsecured Claims | Class 58 |
| CW/HTA Claims | Class 59 |
| CW/Convention Center Claims | Class 60 |
| CW/PRIFA Rum Tax Claims | Class 61 |
| CW/MBA Claims | Class 62 |
| ERS Bond Claims | Class 65 |
| ERS General Unsecured Claims | Class 66 |
| Federal Claims | Class 69 |

3.     ***Confirmation Hearing.***     A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before The Honorable Laura Taylor Swain, in via telephonic hearing through CourtSolutions on **November 8 – 10, 12, 15 – 18, and 22 - 23, 2021 at 9:30 a.m. (Atlantic Standard Time)**.

4.     The Confirmation Hearing may be continued from time to time by the Court or the Oversight Board, without further notice or through adjournments announced in open court or as indicated in any notice of agenda of matters scheduled for hearing filed with the Court, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, in accordance with the modification provisions of the Plan and Local Rule 3016-2, without further notice to interested parties.

5.     ***Plan Confirmation Depository***.  Information relating to confirmation of the Plan is available online in the Plan Confirmation Depository at <u>titleiiiplandataroom.com</u>.

6.     ***Confirmation Objection Deadline.***  The Court has established **<u>5:00 p.m. (Atlantic Standard Time) on October 19, 2021</u>** (the "<u>Confirmation Objection Deadline</u>") as the deadline to file objections or responses to confirmation of the proposed Plan.

7.     ***Objections and Responses to Confirmation.***    Objections and responses to confirmation of the Plan must:

    a.   Be in writing, in English, and signed;

    b.   State the name, address, and nature of the Claim of the objecting or responding party;

    c.   State with particularity the basis and nature of any objection or response and include, where appropriate, proposed language to be inserted in the Plan to resolve any such objection or response;

    d.   Be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system in searchable portable document format **<u>on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)</u>**.

        i.   If you are <u>not</u> an attorney who is a registered user of the Court's case filing system, you may instead mail your objection to the Court's Clerk's office at:

            United States District Court, Clerk's Office
            150 Ave. Carlos Chardon Ste. 150,
            San Juan, P.R. 00918-1767

            so as to be received **<u>on or before October 19, 2021 at 5:00 p.m. (Atlantic Standard Time)</u>**, and

    e.   Be served upon the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: In re: Commonwealth of Puerto Rico) so as to be received on or before the Final Confirmation Objection Deadline.

8.     ***Participation in Confirmation Discovery***.  If you wish to participate in discovery in connection with confirmation of the Plan, you must file a notice of your intention to participate

in discovery (a "Discovery Notice"), a form of which is available at https://cases.primeclerk.com/puertorico/. If you file your Discovery Notice on or before **August 15, 2021**, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and will also be able to serve your own discovery requests. If you file your Discovery Notice **after August 15, 2021, but on or before October 19, 2021**, you may be granted access to documents in the Plan Depository. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements.

9.    You must submit the Discovery Notice in the form provided on the Title III Case website above, which must:

a.    Be in writing, in English, and be signed;

b.    State your name, address, the nature of your Claim, and your Claim number;

c.    State your intention to participate in discovery in connection with confirmation of the Plan; and

d.    Be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.

i.    If you are not represented by counsel, you may instead mail your Discovery Notice to the Court's Clerk's office at:

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

so as to be received on or before the applicable deadline.

10.    **You must timely file a Discovery Notice to participate in discovery in connection with confirmation of the Plan**. Failure to timely file a Discovery Notice, however, will not preclude you from filing an objection to confirmation of the Plan on or before the

6

Confirmation Objection Deadline, but will preclude you from being able to view documents in the Plan Depository, and from taking discovery.

11.   ***Discovery Timetable and Deadlines***.   The Court has established the following discovery dates and deadlines, which are applicable to the Debtors and to other parties in interest who have timely filed a Discovery Notice and are eligible to participate in discovery:[3]

| Summary of Certain Deadlines | |
|---|---|
| **August 3, 2021** | Deadline for the Debtors to file a preliminary fact witness list and topics about which each witness will testify ("<u>Debtors' Preliminary Fact Witness List</u>"). |
| | Deadline for the Debtors to file an opening summary brief explaining what the Debtors expect to prove at confirmation. |
| **August 6, 2021** | Opening date for all parties to serve initial requests for production of non-depository documents ("<u>Initial Production Requests</u>").  Creditors and parties in interest may serve Initial Production Requests only following their filing of a Notice of Intent to Participate in Discovery (as defined below).  Responses and objections to such Initial Production Requests shall be served within seven (7) days of service of such Requests. |
| **August 15, 2021** | Deadline for Eligible Creditors and parties in interest to file a "<u>Notice of Intent to Participate in Discovery</u>," also known as a "<u>Discovery Notice.</u>"  Only parties who file a timely Notice of Intent to Participate in Discovery can propound discovery, but failure to do so does not preclude a party from objecting to confirmation of the Plan. |
| **September 6, 2021** | Deadline for Eligible Creditors to file a preliminary fact witness list and topics about which each witness is expected to testify (an "<u>Eligible Creditor's Preliminary Fact Witness List</u>"). |
| | Deadline for all parties to serve opening expert disclosures ("<u>Opening Expert Disclosures</u>"). |
| **September 13, 2021** | Deadline for all parties to serve opening expert reports ("<u>Opening Expert Reports</u>"). |
| | Deadline for all parties to serve initial notices of deposition, topics and requested times for depositions ("<u>Initial Notices of Deposition</u>") (all parties are limited to seven (7)-hour time limit for depositions). Subsequent notices are allowed provided discovery is completed within time allowed. |
| **September 30, 2021** | Deadline for all parties to file *Daubert* motions and motions *in limine*. |
| **October 1, 2021** | Deadline for all parties to serve up to fifteen (15) interrogatories ("<u>Interrogatories</u>"), including subparts.  Responses and objections to such Interrogatories shall be served within ten (10) days of service of such Interrogatories. |

---

[3]   All of the dates and procedures set forth in this notice are subject to change by further Court order.

| Summary of Certain Deadlines | |
|---|---|
| **October 4, 2021** | Deadline for all parties to serve rebuttal expert disclosures ("Rebuttal Expert Disclosures"). |
| | Deadline for all parties to file any follow-up requests for production ("Follow-Up Production Requests," and collectively with Initial Production Requests, "Production Requests"). |
| **October 8, 2021** | Deadline for all parties to file rebuttal expert reports ("Rebuttal Expert Reports"). |
| | Deadline for the Debtors to file an initial proposed order in support of confirmation of the Plan (the "Initial Proposed Confirmation Order"). |
| **October 11, 2021** | Deadline for all parties to serve requests for admission, limited to authentication of documents ("Admission Requests"). |
| | Completion of fact discovery (the "Fact Discovery Deadline"). |
| **October 15, 2021** | Deadline for all parties to file oppositions to *Daubert* motions and motions *in limine*. |
| **October 18, 2021** | Completion of expert discovery (the "Expert Discovery Deadline"). |
| **October 19, 2021** | Deadline for Eligible Creditors to file objections to confirmation of the Plan ("Objections"). |
| | Deadline to file Notice of Intent to Participate in Discovery or Discovery Notice for Eligible Creditors who solely want access to documents in the Plan Depository. |
| **October 22, 2021** | Deadline for Eligible Creditors to file objections to the Initial Proposed Confirmation Order. |
| | Deadline for all parties to file finalized witness lists, exhibit lists and deposition designations. |
| | Deadline for all parties to file replies to *Daubert* motions and motions *in limine*. |
| **October 25, 2021** | Deadline for all parties to file witness declarations to be used at the Confirmation Hearing ("Witness Declarations"). |
| | Deadline for Debtors to file initial proposed findings of fact and conclusions of law in support of confirmation of the Plan (the "Initial Findings of Fact and Conclusions of Law"). |
| **October 27, 2021** | Deadline for Debtors to file Replies in Support of the Proposed Confirmation Order, and for Debtors to file Replies to Objections to Confirmation of the Plan. |
| **October 30, 2021** | Deadline for all parties to serve counter-designations, objections to deposition designations, or objections to exhibit lists. |
| **November 1, 2021** | Virtual hearing on motions *in limine*. |
| **November 8, 2021** | Start of Confirmation Hearing. |

12.     **Voting Record Date.** The voting record date is <u>**July 13, 2021**</u> (the "<u>Voting Record</u>
<u>Date</u>"), which is the date for determining which holders of Claims in Voting Classes (except Bond
Classes,[4] Class 51, and Class 52) are entitled to vote on the Plan.  Therefore, only those creditors
in a Class entitled to vote on the Plan and holding Claims against the Debtors (except in the Bond
Classes, Class 51, and Class 52) as of the Voting Record Date are entitled to vote on the Plan.

13.     **Voting Deadline.**  The deadline for voting on the Plan is on <u>**October 4, 2021, at**</u>
<u>**5:00 p.m. (Atlantic Standard Time)**</u>, unless such time is extended (the "<u>Voting Deadline</u>").  *You*
*are <u>not</u> required to vote on the Plan to receive distributions pursuant to the terms of the Plan, if*
*confirmed by the Court, and provided you hold an Allowed Claim*.

14.     If you received a Solicitation Package, including a Ballot or Notice and intend to
vote on the Plan, you *must*: (a) follow the instructions carefully; (b) complete *all* of the required
information on the Ballot (as applicable); and (c) either (i) execute and return your completed
Ballot according to and as set forth in detail in the voting instructions included in the Solicitation
Package so that your Ballot is *actually received* by the Debtors' solicitation agent, Prime Clerk
(the "<u>Balloting Agent</u>") on or before the Voting Deadline, or (ii) instruct your broker or nominee
(each, a "<u>Nominee</u>") to electronically deliver your bonds via the Automated Tender Offer Program
("<u>ATOP</u>") at The Depository Trust Company ("<u>DTC</u>") in accordance with your desire to vote to
accept or reject the Plan on or before the Voting Deadline.  *Failure to follow such instructions*
*may disqualify your vote.*

15.     **Election Deadline**.  The deadline for holders of eligible Bond Claims that have the
right to make an election of the form of distributions under the Plan to make such election is on

---

[4]   For the avoidance of doubt, because holders of Claims in the Bond Classes must submit their vote and/or election
      through DTC's Automated Tender Offer Platform, the Voting Record Date shall not apply to the Bond Classes,
      and the holder of the applicable security at the time of tender shall be eligible to cast a vote and/or make an election.

**October 4, 2021, at 5:00 p.m. (Atlantic Standard Time)**, unless such time is extended (the "Election Deadline"). If you received a Notice with an option to make an election, you ***must***: (a) follow the instructions carefully; and (b) deliver ***all*** of the required information according to and as set forth in detail in the election instructions so that it is received by your Nominee in sufficient time for your Nominee to ***actually effectuate*** your election through DTC's ATOP on or before the Election Deadline.

16.    ***Parties in Interest Not Entitled to Vote.***  Creditors in the following Classes are deemed to reject the Plan and not entitled to vote:

- Class 63 (CW Appropriations Claims), and

- Class 64 (CW 510(b) Subordinated Claims).

17.    Creditors in the following Classes are deemed to accept the Plan and not entitled to vote, but will receive distributions pursuant to the terms of the Plan, if confirmed by the Court:

- Class 51A (Retired ERS Participant Below-Threshold Claims),

- Class 51C (Retired TRS Participant Below-Threshold Claims),

- Class 51J (System 2000 Participant Claims),

- Class 51K (VTP Payroll Participant Below-Threshold Claims),

- Class 55 (Energy Incentive Claims),

- Class 57 (Tax Credit Claims),

- Class 67 (Gracia-Gracia Claims), and

- Class 68 (Convenience Claims).

18.    If a Claim is listed on the Debtors' list of creditors [Case No. 17-3283, ECF Nos. 1215, 1316, 2582, 10708] as contingent, unliquidated, or disputed and a proof of claim was not (i)

filed by the earlier of the applicable bar date for the filing of proofs of claim established by the
Court or the Voting Record Date (as applicable); or (ii) deemed timely filed by an order of the
Court prior to the Voting Deadline, such Claim shall not be entitled to vote to accept or reject the
Plan.  Proofs of claim filed for $0.00 or Claims that have been expunged by order of the Court are
also not entitled to vote.

19.     If you are in Classes 63 or 64, or have timely filed a proof of claim and disagree
with the Debtors' classification of, objection to, or request for estimation of your Claim and believe
you should be entitled to vote on the Plan, you must serve the Debtors and the U.S. Trustee (address
listed in paragraph 7(e) above) and file with the Court (with a copy to Chambers) a motion (a "Rule
3018(a) Motion") for an order pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure
(the "Bankruptcy Rules") temporarily allowing your Claim in a different amount or in a different
Class for purposes of voting to accept or reject the Plan.  All Rule 3018(a) Motions must be filed
on or before the tenth (10th) day after the later of (i) service of this Confirmation Hearing Notice
and (ii) service of notice of an objection or request for estimation, if any, as to such Claim.  In
accordance with Bankruptcy Rule 3018(a), as to any to any creditor filing a Rule 3018(a) Motion,
such creditor's Ballot will not be counted except as may be otherwise ordered by the Court prior
to the Voting Deadline (**October 4, 2021 at 5:00 p.m. (Atlantic Standard Time)**)).  Creditors may
contact the Balloting Agent (i) via first class mail or via overnight courier, at Puerto Rico Ballot
Processing, C/O Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New
York, NY 10165, (ii) by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646)
486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time)
(Spanish available), or (iii) by email at puertoricoinfo@primeclerk.com, to receive an appropriate
Ballot for any Claim for which a proof of claim has been timely filed and a Rule 3018(a) Motion

has been granted.  Rule 3018(a) Motions that are not timely filed and served in the manner set forth herein shall not be considered.

20.     If you wish to have your Claim temporarily allowed for voting purposes pursuant to Bankruptcy Rule 3018(a), a form of Rule 3018(a) motion together with instructions for filing and serving the motion is available at https://cases.primeclerk.com/puertorico/.

21.     ***Parties Who Will Not Be Treated as Creditors***.  Any holder of a Claim that (i) is scheduled in the List of Creditors at $0.00 and is not the subject of a timely filed proof of Claim or a proof of claim deemed timely filed with the Court pursuant to either the Bankruptcy Code or any order of the Court, or otherwise deemed timely filed under applicable law, or (ii) is not scheduled and is not the subject of a timely filed proof of claim or a proof of claim deemed timely filed with the Court pursuant to either the Bankruptcy Code or any order of the Court, or otherwise deemed timely filed under applicable law, shall not be treated as a creditor with respect to such Claim for purposes of (a) receiving notices regarding the Plan, and (b) voting on the Plan.

22.     ***Additional Information***.  Any party in interest wishing to obtain information about the solicitation procedures or copies of the Disclosure Statement or the Plan, including Spanish translations thereof, should contact the Balloting Agent, Prime Clerk LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com, or may view such documents by accessing either https://cases.primeclerk.com/puertorico/ or the Court's website, https://www.prd.uscourts.gov/. Please note that a Public Access to Court Electronic Records ("PACER") (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website.

23. ***Bankruptcy Rules 2002(c)(3) and 3016(c)).*** **In accordance with Bankruptcy Rules 2002(c)(3) and 3016(c), set forth below are the release, exculpation, and injunction provisions contained in the Plan:**

**<u>Section 92.2 – Discharge and Release of Claims and Causes of Action</u>:**

(a)     Except as expressly provided in the Plan or the Confirmation Order, all distributions and rights afforded under the Plan shall be, and shall be deemed to be, in exchange for, and in complete satisfaction, settlement, discharge and release of, all Claims or Causes of Action against the Released Parties that arose, in whole or in part, prior to the Effective Date, relating to the Title III Cases, the Debtors or Reorganized Debtors or any of their respective Assets, property, or interests of any nature whatsoever, including any interest accrued on such Claims from and after the Petition Date, and regardless of whether any property will have been distributed or retained pursuant to the Plan on account of such Claims or Causes of Action. Upon the Effective Date, the Debtors and Reorganized Debtors shall be deemed discharged and released from any and all Claims, Causes of Action and any other debts that arose, in whole or in part, prior to the Effective Date (including prior to the Petition Date), and Claims of the kind specified in sections 502(g), 502(h) or 502(i) of the Bankruptcy Code and PROMESA Section 407, whether or not (a) a proof of claim based upon such Claim is filed or deemed filed under section 501 of the Bankruptcy Code, (b) such Claim is allowed under section 502 of the Bankruptcy Code and PROMESA Section 407 (or is otherwise resolved), or (c) the holder of a Claim based upon such debt voted to accept the Plan. For the avoidance of doubt, nothing contained herein or in the Confirmation Order shall release, discharge or enjoin any claims or causes of action against PREPA arising from or related to PREPA-issued bonds, including, without limitation, Monoline-issued insurance pertaining thereto, and PREPA is not releasing any claims or causes of action against any non-Debtor Entity. Claims and causes of action against PREPA arising from or related to PREPA-issued bonds, and releases against PREPA and its assets shall be addressed in PREPA's Title III case, including, without limitation, any plan of adjustment therein.

(b)     Except as expressly provided in the Plan or the Confirmation Order, all Entities shall be precluded from asserting any and all Claims against the Debtors and Reorganized Debtors, and each of their respective Assets, property and rights, remedies, Claims or Causes of Action or liabilities of any nature whatsoever, relating to the Title III Cases, the Debtors or Reorganized Debtors or any of their respective Assets and property, including any interest accrued on such Claims from and after the Petition Date, and regardless of whether any property will have been distributed or retained pursuant to the Plan on account of such Claims or other obligations, suits, judgments, damages, debts, rights, remedies, causes of action or liabilities. In accordance with the foregoing, except as expressly provided in the Plan or the Confirmation Order, the Confirmation Order shall constitute a judicial determination, as of the Effective Date, of the discharge and release of all such Claims, Causes of Action or debt of or against the Debtors and the Reorganized Debtors pursuant to sections 524 and 944 of the Bankruptcy Code, applicable to the Title III Case pursuant to Section 301 of PROMESA, and such discharge shall void and extinguish any judgment obtained against the Debtors or Reorganized Debtors and their respective Assets, and property at any time, to the extent such

judgment is related to a discharged Claim, debt or liability. As of the Effective Date, and in consideration for the value provided under the Plan, each holder of a Claim in any Class under this Plan shall be and hereby is deemed to release and forever waive and discharge as against the Debtors and Reorganized Debtors, and their respective Assets and property and all such Claims.

(c)     Notwithstanding any other provisions of this Section 92.2, in accordance with the provisions of the GO/PBA Plan Support Agreement, each of the GO/PBA PSA Creditors and their respective Related Persons, solely in their capacity as Creditors of the Debtors, shall (i) be deemed to have released and covenanted not to sue or otherwise pursue or seek to recover damages or to seek any other type of relief against any of the Government Releasees based upon, arising from or relating to the Government Released Claims or any of the Claims or Causes of Action asserted or which could have been asserted, including, without limitation, in the Clawback Actions and the Lift Stay Motions, and (ii) not directly or indirectly aid any person in taking any action with respect to the Government Released Claims that is prohibited by this Section 92.2.

(d)     SEC Limitation.  Notwithstanding anything contained herein or in the Confirmation Order to the contrary, no provision shall (i) preclude the SEC from enforcing its police or regulatory powers, or (ii) enjoin, limit, impair or delay the SEC from commencing or continuing any claims, causes of action, proceedings or investigations against any non-debtor person or non-debtor entity in any forum.

(e)     United States Limitation.  Notwithstanding anything contained herein or in the Confirmation Order to the contrary, no provision shall (i) impair the United States, its agencies, departments, or agents, or in any manner relieve the Debtors or the Reorganized Debtors, as the case may be, from compliance with federal laws or territorial laws and requirements implementing a federally authorized or federally delegated program protecting the health, safety, and environment of persons in such territory, (ii) expand the scope of any discharge, release, or injunction to which the Debtors or the Reorganized Debtors are entitled under Title III, and (iii) discharge, release, enjoin, or otherwise bar (A) any liability of the Debtors or the Reorganized Debtors to the United States arising from and after the Effective Date, (B) any liability to the United States that is not a Claim, (C) any affirmative defense or any right of setoff or recoupment of the United States, the Debtors or the Reorganized Debtors, as the case may be, and such rights of setoff and recoupment of such parties are expressly preserved, (D) the continued validity of the obligations of the United States, the Debtors or the Reorganized Debtors, as the case may be, under any United States grant or cooperative assistance agreement, (E) the Debtors' or Reorganized Debtors' obligations arising under federal police or regulatory laws, including, but not limited to, laws relating to the environment, public health or safety, or territorial laws implementing such federal legal provisions, including, but not limited to, compliance obligations, requirements under consent decrees or judicial orders, and obligations to pay associated administrative, civil, or other penalties, and (F) any liability to the United States on the part of any non-debtor. Without limiting the foregoing, nothing contained herein or in the Confirmation Order shall be deemed (i) to determine the tax liability of any Entity, including, but not limited to, the Debtors and the Reorganized Debtors, (ii) to be binding on the IRS with regard to the federal tax liabilities, tax status, or tax filing and withholding obligations of any entity, including, but not limited to, the Debtors and the Reorganized Debtors, (iii) to release, satisfy, discharge, or enjoin the collection of any claim of the IRS against any

14

Entity other than the Debtors and the Reorganized Debtors, and (iv) to grant any relief to any Entity that the Court is prohibited from granting the Declaratory Judgment Act, 28 U.S.C. § 2201(a), or the Tax Anti-Injunction Act, 26 U.S.C. § 7421(a).

       (f)    <u>Underwriter Actions</u>.  Notwithstanding anything contained herein or in the Confirmation Order to the contrary, including, without limitation, Sections 92.2, 92.3 and 92.11 of the Plan, except as may be precluded pursuant to the provisions of PROMESA, nothing in the Plan, the Confirmation Order or any Plan-related document set forth in the Plan Supplement is intended, nor shall it be construed, to impair, alter, modify, diminish, prohibit, bar, restrain, enjoin, release, reduce, eliminate or limit the rights of the plaintiffs and defendants, including, without limitation, the parties to the Underwriter Actions, from asserting their respective rights, claims, causes of action or defenses in the Underwriter Actions, including, but not limited to, any Claims, defenses, Causes of Action, and rights of setoff or recoupment (to the extent available).

### <u>Section 92.3 – Injunction on Claims</u>:

Except as otherwise expressly provided in the Plan, the Confirmation Order or such other Final Order of the Title III Court that may be applicable, all Entities who have held, hold or may hold Claims or any other debt or liability that is discharged or released pursuant to Section 92.2 hereof or who have held, hold or may hold Claims or any other debt or liability that is discharged or released pursuant to Section 92.2 hereof are permanently enjoined, from and after the Effective Date, from (a) commencing or continuing, directly or indirectly, in any manner, any action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) of any kind on any such Claim or other debt or liability that is discharged pursuant to the Plan against any of the Released Parties or any of their respective assets or property, (b) the enforcement, attachment, collection or recovery by any manner or means of any judgment, award, decree or order against any of the Released Parties or any of their respective assets or property on account of any Claim or other debt or liability that is discharged pursuant to the Plan, (c) creating, perfecting, or enforcing any encumbrance of any kind against any of the Released Parties or any of their respective assets or property on account of any Claim or other debt or liability that is discharged pursuant to the Plan, and (d) except to the extent provided, permitted or preserved by sections 553, 555, 556, 559, or 560 of the Bankruptcy Code or pursuant to the common law right of recoupment, asserting any right of setoff, subrogation or recoupment of any kind against any obligation due from any of the Released Parties or any of their respective assets or property, with respect to any such Claim or other debt or liability that is discharged pursuant to the Plan.  Such injunction shall extend to all successors and assigns of the Released Parties and their respective assets and property.

### <u>Section 92.5 – Releases by the Debtors and Reorganized Debtors</u>:

Except as otherwise expressly provided in the Plan or the Confirmation Order, on the Effective Date, and for good and valuable consideration, each of the Debtors and Reorganized Debtors, the Disbursing Agent and each of the Debtors' and Reorganized Debtors' Related Persons shall be deemed to have and hereby does irrevocably and unconditionally, fully, finally and forever waive, release, acquit, and discharge the Released Parties from any and all Claims or Causes of Action that the Debtors, Reorganized Debtors, and the Disbursing Agent, or any of them, or anyone claiming through them, on their behalf or for their benefit, have or may have or

claim to have, now or in the future, against any Released Party that are Released Claims or otherwise are based upon, relate to, or arise out of or in connection with, in whole or in part, any act, omission, transaction, event or other circumstance relating to the Title III Cases or the Debtors taking place or existing on or prior to the Effective Date, and/or any Claim, act, fact, transaction, occurrence, statement, or omission in connection therewith or alleged or that could have been alleged, including, without limitation, any such Claim, demand, right, liability, or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees.

### Section 92.6 – Injunction Related to Releases:

As of the Effective Date, all Entities that hold, have held, or may hold a Released Claim that is released pursuant to Section 92.5 of the Plan, are, and shall be, permanently, forever and completely stayed, restrained, prohibited, barred and enjoined from taking any of the following actions, whether directly or indirectly, derivatively or otherwise, on account of or based on the subject matter of such discharged Released Claims: (i) commencing, conducing or continuing in any manner, directly or indirectly, any suit, action or other proceeding (including, without limitation, any judicial, arbitral, administrative or other proceeding) in any forum; (ii) enforcing, attaching (including, without limitation any prejudgment attachment), collecting, or in any way seeking to recover any judgment, award, decree, or other order; (iii) creating, perfecting or in any way enforcing in any matter, directly or indirectly, any Lien; (iv) setting off, seeking reimbursement or contributions from, or subrogation against, or otherwise recouping in any manner, directly or indirectly, any amount against any liability or obligation owed to any Entity released under Section 92.5 hereof; and (v) commencing or continuing in any manner, in any place or any judicial, arbitration or administrative proceeding in any forum, that does not comply with or is inconsistent with the provisions of the Plan or the Confirmation Order. For the avoidance of doubt, the following stipulations will terminate upon the entry of the Confirmation Order: the Fourth Amended Stipulation Between the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transpiration Authority Regarding the Tolling of Statute of Limitations and Consent Order [Case No. 173283-LTS, ECF No. 15854], as amended; and the Fourth Amended Stipulation and Consent Order Between Title III Debtors (Other Than COFINA) and the Puerto Rico Fiscal Agency and Financial Advisory Authority Acting on Behalf of the Governmental Entities Listed on Appendix "B" Regarding the Tolling of Statute of Limitations [Case NO. 17-3283-LTS, ECF No. 17394], as amended.

### Section 92.7 – Exculpation:

(a) <u>Government Parties</u>: The Oversight Board, AAFAF, the Debtors, and each of their respective Related Persons, solely acting in its capacity as such at any time up to and including the Effective Date, shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formulation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan; provided, however, that the foregoing provisions of this Section 89.7 shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have

constituted intentional fraud or willful misconduct. Nothing in the foregoing provisions of this Section 89.7(a) shall prejudice the right of any of the Government Parties, and the Government Parties' officers and directors serving at any time up to and including the Effective Date, and each of their respective professionals to assert reliance upon advice of counsel as a defense with respect to their duties and responsibilities under the Plan.

        (b)        <u>PSA Creditors</u>: Each of the PSA Creditors solely in its capacity as a party to the GO/PBA Plan Support Agreement and/or the HTA/CCDA Plan Support Agreement and a Creditor and/or insurer, as applicable, from the Petition Date up to and including the Effective Date and each of their respective Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, mediation, the negotiation, formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, the GO/PBA Plan Support Agreement, the HTA/CCDA Plan Support Agreement, the Definitive Documents, or any other contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan; <u>provided</u>, <u>however</u>, that the foregoing provisions of this Section 92.7(b) shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

        (c)        <u>Retiree Committee</u>: Each of the members of the Retiree Committee, solely in its capacity as a member of the Retiree Committee and a Creditor, as applicable, from the Petition Date up to and including the Effective Date and each of the Retiree Committee's Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, the Retiree Committee Plan Support Agreement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan and the Retiree Committee Plan Support Agreement; <u>provided</u>, <u>however</u>, that the foregoing provisions of this Section 92.7(c) shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

        (d)        <u>Creditors' Committee</u>: Each of the members of the Creditors' Committee, solely in its capacity as a member of the Creditors' Committee, and the Creditors' Committee, from the Petition Date up to and including the Effective Date and each of the Creditors' Committee's Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transactions set forth in the Plan; <u>provided</u>, <u>however</u>, that the foregoing provisions of this Section 92.7(d) shall not affect the liability of any Entity that would otherwise result from any such act or omission to the extent such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(e) <u>AFSCME</u>: Each of AFSCME solely in its capacity as a party to the AFSCME Plan Support Agreement and a Creditor, as applicable, from the Petition Date up to and including the Effective Date and each of their respective Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken in connection with the Title III Cases, the formation, preparation, dissemination, implementation, confirmation or approval of the Plan or any compromises or settlements contained therein, the Disclosure Statement, the AFSCME Plan Support Agreement, or any contract, instrument, release or other agreement or document provided for or contemplated in connection with the consummation of the transaction set forth in the Plan and the AFSCME Plan Support Agreement; <u>provided</u>, <u>however</u>, that, the foregoing provisions of this Section 89.7(e) shall not affect the liability of any Entity that otherwise would result from any such act or omission to the extent that such act or omission is determined in a Final Order to have constituted intentional fraud or willful misconduct.

(f) <u>Monoline Insurers</u>: Ambac, Assured, FGIC, National, Syncora, and their Related Persons shall not have or incur any liability to any Entity for any act taken or omitted to be taken consistent with the Plan or in connection with the formulation, preparation, dissemination, implementation, acceptance, confirmation or approval of the Plan, including, without limitation, in connection with the treatment of Ambac Insured Bond Claims, Assured Insured Bond Claims, FGIC Insured Bond Claims, National Insured Bond Claims, or Syncora Insured Bond Claims, the voting procedures, the election procedures, and any release of obligations under the applicable Ambac Insurance Policies, Assured Insurance Policies, FGIC Insurance Policies, National Insurance Policies, or Syncora Insurance Policies: <u>provided</u>, <u>however</u>, that, notwithstanding anything contained herein to the contrary, the terms and provisions of the Plan shall not, and shall not be construed to, release or exculpate, with respect to any beneficial holder of Ambac Insured Bonds, Assured Insured Bonds, FGIC Insured Bonds, National Insured Bonds, or Syncora Insured Bonds any payment obligation under the applicable Ambac Insurance Policy, Assured Insurance Policy, FGIC Insurance Policy, National Insurance Policy, or Syncora Insurance Policy in accordance with its terms solely to the extent of any failure of such holder to receive the Ambac Treatment, Assured Treatment, FGIC Treatment, National Treatment, or Syncora Treatment, as applicable (or any claims that Ambac, Assured, FGIC, National, or Syncora may have against a beneficial holder of respective insured bonds with respect to Ambac's, Assured's, FGIC's, National's or Syncora's applicable obligations under the Ambac Insurance Policies, Assured Insurance Policies, National Insurance Policies, or Syncora Insurance Policies, as applicable).

**<u>Section 92.8 – Appointments Related Litigation</u>**:

Notwithstanding anything contained herein to the contrary, in the event that a Final Order is entered in connection with the Appointments Related Litigation or the Uniformity Litigation subsequent to entry of the Confirmation Order, in consideration of the distributions made, to be made, or deemed to be made in accordance with the terms and provisions of the Plan and documents and instruments related hereto, all Creditors or such other Entities receiving, or deemed to have received, distributions pursuant to or as a result of the Plan, consent and agree that such Final Order shall not in any way or manner reverse, affect or otherwise modify the transactions contemplated in the Plan and the Confirmation Order, including, without limitation, the releases, exculpations and injunctions provided pursuant to Article XCII of the Plan.

**Section 92.9 – Bar Order:**

To the limited extent provided in the Plan, each and every Entity is permanently enjoined, barred and restrained from instituting, prosecuting, pursuing or litigating in any manner any and all Claims, demands, rights, liabilities, or causes of action of any and every kind, character or nature whatsoever, in law or in equity, known or unknown, direct or derivative, whether asserted or unasserted, against any of the Released Parties, based upon, related to, or arising out of or in connection with any of the Released Claims, confirmation and consummation of the Plan, the negotiation and consummation of the GO/PBA Plan Support Agreement, or any claim, act, fact, transaction, occurrence, statement or omission in connection with or alleged or that could have been alleged in the Title III Cases, including, without limitation, any such claim, demand, right, liability or cause of action for indemnification, contribution, or any other basis in law or equity for damages, costs or fees incurred arising directly or indirectly from or otherwise relating to the Title III Cases, either directly or indirectly by any Person for the direct or indirect benefit of any Released Party arising from or related to the claims, acts, facts, transactions, occurrences, statements or omissions that are, could have been or may be alleged in the related actions or any other action brought or that might be brought by, through, on behalf of, or for the benefit of any of the Released Parties (whether arising under federal, state or foreign law, and regardless of where asserted).

**Section 92.11 – Supplemental Injunction**:

Notwithstanding anything contained herein to the contrary, except to the limited extent provided in the Plan, all Entities, including Entities acting on their behalf, who currently hold or assert, have held or asserted, or may hold or assert, any Released Claims against any of the Released Parties based upon, attributable to, arising out of or relating to the Title III Cases or any Claim against the Debtors, whenever and wherever arising or asserted, whether in the United States or anywhere else in the world, whether sounding in tort, contract, warranty, statute, or any other theory of law, equity or otherwise, shall be, and shall be deemed to be, permanently stayed, restrained and enjoined from taking any action against any of the Released Parties for the purpose of directly or indirectly collecting, recovering or receiving any payment or recovery with respect to any Released Claims arising prior to the Effective Date (including prior to the Petition Date), including, but not limited to:

      (a)    Commencing or continuing in any manner any action or other proceeding of any kind with respect to any such Released Claim against any of the Released Parties or the assets or property of any Released Party;

      (b)    Enforcing, attaching, collecting or recovering, by any manner or means, any judgment, award, decree or order against any of the Released Parties or the assets or property of any Released Party with respect to any such Released Claim;

      (c)    Creating, perfecting or enforcing any Lien of any kind against any of the Released Parties or the assets or property of any Released Party with respect to any such Released Claim;

(d)     Except as otherwise expressly provided in the Plan or the Confirmation Order, asserting, implementing or effectuating any setoff, right of subrogation, indemnity, contribution or recoupment of any kind against any obligation due to any of the Released Parties or against the property of any Released Party with respect to any such Released Claim; and

(e)     Taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of the Plan or the Confirmation Order, provided, however, that the Debtors' compliance with the formal requirements of Bankruptcy Rule 3016 shall not constitute an admission that the Plan provides for any injunction against conduct not otherwise enjoined under the Bankruptcy Code.


Dated: August 2, 2021
     San Juan, Puerto Rico

Respectfully submitted,

/s/ Martin J. Bienenstock

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**Exhibit B**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

    como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

    Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE (I) LA APROBACIÓN DE LA DECLARACIÓN DE DIVULGACIÓN, (II) EL ESTABLECIMIENTO DE LAS FECHAS DE REGISTRO, (III) LA VISTA DE CONFIRMACIÓN DEL PLAN DE AJUSTE Y LOS PROCEDIMIENTOS DE OBJECIÓN A LA CONFIRMACIÓN DEL PLAN DE AJUSTE, (IV) LOS PROCEDIMIENTOS Y LA FECHA LÍMITE PARA VOTAR SOBRE EL <u>PLAN DE AJUSTE Y LA REALIZACIÓN DE DETERMINADAS ELECCIONES EN VIRTUD DE DICHO VOTO</u>

**FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN: <u>5:00 p.m. (AST) del 4 de octubre de 2021</u>**

**FECHA LÍMITE DE OBJECIONES: <u>5:00 p.m. (AST) del 19 de octubre de 2021</u>**

**VISTA DE CONFIRMACIÓN: <u>8 al 10, 12, 15 al 18, y 22-23 de noviembre de 2021 a las 09:30 a.m. (AST)</u>**

---

[1]    Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (<u>ELA</u>) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("<u>COFINA</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("<u>ACT</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("<u>AEE</u>") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("<u>AEP</u>") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

1

**Si tiene alguna pregunta sobre esta notificación, comuníquese con Prime Clerk LLC por teléfono llamando al (844) 822-9231 (gratuito para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

**TENGA EN CUENTA LO SIGUIENTE:**

1. *Aprobación de la Declaración de Divulgación.* Mediante orden de fecha 2 de agosto de 2021 [ECF Núm. 17639] (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal") aprobó la adecuación de la información contenida en la *Declaración de Divulgación para el Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación"), presentada por la Junta de Supervisión y Administración Financiera en nombre del Deudor, y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a este, el "Plan")[2].

**Podrá solicitar una copia impresa del Plan y de la Declaración de Divulgación, incluyendo traducciones al español de ambos documentos, poniéndose en contacto con el Agente de Votación, Prime Clerk LLC:**

**Por teléfono (10:00 a.m. hasta 7:00 p.m. (AST)) (disponible atención en español):**
**(844) 822-9231 (llamada gratuita en EE.UU. y Puerto Rico**
**(646) 486-7944 (llamadas internacionales)**

**Correo electrónico: puertoricoinfo@primeclerk.com**

Alternativamente, podrá consultar las copias electrónicas de la Declaración de Divulgación y del Plan visitando https://cases.primeclerk.com/puertorico/

[2] Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo tendrán el significado que se les atribuye en el Plan.

2

2.      De acuerdo con la Orden de Declaración de Divulgación, los Deudores enviarán por correo los materiales necesarios para votar el Plan o hacer elecciones sobre las distribuciones en virtud de este (el "<u>Paquete de Convocatoria</u>") a los tenedores de Reclamaciones de las siguientes Clases (colectivamente, las "<u>Clases con Derecho al Voto</u>"):

|  | **Clase** |
|---|---|
| Reclamaciones de Bonos Vintage de la AEP | Clase 1 |
| Reclamaciones de Bonos Vintage de la AEP (Assured) | Clase 2 |
| Reclamaciones de Bonos Vintage de la AEP (National) | Clase 3 |
| Reclamaciones de Bonos Vintage de la AEP (Ambac) | Clase 4 |
| Reclamaciones de Bonos Vintage de la AEP (FGIC) | Clase 5 |
| Reclamaciones de Bonos Vintage de la AEP (Syncora) | Clase 6 |
| Reclamaciones de Bonos Vintage Minoristas de la AEP | Clase 7 |
| Reclamaciones de Bonos 2011 de la AEP | Clase 8 |
| Reclamaciones de Bonos 2011 Minoristas de la AEP | Clase 9 |
| Reclamaciones de Bonos 2012 de la AEP | Clase 10 |
| Reclamaciones de Bonos 2012 Minoristas de la AEP | Clase 11 |
| Reclamaciones Garantizadas de la AEP/DRA | Clase 12 |
| Reclamaciones Generales no Garantizadas de la AEP | Clase 13 |
| Reclamaciones no Garantizadas de la AEP/DRA | Clase 14 |
| Reclamaciones de Bonos Vintage del ELA | Clase 15 |
| Reclamaciones de Bonos Vintage Minoristas del ELA | Clase 16 |
| Reclamaciones de Bonos Vintage del ELA (Assured) | Clase 17 |
| Reclamaciones de Bonos Vintage del ELA (National) | Clase 18 |
| Reclamaciones de Bonos Vintage del ELA (Ambac) | Clase 19 |
| Reclamaciones de Bonos Vintage del ELA (FGIC) | Clase 20 |
| Reclamaciones de Bonos Vintage del ELA (Syncora) | Clase 21 |
| Reclamaciones de Bonos Vintage Garantizados del ELA | Clase 23 |
| Reclamaciones de Bonos Vintage Garantizados del ELA (Assured) | Clase 24 |
| Reclamaciones de Bonos Vintage Garantizados del ELA (National) | Clase 25 |
| Reclamaciones de Bonos Vintage Garantizados del ELA (Ambac) | Clase 26 |
| Reclamaciones de Bonos Vintage Garantizados del ELA (FGIC) | Clase 27 |
| Reclamaciones de Bonos Vintage Garantizados del ELA (Syncora) | Clase 28 |
| Reclamaciones de Bonos 2011 del ELA | Clase 30 |
| Reclamaciones de Bonos 2011 Minoristas del ELA | Clase 31 |
| Reclamaciones de Bonos 2011 del ELA (Assured) | Clase 32 |
| Reclamaciones de Bonos Garantizados 2011 del ELA | Clase 34 |
| Reclamaciones de Bonos Serie D/E/PIB 2011 del ELA | Clase 36 |

|  | Clase |
|---|---|
| Reclamaciones de Bonos Serie D/E/PIB 2011 del ELA (Assured) | Clase 37 |
| Reclamaciones de Bonos Serie D/E/PIB 2011 Minoristas del ELA | Clase 38 |
| Reclamaciones de Bonos 2012 del ELA | Clase 40 |
| Reclamaciones de Bonos 2012 Minoristas del ELA | Clase 41 |
| Reclamaciones de Bonos 2012 del ELA (Assured) | Clase 42 |
| Reclamaciones de Bonos Garantizados 2012 del ELA | Clase 44 |
| Reclamaciones de Bonos 2014 del ELA | Clase 46 |
| Reclamaciones de Bonos 2014 Minoristas del ELA | Clase 47 |
| Reclamaciones de Bonos Garantizados 2014 del ELA | Clase 49 |
| Reclamaciones de Jubilados Participantes del SRE por Encima del Umbral | Clase 51D |
| Reclamaciones de Jubilados Participantes del SRJ por Debajo del Umbral | Clase 51B |
| Reclamaciones de Jubilados Participantes del SRJ por Encima del Umbral | Clase 51E |
| Reclamaciones de Jubilados Participantes del SRM por Encima del Umbral) | Clase 51F |
| Reclamaciones de Participantes Activos del SRE | Clase 51G |
| Reclamaciones de Participantes Activos del SRJ | Clase 51H |
| Reclamaciones de Participantes Activos del SRM | Clase 51I |
| Reclamaciones de Participantes de Nóminas de VTP por Encima del Umbral | Clase 51L |
| Reclamaciones de AFSCME | Clase 52 |
| Reclamaciones de productores lácteos | Clase 53 |
| Reclamaciones de dominio eminente | Clase 54 |
| Reclamaciones del Centro Médico | Clase 56 |
| Reclamaciones Generales Sin Garantía del ELA | Clase 58 |
| Reclamaciones del ELA/ACT | Clase 59 |
| Reclamaciones del ELA/Centro de Convenciones | Clase 60 |
| Reclamaciones del ELA/Impuesto al Ron de la AFI | Clase 61 |
| Reclamaciones del ELA/AMA | Clase 62 |
| Reclamaciones de Bonos del SRE | Clase 65 |
| Reclamaciones Generales Sin Garantía del SRE | Clase 66 |
| Reclamaciones Federales | Clase 69 |

3.　　**_Vista de confirmación._**　Se celebrará una vista para considerar la confirmación del Plan (la "<u>Vista de Confirmación</u>") ante la Honorable Laura Taylor Swain, en una vista

telefónica a través de CourtSolutions los días **8 – 10, 12, 15 – 18 y 22 – 23 de noviembre a las 9:30 a.m. (hora estándar del Atlántico)**.

    4.      La Vista de Confirmación puede ser continuada periódicamente por el Tribunal o la Junta de Supervisión, sin notificación adicional o a través de aplazamientos anunciados en audiencia pública o como se indica en cualquier notificación de los asuntos que se considerarán en la vista presentada ante el Tribunal, y el Plan puede ser modificado, si es necesario, antes, durante o como resultado de la Vista de Confirmación, de acuerdo con las disposiciones de modificación del Plan y la Regla Local 3016-2, sin notificación adicional a las partes interesadas.

    5.      ***Depósito de confirmación del Plan.***  La información relativa a la confirmación del Plan está disponible en línea en el Depósito de Confirmación del Plan en titleiiiplandataroom.com.

    6.      ***Fecha límite de objeción de la confirmación.*** El Tribunal ha establecido el **19 de octubre de 2021 a las 5:00 p.m. (hora estándar del Atlántico)** (la "Fecha Límite de Objeción a la Confirmación") como fecha límite para presentar objeciones o réplicas a la confirmación del Plan propuesto.

    7.      ***Objeciones y réplicas a la confirmación.***  Las objeciones y réplicas a la confirmación del Plan deben:

        a.   Estar redactadas por escrito, en inglés, y firmadas;

        b.   Indicar el nombre, el domicilio y la naturaleza de la Reclamación de la parte que se opone o responde;

        c.   Exponer en detalle el fundamento y la naturaleza de cualquier objeción o réplica y, cuando corresponda, la redacción propuesta que debe insertarse en el Plan con el fin de resolver cualquier objeción o réplica;

        d.   Presentarse electrónicamente ante el Tribunal en el registro *En referencia al Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal en formato de documento portátil

con función de búsqueda, **como más tardar el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico).**

   i. Si no es usted abogado registrado como usuario del sistema de registro de casos del Tribunal, podrá enviar por correo postal su objeción a la Oficina de Secretaría del Tribunal, a:

   Tribunal de Distrito de EE.UU., Oficina de Secretaría
   Avenida Carlos Chardón 150, Suite 150
   San Juan, Puerto Rico 00918-1767

   que deberá recibirse como más tarde **el 19 de octubre de 2021 las 5:00 p.m. (hora estándar del Atlántico)**.

e. Notificarse a la Oficina del Fideicomisario de Estados Unidos para el Distrito de Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (ref: En el caso: el Estado Libre Asociado de Puerto Rico) de manera que se reciba en o antes de la Fecha Límite de Objeción a la Confirmación Final.

8. *Participación en la Indagatoria de confirmación*. Si desea participar en la indagatoria relativa a la confirmación del Plan deberá presentar una notificación de sus intenciones de participar en la indagatoria (una "Notificación de indagatoria"), un formulario que encontrará en https://cases.primeclerk.com/puertorico/. Si presenta su Notificación de indagatoria como más tardar el **15 de agosto de 2021**, es posible que se le permita el acceso a documentos del Depósito del Plan donde se guardan información y documentos relativos al Plan, y podrá asimismo notificar sus propias solicitudes indagatorias. Si presenta su Notificación indagatoria después del **15 de agosto de 2021**, pero antes del **19 de agosto de 2021 (o en esta última fecha)**, es posible que se le permita el acceso a documentos del Depósito del Plan. Tenga en cuenta que el acceso a la información en el Depósito del Plan podría quedar sujeto al cumplimiento de los requisitos de acceso de los Deudores.

9. Deberá presentar la Notificación de indagatoria en el formato estipulado por el sitio web
   del Caso del Título III, a saber:

   a. Estar por escrito, en inglés, e ir firmada;

   b. Indicar su nombre, domicilio, naturaleza de su Reclamación y número de
      Reclamación;

   c. Indicar sus intenciones de participar en la indagatoria relativa a la confirmación
      del Plan; y

   d. Presentarla electrónicamente al Tribunal, en el registro CM/ECF Notificación de
      intenciones de participar en la indagatoria de la Confirmación del Plan del Estado
      Libre Asociado, en *En referencia al Estado Libre Asociado de Puerto Rico*, Caso
      núm. 17 BK 3283-LTS, a través del sistema de registro de casos del Tribunal
      como más tardar en la fecha de plazo final correspondiente.

      i. Si no está usted representado por un abogado, podrá optar por enviar la
         Notificación de indagatoria por correo postal a la Oficina de Secretaría del
         Tribunal, en:
         Tribunal de Distrito de EE.UU., Oficina de Secretaría
         Avenida Carlos Chardón 150, Suite 150
         San Juan, Puerto Rico 00918-1767

      que deberá recibirse como más tardar en la fecha de plazo pertinente.

10. **Para poder participar en la indagatoria relacionada con la confirmación del Plan,
    deberá presentar la Notificación de indagatoria en plazo**. No obstante, si no
    presentase la Notificación de indagatoria en plazo, ello no será óbice para que presente
    una objeción a la confirmación del Plan como más tardar en el Plazo de objeción de la
    Confirmación, aunque no podrá ver los documentos del Depósito del Plan ni tampoco
    participar en la indagatoria.

11. *Calendario y fechas límite de indagatoria*. El Tribunal ha establecido el siguiente
    calendario y fechas límite, que serán aplicables a los Deudores y a otras partes
    interesadas que hayan presentado puntualmente una Notificación de indagatoria y tengan

7

derecho a participar en la indagatoria[3].

| Resumen de determinadas fechas límite | |
|---|---|
| **3 de agosto de 2021** | Fecha final para que los Deudores presenten una lista preliminar de testigos de hechos, y temas sobre los cuales dichas personas testificarán (la "<u>Lista preliminar de testigos de hechos de los Deudores</u>"). |
| | Fecha final para que los Deudores presenten un resumen inicial explicando qué es lo que los Deudores pretenden demostrar en la confirmación. |
| **6 de agosto de 2021** | Fecha inicial para que todas las partes presenten sus solicitudes iniciales de presentación de documentos no depositados (las "<u>Solicitudes iniciales de presentación</u>". Los acreedores y las partes interesadas podrán presentar las Solicitudes iniciales de presentación solamente tras cursar una Notificación de intenciones de participar en la indagatoria (tal como se define a continuación). Las respuestas y objeciones a dichas Solicitudes iniciales de presentación se cursarán en un plazo de siete (7) días desde haber cursado dichas Solicitudes. |
| **15 de agosto de 2021** | Fecha final para que los acreedores y partes interesadas presenten una "<u>Notificación de intenciones de participar en la indagatoria</u>", también denominada "<u>Notificación de indagatoria</u>". Solamente las partes que presenten puntualmente una Notificación de intenciones de participar en la indagatoria podrán participar en la indagatoria, aunque hacerlo no será óbice para que una parte objete la confirmación del Plan. |
| **6 de septiembre de 2021** | Plazo final para que los Acreedores elegibles presenten una lista preliminar de testigos de hechos, y temas sobre los cuales dichas personas testificarán (una "<u>Lista preliminar de testigos de hechos de los Acreedores elegibles</u>"). |
| | Plazo final para que todas las partes presenten las declaraciones iniciales de peritos ("<u>Declaraciones iniciales de peritos</u>"). |
| **13 de septiembre de 2021** | Plazo final para que todas las partes presenten las declaraciones iniciales de peritos ("<u>Declaraciones iniciales de peritos</u>"). |
| | Fecha límite para que todas las partes presenten las notificaciones oficiales de declaración, los temas a declarar y los horarios solicitados para ello ("<u>Notificaciones iniciales de declaración</u>") (todas las partes tiene un tiempo limitado a siete (7) horas para las declaraciones). Se admitirán posteriores notificaciones siempre y cuando la indagatoria concluya en el plazo admitido. |
| **30 se septiembre de 2021** | Fecha límite para que todas las partes presenten las mociones "*Daubert*" y las mociones "*in limine*". |

---

[3] Todas las fechas y procedimientos estipulados en esta notificación están sujetos a modificación como consecuencia de una nueva orden judicial.

| 1 de octubre de 2021 | Plazo final para que todas las partes presente un máximo de quince (15) interrogatorios ("Interrogatorios"), incluyendo subpartes. Las respuestas y objeciones a dichos Interrogatorios se cursarán antes de que transcurran diez (10) días desde el momento de presentación de los citados Interrogatorios. |
|---|---|
| 4 de octubre de 2021 | Plazo final para que todas las partes presenten las declaraciones de refutación de peritos ("Declaraciones de refutación de peritos"). |
| | Plazo final para que todas las partes presenten solicitudes de seguimiento de presentación de documentos ("Solicitudes de seguimiento de presentación" y, colectivamente, con las Solicitudes de presentación iniciales, las "Solicitudes de presentación"). |
| 8 de octubre de 2021 | Plazo final para que todas las partes presenten los informes de refutación de peritos ("Informes de refutación de peritos"). |
| | Plazo final para que los Deudores presenten una propuesta inicial de orden en apoyo de la confirmación del Plan (la "Propuesta inicial de orden de confirmación"). |
| 11 de octubre de 2021 | Plazo final para que las partes presenten solicitudes de admisión, limitadas a la autenticación de documentos ("Informes de admisión"). |
| | Conclusión de la indagatoria de hechos (la "Fecha límite de indagatoria de hechos"). |
| 15 de octubre de 2021 | Fecha límite para todas las partes presenten las declaraciones de refutación de expertos ("Declaraciones de refutación de expertos"). |
| 18 de octubre de 2021 | Conclusión de la indagatoria de peritos (la "Fecha límite de indagatoria de peritos"). |
| 19 de octubre de 2021 | Fecha límite para que los Acreedores elegibles presenten sus objeciones a la confirmación del Plan ("Objeciones"). |
| | Fecha límite de presentación de la Notificación de intenciones de participar en la indagatoria o de la Notificación de indagatoria de los Acreedores elegibles que solamente deseen acceder a los documentos del Depósito del Plan. |
| 22 de octubre de 2021 | Fecha límite para que los Acreedores elegibles presenten objeciones a la Propuesta inicial de orden de confirmación. |
| | Fecha límite para que todas las partes presenten las listas de testigos, las listas de pruebas y las designaciones de declaraciones definitivas. |
| | Fecha límite para que todas las partes presenten sus oposiciones a las mociones "Daubert" y las mociones "in limine". |
| 25 de octubre de 2021 | Fecha límite para que todas las partes presenten las declaraciones de testigos que se utilizarán en la Vista de confirmación ("Declaraciones de testigos"). |
| | Fecha límite para que los Deudores presenten sus propuestas de conclusiones iniciales de hecho y de derecho en apoyo a la confirmación del Plan (las "Conclusiones iniciales de |

| | hecho y de derecho"). |
|---|---|
| **27 de octubre de 2021** | Fecha límite para que los Deudores presenten sus respuestas en apoyo a las Propuestas de orden de confirmación y Respuestas a las objeciones de confirmación del Plan. |
| **30 de octubre de 2021** | Fecha límite para que las partes presenten sus contradesignaciones, objeciones a las declaraciones designadas u objeciones a las listas de pruebas. |
| **1 de noviembre de 2021** | Vista virtual de las mociones "*in limine*". |
| **8 de noviembre de 2021** | Inicio de la Vista de confirmación. |

12.     ***Fecha de registro de votación.*** La fecha de registro de la votación es el **13 de julio de 2021** (la "Fecha de Registro de Votación"), que es la fecha para determinar cuáles son los tenedores de Reclamaciones en las Clases con Derecho al Voto (excepto las Clases de Bonos[4], la Clase 51 y la Clase 52) que tienen derecho a votar sobre el Plan.  Por lo tanto, solo los acreedores de una Clase con derecho al voto sobre el Plan y que tengan Reclamaciones contra los Deudores (excepto en las Clases de Bonos, la Clase 51 y la Clase 52) en la Fecha de Registro de Votación tienen derecho a votar sobre el Plan.

13.     ***Fecha límite de votación.***  La fecha límite para votar el Plan es el **4 de octubre de 2021, a las 5:00 p.m. (hora estándar del Atlántico)**, salvo que se prorrogue dicha fecha (la "Fecha Límite de Votación"). ***No estará obligado a votar sobre el Plan para recibir distribuciones de conformidad con los términos y condiciones del Plan, si lo confirma el Tribunal y siempre y cuando sea usted titular de una Reclamación permitida.***

14.     Si ha recibido un Paquete de Convocatoria, que incluye una Papeleta o una Notificación, y tiene intención de votar sobre el Plan, ***debe***: (a) seguir cuidadosamente las

---

[4]     Para evitar cualquier duda, dado que los titulares de Reclamaciones de las Clases de Bonos deben enviar su voto y/o elección a través de la Plataforma Automatizada de Oferta de Presentación de DTC, la Fecha de Registro de la Votación no será de aplicación a las Clases de Bonos, y los titulares de los valores correspondientes en el momento de la emisión serán elegibles para votar y/o realizar una elección.

instrucciones; (b) completar *toda* la información requerida en la Papeleta (según sea el caso); y

(c) (i) firmar y devolver su Papeleta completada de acuerdo con lo que se estipula en detalle en

las instrucciones de votación incluidas en el Paquete de Convocatoria, de forma que su papeleta

sea *efectivamente recibida* por el agente de convocatoria de los Deudores, Prime Clerk (el

"Agente de Votación") en o antes de la Fecha Límite de Votación, o (ii) o dar instrucciones a su

corredor o persona designada (cada uno de ellos, una "Persona Designada") para que entregue

electrónicamente sus bonos a través del Programa Automatizado de Oferta de Presentación

("ATOP") en The Depository Trust Company ("DTC") de acuerdo con su deseo de votar para

aceptar o rechazar el Plan en o antes de la Fecha Límite de Votación. *El incumplimiento de*

*estas instrucciones puede hacer que su voto sea descalificado.*

     15.    *Fecha Límite de Elección*.  La fecha límite para que los tenedores de

Reclamaciones de Bonos elegibles que tengan derecho a elegir la forma de distribución según el

Plan realicen dicha elección es el **4 de octubre de 2021, a las 5:00 p.m. (hora estándar del**

**Atlántico)**, salvo que esta fecha se prorrogue (la "Fecha Límite de Elección").  Si ha recibido

una Notificación con la opción de hacer una elección, *debe*: (a) seguir cuidadosamente las

instrucciones; y (b) entregar *toda* la información requerida de acuerdo con lo establecido en las

instrucciones de elección de manera que sea recibida por su Persona Designada con tiempo

suficiente para que su Persona Designada pueda *ejecutar efectivamente* su elección a través de

ATOP de DTC en o antes de la Fecha Límite de Elección.

     16.    *Partes interesadas sin derecho al voto.*  Se considera que los acreedores de las

siguientes Clases rechazan el Plan y no tienen derecho al voto:

- Clase 63 (Reclamaciones por Asignaciones del ELA), y

- Clase 64 (Reclamaciones Subordinadas del ELA 510(b)).

17.     Se considera que los acreedores de las siguientes Clases aceptan el Plan y no tienen derecho al voto, aunque recibirán las distribuciones de conformidad con los términos y condiciones del Plan, si este es confirmado por el Tribunal:

- Clase  51A (Reclamaciones de Jubilados Participantes del SRE por Debajo del Umbral)

- Clase 51C (Reclamaciones de Jubilados Participantes del SRM por Debajo del Umbral)

- Clase 51J (Reclamaciones de Participantes del Sistema 2000)

- Clase 51K (Reclamaciones de Participantes de Nóminas de VTP por Debajo del Umbral)

- Clase 55 (Reclamaciones de Incentivos Energéticos),

- Clase 57 (Reclamaciones de Créditos Contributivos),

- Clase 67 (Reclamaciones Gracia-Gracia), y

- Clase 68 (Reclamaciones de Conveniencia)

18.     Si una Reclamación figura en la lista de acreedores de los Deudores [Caso Núm. 17-3283, ECF Núm. 1215, 1316, 2582, 10708] como contingente, no liquidada o impugnada y no se ha presentado una evidencia de reclamación (i) antes de la fecha límite para la presentación de evidencias de reclamación establecida por el Tribunal o de la Fecha de Registro de Votación (según sea el caso), lo que ocurra primero; o (ii) se considere presentada a tiempo por una orden del Tribunal antes de la Fecha Límite de Votación, dicha Reclamación no tendrá derecho a votación para aceptar o rechazar el Plan.  Las evidencias de reclamación presentadas por $0.00 o las Reclamaciones que hayan sido impugnadas por orden del Tribunal tampoco tienen derecho al voto.

12

19.     Si usted pertenece a las Clases 63 o 64, o ha presentado oportunamente una evidencia de reclamación y no está de acuerdo con la clasificación de los Deudores, la objeción o la solicitud de estimación de su Reclamación y cree que debería tener derecho a votar sobre el Plan, debe notificar a los Deudores y al Fideicomisario de Estados Unidos (puede consultar su dirección en el párrafo 7(e) precedente) y presentar ante el Tribunal (con copia al Despacho de la Juez) una moción (una "Moción de la Regla 3018(a)") para obtener una orden a tenor con la Regla 3018 de las Reglas Federales de Procedimiento de Quiebra (las "Reglas de Quiebra") que permita de forma temporal su Reclamación por un monto diferente o una Clase diferente a los efectos de votar para aceptar o rechazar el Plan.  Todas las Mociones de la Regla 3018(a) deben presentarse en o antes del décimo (10º) día después de una de las siguientes fechas, la que ocurra último: (i) la notificación de esta Vista de Confirmación y (ii) la notificación de una objeción o solicitud de estimación, si la hubiera, en cuanto a dicha Reclamación.  De acuerdo con la Regla de Quiebra 3018(a), en lo que respecta a cualquier acreedor que presente una Moción conforme a la Regla 3018(a), la Papeleta de dicho acreedor no se contabilizará, salvo que el Tribunal ordene lo contrario antes de la Fecha Límite de Votación (**4 de octubre de 2021 a las 5:00 p.m. (hora estándar del Atlántico**)).   Los acreedores pueden ponerse en contacto con el Agente de Votación (i) por correo de primera clase o por mensajería nocturna, a Puerto Rico Ballot Processing, C/O Prime Clerk LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165, (ii) por teléfono llamando al (844) 822-9231 (llamada gratuita para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o (iii) o por correo electrónico a puertoricoinfo@primeclerk.com, para recibir una Papeleta adecuada para cualquier Reclamación para la que se haya presentado oportunamente una evidencia de reclamación y se haya concedido

una Moción conforme a la Regla 3018(a). Las Mociones de la Regla 3018(a) que no se hayan

presentado a tiempo y en la forma establecida en el presente no serán tenidas en cuenta.

20.     Si desea que su Reclamación sea admitida provisionalmente a efectos de votación

de conformidad con la Regla de Quiebras 3018(a), en https://cases.primeclerk.com/puertorico/

encontrará un formulario de la Regla 3018(a) con instrucciones para rellenar y presentar la

moción.

21.     ***Partes que no serán tratadas como Acreedores***.    Cualquier tenedor de una

Reclamación que (i) esté programado en la Lista de Acreedores a $0.00 y que no sea objeto de

una evidencia de Reclamación presentada a tiempo o de una evidencia de Reclamación que se

considere presentada a tiempo ante el Tribunal a tenor con el Código de Quiebras o con cualquier

orden del Tribunal, o que se considere presentada a tiempo según la ley aplicable, o (ii) no está

programado y no es objeto de una evidencia de reclamación presentada a tiempo o una evidencia

de reclamación considerada como presentada a tiempo ante el Tribunal a tenor con el Código de

Quiebras o cualquier orden del Tribunal, o de otra manera considerada como presentada a tiempo

conforme a la ley aplicable, no será tratado como un acreedor con respecto a dicha Reclamación

a los efectos de (a) recibir notificaciones sobre el Plan, y (b) votar sobre el Plan.

22.     ***Información adicional***.    Cualquier parte interesada que desee obtener

información sobre los procedimientos de convocatoria o copias de la Declaración de Divulgación

o del Plan, incluyendo sus traducciones al español, debe ponerse en contacto con el Agente de

Votación, Prime Clerk LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para

EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00

p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico a

puertoricoinfo@primeclerk.com,      o      puede      ver      dichos      documentos      accediendo      a

https://cases.primeclerk.com/puertorico/ o al sitio web del Tribunal,
https://www.prd.uscourts.gov/. Tenga en cuenta que se necesita una contraseña y un inicio de
sesión para acceder a los documentos que figuran en el sitio web del Tribunal a través del
sistema de Acceso Público a los Registros Electrónicos del Tribunal (PACER, por sus siglas en
inglés) (http://www.pacer.psc.uscourts.gov).

     23. ***Reglas de Quiebra 2002(c)(3) y 3016(c)).*** **De acuerdo con las Reglas de
Quiebra 2002(c)(3) y 3016(c), a continuación se exponen las disposiciones de descargo,
exculpación e interdicto contenidas en el Plan:**

**<u>Sección 92.2– Exoneración y descargo de reclamaciones y causas de acción</u>**:

     (a)     Salvo que se disponga expresamente en el Plan o en la Orden de
Confirmación, todas las distribuciones y derechos otorgados en virtud del Plan serán, y se
considerarán, a cambio de, y en completa satisfacción, liquidación, exoneración y descargo de,
todas las Reclamaciones o Causas de Acción contra las Partes Exoneradas que surgieron, en todo
o en parte, antes de la Fecha de Vigencia, en relación con los Casos de Título III, los Deudores o
los Deudores Reorganizados o cualquiera de sus respectivos Activos, bienes o intereses de
cualquier naturaleza, incluidos los intereses devengados por dichas Reclamaciones en o a partir
de la Fecha de Petición, e independientemente de que se hayan distribuido o retenido bienes a
tenor con el Plan a causa de dichas Reclamaciones o Causas de Acción. En la Fecha de
Vigencia, los Deudores y los Deudores Reorganizados se considerarán exonerados y eximidos de
toda y cualquier Reclamación, Causas de Acción y cualquier otra deuda emergente, en su
totalidad o en parte, antes de la Fecha de Vigencia (lo que incluye antes de la Fecha de Petición),
y todas las Reclamaciones del tipo especificado en las secciones 502(g), 502(h) o 502(i) del
Código de Quiebras, y la Sección 407 de PROMESA, ya sea o no (a) una evidencia de
reclamación basada en la cual se presente o se considere que se ha presentado dicha Reclamación
en virtud de la sección 501 del Código de Quiebras, (b) que se permita dicha Reclamación
conforme a la sección 502 del Código de Quiebras y a la Sección 407 de PROMESA (o que se
resuelva de otro modo), o (c) que el tenedor de una Reclamación basada en una deuda tal haya
votado para aceptar el Plan. Para disipar cualquier duda, nada de lo contenido aquí ni en la Orden
de confirmación librará, eximirá ni prescribirá ninguna reclamación o causa de acción contra la
AEP derivada de, o relacionada con, los bonos emitidos por la AEP, incluyendo, entre otros, los
emitidos con seguros monolínea pertinentes, y la AEP no exime de ninguna reclamación ni causa
de acción contra cualquier Entidad no deudora. Las reclamaciones y causas de acción contra la
AEP derivadas de, o relacionadas con, los bonos emitidos por la AEP, y las exenciones contra la
AEP y sus activos, se dirigirán al caso del Título III de la AEP, incluyendo, entre otros, cualquier
plan de ajuste pertinente.

     (b)     Salvo que se disponga expresamente en el Plan o en la Orden de
Confirmación, todas las Entidades estarán impedidas de hacer valer todas y cada una de las

<div align="center">15</div>

Reclamaciones contra los Deudores y Deudores Reorganizados, y cada uno de sus respectivos Activos, bienes y derechos, remedios, Reclamaciones o Causas de Acción o responsabilidades de cualquier naturaleza, relacionadas con los Casos del Título III, los Deudores o los Deudores Reorganizados o cualquiera de sus respectivos Activos y bienes, incluyendo cualquier interés acumulado sobre dichas Reclamaciones desde y después de la Fecha de Petición, e independientemente de que se hayan distribuido o retenido bienes a tenor del Plan por cuenta de dichas Reclamaciones u otras obligaciones, demandas, sentencias, daños y perjuicios, deudas, derechos, remedios, causas de acción o responsabilidades. De acuerdo con lo anterior, salvo que se disponga expresamente en el Plan o en la Orden de Confirmación, la Orden de Confirmación constituirá una determinación judicial, a la Fecha de Vigencia, de la exoneración y descargo de todas esas Reclamaciones, Causas de Acción o deuda de o contra los Deudores y los Deudores Reorganizados a tenor con las secciones 524 y 944 del Código de Quiebras, aplicable al Caso de Título III a tenor con la Sección 301 de PROMESA, y dicha exoneración anulará y extinguirá cualquier sentencia obtenida contra los Deudores o Deudores Reorganizados y sus respectivos Activos, y bienes en cualquier momento, en la medida en que dicha sentencia esté relacionada con una Reclamación, deuda o responsabilidad que sea objeto de dicha exoneración. A la Fecha de Vigencia, y como contraprestación por el valor proporcionado en virtud del Plan, se considera que cada tenedor de una Reclamación de cualquier Clase en virtud de este Plan libera, renuncia y exonera para siempre, y liberará, renunciará y exonerará para siempre a, los Deudores y a los Deudores Reorganizados, y a sus respectivos Activos y bienes, y a todas esas Reclamaciones.

(c)     No obstante cualquier otra disposición de esta Sección 92.2, de conformidad con las disposiciones del Acuerdo de Apoyo al Plan GO/AEP, se considerará que cada uno de los Acreedores del Acuerdo de Apoyo al Plan (AAP) GO/AEP y sus respectivas Personas Vinculadas, únicamente en su calidad de Acreedores de los Deudores, (i) han renunciado a y pactado no demandar o de otro modo intentar recuperar daños y perjuicios o buscar cualquier otro tipo de reparación contra cualquiera de los Exonerados del Gobierno basadas en, que se deriven de o estén relacionadas con las Reclamaciones Exoneradas del Gobierno o cualquiera de las Reclamaciones o Causas de Acción afirmadas o que podrían haber sido afirmadas, incluyendo, entre otros, en las Acciones de Recuperación (Clawback) y las Mociones de Levantamiento de la Paralización, y (ii) no ayudarán directa o indirectamente a ninguna persona a realizar ninguna acción con respecto a las Reclamaciones Exoneradas del Gobierno que esté prohibida por el presente Cláusula 92.2.

(d)     Limitación de la SEC. No obstante nada de lo contenido en sentido contrario o en la Orden de confirmación, ninguna disposición tendrá como consecuencia (i) impedir que la SEC haga valer sus potestades en materia de políticas o reglamentos; ni (ii) impedir. limitar, perjudicar ni retrasar que la SEC inicie o continúe reclamaciones, pleitos, procedimientos o investigaciones contra personas físicas o jurídicas no deudoras en ningún foro.

(e)     Limitación de los Estados Unidos. Limitación de la SEC. No obstante nada de lo contenido en sentido contrario o en la Orden de confirmación, ninguna disposición tendrá como consecuencia (i) impedir que los Estados Unidos o cualquiera de sus agencias, departamentos o agentes, o eximir de alguna manera que los Deudores o los Deudores reorganizados, según sea el caso, cumplan las leyes y requisitos federales o territoriales que implementen programas federalmente autorizados o delegados para la protección de la salud, la seguridad y el entorno de personas de dicho territorio, (ii) amplíe el ámbito de cualquier exoneración, exención o recurso a los cuales los Deudores o los Deudores reorganizados tengan

16

derecho de conformidad con el Título III, ni (iii) eximan, descarguen, impida o prohíban de alguna manera (A) cualquier responsabilidad de los Deudores o los Deudores reorganizados ante los Estados Unidos derivados de, y posteriores a, la Fecha de Entrada en vigencia, (B) cualquier responsabilidad de cara a los Estados Unidos que no sea una Reclamación, (C) cualquier defensa afirmativa o cualquier derecho de compensación o recobro de los Estados Unidos, de los Deudores o de los Deudores reorganizados, según proceda, reservándose expresamente dichos derechos de compensación y recobro de las citadas partes, (D) la continuidad de la validez de las obligaciones de los Estados Unidos, de los Deudores o de los Deudores reorganizados, según proceda, en virtud de cualquier subsidio o acuerdo de asistencia cooperativa de los Estados Unidos, (E) las obligaciones de los Deudores o de los Deudores reorganizados derivadas de políticas, leyes o reglamentos federales, incluyendo, entre otros, leyes relativas al medio ambiente, la salud o la seguridad pública, o leyes territoriales que implementen dichas disposiciones legales federales, incluyendo, entre otros, obligaciones de cumplimiento normativo, requisitos de decretos de consentimiento o de órdenes judiciales, y obligaciones de pagar las correspondientes penalizaciones administrativas, civiles y de otra índole, (F) cualquier responsabilidad en materia de medio ambiente u obligación para con los Estados Unidos que los Deudores, los Deudores reorganizados, sus sucesores o cualquier otra persona física o jurídica puedan tener como propietarios o explotadores de bienes raíces que se hubiesen producido durante el período a partir de la Fecha de Entrada en vigencia, incluyendo, entre otros, obligaciones de cumplimiento normativo, requisitos de decretos de consentimiento u órdenes judiciales y obligaciones de pagar las correspondientes penalizaciones administrativas, civiles y de otra índole, y (G) cualquier responsabilidad de cara a los Estados Unidos por parte de cualquier no deudor. Sin que ello suponga una limitación a la generalidad de lo antedicho, nada de lo contenido aquí ni en la Orden de confirmación podrá considerarse (i) una determinación de la obligación tributaria de cualquier entidad, incluyendo, entre otros, los Deudores y los Deudores reorganizados, (ii) vinculante para el IRS con respecto a las obligaciones tributarias federales, situación fiscal u obligaciones de declaración y retención de impuestos de cualquier entidad, incluyendo, entre otros, los Deudores y los Deudores reorganizados, (iii) una exención, satisfacción, excepción ni prohibición de cualquier recaudación reclamada por el IRS contra cualquier entidad que no sean los Deudores y los Deudores reorganizados, y (iv) otorgar ninguna exención a ninguna Entidad que el Tribunal tenga prohibido por la Ley de Sentencias Declaratorias, 28 U.S.C. § 2201(a) o la Ley contra Medidas Cautelares aplicables a impuestos, 26 U.S.C. § 7421(a).

(f)     Actuaciones de las aseguradoras. No obstante cualquier disposición en sentido contrario contenida aquí o en la Orden de confirmación, incluyendo, entre otros, las Secciones 92.2, 92.3 y 92.11 del Plan, y salvo que esté excluido por lo estipulado en PROMESA, nada de lo contenido en el Plan, la Orden de confirmación u oro documento relacionado con el Plan incluido en el Suplemento del Plan, tiene por objeto ni podrá interpretarse como un intento de perjudicar, alterar, modificar, disminuir, prohibir, impedir, restringir, limitar, eximir, reducir, eliminar o limitar los derechos de demandados y demandantes, incluyendo, entre otros, las partes de las Actuaciones de las aseguradoras, de hacer valer sus respectivos derechos, reclamaciones, causas de acción y defensa.

**Sección 92.3 – Interdicto sobre las Reclamaciones**:

17

Salvo que se disponga expresamente lo contrario en el Plan, en la Orden de Confirmación o en cualquier otra Orden Definitiva del Tribunal del Título III que pueda ser aplicable, todas las Entidades que hayan tenido, tengan o puedan tener Reclamaciones o cualquier otra deuda o responsabilidad que se exonere o renuncie a tenor con la Sección 92.2 del presente o que hayan tenido, tengan o puedan tener Reclamaciones o cualquier otra deuda o responsabilidad que se exonere o renuncie a tenor con la Sección 92.2 del presente tienen permanentemente prohibido, en o a partir de la Fecha de Vigencia, (a) comenzar o continuar, directa o indirectamente, de cualquier manera, cualquier acción u otro procedimiento (incluyendo, entre otros, cualquier procedimiento judicial, arbitral, administrativo u otro) de cualquier índole sobre cualquier Reclamación u otra deuda o responsabilidad que se exonere a tenor con el Plan contra cualquiera de las Partes Exoneradas o cualquiera de sus respectivos activos o bienes, (b) la ejecución, el embargo, el cobro o la recuperación por cualquier forma o medio de cualquier sentencia, laudo, decreto u orden contra cualquiera de las Partes Exoneradas o cualquiera de sus respectivos activos o bienes por cuenta de cualquier Reclamación u otra deuda o responsabilidad que se exonere a tenor con el Plan, (c) crear, perfeccionar o aplicar cualquier gravamen de cualquier tipo contra cualquiera de las Partes Exoneradas o cualquiera de sus respectivos activos o bienes por cuenta de cualquier Reclamación u otra deuda o responsabilidad que se exonere en conformidad con el Plan; y (d) salvo en la medida en que se disponga, permita o preserve en las secciones 553, 555, 556, 559 o 560 del Código de Quiebras o conforme al derecho de recuperación del derecho consuetudinario, hacer valer cualquier derecho de compensación, subrogación o recuperación de cualquier tipo contra cualquier obligación debida de cualquiera de las Partes Exoneradas o cualquiera de sus respectivos activos o bienes, con respecto a cualquier Reclamación y otra deuda o responsabilidad que se exonere en conformidad con el Plan. Este interdicto se extenderá a todos los sucesores y cesionarios de las Partes Exoneradas y sus respectivos activos y bienes.

**Sección 92.5 – Exoneraciones de los Deudores y Deudores Reorganizados**:

Salvo que se disponga expresamente lo contrario en el Plan o en la Orden de Confirmación, en la Fecha de Vigencia, y por una contraprestación válida y susceptible de apreciación pecuniaria, cada uno de los Deudores y los Deudores Reorganizados, el Agente Pagador y cada una de las Personas Relacionadas de los Deudores y los Deudores Reorganizados, se considerará que ha, y por la presente lo hace de manera irrevocable e incondicional, plenamente, definitivamente y a perpetuidad, renunciado, exonerado, absuelto y relevado a las Partes Exoneradas de toda y cualquier Reclamación o Causas de Acción que los Deudores, los Deudores Reorganizados y el Agente Pagador, o cualquiera de ellos, o cualquiera que reclame a través de ellos, en su nombre o para su propio beneficio, tengan o pudieran tener o reclamaran tener, ahora o en el futuro, contra cualquier Parte Exonerada que sean Reclamaciones Exoneradas o que de otro modo se basen en, se relacionen con, o surjan de o en conexión con, en su totalidad o en parte, cualquier acto, omisión, transacción, evento u otra circunstancia relacionada con los Casos de Título III, los Deudores que tengan lugar o existan en o antes de la Fecha de Vigencia, y/o cualquier Reclamación, acto, hecho, transacción, ocurrencia, declaración u omisión en relación con ello, o que podría haber sido alegada, incluyendo, entre otros, cualquier Reclamación, demanda, derecho, responsabilidad, o causa de acción para la indemnización, contribución u otro fundamento, según la ley escrita o el derecho consuetudinario, por daños y perjuicios, costos u honorarios.

18

**Sección 92.6 – Interdictos relacionados con descargos**:

A la Fecha de Vigencia, todas las Entidades que tengan, hayan tenido o puedan tener una Reclamación Exonerada que es tal en conformidad con la Sección 92.5 del Plan, están, y estarán, permanentemente, para siempre y completamente suspendidas, restringidas, prohibidas, vetadas e inhabilitadas para llevar a cabo cualquiera de las siguientes acciones, ya sea directa o indirectamente, de forma derivada o de otra manera, a causa o en base al objeto de dichas Reclamaciones Exoneradas: (i) iniciar, realizar o continuar de cualquier manera, ya sea directa o indirecta, cualquier juicio, acción u otro procedimiento (lo que incluye, entre otros, cualquier procedimiento judicial, arbitral, administrativo o de otro tipo) en cualquier foro; (ii) aplicar, embargar (lo que incluye, entre otros, cualquier embargo previo a la sentencia), cobrar o intentar de cualquier manera recobrar cualquier sentencia, laudo, decreto u otra orden; (iii) crear, perfeccionar o de cualquier manera aplicar en cualquier cuestión, directa o indirectamente, cualquier Gravamen; (iv) compensar, buscar reembolsos o contribuciones de o subrogación contra, o recuperar de cualquier otra manera, directa o indirecta, cualquier monto contra cualquier pasivo u obligación adeudados a cualquier Entidad exonerada conforme a la Sección 92.5 del presente; e (v) iniciar y continuar de cualquier manera y en cualquier lugar, cualquier procedimiento judicial, de arbitraje o administrativo en cualquier foro, que no cumpla o no sea compatible con las disposiciones del Plan o de la Orden de Confirmación. Para evitar dudas, las siguientes estipulaciones se extinguirán con el registro de la Orden de Confirmación: la Cuarta Estipulación Enmendada entre el Estado Libre Asociado de Puerto Rico y la Autoridad de Carreteras y Transportación de Puerto Rico con respecto a la Suspensión de la Prescripción y Orden de Consentimiento [Caso Núm. 173283-LTS, ECF Núm. 15854], y sus enmiendas; y la Cuarta Estipulación Enmendada y Orden de Consentimiento entre los Deudores del Título III (salvo COFINA) y la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico actuando en nombre de las entidades gubernamentales enumeradas en el Apéndice "B" en relación con la Suspensión de la Prescripción [Caso Núm. 17-3283-LTS, ECF Núm. 17394, y sus enmiendas.

**Sección 92.7 – Exculpación**:

(a) **Partes del Gobierno:** La Junta de Supervisión, AAFAF, los Deudores y cada una de las respectivas Personas Relacionadas, actuando exclusivamente en su capacidad como tales en cualquier momento hasta la Fecha de Vigencia inclusive, no tendrán ni incurrirán en responsabilidad legal alguna ante cualquier Entidad por actos u omisiones en relación con los Casos de Título III, la formulación, preparación, difusión, implementación, confirmación o aprobación del Plan o de cualquier transacción o acuerdo contenido en estos, la Declaración de Divulgación, o cualquier contrato, instrumento, publicación u otro acuerdo o documento previsto o contemplado en relación con el perfeccionamiento de las transacciones establecidas en el Plan; disponiéndose, sin embargo, que las disposiciones que anteceden a esta Sección 89.7 no afectarán las responsabilidades de cualquier Entidad que de otro modo hubieren resultado de dicho acto u omisión en la medida en que se determine en una Orden Definitiva que dicho acto u omisión constituyó fraude intencional o conducta dolosa. Ninguna de las disposiciones anteriores de esta Sección 89.7(a) menoscabará el derecho de ninguna de las Partes del Gobierno, ni de los funcionarios y directivos de las Partes del Gobierno que cumplan funciones en cualquier momento hasta la Fecha de Vigencia, inclusive, ni de cada uno de sus profesionales

respectivos de recurrir al asesoramiento de un abogado como defensa respecto de sus deberes y responsabilidades en virtud del Plan.

(b) **Acreedores del AAP:** Cada uno de los Acreedores del AAP, exclusivamente en su calidad de partes del Acuerdo de Apoyo al Plan de GO/AEP y/o del Acuerdo de Apoyo al Plan de la ACT/ADCC y un Acreedor y/o aseguradora, según proceda, desde la Fecha de Petición y hasta la Fecha de Vigencia, inclusive, y cada una de sus respectivas Personas Relacionadas, no tendrán ni incurrirán en responsabilidad legal alguna ante cualquier Entidad por actos u omisiones en relación con los Casos de Título III, la mediación, negociación, formulación, preparación, difusión, implementación, confirmación o aprobación del Plan o de cualquier transacción o acuerdo contenido en estos, la Declaración de Divulgación, el Acuerdo de Apoyo al Plan de GO/AEP, el Acuerdo de Apoyo al Plan de la ACT/ADCC, los Documentos Definitivos o cualquier contrato, instrumento, publicación u otro acuerdo o documento previsto o contemplado en relación con el perfeccionamiento de las transacciones establecidas en el Plan; disponiéndose, sin embargo, que las disposiciones que anteceden a esta Sección 92.7(b) no afectarán las responsabilidades legales de cualquier Entidad que de otro modo hubieren resultado de dicho acto u omisión en la medida en que se determine en una Orden Definitiva que dicho acto u omisión constituyó fraude intencional o conducta dolosa.

(c) **Comité de Retirados:** Cada uno de los miembros del Comité de Retirados, exclusivamente en su calidad de miembro del Comité de Retirados y como Acreedor, según corresponda, desde la Fecha de Petición hasta la Fecha de Vigencia, inclusive, y cada una de las Personas Relacionadas del Comité de Retirados no tendrán ni incurrirán en responsabilidad legal alguna ante cualquier Entidad por actos u omisiones en relación con los Casos de Título III, la formulación, preparación, difusión, implementación, confirmación o aprobación del Plan o de cualquier compromiso o acuerdo contenido en estos, la Declaración de Divulgación, el Acuerdo de Apoyo del Plan del Comité de Retirados, o cualquier contrato, instrumento, publicación u otro acuerdo o documento previsto o contemplado en relación con el perfeccionamiento de las transacciones establecidas en el Plan y en el Acuerdo de Apoyo del Plan del Comité de Retirados; disponiéndose, sin embargo, que las disposiciones que anteceden a esta Sección 92.7(c) no afectarán la responsabilidad legal de cualquier Entidad que de otro modo habría resultado de dicho acto u omisión en la medida en que se determine en una Orden Definitiva que dicho acto u omisión constituyó fraude intencional o conducta dolosa.

(d) **Comité de Acreedores**: cada uno de los miembros del Comité de Acreedores, exclusivamente en su calidad de miembro del Comité de Acreedores, desde la Fecha de Petición hasta la Fecha de Vigencia, inclusive, y cada una de las Personas Relacionadas del Comité de Acreedores no tendrán ni incurrirán en responsabilidad legal alguna ante cualquier Entidad por actos u omisiones en relación con los Casos de Título III, la formulación, preparación, difusión, implementación, confirmación o aprobación del Plan o de cualquier compromiso o acuerdo contenido en estos, la Declaración de Divulgación, o cualquier contrato, instrumento, publicación u otro acuerdo o documento previsto o contemplado en relación con el perfeccionamiento de las transacciones establecidas en el Plan; disponiéndose, sin embargo, que las disposiciones que anteceden a esta Sección 92.7(d) no afectarán la responsabilidad legal de cualquier Entidad que de otro modo hubiere resultado de dicho acto u omisión en la medida en que se determine en una Orden Definitiva que dicho acto u omisión constituyó fraude intencional o conducta dolosa.

20

(e) **AFSCME:** Cada una de las partes de AFSCME exclusivamente en su calidad de parte del Acuerdo de Apoyo al Plan de la AFSCME y Acreedor, según corresponda, desde la Fecha de Petición hasta la Fecha de Vigencia, inclusive, y cada una de sus respectivas Personas Relacionadas no tendrán ni incurrirán en responsabilidad legal alguna ante cualquier Entidad por actos u omisiones en relación con los Casos de Título III, la formulación, preparación, difusión, implementación, confirmación o aprobación del Plan o de cualquier compromiso o acuerdo contenido en estos, la Declaración de Divulgación, el Acuerdo de Apoyo al Plan de AFSCME, o cualquier contrato, instrumento, publicación u otro acuerdo o documento previsto o contemplado en relación con el perfeccionamiento de las transacciones establecidas en el Plan y en el Acuerdo de Apoyo al Plan de AFSCME; _disponiéndose_, _sin embargo_, que las disposiciones que anteceden a esta Sección 89.7(e) no afectarán la responsabilidad legal de cualquier Entidad que de otro modo hubiere resultado de dicho acto u omisión en la medida en que se determine en una Orden Definitiva que dicho acto u omisión constituyó fraude intencional o conducta dolosa.

(f) **Aseguradoras Monolínea:** Ambac, Assured, FGIC, National, Syncora y sus respectivas Personas Relacionadas, no tendrán ni incurrirán en responsabilidad legal alguna ante ninguna Entidad por actos u omisiones que sean compatibles con el Plan en relación con la formulación, preparación, difusión, implementación, aceptación, confirmación o aprobación del Plan, lo que incluye, entre otros, el tratamiento de las Reclamaciones de Bonos Asegurados de Ambac, las Reclamaciones de Bonos Asegurados de Assured, las Reclamaciones de Bonos Asegurados de FGIC, las Reclamaciones de Bonos Asegurados de National o las Reclamaciones de Bonos Asegurados de Syncora, los procedimientos de votación, los procedimientos de elección y cualquier descargo de obligaciones en virtud de las Pólizas de Seguro de Ambac, las Pólizas de Seguro de Assured, las Pólizas de Seguro de FGIC, las Pólizas de Seguro de National o las Pólizas de Seguro de Syncora aplicables: _disponiéndose_, _sin embargo_, que no obstante cualquier disposición en contrario en el presente, los términos y las disposiciones del Plan no relevarán ni exculparán, ni se entenderá que relevan o exculpan, con respecto a cualquier beneficiario de Bonos Asegurados de Ambac, Bonos Asegurados de Assured, Bonos Asegurados de FGIC, Bonos Asegurados de National o Bonos Asegurados de Syncora cualquier obligación de pago en virtud de la Póliza de Seguro de Ambac, la Póliza de Seguro de Assured, la Póliza de Seguro de FGIC, la Póliza de Seguro de National o la Póliza de Seguro de Syncora aplicables de acuerdo con sus términos únicamente en la medida en que dicho tenedor no reciba el Tratamiento de Ambac, el Tratamiento de Assured, el Tratamiento de FGIC, el Tratamiento de National o el Tratamiento de Syncora, según corresponda (o cualquier reclamación que Ambac, Assured, FGIC National o Syncora puedan tener en contra de un beneficiario de los respectivos bonos asegurados de Ambac, de Assured, de FGIC, de National o de Syncora con respecto a las Pólizas de Seguro de Ambac, Assured, FGIC, National o Syncora, según proceda).

### Sección 92.8 – Litigio Relacionado con las Designaciones:

No obstante cualquier disposición en contrario en el presente, en el caso de que se dicte una Orden Definitiva en relación con el Litigio Relacionado con las Designaciones o el Litigio de Uniformidad con posterioridad a la emisión de la Orden de Confirmación, como contraprestación de la distribuciones efectuadas, que se efectuarán, o que se considerarán efectuadas de conformidad con los términos y disposiciones del Plan y los documentos e instrumentos relacionados con este, todos los Acreedores o las demás Entidades que reciban, o se

considere que han recibido, distribuciones en conformidad con el Plan o como resultado del Plan, consienten y aceptan que dicha Orden Definitiva no revertirá, afectará ni modificará de otro modo las transacciones contempladas en el Plan y en la Orden de Confirmación, lo que incluye, entre otros, los descargos, exculpaciones e interdictos previstos en el Artículo XCII del Plan.

**Sección 92.9 – Orden de prohibición:**

Dentro de los límites que se estipulan en el Plan, todas y cada una de las Entidades quedan permanentemente inhabilitadas, prohibidas y restringidas de instituir, procesar, tramitar o litigar de cualquier manera todas y cada una de las Reclamaciones, demandas, derechos, responsabilidades o causas de acción de cualquier tipo, carácter o naturaleza, según el sistema de derecho escrito o consuetudinario, conocidas o desconocidas, directas o derivadas, afirmadas o no, contra cualquiera de las Partes Exoneradas, basadas en, relacionadas con, o que surjan de o en conexión con cualquiera de las Reclamaciones Exoneradas, la confirmación y perfeccionamiento del Plan, la negociación y perfeccionamiento del Acuerdo de Apoyo al Plan GO/AEP, o cualquier reclamación, acto, hecho, transacción, ocurrencia, declaración u omisión en relación con, o alegada o que podría haber sido alegada en los Casos de Título III, lo que incluye, entre otros, cualquier reclamación, demanda, derecho, responsabilidad, o causa de acción para la indemnización, contribución u otro fundamento de este tipo, según el sistema de derecho escrito o consuetudinario, por daños y perjuicios, costos u honorarios incurridos que surjan directa o indirectamente de los Casos de Título III o que estén relacionados con ellos de otra manera, ya sea directa o indirectamente por cualquier Persona en beneficio directo o indirecto de cualquier Parte Exonerada que surja de o esté relacionado con las reclamaciones, actos, hechos, transacciones, ocurrencias, declaraciones u omisiones que son, podrían haber sido o pueden ser alegados en las acciones relacionadas o cualquier otra acción iniciada o que pueda ser iniciada por, a través de, en nombre de, o en beneficio de cualquiera de las Partes Exoneradas (ya sea que deriven de la ley federal, estatal o extranjera e independientemente de dónde se afirmen).

**Sección 92.11 – Interdicto complementario:**

No obstante cualquier disposición en contrario en el presente, salvo dentro de los límites que se estipulan en el Plan, todas las Entidades, incluidas las Entidades que actúan en su propio nombre, que actualmente tienen o afirman, han tenido o afirmado, o pueden tener o afirmar cualquier Reclamación Exonerada en contra de cualquiera de las Partes Exoneradas basada en, atribuible a, que surja de o relacionada con los Casos del Título III o cualquier Reclamación contra los Deudores, cuando quiera y dondequiera que surja o se afirme, ya sea en los EE. UU. o en cualquier otra parte del mundo, por contrato o extracontractual, basada en garantía, ley o cualquier otra teoría del derecho escrito o consuetudinario o de otra índole, estará y se considerará que está permanentemente paralizada, restringida y prohibida de iniciar cualquier acción contra cualquiera de las Partes Exoneradas con el fin de cobrar, recuperar o recibir, directa o indirectamente, cualquier pago o recuperación con respecto a cualquier Reclamación Exonerada emergente con anterioridad a la Fecha de Vigencia (incluso con anterioridad a la Fecha de la Petición), incluyendo, entre otros:

22

Case:17-03283-LTS Doc#:18690-7 Filed:10/23/21 Entered:10/23/21 14:33:44 Desc:Main
Debtor Document Exhibit 14 Page Page 57 of 427

(a)     Iniciar o continuar de cualquier manera acciones u otros procedimientos de cualquier clase con respecto a dichas Reclamaciones Exoneradas contra cualquiera de las Partes Exoneradas o los activos o los bienes de cualquier Parte Exonerada;

(b)     Aplicar, embargar, cobrar o recobrar, de cualquier manera y por cualquier medio, sentencias, laudos, decretos u órdenes en contra de cualquiera de las Partes Exoneradas o los activos o los bienes de estas, con relación a dichas Reclamaciones Exoneradas;

(c)     Crear, perfeccionar o ejecutar un Gravamen de cualquier tipo contra cualquiera de las Partes Exoneradas o los activos o bienes de cualquiera de las Partes Exoneradas con respecto a dicha Reclamación Exonerada;

(d)     Salvo que se disponga expresamente en el Plan o en la Orden de Confirmación, hacer valer, implementar o efectuar cualquier compensación, derecho de subrogación, indemnización, contribución o recuperación de cualquier tipo contra cualquier obligación exigible a cualquiera de las Partes Exoneradas o contra los activos o bienes de cualquiera de las Partes Exoneradas con respecto a dicha Reclamación Exonerada; y

(e)     Tomar cualquier medida, de cualquier manera, en cualquier lugar, que no se ajuste o cumpla con las disposiciones del Plan o la Orden de Confirmación; *disponiéndose*, *sin embargo*, que el cumplimiento de los Deudores con los requisitos formales de la Regla de Quiebras 3016 no constituirá una admisión de que el Plan contempla cualquier interdicto en contra de una conducta que no esté de otro modo prohibida por el Código de Quiebras.

Fecha: 2 de agosto de 2021
        San Juan, Puerto Rico

Atentamente,

*/f/ Martin J. Bienenstock*

Martin J. Bienenstock (*pro hac vice*)
Brian S. Rosen (*pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
Nueva York, NY 10036

*Abogados de la Junta de Supervisión y Administración Financiera como representantes de los Deudores*

*/f/ Hermann D. Bauer*

Hermann D. Bauer
USDC (Tribunal de Distrito de los Estados Unidos) Núm. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813

*Coabogados de la Junta de Supervisión y Administración Financiera en representación de los Deudores*

Case 17-03283-LTS Doc#18907-9 Filed 10/23/21 Entered 10/23/21 23:34:45 Desc Main Debtors Exhibit 14 Page of 427

**Exhibit C**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| Debtors.[1] | |

**NOTICE OF VOTING AND ELECTION INSTRUCTIONS FOR HOLDERS OF
(I) VINTAGE PBA BOND CLAIMS IN CLASS 1,
(II) RETAIL VINTAGE PBA BOND CLAIMS IN CLASS 7, AND
(III) VINTAGE CW GUARANTEE BOND CLAIMS IN CLASS 23**

IF YOU ARE AN INDIVIDUAL WHO HOLDS VINTAGE PBA BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL VINTAGE PBA BOND CLAIM IN CLASS 7.

IF YOU ARE A HOLDER OF VINTAGE PBA BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A VINTAGE PBA BOND CLAIM IN CLASS 1.

HOLDERS OF VINTAGE PBA BOND CLAIMS IN CLASS 1 OR RETAIL VINTAGE PBA BONDS IN CLASS 7 (AS APPLICABLE) ALSO HOLD VINTAGE CW GUARANTEE BOND CLAIMS IN CLASS 23.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 1 and Class 7 (as applicable), and Class 23** of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The Vintage PBA Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

*Vintage PBA Bond Claim / Retail Vintage PBA Bond Claim / Vintage CW Guarantee Bond Claim Voting*. Holders of (i) Vintage PBA Bond Claims in Class 1 or Retail Vintage PBA Bond Claims in Class 7 (as applicable) and (ii) Vintage CW Guarantee Bond Claims in Class 23 may vote to accept or reject the Plan. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) Vintage PBA Bond Claims in Class 1 or Retail Vintage PBA Bond Claims in Class 7 (as applicable) and (ii) Vintage CW Guarantee Bond Claims in Class 23 must vote all such claims consistently (either all to accept or all to reject).**

**For the further avoidance of doubt, all Vintage CW Guarantee Bond Claims are currently placed in Class 23 for voting and distribution purposes. If you make a Vintage CW Guarantee Taxable Bond Distribution Election (as defined below) with respect to your Vintage CW Guarantee Bond Claims in accordance with the instructions and procedures set forth in this Notice, your Vintage CW Guarantee Bond Claims will be moved into Class 29 and treated as a Vintage CW Guarantee Bond Claim (Taxable Election) for voting and distribution purposes as described more fully below.**

*Vintage CW Guarantee Bond Claims Election*. Pursuant to the Plan, holders of Vintage CW Guarantee Bond Claims are entitled to their Pro Rata Share of the Vintage CW Guarantee Bond Recovery.[3] Such holders may elect to have their Vintage CW Guarantee Bond Claim treated as a Vintage CW Guarantee Bond Claim (Taxable Election) in **Class 29** (the "**Vintage CW**

---

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3] The Vintage CW Guarantee Bond Recovery is shared among the Vintage CW Guarantee Bond Claims, the Vintage CW Guarantee Bond Claims (Assured), the Vintage CW Guarantee Bond Claims (National), the Vintage CW Guarantee Bond Claims (Ambac), the Vintage CW Guarantee Bond Claims (FGIC), and the Vintage CW Guarantee Bond Claims (Syncora).

**Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 29** as well as in **Class 1** or **Class 7** (as applicable). If you do <u>not</u> make the Vintage CW Guarantee Taxable Bond Distribution Election, you may vote to accept or reject the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

<u>**ELECTION AND VOTING PROCESS**</u>

Beneficial holders of securities giving rise to Impaired Claims in **Class 23** may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- ***Election for Taxable Bond Distribution**** (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the Vintage CW Guarantee Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the Vintage CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the Vintage CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 29**. For the avoidance of doubt, by electing to receive the Vintage CW Guarantee Taxable Bond Distribution, you will also be deemed to accept the Plan as a holder of a Claim in **Class 1** or **Class 7** (as applicable).

  To make the Vintage CW Guarantee Taxable Bond Distribution Election to receive the Vintage CW Guarantee Taxable Bond Distribution and be treated under **Class 29**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the Vintage CW Guarantee Bond Recovery** (This is the default Plan distribution for Vintage CW Guarantee Bond Claims in **Class 23** if no election is made).

If you do <u>not</u> make the Vintage CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan on account of your Claims in Class 1 or Class 7 (as

applicable), and Class 23. Please note that you must vote all Claims consistently (either all to accept or all to reject). **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of the bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the Vintage CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\* \* \* \* \*

(*Continued on Next Page*)

**How to Submit a Valid Election or Vote**

*Retail Investors:*

If you are a Retail Investor and wish to:

   (a) make the Vintage CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 7** and **Class 29**,

   (b) not make the Vintage CW Guarantee Taxable Bond Distribution Election, but vote to accept the Plan in **Class 7** and **Class 23**, or

   (c) not make the Vintage CW Guarantee Taxable Bond Distribution Election, and vote to reject the Plan in **Class 7** and **Class 23**,

you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

*Non-Retail Investors:*

If you are not a Retail Investor and wish to:

   (d) make the Vintage CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 1** and **Class 29**,

   (e) not make the Vintage CW Guarantee Taxable Bond Distribution Election, but vote to accept the Plan in **Class 1** and **Class 23**, or

   (f) not make the Vintage CW Guarantee Taxable Bond Distribution Election, and vote to reject the Plan in **Class 1** and **Class 23**,

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (d), (e), or (f) set forth above.

**If you and/or your Nominee do not electronically deliver your Bonds via ATOP (i.e., take no action), you will be deemed to be holding a Class 1 Claim and Class 23 Claim and will receive the corresponding treatment and distribution.**

\*   \*   \*   \*   \*

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage PBA Bond Claim or Retail Vintage PBA Bond Claim (as applicable) and Vintage CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS 5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

**<u>NOTE FOR NON-RETAIL INVESTORS (CLASS 1)</u>: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021). HOWEVER, IF YOU MAKE THE VINTAGE CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO**

YOUR VINTAGE CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.

*NOTE FOR RETAIL INVESTORS (CLASS 7)*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE. HOWEVER, IF YOU MAKE THE VINTAGE CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR VINTAGE CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.

IN EITHER CASE ABOVE, YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

\* \* \* \* \*

### How to Revoke a Valid Election or Vote (as applicable)

You may revoke your election or vote cast and withdraw your bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election or vote, you must instruct your Nominee to revoke your election or vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election or vote any time before the Voting and Election Deadline, you may make an election or vote again at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election or vote above.

\* \* \* \* \*

The election to have your Vintage CW Guarantee Bond Claims be treated in **Class 29** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 29** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects,

irregularities or conditions as to the election to be treated in **Class 29**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 29** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 29**, or will incur any liability to you for failure to give any such notification.

* * * * *

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP**)

Any beneficial holder of Vintage PBA Bonds that holds multiple CUSIPs of Vintage PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

* * * * *

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

*[Remainder of page intentionally left blank]*

## Exhibit A

| CUSIP | | | | | |
|---|---|---|---|---|---|
| 745235RL7 | 745235RQ6 | 745235QR5 | 745235SV4 | 745235GB1 | 745235ZU8 |
| 745235RM5 | 745235UG4 | 745235QS3 | 745235SW2 | 745235GC9 | 745235ZV6 |
| 745235D73 | 745235YC9 | 745235QT1 | 745235SX0 | 745235GD7 | 745235ZW4 |
| 745235XE6 | 745235YK1 | 745235QV6 | 745235UB5 | 745235GE5 | 745235ZX2 |
| 745235B91 | 745235YR6 | 745235QW4 | 745235UA7 | 745235GF2 | 745235ZY0 |
| 745235D81 | 745235YS4 | 745235QX2 | 745235UC3 | 745235JF9 | 745235ZZ7 |
| 745235D99 | 745235YL9 | 745235VY4 | 745235TS0 | 745235JL6 | 745235B59 |
| 745235E23 | 745235UZ2 | 745235D24 | 745235TP6 | 745235JR3 | 745235K75 |
| 745235E31 | 745235VA6 | 745235VX6 | 745235TQ4 | 745235KF7 | 745235K83 |
| 745235E49 | 745235UE9 | 745235YA3 | 745235SY8 | 745235KG5 | 745235K91 |
| 745235E56 | 745235RJ2 | 745235RR4 | 745235TA9 | 745235GH8 | 745235L25 |
| 745235E64 | 745235RK9 | 745235RS2 | 745235TC5 | 745235ZC8 | 745235L33 |
| 745235E72 | 745235H79 | 745235RT0 | 745235TD3 | 745235ZD6 | 745235L41 |
| 745235E80 | 745235H53 | 745235RY9 | 745235TE1 | 745235ZE4 | 745235L58 |
| 745235E98 | 745235H61 | 745235SB8 | 745235TF8 | 745235ZF1 | 745235L66 |
| 745235F22 | 745235F97 | 745235TR2 | 745235VF5 | 745235ZG9 | 745235L74 |
| 745235F30 | 745235F89 | 745235TT8 | 745235VG3 | 745235ZH7 | 745235L90 |
| 745235F48 | 745235F71 | 745235TU5 | 745235VH1 | 745235ZJ3 | 745235M24 |
| 745235F55 | 745235G21 | 745235TV3 | 745235VJ7 | 745235ZK0 | 745235M32 |
| 745235YU9 | 745235G39 | 745235UW9 | 745235VK4 | 745235ZL8 | 745235M40 |
| 745235YT2 | 745235G47 | 745235XX4 | 745235VL2 | 745235ZM6 | 745235GJ4 |
| 745235PQ8 | 745235G54 | 745235XY2 | 745235VM0 | 745235ZN4 | 745235VZ1 |
| 745235PR6 | 745235G62 | 745235UF6 | 745235VN8 | 745235ZP9 | 745235RW3 |
| 745235PS4 | 745235G70 | 745235SD4 | 745235VP3 | 745235ZQ7 | 745235RX1 |
| 745235PT2 | 745235G88 | 745235SE2 | 745235VQ1 | 745235ZR5 | 745235RY9 |
| 745235PU9 | 745235G96 | 745235SF9 | 745235VR9 | 745235ZS3 | 745235SC6 |
| 745235PV7 | 745235H20 | 745235SG7 | 745235C66 | 745235ZT1 | 745235B75 |
| 745235PW5 | 745235H38 | 745235SH5 | 745235C74 | 745235S93 | 745235T27 |
| 745235PX3 | 745235H46 | 745235SJ1 | 745235D57 | 745235A27 | 745235T35 |
| 745235PY1 | 745235XF3 | 745235SK8 | 745235D65 | 745235A35 | 745235T43 |
| 745235PZ8 | 745235QUB | 745235SL6 | 745235VS7 | 745235A43 | 745235T50 |
| 745235QA2 | 745235QH7 | 745235SM4 | 745235VT5 | 745235A50 | 745235T68 |
| 745235QB0 | 745235QJ3 | 745235SN2 | 745235WZ0 | 745235A68 | 745235T76 |
| 745235QC8 | 745235QK0 | 745235SP7 | 745235XA4 | 745235A76 | 745235T84 |
| 745235QD6 | 745235QL8 | 745235SQ5 | 745235XB2 | 745235A84 | 745235T92 |
| 745235QE4 | 745235QM6 | 745235SR3 | 745235XC0 | 745235A92 | 745235U33 |
| 745235QF1 | 745235QN4 | 745235SS1 | 745235XD8 | 745235B26 | 745235U41 |
| 745235QG9 | 745235QP9 | 745235ST9 | 745235FZ9 | 745235B34 | 745235U58 |
| 745235RP8 | 745235QQ7 | 745235SU6 | 745235GA3 | 745235B42 | 745235U66 |

| CUSIP | | | | |
|---|---|---|---|---|
| 745235U74 | 745235W23 | 745235W80 | 7452354U2 | 745235X55 |
| 745235U82 | 745235W31 | 745235W98 | 7452354V0 | 745235X63 |
| 745235U90 | 745235W49 | 7452354G3 | 7452354W8 | 745235X71 |
| 745235V24 | 7452354H1 | 7452354M0 | 7452354X6 | 745235X89 |
| 745235V32 | 7452354J7 | 7452354N8 | 7452354Y4 | 745235X97 |
| 745235V57 | 7452354K4 | 7452354P3 | 7452354Z1 | 745235Y21 |
| 745235V65 | 7452354L2 | 7452354Q1 | 7452355A5 | 745235Y70 |
| 745235V73 | 745235W56 | 7452354R9 | 745235X22 | 7452355B3 |
| 745235V81 | 745235W64 | 7452354S7 | 745235X30 | 7452355C1 |
| 745235V99 | 745235W72 | 7452354T5 | 745235X48 | 7452355D9 |

**Exhibit D**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA TENEDORES DE (I) RECLAMACIONES DE BONOS VINTAGE DE LA AEP DE LA CLASE 1 (II) RECLAMACIONES DE BONOS VINTAGE MINORISTAS DE LA AEP DE LA CLASE 7 (III) RECLAMACIONES DE BONOS DE GARANTÍA VINTAGE CW DE LA CLASE 23

> SI USTED ES UNA PERSONA FÍSICA QUE POSEE BONOS VINTAGE DE LA AEP POR UN MONTO TOTAL DE UN MILLÓN DE DÓLARES ($1,000,000.00) O MENOS EN UNA CUENTA DE CORRETAJE, UNA CUENTA DE FIDEICOMISO, UNA CUENTA DE CUSTODIA O UNA CUENTA ADMINISTRADA POR SEPARADO (UN "INVERSIONISTA MINORISTA"), ES TENEDOR DE UNA RECLAMACIÓN DE BONOS VINTAGE MINORISTAS DE LA AEP DE LA CLASE 7.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

> SI USTED ES TENEDOR DE BONOS VINTAGE DE LA AEP Y <u>NO</u> ES UN INVERSIONISTA MINORISTA, ES TENEDOR DE UNA RECLAMACIÓN DE BONOS VINTAGE DE LA AEP DE LA CLASE 1.
>
> LOS TITULARES DE RECLAMACIONES DE BONOS VINTAGE PBA DE CLASE 1 O DE BONOS VINTAGE PBA MINORISTAS DE CLASE 7 (SEGÚN SEA APLICABLE) TAMBIÉN TIENEN RECLAMOS DE BONOS DE GARANTÍA VINTAGE CW DE LA CLASE 23.

Esta Notificación de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**") y garantizados por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 1 y la Clase 7 (según corresponda)** y la Clase 23 del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos Vintage de la AEP y los correspondientes CUSIP se describen en el **<u>Anexo A</u>** adjunto.

***Votación sobre Reclamaciones de Bonos Vintage de la AEP / Reclamaciones de Bonos Vintage Minoristas de la AEP /Reclamaciones de Bonos de Garantía Vintage CW***. Los tenedores de (i)Reclamaciones de Bonos Vintage de la AEP de la Clase 1 o de Reclamaciones de Bonos Vintage Minoristas de la AEP de la Clase 7 (según corresponda) y (ii) Reclamaciones de Bonos de Garantía Vintage CW de la Clase 23 pueden votar para aceptar o rechazar el Plan. La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la AEP, convoca para la votación del Plan a los tenedores de ciertas reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se detallan a continuación.

**Para evitar dudas, los titulares de (i) Reclamaciones de Bonos de AEP Vintage en la Clase 1 o Reclamaciones de Bonos de AEP Vintage Minoristas en la Clase 7 (según corresponda) y (ii) Reclamaciones de Bonos de Garantía de Vintage CW en la Clase 23 deben votar todas esas reclamaciones de manera unitaria (aceptar todos o rechazar todos).**

**Para evitar mayores dudas, todas las Reclamaciones de Bonos de Garantía Vintage CW se encuentran actualmente en la Clase 23 para fines de votación y distribución. Si usted realiza una Elección de Distribución de Bonos Sujetos a Impuestos de Garantía de Vintage**

---

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

CW (como se define a continuación) con respecto a sus Reclamaciones de Bonos de Garantía de Vintage CW de acuerdo con las instrucciones y los procedimientos establecidos en este Aviso, sus Reclamaciones de Bonos de Garantía de Vintage CW se trasladarán a la Clase 29 y serán tratadas como una Reclamación de Bono de Garantía Vintage CW (elección sujeta a impuestos) para propósitos de votación y distribución, como se describe más detalladamente a continuación.

*Elección de Reclamaciones de Bonos de Garantía Vintage CW.* De conformidad con el Plan, los titulares de Reclamaciones de Bonos de Garantía Vintage CW tienen derecho a su Parte Prorrateada de la Recuperación del Bono de Garantía Vintage CW.[3] Dichos tenedores pueden optar por que su Reclamación de Bono de Garantía CW Vintage se trate como una Reclamación de Bono de Garantía CW Vintage (elección sujeta a impuestos) en la **Clase 29** (la "**Elección Tributable de Distribución del Bono de Garantía CW Vintage**") y se considerará que votarán para aceptar el Plan en **Clase 29**, así como en **Clase 1** o **Clase 7** (según corresponda). Si usted no realiza la **Elección Tributable de Distribución del Bono de Garantía CW Vintage**, puede votar para aceptar o rechazar el Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\*     \*     \*     \*     \*

## PROCESO DE ELECCIÓN Y VOTACIÓN

Los titulares beneficiarios de valores que dan lugar a Reclamaciones Deterioradas en la Clase 23 pueden ser elegibles para realizar la siguiente elección y se considerará que aceptan el Plan en la Clase correspondiente (alternativamente, si no se realiza ninguna elección, usted tendrá derecho a votar para aceptar o rechazar el Plan):

- *Elección de Distribución Tributable de Bonos* (disponible solo para inversionistas de Puerto Rico). Si usted es un inversionista de Puerto Rico, puede optar por recibir la Distribución Tributable de Bonos de Garantía Vintage CW. Si realiza esta elección, recibirá una parte prorrateada de la Recuperación del Bono de Garantía Vintage CW, modificada por su Parte Prorrateada de la Distribución Tributable de Bonos de Garantía Vintage CW y se considerará que acepta el plan como titular de una reclamación en la **Clase 29**. Para evitar dudas, al elegir recibir la Distribución

---

[3] La Recuperación del Bono de Garantía Vintage CW se comparte entre las Reclamaciones de Bono de Garantía Vintage CW, las Reclamaciones de Bono de Garantía Vintage CW (asegurados), Las Reclamaciones de Bono de Garantía Vintage CW (nacional), las Reclamaciones de Bono de Garantía Vintage CW (Ambac), las Reclamaciones de Bono de Garantía Vintage (FGIC) y las Reclamaciones de Bono de Garantía Vintage CW (Syncora).

Tributable de Bonos de Garantía Vintage CW, también se considerará que acepta el Plan como titular de una Reclamación de **Clase 1** o **Clase 7** (según corresponda).

Para realizar la Elección de Distribución Tributable de Bonos Garantía CW para recibir la Distribución Tributable de Bonos de Garantía Vintage CW y ser tratado bajo la **Clase 29**, debe certificar en relación con su elección que usted es:

o   Una persona física que sea residente del Estado Libre Asociado (para propósitos del impuesto sobre la renta personal de Puerto Rico), o

o   Una entidad que sea de propiedad total de o de propiedad en beneficio total de una o más personas naturales que sean residentes del Estado Libre Asociado (para propósitos del impuesto sobre la renta personal de Puerto Rico) (o un "Inversor de Puerto Rico").

**Trato predeterminado: Recibir Parte Prorrateada de la Recuperación del Bono de Garantía Vintage CW** (Esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos de Garantía Vintage CW en la **Clase 23** si no se hace una elección).

Si no realiza la Elección de Distribución Tributable de Bonos de Garantía Vintage CW, puede emitir un voto para aceptar o rechazar el Plan debido a sus Reclamaciones en la **Clase 1** o **Clase 7** (según corresponda) y la **Clase 23**. Tenga en cuenta que debe votar todas las Reclamaciones de manera unitaria (ya sea para aceptar todas o para rechazar todas). Para que se cuente su voto, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (Hora estándar del Atlántico) el 4 de octubre de 2021.

*Le recomendamos que lea atentamente la Declaración de Divulgación en su totalidad incluyendo las consecuencias tributarias de hacer una elección según se explica en las Secciones IX y X de la Declaración de Divulgación, antes de elegir recibir su distribución bajo el Plan.*

**Cada tenedor de los bonos descritos en el Apéndice A adjunto a este documento que sea elegible y desee realizar la Elección de Distribución Tributable de Bonos de Garantía CW Vintage debe someter una elección válida de la manera descrita en este documento.**

\*   \*   \*   \*   \*

*(Continúa en la página siguiente)*

## Cómo emitir una elección o un voto válido

***Inversores minoristas:***

Si es un inversor minorista y desea

    (a) realizar la Elección de Distribución Tributable de Bonos de Garantía Vintage CW y que se considere que acepta el Plan en la **Clase 7** y la **Clase 29**,

    (b) no realizar la Elección de Distribución Tributable de Bonos de Garantía Vintage CW, pero vota para aceptar el Plan en la **Clase 7** y la **Clase 23**, o

    (c) no realizar la Elección de Distribución Tributable de Bonos de Garantía Vintage CW, y vota para rechazar el Plan en **Clase 7** y **Clase 23**,

usted debe:

• instruir a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos a través del Programa de Oferta de Compra Automatizada ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de instruir en uno de (a), (b) o (c) establecidos anteriormente.

***Inversores no minoristas***:

Si no es un inversor minorista y desea:

    (d) realizar la Elección de Distribución Tributable de Bonos de Garantía Vintage CW y que se considere que acepta el Plan en la **Clase 1** y la **Clase 29**,

    (e) no realizar la Elección de Distribución Tributable de Bonos de Garantía Vintage CW, pero vota para aceptar el Plan en la **Clase 1** y la **Clase 23**, o

    (f) no realizar la Elección de Distribución Tributable de Bonos de Garantía Vintage CW, y vota para rechazar el Plan en **Clase 1** y **Clase 23**,

usted debe instruir a su Persona Designada para que entregue sus Bonos a través ATOP en DTC de acuerdo con su deseo de instruir en uno de (a), (b) o (c) establecidos anteriormente.

**Si usted y / o su Persona Designada no entregan electrónicamente sus Bonos a través de ATOP (es decir, no toman ninguna medida), se considerará que tiene un Reclamo de Clase 1 y un Reclamo de Clase 23 y recibirá el trato y la distribución correspondientes.**

\*   \*   \*   \*   \*

Además, al entregar sus Bonos a través de ATOP, usted certifica que:

1.  o (a) el voto (o voto considerado, según corresponda) que ha emitido es el único voto emitido por usted por cuenta de una Reclamación de Bonos Vintage de la AEP o una Reclamación de Bonos Vintage Minoristas de la AEP (según proceda), y Reclamación de Bono de Garantía Vintage CW o (b) además del voto emitido (o voto considerado, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Elección y Votación;

2.  ha votado por todas sus Reclamaciones por cuenta de los bonos a que se refiere esta Notificación para aceptar o rechazar el Plan y reconocer que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluyendo rechazar votos contradictorios a aceptaciones consideradas como aceptadas a base de las elecciones que ha hecho) con respecto a dichas Reclamaciones por cuenta de tales Bonos, todos los votos emitidos por usted se desestimarán;

3.  usted es el tenedor de las Reclamaciones por cuenta de los Bonos a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para hacer cualquier elección y/o votar para aceptar o rechazar el Plan (según corresponda; y

4.  ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o considerado aceptado según sus elecciones) conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la elección o emitir un voto (según corresponda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para efectuar una elección y emitir un voto (según corresponda) es (i) presentar de manera válida sus Bonos en el sobre de ATOP correspondiente a DTC, Y (ii) efectuar según corresponda, la certificación requerida establecida arriba, cada una como se describe en el sistema de ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA ELECCIÓN Y VOTACIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Elección y Votación**".

---

***NOTA PARA INVERSORES NO-MINORISTAS (CLASE 1)*: TENGA EN CUENTA QUE SI
PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE PREVÉ QUE NO PODRÁ**

TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA). SIN EMBARGO, SI REALIZA LA ELECCIÓN DE DISTRIBUCIÓN TRIBUTABLE DE BONOS GARANTÍA VINTAGE CW CON RESPECTO A SUS RECLAMOS DE BONOS DE GARANTÍA DE VINTAGE CW, SE LE RESTRINGIRÁ DE TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA.

*NOTA PARA INVERSORES MINORISTAS (CLASE 7)*: TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE RESTRINGIRÁ LA TRANSFERENCIA DE SUS BONOS HASTA LA FECHA DE VIGENCIA. SIN EMBARGO, SI REALIZA LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS IMPONIBLES DE GARANTÍA DE VINTAGE CW CON RESPECTO A SUS RECLAMOS DE BONOS DE GARANTÍA DE VINTAGE CW, USTED QUEDARÁ RESTRINGIDO DE TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA.

NO OBSTANTE, EN CUALQUIERA DE LOS CASOS ANTERIORES, USTED PUEDE NEGOCIAR O TRANSFERIR SUS BONOS PRESENTADOS REVOCANDO SU VOTO Y RETIRANDO LOS BONOS PRESENTADOS EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN.

SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.

\* \* \* \* \*

#### Cómo revocar una elección o voto válido (según corresponda)

Usted puede revocar la elección o voto que ha emitido y retirar sus Bonos presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Elección o Votación.

Si desea revocar su elección o voto, debe instruir a la Persona Designada para que revoque su elección o voto y retire sus Bonos a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su elección o voto en cualquier momento antes de la Fecha Límite de Elección y Votación, puede volver a elegir o votar en cualquier momento antes de la Fecha Límite de Elección o Votación, de acuerdo con las instrucciones arriba para presentar una elección o voto válido.

La elección de que sus Reclamaciones de Bonos de Garantía Vintage CW se traten en la **Clase 29** está sujeta a los términos del Plan. Todas las cuestiones relativas a la validez, forma y elegibilidad

(incluida la hora de recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión se reserva el derecho absoluto de rechazar cualquiera o todas las elecciones para ser tratadas en la **Clase 29** que no estén en la forma adecuada o cuya aceptación, en opinión de su asesor legal, sería ilegal. La Junta de Supervisión también se reserva el derecho de renunciar a cualquier defecto, irregularidad o condición en cuanto a la elección a ser tratada en la **Clase 29**. Una renuncia a cualquier defecto o irregularidad en una instancia no constituirá una renuncia al mismo o cualquier otro defecto o irregularidad con respecto a cualquier otra instancia, excepto en la medida en que la Junta de Supervisión así lo disponga. La entrega de una elección para ser tratada en la **Clase 29** no se considerará realizada hasta que la Junta de Supervisión haya renunciado o subsanado cualquier defecto o irregularidad. Ninguno de la Junta de Supervisión, los Deudores o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en una elección que se tratará en la **Clase 29**, ni incurrirá en responsabilidad alguna frente a usted por no haber cumplido con la entrega de tal notificación.

\* \* \* \* \*

### Presentación de información sobre numerosidad
### (Aplicable únicamente a los tenedores beneficiarios que presenten más de un voto a través de ATOP)

Cualquier tenedor beneficiario de Bonos Vintage de la AEP que posea múltiples CUSIP de Bonos Vintage de la AEP y presente más de un voto a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoinfo@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO**

**RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "PBA SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

[*El resto de la página se deja intencionalmente en blanco*]

## Anexo A

| CUSIP | | | | | |
|---|---|---|---|---|---|
| 745235RL7 | 745235RQ6 | 745235QR5 | 745235SV4 | 745235GB1 | 745235ZU8 |
| 745235RM5 | 745235UG4 | 745235QS3 | 745235SW2 | 745235GC9 | 745235ZV6 |
| 745235D73 | 745235YC9 | 745235QT1 | 745235SX0 | 745235GD7 | 745235ZW4 |
| 745235XE6 | 745235YK1 | 745235QV6 | 745235UB5 | 745235GE5 | 745235ZX2 |
| 745235B91 | 745235YR6 | 745235QW4 | 745235UA7 | 745235GF2 | 745235ZY0 |
| 745235D81 | 745235YS4 | 745235QX2 | 745235UC3 | 745235JF9 | 745235ZZ7 |
| 745235D99 | 745235YL9 | 745235VY4 | 745235TS0 | 745235JL6 | 745235B59 |
| 745235E23 | 745235UZ2 | 745235D24 | 745235TP6 | 745235JR3 | 745235K75 |
| 745235E31 | 745235VA6 | 745235VX6 | 745235TQ4 | 745235KF7 | 745235K83 |
| 745235E49 | 745235UE9 | 745235YA3 | 745235SY8 | 745235KG5 | 745235K91 |
| 745235E56 | 745235RJ2 | 745235RR4 | 745235TA9 | 745235GH8 | 745235L25 |
| 745235E64 | 745235RK9 | 745235RS2 | 745235TC5 | 745235ZC8 | 745235L33 |
| 745235E72 | 745235H79 | 745235RT0 | 745235TD3 | 745235ZD6 | 745235L41 |
| 745235E80 | 745235H53 | 745235RY9 | 745235TE1 | 745235ZE4 | 745235L58 |
| 745235E98 | 745235H61 | 745235SB8 | 745235TF8 | 745235ZF1 | 745235L66 |
| 745235F22 | 745235F97 | 745235TR2 | 745235VF5 | 745235ZG9 | 745235L74 |
| 745235F30 | 745235F89 | 745235TT8 | 745235VG3 | 745235ZH7 | 745235L90 |
| 745235F48 | 745235F71 | 745235TU5 | 745235VH1 | 745235ZJ3 | 745235M24 |
| 745235F55 | 745235G21 | 745235TV3 | 745235VJ7 | 745235ZK0 | 745235M32 |
| 745235YU9 | 745235G39 | 745235UW9 | 745235VK4 | 745235ZL8 | 745235M40 |
| 745235YT2 | 745235G47 | 745235XX4 | 745235VL2 | 745235ZM6 | 745235GJ4 |
| 745235PQ8 | 745235G54 | 745235XY2 | 745235VM0 | 745235ZN4 | 745235YZ1 |
| 745235PR6 | 745235G62 | 745235UF6 | 745235VN8 | 745235ZP9 | 745235RW3 |
| 745235PS4 | 745235G70 | 745235SD4 | 745235VP3 | 745235ZQ7 | 745235RX1 |
| 745235PT2 | 745235G88 | 745235SE2 | 745235VQ1 | 745235ZR5 | 745235RY9 |
| 745235PU9 | 745235G96 | 745235SF9 | 745235VR9 | 745235ZS3 | 745235SC6 |
| 745235PV7 | 745235H20 | 745235SG7 | 745235C66 | 745235ZT1 | 745235B75 |
| 745235PW5 | 745235H38 | 745235SH5 | 745235C74 | 745235S93 | 745235T27 |
| 745235PX3 | 745235H46 | 745235SJ1 | 745235D57 | 745235A27 | 745235T35 |
| 745235PY1 | 745235XF3 | 745235SK8 | 745235D65 | 745235A35 | 745235T43 |
| 745235PZ8 | 745235QUB | 745235SL6 | 745235VS7 | 745235A43 | 745235T50 |
| 745235QA2 | 745235QH7 | 745235SM4 | 745235VT5 | 745235A50 | 745235T68 |
| 745235QB0 | 745235QJ3 | 745235SN2 | 745235WZ0 | 745235A68 | 745235T76 |
| 745235QC8 | 745235QK0 | 745235SP7 | 745235XA4 | 745235A76 | 745235T84 |
| 745235QD6 | 745235QL8 | 745235SQ5 | 745235XB2 | 745235A84 | 745235T92 |
| 745235QE4 | 745235QM6 | 745235SR3 | 745235XC0 | 745235A92 | 745235U33 |
| 745235QF1 | 745235QN4 | 745235SS1 | 745235XD8 | 745235B26 | 745235U41 |
| 745235QG9 | 745235QP9 | 745235ST9 | 745235FZ9 | 745235B34 | 745235U58 |
| 745235RP8 | 745235QQ7 | 745235SU6 | 745235GA3 | 745235B42 | 745235U66 |

Case 1-70-32328-LTS Doc #18690-07 Filed 10/23/25 Entered 10/23/25 11:23:34 Desc Main
Debtors Exhibit 14 Page 79 of 426 427

55668-04-ES

| CUSIP | | | | |
|-------|-------|-------|-------|-------|
| 745235U74 | 745235W23 | 745235W80 | 7452354U2 | 745235X55 |
| 745235U82 | 745235W31 | 745235W98 | 7452354V0 | 745235X63 |
| 745235U90 | 745235W49 | 7452354G3 | 7452354W8 | 745235X71 |
| 745235V24 | 7452354H1 | 7452354M0 | 7452354X6 | 745235X89 |
| 745235V32 | 7452354J7 | 7452354N8 | 7452354Y4 | 745235X97 |
| 745235V57 | 7452354K4 | 7452354P3 | 7452354Z1 | 745235Y21 |
| 745235V65 | 7452354L2 | 7452354Q1 | 7452355A5 | 745235Y70 |
| 745235V73 | 745235W56 | 7452354R9 | 745235X22 | 7452355B3 |
| 745235V81 | 745235W64 | 7452354S7 | 745235X30 | 7452355C1 |
| 745235V99 | 745235W72 | 7452354T5 | 745235X48 | 7452355D9 |

Case 17-03283-LTS Doc#18907-5 Filed 10/23/21 Entered 10/23/21 23:34:45 Desc Debtors Exhibit 14 Page 81 of 427

**Exhibit E**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF VOTING AND ELECTION INSTRUCTIONS FOR HOLDERS OF
### (I) 2011 PBA BOND CLAIMS IN CLASS 8,
### (II) RETAIL 2011 PBA BOND CLAIMS IN CLASS 9, AND
### <u>(III) 2011 CW GUARANTEE BOND CLAIMS IN CLASS 34</u>

> IF YOU ARE AN INDIVIDUAL WHO HOLDS 2011 PBA BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "<u>RETAIL INVESTOR</u>"), YOU HOLD A RETAIL 2011 PBA BOND CLAIM IN CLASS 9.
>
> IF YOU ARE A HOLDER OF 2011 PBA BONDS AND ARE <u>NOT</u> A RETAIL INVESTOR, YOU HOLD A 2011 PBA BOND CLAIM IN CLASS 8.
>
> HOLDERS OF 2011 PBA BOND CLAIMS IN CLASS 8 OR RETAIL 2011 PBA BONDS IN CLASS 9 (AS APPLICABLE) ALSO HOLD 2011 CW GUARANTEE BOND CLAIMS IN CLASS 34.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 8 and Class 9 (as applicable), and Class 34** of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2011 PBA Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

*2011 PBA Bond Claim / Retail 2011 PBA Bond Claim / 2011 CW Guarantee Bond Claim Voting*. Holders of (i) 2011 PBA Bond Claims in Class 8 or Retail 2011 PBA Bond Claims in Class 9 (as applicable) and (ii) 2011 CW Guarantee Bond Claims in Class 34 may vote to accept or reject the Plan. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) 2011 PBA Bond Claims in Class 8 or Retail 2011 PBA Bond Claims in Class 9 (as applicable) and (ii) 2011 CW Guarantee Bond Claims in Class 34 must vote all such claims consistently (either all to accept or all to reject).**

**For the further avoidance of doubt, all 2011 CW Guarantee Bond Claims are currently placed in Class 34 for voting and distribution purposes. If you make a 2011 CW Guarantee Taxable Bond Distribution Election (as defined below) with respect to your 2011 CW Guarantee Bond Claims in accordance with the instructions and procedures set forth in this Notice, your 2011 CW Guarantee Bond Claims will be moved into Class 35 and treated as a 2011 CW Guarantee Bond Claim (Taxable Election) for voting and distribution purposes as described more fully below.**

*2011 CW Guarantee Bond Claims Election*. Pursuant to the Plan, holders of 2011 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2011 CW Guarantee Bond Recovery. Such holders may elect to have their 2011 CW Guarantee Bond Claim treated as a 2011 CW Guarantee Bond Claim (Taxable Election) in **Class 35** (the "**2011 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 35** as well as in **Class 8** or **Class 9** (as applicable).  If you do not make the 2011 CW Guarantee Taxable Bond Distribution Election, you may vote to accept or reject the Plan.

---

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*     \*     \*     \*     \*

## ELECTION AND VOTING PROCESS

Beneficial holders of securities giving rise to Impaired Claims in **Class 34** may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- ***Election for Taxable Bond Distribution*** (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Guarantee Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2011 CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the 2011 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 35**. For the avoidance of doubt, by electing to receive the 2011 CW Guarantee Taxable Bond Distribution, you will also be deemed to accept the Plan as a holder of a Claim in **Class 8** or **Class 9** (as applicable).
  To make the 2011 CW Guarantee Taxable Bond Distribution Election to receive the 2011 CW Guarantee Taxable Bond Distribution and be treated under **Class 35**, you must certify in connection with your election that you are either:

  - ○ A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - ○ An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the 2011 CW Guarantee Bond Recovery** (This is the default Plan distribution for 2011 CW Guarantee Bond Claims in **Class 34** if no election is made).

If you do <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan on account of your Claims in Class 8 or Class 9 (as applicable), and Class 34. Please note that you must vote all Claims consistently (either all to accept or all to reject). **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of the bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2011 CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*     \*     \*     \*     \*     \*

*(Continued on Next Page)*

## How to Submit a Valid Election or Vote

*Retail Investors:*

If you are a Retail Investor and wish to:

    (a)  make the 2011 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 9** and **Class 35**,

    (b)  <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 9** and **Class 34**, or

    (c)  <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 9** and **Class 34**,

you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

*Non-Retail Investors:*

If you are <u>not</u> a Retail Investor and wish to:

    (d)  make the 2011 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 8** and **Class 35**,

    (e)  <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 8** and **Class 34**, or

    (f)  <u>not</u> make the 2011 CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 8** and **Class 34**,

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (d), (e), or (f) set forth above.

**If you and/or your Nominee do not electronically deliver your Bonds via ATOP (<u>i.e.,</u> take no action), you will be deemed to be holding a Class 8 Claim and Class 34 Claim and will receive the corresponding treatment and distribution.**

\*   \*   \*   \*   \*

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2011 PBA Bond Claim or Retail 2011 PBA Bond Claim (as applicable) and 2011 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR NON-RETAIL INVESTORS (CLASS 8)*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021). HOWEVER, IF YOU MAKE THE 2011 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO**

YOUR 2011 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.

_**NOTE FOR RETAIL INVESTORS (CLASS 9)**_**: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE. HOWEVER, IF YOU MAKE THE 2011 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR 2011 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

IN EITHER CASE ABOVE, YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

\*   \*   \*   \*   \*

### How to Revoke a Valid Election or Vote (as applicable)

You may revoke your election or vote cast and withdraw your bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election or vote, you must instruct your Nominee to revoke your election or vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election or vote any time before the Voting and Election Deadline, you may make an election or vote again at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election or vote above.

\*   \*   \*   \*   \*

The election to have your 2011 CW Guarantee Bond Claims be treated in **Class 35** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 35** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects,

irregularities or conditions as to the election to be treated in **Class 35**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 35** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 35**, or will incur any liability to you for failure to give any such notification.

<p style="text-align:center">*   *   *   *   *   *</p>

<p style="text-align:center">**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)**</p>

Any beneficial holder of 2011 PBA Bonds that holds multiple CUSIPs of 2011 PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

<p style="text-align:center">*   *   *   *   *   *</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

<p style="text-align:center">[*Remainder of page intentionally left blank*]</p>

**Exhibit A**

| CUSIP |
|---|
| 745235M57 |
| 745235M65 |
| 745235M73 |
| 745235M81 |
| 745235M99 |
| 745235N23 |
| 745235N31 |
| 745235N49 |
| 745235N56 |
| 745235N64 |
| 745235N72 |
| 745235N80 |
| 745235N98 |
| 745235P21 |
| 745235P39 |
| 745235P47 |
| 745235P54 |
| 745235P62 |
| 745235P70 |
| 745235P88 |
| 745235Q20 |
| 7452353A7 |
| 7452353B5 |
| 7452353C3 |
| 7452353D1 |
| 7452355E7 |
| 7452353E9 |
| 7452353F6 |
| 7452353G4 |
| 7452353H2 |
| 7452353J8 |
| 7452353K5 |
| 7452353L3 |
| 7452353M1 |
| 7452353N9 |
| 7452353P4 |
| 7452353Q2 |
| 7452353R0 |
| 7452353S8 |
| 7452353T6 |
| 7452353U3 |
| 7452353V1 |

**Exhibit F**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

     Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

**NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA
TENEDORES DE (I) RECLAMACIONES DE BONOS 2011 DE LA AEP DE LA
CLASE 8, (II) RECLAMACIONES DE BONOS 2011 MINORISTAS DE LA AEP DE LA
CLASE 9, Y (III) RECLAMACIONES DE BONO DE
GARANTÍA CW 2011 DE LA CLASE 34**

SI USTED ES UNA PERSONA FÍSICA QUE POSEE BONOS 2011 DE LA AEP POR UN
MONTO TOTAL DE UN MILLÓN DE DÓLARES ($1,000,000.00) O MENOS EN UNA
CUENTA DE CORRETAJE, UNA CUENTA DE FIDEICOMISO, UNA CUENTA DE
CUSTODIA O UNA CUENTA ADMINISTRADA POR SEPARADO (UN
"INVERSIONISTA MINORISTA"), ES TENEDOR DE UNA RECLAMACIÓN DE BONOS
2011 MINORISTAS DE LA AEP DE LA CLASE 9.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y
los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son
(i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro
dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante
("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número
federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm.
de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv)
el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de
Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la
Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos
cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de
Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del
contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a
limitaciones del software).

> SI USTED ES TENEDOR DE BONOS 2011 DE LA AEP Y <u>NO</u> ES UN INVERSIONISTA MINORISTA, ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2011 DE LA AEP DE LA CLASE 8.
>
> TENEDORES DE RECLAMACIONES DE BONOS AEP 2011 DE CLASE 8 O BONOS MINORISTAS AEP 2011 DE CLASE 9 (SEGÚN CORRESPONDA) TAMBIÉN TIENEN RECLAMACIONES DE BONOS DE GARANTÍA 2011 CW EN CLASE 34.

Esta Notificación de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**") y garantizados por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 8 y la Clase 9 (según corresponda) y Clase 34** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos 2011 de la AEP y los correspondientes CUSIP se describen en el **Anexo A** adjunto.

*Votación de Reclamaciones de Bonos 2011 de la AEP / Reclamaciones de Bonos 2011 Minoristas de la AEP*. Los tenedores de (i) Reclamaciones de Bonos 2011 de la AEP de la Clase 8 o de Reclamaciones de Bonos 2011 Minoristas de la AEP de la Clase 9 (según corresponda) y (ii) Reclamaciones de Bonos de Garantía CW 2011 en Clase 34 pueden votar para aceptar o rechazar el Plan. La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la AEP, convoca para la votación del Plan a los tenedores de ciertas reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se detallan a continuación.

**Para evitar dudas, los tenedores de (i) Reclamaciones de Bonos de AEP 2011 de la Clase 8 o Reclamaciones de Bonos de AEP 2011 Minoristas de la Clase 9 (según corresponda) y (ii) Reclamaciones de Bonos de Garantía CW 2011 de la Clase 34 deben votar todas esas reclamaciones de manera unitaria (o sea, aceptar todos o rechazar todos).**

**Para evitar más dudas, todas las Reclamaciones de Bonos de Garantía de CW 2011 se encuentran actualmente en la Clase 34 a efectos de votación y distribución. Si usted realiza una Elección de Distribución Tributaria de Bonos de Garantía CW 2011 (como se define a continuación) con respecto a sus Reclamaciones de Bonos de Garantía CW 2011 de acuerdo con las instrucciones y procedimientos establecidos en este aviso, sus Reclamaciones de Bonos**

---

[2]  A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

de Garantía CW 2011 pasarán a la Clase 35 y serán tratadas como una Reclamación de Bono de Garantía CW 2011 (elección sujeta a impuestos) para propósitos de votación y distribución, como se describe más detalladamente a continuación.

*Elección de Reclamaciones de Bonos de Garantía CW 2011*. De conformidad con el Plan, los titulares de Reclamaciones de Bonos de Garantía CW 2011 tienen derecho a su Parte Prorrateada de la Recuperación del Bono de Garantía CW 2011. Dichos tenedores pueden optar para que su Reclamación de Bono de Garantía CW 2011 se trate como una Reclamación de Bono de Garantía CW 2011 (elección tributable) en la **Clase 35** (la "**Elección de Distribución Tributable de Bono de Garantía CW 2011**") y se considerará que votarán para aceptar el plan en **Clase 35** así como en **Clase 8** o **Clase 9** (según corresponda). Si no realiza la Elección de Distribución Tributable de Bonos de Garantía CW 2011, puede votar para aceptar o rechazar el Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

* * * * *

## PROCESO DE ELECCIÓN Y VOTACIÓN

Tenedores beneficiarios de valores que dan lugar a Reclamaciones Afectadas de la **Clase 34** pueden ser elegibles para hacer la elección siguiente y se considerará que aceptan el Plan en la Clase que corresponde (en la alternativa, si no se hace elección alguna, tiene el derecho de aceptar o rechazar el Plan);

**Elección de Distribución Tributable de Bonos** (disponible solo para inversionistas de Puerto Rico). Si usted es un Inversor de Puerto Rico, puede optar por recibir la Distribución de Bonos Tributables de Garantía CW 2011. Si realiza esta elección, recibirá una Parte Prorrateada de la Recuperación de Bono de Garantía CW 2011, modificada por su Parte Prorrateada de la Distribución Tributable de Bono de Garantía CW 2011 y se considerará que acepta el Plan como titular de una Reclamación en la **Clase 35**. Para evitar dudas, al elegir recibir la Distribución de Bonos Tributables de Garantía de CW 2011, también se considerará que acepta el Plan como titular de una Reclamación en la **Clase 8** o la **Clase 9** (según corresponda).

Para hacer la Elección de Distribución de Bonos Gravables de Garantía CW 2011 para recibir la Distribución de Bonos Gravables de Garantía CW 2011 y ser tratado bajo la **Clase 35**, debe certificar en relación con su elección que usted es:

**o** Una persona natural que sea residente del Estado Libre Asociado (para propósitos del impuesto sobre la renta personal de Puerto Rico), o

**o** Una entidad que sea de propiedad total o de propiedad total a beneficio de una o más personas naturales que sean residentes del Estado Libre Asociado (para propósitos del impuesto sobre sobre la renta personal de Puerto Rico) (ya sea un **"Inversor de Puerto Rico").**

**Tratamiento predeterminado: Recibir una Parte Prorrateada de la Recuperación de Bonos de Garantía CW 2011** (Esta es la distribución predeterminada del Plan para las Reclamaciones de Bono de Garantía CW 2011 en la **Clase 34** si no se realiza ninguna elección).

Si no realiza la Elección de Distribución Tributable de Bonos De Garantía CW 2011, puede emitir un voto para aceptar o rechazar el Plan debido a sus Reclamaciones de Clase 8 o Clase 9 (según corresponda) y Clase 34. Tenga en cuenta que debe votar todas las Reclamaciones de manera unitaria (ya sea para aceptar todas o para rechazar todas). **Para que se cuente su voto, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (Hora estándar del Atlántico) el 4 de octubre de 2021.**

Le recomendamos que revise la Declaración de divulgación completa, incluidas las consecuencias fiscales de realizar una elección que se analiza en las Secciones IX y X de la Declaración de divulgación, antes de elegir recibir su distribución en virtud del Plan.

**Cada tenedor de los bonos descritos en el Apéndice A adjunto al presente que sea elegible y desee participar en la Elección de Distribución de Tributable de Bonos de Garantía CW 2011 debe presentar una elección válida de la manera descrita en este documento.**

\* \* \* \* \*

*(Continúa en la página siguiente)*

Case 1-0323-18-LTS Doc# 8690 07-9 le File 1/0/23/2015/21 Entered 1/0/23/2015 021 :453 34 :4 Des Dc Main
Deb Docs Exhibit 14 Page 96 of 427

55668-05-ES

## Cómo emitir una Elección o un voto válido

***Inversores Minoristas***

Si es un Inversor Minorista y desea:

> (a) realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2011 y se considerará que acepta el Plan en la **Clase 9** y la **Clase 35**,

> (b) no realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2011, pero votar para aceptar el Plan en la **Clase 9** y **Clase 34**, o

> (c) no realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2011, y votar para rechazar el Plan, en la **Clase 9** y la **Clase 34**,

Debe instruir a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos 2011 de la AEP a través del Programa Automatizado de Oferta de Presentación ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de elegir uno de (a), (b), o (c) indicados arriba.

***Inversores No Minoristas***

Si usted no es un Inversor Minorista y desea:

> (d) realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2011 y se considerará que acepta el Plan en la **Clase 8** y la **Clase 35**,

> (e) no realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2011, pero votar para aceptar el Plan en la **Clase 8** y **Clase 34**, o

> (f) no realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2011, y votar para rechazar el Plan, en la **Clase 8** y la **Clase 34**,

debe instruir a su Persona Designada para que entregue electrónicamente sus Bonos a través de ATOP en DTC de acuerdo con su deseo de elegir uno de (a), (b), o (c) indicados arriba

**Si usted y / o su Persona Designada no entregan electrónicamente sus Bonos a través de ATOP (es decir, no toman ninguna medida), se considerará que tiene una Reclamación de Clase 8 y una Reclamación de Clase 34 y recibirá el trato y la distribución correspondientes.**

Además, al entregar sus bonos a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto entendido, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos 2011 de la AEP o una Reclamación de Bonos 2011 Minoristas de la AEP (según proceda) y una Reclamación de Bono de Garantía

CW 2011, o (b) además del voto emitido (o voto entendido, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros bonos han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Elección y Votación;

2. ha votado por todas sus Reclamaciones por cuenta de los bonos a los que se refiere esta Notificación para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluyendo votos de rechazo que entren en conflicto con aceptaciones entendidas a base de las elecciones hechas) con respecto a dichas Reclamaciones por cuenta de tales Bonos, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones por cuenta de los Bonos a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para elegir y / votar para aceptar o rechazar el Plan (según corresponda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o aceptación considerada a base de sus elecciones hechas) conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para efectuar una elección o emitir un voto (según corresponda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para efectuar esta elección y emitir un voto (según corresponda) es (i) presentar válidamente sus bonos en el sobre ATOP adecuado en DTC, y (ii) si corresponde, efectuar la certificación requerida establecida arriba, cada una según se describe en el sistema de DTC y ATOP.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN Y ELECCIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación y Elección**".

---

***NOTA INVERSORES NO MINORISTAS (CLASE 8)*: TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA). SIN EMBARGO, SI EFECTÚA LA ELECCIÓN DE DISTRIBUCIÓN TRIBUTABLE DE BONO DE GARANTÍA CW 2011 DE SU RECLAMACIÓN DE BONO**

**DE GARANTÍA CW 2011, QUEDARÁ RESTRINGIDO DE TRANSFERIR SUS BONOS HASTA CUMPLIDA LA FECHA DE EFECTIVIDAD.**

*NOTA PARA INVERSORES MINORISTAS (CLASE 9)*: **TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE RESTRINGIRÁ LA TRANSFERENCIA DE SUS BONOS HASTA LA FECHA DE VIGENCIA. SIN EMBARGO, SI EFECTÚA LA ELECCIÓN DE DISTRIBUCIÓN TRIBUTABLE DE BONO DE GARANTÍA CW 2011 DE SU RECLAMACIÓN DE BONO DE GARANTÍA CW 2011, QUEDARÁ RESTRINGIDO DE TRANSFERIR SUS BONOS HASTA CUMPLIDA LA FECHA DE EFECTIVIDAD.**

**NO OBSTANTE, EN CUALQUIERA DE LOS CASOS ANTERIORES, USTED PUEDE NEGOCIAR O TRANSFERIR SUS BONOS PRESENTADOS REVOCANDO SU VOTO Y RETIRANDO LOS BONOS PRESENTADOS EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

<div align="center">*     *     *     *     *</div>

<div align="center">

**Cómo revocar una elección o voto válido (según corresponda)**

</div>

Usted puede revocar su elección o el voto que ha emitido y retirar sus bonos presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Elección y Votación.

Si desea revocar su elección o voto, debe instruir a la Persona Designada para que revoque su elección o voto y retire sus bonos a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su elección o voto en cualquier momento antes de la Fecha Límite de Votación y Elección, puede realizar una elección o volver a votar en cualquier momento antes de la Fecha Límite de Votación y Elección, de acuerdo con las instrucciones arriba para presentar una elección o un voto válido.

<div align="center">*     *     *     *     *</div>

La elección de que sus Reclamaciones de Bono de Garantía CW 2011 se traten en la **Clase 35** está sujeta a los términos del Plan. Todas las cuestiones relativas a la validez, forma y elegibilidad (incluida la hora de recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión se reserva el derecho absoluto de rechazar cualquiera o todas las elecciones para ser tratadas en la **Clase 35**

que no estén en la forma adecuada o cuya aceptación, en opinión de su asesor legal, sería ilegal. La Junta de Supervisión también se reserva el derecho de renunciar a cualquier defecto, irregularidad o condición en cuanto a la elección a ser tratado en la **Clase 35**. Una renuncia a cualquier defecto o irregularidad en una instancia no constituirá una renuncia al mismo o cualquier otro defecto o irregularidad con respecto a cualquier otra instancia, excepto en la medida en que la Junta de Supervisión así lo disponga. La entrega de una elección para ser tratada en la **Clase 35** no se considerará realizada hasta que la Junta de Supervisión haya renunciado o subsanado cualquier defecto o irregularidad. Ninguno de los miembros de la Junta de Supervisión, los Deudores o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en una elección que se tratará en la Clase 35, ni incurrirá en ninguna responsabilidad ante usted por no dar tal notificación.

**Presentación de información sobre numerosidad**
**(Aplicable únicamente a los tenedores beneficiarios que presenten más de un voto a través de ATOP)**

Cualquier tenedor beneficiario de Bonos 2011 de la AEP que posea múltiples CUSIP de Bonos 2011 de la AEP y presente más de un voto a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoinfo@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "PBA**

**SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME
CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO
JURÍDICO Y NO LO HARÁ.**


*[El resto de la página se deja intencionalmente en blanco]*

**Anexo A**

| CUSIP |
|---|
| 745235M57 |
| 745235M65 |
| 745235M73 |
| 745235M81 |
| 745235M99 |
| 745235N23 |
| 745235N31 |
| 745235N49 |
| 745235N56 |
| 745235N64 |
| 745235N72 |
| 745235N80 |
| 745235N98 |
| 745235P21 |
| 745235P39 |
| 745235P47 |
| 745235P54 |
| 745235P62 |
| 745235P70 |
| 745235P88 |
| 745235Q20 |
| 7452353A7 |
| 7452353B5 |
| 7452353C3 |
| 7452353D1 |
| 7452355E7 |
| 7452353E9 |
| 7452353F6 |
| 7452353G4 |
| 7452353H2 |
| 7452353J8 |
| 7452353K5 |
| 7452353L3 |
| 7452353M1 |
| 7452353N9 |
| 7452353P4 |
| 7452353Q2 |
| 7452353R0 |
| 7452353S8 |
| 7452353T6 |
| 7452353U3 |
| 7452353V1 |

**Exhibit G**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>              Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF VOTING INSTRUCTIONS FOR HOLDERS OF
## (I) 2012 PBA BOND CLAIMS IN CLASS 10,
## (II) RETAIL 2012 PBA BOND CLAIMS IN CLASS 11, AND
## <u>(III) 2012 CW GUARANTEE BOND CLAIMS IN CLASS 44</u>

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2012 PBA BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "<u>RETAIL INVESTOR</u>"), YOU HOLD A RETAIL 2012 PBA BOND CLAIM IN CLASS 11.

IF YOU ARE A HOLDER OF 2012 PBA BONDS AND ARE <u>NOT</u> A RETAIL INVESTOR, YOU HOLD A 2012 PBA BOND CLAIM IN CLASS 10.

HOLDERS OF 2012 PBA BOND CLAIMS IN CLASS 10 OR RETAIL 2012 PBA BONDS IN CLASS 11 (AS APPLICABLE) ALSO HOLD 2012 CW GUARANTEE BOND CLAIMS IN CLASS 44.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 10 and Class 11 (as applicable), and Class 44** of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2012 PBA Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

*2012 PBA Bond Claim / Retail 2012 PBA Bond Claim / 2012 CW Guarantee Bond Claim Voting*. Holders of (i) 2012 PBA Bond Claims in Class 10 or Retail 2012 PBA Bond Claims in Class 11 (as applicable) and (ii) 2012 CW Guarantee Bond Claims in Class 44 may vote to accept or reject the Plan. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) 2012 PBA Bond Claims in Class 10 or Retail 2012 PBA Bond Claims in Class 11 (as applicable) and (ii) 2012 CW Guarantee Bond Claims in Class 44 must vote all such claims consistently (either all to accept or all to reject).**

**For the further avoidance of doubt, all 2012 CW Guarantee Bond Claims are currently placed in Class 44 for voting and distribution purposes. If you make a 2012 CW Guarantee Taxable Bond Distribution Election (as defined below) with respect to your 2012 CW Guarantee Bond Claims in accordance with the instructions and procedures set forth in this Notice, your 2012 CW Guarantee Bond Claims will be moved into Class 45 and treated as a 2012 CW Guarantee Bond Claim (Taxable Election) for voting and distribution purposes as described more fully below.**

*2012 CW Guarantee Bond Claims Election*. Pursuant to the Plan, holders of 2012 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2012 CW Guarantee Bond Recovery. Such holders may elect to have their 2012 CW Guarantee Bond Claim treated as a 2012 CW Guarantee Bond Claim (Taxable Election) in **Class 45** (the "**2012 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 45** as well as in **Class 10** or **Class 11** (as applicable). If you do not make the 2012 CW Guarantee Taxable Bond Distribution Election, you may vote to accept or reject the Plan.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice.  **All capitalized terms used but not otherwise defined herein shall have the meanings**

---

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

given to such terms in the Plan. **If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*    \*    \*    \*    \*

## ELECTION AND VOTING PROCESS

Beneficial holders of securities giving rise to Impaired Claims in **Class 44** may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Guarantee Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2012 CW Guarantee Bond Recovery, as modified by your Pro Rata Share of the 2012 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 45**. For the avoidance of doubt, by electing to receive the 2012 CW Guarantee Taxable Bond Distribution, you will also be deemed to accept the Plan as a holder of a Claim in **Class 10** or **Class 11** (as applicable).

  To make the 2012 CW Guarantee Taxable Bond Distribution Election to receive the 2012 CW Guarantee Taxable Bond Distribution and be treated under **Class 45**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the 2012 CW Guarantee Bond Recovery** (This is the default Plan distribution for 2012 CW Guarantee Bond Claims in **Class 44** if no election is made).

If you do <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan on account of your Claims in Class 10 or Class 11 (as applicable), and Class 44. Please note that you must vote all Claims consistently (either all to accept or all to reject). **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of the bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2012 CW Guarantee Taxable Bond Distribution Election must submit a valid election in the manner described herein**.

<div align="center">

\*   \*   \*   \*   \*   \*

(*Continued on Next Page*)

</div>

<u>**How to Submit a Valid Election or Vote**</u>

*Retail Investors:*

If you are a Retail Investor and wish to:

    (a) make the 2012 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 11** and **Class 45**,

    (b) <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 11** and **Class 44**, or

    (c) <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 11** and **Class 44**,

you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

*Non-Retail Investors:*

If you are <u>not</u> a Retail Investor and wish to:

    (d) make the 2012 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 10** and **Class 45**,

    (e) <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, but vote to <u>accept</u> the Plan in **Class 10** and **Class 44**, or

    (f) <u>not</u> make the 2012 CW Guarantee Taxable Bond Distribution Election, and vote to <u>reject</u> the Plan in **Class 10** and **Class 44**,

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (d), (e), or (f) set forth above.

**If you and/or your Nominee do not electronically deliver your Bonds via ATOP (<u>i.e.</u>, take no action), you will be deemed to be holding a Class 10 Claim and Class 44 Claim and will receive the corresponding treatment and distribution.**

\*    \*    \*    \*    \*

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2012 PBA Bond Claim or Retail 2012 PBA Bond Claim (as applicable) and 2012 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS**
**5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

**<u>*NOTE FOR NON-RETAIL INVESTORS (CLASS 10)*</u>: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021). HOWEVER, IF YOU MAKE THE 2012 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO**

YOUR 2012 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.

*NOTE FOR RETAIL INVESTORS (CLASS 11)*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE. HOWEVER, IF YOU MAKE THE 2012 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION WITH RESPECT TO YOUR 2012 CW GUARANTEE BOND CLAIMS, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.

IN EITHER CASE ABOVE, YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP

\* \* \* \* \*

### How to Revoke a Valid Election or Vote (as applicable)

You may revoke your election or vote cast and withdraw your bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election or vote, you must instruct your Nominee to revoke your election or vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election or vote any time before the Voting and Election Deadline, you may make an election or vote again at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election or vote above.

\* \* \* \* \*

The election to have your 2012 CW Guarantee Bond Claims be treated in **Class 45** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 45** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 45**. A waiver of any defect or

7

irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 45** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 45**, or will incur any liability to you for failure to give any such notification.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)

Any beneficial holder of 2012 PBA Bonds that holds multiple CUSIPs of 2012 PBA Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

*[Remainder of page intentionally left blank]*

**Exhibit A**

| CUSIP |
|-------|
| 745235R37 |
| 745235R45 |
| 745235R52 |
| 745235R60 |
| 745235R78 |
| 745235R86 |
| 745235R94 |
| 745235S28 |
| 745235S36 |
| 745235S44 |
| 745235S51 |
| 745235S69 |
| 7452353W9 |
| 7452353X7 |
| 7452353Y5 |
| 7452353Z2 |
| 7452354A6 |
| 7452354B4 |
| 7452354C2 |
| 7452354D0 |
| 7452354E8 |
| 7452354F5 |

**Exhibit H**

# ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN PARA TENEDORES DE (I) RECLAMACIONES DE BONOS 2012 DE LA AEP DE LA CLASE 10 (II) RECLAMACIONES DE BONOS 2012 MINORISTAS DE LA AEP DE CLASE 11 Y (III) RECLAMACIONES DE BONOS DE GARANTÍA CW 2012 DE LA CLASE 44

> SI USTED ES UNA PERSONA FÍSICA QUE POSEE BONOS 2012 DE LA AEP POR UN MONTO TOTAL DE UN MILLÓN DE DÓLARES ($1,000,000.00) O MENOS EN UNA CUENTA DE CORRETAJE, UNA CUENTA DE FIDEICOMISO, UNA CUENTA DE CUSTODIA O UNA CUENTA ADMINISTRADA POR SEPARADO (UN "INVERSIONISTA MINORISTA"), ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2012 MINORISTAS DE LA AEP DE LA CLASE 11.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

> SI USTED ES TENEDOR DE BONOS 2012 DE LA AEP Y <u>NO</u> ES UN INVERSIONISTA
> MINORISTA, ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2012 DE LA AEP DE
> LA CLASE 10.
>
> LOS TITULARES DE LAS RECLAMACIONES DE BONOS AEP 2012 EN CLASE 10 O
> BONOS AEP MINORISTA DE CLASE 11 DE 2012 (SEGÚN SEA APLICABLE) TAMBIÉN
> TIENEN RECLAMACIONES DE BONOS DE GARANTÍA CW 2012 EN LA CLASE 44.

Esta Notificación de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de
valores emitidos por la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**") y garantizados
por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan
lugar a reclamaciones bajo la **Clase 10 y la Clase 11 (según corresponda), y Clase 44** del *Séptimo
Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y
otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se
produzcan periódicamente, el "**Plan**").[2] Los Bonos 2012 de la AEP y los correspondientes CUSIP
se describen en el **Anexo A** adjunto.

*Votación de Reclamaciones de Bonos 2012 de la AEP / Reclamaciones de Bonos 2012
Minoristas de la AEP / Reclamaciones de Bonos de Garantía CW 2012* Los tenedores de (i)
Reclamaciones de Bonos 2012 de la AEP de la Clase 10 o de Reclamaciones de Bonos 2012
Minoristas de la AEP de la Clase 11 (según corresponda) y (ii) Reclamaciones de Bonos de
Garantía CW 2012 de Clase 44 pueden votar para aceptar o rechazar el Plan. La Junta de
Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como
representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del
Estado Libre Asociado de Puerto Rico ("**SRE**") y la AEP, convoca para la votación del Plan a los
tenedores de ciertas reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP.
Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el
Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado
de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con
sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la
"**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la
votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se
detallan a continuación.

**Para evitar dudas, los tenedores de (i) Reclamaciones de bonos de la AEP de 2012 en
la Clase 10 o Reclamaciones de Bonos Minoristas de la AEP de 2012 para minoristas en la
Clase 11 (según corresponda) y (ii) Reclamos de Bonos Minoristas de Garantía CW de 2012
en la Clase 44 deben votar todas esas reclamaciones de manera unitaria (o sea, aceptar todos
o rechazar todos).**

**Para evitar dudas adicionales, todas las Reclamaciones de Bonos de Garantía de CW
de 2012 se encuentran actualmente en la Clase 44 para fines de votación y distribución. Si
realiza una Elección de Distribución Tributaria de Bonos de Garantía CW 2012 (como se
define a continuación) con respecto a sus Reclamaciones de Bonos de Garantía CW 2012 de**

---

[2]   A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento
tendrá el significado que se le da en el Plan.

acuerdo con las instrucciones y procedimientos establecidos en Notificación, sus **Reclamaciones de Bonos de Garantía CW 2012 pasarán a la Clase 45 y serán tratadas como una Reclamación de Bono de Garantía CW de 2012 (Elección tributable) para propósitos de votación y distribución, como se describe más detalladamente a continuación.**

*Elección de Reclamaciones de Garantía CW 2012*. De conformidad con el Plan, los titulares de las Reclamaciones de Bonos de Garantía CW 2012 tienen derecho a su Parte Prorrateada de la Recuperación del Bono de Garantía CW 2012. Dichos tenedores pueden optar por que su Reclamación de Bono de Garantía de CW de 2012 se trate como una Reclamación de Bono de Garantía de CW de 2012 (Elección tributable) en la **Clase 45** (la "Elección de Distribución de Bono de Garantía de CW 2012") y se considerará que votarán para aceptar el Plan en **Clase 45** así como en **Clase 10** o **Clase 11** (según corresponda). Si no participa en la Elección de Distribución Tributable de Bonos de Garantía CW de 2012, puede votar para aceptar o rechazar el Plan.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## PROCESO DE ELECCIÓN Y VOTACIÓN

Tenedores beneficiarios de valores que dan lugar a Reclamaciones Afectadas de la **Clase 44** pueden ser elegibles de efectuar la elección a continuación y se considerará que acepta el Plan en la Clase correspondiente (en la alternativa, si no efectúa una elección, tendrá derecho a votar para aceptar o rechazar el Plan.

- *Elección de Distribución Tributable de Bonos* (Disponible solo para inversionistas de Puerto Rico). Si usted es un Inversor de Puerto Rico, usted puede optar por recibir la Distribución de Bonos Tributables de Garantía CW 2012. Si realiza esta elección, recibirá una Parte Prorrateada de la Recuperación de Bono de Garantía CW de 2012, modificada por su Parte Prorrateada de la Distribución de Bonos de Garantía CW de 2012 y se considerará que acepta el plan como titular de una Reclamación. en la **Clase 45**. Para evitar dudas, al elegir recibir la Distribución de Bonos Tributables de Garantía de CW 2012, también se considerará que usted acepta el Plan como titular de una Reclamación en la **Clase 10** o **Clase 11** (según corresponda).

Para realizar la Elección de Distribución e Bonos Tributables de Garantía CW de 2012 para recibir la Distribución de Bonos Tributables de Garantía CW 2012 y ser tratado bajo la **Clase 45**, debe certificar en relación con su elección que usted es:

o Una persona natural que sea residente del Estado Libre Asociado (para propósitos del impuesto sobre la renta personal de Puerto Rico), o

o Una entidad que sea de propiedad total o de propiedad total beneficiosa de una o más personas naturales que sean residentes del Estado Libre Asociado (para propósitos del impuesto sobre la renta personal de Puerto Rico) (ya sea un "**Inversor de Puerto Rico**").

**Tratamiento predeterminado: Reciba una Parte Prorrateada de la Recuperación de Bonos de Garantía CW de 2012 (**esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos de Garantía CW de 2012 en la **Clase 44** si no se realiza ninguna elección**).**

Si no realiza la Elección de Distribución de Bonos Tributables de Garantía CW 2012, puede emitir un voto para aceptar o rechazar el Plan derivado de sus Reclamaciones en la Clase 10 o Clase 11 (según corresponda) y la Clase 44. Tenga en cuenta que debe votar todas las Reclamaciones de manera unitaria (o sea, aceptar todas o rechazar todas). **Para que se cuente su voto, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (Hora estándar del Atlántico) el 4 de octubre de 2021.**

*Le recomendamos que revise la Declaración de Divulgación completa, incluidas las consecuencias fiscales de realizar una elección que se analiza en las Secciones IX y X de la Declaración de Divulgación, antes de elegir su distribución en virtud del Plan.*

**Cada tenedor de los bonos descritos en el Apéndice A adjunto al presente que sea elegible y desee participar en la Elección de Distribución de Bonos Tributables de Garantía CW 2012 debe presentar una elección válida de la manera descrita en este documento.**

\*     \*     \*     \*     \*

(*Continúa en la página siguiente*)

## Cómo emitir una Elección o un voto válido

*Inversores Minoristas*

Si es un Inversor Minorista y desea:

> (a) realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2012 y se considere que acepta el Plan en la **Clase 11** y la **Clase 45**,

> (b) no realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2012, pero votar para aceptar el Plan en la **Clase 11** y **Clase 44**, o

> (c) no realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2012, y votar para rechazar el Plan, en la **Clase 11** y la **Clase 44**,

debe instruir a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos a través del Programa Automatizado de Oferta de Presentación ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de elegir uno de (a), (b), o (c) indicados arriba.

*Inversores No Minoristas*

Si usted no es un Inversor Minorista y desea:

> (d) realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2012 y se considere que acepta el Plan en la **Clase 10** y la **Clase 45**,

> (e) no realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2012, pero votar para aceptar el Plan en la **Clase 10** y **Clase 44**, o

> (f) no realizar la Elección de Distribución Tributable de Bonos de Garantía CW 2012, y votar para rechazar el Plan, en la **Clase 10** y la **Clase 44**,

debe instruir a su Persona Designada para que entregue electrónicamente sus Bonos a través de ATOP en DTC de acuerdo con su deseo de elegir uno de (a), (b), o (c) indicados arriba.

**Si usted y/o su Persona Designada no entregan electrónicamente sus Bonos a través de ATOP (es decir, no toman ninguna medida), se considerará que tiene una Reclamación de Clase 10 y un Reclamación de Clase 44 y recibirá el trato y la distribución correspondientes.**

Además, al entregar sus bonos a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto entendido, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos 2012 de la AEP o una Reclamación de Bonos 2012 Minoristas de la AEP (según proceda) y una Reclamación de Bono de Garantía CW 2012, o (b) además del voto emitido (o voto entendido, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros bonos han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Elección y Votación;

2. ha votado por todas sus Reclamaciones por cuenta de los bonos a los que se refiere esta Notificación para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluyendo votos de rechazo que supongan un conflicto con aceptaciones entendidas a base de las elecciones hechas) con respecto a dichas Reclamaciones por cuenta de tales Bonos, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones por cuenta de los Bonos a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para elegir y / votar para aceptar o rechazar el Plan (según corresponda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o aceptación considerada en función de las opciones elegidas) conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para efectuar una elección o emitir un voto (según corresponda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para efectuar esta elección y emitir un voto (según corresponda) es (i) presentar válidamente sus bonos en el sobre ATOP adecuado en DTC, y (ii) si corresponde, efectuar la certificación requerida establecida arriba, cada una según se describe en el sistema de DTC y ATOP.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN Y ELECCIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación y Elección**".

---

*NOTA PARA INVERSORES NO MINORISTAS (CLASE 10):* **TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE**

**ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA). SIN EMBARGO, SI EFECTÚA LA ELECCIÓN DE DISTRIBUCIÓN TRIBUTABLE DE BONO DE GARANTÍA CW 2012 DE SU RECLAMACIÓN DE BONO DE GARANTÍA CW 2012, QUEDARÁ RESTRINGIDO DE TRANSFERIR SUS BONOS HASTA CUMPLIDA LA FECHA DE EFECTIVIDAD.**

***NOTA PARA INVERSORES MINORISTAS (CLASE 11)*: TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE RESTRINGIRÁ LA TRANSFERENCIA DE SUS BONOS HASTA LA FECHA DE VIGENCIA. SIN EMBARGO, SI EFECTÚA LA ELECCIÓN DE DISTRIBUCIÓN TRIBUTABLE DE BONO DE GARANTÍA CW 2012 DE SU RECLAMACIÓN DE BONO DE GARANTÍA CW 2012, LA TRANSFERENCIA DE SUS BONOS QUEDARÁ RESTRINGIDA HASTA CUMPLIDA LA FECHA DE EFECTIVIDAD.**

**NO OBSTANTE, EN CUALQUIERA DE LOS CASOS ANTERIORES, USTED PUEDE NEGOCIAR O TRANSFERIR SUS BONOS PRESENTADOS REVOCANDO SU VOTO Y RETIRANDO LOS BONOS PRESENTADOS EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

* * * * *

**Cómo revocar una elección o voto válido (según corresponda)**

Usted puede revocar su elección o el voto que ha emitido y retirar sus bonos presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Elección y Votación.

Si desea revocar su elección o voto, debe instruir a la Persona Designada para que revoque su elección o voto y retire sus bonos a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su elección o voto en cualquier momento antes de la Fecha Límite de Votación y Elección, puede volver a votar en cualquier momento antes de la Fecha Límite de Votación y Elección, de acuerdo con las instrucciones arriba para presentar una elección o un voto válido.

* * * * *

La elección de que sus Reclamaciones de Bono de Garantía CW 2012 se traten en la **Clase 45** está sujeta a los términos del Plan. Todas las cuestiones relativas a la validez, forma y elegibilidad (incluida la hora de recepción) de la elección serán determinadas por la Junta de Supervisión, cuya

determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión se reserva el derecho absoluto de rechazar cualquiera o todas las elecciones para ser tratadas en la **Clase 45** que no estén en la forma adecuada o cuya aceptación, en opinión de su asesor legal, sería ilegal. La Junta de Supervisión también se reserva el derecho de renunciar a cualquier defecto, irregularidad o condición en cuanto a la elección a ser tratado en la **Clase 45**. Una renuncia a cualquier defecto o irregularidad en una instancia no constituirá una renuncia al mismo o cualquier otro defecto o irregularidad con respecto a cualquier otra instancia, excepto en la medida en que la Junta de Supervisión así lo disponga. La entrega de una elección para ser tratada en la **Clase 45** no se considerará realizada hasta que la Junta de Supervisión haya renunciado o subsanado cualquier defecto o irregularidad. Ninguno de los miembros de la Junta de Supervisión, los Deudores o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en una elección que se tratará en la **Clase 45**, ni incurrirá en responsabilidad alguna ante usted por no haber entregado tal notificación.

\* \* \* \* \*

### Presentación de información sobre numerosidad
### (Aplicable únicamente a los tenedores beneficiarios que presenten más de un voto a través de ATOP)

Cualquier tenedor beneficiario de Bonos 2012 de la AEP que posea múltiples CUSIP de Bonos 2012 de la AEP y presente más de un voto a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos los antedichos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoinfo@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO**

**RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "PBA SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR, NI PROPORCIONARÁ ASESORAMIENTO JURÍDICO.**

[*El resto de la página se deja intencionalmente en blanco*]

**Anexo A**

| CUSIP |
|---|
| 745235R37 |
| 745235R45 |
| 745235R52 |
| 745235R60 |
| 745235R78 |
| 745235R86 |
| 745235R94 |
| 745235S28 |
| 745235S36 |
| 745235S44 |
| 745235S51 |
| 745235S69 |
| 7452353W9 |
| 7452353X7 |
| 7452353Y5 |
| 7452353Z2 |
| 7452354A6 |
| 7452354B4 |
| 7452354C2 |
| 7452354D0 |
| 7452354E8 |
| 7452354F5 |

**Exhibit I**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF VOTING AND ELECTION INSTRUCTIONS
## FOR HOLDERS OF VINTAGE CW BONDS WITH CLAIMS
## IN CLASS 15 AND RETAIL VINTAGE CW BOND CLAIMS IN CLASS 16

IF YOU ARE AN INDIVIDUAL WHO HOLDS VINTAGE CW BONDS IN THE
AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A
BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A
SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL
VINTAGE CW BONDS CLAIM IN CLASS 16.

IF YOU ARE A HOLDER OF VINTAGE CW BONDS AND ARE NOT A RETAIL
INVESTOR, YOU HOLD A VINTAGE CW BONDS CLAIM IN CLASS 15.

    This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the
beneficial holders of securities issued by the Commonwealth of Puerto Rico (the
"**Commonwealth**") giving rise to claims under **Class 15 and Class 16 (as applicable)** of the

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS)
(Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy
Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence. Please have your broker nominee refer to the comments on DTC's
ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at
https://cases.primeclerk.com/puertorico/.

*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*
(as the same may be updated, supplemented, amended and/or otherwise modified from time to
time, the "**Plan**").[2] The Vintage CW Bonds and the relevant CUSIPs are described on **Exhibit A**
attached hereto.

    **For the avoidance of doubt, all Vintage CW Bond Claims are currently placed in
Class 15 for voting and distribution purposes and all Retail Vintage CW Bond Claims are
currently placed in Class 16 for voting and distribution purposes. If you make any elections
in accordance with the instructions and procedures set forth in this Notice, however, your
Vintage CW Bonds or Retail Vintage CW Bonds will be moved into the appropriate Class
corresponding to such election for voting and distribution purposes as described more fully
below.**

    ***Class 15 Vintage CW Bond Holder Election***.  Pursuant to the Plan, holders of Vintage CW
Bond Claims are entitled to their Pro Rata Share of the Vintage CW Bond Recovery.[3] Holders of
Vintage CW Bond Claims may be eligible to make an election regarding their distributions, as
summarized below. Instructions to make an election are below.

    ***Class 15 Vintage CW Bond Holder Voting***.  Holders of Vintage CW Bond Claims who do
not make any election may vote to accept or reject the Plan.  Holders of Vintage CW Bond Claims
who make an election to have their Vintage CW Bond Claim treated as a Vintage CW Bond Claim
(Taxable Election) in **Class 22** (the "**Vintage CW Taxable Bond Distribution Election**") and
will be deemed to vote to accept the Plan in **Class 22**.

    ***Class 16 Retail Vintage CW Bond Holder Election***.  Pursuant to the Plan, holders of Retail
Vintage CW Bond Claims are entitled to their Pro Rata Share of (a) the Vintage CW Bond
Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 16**
votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code,
the Retail Support Fee otherwise allocable to holders of Retail Vintage CW Bond Claims shall be
reallocated to other claimholders. Holders of Retail Vintage CW Bond Claims may be eligible to
make an election regarding their distributions, as summarized below. Instructions to make an
election are below.

    ***Class 16 Retail Vintage CW Bond Holder Voting***. Holders of Retail Vintage CW Bond
Claims who do not make any election may vote to accept or reject the Plan. Holders of Retail

---

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]    The Vintage CW Bond Recovery is shared among the Vintage CW Bond Claims, Vintage CW Bond Claims
(Assured), Vintage CW Bond Claims (National), Vintage CW Bond Claims (Ambac), Vintage CW Bond Claims
(FGIC), Vintage CW Bond Claims (Syncora) and Retail Vintage CW Bond Claims.

[4]    The Vintage CW Bond Recovery is shared among the Vintage CW Bond Claims, Vintage CW Bond Claims
(Assured), Vintage CW Bond Claims (National), Vintage CW Bond Claims (Ambac), Vintage CW Bond Claims
(FGIC), Vintage CW Bond Claims (Syncora) and Retail Vintage CW Bond Claims.

[5]    The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims,
Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW
Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the

**Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence. Please have your broker nominee refer to the comments on DTC's
ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at
https://cases.primeclerk.com/puertorico/.**

Class for such Claims votes to accept the Plan.

Vintage CW Bond Claims who make an election to have their Retail Vintage CW Bond Claim treated as a Vintage CW Bond Claim (Taxable Election) in **Class 22** (the "**Vintage CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 22**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 15 or Class 16**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the Vintage Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the Vintage CW Bond Recovery, as modified by your Pro Rata Share of the Vintage Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 22**.

  To make the Vintage CW Taxable Bond Distribution Election to receive the Vintage Taxable Bond Distribution and be treated under **Class 22**, you must certify in connection with your election that you are either:

  - A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

- An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**<u>Class 15 Default Treatment</u>: Receive Pro Rata Share of the Vintage CW Bond Recovery** (This is the default Plan distribution for Vintage CW Bond Claims in **Class 15** if no election is made). If you do not make the Vintage CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**<u>Class 16 Default Treatment</u>: Receive Pro Rata Share of the Vintage CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail Vintage CW Bond Claims in **Class 16** if no election is made and **Class 16** votes to accept the Plan). If you do not make the Vintage CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of Vintage CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the Vintage CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

**<u>How to Submit a Valid Election and/or Vote (as applicable)</u>**

If you wish to (a) make the Vintage CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 22**, (b) receive the default Plan distribution for **Class 15 or Class 16** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 15 or Class 16** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver all your Vintage CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.  For the avoidance of doubt, you cannot make the CW Taxable Bond Distribution Election for only some of your bonds; rather, you must instruct your Nominee to electronically deliver all your Vintage CW Bonds into only one of the options set forth above.

In addition, by delivering your Vintage CW Bonds via ATOP, you are certifying that:

Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence. Please have your broker nominee refer to the comments on DTC's ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at https://cases.primeclerk.com/puertorico/.

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage CW Bond Claim or a Retail Vintage CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other Vintage CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 15 or Class 16 (as applicable) on account of Vintage CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of Vintage CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 15 or Class 16 (as applicable) on account of Vintage CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your Vintage CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

*<u>NOTE FOR HOLDERS OF VINTAGE CW BONDS IN CLASS 15</u>*: **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021.**

**IF YOU TENDER YOUR BONDS TO MAKE THE VINTAGE CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 22, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL VINTAGE CW BONDS IN CLASS 16***: **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE VINTAGE CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 22, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\*   \*   \*   \*   \*

**How to Revoke a Valid Election and/or Vote (as applicable)**

You may revoke your desire to (a) make the Vintage CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 15 or Class 16 (as applicable)** and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 15 or Class 16 (as applicable)** and cast a vote to reject the Plan and withdraw your Vintage CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your Vintage CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

<p style="text-align:center">*   *   *   *   *</p>

The election to be treated in **Class 22** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 22** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 22**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 22** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 22**, or will incur any liability to you for failure to give any such notification.

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><b>Numerosity Information Submission<br>(Applicable Only for Beneficial Holders Submitting<br>More than One Election and/or Vote Through ATOP)</b></p>

Any beneficial holder of Vintage CW Bonds that hold multiple CUSIPs of Vintage CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

<p style="text-align:center">*   *   *   *   *</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

**Exhibit A**

| CUSIP | | | | | |
|---|---|---|---|---|---|
| 745145YB2 | 745145EL2 | 745145GV8 | 74514LRD1 | 74514LDM6 | 74514LJX6 |
| 745145YC0 | 745145EM0 | 74514LGG6 | 74514LEL7 | 74514LFS1 | 74514LJY4 |
| 745145YD8 | 745145ES7 | 74514LWF0 | 74514LEN3 | 74514LEA1 | 74514LJZ1 |
| 745145YE6 | 745145ET5 | 74514LEK9 | 74514LDX2 | 74514LEB9 | 74514LKA4 |
| 745145YF3 | 745145EW8 | 74514LEU7 | 7451453U4 | 74514LCA3 | 74514LKB2 |
| 745145YG1 | 74514LGGG | 74514LRC3 | 7451453V2 | 74514LDK0 | 74514LKC0 |
| 745145YH9 | 74514LRF6 | 7451452Q4 | 7451453W0 | 74514LBP1 | 74514LBY2 |
| 745145YJ5 | 74514LRH2 | 745145A77 | 7451455B4 | 74514LBQ9 | 74514LQA8 |
| 745145YK2 | 74514LRK5 | 745145A85 | 7451453X8 | 74514LBR7 | 74514LQB6 |
| 745145YL0 | 74514LQJ9 | 745145A93 | 7451453Y6 | 74514LBS5 | 74514LLJ4 |
| 745145YM8 | 7451452K7 | 745145B27 | 7451453Z3 | 74514LBT3 | 745145U75 |
| 745145YU0 | 745145A28 | 745145B35 | 7451454A7 | 74514LBU0 | 74514LKJ5 |
| 745145YV8 | 745145A36 | 745145B43 | 7451454B5 | 74514LBV8 | 74514LKH9 |
| 745145YX4 | 745145A44 | 74514LNZ6 | 7451454C3 | 74514LPS0 | 74514LLV7 |
| 745145EN8 | 745145A69 | 74514LBB2 | 7451454D1 | 74514LPT8 | 74514LLX3 |
| 745145EP3 | 745145A51 | 74514LBC0 | 7451454E9 | 74514LPW1 | 74514LLW5 |
| 745145EQ1 | 745145ZZ8 | 74514LBD8 | 7451454F6 | 74514LCS4 | 74514LQF7 |
| 745145ER9 | 74514LNY9 | 74514LBE6 | 7451454G4 | 74514LCT2 | 74514LLZ8 |
| 745145EU2 | 74514LQZ3 | 74514LBF3 | 7451454H2 | 74514LCV7 | 74514LMA2 |
| 745145EV0 | 74514LRB5 | 74514LBG1 | 7451454J8 | 74514LCW5 | 74514LMB0 |
| 745145EX6 | 74514LQX8 | 74514LBH9 | 7451454L3 | 74514LCX3 | 74514LMC8 |
| 745145DR0 | 745145GZ9 | 74514LQY6 | 7451454M1 | 74514LCY1 | 74514LMD6 |
| 745145DS8 | 745145HA3 | 74514LRA7 | 7451454N9 | 74514LDB0 | 74514LME4 |
| 745145DT6 | 745145HB1 | 745145XY3 | 7451454P4 | 74514LDC8 | 74514LMF1 |
| 745145DU3 | 745145HC9 | 7451454KS | 7451454Q2 | 74514LDD6 | 74514LMG9 |
| 745145DV1 | 745145HD7 | 7451454B4 | 7451454R0 | 74514LDE4 | 74514LMH7 |
| 745145DW9 | 745145HE5 | 74514LAZO | 7451454S8 | 74514LDF1 | 74514LMJ3 |
| 745145DX7 | 745145HF2 | 74514LAS6 | 7451454T6 | 74514LEM5 | 74514LMK0 |
| 745145DY5 | 745145HG0 | 74514LBN6 | 7451454U3 | 74514LFL6 | 74514LML8 |
| 745145DZ2 | 745145HH8 | 74514LEQ6 | 7451454V1 | 74514LEE3 | 74514LMM6 |
| 745145EA6 | 745145HJ4 | 74514LBZ9 | 7451454W9 | 74514LEF0 | 74514LMN4 |
| 745145EB4 | 745145HK1 | 74514LAT4 | 7451454X7 | 745145K27 | 74514LMP9 |
| 745145EC2 | 745145HL9 | 74514LAU1 | 7451454Y5 | 74514LDP9 | 74514LVA2 |
| 745145ED0 | 745145HM7 | 74514LAV9 | 7451454Z2 | 74514LPX9 | 74514LVB0 |
| 745145EE8 | 745145HR6 | 74514LAW7 | 7451455A6 | 74514LPY7 | 74514LVC8 |
| 745145EF5 | 745145HS4 | 74514LAX5 | 7451455C2 | 74514LPZ4 | 74514LVD6 |
| 745145EG3 | 745145GY2 | 74514LAY3 | 74514LER4 | 74514LJQ1 | 74514LVE4 |
| 745145EH1 | 745145GX4 | 74514LPQ4 | 74514LET0 | 74514LJV0 | 74514LVF1 |
| 745145EJ7 | 745145GW6 | 74514LPR2 | 74514LES2 | 74514LJW8 | 74514LVG9 |

| CUSIP | | | | | |
| --- | --- | --- | --- | --- | --- |
| 74514LVH7 | 74514LFF9 | 745145YZ9 | 74514LQE0 | 74514LTX5 | 74514LF51 |
| 74514LVJ3 | 74514LFJ1 | 74514LBM8 | 74514LNP8 | 74514LTK3 | 74514LF69 |
| 74514LVK0 | 74514LDZ7 | 74514LCZ8 | 74514LNQ6 | 74514LSV0 | 74514LF77 |
| 74514LVL8 | 745145LH3 | 74514LDA2 | 74514LNR4 | 74514LSL2 | 74514LF85 |
| 74514LVM6 | 745145BE1 | 74514LLY1 | 74514LNS2 | 74514LSM0 | 74514LF93 |
| 74514LVN4 | 745145BF8 | 74514LNC7 | 74514LD95 | 74514LSN8 | 74514LG27 |
| 745145AA0 | 745145BG6 | 745145VE9 | 74514LMU8 | 74514LSP3 | 74514LG35 |
| 745145AB8 | 745145BH4 | 745145VG4 | 74514LMV6 | 74514LSQ1 | 74514LG43 |
| 745145GN6 | 745145BJ0 | 745145VJ8 | 74514LMW4 | 74514LSR9 | 74514LG50 |
| 745145UM2 | 745145BK7 | 745145VK5 | 74514LMX2 | 74514LSS7 | 74514LG68 |
| 745145UN0 | 745145BT8 | 745145VL3 | 74514LMY0 | 74514LST5 | 74514LG76 |
| 745145TE2 | 745145AZ5 | 745145VM1 | 74514LMZ7 | 74514LSU2 | 74514LG84 |
| 745145UJ9 | 745145BD3 | 745145T28 | 74514LNA1 | 74514LVV6 | 74514LG92 |
| 745145AL6 | 745145LX8 | 745145T36 | 74514LE37 | 74514LVX2 | 74514L2J5 |
| 745145AS1 | 745145DQ2 | 745145T44 | 74514LNK9 | 74514LVY0 | 74514LH26 |
| 745145AT9 | 745145GQ9 | 745145T51 | 74514LNL7 | 74514LVZ7 | 74514LH34 |
| 745145FW7 | 745145GS5 | 745145T69 | 74514LNM5 | 74514LVW4 | 74514LH42 |
| 745145FR8 | 745145GT3 | 74514LGS0 | 74514LNN3 | 74514LWA1 | 74514LH59 |
| 745145AC6 | 745145LJ9 | 74514LGT8 | 74514LSX6 | 74514LWK9 | 74514LH67 |
| 745145AD4 | 745145ME9 | 74514LGU5 | 74514LSY4 | 74514LWM5 | 74514LH75 |
| 745145AE2 | 745145U67 | 74514LGV3 | 74514LSZ1 | 74514LWQ6 | 74514LH83 |
| 745145AF9 | 745145UU4 | 74514LGW1 | 74514LTA5 | 74514LWR4 | 74514LH91 |
| 745145AG7 | 745145UV2 | 74514LGX9 | 74514LTB3 | 74514LWS2 | 74514LJ24 |
| 745145AH5 | 745145UW0 | 74514LGY7 | 74514LTC1 | 745145P71 | 74514LJ32 |
| 745145AJ1 | 745145UX8 | 74514LGZ4 | 74514LTD9 | 745145P89 | 74514LJ40 |
| 745145AK8 | 745145UY6 | 74514LHA8 | 74514LTE7 | 745145P97 | 74514LJ57 |
| 745145AM4 | 745145VA7 | 74514LHB6 | 74514LTF4 | 745145Q21 | 74514LJ65 |
| 745145AN2 | 745145VC3 | 74514LHC4 | 74514LTG2 | 745145Q39 | 74514LJ73 |
| 745145AP7 | 745145AU6 | 74514LHD2 | 74514LTH0 | 745145Q47 | 74514LJ81 |
| 745145AQ5 | 745145AV4 | 74514LHE0 | 74514LTM9 | 745145Q54 | 74514LJ99 |
| 745145AR3 | 745145AW2 | 74514LHF7 | 74514LTN7 | 745145Q62 | 74514LK22 |
| 745145AY8 | 745145AX0 | 74514LHG5 | 74514LTP2 | 745145R61 | 74514LK30 |
| 74514LDL8 | 745145HN5 | 74514LHH3 | 74514LTQ0 | 745145R79 | 74514LK48 |
| 745145BB7 | 745145HP0 | 74514LHJ9 | 74514LTR8 | 745145R87 | 74514LK55 |
| 745145GE6 | 745145HQ8 | 74514LHK6 | 74514LTT4 | 745145VF6 | 74514LK63 |
| 745145GF3 | 74514LQK6 | 74514LHL4 | 74514LTU1 | 745145VH2 | 74514LK71 |
| 745145GP1 | 745145YN6 | 74514LHM2 | 74514LTS6 | 74514LF28 | 74514LK89 |
| 74514LRW9 | 745145YP1 | 74514LHN0 | 74514LTV9 | 74514LF36 | 74514LK97 |
| 74514LDY0 | 745145YS5 | 74514LHP5 | 74514LTW7 | 74514LF44 | 74514LL21 |

| CUSIP | | | | |
|---|---|---|---|---|
| 74514LL39 | 74514LN29 | 74514LP92 | 74514LR82 | 74514LT80 |
| 74514LL47 | 74514LN37 | 74514LQ26 | 74514LR90 | 74514LT98 |
| 74514LL54 | 74514LN45 | 74514LQ34 | 74514LS24 | 74514LU21 |
| 74514LL62 | 74514LN52 | 74514LQ42 | 74514LS32 | 74514LT72 |
| 74514LL70 | 74514LN60 | 74514LQ59 | 74514LS40 | 74514LU39 |
| 74514LL88 | 74514LN78 | 74514LQ67 | 74514LS57 | 74514LU47 |
| 74514LL96 | 74514LN86 | 74514LQ75 | 74514L2L0 | 74514LU54 |
| 74514LM20 | 74514LN94 | 74514LQ83 | 74514LS73 | 74514LU62 |
| 74514LM38 | 74514LP27 | 74514LQ91 | 74514LS81 | 74514LU70 |
| 74514LM46 | 74514LP35 | 74514LR25 | 74514LS99 | 74514LU88 |
| 74514LM53 | 74514LP43 | 74514LR33 | 74514LT23 | 74514L2H9 |
| 74514LM61 | 74514LP50 | 74514LR41 | 74514LT31 | |
| 74514L2K2 | 74514LP68 | 74514LR58 | 74514LT49 | |
| 74514LM87 | 74514LP76 | 74514LR66 | 74514LT56 | |
| 74514LM95 | 74514LP84 | 74514LR74 | 74514LT64 | |

Case 17-03283-LTS Doc# 18690-7 Filed 10/23/21 Entered 10/23/21 23:34:45 Desc Main
Document Exhibit 140 Page 135 of 427

**Exhibit J**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

**NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA TENEDORES DE BONOS VINTAGE DEL ELA CON RECLAMACIONES DE LA CLASE 15 Y RECLAMACIONES DE BONOS VINTAGE MINORISTAS DEL ELA DE LA CLASE 16**

SI USTED ES UNA PERSONA FÍSICA QUE POSEE BONOS VINTAGE DEL ELA POR UN MONTO TOTAL DE UN MILLÓN DE DÓLARES ($1,000,000.00) O MENOS EN UNA CUENTA DE CORRETAJE, UNA CUENTA DE FIDEICOMISO, UNA CUENTA DE CUSTODIA O UNA CUENTA ADMINISTRADA POR SEPARADO (UN "INVERSIONISTA MINORISTA"), ES TENEDOR DE UNA RECLAMACIÓN DE BONOS VINTAGE MINORISTAS DEL ELA DE LA CLASE 16.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

> SI USTED ES TENEDOR DE BONOS VINTAGE DEL ELA Y <u>NO</u> ES UN INVERSIONISTA MINORISTA, ES TENEDOR DE UNA RECLAMACIÓN DE BONOS VINTAGE DEL ELA DE LA CLASE 15.

Esta Notificación de Instrucciones de Votación y Elección (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 15 y la Clase 16 (según corresponda)** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos Vintage del ELA y los correspondientes CUSIP se describen en el **<u>Anexo A</u>** adjunto.

**Para evitar dudas, todas las Reclamaciones de Bonos Vintage del ELA se colocan actualmente en la Clase 15 a efectos de votación y distribución y todas las Reclamaciones de Bonos Vintage Minoristas del ELA se colocan actualmente en la Clase 16 a efectos de votación y distribución. No obstante, si realiza alguna elección de acuerdo con las instrucciones y procedimientos establecidos en esta Notificación, sus Bonos Vintage del ELA o sus Bonos Vintage Minoristas del ELA se trasladarán a la Clase correspondiente a dicha elección a efectos de votación y distribución, como se describe con más detalle a continuación.**

*Elección de Tenedores de Bonos Vintage del ELA de la Clase 15*. A tenor con el Plan, los tenedores de Reclamaciones de Bonos Vintage del ELA tienen derecho a recibir su participación prorrateada de la Recuperación de Bonos Vintage del ELA.[3] Los Tenedores de Bonos Vintage del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos Vintage del ELA de la Clase 15*. Los tenedores de Reclamaciones de Bonos Vintage del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos Vintage del ELA que elijan que su Reclamación de Bonos Vintage del ELA sea tratada como una Reclamación de Bonos Vintage del ELA (Elección Tributable) de la **Clase 22** (la "**Elección de Distribución de Bonos Vintage Tributables del ELA**") votan para aceptar el Plan en la **Clase 22**.

*Elección de Tenedores de Bonos Vintage Minoristas del ELA de la Clase 16*. A tenor con el Plan, los tenedores de Reclamaciones de Bonos Vintage del ELA tienen derecho a recibir

---

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

[3] La Recuperación de Bonos Vintage del ELA se reparte entre las Reclamaciones de Bonos Vintage del ELA, las Reclamaciones de Bonos Vintage del ELA (Assured), las Reclamaciones de Bonos Vintage del ELA (National), las Reclamaciones de Bonos Vintage del ELA (Ambac), las Reclamaciones de Bonos Vintage del ELA (FGIC), las Reclamaciones de Bonos Vintage del ELA (Syncora) y las Reclamaciones de Bonos Vintage Minoristas del ELA.

su participación prorrateada de (a) la Recuperación de Bonos Vintage del ELA,[4] y (b) del Honorario de Apoyo Minorista;[5] <u>disponiéndose</u>, <u>sin embargo</u>, que, en caso de que la **Clase 16** vote para rechazar el Plan de conformidad con lo dispuesto en la sección 1126 del Código de Quiebras, el Honorario de Apoyo Minorista que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos Vintage Minoristas del ELA se reasignará a otros tenedores de reclamaciones. Los Tenedores de Bonos Vintage Minoristas del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos Vintage Minoristas del ELA de la Clase 16.* Los tenedores de Reclamaciones de Bonos Vintage Minoristas del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos Vintage del ELA que elijan que su Reclamación de Bonos Vintage del ELA sea tratada como una Reclamación de Bonos Vintage del ELA (Elección Tributable) de la **Clase 22** (la "**Elección de Distribución de Bonos Vintage Tributables del ELA**") votan para aceptar el Plan en la **Clase 22**.

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**"), convoca para la votación del Plan a los tenedores de ciertas Reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se detallan a continuación.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m.**

---

[4] La Recuperación de Bonos Vintage del ELA se reparte entre las Reclamaciones de Bonos Vintage del ELA, las Reclamaciones de Bonos Vintage del ELA (Assured), las Reclamaciones de Bonos Vintage del ELA (National), las Reclamaciones de Bonos Vintage del ELA (Ambac), las Reclamaciones de Bonos Vintage del ELA (FGIC), las Reclamaciones de Bonos Vintage del ELA (Syncora) y las Reclamaciones de Bonos Vintage Minoristas del ELA.

[5] El Honorario de Apoyo Minorista se comparte entre las Reclamaciones de Bonos Vintage Minoristas de la AEP, las Reclamaciones de Bonos 2011 Minoristas de la AEP, las Reclamaciones de Bonos 2012 Minoristas de la AEP, las Reclamaciones de Bonos Vintage Minoristas del ELA, las Reclamaciones de Bonos 2011 Minoristas del ELA, las Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA, y las Reclamaciones de Bonos 2012 Minoristas del ELA, siempre que la Clase para dichas Reclamaciones vote por aceptar el Plan.

**(hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## <u>PROCESO DE ELECCIONES Y VOTACIÓN</u>

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 15 o la Clase 16**, puede ser elegible para hacer la siguiente elección y se considerará que acepta el Plan en la Clase correspondiente (alternativamente, si no se hace ninguna elección, tendrá derecho a votar para aceptar o rechazar el Plan):

- *Elección de la Distribución de Bonos Tributables* (disponible solo para los Inversionistas de Puerto Rico). Si usted es un Inversionista de Puerto Rico, puede optar por recibir la Distribución de Bonos Vintage Tributables. Si realiza esta elección, recibirá una participación prorrateada de la Recuperación de Bonos Vintage del ELA, modificada por su participación prorrateada de la Distribución de Bonos Vintage Tributables y se considerará que acepta el Plan como tenedor de una Reclamación de la **Clase 22**.

  Para realizar la Elección de la Distribución de Bonos Vintage Tributables del ELA para recibir la Distribución de Bonos Vintage Tributables y recibir el tratamiento de la **Clase 22**, debe certificar en relación con su elección que es:

  - o Una persona física residente en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico), o

  - o Una entidad que es de propiedad absoluta o de la cual el propietario beneficiario es o son una o más personas físicas residentes en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico) (en ambos casos, un "**Inversionista de Puerto Rico**").

**<u>Tratamiento predeterminado de la Clase 15</u>: Recibir la participación prorrateada de la Recuperación de Bonos Vintage del ELA** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos Vintage del ELA de la **Clase 15** si no se hace ninguna elección). Si no realiza la Elección de Distribución de Bonos Vintage Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

**<u>Tratamiento predeterminado de la Clase 16</u>: Recibir la participación prorrateada de la Recuperación de Bonos Vintage del ELA y el Honorario de Apoyo Minorista** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos Vintage Minoristas del ELA de la **Clase 16** si no se hace ninguna elección y la **Clase 16** vota para aceptar el Plan). Si no realiza la Elección de Distribución de Bonos Vintage Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico)**

del 4 de octubre de 2021.

*Recomendamos que lea atentamente la Declaración de Divulgación en su totalidad, incluyendo las consecuencias impositivas de hacer una elección del tipo que se describe en las Secciones IX y X de la Declaración de Divulgación, antes de optar por recibir su distribución conforme al Plan.*

**Cada tenedor de los Bonos Vintage del ELA descritos en el <u>Anexo A</u> adjunto que reúna los requisitos y desee realizar la Elección de Distribución de Bonos Vintage Tributables del ELA debe presentar una elección válida en la forma que se describe en el presente.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><u>**Cómo presentar una elección y/o un voto válido (según proceda)**</u></p>

Si desea (a) realizar la Elección de Distribución de Bonos Vintage Tributables del ELA y que se considere que acepta el Plan en la **Clase 22**, (b) recibir la distribución predeterminada del Plan para la **Clase 15 o la Clase 16** (según proceda) y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 15 o la Clase 16** (según proceda) y emitir un voto para rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Vintage del ELA a través del Programa Automatizado de Oferta de Presentación ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de dar instrucciones sobre uno de los puntos (a), (b) o (c) expuestos anteriormente. Para evitar dudas, no puede realizar una Elección de Distribución de Bonos Tributables del ELA que solo sea aplicable para algunos de sus bonos, sino que debe instruir a la Persona Designada para que envíe electrónicamente todos sus Bonos Vintage del ELA para apenas una de las opciones indicadas anteriormente.

Además, al enviar sus Bonos Vintage del ELA a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto presunto, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos Vintage del ELA o una Reclamación de Bonos Vintage Minoristas del ELA (según corresponda), o (b) además del voto emitido (o voto presunto, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos Vintage del ELA han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones de la Clase 15 o la Clase 16 (según proceda) por cuenta de Bonos Vintage del ELA para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas en base a las elecciones que ha

<p style="text-align:center">5</p>

realizado) con respecto a dichas Reclamaciones por cuenta de Bonos Vintage del ELA, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones de la Clase 15 o de la Clase 16 (según proceda) por cuenta de los Bonos Vintage del ELA a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección y/o votar para aceptar o rechazar el Plan (según proceda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o que se considera aceptado en función de las elecciones que ha realizado) conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para realizar la elección o emitir un voto (según proceda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para efectuar esta elección y emitir un voto (según proceda) es (i) presentar válidamente sus Bonos Vintage del ELA en el sobre ATOP correspondiente en DTC, y (ii) si procede, hacer la certificación requerida que se indica más arriba, cada una según se describe en el sistema ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN Y ELECCIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación y Elección**".

---

*<u>NOTA PARA LOS TENEDORES DE BONOS VINTAGE DEL ELA DE LA CLASE 15</u>*: **TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP ÚNICAMENTE PARA EMITIR SU VOTO, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA.**

**SI PRESENTA SUS BONOS PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS VINTAGE TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 22, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA DEL PLAN.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

**_NOTA PARA LOS TENEDORES DE BONOS VINTAGE MINORISTAS DEL ELA DE LA CLASE 16_: TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO Y/O PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS VINTAGE TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 22, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

\* \* \* \* \*

### Cómo revocar una elección y/o un voto válido (según proceda)

Puede revocar su deseo de (a) realizar la Elección de Distribución de Bonos Vintage Tributables del ELA y que se considere que acepta el Plan, (b) recibir la distribución predeterminada del Plan para la **Clase 15 o la Clase 16 (según proceda)** y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 15 o la Clase 16 (según proceda)** y emitir un voto para rechazar el Plan y retirar sus Bonos Vintage del ELA presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación y Elección.

Si desea revocar su elección y/o su voto (según proceda), debe instruir a la Persona Designada para que revoque su elección y/o voto (según proceda) y retire sus Bonos Vintage del ELA a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su elección y/o voto (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, puede hacer una elección y/o votar (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, de acuerdo con las instrucciones para presentar una elección y/o voto (según proceda) válido anteriores.

\* \* \* \* \*

La elección de ser tratado en la **Clase 22** está sujeta a los términos del Plan. Todas las cuestiones relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección

serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión se reserva el derecho absoluto de rechazar cualquiera o todas las elecciones que se traten en la **Clase 22** cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión también se reserva el derecho a renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección de recibir el tratamiento de la **Clase 22**. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. La entrega de una elección para recibir el tratamiento de la **Clase 22** no se considerará realizada hasta que la Junta de Supervisión renuncie a presentar una reclamación por defectos o irregularidades o que estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, los Deudores o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en una elección para recibir el tratamiento de la **Clase 22**, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

\* \* \* \* \*

### Presentación de información sobre numerosidad
### (Aplicable únicamente a los tenedores beneficiarios que presenten más de una elección y/o voto a través de ATOP)

Cualquier tenedor beneficiario de Bonos Vintage del ELA que posea múltiples CUSIP de Bonos Vintage del ELA y presente más de una elección y/o voto (según proceda) a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si prevé alguna dificultad para presentar su Hoja de Cálculo de Numerosidad en formato Excel, póngase en contacto con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico en puertoricoballots@primeclerk.com.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "COMMONWEALTH SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

[*El resto de la página se deja intencionalmente en blanco*]

**Anexo A**

| CUSIP | | | | | |
|---|---|---|---|---|---|
| 745145YB2 | 745145EL2 | 745145GV8 | 74514LRD1 | 74514LDM6 | 74514LJX6 |
| 745145YC0 | 745145EM0 | 74514LGG6 | 74514LEL7 | 74514LFS1 | 74514LJY4 |
| 745145YD8 | 745145ES7 | 74514LWF0 | 74514LEN3 | 74514LEA1 | 74514LJZ1 |
| 745145YE6 | 745145ET5 | 74514LEK9 | 74514LDX2 | 74514LEB9 | 74514LKA4 |
| 745145YF3 | 745145EW8 | 74514LEU7 | 7451453U4 | 74514LCA3 | 74514LKB2 |
| 745145YG1 | 74514LGGG | 74514LRC3 | 7451453V2 | 74514LDK0 | 74514LKC0 |
| 745145YH9 | 74514LRF6 | 7451452Q4 | 7451453W0 | 74514LBP1 | 74514LBY2 |
| 745145YJ5 | 74514LRH2 | 745145A77 | 7451455B4 | 74514LBQ9 | 74514LQA8 |
| 745145YK2 | 74514LRK5 | 745145A85 | 7451453X8 | 74514LBR7 | 74514LQB6 |
| 745145YL0 | 74514LQJ9 | 745145A93 | 7451453Y6 | 74514LBS5 | 74514LLJ4 |
| 745145YM8 | 7451452K7 | 745145B27 | 7451453Z3 | 74514LBT3 | 745145U75 |
| 745145YU0 | 745145A28 | 745145B35 | 7451454A7 | 74514LBU0 | 74514LKJ5 |
| 745145YV8 | 745145A36 | 745145B43 | 7451454B5 | 74514LBV8 | 74514LKH9 |
| 745145YX4 | 745145A44 | 74514LNZ6 | 7451454C3 | 74514LPS0 | 74514LLV7 |
| 745145EN8 | 745145A69 | 74514LBB2 | 7451454D1 | 74514LPT8 | 74514LLX3 |
| 745145EP3 | 745145A51 | 74514LBC0 | 7451454E9 | 74514LPW1 | 74514LLW5 |
| 745145EQ1 | 745145ZZ8 | 74514LBD8 | 7451454F6 | 74514LCS4 | 74514LQF7 |
| 745145ER9 | 74514LNY9 | 74514LBE6 | 7451454G4 | 74514LCT2 | 74514LLZ8 |
| 745145EU2 | 74514LQZ3 | 74514LBF3 | 7451454H2 | 74514LCV7 | 74514LMA2 |
| 745145EV0 | 74514LRB5 | 74514LBG1 | 7451454J8 | 74514LCW5 | 74514LMB0 |
| 745145EX6 | 74514LQX8 | 74514LBH9 | 7451454L3 | 74514LCX3 | 74514LMC8 |
| 745145DR0 | 745145GZ9 | 74514LQY6 | 7451454M1 | 74514LCY1 | 74514LMD6 |
| 745145DS8 | 745145HA3 | 74514LRA7 | 7451454N9 | 74514LDB0 | 74514LME4 |
| 745145DT6 | 745145HB1 | 745145XY3 | 7451454P4 | 74514LDC8 | 74514LMF1 |
| 745145DU3 | 745145HC9 | 74514LKS | 7451454Q2 | 74514LDD6 | 74514LMG9 |
| 745145DV1 | 745145HD7 | 7451454B4 | 7451454R0 | 74514LDE4 | 74514LMH7 |
| 745145DW9 | 745145HE5 | 74514LAZO | 7451454S8 | 74514LDF1 | 74514LMJ3 |
| 745145DX7 | 745145HF2 | 74514LAS6 | 7451454T6 | 74514LEM5 | 74514LMK0 |
| 745145DY5 | 745145HG0 | 74514LBN6 | 7451454U3 | 74514LFL6 | 74514LML8 |
| 745145DZ2 | 745145HH8 | 74514LEQ6 | 7451454V1 | 74514LEE3 | 74514LMM6 |
| 745145EA6 | 745145HJ4 | 74514LBZ9 | 7451454W9 | 74514LEF0 | 74514LMN4 |
| 745145EB4 | 745145HK1 | 74514LAT4 | 7451454X7 | 745145K27 | 74514LMP9 |
| 745145EC2 | 745145HL9 | 74514LAU1 | 7451454Y5 | 74514LDP9 | 74514LVA2 |
| 745145ED0 | 745145HM7 | 74514LAV9 | 7451454Z2 | 74514LPX9 | 74514LVB0 |
| 745145EE8 | 745145HR6 | 74514LAW7 | 7451455A6 | 74514LPY7 | 74514LVC8 |
| 745145EF5 | 745145HS4 | 74514LAX5 | 7451455C2 | 74514LPZ4 | 74514LVD6 |
| 745145EG3 | 745145GY2 | 74514LAY3 | 74514LER4 | 74514LJQ1 | 74514LVE4 |
| 745145EH1 | 745145GX4 | 74514LPQ4 | 74514LET0 | 74514LJV0 | 74514LVF1 |
| 745145EJ7 | 745145GW6 | 74514LPR2 | 74514LES2 | 74514LJW8 | 74514LVG9 |

Case 1-7-0-3232-3-1-TSS Doc # 869 07 Filed 10/23/15 Entered 10/23/15 21:43:24 Desc Main Document Exhibit 14 Page 146 of 427

55668-07-ES

| CUSIP | | | | | |
|---|---|---|---|---|---|
| 74514LVH7 | 74514LFF9 | 745145YZ9 | 74514LQE0 | 74514LTX5 | 74514LF51 |
| 74514LVJ3 | 74514LFJ1 | 74514LBM8 | 74514LNP8 | 74514LTK3 | 74514LF69 |
| 74514LVK0 | 74514LDZ7 | 74514LCZ8 | 74514LNQ6 | 74514LSV0 | 74514LF77 |
| 74514LVL8 | 745145LH3 | 74514LDA2 | 74514LNR4 | 74514LSL2 | 74514LF85 |
| 74514LVM6 | 745145BE1 | 74514LLY1 | 74514LNS2 | 74514LSM0 | 74514LF93 |
| 74514LVN4 | 745145BF8 | 74514LNC7 | 74514LD95 | 74514LSN8 | 74514LG27 |
| 745145AA0 | 745145BG6 | 745145VE9 | 74514LMU8 | 74514LSP3 | 74514LG35 |
| 745145AB8 | 745145BH4 | 745145VG4 | 74514LMV6 | 74514LSQ1 | 74514LG43 |
| 745145GN6 | 745145BJ0 | 745145VJ8 | 74514LMW4 | 74514LSR9 | 74514LG50 |
| 745145UM2 | 745145BK7 | 745145VK5 | 74514LMX2 | 74514LSS7 | 74514LG68 |
| 745145UN0 | 745145BT8 | 745145VL3 | 74514LMY0 | 74514LST5 | 74514LG76 |
| 745145TE2 | 745145AZ5 | 745145VM1 | 74514LMZ7 | 74514LSU2 | 74514LG84 |
| 745145UJ9 | 745145BD3 | 745145T28 | 74514LNA1 | 74514LVV6 | 74514LG92 |
| 745145AL6 | 745145LX8 | 745145T36 | 74514LE37 | 74514LVX2 | 74514L2J5 |
| 745145AS1 | 745145DQ2 | 745145T44 | 74514LNK9 | 74514LVY0 | 74514LH26 |
| 745145AT9 | 745145GQ9 | 745145T51 | 74514LNL7 | 74514LVZ7 | 74514LH34 |
| 745145FW7 | 745145GS5 | 745145T69 | 74514LNM5 | 74514LVW4 | 74514LH42 |
| 745145FR8 | 745145GT3 | 745145GS0 | 74514LNN3 | 74514LWA1 | 74514LH59 |
| 745145AC6 | 745145LJ9 | 74514LGT8 | 74514LSX6 | 74514LWK9 | 74514LH67 |
| 745145AD4 | 745145ME9 | 74514LGU5 | 74514LSY4 | 74514LWM5 | 74514LH75 |
| 745145AE2 | 745145U67 | 74514LGV3 | 74514LSZ1 | 74514LWQ6 | 74514LH83 |
| 745145AF9 | 745145UU4 | 74514LGW1 | 74514LTA5 | 74514LWR4 | 74514LH91 |
| 745145AG7 | 745145UV2 | 74514LGX9 | 74514LTB3 | 74514LWS2 | 74514LJ24 |
| 745145AH5 | 745145UW0 | 74514LGY7 | 74514LTC1 | 745145P71 | 74514LJ32 |
| 745145AJ1 | 745145UX8 | 74514LGZ4 | 74514LTD9 | 745145P89 | 74514LJ40 |
| 745145AK8 | 745145UY6 | 74514LHA8 | 74514LTE7 | 745145P97 | 74514LJ57 |
| 745145AM4 | 745145VA7 | 74514LHB6 | 74514LTF4 | 745145Q21 | 74514LJ65 |
| 745145AN2 | 745145VC3 | 74514LHC4 | 74514LTG2 | 745145Q39 | 74514LJ73 |
| 745145AP7 | 745145AU6 | 74514LHD2 | 74514LTH0 | 745145Q47 | 74514LJ81 |
| 745145AQ5 | 745145AV4 | 74514LHE0 | 74514LTM9 | 745145Q54 | 74514LJ99 |
| 745145AR3 | 745145AW2 | 74514LHF7 | 74514LTN7 | 745145Q62 | 74514LK22 |
| 745145AY8 | 745145AX0 | 74514LHG5 | 74514LTP2 | 745145R61 | 74514LK30 |
| 74514LDL8 | 745145HN5 | 74514LHH3 | 74514LTQ0 | 745145R79 | 74514LK48 |
| 745145BB7 | 745145HP0 | 74514LHJ9 | 74514LTR8 | 745145R87 | 74514LK55 |
| 745145GE6 | 745145HQ8 | 74514LHK6 | 74514LTT4 | 745145VF6 | 74514LK63 |
| 745145GF3 | 74514LQK6 | 74514LHL4 | 74514LTU1 | 745145VH2 | 74514LK71 |
| 745145GP1 | 745145YN6 | 74514LHM2 | 74514LTS6 | 74514LF28 | 74514LK89 |
| 74514LRW9 | 745145YP1 | 74514LHN0 | 74514LTV9 | 74514LF36 | 74514LK97 |
| 74514LDY0 | 745145YS5 | 74514LHP5 | 74514LTW7 | 74514LF44 | 74514LL21 |

| CUSIP | | | | |
|---|---|---|---|---|
| 74514LL39 | 74514LN29 | 74514LP92 | 74514LR82 | 74514LT80 |
| 74514LL47 | 74514LN37 | 74514LQ26 | 74514LR90 | 74514LT98 |
| 74514LL54 | 74514LN45 | 74514LQ34 | 74514LS24 | 74514LU21 |
| 74514LL62 | 74514LN52 | 74514LQ42 | 74514LS32 | 74514LT72 |
| 74514LL70 | 74514LN60 | 74514LQ59 | 74514LS40 | 74514LU39 |
| 74514LL88 | 74514LN78 | 74514LQ67 | 74514LS57 | 74514LU47 |
| 74514LL96 | 74514LN86 | 74514LQ75 | 74514L2L0 | 74514LU54 |
| 74514LM20 | 74514LN94 | 74514LQ83 | 74514LS73 | 74514LU62 |
| 74514LM38 | 74514LP27 | 74514LQ91 | 74514LS81 | 74514LU70 |
| 74514LM46 | 74514LP35 | 74514LR25 | 74514LS99 | 74514LU88 |
| 74514LM53 | 74514LP43 | 74514LR33 | 74514LT23 | 74514L2H9 |
| 74514LM61 | 74514LP50 | 74514LR41 | 74514LT31 | |
| 74514L2K2 | 74514LP68 | 74514LR58 | 74514LT49 | |
| 74514LM87 | 74514LP76 | 74514LR66 | 74514LT56 | |
| 74514LM95 | 74514LP84 | 74514LR74 | 74514LT64 | |

**Exhibit K**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF VOTING AND ELECTION
## INSTRUCTIONS FOR HOLDERS OF 2011 CW BONDS WITH
## CLAIMS IN CLASS 30 AND RETAIL 2011 CW BOND CLAIMS IN CLASS 31

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2011 CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2011 CW BONDS CLAIM IN CLASS 31.

IF YOU ARE A HOLDER OF 2011 CW BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A 2011 CW BONDS CLAIM IN CLASS 30.

This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 30 and Class 31 (as applicable)** of the

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2011 CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

      **For the avoidance of doubt, all 2011 CW Bond Claims are currently placed in Class 30 for voting and distribution purposes and all Retail 2011 CW Bond Claims are currently placed in Class 31 for voting and distribution purposes. If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2011 CW Bonds or Retail 2011 CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

      *Class 30 2011 CW Bond Holder Election*. Pursuant to the Plan, holders of 2011 CW Bond Claims are entitled to their Pro Rata Share of the 2011 CW Bond Recovery.[3] Holders of 2011 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below. Instructions to make an election are below.

      *Class 30 2011 CW Bond Holder Voting*. Holders of 2011 CW Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of 2011 CW Bond Claims who make an election to have their 2011 CW Bond Claim treated as a 2011 CW Bond Claim (Taxable Election) in **Class 33** (the "**2011 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 33**.

      *Class 31 Retail 2011 CW Bond Holder Election*. Pursuant to the Plan, holders of Retail 2011 CW Bond Claims are entitled to their Pro Rata Share of (a) the 2011 CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 31** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2011 CW Bond Claims shall be reallocated to other claimholders. Holders of Retail 2011 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below. Instructions to make an election are below.

      *Class 31 Retail 2011 CW Bond Holder Voting*. Holders of Retail 2011 CW Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of Retail 2011 CW Bond Claims who make an election to have their Retail 2011 CW Bond Claim treated as a 2011 CW Bond Claim (Taxable Election) in **Class 33** (the "**2011 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 33**.

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The 2011 CW Bond Recovery is shared among the 2011 CW Bond Claims, 2011 CW Bond Claims (Insured), and Retail 2011 CW Bond Claims.

[4]   The 2011 CW Bond Recovery is shared among the 2011 CW Bond Claims, 2011 CW Bond Claims (Insured), and Retail 2011 CW Bond Claims.

[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 30 or Class 31**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2011 CW Bond Recovery, as modified by your Pro Rata Share of the 2011 CW Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 33**.

  To make the 2011 CW Taxable Bond Distribution Election to receive the 2011 CW Taxable Bond Distribution and be treated under **Class 33**, you must certify in connection with your election that you are either:

  - o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  - o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

3

**Class 30 Default Treatment**: **Receive Pro Rata Share of the 2011 CW Bond Recovery** (This is the default Plan distribution for 2011 CW Bond Claims in **Class 30** if no election is made). If you do not make the 2011 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 31 Default Treatment**: **Receive Pro Rata Share of the 2011 CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2011 CW Bond Claims in **Class 31** if no election is made and **Class 31** votes to accept the Plan). If you do not make the 2011 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2011 CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2011 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

<p style="text-align:center;">*     *     *     *     *</p>

<p style="text-align:center;"><u>**How to Submit a Valid Election and/or Vote (as applicable)**</u></p>

If you wish to (a) make the 2011 CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 33**, (b) receive the default Plan distribution for **Class 30 or Class 31** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 30 or Class 31** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2011 CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2011 CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2011 CW Bond Claim or a Retail 2011 CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2011 CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

<p style="text-align:center;">4</p>

2. you have voted all of your Claims in Class 30 or Class 31 (as applicable) on account of 2011 CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2011 CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 30 or Class 31 (as applicable) on account of 2011 CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2011 CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS**
**5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR HOLDERS OF 2011 CW BONDS IN CLASS 30***: **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2011 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 33, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

*NOTE FOR HOLDERS OF RETAIL 2011 CW BONDS IN CLASS 31*: **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2011 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 33, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\* \* \* \* \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2011 CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 30 or Class 31 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 30 or Class 31 (as applicable**) and cast a vote to reject the Plan and withdraw your 2011 CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2011 CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\* \* \* \* \*

The election to be treated in **Class 33** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the

6

Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 33** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 33**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 33** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 33**, or will incur any liability to you for failure to give any such notification.

\* \* \* \* \*

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting**
**More than One Election and/or Vote Through ATOP**)

Any beneficial holder of 2011 CW Bonds that hold multiple CUSIPs of 2011 CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

7

**Exhibit A**

| CUSIP |
|-------|
|  |
| 74514LXA0 |
| 74514LXB8 |
| 74514LWZ6 |
| 74514LXH5 |
| 74514LWX1 |
| 74514LU96 |
| 74514LV20 |
| 74514LV38 |
| 74514LV46 |
| 74514LV53 |

**Exhibit L**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

     Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA TENEDORES DE BONOS VINTAGE 2011 DEL ELA CON <u>RECLAMACIONES DE LA CLASE 30</u> Y RECLAMACIONES DE BONOS VINTAGE 2011 MINORISTAS DEL ELA DE LA CLASE 31

> SI USTED ES UNA PERSONA FÍSICA QUE POSEE BONOS 2011 DEL ELA POR UN MONTO TOTAL DE UN MILLÓN DE DÓLARES ($1,000,000.00) O MENOS EN UNA CUENTA DE CORRETAJE, UNA CUENTA DE FIDEICOMISO, UNA CUENTA DE CUSTODIA O UNA CUENTA ADMINISTRADA POR SEPARADO (UN "<u>INVERSIONISTA MINORISTA</u>"), ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2011 MINORISTAS DEL ELA DE LA CLASE 31.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (<u>ELA</u>) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("<u>COFINA</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("<u>ACT</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("<u>AEE</u>") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("<u>AEP</u>") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

SI USTED ES TENEDOR DE BONOS 2011 DEL ELA Y <u>NO</u> ES UN INVERSIONISTA MINORISTA, ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2011 DEL ELA DE LA CLASE 30.

Esta Notificación de Instrucciones de Votación y Elección (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 30 y la Clase 31 (según corresponda)** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos 2011 del ELA y los correspondientes CUSIP se describen en el **<u>Anexo A</u>** adjunto.

**Para evitar dudas, todas las Reclamaciones de Bonos 2011 del ELA se colocan actualmente en la Clase 30 a efectos de votación y distribución y todas las Reclamaciones de Bonos 2011 Minoristas del ELA se colocan actualmente en la Clase 31 a efectos de votación y distribución. No obstante, si realiza alguna elección de acuerdo con las instrucciones y procedimientos establecidos en esta Notificación, sus Bonos 2011 del ELA o sus Bonos 2011 Minoristas del ELA se trasladarán a la Clase correspondiente a dicha elección a efectos de votación y distribución, como se describe con más detalle a continuación.**

*Elección de Tenedores de Bonos 2011 del ELA de la Clase 30*. A tenor con el Plan, los tenedores de Reclamaciones de Bonos 2011 del ELA tienen derecho a recibir su participación prorrateada de la Recuperación de Bonos 2011 del ELA.[3] Los Tenedores de Bonos 2011 del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos 2011 del ELA de la Clase 30*. Los tenedores de Reclamaciones de Bonos 2011 del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos 2011 del ELA que elijan que su Reclamación de Bonos 2011 del ELA sea tratada como una Reclamación de Bonos 2011 del ELA (Elección Tributable) de la **Clase 33** (la "**Elección de Distribución de Bonos 2011 Tributables del ELA**") votan para aceptar el Plan en la **Clase 33**.

*Elección de Tenedores de Bonos 2011 Minoristas del ELA de la Clase 31*. A tenor con el Plan, los tenedores de Reclamaciones de Bonos 2011 del ELA tienen derecho a recibir su participación prorrateada de (a) la Recuperación de Bonos 2011 del ELA,[4] y (b) el Honorario de Apoyo Minorista;[5] <u>disponiéndose</u>, <u>sin embargo</u>, que, en caso de que la **Clase 31** vote para rechazar el Plan

---

[2]   A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

[3]   La Recuperación de Bonos 2011 del ELA se comparte entre las Reclamaciones de Bonos 2011 del ELA, Reclamaciones de Bonos 2011 del ELA (Asegurados) y Reclamaciones de Bonos 2011 Minoristas del ELA.

[4]   La Recuperación de Bonos 2011 del ELA se comparte entre las Reclamaciones de Bonos 2011 del ELA, Reclamaciones de Bonos 2011 del ELA (Asegurados) y Reclamaciones de Bonos 2011 Minoristas del ELA.

[5]   El Honorario de Apoyo Minorista se comparte entre las Reclamaciones de Bonos Vintage Minoristas de la AEP, las Reclamaciones de Bonos 2011 Minoristas de la AEP, las Reclamaciones de Bonos 2012 Minoristas de la AEP,

de conformidad con lo dispuesto en la sección 1126 del Código de Quiebras, el Honorario de Apoyo Minorista que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos 2011 Minoristas del ELA se reasignará a otros tenedores de reclamaciones. Los Tenedores de Bonos 2011 Minoristas del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

***Votación de Tenedores de Bonos 2011 Minoristas del ELA de la Clase 31***. Los tenedores de Reclamaciones de Bonos 2011 Minoristas del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos 2011 Minoristas del ELA que elijan que su Reclamación de Bonos 2011 Minoristas del ELA sea tratada como una Reclamación de Bonos 2011 del ELA (Elección Tributable) de la **Clase 33** (la "**Elección de Distribución de Bonos 2011 Tributables del ELA**") votan para aceptar el Plan en la **Clase 33**.

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**"), convoca para la votación del Plan a los tenedores de ciertas Reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se detallan a continuación.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

<p align="center">*   *   *   *   *</p>

## PROCESO DE ELECCIONES Y VOTACIÓN

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 30 o la Clase 31**, puede ser elegible para hacer la siguiente elección y se considerará que

---

las Reclamaciones de Bonos Vintage Minoristas del ELA, las Reclamaciones de Bonos 2011 Minoristas del ELA, las Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA, y las Reclamaciones de Bonos 2012 Minoristas del ELA, siempre que la Clase para dichas Reclamaciones vote por aceptar el Plan.

acepta el Plan en la Clase correspondiente (alternativamente, si no se hace ninguna elección, tendrá derecho a votar para aceptar o rechazar el Plan):

- *Elección de la Distribución de Bonos Tributables* (disponible solo para los Inversionistas de Puerto Rico). Si usted es un Inversionista de Puerto Rico, puede optar por recibir la Distribución de Bonos 2011 Tributables del ELA. Si realiza esta elección, recibirá una participación prorrateada de la Recuperación de Bonos 2011 del ELA, modificada por su participación prorrateada de la Distribución de Bonos 2011 Tributables del ELA y se considerará que acepta el Plan como tenedor de una Reclamación de la **Clase 33**.

  Para realizar la Elección de la Distribución de Bonos 2011 Tributables del ELA para recibir la Distribución de Bonos 2011 Tributables del ELA y recibir el tratamiento de la **Clase 33**, debe certificar en relación con su elección que es:

  o Una persona física residente en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico), o

  o Una entidad que es de propiedad absoluta o de la cual el propietario beneficiario es o son una o más personas físicas residentes en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico) (en ambos casos, un "**Inversionista de Puerto Rico**").

**Tratamiento predeterminado de la Clase 30: Recibir la participación prorrateada de la Recuperación de Bonos 2011 del ELA** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos 2011 del ELA de la **Clase 30** si no se hace ninguna elección). Si no realiza la Elección de Distribución de Bonos 2011 Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

**Tratamiento predeterminado de la Clase 31: Recibir la participación prorrateada de la Recuperación de Bonos 2011 del ELA y el Honorario de Apoyo Minorista** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos 2011 Minoristas del ELA de la **Clase 31** si no se hace ninguna elección y la **Clase 31** vota para aceptar el Plan). Si no realiza la Elección de Distribución de Bonos 2011 Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

*Recomendamos que lea atentamente la Declaración de Divulgación en su totalidad, incluyendo las consecuencias impositivas de hacer una elección del tipo que se describe en las Secciones IX y X de la Declaración de Divulgación, antes de optar por recibir su distribución conforme al Plan.*

**Cada tenedor de los Bonos 2011 del ELA descritos en el <u>Anexo A</u> adjunto que reúna los requisitos y desee realizar la Elección de Distribución de Bonos 2011 Tributables del ELA debe presentar una elección válida en la forma que se describe en el presente.**

* * * * *

## Cómo presentar una elección y/o un voto válido (según proceda)

Si desea (a) realizar la Elección de Distribución de Bonos 2011 Tributables del ELA y que se considere que acepta el Plan en la **Clase 33**, (b) recibir la distribución predeterminada del Plan para la **Clase 30 o la Clase 31** (según proceda) y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 30 o la Clase 31** (según proceda) y emitir un voto para rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos 2011 del ELA a través del Programa Automatizado de Oferta de Presentación ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de dar instrucciones sobre uno de los puntos (a), (b) o (c) expuestos anteriormente.

Además, al entregar sus Bonos 2011 del ELA a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto presunto, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos 2011 del ELA o una Reclamación de Bonos 2011 Minoristas del ELA (según corresponda), o (b) además del voto emitido (o voto presunto, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos 2011 del ELA han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones de la Clase 30 o la Clase 31 (según proceda) por cuenta de Bonos 2011 del ELA para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas en base a las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de Bonos 2011 del ELA, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones de la Clase 30 o de la Clase 31 (según proceda) por cuenta de los Bonos 2011 del ELA a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección y/o votar para aceptar o rechazar el Plan (según proceda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o que se considera aceptado en función de las elecciones que ha realizado) conforme a estas instrucciones está sujeto a

todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para realizar la elección o emitir un voto (según proceda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para efectuar esta elección y emitir un voto (según proceda) es (i) presentar válidamente sus Bonos 2011 del ELA en el sobre ATOP correspondiente en DTC, y (ii) si procede, hacer la certificación requerida que se indica más arriba, cada una según se describe en el sistema ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN Y ELECCIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación y Elección**".

---

*NOTA PARA LOS TENEDORES DE BONOS 2011 DEL ELA DE LA CLASE 30*: **TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO ÚNICAMENTE, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).**

**SI PRESENTA SUS BONOS PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS 2011 TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 33, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA DEL PLAN.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

*NOTA PARA LOS TENEDORES DE BONOS 2011 MINORISTAS DEL ELA DE LA CLASE 31*: **TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO Y/O PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS 2011 TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 33, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

\* \* \* \* \*

### Cómo revocar una elección y/o un voto válido (según proceda)

Puede revocar su deseo de (a) realizar la Elección de Distribución de Bonos 2011 Tributables del ELA y que se considere que acepta el Plan, (b) recibir la distribución predeterminada del Plan para la **Clase 30 o la Clase 31 (según proceda)** y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 30 o la Clase 31 (según proceda)** y emitir un voto para rechazar el Plan y retirar sus Bonos 2011 del ELA presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación y Elección.

Si desea revocar su elección y/o su voto (según proceda), debe instruir a la Persona Designada para que revoque su elección y/o voto (según proceda) y retire sus Bonos 2011 del ELA a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su elección y/o voto (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, puede hacer una elección y/o votar (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, de acuerdo con las instrucciones para presentar una elección y/o voto (según proceda) válido anteriores.

\* \* \* \* \*

La elección de ser tratado en la **Clase 33** está sujeta a los términos del Plan. Todas las cuestiones relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión se reserva el derecho absoluto de rechazar cualquiera o todas las elecciones que se traten en la **Clase 33** cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión también se reserva el derecho a renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección de recibir el tratamiento de la **Clase 33**. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. La entrega de una elección para recibir el tratamiento de la **Clase 33** no se considerará realizada hasta que la Junta de Supervisión renuncie a presentar una reclamación por defectos o irregularidades o que estos

hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, los Deudores o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en una elección para recibir el tratamiento de la **Clase 33**, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

*   *   *   *   *

### Presentación de información sobre numerosidad
### (Aplicable únicamente a los tenedores beneficiarios que presenten
### más de una elección y/o voto a través de ATOP)

Cualquier tenedor beneficiario de Bonos 2011 del ELA que posea múltiples CUSIP de Bonos 2011 del ELA y presente más de una elección y/o voto (según proceda) a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

*   *   *   *   *

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "COMMONWEALTH SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

55668-08-ES

**Anexo A**

| CUSIP |
|-------|
|  |
| 74514LXA0 |
| 74514LXB8 |
| 74514LWZ6 |
| 74514LXH5 |
| 74514LWX1 |
| 74514LU96 |
| 74514LV20 |
| 74514LV38 |
| 74514LV46 |
| 74514LV53 |

**Exhibit M**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF VOTING AND ELECTION INSTRUCTIONS
### FOR HOLDERS OF 2011 CW SERIES D/E/PIB BONDS WITH CLAIMS IN
### CLASS 36 AND RETAIL 2011 CW SERIES D/E/PIB BOND CLAIMS IN CLASS 38

> IF YOU ARE AN INDIVIDUAL WHO HOLDS 2011 CW SERIES D/E/PIB BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2011 CW SERIES D/E/PIB BONDS CLAIM IN CLASS 38.
>
> IF YOU ARE A HOLDER OF 2011 CW SERIES D/E/PIB BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A 2011 CW SERIES D/E/PIB BONDS CLAIM IN CLASS 36.

       This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 36 and Class 38 (as applicable)** of the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2011 CW Series D/E/PIB Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all 2011 CW Series D/E/PIB Bond Claims are currently placed in Class 36 for voting and distribution purposes and all Retail 2011 CW Series D/E/PIB Bond Claims are currently placed in Class 38 for voting and distribution purposes. If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2011 CW Series D/E/PIB Bonds or Retail 2011 CW Series D/E/PIB Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

*Class 36 2011 CW Series D/E/PIB Bond Holder Election*. Pursuant to the Plan, holders of 2011 CW Series D/E/PIB Bond Claims are entitled to their Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery.[3] Holders of 2011 CW Series D/E/PIB Bond Claims may be eligible to make an election regarding their distributions, as summarized below. Instructions to make an election are below.

*Class 36 2011 CW Series D/E/PIB Bond Holder Voting*. Holders of 2011 CW Series D/E/PIB Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of 2011 CW Series D/E/PIB Bond Claims who make an election to have their 2011 CW Series D/E/PIB Bond Claim treated as a 2011 CW Series D/E/PIB Bond Claim (Taxable Election) in **Class 39** (the "**2011 CW Series D/E/PIB Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 39**.

*Class 38 Retail 2011 CW Series D/E/PIB Bond Holder Election*. Pursuant to the Plan, holders of Retail 2011 CW Series D/E/PIB Bond Claims are entitled to their Pro Rata Share of (a) the 2011 CW Series D/E/PIB Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 38** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2011 CW Series D/E/PIB Bond Claims shall be reallocated to other claimholders. Holders of Retail 2011 CW Series D/E/PIB Bond Claims may be eligible to make an election regarding their distributions, as summarized below. Instructions to make an election are below.

---

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3] The 2011 CW Series D/E/PIB Bond Recovery is shared among the 2011 CW Series D/E/PIB Bond Claims, 2011 CW Series D/E/PIB Bond Claims (Assured), and Retail 2011 CW Series D/E/PIB Bond Claims.

[4] The 2011 CW Series D/E/PIB Bond Recovery is shared among the 2011 CW Series D/E/PIB Bond Claims, 2011 CW Series D/E/PIB Bond Claims (Assured), and Retail 2011 CW Series D/E/PIB Bond Claims.

[5] The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

***Class 38 Retail 2011 CW Series D/E/PIB Bond Holder Voting***. Holders of Retail 2011 CW Series D/E/PIB Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of Retail 2011 CW Series D/E/PIB Bond Claims who make an election to have their Retail 2011 CW Series D/E/PIB Bond Claim treated as a 2011 CW Series D/E/PIB Bond Claim (Taxable Election) in **Class 39** (the "**2011 CW Series D/E/PIB Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 39**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 36 or Class 38**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- ***Election for Taxable Bond Distribution*** (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2011 CW Series D/E/PIB Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery, as modified by your Pro Rata Share of the 2011 CW Series D/E/PIB Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 39**.

To make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election to receive the 2011 CW Series D/E/PIB Taxable Bond Distribution and be treated under **Class 39**, you must certify in connection with your election that you are either:

- A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

- An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

<u>**Class 36 Default Treatment**</u>: **Receive Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery** (This is the default Plan distribution for 2011 CW Series D/E/PIB Bond Claims in **Class 36** if no election is made). If you do not make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

<u>**Class 38 Default Treatment**</u>: **Receive Pro Rata Share of the 2011 CW Series D/E/PIB Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2011 CW Series D/E/PIB Bond Claims in **Class 38** if no election is made. If you do not make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2011 CW Series D/E/PIB Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

<u>**How to Submit a Valid Election and/or Vote (as applicable)**</u>

If you wish to (a) make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 39**, (b) receive the default Plan distribution for **Class 36 or Class 38** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 36 or Class 38** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2011 CW Series D/E/PIB Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2011 CW Series D/E/PIB Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2011 CW Series D/E/PIB Bond Claim or a Retail 2011 CW Series D/E/PIB Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2011 CW Series D/E/PIB Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 36 or Class 38 (as applicable) on account of 2011 CW Series D/E/PIB Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2011 CW Series D/E/PIB Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 36 or Class 38 (as applicable) on account of 2011 CW Series D/E/PIB Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2011 CW Series D/E/PIB Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

**_NOTE FOR HOLDERS OF 2011 CW SERIES D/E/PIB BONDS IN CLASS 36_: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2011 CW SERIES D/E/PIB TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 39, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL 2011 CW SERIES D/E/PIB BONDS IN CLASS 38***: **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2011 CW SERIES D/E/PIB TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 39, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\* \* \* \* \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2011 CW Series D/E/PIB Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 36 or Class 38 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 36 or Class 38 (as applicable**) and cast a vote to reject the Plan and withdraw your 2011 CW Series D/E/PIB Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2011 CW Series D/E/PIB Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

<p align="center">*   *   *   *   *</p>

The election to be treated in **Class 39** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 39** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 39**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 39** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 39**, or will incur any liability to you for failure to give any such notification.

<p align="center">*   *   *   *   *</p>

<p align="center">**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting**
**More than One Election and/or Vote Through ATOP)**</p>

Any beneficial holder of 2011 CW Series D/E/PIB Bonds that hold multiple CUSIPs of 2011 CW Series D/E/PIB Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

<p align="center">*   *   *   *   *</p>

<p align="center">7</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

*[Remainder of page intentionally left blank]*

**Exhibit A**

| CUSIP |
|---|
|  |
| 74514LYW1 |
| 74514LZA8 |
| 74514LYX9 |
| 74514LYY7 |
| 74514LYZ4 |
| 74514LZB6 |
| 74514LZC4 |
| 74514LZF7 |
| 74514LZH3 |
| 74514LZG5 |
| 74514LZJ9 |
| 74514LZK6 |
| 74514LZL4 |
| 74514LZM2 |
| 74514LZN0 |
| 74514LZP5 |
| 74514LZQ3 |
| 74514LV61 |
| 74514LV79 |
| 74514LV87 |
| 74514LV95 |
| 74514LW29 |
| 74514LW37 |
| 74514LW45 |
| 74514LW52 |
| 74514LW60 |
| 74514LW78 |
| 74514LW86 |
| 74514LW94 |
| 74514LX28 |
| 74514LX36 |

**Exhibit N**

# ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>    Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA TENEDORES DE BONOS 2011 SERIE D/E/PIB DEL ELA CON RECLAMACIONES DE LA CLASE 36 Y RECLAMACIONES DE BONOS 2011 SERIE D/E/PIB MINORISTAS DEL ELA DE LA CLASE 38

SI USTED ES UNA PERSONA FÍSICA QUE POSEE BONOS 2011 SERIE D/E/PIB DEL ELA POR UN MONTO TOTAL DE UN MILLÓN DE DÓLARES ($1,000,000.00) O MENOS EN UNA CUENTA DE CORRETAJE, UNA CUENTA DE FIDEICOMISO, UNA CUENTA DE CUSTODIA O UNA CUENTA ADMINISTRADA POR SEPARADO (UN "INVERSIONISTA MINORISTA"), ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2011 SERIE D/E/PIB MINORISTAS DEL ELA DE LA CLASE 38.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

> SI USTED ES TENEDOR DE BONOS 2011 SERIE D/E/PIB DEL ELA Y <u>NO</u> ES UN INVERSIONISTA MINORISTA, ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2011 SERIE D/E/PIB DEL ELA DE LA CLASE 36.

Esta Notificación de Instrucciones de Votación y Elección (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 36 y la Clase 38 (según corresponda)** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos 2011 Serie D/E/PIB del ELA y los correspondientes CUSIP se describen en el **Anexo A** adjunto.

**Para evitar dudas, todas las Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA se colocan actualmente en la Clase 36 a efectos de votación y distribución y todas las Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA se colocan actualmente en la Clase 38 a efectos de votación y distribución. No obstante, si realiza alguna elección de acuerdo con las instrucciones y procedimientos establecidos en esta Notificación, sus Bonos 2011 Serie D/E/PIB del ELA o sus Bonos 2011 Serie D/E/PIB Minoristas del ELA se trasladarán a la Clase correspondiente a dicha elección a efectos de votación y distribución, como se describe con más detalle a continuación.**

*Elección de Tenedores de Bonos 2011 Serie D/E/PIB del ELA de la Clase 36* A tenor con el Plan, los tenedores de Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA tienen derecho a recibir su participación prorrateada de la Recuperación de Bonos 2011 Serie D/E/PIB del ELA.[3] Los Tenedores de Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos 2011 Serie D/E/PIB del ELA de la Clase 36.* Los tenedores de Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA que elijan que su Reclamación de Bonos 2011 Serie D/E/PIB del ELA sea tratada como una Reclamación de Bonos 2011 Serie D/E/PIB del ELA (Elección Tributable) de la **Clase 39** (la "**Elección de Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA**") votan para aceptar el Plan en la **Clase 39**.

*Elección de Tenedores de Bonos 2011 Serie D/E/PIB Minoristas del ELA de la Clase 38* A tenor con el Plan, los tenedores de Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA tienen derecho a recibir su participación prorrateada de (a) la Recuperación de Bonos 2011 Serie D/E/PIB del

---

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le atribuye en el Plan.

[3] La Recuperación de Bonos 2011 Serie D/E/PIB del ELA se comparte entre las Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA, Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA (Assured) y Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA.

ELA,[4] y (b) del Honorario de Apoyo Minorista;[5] disponiéndose, sin embargo, que, en caso de que la **Clase 38** vote para rechazar el Plan de conformidad con lo dispuesto en la sección 1126 del Código de Quiebras, el Honorario de Apoyo Minorista que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA se reasignará a otros tenedores de reclamaciones. Los Tenedores de Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos 2011 Serie D/E/PIB Minoristas del ELA de la Clase 38.* Los tenedores de Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Los tenedores de Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA que elijan que su Reclamación de Bonos Minoristas 2011 Serie D/E/PIB del ELA sea tratada como una Reclamación de Bonos 2011 Serie D/E/PIB del ELA (Elección Tributable) de la **Clase 39** (la "**Elección de Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA**") y se considerará que votan para aceptar el Plan en la **Clase 39**.

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**"), convoca para la votación del Plan a los tenedores de ciertas Reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se detallan a continuación.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

---

[4] La Recuperación de Bonos 2011 Serie D/E/PIB del ELA se comparte entre las Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA, Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA (Assured) y Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA.

[5] El Honorario de Apoyo Minorista se comparte entre las Reclamaciones de Bonos Vintage Minoristas de la AEP, las Reclamaciones de Bonos 2011 Minoristas de la AEP, las Reclamaciones de Bonos 2012 Minoristas de la AEP, las Reclamaciones de Bonos Vintage Minoristas del ELA, las Reclamaciones de Bonos 2011 Minoristas del ELA, las Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA, y las Reclamaciones de Bonos 2012 Minoristas del ELA, siempre que la Clase para dichas Reclamaciones vote por aceptar el Plan.

* * * * *

## PROCESO DE ELECCIONES Y VOTACIÓN

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 36 o la Clase 38**, puede ser elegible para hacer la siguiente elección y se considerará que acepta el Plan en la Clase correspondiente (alternativamente, si no se hace ninguna elección, tendrá derecho a votar para aceptar o rechazar el Plan):

- *Elección de la Distribución de Bonos Tributables* (disponible solo para los Inversionistas de Puerto Rico). Si usted es un Inversionista de Puerto Rico, puede optar por recibir la Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA. Si realiza esta elección, recibirá una participación prorrateada de la Recuperación de Bonos 2011 Serie D/E/PIB del ELA, modificada por su participación prorrateada de la Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA y se considerará que acepta el Plan como tenedor de una reclamación de la **Clase 39**.

  Para realizar la Elección de la Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA para recibir la Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA y recibir el tratamiento de la **Clase 39**, debe certificar en relación con su elección que es:

  - Una persona física residente en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico), o

  - Una entidad que es de propiedad absoluta o de la cual el propietario beneficiario es o son una o más personas físicas residentes en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico) (en ambos casos, un "**Inversionista de Puerto Rico**").

**Tratamiento predeterminado de la Clase 36: Recibir la participación prorrateada de la Recuperación de Bonos 2011 Serie D/E/PIB del ELA** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos 2011 Serie D/E/PIB del ELA de la **Clase 36** si no se hace ninguna elección). Si no realiza la Elección de Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

**Tratamiento predeterminado de la Clase 38: Recibir la participación prorrateada de la Recuperación de Bonos 2011 Serie D/E/PIB del ELA y el Honorario de Apoyo Minorista** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA de la **Clase 38** si no se hace ninguna elección y la **Clase 38** vota para aceptar el Plan). Si no realiza la Elección de Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

*Recomendamos que lea atentamente la Declaración de Divulgación en su totalidad, incluyendo las consecuencias impositivas de hacer una elección del tipo que se describe en las Secciones IX y X de la Declaración de Divulgación, antes de optar por recibir su distribución conforme al Plan.*

**Cada tenedor de los Bonos 2011 Serie D/E/PIB del ELA descritos en el <u>Anexo A</u> adjunto que reúna los requisitos y desee realizar la Elección de Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA debe presentar una elección válida en la forma que se describe en el presente.**

<div align="center">*     *     *     *     *</div>

### <u>Cómo presentar una elección y/o un voto válido (según proceda)</u>

Si desea (a) realizar la Elección de Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA y que se considere que acepta el Plan en la **Clase 39**, (b) recibir la distribución predeterminada del Plan para la **Clase 36 o la Clase 38** (según proceda) y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 36 o la Clase 38** (según proceda) y emitir un voto para rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos 2011 Serie D/E/PIB del ELA a través del Programa de Oferta de Presentación Automatizado ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de dar instrucciones sobre uno de los puntos (a), (b) o (c) expuestos anteriormente.

Además, al entregar sus Bonos 2011 Serie D/E/PIB del ELA a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto presunto, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos 2011 Serie D/E/PIB del ELA o una Reclamación de Bonos 2011 Serie D/E/PIB Minoristas del ELA (según corresponda), o (b) además del voto emitido (o voto presunto, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos 2011 Serie D/E/PIB del ELA han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones de la Clase 36 o la Clase 38 (según proceda) por cuenta de Bonos 2011 Serie D/E/PIB del ELA para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas en base a las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de Bonos 2011 Serie D/E/PIB del ELA, todos los votos emitidos por usted se desestimarán;

<div align="center">5</div>

3. usted es el tenedor de las Reclamaciones de la Clase 36 o de la Clase 38 (según proceda) por cuenta de los Bonos 2011 Serie D/E/PIB del ELA a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección y/o votar para aceptar o rechazar el Plan (según proceda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o que se considera aceptado en función de las elecciones que ha realizado) conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para realizar la elección o emitir un voto (según proceda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para efectuar esta elección y emitir un voto (según proceda) es (i) presentar válidamente sus Bonos 2011 Serie D/E/PIB del ELA en el sobre de ATOP correspondiente en DTC, y (ii) si procede, hacer la certificación requerida que se indica más arriba, cada una según se describe en el sistema ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN Y ELECCIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación y Elección**".

---

*<u>NOTA PARA LOS TENEDORES DE BONOS 2011 SERIE D/E/PIB DEL ELA DE LA CLASE 36</u>*: **TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO ÚNICAMENTE, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).**

**SI PRESENTA SUS BONOS PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS 2011 SERIE D/E/PIB TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 39, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA DEL PLAN.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y**

RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.

*NOTA PARA LOS TENEDORES DE BONOS 2011 SERIE D/E/PIB MINORISTAS DEL ELA DE LA CLASE 38*: **TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO Y/O PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS 2011 SERIE D/E/PIB TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 39, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

\*     \*     \*     \*     \*

### Cómo revocar una elección y/o un voto válido (según proceda)

Puede revocar su deseo de (a) realizar la Elección de Distribución de Bonos 2011 Serie D/E/PIB Tributables del ELA y que se considere que acepta el Plan, (b) recibir la distribución predeterminada del Plan para la **Clase 36 o la Clase 38 (según proceda)** y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 36 o la Clase 38 (según proceda)** y emitir un voto para rechazar el Plan y retirar sus Bonos 2011 Serie D/E/PIB Tributables del ELA presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación y Elección.

Si desea revocar su elección y/o su voto (según proceda), debe instruir a la Persona Designada para que revoque su elección y/o voto (según proceda) y retire sus Bonos 2011 Serie D/E/PIB del ELA a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su elección y/o voto (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, puede hacer una elección y/o votar (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, de acuerdo con las instrucciones para presentar una elección y/o voto (según proceda) válido anteriores.

\*     \*     \*     \*     \*

La elección de ser tratado en la **Clase 39** está sujeta a los términos del Plan. Todas las cuestiones relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección

serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión se reserva el derecho absoluto de rechazar cualquiera o todas las elecciones que se traten en la **Clase 39** cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión también se reserva el derecho a renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección de recibir el tratamiento de la **Clase 39**. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. La entrega de una elección para recibir el tratamiento de la **Clase 39** no se considerará realizada hasta que la Junta de Supervisión renuncie a presentar una reclamación por defectos o irregularidades o que estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, los Deudores o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en una elección para recibir el tratamiento de la **Clase 39**, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

\* \* \* \* \*

**Presentación de información sobre numerosidad**
**(Aplicable únicamente a los tenedores beneficiarios que presenten**
<u>**más de una elección y/o voto a través de ATOP**</u>)

Cualquier tenedor beneficiario de Bonos 2011 Serie D/E/PIB del ELA que posea múltiples CUSIP de Bonos 2011 Serie D/E/PIB del ELA y presente más de una elección y/o voto (según proceda) a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

Case:17-03283-LTS Doc#:8690-7 Filed:01/23/20 Entered:01/23/20 21:43:24 Desc:Main
Document Exhibit 14 Page 186 of 427
55668-09-ES

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "COMMONWEALTH SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

*[El resto de la página se deja intencionalmente en blanco]*

**Anexo A**

| CUSIP |
|:---:|
| |
| 74514LYW1 |
| 74514LZA8 |
| 74514LYX9 |
| 74514LYY7 |
| 74514LYZ4 |
| 74514LZB6 |
| 74514LZC4 |
| 74514LZF7 |
| 74514LZH3 |
| 74514LZG5 |
| 74514LZJ9 |
| 74514LZK6 |
| 74514LZL4 |
| 74514LZM2 |
| 74514LZN0 |
| 74514LZP5 |
| 74514LZQ3 |
| 74514LV61 |
| 74514LV79 |
| 74514LV87 |
| 74514LV95 |
| 74514LW29 |
| 74514LW37 |
| 74514LW45 |
| 74514LW52 |
| 74514LW60 |
| 74514LW78 |
| 74514LW86 |
| 74514LW94 |
| 74514LX28 |
| 74514LX36 |

**Exhibit O**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF VOTING AND ELECTION
## INSTRUCTIONS FOR HOLDERS OF 2012 CW BONDS WITH
## CLAIMS IN CLASS 40 AND RETAIL 2012 CW BOND CLAIMS IN CLASS 41

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2012 CW BONDS IN THE AGGREGATE
AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE
ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY
MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2012 CW
BONDS CLAIM IN CLASS 41.

IF YOU ARE A HOLDER OF 2012 CW BONDS AND ARE NOT A RETAIL INVESTOR,
YOU HOLD A 2012 CW BONDS CLAIM IN CLASS 40.

    This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the
beneficial holders of securities issued by the Commonwealth of Puerto Rico (the
"**Commonwealth**") giving rise to claims under **Class 40 and Class 41 (as applicable)** of the
*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS)
(Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy
Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

(as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2012 CW Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

   **For the avoidance of doubt, all 2012 CW Bond Claims are currently placed in Class 40 for voting and distribution purposes and all Retail 2012 CW Bond Claims are currently placed in Class 41 for voting and distribution purposes. If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2012 CW Bonds or Retail 2012 CW Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

   *Class 40 2012 CW Bond Holder Election*.  Pursuant to the Plan, holders of 2012 CW Bond Claims are entitled to their Pro Rata Share of the 2012 CW Bond Recovery.[3]  Holders of 2012 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below. Instructions to make an election are below.

   *Class 40 2012 CW Bond Holder Voting*. Holders of 2012 CW Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of 2012 CW Bond Claims who make an election to have their 2012 CW Bond Claim treated as a 2012 CW Bond Claim (Taxable Election) in **Class 43** (the "**2012 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 43**.

   *Class 41 Retail 2012 CW Bond Holder Election*. Pursuant to the Plan, holders of Retail 2012 CW Bond Claims are entitled to their Pro Rata Share of (a) the 2012 CW Bond Recovery,[4] and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 41** votes to reject the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail Support Fee otherwise allocable to holders of Retail 2012 CW Bond Claims shall be reallocated to other claimholders. Holders of Retail 2012 CW Bond Claims may be eligible to make an election regarding their distributions, as summarized below. Instructions to make an election are below.

   *Class 41 Retail 2012 CW Bond Holder Voting*. Holders of Retail 2012 CW Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of Retail 2012 CW Bond Claims who make an election to have their Retail 2012 CW Bond Claim treated as a 2012 CW Bond Claim (Taxable Election) in **Class 43** (the "**2012 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 43**.

---

[2] Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3] The 2012 CW Bond Recovery is shared among the 2012 CW Bond Claims, 2012 CW Bond Claims (Assured), and Retail 2012 CW Bond Claims.

[4] The 2012 CW Bond Recovery is shared among the 2012 CW Bond Claims, 2012 CW Bond Claims (Assured), and Retail 2012 CW Bond Claims.

[5] The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims, Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the Class for such Claims votes to accept the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 40 or Class 41**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2012 CW Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2012 CW Bond Recovery, as modified by your Pro Rata Share of the 2012 CW Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 43**.

  To make the 2012 CW Taxable Bond Distribution Election to receive the 2012 CW Taxable Bond Distribution and be treated under **Class 43**, you must certify in connection with your election that you are either:

  o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

  o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 40 Default Treatment**: **Receive Pro Rata Share of the 2012 CW Bond Recovery** (This is the default Plan distribution for 2012 CW Bond Claims in **Class 40** if no election is made). If you do not make the 2012 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 41 Default Treatment**: **Receive Pro Rata Share of the 2012 CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2012 CW Bond Claims in **Class 41** if no election is made and **Class 41** votes to accept the Plan). If you do not make the 2012 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2012 CW Bonds described on** <u>Exhibit A</u> **attached hereto that is eligible and wishes to make the 2012 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

<u>**How to Submit a Valid Election and/or Vote (as applicable)**</u>

If you wish to (a) make the 2012 CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 43**, (b) receive the default Plan distribution for **Class 40 or Class 41** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 40 or Class 41** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2012 CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2012 CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2012 CW Bond Claim or a Retail 2012 CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2012 CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 40 or Class 41 (as applicable) on account of 2012 CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2012 CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 40 or Class 41 (as applicable) on account of 2012 CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2012 CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

***NOTE FOR HOLDERS OF 2012 CW BONDS IN CLASS 40***: **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2012 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 43, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

***NOTE FOR HOLDERS OF RETAIL 2012 CW BONDS IN CLASS 41***: **PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2012 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 43, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

\* \* \* \* \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2012 CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 40 or Class 41 (as applicable**) and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 40 or Class 41 (as applicable**) and cast a vote to reject the Plan and withdraw your 2012 CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2012 CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\* \* \* \* \*

The election to be treated in **Class 43** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the

Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 43** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 43**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 43** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 43**, or will incur any liability to you for failure to give any such notification.

* * * * *

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting**
**More than One Election and/or Vote Through ATOP)**

Any beneficial holder of 2012 CW Bonds that hold multiple CUSIPs of 2012 CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

* * * * *

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

## Exhibit A

| CUSIP | | | | | |
|---|---|---|---|---|---|
| 74514LA31 | 74514LB63 | 74514LC96 | 74514LX44 | 74514LY76 | 74514LZ83 |
| 74514LA49 | 74514LB71 | 74514LD38 | 74514LX51 | 74514L2N6 | 74514LZ91 |
| 74514LA56 | 74514LB89 | 74514LA23 | 74514LX69 | 74514LY84 | 74514L2A4 |
| 74514LA64 | 74514LB97 | 74514LZS9 | 74514LX77 | 74514LY92 | 74514L2B2 |
| 74514LA72 | 74514LC21 | 74514LZT7 | 74514LX85 | 74514LZ26 | 74514L2C0 |
| 74514LA80 | 74514LC39 | 74514LZU4 | 74514LX93 | 74514LZ34 | 74514L2D8 |
| 74514LA98 | 74514LC47 | 74514LZV2 | 74514LY27 | 74514L2M8 | 74514L2E6 |
| 74514LB22 | 74514LC54 | 74514LZW0 | 74514LY35 | 74514LZ42 | 74514L2F3 |
| 74514LB30 | 74514LC62 | 74514LZX8 | 74514LY43 | 74514LZ59 | |
| 74514LB48 | 74514LC70 | 74514LZY6 | 74514LY50 | 74514LZ67 | |
| 74514LB55 | 74514LC88 | 74514LZZ3 | 74514LY68 | 74514LZ75 | |

**Exhibit P**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso: | |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Título III de PROMESA |
| como representante de | Núm. 17 BK 3283-LTS |
| EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO, | (Con administración conjunta) |
| Deudores.[1] | |

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA TENEDORES DE BONOS 2012 DEL ELA CON <u>RECLAMACIONES DE LA CLASE 40 Y RECLAMACIONES DE BONOS 2012 MINORISTAS DEL ELA DE LA CLASE 41</u>

SI USTED ES UNA PERSONA FÍSICA QUE POSEE BONOS 2012 DEL ELA POR UN MONTO TOTAL DE UN MILLÓN DE DÓLARES ($1,000,000.00) O MENOS EN UNA CUENTA DE CORRETAJE, UNA CUENTA DE FIDEICOMISO, UNA CUENTA DE CUSTODIA O UNA CUENTA ADMINISTRADA POR SEPARADO (UN "<u>INVERSIONISTA MINORISTA</u>"), ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2012 MINORISTAS DEL ELA DE LA CLASE 41.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (<u>ELA</u>) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("<u>COFINA</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("<u>ACT</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("<u>AEE</u>") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("<u>AEP</u>") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

55668-10-ES

> SI USTED ES TENEDOR DE BONOS 2012 DEL ELA Y <u>NO</u> ES UN INVERSIONISTA MINORISTA, ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2012 DEL ELA DE LA CLASE 40.

Esta Notificación de Instrucciones de Votación y Elección (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 40 y la Clase 41 (según corresponda)** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos 2012 del ELA y los correspondientes CUSIP se describen en el **<u>Anexo A</u>** adjunto.

**Para evitar dudas, todas las Reclamaciones de Bonos 2012 del ELA se colocan actualmente en la Clase 40 a efectos de votación y distribución y todas las Reclamaciones de Bonos 2012 Minoristas del ELA se colocan actualmente en la Clase 41 a efectos de votación y distribución. No obstante, si realiza alguna elección de acuerdo con las instrucciones y procedimientos establecidos en esta Notificación, sus Bonos 2012 del ELA o sus Bonos 2012 Minoristas del ELA se trasladarán a la Clase correspondiente a dicha elección a efectos de votación y distribución, como se describe con más detalle a continuación.**

*Elección de Tenedores de Bonos 2012 del ELA de la Clase 40*. A tenor con el Plan, los tenedores de Reclamaciones de Bonos 2012 del ELA tienen derecho a recibir su participación prorrateada de la Recuperación de Bonos 2012 del ELA.[3] Los Tenedores de Bonos 2012 del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos 2012 del ELA de la Clase 40*. Los tenedores de Reclamaciones de Bonos 2012 del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos 2012 del ELA que elijan que su Reclamación de Bonos 2012 del ELA sea tratada como una Reclamación de Bonos 2012 del ELA (Elección Tributable) de la **Clase 43** (la "**Elección de Distribución de Bonos 2012 Tributables del ELA**") votan para aceptar el Plan en la **Clase 43**.

*Elección de Tenedores de Bonos 2012 Minoristas del ELA de la Clase 41*. A tenor con el Plan, los tenedores de Reclamaciones de Bonos 2012 del ELA tienen derecho a recibir su participación prorrateada de (a) la Recuperación de Bonos 2012 del ELA,[4] y (b) el Honorario de Apoyo Minorista;[5] <u>disponiéndose</u>, <u>sin embargo</u>, que, en caso de que la **Clase 41** vote para rechazar el Plan

---

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le atribuye en el Plan.

[3] La Recuperación de Bonos 2012 del ELA se comparte entre las Reclamaciones de Bonos 2012 del ELA, Reclamaciones de Bonos 2012 del ELA (Asegurados) y Reclamaciones de Bonos 2012 Minoristas del ELA.

[4] La Recuperación de Bonos 2012 del ELA se comparte entre las Reclamaciones de Bonos 2012 del ELA, Reclamaciones de Bonos 2012 del ELA (Asegurados) y Reclamaciones de Bonos 2012 Minoristas del ELA.

[5] El Honorario de Apoyo Minorista se comparte entre las Reclamaciones de Bonos Vintage Minoristas de la AEP, las Reclamaciones de Bonos 2011 Minoristas de la AEP, las Reclamaciones de Bonos 2012 Minoristas de la AEP,

2

de conformidad con lo dispuesto en la sección 1126 del Código de Quiebras, el Honorario de Apoyo Minorista que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos 2012 Minoristas del ELA se reasignará a otros tenedores de reclamaciones. Los Tenedores de Bonos 2012 Minoristas del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos 2012 Minoristas del ELA de la Clase 41.* Los tenedores de Reclamaciones de Bonos 2012 Minoristas del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos 2012 Minoristas del ELA que elijan que su Reclamación de Bonos 2012 Minoristas del ELA sea tratada como una Reclamación de Bonos 2012 del ELA (Elección Tributable) de la **Clase 43** (la "**Elección de Distribución de Bonos 2012 Tributables del ELA**") votan para aceptar el Plan en la **Clase 43**.

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**"), convoca para la votación del Plan a los tenedores de ciertas Reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se detallan a continuación.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## PROCESO DE ELECCIONES Y VOTACIÓN

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 40 o la Clase 41**, puede ser elegible para hacer la siguiente elección y se considerará que

---

las Reclamaciones de Bonos Vintage Minoristas del ELA, las Reclamaciones de Bonos 2011 Minoristas del ELA, las Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA, y las Reclamaciones de Bonos 2012 Minoristas del ELA, siempre que la Clase para dichas Reclamaciones vote por aceptar el Plan.

acepta el Plan en la Clase correspondiente (alternativamente, si no se hace ninguna elección, tendrá derecho a votar para aceptar o rechazar el Plan):

- *Elección de la Distribución de Bonos Tributables* (disponible solo para los Inversionistas de Puerto Rico). Si usted es un Inversionista de Puerto Rico, puede optar por recibir la Distribución de Bonos 2012 Tributables del ELA. Si realiza esta elección, recibirá una participación prorrateada de la Recuperación de Bonos 2012 del ELA, modificada por su participación prorrateada de la Distribución de Bonos 2012 Tributables del ELA y se considerará que acepta el Plan como tenedor de una Reclamación de la **Clase 43**.

  Para realizar la Elección de la Distribución de Bonos 2012 Tributables del ELA para recibir la Distribución de Bonos 2012 Tributables del ELA y recibir el tratamiento de la **Clase 43**, debe certificar en relación con su elección que es:

  o Una persona física residente en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico), o

  o Una entidad que es de propiedad absoluta o de la cual el propietario beneficiario es o son una o más personas físicas residentes en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico) (en ambos casos, un "**Inversionista de Puerto Rico**").

**Tratamiento predeterminado de la Clase 40: Recibir la participación prorrateada de la Recuperación de Bonos 2012 del ELA** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos 2012 del ELA de la **Clase 40** si no se hace ninguna elección). Si no realiza la Elección de Distribución de Bonos 2012 Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

**Tratamiento predeterminado de la Clase 41: Recibir la participación prorrateada de la Recuperación de Bonos 2012 del ELA y el Honorario de Apoyo Minorista** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos 2012 Minoristas del ELA de la **Clase 41** si no se hace ninguna elección y la **Clase 41** vota para aceptar el Plan). Si no realiza la Elección de Distribución de Bonos 2012 Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

*Recomendamos que lea atentamente la Declaración de Divulgación en su totalidad, incluyendo las consecuencias impositivas de hacer una elección del tipo que se describe en las Secciones IX y X de la Declaración de Divulgación, antes de optar por recibir su distribución conforme al Plan.*

**Cada tenedor de los Bonos 2012 del ELA descritos en el <u>Anexo A</u> adjunto que reúna los requisitos y desee realizar la Elección de Distribución de Bonos 2012 Tributables del ELA debe presentar una elección válida en la forma que se describe en el presente.**

<center>*    *    *    *    *</center>

### Cómo presentar una elección y/o un voto válido (según proceda)

Si desea (a) realizar la Elección de Distribución de Bonos 2012 Tributables del ELA y que se considere que acepta el Plan en la **Clase 43**, (b) recibir la distribución predeterminada del Plan para la **Clase 40 o la Clase 41** (según proceda) y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 40 o la Clase 41** (según proceda) y emitir un voto para rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos 2012 del ELA a través del Programa Automatizado de Oferta de Presentación ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de dar instrucciones sobre uno de los puntos (a), (b) o (c) expuestos anteriormente.

Además, al entregar sus Bonos 2012 del ELA a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto presunto, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos 2012 del ELA o una Reclamación de Bonos 2012 Minoristas del ELA (según corresponda), o (b) además del voto emitido (o voto presunto, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos 2012 del ELA han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones de la Clase 40 o la Clase 41 (según proceda) por cuenta de Bonos 2012 del ELA para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas en base a las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de Bonos 2012 del ELA, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones de la Clase 40 o de la Clase 41 (según proceda) por cuenta de los Bonos 2012 del ELA a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección y/o votar para aceptar o rechazar el Plan (según proceda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o que se considera aceptado en función de las elecciones que ha realizado) conforme a estas instrucciones está sujeto a

todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para realizar la elección o emitir un voto (según proceda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para efectuar esta elección y emitir un voto (según proceda) es (i) presentar válidamente sus Bonos 2012 del ELA en el sobre ATOP correspondiente en DTC, y (ii) si procede, hacer la certificación requerida que se indica más arriba, cada una según se describe en el sistema ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN Y ELECCIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación y Elección**".

---

*NOTA PARA LOS TENEDORES DE BONOS 2012 DEL ELA DE LA CLASE 40*: **TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO ÚNICAMENTE, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).**

**SI PRESENTA SUS BONOS PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS 2012 TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 43, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA DEL PLAN.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

*NOTA PARA LOS TENEDORES DE BONOS 2012 MINORISTAS DEL ELA DE LA CLASE 41*: **TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO Y/O PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS 2012 TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 43, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

\* \* \* \* \*

### Cómo revocar una elección y/o un voto válido (según proceda)

Puede revocar su deseo de (a) realizar la Elección de Distribución de Bonos 2012 Tributables del ELA y que se considere que acepta el Plan, (b) recibir la distribución predeterminada del Plan para la **Clase 40 o la Clase 41 (según proceda)** y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 40 o la Clase 41 (según proceda)** y emitir un voto para rechazar el Plan y retirar sus Bonos 2012 del ELA presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación y Elección.

Si desea revocar su elección y/o su voto (según proceda), debe instruir a la Persona Designada para que revoque su elección y/o voto (según proceda) y retire sus Bonos 2012 del ELA a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su elección y/o voto (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, puede hacer una elección y/o votar (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, de acuerdo con las instrucciones para presentar una elección y/o voto (según proceda) válido anteriores.

\* \* \* \* \*

La elección de ser tratado en la **Clase 43** está sujeta a los términos del Plan. Todas las cuestiones relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión se reserva el derecho absoluto de rechazar cualquiera o todas las elecciones que se traten en la **Clase 43** cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión también se reserva el derecho a renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección de recibir el tratamiento de la **Clase 43**. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. La entrega de una elección para recibir el tratamiento de la **Clase 43** no se considerará realizada hasta que la Junta de Supervisión renuncie a presentar una reclamación por defectos o irregularidades o que estos

hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, los Deudores o el
Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o
irregularidad en una elección para recibir el tratamiento de la **Clase 43**, ni incurrirá en ninguna
responsabilidad ante usted por no haber realizado dicha notificación.

<div align="center">*     *     *     *     *</div>

<div align="center">**Presentación de información sobre numerosidad**
**(Aplicable únicamente a los tenedores beneficiarios que presenten**
**<u>más de una elección y/o voto a través de ATOP</u>)**</div>

Cualquier tenedor beneficiario de Bonos 2012 del ELA que posea múltiples CUSIP de Bonos 2012
del ELA y presente más de una elección y/o voto (según proceda) a través de una o más Personas
Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten)
una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados
instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una
plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web:
https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de
Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de
Numerosidad al Agente de Votación en formato Excel por correo electrónico a
puertoricoballots@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su
Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-
9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas
internacionales) o por correo electrónico enviando un mensaje a
puertoricoballots@primeclerk.com.

<div align="center">*     *     *     *     *</div>

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada.
Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones
descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE
CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO
LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO
RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M.
A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O
POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A
PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA
"COMMONWEALTH SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN
CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR
ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

**Anexo A**

| CUSIP | | | | | |
|---|---|---|---|---|---|
| 74514LA31 | 74514LB63 | 74514LC96 | 74514LX44 | 74514LY76 | 74514LZ83 |
| 74514LA49 | 74514LB71 | 74514LD38 | 74514LX51 | 74514L2N6 | 74514LZ91 |
| 74514LA56 | 74514LB89 | 74514LA23 | 74514LX69 | 74514LY84 | 74514L2A4 |
| 74514LA64 | 74514LB97 | 74514LZS9 | 74514LX77 | 74514LY92 | 74514L2B2 |
| 74514LA72 | 74514LC21 | 74514LZT7 | 74514LX85 | 74514LZ26 | 74514L2C0 |
| 74514LA80 | 74514LC39 | 74514LZU4 | 74514LX93 | 74514LZ34 | 74514L2D8 |
| 74514LA98 | 74514LC47 | 74514LZV2 | 74514LY27 | 74514LZ42 | 74514L2E6 |
| 74514LB22 | 74514LC54 | 74514LZW0 | 74514LY35 | 74514LZ42 | 74514L2F3 |
| 74514LB30 | 74514LC62 | 74514LZX8 | 74514LY43 | 74514LZ59 | |
| 74514LB48 | 74514LC70 | 74514LZY6 | 74514LY50 | 74514LZ67 | |
| 74514LB55 | 74514LC88 | 74514LZZ3 | 74514LY68 | 74514LZ75 | |

**Exhibit Q**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| | No. 17 BK 3283-LTS |
| as representative of | |
| | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors.[1] | |

## NOTICE OF VOTING AND ELECTION
## INSTRUCTIONS FOR HOLDERS OF 2014 CW BONDS WITH
## CLAIMS IN CLASS 46 AND RETAIL 2014 CW BOND CLAIMS IN CLASS 47

IF YOU ARE AN INDIVIDUAL WHO HOLDS 2014 CW BONDS IN THE AGGREGATE AMOUNT OF ONE MILLION DOLLARS ($1,000,000.00) OR LESS IN A BROKERAGE ACCOUNT, TRUST ACCOUNT, CUSTODIAL ACCOUNT, OR IN A SEPARATELY MANAGED ACCOUNT (A "RETAIL INVESTOR"), YOU HOLD A RETAIL 2014 CW BONDS CLAIM IN CLASS 47.

IF YOU ARE A HOLDER OF 2014 CW BONDS AND ARE NOT A RETAIL INVESTOR, YOU HOLD A 2014 CW BONDS CLAIM IN CLASS 46.

       This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 46 and Class 47 (as applicable)** of the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*
(as the same may be updated, supplemented, amended and/or otherwise modified from time to
time, the "**Plan**").[2] The 2014 CW Bonds and the relevant CUSIPs are described on **Exhibit A**
attached hereto.

**For the avoidance of doubt, all 2014 CW Bond Claims are currently placed in Class
46 for voting and distribution purposes and all Retail 2014 CW Bond Claims are currently
placed in Class 47 for voting and distribution purposes. If you make any elections in
accordance with the instructions and procedures set forth in this Notice, however, your 2014
CW Bonds or Retail 2014 CW Bonds will be moved into the appropriate Class corresponding
to such election for voting and distribution purposes as described more fully below.**

*Class 46 2014 CW Bond Holder Election*. Pursuant to the Plan, holders of 2014 CW Bond
Claims are entitled to their Pro Rata Share of the 2014 CW Bond Recovery.[3] Holders of 2014 CW
Bond Claims may be eligible to make an election regarding their distributions, as summarized
below. Instructions to make an election are below.

*Class 46 2014 CW Bond Holder Voting*. Holders of 2014 CW Bond Claims who do not
make any election may vote to accept or reject the Plan. Holders of 2014 CW Bond Claims who
make an election to have their 2014 CW Bond Claim treated as a 2014 CW Bond Claim (Taxable
Election) in **Class 48** (the "**2014 CW Taxable Bond Distribution Election**") and will be deemed
to vote to accept the Plan in **Class 48**.

*Class 47 Retail 2014 CW Bond Holder Election*. Pursuant to the Plan, holders of Retail
2014 CW Bond Claims are entitled to their Pro Rata Share of (a) the 2014 CW Bond Recovery,[4]
and (b) the Retail Support Fee;[5] provided, however, that, in the event that **Class 47** votes to reject
the Plan in accordance with the provisions of section 1126 of the Bankruptcy Code, the Retail
Support Fee otherwise allocable to holders of Retail 2014 CW Bond Claims shall be reallocated
to other claimholders. Holders of Retail 2014 CW Bond Claims may be eligible to make an
election regarding their distributions, as summarized below. Instructions to make an election are
below.

*Class 47 Retail 2014 CW Bond Holder Voting*. Holders of Retail 2014 CW Bond Claims
who do not make any election may vote to accept or reject the Plan. Holders of Retail 2014 CW
Bond Claims who make an election to have their Retail 2014 CW Bond Claim treated as a 2014

---

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]   The 2014 CW Bond Recovery is shared among the 2014 CW Bond Claims, 2014 CW Guarantee Bond Claims,
      and Retail 2014 CW Bond Claims.

[4]   The 2014 CW Bond Recovery is shared among the 2014 CW Bond Claims, 2014 CW Guarantee Bond Claims,
      and Retail 2014 CW Bond Claims.

[5]   The Retail Support Fee is shared among the Retail Vintage PBA Bond Claims, Retail 2011 PBA Bond Claims,
      Retail 2012 PBA Bond Claims, Retail Vintage CW Bond Claims, Retail 2011 CW bond Claims, Retail 2011 CW
      Series D/E/PIB Bond Claims, Retail 2012 CW Bond Claims, and Retail 2012 CW Bond Claims, to the extent the
      Class for such Claims votes to accept the Plan.

CW Bond Claim (Taxable Election) in **Class 48** (the "**2014 CW Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 48**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## ELECTIONS AND VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 46 or Class 47**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- *Election for Taxable Bond Distribution* (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2014 CW Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2014 CW Bond Recovery, as modified by your Pro Rata Share of the 2014 CW Taxable Bond Distribution, and will be deemed to accept the Plan as a holder of a Claim in **Class 48**.

  To make the 2014 CW Taxable Bond Distribution Election to receive the 2014 CW Taxable Bond Distribution and be treated under **Class 48**, you must certify in connection with your election that you are either:

  o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

3

> o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Class 46 Default Treatment**: **Receive Pro Rata Share of the 2014 CW Bond Recovery** (This is the default Plan distribution for 2014 CW Bond Claims in **Class 46** if no election is made). If you do not make the 2014 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

**Class 47 Default Treatment**: **Receive Pro Rata Share of the 2014 CW Bond Recovery and Retail Support Fee** (This is the default Plan distribution for Retail 2014 CW Bond Claims in **Class 47** if no election is made and **Class 47** votes to accept the Plan). If you do not make the 2014 CW Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2014 CW Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2014 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

<p align="center">*   *   *   *   *</p>

<p align="center"><u>**How to Submit a Valid Election and/or Vote (as applicable)**</u></p>

If you wish to (a) make the 2014 CW Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 48**, (b) receive the default Plan distribution for **Class 46 or Class 47** (as applicable) and cast a vote to accept the Plan, or (c) receive the default Plan distribution for **Class 46 or Class 47** (as applicable) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2014 CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2014 CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2014 CW Bond Claim or a Retail 2014 CW Bond Claim (as applicable), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2014 CW Bonds have been cast by one or more

Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims in Class 46 or Class 47 (as applicable) on account of 2014 CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2014 CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 46 or Class 47 (as applicable) on account of 2014 CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2014 CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

**<u>*NOTE FOR HOLDERS OF 2014 CW BONDS IN CLASS 46*</u>: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU TENDER YOUR BONDS TO MAKE THE 2014 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 48, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.

*NOTE FOR HOLDERS OF RETAIL 2014 CW BONDS IN CLASS 47*: PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE AND/OR MAKE THE 2014 CW TAXABLE BOND DISTRIBUTION ELECTION TO MOVE INTO CLASS 48, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE.

IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.

YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.

\*   \*   \*   \*   \*

### How to Revoke a Valid Election and/or Vote (as applicable)

You may revoke your desire to (a) make the 2014 CW Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your default Plan distribution for **Class 46 or Class 47 (as applicable)** and cast a vote to accept the Plan, or (c) receive your default Plan distribution for **Class 46 or Class 47 (as applicable)** and cast a vote to reject the Plan and withdraw your 2014 CW Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2014 CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

\*     \*     \*     \*     \*

The election to be treated in **Class 48** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 48** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 48**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 48** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 48**, or will incur any liability to you for failure to give any such notification.

\*     \*     \*     \*     \*

**Numerosity Information Submission
(Applicable Only for Beneficial Holders Submitting
More than One Election and/or Vote Through ATOP)**

Any beneficial holder of 2014 CW Bonds that hold multiple CUSIPs of 2014 CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\*     \*     \*     \*     \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR**

**INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

*[Remainder of page intentionally left blank]*

55668-11

**Exhibit A**

| CUSIP |
|:-----:|
|  |
| 74514LE86 |
| 74514L2G1 |

**Exhibit R**

# ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>    Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA TENEDORES DE BONOS 2014 DEL ELA CON <u>RECLAMACIONES DE LA CLASE 46 Y RECLAMACIONES DE BONOS 2014 MINORISTAS DEL ELA DE LA CLASE 47</u>

> SI USTED ES UNA PERSONA FÍSICA QUE POSEE BONOS 2014 DEL ELA POR UN MONTO TOTAL DE UN MILLÓN DE DÓLARES ($1,000,000.00) O MENOS EN UNA CUENTA DE CORRETAJE, UNA CUENTA DE FIDEICOMISO, UNA CUENTA DE CUSTODIA O UNA CUENTA ADMINISTRADA POR SEPARADO (UN "<u>INVERSIONISTA MINORISTA</u>"), ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2014 MINORISTAS DEL ELA DE LA CLASE 47.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (<u>ELA</u>) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("<u>COFINA</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("<u>ACT</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("<u>AEE</u>") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("<u>AEP</u>") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

> SI USTED ES TENEDOR DE BONOS 2014 DEL ELA Y NO ES UN INVERSIONISTA
> MINORISTA, ES TENEDOR DE UNA RECLAMACIÓN DE BONOS 2014 DEL ELA DE LA
> CLASE 46.

Esta Notificación de Instrucciones de Votación y Elección (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 46 y la Clase 47 (según corresponda)** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos 2014 del ELA y los correspondientes CUSIP se describen en el **Anexo A** adjunto.

**Para evitar dudas, todas las Reclamaciones de Bonos 2014 del ELA se colocan actualmente en la Clase 46 a efectos de votación y distribución y todas las Reclamaciones de Bonos 2014 Minoristas del ELA se colocan actualmente en la Clase 47 a efectos de votación y distribución. No obstante, si realiza alguna elección de acuerdo con las instrucciones y procedimientos establecidos en esta Notificación, sus Bonos 2014 del ELA o sus Bonos 2014 Minoristas del ELA se trasladarán a la Clase correspondiente a dicha elección a efectos de votación y distribución, como se describe con más detalle a continuación.**

*Elección de Tenedores de Bonos 2014 del ELA de la Clase 46*. A tenor con el Plan, los tenedores de Reclamaciones de Bonos 2014 del ELA tienen derecho a recibir su participación prorrateada de la Recuperación de Bonos 2014 del ELA.[3] Los Tenedores de Bonos 2014 del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos 2014 del ELA de la Clase 46*. Los tenedores de Reclamaciones de Bonos 2014 del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos 2014 del ELA que elijan que su Reclamación de Bonos 2014 del ELA sea tratada como una Reclamación de Bonos 2014 del ELA (Elección Tributable) de la **Clase 48** (la "**Elección de Distribución de Bonos 2014 Tributables del ELA**") votan para aceptar el Plan en la **Clase 48**.

*Elección de Tenedores de Bonos 2014 Minoristas del ELA de la Clase 47*. A tenor con el Plan, los tenedores de Reclamaciones de Bonos 2014 del ELA tienen derecho a recibir su participación prorrateada de (a) la Recuperación de Bonos 2014 del ELA,[4] y (b) el Honorario de Apoyo Minorista;[5] disponiéndose, sin embargo, que, en caso de que la **Clase 47** vote para rechazar el Plan

---

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le atribuye en el Plan.

[3] La Recuperación de Bonos 2014 del ELA se comparte entre las Reclamaciones de Bonos 2014 del ELA, Reclamaciones de Bonos 2014 Garantizados del ELA y Reclamaciones de Bonos 2014 Minoristas del ELA.

[4] La Recuperación de Bonos 2014 del ELA se comparte entre las Reclamaciones de Bonos 2014 del ELA, Reclamaciones de Bonos 2014 Garantizados del ELA y Reclamaciones de Bonos 2014 Minoristas del ELA.

[5] El Honorario de Apoyo Minorista se comparte entre las Reclamaciones de Bonos Vintage Minoristas de la AEP, las Reclamaciones de Bonos 2011 Minoristas de la AEP, las Reclamaciones de Bonos 2012 Minoristas de la AEP,

de conformidad con lo dispuesto en la sección 1126 del Código de Quiebras, el Honorario de
Apoyo Minorista que de otro modo se asignaría a los tenedores de Reclamaciones de Bonos 2014
Minoristas del ELA se reasignará a otros tenedores de reclamaciones. Los Tenedores de Bonos
2014 Minoristas del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como
se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos 2014 Minoristas del ELA de la Clase 47*. Los tenedores
de Reclamaciones de Bonos 2014 Minoristas del ELA que no hagan ninguna elección podrán votar
para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos
2014 Minoristas del ELA que elijan que su Reclamación de Bonos 2014 Minoristas del ELA sea
tratada como una Reclamación de Bonos 2014 del ELA (Elección Tributable) de la **Clase 48** (la
"**Elección de Distribución de Bonos 2014 Tributables del ELA**") votan para aceptar el Plan en
la **Clase 48**.

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de
Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los
Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la Autoridad de
Edificios Públicos de Puerto Rico ("**AEP**"), convoca para la votación del Plan a los tenedores de
ciertas Reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante
orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal
aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título
III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus
posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la
"**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la
votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se
detallan a continuación.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene
esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen
de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene
alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente
de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos
y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m.
(hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un
mensaje a puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## PROCESO DE ELECCIONES Y VOTACIÓN

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de
la **Clase 46 o la Clase 47**, puede ser elegible para hacer la siguiente elección y se considerará que

---

las Reclamaciones de Bonos Vintage Minoristas del ELA, las Reclamaciones de Bonos 2011 Minoristas del ELA,
las Reclamaciones de Bonos 2011 Serie D/E/PIB Minoristas del ELA, y las Reclamaciones de Bonos 2012
Minoristas del ELA, siempre que la Clase para dichas Reclamaciones vote por aceptar el Plan.

acepta el Plan en la Clase correspondiente (alternativamente, si no se hace ninguna elección, tendrá derecho a votar para aceptar o rechazar el Plan):

- *Elección de la Distribución de Bonos Tributables* (disponible solo para los Inversionistas de Puerto Rico). Si usted es un Inversionista de Puerto Rico, puede optar por recibir la Distribución de Bonos 2014 Tributables del ELA. Si realiza esta elección, recibirá una participación prorrateada de la Recuperación de Bonos 2014 del ELA, modificada por su participación prorrateada de la Distribución de Bonos 2014 Tributables del ELA y se considerará que acepta el Plan como tenedor de una Reclamación de la **Clase 48**.

  Para realizar la Elección de la Distribución de Bonos 2014 Tributables del ELA para recibir la Distribución de Bonos 2014 Tributables del ELA y recibir el tratamiento de la **Clase 48**, debe certificar en relación con su elección que es:

  o Una persona física residente en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico), o

  o Una entidad que es de propiedad absoluta o de la cual el propietario beneficiario es o son una o más personas físicas residentes en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico) (en ambos casos, un "**Inversionista de Puerto Rico**").

<u>**Tratamiento predeterminado de la Clase 46**</u>: **Recibir la participación prorrateada de la Recuperación de Bonos 2014 del ELA** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos 2014 del ELA de la **Clase 46** si no se hace ninguna elección). Si no realiza la Elección de Distribución de Bonos 2014 Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

<u>**Tratamiento predeterminado de la Clase 47**</u>: **Recibir la participación prorrateada de la Recuperación de Bonos 2014 del ELA y el Honorario de Apoyo Minorista** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos 2014 Minoristas del ELA de la **Clase 47** si no se hace ninguna elección y la **Clase 47** vota para aceptar el Plan). Si no realiza la Elección de Distribución de Bonos 2014 Tributables del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

*Recomendamos que lea atentamente la Declaración de Divulgación en su totalidad, incluyendo las consecuencias impositivas de hacer una elección del tipo que se describe en las Secciones IX y X de la Declaración de Divulgación, antes de optar por recibir su distribución conforme al Plan.*

**Cada tenedor de los Bonos 2014 del ELA descritos en el <u>Anexo A</u> adjunto que reúna los requisitos y desee realizar la Elección de Distribución de Bonos 2014 Tributables del ELA debe presentar una elección válida en la forma que se describe en el presente.**

* * * * *

## Cómo presentar una elección y/o un voto válido (según proceda)

Si desea (a) realizar la Elección de Distribución de Bonos 2014 Tributables del ELA y que se considere que acepta el Plan en la **Clase 48**, (b) recibir la distribución predeterminada del Plan para la **Clase 46 o la Clase 47** (según proceda) y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 46 o la Clase 47** (según proceda) y emitir un voto para rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos 2014 del ELA a través del Programa Automatizado de Oferta de Presentación ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de dar instrucciones sobre uno de los puntos (a), (b) o (c) expuestos anteriormente.

Además, al entregar sus Bonos 2014 del ELA a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto presunto, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos 2014 del ELA o una Reclamación de Bonos 2014 Minoristas del ELA (según corresponda), o (b) además del voto emitido (o voto presunto, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos 2014 del ELA han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones de la Clase 46 o la Clase 47 (según proceda) por cuenta de Bonos 2014 del ELA para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas en base a las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de Bonos 2014 del ELA, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones de la Clase 46 o de la Clase 47 (según proceda) por cuenta de los Bonos 2014 del ELA a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección y/o votar para aceptar o rechazar el Plan (según proceda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o que se considera aceptado en función de las elecciones que ha realizado) conforme a estas instrucciones está sujeto a

todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para realizar la elección o emitir un voto (según proceda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para efectuar esta elección y emitir un voto (según proceda) es (i) presentar válidamente sus Bonos 2014 del ELA en el sobre ATOP correspondiente en DTC, y (ii) si procede, hacer la certificación requerida que se indica más arriba, cada una según se describe en el sistema ATOP de DTC.

> **LA FECHA LÍMITE PARA LA VOTACIÓN Y ELECCIÓN ES EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).**
>
> Esta fecha y hora se denomina "**Fecha Límite de Votación y Elección**".

*NOTA PARA LOS TENEDORES DE BONOS 2014 DEL ELA DE LA CLASE 46*: TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO ÚNICAMENTE, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).

SI PRESENTA SUS BONOS PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS 2014 TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 48, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA DEL PLAN.

SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.

NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.

*NOTA PARA LOS TENEDORES DE BONOS 2014 MINORISTAS DEL ELA DE LA CLASE 47*: TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO Y/O PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE BONOS 2014 TRIBUTABLES DEL ELA PARA PASAR A LA CLASE 48, NO PODRÁ TRANSFERIR SUS BONOS HASTA LA FECHA DE VIGENCIA.

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

<p style="text-align:center">*　　*　　*　　*　　*</p>

<p style="text-align:center"><u>Cómo revocar una elección y/o un voto válido (según proceda)</u></p>

Puede revocar su deseo de (a) realizar la Elección de Distribución de Bonos 2014 Tributables del ELA y que se considere que acepta el Plan, (b) recibir la distribución predeterminada del Plan para la **Clase 46 o la Clase 47 (según proceda)** y emitir un voto para aceptar el Plan, o (c) recibir la distribución predeterminada del Plan para la **Clase 46 o la Clase 47 (según proceda)** y emitir un voto para rechazar el Plan y retirar sus Bonos 2014 del ELA presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación y Elección.

Si desea revocar su elección y/o su voto (según proceda), debe instruir a la Persona Designada para que revoque su elección y/o voto (según proceda) y retire sus Bonos 2014 del ELA a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su elección y/o voto (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, puede hacer una elección y/o votar (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, de acuerdo con las instrucciones para presentar una elección y/o voto (según proceda) válido anteriores.

<p style="text-align:center">*　　*　　*　　*　　*</p>

La elección de ser tratado en la **Clase 48** está sujeta a los términos del Plan. Todas las cuestiones relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión se reserva el derecho absoluto de rechazar cualquiera o todas las elecciones que se traten en la **Clase 48** cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión también se reserva el derecho a renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección de recibir el tratamiento de la **Clase 48**. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. La entrega de una elección para recibir el tratamiento de la **Clase 48** no se considerará realizada hasta que la Junta de Supervisión renuncie a presentar una reclamación por defectos o irregularidades o que estos

hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, los Deudores o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en una elección para recibir el tratamiento de la **Clase 48**, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

*     *     *     *     *

### Presentación de información sobre numerosidad
### (Aplicable únicamente a los tenedores beneficiarios que presenten
### más de una elección y/o voto a través de ATOP)

Cualquier tenedor beneficiario de Bonos 2014 del ELA que posea múltiples CUSIP de Bonos 2014 del ELA y presente más de una elección y/o voto (según proceda) a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

*     *     *     *     *

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "COMMONWEALTH SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

55668-11-ES

[*El resto de la página se deja intencionalmente en blanco*]

55668-11-ES

### Anexo A

| CUSIP |
|-------|
|  |
| 74514LE86 |
| 74514L2G1 |

**Exhibit S**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                           Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF VOTING AND ELECTION INSTRUCTIONS
## FOR HOLDERS OF 2014 CW GUARANTEE BONDS WITH CLAIMS IN CLASS 49

This Notice of Voting and Election Instructions (the "**Notice**") is being sent to the beneficial holders of securities guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 49** of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The 2014 CW Guarantee Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

**For the avoidance of doubt, all 2014 CW Guarantee Bond Claims are currently placed in Class 49 for voting and distribution purposes. If you make any elections in accordance with the instructions and procedures set forth in this Notice, however, your 2014 CW Guarantee Bonds will be moved into the appropriate Class corresponding to such election for voting and distribution purposes as described more fully below.**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

***2014 CW Guarantee Bond Holder Election***. Pursuant to the Plan, holders of 2014 CW Guarantee Bond Claims are entitled to their Pro Rata Share of the 2014 CW Bond Recovery.[3] Holders of 2014 CW Guarantee Bond Claims may be eligible to make an election regarding their distributions, as summarized below. Instructions to make an election are below.

***2014 CW Guarantee Bond Holder Voting***. Holders of 2014 CW Guarantee Bond Claims who do not make any election may vote to accept or reject the Plan. Holders of 2014 CW Guarantee Bond Claims who make an election to have their 2014 CW Guarantee Bond Claim treated as a 2014 CW Guarantee Bond Claim (Taxable Election) in **Class 50** (the "**2014 CW Guarantee Taxable Bond Distribution Election**") and will be deemed to vote to accept the Plan in **Class 50**.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*     \*     \*     \*     \*

## ELECTIONS AND VOTING PROCESS FOR 2014 CW GUARANTEE BOND HOLDERS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 49**, you may be eligible to make the following election and be deemed to accept the Plan in the applicable Class (alternatively, if no election is made, you will be entitled to vote to accept or reject the Plan):

- ***Election for Taxable Bond Distribution*** (Available only to Puerto Rico Investors). If you are a Puerto Rico Investor, you may elect to receive the 2014 CW Guarantee Taxable Bond Distribution. If you make this election, you will receive a Pro Rata Share of the 2015 CW Bond Recovery, as modified by your Pro Rata Share of the

---

[3]   The 2014 CW Bond Recovery is shared among the 2014 CW Bond Claims, 2014 CW Guarantee Bond Claims, and Retail 2014 CW Bond Claims.

2014 CW Guarantee Taxable Bond Distribution and will be deemed to accept the Plan as a holder of a Claim in **Class 50**.

To make the 2014 CW Guarantee Taxable Bond Distribution Election to receive the 2014 CW Guarantee Taxable Bond Distribution and be treated under **Class 50**, you must certify in connection with your election that you are either:

- o A natural person that is a resident of the Commonwealth (for Puerto Rico personal income tax purposes), or

- o An entity that is wholly owned by or entirely beneficially owned by one or more natural persons that are residents of the Commonwealth (for Puerto Rico personal income tax purposes) (either, a "**Puerto Rico Investor**").

**Default Treatment: Receive Pro Rata Share of the CW Bond Distribution** (This is the default Plan distribution for 2014 CW Guarantee Bond Claims in **Class 49** if no election is made). If you do not make the 2014 CW Guarantee Taxable Bond Distribution Election, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement, including the tax consequences of making an election discussed in Sections IX and X of the Disclosure Statement, before electing to receive your distribution under the Plan.*

**Each holder of 2014 CW Guarantee Bonds described on <u>Exhibit A</u> attached hereto that is eligible and wishes to make the 2014 CW Taxable Bond Distribution Election must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

## <u>How to Submit a Valid Election and/or Vote (as applicable)</u>

If you wish to (a) make the 2014 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan in **Class 50**, (b) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 49**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 49**) and cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your 2014 CW Guarantee Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a), (b), or (c) set forth above.

In addition, by delivering your 2014 CW Guarantee Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a 2014 CW Guarantee Bond Claim, or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other 2014 CW Guarantee Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of 2014 CW Guarantee Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of 2014 CW Guarantee Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of 2014 CW Guarantee Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election or cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of effectuating this election and casting a vote (as applicable) is to (i) validly tender your 2014 CW Guarantee Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING AND ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting and Election Deadline**."

---

**PLEASE TAKE NOTICE THAT:**

**(A) IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST YOUR VOTE, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021); OR**

**(B) IF YOU TENDER YOUR BONDS TO MAKE THE 2014 CW GUARANTEE TAXABLE BOND DISTRIBUTION ELECTION, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS THROUGH THE EFFECTIVE DATE OF THE PLAN.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE OR YOUR ELECTION AT ANY TIME BEFORE THE VOTING AND ELECTION DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING AND ELECTION DEADLINE.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><u>**How to Revoke a Valid Election and/or Vote (as applicable)**</u></p>

You may revoke your desire to (a) make the 2014 CW Guarantee Taxable Bond Distribution Election and be deemed to accept the Plan, (b) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 49**) and cast a vote to accept the Plan, or (c) receive your Pro Rata Share of the 2014 CW Bond Recovery (which is the default Plan distribution for **Class 49**) and cast a vote to reject the Plan and withdraw your 2014 CW Guarantee Bonds tendered through DTC's ATOP at any time on or before the Voting and Election Deadline.

If you wish to revoke your election and/or vote (as applicable), you must instruct your Nominee to revoke your election and/or vote (as applicable) and withdraw your 2014 CW Guarantee Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your election and/or vote (as applicable) any time before the Voting and Election Deadline, you may make an election and/or vote (as applicable) at any time before the Voting and Election Deadline, in accordance with the instructions to submit a valid election and/or vote (as applicable) above.

<p style="text-align:center">*   *   *   *   *</p>

The election to be treated in **Class 50** is subject to the terms of the Plan. All questions as to the validity, form and eligibility (including time of receipt) of the election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board reserves the absolute right to reject any or all elections to be treated in **Class 50** that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board also reserves the right to waive any defects, irregularities or conditions as to the election to be treated in **Class 50**. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance

<p style="text-align:center">5</p>

except to the extent the Oversight Board may otherwise so provide. Delivery of an election to be treated in **Class 50** shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board or cured. None of the Oversight Board, the Debtors or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in an election to be treated in **Class 50**, or will incur any liability to you for failure to give any such notification.

<div align="center">*    *    *    *    *</div>

<div align="center">

**Numerosity Information Submission
(Applicable Only for Beneficial Holders Submitting
More than One Election and/or Vote Through ATOP)**

</div>

Any beneficial holder of 2014 CW Guarantee Bonds that hold multiple CUSIPs of 2014 CW Guarantee Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

<div align="center">*    *    *    *    *</div>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

<div align="center">

*[Remainder of page intentionally left blank]*

</div>

**Exhibit A**

| CUSIP |
|:---:|
| |
| 745223AA5 |
| 745223AB3 |

**Exhibit T**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso: | Título III de PROMESA |
| LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, | Núm. 17 BK 3283-LTS |
| como representante de | (Con administración conjunta) |
| EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO, | |
| Deudores.[1] | |

**NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN Y ELECCIÓN PARA
TENEDORES DE BONOS 2014 GARANTIZADOS DEL ELA
CON RECLAMACIONES DE LA CLASE 49**

Esta Notificación de Instrucciones de Votación y Elección (la "**Notificación**") se envía a los tenedores beneficiarios de valores garantizados por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 49** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos 2014 Garantizados del ELA y los correspondientes CUSIP se describen en el **Anexo A** adjunto.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

Para evitar dudas, todas las Reclamaciones de Bonos 2014 Garantizados del ELA se colocan actualmente en la Clase 49 a efectos de votación y distribución. No obstante, si realiza alguna elección de acuerdo con las instrucciones y procedimientos establecidos en esta Notificación, sus Bonos 2014 Garantizados del ELA se trasladarán a la Clase correspondiente a dicha elección a efectos de votación y distribución, como se describe con más detalle a continuación.

*Elección de los tenedores de Bonos 2014 Garantizados del ELA*. A tenor con el Plan, los tenedores de Reclamaciones de Bonos 2014 Garantizados del ELA tienen derecho a recibir su participación prorrateada de la Recuperación de Bonos 2014 del ELA.[3] Los Tenedores de Bonos 2014 Garantizados del ELA pueden optar por hacer una elección en cuanto a sus distribuciones, como se resume a continuación. Las instrucciones para realizar una elección se detallan a continuación.

*Votación de Tenedores de Bonos 2014 Garantizados del ELA*. Los tenedores de Reclamaciones de Bonos 2014 Garantizados del ELA que no hagan ninguna elección podrán votar para aceptar o rechazar el Plan. Se considerará que los tenedores de Reclamaciones de Bonos 2014 Garantizados del ELA que elijan que su Reclamación de Bonos 2014 Garantizados del ELA sea tratada como una Reclamación de Bonos 2014 Garantizados del ELA (Elección Tributable) de la **Clase 50** (la "**Elección de Distribución de Bonos 2014 Tributables Garantizados del ELA**") votan para aceptar el Plan en la **Clase 50**.

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**"), convoca para la votación del Plan a los tenedores de ciertas Reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se detallan a continuación.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

---

[3]    La Recuperación de Bonos 2014 del ELA se comparte entre las Reclamaciones de Bonos 2014 del ELA, Reclamaciones de Bonos 2014 Garantizados del ELA y Reclamaciones de Bonos 2014 Minoristas del ELA.

<center>*   *   *   *   *</center>

## ELECCIONES Y PROCESO DE VOTACIÓN PARA LOS TENEDORES DE BONOS 2014 GARANTIZADOS DEL ELA

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 49**, puede ser elegible para hacer la siguiente elección y se considerará que acepta el Plan en la Clase aplicable (alternativamente, si no se hace ninguna elección, tendrá derecho a votar para aceptar o rechazar el Plan):

- *Elección de la Distribución de Bonos Tributables* (disponible solo para los Inversionistas de Puerto Rico). Si usted es un Inversionista de Puerto Rico, puede optar por recibir la Distribución de Bonos 2014 Tributables Garantizados del ELA. Si realiza esta elección, recibirá una participación prorrateada de la Distribución de Bonos 2015 del ELA, modificada por su participación prorrateada de la Distribución de Bonos 2014 Tributables Garantizados del ELA y se considerará que acepta el Plan como tenedor de una reclamación de la **Clase 50**.

  Para realizar la Elección de la Distribución de Bonos 2014 Tributables Garantizados del ELA para recibir la Distribución de Bonos 2014 Tributables Garantizados del ELA y recibir el tratamiento de la **Clase 50**, debe certificar en relación con su elección que es:

  o Una persona física residente en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico), o

  o Una entidad que es de propiedad absoluta o de la cual el propietario beneficiario es o son una o más personas físicas residentes en el Estado Libre Asociado (a efectos del impuesto a la renta personal de Puerto Rico) (en ambos casos, un "**Inversionista de Puerto Rico**").

**Tratamiento predeterminado: Recibir la participación prorrateada de la Distribución de Bonos del ELA** (esta es la distribución predeterminada del Plan para las Reclamaciones de Bonos 2014 Garantizados del ELA de la **Clase 49** si no se hace ninguna elección). Si no realiza la Elección de Distribución de Bonos 2014 Tributables Garantizados del ELA, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

*Recomendamos que lea atentamente la Declaración de Divulgación en su totalidad, incluyendo las consecuencias impositivas de hacer una elección del tipo que se describe en las Secciones IX y X de la Declaración de Divulgación, antes de optar por recibir su distribución conforme al Plan.*

**Cada tenedor de los Bonos 2014 Garantizados del ELA descritos en el <u>Anexo A</u> adjunto que reúna los requisitos y desee realizar la Elección de Distribución de Bonos 2014 Tributables del ELA debe presentar una elección válida en la forma que se describe en el presente.**

<center>3</center>

* * * * *

**Cómo presentar una elección y/o un voto válido (según proceda)**

Si desea (a) realizar la Elección de Distribución de Bonos 2014 Tributables Garantizados del ELA y que se considere que acepta el Plan en la **Clase 50**, (b) recibir la participación prorrateada de la Recuperación de Bonos 2014 del ELA (que es la distribución predeterminada del Plan para la **Clase 49**) y emitir un voto para aceptar el Plan, o (c) recibir la participación prorrateada de la Recuperación de Bonos 2014 del ELA (que es la Distribución predeterminada del Plan para la **Clase 49**) y emitir un voto para rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos 2014 del ELA a través del Programa Automatizado de Oferta de Presentación ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de dar instrucciones sobre uno de los puntos (a), (b) o (c) expuestos anteriormente.

Además, al entregar sus Bonos 2014 Garantizados del ELA a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto presunto, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos 2014 Garantizados del ELA, o (b) además del voto emitido (o voto presunto, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos 2014 Garantizados del ELA han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación y Elección;

2. ha votado todas sus Reclamaciones por cuenta de Bonos 2014 Garantizados del ELA para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas basadas en las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de Bonos 2014 Garantizados del ELA, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones por cuenta de los Bonos 2014 Garantizados del ELA a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección y/o votar para aceptar o rechazar el Plan (según proceda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o que se considera aceptado en función de las elecciones que ha realizado) conforme a estas instrucciones está sujeto a

todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y
la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para realizar la elección o emitir
un voto (según proceda) (excepto en la circunstancia limitada que se indica a continuación en la
sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores
beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para
efectuar esta elección y emitir un voto (según proceda) es (i) presentar válidamente sus Bonos
2014 Garantizados del ELA en el sobre de ATOP correspondiente en DTC, y (ii) si procede, hacer
la certificación requerida que se indica más arriba, cada una según se describe en el sistema ATOP
de DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN Y ELECCIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación y Elección**".

---

**TENGA EN CUENTA QUE:**

**(A) SI PRESENTA SUS BONOS A TRAVÉS DE ATOP PARA EMITIR UN VOTO, SE
PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE
DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS
BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES
(LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO
SEA POSIBLE DESPUÉS DE ESA FECHA); O**

**(B) SI PRESENTA SUS BONOS PARA HACER LA ELECCIÓN DE DISTRIBUCIÓN DE
BONOS 2014 TRIBUTABLES GARANTIZADOS DEL ELA, NO PODRÁ TRANSFERIR
SUS BONOS HASTA LA FECHA DE VIGENCIA DEL PLAN.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS
ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS
BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER
MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y
RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS
BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

\* \* \* \* \*

**Cómo revocar una elección y/o un voto válido (según proceda)**

Puede revocar su deseo de (a) realizar la Elección de Distribución de Bonos 2014 Tributables
Garantizados del ELA y que se considere que acepta el Plan, (b) recibir la participación prorrateada

de la Recuperación de Bonos 2014 del ELA (que es la distribución predeterminada del Plan para la **Clase 49**) y emitir un voto para aceptar el Plan, o (c) recibir la participación prorrateada de la Recuperación de Bonos 2014 del ELA (que es la distribución predeterminada del Plan para la **Clase 49**) y emitir un voto para rechazar el Plan y retirar sus Bonos 2014 Garantizados del ELA presentados a través de ATOP de DTC en cualquier momento antes de la Fecha Límite de Votación y Elección.

Si desea revocar su elección y/o su voto (según proceda), debe instruir a la Persona Designada para que revoque su elección y/o voto (según proceda) y retire sus Bonos 2014 Garantizados del ELA a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su elección y/o voto (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, puede hacer una elección y/o votar (según proceda) en cualquier momento antes de la Fecha Límite de Votación y Elección, de acuerdo con las instrucciones para presentar una elección y/o voto (según proceda) válido anteriores.

<p style="text-align:center">*   *   *   *   *</p>

La elección de ser tratado en la **Clase 50** está sujeta a los términos del Plan. Todas las cuestiones relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión se reserva el derecho absoluto de rechazar cualquiera o todas las elecciones que se traten en la **Clase 50** cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión también se reserva el derecho a renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección de recibir el tratamiento de la **Clase 50**. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. La entrega de una elección para recibir el tratamiento de la **Clase 50** no se considerará realizada hasta que la Junta de Supervisión renuncie a presentar una reclamación por defectos o irregularidades o que estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, los Deudores o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en una elección para recibir el tratamiento de la **Clase 50**, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center">**Presentación de información sobre numerosidad<br>(Aplicable únicamente a los tenedores beneficiarios que presenten<br>más de una elección y/o voto a través de ATOP)**</p>

Cualquier tenedor beneficiario de Bonos 2014 Garantizados del ELA que posea múltiples CUSIP de Bonos 2014 del ELA y presente más de una elección y/o voto (según proceda) a través de una

o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

<p style="text-align:center">* * * * *</p>

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "COMMONWEALTH SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

<p style="text-align:center">[<em>El resto de la página se deja intencionalmente en blanco</em>]</p>

## Anexo A

| CUSIP |
|-------|
| |
| 745223AA5 |
| 745223AB3 |

**Exhibit U**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF VOTING INSTRUCTIONS
## FOR HOLDERS OF ERS BONDS WITH CLAIMS IN CLASS 65

This Notice of Voting Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") giving rise to claims under **Class 65** of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The ERS Bonds and the relevant CUSIPs are described on **Exhibit A** attached hereto.

*ERS Bond Holder Voting*. Holders of ERS Bond Claims may vote to accept or reject the Plan. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth of Puerto Rico (the "**Commonwealth**"), ERS, and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure*

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

*Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 65**, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

\* \* \* \* \*

## How to Submit a Valid Vote

If you wish to cast a vote to accept or reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your ERS Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to vote to accept or reject the Plan.

In addition, by delivering your ERS Bonds via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of an ERS Bond Claim, or (b) in addition to the vote cast, one or more additional votes ("**Additional Votes**") on account of other ERS Bond have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2. you have voted all of your Claims on account of ERS Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of ERS Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims on account of ERS Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan (as applicable); and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to validly tender your ERS Bonds into the proper ATOP envelope at DTC.

---

**THE VOTING DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE AT ANY TIME BEFORE THE VOTING DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE.**

\*   \*   \*   \*   \*

**How to Revoke a Valid Vote**

You may revoke your vote case and withdraw your ERS Bonds tendered to through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your ERS Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

<p style="text-align:center">*    *    *    *    *</p>

<div style="text-align:center">

**Numerosity Information Submission**
**(Applicable Only for Beneficial Holders Submitting**
**More than One Vote Through ATOP)**

</div>

Any beneficial holder of ERS Bonds that hold multiple CUSIPs of ERS Bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

<p style="text-align:center">*    *    *    *    *</p>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ERS SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit A**

| Description | CUSIP |
|---|---|
| Senior Pension Funding Bonds, Series 2008A | |
| | 29216MAF |
| | 29216MAA |
| | 29216MAB |
| | 29216MAG |
| | 29216MAH |
| | 29216MAJ |
| | 29216MAC |
| | 29216MAK |
| | 29216MAL |
| | 29216MAD |
| | 29216MAM |
| | 29216MAN |
| | 29216MAP |
| | 29216MAQ |
| | 29216MAE |
| Senior Pension Funding Bonds, Series 2008B | |
| | 29216MBA |
| | 29216MBB |
| | 29216MBC |
| | 29216MBD |
| | 29216MBE |
| | 29216MBF |
| | 29216MBG |
| | 29216MBH |
| | 29216MBJ |
| | 29216MAT |
| | 29216MAU |
| | 29216MAV |
| | 29216MAW |
| | 29216MAX |
| | 29216MAY |
| | 29216MAZ |
| Senior Pension Funding Bonds, Series 2008C | |
| | 29216MBL |
| | 29216MBM |
| | 29216MBN |
| | 29216MBP |

**Exhibit V**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>    Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN PARA <u>TENEDORES DE BONOS DEL SRE CON RECLAMACIONES DE LA CLASE 65</u>

Esta Notificación de Instrucciones de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") que dan lugar a reclamaciones bajo la **Clase 65** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos del SRE y los correspondientes CUSIP se describen en el <u>**Anexo A**</u> adjunto.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (<u>ELA</u>) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("<u>COFINA</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("<u>ACT</u>") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("<u>AEE</u>") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("<u>AEP</u>") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le atribuye en el Plan.

*Votación de Tenedores de Bonos del SRE*. Los tenedores de Reclamaciones de Bonos del SRE pueden votar para aceptar o rechazar el Plan. La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**"), el SRE y la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**"), convoca para la votación del Plan a los tenedores de ciertas Reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan. Las instrucciones para emitir su voto se detallan a continuación.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

## PROCESO DE VOTACIÓN

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 65**, puede emitir un voto para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

*Le recomendamos que lea atentamente la Declaración de Divulgación en su totalidad antes de emitir su voto para aceptar o rechazar el Plan.*

\*   \*   \*   \*   \*

## Cómo emitir un voto válido

Si desea emitir un voto para aceptar o rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos del SRE a través del Programa de Oferta de Licitación Automática ("**ATOP**") a The Depository Trust Company ("**DTC**") de acuerdo con su deseo de votar para aceptar o rechazar el Plan.

Además, al entregar sus Bonos del SRE a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido es el único voto emitido por usted por cuenta de una Reclamación de Bonos del SRE, o (b) además del voto emitido, uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos del SRE han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones por cuenta de Bonos del SRE para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas basadas en las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de Bonos del SRE, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones por cuenta de los Bonos del SRE a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección yo votar para aceptar o rechazar el Plan (según proceda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para emitir un voto (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para emitir un voto es presentar válidamente sus Bonos del SRE en el sobre de ATOP correspondiente en DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

\* \* \* \* \*

### <u>Cómo revocar un voto válido</u>

Usted puede revocar el voto que ha emitido y retirar sus Bonos del SRE presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación.

Si desea revocar su voto, debe instruir a la Persona Designada para que revoque su voto y retire sus Bonos del SRE a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su voto en cualquier momento antes de la Fecha Límite de Votación, puede volver a votar en cualquier momento antes de la Fecha Límite de Votación, de acuerdo con las instrucciones anteriores para presentar un voto válido.

\* \* \* \* \*

### Presentación de información sobre numerosidad
### (Aplicable únicamente a los tenedores beneficiarios que presenten
### <u>más de un voto a través de ATOP</u>)

Cualquier tenedor beneficiario de Bonos del SRE que posea múltiples CUSIP de Bonos del SRE y presente más de un voto a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "ERS SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

**Anexo A**

| Descripción | CUSIP |
|---|---|
| Bonos de Financiación de Pensiones Prioritarios (Senior), Serie 2008A | |
| | 29216MAF |
| | 29216MAA |
| | 29216MAB |
| | 29216MAG |
| | 29216MAH |
| | 29216MAJ |
| | 29216MAC |
| | 29216MAK |
| | 29216MAL |
| | 29216MAD |
| | 29216MAM |
| | 29216MAN |
| | 29216MAP |
| | 29216MAQ |
| | 29216MAE |
| Bonos de Financiación de Pensiones Prioritarios (Senior), Serie 2008B | |
| | 29216MBA |
| | 29216MBB |
| | 29216MBC |
| | 29216MBD |
| | 29216MBE |
| | 29216MBF |
| | 29216MBG |
| | 29216MBH |
| | 29216MBJ |
| | 29216MAT |
| | 29216MAU |
| | 29216MAV |
| | 29216MAW |
| | 29216MAX |
| | 29216MAY |
| | 29216MAZ |
| Bonos de Financiación de Pensiones Prioritarios (Senior), Serie 2008C | |
| | 29216MBL |
| | 29216MBM |
| | 29216MBN |
| | 29216MBP |

**Exhibit W**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELECTION NOTICE  FOR CERTAIN ASSURED BONDHOLDERS WITH CLAIMS IN CLASSES 2, 17, 24, AND 42

This Assured Bondholder Election Notice (the "**Notice**") is being sent to certain beneficial holders of Vintage PBA Bond Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond Claims (Assured), and 2012 CW Bond Claims (Assured), identified on Exhibit A to this Notice, arising on account of Assured Insured Bonds, the scheduled repayment of which has been insured by Assured Guaranty Corp. or Assured Guaranty Municipal Corp. (collectively, "**Assured**") in accordance with the terms of the Assured Insurance Policies.  These securities give rise to Claims in Classes 2, 17, 24, and 42 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2]

Although Assured has the right to cast the vote on account of Claims arising from Assured Insured Bonds to accept or reject the Plan, the holders of the Assured Insured Bonds  identified on Exhibit A are entitled to elect their form of distribution under the Plan.  Specifically, each such beneficial

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

holder may elect one of the following two Assured Bondholder Elections, in each case on terms acceptable to Assured:

**Assured Bondholder Election 1**: You will receive from Assured on the Effective Date the applicable Acceleration Price of one hundred percent (100%) of the principal amount of the Assured Insured Bonds held by you plus accrued interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) to the date of payment in full satisfaction and discharge of Assured's obligations with respect to you under the applicable Assured Insurance Policies, and Assured shall receive the cash and Assured New Securities allocable to you under the Plan; or

**Assured Bondholder Election 2**: You will opt into a custodial trust, escrow arrangement, or similar structure established by Assured that will provide you with an interest in (A) the applicable Assured Insurance Policy and (B) certain Assured New Securities in accordance with terms acceptable to Assured. Under Section 75.1(c) of the Plan, the payment of the principal of the Assured Insured Bonds shall be accelerated from and after the Effective Date, and such Assured Insured Bonds shall be due and payable from and after the Effective Date at the Acceleration Price of one hundred percent (100%) of the principal amount thereof plus accrued interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) to the date of payment. Furthermore, under the applicable Assured Insurance Policies, Assured may elect, in its sole discretion, to make any principal payment, in whole or in part, on any date on which such principal payment is due by reason of acceleration or other advancement of maturity. Pursuant to Section 75.1(c) of the Plan and the applicable Assured Insurance Policies, in the case of any Assured Insured Bonds the holders of which have elected (or are deemed to have elected) Assured Bondholder Election 2, Assured will retain the right to pay the Acceleration Price and fully satisfy its obligations with respect to such bonds and the applicable Assured Insurance Policies at any time after the Effective Date upon 30 days' notice to the relevant holders. Assured's retention of this right will be reflected in the applicable custodial trust or escrow documentation. Assured makes no representations, warranties, or guarantees, and disclaims any liability, with respect to the tax treatment of any custodial trust, escrow arrangement, or similar structure established in connection with Assured Bondholder Election 2, any payments made in connection with such a custodial trust, escrow arrangement, or similar structure, or any securities or other property held in such a trust, escrow arrangement, or similar structure, or issued in connection therewith.

From and after payment of the Acceleration Price on the Effective Date or other date of payment selected by Assured Guaranty, with thirty days' notice, interest on such Assured Insured Bonds shall cease to accrue and be payable.

Payment of the applicable Acceleration Price with respect to any Assured Insured Bond in accordance with any of the provisions above shall satisfy and discharge all of Assured Guaranty's obligations under the Assured Insurance Policies with respect to such Assured Insured Bond.

*If you fail to make an election, you will be deemed to have elected __Assured Bondholder__
__Election 2__.*

*You are encouraged to review the entire Disclosure Statement and the Plan before making an
Assured Bondholder Election.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive
separate voting instructions for such purpose. Pursuant to the Disclosure Statement Order,
Assured is entitled to vote to accept or reject the Plan on account of Vintage PBA Bond
Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond
Claims (Assured), 2011 CW Bond Claims (Assured), 2011 CW Series D/E/PIB Bond Claims
(Assured), 2012 CW Bond Claims (Assured).**

---

**IF YOU WISH TO RECEIVE YOUR DISTRIBUTION UNDER ASSURED
BONDHOLDER ELECTION 2, YOU DO NOT NEED TO TAKE ANY FURTHER
ACTION.**

**Each holder of Assured Insured Bonds described on __Exhibit A__ attached hereto that wishes
to make Assured Bondholder Election 1 must submit a valid election in the manner described
herein.**

\* \* \* \* \*

**How to Submit a Valid Assured Bondholder Election**

If you wish to elect to receive your distribution under the Plan pursuant to Assured Bondholder
Election 1, you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver
your Assured Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The
Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system
to receive your distribution under Assured Bondholder Election 1.

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means
of effectuating this election is to (i) validly tender your Assured Insured Bonds into the proper
ATOP envelope at DTC, and (ii) make the election to receive distributions under Assured
Bondholder Election 1, each as described on DTC's ATOP system.

---

**THE ASSURED BONDHOLDER ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR ASSURED INSURED BONDS
THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR
ASSURED INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE
EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO
TRADE OR TRANSFER YOUR ASSURED INSURED BONDS PRIOR TO THE**

**EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR EXISTING ASSURED INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED ASSURED INSURED BONDS.**

\* \* \* \* \*

### How to Revoke a Valid Assured Bondholder Election

You may revoke an election to receive distributions under Assured Bondholder Election 1 and withdraw your Assured Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Assured Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation of the election.

If you revoke your election at any time before the Election Deadline, you may renew your election to receive your distribution under Assured Bondholder Election 1 at any time before the Election Deadline, in accordance with the instructions to submit a valid election above.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ASSURED DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Assured reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Assured also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any

other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured. None of the Oversight Board, Assured or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

## Exhibit A

**Assured Insured Bonds as to which Assured Insured Bondholders may elect Assured Bondholder Election 1 or 2**

## General Obligation Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 74514LGL5 | 745145XZ0 | Public Improvement Bonds of 2002, Series A | 07/01/29 | 10/25/2001 |
| 74514LWE3 | 745145R53 | Public Improvement Bonds of 2003, Series A | 07/01/22 | 8/8/2002 |
| 74514LUW5 | 74514LNG8 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/22 | 10/16/2007 |
| 74514LD46 | 74514LD46 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/22 | 4/3/2012 |

## Public Buildings Authority Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745235UX7 | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235YJ4/745235UX7** | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235YZ8 | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235UY5 | 745235SC6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/25 | 10/24/2002 |
| 745235YV7/745235UY5** | 745235SC6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/25 | 10/24/2002 |

\* Original CUSIP provided for informational purposes. Instances where Original CUSIP and Insured CUSIP are identical reflect primary market policies where CUSIP is insured by AGC or AGM; instances where Original CUSIP and Insured CUSIP differ reflect secondary market policies where a portion of the Original CUSIP is held by a secondary market custodian and bond owner holds custody receipt with Insured CUSIP.

\*\* AGM secondary market policy insures same underlying Original CUSIP insured by an AGC secondary market policy (assumed from CIFG).

**Exhibit X**

**ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>      como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>      Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

**NOTIFICACIÓN DE ELECCIÓN
PARA TENEDORES DE BONOS DE ASSURED CON RECLAMACIONES DE LA
CLASE 2, 17, 24 Y 42**

Esta Notificación de Elecciones para los Tenedores de Bonos de Assured (la "**Notificación**") se envía a ciertos tenedores beneficiarios de Reclamaciones de Bonos Vintage de la AEP (Assured), Reclamaciones de Bonos Vintage del ELA (Assured), Reclamaciones de Bonos Vintage Garantizados del ELA (Assured) y Reclamaciones de Bonos 2012 del ELA (Assured)], identificados en el Anexo A de esta Notificación, derivadas por cuenta de Bonos Asegurados de Assured, cuyo reembolso programado ha sido asegurado por Assured Guaranty Corp. o Assured Guaranty Municipal Corp. (colectivamente, "**Assured**") de conformidad con los términos de las Pólizas de Seguro de Assured. Estos valores dan lugar a Reclamaciones de las Clases 2, 17, 24 y 42 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de*

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

*Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2]

Aunque Assured tiene derecho a emitir el voto por cuenta de las Reclamaciones derivadas de los Bonos Asegurados de Assured para aceptar o rechazar el Plan, los tenedores de los Bonos Asegurados de Assured identificados en el Anexo A tienen derecho a elegir su forma de distribución conforme al Plan. Específicamente, cada uno de dichos titulares podrá elegir una de las dos opciones de tenedores de bonos de Assured, en cada caso de conformidad con condiciones aceptables para Assured:

> **Elección 1 de Tenedores de Bonos de Assured**: En la Fecha de Vigencia, usted recibirá de Assured el Precio de Aceleración aplicable equivalente al cien por ciento (100%) del monto del capital de los Bonos Asegurados de Assured que tenga en su poder, más los intereses devengados en concepto de los mismos (o bien, en el caso de bonos de apreciación de capital, el interés compuesto de los mismos) hasta la fecha de pago, satisfaciendo así íntegramente las obligaciones de Assured para con usted de conformidad con las Pólizas de seguro de Assured. Assured recibirá el dinero y los Nuevos títulos de Assured asignados a usted de conformidad con el Plan; o bien

> **Elección 2 de Tenedores de Bonos de Assured**: Usted optará por un fideicomiso de custodia, un acuerdo de depósito ("escrow") o una estructura similar establecida por Assured que le proporcionará un interés en (A) la Póliza de Seguro de Assured aplicable y (B) los Nuevos Valores de Assured, de acuerdo con términos aceptables para Assured. A tenor de la Sección 75.1(c) del Plan, el pago del capital de los Bonos Asegurados de Assured se acelerará a partir de la Fecha de Vigencia, y dichos Bonos Asegurados de Assured serán pagaderos a partid de dicha Fecha a un Precio de aceleración equivalente al cien por ciento (100%) del capital, más los intereses devengados en concepto del mismo (o bien, en el caso de bonos de apreciación de capital, el interés compuesto de los mismos) hasta la fecha de pago. Además, de conformidad con las Pólizas de seguro de Assured, Assured podrá optar, a su absoluta discreción, por abonar total o parcialmente cualquier pago de capital en cualquier fecha en que dicho pago sea exigible por motivos de aceleración u otro adelanto del vencimiento. Según la Sección 75.1(c) del Plan, así como debido a las Pólizas de seguro de Assured correspondientes, en caso de que algún tenedor de Bonos asegurados de Assured haya elegido (o se considere que ha elegido) la segunda opción, Assured se reserva el derecho de pagar el Precio de aceleración y satisfacer plenamente sus obligaciones con respecto a dichos instrumentos y a sus Pólizas de seguro. Podrá hacerlo en cualquier momento desde la Fecha de Vigencia, notificándolo a los tenedores de bonos relevantes con una antelación de al menos 30 días. Este derecho de Assured se reflejará en la documentación del fideicomiso de custodia o en el acuerdo de depósito.

---

[2]   A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le atribuye en el Plan.

A partir del pago del Precio de aceleración en la Fecha de Vigencia, o en cualquier otra fecha de pago elegida por Assured Guaranty que habrá notificado con una antelación de 30 días, dichos Bonos Asegurados de Assured dejarán de devengar intereses.

El pago del Precio de aceleración correspondiente en concepto de Bonos asegurados de Assured de conformidad con cualquiera de las cláusulas precedentes satisfará y liquidará todas las obligaciones asumidas por Assured Guaranty en virtud de sus Pólizas de seguro, con respecto a los citados Bonos asegurados de Assured.

*Si no realiza ninguna elección, se considerará que ha elegido la Elección 2 de Tenedores de Bonos de Assured.*

*Le recomendamos que lea atentamente toda la Declaración de Divulgación y el Plan antes de realizar una Elección de Tenedor de Bonos de Assured.*

**Tenga en cuenta que no puede votar para aceptar o rechazar el Plan y que no recibirá instrucciones de voto por separado a tal efecto. A tenor con la Orden de Declaración de Divulgación, Assured tiene derecho a votar para aceptar o rechazar el Plan por cuenta de Reclamaciones de Bonos Vintage de la AEP (Assured), Reclamaciones de Bonos Vintage del ELA (Assured), Reclamaciones de Bonos Vintage Garantizados del ELA (Assured), Reclamaciones de Bonos 2011 del ELA (Assured), Reclamaciones de Bonos Serie D/E/ PIB 2011 del ELA (Assured), Reclamaciones de Bonos 2012 del ELA (Assured).**

**SI DESEA RECIBIR SU DISTRIBUCIÓN EN VIRTUD DE LA ELECCIÓN 2 DE TENEDOR DE BONOS DE ASSURED, NO NECESITA TOMAR NINGUNA OTRA MEDIDA.**

**Cada tenedor de los Bonos Asegurados de Assured descritos en el Anexo A adjunto que desee realizar la Elección 1 de Tenedores de Bonos de Assured debe presentar una elección válida en la forma que se describe en el presente.**

\* \* \* \* \*

**Cómo presentar una Elección de Tenedores de Bonos de Assured válida**

Si desea optar por recibir su distribución en virtud del Plan a tenor con la Elección 1 de Tenedores de Bonos de Assured, debe dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados de Assured a través del Programa de Oferta de Presentación Automática ("**ATOP**") en The Depository Trust Company ("**DTC**"), lo que constituirá una elección a través del sistema ATOP de DTC para recibir su distribución de conformidad con la Elección 1 de Tenedores de Bonos de Assured.

No es necesario entregar ningún documento a Prime Clerk para efectuar la elección. El único medio para efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados de Assured

en el sobre ATOP apropiado en DTC, y (ii) realizar la elección para recibir distribuciones de conformidad con Elección 1 de Tenedores de Bonos de Assured, según se describe en el sistema ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA ELECCIÓN DE TENEDORES DE BONOS DE ASSURED ES EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Elección**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS ASEGURADOS DE ASSURED A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS DE ASSURED DESDE LA FECHA LÍMITE DE ELECCIÓN HASTA LA FECHA DE VIGENCIA DEL PLAN. SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ASEGURADOS DE ASSURED ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS ASEGURADOS DE ASSURED EXISTENTES A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE ELECCIÓN Y RETIRAR LOS BONOS ASEGURADOS PRESENTADOS.**

\* \* \* \* \*

**Cómo revocar una Elección de Tenedores de Bonos de Assured válida**

Usted puede revocar una elección para recibir distribuciones de conformidad con la Elección 1 de Tenedores de Bonos de Assured y retirar sus Bonos Asegurados de Assured presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Elección.

Si desea revocar su elección, debe instruir a la Persona Designada para que revoque su elección y retire sus Bonos Asegurados de Assured a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación de la elección.

Si usted revoca su elección en cualquier momento antes de la Fecha Límite de Elección, puede realizar una nueva elección para recibir su distribución de conformidad con la Elección 1 de Tenedores de Bonos de Assured en cualquier momento antes de la Fecha Límite de Elección, de acuerdo con las instrucciones para presentar una elección válida.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "ASSURED DISTRIBUTION ELECTION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

Todas las cuestiones relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y Assured se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y Assured también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, Assured o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

**Anexo A**

**Bonos Asegurados de Assured para los cuales los Tenedores de Bonos Asegurados de Assured podrán optar por la Elección 1 o 2 de los Tenedores de Bonos de Assured**

## General Obligation Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 74514LGL5 | 745145XZ0 | Public Improvement Bonds of 2002, Series A | 07/01/29 | 10/25/2001 |
| 74514LWE3 | 745145R53 | Public Improvement Bonds of 2003, Series A | 07/01/22 | 8/8/2002 |
| 74514LUW5 | 74514LNG8 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/22 | 10/16/2007 |
| 74514LD46 | 74514LD46 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/22 | 4/3/2012 |

## Public Buildings Authority Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745235UX7 | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235YJ4/745235UX7** | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235YZ8 | 745235SA0 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/23 | 10/24/2002 |
| 745235UY5 | 745235SC6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/25 | 10/24/2002 |
| 745235YV7/745235UY5** | 745235SC6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/25 | 10/24/2002 |

* Original CUSIP provided for informational purposes. Instances where Original CUSIP and Insured CUSIP are identical reflect primary market policies where CUSIP is insured by AGC or AGM; instances where Original CUSIP and Insured CUSIP differ reflect secondary market policies where a portion of the Original CUSIP is held by a secondary market custodian and bond owner holds custody receipt with Insured CUSIP.

** AGM secondary market policy insures same underlying Original CUSIP insured by an AGC secondary market policy (assumed from CIFG).

**Exhibit Y**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF ASSURED ELECTION

This Assured Election Notice (the "**Notice**") is being sent to certain beneficial holders of securities identified on Exhibit A to this Notice giving rise to claims under Classes 2, 17, 24, 32, 37, and 42 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**") to inform such holders that Assured Guaranty Corp. and Assured Guaranty Municipal Corp. (collectively, "**Assured**") has exercised the Assured Election with respect to such Assured Insured Bonds.[2]

Pursuant to Section 75.1 of the Plan, if the Plan is confirmed by the Title III Court, (i) the principal of the Assured Insured Bonds identified on Exhibit A shall be accelerated and immediately due and payable as of the Effective Date of the Plan, and (ii) consistent with Assured's rights under the applicable Assured Insurance Policies to elect, in its sole discretion, to make payment on any date when such payment is due by reason of acceleration or other advancement of maturity, holders

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the Plan.

of such Assured Insured Bonds will receive on the Effective Date of the Plan the applicable Acceleration Price of one hundred percent (100%) of the principal amount thereof plus accrued interest thereon (or, in the case of any capital appreciation bonds, the compounded amount thereof) to the Effective Date. From and after payment of the Acceleration Price on the Effective Date, interest on such Assured Insured Bonds shall cease to accrue and be payable.

Payment of the applicable Acceleration Price with respect to any Assured Insured Bond shall satisfy and discharge all of Assured's obligations under the Assured Insurance Policies with respect to such Assured Insured Bond.

The Disclosure Statement you are receiving together with this Notice contains additional information regarding the Plan, the Assured Election, and the treatment of your claims. **You are not required to vote on the Plan or take any other action in order to receive the Acceleration Price in full satisfaction of your claims.**

> **Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Disclosure Statement Order, Assured is entitled to vote to accept or reject the Plan on account of Vintage PBA Bond Claims (Assured), Vintage CW Bond Claims (Assured), Vintage CW Guarantee Bond Claims (Assured), 2011 CW Bond Claims (Assured), 2011 CW Series D/E/PIB Bond Claims (Assured), 2012 CW Bond Claims (Assured).**

<div align="center">*   *   *   *   *</div>

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ASSURED DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

This Notice is subject in all respects to the terms of the Plan.

## Exhibit A

## Assured Insured Bonds as to which Assured has exercised the Assured Election[*]

# General Obligation Bonds

| Insured CUSIP | Original CUSIP[**] | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745145LF7 | 74514LQK6 | Public Improvement Bonds of 1999 | 07/01/28 | 12/1/1998 |
| 74514LFH5 | 74514LBM8 | Public Improvement Bonds of 2002, Series A | 07/01/31 | 10/25/2001 |
| 74514LE94 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LEG8 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LAD9 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LWD5 | 74514LPT8 | Public Improvement Bonds of 2004, Series A | 07/01/33 | 10/16/2003 |
| 74514LRE9 | 74514LPT8 | Public Improvement Bonds of 2004, Series A | 07/01/33 | 10/16/2003 |
| 74514LFX0 | 74514LDB0 | Public Improvement Bonds of 2005, Series A | 07/01/23 | 10/7/2004 |
| 74514LFT9 | 74514LDC8 | Public Improvement Bonds of 2005, Series A | 07/01/24 | 10/7/2004 |
| 74514LFA0 | 74514LDD6 | Public Improvement Bonds of 2005, Series A | 07/01/25 | 10/7/2004 |
| 74514LUU9 | 74514LDE4 | Public Improvement Bonds of 2005, Series A | 07/01/29 | 10/7/2004 |
| 74514LEV5 | 74514LDE4 | Public Improvement Bonds of 2005, Series A | 07/01/29 | 10/7/2004 |
| 74514LUX3 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LRY5 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LQW0 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LUY1 | 74514LJZ1 | Public Improvement Bonds of 2006, Series A | 07/01/25 | 8/10/2006 |
| 74514LRZ2 | 74514LQB6 | Public Improvement Bonds of 2006, Series A | 07/01/30 | 8/10/2006 |
| 74514LMR5 | 74514LLZ8 | Public Improvement Bonds of 2007, Series A | 07/01/22 | 10/4/2007 |
| 74514LNH6 | 74514LMA2 | Public Improvement Bonds of 2007, Series A | 07/01/23 | 10/4/2007 |
| 74514LSF5 | 74514LMB0 | Public Improvement Bonds of 2007, Series A | 07/01/24 | 10/4/2007 |
| 74514LNJ2 | 74514LMD6 | Public Improvement Bonds of 2007, Series A | 07/01/26 | 10/4/2007 |
| 745145LM2 | 745145AX0 | Public Improvement Ref. Bonds, Series 1998 | 07/01/23 | 1/15/1998 |
| 7451458G0 | 745145AX0 | Public Improvement Ref. Bonds, Series 1998 | 07/01/23 | 1/15/1998 |
| 74514LBJ5 | 74514LBJ5 | Public Improvement Ref. Bonds, Series 2001 | 07/01/30 | 6/7/2001 |
| 74514LSA6 | 74514LQE0 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/32 | 8/10/2006 |
| 74514LUV7 | 74514LQF7 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/35 | 8/10/2006 |
| 74514LVT1 | 74514LVT1 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/30 | 10/16/2007 |
| 74514LVU8 | 74514LVU8 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/31 | 10/16/2007 |
| 74514LUH8 | 74514LTW7 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/32 | 5/7/2008 |
| 74514LWN3 | 74514LWN3 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/24 | 2/17/2011 |
| 74514LWJ2 | 74514LWJ2 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/25 | 2/17/2011 |
| 74514LWP8 | 74514LWP8 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/27 | 2/17/2011 |

---

[*]   For the avoidance of doubt, Assured shall not be required to pay itself the Acceleration Price with respect to any Assured Insured Bonds owned by Assured, by subrogation or otherwise.

[**]  Original CUSIP provided for informational purposes.  Instances where Original CUSIP and Insured CUSIP are identical (other than matured bonds, which reflect Assured Insured Bonds that are now owned by AGC or AGM via subrogation) reflect primary market policies where CUSIP is insured by AGC or AGM; instances where Original CUSIP and Insured CUSIP differ reflect secondary market policies where a portion of the Original CUSIP is held by a secondary market custodian and bond owner holds custody receipt with Insured CUSIP.

| Insured CUSIP | Original CUSIP** | Series | Maturity | Issuance |
|---|---|---|---|---|
| 74514LWL7 | 74514LWL7 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/33 | 2/17/2011 |
| 74514LWT0 | 74514LWT0 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/34 | 2/17/2011 |
| 74514LWY9 | 74514LWY9 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/26 | 3/17/2011 |
| 74514LXD4 | 74514LXD4 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/27 | 3/17/2011 |
| 74514LXE2 | 74514LXE2 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/28 | 3/17/2011 |
| 74514LXF9 | 74514LXF9 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/32 | 3/17/2011 |
| 74514LXC6 | 74514LXC6 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/36 | 3/17/2011 |
| 74514LXG7 | 74514LXG7 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/37 | 3/17/2011 |
| 74514LD53 | 74514LD53 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/23 | 4/3/2012 |
| 74514LD61 | 74514LD61 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/24 | 4/3/2012 |
| 74514LD79 | 74514LD79 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/25 | 4/3/2012 |
| 74514LD87 | 74514LD87 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/27 | 4/3/2012 |
| 74514LD20 | 74514LD20 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/35 | 4/3/2012 |
| 745145AV4 | 745145AV4 | Public Improvement Ref. Bonds, Series 1998 | 07/01/17 | 01/29/98 |
| 745145YW6 | 745145YW6 | Public Improvement Ref. Bonds, Series 2002 A | 07/01/18 | 10/25/01 |
| 745145HP0 | 745145HP0 | Public Improvement Bonds of 1999 | 07/01/17 | 12/01/98 |
| 74514LCY1 | 74514LCY1 | Public Improvement Bonds of 2005, Series A | 07/01/20 | 10/07/04 |
| 745145YP1 | 745145YP1 | Public Improvement Ref. Bonds, Series 2002 A | 07/01/16 | 10/25/01 |
| 74514LCX3 | 74514LCX3 | Public Improvement Bonds of 2005, Series A | 07/01/19 | 10/07/04 |
| 745145HQ8 | 745145HQ8 | Public Improvement Bonds of 1999 | 07/01/18 | 12/01/98 |
| 74514LKJ5 | 74514LKJ5 | Public Improvement Bonds of 2006, Series B | 07/01/17 | 08/30/06 |
| 74514LLX3 | 74514LLX3 | Public Improvement Bonds of 2007, Series A | 07/01/20 | 10/04/07 |
| 74514LLY1 | 74514LLY1 | Public Improvement Bonds of 2007, Series A | 07/01/21 | 10/04/07 |
| 74514LTM9 | 74514LTM9 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/18 | 05/07/08 |
| 74514LTK3 | 74514LTK3 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |
| 745145R38 | 745145R38 | Public Improvement Bonds of 2003, Series A | 07/01/20 | 08/08/02 |
| 74514LQE0 | 74514LQE0 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/32 | 08/10/06 |
| 745145UZ3 | 745145UZ3 | Public Improvement Bonds of 2001, Series A & B | 07/01/16 | 06/07/01 |
| 745145VB5 | 745145VB5 | Public Improvement Bonds of 2001, Series A & B | 07/01/17 | 06/07/01 |
| 745145VD1 | 745145VD1 | Public Improvement Bonds of 2001, Series A & B | 07/01/18 | 06/07/01 |
| 745145VF6 | 745145VF6 | Public Improvement Bonds of 2001, Series A & B | 07/01/19 | 06/07/01 |
| 745145VH2 | 745145VH2 | Public Improvement Bonds of 2001, Series A & B | 07/01/20 | 06/07/01 |
| 74514LCU9 | 74514LCU9 | Public Improvement Bonds of 2005, Series A | 07/01/16 | 10/07/04 |
| 74514LZD2 | 74514LZD2 | Public Improvement Ref. Bonds, Series 2011 D | 07/01/19 | 07/12/11 |
| 74514LZE0 | 74514LZE0 | Public Improvement Ref. Bonds, Series 2011 D | 07/01/20 | 07/12/11 |
| 74514LJR9 | 74514LJR9 | Public Improvement Bonds of 2006, Series A | 07/01/18 | 08/10/06 |
| 74514LJS7 | 74514LJS7 | Public Improvement Bonds of 2006, Series A | 07/01/19 | 08/10/06 |
| 74514LJT5 | 74514LJT5 | Public Improvement Bonds of 2006, Series A | 07/01/20 | 08/10/06 |
| 74514LNB9 | 74514LNB9 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/17 | 10/16/07 |
| 74514LTJ6 | 74514LTJ6 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |
| 74514LTL1 | 74514LTL1 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |

## Public Buildings Authority Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745235S77 | 745235VZ1 | Government Facilities Revenue Bonds, Series D | 07/01/36 | 1/30/2002 |
| 745235XS5 | 745235VZ1 | Government Facilities Revenue Bonds, Series D | 07/01/36 | 1/30/2002 |
| 745235YP0 | 745235SW2 | Government Facilities Revenue Bonds, Series G | 07/01/26 | 10/24/2002 |
| 745235UT6 | 745235SX0 | Government Facilities Revenue Bonds, Series G | 07/01/32 | 10/24/2002 |
| 745235J69 | 745235D65 | Government Facilities Revenue Bonds, Series I | 07/01/33 | 6/10/2004 |
| 745235XG1 | 745235VR9 | Government Facilities Revenue Bonds, Series I | 07/01/36 | 6/10/2004 |
| 745235WA5 | 745235VR9 | Government Facilities Revenue Bonds, Series I | 07/01/36 | 6/10/2004 |
| 745235J28 | 745235B34 | Government Facilities Revenue Bonds, Series N | 07/01/32 | 12/20/2007 |
| 745235L82 | 745235L82 | Government Facilities Revenue Ref. Bonds, Series K (Remarketing) | 07/01/27 | 5/27/2004 |
| 745235GJ4 | 745235GJ4 | Government Facilities Revenue Ref. Bonds, Series L | 07/01/21 | 06/01/93 |
| 745235G62 | 745235G62 | Government Facilities Revenue Ref. Bonds, Series C | 07/01/16 | 01/30/02 |
| 745235RZ6 | 745235RZ6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/21 | 10/24/02 |
| 745235RV5 | 745235RV5 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/17 | 10/24/02 |
| 745235RX1 | 745235RX1 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/19 | 10/24/02 |
| 745235RY9 | 745235RY9 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/20 | 10/24/02 |
| 745235G70 | 745235G70 | Government Facilities Revenue Ref. Bonds, Series C | 07/01/17 | 01/30/02 |

A-3

**Exhibit Z**

# ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
# PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>     como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>     Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE ELECCIÓN DE ASSURED

Esta Notificación de Elección de Assured (la "**Notificación**") se envía a determinados tenedores beneficiarios de los valores identificados en el **Anexo A** a esta Notificación, que dan lugar a reclamaciones de las Clases 2, 17, 24, 32, 37 y 42] del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**") para informar a dichos tenedores que Assured Guaranty Corp. y Assured Guaranty Municipal Corp. (colectivamente, "**Assured**") ha ejercido la Elección de Assured con respecto a dichos Bonos Asegurados de Assured.[2]

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

A tenor de la Sección 75.1 del Plan, si el Plan es confirmado por el Tribunal del Título III ,(i) el capital de los Bonos Asegurados de Assured identificados en el Anexo se acelerará y será inmediatamente pagadero a partir de la Fecha de Vigencia del Plan y, (ii) de conformidad con los derechos que le otorgan las Pólizas de seguros de Assured, Assured podrá, optar, a su absoluta discreción, por efectuar el pago en cualquier fecha en que resulte pagadero por motivos de aceleración u otro adelanto del vencimiento. Los tenedores de dichos Bonos Asegurados de Assured recibirán, en la Fecha de Vigencia, el Precio de aceleración correspondiente del cien por ciento (100%) del capital, más los intereses devengados en concepto del mismo (o bien, en el caso de bonos de apreciación de capital, el interés compuesto de los mismos) hasta la Fecha de Vigencia. A partir del pago del Precio de aceleración en la Fecha de vigencia, dichos Bonos Asegurados de Assured dejarán de devengar intereses.

El pago del Precio de Aceleración aplicable con respecto a cualquier Bono Asegurado de Assured satisfará y liberará todas las obligaciones de Assured en virtud de las Pólizas de Seguros de Assured con respecto a dicho Bono Asegurado de Assured.

La Declaración de Divulgación que está recibiendo junto con esta Notificación contiene información adicional sobre el Plan, la Elección de Assured y el tratamiento de sus reclamaciones. **No está obligado a votar sobre el Plan ni a realizar ninguna otra acción para recibir el Precio de Aceleración en plena satisfacción de sus reclamaciones.**

<p align="center">*   *   *   *   *</p>

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "ASSURED DISTRIBUTION ELECTION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

Esta Notificación está sujeta en todos los aspectos a los términos del Plan.

55668-49-ES

**Anexo A**

**Bonos Asegurados de Assured con respecto a los cuales Assured ha ejercido la Elección de Assured**

## General Obligation Bonds

| Insured CUSIP | Original CUSIP** | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745145LF7 | 745145LQK6 | Public Improvement Bonds of 1999 | 07/01/28 | 12/1/1998 |
| 74514LFH5 | 74514LBM8 | Public Improvement Bonds of 2002, Series A | 07/01/31 | 10/25/2001 |
| 74514LE94 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LEG8 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LAD9 | 7451455B4 | Public Improvement Bonds of 2004, Series A | 07/01/27 | 10/16/2003 |
| 74514LWD5 | 74514LPT8 | Public Improvement Bonds of 2004, Series A | 07/01/33 | 10/16/2003 |
| 74514LRE9 | 74514LPT8 | Public Improvement Bonds of 2004, Series A | 07/01/33 | 10/16/2003 |
| 74514LFX0 | 74514LDB0 | Public Improvement Bonds of 2005, Series A | 07/01/23 | 10/7/2004 |
| 74514LFT9 | 74514LDC8 | Public Improvement Bonds of 2005, Series A | 07/01/24 | 10/7/2004 |
| 74514LFA0 | 74514LDD6 | Public Improvement Bonds of 2005, Series A | 07/01/25 | 10/7/2004 |
| 74514LUU9 | 74514LDE4 | Public Improvement Bonds of 2005, Series A | 07/01/29 | 10/7/2004 |
| 74514LEV5 | 74514LDE4 | Public Improvement Bonds of 2005, Series A | 07/01/29 | 10/7/2004 |
| 74514LUX3 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LRY5 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LQW0 | 74514LPX9 | Public Improvement Bonds of 2005, Series A | 07/01/34 | 10/7/2004 |
| 74514LUY1 | 74514LJZ1 | Public Improvement Bonds of 2006, Series A | 07/01/25 | 8/10/2006 |
| 74514LRZ2 | 74514LQB6 | Public Improvement Bonds of 2006, Series A | 07/01/30 | 8/10/2006 |
| 74514LMR5 | 74514LLZ8 | Public Improvement Bonds of 2007, Series A | 07/01/22 | 10/4/2007 |
| 74514LNH6 | 74514LMA2 | Public Improvement Bonds of 2007, Series A | 07/01/23 | 10/4/2007 |
| 74514LSF5 | 74514LMB0 | Public Improvement Bonds of 2007, Series A | 07/01/24 | 10/4/2007 |
| 74514LNJ2 | 74514LMD6 | Public Improvement Bonds of 2007, Series A | 07/01/26 | 10/4/2007 |
| 745145LM2 | 745145AX0 | Public Improvement Ref. Bonds, Series 1998 | 07/01/23 | 1/15/1998 |
| 7451458G0 | 745145AX0 | Public Improvement Ref. Bonds, Series 1998 | 07/01/23 | 1/15/1998 |
| 74514LBJ5 | 74514LBJ5 | Public Improvement Ref. Bonds, Series 2001 | 07/01/30 | 6/7/2001 |
| 74514LSA6 | 74514LQE0 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/32 | 8/10/2006 |
| 74514LUV7 | 74514LQF7 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/35 | 8/10/2006 |
| 74514LVT1 | 74514LVT1 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/30 | 10/16/2007 |
| 74514LVU8 | 74514LVU8 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/31 | 10/16/2007 |
| 74514LUH8 | 74514LTW7 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/32 | 5/7/2008 |
| 74514LWN3 | 74514LWN3 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/24 | 2/17/2011 |
| 74514LWJ2 | 74514LWJ2 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/25 | 2/17/2011 |
| 74514LWP8 | 74514LWP8 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/27 | 2/17/2011 |
| 74514LWL7 | 74514LWL7 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/33 | 2/17/2011 |
| 74514LWT0 | 74514LWT0 | Public Improvement Ref. Bonds, Series 2011 A | 07/01/34 | 2/17/2011 |
| 74514LWY9 | 74514LWY9 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/26 | 3/17/2011 |
| 74514LXD4 | 74514LXD4 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/27 | 3/17/2011 |
| 74514LXE2 | 74514LXE2 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/28 | 3/17/2011 |
| 74514LXF9 | 74514LXF9 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/32 | 3/17/2011 |
| 74514LXC6 | 74514LXC6 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/36 | 3/17/2011 |
| 74514LXG7 | 74514LXG7 | Public Improvement Ref. Bonds, Series 2011 C | 07/01/37 | 3/17/2011 |
| 74514LD53 | 74514LD53 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/23 | 4/3/2012 |
| 74514LD61 | 74514LD61 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/24 | 4/3/2012 |
| 74514LD79 | 74514LD79 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/25 | 4/3/2012 |

** Original CUSIP provided for informational purposes. Instances where Original CUSIP and Insured CUSIP are identical (other than matured bonds, which reflect Assured Insured Bonds that are now owned by AGC or AGM via subrogation) reflect primary market policies where CUSIP is insured by AGC or AGM; instances where Original CUSIP and Insured CUSIP differ reflect secondary market policies where a portion of the Original CUSIP is held by a secondary market custodian and bond owner holds custody receipt with Insured CUSIP.

| Insured CUSIP | Original CUSIP** | Series | Maturity | Issuance |
|---|---|---|---|---|
| 74514LD87 | 74514LD87 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/27 | 4/3/2012 |
| 74514LD20 | 74514LD20 | Public Improvement Ref. Bonds, Series 2012 A | 07/01/35 | 4/3/2012 |
| 745145AV4 | 745145AV4 | Public Improvement Ref. Bonds, Series 1998 | 07/01/17 | 01/29/98 |
| 745145YW6 | 745145YW6 | Public Improvement Ref. Bonds, Series 2002 A | 07/01/18 | 10/25/01 |
| 745145HP0 | 745145HP0 | Public Improvement Bonds of 1999 | 07/01/17 | 12/01/98 |
| 74514LCY1 | 74514LCY1 | Public Improvement Bonds of 2005, Series A | 07/01/20 | 10/07/04 |
| 745145YP1 | 745145YP1 | Public Improvement Ref. Bonds, Series 2002 A | 07/01/16 | 10/25/01 |
| 74514LCX3 | 74514LCX3 | Public Improvement Bonds of 2005, Series A | 07/01/19 | 10/07/04 |
| 745145HQ8 | 745145HQ8 | Public Improvement Bonds of 1999 | 07/01/18 | 12/01/98 |
| 74514LKJ5 | 74514LKJ5 | Public Improvement Bonds of 2006, Series B | 07/01/17 | 08/30/06 |
| 74514LLX3 | 74514LLX3 | Public Improvement Bonds of 2007, Series A | 07/01/20 | 10/04/07 |
| 74514LLY1 | 74514LLY1 | Public Improvement Bonds of 2007, Series A | 07/01/21 | 10/04/07 |
| 74514LTM9 | 74514LTM9 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/18 | 05/07/08 |
| 74514LTK3 | 74514LTK3 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |
| 745145R38 | 745145R38 | Public Improvement Bonds of 2003, Series A | 07/01/20 | 08/08/02 |
| 74514LQE0 | 74514LQE0 | Public Improvement Ref. Bonds, Series 2006 B | 07/01/32 | 08/10/06 |
| 745145UZ3 | 745145UZ3 | Public Improvement Bonds of 2001, Series A & B | 07/01/16 | 06/07/01 |
| 745145VB5 | 745145VB5 | Public Improvement Bonds of 2001, Series A & B | 07/01/17 | 06/07/01 |
| 745145VD1 | 745145VD1 | Public Improvement Bonds of 2001, Series A & B | 07/01/18 | 06/07/01 |
| 745145VF6 | 745145VF6 | Public Improvement Bonds of 2001, Series A & B | 07/01/19 | 06/07/01 |
| 745145VH2 | 745145VH2 | Public Improvement Bonds of 2001, Series A & B | 07/01/20 | 06/07/01 |
| 74514LCU9 | 74514LCU9 | Public Improvement Bonds of 2005, Series A | 07/01/16 | 10/07/04 |
| 74514LZD2 | 74514LZD2 | Public Improvement Ref. Bonds, Series 2011 D | 07/01/19 | 07/12/11 |
| 74514LZE0 | 74514LZE0 | Public Improvement Ref. Bonds, Series 2011 D | 07/01/20 | 07/12/11 |
| 74514LJR9 | 74514LJR9 | Public Improvement Bonds of 2006, Series A | 07/01/18 | 08/10/06 |
| 74514LJS7 | 74514LJS7 | Public Improvement Bonds of 2006, Series A | 07/01/19 | 08/10/06 |
| 74514LJT5 | 74514LJT5 | Public Improvement Bonds of 2006, Series A | 07/01/20 | 08/10/06 |
| 74514LNB9 | 74514LNB9 | Public Improvement Ref. Bonds, Series 2007 A | 07/01/17 | 10/16/07 |
| 74514LTJ6 | 74514LTJ6 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |
| 74514LTL1 | 74514LTL1 | Public Improvement Ref. Bonds, Series 2008 A | 07/01/16 | 05/07/08 |

## Public Buildings Authority Bonds

| Insured CUSIP | Original CUSIP* | Series | Maturity | Issuance |
|---|---|---|---|---|
| 745235S77 | 745235VZ1 | Government Facilities Revenue Bonds, Series D | 07/01/36 | 1/30/2002 |
| 745235XS5 | 745235VZ1 | Government Facilities Revenue Bonds, Series D | 07/01/36 | 1/30/2002 |
| 745235YP0 | 745235SW2 | Government Facilities Revenue Bonds, Series G | 07/01/26 | 10/24/2002 |
| 745235UT6 | 745235SX0 | Government Facilities Revenue Bonds, Series G | 07/01/32 | 10/24/2002 |
| 745235J69 | 745235D65 | Government Facilities Revenue Bonds, Series I | 07/01/33 | 6/10/2004 |
| 745235XG1 | 745235VR9 | Government Facilities Revenue Bonds, Series I | 07/01/36 | 6/10/2004 |
| 745235WA5 | 745235VR9 | Government Facilities Revenue Bonds, Series I | 07/01/36 | 6/10/2004 |
| 745235J28 | 745235B34 | Government Facilities Revenue Bonds, Series N | 07/01/32 | 12/20/2007 |
| 745235L82 | 745235L82 | Government Facilities Revenue Ref. Bonds, Series K (Remarketing) | 07/01/27 | 5/27/2004 |
| 745235GJ4 | 745235GJ4 | Government Facilities Revenue Ref. Bonds, Series L | 07/01/21 | 06/01/93 |
| 745235G62 | 745235G62 | Government Facilities Revenue Ref. Bonds, Series C | 07/01/16 | 01/30/02 |
| 745235RZ6 | 745235RZ6 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/21 | 10/24/02 |
| 745235RV5 | 745235RV5 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/17 | 10/24/02 |
| 745235RX1 | 745235RX1 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/19 | 10/24/02 |
| 745235RY9 | 745235RY9 | Government Facilities Revenue Ref. Bonds, Series F | 07/01/20 | 10/24/02 |
| 745235G70 | 745235G70 | Government Facilities Revenue Ref. Bonds, Series C | 07/01/17 | 01/30/02 |

**Exhibit AA**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                                Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## ELECTION NOTICE
## FOR NATIONAL BOND HOLDERS WITH CLAIMS IN CLASSES 3 AND 25

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage PBA Bond Claims (National) and Vintage CW Guarantee Bond Claims (National) arising on account of National Insured Bonds, which are insured by National Public Finance Guarantee Corporation ("**National**"). These securities give rise to Claims in Classes 3 and 25 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although National has the right to cast the vote on account of Claims arising from National Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Each holder of an Allowed Vintage PBA Bond Claim (National)[3] and Allowed Vintage CW Guarantee Bond Claim (National) ("**Allowed National Insured Bond Claims**")[4] has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

> **National Commutation Treatment (Option 1)**: On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the National Commutation Consideration, distributable by or at the direction of National in its sole and absolute discretion pursuant to Section 75.2 of the Plan. The National Commutation Consideration consists of (i) your Pro Rata Share of the applicable National Plan Consideration, plus (ii) Cash from National in an amount equal to three-percent (3%) of your Allowed National Insured Bond Claims, in full and complete satisfaction, release, and discharge of any further obligation of National with respect to the applicable National Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the National Insurance Policies relating to your Allowed National Insured Bond Claims). For the avoidance of doubt, the National Commutation Consideration shall not include any percentage of the Consummation Costs and/or the PSA Restriction Fee allocable to National under the Plan.

> If you elect the National Commutation Treatment (Option 1), (i) you will not receive any payments from National under the National Insurance Policies on account of accrued and unpaid interest on and after July 1, 2021 (the deemed issuance date of the New GO Bonds), and to the extent any accrued interest is paid to you by National after such date, such amount shall be credited against the Cash you are otherwise entitled to receive as National Commutation Consideration and (ii) you will have no other or further rights under or with respect to the applicable National Insurance Policy or any of the National Non-Commutation Treatment options described in Section 75.2(b) of the Plan or with respect to the National Non-Commutation Treatment (Option 2) below.

> **National Non-Commutation Treatment (Option 2)**: You will receive the National Non-Commutation Treatment, being an amount equal to the National Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Nationals' obligations to you and National shall receive the National Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the National Acceleration Price will include interest through the date of payment.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have***

---

[3] Holders making an election pursuant to Section 75.2 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (National) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (National).

[4] Any calculations and/or payments to be made to you based on, or in relation to, your Allowed National Insured Bond Claims pursuant to the options set out herein will take into account any payments of principal and/or accrued interest already made to you by National pursuant to the terms of the relevant National Insurance Policies. For avoidance of doubt, you shall not be compensated for any amounts already paid to you pursuant to the terms of the relevant National Insurance Policies.

*elected to commute the National Insurance Policies, to release and discharge National's obligations thereunder, and to receive distributions in accordance with the <u>National Commutation Treatment (Option 1)</u>.*

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, National is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by National.**

---

**<u>IF YOU WISH TO RECEIVE THE NATIONAL COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION.</u> HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE NATIONAL'S OBLIGATIONS AND THE NATIONAL INSURANCE POLICY.**

**Each holder of National Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the National Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

**How to Submit a Valid Election**

If you wish to elect to receive the National Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your National Insured Bonds[5] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the National Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your National Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the National Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

[5] Holders making an election pursuant to Section 75.2 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (National) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (National). For the avoidance of doubt, holders of Claims in Classes 3 and 25 shall make such election by tendering their Vintage PBA Bond(s).

| THE ELECTION DEADLINE IS |
| :--: |
| 5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021. |
| This date and time is referred to as the "**Election Deadline**." |

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR NATIONAL INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR NATIONAL INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED NATIONAL INSURED BONDS.**

\*   \*   \*   \*   \*

**How to Revoke an Election**

You may revoke an election to receive the National Non-Commutation Treatment (Option 2) and withdraw your National Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your National Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the National Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "NATIONAL DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME**

**CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and National reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and National also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured. None of the Oversight Board, National or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

**Exhibit A**

| CUSIP ||
| --- | --- |
| 745235J93 | 745235K67 |
| 745235K26 | 745235GJ4 |
| 745235K34 | 745235RW3 |
| 745235K42 | 745235RX1 |
| 745235K59 | 745235SA0 |

**Exhibit BB**

55668-50-ES

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

       como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

       Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE ELECCIÓN
## PARA TENEDORES DE BONOS DE NATIONAL CON
## RECLAMACIONES DE LAS CLASES 3 Y 25

Esta Notificación (la "**Notificación**") se envía a los tenedores beneficiarios de Reclamaciones de Bonos Vintage de la AEP (National) y Reclamaciones de Bonos Vintage Garantizados del ELA (National) emergentes por cuenta de Bonos Asegurados de National, que están asegurados por National Public Finance Guarantee Corporation ("**National**"). Estos valores dan lugar a Reclamaciones de Clases 3 y 25 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Aunque National tiene derecho a emitir el voto por cuenta de las Reclamaciones derivadas de los Bonos Asegurados

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le atribuye en el Plan.

de National para aceptar o rechazar el Plan, los tenedores tienen derecho a elegir su forma de tratamiento conforme al Plan.

Cada tenedor de una Reclamación de Bonos Vintage de la AEP (National) Permitida[3] y Reclamación de Bonos Vintage Garantizados del ELA (National) Permitida ("**Reclamación de Bonos Asegurados de National Permitida**")[4] tiene la opción de elegir recibir en la Fecha de Vigencia, o tan pronto como sea razonablemente posible a partir de entonces como contraprestación, satisfacción, liberación e intercambio totales de la reclamación de dicho tenedor:

**Tratamiento de Conmutación de National (Opción 1)**: En la Fecha de Vigencia, o tan pronto como sea razonablemente posible a partir de entonces, usted recibirá la Contraprestación por Conmutación de National, distribuida por o bajo la dirección de National en ejercicio de su exclusivo criterio en conformidad con la Sección 75.2 del Plan. La Contraprestación por Conmutación de National consiste en (i) su Participación Prorrateada de la Contraprestación del Plan de National de un tenedor; y (ii) efectivo de National en una cantidad igual a tres por ciento (3%) de sus Bonos Asegurados National Permitidos, para satisfacción, conciliación, exoneración y descargo completo y totales de cualquier otra obligación de National con respecto a las Pólizas de Seguros de National aplicables (y, al hacer dicha elección, se considerará que usted ha aceptado conmutar las Pólizas de Seguros de National relacionadas con sus Reclamaciones de Bonos Asegurados de National Permitidas). Para evitar cualquier duda, la Consideración de Conmutación de National no incluirá ningún porcentaje de los Costos de Consumación y/o la Tarifa de Restricción de PSA asignable a National en virtud del Plan.

Si elige el Tratamiento de Conmutación de National (Opción 1), (i) no percibirá ningún pago de National derivado de las Pólizas de seguro de National a cuenta de los intereses devengados e impagados a partir del 1 de julio de 2021 (la fecha prevista de lanzamiento de los nuevos Bonos GO) y, en la medida en que a partir de dicha fecha National le pague intereses devengados, su importe se abonará con cargo a la suma que National tendría que abonarle en concepto de la Contraprestación de National, y (ii) no tendrá ningún otro derecho en virtud de la Póliza de Seguros de National aplicable o de cualquiera de las opciones de Tratamiento de No Conmutación de National descritas en la Sección 75.2(b) del Plan o con respecto al Tratamiento de No Conmutación de National (Opción 2) que figura a continuación.

**Tratamiento de No Conmutación de National (Opción 2)**: Usted recibirá el Tratamiento de No Conmutación de National, por un monto equivalente al Precio de Aceleración de

---

[3] Se considerará que los tenedores que realicen una elección en conformidad con la Sección 75.2 del Plan con respecto a las Reclamaciones de Bonos Vintage de la AEP (National) Permitidas habrán realizado la misma elección con respecto a las correspondientes Reclamaciones de Bonos Vintage Garantizados del ELA (National) Permitidas.

[4] Los cálculos y/o los pagos que vayan a abonársele están basados en, o relacionados con, las Reclamaciones de Bonos Asegurados de National autorizadas, de conformidad con las opciones aquí expuestas, y tomarán en cuenta cualesquiera pagos de capital y/o intereses devengados que ya haya recibido de parte de National, con arreglo a los términos y condiciones de las Pólizas de seguro de National. A efectos de disipar cualquier duda, no se lo compensará por ninguna cuantía que ya se le haya pagado en virtud de los términos y condiciones de las Pólizas de seguro de National.

National, en efectivo en la fecha de vigencia, o tan pronto como sea razonablemente posible
a partir de entonces, en el cumplimiento total y final de las obligaciones de National para
con usted y National recibirá la Contraprestación del Plan National que de otro modo le
sería asignable a usted. Para evitar dudas, el Precio de Aceleración National incluirá
intereses hasta la fecha de pago.

*Si no realiza una elección válida o presenta una elección por menos de la totalidad de sus
reclamaciones (en cuyo caso, dicha elección será nula y no tendrá ningún efecto), se
considerará que ha elegido conmutar las pólizas de seguro de National, liberar las obligaciones
de National en virtud de estas y recibir distribuciones de acuerdo con el <u>Tratamiento de
Conmutación de National (Opción 1)</u>.*

*Le recomendamos que lea atentamente toda la Declaración de Divulgación y el Plan, antes de
hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las
consecuencias tributarias descritas en la Declaración de Divulgación no sustituyen a una
cuidadosa planificación de impuestos y a un asesoramiento tributario profesional en función de
sus circunstancias individuales, por lo que debe solicitar el asesoramiento de su propio asesor de
impuestos.*

**Tenga en cuenta que no puede votar para aceptar o rechazar el Plan y que no recibirá
instrucciones de voto por separado a tal efecto. A tenor con el Plan y la Orden de Declaración
de Divulgación, National tiene derecho a votar para aceptar o rechazar el Plan por cuenta
de las Reclamaciones derivadas de los valores asegurados por National.**

**<u>SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN DE NATIONAL
(OPCIÓN 1), NO NECESITA TOMAR NINGUNA OTRA MEDIDA</u>. NO OBSTANTE, EN
TAL CASO, SE CONSIDERARÁ QUE USTED HA OPTADO POR DESCARGAR,
EXIMIR Y CONMUTAR LAS OBLIGACIONES DE NATIONAL Y LA PÓLIZA DE
SEGUROS DE NATIONAL.**

**Cada tenedor de los Bonos Asegurados de National descritos en el <u>Anexo A</u> adjunto que desee
recibir el Tratamiento de No Conmutación de National (Opción 2) debe presentar una
elección válida en la forma que se describe en el presente.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center">**Cómo presentar una elección válida**</p>

Si desea optar por recibir el Tratamiento de No Conmutación de National (Opción 2) debe dar
instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**")
para que entregue electrónicamente sus Bonos Asegurados de National[5] a través del Programa de

---

[5]  Se considerará que los tenedores que realicen una elección en conformidad con la Sección 75.2 del Plan con
respecto a sus Reclamaciones de Bonos Vintage de la AEP (National) Permitidas habrán realizado la misma

Oferta de Presentación Automática ("**ATOP**") en The Depository Trust Company ("**DTC**"), lo que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación de National (Opción 2).

No es necesario entregar ningún documento a Prime Clerk para efectuar la elección. El único medio para realizar esta elección es (i) presentar válidamente sus Bonos Asegurados de National en el sobre de ATOP correspondiente en DTC, y (ii) realizar la elección para recibir del Tratamiento de No Conmutación de National (Opción 2), cada uno según se describe en el sistema ATOP de DTC.

---

### LA FECHA LÍMITE PARA LA ELECCIÓN ES EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).

Esta fecha y hora se denomina "**Fecha Límite de Elección**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS ASEGURADOS DE NATIONAL A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS DE NATIONAL DESDE LA FECHA LÍMITE DE ELECCIÓN HASTA LA FECHA DE VIGENCIA DEL PLAN. SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ASEGURADOS DE NATIONAL ANTES DE LA FECHA LÍMITE, ENTONCES NO DEBE PRESENTAR SUS BONOS ASEGURADOS DE NATIONAL A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE ELECCIÓN Y RETIRAR LOS BONOS ASEGURADOS DE NATIONAL PRESENTADOS.**

\*     \*     \*     \*     \*

### Cómo revocar una elección

Usted puede revocar una elección para recibir el Tratamiento de No Conmutación de National (Opción 2) y retirar sus Bonos Asegurados de National presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Elección.

Si desea revocar su elección, debe instruir a la Persona Designada para que revoque su elección y retire sus Bonos Asegurados de National a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la elección.

Si usted revoca su elección en cualquier momento antes de la Fecha Límite de Elección, puede hacer una elección para recibir el Tratamiento de No Conmutación de National (Opción 2) en

---

elección con respecto a las sus correspondientes Reclamaciones de Bonos Vintage Garantizados del ELA (National) Permitidas. Para evitar cualquier duda, los tenedores de Reclamaciones de las Clases 3 y 25 deberán realizar dicha elección presentando su(s) Bono(s) Vintage de la AEP.

55668-50-ES

cualquier momento antes de la Fecha Límite de Elección, de acuerdo con las instrucciones para presentar una elección anterior.

<div align="center">*   *   *   *   *</div>

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "NATIONAL DISTRIBUTION ELECTION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y National se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y National también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección.

La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo que la Junta de Supervisión disponga lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, National o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

**Anexo A**

| CUSIP | |
| --- | --- |
| 745235J93 | 745235K67 |
| 745235K26 | 745235GJ4 |
| 745235K34 | 745235RW3 |
| 745235K42 | 745235RX1 |
| 745235K59 | 745235SA0 |

**Exhibit CC**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### ELECTION NOTICE
### FOR NATIONAL BOND HOLDERS WITH CLAIMS IN CLASS 18

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage CW Bond Claims
(National) arising on account of National Insured Bonds, which are insured by National Public
Finance Guarantee Corporation ("**National**"). These securities give rise to Claims in Class 18 of
the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as
the same may be updated, supplemented, amended and/or otherwise modified from time to time,
the "**Plan**").[2] Although National has the right to cast the vote on account of Claims arising from
National Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of
treatment under the Plan.

Each holder of an Allowed Vintage CW Bond Claim (National) (an "**Allowed National Insured
Bond Claim**")[3] has the option to elect to receive on the Effective Date, or as soon as reasonably

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four
(4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto
Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales
Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal
Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-
3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of
the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal
Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS)
(Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy
Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
Bankruptcy Case numbers due to software limitations).

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

[3]    Any calculations and/or payments to be made to you based on, or in relation to, your Allowed National Insured
Bond Claims pursuant to the options set out herein will take into account any payments of principal and/or accrued
interest already made to you by National pursuant to the terms of the relevant National Insurance Policies. For the

practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claim:

**National Commutation Treatment (Option 1)**: On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the National Commutation Consideration, distributable by or at the direction of National in its sole and absolute discretion pursuant to Section 75.2 of the Plan. The National Commutation Consideration consists of (i) your Pro Rata Share of the applicable National Plan Consideration, plus (ii) Cash from National in an amount equal to six-percent (6%) of your Allowed National Insured Bond Claim, in full and complete satisfaction, release, and discharge of any further obligation of National with respect to the applicable National Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the National Insurance Policies relating to your Allowed National Insured Bond Claim). For the avoidance of doubt the National Commutation Consideration shall not include any percentage of the Consummation Costs and/or the PSA Restriction Fee allocable to National under the Plan.

If you elect the National Commutation Treatment (Option 1), (i) you will not receive any payments from National under the National Insurance Policies on account of accrued and unpaid interest on and after July 1, 2021 (the deemed issuance date of the New GO Bonds), and to the extent any accrued interest is paid to you by National after such date, such amount shall be credited against the Cash you are otherwise entitled to receive as National Commutation Consideration and (ii) you will have no other or further rights under or with respect to the applicable National Insurance Policy or any of the National Non-Commutation Treatment options described in Section 75.2(b) of the Plan or with respect to the National Non-Commutation Treatment (Option 2) below.

**National Non-Commutation Treatment (Option 2)**: You will receive the National Non-Commutation Treatment, being an amount equal to the National Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Nationals' obligations to you and National shall receive the National Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the National Acceleration Price will include interest through the date of payment.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the National Insurance Policies, to release and discharge National's obligations thereunder, and to receive distributions in accordance with the National Commutation Treatment (Option 1).***

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning*

---

avoidance of doubt, you shall not be compensated for any amounts already paid to you pursuant to the terms of the relevant National Insurance Policies.

*and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

> **Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, National is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by National.**

---

**IF YOU WISH TO RECEIVE THE NATIONAL COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE NATIONAL'S OBLIGATIONS AND THE NATIONAL INSURANCE POLICY.**

**Each holder of National Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the National Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

<div align="center">*   *   *   *   *</div>

<div align="center">**How to Submit a Valid Election**</div>

If you wish to elect to receive the National Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your National Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the National Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your National Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the National Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

> <div align="center">**THE ELECTION DEADLINE IS**<br>**5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**</div>
>
> <div align="center">This date and time is referred to as the "**Election Deadline**."</div>

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR NATIONAL INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR NATIONAL INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR NATIONAL INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED NATIONAL INSURED BONDS.**

\* \* \* \* \*

**How to Revoke an Election**

You may revoke an election to receive the National Non-Commutation Treatment (Option 2) and withdraw your National Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your National Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the National Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "NATIONAL DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and National reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and National also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by us

or cured.  None of the Oversight Board, National or the Balloting Agent, nor any other person will
be under any duty to give notification of any defect or irregularity in this election, or will incur
any liability to you for failure to give any such notification.

**Exhibit A**

| CUSIP |
|:---:|
| |
| 745145EK4 |
| 745145QE5 |
| 745145YQ9 |
| 745145YR7 |
| 745145ZB1 |
| 745145ZC9 |
| 74514LND5 |
| 74514LNE3 |
| 74514LUR6 |
| 74514LUS4 |
| 745145HQ8 |
| 745145HP0 |
| 745145XZ0 |
| 745145AU6 |
| 745145AV4 |
| 745145AW2 |
| 745145AX0 |
| 745145YN6 |
| 745145YP1 |
| 745145YS5 |
| 745145YT3 |
| 745145YW6 |
| 745145YZ9 |
| 74514LQK6 |
| 74514LBM8 |
| 74514LCZ8 |
| 74514LDA2 |
| 74514LNC7 |

**Exhibit DD**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

       como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

       Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE ELECCIÓN
## PARA TITULARES DE BONOS NATIONAL CON RECLAMACIONES DE CLASE 18

Esta notificación (la "**Notificación**") se envía a los tenedores beneficiarios de Reclamaciones de Bonos Vintage del ELA (National) derivadas a cuenta de bonos asegurados National, que están asegurados por la National Public Finance Guarantee Corporation ("**National**"). Estos valores dan lugar a reclamaciones en la clase 18 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (ya que el mismo puede ser actualizado, complementado, enmendado y/o modificado de otra manera de vez en cuando, el "plan").[2] Si bien National tiene derecho a votar por siniestros que surjan de bonos asegurados National para aceptar o rechazar el Plan, los tenedores tienen derecho a elegir su forma de tratamiento bajo el Plan.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] Todos los términos en mayúscula usados pero no definidos en esta Papeleta tienen el significado que se les da a dichos términos en el Plan

Cada titular de una Reclamación de Bono Vintage de Garantía del ELA (National) permitida (una "**Reclamación De Bono Asegurado National Autorizada**")[3] tiene la opción de elegir recibir en la fecha de vigencia, o tan pronto como sea razonablemente posible a partir de entonces, en plena contraprestación, satisfacción, liberación, e intercambio de la reclamación de dicho titular:

> **Tratamiento de Conmutación de National (Opción 1)**: En la fecha de entrada en vigor, o tan pronto como sea razonablemente posible a partir de entonces, recibirá la Contraprestación de Conmutación de National, distribuible por o bajo la dirección de National a su exclusivo y absoluto criterio de conformidad con la sección 75.2 del plan. La Contraprestación de Conmutación National consiste en (i) su parte prorrateada de la contraprestación del Plan National aplicable, más (ii) efectivo de National por un monto equivalente al seis por ciento (6%) de su reclamación de Bono National permitida, en su totalidad y completa satisfacción, liberación y cumplimiento de cualquier obligación adicional de National con respecto a las Pólizas de Seguro National aplicables (y, al hacer dicha elección, se considerará que ha aceptado conmutar las Pólizas de Seguro National relacionadas con su reclamación de Bono Asegurado National Permitido.. Para evitar dudas, la Contraprestación de Conmutación National no incluirá ningún porcentaje de los costos de consumación y / o la tasa de restricción de asignable a National en virtud del Plan.

> Si elige el Tratamiento de Conmutación de National (Opción 1), (i) no percibirá ningún pago de National derivado de las Pólizas de seguro de National a cuenta de los intereses devengados e impagados a partir del 1 de julio de 2021 (la fecha prevista de lanzamiento de los nuevos Bonos GO) y, en la medida en que a partir de dicha fecha National le pague intereses devengados, su importe se abonará con cargo a la suma que National tendría que abonarle en concepto de la Contraprestación de National, y (ii) no tendrá ningún otro derecho en virtud de la Póliza de Seguros de National aplicable o de cualquiera de las opciones de Tratamiento de No Conmutación de National descritas en la Sección 75.2(b) del Plan o con respecto al Tratamiento de No Conmutación de National (Opción 2) que figura a continuación.

> **Tratamiento de No Conmutación National (Opción 2)**: Recibirá el Tratamiento de No Conmutación National, por un monto igual al Precio de Aceleración National, en efectivo en la fecha de vigencia, o tan pronto como sea razonablemente posible a partir de entonces, en forma completa y final de las obligaciones de National para con usted y National recibirá la Contraprestación del Plan National que, de otro modo, se le podría asignar a usted. Para evitar dudas, el Precio de Aceleración National incluirá intereses hasta la fecha de pago.

---

[3] Los cálculos y/o los pagos que vayan a abonársele están basados en, o relacionados con, las Reclamaciones de Bonos Asegurados de National autorizadas, de conformidad con las opciones aquí expuestas, y tomarán en cuenta cualesquiera pagos de capital y/o intereses devengados que ya haya recibido de parte de National, con arreglo a los términos y condiciones de las Pólizas de seguro de National. A efectos de disipar cualquier duda, no se lo compensarán por ninguna cuantía que ya se le haya pagado en virtud de los términos y condiciones de las Pólizas de seguro de National.

*Si no realiza una elección válida o envía una elección por menos de todos sus reclamos (en cuyo caso, dicha elección será nula y no tendrá vigencia ni efecto), se considerará que ha elegido conmutar las Pólizas de Seguro National, liberar y cumplir con las obligaciones de National en virtud del mismo, y recibir distribuciones de acuerdo con el Tratamiento de Conmutación National (Opción 1).*

*Le recomendamos que revise la Declaración de Divulgación completa y el Plan antes de hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las consecuencias fiscales descritas en la Declaración de Divulgación no sustituyen a la planificación cuidadosa de sus impuestos y el asesoramiento tributario profesional sobre sus circunstancias individuales y debe buscar el asesoramiento de su propio asesor de impuestos.*

> **Tenga en cuenta que no puede votar para aceptar o rechazar el plan y que no recibirá instrucciones de voto por separado para tal fin. De conformidad con el plan y la Orden de Declaración de Divulgación, National tiene derecho a votar para aceptar o rechazar el Plan debido a Reclamaciones que surjan de valores asegurados por National.**

**<u>SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN NATIONAL (OPCIÓN 1), NO ES NECESARIO TOMAR NINGUNA OTRA ACCIÓN.</u> SIN EMBARGO, EN DICHO CASO, SE CONSIDERARÁ QUE USTED HA ELEGIDO LIBERAR, DESCARGAR Y CONMUTAR LAS OBLIGACIONES DE NATIONAL Y LA PÓLIZA DE SEGURO DE NATIONAL.**

**Cada tenedor de Bonos Asegurados National descritos en el Apéndice A adjunto al presente que desee recibir el Tratamiento de No Conmutación National (Opción 2) debe presentar una elección válida en la forma aquí descrita.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><u>Cómo Enviar una Elección Válida</u></p>

Si desea optar por recibir el Tratamiento de No Conmutación National (Opción 2), debe instruir a su corredor o persona designada (cada uno, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados National a través del Programa Automatizado de Oferta Pública ("ATOP") en The Depository Trust Company ("DTC"), que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación National (Opción 2).

No es necesario entregar ningún papeleo a Prime Clerk para efectuar la elección. El único medio de efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados National en el sobre de ATOP correspondiente en DTC, y (ii) hacer la elección para recibir el Tratamiento de No Conmutación National (Opción 2), cada uno como se describe en sistema ATOP de DTC.

> <u>LA FECHA LÍMITE DE ELECCIONES ES</u>

**5:00 PM. (HORA ESTÁNDAR DEL ATLÁNTICO) EL 4 DE OCTUBRE DE 2021.**

Esta fecha y hora se denominan "**fecha Límite de Elección**".

**TENGA EN CUENTA QUE SI OFRECE SUS BONOS ASEGURADOS NATIONAL A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS NATIONAL DESDE LA FECHA LÍMITE DE LAS ELECCIONES HASTA LA FECHA EFECTIVA DEL PLAN. SI DESEA CONSERVAR LA CAPACIDAD DE COMERCIAR O TRANSFERIR SUS BONOS ASEGURADOS NATIONAL ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE OFRECER SUS BONOS ASEGURADOS NATIONAL A TRAVÉS DE ATOP.**

**SIN EMBARGO, USTED PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE LA ELECCIÓN Y RETIRAR CUALQUIER BONO ASEGURADO NATIONAL OFRECIDO.**

\* \* \* \* \*

**Cómo Revocar una Elección**

Puede revocar una elección para recibir el Tratamiento de No Conmutación National (Opción 2) y retirar sus Bonos Asegurados National ofrecidos a través de la ATOP de DTC en cualquier momento antes de la fecha límite de elección.

Si desea revocar su elección, debe indicar a su Persona Designada que revoque su elección y retire sus Bonos Asegurados National a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC le notifique la solicitud de retiro). No se requiere que se entregue ningún papeleo a Prime Clerk LLC para efectuar la elección.

Si revoca su elección en cualquier momento antes de la fecha límite de elección, puede hacer una elección para recibir el Tratamiento de No Conmutación National (Opción 2) en cualquier momento antes de la fecha límite de elección, de acuerdo con las instrucciones para enviar una elección arriba.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con su Persona Designada. Además, debe comunicarse con su Persona Designada para tomar cualquier acción descrita anteriormente.

**SI TIENE ALGUNA PREGUNTA CON RESPECTO A ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMAS INTERNACIONALES), DISPONIBLE 10:00 AM HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O POR CORREO ELECTRÓNICO A**

**PUERTORICOINFO@PRIMECLERK.COM Y HAGA REFERENCIA A "NATIONAL
DISTRIBUTION ELECTION" EN LA LÍNEA DE ASUNTOS. TENGA EN CUENTA QUE
PRIME CLERK, LLC NO ESTÁ AUTORIZADO PARA PROPORCIONAR Y NO
PROPORCIONARÁ ASESORAMIENTO LEGAL.**

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y National se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y National también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, National o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

**Anexo A**

| CUSIP |
| --- |
|  |
| 745145EK4 |
| 745145QE5 |
| 745145YQ9 |
| 745145YR7 |
| 745145ZB1 |
| 745145ZC9 |
| 74514LND5 |
| 74514LNE3 |
| 74514LUR6 |
| 74514LUS4 |
| 745145HQ8 |
| 745145HP0 |
| 745145XZ0 |
| 745145AU6 |
| 745145AV4 |
| 745145AW2 |
| 745145AX0 |
| 745145YN6 |
| 745145YP1 |
| 745145YS5 |
| 745145YT3 |
| 745145YW6 |
| 745145YZ9 |
| 74514LQK6 |
| 74514LBM8 |
| 74514LCZ8 |
| 74514LDA2 |
| 74514LNC7 |

**Exhibit EE**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                   Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF AMBAC ELECTION

This Ambac Election Notice (the "**Notice**") is being sent to beneficial holders of securities giving rise to claims under Classes 4, 19, and 26 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**") to inform such holders that, pursuant to Section 75.5(e) of the Plan, Ambac Assurance Corporation ("**Ambac**") has the right to cast the vote on account of Claims arising from Ambac Insured Bonds to accept or reject the Plan.[2]

Although Ambac has the right to cast the vote on account of Claims arising from Ambac Insured Bonds to accept or reject the Plan, the holders of the Ambac Insured Bonds identified on Exhibit A have the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Unless otherwise defined herein, each capitalized term used herein shall have the meaning ascribed to it in the Plan.

**Ambac Commutation Treatment (Option 1)**: On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Ambac Commutation Consideration, distributable by or at the direction of Ambac, and, if elected, (i) you will have no other or further rights under or with respect to the applicable Ambac Insurance Policy or any Ambac Trust(s) or Ambac Escrow Account(s), and (ii) Ambac shall receive the Ambac Plan Consideration that otherwise would be allocable or distributable to you.

A holder of an Allowed Ambac Insured Bond Claim that validly elects to receive the Ambac Commutation Treatment, or makes an improper election, shall be deemed to have had, on or after Effective Date, the applicable Ambac Insured Bonds, including the obligations of Ambac under the related Ambac Insurance Policies, underlying such holder's Allowed Ambac Insured Bond Claims cancelled.

**Ambac Non-Commutation Treatment (Option 2)**: You will receive the Ambac Non-Commutation Treatment, and will receive one or more of the following treatments, at Ambac's election, which election shall be exercised by Ambac not later than twenty-one (21) days prior to the Voting Deadline:

1.   Custodial Trusts:  Such holder of an Allowed Ambac Insured Bond Claim shall (A) deposit, or be deemed to have deposited, among other things, such holder's Pro Rata Share of the Ambac Plan Consideration and the Ambac Insured Bonds allocable to such electing holder into the applicable Ambac Trust(s), (B) be deemed to have received its Pro Rata Share of the Ambac Plan Consideration and Ambac Certificates in consideration therefor, and (C) have no recourse to Ambac or the Ambac Insurance Policies other than as provided for under the terms of the Ambac Trust(s). The terms of the Ambac Trust(s) shall be set forth in a trust agreement or trust agreements which shall be filed as part of the Plan Supplement, but shall include the following terms, without limitation: (i) Ambac shall not insure any payments on the Ambac Certificates, shall not be required to pay any default or other interest amounts with respect to the Ambac Insured Bonds, and is only required to pay its obligations under the applicable Ambac Insurance Policy as provided therein and in the agreement governing the Ambac Trust(s); (ii) Ambac shall be deemed the sole holder of the Ambac Insured Bonds in the Ambac Trust(s) with respect to voting, amendment, acceleration, events of default, and election and direction of rights and remedies, including, without limitation, in connection with insolvency proceedings; and (iii) the agreement governing the Ambac Trust(s) will provide that (a) all rights of a holder of Ambac Insured Bonds held by the Ambac Trust(s) (whether as to amendments and consents, direction of remedies or otherwise) shall be exercisable solely by Ambac and no holder of the Ambac Certificates shall be entitled to any right with respect to the Ambac Insured Bonds (other than as otherwise described in the Ambac Trust(s)), and (b) Ambac may, at its option, elect to direct a distribution of a proportional percentage of the underlying Ambac Insured Bonds to individual holders of Ambac Certificates upon the release of such holder's claims on the related Ambac Insurance Policy and against the Ambac Trust(s); such distribution and release shall not give rise to any other holder of Ambac Certificates asserting a right to receive the same treatment.

2

2. <u>Escrow</u>: Such holder of an Allowed Ambac Insured Bond Claim shall deposit, or be deemed to have deposited, among other things, such holder's Pro Rata Share of the Ambac Plan Consideration in the applicable Ambac Escrow Account(s) and such deposited Ambac Plan Consideration shall be held as security for Ambac's obligations to the holders of the Ambac Insured Bonds whose Ambac Plan Consideration was deposited in the applicable Ambac Escrow Account(s) under the Ambac Insurance Policies.

3. <u>Payment of Accelerated Amounts</u>: Ambac shall receive the Ambac Plan Consideration that would be otherwise allocable to such holder of an Allowed Ambac Insured Bond Claim and Ambac shall fully and completely discharge its obligation to such holder of an Allowed Ambac Insured Bond Claim by paying on the Effective Date, in Cash, the amount thereof at the Ambac Acceleration Price.

4. <u>Alternative Treatment</u>: The Oversight Board and Ambac reserve the right to formulate an alternative election or implementation option with respect to the Ambac Insured Bonds that is mutually acceptable to the Oversight Board and Ambac, each in their respective sole discretion; provided, however, that any such alternative election or implementation option must be proposed, in writing, not later than twenty-one (21) days prior to the Ballot Date.

Ambac may make different elections, selecting among options (i) through (iv) above, with respect to different CUSIPs and different holders of Ambac Insured Bonds.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Ambac Insurance Policies, to release and discharge Ambac's obligations thereunder, and to receive distributions in accordance with the <u>Ambac Commutation Treatment (Option 1)</u>.***

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

---

**Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, Ambac is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Ambac.**

---

<u>**IF YOU WISH TO RECEIVE THE AMBAC COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION**</u>. **HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE,**

**AND COMMUTE AMBAC'S OBLIGATIONS AND THE AMBAC INSURANCE
POLICY.**

**Each holder of Ambac Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to
receive the Ambac Non-Commutation Treatment (Option 2) must submit a valid election in
the manner described herein.**

\*   \*   \*   \*   \*

**How to Submit a Valid Election**

If you wish to elect to receive the Ambac Non-Commutation Treatment (Option 2), you must
instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Ambac Insured
Bonds[3] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company
("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Ambac Non-
Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means
of effectuating this election is to (i) validly tender your Ambac Insured Bonds into the proper
ATOP envelope at DTC, and (ii) make the election to receive the Ambac Non-Commutation
Treatment (Option 2), each as described on DTC's ATOP system.

---

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR AMBAC INSURED BONDS
THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR
AMBAC INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE
EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO
TRADE OR TRANSFER YOUR AMBAC INSURED BONDS PRIOR TO THE
EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR AMBAC INSURED
BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE
ELECTION DEADLINE AND WITHDRAW ANY TENDERED AMBAC INSURED
BONDS.**

\*   \*   \*   \*   \*

---

[3] Holders making an election pursuant to Section 75.5 of the Plan with respect to such holders' Allowed Vintage
PBA Bond Claims (Ambac) shall be deemed to have made the same election with respect to such holders'
corresponding Allowed Vintage CW Guarantee Bond Claims (Ambac). For the avoidance of doubt, holders of
Claims in Classes 3 and 25 shall make such election by tendering their Vintage PBA Bond(s).

4

**How to Revoke an Election**

You may revoke an election to receive the Ambac Non-Commutation Treatment (Option 2) and withdraw your Ambac Insured Bonds tendered to through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Ambac Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Ambac Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "AMBAC DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Ambac reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Ambac also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by us or cured. None of the Oversight Board, Ambac or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

### Exhibit A

| CUSIP | |
|---|---|
| 745235TH4 | 745235D40 |
| 745235TJ0 | 745235GJ4 |
| 745235TK7 | 745145YY2 |
| 745235TL5 | 745145ZA3 |
| 745235B75 | 745145AX0 |
| 745235D32 | |

**Exhibit FF**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE ELECCIÓN DE AMBAC

Esta Notificación (la "**Notificación**") se envía a los tenedores beneficiarios de títulos de los cuales se deriven reclamaciones correspondientes a las Clases 4, 19 y 26 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**"), con el objeto de informarles que, de conformidad con la Sección 75.5(e) del Plan, Ambac Assurance Corporation ("**Ambac**") tiene derecho a emitir el voto por cuenta de las Reclamaciones derivadas de los Bonos Asegurados de Ambac para aceptar o rechazar el Plan[2].

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

Aunque Ambac tiene derecho a emitir su voto por cuenta de las Reclamaciones derivadas de los
Bonos Asegurados de Ambac para aceptar o rechazar el Plan, los titulares de los Bonos Asegurados
de Ambac identificados en el Anexo A tienen la opción de elegir recibir, en la Fecha de Vigencia
o en cuanto resulte razonablemente viable a partir de la misma, una plena contrapartida y
satisfacción de su reclamación:

**Tratamiento de Conmutación de Ambac (Opción 1)**: En la Fecha de Vigencia o, a partir
de la misma, en cuanto resulte razonablemente viable, recibirá la Contrapartida de
Conmutación de Ambac, distribuible por o bajo las instrucciones de Ambac. Si la elige, (i)
dejará de tener cualesquiera derechos relacionados con las Pólizas de seguro aplicables de
Ambac, cualquiera de los Fideicomisos de Ambac o las Cuentas de custodia de Ambac, y
(ii) Ambac recibirá la Contrapartida del Plan de Ambac que, de otro modo, se le asignaría
a usted.

El titular de una Reclamación de Bonos Asegurados de Ambac autorizada que opte de
manera válida por recibir el Tratamiento de Conmutación de Ambac, o bien que haga una
elección incorrecta, se considerará que dicha Reclamación ha quedado cancelada en la
Fecha de Vigencia, afectando a los Bonos Asegurados de Ambac y las obligaciones de esta
de conformidad con las Pólizas de seguro de Ambac.

**Tratamiento de No Conmutación de Ambac (Opción 2)**: Recibirá el Tratamiento de No
Conmutación de Ambac y, a elección de esta, alguno de los siguientes tratamientos. Ambac
ejercitará sus opciones como más tardar veintiún (21) días antes de la Fecha Límite de
Votación:

1.  Fideicomisos de custodia: El titular de una Reclamación de Bonos Asegurados de
    Ambac Autorizada (A) depositará, o se considerará que ha depositado, entre otras
    cosas, la Participación prorrateada de la Contrapartida del Plan de Ambac y los
    Bonos Asegurados de Ambac asignables a cada tenedor, en el o los Fideicomisos de
    Ambac correspondientes, (B) se considerará que ha recibido a cambio su
    Participación prorrateada en la Contrapartida del Plan de Ambac y Certificados de
    Ambac, y (C) ya no podrá recurrir a Ambac ni a las Pólizas de seguro de Ambac,
    con las excepciones previstas en los Fideicomisos de Ambac. Los términos y
    condiciones de los mismos se reflejarán en uno o más acuerdos que formarán
    parte del Suplemento del Plan, aunque incluirán, entre otros, los siguientes
    términos y condiciones: (i) Ambac no asegurará ningún pago de los Certificados
    de Ambac, no vendrá obligada a pagar intereses por impagos u otros motivos con
    respecto a los Bonos Asegurados de Ambac, y solamente tendrá que pagar las
    obligaciones asumidas en la Póliza de seguro de Ambac correspondiente y en el
    acuerdo que rija a los Fideicomisos de Ambac; (ii) se considerará que Ambac es
    la única titular de los Bonos Asegurados de Ambac depositados en los
    Fideicomisos de Ambac para todo lo relativo a votaciones, modificaciones,
    aceleración, casos de impago y elección y ejercitación de derechos y recursos,
    incluyendo, entre otros, los relativos a procedimientos de insolvencia; y (iii) el
    acuerdo que rija los Fideicomisos de Ambac estipulará (a) todos los derechos del
    tenedor de Bonos Asegurados de Ambac mantenidos en los Fideicomisos de
    Ambac (tanto en materia de modificaciones y consentimientos como en medidas

de recursos u otros) serán ejercitables exclusivamente por Ambac, y ningún titular de Certificados de Ambac tendrá derecho alguna sobre los Bonos Asegurados de Ambac (excepto los descritos en los Fideicomisos de Ambac), y (b) Ambac podrá, a su elección, optar por implementar la distribución de un porcentaje proporcional de los Bonos Asegurados de Ambac subyacentes a titulares individuales de Certificados de Ambac una vez que estos eximan a Ambac de su Póliza de seguro, con cargo a los Fideicomisos de Ambac; dicha distribución y descarga no dará lugar a que cualquier otro titular de Certificados de Ambac reclame recibir idéntico tratamiento.

2. <u>Cuenta de depósito</u>: el titular de una Reclamación de Bonos Asegurados de Ambac autorizada depositará, o se considerará que ha depositado, entre otros, la Parte prorrateada de titular sobre la Contrapartida del Plan de Ambac, en una o más cuentas de depósito de Ambac, y la Contrapartida del Plan de Ambac así depositada se considerará una fianza de descargo de Ambac para con las obligaciones de Ambac para con los tenedores de Bonos Asegurados de Ambac cuya Contrapartida del Plan de Ambac fue depositada en una de dichas cuentas, cubierta por las Pólizas de seguro de Ambac.

3. <u>Pago de importes acelerados</u>: Ambac recibirá la Contrapartida del Plan de Ambac que, de otro modo, se habría asignado al titular de una Reclamación de Bonos Asegurados de Ambac autorizada, y Ambac quedará plena y completamente eximida de sus obligaciones para con dicho titular de una Reclamación de Bonos Asegurados de Ambac autorizada mediante el pago en efectivo, en la Fecha de Vigencia, del Precio de aceleración de Ambac.

4. <u>Tratamiento alternativo</u>: la Junta de Supervisión y Ambac se reservan el derecho de formular opciones alternativas de elección o de implementación con respecto a los Bonos Asegurados de Ambac que sea mutuamente aceptable para la Junta de Supervisión y para Ambac, en cada caso en su respectiva y absoluta discreción, aunque en el bien entendido de que dicha opción de elección o implementación alternativa deberá proponerse por escrito como más tardar veintiún (21) días antes de la Fecha de votación.

Ambac podrá elegir diversas alternativas de entre las opciones (i) a (iv) precedentes, con respecto a diferentes CUSIP y diferentes tenedores de Bonos Asegurados de Ambac.

***Si no realiza una elección válida o envía una elección por menos de todos sus reclamos (en cuyo caso, dicha elección será nula y no tendrá vigencia ni efecto), se considerará que ha elegido conmutar las Pólizas de seguro de Ambac, con lo cual Ambac quedará exenta de cumplir sus obligaciones en virtud de los mismos, y recibirá distribuciones de acuerdo con el Tratamiento de Conmutación de Ambac (Opción 1).***

*Le recomendamos que revise la Declaración de Divulgación completa y el Plan antes de hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las consecuencias fiscales descritas en la Declaración de Divulgación no sustituyen a la*

*planificación cuidadosa de sus impuestos y el asesoramiento tributario profesional sobre sus circunstancias individuales y debe buscar el asesoramiento de su propio asesor de impuestos.*

---

**Tenga en cuenta que no puede votar para aceptar o rechazar el plan y que no recibirá instrucciones de voto por separado para tal fin. De conformidad con el Plan y la Orden de Declaración de Divulgación, Ambac tiene derecho a votar para aceptar o rechazar el Plan debido a Reclamaciones que surjan de valores asegurados por Ambac.**

---

**SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN DE AMBAC (OPCIÓN 1), NO SERÁ NECESARIO TOMAR NINGUNA MEDIDA ADICIONAL. SIN EMBARGO, EN TAL CASO SE CONSIDERARÁ QUE HA OPTADO POR LIBRAR, EXIMIR Y CONMUTAR LAS OBLIGACIONES DE AMBAC Y LA PÓLIZA DE SEGURO DE AMBAC.**

**Cada tenedor de Bonos Asegurados de Ambac descritos en el Apéndice A adjunto al presente que desee recibir el Tratamiento de No Conmutación de Ambac (Opción 2) debe presentar una elección válida en la forma aquí descrita.**

\*     \*     \*     \*     \*

### Cómo Enviar una Elección Válida

Si desea optar por recibir el Tratamiento de No Conmutación de Ambac (Opción 2), debe instruir a su corredor o persona designada (cada uno, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados de Ambac[3] a través del Programa Automatizado de Oferta Pública ("ATOP") en The Depository Trust Company ("DTC"), que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación de Ambac (Opción 2).

No es necesario entregar ningún papeleo a Prime Clerk para efectuar la elección. El único medio de efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados de Ambac en el sobre de ATOP correspondiente en DTC, y (ii) hacer la elección para recibir el Tratamiento de No Conmutación de Ambac (Opción 2), cada uno como se describe en sistema ATOP de DTC.

---

**LA FECHA LÍMITE DE ELECCIONES ES
5:00 PM. (HORA ESTÁNDAR DEL ATLÁNTICO) EL 4 DE OCTUBRE DE 2021.**

Esta fecha y hora se denominan "**Fecha Límite de Elección**".

---

[3] Se considerará que los titulares que elijan una opción de conformidad con la Sección 75.5 del Plan con respecto a sus Reclamaciones de Bonos Vintage de AEP Autorizadas (Ambac) habrán elegido la misma opción que los titulaers de las Reclamaciones de Bonos Vintage Garantizados del ELA Autorizadas (Ambac). A efectos de disipar cualquier duda, los titulares de las Reclamaciones de las Clases 3 y 25 habrán hecho tal elección entregando sus Bonos Vintage de AEP.

TENGA EN CUENTA QUE SI OFRECE SUS BONOS ASEGURADOS DE AMBAC A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS DE AMBAC DESDE LA FECHA LÍMITE DE LAS ELECCIONES HASTA LA FECHA EFECTIVA DEL PLAN. SI DESEA CONSERVAR LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ASEGURADOS DE AMBAC ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE OFRECER SUS BONOS ASEGURADOS DE AMBAC A TRAVÉS DE ATOP.

SIN EMBARGO, USTED PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE LA ELECCIÓN Y RETIRAR CUALQUIER BONO ASEGURADO DE AMBAC OFRECIDO.

\* \* \* \* \*

### Cómo Revocar una Elección

Puede revocar una elección para recibir el Tratamiento de No Conmutación de Ambac (Opción 2) y retirar sus Bonos Asegurados de Ambac ofrecidos a través de la ATOP de DTC en cualquier momento antes de la fecha límite de elección.

Si desea revocar su elección, debe indicar a su Persona Designada que revoque su elección y retire sus Bonos Asegurados de Ambac a través de ATOP en DTC (cuya retirada será confirmado por Prime Clerk LLC una vez que DTC le notifique la solicitud de retirada). No se requiere que se entregue ningún papeleo a Prime Clerk LLC para efectuar la elección.

Si revoca su elección en cualquier momento antes de la fecha límite de elección, puede hacer una elección para recibir el Tratamiento de No Conmutación de Ambac (Opción 2) en cualquier momento antes de la fecha límite de elección, de acuerdo con las instrucciones para enviar una elección arriba.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con su Persona Designada. Además, debe comunicarse con su Persona Designada para tomar cualquier acción descrita anteriormente.

SI TIENE ALGUNA PREGUNTA CON RESPECTO A ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMAS INTERNACIONALES), DISPONIBLE 10:00 AM HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O POR CORREO ELECTRÓNICO A PUERTORICOINFO@PRIMECLERK.COM Y HAGA REFERENCIA A "AMBAC DISTRIBUTION ELECTION" EN LA LÍNEA DE ASUNTOS. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO PARA PROPORCIONAR Y NO PROPORCIONARÁ ASESORAMIENTO LEGAL.

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y Ambac se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y Ambac también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, Ambac o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

**Anexo A**

| CUSIP | |
|---|---|
| 745235TH4 | 745235D40 |
| 745235TJ0 | 745235GJ4 |
| 745235TK7 | 745145YY2 |
| 745235TL5 | 745145ZA3 |
| 745235B75 | 745145AX0 |
| 745235D32 | |

**Exhibit GG**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA<br>Title III |
|     as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
|                        Debtors.[1] | |

## ELECTION NOTICE
## FOR SYNCORA BOND HOLDERS WITH CLAIMS IN CLASSES 6 AND 28

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage PBA Bond Claims (Syncora) and Vintage CW Guarantee Bond Claims (Syncora) arising on account of Syncora Insured Bonds, which are insured by Syncora Guarantee Inc. ("**Syncora**"). These securities give rise to Claims in Classes 6 and 28 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although Syncora has the right to cast the vote on account of Claims arising from Syncora Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

Each holder of an Allowed Vintage PBA Bond Claim (Syncora)[3] and Allowed Vintage CW Guarantee Bond Claim (Syncora) ("**Allowed Syncora Insured Bond Claims**") has the option to elect to receive on the Effective Date, or as soon as reasonably practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claims:

> **Syncora Commutation Treatment (Option 1)**: On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Syncora Commutation Consideration, which shall consist of Cash, payable by Syncora, in an amount equal to ninety-five and fifteen hundredths percent (95.15%) of (a) the outstanding principal amount of your Class 6 and 28 Syncora Insured Bonds plus (b) the interest accrued but unpaid to the holder thereon, in full and complete satisfaction, release, and discharge of any further obligation of Syncora with respect to the applicable Syncora Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the Syncora Insurance Policies relating to your Allowed Syncora Insured Bond Claims). Syncora shall receive your Pro Rata Share of the applicable Syncora Plan Consideration.

> If you elect the Syncora Commutation Treatment (Option 1), you will have no other or further rights under or with respect to the applicable Syncora Insurance Policy or any of the Syncora Non-Commutation Treatment options described in Section 75.3(b) of the Plan or with respect to the Syncora Non-Commutation Treatment (Option 2) below.

> **Syncora Non-Commutation Treatment (Option 2)**:

> You will receive the Syncora Non-Commutation Treatment, pursuant to which you will (A) deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the Syncora Plan Consideration and the Syncora Insured Bonds allocable to you into the applicable Syncora Trust, (B) be deemed to have received your Pro Rata Share of the Syncora Plan Consideration and Syncora Certificates in consideration therefor, and (C) have no recourse to Syncora or the Syncora Insurance Policies other than as provided for under the terms of the Syncora Trust; *provided, however,* that, at any time prior to confirmation of the Plan, Syncora may, in its sole discretion, instead elect to pay you the Syncora Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Syncora's obligations to you and Syncora shall receive the Syncora Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the Syncora Acceleration Price will include interest through the Effective Date.

> ***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Syncora Insurance Policies, to release and discharge Syncora's obligations thereunder, and to receive distributions in accordance with the Syncora Commutation Treatment (Option 1).***

---

[3] Holders making an election pursuant to Section 75.3 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Syncora) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Syncora).

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

> **Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, Syncora is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Syncora.**

**<u>IF YOU WISH TO RECEIVE THE SYNCORA COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION</u>. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE SYNCORA'S OBLIGATIONS AND THE SYNCORA INSURANCE POLICY.**

**Each holder of Syncora Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the Syncora Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

\* \* \* \* \*

**How to Submit a Valid Election**

If you wish to elect to receive the Syncora Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Syncora Insured Bonds[4] via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Syncora Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your Syncora Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Syncora Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

---

[4] Holders making an election pursuant to Section 75.3 of the Plan with respect to such holders' Allowed Vintage PBA Bond Claims (Syncora) shall be deemed to have made the same election with respect to such holders' corresponding Allowed Vintage CW Guarantee Bond Claims (Syncora). For the avoidance of doubt, holders of Claims in Classes 6 and 28 shall make such election by tendering their Vintage PBA Bond(s).

> **THE ELECTION DEADLINE IS
> 5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**
>
> This date and time is referred to as the "**Election Deadline**."

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR SYNCORA INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR SYNCORA INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED SYNCORA INSURED BONDS.**

\* \* \* \* \*

**How to Revoke an Election**

You may revoke an election to receive the Syncora Non-Commutation Treatment (Option 2) and withdraw your Syncora Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Syncora Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Syncora Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "SYNCORA**

**DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Syncora reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Syncora also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board and Syncora or cured. None of the Oversight Board, Syncora or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

55668-54

**Exhibit A**

| CUSIP |
|---|
| 745235VZ1 |
| 745235SC6 |
| 745235SA0 |
| 745235GJ4 |

**Exhibit HH**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

      como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

      Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE ELECCIÓN
## PARA TITULARES DE BONOS SYNCORA CON RECLAMACIONES DE LAS CLASES 6 Y 28

Esta notificación (la "**Notificación**") se envía a los tenedores beneficiarios de Reclamaciones de Bonos Vintage de AEP (Syncora) y Reclamaciones de Bonos Vintage Garantizados del ELA (Syncora) derivadas de Bonos Asegurados de Syncora asegurados por Syncora Guarantee Inc. ("**Syncora**"). Estos valores dan lugar a reclamaciones de las Clases 6 y 28 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (ya que el mismo puede ser actualizado, complementado, enmendado y/o modificado de otra manera de vez en cuando, el "plan").[2] Si bien Syncora tiene derecho a votar por siniestros que surjan de

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283-LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] Todos los términos en mayúscula usados pero no definidos en esta Papeleta tienen el significado que se les da a dichos términos en el Plan.

bonos asegurados Syncora para aceptar o rechazar el Plan, los tenedores tienen derecho a elegir su forma de tratamiento bajo el Plan.

Cada titular de una Reclamación de Bonos Vintage de AEP (Syncora)[3] y Reclamación de Bonos Vintage Garantizados del ELA (Syncora) autorizada ("**Reclamación de Bono Asegurado de Syncora Autorizada**") tiene la opción de elegir recibir en la Fecha de vigencia, o tan pronto como sea razonablemente posible a partir de entonces, en plena contraprestación, satisfacción, liberación, e intercambio de la reclamación de dicho titular:

**Tratamiento de Conmutación Syncora (Opción 1)**: En la Fecha de vigencia, o tan pronto como sea razonablemente posible a partir de entonces, recibirá la Contraprestación de Conmutación de Syncora, que consistirá en efectivo, pagadero por Syncora, por una cuantía equivalente al noventa y cinco por ciento y quince centésimas (95.15%), de (a) la cuantía del capital pendiente de sus Bonos Asegurados de Syncora de las Clases 6 y 28, más (b) los intereses devengados e impagados en concepto de las mismas, tras lo cual quedarán satisfechas y cumplidas plenamente todas las obligaciones de Syncora conformes a sus Pólizas de seguro (y, eligiendo esta opción, se considerará que habrá aceptado conmutar las Pólizas de seguro de Syncora vinculadas con sus Reclamaciones de Bonos Asegurados de Syncora autorizados). Syncora recibirá la parte prorrateada correspondiente de la Contrapartida del Plan de Syncora.

Si elige el Tratamiento de Conmutación de Syncora (Opción 1), dejará de tener cualesquiera derechos relacionados con las Pólizas de seguro aplicables de Syncora o cualesquiera opciones de Tratamiento de No Conmutación de Syncora descritas en la Sección 75.3(b) del Plan, o con respecto al Tratamiento de No Conmutación de Syncora (Opción 2) siguiente.

**Tratamiento de No Conmutación de Syncora (Opción 2)**:
Recibirá el Tratamiento de No Conmutación de Syncora, en virtud del cual usted (A) depositará, o se considerará que ha depositado, entre otros, su Parte prorrateada de la Contrapartida del Plan de Syncora y los Bonos Asegurados de Syncora que se le asignen en el Fideicomiso de Syncora; (B) a cambio de ello, se considerará que habrá recibido su Parte prorrateada de la Contrapartida del Plan de Syncora y Certificados de Syncora, y (C) no le cabrán recursos a Syncora o a las Pólizas de seguro de Syncora salvo los estipulados en el Fideicomiso de Syncora, aunque en el bien entendido de que, en cualquier momento antes de la confirmación del Plan, Syncora podrá, a su absoluta discreción, optar por pagarle el Precio de aceleración de Syncora, en efectivo, en la Fecha de vigencia, o en cuanto resulte viable a partir de la misma, para satisfacer y cancelar definitivamente las obligaciones aseguradas de Syncora para con usted. Syncora recibirá la Contrapartida del Plan de Syncora que, de otro modo, se le asignaría a usted. A efectos de disipar cualquier duda, el Precio de aceleración de Syncora incluirá los intereses devengados hasta la Fecha de vigencia.

*Si no realiza una elección válida o envía una elección por menos de todas sus reclamaciones (en cuyo caso, dicha elección será nula y no tendrá vigencia ni efecto), se considerará que ha elegido conmutar las Pólizas de Seguro de Syncora, liberar y cumplir con las obligaciones de*

---

[3] Se considerará que los titulares que elijan una opción de conformidad con la Sección 75.3 del Plan con respecto a sus Reclamaciones de Bonos Vintage de AEP Autorizadas (Syncora) habrán elegido la misma opción que los titulaers de las Reclamaciones de Bonos Vintage Garantizados del ELA Autorizadas (Syncora).

*Syncora en virtud de las mismas, y recibir distribuciones de acuerdo con el Tratamiento de Conmutación de Syncora (Opción 1).*

*Le recomendamos revisar la Declaración de Divulgación completa y el Plan antes de hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las consecuencias fiscales descritas en la Declaración de Divulgación no sustituyen a la planificación cuidadosa de sus impuestos y el asesoramiento tributario profesional sobre sus circunstancias individuales y debe buscar el asesoramiento de su propio asesor fiscal.*

---

**Tenga en cuenta que no puede votar por aceptar o rechazar el Plan y que no recibirá instrucciones de voto por separado para tal fin. De conformidad con el plan y la Orden de Declaración de Divulgación, Syncora tiene derecho a votar para aceptar o rechazar el Plan debido a Reclamaciones que surjan de valores asegurados por Syncora.**

---

**SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN DE SYNCORA (OPCIÓN 1), NO ES NECESARIO QUE TOME NINGUNA OTRA MEDIDA. SIN EMBARGO, EN TAL CASO SE CONSIDERARÁ QUE USTED HA ELEGIDO LIBERAR, EXIMIR Y CONMUTAR LAS OBLIGACIONES DE SYNCORA Y LAS PÓLIZAS DE SEGURO DE SYNCORA.**

**Cada tenedor de los Bonos Asegurados de Syncora descritos en el Apéndice A adjunto al presente que desee recibir el Tratamiento de No Conmutación Syncora (Opción 2) debe presentar una elección válida en la forma aquí descrita.**

<div align="center">*   *   *   *   *</div>

<div align="center">

**Cómo Enviar una Elección Válida**

</div>

Si desea optar por recibir el Tratamiento de No Conmutación Syncora (Opción 2), debe instruir a su corredor o persona designada (cada uno, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados Syncora a través del Programa Automatizado de Oferta Pública ("ATOP") en The Depository Trust Company ("DTC"), que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación de Syncora (Opción 2).

No es necesario entregar ningún papeleo a Prime Clerk para efectuar la elección. El único medio de efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados de Syncora en el sobre de ATOP correspondiente en DTC, y (ii) hacer la elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2), cada uno como se describe en sistema ATOP de DTC.

---

<div align="center">

**LA FECHA LÍMITE DE ELECCIONES ES
5:00 PM. (HORA ESTÁNDAR DEL ATLÁNTICO) EL 4 DE OCTUBRE DE 2021.**

Esta fecha y hora se denominan "**Fecha Límite de Elección**".

</div>

**TENGA EN CUENTA QUE SI OFRECE SUS BONOS ASEGURADOS DE SYNCORA A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS SYNCORA DESDE LA FECHA LÍMITE DE LAS ELECCIONES HASTA LA FECHA EFECTIVA DEL PLAN. SI DESEA CONSERVAR LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ASEGURADOS SYNCORA ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE OFRECER SUS BONOS ASEGURADOS DE SYNCORA A TRAVÉS DE ATOP.**

**SIN EMBARGO, USTED PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE LA ELECCIÓN Y RETIRAR CUALQUIER BONO ASEGURADO DE SYNCORA OFRECIDO.**

\* \* \* \* \*

### Cómo Revocar una Elección

Puede revocar una elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2) y retirar sus Bonos Asegurados de Syncora ofrecidos a través de la ATOP de DTC en cualquier momento antes de la fecha límite de elección.

Si desea revocar su elección, debe indicar a su Persona Designada que revoque su elección y retire sus Bonos Asegurados de Syncora a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC le notifique la solicitud de retirada). No se requiere que se entregue ningún papeleo a Prime Clerk LLC para efectuar la elección.

Si revoca su elección en cualquier momento antes de la fecha límite de elección, puede hacer una elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2) en cualquier momento antes de la fecha límite de elección, de acuerdo con las instrucciones para enviar una elección arriba.

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con su Persona Designada. Además, debe comunicarse con su Persona Designada para tomar cualquier acción descrita anteriormente.

**SI TIENE ALGUNA PREGUNTA CON RESPECTO A ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMAS INTERNACIONALES), DISPONIBLE 10:00 AM HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O POR CORREO ELECTRÓNICO A PUERTORICOINFO@PRIMECLERK.COM Y HAGA REFERENCIA A "SYNCORA DISTRIBUTION ELECTION" EN LA LÍNEA DE ASUNTOS. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO PARA PROPORCIONAR Y NO PROPORCIONARÁ ASESORAMIENTO LEGAL.**

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y Syncora se reservan el derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y Syncora también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto, irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, Syncora o el Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber realizado dicha notificación.

55668-54-ES

**Anexo A**

| CUSIP |
|---|
| 745235VZ1 |
| 745235SC6 |
| 745235SA0 |
| 745235GJ4 |

**Exhibit II**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| Debtors.[1] | |

## ELECTION NOTICE
## FOR SYNCORA BOND HOLDERS WITH CLAIMS IN CLASS 21

This Notice (the "**Notice**") is being sent to the beneficial holders of Vintage CW Bond Claims (Syncora) arising on account of Syncora Insured Bonds, which are insured by Syncora Guarantee Inc., ("**Syncora**"). These securities give rise to Claims in Class 21 of the *Seventh Amended Title III Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] Although Syncora has the right to cast the vote on account of Claims arising from Syncora Insured Bonds to accept or reject the Plan, the holders are entitled to elect their form of treatment under the Plan.

Each holder of an Allowed Vintage CW Bond Claim (Syncora) (an "**Allowed Syncora Insured Bond Claim**") has the option to elect to receive on the Effective Date, or as soon as reasonably

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

practicable thereafter, in full consideration, satisfaction, release, and exchange of such holder's claim:

**Syncora Commutation Treatment (Option 1)**: On the Effective Date, or as soon as reasonably practicable thereafter, you will receive the Syncora Commutation Consideration, which shall consist of Cash, payable by Syncora, in an amount equal to ninety-three and ten hundredths percent (93.1%) of (a) the outstanding principal amount of your Class 21 Syncora Insured Bonds plus (b) the interest accrued but unpaid to the holder thereon, in full and complete satisfaction, release, and discharge of any further obligation of Syncora with respect to the applicable Syncora Insurance Policies (and, by making such election, you will be deemed to have agreed to commute the Syncora Insurance Policies relating to your Allowed Syncora Insured Bond Claim). Syncora shall receive your Pro Rata Share of the applicable Syncora Plan Consideration.

If you elect the Syncora Commutation Treatment (Option 1), you will have no other or further rights under or with respect to the applicable Syncora Insurance Policy or any of the Syncora Non-Commutation Treatment options described in Section 75.3(b) of the Plan or with respect to the Syncora Non-Commutation Treatment (Option 2) below.

**Syncora Non-Commutation Treatment (Option 2)**: You will receive the Syncora Non-Commutation Treatment, pursuant to which you will (A) deposit, or be deemed to have deposited, among other things, your Pro Rata Share of the Syncora Plan Consideration and the Syncora Insured Bonds allocable to you into the applicable Syncora Trust, (B) be deemed to have received your Pro Rata Share of the Syncora Plan Consideration and Syncora Certificates in consideration therefor, and (C) have no recourse to Syncora or the Syncora Insurance Policies other than as provided for under the terms of the Syncora Trust; *provided, however*, that, at any time prior to confirmation of the Plan, Syncora may, in its sole discretion, instead elect to pay you the Syncora Acceleration Price, in Cash on the Effective Date, or as soon as reasonably practicable thereafter, in full and final discharge of Syncora's obligations to you and Syncora shall receive the Syncora Plan Consideration that would be otherwise allocable to you. For the avoidance of doubt, the Syncora Acceleration Price will include interest through the Effective Date.

***If you fail to make a valid election or submit an election for less than all of your claims (in which case, such election will be void and of no force and effect), you will be deemed to have elected to commute the Syncora Insurance Policies, to release and discharge Syncora's obligations thereunder, and to receive distributions in accordance with the <u>Syncora Commutation Treatment (Option 1)</u>.***

*You are encouraged to review the entire Disclosure Statement and the Plan before making an election with respect to the form of distribution you will receive under the Plan. The tax consequences described in the Disclosure Statement are not a substitute for careful tax planning and professional tax advice upon your individual circumstances and you should seek advice from your own tax advisor.*

Please take notice that you are not able to vote to accept or reject the Plan and will not receive separate voting instructions for such purpose. Pursuant to the Plan and the Disclosure Statement Order, Syncora is entitled to vote to accept or reject the Plan on account of Claims arising from securities insured by Syncora.

**IF YOU WISH TO RECEIVE THE SYNCORA COMMUTATION TREATMENT (OPTION 1), YOU DO NOT NEED TO TAKE ANY FURTHER ACTION. HOWEVER, IN SUCH CASE, YOU WILL BE DEEMED TO HAVE ELECTED TO RELEASE, DISCHARGE, AND COMMUTE SYNCORA'S OBLIGATIONS AND THE SYNCORA INSURANCE POLICY.**

**Each holder of Syncora Insured Bonds described on <u>Exhibit A</u> attached hereto that wishes to receive the Syncora Non-Commutation Treatment (Option 2) must submit a valid election in the manner described herein.**

\*   \*   \*   \*   \*

**How to Submit a Valid Election**

If you wish to elect to receive the Syncora Non-Commutation Treatment (Option 2), you must instruct your broker or nominee (each, a "**Nominee**") to electronically deliver your Syncora Insured Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**"), which will constitute an election via DTC's ATOP system to receive the Syncora Non-Commutation Treatment (Option 2).

No paperwork is required to be delivered to Prime Clerk to effectuate the election. The sole means of effectuating this election is to (i) validly tender your Syncora Insured Bonds into the proper ATOP envelope at DTC, and (ii) make the election to receive the Syncora Non-Commutation Treatment (Option 2), each as described on DTC's ATOP system.

**THE ELECTION DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Election Deadline**."

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP, YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR SYNCORA INSURED BONDS FROM THE ELECTION DEADLINE UNTIL THE EFFECTIVE DATE OF THE PLAN. IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR SYNCORA INSURED BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR SYNCORA INSURED BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR ELECTION AT ANY TIME BEFORE THE ELECTION DEADLINE AND WITHDRAW ANY TENDERED SYNCORA INSURED BONDS.**

\* \* \* \* \*

**How to Revoke an Election**

You may revoke an election to receive the Syncora Non-Commutation Treatment (Option 2) and withdraw your Syncora Insured Bonds tendered through DTC's ATOP at any time on or before the Election Deadline.

If you wish to revoke your election, you must instruct your Nominee to revoke your election and withdraw your Syncora Insured Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the election.

If you revoke your election at any time before the Election Deadline, you may make an election to receive the Syncora Non-Commutation Treatment (Option 2) at any time before the Election Deadline, in accordance with the instructions to submit an election above.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "SYNCORA DISTRIBUTION ELECTION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK, LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

All questions as to the validity, form and eligibility (including time of receipt) of your election will be determined by the Oversight Board, whose determination shall be final and binding on all parties. The Oversight Board and Syncora reserve the absolute right to reject any or all elections that are not in proper form or the acceptance of which would, in its legal counsel's opinion, be unlawful. The Oversight Board and Syncora also reserve the right to waive any defects, irregularities or conditions as to an election. A waiver of any defect or irregularity in one instance shall not constitute a waiver of the same or any other defect or irregularity with respect to any other instance except to the extent the Oversight Board may otherwise so provide. An election shall not be deemed to have been made until any defects or irregularities have been waived by the Oversight Board and Syncora or cured. None of the Oversight Board, Syncora or the Balloting Agent, nor any other person will be under any duty to give notification of any defect or irregularity in this election, or will incur any liability to you for failure to give any such notification.

## Exhibit A

| CUSIP |
| --- |
|  |
| 745145AX0 |
| 74514LQK6 |
| 745145HN5 |
| 745145HP0 |
| 745145HQ8 |

**Exhibit JJ**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>    como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>                            Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE ELECCIÓN
## PARA TENEDORES DE BONOS DE SYNCORA CON RECLAMACIONES DE LA CLASE 21

Esta Notificación (la "**Notificación**") se envía a los tenedores beneficiarios de Reclamaciones de Bonos Vintage del ELA (Syncora) emergentes por cuenta de Bonos Asegurados de Syncora, que están asegurados por Syncora Guarantee Inc. ("**Syncora**"). Estos valores dan lugar a Reclamaciones de Clase 21 del *Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Aunque Syncora tiene derecho a emitir el voto por cuenta de las Reclamaciones derivadas de los Bonos Asegurados

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número federal del contribuyente de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3283-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.

de Syncora para aceptar o rechazar el Plan, los tenedores tienen derecho a elegir su forma de distribución conforme al Plan.

Cada tenedor de una Reclamación de Bonos Vintage del ELA (Syncora) Permitida (una "**Reclamación de Bonos Asegurados de Syncora Permitida**") puede elegir, en la Fecha de Vigencia o en cuanto resulte razonablemente viable a partir de la misma, una plena contrapartida y satisfacción de su reclamación:

> **Tratamiento de Conmutación de Syncora (Opción 1)**: En la Fecha de Vigencia, o en cuanto resulte razonablemente viable a partir de la misma, usted recibirá la Contraprestación por Conmutación de Syncora, que consistirá en efectivo, pagadero por Syncora, por una cuantía equivalente al noventa y tres por ciento y 10 centésimas (93.1%) de (a) la cuantía del capital pendiente de sus Bonos Asegurados de Syncora de la Clases 21, más (b) los intereses devengados e impagados en concepto de las mismas, tras lo cual quedarán satisfechas y cumplidas plenamente todas las obligaciones de Syncora conformes a sus Pólizas de seguro (y, eligiendo esta opción, se considerará que habrá aceptado conmutar las Pólizas de seguro de Syncora vinculadas con sus Reclamaciones de Bonos Asegurados de Syncora autorizados). Syncora recibirá la parte prorrateada correspondiente de la Contrapartida del Plan de Syncora.

> Si elige el Tratamiento de Conmutación de Syncora (Opción 1), dejará de tener cualesquiera derechos relacionados con las Pólizas de seguro aplicables de Syncora o cualesquiera opciones de Tratamiento de No Conmutación de Syncora descritas en la Sección 75.3(b) del Plan, o con respecto al Tratamiento de No Conmutación de Syncora (Opción 2) siguiente.

> **Tratamiento de No Conmutación de Syncora (Opción 2)**: Recibirá el Tratamiento de No Conmutación de Syncora, en virtud del cual usted (A) depositará, o se considerará que ha depositado, entre otros, su Parte prorrateada de la Contrapartida del Plan de Syncora y los Bonos Asegurados de Syncora que se le asignen en el Fideicomiso de Syncora; (B) a cambio de ello, se considerará que habrá recibido su Parte prorrateada de la Contrapartida del Plan de Syncora y Certificados de Syncora, y (C) no le cabrán recursos a Syncora o a las Pólizas de seguro de Syncora salvo los estipulados en el Fideicomiso de Syncora, aunque en el bien entendido de que, en cualquier momento antes de la confirmación del Plan, Syncora podrá, a su absoluta discreción, optar por pagarle el Precio de aceleración de Syncora, en efectivo, en la Fecha de vigencia, o en cuanto resulte viable a partir de la misma, para satisfacer y cancelar definitivamente las obligaciones de Syncora para con usted. Syncora recibirá la Contrapartida del Plan de Syncora que, de otro modo, se le asignaría a usted. A efectos de disipar cualquier duda, el Precio de aceleración de Syncora incluirá los intereses devengados hasta la Fecha de vigencia.

*Si no realiza una elección válida o envía una elección por menos de todas sus reclamaciones (en cuyo caso, dicha elección será nula y no tendrá vigencia ni efecto), se considerará que ha elegido conmutar las Pólizas de Seguro de Syncora, liberar y cumplir con las obligaciones de Syncora en virtud de las mismas, y recibir distribuciones de acuerdo con el <u>Tratamiento de Conmutación de Syncora (Opción 1)</u>.*

*Le recomendamos revisar la Declaración de Divulgación completa y el Plan antes de hacer una elección con respecto a la forma de distribución que recibirá en virtud del Plan. Las consecuencias fiscales descritas en la Declaración de Divulgación no sustituyen a la planificación cuidadosa de sus impuestos y el asesoramiento tributario profesional sobre sus circunstancias individuales y debe buscar el asesoramiento de su propio asesor fiscal.*

**Tenga en cuenta que no puede votar por aceptar o rechazar el Plan y que no recibirá instrucciones de voto por separado para tal fin. De conformidad con el plan y la Orden de Declaración de Divulgación, Syncora tiene derecho a votar para aceptar o rechazar el Plan debido a Reclamaciones que surjan de valores asegurados por Syncora.**

**SI DESEA RECIBIR EL TRATAMIENTO DE CONMUTACIÓN DE SYNCORA (OPCIÓN 1), NO ES NECESARIO QUE TOME NINGUNA OTRA MEDIDA. SIN EMBARGO, EN TAL CASO SE CONSIDERARÁ QUE USTED HA ELEGIDO LIBERAR, EXIMIR Y CONMUTAR LAS OBLIGACIONES DE SYNCORA Y LAS PÓLIZAS DE SEGURO DE SYNCORA.**

**Cada tenedor de los Bonos Asegurados de Syncora descritos en el Apéndice A adjunto al presente que desee recibir el Tratamiento de No Conmutación Syncora (Opción 2) debe presentar una elección válida en la forma aquí descrita.**

\* \* \* \* \*

**Cómo Enviar una Elección Válida**

Si desea optar por recibir el Tratamiento de No Conmutación Syncora (Opción 2), debe instruir a su corredor o persona designada (cada uno, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Asegurados Syncora a través del Programa Automatizado de Oferta Pública ("ATOP") en The Depository Trust Company ("DTC"), que constituirá una elección a través del sistema ATOP de DTC para recibir el Tratamiento de No Conmutación de Syncora (Opción 2).

No es necesario entregar ningún papeleo a Prime Clerk para efectuar la elección. El único medio de efectuar esta elección es (i) presentar válidamente sus Bonos Asegurados de Syncora en el sobre de ATOP correspondiente en DTC, y (ii) hacer la elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2), cada uno como se describe en sistema ATOP de DTC.

**LA FECHA LÍMITE DE ELECCIONES ES 5:00 PM. (HORA ESTÁNDAR DEL ATLÁNTICO) EL 4 DE OCTUBRE DE 2021.**

Esta fecha y hora se denominan "**Fecha Límite de Elección**".

**TENGA EN CUENTA QUE SI OFRECE SUS BONOS ASEGURADOS DE SYNCORA A TRAVÉS DE ATOP, NO PODRÁ TRANSFERIR SUS BONOS ASEGURADOS SYNCORA DESDE LA FECHA LÍMITE DE LAS ELECCIONES HASTA LA FECHA EFECTIVA DEL PLAN. SI DESEA CONSERVAR LA CAPACIDAD DE NEGOCIAR O**

TRANSFERIR SUS BONOS ASEGURADOS SYNCORA ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE OFRECER SUS BONOS ASEGURADOS DE SYNCORA A TRAVÉS DE ATOP.

SIN EMBARGO, USTED PUEDE REVOCAR SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE LA ELECCIÓN Y RETIRAR CUALQUIER BONO ASEGURADO DE SYNCORA OFRECIDO.

<div align="center">* * * * *</div>

<div align="center">Cómo Revocar una Elección</div>

Puede revocar una elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2) y retirar sus Bonos Asegurados de Syncora ofrecidos a través de la ATOP de DTC en cualquier momento antes de la fecha límite de elección.

Si desea revocar su elección, debe indicar a su Persona Designada que revoque su elección y retire sus Bonos Asegurados de Syncora a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC le notifique la solicitud de retirada). No se requiere que se entregue ningún papeleo a Prime Clerk LLC para efectuar la elección.

Si revoca su elección en cualquier momento antes de la fecha límite de elección, puede hacer una elección para recibir el Tratamiento de No Conmutación de Syncora (Opción 2) en cualquier momento antes de la fecha límite de elección, de acuerdo con las instrucciones para enviar una elección arriba.

<div align="center">* * * * *</div>

Si tiene alguna pregunta sobre sus participaciones, comuníquese con su Persona Designada. Además, debe comunicarse con su Persona Designada para tomar cualquier acción descrita anteriormente.

SI TIENE ALGUNA PREGUNTA CON RESPECTO A ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK LLC, POR TELÉFONO AL (844) 822-9231 (LLAMADA GRATUITA PARA ESTADOS UNIDOS Y PUERTO RICO) O (646) 486-7944 (PARA LLAMAS INTERNACIONALES), DISPONIBLE 10:00 AM HASTA LAS 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (ESPAÑOL DISPONIBLE), O POR CORREO ELECTRÓNICO A PUERTORICOINFO@PRIMECLERK.COM Y HAGA REFERENCIA A "SYNCORA DISTRIBUTION ELECTION" EN LA LÍNEA DE ASUNTOS. TENGA EN CUENTA QUE PRIME CLERK, LLC NO ESTÁ AUTORIZADO PARA PROPORCIONAR Y NO PROPORCIONARÁ ASESORAMIENTO LEGAL.

Todas las preguntas relativas a la validez, la forma y la elegibilidad (incluido el momento de la recepción) de la elección serán determinadas por la Junta de Supervisión, cuya determinación será definitiva y vinculante para todas las partes. La Junta de Supervisión y Syncora se reservan el

derecho absoluto de rechazar cualquiera o todas las elecciones cuya forma no sea la adecuada o
cuya aceptación, en opinión de sus asesores legales, sea ilegal. La Junta de Supervisión y Syncora
también se reservan el derecho de renunciar a presentar una reclamación por cualquier defecto,
irregularidad o condición en cuanto a la elección. La renuncia a presentar una reclamación por
cualquier defecto o irregularidad en un caso no constituirá una renuncia a presentar una
reclamación por el mismo o cualquier otro defecto o irregularidad con respecto a cualquier otro
caso, salvo si la Junta de Supervisión dispone lo contrario. Una elección no se considerará realizada
hasta que nosotros renunciemos a presentar una reclamación por los defectos o irregularidades o
estos hayan sido subsanados. Ninguno de los miembros de la Junta de Supervisión, Syncora o el
Agente de Votación, ni ninguna otra persona tendrá la obligación de notificar cualquier defecto o
irregularidad en esta elección, ni incurrirá en ninguna responsabilidad ante usted por no haber
realizado dicha notificación.

55668-55-ES

**Anexo A**

| CUSIP |
| --- |
| |
| 745145AX0 |
| 74514LQK6 |
| 745145HN5 |
| 745145HP0 |
| 745145HQ8 |

**Exhibit KK**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | PROMESA Title III |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF VOTING INSTRUCTIONS
## FOR HOLDERS OF CLAIMS IN CLASS 59 (CW/HTA CLAIMS)

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

This Notice of Voting Instructions (the "Notice") is being sent to the beneficial holders of claims under **Class 59 (CW/HTA Claims)** of the Plan.[3] The relevant CUSIPs associated with such claims are described on **Exhibit A** attached hereto.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding this Notice, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 59**, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

\* \* \* \* \*

## How to Submit a Valid Vote

If you wish to cast a vote to accept or reject the Plan, you must:

- instruct your broker or nominee (each, a "Nominee") to electronically deliver your bonds via the Automated Tender Offer Program ("ATOP") at The Depository Trust Company ("DTC") in accordance with your desire to vote to accept or reject the Plan.

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of a CW/HTA Claim, or (b) in addition to the vote cast, one or more additional votes ("Additional Votes") on account of other bonds have been cast by one or more Nominees, and you have provided

---

[3] Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan.

(or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2.  you have voted all of your Claims on account of your bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims on account of the bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan (as applicable); and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to validly tender your bonds into the proper ATOP envelope at DTC.

> **THE VOTING DEADLINE IS**
> **5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**
>
> This date and time is referred to as the "**Voting Deadline**."

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE AT ANY TIME BEFORE THE VOTING DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE.**

<p style="text-align:center">*   *   *   *   *</p>

## How to Revoke a Valid Vote

You may revoke your vote case and withdraw your bonds tendered to through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\*   \*   \*   \*   \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Vote Through ATOP)

Any beneficial holder of bonds that hold multiple CUSIPs of such bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "VOIs"). The Balloting Agent has made available a template electronic spreadsheet (the "Numerosity Spreadsheet") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "ERS SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit A**

| CUSIP | | | | |
|---|---|---|---|---|
| 745190AY4 | 745190MM7 | 745190TL2 | 745190YC6 | 745190YV4 |
| 745190Z92 | 745190MP0 | 745190TM0 | 745190YD4 | 745190YW2 |
| 745190CP1 | 745190MQ8 | 745190TN8 | 745190YE2 | 745190YY8 |
| 745190CQ9 | 745190MR6 | 745190TP3 | 745190YF9 | 745190YX0 |
| 745190HK7 | 745190MS4 | 745190TQ1 | 745190YG7 | 7451903D8 |
| 745181XR3 | 7451903N6 | 745190TR9 | 745190YH5 | 745190ZA9 |
| 745181XS1 | 745190QM3 | 745190TS7 | 745190YJ1 | 745190ZB7 |
| 745190KD9 | 745190QP6 | 745181B48 | 745190YK8 | 745190ZC5 |
| 745190K56 | 745190TC2 | 745181B55 | 745190YL6 | 745190ZD3 |
| 7451902S6 | 745190TD0 | 745181B63 | 745190YM4 | 745190ZE1 |
| 7451902T4 | 745190QR2 | 745181B71 | 745190YN2 | 745190ZF8 |
| 745190LA4 | 745190TE8 | 745181B89 | 745190YP7 | 745190ZG6 |
| 745190LB2 | 745190TF5 | 745181B97 | 745190YQ5 | 745190ZH4 |
| 745190L22 | 745190TG3 | 745181C21 | 745190YR3 | 745181K97 |
| 7451902X5 | 745190TH1 | 745181C39 | 745190YS1 | 7451903V8 |
| 745190MK1 | 745190TJ7 | 745181C47 | 745190YT9 | 745190Y77 |
| 745190ML9 | 745190TK4 | 745190YB8 | 745190YU6 | |

**Exhibit LL**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN PARA TENEDORES DE RECLAMACIONES DE LA CLASE 59 (RECLAMACIONES ELA/ACT)

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el ELA, el SRE y la AEP.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Esta Notificación de Instrucciones de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de reclamaciones bajo la Plan. Los correspondientes CUSIP se describen en el **Anexo A** adjunto.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\*     \*     \*     \*     \*

## PROCESO DE VOTACIÓN

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la Clase 59, puede emitir un voto para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

*Le recomendamos que lea atentamente la Declaración de Divulgación en su totalidad antes de emitir su voto para aceptar o rechazar el Plan.*

\*     \*     \*     \*     \*

## Cómo emitir un voto válido

Si desea emitir un voto para aceptar o rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus bonos a través del Programa de Oferta de Licitación Automática ("**ATOP**") a The Depository Trust Company ("**DTC**") de acuerdo con su deseo de votar para aceptar o rechazar el Plan.

Además, al entregar sus bonos a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido es el único voto emitido por usted por cuenta de una Reclamación de bonos, o (b) además del voto emitido, uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros bonos han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones por cuenta de bonos para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas basadas en las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de bonos, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones por cuenta de los bonos a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección yo votar para aceptar o rechazar el Plan (según proceda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para emitir un voto (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para emitir un voto es presentar válidamente sus bonos en el sobre de ATOP correspondiente en DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y**

55668-62-ES

**RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

\*    \*    \*    \*    \*

<u>**Cómo revocar un voto válido**</u>

Usted puede revocar el voto que ha emitido y retirar sus bonos presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación.

Si desea revocar su voto, debe instruir a la Persona Designada para que revoque su voto y retire sus bonos a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su voto en cualquier momento antes de la Fecha Límite de Votación, puede volver a votar en cualquier momento antes de la Fecha Límite de Votación, de acuerdo con las instrucciones anteriores para presentar un voto válido.

\*    \*    \*    \*    \*

**Presentación de información sobre numerosidad**
**(Aplicable únicamente a los tenedores beneficiarios que presenten**
<u>**más de un voto a través de ATOP**</u>)

Cualquier tenedor beneficiario de bonos que posea múltiples CUSIP de bonos y presente más de un voto a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

\*    \*    \*    \*    \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "ERS SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

## ANEXO A

| CUSIP | | | | |
|---|---|---|---|---|
| 745190AY4 | 745190MM7 | 745190TL2 | 745190YC6 | 745190YV4 |
| 745190Z92 | 745190MP0 | 745190TM0 | 745190YD4 | 745190YW2 |
| 745190CP1 | 745190MQ8 | 745190TN8 | 745190YE2 | 745190YY8 |
| 745190CQ9 | 745190MR6 | 745190TP3 | 745190YF9 | 745190YX0 |
| 745190HK7 | 745190MS4 | 745190TQ1 | 745190YG7 | 7451903D8 |
| 745181XR3 | 7451903N6 | 745190TR9 | 745190YH5 | 745190ZA9 |
| 745181XS1 | 745190QM3 | 745190TS7 | 745190YJ1 | 745190ZB7 |
| 745190KD9 | 745190QP6 | 745181B48 | 745190YK8 | 745190ZC5 |
| 745190K56 | 745190TC2 | 745181B55 | 745190YL6 | 745190ZD3 |
| 7451902S6 | 745190TD0 | 745181B63 | 745190YM4 | 745190ZE1 |
| 7451902T4 | 745190QR2 | 745181B71 | 745190YN2 | 745190ZF8 |
| 745190LA4 | 745190TE8 | 745181B89 | 745190YP7 | 745190ZG6 |
| 745190LB2 | 745190TF5 | 745181B97 | 745190YQ5 | 745190ZH4 |
| 745190L22 | 745190TG3 | 745181C21 | 745190YR3 | 745181K97 |
| 7451902X5 | 745190TH1 | 745181C39 | 745190YS1 | 7451903V8 |
| 745190MK1 | 745190TJ7 | 745181C47 | 745190YT9 | 745190Y77 |
| 745190ML9 | 745190TK4 | 745190YB8 | 745190YU6 | |

**Exhibit MM**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF VOTING INSTRUCTIONS FOR HOLDERS OF
## (I) VINTAGE PBA BOND CLAIMS (FGIC) IN CLASS 5, AND
## (II) VINTAGE CW GUARANTEE BOND CLAIMS (FGIC) IN CLASS 27

> HOLDERS OF VINTAGE PBA BOND CLAIMS (FGIC) IN CLASS 5 ALSO HOLD
> VINTAGE CW GUARANTEE BOND CLAIMS (FGIC) IN CLASS 27.

This Notice of Voting (the "**Notice**") is being sent to the beneficial holders of securities issued by the Puerto Rico Public Building Authority ("**PBA**") and guaranteed by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 5 and Class 27** of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The Vintage PBA Bonds (FGIC) and the relevant CUSIPs are described on **Exhibit A** attached hereto.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan. This Notice does not apply to Financial Guaranty Insurance Company ("FGIC").

*Vintage PBA Bond Claim (FGIC) / Vintage CW Guarantee Bond Claim Voting (FGIC)*. Holders of (i) Vintage PBA Bond Claims (FGIC) in Class 5 and (ii) Vintage CW Guarantee Bond Claims (FGIC) in Class 27 may vote to accept or reject the Plan. The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and PBA, is soliciting votes with respect to the Plan, from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan. Instructions to cast your vote are below.

**For the avoidance of doubt, holders of (i) Vintage PBA Bond Claims (FGIC) in Class 5 and (ii) Vintage CW Guarantee Bond Claims (FGIC) in Class 27 must vote all such claims consistently (either all to accept or all to reject).**

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*     \*     \*     \*     \*

## VOTING PROCESS

You may cast a vote either to accept or reject the Plan on account of your Claims in Class 5 and Class 27. Please note that you must vote all Claims consistently (either all to accept or all to reject). **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

\*     \*     \*     \*     \*

*(Continued on Next Page)*

## How to Submit a Valid Vote

If you wish to:

   (a) vote to <u>accept</u> the Plan in **Class 5** and **Class 27**, or

   (b) vote to <u>reject</u> the Plan in **Class 5** and **Class 27**,

you must instruct your Nominee to electronically deliver your Bonds via ATOP at DTC in accordance with your desire to instruct on one of (a) or (b) set forth above.

\*    \*    \*    \*    \*

In addition, by delivering your bonds via ATOP, you are certifying that:

1.  either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage PBA Bond Claim (FGIC) and Vintage CW Guarantee Bond Claim (FGIC), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting Deadline;

2.  you have voted all of your Claims on account of the bonds to which this Notice pertains to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims on account of bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any elections and/or vote to accept or reject the Plan (as applicable); and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (as applicable) (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote (as applicable) is to (i) validly tender your bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

> **THE VOTING AND ELECTION DEADLINE IS
> 5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**
>
> This date and time is referred to as the "**Voting and Election Deadline**."

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**YOU MAY, HOWEVER, TRADE OR TRANSFER YOUR TENDERED BONDS BY REVOKING YOUR VOTE AND WITHDRAWING ANY TENDERED BONDS AT ANY TIME BEFORE THE VOTING DEADLINE.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

\* \* \* \* \*

### How to Revoke a Vote

You may revoke your vote cast and withdraw your bonds tendered through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\* \* \* \* \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting More than One Vote Through ATOP)

Any beneficial holder of Vintage PBA Bonds (FGIC) that holds multiple CUSIPs of Vintage PBA Bonds (FGIC) and submits more than one vote through one or more Nominees, MUST submit (or

coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoinfo@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "PBA SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

*[Remainder of page intentionally left blank]*

**Exhibit A**

| CUSIP |
|:---:|
|  |
| 745235TG6 |

**<u>Exhibit NN</u>**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

     como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

     Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN
## PARA TENEDORES DE (I) RECLAMACIONES DE BONOS
## VINTAGE DE LA AEP (FGIC) DE LA CLASE 5, Y (II) RECLAMACIONES
## DE BONOS DE GARANTÍA VINTAGE CW (FGIC) DE LA CLASE 27

LOS TITULARES DE RECLAMACIONES DE BONOS VINTAGE PBA (FGIC) DE CLASE
5 TAMBIÉN TIENEN RECLAMOS DE BONOS DE GARANTÍA VINTAGE CW (FGIC)
DE LA CLASE 27.

     Esta Notificación de Votación (la "**Notificación**") se envía a los tenedores beneficiarios
de valores emitidos por la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**") y
garantizados por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor
y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda,
son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos
cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés
Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos
del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de
Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del
contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de
Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal
del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de
Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la
Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos
cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como
números de Caso de Quiebra debido a limitaciones del software).

"**ELA**") que dan lugar a reclamaciones bajo la **Clase 1 y la Clase 27** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2]  Los Bonos Vintage de la AEP (FGIC) y los correspondientes CUSIP se describen en el **Anexo A** adjunto.

      *Votación sobre Reclamaciones de Bonos Vintage de la AEP (FGIC) //Reclamaciones de Bonos de Garantía Vintage CW (FGIC)*. Los tenedores de (i) Reclamaciones de Bonos Vintage de la AEP (FGIC) de la Clase 5 y (ii) Reclamaciones de Bonos de Garantía Vintage CW (FGIC) de la Clase 27 pueden votar para aceptar o rechazar el Plan.  La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la AEP, convoca para la votación del Plan a los tenedores de ciertas reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP.  Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.  Las instrucciones para emitir su voto se detallan a continuación.

      **Para evitar dudas, los titulares de (i) Reclamaciones de Bonos de AEP Vintage (FGIC) en la Clase 5 y (ii) Reclamaciones de Bonos de Garantía de Vintage CW (FGIC) en la Clase 27 deben votar todas esas reclamaciones de manera unitaria (aceptar todos o rechazar todos).**

      Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación.  **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan.  Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

<p style="text-align:center">*    *    *    *    *</p>

<p style="text-align:center"><u>**PROCESO DE VOTACIÓN**</u></p>

Puede emitir un voto para aceptar o rechazar el Plan debido a sus Reclamaciones en la **Clase 5** y la **Clase 27**. Tenga en cuenta que debe votar todas las Reclamaciones de manera unitaria (ya sea

---

[2]  A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan.  Esta Notificación no es de aplicación a la Financial Guaranty Insurance Company ("FGIC").

para aceptar todas o para rechazar todas). Para que se cuente su voto, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (Hora estándar del Atlántico) el 4 de octubre de 2021.

<div align="center">

\*   \*   \*   \*   \*

(*Continúa en la página siguiente*)

</div>

### Cómo emitir un voto válido

Si desea:

    (a) votar para aceptar el Plan en la **Clase 5** y la **Clase 27**, o

    (b) votar para rechazar el Plan en la **Clase 5** y la **Clase 27**,

usted debe instruir a su Persona Designada para que entregue sus Bonos a través ATOP en DTC de acuerdo con su deseo de instruir en uno de (a) o (c) establecidos anteriormente.

<p style="text-align:center">*   *   *   *   *</p>

Además, al entregar sus Bonos a través de ATOP, usted certifica que:

1. o (a) el voto (o voto considerado, según corresponda) que ha emitido es el único voto emitido por usted por cuenta de una Reclamación de Bonos Vintage de la AEP (FGIC) y Reclamación de Bono de Garantía Vintage CW (FGIC) o (b) además del voto emitido (o voto considerado, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado por todas sus Reclamaciones por cuenta de los bonos a que se refiere esta Notificación para aceptar o rechazar el Plan y reconocer que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluyendo rechazar votos contradictorios a aceptaciones consideradas como aceptadas a base de las elecciones que ha hecho) con respecto a dichas Reclamaciones por cuenta de tales Bonos, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones por cuenta de los Bonos a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para hacer cualquier elección y/o votar para aceptar o rechazar el Plan (según corresponda; y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o considerado aceptado según sus elecciones) conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para emitir un voto (según corresponda) (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores*

*beneficiarios que presenten más de una instrucción a través de ATOP*").  El único medio para emitir un voto (según corresponda) es (i) presentar de manera válida sus Bonos en el sobre de ATOP correspondiente a DTC, Y (ii) efectuar según corresponda, la certificación requerida establecida arriba, cada una como se describe en el sistema de ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN ES
EL 4 DE OCTUBRE DE  2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Elección y Votación**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).**

**NO OBSTANTE, USTED PUEDE NEGOCIAR O TRANSFERIR SUS BONOS PRESENTADOS REVOCANDO SU VOTO Y RETIRANDO LOS BONOS PRESENTADOS EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

\*   \*   \*   \*   \*

**Cómo revocar una voto válido**

Usted puede revocar la voto que ha emitido y retirar sus Bonos presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación.

Si desea revocar su voto, debe instruir a la Persona Designada para que revoque su voto y retire sus Bonos a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro.  No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su voto en cualquier momento antes de la Fecha Límite de Votación, puede volver a votar en cualquier momento antes de la Fecha Límite de Votación, de acuerdo con las instrucciones arriba para presentar una voto válido.

\*   \*   \*   \*   \*

**Presentación de información sobre numerosidad**
**(Aplicable únicamente a los tenedores beneficiarios que presenten más de un voto a través
de ATOP)**

Cualquier tenedor beneficiario de Bonos Vintage de la AEP (FGIC) que posea múltiples CUSIP de Bonos Vintage de la AEP (FGIC) y presente más de un voto a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoinfo@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com .

\* \* \* \* \*

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "PBA SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

[*El resto de la página se deja intencionalmente en blanco*]

**Anexo A**

| CUSIP |
|:-----:|
|  |
| 745235TG6 |

**Exhibit OO**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE<br>EMPLOYEES RETIREMENT SYSTEM OF THE<br>GOVERNMENT OF THE COMMONWEALTH OF<br>PUERTO RICO, AND THE PUERTO RICO PUBLIC<br>BUILDINGS AUTHORITY,<br><br>                       Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF VOTING INSTRUCTIONS
## <u>FOR HOLDERS OF VINTAGE CW BONDS WITH CLAIMS IN CLASS 20</u>

This Notice of Voting Instructions (the "**Notice**") is being sent to the beneficial holders of securities issued by the Commonwealth of Puerto Rico (the "**Commonwealth**") giving rise to claims under **Class 20** of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (as the same may be updated, supplemented, amended and/or otherwise modified from time to time, the "**Plan**").[2] The Vintage CW Bonds and the relevant CUSIPs are described on **<u>Exhibit A</u>** attached hereto. Holders of Vintage CW Bond Claims (FGIC) may vote to accept or reject the Plan.

The Financial Oversight and Management Board for Puerto Rico (the "**Oversight Board**"), as representative of the Commonwealth, the Employees Retirement System for the Government of the Commonwealth of Puerto Rico ("**ERS**"), and the Puerto Rico Public Buildings Authority ("**PBA**"), is soliciting votes with respect to the Plan, from the holders of certain impaired Claims

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("<u>COFINA</u>") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("<u>HTA</u>") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("<u>ERS</u>") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("<u>PREPA</u>") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("<u>PBA</u>") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan. This Notice does not apply to Financial Guaranty Insurance Company ("<u>FGIC</u>").

against the Commonwealth, ERS, and PBA. By order dated August 2, 2021 (the "**Disclosure Statement Order**"), the Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, including all exhibits and attachments thereto, the "**Disclosure Statement**") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.  Instructions to cast your vote are below.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding the proper completion of this Ballot, please contact the Balloting Agent by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\*   \*   \*   \*   \*

## VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 20**, you may cast a vote either to accept or reject the Plan.  **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

\*   \*   \*   \*   \*

## How to Submit a Valid Vote

If you wish to (a) cast a vote to accept the Plan, or (b) cast a vote to reject the Plan, you must:

- instruct your broker or nominee (each, a "**Nominee**") to electronically deliver all your Vintage CW Bonds via the Automated Tender Offer Program ("**ATOP**") at The Depository Trust Company ("**DTC**") in accordance with your desire to instruct on one of (a) or (b) set forth above.

In addition, by delivering your Vintage CW Bonds via ATOP, you are certifying that:

1. either (a) your vote cast (or deemed vote, as applicable) is the only vote cast by you on account of a Vintage CW Bond Claim (FGIC), or (b) in addition to the vote cast (or deemed vote, as applicable), one or more additional votes ("**Additional Votes**") on account of other Vintage CW Bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting Deadline;

2. you have voted all of your Claims in Class 20 on account of Vintage CW Bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of Vintage CW Bonds, all votes cast by you will be disregarded;

3. you are the holder of the Claims in Class 20 on account of Vintage CW Bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to vote to accept or reject the Plan; and

4. you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast (or deemed acceptance based on your elections made) pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to (i) validly tender your Vintage CW Bonds into the proper ATOP envelope at DTC, and (ii) if applicable, make the required certification set forth above, each as described on DTC's ATOP system.

---

**THE VOTING DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP TO CAST A VOTE ONLY, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021.**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE EFFECTIVE DATE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE AT ANY TIME BEFORE THE VOTING DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE.**

\*    \*    \*    \*    \*

### How to Revoke a Valid Vote

You may revoke your desire to (a) cast a vote to accept the Plan, or (b) cast a vote to reject the Plan and withdraw your Vintage CW Bonds tendered through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke you vote (as applicable) and withdraw your Vintage CW Bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\*   \*   \*   \*   \*

### Numerosity Information Submission
### (Applicable Only for Beneficial Holders Submitting
### More than One Election and/or Vote Through ATOP)

Any beneficial holder of Vintage CW Bonds that hold multiple CUSIPs of Vintage CW Bonds and submits more than one election and/or vote (as applicable) through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "**VOIs**"). The Balloting Agent has made available a template electronic spreadsheet (the "**Numerosity Spreadsheet**") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com .

\*   \*   \*   \*   \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT**

**PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE.  PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

[*Remainder of page intentionally left blank*]

### Exhibit A

| CUSIP |
|---|
|  |
| 745145YW6 |
| 745145XZ0 |
| 745145Q70 |
| 745145Q88 |
| 745145Q96 |
| 745145R20 |
| 745145R38 |
| 745145R46 |
| 745145R53 |
| 745145T77 |
| 745145T85 |
| 74514LJU2 |
| 74514LNF0 |
| 74514LNG8 |

**Please note that this list of CUSIPs is subject to change as the Debtors complete their diligence. Please have your broker nominee refer to the comments on DTC's ATOP platform or download the final master list of CUSIPs referenced by plan classification posted to the Debtors' restructuring website at https://cases.primeclerk.com/puertorico/.**

**Exhibit PP**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| En el caso:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO,<br><br>Deudores.[1] | Título III de PROMESA<br><br>Núm. 17 BK 3283-LTS<br><br>(Con administración conjunta) |

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN PARA TENEDORES DE BONOS VINTAGE DEL ELA CON RECLAMACIONES DE LA CLASE 20

Esta Notificación de Instrucciones de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de valores emitidos por el Estado Libre Asociado de Puerto Rico (el "**Estado Libre Asociado**" o el "**ELA**") que dan lugar a reclamaciones bajo la **Clase 20** del *Séptimo Plan de Ajuste Conjunto Enmendado del Título III del Estado Libre Asociado de Puerto Rico, y otros* (con las actualizaciones, los complementos, las enmiendas y/o las modificaciones que se produzcan periódicamente, el "**Plan**").[2] Los Bonos Vintage del ELA y los correspondientes CUSIP se describen en el **Anexo A** adjunto. Los tenedores de Reclamaciones de Bonos Vintage del ELA (FGIC) podrán votar para aceptar o rechazar el Plan.

---

[1] Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan. Esta Notificación no es de aplicación a la Financial Guaranty Insurance Company ("FGIC").

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "**Junta de Supervisión**"), como representante del Estado Libre Asociado, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("**SRE**") y la Autoridad de Edificios Públicos de Puerto Rico ("**AEP**"), convoca para la votación del Plan a los tenedores de ciertas Reclamaciones afectadas contra el Estado Libre Asociado, el SRE y la AEP. Mediante orden de fecha 2 de agosto de 2021 (la "**Orden de Declaración de Divulgación**"), el Tribunal aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, "**Declaración de Divulgación**") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.   Las instrucciones para emitir su voto se detallan a continuación.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Notificación. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## PROCESO DE VOTACIÓN

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 15 o la Clase 16**, puede votar para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

\* \* \* \* \*

## Cómo presentar un voto válido

Si desea (a) emitir un voto para aceptar el Plan, o (c) emitir un voto para rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus Bonos Vintage del ELA a través del Programa Automatizado de Oferta de Presentación ("**ATOP**") en The Depository Trust Company ("**DTC**") de acuerdo con su deseo de dar instrucciones sobre uno de los puntos (a) o (b) expuestos anteriormente.

Además, al enviar sus Bonos Vintage del ELA a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido (o voto presunto, según corresponda) es el único voto emitido por usted por cuenta de una Reclamación de Bonos Vintage del ELA (FGIC), o (b) además del voto emitido (o voto presunto, según corresponda), uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros Bonos Vintage del ELA han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones de la Clase 20 por cuenta de Bonos Vintage del ELA para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas en base a las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de Bonos Vintage del ELA, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones de la Clase 20 por cuenta de los Bonos Vintage del ELA a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para votar para aceptar o rechazar el Plan; y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido (o que se considera aceptado en función de las elecciones que ha realizado) conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para emitir un voto (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para emitir un voto es (i) presentar válidamente sus Bonos Vintage del ELA en el sobre ATOP correspondiente en DTC, y (ii) si procede, hacer la certificación requerida que se indica más arriba, cada una según se describe en el sistema ATOP de DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL
ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP ÚNICAMENTE PARA EMITIR SU VOTO, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4**

**DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA.**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA DE VIGENCIA, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

**NO OBSTANTE, PUEDE REVOCAR SU VOTO EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN.**

\*   \*   \*   \*   \*

<u>**Cómo revocar un voto válido**</u>

Puede revocar su deseo de (a) emitir un voto para aceptar el Plan, o (c) emitir un voto para rechazar el Plan y retirar sus Bonos Vintage del ELA presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación.

Si desea revocar su voto, debe instruir a la Persona Designada para que revoque su voto y retire sus Bonos Vintage del ELA a través de ATOP en DTC (retiro que será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su voto en cualquier momento antes de la Fecha Límite de Votación, puede votar en cualquier momento antes de la Fecha Límite de Votación, de acuerdo con las instrucciones para presentar una voto válido anteriores.

\*   \*   \*   \*   \*

**Presentación de información sobre numerosidad**
**(Aplicable únicamente a los tenedores beneficiarios que presenten más de una elección y/o voto a través de ATOP)**

Cualquier tenedor beneficiario de Bonos Vintage del ELA que posea múltiples CUSIP de Bonos Vintage del ELA y presente más de una elección y/o voto (según proceda) a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Case:17-03283-LTS Doc#:18690-7 Filed:10/23/21 Entered:10/23/21 23:34:45 Desc:Main
Document Exhibit 14 Page 394 389 26 427

55668-05b-2-ES

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si prevé alguna dificultad para presentar su Hoja de Cálculo de Numerosidad en formato Excel, póngase en contacto con Prime Clerk llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico en puertoricoballots@primeclerk.com.

*   *   *   *   *

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "COMMONWEALTH SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

[*El resto de la página se deja intencionalmente en blanco*]

**Anexo A**

| CUSIP |
|---|
|  |
| 745145YW6 |
| 745145XZ0 |
| 745145Q70 |
| 745145Q88 |
| 745145Q96 |
| 745145R20 |
| 745145R38 |
| 745145R46 |
| 745145R53 |
| 745145T77 |
| 745145T85 |
| 74514LJU2 |
| 74514LNF0 |
| 74514LNG8 |

**Exhibit QQ**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<table>
<tr>
<td>

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, THE
EMPLOYEES RETIREMENT SYSTEM OF THE
GOVERNMENT OF THE COMMONWEALTH OF
PUERTO RICO, AND THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY,

                             Debtors.[1]

</td>
<td>

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

</td>
</tr>
</table>

## NOTICE OF VOTING INSTRUCTIONS
## FOR HOLDERS OF CLAIMS IN CLASS 61 (CW/PRIFA RUM TAX CLAIMS)

        The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), is soliciting votes with respect to the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or modified, the "Plan") [ECF No. 17627], from the holders of certain impaired Claims against the Commonwealth, ERS, and PBA.

        By order dated August 2, 2021 (the "Disclosure Statement Order"), the District Court approved the *Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (as the same may be amended or

---

[1]    The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]    PROMESA is codified at 48 U.S.C. §§ 2101-2241.

modified, including all exhibits and attachments thereto, the "Disclosure Statement") [ECF No. 17628], and authorized the Debtors to solicit votes with respect to the acceptance or rejection of the Plan.

This Notice of Voting Instructions (the "Notice") is being sent to the beneficial holders of claims under **Class 61 (CW/PRIFA Rum Tax Claims)** of the Plan.[3] The relevant CUSIPs associated with such claims are described on **Exhibit A** attached hereto.

Copies of the Plan and Disclosure Statement are enclosed in the package containing this Notice. **All capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Plan. If you have any questions regarding this Notice, please contact the Balloting Agent, Prime Clerk, LLC, by telephone at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## VOTING PROCESS

If you are a beneficial holder of securities giving rise to Impaired Claims in **Class 61**, you may cast a vote either to accept or reject the Plan. **To have your vote counted, you must properly vote in accordance with these instructions no later than 5:00 p.m. (Atlantic Standard Time) on October 4, 2021.**

*You are encouraged to review the entire Disclosure Statement before casting your vote to accept or reject the Plan.*

\* \* \* \* \*

## How to Submit a Valid Vote

If you wish to cast a vote to accept or reject the Plan, you must:

- instruct your broker or nominee (each, a "Nominee") to electronically deliver your bonds via the Automated Tender Offer Program ("ATOP") at The Depository Trust Company ("DTC") in accordance with your desire to vote to accept or reject the Plan.

In addition, by delivering your bonds via ATOP, you are certifying that:

1. either (a) your vote cast is the only vote cast by you on account of a CW/PRIFA Rum Tax Claim, or (b) in addition to the vote cast, one or more additional votes ("Additional Votes")

---

[3] Unless otherwise defined herein, each capitalized term used herein shall have the meaning given to it in the Plan. This Notice does not apply to any Monoline.

1

on account of other bonds have been cast by one or more Nominees, and you have provided (or coordinated with your Nominee to provide) the Numerosity Spreadsheet (as defined below) to the Balloting Agent by the Voting and Election Deadline;

2.  you have voted all of your Claims on account of your bonds to either accept or reject the Plan and acknowledge that no split votes will be permitted, and that if you cast conflicting votes (including reject votes conflicting to deemed acceptances based on your elections made) in respect of such Claims on account of such bonds, all votes cast by you will be disregarded;

3.  you are the holder of the Claims on account of the bonds to which this Notice pertains or is an authorized signatory of such holder, and has full power and authority to make any vote to accept or reject the Plan (as applicable); and

4.  you have been provided with a copy of the Plan, Disclosure Statement, and Disclosure Statement Order, and acknowledge that the vote cast pursuant to these instructions is subject to all the terms and conditions set forth in the Plan, Disclosure Statement, and Disclosure Statement Order.

No paperwork is required to be delivered to Prime Clerk LLC to cast a vote (except in the limited circumstance noted below in the section titled "*Numerosity Information Request – Applicable Only for Beneficial Holders Submitting More Than One Instruction Through ATOP*"). The sole means of casting a vote is to validly tender your bonds into the proper ATOP envelope at DTC.

---

**THE VOTING DEADLINE IS
5:00 P.M. (ATLANTIC STANDARD TIME) ON OCTOBER 4, 2021.**

This date and time is referred to as the "**Voting Deadline**."

---

**PLEASE TAKE NOTICE THAT IF YOU TENDER YOUR BONDS THROUGH ATOP, IT IS ANTICIPATED THAT YOU WILL BE RESTRICTED FROM TRANSFERRING YOUR BONDS UNTIL IMMEDIATELY AFTER THE VOTING DEADLINE ONCE DTC RELEASES YOUR BONDS FROM ATOP IN ACCORDANCE WITH ITS CUSTOMARY PROCEDURES (WHICH RELEASE FROM ATOP IS EXPECTED TO BE ON OR AS SOON AS POSSIBLE AFTER OCTOBER 4, 2021).**

**IF YOU DESIRE TO RETAIN THE ABILITY TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE, THEN YOU SHOULD NOT TENDER YOUR BONDS THROUGH ATOP.**

**YOU MAY, HOWEVER, REVOKE YOUR VOTE AT ANY TIME BEFORE THE VOTING DEADLINE AND WITHDRAW ANY TENDERED BONDS IF YOU DESIRE TO TRADE OR TRANSFER YOUR BONDS PRIOR TO THE VOTING DEADLINE.**

**PLEASE NOTE: THE DEBTORS MAY COORDINATE WITH DTC TO ADJUST THE PROCESS FOR COLLECTING VOTES THROUGH ATOP TO AVOID THE NEED TO**

**RESTRICT YOUR BONDS FROM TRANSFERRING, IN WHICH CASE, THE RECORD DATE SHALL BE JULY 13, 2021.**

\* \* \* \* \*

## How to Revoke a Valid Vote

You may revoke your vote case and withdraw your bonds tendered to through DTC's ATOP at any time on or before the Voting Deadline.

If you wish to revoke your vote, you must instruct your Nominee to revoke your vote and withdraw your bonds via ATOP at DTC (which withdrawal will be confirmed by Prime Clerk LLC once notified by DTC of the withdrawal request). No paperwork is required to be delivered to Prime Clerk LLC to effectuate the revocation.

If you revoke your vote any time before the Voting Deadline, you may vote again at any time before the Voting Deadline, in accordance with the instructions to submit a valid vote above.

\* \* \* \* \*

## Numerosity Information Submission
## (Applicable Only for Beneficial Holders Submitting
## More than One Vote Through ATOP)

Any beneficial holder of bonds that hold multiple CUSIPs of such bonds and submits more than one vote through one or more Nominees, MUST submit (or coordinate with your Nominee(s) to submit) a list of all such ATOP instruction confirmation numbers (also referred to as ATOP voluntary offer instructions or "VOIs"). The Balloting Agent has made available a template electronic spreadsheet (the "Numerosity Spreadsheet") on its website at: https://cases.primeclerk.com/puertorico (click on the link titled "Numerosity Spreadsheet").

Please return (or coordinate with your Nominee to return) the Numerosity Spreadsheet to the Balloting Agent in excel format via email to puertoricoballots@primeclerk.com. If you anticipate any difficulty in submitting your Numerosity Spreadsheet in excel format, please contact Prime Clerk at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers) or by e-mail at puertoricoballots@primeclerk.com.

\* \* \* \* \*

If you have any questions about your holdings, please contact your Nominee. Additionally, you must contact your Nominee to take any action described above.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS NOTICE, PLEASE CONTACT THE BALLOTING AGENT, PRIME CLERK, LLC, BY TELEPHONE AT (844) 822-9231 (TOLL FREE FOR U.S. AND PUERTO RICO) OR (646) 486-7944 (FOR INTERNATIONAL CALLERS), AVAILABLE 10:00 A.M. TO 7:00 P.M. (ATLANTIC**

Case:17-03283-LTS Doc#:18690-7 Filed:10/23/21 Entered:10/23/21 23:44:45 Desc:Main
Document Exhibit 147 Page 401 of 426
21i-2

Case:17-03283-LTS Doc#:16907 Filed:06/23/21 Entered:06/23/21 23:34:45 Desc:Main
Debtors Exhibit 14 Page 401 of 427

**STANDARD TIME) (SPANISH AVAILABLE), OR BY EMAIL AT PUERTORICOINFO@PRIMECLERK.COM AND REFERENCE "COMMONWEALTH SOLICITATION" IN THE SUBJECT LINE. PLEASE NOTE THAT PRIME CLERK LLC IS NOT AUTHORIZED TO PROVIDE, AND WILL NOT PROVIDE, LEGAL ADVICE.**

**Exhibit A**

| CUSIP | |
|---|---|
| 745220EY5 | 745220JG9 |
| 745220EZ2 | 745220JH7 |
| 745220JX2 | 745220JJ3 |
| 745220JY0 | 745220JK0 |
| 745220JZ7 | 745220JL8 |
| 745220JD6 | 745220JM6 |
| 745220KA0 | 745220JN4 |
| 745220JE4 | 745220JP9 |
| 745220JF1 | 745220JQ7 |

**Exhibit RR**

## ANTE EL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS
## PARA EL DISTRITO DE PUERTO RICO

En el caso:

LA JUNTA DE SUPERVISIÓN Y
ADMINISTRACIÓN FINANCIERA PARA PUERTO
RICO,

      como representante de

EL ESTADO LIBRE ASOCIADO DE PUERTO RICO,
EL SISTEMA DE RETIRO DE LOS EMPLEADOS
DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO
DE PUERTO RICO Y LA AUTORIDAD DE
EDIFICIOS PÚBLICOS DE PUERTO RICO,

                        Deudores.[1]

Título III de PROMESA

Núm. 17 BK 3283-LTS

(Con administración conjunta)

## NOTIFICACIÓN DE INSTRUCCIONES DE VOTACIÓN
## PARA TENEDORES DE RECLAMACIONES DE LA
## CLASE 61 (RECLAMACIONES ELA/IMPUESTO AL RON DE AFI)

       La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), como representante del Estado Libre Asociado de Puerto Rico (el "Estado Libre Asociado" o el "ELA"), el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") y la Autoridad de Edificios Públicos de Puerto Rico ("AEP"), en conformidad con la sección 315(b) de la *Ley de Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA")[2] (se hace referencia a la Junta de Supervisión, en su carácter de representante del ELA, el SRE y la AEP como los "Deudores"), convoca para la votación del *Séptimo Plan de Ajuste Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros,* de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, el "Plan") [ECF Núm. 17627], a los tenedores de determinadas Reclamaciones afectadas contra el

---

[1]  Los Deudores en estos Casos del Título III, junto con el número de caso de Título III respectivo de cada Deudor y los últimos cuatro (4) dígitos del número de identificación fiscal federal de cada Deudor, según corresponda, son (i) el Estado Libre Asociado (ELA) de Puerto Rico (Caso de Quiebra Núm. 17-BK-3283- LTS) (Últimos cuatro dígitos del Número de identificación fiscal federal: 3481); (ii) la Corporación del Fondo de Interés Apremiante ("COFINA") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3284-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 8474); (iii) la Autoridad de Carreteras y Transportación ("ACT") de Puerto Rico (Núm. de Caso de Quiebra 17-BK-3567-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3808); (iv) el Sistema de Retiro de los Empleados del Estado Libre Asociado de Puerto Rico ("SRE") (Núm. de Caso de Quiebra 17-BK-3566-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 9686); (v) la Autoridad de Energía Eléctrica ("AEE") de Puerto Rico (Núm. de Caso de Quiebra 17- BK-4780-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3747); y (vi) la Autoridad de Edificios Públicos ("AEP") de Puerto Rico (Núm. de Caso de Quiebra 19-BK-5523-LTS) (Últimos cuatro dígitos del Número federal del contribuyente: 3801) (Los números de caso de Título III figuran como números de Caso de Quiebra debido a limitaciones del software).

[2]  PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

ELA, el SRE y la AEP.

Mediante orden de fecha 2 de agosto de 2021 (la "Orden de Declaración de Divulgación"), el Tribunal de Distrito aprobó la *Declaración de Divulgación del Séptimo Plan de Ajuste Conjunto Enmendado de Título III del Estado Libre Asociado de Puerto Rico, y otros*, de fecha 30 de julio de 2021 (con sus posibles modificaciones o enmiendas, incluyendo todos los anexos y apéndices a esta, la "Declaración de Divulgación") [ECF Núm. 17628], y autorizó a los Deudores a convocar a la votación con respecto a la aceptación o rechazo del Plan.

Esta Notificación de Instrucciones de Votación (la "**Notificación**") se envía a los tenedores beneficiarios de reclamaciones bajo la **Clase 61 (Reclamaciones ELA/Impuesto al Ron de AFI)** del Plan.[3] Los correspondientes CUSIP se describen en el **Anexo A** adjunto.

Se adjuntan copias del Plan y de la Declaración de Divulgación en el paquete que contiene esta Papeleta. **Todos los términos en mayúsculas que se utilizan pero que no se definen de otro modo en el presente tendrán el significado que se les atribuye en el Plan. Si tiene alguna duda sobre cómo completar correctamente esta Papeleta, comuníquese con el Agente de Votación, Prime Clerk, LLC, por teléfono llamando al (844) 822-9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (disponible en español), o por correo electrónico enviando un mensaje a puertoricoinfo@primeclerk.com.**

\* \* \* \* \*

## PROCESO DE VOTACIÓN

Si usted es un tenedor beneficiario de valores que dan lugar a Reclamaciones Afectadas de la **Clase 61**, puede emitir un voto para aceptar o rechazar el Plan. **Para que su voto sea contabilizado, debe votar correctamente de acuerdo con estas instrucciones a más tardar a las 5:00 p.m. (hora estándar del Atlántico) del 4 de octubre de 2021.**

*Le recomendamos que lea atentamente la Declaración de Divulgación en su totalidad antes de emitir su voto para aceptar o rechazar el Plan.*

\* \* \* \* \*

## Cómo emitir un voto válido

Si desea emitir un voto para aceptar o rechazar el Plan, debe:

- dar instrucciones a su corredor o persona designada (cada uno de ellos, una "**Persona Designada**") para que entregue electrónicamente sus bonos a través del Programa de Oferta de Licitación Automática ("**ATOP**") a The Depository Trust Company ("**DTC**") de acuerdo con su deseo de votar para aceptar o rechazar el Plan.

---

[3] A menos que se defina de otro modo en el presente, cada término en mayúsculas utilizado en este documento tendrá el significado que se le da en el Plan. Esta Notificación no se aplica a ninguna aseguradora monolínea.

2

Además, al entregar sus bonos a través de ATOP, usted certifica que:

1. (a) el voto que ha emitido es el único voto emitido por usted por cuenta de una Reclamación de bonos, o (b) además del voto emitido, uno o más votos adicionales ("**Votos Adicionales**") por cuenta de otros bonos han sido emitidos por una o más Personas Designadas, y usted ha proporcionado (o ha coordinado con la Persona Designada para que proporcione) la Planilla de Numerosidad (según se define a continuación) al Agente de Votación antes de la Fecha Límite de Votación;

2. ha votado todas sus Reclamaciones por cuenta de bonos para aceptar o rechazar el Plan y reconoce que no se permitirán las votaciones divididas, y que si emite votos contradictorios (incluidos los votos de rechazo que contradigan las aceptaciones presuntas basadas en las elecciones que ha realizado) con respecto a dichas Reclamaciones por cuenta de bonos, todos los votos emitidos por usted se desestimarán;

3. usted es el tenedor de las Reclamaciones por cuenta de los bonos a los que se refiere esta Notificación o es un signatario autorizado de dicho tenedor, y tiene pleno poder y autoridad para realizar cualquier elección yo votar para aceptar o rechazar el Plan (según proceda); y

4. ha recibido una copia del Plan, de la Declaración de Divulgación y de la Orden de Declaración de Divulgación, y reconoce que el voto emitido conforme a estas instrucciones está sujeto a todos los términos y condiciones establecidos en el Plan, la Declaración de Divulgación y la Orden de Declaración de Divulgación.

No es necesario entregar ningún documento a Prime Clerk LLC para emitir un voto (excepto en la circunstancia limitada que se indica a continuación en la sección titulada "*Solicitud de información de numerosidad – Aplicable únicamente a los tenedores beneficiarios que presenten más de una instrucción a través de ATOP*"). El único medio para emitir un voto es presentar válidamente sus bonos en el sobre de ATOP correspondiente en DTC.

---

**LA FECHA LÍMITE PARA LA VOTACIÓN ES
EL 4 DE OCTUBRE DE 2021 A LAS 5:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO).**

Esta fecha y hora se denomina "**Fecha Límite de Votación**".

---

**TENGA EN CUENTA QUE SI PRESENTA SUS BONOS A TRAVÉS DE ATOP, SE PREVÉ QUE NO PODRÁ TRANSFERIR SUS BONOS HASTA INMEDIATAMENTE DESPUÉS DE LA FECHA LÍMITE DE VOTACIÓN, UNA VEZ QUE DTC LIBERE SUS BONOS DE ATOP DE ACUERDO CON SUS PROCEDIMIENTOS HABITUALES (LIBERACIÓN PREVISTA PARA EL 4 DE OCTUBRE DE 2021 O TAN PRONTO COMO SEA POSIBLE DESPUÉS DE ESA FECHA).**

**SI DESEA MANTENER LA CAPACIDAD DE NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN, ENTONCES NO DEBE PRESENTAR SUS BONOS A TRAVÉS DE ATOP.**

Case:17-03283-LTS Doc#:18690-7 Filed:10/23/21 Entered:10/23/21 23:34:45 Desc:Main
Document Exhibit 14 Page 407 409 26 427

55668-21i-2-ES

**NO OBSTANTE, PUEDE REVOCAR SU VOTO O SU ELECCIÓN EN CUALQUIER MOMENTO ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN Y RETIRAR LOS BONOS PRESENTADOS SI DESEA NEGOCIAR O TRANSFERIR SUS BONOS ANTES DE LA FECHA LÍMITE DE VOTACIÓN Y ELECCIÓN.**

**NOTA: LOS DEUDORES DEBEN COORDINARSE CON DTC PARA AJUSTAR EL PROCESO DE RECUENTO DE VOTOS A TRAVÉS DE ATOP, CON EL OBJETO DE EVITAR LA NECESIDAD DE RESTRINGIR LA TRANSFERENCIA DE SUS BONOS, EN CUYO CASO LA FECHA DE REGISTRO SERÁ EL 13 DE JULIO DE 2021.**

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><u><strong>Cómo revocar un voto válido</strong></u></p>

Usted puede revocar el voto que ha emitido y retirar sus bonos presentados a través de ATOP de DTC en cualquier momento en o antes de la Fecha Límite de Votación.

Si desea revocar su voto, debe instruir a la Persona Designada para que revoque su voto y retire sus bonos a través de ATOP en DTC (cuyo retiro será confirmado por Prime Clerk LLC una vez que DTC notifique la solicitud de retiro). No es necesario entregar ningún documento a Prime Clerk LLC para efectuar la revocación.

Si usted revoca su voto en cualquier momento antes de la Fecha Límite de Votación, puede volver a votar en cualquier momento antes de la Fecha Límite de Votación, de acuerdo con las instrucciones anteriores para presentar un voto válido.

<p style="text-align:center">*   *   *   *   *</p>

<p style="text-align:center"><strong>Presentación de información sobre numerosidad</strong><br/><strong>(Aplicable únicamente a los tenedores beneficiarios que presenten</strong><br/><u><strong>más de un voto a través de ATOP</strong></u>)</p>

Cualquier tenedor beneficiario de bonos que posea múltiples CUSIP de bonos y presente más de un voto a través de una o más Personas Designadas, DEBE presentar (o coordinar con la(s) Persona(s) Designada(s) para que presenten) una lista de todos esos números de confirmación de instrucciones de ATOP (también denominados instrucciones de oferta voluntaria de ATOP o "**VOI**"). El Agente de Votación ha publicado una plantilla de hoja de cálculo electrónica (la "**Planilla de Numerosidad**") en su sitio web: https://cases.primeclerk.com/puertorico (haga clic en el enlace titulado "Planilla de Numerosidad").

Sírvase devolver (o coordine con su Persona Designada para que la devuelva) la Planilla de Numerosidad al Agente de Votación en formato Excel por correo electrónico a puertoricoballots@primeclerk.com. Si cree que puede tener alguna dificultad para presentar su Planilla de Numerosidad en formato Excel, comuníquese con Prime Clerk llamando al (844) 822-

<p style="text-align:center">4</p>

9231 (llamada gratuita para Estados Unidos y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales) o por correo electrónico enviando un mensaje a puertoricoballots@primeclerk.com.

<p align="center">*   *   *   *   *</p>

Si tiene alguna pregunta sobre sus participaciones, comuníquese con la Persona Designada. Además, debe comunicarse con la Persona Designada para realizar cualquiera de las acciones descritas anteriormente.

**SI TIENE ALGUNA PREGUNTA SOBRE ESTA NOTIFICACIÓN, COMUNÍQUESE CON EL AGENTE DE VOTACIÓN, PRIME CLERK, LLC, POR TELÉFONO LLAMANDO AL (844) 822-9231 (GRATUITO PARA ESTADOS UNIDOS Y PUERTO RICO) O AL (646) 486-7944 (PARA LLAMADAS INTERNACIONALES), DE 10:00 A.M. A 7:00 P.M. (HORA ESTÁNDAR DEL ATLÁNTICO) (DISPONIBLE EN ESPAÑOL), O POR CORREO ELECTRÓNICO ENVIANDO UN MENSAJE A PUERTORICOINFO@PRIMECLERK.COM CON LA REFERENCIA "COMMONWEALTH SOLICITATION" EN EL RENGLÓN DE ASUNTO. TENGA EN CUENTA QUE PRIME CLERK LLC NO ESTÁ AUTORIZADO A PROPORCIONAR ASESORAMIENTO JURÍDICO Y NO LO HARÁ.**

55668-21i-2-ES

**Anexo A**

| CUSIP | |
|---|---|
| | |
| 745220EY5 | 745220JG9 |
| 745220EZ2 | 745220JH7 |
| 745220JX2 | 745220JJ3 |
| 745220JY0 | 745220JK0 |
| 745220JZ7 | 745220JL8 |
| 745220JD6 | 745220JM6 |
| 745220KA0 | 745220JN4 |
| 745220JE4 | 745220JP9 |
| 745220JF1 | 745220JQ7 |

**Exhibit SS**

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| BROADRIDGE REORG PLUS | JOB E26218 E26227 E26215 E26228 | E26219 E26221 E26220 E26222 E26223 | 51 MERCEDES WAY | EDGEWOOD | NY | 11717 | US |
| MEDIANT COMMUNICATIONS | ATTN Stephany Hernandez | 100 Demarest Drive | | WAYNE | NJ | 07470 0000 | US |
| DEPOSITORY TRUST CO | ATTN ED HAIDUK | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | US |
| DEPOSITORY TRUST CO | ATTN HORACE DALEY | 55 WATER STREET | 25TH FLOOR | NEW YORK | NY | 10041 | US |
| AFLAC INCORPORATED DRS 7815 | ATTN JOAN DIBLASI OR REORG MGR | 1932 WYNNTON ROAD | | COLUMBUS | GA | 31999 | US |
| ALLIANT SECURITIES INC 8084 | ATTN MELODY GRINNELL OR REORG MGR | 695 NORTH LEGACY RIDGE DR SUITE 300 | | LIBERTY LAKE | WA | 99019 | US |
| ALPINE ASSOCIATES 0491 | Attn REORG Manager | 574 Sylvan ave | | Englewood Cliffs | NY | 07632-0000 | US |
| ALPINE PARTNERS LP 0439 | Attn REORG Manager | 574 Sylvan ave | | Englewood Cliffs | NY | 07632-0000 | US |
| ALPINE SECURITIES CORP 8072 | ATTN Chris Doubek OR REORG MGR | 39 Exchange Place | | SALT LAKE CITY | UT | 84111 | US |
| AMALGAMATED BANK 2352 | ATTN STEPHEN ERB OR REORG DEPT | 275 7TH AVE 9TH FL | | NEW YORK | NY | 10001 | US |
| AMALGAMATED BANK CHICAGO 1574 2567 | ATTN BERNETTA SMITH OR REORG MGR | ONE WEST MONROE STREET | | CHICAGO | IL | | US |
| AMERICAN ENTERPRISE 0216 0756 2146 | ATTN REORG MGR | 2178 AMERIPRISE FINANCIAL CENTER | ROUTING S6 2178 | MINNEAPOLIS | MN | 55474 | US |
| AMERICAN ENTERPRISE 7260 | ATTN REORG MGR | 2723 AMERIPRISE FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | US |
| AMERICAN ENTERPRISE INVEST SER 0216 | ATTN MARY WALKER OR REORG DEPT | 2178 AXP FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | US |
| AMERIPRISE 0216 0756 | ATTN TOM EBERHART OR REORG MGR | 2178 AMP FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | US |
| AMERIPRISE 0756 | ATTN ERIN M STIELER OR REORG MGR | 682 AMP FINANCIAL CENTER | | MINNEAPOLIS | MN | 55474 | US |
| AMERIPRISE 0756 | ATTN GREG WRAALSTAD OR REORG MGR | 901 3RD AVE SOUTH | | MINNEAPOLIS | MN | 55474 | US |
| ASSOCIATED BANK 2257 | ATTN BETH DRAVILLION OR REORG MGR | 433 MAIN STREET | 5TH FLOOR | GREEN BAY | WI | 54301 | US |
| BAIRD CO INCORPORATED 0547 | ATTN JANE ERBE OR REORG MGR | 777 E WISCONSIN AVENUE | | MILWAUKEE | WI | 53202 | US |
| BANC BILBAO VIZCAYA ARGENTARIA 2461 | ATTN NANCY CHENG OR REORG MGR | 1345 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10105 | US |
| BANC OF AMERICA SECS AFFILIATE 0774 | ATTN JOHN BYRNE OR REORG MGR | 100 WEST 33RD STREET | | NEW YORK | NY | 10001 | US |
| BANC OF AMERICA SECURITIES 0773 | ATTN JOHN DOLAN OR REORG MGR | 100 W 33RD STREET | 3RD FLOOR | NEW YORK | NY | 10001 | US |
| BANC OF AMERICA SPECIALIST INC 0020 | ATTN REORG MGR | 222 BROADWAY | 11TH FLOOR | NEW YORK | NY | 10038 | US |
| BANCA IMI SECURITIES CORP 0136 | ATTN REORG MGR | One William Street | | New York | NY | 10004 | US |
| BANK NEW YORK BARCLAYS 2196 2491 | LISA FALSETTI OR REORG DEPT | 525 WILLIAM PENN PLACE | ROOM 0300 | PITTSBURGH | PA | 15259 | US |
| Bank of America Corporate Actions | 222 Broadway | 11th Floor | | NEW YORK | NY | 10038 | US |
| BANK OF AMERICA LASALLE BANK 1581 | ATTN GEORGE EARL OR REORG MGR | 135 S LASALLE STREET SUITE 1860 | | CHICAGO | IL | 60603 | US |
| BANK OF AMERICA LASALLE BANK 2251 | ATTN RICK LEDENBACH OR REORG MGR | 135 SOUTH LASALLE STREET SUITE 1811 | | CHICAGO | IL | 60603 | US |
| BANK OF NOVA SCOTIA NY AGENCY 2347 | ATTN LILIAN SAMUELS OR REORG MGR | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | US |
| BANK OF NOVA SCOTIA NY AGENCY 2531 | ATTN KEITH PECKHOLDT OR REORG MGR | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 | US |
| BANK OF NOVA SCOTIA SIL CDS 4841 | ATTN HEATHER ALLICE OR REORG MGR | 44 KING STREET WEST SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CA |
| BARCLAY CAP 229 7256 7254 8455 7263 | ATTN Anthony Sciaraffo or REORG MGR | 745 SEVENTH AVENUE | 16TH FLOOR | NEW YORK | NY | 10019 | US |
| BARCLAY CAP 229 8455 7256 7254 5101 | ATTN ANTHONY SCIARAFFO CORP ACT | 745 SEVENTH AVENUE | 16TH FLOOR | NEW YORK | NY | 10019 | US |
| BB T SECURITIES0702 | ATTN JESSE W SPROUSE OR REORG DEPT | 8006 DISCOVERY DRIVE | SUITE 200 | RICHMOND | VA | 23229 | US |
| BB T SECURITIES0702 | ATTN RICKY JACKSON OR REORG DEPT | CORPORATE ACTIONS | 8006 DISCOVERY DRIVE | RICHMOND | VA | 23229 | US |
| BBS SECURITIES INC CDS 5085 | DEBORAH CARLYLE | 4100 YONGE ST | SUITE 506 | TORONTO | ON | M2P 2B5 | CA |
| BGC FINANCIAL BGC BROKERS 5271 | ATTN ALFREDO ARCHIBALD OR REORG MGR | 110 EAST 59TH STREET 7TH FLOOR | | NEW YORK | NY | 10022 | US |
| BGC FINANCIAL LP 0537 | ATTN REORG MGR | 110 E 59th Street | 7th Floor | New York | NY | 10005 | US |
| BLACKMONT CAPITAL INC 5025 | ATTN HADRIAN ABBOTT OR REORG MGR | BCE PLACE 181 BAY ST 181 BAY ST STE | | TORONTO | ON | M5J 2T3 | CA |
| BLACKROCK INSTITUTIONAL TRUST 2962 | ATTN LINDA SELBACH OR REORG MGR | 45 FREMONT STREET | | SAN FRANCISCO | CA | 94120 7101 | US |
| BMO CAPITAL MARKET CORP PALOMA 5221 | ATTN B LESLIE OR REORG MGR | 2 AMERICAN LANE | | GREENWICH | CT | 06836-0000 | US |
| BMO CAPITAL MARKETS CORP 0045 | ATTN JOHN FINERTY OR REORG MGR | 3 TIMES SQUARE | | NEW YORK | NY | 10036 | US |
| BMO NESBITT BURNS BMO TRUST CO 4712 | ATTN ANDREA CONSTAND OR REORG MGR | 1 First Canadian Place | | TORONTO | ON | M5X 1H3 | CA |
| BMO NESBITT BURNS INC CDS 5043 | ATTN LOUISE TORANGEAU | 1 FIRST CANADIAN PLACE 13TH FL | | TORONTO | ON | M5X 1H3 | CA |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 14

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| BMO NESBITT BURNS TRADING 0018 | ATTN REORG MGR | 3 TIMES SQUARE 28TH FLOOR | | NEW YORK | NY | 10036 | US |
| BMOCM BONDS 5257 | ATTN EDWARD COLLETON OR REORG MGR | 3 TIMES SQUARE | | NEW YORK | NY | 10036 | US |
| BNP 1569 2147 2154 2787 2884 2885 | ATTN DEAN GALLI OR REORG DEPT | 525 Washington Blvd 7th floor | | JERSEY CITY | NJ | 07310-0000 | US |
| BNP PARIBA NY BRNCH PARIS BNDS 7382 | ATTN MATTHEW ROMANO OR REORG MGR | 787 SEVENTH AVENUE | | NEW YORK | NY | 10019 | US |
| BNP PARIBAS LONDON BONDS 5153 | ATTN RADMILA RADISA OR REORG MGR | 787 7TH AVENUE 29TH FLOOR | | NEW YORK | NY | 10019 | US |
| BNP PARIBAS NEW YORK BRANCH 2147 | ATTN G BANFI AARON COLIE REORG MGR | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310 0000 | US |
| BNP PARIBAS NEW YORK BRANCH 2322 | ATTN RUPERT KENNEDY OR REORG MGR | 787 7TH AVENUE 8TH FLOOR | | NEW YORK | NY | 10019 | US |
| BNP PARIBAS NY BRANCH 1569 2787 | ATTN DEAN GALLI OR REORG DEPT | 525 WASHINGTON BLVD | 9TH FLOOR | JERSEY CITY | NJ | 07310-0000 | US |
| BNP PARIBAS PRIME BROKERAGE 2154 | ATTN GENE BANFI OR REORG MGR | 525 WASHINGTON BLVD 9TH FLOOR | | JERSEY CITY | NJ | 07310-0000 | US |
| BNP PARIBAS SECURITIES CORP 0049 | ATTN REORG MGR | 525 Washington Blvd | 9th Floor | Jersey City | NJ | 07310-0000 | US |
| BNP PARIBAS SECURITIES FI 0630 | ATTN ROBERT ALONGI OR REORG MGR | 787 7TH AVENUE 29TH FLOOR | | NEW YORK | NY | 10019 | US |
| BNY CACLUX 8320 | ATTN EVENTS CREATION OR REORG MGR | 500 GRANT STREET | ROOM 151 2700 | PITTSBURGH | PA | 15258 | US |
| BNY CAYMEN 2802 | ATTN MITCHEL SOBEL | 401 SOUTH SALINA STREET | 2ND FLOOR | SYRACUSE | NY | 13202 | US |
| BNY CHARLE 2336 | ATTN EVENT CREATION DEPARTMENT | 500 GRANT STREET | ROOM 151 2700 | PITTSBURGH | PA | 15258 | US |
| BNY CONVERGEX EXECUTION 0100 | ATTN REORG MGR | 500 GRANT STREET | ROOM 151 2700 | PITTSBURGH | PA | 15258 | US |
| BNY MELLON ITC INVESTMENT 2206 | ATTN BRIAN MARNELL OR REORG MGR | 525 WILLIAM PENN PLACE ROOM 0300 | | PITTSBURGH | PA | 15259 | US |
| BNY MELLON NE TRUST 0954 | ATTN BETH STIFFLER OR REORG MGR | 525 WILLIAM PENN PLACE | SUITE 300 | PITTSBURGH | PA | 15259 | US |
| BNY NA 8420 | ATTN EVENT CREATION DEPARTMENT | 500 GRANT STREET | ROOM 151 2700 | PITTSBURGH | PA | 15258 | US |
| BNY SBL PB 2103 | RAY CESARO OR REORG DEPT | ONE WALL STREET | | NEW YORK | NY | 10286 | US |
| BNY SBL PB 2103 | ATTN JENNIFER MAY OR REORG MGR | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | US |
| BNY WEALTH 8275 | ATTN KEVIN KELLY OR REORG MGR | TWO BNY MELLON CENTER | 525 WILLIAM PENN PL STE 1215 | PITTSBURGH | PA | 15259 | US |
| BNY WEALTH 8275 | ATTN BETH COYLE OR REORG MGR | TWO BNY MELLON CENTER | 525 WILLIAM PENN PL STE 1215 | PITTSBURGH | PA | 15259 | US |
| BNY WEALTH MANAGEMENT | ATTN BETH COYLE | TWO BNY MELLON CENTER CORP ACT UNIT | 525 WILLIAM PENN PL 12TH FL | PITTSBURGH | PA | 15259 | US |
| BNYM OZDTC 2731 | ATTN EVENT CREATION DEPARTMENT | 500 GRANT STREET | ROOM 151 2700 | PITTSBURGH | PA | 15258 | US |
| BNYM REETF 0963 | ATTN JENNIFER MAY | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | US |
| BNYMELLON SPECIAL PROCESSING 2292 | ATTN MITCHEL SOBEL OR REORG MGR | 401 SOUTH SALINA STREET 2ND FLOOR | | SYRACUSE | NY | 13202 | US |
| BONY SPDR 2209 | ATTN JENNIFER MAY OR REORG MGR | 525 WILLIAM PENN PLACE | | PITTSBURGH | PA | 15259 | US |
| BRANCH BANKING FM IP 2871 | ATTN DOROTHEE SINGLETARY REORG MGR | 4320 KAHN DRIVE BUILDING 1 | | LUMBERTON | NC | 28358 | US |
| BRANCH BANKING REMIC 2867 | ATTN DOROTHEE SINGLETARY REORG MGR | 4320 KAHN DRIVE BUILDING 1 | | LUMBERTON | NC | 28358 | US |
| BRANCH BANKING TRUST CO 5385 | ATTN TANJI BASS OR REORG MGR | 223 W NASH STREET | 3RD FLOOR | WILSON | NC | 27893 | US |
| BROWN BROTHERS HARRIMAN CO 0010 | ATTN PAUL NONNON OR REORG MGR | 525 WASHINGTON BLVD | NEW PORT TOWERS | JERSEY CITY | NJ | 07310 1607 | US |
| BROWN BROTHERS HARRIMAN CO ETF 0109 | ATTN SHELDON BROUTMAN OR REORG MGR | 140 BROADWAY | | NEW YORK | NY | 10005 | US |
| BROWN INVESTMENT ADV TR 2644 | ATTN BRIAN COLBERT OR REORG MGR | 901 SOUTH BOND ST SUITE 400 | | BALTIMORE | MD | 21231 | US |
| CAJA DE VALORES SA 5610 | ATTN MELINA BOBBIO OR REORG MGR | AVE 25 DE MAYO 362 | | BUENOS AIRES | | C1002ABH | AR |
| CALDWELL SECURITIES LTD 5013 | ATTN KEVIN WEBBER OR REORG MGR | 150 KING STREET WEST SUITE 1710 | | TORONTO | ON | M5H 1J9 | CA |
| CALDWELL SECURITIES LTD CDS 5013 | ATTN S CHRYSSANTHOPOULOS REORG MGR | 150 KING STREET WEST SUITE 1710 | | TORONTO | ON | M5H 1J9 | CA |
| CALYON SECURITIES NON PURPOSE 5316 | ATTN DANIEL SALCIDO OR REORG MGR | 194 WOOD AVENUE SOUTH 7TH FLOOR | | ISELIN | NJ | 08830-0000 | US |
| CANACCORD GENUITY CORP CDS 5046 | ATTN ALMA GOCO OR REORG MGR | PACIFIC CENTR 2200 609 GRANVILLE ST | | VANCOUVER | BC | V7Y 1H2 | CA |
| CANTOR FITZGERALD AQUA SEC 7310 | ATTN ISSUER SERVICES OR REORG MGR | CO ADP PRXY SERVICE 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | US |
| CANTOR FITZGERALD DEBT CAPITAL 7311 | ATTN ANTHONY MANZO OR REORG MGR | 135 E 57TH STREET | | NEW YORK | NY | 10022 | US |
| CANTOR FITZGERALD STOCK LOAN 5253 | ATTN TOMMY SMITH OR REORG MGR | 135 E 57TH STREET 5TH FL | | NEW YORK | NY | 10022 | US |
| CAVALI ICLV SA 2011 | ATTN FRANCIS STENNING OR REORG MGR | PASAJE SANTIAGO ACUFIA N 106 | | LIMA | | 0 1 | PE |
| CDS CLEARING AND DEPOSITORY 4800 | ATTN RUTH TRAYNOR OR REORG MGR | 600 DE MAISONNEUVE QUEST | | MONTREAL | QC | H3A 3J2 | CA |
| CDS CLEARING AND DEPOSITORY 5099 | ATTN LORETTA VERELLI OR REORG MGR | 600 BOULDE MAISONNEUVE OUEST | BUREAU 210 | MONTREAL | QC | H3A 3J2 | CA |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 2 of 14

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| CENTRAL TRUST BANK THE 2880 | ATTN SANDY BACKES OR REORG MGR | INVESTMENT DEPRTMENT 238 MADISON ST | | JEFFERSON CITY | MO | 65101 | US |
| CGM SALOMON BROTHER 0274 | ATTN PATRICIA HALLER OR REORG MGR | 111 WALL ST | 4TH FLOOR | NEW YORK | NY | 10005 | US |
| CHARLES SCHWAB BANK 2993 | ATTN JOSEPH ADAMS OR REORG MGR | 2423 EAST LINCOLN DRIVE | | PHOENIX | AZ | 85016 | US |
| CHARLES SCHWAB CO INC 0164 | ATTN DEBORAH JUNG OR REORG MGR | 2423 EAST LINCOLN DRIVE | 1ST FLOOR | PHOENIX | AZ | 85016 1215 | US |
| CHARLES SCHWAB CO INC 0164 | ATTN NANCY BRIM OR REORG MGR | 2423 EAST LINCOLN DRIVE | PHX PEAK 02 K130 | PHOENIX | AZ | 85016 1215 | US |
| CHARLES SCHWAB CO INC 0164 | ATTN CHRISTINA YOUNG OR REORG MGR | 2423 EAST LINCOLN DRIVE | | PHOENIX | AZ | 85016 1215 | US |
| CIBC WORLD MARKETS CORP 0438 | ATTN MICHAEL CASTAGLIOLA REORG MGR | 425 LEXINGTON AVENUE 5TH FLOOR | | NEW YORK | NY | 10017 | US |
| CIBC WORLD MARKETS INC CDS 5030 | ATTN JERRY NICASTRO OR REORG MGR | 161 BAY STREET | 10TH FLOOR | TORONTO | ON | M5J 2S8 | CA |
| CIBC WORLD MARKETS SLN 5223 | ATTN ROBERT PUTNAM OR REORG MGR | 300 MADISON AVENUE | | NEW YORK | NY | 10017 | US |
| CIT SECLLC 8430 | ATTN KEVIN NEWSTEAD | 131 SOUTH DEARBORN STREET | 35TH FLOOR | CHICAGO | IL | 60603 | US |
| CITADEL SECURITIES LLC 0395 | ATTN MARCIA BANKS OR REORG MGR | 131 SOUTH DEARBORN STREET | | CHICAGO | IL | 60603 | US |
| CITI PRIVATE BANK 2032 | ATTN ARI KOULOUTHROS OR REORG MGR | CORPORATE ACTIONS | 1 COURT SQUARE | LONG ISLAND CITY | NY | 11120 | US |
| CITIBANK NA 0908 | ATTN CAROLYN TREBUS OR REORG MGR | 3800 CITIBANK CENTER B3 12 | | TAMPA | FL | 33610 | US |
| CITIBANK NA 0908 | ATTN EVENTS CREATION OR REORG MGR | 3800 CITIBANK CENTER B3 12 | | TAMPA | FL | 33610 | US |
| CITIBANK NA 0908 | ATTN SANDRA HERNANDEZ OR REORG MGR | 3800 CITIBANK CENTER B3 12 | | TAMPA | FL | 33610 | US |
| CITIBANK NA 0908 | ATTN SHERIDA SINANAN OR REORG MGR | 3800 CITIBANK CENTER | B 3RD FLOOR ZONE 12 | TAMPA | FL | 33610 | US |
| CITIBANK NA LONDON GATS 2593 | ATTN VANESSA PRICKETT OR REORG MGR | 5 CARMELITE STREET | | LONDON | UK | EC4Y 0PA | UK |
| CITIBANK NA LONDON MTN 2952 | ATTN VANESSA PRICKETT OR REORG MGR | 5 CARMELITE STREET | | LONDON | | EC4Y 0PA | UK |
| CITICORP SECURITIES 0563 | ATTN DIANE TOSCANO OR REORG MGR | 111 WALL STREET 11TH FLOOR | | NEW YORK | NY | 10005 | US |
| CITIGROUP GLOBAL MARKET SAL BRO 274 | ATTN RON MARSH OR REORG MGR | 111 WALL ST | 4TH FLOOR | NEW YORK | NY | 10005 | US |
| CITIGROUP GLOBAL MARKETS 0418 0505 | ATTN ROSIE MARIE YODICE OR REORG MGR | 388 GREENWHICH STREET 11TH FLOOR | | NEW YORK | NY | 10013 | US |
| CITIGROUP GLOBAL MARKETS INC 0418 | ATTN PAT HALLER OR REORG MGR | 111 WALL ST | 6TH FLOOR | NEW YORK | NY | 10005 | US |
| CITIGROUP GLOBAL MRKT SAL 0418 0505 | ATTN MANETH CHAP OR REORG MGR | 3800 CITIBANK CENTER B3 12 | | TAMPA | FL | 33610 | US |
| CITY NATIONAL BANK 2392 | ATTN EMILY WUNDERLICH OR REORG MGR | 555 SOUTH FLOWER STREET 10TH FLOOR | | LOS ANGELES | CA | 90071 | US |
| CL KING ASSOCIATES INC 0743 | ATTN CARRIE BUSH OR REORG MGR | 9 ELK STREET | | ALBANY | NY | 12207 | US |
| CLEARSTREAM BANKING AG 2000 | ATTN REORG Dept | 4 Chase Metrotech Center | | BROOKLYN | NY | 11245 | US |
| CLEARVIEW CORRESPONDENT SERVICE 702 | GLORIA LIO OR REORG DEPT | 30 HUDSON STREET | 16TH FLOOR | JERSEY CITY | NJ | 07302-0000 | US |
| COMERICA BANK 2108 | ATTN LEWIS WISOTSKY OR REORG MGR | 411 WEST LAFAYETTE | MAIL CODE 3530 | DETROIT | MI | 48226 | US |
| COMMERCE BANK NA 2170 | ATTN CINDY LAWRENCE OR REORG MGR | 922 WALNUT STREET | | KANSAS CITY | MO | 64106 | US |
| COMMERZ MARKETS FXD INC REPO 0033 | Attn REORG Manager | 225 LIBERTY STREET | | NEW YORK | NY | 10281 | US |
| COMMERZ MARKETS LLC 0126 | ATTN ROBERT ORTEGA OR REORG MGR | 225 LIBERTY STREET | 32ND FL | NEW YORK | NY | 10281 | US |
| COMMUNITY BANK NA 5960 | ATTN DEBRA LEKKI OR REORG MGR | 6 RHOADS DRIVE SUITE 7 | | UTICA | NY | 13502 6374 | US |
| COMPASS BANK 2483 | ATTN AL HART OR REORG MGR | 15 SOUTH 20TH STREET 3RD FLOOR | | BIRMINGHAM | AL | 35233 | US |
| COMPASS BANK TRUST DIVISION 2484 | ATTN DANIEL MCHALE OR REORG MGR | 15 SOUTH 20TH STREET SUITE 703 | | BIRMINGHAM | AL | 35233 | US |
| COMPUTERSHARE INV SVCS 7807 | ATTN CLAIRE HERRING OR REORG MGR | 2 N LASALLE | | CHICAGO | IL | 60602 | US |
| COMPUTERSHARE TRUST CO DRP 2586 | ATTN KEVIN FLEMING OR REORG MGR | 250 ROYALL STREET | | CANTON | MA | 02021-0000 | US |
| COMPUTERSHARE TRUST CO OP 2330 | ATTN KEVIN FLEMING OR REORG MGR | 250 ROYALL STREET | | CANTON | MA | 02021-0000 | US |
| COMPUTERSHARE TRUST COMPANY NA 2415 | ATTN LYNN HUGUET OR REORG MGR | GLOBAL TRANSACTION UNIT | 250 ROYALL ST | CANTON | MA | 02021-0000 | US |
| COR LLC 0052 | ATTN LUKE HOLLAND OR REORG MGR | 1200 LANDMARK CENTER | SUITE 800 | OMAHA | NE | 68102 | US |
| CORMARK SECURITIES INC VALEURS 5055 | ATTN LISE FRANK OR REORG MGR | SUITE 3450 ROYAL BANK PLAZA S TOWER | | TORONTO | ON | M5J2J0 | CA |
| CORPORATE STOCK TRANSFER DRS 7835 | ATTN SHARI HUMPHERYS OR REORG MGR | 3200 CHERRY CREEK S DR SUITE 430 | | DENVER | CO | 80209 | US |
| COUNTRY TRUST BANK 2561 | ATTN PAM LITTLE OR REORG MGR | 808 IAA DRIVE | | BLOOMINGTON | IL | 61702 | US |
| CREDENTIAL SECURITIES INC CDS 5083 | ATTN REORG DEPARTMENT | 700 1111 WEST GEORGIA ST | | VANCOUVER | BC | V6E4T6 | CA |
| CREDIT AGRICOLE SECURITIES 0651 | ATTN DANIEL SALCIDO OR REORG MGR | 194 WOOD AVENUE SOUTH 7TH FLOOR | | ISELIN | NJ | 08830-0000 | US |

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|---|---|---|
| CREDIT AGRICOLE SECURITIES 5281 | ATTN DOREEN MITCHELL OR REORG MGR | 1301 AVENUE OF AMERICAS 3RD FLOOR | | NEW YORK | NY | 10019 | US |
| CREDIT AGRICOLE SECURITIES 7372 | ATTN DANIEL SALCIDO OR REORG MGR | 194 WOOD AVENUE SOUTH 7TH FLOOR | | ISELIN | NJ | 08830-0000 | US |
| CREDIT AGRICOLE SECURITIES 7540 | ATTN DANIEL SALCIDO OR REORG MGR | 194 WOOD AVENUE SOUTH 7TH FLOOR | | ISELIN | NJ | 08830-0000 | US |
| CREDIT SUISSE AG 1587 | ATTN JESSICA TAMBA OR REORG MGR | 7033 LOUIS STEPHENS DR | | MORRISVILLE | NC | 27560 | US |
| CREDIT SUISSE SECURITIES 0355 | ATTN ASHWINEE SAWH OR REORG MGR | 11 MADISON AVENUE | 23RD FLOOR | NEW YORK | NY | 10010 | US |
| CREDIT SUISSE SECURITIES 5019 | ATTN KAZI HAQ OR REORG MGR | 1 FIRST CANADIAN PLACE SUITE 2900 | | TORONTO | ON | M5X 1C9 | CA |
| CREDIT SUISSE SECURITIES USA 0355 | ATTN TIM JOHNSON OR REORG MGR | 7033 LOUIS STEPHENS DRIVE | | RESEARCH TRIANGLE PARK | NC | 27709 | US |
| CREDIT SUISSE SECURITIES USA 0355 | ATTN ANTHONY MILO OR REORG MGR | 7033 LOUIS STEPHENS DRIVE | GLOBAL PROXY SERVICES | RESEARCH TRIANGLE PARK | NC | 27709 | US |
| CREDIT SUISSE SECURITIES USA 0355 | ATTN SARAH CHANDRIKA OR REORG MGR | ONE MADISON AVE | | NEW YORK | NY | 10010 | US |
| CREDIT SUISSE SECURITIES USA 5292 | ATTN DANIEL BYRNE OR REORG MGR | ONE MADISON AVENUE | | NEW YORK | NY | 10010 | US |
| CREST INTL NOMINEES LIMITED 2012 | ATTN JASON MURKIN OR REORG MGR | 33 CANNON ST | | LONDON | UK | EC4M 5SB | UK |
| CREST INTL NOMINEES LIMITED 2012 | ATTN NATHAN ASHWORTH OR REORG MGR | 33 CANNON ST | | LONDON | UK | UK EC4M 5SB | UK |
| CREWS ASSOCIATES INC 5158 | ATTN DON VICTORIA W MASON REORG MGR | 521 PRESIDENT CLINTON AVE SUITE 800 | | LITTLE ROCK | AR | 72201 | US |
| CROWELL WEEDON CO 0574 | ATTN LARRY SCHILT OR REORG MGR | 624 S GRAND AVENUE | 25TH FLOOR | LOS ANGELES | CA | 90017 | US |
| DA DAVIDSON CO 0361 | ATTN RITA LINSKEY OR REORG MGR | 8 THIRD STREET NORTH | | GREAT FALLS | MT | 59403 | US |
| DAIWA CAP MKTS AMERICA DASAC 7561 | ATTN LEGAL DEPT OR REORG MGR | 32 OLD SLIP | | NEW YORK | NY | 10005 | US |
| DAIWA CAPITAL MARKETS AMERICA 0647 | ATTN LEGAL DEPT OR REORG MGR | FINANCIAL SQUARE 32 OLD SLIP 14 FL | | NEW YORK | NY | 10005 | US |
| DAIWA CAPITAL MARKETS AMERICA 2800 | ATTN LEGAL DEPT OR REORG MGR | FINANCIAL SQUARE 32 OLD SLIP 14 FL | | NEW YORK | NY | 10005 | US |
| DAIWA SECURITIES TRUST COMPANY 0667 | ATTN REORG Dept | 7 Teleport Dr | | Staten Island | NY | 10311 | US |
| DAVENPORT COMPANY LLC 0715 | ATTN KIM NIEDING OR REORG DEPT | 901 EAST CARY ST 11TH FLOOR | | RICHMOND | VA | 23219 | US |
| DAVID LERNER ASSOCIATES INC 5144 | ATTN GERHARDT FRANK OR REORG MGR | 477 JERICHO TURNPIKE 25TH FLOOR | | SYOSSET | NY | 11791 9006 | US |
| DBTC AMERICAS CTAG CDFP 2808 | ATTN MISSY WIMPELBERG OR REORG MGR | 648 GRASSMERE PARK DRIVE | | NASHVILLE | TN | 37211 | US |
| DBTC AMERICAS CTAG GES 2655 | ATTN DANIEL BELEAN OR REORG MGR | 60 WALL STREET 27TH FLOOR | | NEW YORK | NY | 10005 | US |
| DBTC AMRICA CTAG PUTS DEMANDS 2041 | ATTN KRIS PERRY OR REORG MGR | 60 WALL STREET 2ND FL MAILSTOP | NYC60 0260 | NEW YORK | NY | 10005 | US |
| DEPOSITO CENTRAL DE VALORES 2735 | ATTN MIRNA FERNANDEZ OR REORG MGR | AVDA APOQUINDO #4001 FLOOR 12 CP | | LAS CONDES SANTIAGO | CHILE | 7550162 | CL |
| DESERET TRUST COMPANY 0958 | ATTN S COLTON G TARBET CUSTODY SER | 50 E NORTH TEMPLE STREET 15TH FLOOR | ROOM 1516 | SALT LAKE CITY | UT | 84150 | US |
| DESERET TRUST COMPANY D 2118 | ATTN S COLTON G TARBET CUSTODY SER | 50 E NORTH TEMPLE STREET 15TH FLOOR | ROOM 1516 | SALT LAKE CITY | UT | 84150 | US |
| DESERET TRUST COMPANY I 2497 | ATTN S COLTON G TARBET CUSTODY SER | 50 E NORTH TEMPLE STREET 15TH FLOOR | ROOM 1516 | SALT LAKE CITY | UT | 84150 | US |
| DESJARDINS SECURITIES INC 5028 | ATTN REORG DEPT MTL 1060 1ER E | 1253 MCGILL COLLEGE AVENUE | 10TH FLOOR | MONTREAL | QC | H3B2Y5 | CA |
| DEUTSCHE BANK AG NY BRANCH 2481 | ATTN KRIS PERRY OR REORG MGR | 60 WALL STREET 2ND FL | MAILSTOP NYC60 0260 | NEW YORK | NY | 10005 | US |
| DEUTSCHE BANK SECS CEDEAR 2690 | ATTN REORG DEPARTMENT | 5022 GATE PARKWAY | MAILSTOP – JCK01 0124 | JACKSONVILLE | FL | 32256 | US |
| DEUTSCHE BANK SECS INTL STOCK 5162 | ATTN REORG MGR | 60 WALL STREET | | NEW YORK | NY | 10005 | US |
| DEUTSCHE BANK SECS LIMITED 1 4806 | ATTN ERIC HERBST OR REORG MGR | 5021 GATE PARKWAY SUITE | | JACKSONVILLE | FL | 32256 | US |
| DEUTSCHE BANK SECURITIES 0573 | ATTN REORG MGR | 5022 GATE PARKWAY | SUITE 200 | JACKSONVILLE | FL | 32256 | US |
| DEUTSCHE BANK SECURITIES BDR 2024 | ATTN REORG DEPARTMENT | 5022 GATE PARKWAY | MAILSTOP JCK01 0124 | JACKSONVILLE | FL | 32256 | US |
| DEUTSCHE BANK TRUST CO 1080 | ATTN REORG Dept | 60 WALL STREET 2ND FL MAILSTOP | NYC60 0260 | NEW YORK | NY | 10005 | US |
| DEUTSCHE BANK TRUST CO 1503 | ATTN KRIS PERRY OR REORG MGR | 60 WALL STREET 2ND FL MAILSTOP | NYC60 0260 | NEW YORK | NY | 10005 | US |
| DUNDEE SECURITIES CORP CDS 5039 | ATTN KAREN WINDOVER OR REORG MGR | 20 QUEEN ST W | 4TH FLOOR | TORONTO | ON | M5H 3R3 | CA |

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| E TRANSACTION CLEARING 0873 | ATTN JANE BUHAIN OR REORG MGR | 660 S FIGUEROA ST | SUITE 1450 | LOS ANGELES | CA | 90017 | US |
| E3M INVESTMENTS INC 5066 | ATTN PIERRE CAMU OR REORG MGR | C O CANADIAN DEPOSITORY SECURITI | 600 BOUL DE MAISONNEUVE QUEST | MONTREAL | QC | H3A 3J2 | CA |
| EDWARD JONES 0057 | ATTN GERRI KAEMPFE OR REORG MGR | CORPORATE ACTIONS DISTRIBUTION | 12555 MANCHESTER ROAD | ST LOUIS | MO | 63131 | US |
| EDWARD JONES 0057 | ATTN REORG MGR | CORPORATE ACTIONS DISTRIBUTION | 201 PROGRESS PARKWAY | MARYLAND HEIGHTS | MO | 63043 | US |
| EDWARD JONES 0057 | ATTN DEREK ADAMS OR REORG MGR | CORPORATE ACTIONS DISTRIBUTION | 12555 MANCHESTER ROAD | ST LOUIS | MO | 63131 | US |
| EDWARD JONES CDS 5012 | ATTN NICK HUMMELL OR REORG MGR | 700 MARYVILLE CENTRE DRIVE | | ST LOUIS | MO | 63141 | US |
| EMMET COINC 5234 | ATTN CHRISTOPHER EMMET SR REORG MGR | 12 PEAPACK ROAD | | FAR HILLS | NJ | 07931-0000 | US |
| ETRADE BANK 2782 | ATTN TESSA QUINLAN OR REORG MGR | 671 NORTH GLEBE ROAD | | ARLINGTON | VA | 22203 | US |
| ETRADE CLEARING LLC 0385 | ATTN VICTOR LAU OR REORG MGR | 34 EXCHANGE PLACE | PLAZA II | JERSEY CITY | NJ | 07311-0000 | US |
| ETRADE RIDGE CLEARING 0158 | ATTN BRIAN DARBY OR REORG MGR | ONE DALLAS CENTER | 350 M ST PAUL SUITE 1300 | DALLAS | TX | 75201 | US |
| ETRADE RIDGE CLEARING 0358 | ATTN VICTOR LAU OR REORG MGR | 34 EXCHANGE PLACE | 501 PLAZA II | JERSEY CITY | NJ | 07311-0000 | US |
| EU CENTRAL COUNTERPARTY LTD 3064 | ATTN JOHN GOODE OR REORG MGR | BROADGATE WEST 1 SNOWDEN STREET | | LONDON | UK | EC2A 2DQ | UK |
| EVERBANK 2576 | ATTN LINDA DILE OR REORG MGR | 8328 EAGER ROAD SUITE 300 | | ST LOUIS | MO | 63144 | US |
| FANNIE MAE GENERAL 2293 | ATTN WELLS ENGLEDOW OR REORG MGR | 3900 WISCONSIN AVENUE NW | | WASHINGTON | DC | 20016 | US |
| FANNIE MAE INVESTMENT 2296 | ATTN LARRY BARNETT OR REORG MGR | 3900 WISCONSIN AVE NW | | WASHINGTON | DC | 20016 | US |
| FED HOME LOAN MORTGAGE CORP 2391 | ATTN ALEX KANGELARIS OR REORG MGR | 1551 PARK RUN DR MAIL MAILSTOP D5A | | MCLEAN | VA | 22102 | US |
| FEDERAL RESERVE BANK NEW YORK 3000 | ATTN TIM FOGARTY OR REORG MGR | 33 LIBERTY STREET | | NEW YORK | NY | 10045 | US |
| FIDELITY CLEARING CANADA 5040 | ATTN STEVE ADAMS OR REORG MGR | 401 BAY STREET SUITE 2910 | | TORONTO | ON | M5H 2Y4 | CA |
| FIDELITY TRANSFER CO DRS 7842 | ATTN KEVIN KOPAUNIK OR REORG MGR | 1800 S WEST TEMPLE SUITE 301 | | SALT LAKE CITY | UT | 84115 | US |
| FIDUCIARY SSB 0987 | ATTN MIKE FEELEY ROB RAY PROXY MGR | CORP ACTIONS JABSE 1776 HERITAGE | DRIVE NORTH | QUINCY | MA | 02171-0000 | US |
| FIDUCIARY TRUST COMPANY BOSTON 2126 | ATTN BRAD FINNIGAN OR REORG MGR | 175 FEDERAL STREET | | BOSTON | MA | 02110-0000 | US |
| FIDUCIE DESJARDINS INC 4818 | ATTN MARTINE SIOUI OR REORG MGR | 1 COMPLEXE DESJARDINS | SOUTH TOWER 2ND FL | MONTREAL | QC | H5B 1E4 | CA |
| FIFTH THIRD BANK THE 2116 | ATTN CARRIE POTTER OR REORG MGR | 5001 KINGSLEY DR MAIL DROP 1M0B2D | | CINCINNATI | OH | 45227 | US |
| FIFTH THIRD BANK THE 2116 | ATTN LANCE WELLS OR REORG MGR | 5001 KINGSLEY DRIVE | MAIL DROP 1M0B2D | CINCINNATI | OH | 45227 | US |
| FIRST BANK 2400 | ATTN CHERIE LEAHY OR REORG MGR | 800 JAMES S MCDONNELL BLVD | | HAZELWOOD | MO | 63042 | US |
| FIRST BUSEY CORPORATION DRS 7910 | ATTN MARY LAKEY OR REORG MGR | 201 WEST MAIN STREET | | URBANA | IL | 61801 | US |
| FIRST CLEARING 0141 | ATTN FINESSA ROSSON OR REORG DEPT | 1 NORTH JEFFERSON 9 F | | ST LOUIS | MO | 63103 | US |
| FIRST CLEARING ABRAMSON ACCTS 0521 | ATTN REORG DEPARTMENT | 2801 MARKET STREET | H0006 08N | ST LOUIS | MO | 63103 | US |
| FIRST CLEARING LLC 0141 | ATTN MATT BUETTNER OR REORG DEPT | 2801 MARKET STREET | H0006 09B | ST LOUIS | MO | 63103 | US |
| FIRST CLEARING SEYMOUR COHN 5183 | ATTN ISSUER SERVICES OR REORG MGR | CO ADP PRXY SERVICE 51 MERCEDES WAY | | EDGEWOOD | NY | 11717 | US |
| FIRST FINANCIAL CORP DRS 7896 | ATTN TICIA WRIGHT OR REORG MGR | ONE FIRST FINANCIAL PLAZA | | TERRE HAUTE | IN | 47807 | US |
| FIRST NATIONAL BANK OF OMAHA 2254 | ATTN JOHN STEWART OR REORG MGR | 1620 DODGE STREET | | OMAHA | NE | 68102 | US |
| FIRST SOUTHWEST COMPANY 0309 | ATTN JAMES FURINO OR REORG MGR | 1700 PACIFIC AVENUE SUITE 500 | | DALLAS | TX | 75201 | US |
| FIRST SOUTHWEST COMPANY 0309 | ATTN KEVIN MILLER OR REORG MGR | 911 W LOOP 281 STE 411 | | LONGVIEW | TX | 75604 | US |
| FIRST SOUTHWEST COMPANY 0309 | ATTN BRETT WEAVER OR REORG MGR | 911 W LOOP 281 | STE 411 | LONGVIEW | TX | 75604 | US |
| FIRST SOUTHWEST COMPANY 0309 | ATTN DONALD KRAS OR REORG MGR | 325 NORTH ST PAUL STREET | | DALLAS | TX | 75201 | US |
| FIRST TENNESSEE BNK NA MEMPHIS 2445 | ATTN SHIRLEY PARKER OR REORG MGR | 845 CROSSOVER LANE SUITE 150 | | MEMPHIS | TN | 38117 | US |
| FOLIO FN INVESTMENTS INC 0728 | ATTN ASHLEY THEOBALD OR REORG MGR | 8180 GREENSBORO DRIVE 8TH FLOOR | | MCLEAN | VA | 22102 | US |
| FORTIS CLEARING AMERICA RETAIL 0541 | ATTN SUE NOWLICKI OR REORG MGR | 175 W JACKSON BLVD SUITE 400 | | CHICAGO | IL | 60605 | US |
| FORTIS CLEARING AMERICAS CPM 0330 | ATTN SUE NOWLICKI OR REORG MGR | 175 W JACKSON BLVD SUITE 400 | | CHICAGO | IL | 60604 | US |
| FORTIS CLEARING AMERICAS LLC 0695 | ATTN SUE NOWLICKI OR REORG MGR | 175 W JACKSON BLVD SUITE 400 | | CHICAGO | IL | 60605 | US |

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| FORTIS CLEARING AMERICAS LTG 0524 | ATTN JIM HALM OR REORG MGR | 175 W JACKSON BLVD SUITE 400 | | CHICAGO | IL | 60604 | US |
| FRONTIER TRUST COMPANY 2563 | ATTN BRIAN REINKE OR REORG MGR | 1126 WESTRAC DRIVE | | SOUTH FARGO | ND | 58103 | US |
| FTN FINANCIAL SECURITIES CORP 0202 | ATTN MICHAEL INKSTER OR REORG MGR | 845 CROSSOVER LANE SUITE 150 | | MEMPHIS | TN | 38117 | US |
| GENE BANFI 8238 | ATTN GENE BANFI | 525 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310-0000 | US |
| GLENMEDE TRUST CO 2139 | ATTN DARLENE WARREN OR REORG MGR | ONE LIBERTY PLACE SUITE 1200 | 1650 MARKET STREET | PHILADELPHIA | PA | 19103 | US |
| GLOBAL SECS CORP CDS 5069 | ATTN JOYA BABA OR REORG MGR | 3 BENTALL CENTRE | 595 BURRARD ST 11TH FL | VANCOUVER | BC | V7X 1H3 | CA |
| GMP SECURITIES LP 5016 | ATTN TERRY YOUNG OR REORG MGR | 145 KING STREET WEST SUITE 1100 | | TORONTO | ON | M5H 1J8 | CA |
| GOLDMAN SACHS 0005 5208 2941 | ATTN ALEXANDER MUCHNIK OR REORG MGR | 30 HUDSON STREET | | JERSEY CITY | NJ | 07302-0000 | US |
| GOLDMAN SACHS BANK 2941 | ATTN PATRICIA BALDWIN OR REORG MGR | ONE NEW YORK PLAZA 45TH FLOOR | | NEW YORK | NY | 10004 | US |
| GOLDMAN SACHS CO 0005 | ATTN ALEX MUCHNIK OR REORG MGR | 30 HUDSON ST | PROXY DEPARTMENT | JERSEY CITY | NJ | 07302 0000 | US |
| GOLDMAN SACHS GSEC 0501 | ATTN ANTHONY BRUNO OR REORG MGR | 30 HUDSON STREET | | JERSEY CITY | NJ | 07302-0000 | US |
| GS BK AGENCY LENDING 2660 | ATTN Michael Peek OR REORG MGR | 30 Hudson Street 5th Floor | | Jersey City | NJ | 07302 4699 | US |
| GSECLP EQUITIES EXECUTION 0048 | ATTN ANTHONY BRUNO OR REORG MGR | 30 HUDSON ST | | JERSEY CITY | NJ | 07302-0000 | US |
| HARRIS NA 2697 | MINA GARCIA OR REORG DEPT | SECURITIES MOVEMENT | 111 WEST MONROE | CHICAGO | IL | 60603 | US |
| HARRIS NA DEALER 2559 | ATTN LENORA NEWELL OR REORG MGR | 111 WEST MONROE | | CHICAGO | IL | 60690 | US |
| HARTFIELD TITUS DONNELLY LLC 0451 | ATTN JIM DOUGLAS OR REORG MGR | 111 PAVONIA AVENUE SUITE 1430 | | JERSEY CITY | NJ | 07310-0000 | US |
| HAYWOOD SECURITIES INC CDS 5058 | ATTN TRACY COLLEGE OR REORG MGR | 400 BURRARD STREET SUITE 2000 | | VANCOUVER | BC | V6C 3A6 | CA |
| HAYWOOD SECURITIES INC CDS 5058 | ATTN M DRYHURST OR REORG MGR | 20TH FLOOR COMMERCE PLACE | 400 BURRARD STREET | VANCOUVER | BC | V6C 3A8 | CA |
| HC DENISON CO 8100 | ATTN MARGE WENTZEL OR REORG MGR | 618 N 7TH STREET | | SHEBOYGAN | WI | 53081 | US |
| HICKORY POINT B T DRS 7840 | ATTN PATRICIA PERKINS OR REORG MGR | 225 N WATER STREET | | DECATUR | IL | 62523 | US |
| HOME FED BK HOME FIN SVCS 2447 | ATTN WALTER BOWES JR OR REORG MGR | 507 MARKET STREET | | KNOXVILLE | TN | 37902 | US |
| HOME FED BK OF TENNESSEE TRUST 2534 | ATTN SHERRY ELLIS OR REORG MGR | 515 MARKET STREET SUITE 500 | | KNOXVILLE | TN | 37902 | US |
| HOME FEDERAL BANK HF PORTFOLIO 2533 | ATTN WALTER BOWER JR OR REORG MGR | 507 MARKET STREET | | KNOXVILLE | TN | 37902 | US |
| HOME FEDL BK OF TENNESSEE 2425 | ATTN REBECCA BUCKNER OR REORG MGR | 507 MARKET STREET | | KNOXVILLE | TN | 37902 | US |
| HSBC BANK CORP TRUST 2894 | ATTN SYLVIA NAGAN | 250 UNIVERSITY AVENUE | 8TH FLOOR | TORONTO | ON | M5H 3H5 | CA |
| HSBC BANK NA 2165 | ATTN JOSEPH CAMPANA OR REORG MGR | ONE HSBC CENTER 17TH FLOOR | | BUFFALO | NY | 14203 | US |
| HSBC BANK NA 2393 | ATTN JOHN HICKEY OR RENEE FRANCISCO | 545 Washington Blvd 10th Floor | | Jersey City | NJ | 07310-0000 | US |
| HSBC BANK NA 2412 | ATTN KEN LUND OR REORG MGR | 1 WEST 39TH STREET 7TH FLOOR | | NEW YORK | NY | 10018 | US |
| HSBC BANK NA HSBC NASSAU 2202 | ATTN MARVA MATTHEW DURDEN REORG MGR | 1 WEST 39TH STREET | | NEW YORK | NY | 10018 | US |
| HSBC BANK USA NA IPB 2122 | ATTN REORG OR CORP ACTIONS MGR | 452 5TH AVENUE | 6TH FLOOR | NEW YORK | NY | 10018 | US |
| HSBC CCSLB 1950 | ATTN ENRIQUE VIDAL | 452 Fifth Avenue | | NEW YORK | NY | 10018 | US |
| HSBC CLEAR 8396 | ATTN BARBARA SKELLY | 545 WASHINGTON BLVD | 10TH FLOOR | JERSEY CITY | NJ | 07302-0000 | US |
| HSBC SECURITIES INC 0486 | ATTN CHRIS ARMATO OR REORG MGR | 1 WEST 39TH STREET | | NEW YORK | NY | 10018 | US |
| HSBC SECURITIES INC 0816 | ATTN CHRIS ARMATO OR REORG MGR | 1 WEST 39TH STREET | | NEW YORK | NY | 10018 | US |
| HUNTINGTON BK OHIO POLICE 2219 | ATTN BEVERLY REYNOLDS OR REORG MGR | 7 EASTON OVAL EA4E62 | | COLUMBUS | OH | 43219 | US |
| HUNTINGTON BK SCHOOL 2898 | ATTN BEVERLY REYNOLDS OR REORG MGR | 7 EASTON OVAL EA4E62 | | COLUMBUS | OH | 43219 | US |
| HUNTINGTON NATIONAL BANK 2305 | ATTN ALLAN BURKHART OR REORG MGR | 7 EASTON OVAL EA4 E78 | | COLUMBUS | OH | 43219 | US |
| HUTCHINSON SHOCKEY ERLEY CO 6963 | ATTN NANCY MEIER OR REORG MGR | 222 WEST ADAMS SUITE 1700 | | CHICAGO | IL | 60606 | US |
| ICBCF SERVICE LLC EQUITY CLEAR 0824 | ATTN PROXY MGR | PARAMOUNT PLAZA 1633 BROADWAY | | NEW YORK | NY | 10019 | US |
| ICBCFS LLC 0388 | ATTN NENRY NAPIER | 1633 BROADWAY | | NEW YORK | NY | 10019 | US |
| ING BANK FSB 2604 | ATTN KAMCHAI LEUNG OR REORG MGR | 802 DELAWARE AVENUE | | WILMINGTON | DE | 19801 | US |
| INGALLS SNYDER LLC 0124 | ATTN LES BIANCO OR REORG MGR | 1325 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | US |
| INGALLS SNYDER LLC 0124 | ATTN MIKE SCURA OR REORG MGR | 1325 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | US |
| INTERACTIVE BRKER TH 0549 0534 0017 | ATTN KARIN MCCARTHY OR REORG MGR | 2 GREENWICH OFFICE PARK | 2ND FLOOR BUILDING 8 | GREENWICH | CT | 06830-0000 | US |
| INTERACTIVE BROKERS TH 0534 | ATTN KARIN MCCARTHY OR REORG MGR | 8 GREENWICH OFFICE PARK | | GREENWICH | CT | 06831-0000 | US |
| INTL BANK OF COMMERCE DRS 7887 | ATTN EILZA GONZALEZ OR REORG MGR | 1200 SAN BERNARDO AVENUE | | LAREDO | TX | 78040 | US |
| INTL FCSTONE INC 0750 | ATTN KEN SIMPSON OR REORG MGR | 2 PERIMETER PARK SOUTH STE 100 W | | BIRMINGHAM | AL | 35243 | US |
| INTRACTVE BRKER RETAIL EQTY CL 534 | MARIA TARDIO OR REORG DEPT | 1 PICKWICK PLAZA | | GREENWICH | CT | 06830-0000 | US |

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| ITG INC SECS LENDING 7539 | ATTN REORG MGR | 1 LIBERTY PLAZA 5ND FLOOR | | New York | NY | 10006 | US |
| JAMES I BLACK COMPANY 7031 | ATTN KATHY BIRD OR REORG MGR | 311 SOUTH FLORIDA AVENUE | | LAKELAND | FL | 33801 | US |
| JANNEY MONTGOMERY SCOTT INC 0374 | ATTN REGINA LUTZ OR REORG MGR | 1801 MARKET STREET | 9TH FLOOR | PHILADELPHIA | PA | 19103 1675 | US |
| JANNEY MONTGOMERY SCOTT INC 0374 | ATTN BOB MARTIN OR REORG MGR | 1801 MARKET STREET | 9TH FLOOR | PHILADELPHIA | PA | 19103 1675 | US |
| JANNEY MONTGOMERY SCOTT LOAN 7320 | ATTN JACK LUND OR REORG MGR | 1717 ARCH STREET | | PHILADELPHIA | PA | 19103 2713 | US |
| JAPAN SECURITIES DEPO CENTER 5600 | ATTN SYLVIA ANTONIO OR REORG MGR | 18301 BERMUDA GREEN DRIVE 2ND FLOOR | | TAMPA | FL | 33647 | US |
| JEFFERIES CO EXECUTION 0535 | ATTN ALFRED PETRILLO OR REORG MGR | HARBORSIDE FINANCIAL CENTER | PLAZA II SUITE 704 | JERSEY CITY | NJ | 07311-0000 | US |
| JEFFERIES CO SECURITIES 7565 | ATTN JONATHAN CHRISTON OR REORG MGR | 34 EXCHANGE PL PLAZA III SUITE 705 | | JERSEY CITY | NJ | 07311-0000 | US |
| JEFFERIES CO SERVICE BUREAU 0536 | ATTN MARIE RAMIREZ OR REORG MGR | HARBORSIDE FINANCIAL CENTER | PLAZA III SUITE 704 | JERSEY CITY | NJ | 07311-0000 | US |
| JEFFERIES COMPANY AS AGENT 7441 | ATTN JONATHAN CHRISTON OR REORG MGR | HARBORSIDE FINANCIAL CENTER | PLAZA III SUITE 705 | JERSEY CITY | NJ | 07303-0000 | US |
| JEFFERIES COMPANY INC 0019 | ATTN RAY DESOUZA OR REORG MGR | HARBORSIDE FINANCIAL CENTER 705 | PLAZA 3 | JERSEY CITY | NJ | 07311-0000 | US |
| JEFFERIES COMPANY INC 0019 | ATTN REORG MGR | 34 EXCHANGE PLACE | | JERSEY CITY | NJ | 07311-0000 | US |
| JJB HILLIARD WL LYONS LLC 0768 | ATTN RYAN HARDIN OR REORG MGR | 500 WEST JEFFERSON ST | 6TH FLOOR | LOUISVILLE | KY | 40202 | US |
| JOHN A SIBERELL CO 7014 | ATTN JOHN SIBERELL OR REORG MGR | 824 KEY BANK BLDG 202 S MICHIGAN ST | | SOUTH BEND | IN | 46601 | US |
| JONES GABLE CO LTD CDS 5070 | ATTN LORI WRIGHT OR REORG MGR | 110 YONGE STREET SUITE 600 | | TORONTO | ON | M5C 1T6 | CA |
| JP MORGAN CLEARING CORP 0352 | ATTN ERIC OSZUSTOQICZ OR REORG MGR | 3 CHASE METROTECH CENTER | PROXY DEPT NY1 H034 | BROOKLYN | NY | 11245 0001 | US |
| JP MORGAN CLEARING CORP 0352 | ATTN ABHISHEK KUMAR OR REORG MGR | 500 STANTON CHRISTIANA ROAD | 3RD FLOOR | NEWARK | DE | 19713 | US |
| JP MORGAN CLEARING CORP 0352 | ATTN BRODERICK WALKER OR REORG MGR | DEPT C CASHIER DEPRTMNT 1 METROTECH | CENTER NORTH REORG DEPT 4TH FLOOR | BROOKLYN | NY | 11201 3862 | US |
| JP MORGAN SECS VENTURES CORP 7489 | ATTN GARY GABRYSH OR REORG MGR | 500 STANTON CHRISTIANA RD DE3 4680 | | NEWARK | DE | 19713 2107 | US |
| JP MORGAN SECURITIES 0187 | BRIAN GILBERT OR REORG DEPT | 500 STANTON CHRISTIANA ROAD | OPS 4TH FLOOR | NEWARK | DE | 19713 2107 | US |
| JP MORGAN SECURITIES INC 0060 | ATTN ERIC ALSOP OR REORG MGR | 500 STANTON CHRISTIANA RD | | NEWARK | DE | 19713 | US |
| JP MORGAN SECURITIES INC 0307 | ATTN GREGORY SCHRON OR REORG MGR | 270 PARK AVENUE | | NEW YORK | NY | 10017 | US |
| JP MORGAN SECURITIES INC SL 5202 | ATTN ERIC ALSOP OR REORG MGR | 500 STANTON CHRISTIANIA RD | | NEWARK | DE | 19713 | US |
| JP MORGAN SECURITIES INC WF 5245 | ATTN ERIC ALSOP OR REORG MGR | 500 STANTON CHRISTIANA RD | | NEWARK | DE | 19713 | US |
| JPM ASSET 8861 | ATTN LAURA LOGEMAN | 4 NEW YORK PLAZA | | NEW YORK | NY | 10004 | US |
| JPM CHASE AG DEPOSITARY BK 2865 | ATTN FRED COHEN OR REORG MGR | 500 CHRISTIANA RD FL 3 | MORGAN CHRISTIANA CENTER OPS 4 | NEWARK | DE | 19702 | US |
| JPM CLEARING CORP LENDING 5213 | ATTN GREGORY SCHRON OR REORG MGR | ONE METROTECH CENTER NORTH | | BROOKLYN | NY | 11201 | US |
| JPM SECURITIES CANADA INC 4808 | ATTN SHEERA BADIAL OR REORG MGR | 200 BAY ST STE 1800 ROYAL BANK | PLAZA S TWR | TORONTO | ON | M5J 2J2 | CA |
| JPMC BANK VANGUARD LOANET 2433 | ATTN PAULA JONES OR REORG MGR | 14201 DALLAS PARKWAY | | DALLAS | TX | 75254 | US |
| JPMC BLKRK 3622 | ATTN SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD OPS 4 | FLOOR 02 | NEWARK | DE | 19713 | US |
| JPMC DBTC AMERICAS UK BANK LTD 2314 | ATTN MARIA SASINOSKI OR REORG MGR | 525 WILLIAM PENN PLACE ROOM 0300 | | PITTSBURGH | PA | 15259 | US |
| JPMC EURO 1970 | ATTN DTC CUSTODY LINE SACHIN GOYAL | 500 STANTON CHRISTIANA ROAD | | NEWARK | DE | 19713 | US |
| JPMC JP MORGAN INTERNATIONAL 2035 | ATTN REORG MGR | 4 NEW YORK PLAZA 11TH FLOOR | | NEW YORK | NY | 10004 | US |
| JPMCB HSBC BANK 2554 | ATTN DRALAN PORTER OR REORG MGR | 14201 DALLAS PARKWAY 12TH FLOOR | | DALLAS | TX | 75254 | US |
| JPMCH CTC 0902 | Attn Jeff Lazarus | 4 Chase Metrotech Plaza | 3rd Floor | Brooklyn | NY | 11245 | US |
| JPMCH CTC 2424 | Attn Gene Banfi or Reorg Mgr | 4 Chase Metrotech Center | 3rd Fl NY1 C083 | BROOKLYN | NY | 11245 0001 | US |
| JPMORGAN BROKER DEALER SVCS 2811 | ATTN NORE SCARLETT OR REORG MGR | 4 NEW YORK PLAZA 11TH FLOOR | | NEW YORK | NY | 10004 | US |
| JPMORGAN CHASE BANK ADR 0923 | ATTN BRIAN GILBERT OR REORG MGR | 500 STANTON CHRISTINA ROAD | | NEWARK | DE | 19713 | US |
| JPMORGAN CHASE BANK IA 2357 | ATTN SUSHIL PATEL OR REORG MGR | 14201 DALLAS PARKWAY SUITE 121 | | DALLAS | TX | 75254 | US |
| JPMORGAN CHASE BANK JP MORGAN 2379 | ATTN MARIA SASINOSKI OR REORG MGR | 525 WILLIAM PENN PLACE ROOM 0300 | | PITTSBURGH | PA | 15259 | US |

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| JPMORGAN CHASE BANK NA 0902 2164 | Attn Jeff Lazarus Corp Action Mgr | 4 Chase Metrotech Center | 3rd Fl NY1 C094 | Brooklyn | NY | 11245 0001 | US |
| JPMORGAN CHASE BANK NA JPMO 2740 | ATTN GARY GABRYSH OR REORG MGR | 500 STANTON CHRISTIANA RD DE3 4680 | | NEWARK | DE | 19713 | US |
| JPMORGAN CHASE BANK PRUDENTIAL 2517 | ATTN REORG MGR | PARADIGM B WING FL 6 | MINDSPACE MALAD W | MUMBAI | INDIA | 400 064 I00000 | IN |
| JPMORGAN CHASE BANK TRUST CO 2849 | ATTN REORG MGR | PARADIGM B WING FLOOR 6 | MINDSPACE MALAD W | MUMBAI | | 400 064 I00000 | IN |
| JPMORGAN CHASE BNK NAPERS OHIO 8187 | ATTN MARCIN BIEGANSKI | 14201 DALLAS PARKWAY 12TH FL | CORPORATE ACTIONS DEPT | DALLAS | TX | 75254 | US |
| JPMORGAN CHASE BNK SUSQUEHANNA 2060 | ATTN DIANE MCGOWAN OR REORG MGR | 3 METROTECH 5TH FLOOR | | BROOKLYN | NY | 11245 | US |
| JPMORGAN CHASE DBTC AMERICAS 2312 | ATTN DIANE MCGOWAN OR REORG MGR | 4 NEW YORK PLAZA 11TH FLOOR | | NEW YORK | NY | 10004 | US |
| JPMORGAN CHASE FIMAT CU 2945 | ATTN REORG MGR | PARADIGM B WING FLOOR 6 | MAINDSPACE MALAD W | MUMBAI | | 400 064 I00000 | IN |
| JPMORGAN CHASE FIMAT MB 2946 | ATTN REORG MGR | PARADIGM B WING FLOOR 6 | MINDSPACE MALAD W | MUMBAI | | 400 064 I00000 | IN |
| JPMORGAN CHASE FIMAT RM 2944 | ATTN REORG MGR | PARADIGM B WING FLOOR 6 | MINDSPACE MALAD W | MUMBAI | | 400 064 I00000 | IN |
| JPMORGAN CHASE GNPH MIDDLE MKT 2434 | ATTN SN REISING OR REORG MGR | 100 N BROADWAY | | OKLAHOMA CITY | OK | 73102 | US |
| JPMORGAN CHASE JPMORGAN CHASE 1573 | ATTN DIANE MCGOWAN OR REORG MGR | 3 METROTECH 5TH FLOOR | | BROOKLYN | NY | 11245 | US |
| JPMORGAN CHASE JPMORGAN EUROPE 2354 | ATTN MONICA WEMER OR REORG MGR | 500 STANTON CHRISTIANA ROAD | | NEWARK | DE | 19713 | US |
| JPMORGAN CHASE MET LIFE LOANET 2973 | ATTN PAULA JONES OR REORG MGR | 14201 DALLAS PARKWAY | | DALLAS | TX | 75254 | US |
| JPMORGAN CHASE MUNI DEALER 2773 | ATTN JAMES DELANEY OR REORG MGR | 180 Varick St | 2nd Fl | New York | NY | 10014 | US |
| JPMORGAN CHASE PUBLIC EMPLOYEE 2975 | ATTN REORG MGR | PARADIGM B WING FL 6 | MINDSPACE MALAD | MUMBAI | | 400 064 I00000 | IN |
| JPMORGAN CHASE RBS 2038 | ATTN DIANE MCGOWAN OR REORG MGR | 3 METROTECH 5TH FLOOR | | BROOKLYN | NY | 11245 | US |
| JPMORGAN CHASE TREASURER OHIO 2609 | ATTN WENDY WUJCIKOWSKI OR REORG MGR | 14201 DALLAS PARKWAY | | DALLAS | TX | 75254 | US |
| JPMORGAN CHASE US EQ TRP 2612 | ATTN SERGIO MONTILLO OR REORG MGR | 500 STANTON CHRISTIANA ROAD | | NEWARK | DE | 19713 | US |
| JPMORGAN CHEMICAL COMMERC 1506 | ATTN DIANE MCGOWAN OR REORG MGR | 3 METROTECH 5TH FLOOR | | BROOKLYN | NY | 11245 | US |
| KEYBANC CAPITAL MARKETS INC 0799 | ATTN KAREN BEDNARSKI OR REORG MGR | 4900 TIEDEMAN MAIL CODE | OH 01 49 0230 | BROOKLYN | OH | 44114 | US |
| KEYBANK 2205 | ADAM BORYENACE OR REORG MGR | 4900 TIEDEMAN ROAD | | BROOKLYN | OH | 44144 | US |
| KEYBANK NA FBO TREASURER OHIO 2769 | ATTN SCOTT MACDONALD OR REORG MGR | 4900 TIEDEMAN ROAD OH 01 49 310 | | BROOKLYN | OH | 44144 | US |
| KEYBANK SAFEKEEPING 0557 | ATTN RAYMOND HANNAN OR REORG MGR | 4900 TIEDEMAN ROAD OH 01 49 0240 | | BROOKLYN | OH | 44144 | US |
| KNIGHT CLEARING SERVICES LLC 0295 | ATTN JANICA BRINK OR REORG MGR | 545 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310-0000 | US |
| LAKESIDE BANK 2545 | ATTN MICHAEL CAULEY OR REORG MGR | 141 WEST JACKSON BLVD SUITE 130A | | CHICAGO | IL | 60604 | US |
| LAURENTIAN BANK OF CANADA 5001 | ATTN SARAH QUESNEL OR REORG MGR | 1981 MCGILL COLLEGE AVE SUITE 100 | | MONTREAL | QC | H3A 3K3 | CA |
| LAW DEBENTURE 2216 | ATTN REORG Dept | 801 2nd Avenue Suite 403 | | New York | NY | 10017 | US |
| LEEDE FINANCIAL MARKETS 5071 | ATTN CRAIG GOODWIN OR REORG MGR | FIRST ALBERTA PLACE 777 | 8TH AVENUE SW SUITE 2300 | CALGARY | AB | T2P 3R5 | CA |
| LEK SECURITIES CORPORATION 0512 | ATTN DANIEL HANUKA OR REORG MGR | 1 LIBERTY PLAZA 52ND FLOOR | | NEW YORK | NY | 10006 | US |
| LPL FINANCIAL CORPORATION 0075 | ATTN CORPORATE ACTIONS | 1055 LPL WAY | | FORT MILL | SC | 29715 | US |
| M I MARSHALL ILSLEY BANK 0992 | ATTN REORG MGR | 111 W MONROE ST | | CHICAGO | IL | 60603 | US |
| MACALLASTER PITFIELD MACKAY 0664 | ATTN DAVID MACALLASTER OR REORG MGR | 30 BROAD STREET 26TH FLOOR | | NEW YORK | NY | 10004 | US |
| MACDOUGALL MACDOUGALL 5022 | ATTN JOYCE MILLETT OR REORG MGR | PLACE DU CANADA SUITE 2000 | | MONTREAL | QC | H3B 4J1 | CA |
| MACKIE RESEARCH 5029 | ATTN TONY RODRIGUES OR REORG MGR | 199 BAY STREET COMMERCE COURT | WEST SUITE 4600 | TORONTO | ON | M5L 1G2 | CA |
| MACQUARIE CAPITAL INC 0114 | ATTN PATRICK CERMAK OR REORG MGR | 125 WEST 55TH STREET 23RD FLOOR | | NEW YORK | NY | 10019 | US |
| MANUFACTURERS AND TRADERS 0990 | ATTN DON SCHMIDT OR REORG MGR | ONE M T PLAZA | 8TH FLOOR | BUFFALO | NY | 14240 | US |
| MANUFACTURERS TRADERS TRUST 2382 | ATTN RONALD SMITH OR REORG MGR | ONE M T PLAZA 3RD FLOOR | TREASURY OPERATIONS | BUFFALO | NY | 14203 | US |
| MANULIFE SECURITIES CDS 5047 | ATTN REORG MGR | 85 RICHMOND STREET WEST | | TORONTO | ON | M5H 2C9 | CA |
| MAPLE SECURITIES CANADA CDS 5072 | ATTN JEFF CARR OR REORG MGR | 79 WELLINGTON STREET WEST | | TORONTO | ON | M5K 1K7 | CA |
| MAPLE SECURITIES DOMES 5239 | ATTN MARISOL MANSO OR REORG MGR | 10 EXCHANGE PL SUITE 2600 | | JERSEY CITY | NJ | 07302-0000 | US |
| MARSCO INVESTMENT CORPORATION 0287 | ATTN KAREN JACOBSEN OR REORG MGR | 101 EISENHOWER PARKWAY | | ROSELAND | NJ | 07068 0000 | US |
| MELLON LNDN GLBL MKT 2485 2281 2504 | ATTN REORG DEPT | ONE CANADA SQUARE | | LONDON | | E14 5AL | UK |
| MERCHANT CAPITAL LLC 6733 | ATTN BELINDA WILSON OR REORG MGR | LAKEVIEW CENTER SUITE 400 | 2660 EAST CHASE LANE | MONTGOMERY | AL | 36117 | US |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 8 of 14

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|---|---|---|
| MERRILL LYNCH 0161 5198 | ATTN K BANACH OR CORP ACTION NOTIFI | 4804 DEAR LAKE DR E | | JACKSONVILLE | FL | 32246 | US |
| MERRILL LYNCH 5143 | ATTN EARL WEEKS OR REORG MGR | 4804 DEAR LAKE DR E | | JACKSONVILLE | FL | 32246 | US |
| MERRILL LYNCH GOV SECS 5193 | ATTN TONY LAYNE OR REORG MGR | WORLD FINANCIAL CENTER NORTH TOWER | | NEW YORK | NY | 10281 1212 | US |
| MESIROW FINANCIAL INC 0727 | ATTN HAVANA GILES OR REORG MGR | 353 NORTH CLARK ST | | CHICAGO | IL | 60654 | US |
| MG TRUST COMPANY LLC 5954 | ATTN CHRISTINE DAWSON OR REORG MGR | 700 17TH STREET SUITE 200 | | DENVER | CO | 80016 | US |
| MITSUB UFJ 2932 | ATTN RAVI NIRANJAN OR REORG DEPT | 420 FIFTH AVENUE | 6TH FLOOR | NEW YORK | NY | 10018 | US |
| MIZUHO CORPORATE BANK 1577 | ATTN RAMON ROSARIO OR REORG MGR | HARBORSIDE FINANCIAL CENTER | 1800 PLAZA TEN | JERSEY CITY | NJ | 07311-0000 | US |
| MIZUHO CORPORATE BANK 2539 | ATTN RAMON ROSARIO OR REORG MGR | HARBORSIDE FINANCIAL CENTER 1800 | PLAZA TEN | JERSEY CITY | NJ | 07311-0000 | US |
| MIZUHO SECURITIES FIXED 2396 | ATTN JOHN DAVIES | 111 RIVER STREET SUITE 1100 | | HOBOKEN | NJ | 07030-0000 | US |
| MIZUHO SECURITIES INC 0892 | ATTN REORG Dept | 1251 Avenue of the Americas | | New York | NY | 10020 | US |
| MLPFS 0671 | ATTN EARL WEEKS | 4804 DEERLAKE DR E | | JACKSONVILLE | FL | 32246 | US |
| MONTE TITOLI SPA 2008 | ATTN MAURO CASTELLAZZI OR REORG MGR | VIA MANTEGNA 6 | | MILANO | ITALY | 20154 | IT |
| MORGAN KEEGAN COMPANY 0780 | ATTN JOHN CAMPBELL OR REORG MGR | 50 NORTH FRONT STREET | 4TH FLOOR | MEMPHIS | TN | 38103 | US |
| MORGAN STANLEY CO 0050 | ATTN IRVING CORUJO OR REORG MGR | ONE NEW YORK PLAZA | 7TH FLOOR | NEW YORK | NY | 10004 | US |
| MORGAN STANLEY CO II 5127 | ATTN DAN SPADACCINI OR REORG MGR | 901 SOUTH BOND STREET 6TH FLOOR | | BALTIMORE | MD | 21231 | US |
| MORGAN STANLEY CO INCORPORATED 50 | ATTN RAQUEL DEL MONTE OR REORG | ONE NEW YORK PLAZA 7TH FLOOR | | NEW YORK | NY | 10004 | US |
| MORGAN STANLEY CO INTL PLC 7309 | ATTN DAN SPADACCINI OR REORG MGR | 901 SOUTH BOND ST 6TH FL | | BALTIMORE | MD | 21231 | US |
| MORGAN STANLEY CO INTL PLC 7309 | ATTN BRIAN O'DOWD OR REORG MGR | 901 SOUTH BOND STREET 6TH FLOOR | | BALTIMORE | MD | 21231 | US |
| MORGAN STANLEY CO INTL PLC 7309 | ATTN GREGORY CONTALDI OR REORG MGR | 901 SOUTH BOND STREET 6TH FLOOR | | BALTIMORE | MD | 21231 | US |
| MORGAN STANLEY SMITH BARNEY 0015 | ATTN JOHN BARRY OR REORG MGR | 1300 THAMES STREET WHARF | | BALTIMORE | MD | 21231 | US |
| MORGAN STANLEY TRUST NA 2267 | ATTN DAVID LAI OR REORG MANAGER | 1 NEW YORK PLAZA | 41ST FLOOR | NEW YORK | NY | 10004 | US |
| MORGAN STANLEY TRUST NA II 2522 | ATTN REORG MGR | 1300 THAMES ST | THAMES STREET WHARF 4TH FLOOR | BALTIMORE | MD | 21231 | US |
| MS SECURITIES SERVICES INC 0101 | ATTN BRIAN O'DOWD OR REORG MGR | 901 SOUTH BOND STREET 6TH FLOOR | | BALTIMORE | MD | 21231 | US |
| NASDAQ OMX BX INC 0163 | ATTN VINCENT DIVITO OR REORG MGR | ONE LIBERTY PLAZA 51ST FLOOR | | NEW YORK | NY | 10006 | US |
| NATIONAL BANK SOUTH CAROLINA 2578 | ATTN MARCIA KNOX OR REORG MGR | 1 BROAD STREET | | SUMTER | SC | 29150 | US |
| NATIONAL FINANCIAL SERVICE LLC 0226 | ATTN SEAN COLE OR REORG MGR | 499 WASHINGTON BLVD | 5TH FLOOR | JERSEY CITY | NJ | 07310-0000 | US |
| NATIONAL FINANCIAL SERVICE LLC 0226 | ATTN KARL BAKER OR REORG MGR | 499 WASHINGTON BLVD | 5TH FLOOR | JERSEY CITY | NJ | 07310-0000 | US |
| NATIONAL SECURITIES CLEARING 0888 | ATTN JANICE GREGORY OR REORG MGR | 55 WATER STREET 22ND FLOOR | | NEW YORK | NY | 10041 | US |
| NATL BANK OF S CAROLINA 2579 | ATTN PAMELA GEDDINGS OR REORG MGR | 1 BROAD STREET | | SUMTER | SC | 29151 | US |
| NBC FINAN 8353 | ATTN DANNY DESPATIE | 65 EAST 55TH STREET 31ST FLOOR | | NEW YORK | NY | 10022 | US |
| NBC SECURITIES INC 0306 | ATTN DEBBIE HARDIN OR REORG MGR | 1927 FIRST AVENUE NORTH | | BIRMINGHAM | AL | 35203 | US |
| NBCN CLEARING INC CDS 5032 | ATTN ANNIE MAH OR REORG MGR | 85 RICHMOND STREET WEST | | TORONTO | ON | M5H 2C9 | CA |
| NBCN INC CDS 5008 | ATTN BENOIT HENAULT OR REORG MGR | 1010 RUE DE LA GAUCHETIERE ST WEST | SUITE 1925 | MONTREAL | QC | H3B 5J2 | CA |
| NBT BANK NA 7861 | ATTN HOLLY CRAVER OR REORG MGR | 20 MOHAWK STREET | | CANAJOHARIE | NY | 13317 | US |
| NEWEDGE CANADA INC CDS 5003 | ATTN GAETAN HEBERT OR REORG MGR | 1501 MCGILL COLLEGE SUITE 1901 | | MONTREAL | PQ | H3A 3M8 | CA |
| NOMURA SECURITIES 0180 7507 7584 | ISSUER SERVICES | 309 WEST 49TH STREET | 10TH FLOOR | NEW YORK | NY | 10019 7316 | US |
| NOMURA SECURITIES 0180 7507 7584 | ATTN HERNAN SANCHEZ OR REORG MGR | 309 WEST 49TH STREET | WORLDWIDE PLAZA 10TH FLOOR | NEW YORK | NY | 10019 | US |
| NOMURA SECURITIES 7507 | ATTN HERNAN SANCHEZ OR REORG MGR | WORLDWIDE PLAZA | 309 W 49TH ST 10TH FLOOR | NEW YORK | NY | 10019 | US |
| NOMURA SECURITIES FIXED INCOME 5222 | ATTN JOHN KELLERHER OR REORG MGR | 2 WORLD FINANCIAL CENTER BLDG B | | NEW YORK | NY | 10281 1198 | US |
| NORTHERN TRUST CO 2669 | ATTN ROBERT VALENTIN OR REORG MGR | 801 S CANAL STREET | FLOOR C1N | CHICAGO | IL | 60607 | US |
| NORTHERN TRUST CO 2669 | ATTN ANDREW LUSSEN OR REORG MGR | 801 S CANAL STREET | FLOOR C1N | CHICAGO | IL | 60607 | US |
| NSCC CONTROL ACCT 3 0825 | ATTN WALLACE BOWLING OR REORG MGR | 55 WATER STREET 22ND FLOOR | | NEW YORK | NY | 10041 | US |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|---|---|---|
| NTHRN FFA 2778 | ATTN PENNY PETERSON | 50 S LASALLE STREET | | CHICAGO | IL | 60675 | US |
| NTRS SAFEKEEPING 2684 | ATTN SUE STIMAC OR REORG MGR | 50 SOUTH LASALLE STREET LEVEL A | | CHICAGO | IL | 60675 | US |
| NTRS UNITED NATION 2602 | ATTN JOE SWANSON OR REORG MGR | 801 S CANAL C IN | | CHICAGO | IL | 60607 | US |
| NUVEEN INVESTMENTS LLC 0448 | ATTN MICHAEL KARKULA OR REORG MGR | 333 WEST WACKER DRIVE 32ND FLOOR | | CHICAGO | IL | 60606 | US |
| OCTAGON CAPITAL CORP CDS 5073 | ATTN CARLENE GARRISON OR REORG MGR | 181 UNIVERSITY AVENUE SUITE 400 | | TORONTO | ON | M5H 3M7 | CA |
| ODLUM BROWN LIMITED CDS 5074 | ATTN RON RAK OR REORG MGR | 250 HOWE ST | SUITE 1100 | VANCOUVER | BC | V6C 3T4 | CA |
| OLD SECOND BANCORP INC DRS 7866 | ATTN ROBIN HODGSON OR REORG MGR | 37 S RIVER STREET | | AURORA | IL | 60506 | US |
| OPPENHEIMER CO INC 0571 | ATTN OSCAR MAZARIO OR REORG MGR | 85 BROAD STREET | 4TH FLOOR | NEW YORK | NY | 10004 | US |
| OPPENHEIMER CO INC 0571 | ATTN COLIN SANDY OR REORG MGR | 125 BROAD STREET | 15TH FLOOR | NEW YORK | NY | 10004 | US |
| OPPENHEIMER CO INC 0571 0303 | ATTN OSCAR NAZARIO OR REORG MGR | 85 BROAD STREET 4TH FL | | NEW YORK | NY | 10004 | US |
| OPTIONS CLEARING 0981 | ATTN REORG Dept | 125 S Franklin Street Suite 1200 | | Chicago | IL | 60606 | US |
| OPTIONS CLEARING CORP OCC 0982 | ATTN ANDREW PANARAS OR REORG MGR | ONE NORTH WACKER DRIVE SUITE 500 | | CHICAGO | IL | 60606 | US |
| OPTIONSXPRESS INC 0338 | ATTN SCOTT JOHNSON OR REORG MGR | 311 W MONROE STREET | | CHICAGO | IL | 60606 | US |
| PENSCO TRUST COMPANY 5998 | ATTN PROXY MGR | 1560 BROADWAY SUITE 400 | | DENVER | CO | 80202 3308 | US |
| PENSON FINANCIAL CDS 5063 | ATTN ROBERT MCPHEARSON OR REORG MGR | 330 BAY ST SUITE 711 | | TORONTO | ON | M5H 2S8 | CA |
| PEOPLE SEC 0220 | ATTN PATRICIA  CHONKO | 850 MAIN STREET | | BRIDGEPORT | CT | 06604-0000 | US |
| PERSHING LLC 0443 | ATTN SILVY RODRIGUEZ OR REORG MGR | SECURITIES CORPORATION | 1 PERSHING PLAZA 7TH FLOOR REORG | JERSEY CITY | NJ | 07399-0000 | US |
| PERSHING LLC 0443 | ATTN AL HERNANDEZ OR REORG MGR | SECURITIES CORPORATION 1 PERSHING | PLAZA 7TH FL REORG | JERSEY CITY | NJ | 07399-0000 | US |
| PERSHING LLC 0443 | ATTN JOSEPH LAVARA OR REORG MGR | 1 PERSHING PLAZA | | JERSEY CITY | NJ | 07399-0000 | US |
| PERSHING LLC SL INT'L 5196 | ATTN CAMILLE REARDON OR REORG MGR | ONE PERSHING PLAZA 6TH FLOOR | | JERSEY CITY | NJ | 07399-0000 | US |
| PHILLIP CAPITAL INC 8460 | ATTN PROXY MGR | 141 W Jackson Blvd Suite 1531A | | CHICAGO | IL | 60604 | US |
| PI FINANCIAL CORP CDS 5075 | ATTN ROB MCNEIL OR REORG MGR | 666 BURRARD ST | SUITE 1900 | VANCOUVER | BC | V6C 2G3 | CA |
| PIPER JAFFRAY CO 0311 | ATTN ANNAMARIA HERNANDEZ | 800 NICOLLET MALL | SUITE 800 | MINNEAPOLIS | MN | 55402 7020 | US |
| PNC BANK NA 2616 | ATTN JANET CLEARY OR REORG MGR | 8800 TINICUM BLVD | MS F6 F266 02 2 | PHILADELPHIA | PA | 19153 | US |
| PNC BANK NA ETF ACCOUNT 2448 | ATTN JANET CLEARY OR REORG MGR | 8800 TINICUM BLVD | | PHILADELPHIA | PA | 19153 | US |
| PNC BANK NA PITTSBURGH 2834 | ATTN BARBARA SKWARCHA OR REORG MGR | ONE PNC PLAZA 9TH FL 249 5TH AVENUE | | PITTSBURGH | PA | 15222 7707 | US |
| PNC BANK NA SAFEKEEPING 2094 | ATTN DAVE SANDERS OR REORG MGR | 8800 TINICUM BOULEVARD | | PHILADELPHIA | PA | 19153 | US |
| PNC BANK NA STAR 2937 | ATTN DAVE SANDERS OR REORG MGR | 8800 TINICUM BOULEVARD | | PHILADELPHIA | PA | 19153 | US |
| PNC EQUITY SECURITIES CORP 2372 | ATTN ANTHONY PICCIRILLI REORG MGR | FIFTH WOOD STREET | | PITTSBURGH | PA | 15219 | US |
| PNC MAIN NATIONAL CITY 2316 | ATTN DAVE SANDERS OR REORG MGR | 8800 TINICUM BOULEVARD | | PHILADELPHIA | PA | 19153 | US |
| PNC MARKET STREET FUNDING 2801 | ATTN SANJID MUAD OR REORG MGR | 249 FIFTH AVENUE P1 POPP 09 2 | | PITTSBURGH | PA | 15222 | US |
| PRIMEVEST FINANCIAL SERVICES 0701 | ATTN MARK SCHOUVILLER OR REORG MGR | 400 1ST STREET SOUTH | | ST CLOUD | MN | 56301 | US |
| PWMCO LLC 0467 | ATTN TED HANS OR REORG MGR | 311 S WACKER DRIVE FLOOR 60 | | CHICAGO | IL | 60606 | US |
| QTRADE SECURITIES INC 5084 | ATTN MARY KORAC OR PROXY MGR | 505 BURRARD STREET SUITE 1920 | | VANCOUVER | BC | V7X 1M6 | CA |
| QTRADE SECURITIES INC CDS 5009 | ATTN JOSEPH CHAU OR REORG MGR | ONE BENTALL CENTRE | 505 BURRARD ST SUITE 1920 | VANCOUVER | BC | V7X 1M6 | CA |
| QUANTEX CLEARING LLC 0294 7359 | ATTN REORG MGR | 70 HUDSON STREEET | | HOBOKEN | NJ | 07030-0000 | US |
| QUESTRADE INC 5084 | ATTN MAURIZIO ARANI OR PROXY MGR | 5650 YONGE STREET SUITE 1700 | | TORONTO | ON | M2M 4G3 | CA |
| RAYMOND JAMES ASSOCIATES INC 0725 | ATTN ROBERTA GREEN OR REORG MGR | 880 CARILION PARKWAY TOWER 2 4TH FL | | ST PETERSBURG | FL | 33716 | US |
| RAYMOND JAMES ASSOCIATES INC 5179 | ATTN REORG MGR | 880 Carillon Parkway | | ST PETERSBURG | FL | 33716 | US |
| RAYMOND JAMES FI 0390 | ATTN LINDA LACY OR REORG MGR | 800 CARILLON PARKWAY | | SAINT PETERSBURG | FL | 33716 | US |
| RAYMOND JAMES LTD CDS 5076 | ATTN REORG MGR | 2100 – 925 WEST | GEORGIA STREET | VANCOUVER | BC | V6C 3L2 | CA |
| RAYMOND JAMES RA 7568 | ATTN FITCHEL DAWN OR REORG MGR | 710 CARILLON PARKWAY | | SAINT PETERSBURG | FL | 33716 | US |
| RBC CAP MARKETS RBCC 7408 | ATTN STEVE SCHAFER OR REORG MGR | 510 MARQUETTE AVE SOUTH | | MINNEAPOLIS | MN | 55402 | US |
| RBC CAPITAL MARKETS 0235 | ATTN STEVE SCHAFER OR REORG MGR | 60 SOUTH 6TH STREET | | MINNEAPOLIS | MN | 55402 | US |
| RBC DOMINION 4801 | ATTN PETER DRUMM OR REORG MGR | 200 BAY ST ROYAL BK PLAZA | NORTH TOWER 6TH FLOOR | TORONTO | ON | M5J 2W7 | CA |

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| RBC DOMINION CDS 5002 | ATTN KAREN OLIVERES OR REORG MGR | 200 BAY STREET 6TH FLOOR | ROYAL BANK PLAZA NORTH TOWER | TORONTO | ON | M5J 2W7 | CA |
| RBC ROYAL TRUST 1 CDS 5044 | ATTN ARLENE AGNEW OR REORG MGR | 180 WELLINGTON STREET WEST | | TORONTO | ON | M5J0C2 | CA |
| RBC ROYAL TRUST CDS 4707 | ATTN ARLENE AGNEW OR REORG MGR | 180 WELLINGTON STREET WEST | | TORONTO | ON | M5J0C2 | CA |
| RBS EQUITY FINANCE 5263 | ATTN JEFF BLACK OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| RBS FIXED INCOME 5231 | ATTN JEFF BLACK OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| RBS SECURITIES INC 0248 | ATTN JIM GLOVER OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| RBS SECURITIES INC EQUITIES 0425 | ATTN JEFF BLACK OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| RBS SECURITIES INC GCFP 7564 | ATTN JEFF BLACK OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| RBS SECURITIES INC OCC CUST 0261 | ATTN BRYAN BURNS OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| RBS SECURITIES INC RBS PLC 7562 | ATTN JEFF BLACK OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| RBS SUB ACCOUNT FOR 7563 | ATTN JEFF BLACK OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| REGIONS BANK 0971 | ATTN PEYTON DILIBERTO | 1901 6TH AVENUE N | | BIRMINGHAM | AL | 35203 | US |
| REGIONS BANK CORPORATE TRUST 1505 | ATTN MICHAEL CHANDLER OR REORG MGR | 250 RIVERCHASE PARKWAY EAST 5TH FL | | HOOVER | AL | 35244 | US |
| REGIONS BANK WEST VALLEY 2329 | ATTN MANSELL GARRETT OR REORG MGR | 250 RIVERCHASE PARKWAY | | BIRMINGHAM | AL | 35209 | US |
| RELIANCE TRUST COMPANY 5962 | ATTN CORPORATE ACTIONS GROUP | 1100 ABERNATHY RD SUITE 400 | | ATLANTA | GA | 30328 5634 | US |
| RELIANCE TRUST COMPANY SWMS1 2042 | ATTN CORPORATE ACTIONS GROUP | 1100 ABERNATHY RD SUITE 400 | | ATLANTA | GA | 30328 5634 | US |
| RELIANCE TRUST COMPANY SWMS2 2085 | ATTN CORPORATE ACTIONS GROUP | 1100 ABERNATHY RD SUITE 400 | | ATLANTA | GA | 30328 5634 | US |
| RHSECURLLC 6769 | ATTN DAWN PAGLIARO | 500 COLONIAL CENTER PKWY #100 | | LAKE MARY | FL | 32746 | US |
| RICHARDS MERRILL 8192 | ATTN THOMAS MCDONALD OR REORG MGR | ONE SKYWALK US BK BLDG 422 | WEST RIVERSIDE AVE | SPOKANE | WA | 99201 0367 | US |
| RIDGE CLEARINGS 0543 | ATTN Yasmine Casseus | Broadridge Financial Sol Reorg Dept | 2 Gateway Center 283 299 Market St | Newark | NJ | 07102-0000 | US |
| RJ DEALER STOCK LOAN 0594 | ATTN DEE BYRD OR REORG MGR | 880 CARILLON PARKWAY | | ST PETERSBURG | FL | 33716 | US |
| ROBERT W BAIRD CO 0547 | ATTN JAN SUDFELD OR REORG MGR | 777 E WISCONSIN AVENUE | 19TH FLOOR | MILWAUKEE | WI | 53202 | US |
| ROBERT W BAIRD CO 0547 | ATTN TRACY TRENSCH OR REORG MGR | 777 E WISCONSIN AVENUE | | MILWAUKEE | WI | 53202 | US |
| ROOSEVELT CROSS INCORPORATED 6931 | ATTN DENNIS STRIANO OR REORG MGR | ONE EXCHANGE PLAZA 55 BROADWAY | 22ND FL | NEW YORK | NY | 10006 | US |
| SAFRA SECURITIES LLC 8457 | ATTN REORG DEPARTMENT | 3050 AVENTURA BLVD | | AVENTURA | FL | 33180 | US |
| SANFORD C BERNSTEIN 0013 | ATTN CARMINE CARRELLA OR REORG MGR | ONE NORTH LEXINGTON AVENUE | | WHITE PLAINS | NY | 10601 1785 | US |
| SCOTIA ASIA CDS 4813 | ATTN HEATHER ALICE OR REORG MGR | 44 KING STREET WEST | | TORONTO | ON | M5H 1H1 | CA |
| SCOTIA BNS LDN CDS 4703 | ATTN PAT TOILLON OR REORG MGR | 40 KING STREET WEST LOWER CONCOURSE | | TORONTO | ON | M5H 1H1 | CA |
| SCOTIA CAPITAL INC 0096 | ATTN JOE LAPORTA OR REORG MGR | 250 ZESEY STREET | | NEW YORK | NY | 10281 | US |
| SCOTIA CAPITAL INC CDS 5011 | ATTN NORMITA RAMIREZ CORP ACT DEPT | 40 KING STREET WEST | | TORONTO | ON | M5H 1H1 | CA |
| SCOTIA SCE LTD CD 4814 | ATTN JOSEPH CHAU OR REORG MGR | 40 KING STREET WEST SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CA |
| SCOTIA TAXABLE ACCO 4816 | ATTN LETTY ECHEVARRIA OR REORG MGR | 23RD FL 40 KING ST W SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CA |
| SCOTTRADE INC 0705 | ATTN REORGANIZATION DEPARTMENT | 500 MARYVILLE UNIVERSITY DR | | ST LOUIS | MO | 63141 | US |
| SEI PRIVATE 2039 | ATTN SHAWN MACCOY OR REORG MGR | ONE FREEDOM VALLEY DRIVE | | OAKS | PA | 19456 | US |
| SEI PRIVATE 2039 | ATTN ERIC GREENE OR REORG MGR | ONE FREEDOM VALLEY DRIVE | | OAKS | PA | 19456 | US |
| SEI PRIVATE TRUST COMPANY 2663 | ATTN MELVIN ALLISON OR REORG MGR | ONE FREEDOM VALLEY DR | | OAKS | PA | 19456 | US |
| SG AMERICAS FOREIGN LOAN 5241 | ATTN CHARLES HUGHES OR REORG MGR | 245 PARK AVE | | NEW YORK | NY | 10167 | US |
| SG AMERICAS SECURITIES LLC 0286 | ATTN CHARLES HUGHES OR REORG MGR | 245 PARK AVE | | NEW YORK | NY | 10167 | US |
| SOCIETE GENERALE NY BRANCH 1546 | ATTN REORG Dept | 245 Park Ave | | New York | NY | 10167 | US |
| SOCIETE GENERALE PARIS 2680 | ATTN JOHN RYAN OR REORG MGR | 480 WASHINGTON BLVD | | JERSEY CITY | NJ | 07310-0000 | US |
| SOUTHERN COMPANY DRS 7821 | ATTN CRIC CRISP OR REORG MGR | 30 IVAN ALLEN JR BOULEVARD | NW 11TH FL BIN SC1100 | ATLANTA | GA | 30308 | US |
| SOUTHWEST SECURITIES INC 0279 | ATTN DORIS KRAJC OR REORG MGR | 1201 ELM STREET | SUITE 3700 | DALLAS | TX | 75270 | US |
| SOUTHWEST SECURITIES INC 0279 | ATTN CHRISTINA FINZEN OR REORG MGR | 1201 ELM STREET | SUITE 3700 | DALLAS | TX | 75270 | US |
| SOUTHWEST SECURITIES INC 0279 | ATTN RHONDA JACKSON OR REORG MGR | 1201 ELM STREET | SUITE 3500 | DALLAS | TX | 75270 | US |

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|---|---|---|
| SSB BANK PORTFOLIO 2436 | ATTN JOE CALLAHAN OR REORG MGR | 1776 HERITAGE DR GLOBAL | CORP ACTION UNIT JAB5NW NO | QUINCY | MA | 02171-0000 | US |
| SSB BLACKROCK TRUST 2767 | ATTN TRINA ESTREMERA OR REORG MGR | 1776 HERITAGE DRIVE NORTH | | QUINCY | MA | 02171-0000 | US |
| SSB CAPITAL MARKETS 2556 | ATTN JOE CALLAHAN OR REORG MGR | 1776 HERITAGE DR GLOBAL CORP | ACTION UNIT JAB 5NW NO | QUINCY | MA | 02171-0000 | US |
| SSB FRANK 2399 | ATTN DUSTIN TOPJIAN OR REORG MGR | CORPORATE ACTIONS | 1776 HERITAGE DRIVE | NORTH QUINCY | MA | 02171-0000 | US |
| SSB IBT BGI 2767 | ATTN TOM BRODERICK OR REORG MGR | 1776 HERITAGE DRIVE NORTH | | QUINCY | MA | 02171-0000 | US |
| SSB PHYSICAL CUSTODY SERVICES 2193 | ATTN MIKE REARDON OR REORG MGR | BOSTON SECURITIES PROCESSING | 225 FRANKLIN STREET | BOSTON | MA | 02110-0000 | US |
| SSB T SEC FIN AS PRINCIPAL 2625 | ATTN MYRIAM PIERVIL OR REORG MGR | 1776 HERITAGE DRIVE NORTH | | QUINCY | MA | 02171-0000 | US |
| SSBT CO CLIENT CUSTODY SERVICE 2678 | ATTN MYRIAM PIERVIL OR REORG MGR | 1776 HERITAGE DRIVE NORTH | | QUINCY | MA | 02171-0000 | US |
| STANDARD REGISTRAR XFER CO 7858 | ATTN RONALD HARRINGTON OR REORG MGR | 12528 SOUTH 1840 EAST | | DRAPER | UT | 84020 | US |
| STATE ST BNK TRST STATE ST TOT 2950 | ATTN MIKE FEELEY ROB RAY PROXY MGR | CORP ACTIONS JAB5E 1776 | HERITAGE DRIVE NORTH | QUINCY | MA | 02171-0000 | US |
| STATE STREET 0997 | ATTN MIKE FEELEY ROB RAY REORG MGR | CORP ACTIONS JAB5E | 1776 HERITAGE DRIVE | NORTH QUINCY | MA | 02171-0000 | US |
| STATE STREET 2375 | ATTN MYRIAM PIERVIL OR REORG MGR | 1776 HERITAGE DRIVE NORTH | | QUINCY | MA | 02171-0000 | US |
| STATE STREET 2386 | ATTN CHRISTINE SULLIVAN | 1776 HERITAGE DR | | NORTH QUINCY | MA | 02171-0000 | US |
| STATE STREET BANK TRUST 0997 2319 | ATTN CHRISTINE SULLIVAN REORG MGR | CORP ACTIONS JAB5E | 1776 HERITAGE DRIVE | NORTH QUINCY | MA | 02171-0000 | US |
| STATE STREET BANK TRUST 0997 2319 | ATTN MIKE FEELEY ROB RAY REORG MGR | CORP ACTIONS JAB5E | 1776 HERITAGE DRIVE | NORTH QUINCY | MA | 02171-0000 | US |
| STATE STREET DB 2546 | ATTN THOMAS LANGELIER OR REORG MGR | 1776 HERITAGE DRIVE NORTH | | QUINCY | MA | 02171-0000 | US |
| STATE STREET GLOBAL MARKET LLC 0189 | ATTN SN TAPPARO OR REORG MGR | STATE STREET FINANCIAL CENTER | ONE LINCOLN ST SFC5 | BOSTON | MA | 02111 2900 | US |
| STEPHENS INC 0419 | ATTN LINDA THOMPSON OR REORG MGR | 111 CENTER STREET | 4TH FLOOR | LITTLE ROCK | AR | 72201 | US |
| STIFEL NICOLAUS CO 0793 | ATTN CHRIS WIEGAND OR REORG MGR | 501 N BROADWAY | 7TH FLOOR STOCK RECORD DEPT | ST LOUIS | MO | 63102 | US |
| STIFEL NICOLAUS CO 0793 | ATTN CRAIG MCINTOSH OR REORG MGR | 501 N BROADWAY | REORG DEPT | ST LOUIS | MO | 63102 | US |
| STOCKCROSS FINANCIAL 0445 | ATTN ELEANOR PIMENTEL OR REORG MGR | 77 SUMMER STREET 2ND FLOOR | | BOSTON | MA | 02210-0000 | US |
| STOEVER GLASS CO INC 6759 | ATTN EVA HRASTNIG MIERAS REORG MGR | 30 WALL STREET | | NEW YORK | NY | 10005 | US |
| StoneX Financial Inc 750 | Attn Re Org Dept | 2 Perimeter Park S Suite 100W | | BIRMINGHAM | AL | 35242 | US |
| SUNTRUST BANK 2971 | ATTN RICK TROWBRIDGE OR REORG MGR | BANKRUPTCY CLASS ACT 303 PEACHTREE | ST SUIT 1400 MAIL CODE GA ATL 3141 | ATLANTA | GA | 30308 | US |
| SUNTRUST BANK DEALER BANK 2262 | ATTN VERONICA JOHNSON OR REORG MGR | 303 PEACHTREE STREET 25TH FLOOR | | ATLANTA | GA | 30308 | US |
| SUNTRUST BANK SILC 2289 | ATTN KAIN DONNA OR REORG MGR | 303 PEACHTREE ST NE 25TH FL | MAIL CODE GA ATL 3907 | ATLANTA | GA | 30308 | US |
| SUNTRUST ROBINSON HUMPHREY INC 2095 | ATTN MARIA SASINOSKI OR REORG MGR | 525 WILLIAM PENN PLACE ROOM 0300 | | PITTSBURGH | PA | 15259 | US |
| SW SECURITIES STOCK LOAN 5128 | ATTN CHRISTINA FINZEN OR REORG MGR | 1201 ELM STREET SUITE 3700 | | DALLAS | TX | 75270 | US |
| TD AMERITRADE CLEARING INC 0188 | ATTN MANDI FOSTER OR REORG MGR | 1005 NORTH AMERITRADE PLACE | | BELLEVUE | NE | 68005 | US |
| TD AMERITRADE CLEARING INC 0188 | ATTN GARY SWAIN OR REORG MGR | 1005 NORTH AMERITRADE PLACE | | BELLEVUE | NE | 68005 | US |
| TD AMERITRADE SECURITIES 5298 | ATTN KEVIN STRINE OR REORG MGR | 4211 S 102ND STREET | | OMAHA | NE | 68127 | US |
| TD WATERHOUSE CDS 5036 | ATTN REORG MANAGER | 77 BLOOR STREET WEST 3RD FLOOR | | TORONTO | ON | M5S 1M2 | CA |
| TEXAS TREASURY SAFEKEEPING 2622 | ATTN JANIE DOMINGUEZ OR REORG MGR | 208 E 10TH ST | ROOM 410 | AUSTIN | TX | 78701 | US |
| THE BANK NOVA SCOTIA WMF CDS 4838 | ATTN ARELENE AGNEW OR REORG MGR | 44 KING STREET WEST SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CA |
| THE BANK NY MELLON 0901 2510 2209 | ATTN EVENT CREATION DEPARTMENT | 500 GRANT STREET ROOM 151 2700 | | PITTSBURGH | PA | 15258 | US |
| THE BANK OF NEW YORK MELLON 0901 | ATTN JENNIFER MAY OR REORG MGR | 525 WILLIAM PENN PLACE | SUITE 153 0400 | PITTSBURGH | PA | 15259 | US |
| THE BANK OF NOVA SCOTIA CDS 4812 | ATTN NORMITA RAMIREZ OR REORG MGR | 40 KING ST W 23RD FL SCOTIA PLAZA | | TORONTO | ON | M5H 1H1 | CA |
| THE CENTRAL DEPOSITORY 5700 | ATTN WALTER SPRINGER OR REORG MGR | 55 WATER STREET 26TH FLOOR | | NEW YORK | NY | 10041 | US |
| THE FIRST NA DRS 7891 | ATTN STACY BRANN OR REORG MGR | 7 BRISTOL ROAD | | DAMARISCOTTA | ME | 04543-0000 | US |
| THE FROST NATIONAL BANK 2053 | ATTN JULIA WARD OR REORG MGR | 100 WEST HOUSTON | | SAN ANTONIO | TX | 78205 | US |
| THE ROYAL BANK OF SCOTLAND 2288 | ATTN JEFF BLACK OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| THE ROYAL BANK OF SCOTLAND 5251 | ATTN JEFF BLACK OR REORG MGR | 600 WASHINGTON BOULEVARD | | STAMFORD | CT | 06901-0000 | US |
| THE TEL AVIV STOCK EXCHANGE 2015 | ATTN NIRA MEIR OR REORG MGR | 54 AHAD HA'AM ST | | TEL AVIV | | 61290 I65202 | IL |
| TORONTO DOMINION BANK THE 4805 | ATTN JASON PEEL OR REORG MGR | 77 KING STREET WEST 16TH FLOOR | | TORONTO | ON | M5K 1A2 | CA |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 12 of 14

Exhibit SS
Nominee Service List
Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|------|-----------|-----------|-----------|------|-------|-------------|---------|
| TOTALS TRADEBOT SYSTEMS INC 0083 | ATTN KIRK VIETTI OR REORG MGR | 1251 NW BRIARCLIFF PRKWAY SUITE 700 | | KANSAS CITY | MO | 64116 | US |
| TRADESTATION 0271 | ATTN RICK GORDON OR REORG MGR | CORPORATE ACTIONS DEPARTMENT | 8050 SW 10TH ST SUITE 2000 | PLANTATION | FL | 33324 | US |
| TRADITION ASIEL SECURITIES 370 | ATTN EMIL SOLDATI OR REORG MGR | 75 PARK PLACE | 4TH FLOOR | NEW YORK | NY | 10007 | US |
| TRUSTMARK NATIONAL BANK 2852 | ATTN JACK BALL OR REORG MGR | 248 E CAPITOL ST | ROOM 580 | JACKSON | MS | 39201 | CA |
| UBS AG 0979 | ATTN CARLOS LEDE OR REORG MGR | 677 WASHINGTON BLVD | | STAMFORD | CT | 06901-0000 | US |
| UBS AG IPA ACCOUNT 1540 | ATTN ANTHONY CONTE OR REORG MGR | 677 WASHINGTON BLVD | | STAMFORD | CT | 06901-0000 | US |
| UBS AG STAMFORD UBS AG LONDON 2507 | ATTN JOSEPH POZOLANTE OR REORG MGR | 315 DEADERICK STREET | | NASHVILLE | TN | 37238 | US |
| UBS FINANCIAL GOVT SECURITIES 5170 | ATTN JONATHAN BANKS OR REORG MGR | 1200 HARBOR BLVD | | WEEHAWKEN | NJ | 07086-0000 | US |
| UBS FINANCIAL SERVICES LLC 0221 | ATTN NEHA SOOD OR REORG MGR | 315 DEADERICK STREET | 5TH FLOOR | NASHVILLE | TN | 37238 | US |
| UBS SECURITIES CANADA INC 5017 | ATTN JILL MILLS OR REORG MGR | 161 BAY ST SUITE 4100 | | TORONTO | ON | M5J 2S1 | CA |
| UBS SECURITIES LLC 0642 | ATTN GREGORY CONTALDI OR REORG MGR | 315 DEADERICK STREET | | NASHVILLE | TN | 37238 | US |
| UBS SECURITIES SEC LENDING 5284 | ATTN JOSEPH SOMMA OR REORG MGR | 677 WASHINGTON BLVD | | STAMFORD | CT | 06902 0000 | US |
| UMB BANK NATIONAL ASSOCIATION 2450 | ATTN KAREN BOUCHARD OR REORG MGR | 928 GRAND BLVD MAILSTOP 1010404 | | KANSAS CITY | MO | 64106 | US |
| UNION BANK CORP TRUST IPA 1500 | ATTN REORG Dept | 6801 South 27th Street | 3rd Floor | Lincoln | NE | 68512 | US |
| UNION BANK GLOBAL CUSTODY 2076 | ATTN HENRY HU OR REORG MGR | 350 CALIFORNIA ST 8TH FLOOR | | SAN FRANCISCO | CA | 94104 | US |
| UNION BANK OF CALIFORNIA NA 2145 | ATTN MARIA BRAGGE OR REORG MGR | 350 CALIFORNIA STREET | 8TH FLOOR | SAN FRANCISCO | CA | 94104 | US |
| UNION BANK TRUST COMPANY 2067 | ATTN TRUST OPS SHERI ZIMMERMAN | 6811 S 27TH STREET | | LINCOLN | NE | 68512 | US |
| UNION BANK TRUST COMPANY 2067 | ATTN REORG MGR | 6811 S 27TH STREET | | LINCOLN | NE | 68512 | US |
| UNION BANK UNIONBANC 2632 | ATTN IRENE BRIONES OR REORG MGR | 445 SOUTH FIGUEROA ST | | LOS ANGELES | CA | 90071 | US |
| US BANCORP INVESTMENTS INC 0280 | ATTN KEVIN BROWN OR REORG MGR | 60 LIVINGSTON AVENUE | | ST PAUL | MN | 55107 | US |
| US BANK 2803 | ATTN PAUL KUXHAUS REORG MGR | 1555 N RIVERCENTER DR | STE 302 | MILWAUKEE | WI | 53212 | US |
| US BANK NA 2803 | ATTN PAUL KUXHAUS OR REORG MGR | 1555 N RIVER CENTER DRIVE SUITE 302 | | MILWAUKEE | WI | 53212 | US |
| US BANK THIRD PARTY LENDING 2837 | ATTN SCOTT OLSON OR REORG MGR | 1555 N RIVERCENTER DRIVE SUITE 302 | | MILWAUKEE | WI | 53212 | US |
| USAA INVESTMENT MGMT 0367 | ATTN JOYCE WILSON OR REORG MGR | 9800 FREDRICKSBURG ROAD | | SAN ANTONIO | TX | 78211 | US |
| USB ETF 2580 | ATTN STEPHANIE KAPTA | 1555 N RIVER CENTER DR | SUITE 302 | MILWAUKEE | WI | 53226 | US |
| VANGUARD 0062 | ATTN CORPORATE ACTION | 100 VANGUARD BLVD | | MALVERN | PA | 19355 | US |
| VANGUARD 0062 | ATTN BRANDON R MITCHAM | OR CORPORATE ACTION | 14321 N NORTHSIGHT BLVD | SCOTTSDALE | AZ | 85260 | US |
| VISION FINANCIAL MARKETS LLC 0595 | ATTN ANA MARTINEZ MARVIN MONZON | 120 LONG RIDGE ROAD | 3 NORTH | STAMFORD | CT | 06902-0000 | US |
| WACHTEL CO INC 0709 | ATTN CHARLES ZIER OR REORG MGR | 1701 K Street NW Suite 615 | | WASHINGTON | DC | 20006 | US |
| WD LATIMER CO LTD CDS 5078 | ATTN MIKE ADAMS OR REORG MGR | 100 WELLINGTON ST WEST SUITE 600 | | TORONTO | ON | M5K 1G8 | CA |
| WEDBUSH MORGAN SECURITIES 0103 | ATTN ALAN P FERREIRA OR REORG MGR | 1000 WILSHIRE BLVD | | LOS ANGELES | CA | 90017 | US |
| WEDBUSH STOCK LOAN 5166 8199 | ATTN ALAN FERREIRA OR REORG MGR | 1000 WILSHIRE BLVD | SUITE 850 | LOS ANGELES | CA | 90017 | US |
| WELLS BANK 2027 | ATTN LORA DAHLE OR REORG MGR | 733 MARQUETTE AVE | MAC N9306 057 5TH FLOOR | MINNEAPOLIS | MN | 55479 | US |
| WELLS FARGO SAFEKEEPING SERVICE 2112 | ATTN KENT AMSBAUGH OR REORG MGR | 733 MARQUETTE AVENUE SOUTH | | MINNEAPOLIS | MN | 55479 | US |
| WELLS FARGO ADVISORS LLC 7360 | ATTN STEVE TURNER OR REORG MGR | CORP ACTIONS NC0675 1525 | WEST WT HARRIS BLVD 1B1 | CHARLOTTE | NC | 28262 | US |
| WELLS FARGO BANK NA SIG 2072 | ATTN SCOTT NELLIS OR REORG MGR | 1525 W T HARRIS BLVD | 1ST FLOOR | CHARLOTTE | NC | 28262 8522 | US |
| WELLS FARGO BANK NA WACHOVIA 0929 | ATTN VICTORIA STEWART OR REORG MGR | 1525 W WT HARRIS BLVD | | CHARLOTTE | NC | 28262 8522 | US |
| WELLS FARGO INVESTMENT LLC 0733 | MARGARET KLASEN OR REORG DEPT | 625 MARQUETTE AVENUE | 13TH FLOOR | MINNEAPOLIS | MN | 55402 2308 | US |
| WELLS FARGO ISSUING PAY AGT 1538 | ATTN JOHN KEMPER OR REORG MGR | 733 MARQUETTE AVENUE SOUTH TRUST | OPERATIONS CENTER | MINNEAPOLIS | MN | 55479 | US |
| WELLS FARGO SECURITIES 2480 | ATTN STEVE TURNER OR REORG MGR | CORP ACTIONS NC0675 1525 | WEST WT HARRIS BLVD 1B1 | CHARLOTTE | NC | 28262 | US |
| WELLS FARGO SECURITIES LLC 0250 | ATTN SCOTT NELLIS OR REORG MGR | CORP ACTIONS MAC D109 010 1525 | WEST WT HARRIS BLVD 1B1 | CHARLOTTE | NC | 28262 | US |
| WELLS FARGO SECURITIES LLC 0250 | ATTN STEVE TURNER OR REORG MGR | CORP ACTIONS NC0675 1525 | WEST WT HARRIS BLVD 1B1 | CHARLOTTE | NC | 28262 | US |
| WELLS FARGO SECURITIES LLC 0250 | ATTN ROBERT MATERA OR REORG MGR | CORP ACTIONS NC0675 1525 | WEST WT HARRIS BLVD 1B1 | CHARLOTTE | NC | 28262 | US |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 13 of 14

Exhibit SS

Nominee Service List

Served via Overnight Mail or Next Day Business Service

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | Country |
|---|---|---|---|---|---|---|---|
| WELLS FARGO STOCK LOAN 7286 | ATTN CASSANDRA INGRAM OR REORG MGR | 625 MARQUETTE AVE SOUTH MAC9311 12B | | MINNEAPOLIS | MN | 55402 | US |
| WELLS FARGO WELLS FA 5199 | ATTN STEVE TURNER OR REORG MGR | CORP ACTIONS NC0675 1525 | WEST WT HARRIS BLVD 1B1 | CHARLOTTE | NC | 28262 | US |
| WESBANCO BANK INC 2271 | ATTN SUSAN KOVAL | ONE BANK PLAZQ | | WHEELING | WV | 26003 | US |
| WILLIAM BLAIR COMPANY 0771 | ATTN SARAH AHRENS OR REORG MGR | 222 WEST ADAMS STREET | | CHICAGO | IL | 60606 | US |
| WILMINGTON TRUST COMPANY 2215 | ATTN BRIAN BARONE OR REORG MGR | 1100 NORTH MARKET STREET | RODNEY SQUARE NORTH | WILMINGTON | DE | 19890 2210 | US |
| WILMINGTON TRUST COMPANY IPA 1507 | ATTN BARBARA CAHOONE OR REORG MGR | RODNEY SQUARE N 1100 N MARKET ST | | WILMINGTON | DE | 19890 0001 | US |
| WILSON DAVIS CO INC 0283 | ATTN BILL WALKER OR REORG MGR | 236 S MAIN ST | | SALT LAKE CITY | UT | 84101 | US |
| WILSON DAVIS CO INC 0283 | ATTN JANET TAYLOR OR REORG MGR | 236 S MAIN ST | | SALT LAKE CITY | UT | 84101 | US |
| WOLVERTON SECS CDS 5079 | ATTN BRUCE BROWNELL | 777 DUNSMUIR ST 17TH FL PO 10115 | | VANCOUVER | BC | V7Y 1J5 | CA |
| WOLVERTON SECS CDS 5079 | ATTN IRENE DUNN OR REORG | 777 DUNSMUIR ST 17TH FL PO 10115 | | VANCOUVER | BC | V7Y 1J5 | CA |
| WULFF HANSEN CO 5226 | ATTN FRANK VILLEGAS OR REORG MGR | 201 SANSOME STREET | | SAN FRANCISCO | CA | 94014 | US |
| ZIONS CT ISS PAY A C 1586 | ATTN ANITTA SIMPSON OR REORG MGR | 10 EAST SOUTH TEMPLE 3RD FLOOR | | SALT LAKE CITY | UT | 84111 | US |
| ZIONS DIRECT INC 0065 | ATTN AARON LINDHARDT OR REORG MGR | 1 SOUTH MAIN STREET SUITE 1340 | | SALT LAKE CITY | UT | 84111 | US |
| ZIONS FIRST NATIONAL BANK 2104 | ATTN JOHN RIZZO OR REORG MGR | ONE SOUTH MAIN STREET SUITE 1340 | | SALT LAKE CITY | UT | 84111 | US |
| ZIV INVESTMENT CO 8082 | ATTN JAMES GRIEGEL OR REORG MGR | 141 W JACKSON BLVD | | CHICAGO | IL | 60604 | US |

**Exhibit TT**

Nominees and Depository Service List

Served via Email

| Name | Email |
|---|---|
| Broadridge | BBDCorporateActionOps@broadridge.com; BankruptcyJobs@broadridge.com; Cynthia.Corrado@broadridge.com |
| Clearstream | nathalie.chataigner@clearstream.com; cherifa.maameri@clearstream.com; david.mccauley@clearstream.com; hulya.din@clearstream.com; ca_luxembourg@clearstream.com; ca_mandatory.events@clearstream.com |
| Euroclear | jpmorganinformation.services@jpmorgan.com; drit@euroclear.com; eb.ca@euroclear.com |
| Mediant | corporateactions@mediantonline.com; nseguin@mediantonline.com; mhamdan@mediantonline.com; mgiffin@mediantonline.com |
| Sisclear | ca.notices@six-securities-services.com |