**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re:** | |
| **The Financial Oversight and Management Board for Puerto Rico,** | PROMESA Title III |
| as representative of | No. 17 BK 3283 (LTS) |
| **The Commonwealth of Puerto Rico, The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority,** | (Jointly Administered) |
| Debtors | |

**NOTICE OF WITHDRAWAL OF PARTICIPATION**
**IN OPENING ARGUMENTS**

To the Honorable Court:

Comes now PFZ Properties, Inc. (hereinafter, PFZ), a creditor of the Commonwealth of Puerto Rico (hereinafter, the Debtor or the Commonwealth), by and through its undersigned counsel, and respectfully alleges and prays:

1. Pursuant to the Amended Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment (Docket #18877-1), the Opening Statements are scheduled to begin on November 8th, 2021.

1

2.    In abundance of caution, PFZ requested time to present an Opening Statement on that date and was allotted 8 minutes (Docket # 19098).

3.    Upon review of the record and relevant filings, PFZ'z factual and legal position is as reflected in PFZ's filings (Dockets #9223, #16969, #18418 and #19088), and determined that an Opening Statement, at this time, would be duplicative of the statements and arguments already made therein.

4.    Accordingly, PFZ withdraws its request to make an Opening Statement.

5.    PFZ's legal representatives will nonetheless participate in the Confirmation Hearing.

6.    PFZ's objection to the confirmation of the 8th Amended Plan of Adjustment for the Commonwealth stands as expressed in its filings, with full reservations of rights.

7.    PFZ reserves the right to file additional briefings, deemed warranted once the U. S. Department of Justice files its position with regards to PFZ's pending constitutional challenge (Docket # 18486).

WHEREFORE, PFZ Properties Inc. respectfully prays that the Honorable Court note that PFZ will not make an opening statement at this time with full reservation of rights.

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November 2021, I electronically filed the foregoing motion with the Clerk of the Court using the EM/ECF system, which will send a notification to all attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of November 2021.

/s/ DAVID CARRION BARALT
USDC PR 207214
Attorney for PFZ Properties
P.O. Box 364463
San Juan, P.R. 00936-4463
Tel. (787) 758-5050
E-mail: davidcarrionb@aol.com

/s/ RUSSELL A. DEL TORO
USDC PR 121302
Attorney for PFZ Properties
Cond. Condado Princess
#2 Calle Washington 304
San Juan, Puerto Rico 00907
Telephone (787) 529-6502
E-mail: rdeltoro@dtslaw.com
russell.deltoro.sosa@gmail.com

/s/ JOSE ÁNGEL REY
USDC PR 118103
Attorneys for PFZ Properties
P.O. Box 10127
San Juan, P.R. 00908-1127
Tel. (787) 396-2600
E-mail: joseangelrey46@gmail.com

3