UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 18502, 18839**<br><br>(Jointly Administered) |

**URGENT MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR ENTRY OF ORDER GRANTING ZOOM VIDEOCONFERENCE LINE CREDENTIALS TO ITS TRIAL TECHNICIAN FOR THE CONFIRMATION HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Public Buildings Authority ("PBA"), and the Employees Retirements System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and PBA, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight,*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Management, and Economic Stability Act* ("PROMESA"),² respectfully submits this urgent motion (the "Urgent Motion") for entry of an order providing the Oversight Board's trial technician with Zoom videoconference credentials for the duration of the confirmation hearing for the *Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (the "Confirmation Hearing").

**Jurisdiction and Venue**

1. The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this matter pursuant to section 306(a) of PROMESA. Venue is proper pursuant to PROMESA § 307(a).

2. The statutory basis for the relief requested herein is Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9018, made applicable to these proceedings by PROMESA §§ 301(a) and 310, and Local Rule 9018-1 of the Local Bankruptcy Rules for the District of Puerto Rico (the "Local Rules").

**Background**

3. On October 14, 2021, the Court entered the *Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* [ECF No. 18502] (the "Confirmation Hearing Procedures Order").

4. In compliance with the Confirmation Hearing Procedures Order, the Oversight Board filed its *Informative Motion of Financial Oversight and Management Board Regarding Pretrial Conference and Confirmation Hearing* [ECF No. 18839] (the "Pretrial Informative Motion"). Through the Pretrial Informative Motion, the Oversight Board disclosed, among other

---

² PROMESA is codified at 48 U.S.C. §§ 2101–2241.

2

things, the names and email addresses of the attorneys who may appear on behalf of the Oversight Board at the Confirmation Hearing.

5. Due to the size and complexity of the Confirmation Hearing, and in light of the fact that the proceedings will be conducted remotely, the Oversight Board found it necessary to retain a trial technician, Robb Helt of DeFacto Trialworks, LLC, to manage technological matters related to the Confirmation Hearing. Mr. Helt was not listed on the Oversight Board's Pretrial Informative Motion, nor does he currently have credentials to access the Zoom videoconference for the Confirmation Hearing.

### Request for Relief

6. The Oversight Board hereby respectfully (i) requests that the Court enter an order, substantially similar in form and substance to that attached herein as **Exhibit A** (the "Proposed Order"), granting this Urgent Motion, and (ii) inform their willingness to, if the Court grants the same, provide an email address to promesaregistration@prd.uscourts.gov for Mr. Helt to be granted access to the Confirmation Hearing.

### Basis for Relief

7. The Oversight Board has retained Mr. Helt to assist in all aspects of the Zoom videoconference for the Confirmation Hearing. This includes, but is not limited to, facilitating the sharing of exhibits to participants on the Zoom videoconference, ensuring quality audio and video feeds to all Confirmation Hearing participants, and immediately addressing any technical issues that may arise during the course of the Confirmation Hearing.

8. Mr. Helt will be of assistance to not only the Oversight Board's counsel, but also to counsel seeking to cross-examine the Oversight Board's witnesses as well, to the extent they wish to have witnesses review exhibits on the Zoom videoconference.

3

9. To adequately perform such functions, Mr. Helt will require his own Zoom credentials to access the Confirmation Hearing.

**Certification of Compliance with
Local Rule 9013-1 and the Fifteenth Amended Case Management Procedures**

10. Pursuant to Paragraph I.H of the *Fifteenth Amended Notice, Case Management and Administrative Procedures* [ECF No. 17127-1] (the "Case Management Procedures"), the Oversight Board hereby certifies that it: (a) has carefully examined the matter and concluded that there is a true need for urgent relief; (b) has not created the urgency through any lack of due diligence on its part; (c) made a bona fide effort to resolve the matter without seeking leave of Court; and (d) made reasonable, good-faith communications with the Court's chambers staff in an attempt to resolve or narrow the issues being brought to the Court.

**WHEREFORE**, the Oversight Board requests the Court enter the Proposed Order and grant such other relief as is just and proper.

*[Remainder of Page Intentionally Left Blank]*

<table>
<tr><td>Dated: November 7, 2021<br>San Juan, Puerto Rico</td><td>Respectfully submitted,<br><br>/s/ *Herman D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García-Benítez<br>USDC No. 203708<br>Gabriel A. Miranda<br>USDC No. 306704<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>/s/ *Margaret A. Dale*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Margaret A. Dale (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Debtors*</td></tr>
</table>

5

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/ *Hermann D. Bauer*
Hermann D. Bauer

**<u>Exhibit A</u>**

**Proposed Order**

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>**Re: ECF Nos. 18502, 18839**<br><br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION
OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD
FOR PUERTO RICO FOR ENTRY OF AN ORDER GRANTING ZOOM
VIDEOCONFERENCE LINE CREDENTIALS TO ITS TRIAL TECHNICIAN
FOR THE CONFIRMATION HEARING

Upon the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of an Order Granting Zoom Videoconference Line Credentials to its Trial Technician for the Confirmation Hearing* (the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of the Commonwealth; and the Court having found that the Debtor provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Urgent Motion; and the Court having determined that the factual bases set forth in the Urgent Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Urgent Motion is granted as set forth herein.

2. The Oversight Board shall provide to the Court, at promesaregistration@prd.uscourts.gov, an email address associated with Mr. Robb Helt as soon as practicable so that the Court can grant Mr. Helt videoconferencing access to the Confirmation Hearing.

3. Mr. Helt will utilize such videoconferencing access in a manner consistent with his responsibilities as described in the Urgent Motion only.

4. The relief granted through this Order shall be deemed as a supplement to the Oversight Board's Pretrial Informative Motion.

Dated: _____, 2021

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE