# Debtors' Ex. 145

Debtors' Ex. 145

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF CHRISTINA PULLO OF
PRIME CLERK LLC REGARDING THE SOLICITATION OF VOTES AND
TABULATION OF BALLOTS CAST ON SEVENTH AMENDED TITLE III JOINT
PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL**

I, Christina Pullo, declare, under the penalty of perjury:

    1.    I am a Managing Director, Head of Corporate Actions at Prime Clerk LLC ("Prime Clerk"), located at One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, New York 10165. I am over the age of eighteen years and not a party to the above-captioned cases under Title III of PROMESA. Unless otherwise noted, I have personal knowledge of the facts set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. I submit this supplemental declaration (the "Supplemental Declaration") in connection with the *Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [ECF No. 19053] (the "Plan")[2] and to supplement the *Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [ECF No. 19056], filed on November 3, 2021 (the "Original Declaration"). Attached hereto as **Exhibit A** is an updated Tabulation Summary (which was attached as Exhibit A to the Original Declaration) that:

    a. Provides additional information with respect to the non-voting Classes that are deemed to have accepted or rejected the Plan;[3]

    b. Changes the votes cast by the GDB Debt Recovery Authority (the "DRA") in Classes 12, 14, 40, and 59 to acceptance of the Plan to reflect that certain *Stipulation in Connection with DRA Related Disputes*, dated as of November 5, 2021, among the Oversight Board, AmeriNational Community Services, LLC, as servicer for the DRA, and Cantor-Katz Collateral Monitor LLC, as collateral monitor for Wilmington Trust, N.A., which changes remain subject to the Court's approval [ECF No. 19100]; and

    c. Reflects the effect of modifications to the treatment of certain Claims in light of the enactment of Act 53-2021 since the filing of the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [ECF No. 17627], which modifications provide, pursuant to Section 84.2 of the Plan, Classes 51A, 51C, 51D, 51F, 51J, 51K, and 51L are unimpaired and deemed to have accepted the Plan.

[*Remainder of Page Left Intentionally Blank*]

---

[2] To the extent any capitalized terms are used but not defined in this Supplemental Declaration, such terms shall have the meanings assigned to them in the Plan.

[3] The changes include: (i) the addition of information regarding non-voting Classes 22, 29, 33, 35, 39, 43, 45, 48, 50, 51A, 51C, 51J, 51K, 55, 57, 63, 64, 67, and 68, and (ii) the addition of Class 58A as deemed to reject the Plan pursuant to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*

2

To the best of my knowledge, information, and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission and tabulation of Ballots in connection with the Plan is true and correct.

Dated: November 7, 2021

Christina Pullo
Managing Director, Head of Corporate Actions
Prime Clerk LLC

**Exhibit A**

**Commonwealth of Puerto Rico**
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 1 | Vintage PBA Bond Claims | 1097 | 7 | $920,005,278.99 | $1,214,494.86 | Accept |
| | | 99.37% | 0.63% | 99.87% | 0.13% | |
| 2 | Vintage PBA Bond Claims (Assured) | 1 | 0 | $97,171,262.34 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 3 | Vintage PBA Bond Claims (National) | 1 | 0 | $104,028,546.10 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 4 | Vintage PBA Bond Claims (Ambac) | 1 | 0 | $92,985,116.06 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 5 | Vintage PBA Bond Claims (FGIC) | 40 | 2 | $2,114,542.08 | $25,419.66 | Accept |
| | | 95.24% | 4.76% | 98.81% | 1.19% | |
| 6 | Vintage PBA Bond Claims (Syncora) | 1 | 0 | $11,902,049.67 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 7 | Retail Vintage PBA Bond Claims | 377 | 30 | $5,620,569.25 | $584,652.18 | Accept |
| | | 92.63% | 7.37% | 90.58% | 9.42% | |
| 8 | 2011 PBA Bond Claims | 389 | 12 | $602,196,827.91 | $7,213,534.61 | Accept |
| | | 97.01% | 2.99% | 98.82% | 1.18% | |
| 9 | Retail 2011 PBA Bond Claims | 57 | 2 | $2,409,218.88 | $5,648.81 | Accept |
| | | 96.61% | 3.39% | 99.77% | 0.23% | |

# Commonwealth of Puerto Rico
## Exhibit A - Tabulation Summary

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 10 | 2012 PBA Bond Claims | 378 | 6 | $297,130,404.51 | $203,357.28 | Accept |
| | | 98.44% | 1.56% | 99.93% | 0.07% | |
| 11 | Retail 2012 PBA Bond Claims | 114 | 13 | $2,541,965.99 | $138,395.93 | Accept |
| | | 89.76% | 10.24% | 94.84% | 5.16% | |
| 12 | PBA/DRA Secured Claim* | 1 | 0 | $207,332,233.40 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 13 | PBA General Unsecured Claims | 17 | 43 | $67,417.00 | $2,414,054.38 | Reject |
| | | 28.33% | 71.67% | 2.72% | 97.28% | |
| 14 | PBA/DRA Unsecured Claim* | 1 | 0 | $207,332,233.40 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 15 | Vintage CW Bond Claims | 2385 | 15 | $2,735,189,000.00 | $4,080,000.00 | Accept |
| | | 99.37% | 0.63% | 99.85% | 0.15% | |
| 16 | Retail Vintage CW Bond Claims | 973 | 95 | $27,350,000.00 | $2,525,000.00 | Accept |
| | | 91.10% | 8.90% | 91.55% | 8.45% | |
| 17 | Vintage CW Bond Claims (Assured) | 1 | 0 | $1,054,975,000.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 18 | Vintage CW Bond Claims (National) | 1 | 0 | $842,755,000.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |

*Reflects the change of the Ballot(s) cast on behalf of the GDB Debt Recovery Authority to an "acceptance", which remains subject to Court approval of such change.

**Commonwealth of Puerto Rico**
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 19 | Vintage CW Bond Claims (Ambac) | 1 | 0 | $56,005,000.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 20 | Vintage CW Bond Claims (FGIC) | 149 | 36 | $258,557,575.00 | $8,215,000.00 | Accept |
| | | 80.54% | 19.46% | 96.92% | 3.08% | |
| 21 | Vintage CW Bond Claims (Syncora) | 1 | 0 | $25,585,000.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 22 | Vintage CW Bond Claims (Taxable Election) | 346 | 0 | $18,270,000.00 | $0.00 | Deemed to Accept |
| | | 100% | 0% | 100% | 0% | |
| 23 | Vintage CW Guarantee Bond Claims | 1389 | 37 | $710,350,805.85 | $1,385,852.96 | Accept |
| | | 97% | 3% | 100% | 0% | |
| 24 | Vintage CW Guarantee Bond Claims (Assured) | 1 | 0 | $74,849,402.60 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 25 | Vintage CW Guarantee Bond Claims (National) | 1 | 0 | $80,131,453.90 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 26 | Vintage CW Guarantee Bond Claims (Ambac) | 1 | 0 | $71,624,883.94 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 27 | Vintage CW Guarantee Bond Claims (FGIC) | 40 | 2 | $1,628,796.50 | $19,580.34 | Accept |
| | | 95.24% | 4.76% | 98.81% | 1.19% | |

# Commonwealth of Puerto Rico
## Exhibit A - Tabulation Summary

| Class | Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
| | | % | % | % | % | |
| 28 | Vintage CW Guarantee Bond Claims (Syncora) | 1 | 0 | $9,167,950.33 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 29 | Vintage CW Guarantee Bond Claims (Taxable Election) | 85 | 0 | $2,643,345.91 | $0.00 | Deemed to Accept |
| | | 100% | 0% | 100% | 0% | |
| 30 | 2011 CW Bond Claims | 184 | 2 | $208,395,000.00 | $75,000.00 | Accept |
| | | 98.92% | 1.08% | 99.96% | 0.04% | |
| 31 | Retail 2011 CW Bond Claims | 54 | 2 | $2,060,000.00 | $115,000.00 | Accept |
| | | 96.43% | 3.57% | 94.71% | 5.29% | |
| 32 | 2011 CW Bond Claims (Assured) | 1 | 0 | $210,000,000.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 33 | 2011 CW Bond Claims (Taxable Election) | 14 | 0 | $1,090,000.00 | $0.00 | Deemed to Accept |
| | | 100% | 0% | 100% | 0% | |
| 34 | 2011 CW Guarantee Bond Claims | 352 | 14 | $455,134,126.73 | $5,560,816.58 | Accept |
| | | 96.17% | 3.83% | 98.79% | 1.21% | |
| 35 | 2011 CW Guarantee Bond Claims (Taxable Election) | 94 | 0 | $10,583,826.48 | $0.00 | Deemed to Accept |
| | | 100% | 0% | 100% | 0% | |
| 36 | 2011 CW Series D/E/PIB Bond Claims | 407 | 1 | $506,765,000.00 | $135,000.00 | Accept |
| | | 99.75% | 0.25% | 99.97% | 0.03% | |

## Commonwealth of Puerto Rico
## Exhibit A - Tabulation Summary

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 37 | 2011 CW Series D/E/PIB Bond Claims (Assured) | 1 | 0 | $10,400,000.00 | $0.00 | Accept |
|  |  | 100% | 0% | 100% | 0% |  |
| 38 | Retail 2011 CW Series D/E/PIB Bond Claims | 91 | 8 | $2,645,000.00 | $300,000.00 | Accept |
|  |  | 91.92% | 8.08% | 89.81% | 10.19% |  |
| 39 | 2011 CW Series D/E/PIB Bond Claims (Taxable Election) | 34 | 0 | $1,775,000.00 | $0.00 | Deemed to Accept |
|  |  | 100% | 0% | 100% | 0% |  |
| 40 | 2012 CW Bond Claims* | 1256 | 21 | $2,082,022,644.76 | $1,690,000.00 | Accept |
|  |  | 98.36% | 1.64% | 99.92% | 0.08% |  |
| 41 | Retail 2012 CW Bond Claims | 403 | 28 | $16,195,000.00 | $1,100,000.00 | Accept |
|  |  | 93.50% | 6.50% | 93.64% | 6.36% |  |
| 42 | 2012 CW Bond Claims (Assured) | 1 | 0 | $369,445,000.00 | $0.00 | Accept |
|  |  | 100% | 0% | 100% | 0% |  |
| 43 | 2012 CW Bond Claims (Taxable Election) | 168 | 0 | $11,975,000.00 | $0.00 | Deemed to Accept |
|  |  | 100% | 0% | 100% | 0% |  |
| 44 | 2012 CW Guarantee Bond Claims | 476 | 19 | $230,286,555.04 | $263,246.79 | Accept |
|  |  | 96.16% | 3.84% | 99.89% | 0.11% |  |
| 45 | 2012 CW Guarantee Bond Claims (Taxable Election) | 16 | 0 | $546,073.93 | $0.00 | Deemed to Accept |
|  |  | 100% | 0% | 100% | 0% |  |

*Reflects the change of the Ballot(s) cast on behalf of the GDB Debt Recovery Authority to an "acceptance", which remains subject to Court approval of such change.

## Commonwealth of Puerto Rico
## Exhibit A - Tabulation Summary

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 46 | 2014 CW Bond Claims | 314 | 0 | $3,318,280,000.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 47 | Retail 2014 CW Bond Claims | 27 | 0 | $6,650,000.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 48 | 2014 CW Bond Claims (Taxable Election) | 3 | 0 | $850,000.00 | $0.00 | Deemed to Accept |
| | | 100% | 0% | 100% | 0% | |
| 49 | 2014 CW Guarantee Bond Claims | 20 | 0 | $276,620,000.00 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 50 | 2014 CW Guarantee Bond Claims (Taxable Election) | No creditors elected into this class. At the direction of the Debtors, this class is deemed to accept the Plan. | | | | Deemed to Accept |
| 51A* | Retired ERS Participant Below-Threshold Claims | Deemed to Accept | | | | |
| 51B | Retired JRS Participant Below-Threshold Claims | 7 | 4 | $7,820.87 | $4,936.13 | Reject |
| | | 63.64% | 36.36% | 61.31% | 38.69% | |
| 51C* | Retired TRS Participant Below-Threshold Claims | Deemed to Accept | | | | |
| 51D* | Retired ERS Participant Above-Threshold Claims | 2358 | 1689 | $5,480,453.28 | $4,348,160.33 | Reject |
| | | 58.27% | 41.73% | 55.76% | 44.24% | |

*Pursuant to Section 84.2 of the Plan, this Class is unimpaired and deemed to have accepted the Plan.

**Commonwealth of Puerto Rico**
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 51E | Retired JRS Participant Above-Threshold Claims | 114 | 52 | $612,484.78 | $235,765.83 | Accept |
| | | 68.67% | 31.33% | 72.21% | 27.79% | |
| 51F* | Retired TRS Participant Above-Threshold Claims | 920 | 2659 | $1,979,849.76 | $5,888,958.66 | Reject |
| | | 25.71% | 74.29% | 25.16% | 74.84% | |
| 51G | Active ERS Participant Claims | 799 | 789 | $799.00 | $789.00 | Reject |
| | | 50.31% | 49.69% | 50.31% | 49.69% | |
| 51H | Active JRS Participant Claims | 15 | 25 | $15.00 | $25.00 | Reject |
| | | 37.50% | 62.50% | 37.50% | 62.50% | |
| 51I | Active TRS Participant Claims | 264 | 1020 | $264.00 | $1,020.00 | Reject |
| | | 20.56% | 79.44% | 20.56% | 79.44% | |
| 51J* | System 2000 Participant Claims | Deemed to Accept | | | | |
| 51K* | VTP Payroll Participant Below-Threshold Claims | Deemed to Accept | | | | |
| 51L* | VTP Payroll Participant Above-Threshold Claims | 175 | 190 | $346,825.32 | $430,412.93 | Reject |
| | | 47.95% | 52.05% | 44.62% | 55.38% | |
| 52 | AFSCME Claims | 1 | 0 | $106,146,942.34 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |

*Pursuant to Section 84.2 of the Plan, this Class is unimpaired and deemed to have accepted the Plan.

**Commonwealth of Puerto Rico**
**Exhibit A - Tabulation Summary**

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 53 | Dairy Producer Claims | 1 / 50.00% | 1 / 50.00% | $17,167,799.72 / 27.69% | $44,832,199.28 / 72.31% | Reject |
| 54 | Eminent Domain Claims | 0 / 0% | 1 / 100% | $0.00 / 0% | $1.00 / 100% | Reject |
| 55 | Energy Incentive Claims | Deemed to Accept | | | | |
| 56 | Med Center Claims | 18 / 100% | 0 / 0% | $73,000,420.36 / 100% | $0.00 / 0% | Accept |
| 57 | Tax Credit Claims | Deemed to Accept | | | | |
| 58 | CW General Unsecured Claims | 47 / 7.86% | 551 / 92.14% | $8,393,181.36 / 8.24% | $93,463,937.95 / 91.76% | Reject |
| 58A | GDB/PET Claim | Deemed to Reject | | | | |
| 59 | CW/HTA Claims* | 1716 / 95.60% | 79 / 4.40% | $5,281,795,499.20 / 99.94% | $3,220,000.00 / 0.06% | Accept |
| 60 | CW/Convention Center Claims | 3 / 100% | 0 / 0% | $386,415,000.00 / 100% | $0.00 / 0% | Accept |

*Reflects the change of the Ballot(s) cast on behalf of the GDB Debt Recovery Authority to an "acceptance", which remains subject to Court approval of such change.

## Commonwealth of Puerto Rico
## Exhibit A - Tabulation Summary

| Class | Class Description | Number Accepting % | Number Rejecting % | Amount Accepting % | Amount Rejecting % | Class Voting Result |
|---|---|---|---|---|---|---|
| 61 | CW/PRIFA Rum Tax Claims | 1171 | 114 | $1,846,605,000.00 | $4,685,000.00 | Accept |
| | | 91.13% | 8.87% | 99.75% | 0.25% | |
| 62 | CW/MBA Claims | 1 | 0 | $30,106,786.87 | $0.00 | Accept |
| | | 100% | 0% | 100% | 0% | |
| 63 | CW Appropriations Claims | Deemed to Reject | | | | |
| 64 | Section 510(b) Subordinated Claims | Deemed to Reject | | | | |
| 65 | ERS Bond Claims | 593 | 328 | $3,363,980,000.00 | $31,170,000.00 | Accept |
| | | 64.39% | 35.61% | 99.08% | 0.92% | |
| 66 | ERS General Unsecured Claims | 0 | 1 | $0.00 | $1.00 | Reject |
| | | 0% | 100% | 0% | 100% | |
| 67 | Gracia Gracis Claims | Deemed to Accept | | | | |
| 68 | Convenience Claims | Deemed to Accept | | | | |
| 69 | Federal Claims | No ballots were returned by a holder entitled to vote in this class. Pursuant to section I(37)(p) of the disclosure statement order, this class is deemed to accept the Plan. | | | | Accept |