United States District Court
for
Puerto Rico

Jaime A. Diaz (n)

17-03283/17-CV-2286
v.   17-CV-2340/19-CV-1336
17-8966/17-8975/
19-1167/20-1299

Commonwealth of
Puerto Rico et. als

Urgent Appears in objection to the objection History 3/12/21 Debtors omnibus objection to claims Three Hundredth omnibus objection (Non-Substantive) of the Commonwealth of Puerto Rico, Basis Substantive Duplicate claims status ordered, granting 5-28-21, urgent Appears in objection to the objection 8-20-21 Debtors omnibus objection to claims the three hundred seventy fourth omnibus objection of the Commonwealth of Puerto Rico, Basis claims to be Disallowed status pending.

To the Honorable Court:

Appears Mr. Jaime A Diaz (n) in its own right who subscribes and very respectfully

exposes, alleges, and request.

1. Mrs. Laura Taylor Swain your fellow federal judges like you have disrespected you and to your work and dedication.

2. See 17-CV-2286 United States District Court for Puerto Rico, 17-CV-2340 United States District Court for Puerto Rico, 19-1167 First Circuit Court of appeal, 20-1299 First Circuit Court of appeal 19-CV-1336 Western District of New York. See 20-3542 Second Circuit Court of appeal.

3. Mrs. Leslie Foschio, Mr. Lawrence J. Vilardo from United States District Court of Western New York they refuse to send you the case 19-CV-1336 to the Southern district of New York.

4. See exhibits entered to the docket on 1 of November of 2021, 3 of November of 2021, the Puerto Rico Aqueduct and Sewer Authority, it is not in Bankruptcy see 19-1167 Urgent Motion Submitting exhibits 1 to 29 and requesting Transfer to the district court to issue Summary Judgement and recusal, see exhibits 1 to 6.

5. The 17-cv-2286 and 17-cv-2340 it is not a Substantive Duplicate Claim only in Criminal Matter, where the analyst Submits objection admits a crime of the defendants in relation to a Murder.

6. Multiple arrests Collateral with this process by the Department of Justice of the United States, the Department of Justice of Puerto Rico have prevent the timely appearance, due process of law has been impeded in each of the false arrest by the Commonwealth of Puerto Rico and all the defendants.

7. According to the exhibits Submitted under Case docket on 1 of November of 2021 5 of November of 2021 the Court is requested to excused any involuntary deficiencies and grant due process of law.

For all of Which

The Court is request to grant due process of law under 17-8966 / 17-8975 and Activate the due process in the two cases.

Respectfully Submitted

Today 5 of November of 2021

Jaime A. Diaz Nevell

Po box 9793
San Juan PR 00908

787-447-2424

JaimeaDiosNevell@ymail.com

Certificate of Service

Jaime A. Diaz ONeill

V.

17-03283 / 17-CV-00006
17-CV-2340 / 19-CV-1336
17-8964 / 17-8975
19-1147  20-1299

Commonwealth of
Puerto Rico et. als

I Jaime A Diaz ONeill, Hereby Certify under penalty of perjury that on 5 of November of 2021 I serve copies of urgent appears in objection to the objection to claim to the following parties by Mail record.

United States district court of Puerto Rico
Proskauer rose LLP    NY
Paul Hasting LLP      NY

Jaime A Diaz ONeill

5 of November of 2021