UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, et al., | (Jointly Administered) |
| Debtors.[1] | |

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on November 5, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
November 8, 2021

1. Felicita M. Rivera Perez
2. Julio Reyes
3. Norma Iris Morales Santana (3 notices)
4. Herotida Santana Casanova
5. Eda Mayela Moreno Cintron (3 notices)
6. Wilmer A. Rivera Morales
7. Elizabeth Melendez Herrera
8. Arcangel Rodriguez Muniz (3 notices)
9. Wanda J. Rivera Fidgueroa
10. Lucy I. Torres Roig
11. Jenny Bonilla Candelaria
12. Maria T. Perez Troche
13. Wanda Ruiz Arizmendi
14. Iris A. Irizarry Alvarado
15. Luis A. Torres Rodriguez c/o Iris A. Irizarry Alvarado
16. Elizabeth Melendez Herrera
17. Yaritza Muriel Castro
18. Windymar Santos Camacho
19. Mignalis Diaz Montanez (2 notices)
20. Sonia Iris Figueroa Quinones
21. Jose L. Soto Vargas
22. Grisel Martinez Velez

Case:17-03283-LTS Doc#:19126 Filed:11/08/21 Entered:11/08/21 15:29:32 Desc: Main
Document Page 3 of 3

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
November 8, 2021

    23. David F. Morales Palermo

    24. Sandra I. Lopez Camuy

Dated: November 8, 2021

3