Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Felicita M. Rivera Perez_

Participant's Address: _P.O. Box 423, Aguadas, P.R. 00661_

Participant's Email Address: _____

Name of Counsel: _Commonwealth of P.R._

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Thenevaro_

Nature of Claim: _Igualdad salario minimo_

By: _[signature]_
   Signature

   _Felicita M. Rivera Perez_
   Print Name

   _____
   Title (if Participant is not an individual)

   _29 de Septiembre 2021_
   Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julicita M. Rivera Ríos
P.O. Box 443
Culebra, Puerto Rico 00601-0443

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN, PR

2021 NOV -5  PM 3: 06

MEMPHIS TN 380
2 OCT 2021 PM 2 L

00918-170625

United States District Court, Clerk's
office, 150 Ave. Carlos Chardón Sta 150
San Juan, Puerto Rico 00918-1767

USA FOREVER

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:        _Julio Reyes_____

Participant's Address:     _____

Participant's Email Address: _____

Name of Counsel:          _N/A_____

Address of Counsel:       _N/A_____

Email Address of Counsel: _N/A_____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    _17-BK-3566-LTS Fed Tax ID 9686_

Nature of Claim: _opposition to the Pension reduction_

By: _Julio Reyes Ahmed_____
    Signature

_Julio Reyes_____
Print Name

_____
Title (if Participant is not an individual)

_9-29-21_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Julio Reyes
Hco2 153948
Riogrande P.R. 00745

CLERK
U.S. DISTRICT COURT
SAN JUAN, PR

2021 NOV -5  PM 5:07

00918-170625

MEMPHIS TN 380

2 OCT 2021  PM 2   L



Discovery Notice to the courts
Clerk office at
United States District Court Clerks office
150 Ave Carlos Chardon Ste. 150
San Juan PR. 00918-1767

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name:   *Norma Iris Morales Santana*

Participant's Address:   *Urb. Las Vegas O-3 Calle 5 Cataño P.R. 00962*

Participant's Email Address:   *normairismorales@yahoo.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *17 BK 3283- LTS*

Nature of Claim:   *accumulated retirement Contributions*

By:   *Norma Iris Morales Santana*
Signature

*Norma Iris Morales Santana*
Print Name

_____
Title (if Participant is not an individual)

*September 26, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nombre Luis Morales Santana
Calle 5-03 Urb. Las Vegas
Cataño P.R. 00962

United States District Court, Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-170625

MEMPHIS TN 380

29 SEP 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Norma Iris Morales Santana*

Participant's Address: *Urb. Las Vegas O-3 Calle 5 Cataño P.R. 00962*

Participant's Email Address: *norma irismorales @ yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *accumulated retirement Contributions*

By: *Norma Iris Morales Santana*
Signature

*Norma Iris Morales Santana*
Print Name

_____
Title (if Participant is not an individual)

*August 31, 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria Luz Morales Santana
Calle 5-0-3 urb. Las Vegas, Cataño
P.R. 00962

MEMPHIS TN 380
29 SEP 2021 PM 1 L

United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-176625    00918881706 0018

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Norma Iris Morales Santana*

Participant's Address: *Urb. Las Vegas 0-3 Calle 5 Cataño P.R. 00962*

Participant's Email Address: *normairismorales@ yahoo.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *accumulated retirement contributions*

By: *Norma Iris Morales Santana*
    Signature

*Norma Iris Morales Santana*
Print Name

_____
Title (if Participant is not an individual)

*September 26 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nemes Luis Morales Santana
Calle 5-03 urb. Las Vegas
Cataño P.R. 00962

MEMPHIS TN 380
29 SEP 2021 PM 1 L

United States District Court Clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

00918-1706.25

ZUM NOV -5

U.S. DIST...
SAN JU...
REC...
CLERK'S O...

CAFFE VERGIA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Herótida Santana Casanova*

Participant's Address: *Urb. Las Vegas 0-3 Calle 5 Cataño P.R. 00962*

Participant's Email Address: *herótidasantana@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283 - LTS*

Nature of Claim: *accumulated retirement Contributions*

By: *[signature]*
Signature

*Herótida Santana Casanova*
Print Name

_____
Title (if Participant is not an individual)

*September 26 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Heriberto Santana Casanova
Calle 5-03 urb. Las Vegas
Cataño P.R. 00962

00918-170625

MEMPHIS TN 380
29 SEP 2021 PM 1 L

United States District Court
Clerk's office, 150 Ave. Carlos Chardon
Ste. 150 San Juan P.R. 00918-1767

2021 NOV -5 PM 5:0
SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
REC

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eda Mayela Moreno Cintrón_

Participant's Address: _Urb. Villa del Caribe B 20 Sta Isabel, PR 0075?_

Participant's Email Address: _eda_cintron @ yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _139514_

Nature of Claim: _____

By: _Eda Mayela Moreno Cintrón_
Signature

_Eda Mayela Moreno Cintrón_
Print Name

_____
Title (if Participant is not an individual)

_Sept. / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eda Mayela Moreno Cintrón_

Participant's Address: _Urb. Villa del Caribe B-20 Sta. Isabel, PR 00757_

Participant's Email Address: _eda_cintron @yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _96370_

Nature of Claim: _____

By: _Eda Mayela Moreno Cintrón_
Signature

_Eda Mayela Moreno Cintrón_
Print Name

_____
Title (if Participant is not an individual)

_Sept. /2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Eda M. Moreno Cintrón_

Participant's Address: _Urb. Villa del Caribe B-20 Sta. Isabel, PR 00757_

Participant's Email Address: _eda_cintron@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _145262_

Nature of Claim: _____

By: _Eda M. Moreno Cintrón_
Signature

_Eda M Moreno Cintrón_
Print Name

_____
Title (if Participant is not an individual)

_sept. / 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Eda M Moreno Cintron
Urb Villa del Caribe B-20
Ste Isabel, PR 00757

00918-170625

MEMPHIS TN 380

2 OCT 2021   PM 2

USA

United States District Court, Clerk's
Office
150 Ave Carlos Chardon Ste. 150
San Juan, PR 00918-1767

"2021 NOV -5   PM 3:07"
U.S. DISTRICT COURT
SAN JUAN, PR
CLERK'S OFFICE
RECEIVED

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wilmer A. Rivera Morales_

Participant's Address: _H.C. 09 Box 20083 Ponce, P.R. 00731_

Participant's Email Address: _miguela morales muniz @ yahoo.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283-LTS_

Nature of Claim: _Promesa Titulo III_

By: _Wilmer A. Rivera Morales_
Signature

_Wilmer A. Rivera Morales_
Print Name

_Celador de lineas electricas_
Title (if Participant is not an individual)

_29/sept./2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wilmer Rivera Morales
H.C.A. Box 20063
Ponce P.R. 00731

RECEIVED
U.S. DISTRICT
SAN JUAN
2021 NOV -5 PM 5:07

00918-176825

MEMPHIS TN 380
2 OCT 2021 PM 2

United States District Court, Clerk's
Office, 150 Ave, Carlos Chardon Ste.150,
San Juan, P.R. 00918-1767

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Melendez Herrera_

Participant's Address: _U-3 Calle P, Urb. Monte Brisas II, Fajardo, P.R. 00738_

Participant's Email Address: _Caeliro3@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102539_

Nature of Claim: _Claiming increased salary not recieved._

By: _Elizabeth Melendez Herrera_
Signature

_Elizabeth Melendez Herrera_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Melendez
Calle P; 4-3 Monte Brisas F
Fajardo, P.R. 00738

0091B-170B25

MEMPHIS TN 380

2 OCT 2021 PM 2 L

united states District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.      Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arcángel Rodríguez Muñiz_

Participant's Address: _HC 01 Box 6915 Guayanilla PR 00656_

Participant's Email Address: _cangelos @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.      Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Title III Promesa_

By: _____
     Signature

_Arcángel Rodríguez Muñiz_
Print Name

_____
Title (if Participant is not an individual)

_October 3, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   *Arcangel Rodriguez Muñiz*

Participant's Address:   *HC01 Box 6915 Guayanilla PR 00656*

Participant's Email Address:   *cangelos@hotmail.com*

Name of Counsel:   _____

Address of Counsel:   _____

Email Address of Counsel:   _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   *17 BK 3283 - LTS*

Nature of Claim:   *PROMESA  Tilte III*

By:   _____
Signature

*Arcangel Rodriguez Muñiz*
Print Name

_____
Title (if Participant is not an individual)

*August 19, 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Arcángel Rodriguez Muñiz_

Participant's Address: _HC 01 Box 6915 Guayanilla PR 00656_

Participant's Email Address: _cangelos @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA Title III_

By: _____
Signature

_Arcángel Rodriguez Muñiz_
Print Name

_____
Title (if Participant is not an individual)

_August 22, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Arcangel Rodriguez Muñiz
HC 01 Box 6915
Guayanilla PR. 00656

00918-170625

MEMPHIS TN 380
22 OCT 2021 PM 3 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda J. Rivera Figueroa_

Participant's Address: _HC 01 BOX 11350 Carolina PR 00987_

Participant's Email Address: _jrifi09@hotmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _6921_

Nature of Claim: _American Opportunity Credit_

By: _Wanda_
Signature

Print Name
_Wanda J. Rivera Figueroa_
Title (if Participant is not an individual)

_9-30-21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda J Rivera Fguna
HC 01 Box 11300 Gguna
Carolina, PR 00987

MEMPHIS TN 380
2 OCT 2021 PM 2 L

00S18170625

United States District Court
Clerck's Office
150 Ave. Carlos Chardon Ste 150
San Juan, PR 00918-1767

FOREVER USA
Arnold
Palmer

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Lucy I. Torres Roig_

Participant's Address: _Country Club 1100 Carmen Bucello San Juan, P.R. 00924_

Participant's Email Address: _torresroig1@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _125976_

Nature of Claim: _Leyes de retribución y aumento de sueldos que no otrorgaron._

By: _Lucy I. Torres Roig_
    Signature

_Lucy I. Torres Roig_
Print Name

_____
Title (if Participant is not an individual)

_14-agosto-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Ms Lucy I Torres
Urb Country Club
1100 Calle Carmen Buzello
San Juan, PR 00924

① Discovery Notice to the Courts Clerk's Office
United States District Court, Clerk's Office
150 Ave Carlos Chardon Ste. 150
San Juan, P.R.,
00918-1767

00918-170625

MEMPHIS TN 380
31 OCT 2021 PM 3 L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Jenny Bonilla Candelaria_

Participant's Address: _P.O. Box 1516 Rincón, P.R. 00677_

Participant's Email Address: _jennybonilla62@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _32264_

Nature of Claim: _Pension/retiredclaims_

By: _Jenny Bonilla Candelaria_
Signature

_Jenny Bonilla Candelaria_
Print Name

_____
Title (if Participant is not an individual)

_31 agosto 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jenny Bonilla
P.O. Box 1516
Rincon, P.R. 00677

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 NOV -5  PM 4: 26

00918-170625

NASHVILLE TN 370
27 OCT 2021 PM 5 L

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria T. Perez Troche_

Participant's Address: _Alturas de Sta Pedro V-45 San Ignacio Fajardo PR 00738_

Participant's Email Address: _mtp dura18@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _____

By: _Maria T Perez Troche_
Signature

_Maria T. Perez_
Print Name

_____
Title (if Participant is not an individual)

_20 - 9 - 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico, Case No. 17 BK 3283-LTS*, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria T. Ponce
A/H San Pedro
San Ignacio 1-45
Fajardo PR
00735

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

2021 NOV -5 PM 4:27

MEMPHIS TN 380
29 SEP 2021 PM 4 L

FOREVER / USA

United States District Court
Clerk's Office
150 Ave Carlos Chardon
Ste 150
Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda Ruiz Arizmendi_

Participant's Address: _P.O Box 1298, Rincón, PR 00677_

Participant's Email Address: _wanda.ruiz.1963 @ gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _33312_

Nature of Claim: _Pension / retiree claim_

By: _Wanda Ruiz Arizmendi_
Signature

_Wanda Ruiz Arizmendi_
Print Name

_____
Title (if Participant is not an individual)

_September 13, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda Ruiz Arzamendi
P.O Box 1898
Rincón, P.R. 00677-1298

United States District Court
Clerk's Office
150 Carr. Marg, Chardón Ste 150
San Juan, P.R. 00918-1767

MEMPHIS TN 380
18 SEP 2021 PM 2 L

FOREVER / USA

2021 NOV -5 PM 4:27
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN
RECEIVED

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris A. Irizarry Alvarado_

Participant's Address: _Urb. Los Cadbos Calle Moca #2083_
_Ponce, Puerto Rico 00716_

Participant's Email Address: _irisirizarry@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90758_

Nature of Claim: _Salary Adjusment_
_Ley-89 -6434 -Ley 7, Ley 180_

By: _Iris A. Irizarry Alvarado_
Signature

_Iris A. Irizarry Alvarado_
Print Name

_____
Title (if Participant is not an individual)

_16 - Sept - 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Inés A. Irizarry Alvarado
Urb. Los Caobos
Calle Moca 2083
Ponce, P.R. 00716

00918-170529n JohnПроводимп.ПрПРобоФПробовобборро

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150





MEMPHIS TN 380
31 OCT 2021 PM 1 L

SRF 55923

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
       if any:

Participant's Name: _Luis A. Torres Rodriguez (fallecido Oct. 11, 2009)_

Participant's Address: _Urb. Los Caobos - calle Moca 2083_
_Ponce,   P.R. 00716_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _90773_

Nature of Claim: _Ley-89, Ley-34-Ley 7, Ley 180 Salary Adjusment_

By: _____
      Signature

_Iris A. Irizarry Alvarado_
Print Name

_____
Title (if Participant is not an individual)

_16-Sept-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris A. Irizarry Alvarado
Urb. Los Caobos
Calle Moca 2083
Ponce, P.R. 00716

MEMPHIS TN 380
31 OCT 2021 PM 1 L

00918-170628

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elizabeth Melendez Herrera_

Participant's Address: _U-3 Calle Purb. Monte Brisas I, Fajardo, P.R. 00738_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _102539_

Nature of Claim: _Claiming increased Salary not recieved_

By: _Elizabeth Melendez Herrera_
   Signature

_Elizabeth Melendez Herrera_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elizabeth Melendez
Calle P W-3 Monte Brisas II
Fajardo, PR. 00738

MEMPHIS TN 380
2 OCT 2021 PM 2 L

00918-170399

United States District Court Clerk's Office
150 Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yaritza Muriel Castro_

Participant's Address: _Condominio Metromonte Box 134-B Carolina 00987_

Participant's Email Address: _arit_zz07@hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Public Employee and Pension /Retiree Claims_

By: _Yaritza Muriel Castro_
Signature

_Yaritza Muriel Castro_
Print Name

_____
Title (if Participant is not an individual)

_21-9-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yantza Muriel Castro
5 Condominio Metromonte
Box 134-B
Carolina, P.R. 00987

00918-170399

MEMPHIS TN 380

1 OCT 2021 PM 2 L

Court Clerk's office
United States District court
Clerk's office 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER / USA

REGISTERED

Case:17-03283-LTS   Doc#:19126-1   Filed:11/08/21   Entered:11/08/21 15:29:32   Desc:
Pro se Notices of Participation   Page 43 of 59

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel,
   if any:

Participant's Name: Windymar Santos Camacho

Participant's Address: Salida Barranquitas #95 Orocovis, P.R. 00720

Participant's Email Address: santoswindymar @ yahoo.com

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283 - LTS

Nature of Claim: Case: 17-03283 - LTS doc #17640

By: Windymar Santos Camacho
Signature

Windymar Santos Camacho
Print Name

N/A
Title (if Participant is not an individual)

20 - septiembre - 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

WilbyMar Santos Camacho
Salida Barranquitas #95
Orocovis, P.R. 00720

RECEIVED
U.S. DISTRICT COURT
SAN JUAN, P.R.
2021 NOV -5 PM 4:28

00918-170399

MEMPHIS TN 380
27 SEP 2021 PM 4 L



United States District Court
Clerk's Office, 150 Ave.
Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below in English:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MIGNALIS  DIAZ  MONTAÑEZ_

Participant's Address: _HC-03  BOX  9519  COMERIO,  PUERTO RICO  00782_

Participant's Email Address: _mignalis@hotmail.com_      _diazmmi@de.pr.gov_

Name of Counsel: _NONE_

Address of Counsel: _NONE_

Email Address of Counsel: _NONE_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168115_

Nature of Claim: _SALARY,  STEPS BY EXPERIENCE   YEARS WITHOUT INCREASE_
                 _TEACHER  CAREER_

By: _Mignalis_
Signature

_MIGNALIS  DIAZ  MONTAÑEZ_
Print Name

_____
Title (if Participant is not an individual)

AUGUST 30, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DÍAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

0091801703 C018

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

2021 NOV -5 PM 4:28

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



Participant must provide all of the information below **in English:**

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _MIGNALIS DIAZ MONTAÑEZ_

Participant's Address: _HC-03 BOX 9519 COMERIO, PUERTO RICO 00782_

Participant's Email Address: _mignalis@hotmail.com        diazmmi@de.pr.gov_

Name of Counsel: _NONE_

Address of Counsel: _NONE_

Email Address of Counsel: _NONE_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _168119_

Nature of Claim: _SALARY, STEPS BY EXPERIENCE   YEARS WITHOUT INCREASE_
_TEACHER CAREER_

By: _[signature]_
Signature

_MIGNALIS DIAZ MONTAÑEZ_
Print Name

_____
Title (if Participant is not an individual)

_AUGUST 30, 2021_
Date

**Instructions for Filing Notice of Participation:** If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGNALIS DIAZ MONTAÑEZ
HC-03 BOX 9519
COMERIO, P.R. 00782

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 NOV -5  PM 4: 28

00918017 03 0018

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sonia Iris Figueroa Quinones_

Participant's Address: _Urb. Los Caobos, Calle Moca 2237, Ponce, PR. 00716_

Participant's Email Address: _soniafigueroa15.sf@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _50535_

Nature of Claim: _Salary Adjustment_

By: _Sonia Figueroa Q._
Signature

_Sonia Iris Figueroa Quinones_
Print Name

_____
Title (if Participant is not an individual)

_Sept. 16, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sonia I. Figueroa Quiñones
Urb. Los Caobos
Calle Moca 2237
Ponce P.R. 00716



MEMPHIS TN 380
31 OCT 2021 PM 3 L

00918-1706.25

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _José L. Soto Vargas_

Participant's Address: _P O Box 1623 San Germán PR 00683_

Participant's Email Address: _Soto.jose1.920@gmail.com_

Name of Counsel: _Prime Clerk LLC_

Address of Counsel: _Grand Central Station PO Box 4850 new york NY 10163 - 4850_

Email Address of Counsel: _http://cases.primeclerk.com/puertorico.or_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _63003_

Nature of Claim: _Sistema Retiro Empleados Gobierno P.R_

By: _José J. Soto Vargas_
   Signature

_José L. Soto Vargas_
Print Name

_____
Title (if Participant is not an individual)

_15 oct 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José L. Soto Vargo
P O Box 1623
San Germán PR 00683-1623

RECEIVED
CLERK
U.S. DISTRICT
SAN JUAN

2021 NOV -5 PM 4:29

00918-176625

MEMPHIS TN 380

30 OCT 2021 PM 2 L

URSULA K LE GUIN

2021
ENERGY
ACTION
MONTH

Clerk's Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Grisel Martinez Vélez_

Participant's Address: _P.O. Box 1623 San Germán PR 00683_

Participant's Email Address: _velazmartinezgrisel @ gmail.com_

Name of Counsel: _Prime Clerk LLC_

Address of Counsel: _Grand Central Station PO Box 4850 NewYork Ny 10163-4850_

Email Address of Counsel: _http://cases.primerclerk.com/puertorico.or_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179432_

Nature of Claim: _Sistema Retiro Empleados Gobierno PR_

By: _Grisel Martz Vdz_
Signature

_Grisel Martinez Vélez_
Print Name

_____
Title (if Participant is not an individual)

_15 oct 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Grisel Martinez Velez
P O Box 1623
San Germán PR 00683-1623

00318-170625

30 OCT 2021 PM 2

MEMPHIS TN 380

Clerks Office
150 Ave. Carlos Chardon
Ste. 150
San Juan PR 00918-1767

URSULA K. LEGUIN

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _David F. Morales Palermo_

Participant's Address: _Calle Estancias #728 - Urb. H. Constancia Hormigueros_

Participant's Email Address: _fbryan.dup@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Un Known_

Nature of Claim: _____

By: _____
      Signature

_David F. Morales Palermo_
Print Name

_____
Title (if Participant is not an individual)

_17/Abril/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Court's Clerk's Office
United States District Court,
Clerks Office 150
Ave. Carlos Chardon Ste 150
San Juan P.R. 00918-1767

MEMPHIS TN 380
2 OCT 2021 PM 2 L



D. Morales
Urb. Hacienda Constancia
729 Estancia
Hatillos PR. 00660-

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Sandra I. López Camuy_

Participant's Address: _Calle Los Millonarios #63_

Participant's Email Address: _saylc9876 @ gmail.com._

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Sandra I. López Camuy_
    Signature

_Sandra I. López Camuy_
Print Name

_____
Title (if Participant is not an individual)

_29 octubre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sandra Lopez Camuy
P.O Box 45
Castañer, P.R.
00631

MEMPHIS TN 380
31 OCT 2021 PM 2 L

United States District Court
Clerks office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R.
00918-1767

00918-176525