# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Morning session:**
Set: 9:30 AM (AST)
Started: 9:43 AM (AST)
Ended: 12:44 PM (AST)

**Afternoon session:**
Set: 2:10 PM (AST)
Started: 2:10 PM (AST)
Ended: 4:57 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**         DATE:   November 8, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:   Carmen Tacoronte
COURT REPORTER:   Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al., Debtors | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 2
Confirmation Hearing – November 8, 2021

**Confirmation Hearing held**.

Status report by the Oversight Board heard.

Statements by supporting parties heard:

- Attorneys Martin Bienenstock and Brian Rosen on behalf of the Oversight Board
- Attorney Susheel Kirpalani on behalf of the Lawful Constitution Debt Coalition
- Attorney John Rapisardi on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority
- Attorney Dennis Dunne on behalf of Ambac Assurance
- Attorney Martin Sosland on behalf of Financial Guaranty Insurance Company
- Attorney Robert Berezein on behalf of National Public Finance Guarantee Corporation
- Attorney Mark Ellenberg on behalf of Assured Guaranty and Assured Guaranty Municipal
- Attorney Catherine Steege on behalf of the Official Committee of Retired Employees
- Attorney Luc Despins on behalf of the Official Committee of Unsecured Creditors
- Attorney Douglas Mintz on behalf of Cantor Katz Collateral Monitor LLC
- Attorney Arturo García-Sola on behalf of AmeriNational

Statements by opposing parties heard:

- Attorney Ronald Silverman on behalf of U.S. Bank Trust National Association and U.S. Bank National Association
- Peter Hein, pro se party
- Attorney Charles Cuprill on behalf of Sucesión Mandry Mercado
- Attorney Rafael González Valiente on behalf of Suiza Dairy, Inc.
- Attorney Eduardo Capdevilla on behalf of Finca Matilde, Inc.
- Attorney Peter DeChiara on behalf of the United Auto Workers and the Service Employees international Union
- Attorney Enrique Almeida Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Vega Alta, Cooperativa de Ahorro

---

This hearing's agenda was filed at Docket Entry Nos. 19098 and 19099 in 3:17-BK-3283 (LTS).

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 3
Confirmation Hearing – November 8, 2021

    y Crédito Dr. Manuel Zeno Gandía and Cooperativa de Ahorro y Crédito de Juana Diaz
- Attorney José Sánchez Girona MAPFRE Insurance Company
- Attorney Howard Steel on behalf of the Underwriter Defendants
- Arthur Samodovitz, pro se party
- Attorney José Luis Barrios on behalf of Asociación de Maestros de PR
- Attorney Brett Fallon on behalf of Quest Diagnostics

**Further Confirmation Hearing set for November 9, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

                      s/Carmen Tacoronte
                      Carmen Tacoronte
                      PROMESA Case Administrator

**Exhibits Admitted:**
Debtors':
FOMB 138, 139, 140, 141, 142, 145

This hearing's agenda was filed at Docket Entry Nos. 19098 and 19099 in 3:17-BK-3283 (LTS).