UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD OF PUERTO RICO

As representative of
THE COMMONWEALTH OF PUERTO RICO,
ET ALS.

*Debtors*

PROMESA

TITLE III

No. 17 BK 3283-LTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**NOW COMES** the undersigned attorney and very respectfully ALLEGES AND PRAYS:

1. Debtors, Alex Vargas Segarra and his wife Betsie Seda Collado have requested the services of the undersigned to represent them on the case of reference.

2. The undersigned wishes to be included in debtors' master address list and that all notices and documents filed in the instant case be notified to the attention of the undersigned.

WHEREFORE debtors respectfully request from this Honorable Court to take notice of the above stated, and all other matters which are just and proper be granted.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee; US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico this 9th day of November, 2021.

By: /s/ Juan C. Bigas Valedon
**JUAN C. BIGAS VALEDON**
Attorney for Debtors
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090
E-mail: cortequiebra@yahoo.com