United States District Court
for
Puerto Rico

Jaime A. Diaz Nevarez

v.

Commonwealth of
Puerto Rico et. als

17-03283/3286
17-CV-2340/19-1334
17-8966, 17-8775
19-1167/20-1299

RECEIVED & FILED
2021 NOV -8 AM 8:57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Urgent appears submitting exhibits 1 to 48 under urgent appears in objection history 3/12/21, 5/28/21, 8/20/21.

To the Honorable Court

Appears, Mr. Jaime A. Diaz Nevarez in its own right who subscribes and very respectfully exposes, alleges, and request

1. Register exhibits 1 to 48 under urgent appears in objection to the objection of 5 of November of 2021

For all of which

Register exhibits 1 to 8 under 5 of November of 2021 urgent appears.

Respectfully Submitted.

Today 8 of November of 2021

Jaime A. Diaz O'Neill

Po box 9793
San Juan, PR, 00908

787.447.2424

JaimeaDiazONeill@gmail.com

Certificate of Service

Jaime A. Diaz (Jr.)

v.

Commonwealth of Puerto Rico et.als

I Jaime A. Diaz (Jr.) hereby certify under penalty of perjury that on 8 of November of 2021 I serve copies of urgent appears submitting exhibits 1 to 48 under 5 of November of 2021 entry docket.

United States District Court of PR
Proskauer Rose LLP, NY
Paul Hastings LLP NY

Jaime A. Diaz (Jr.)