

"Every dirty trick in the book was tried against us," said India Walton in a statement she posted Wednesday on Twitter. Libby March for The New York Times

   

:huster
Member
ter@littler.com
55-0055

Rafael E. Aguil
Vélez
Capital Member
raguilo@littler.c
(787) 765-0090

Berríos-Berr
al Member
ios@littler.com
474-7534

shmarie Z. Rive
pez
sociate
vera@littler.com
7) 765-4646

CNR&D

4

Mr. Lawrence Vilardo
Judiciary
Committee
SD-226
Lawrence J. Vilardo – NY Daily ...
nydailyrecord.com

5

# Buffalo mayor race: India Walton vs. Byron Brown live updates

Nick Veronica                                          2 hours ago

"For The Pe
Elect Joseph A.
Fiore

www.city-buffalo.com
SEAL
OF THE CITY
.com
.city-buffalo
SEAL

13

CLEM BURNSED'S
TOWING & BODY SHOP
328 Old Pine Barren Road
Pooler, GA 31322
(912) 748-4771
County Jail
Acct: Chatham-98892
6/17/2018 6:38:32 AM
Bank Acct: Checking
Prior Balance: $0.00
$1.50 CHRG
Checking Main Balance: $0.00
Bus Ticket Fund Debt: $1.50
(Montee Riddick) Reception
Christopher, Dotson (coporol) 636 ①
Jason, Pentecost (coponal) 632 ②
Thomas, Carter (offical) 658 ③
little John, Robert 639 ④
LOITERING/PROWLING
CHATHAM
SUN TRUST BANK
LITTLE JOHN ROBERT
MUNICIPAL
POOLER
VIOLATOR COPY
IF YOU WISH TO PLEA NOT GUILTY, IF YOU WISH TO SET UP A HEARING DATE
NOTICE
YOU HAVE BEEN SERVED WITH A CITATION AND SUMMONS. IF YOU FAIL TO APPEAR TO ANSWER THE CHARGE, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOUR DRIVER'S LICENSE SHALL BE SUSPENDED BY THE GEORGIA DEPARTMENT DRIVERS SERVICES
Georgia Department of Motor Vehicle Safety
1. Homicide by vehicle
2. Any felony in which a vehicle is used
3. Hit and Run or Leaving the scene of an accident
4. Racing
5. Using vehicle in fleeing or attempting to elude officer
6. Reckless driving
7. Feticide by vehicle
10. Controlled substance or marijuana
12. Driving under the influence of alcohol/drugs
I, THE UNDERSIGNED, DO HEREBY ENTER MY WRITTEN RATHER THAN PERSONAL APPEARANCE IN THE COURT CASE RESULTING FROM THE VIOLATION CHARGED ON THE OPPOSITE SIDE OF THIS CITATION

13

NATIONAL TRACTOR
NTTS
TRAILER SCHOOL, INC.

TEAMSTERS
AMERICA'S STRONGEST UNION
25 Louisiana Avenue, N.W
Washington, D.C. 20001

Baldor

15

On Feb. 24, Postmaster General Louis DeJoy said the Postal Service was "evaluating all service standards," including longer timetables for local mail. (The Washington Post)

16

UNITED STATES
POSTAL SERVICE
HEADQUARTERS

CABRERA ORTIZ, LUIS R. Num.Per: 00004051

Semana de 02/15/2004 a 02/21/2004

Record Semanal de Asistencia

5

584254061

80110100 CENTRO TELEFONICO - ACUAT

Unidad Organizativa Lugar de Trabajo

10650001 COORD CENTRO TELE01 D-J

Num. Pos. Clasificación 2:30

CENTRO TEL. ACUATEL -P1 00605 11:00

Localización

Luis Raúl Cabrera

Firma del Empleado

Firma del Supervisor

| | MAÑANA ENTRADA | MAÑANA SALIDA | TARDE ENTRADA | TARDE SALIDA | TARDANZAS AM | TARDANZAS PM |
|---|---|---|---|---|---|---|
| D | 1:52 | 7:00 | 8:01 | 10:33 | | |
| L | 7:23 | 7:04 | 7:56 | 11:00 | Feriado | |
| M | 7:13 | 7:04 | 8:00 | 11:01 | | |
| M | 2:30 | 7:00 | 8:00 | 11:00 | | |
| J | 7:15 | 7:03 | 9:00 | 11:06 | | |
| V | | Libre | | | | |
| S | | Libre | | | | |

OptiPlex 3060
Service Tag: 4MXHPX2
Express Service Code: 10093639286
Mfg. Date: 20190703
JSD2
24249
Oficina del Contralor
19

En virtud de ese compromiso de la Ex gobernadora todos los trabajadores de la UIA regresaron a sus trabajos, terminaron la huelga, ocuparon sus respectivos puestos y se reanudaron normalmente los servicios de acueductos y alcantarillados al Pueblo de Puerto Rico.

El COMITÉ DE DIÁLOGO nombrado por la Ex Gobernadora Hon. Sila María Calderón lo constituyeron el Hon. Secretario del Trabajo, Román M. Velasco González; el Ex Secretario del Trabajo Lcdo. Víctor Rivera Hernández; Lcda. Celina Romany Siaca y los señores Federico Torres Montalvo, Ricardo Santos Ramos, Germán Vázquez Colón y José Rodríguez Báez.

. El COMITÉ DE DIÁLOGO realizó varias reuniones en cumplimiento de la encomienda que les asignó la entonces Gobernadora Hon. Sila María Calderón y llegaron a un acuerdo con respecto a la encomienda que les había asignado.



Exhibit Page 22 of 48

22

DSC
DATA
STORAGE
CENTERS

5 de Enero de 2017

A: Madeline Meliá Muñiz
Administradora Auxiliar
Departamento del Trabajo

De: Sr. Oscar Gutierrez
Gerente General
Infokeepers of PR dba Data Storage Centers

Asunto: Certificación Negativa

Por medio de la presente Certificamos que basado en el inventario de cajas del Departamento del Trabajo, el siguiente (s) expediente (s) no se encuentran en dicho inventario:

1. *A-11-594 Jaime Diaz O'Neill*

   a. Fecha de Servicio 1/5/2017

**Secure Integrated Information Management Solutions**

Tel. 787-788-6270 • www.dscpr.com



24

9 De Junio De 2010

2010 JUN -9 AM 10:37

Hon. Sonia I. Velez Colon
Directora administrativa
De los Tribunales De PR.

In Re: abuso De la Rama Judicial Del estado libre asociado De PR. Juezes y funcionarios.

Estimada Directora:

por conducto Del presente escrito solicito De usted cita urgente en relacion al abuso De la Rama Judicial Del estado libre asociado De Puerto Rico y sus funcionarios para con mi persona y mi familia, la situacion obra, Dura mente Seria y preocupante De parte De Juezes, funcionarios y abogados. Reitero la cita urgente.

James Diaz Colon
[illegible] [illegible] Po Box
20.000 Canovanas PR
787-447-2424 [illegible]

cc. Comunicaciones y prensa De PR.

Guillermo Figueroa Prieto
Abogado - Notario

25

29 de noviembre de 2005

Sr. Marcial Díaz Jiménez
Calle Villa Granada A-63
Urb. El Plantío
Toa Baja, P.R. 00949

Estimado señor Díaz Jiménez:

La señora Sonia Hernández Campos ha solicitado mis servicios profesionales para tramitarle una petición de divorcio. Según me informa mi cliente, usted estaría en disposición de aceptar divorciarse por consentimiento mutuo.

Si el divorcio se tramita por la causal de consentimiento mutuo, habría que formalizar una serie de estipulaciones de las cuales le envío un borrador para su consideración.

Como ustedes no procrearon hijos, no hay que hacer estipulación sobre custodia y patria potestad de menores, ni sobre pensión de alimentos.

En torno a los bienes, me indica ella que poseen un Toyota Camry tablilla EVG 640 que usted usa y paga. Ella me indica que usted s quedaría con este vehículo y seguiría pagando la cuenta. Por s parte, ella interesa retener la guagua Toyota RAV4, tablilla E 014 y continuar pagando la misma.

En cuanto al inmueble, ella sugiere dos alternativas. Que se ven la misma al mejor postor y dividir el producto neto por part iguales, o que usted le compre la parte ganancial que le perten a ella.

El mobiliario del hogar puede dividirse según los intereses de c cual.

Agradeceré que consulte con el abogado de su predilección y éste se comunique conmigo para formalizar el proceso. Si es deseo, me puede llamar para coordinar el trámite a seguir. mejor manera de conseguirme es a través de mi celular 787-385-2

Cordialmente,

Guillermo Figueroa Prieto



26

**Santos Ortega Rivera Ortega Rivera** updated his profile picture.

January 24 ·





27

Marcial Díaz Jiménez
Nació
el 18 de octubre de 1944
en Río Piedras, P.R.
Falleció
el 3 de diciembre de 2005
en Bayamón, P.R.
Sepelio
el 9 de diciembre de 2005
en el
Cementerio
Los Cipreses Memorial Park
Bayamón, P.R.
Ehret
¡NO LLORES SI ME AMAS! . . .
Tú que me has visto y me has amado en el mundo, país de las sombras, ¿no te resignarás al verme ahora en el Cielo, país de las inmutables realidades? Créeme, cuando la muerte venga a romper las ligaduras, como ha roto las que a mí me encadenaban y cuando llegue un día, que Dios ha fijado y conoce, y tu alma venga a este Cielo en que ha precedido la mía. Ese día volverás a ver aquel que te amaba y te sigue amando y encontrarás su corazón con todas sus ternuras purificadas. Volverás a verme, pero transfigurado, extático, feliz, no ya esperando la muerte, senderos de LUZ y de la VIDA bebiendo con embriagez a los pies de Dios, un néctar del cual nadie se saciará jamás. Por eso, enjuga tu llanto . . . y no llores, si me amas.
Type FOCUS AXR
SOCO Mtr # 3531479
CL20 120-277V 4W 60Hz
FM9S/8S Kh1.8 TA2.5
X40
109 307 403
Smart Meter
Landis+Gyr
12/10
15447054
GEORGIA
POWER
480 VOLTS



22 de Mayo de 2017

Recibido 22/5/2017 1:30
E. [illegible]

29

lcdo. efrain Padilla Torres
ave. Roberto Clemente
Bloq. 30 A-10 Villa Carolina
Carolina PR. 00985

en Re: (Demanda criminal jaime A. Diaz Colon Tres Tornillos Home depot las Catalinas

Por conducto del presente escrito se solicita de usted copia fiel y exacta del expediente criminal del cual usted fue abogado y en donde previamente habian sido despedidos de la Representacion del mismo caso dos abogados.

Conforme el parrafo anterior se Radico una accion civil con el Num. FDP-2005-0524 el caso criminal fue manejado por el juez Harry Messandet Pastrana, Nereida Feliciano Ramos

Por todo lo cual, se solicita de usted copia fiel y exacta de el expediente criminal.

Jaime A. Diaz Colon 787-447-2424 [illegible]@gmail.com



 elnuevodia.com

Ingresa con Facebook

Buscar

31

Portada / Noticias / Abogado de Junior Cápsula se declarará culpable

Última Hora
Clasificados
Vehículos
Bienes raíces
Empleos
Shoppers
Noticias
Política
Seguridad
Puerto Rico Hoy
Calidad de vida
Ciencia y tecnología
Clima
Caza Noticias
Mundo Raro
Internacionales
Conflicto en Siria
Negocios
Actualidad
Tecnología
Autos
Planillas 2014
Deportes
Béisbol
Boxeo
Baloncesto
Fútbol
Otros deportes
Mundial Brasil 2014
Entretenimiento
Farándula
Música
Televisión
Cine
Cartelera de cine
Cultura
Restaurantes
Estilos de vida
Bienestar
Amor y sexualidad
Hogar y familia
Moda y belleza
Salud al día
Horóscopos
Opinión
Editorial
Columnas
Cartas
Blogs
Sunden
Multimedia
Fotogalerías
Videos
Infografías
Especiales
Reglas de concursos
HOBBIES
Agenda Ciudadana
Un solo Puerto Rico
Construcción
Viajes
Esquelas.pr

## Noticias

Share | Recomendar 70 | Twittear 19

13 de marzo de 2014
1:38 p.m.
Seguridad

Imprimir A A

# Abogado de Junior Cápsula se declarará culpable

*Ramón Negrón Colón enfrenta cargos por lavado de dinero*

Por Mariana Cobián / mariana.cobian@gfrmedia.com @mcobian_PH

Se alega que entre 2008 y 2010, Negrón Colón recibió alrededor de $615 mil para comprar influencias de funcionarios que ayudarían a anular la condena estatal contra Figueroa Agosto. (Archivo)

El abogado de José "Junior" Cápsula Figueroa Agosto, Ramón Negrón Colón, hará alegación de culpabilidad el 3 de abril por cargos de lavado de dinero con relación a la operación de narcotráfico de su cliente.

El fiscal Timothy Henwood informó esta mañana al juez federal Juan Pérez Giménez que llegó a un acuerdo con los abogados del acusado, Ignacio Rivera y Javier Cuyar, y recomendaron que se citara una vista para el cambio de alegación de culpabilidad, que se verá el 3 de abril.

El coacusado en este caso, el exfiador William Barreto Ortiz, cambió de abogado hace poco, por lo que el fiscal pidió más tiempo para reunirse con su representante legal, Héctor Deliz. Se citó una conferencia de estatus en su caso para el 11 de abril.

Negrón Colón, de 59 años, y Barreto Ortiz, de 68, están libres bajo fianza luego de ser arrestados el 26 de agosto de 2013. Se les acusa por conspirar para cometer lavado de dinero, y Barreto Ortiz enfrenta un cargo adicional por perjurio.

En el pliego acusatorio contra el abogado, se le imputa haber elaborado un plan para sobornar a varios funcionarios de gobierno estatal con dinero proveniente del narcotráfico a cambio de que su cliente, Figueroa Agosto, lograra un nuevo juicio y no tuviera que cumplir 209 años de cárcel a los que fue sentenciado en 1995 por el secuestro y asesinato de Arnaldo Martínez, conocido como Naldy el Gruero.

Se alega que entre 2008 y 2010, Negrón Colón recibió alrededor de $615 mil para comprar influencias de funcionarios que ayudarían a anular la condena estatal contra Figueroa Agosto, quien se escapó de prisión en 1998 con documentos falsificados.

La acusación agrega que el abogado visitó a su cliente en octubre de 2010 en el Centro de Detención Metropolitano (MDC, por sus siglas en inglés), en Guaynabo, y le informó que todo estaba listo para radicar la moción de petición de nuevo juicio, pero que necesitaba $300 mil para pagarle al juez del caso. Poco después recibió $150 mil y luego devolvió a su representado $125 mil cuando el juez estatal Harry Massanet Pastrana, del Tribunal de Primera Instancia de San Juan, denegó la petición de nuevo juicio en 2011.

Jueves
13 de marzo de 2014

¡REGRESA! Quédate para el C.A.F.E. Cambio de Aceite y Filtro Expreso Por expertos de Nissan

+ Comentadas + Vistas

Arrestan a tercer sospechoso de asesinar a policía

Muere joven tras ser baleada y atropellada en Juana Díaz

Cuidado con los tintes en los autos

Causa para arresto contra telereportera Yesenia Torres

Triple asesinato en Caguas

Fallece joven tras chocar con una verja de centro comercial de Mayagüez

Escuela pública gana el gran premio de feria científica

Cronología del caso de Lorenzo González Cacho

Testigo clave del calentamiento global es puertorriqueño

Operan a joven que cayó de muralla del Morro

¿Qué buscas? clasificados pr
(http://clasificadospr.c

Bienes Raíces

Vehículos

Artículos Mascotas

Comprar Alquilar

Selecciona -- área o pueblo

Selecciona -- tipo de propiedad

BUSCA

VENTA DEFINITIVA
ULTIMA REBAJA EN VARIAS UNIDADES

Previo a que se denegara la moción, ambos acusados viajaron a Repú Dominicana al menos dos veces para reunirse con el notorio narcotraf hoy convicto- y presentarle el plan. Se alega que en 2008 una persona colocó entre $440 mil y $465 mil en efectivo, en un vehículo propiedad Negrón Colón relacionados al esquema.

De ser encontrados culpables, los acusados se enfrentan a una pena m de 20 años de cárcel y tres años de libertad supervisada.

## Tags

Junior Cápsula



6 Noviembre 2017

Sr. edgar santana Molta
alguacil general Rama Judicial

in Re: videos Tribunal de San Juan, Tribunal de Carolina, Tribunal de Bayamon, sala 1101 tribunal de San Juan

Estimado señor Santana:

Por conducto del presente escrito solicito de usted me certifique si en efecto todas las solicitudes sometidas oportunamente en relacion a la separacion de videos en el tribunal de Bayamon, Carolina San Juan, Sala 1101 fueron separados conforme a la solicitud y obran en reserva conforme sometidas las correspondientes querellas en la division legal de la administracion de los tribunales de Puerto Rico.

atentamente

Res. Luis Llorens Torres
edif 138 apt 2488
San Juan PR 00913
787-447-2424

Ofic Alg Gen 06 11'17 AM 10:55

2017 NOV -6 AM 11:49

6 de noviembre de 2017

Sr. Sigfrido Steidel Figueroa (OAT)

In Re: Videos Cámaras de seguridad, tribunal de San Juan, tribunal de Bayamón, tribunal de Carolina y Sala 1101 San Juan, expediente criminal KR-2004-842, 843 y 844 expediente civil dp-2005-0504 Carolina.

Estimado Señor Steidel:

Por conducto del presente escrito le señalo si usted tiene algún problema con las funciones de supuesto, lo anterior por observar negligencia clara, en el manejo de los asuntos ante su consideración.

a saber se han sometido varios escrito a su atención y los los mismos han sido ignorados, o no atendidos, su oficina ha señalado alegadas diligencias que hoy no se sostienen.

Si usted entiende que en la Rama Judicial no se le respeta, pues renuncie de inmediato a su posición

35

por que la independencia judicial no es corrupción de batalla política con un disfraz que se llama toga, hombre o mujer con un disfraz de su responsabilidad hoy como administrador si el cargo le queda grande renuncie Puerto Rico no lo necesita.

[signature]

Ros. Luis Llorens Torres
Edif 130 Apt [illegible]
San Juan PR 00913
787-[illegible]-[illegible]
[illegible]@gmail.com

Nota!: • usted a saber Nueve (3) escritos sometidos en su oficina

• Nueve varios casos en la división legal

• Nueve solicitudes con el alcalde general

Dedíquese a trabajar o renuncie simpl.

17 de Mayo de 2017

Sra. Sonia Alejo Martinez
fiscal de distrito Bayamon interina

Por conducto del presente escrito se le solicita de usted como fiscal de distrito interina del area de Bayamon, copia fiel y exacta certificada del expediente que obra en la fiscalia de distrito que usted dirige, relativo a el asesinato de el sr. Marcial diaz Jimenez ocurrido el 2 de diciembre de 2005 bajo el num de incidente de la Policia 05-7-311-18702 dicho expediente obro en las manos del ex-fiscal Carlos perez, y conforme obra en la querella suscrita por la policia de Puerto Rico del alegado fiscal actualmente en funciones enrique Mendoza Rivera.

Tenga usted 5 dias contados para proveer copia fiel y exacta de dicho expediente

Jaime A. Diaz O'Neill

Res. luis llorens Torres
edif 130 Apt 2470
San Juan PR 00913
787-447-2474
Jaimeadiazoneill@gmail.com

RECEIVED
MAY 17 2017
DEPTO DE JUSTICIA
FISC DE BAYAMON

37

GOBIERNO DE PUERTO RICO
GOVERNMENT OF PUERTO RICO
NEGOCIADO DE LA POLICIA DE PUERTO RICO
POLICE OF PUERTO RICO
CERTIFICADO NEGATIVO DE ANTECEDENTES PENALES
NEGATIVE CERTIFICATE OF PENAL RECORD

Certifica que: JAIME A DIAZ ONEILL
Certify that: JAIME A DIAZ ONEILL

Residente en: Carolina, Puerto Rico
Resident of: Carolina, Puerto Rico

Fecha de nacimiento: 24/09/1969
Date of birth: 09/24/1969

Natural de: SAN JUAN
Place of birth: SAN JUAN

Seguro Social: xxx-xx-5985
Social Security: xxx-xx-5985

Num. Solicitud: 1142755068305318987
Application num.: 1142755068305318987

Al momento de realizar el cotejo no aparece con antecedentes penales de la División de Expedición de Certificados de Antecedentes Penales de la Policía de Puerto Rico. Esta certificación se expide conforme a la ley 254 del 27 de julio de 1974, según enmendada por la ley 314 del 15 de septiembre de 2004, 34 L.P.R.A. Sección 1725. El cotejo se limita a las sentencias emitidas por los tribunales del Estado Libre Asociado de Puerto Rico. Este documento excluye información recibida de la jurisdicción federal u otro país, así como convicciones legalmente eliminadas del expediente penal e indultos, si alguno.

**No constituye una identificación de la persona a cuyo nombre se expide.**
**El receptor del documento debe verificar la identidad de la persona concernida.**

At the time of search did not appear with a penal record in the Division of Penal Records Certificate Expedition of the Police of Puerto Rico. This certificate is issued in compliance with Public Law 254 of July 27, 1974, as amended by Law 314 of September 15, 2004, 34 L.P.R.A. Section 1725. The search was limited only to the sentences emitted by the Courts of the Commonwealth of Puerto Rico. It excludes information received from federal jurisdiction and other countries, also convictions legally eliminated from penal records or pardons, if any.

**This document does not constitute an identification of bearer.**
**The receptor of this document should verify the identity of the person concerned.**

**Sello de Rentas Internas Cancelado**

Dado en San Juan Puerto Rico hoy 19/08/2021
Issued in San Juan, Puerto Rico 08/19/2021

Comisionado del Negociado de la Policía de Puerto Rico
Commissioner of the Puerto Rico Police Bureau

A petición de: JAIME A DIAZ ONEILL
Requested By: JAIME A DIAZ ONEILL

Comisionado Asociado del NPPR
NPPR Associate Commissioner

Para validar la información contenida en este certificado, favor acceder a:
*To validate the information in this certificate, please access the URL:
https://servicios.pr.gov/validarcap
* Favor de utilizar el núm. de solicitud como código de validación
* Please use the Application number as validation code.

ADVERTENCIA: Cualquier alteración anula este certificado y constituirá violación al artículo 292 del Código Penal.
WARNING: Any alteration voids this certificate and constitutes a violation of article 292 of the Penal Code.

NEGOCIADO RECURSOS HUMANOS
Y
DIVISIÓN RECLUTAMIENTO
NO PASE
SIN AUTORIZACIÓN
FAVOR ESPERAR A
SER ATENDIDO
POLICIA DE
PUERTO RICO
POLICÍA

39

ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICÍA

PPR-47 Rev. 2-2016[1]

CITACIÓN

Jaime Diaz Oneill
Nombre completo en letra de molde

Resd. Luis Llorens Torres
Ed. L 130 Apt 2420
San Juan
Dirección física

Por la presente se le solicita que comparezca a la siguiente dirección: Comandancia Area Bayamon

el día 30 de mayo (mes) del 2017 (año) a las 9:00 ☒am/☐pm ante el miembro de la Policía Sgt Joan Rodriguez, número de Placa 8-31948 de la
Nombre completo miembro de la Policía

Unidad/Distrito/Precinto de Divi. Homicidio Bay. para que exprese su conocimiento personal si alguno, sobre ______.

De tener problemas de transportación para acudir a la cita o de no poder asistir a la misma, puede comunicarse al teléfono ______ extensión ______ para proveerle asistencia o coordinar la cita para una fecha posterior. Si usted es menor de dieciocho (18) años, deberá venir acompañado de su padre, madre o tutor. Si usted no desea acudir a la cita para declarar sobre el asunto antes expuesto, puede comunicarse al teléfono antes indicado para informar su deseo y cancelar la cita.

En Bayamon (municipio), Puerto Rico hoy 17 (día) de mayo (mes) de 2017 (año) a las 9:00 ☒am/☐pm.

[signature] — Firma de la Persona citada

Sgt [signature] 8-19600 — Nombre Miembro PPR que diligenció la Citación y # de placa (Letra de molde)

______ Firma Padre, Madre o Tutor[2]

______ Firma Miembro PPR que diligenció la Citación

[1] Este formulario también deroga al formulario PPR-559.

[2] En caso de que la persona citada sea un menor de dieciocho (18) años de edad, se le citará a través de su padre, madre o tutor.



| FECHA | HORA | NOMBRE Y TÍTULO DE LA PERSONA Y/O NÚMERO DE PLACA | ASUNTO | TÉCNICO DE ASISTENCIA SOCIAL, FISCAL, TRANSCRIPTOR | | |
|---|---|---|---|---|---|---|
| | | | | TÉCNICO | FISCAL | TRANSCRIPTOR |
| 16/05/17 | 11:00am | Agt. Rebeca Ortiz 1764 | Confiscación | | | |
| 16/05/17 | 12:12 | Monica Nevarez | Ad propa hom | | | |
| 16/05/17 | [illegible] | Miguel Barreto [illegible] | Reunión | Rosaura | | |
| 16/05/17 | 1:47pm | Jose A. [illegible] | [illegible] | F. [illegible] | | |
| 16/5/17 | 2:53 | [illegible] Díaz [illegible] | asesoría Miguel Díaz [illegible] | | | |
| 16-5-17 | 3:10pm | [illegible] | Consulta | | | |
| 16-5-17 | 352 | [illegible] | [illegible] | | | |
| 17-5-17 | 9:30am | Agte. [illegible] Torres 1804 | encarcelación | | | |
| 17-5-17 | | [illegible] Díaz [illegible] | asesoría Miguel Díaz [illegible] | | | |
| 17-5-17 | | Neny E. Torres Rosario | [illegible] | | | |
| | | [illegible] | orientación | | | |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA

41

PPR-47
Rev. 4/2016

CITACIÓN

Jorge A. Diaz Oneill
Nombre completo en letra de molde

Nombre preferido

Res. Luis Llorens Torres
Dirección física
edf 130 apt 2426 Piso 3. 5J

5 Alteración a la Paz
Delito cometido

Por la presente se le solicita que comparezca a la siguiente dirección: Sala de investigaciones del tribunal de San Juan

el día 18 de mayo (mes) del 20 17 (año) a las 9:00 ☒ am ☐ pm ante el miembro de la Policía Agte. Yolissa M Cruz Cotto, número de Placa 36847 de
Nombre completo miembro de la PPR

División /Distrito/Precinto de ______ para que exprese su conocimiento personal si alguno, sobre ______.

De no poder asistir a la misma o necesitar información adicional puede comunicarse al teléfono 7879955 extensión ______. Si usted es menor de dieciocho (18) años, deberá venir acompañado de su padre, madre o tutor.

En Bayamón (municipio), Puerto Rico hoy 17 (día) de mayo (mes) de 2017 (año) a las 12:13 ☐ am ☒ pm.

☐ Se le apercibe que si no comparece en la fecha, hora y sitio indicado se expedirá una orden de arresto contra usted por un magistrado. (Solamente cuando se vaya a radicar cargos criminales)

Firma de la persona citada

Agk Yolissa M Cruz 36847
Nombre y placa MPPR diligenció la Citación (letra de molde)

Firma Padre, Madre o Tutor[1]

[signature] 36847
Firma Miembro PPR diligenció la Citación

[1] En caso de que la persona citada sea un menor de dieciocho (18) años de edad, se le citará a través de su padre, madre o tutor.



48

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICÍA

PPR-47 Rev. 2-2016[1]

CITACIÓN

Jaime Diaz Oneill
Nombre completo en letra de molde

Resd. Luis Llorens Torres
Ed. L 130 Apt 2420
San Juan
Dirección física

Por la presente se le solicita que comparezca a la siguiente dirección: Comandancia Area Bayamon el día 30 de mayo (mes) del 2017 (año) a las 9:00 ☒am/☐pm ante el miembro de la Policía Sgt Joan Rodriguez (Nombre completo miembro de la Policía), número de Placa 8-31948 de la Unidad/Distrito/Precinto de Divi. Homicidio Bay. para que exprese su conocimiento personal si alguno, sobre ______.

De tener problemas de transportación para acudir a la cita o de no poder asistir a la misma, puede comunicarse al teléfono ______ extensión ______ para proveerle asistencia o coordinar la cita para una fecha posterior. Si usted es menor de dieciocho (18) años, deberá venir acompañado de su padre, madre o tutor. Si usted no desea acudir a la cita para declarar sobre el asunto antes expuesto, puede comunicarse al teléfono antes indicado para informar su deseo y cancelar la cita.

En Bayamon (municipio), Puerto Rico hoy 17 (día) de mayo (mes) de 2017 (año) a las 9:00 ☒am/☐pm.

[signature] Jaime Diaz O.
Firma de la Persona citada

Sgt [signature] 8-19600
Nombre Miembro PPR que diligenció la Citación y # de placa (Letra de molde)

______
Firma Padre, Madre o Tutor[2]

______
Firma Miembro PPR que diligenció la Citación

[1] Este formulario también deroga al formulario PPR-559.
[2] En caso de que la persona citada sea un menor de dieciocho (18) años de edad, se le citará a través de su padre, madre o tutor.

[envelope]

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
PO BOX 190887
SAN JUAN, PUERTO RICO 00919-0887

Confidencial

[form]

43

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL GENERAL DE JUSTICIA
TRIBUNAL DE PRIMERA INSTANCIA
SALA (SUPERIOR, MUNICIPAL) DE SAN JUAN

INFORMACION PERSONAL DE LOS TESTIGOS

Caso Numero: KMG2017MD183 Sala 1101

Nombre: Enrique Rivera Mendoza
Dirección Residencial: [illegible] c/30 SE 973 [illegible]
Dirección Postal: ____
Teléfono Residencial: ____ Celular: [illegible] Trabajo: [illegible]
Lugar y Dirección de Empleo: [illegible] de Bayamón [illegible]

Nombre: [illegible]
Dirección Residencial: [illegible] Villa [illegible]
Dirección Postal: ____
Teléfono Residencial: ____ Celular: 939-[illegible] Trabajo: ____
Lugar y Dirección de Empleo: Tribunal de Bayamón [illegible]

Nombre: ____
Dirección Residencial: ____
Dirección Postal: ____
Teléfono Residencial: ____ Celular: ____ Trabajo: ____
Lugar y Dirección de Empleo: ____

Nombre: ____
Dirección Residencial: ____
Dirección Postal: ____
Teléfono Residencial: ____ Celular: ____ Trabajo: ____
Lugar y Dirección de Empleo: ____

DE

ARMADO
11 ☐ ARMA DE FUEGO (Tipo no identificado)
12 ☐ PISTOLA
13 ☐ RIFLE
14 ☐ ESCOPETA
15 ☐ OTRA ARMA DE FUEGO
16 ☐ INSTRUMENTO DE CORTE LETAL
17 ☐ MANOPLA (Otro objeto contundente)

TIPO DE DETENCI...
V ☐ EN EL ACTO
C ☐ CITADO
L ☐ LLEVADO

ESTATURA: | PESO: | OJOS: | CABELLO: | NUM. DE DETENCION: | FECHA DE DE...

TESTIGO

NOMBRE: (Apellidos, nombre, segundo nombre) | DIRECCION: (Calle, ciudad, estado, código postal)
1.
2.

RELATO

Este caso fue consultado con el Fiscal
entrevistó a la Srta. Geldine Sarah
la cual es hermana del asesino del Sr.
y confrontar la investigación, determinó creíb...

FIRMAS

DENUNCIANTE:
PREPARADO POR: Agte. Benjamín Cardona Lugo
SUPERVISOR: Sgto. Alfonso Vélez Vélez

☒ Continúa en suplemento

A DE FUEGO
NTO DE CORTE LETAL
(Otro objeto contundente)

C ☐ CITADO
L ☐ LLEVADO BAJO CUSTODIA

M ☐ TRAMITADO DENTRO DEL DEPARTAMENTO
R ☐ RECOMENDADO A OTRA AUTORIDAD

| DE DETENCION: | FECHA DE DETENCION: | CODIGO DE DELITO DE DETENCION UCR: |
|---|---|---|
| | | |

| , ciudad, estado, código postal) | TELEFONO RESIDENCIAL: | TELEFONO DE TRABAJO: |
|---|---|---|
| | | |
| | | |

con el Fiscal Enrique Mendoza Rivera, esto
Idme Sarah Ocampo Giard ss. REDACTED
esino del Sr. Marcial Diaz. Luego de escucharla
etermino creible su declaración, cerrando el caso

| | PLACA: 27585 | FECHA: 14 Ago 200[illegible] |
|---|---|---|
| [illegible] | PLACA: 8-9189 | FECHA: 14 Ago. 200[illegible] |

1007
1105

| EL PUEBLO DE PUERTO RICO<br><br>VS.<br><br>JAIME A. DÍAZ O'NEILL<br>ACUSADO | CRIM NÚM.: K MG2017M0183-0184, KFJ2017M0146<br><br>SOBRE:<br><br>ART. 241 C C.P. (2CS), DESACATO CRIMINAL<br><br>Fecha y Lugar de los hechos:<br>16 de mayo de 2017 en San Juan<br>10 de noviembre de 2017 en San Juan |
|---|---|

## SENTENCIA

Hoy, 21 de septiembre de 2021 señalados los casos de epígrafe para Vista Sobre el Estado de los Procedimientos y Vista de Desacato Criminal, compareció el Pueblo de Puerto Rico representado por su Fiscal, Marisol Flores Cortés. No compareció el acusado ni representación legal.

El Tribunal, luego de escuchados los planteamientos expuestos en corte abierta, ordena el archivo y sobreseimiento de los casos KMG2017M0183 y 0184 bajo las disposiciones de la Regla 247-A de las de Procedimiento Criminal y el caso KFJ2017M0146 bajo las disposiciones de la Regla 247-B de las de Procedimiento Criminal. Se ordena la excarcelación del acusado por los casos de epígrafe.

REGÍSTRESE Y NOTIFIQUESE.

En San Juan, Puerto Rico, a 21 de septiembre de 2021.

ELOÍNA TORRES CANCEL
JUEZ SUPERIOR

Num. Identificador SEN2021 00026786



AC-PIP-12?3
"(Rev.02-18)"

GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación

# CERTIFICACION DE LIBERTAD

R247-A

EN VIRTUD DE Orden del Tribunal (Resla)

HA SIDO PUESTO EN LIBERTAD Jaime A. Diaz O'neill

EN BAYAMÓN, PUERTO RICO HOY 23 de septiembre de 2021

SELLO OFICIAL:

Centro de Ingreso, Diagnóstico y Clasificación Bayamón · Estado Libre Asociado de Puerto Rico · 705 · Record Criminal

SUPERINTENDENTE O REPRESENTANTE
CENTRO INGRESO Y CLASIFICACION CORRECCIONAL
BAYAMÓN 705

FIRMA TECNICO RECORD

