**Disclosure of the QTCB Noteholder Group**
*Aggregate QTCB Noteholder Group Holdings*

| **Commonwealth Bonds:** | **Nov-08-2021** |
|---|---:|
| Public Improvement Ref. Bonds, Series 1998 | $905,000 |
| Public Improvement Bonds of 1999 | 1,565,000 |
| Public Improvement Bonds of 2002, Series A | 8,590,000 |
| Public Improvement Ref. Bonds, Series 2002 A | 44,339,000 |
| Public Improvement Bonds of 2003, Series A | 6,311,000 |
| Public Improvement Ref. Bonds, Series 2003 A | 5,330,000 |
| Public Improvement Bonds of 2004, Series A | 22,908,000 |
| Public Improvement Bonds of 2005, Series A | 24,401,000 |
| Public Improvement Ref. Bonds, Series 2006 A | 4,985,000 |
| Public Improvement Bonds of 2006, Series A | 24,502,000 |
| Public Improvement Ref. Bonds, Series 2006 B | 13,219,000 |
| Public Improvement Bonds of 2006, Series B | 8,365,000 |
| Public Improvement Bonds of 2007, Series A | 39,086,000 |
| Public Improvement Ref. Bonds, Series 2007 A | 38,541,000 |
| Public Improvement Ref. Bonds, Series 2008 A | 39,256,000 |
| Public Improvement Ref. Bonds, Series 2008 C | 31,650,000 |
| Public Improvement Bonds of 2008, Series A | 13,513,000 |
| Public Improvement Ref. Bonds, Series 2009 A | 105,000 |
| Public Improvement Ref. Bonds, Series 2009 B | 53,060,000 |
| Public Improvement Ref. Bonds, Series 2011 A | 23,910,000 |
| Public Improvement Ref. Bonds, Series 2011 C | 11,795,000 |
| Public Improvement Bonds of 2011, Series A | 16,760,000 |
| Public Improvement Ref. Bonds, Series 2011 D | 3,435,000 |
| Public Improvement Ref. Bonds, Series 2011 E | 13,455,000 |
| Public Improvement Ref. Bonds, Series 2012 B | 76,515,000 |
| Public Improvement Ref. Bonds, Series 2012 A | 116,001,000 |
| General Obligation Bonds of 2014, Series A | 46,287,000 |

| **PBA Bonds:** | **Nov-08-2021** |
|---|---:|
| Government Facilities Revenue Ref. Bonds, Series L | $1,555,000 |
| Government Facilities Revenue Ref. Bonds, Series C | 4,875,000 |
| Government Facilities Revenue Bonds, Series D | 10,240,000 |
| Government Facilities Revenue Ref. Bonds, Series F | 10,360,000 |
| Government Facilities Revenue Bonds, Series G | 1,350,000 |
| Government Facilities Revenue Bonds, Series I | 32,565,000 |
| Government Facilities Revenue Ref. Bonds, Series M | 48,622,000 |
| Government Facilities Revenue Bonds, Series N | 2,814,000 |
| Government Facilities Revenue Ref. Bonds, Series P | 47,882,000 |
| Government Facilities Revenue Ref. Bonds, Series Q | 21,945,000 |
| Government Facilities Revenue Bonds, Series R | 414,642,000 |
| Government Facilities Revenue Ref. Bonds, Series S | 11,335,000 |
| Government Facilities Revenue Bonds, Series T | 112,652,000 |
| Government Facilities Revenue Ref. Bonds, Series U | 60,253,000 |

**Disclosure of the QTCB Noteholder Group**
*Aggregate QTCB Noteholder Group Holdings*

| | |
|---|---:|
| **PREPA:** | **Nov-08-2021** |
| PREPA Line of Credit - Citibank (Fuel Line) | $13,000,000 |
| PREPA Line of Credit - Scotia Bank (Fuel Line) | 139,993,182 |
| **PRIFA:** | **Nov-08-2021** |
| PRIFA Special Tax Revenue Bonds Series 2005A | $4,515,000 |
| PRIFA Special Tax Revenue Refunding Bonds Series 2005C | 8,029,000 |
| **PRCCDA:** | **Nov-08-2021** |
| Puerto Rico CCDA Hotel Occupancy Tax Revenue Bonds, Series A | $37,840,000 |
| **HTA:** | **Nov-08-2021** |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series AA | $2,410,000 |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series AA-2 | 33,700,000 |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series CC | 13,020,000 |
| Puerto Rico HTA Revenue Refunding Bonds Series CC | 22,820,000 |
| Puerto Rico HTA Subordinated Transportation Revenue Bonds (Series 2003) | 1,720,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series G | 330,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series J | 165,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series I | 3,591,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series L | 940,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series N | 13,175,000 |

**Disclosure of the QTCB Noteholder Group**
*Canyon Capital Advisors LLC*
*2728 N. Harwood Street, 2nd Floor, Dallas, TX 75201*

| **Commonwealth Bonds:** | **Nov-08-2021** |
|---|---:|
| Public Improvement Ref. Bonds, Series 1998 | $875,000 |
| Public Improvement Bonds of 1999 | 1,320,000 |
| Public Improvement Bonds of 2002, Series A | 8,590,000 |
| Public Improvement Ref. Bonds, Series 2002 A | 37,549,000 |
| Public Improvement Bonds of 2003, Series A | 6,311,000 |
| Public Improvement Ref. Bonds, Series 2003 A | 5,330,000 |
| Public Improvement Bonds of 2004, Series A | 22,908,000 |
| Public Improvement Bonds of 2005, Series A | 23,571,000 |
| Public Improvement Ref. Bonds, Series 2006 A | 4,905,000 |
| Public Improvement Bonds of 2006, Series A | 24,377,000 |
| Public Improvement Ref. Bonds, Series 2006 B | 13,219,000 |
| Public Improvement Bonds of 2006, Series B | 8,155,000 |
| Public Improvement Bonds of 2007, Series A | 37,477,000 |
| Public Improvement Ref. Bonds, Series 2007 A | 35,731,000 |
| Public Improvement Ref. Bonds, Series 2008 A | 35,881,000 |
| Public Improvement Ref. Bonds, Series 2008 C | 30,830,000 |
| Public Improvement Bonds of 2008, Series A | 13,393,000 |
| Public Improvement Ref. Bonds, Series 2009 A | 105,000 |
| Public Improvement Ref. Bonds, Series 2009 B | 53,060,000 |
| Public Improvement Ref. Bonds, Series 2011 A | 23,910,000 |
| Public Improvement Ref. Bonds, Series 2011 C | 11,795,000 |
| Public Improvement Bonds of 2011, Series A | 16,760,000 |
| Public Improvement Ref. Bonds, Series 2011 D | 3,435,000 |
| Public Improvement Ref. Bonds, Series 2011 E | 13,455,000 |
| Public Improvement Ref. Bonds, Series 2012 B | 10,095,000 |
| Public Improvement Ref. Bonds, Series 2012 A | 116,000,000 |
| General Obligation Bonds of 2014, Series A | 46,287,000 |

| Disclosure of the QTCB Noteholder Group | |
|---|---|
| *Canyon Capital Advisors LLC* | |
| *2728 N. Harwood Street, 2nd Floor, Dallas, TX 75201* | |

| **PBA Bonds:** | **Nov-08-2021** |
|---|---:|
| Government Facilities Revenue Ref. Bonds, Series C | 4,485,000 |
| Government Facilities Revenue Bonds, Series D | 10,000,000 |
| Government Facilities Revenue Ref. Bonds, Series F | 10,255,000 |
| Government Facilities Revenue Bonds, Series G | 1,005,000 |
| Government Facilities Revenue Bonds, Series I | 32,390,000 |
| Government Facilities Revenue Ref. Bonds, Series M | 40,872,000 |
| Government Facilities Revenue Ref. Bonds, Series P | 30,522,000 |
| Government Facilities Revenue Ref. Bonds, Series Q | 21,695,000 |
| Government Facilities Revenue Bonds, Series R | 284,964,000 |
| Government Facilities Revenue Bonds, Series T | 71,446,000 |
| Government Facilities Revenue Ref. Bonds, Series U | 1,930,000 |

| **PRIFA:** | **Nov-08-2021** |
|---|---:|
| PRIFA Special Tax Revenue Bonds Series 2005A | $4,365,000 |
| PRIFA Special Tax Revenue Refunding Bonds Series 2005C | 7,674,000 |

| **PRCCDA:** | **Nov-08-2021** |
|---|---:|
| Puerto Rico CCDA Hotel Occupancy Tax Revenue Bonds, Series A | $37,690,000 |

| **HTA:** | **Nov-08-2021** |
|---|---:|
| Puerto Rico HTA Subordinated Transportation Revenue Bonds (Series 2003) | 795,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series G | 245,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series J | 135,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series I | 3,216,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series L | 930,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series N | 11,640,000 |

**Disclosure of the QTCB Noteholder Group**

*Davidson Kempner Capital Management LP*
*520 Madison Avenue, 30th Floor, New York, NY 10022*

| PREPA: | Nov-08-2021 |
|---|---|
| PREPA Line of Credit - Citibank (Fuel Line) | $13,000,000 |
| PREPA Line of Credit - Scotia Bank (Fuel Line) | 139,993,182 |

| PRIFA: | Nov-08-2021 |
|---|---|
| PRIFA Special Tax Revenue Bonds Series 2005A | $150,000 |
| PRIFA Special Tax Revenue Refunding Bonds Series 2005C | 355,000 |

| PRCCDA: | Nov-08-2021 |
|---|---|
| Puerto Rico CCDA Hotel Occupancy Tax Revenue Bonds, Series A | $150,000 |

| HTA: | Nov-08-2021 |
|---|---|
| Puerto Rico HTA Highway Revenue Refunding Bonds Series AA | $2,410,000 |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series AA-2 | 33,700,000 |
| Puerto Rico HTA Highway Revenue Refunding Bonds Series CC | 13,020,000 |
| Puerto Rico HTA Revenue Refunding Bonds Series CC | 22,820,000 |
| Puerto Rico HTA Subordinated Transportation Revenue Bonds (Series 2003) | $925,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series G | 85,000 |
| Puerto Rico HTA Transportation Revenue Bonds Series J | 30,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series I | 375,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series L | 10,000 |
| Puerto Rico HTA Transportation Revenue Refunding Bonds Series N | 1,535,000 |

Case:17-03283-LTS Doc#:19145-1 Filed:11/09/21 Entered:11/09/21 21:55:27 Desc:
Exhibit Disclosure of QTBC Noteholder Groups Aggregate Holdings Page 5 of 6

**Disclosure of the QTCB Noteholder Group**

*Sculptor Capital Management*
*9 West 57th Street, 39th Floor, New York, NY 10019*

| **Commonwealth Bonds:** | **Nov-08-2021** |
|---|---:|
| Public Improvement Ref. Bonds, Series 1998 | $30,000 |
| Public Improvement Bonds of 1999 | 245,000 |
| Public Improvement Ref. Bonds, Series 2002 A | 6,790,000 |
| Public Improvement Bonds of 2005, Series A | 830,000 |
| Public Improvement Ref. Bonds, Series 2006 A | 80,000 |
| Public Improvement Bonds of 2006, Series A | 125,000 |
| Public Improvement Bonds of 2006, Series B | 210,000 |
| Public Improvement Bonds of 2007, Series A | 1,609,000 |
| Public Improvement Ref. Bonds, Series 2007 A | 2,810,000 |
| Public Improvement Ref. Bonds, Series 2008 A | 3,375,000 |
| Public Improvement Ref. Bonds, Series 2008 C | 820,000 |
| Public Improvement Bonds of 2008, Series A | 120,000 |
| Public Improvement Ref. Bonds, Series 2012 B | 66,420,000 |
| Public Improvement Ref. Bonds, Series 2012 A | 1,000 |

| **PBA Bonds:** | **Nov-08-2021** |
|---|---:|
| Government Facilities Revenue Ref. Bonds, Series L | $1,555,000 |
| Government Facilities Revenue Ref. Bonds, Series C | 390,000 |
| Government Facilities Revenue Bonds, Series D | 240,000 |
| Government Facilities Revenue Ref. Bonds, Series F | 105,000 |
| Government Facilities Revenue Bonds, Series G | 345,000 |
| Government Facilities Revenue Bonds, Series I | 175,000 |
| Government Facilities Revenue Ref. Bonds, Series M | 7,750,000 |
| Government Facilities Revenue Bonds, Series N | 2,814,000 |
| Government Facilities Revenue Ref. Bonds, Series P | 17,360,000 |
| Government Facilities Revenue Ref. Bonds, Series Q | 250,000 |
| Government Facilities Revenue Bonds, Series R | 129,678,000 |
| Government Facilities Revenue Ref. Bonds, Series S | 11,335,000 |
| Government Facilities Revenue Bonds, Series T | 41,206,000 |
| Government Facilities Revenue Ref. Bonds, Series U | 58,323,000 |