# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| **Morning session:** | **Afternoon Session:** |
|---|---|
| Set: 9:30 AM (AST) | Set: 12:00 PM (AST) |
| Started: 9:33 AM (AST) | Started: 12:00 PM (AST) |
| Ended: 11:01 AM (AST) | Ended: 1:53 PM (AST) |

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**  DATE: November 9, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**

COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker
CERTIFIED INTERPRETER: Mayra Cardona

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico *et al.*, Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor, | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor. | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523 (LTS)
Page 2
Confirmation Hearing – November 9, 2021

**2nd day of Confirmation Hearing held**.

Attorney Gabriel Miranda is present in court as legal representative for the Oversight Board.

The following members of the public were heard during the morning session:
1. Wanda Alabarces
2. Alana Feldman
3. Annette Jiménez Collet
4. Jessica Ortega (assisted by the interpreter)

The following members of the public were heard during the afternoon session:
1. Manuel Martínez Maldonado
2. Heriberto Quiles Pumarejo (assisted by the interpreter)
3. Rafael Texidor Torres

Having no other public speakers present in court, the hearing was adjourned.

**Further Confirmation Hearing set for November 10, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator