```
 1                    UNITED STATES DISTRICT COURT

 2                    DISTRICT OF PUERTO RICO

 3
      In Re:                    )        Docket No. 3:17-BK-3283(LTS)
 4                              )
                                )        PROMESA Title III
 5    The Financial Oversight and )
      Management Board for       )
 6    Puerto Rico,              )        (Jointly Administered)
                                )
 7    as representative of      )
                                )
 8    The Commonwealth of       )
      Puerto Rico, et al.       )        November 9, 2021
 9                              )
                  Debtors,      )
10

11    _____

12    In Re:                    )        Docket No. 3:17-BK-3566(LTS)
                                )
13                              )        PROMESA Title III
      The Financial Oversight and )
14    Management Board for       )
      Puerto Rico,              )        (Jointly Administered)
15                              )
      as representative of      )
16                              )
      The Employees Retirement  )
17    System of the Government  )
      of the Commonwealth of    )
18    Puerto Rico,              )
                                )
19                  Debtors,    )

20    _____

21

22

23

24

25
```

```
   1  _____

   2
      In Re:                       )        Docket No. 3:19-BK-5523(LTS)
   3                               )
                                   )        PROMESA Title III
   4  The Financial Oversight and )
      Management Board for         )
   5  Puerto Rico,                 )        (Jointly Administered)
                                   )
   6  as representative of         )
                                   )
   7  The Puerto Rico Public       )
      Buildings Authority,         )
   8                               )
                    Debtors,       )
   9  _____

  10               CONFIRMATION HEARING - DAY TWO

  11   BEFORE THE HONORABLE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN

  12              UNITED STATES DISTRICT COURT JUDGE

  13    AND THE HONORABLE U.S. MAGISTRATE JUDGE JUDITH GAIL DEIN

  14              UNITED STATES DISTRICT COURT JUDGE

  15  _____

  16  APPEARANCES:

  17  PARTIES APPEARING BY VIDEOCONFERENCE AND TELEPHONICALLY

  18
      For The Commonwealth
  19  of Puerto Rico, et al.:  Mr. Martin J. Bienenstock, PHV

  20  For The Commonwealth
      of Puerto Rico, et al.:  Mr. Gabriel Miranda Rivera, Esq.
  21

  22  ALSO PRESENT:  Ms. Mayra Cardona Duran, Certified Interpreter

  23

  24
      Proceedings recorded by stenography.  Transcript produced by
  25  CAT.
```

```
 1                            I N D E X

 2    WITNESSES:                                        PAGE

 3          None offered.

 4

 5    EXHIBITS:

 6          None offered.

 7

 8    OTHER MATTERS - INDIVIDUAL STATEMENTS

 9          Ms. Wanda Alabarces-Garcia                    8

10          Ms. Alana Feldman-Soler                      12

11          Ms. Annette Jimenez Collet                   19

12          Ms. Jessica Ortega Irizarry                  24

13          Mr. Manuel Martinez Maldonado                32

14          Mr. Heriberto Quiles Pumarejo                38

15          Mr. Rafael Texidor Torres                    43

16

17

18

19

20

21

22

23

24

25
```

```
 1                                  San Juan, Puerto Rico

 2                                  November 9, 2021

 3                                  At or about 9:26 AM

 4                         *     *     *

 5        COURTROOM DEPUTY:  The United States District Court

 6   for the District of Puerto Rico is now in session.  The

 7   Honorable Laura Taylor Swain presiding.  Also sitting, the

 8   Honorable Magistrate Judge Judith Dein.  God save the United

 9   States of America and this Honorable Court.

10        In re: The Financial Oversight and Management Board

11   for Puerto Rico, as representative of the Commonwealth of

12   Puerto Rico, et al., Bankruptcy Case No. 2017-3283, Bankruptcy

13   Case No. 2017-3566, Bankruptcy Case No. 2019-5523, for further

14   Confirmation Hearing.  Also present in court is Attorney

15   Gabriel Miranda Rivera, on behalf of the Oversight Board, and

16   the certified interpreter, Ms. Mayra Cardona.

17        THE COURT:  Good morning.  Buenos dias.  I would ask

18   that the video participants now turn their cameras on for

19   these introductory remarks and instructions, but keep their

20   microphones muted.

21        I welcome the residents of Puerto Rico who have

22   joined us in person today to speak to the Court.  I also

23   welcome the attorneys, parties in interest, members of the

24   public, and members of the press who are observing today's

25   proceedings by Zoom video connection, or who are listening by
```

1    telephone.

2          Today's hearing is a continuation of the hearing on

3    confirmation that began yesterday, November 8th, 2021, to

4    consider the proposed Modified Eighth Amended Plan of

5    Adjustment for the Commonwealth of Puerto Rico, the Employees

6    Retirement System of the Government of the Commonwealth of

7    Puerto Rico, and the Puerto Rico Public Buildings Authority.

8          The Court has reserved today for the presentation of

9    remarks by 25 residents of Puerto Rico who have been randomly

10   selected by lottery from among the hundreds of people who

11   applied to speak.  This is an opportunity for members of the

12   Puerto Rican community to participate in this historic

13   Confirmation Hearing by sharing their thoughts and

14   perspectives regarding the proposed Plan of Adjustment.

15         The people who applied to speak identified themselves

16   as coming from different groups, such as government employees,

17   pension recipients, and bondholders.  Great care has been

18   taken to ensure that the lottery selections were made from

19   each of the groups, so that we will hear today from a

20   representative cross-section of those concerned citizens who

21   applied.

22         The Court and representatives of Puerto Rico's

23   Government, the Oversight Board, creditors, and others

24   involved in these proceedings will hear voices and see

25   citizens today who are representative of those whose everyday

1    lives are rooted in the soil of this island.  The speakers, in

2    turn, will be able to see themselves and some of the Zoom

3    observers on the video monitors in the courtroom.

4         All parties who are participating by Zoom must keep

5    their microphones muted and their cameras on for the duration

6    of the public testimony.  If a Zoom participant needs to

7    speak, they should use the "hand raise" function on the Zoom

8    toolbar and wait until they are called on.

9         I remind everyone that consistent with the Court and

10   judicial conference policies, and orders that have been

11   issued, no recording or retransmission of the hearing is

12   permitted by anyone, including but not limited to the parties,

13   members of the public, and the press.  Violations of this rule

14   may be punished with sanctions.

15        I will call on each person here in the courtroom who

16   has been selected to speak.  When your name is called, please

17   approach the podium and state your name so that the record is

18   clear.  We have also ensured that translation services are

19   available to any speaker who needs Spanish to English

20   interpretation.

21        Each speaker will have a total of ten minutes,

22   including the time required for any interpretation from

23   Spanish to English.  The Court will be keeping track of the

24   time limits, and will alert each speaker when there are two

25   minutes remaining with one beep, and when time is up, with two

1    beeps.  Here is an example of the beep sound.

2         (Sound played.)

3         THE COURT:  If anyone has any difficulty hearing me

4    or a speaker, raise your hand here in the courtroom, or for

5    participants who are joining by Zoom, use the "raise hand"

6    feature on Zoom.

7         I encourage the speakers to stay within their time

8    limits out of respect for fellow speakers who have taken time

9    out of their schedules to be here today.  We will proceed with

10   this session until a lunch break at 2:00 Atlantic Standard

11   Time, which is 1:00 Eastern Time, but we may have breaks, as

12   there may be delays in people arriving.  We will have a break

13   at some point in the morning around noon, in any event, and

14   then in the afternoon, we will resume as necessary from 3:30

15   Atlantic Standard Time until 5:00 PM Atlantic Standard Time,

16   which is 2:30 to 4:00 Eastern Time.

17        Now I will call on the first speakers.  I will call

18   names in the order that I have them here, but clearly not

19   everyone is here yet, so when your name is called, please

20   stand up.  I will do my best to pronounce everyone's name

21   correctly, but please excuse me if I mispronounce your name.

22        When you arrive at the podium, I'll ask you to say

23   your name correctly for the record, and I'd also ask that as

24   in all public speaking, you speak a little more slowly than

25   usual so that the court reporter can write down everything

8

1    that you say accurately, and so that I can hear and understand

2    every word.

3              The first speaker is Wanda Alabarces.  Good morning,

4    ma'am.  Please come to the podium.

5              MS. ALABARCES-GARCIA:  My name is Wanda Alabarces.

6    Garcia is the second last name.

7              THE COURT:  Okay.  Ms. Alabarces, would you start

8    that again, because we didn't have your microphone on.  Thank

9    you.

10             MS. ALABARCES-GARCIA:  Oh, okay.

11             THE COURT:  It's on now.  Thank you.

12             MS. ALABARCES-GARCIA:  Yes.  My name is Wanda

13   Alabarces.  That's A-l-a-b-a-r-c-e-s.  And the other -- we use

14   two last names -- Garcia.

15             THE COURT:  Thank you.  You may proceed.

16             MS. ALABARCES-GARCIA:  So, first of all, I would like

17   to thank you for the invitation to hear what we have to say as

18   citizens of the United States living in Puerto Rico.

19             So I am a 75-year-old retired widow, born and raised

20   in San Juan, Puerto Rico.  As I said, citizen of the United

21   States, and retired from the private sector since 2004.  I'm

22   here today in response to your interest to hear the voice of

23   the people of Puerto Rico in regards to the matter under your

24   consideration.

25             For the record of these proceedings, I would like to

1    state the following:  I strongly and vehemently object and

2    oppose the confirmation of the Debt Adjustment Plan as

3    submitted for your consideration.  We, the people of Puerto

4    Rico, haven't had the opportunity of being heard until today,

5    and be legally represented in proceedings that directly affect

6    our livelihood for decades to come in a catastrophic way.

7         You, Justice Taylor, have in your hands the

8    opportunity of stopping this from happening.  The people of

9    Puerto Rico are an indispensable party in the case before you,

10   as acquired benefits will be adversely impacted by your

11   decision on this case.  The preamble of the U.S. Constitution

12   states that the people are the foundation and driving force of

13   the government.  It's the people that give the country its

14   power.

15        The fiscal Oversight Board -- I may refer to them by

16   La Junta, if I may -- is unconstitutional as it doesn't pass

17   the basic check and balance disposition, that there is to be

18   no branch of government controlling too much power.  La Junta

19   has indeed full powers, without responding to any authority,

20   except perhaps this -- and I pray for that, this Federal

21   Court, they overpower the duly elected government officials,

22   the Governor, the legislature, and even now the Treasury

23   Department.

24        A centralization of powers has been bestowed upon

25   nonelected persons.  We don't know them.  They don't know us.

1   And to add insult to injury, the people of Puerto Rico, we pay

2   for the luxurious and extremely comfortable way of living, in

3   a way that involves great expenses for a bankrupt, in shambles

4   country, victims of corrupt government officials and their

5   mismanagement of our finances.

6          The debt must be audited.  We don't know what we're

7   paying for.  Ousted Governor Ricardo Rossello blocked this

8   request, which has been made by our people since learning

9   about the gigantic debt irresponsibly and illegally taken by a

10   nefarious government.  If we have to pay, we must have that

11   debt audited.

12          Each justice or judge of the U.S. Courts take an oath

13   before performing this, the duties of his office, to solemnly

14   administer justice, with a capital J, without distinction of

15   persons, and do equal right to the poor and to the rich.  As

16   it is in this case before you, Judge, the rich and powerful

17   are seeking a justice that will come at the expense of the

18   most vulnerable and poor segments of our society.  It's a

19   contradiction that questions the logic, to have a bankrupt

20   country pay the legal costs incurred by the same people, La

21   Junta, that deny additional funds for the University of Puerto

22   Rico, for example, or to the sustainability, I'm sorry, of

23   pension funds in order for our people to have a dignified

24   retirement in the last years of our lives.

25          A third of our budget has been committed in the Plan

1    under your consideration.  Yet nothing has been addressed

2    regarding monies for public schools, police officers, and any

3    other functions to keep the Government of Puerto Rico running.

4    Less money will be available for municipalities, yet the very

5    high salaries of the Junta members remain untouched.

6         Because the people of Puerto Rico must not only be

7    heard, but this Court must act to protect the most vulnerable,

8    I hereby respectfully request to be brought into this case as

9    an indispensable party, before you make a determination on the

10   merits of the matter before you, either by my own right or

11   assisted by legal counsel.  The constitutionality of PROMESA

12   and their creature, La Junta, is in question, as well as the

13   legality and validity of the debt.  We hereby request that

14   this Court orders the audit of said debt.

15        On a final note, I would like to read words of

16   California Chief Justice Tani G. Cantil in the matter

17   regarding George Floyd's murder.

18        "Justice is the first need addressed by the people in

19   the preamble of our nation's constitution.  As public

20   servants, judicial officers swear an oath to protect and

21   defend the Constitution of the United States.  We must

22   continue to remove barriers to access and fairness, to address

23   conscious and unconscious biases, and, yes, racism.  Being

24   heard is only the first step to action, as we continue to

25   strive, to build a fairer, more equal and accessible justice

1 system for all."

2          And that's exactly what we are asking, Your Honor,

3 fairness, the good over evil.  The most vulnerable feeling

4 safe and guarded by a fair justice system.  Justice Taylor

5 Swain, put yourself on the right side of history.  The

6 imposition --

7          (Sound played.)

8          MS. ALABARCES-GARCIA:  -- of La Junta and the

9 illegality of its very existence is wrong.  Make it right, and

10 do not approve the proposed Debt Adjustment Plan.  In good

11 conscience, please don't.  Thank you.

12          THE COURT:  Thank you, Ms. Alabarces-Garcia.

13          (At 9:44 AM, Ms. Alabarces-Garcia left the podium.)

14          THE COURT:  The next speaker present is Alana

15 Feldman.  Would you please come to the podium, Ms. Feldman?

16          MS. FELDMAN-SOLER: Good morning.

17          THE COURT:  Good morning.

18          MS. FELDMAN-SOLER:  My name is Alana Feldman-Soler.

19 I am a member of the Puerto Rico Women's Movement at Large,

20 Movimiento Amplio de Mujeres de Puerto Rico.  Thank you for

21 the opportunity to address the Court.

22          I am here because I fear for my family and my

23 community under an agreement that prioritizes profits over

24 people.  Let me tell you a little bit about me and the people

25 in my life.

1    I am the daughter of a now retired public servant, a

2  former police officer, an elementary school teacher.  My

3  mother did not contribute to Social Security during most of

4  her professional life.  For close to 20 years, she has lived

5  with a pension of approximately 500 dollars a month.  I just

6  want to take a second to take that in.  500 dollars per month.

7    Since 2017, her pension has nearly dissolved into the

8  exorbitant price increases of food items and other goods in

9  Puerto Rico.  My mother, like me, is the type of person who

10  loses her appetite when anxious, worried, or concerned.  The

11  daily burden of deciding between whether to purchase medicine

12  or protein has in no small way contributed to her losing close

13  to 20 pounds in the last two years.

14    I can only imagine what inflation will do to the

15  value of her pension in the next few years, and the impact

16  this will have on her health.  I am seriously concerned, and I

17  know I'm not the only one.  For the sake of our most

18  vulnerable populations, living wages and pensions that rise

19  with the cost of living must be an essential government

20  expense.

21    I am a resident of a rural area in the mountain town

22  of Adjuntas.  On my way here this morning, I passed the empty

23  house of the couple down the road who have spent the last

24  month selling all their belongings.  Not able to get an

25  appointment with a health specialist that accepts new

1   patients, they have decided to seek care in the states.

2          Another neighbor's health has deteriorated to the

3   point that he doesn't recognize his wife of 40 years.  As the

4   principal caretaker, she struggles to find buyers for the 40

5   acre farm's plantain crops.  Their coffee bushes have not yet

6   recuperated from the losses caused by Hurricane Maria four

7   years ago.

8          Another elderly neighbor who has no relatives lives

9   in an abandoned cement water tank.  With no health plan or

10  income, he was changing his own Foleys at home at the start of

11  the pandemic.

12          A neighboring community needs to build a 15,000

13  gallon reserve to guarantee their rural aqueduct will provide

14  water to residents in high ground during times of drought.

15  Because of a Fiscal Control Board limitation on community

16  project assignment funding, the community will need to

17  fund-raise at least an additional $4,000 through the sale of

18  fritters and baked goods to be able to have access to water.

19          I work with rural women in violence prevention.

20  Violence in Puerto Rico is on the rise.  Even strategies that

21  have been effective in the past need to be reapproached and

22  adapted.  This requires resources.  Only two out of 60

23  gender-based violence survivors served through my local

24  community center this year in 2021 have reported their violent

25  incident to the police.  Why would they?  They know the police

1    department has no resources to investigate cases, and less

2    than one percent of domestic violence reports result in a

3    conviction.

4         As a result of misdirected fiscal cuts and the

5    earthquakes of 2020, all rural elementary schools in my town

6    have closed.  Children from outlying communities must be

7    transported up to 45 minutes in interlocking schedules to the

8    town center on in-person days.  On virtual days, they struggle

9    to access reliable internet connection at home, as their

10   families also balance other personal commitments.

11        If it rains hard in our mountainous region, students

12   might end up missing the day's work.  The lack of stability in

13   the school system requires someone to be always on call to

14   attend to children when circumstances change due to

15   pandemic-related responses, or technological failures, among

16   others.  This "someone" is often a woman, a mother or a

17   grandmother.  Many women with whom I work have left jobs, not

18   returned to jobs, or have resorted to make ends meet by

19   selling goods from home to be able to meet the needs of their

20   children.

21        I volunteer with landscape conservation, community

22   participation, and animal welfare rights.  The University of

23   Puerto Rico is an essential resource that cannot be replaced

24   by private universities.  In our region, the Utuado campus

25   supplies the needs of a rural agriculture economy that must

 1   move towards sustainability and greater intergenerational

 2   relief.

 3          Years of budget cuts and botched responses to the

 4   global pandemic increasingly threaten the capacity of UPR

 5   Utuado to serve the needs of rural communities.  Student

 6   registration has decreased, yes, but so has staff, equipment,

 7   maintenance, and other resources.  It is as if the college is

 8   being strangled from within, and students are being blamed for

 9   going elsewhere to find services that they need.

10          We cannot again live through the aftermath of Maria.

11   Our government collapsed after Maria, and it has yet to

12   effectively respond to those affected by the 2020 earthquakes.

13   Fresh from this experience, communities all over Puerto Rico

14   are assuming responsibilities traditionally in the realm of

15   local and state governments.  From water aqueducts, to

16   distribution of food, to health clinics, to renewable energy,

17   community based services have surged as a response to the

18   continuous decrease in our government's capacity to meet

19   collective needs.

20          Local animal shelters are overrun with the former

21   pets of families who no longer have disposable income to care

22   for them, or have decided to migrate under dire circumstances.

23   While we celebrate the resilience of our community leaders,

24   austerity overwhelms community members without increasing

25   government accountability.  If the goal is to promote

1   sustainability, any agreement to lift Puerto Rico out of this

2   economic crisis must first invest in our people.

3       I share my life with a current government employee,

4   and I am the stepmother of a graduating college student.

5   Changes in government work conditions have represented a

6   greater health toll in my family.  In the last ten years,

7   government health plan contributions have decreased, as have

8   agency employee numbers, and job benefits.

9       A smaller number of people are expected to work more

10  days and provide the same amount or more government services.

11  Job opportunities are increasingly high paid contracts, which

12  tend to be more politicized positions.  Without recourse, we

13  have normalized the pay cuts that result from attending to

14  health needs created by work conditions.

15      If they aren't already, these conditions will soon

16  become unbearable with greater funding cuts in the executive

17  branch.  Given how difficult it is to live on this island, it

18  is not a surprise to me that my stepson is not even

19  considering jobs on the island upon his 2022 college

20  graduation.  After surviving 12 years in the Puerto Rico

21  special education program, and depending on a meager public

22  transportation system to complete his degree, his achievement

23  is bittersweet.  He cannot envision finding a job on the

24  island.

25      Puerto Rico will keep losing its youth and

1   professionals until we address the precariousness of public

2   and private work conditions and invest in our quality of life.

3   The existence of government is premised on collective

4   well-being.  It is a mechanism created to provide the

5   resources to meet common needs.

6           (Sound played.)

7           MS. FELDMAN-SOLER:  It is shameful that our

8   government has not been willing to assume its role on behalf

9   of our citizenry, because we are not okay.  I invite you to

10  come see for yourself how the poor and working people of this

11  island are making difficult decisions to survive under current

12  austerity measures, and how community organizations are

13  struggling to fill the service void to which our government is

14  condemning us.

15          Your decision, Judge Swain, is the only thing now

16  separating our families and communities from further suffering

17  and grief.  Don't accept the government's word at face value.

18  Please speak to us clearly about the legal and social

19  consequences of this agreement, because I assure you, the

20  people of Puerto Rico cannot be okay under an agreement that

21  sacrifices our basic needs to the repayment of the debt.

22  Thank you.

23          THE COURT:  Thank you.

24          (At 9:53 AM, Ms. Feldman-Soler left the podium.)

25          THE COURT:  The next speaker is Annette Jimenez.

1          Good morning.  Would you please state your name

2     before you make your remarks?

3               MS. JIMENEZ-COLLET:  Yes.

4               THE COURT:  Thank you for coming today.

5               MS. JIMENEZ-COLLET:  Good morning.  My name is

6     Annette Jimenez-Collet.

7          Good morning, everyone.  My name is Annette Jimenez

8     Collet, a Puerto Rican woman from Vega Baja.  I have lived my

9     entire life in Puerto Rico.  I have three children of school

10    age.  Two of them study in public schools, and the oldest one

11    studies at UPR Rio Piedras.  I made the request to appear

12    today at this hearing, because I could not miss the

13    opportunity to express myself about the request for approval

14    that the Fiscal Control Board has requested on the Debt

15    Adjustment Plan.

16         The Fiscal Control Board has been in Puerto Rico

17    since 12/16.  Despite the humiliation that constitutes the

18    control of Puerto Rican public money, our money, by seven

19    unelected foreigners, many people thought that the Board would

20    bring fiscal responsibility and accountability to the

21    politicized administrations and the corruption that has

22    dominated Puerto Rico for decades.  One of those people was

23    me.

24         The PROMESA law is specific in dictating the

25    responsibilities of the Board:  Ensuring the financing of

1    essential services, providing pension financing, eliminating

2    structural deficits, ensuring that debt payments are

3    sustainable, improving fiscal governance, accountability,

4    internal controls, and promote economic growth.  However, five

5    years later it is evident that none of the responsibilities of

6    the Board have been fulfilled.  The root of the mismanagement

7    in Puerto Rico remains to be unaffected.

8         Essential services such as education, health,

9    pensions, and security have not been defined.  The Board has

10   reached an agreement with every governor to guarantee their

11   permanence in Puerto Rico.

12        Expressing myself this morning against this nefarious

13   plan is an urgent duty for me and my children.  I studied in

14   public school for 12 years, and then I completed my university

15   studies in the UPR.  This education was, for me, the key that

16   allowed me to contribute to the country, and to understand

17   that the serious and complicated problems of Puerto Rico are

18   not solved by cutting the funding of essential services.

19        My aspiration is that my children can live in Puerto

20   Rico in the future.  This will not be possible if the Board

21   continues to guarantee the welfare of the bondholders who do

22   not live here by compromising our lives.

23        My daughter is one of the hundreds of students who

24   voted for an indefinite strike at the UPR, because she

25   understands that losing a semester is better than losing the

1  opportunity for education in the future.  It is my wish that

2  the government and the Board have the vision of the future

3  that the young people have.  The reality is that it is up to

4  us to open the eyes of those who represent us, and to give the

5  warning voice of a path that would lead us to failure.

6        The most recent adjustment plan that the Board

7  intends to impose on the people of Puerto Rico departs from

8  the primary responsibility of the Board, that it is in the

9  PROMESA law.  Financing -- sorry.  Financing the essential

10  services is not possible if they are not defined.  This

11  vagueness is neither innocent, nor careless.  It is a ruthless

12  way of diverting money away from the people in need.

13        It is not possible to provide funding for pensions

14  when the necessary work of adjusting tax exemptions is

15  avoided, losing the opportunity of regaining trillions of

16  dollars necessary for the recovery of Puerto Rico.  It is not

17  possible to eliminate structural deficits when the Junta

18  denies money to the UPR, but approves millions for absurd

19  celebrations.

20        It is not possible to ensure that the payment of the

21  debt is sustainable when this Plan will lead us to a second

22  bankruptcy.  It is not possible to impose fiscal governance

23  without the elimination of positions of trust and nepotism in

24  the government.  Accountability and internal controls are not

25  possible without a forensic audit of the debt, which entails

1  judicial consequences for those who illegally indebted Puerto

2  Rico.

3      It is not possible to promote the economic growth of

4  Puerto Rico when low wages and awful work conditions push

5  boricuas to the airport.  This adjustment plan follows the

6  same disastrous path of the former, with the serious

7  aggravation of the issuance of debt to pay debt.  This

8  unsustainable path extends the life of the debt more than the

9  lives of the people who will pay for it.  It is useless to

10  reduce debt if indebtedness, which is the root of the problem,

11  is not stopped.

12      Puerto Rico has water up his neck, and social

13  inequality is increasing.  It is necessary to exit the offices

14  with air-conditioning and go into the street, lower the

15  windows of the car to see the reality that we live:  Driving

16  through streets full of holes, risking car tires and shock

17  absorbers; and after an eight-hour, low wage work shift,

18  arriving to a house where there is no electricity due to the

19  incompetence of LUMA Energy; or seeking mental health services

20  and discovering that hospitals are closed; or taking children

21  to an unsafe school in the event of earthquakes.  So many

22  abuses.

23      Continuing to put a burden on the tired shoulders of

24  the same people, while privilege and impunity surround corrupt

25  politicians, their family, and their friends is a time bomb.

23

1    We have plenty of examples in history.

2         I have decided to appear this morning to express

3    myself in front of all of you, in particular you, Honorable

4    Judge Laura Taylor Swain, because I have hope.  I am hopeful

5    that Puerto Rico can be a place where you can live above the

6    poverty level, where the Department of Education works at the

7    height of the excellence of its teachers, where public

8    employees can have a dignified retirement, where mental health

9    problems are treated with the same seriousness as trauma in

10   Medical Center, where everyday struggles, like the holes in

11   the roads, the unsafe bridges --

12         (Sound played.)

13         MS. JIMENEZ-COLLET:  -- the people without houses,

14   and the houses without people, are more important for our

15   government than a New Year's Eve party.

16         I am hopeful that the reality that is lived day by

17   day in Puerto Rico will change, because people like me are

18   awake and know their value.  I hope that your intention is

19   honest, and is not just an act to put a check mark on the list

20   of the things to do before destroying the future of Puerto

21   Rico.

22         I ask you, decide to be the defender of the people

23   against vulture bondholders and their greed, who want a Puerto

24   Rico without Puerto Ricans.  I ask you to place yourself on

25   the right side of history, on the side of those who live

1  firsthand the consequences of the austerity measures that the

2  Junta imposes but never experiences.

3              Thank you for your time.

4              (At 10:03 AM, Ms. Jimenez-Collet left the podium.)

5              THE COURT:  Thank you.

6              The next speaker is Jessica Ortega.  Good morning.

7  Would you please state your name?

8              MS. ORTEGA-IRIZZARY:  Buenos dias.  (Remarks in

9  Spanish) Jessica Ortega Irizzary.

10             THE INTERPRETER:  I'm sorry, Your Honor.  I'm sorry.

11 I have to go back.  I apologize.

12             THE COURT:  All right.  So you will interpret from

13 there?

14             THE INTERPRETER:  I will interpret from here.

15             THE COURT:  So your microphone needs to be turned

16 on.

17             THE INTERPRETER:  One, two, three.

18             THE COURT:  Okay.  Very good. Thank you.

19             Buenos dias.

20             MS. ORTEGA-IRIZZARY:  Good morning.  Thank you for

21 the opportunity.  My speech is named "We are Poor Already."

22             I have been in the Department of Education of Puerto

23 Rico for 20 years, 11 years as a teacher and nine as a school

24 director.  I direct the largest school in Puerto Rico and of

25 the Caribbean, with an enrollment of 1,008 students.  I

1  completed my Bachelor's Degree at the University of Puerto

2  Rico, Rio Piedras campus.

3        Our duty is to defend the institution that many

4  attend, because it exists.  In Puerto Rico, we do not all have

5  the resources to attend a private university.  The UPR should

6  also be a priority for the government.

7        I have a Doctorate Degree in educational leadership.

8  As an ironic fact, I still owe more on my student loan than

9  what I owe for my house, because educating one's self in

10  Puerto Rico is not compensated.

11        I must say that ever since my start to currently, the

12  system has changed very little.  We continue with the same

13  injustices.  The money that the agency receives, the greatest

14  budget of all government agencies, the great majority of them,

15  money has always remained in the high spheres and never with

16  our children and teachers.

17        For years we have been supporting a system that,

18  despite hurricanes, earthquakes, pandemic, and

19  misadministration and its incompetency, we have continued

20  struggling for, and education has not stopped.  We are poor

21  already because the work that we perform is not compensated

22  fairly, because all decisions hit a blow to the worker.

23        A teacher who earns an average salary of 1,700 to

24  2,300 lives paycheck to paycheck to pay for their house, car,

25  food, and if anything is left, to pay half of the electricity

1   and half of water.  We responsibly paid for our retirement for

2   years.  The misadministrations of the government have

3   plundered our money and now want to take us to misery.

4           I'm 45 years old.  Right now, to be able to retire, I

5   still have ten years left.  In the times that we're living,

6   where problems that we have in our schools are doubled than in

7   prior years, this leads us to exhaust ourselves emotionally to

8   the extent that a mental fatigue does not allow us to have

9   high performance many times.  Our life goes away, and the

10  system crushes us.

11          To sacrifice eight years more of work would be to

12  bury the education of our country.  You will have more

13  depressed, tired, and overwhelmed teachers.  The ones most

14  effected will be our students.  We've been eliminated the

15  payment for excess sick leave.  They eliminated the 1,000

16  dollar bonus.  The only thing that we -- will not be taken

17  away is the spirit to fight, and the faith that one day

18  something will improve.

19          Taking away the little money that was received for

20  our retirement with what the proposed Adjustment Plan sets

21  would be leaving us in misery.  For a teacher who collects

22  2,300 dollars a month, 75 percent of their pension would be

23  equivalent to 1,725 dollars.  We already live in poverty.  To

24  take that to 1.8 percent would be mortal.  We will not have a

25  dignified old age after having dedicated our lives to one of

1    the most important pillars of a country, education.  No one

2    will want to be a teacher, because it is not worth to give

3    everything in exchange for nothing.

4          Paying the debt is important for all of us.  We do

5    want to get out of bankruptcy, but it cannot be leading us or

6    condemning us to misery.  The retirees already paid for their

7    retirement.  Why not seek other alternatives and start by

8    evaluating the million dollar transactions that are done with

9    dear friends?

10          Why not analyze the salaries of management employees

11   of government agencies, that many of them are over $4,000 a

12   month without academic background?  Why make more poor those

13   of us who are already poor?

14          And after touching those salaries, including those of

15   politicians, if we still have to sacrifice ourselves --

16          (Sound played.)

17          MS. ORTEGA-IRIZZARY:   -- then we all sacrifice

18   ourselves.  My proposal, number one, is to maintain the 75

19   percent of our pensions, but if we all have to sacrifice

20   ourselves, I propose as options, number one, 60 percent of our

21   salary for pensions, food card, subsidy in water and

22   electricity, and a health plan, not freezing our pensions, for

23   it to be lifelong.

24          Option number two:  For us to be allowed to pay for

25   Social Security, zero cuts to the retirees.  Our patience also

1  runs out.  We are tired of giving everything in exchange of

2  bread crumbs.  Where there is no justice, there will be no

3  education with excellence.  If this Plan is approved, this

4  would be an island full of poor elderly.

5      I pray to God that he gives you wisdom so that the

6  decision you make is fair and does not lead us to misery.

7      THE COURT:  Thank you.

8      (At 10:14 AM, Ms. Ortega-Irizzary left the podium.)

9      THE COURT:  At this time, none of the other speakers

10  have arrived.  I want to thank the speakers who have come and

11  spoken passionately of their lives and the issues and concerns

12  with respect to the Plan of Adjustment.  I thank you for

13  coming to court today and speaking not only to me, but also to

14  the participants in the bankruptcy proceedings who are

15  watching today as well, and officials of the government.

16      I will keep in mind what you have said as I make my

17  decisions, which must be made in accordance with the law.  The

18  law requires me to consider many factors.  Of course, I

19  understand that this process is a process that must allow

20  Puerto Rico and its people to continue as a society.  To hear

21  the pain and the hopes and the dreams today is very important

22  for the Court, and for all who are participating in the

23  process.

24      So at this point I thank you all, and I am going to

25  take a recess until more people arrive.  I am not sure how

1   many more people will arrive.  We had invited 12 people for

2   this morning.  They may be delayed.  They may not have decided

3   to come.  I don't know.

4          So this court session will go into recess now, and in

5   one half hour, at ten minutes to 11:00 Atlantic Standard Time,

6   we will resume and check to see whether more speakers have

7   arrived.

8          We are adjourned.  Thank you.

9          (At 10:17 AM, recess taken.)

10         (At 10:52 AM, proceedings reconvened.)

11         THE COURT:  Good morning.  I am back in the courtroom

12  here at the Clemente Ruiz Nazario Courthouse.  Unfortunately,

13  no additional people from the morning speaker lineup have

14  arrived yet, and so in a moment, I will adjourn this

15  proceeding until noon Atlantic Standard Time, which will be

16  11:00 AM Eastern Standard Time, when more people have been

17  directed to come.  It is possible that some latecomers may

18  have come by then.

19         Now, when we are in session with the local people who

20  come to speak in the courtroom, it really is important that

21  the attorneys have their cameras on.  We will also be pinning

22  some on cameras to the Zoom feed, so that we don't look like a

23  collection of camera icons with a red cross across them,

24  because it is important to give the people that respect, and

25  let them know that they are being listened to.

1          So I thank those of you who did keep your cameras on

2     throughout the speakers this morning, and I will expect that

3     the attorneys and any government representative who is on will

4     also have their cameras on, showing their faces, when next we

5     are hearing from the local people.  I thank you for that.

6          Mr. Bienenstock has his hand up, but not his camera

7     on.

8          MR. BIENENSTOCK:  Yes.  Thank you.  Thank you, Judge.

9     I only raised my hand, because I was told when I opened my

10    camera that the host would not start the video.

11         THE COURT:  I don't understand -- I see you now.

12         MR. BIENENSTOCK:  Problem solved, Your Honor.

13         THE COURT:  Okay.  Very well.  So thank you,

14    Mr. Bienenstock, and I will look forward to seeing you again

15    when we have more speakers here.

16         So with that, we are adjourned until noon Atlantic

17    Standard Time, 11:00 AM Eastern Standard time.  Thank you all.

18         (At 10:56 AM, recess taken.)

19         (At 11:59 AM, proceedings reconvened.)

20         THE COURT:  Buenos tardes.  We are resuming the

21    hearing today on confirmation.  First, we're making sure that

22    the people in the courtroom can hear, so give us a moment.

23         Again, good afternoon.  Additional residents of

24    Puerto Rico have joined us in person to speak to the Court.  I

25    also welcome back the attorneys, parties in interest, and

1  members of the public, and press who are observing today's

2  proceedings by Zoom video connection, or are listening by

3  telephone.

4        The Court has reserved today for the presentation of

5  remarks by residents of Puerto Rico who have been randomly

6  selected by lottery from among the hundreds of people who

7  applied to speak.  We made this opportunity today for 25

8  members of the Puerto Rican community to participate in this

9  historic confirmation hearing, by sharing their thoughts and

10  perspectives regarding the proposed Plan of Adjustment.

11        The Court and the representatives of Puerto Rico's

12  government, the Oversight Board, creditors, and others

13  involved in these proceedings are hearing voices today and

14  seeing citizens who are representative of those whose every

15  day lives are rooted in the soil of this island.

16        In turn, the speakers are able to see themselves and

17  some of the Zoom observers on the video monitors in the

18  courtroom.  The parties, who are participating by Zoom, must

19  keep their cameras on, with their microphones muted.

20        I remind everyone that neither recording nor any

21  retransmission of the hearing is permitted by anyone,

22  including but not limited to the parties, members of the

23  public, and the press.  Violations of this rule may be

24  punished with sanctions.

25        I will call on each person here in the courtroom who

1  has been selected to speak, and when your name is called,

2  please approach the podium and state your name so that the

3  record is clear. Each speaker will have a total of ten

4  minutes, including the time required for any translation from

5  Spanish to English for the Court. The Court will keep track

6  of the time limits, and will alert each speaker when there are

7  two minutes remaining with one beep, and when time is up, with

8  two beeps. Here is an example of the beeper sound.

9         (Sound played.)

10        THE COURT: Thank you.

11        I will now resume calling on speakers, and as I

12  explained earlier this morning, I'll do my best to pronounce

13  everyone's name correctly, but please excuse me if I don't get

14  it quite right. When you arrive at the podium, I will ask you

15  to say your name correctly for the record. I also ask that

16  you speak a little more slowly than usual so that the court

17  reporter can write down everything that you say accurately,

18  and so that I can hear and understand every word.

19        The next speaker is Manuel Martinez Maldonado. Good

20  afternoon, Mr. Maldonado.

21        MR. MARTINEZ-MALDONADO: Good afternoon, Your Honor.

22  My name is Manuel Martinez Maldonado, and you pronounced it

23  perfectly.

24        THE COURT: You're very kind. Thank you.

25        MR. MARTINEZ-MALDONADO: I would like to start by

1    saying that the Financial Oversight and Management Board has

2    done a fairly good job of what they were assigned to do, but I

3    do not support the conclusions as they stand at the moment.

4         When I bought my first home, even though I was a

5    doctor, a physician, my mother had to sign my mortgage as a

6    co-payer.  They investigated me and assured themselves that I

7    could pay my mortgage.  They would have not lent me money if

8    it were not the case.  I also know that I had to pay, because

9    I had made a legal commitment to do so.

10        When the brokerage firms lent money to a government

11   that could not pay what was involved, who oversaw the

12   transactions, and with what legality were the bonds admitted?

13   The unaudited debt should have been audited from the very

14   beginning.  The so-called extra constitutional debt should

15   have been audited, also, and -- since it indeed precipitated

16   the people of Puerto Rico to go into debt.

17        The bondholders who say they're affected should know

18   they were at fault for gambling.  In gambling, people lose.

19   And they were doing something akin to playing the market.

20   When stocks go down and you lose money on stocks, the company

21   that admitted the stocks don't pay you back.  So that when

22   that happens, you have to take your losses.

23        Vulture capitalists should not be paid.  However,

24   what was borrowed legally under the law should be paid.  I

25   think that people should pay their debts.

1          The economic future of Puerto Rico is at stake, and

2     in the hands of PROMESA, but it depends totally on the

3     creation of jobs and, most importantly, on education.  We all

4     know that education depends on teachers and students.  We must

5     protect the welfare of all teachers, past, present, and

6     future.  Their pensions should not be altered or deformed or

7     frozen.  They must, at all levels of education, be guaranteed

8     a decent and stable retirement, and they should receive a

9     cost-of-living allowance.  No pension should be cut or

10    trampled with.

11         I would like to mention also that the increase in the

12    age of retirement is a punitive act against every worker in

13    Puerto Rico, in particular, teachers, so that I do not agree

14    with that proposal.  In addition to the pensions of teachers,

15    the same should be ensured for all government workers, and

16    police members.  Without them, the country cannot function.

17    And if there is no police, this will become a haven for drug

18    trafficking and who knows what else.

19         What is the jewel in the crown of Puerto Rican

20    education?  I graduated from the University of Puerto Rico,

21    and then went to medical school at Temple in Philadelphia.

22    When I got to Temple, I had classmates who were from Harvard,

23    Swarthmore, Muhlenberg, Stanford.  I knew about Emily

24    Dickinson and Walt Whitman, but they didn't know about Ortega

25    y Gassett, or any of the great people of the Spanish golden

1    age.  After all, Spanish is the second most spoken language in

2    the world, so people should know a little bit about it.

3         The University of Puerto Rico is an institution that

4    has provided outstanding professionals to the island and to

5    the United States.  It must be properly funded, the students

6    properly treated, and the cost of credits diminished, not

7    increased.  To accomplish this, payments for vulture

8    capitalists must fall, and funding for UPR increased to levels

9    that will support good teachers and education.

10        I would like to make now a reference to the fact

11   sheet published by the management of this thing, and point out

12   the first dot on this.

13        THE COURT:  Would you just tell me, since I don't

14   have a copy of that --

15        MR. MARTINEZ-MALDONADO:  Okay.

16        THE COURT:  -- who has published it?

17        MR. MARTINEZ-MALDONADO:  I downloaded this from the

18   internet.  It's called, The Fact Sheet, Debt Management

19   Policy.  It has your seal.  I can get --

20        THE COURT:  It has my seal?

21        MR. MARTINEZ-MALDONADO:  Sorry?

22        THE COURT:  It has my seal, or it has the --

23        MR. MARTINEZ-MALDONADO:  No.  I mean it has the -- it

24   says Financial Oversight and Management Board.

25        THE COURT:  So is this something you downloaded from

1   the Oversight Board's website?

2           MR. MARTINEZ-MALDONADO:  Right.

3           THE COURT:  Thank you.

4           MR. MARTINEZ-MALDONADO:  You're welcome.

5           THE COURT:  What does -- just tell me what the

6   headline across the top says.

7           MR. MARTINEZ-MALDONADO:  Fact Sheet, Debt Management

8   Policy.

9           THE COURT:  Thank you.

10          MR. MARTINEZ-MALDONADO:  All right.  Below it says,

11  the debt management policy includes the following principles

12  and limitations.  And the first one, it says, no new -- new

13  debt may only be used to finance capital improvement, not

14  operating deficit.

15          Totally agree.  This will ensure the Commonwealth

16  achieves and maintains a balanced budget, consistent with

17  PROMESA's requirement for Puerto Rico's return to fiscal

18  responsibility.

19          And then it says, capital improvements include the

20  construction of buildings.  No.  There are too many buildings

21  around that the government owns.  They should move to the

22  buildings that they already own.  They should leave the

23  buildings that they're paying rent on, and use the ones that

24  are unoccupied.  We should not fund any more buildings.

25          Roads, yes.  Fill up all the potholes.  Parks,

1    absolutely.

2          But then comes one that really worries me, the

3    ordering -- or the purchase of information technology.  That

4    lends itself for a lot of wheeling and dealing, because it's

5    nonspecific.  The sale of -- I mean the purchase of

6    information technology systems.  I think that the only reason

7    to do that would be to use the technology systems to help

8    people to do their things, to be able to renew their medical

9    licenses, for example, et cetera, but not just a statement

10   like that.  So I just wanted to mention that, Your Honor.

11         Now, the other thing I would like to say is that

12   there are other things in which PROMESA can be of great help.

13   It has to do with the funding of the University of Puerto

14   Rico.  As I said, the University of Puerto Rico is fundamental

15   for the economic development of the island.  If you don't have

16   education and people who learn higher things, you cannot

17   continue to grow your economy.

18         (Sound played.)

19         MR. MARTINEZ-MALDONADO:  The other thing is that at

20   one time there was a -- there was an election in Puerto Rico,

21   a referendum to cut the size of the legislature to one

22   chamber, and a reduced number of people in the legislature.  I

23   worked at Oregon Health Sciences University.  Oregon is 90

24   times as big as Puerto Rico, and has the same number of

25   citizens.  There, the legislature meets six months every two

1    years, and the state is not falling apart.  So Puerto Rico is

2    much smaller, and it could survive with much less legislators

3    and less laws.

4           In relation to the laws, if there is no money, no law

5    should be passed that uses money.  And there should not be any

6    borrowing to approve the law to do something that is maybe

7    unnecessary.

8           And, finally, I would like to finish, Your Honor, by

9    saying that borrowing by the government should be really,

10   really controlled.  It is what threw us into bankruptcy, and

11   it's something that should be looked at carefully.  And things

12   should be done in order to avoid them in the future.

13          Thank you.

14          THE COURT:  Thank you so very much, Mr. Maldonado.

15          MR. MARTINEZ-MALDONADO:  Do you have any questions,

16   Your Honor?

17          THE COURT:  No, I do not.

18          MR. MARTINEZ-MALDONADO:  Well, thank you.

19          THE COURT:  Thank you, sir.

20          (At 12:14 PM, Mr. Martinez-Maldonado left the

21   podium.)

22          THE COURT:  The next speaker is Heriberto Quiles

23   Pumarejo.

24          MR. QUILES-PUMAREJO:  Yes.  Good afternoon, Judge.

25          THE COURT:  Buenos tardes to you as well.  Would you

1    state your full name, please?

2         MR. QUILES-PUMAREJO:  Yes.  Heriberto Quiles

3    Pumarejo.

4         THE COURT:  Thank you, sir.

5         MR. QUILES-PUMAREJO:  Yes.  I would like to make a

6    short biography of my situation, as such.  I am an emotional

7    patient for more than 20 years.  I visit my psychiatrist and

8    my psychologist, and I am currently under medicated treatment.

9         My arrival today depended on how I got up today.  I

10   woke up well.  I woke up feeling well.  And I am from Ponce,

11   and my father brought me here.  And you wanted the people from

12   the country to come and speak to you.  And I am a townsman,

13   and I'm not a professor or anything like that.

14        I understand that the people should not have to pay

15   for the Debt Adjustment Plan.  The debt plan should be paid

16   for by the people who stole that money.  And how can you find

17   out who were the ones who stole the money?  Well, doing an

18   audit.

19        I can mention to you a few of the people who -- the

20   people I know were the ones who stole the money, current and

21   past politicians of both political parties, elected and not

22   elected, heads of government public agencies, and heads of

23   public corporations.  For example, one that I am retired from,

24   the Electric Power Authority.  Companies that have been

25   retained to manage the money, and money contributors of

1  political campaigns.

2          Those are truly the persons that should pay for the

3  debt, not the people.  People have nothing to do with that.

4  Why must the people pay?

5          With regard to the pensions, I am a retiree.  I was

6  not able to finish my 30 years of service in the Authority.  I

7  only finished 26 and a half years, and I have a reduced

8  pension.  I cannot reach the 30 years, because my illness

9  didn't allow me.  I had to quit my job.

10         My capacity as a retiree, the retirement plan of the

11 Electric Power Authority is in a very precarious financial

12 situation.  The debt is at approximately 700 million dollars,

13 and according to the retirement plan administrator, there is

14 about one year left to that retirement plan.  So in that case,

15 I would be directly affected.  And if there are going to be

16 cuts to the pensions of the government employees, it would be

17 disastrous.

18         So aside from the reduction, and -- in my case the

19 elimination would lead us to indigence.  So in this case, the

20 country with the debt that is going to increase, all expenses

21 will increase.  There will be no way of paying off the debt,

22 because if everything goes up -- because the money has to come

23 from somewhere.  Essential services, food, roads, hospitals,

24 everything will increase, and so this will become a haven for

25 rich people.

1     With regard to the University of Puerto Rico, the

2  millions that will be taken away from the University,

3  something else that will be devastating for the students,

4  because the University of Puerto Rico is attended by students

5  with low income in their households.  And I understand that

6  that should not be done either.

7     (Sound played.)

8     MR. QUILES-PUMAREJO:  And I do understand that the

9  government says that it does not have money, but then it does

10  have millions for private companies.  For example, the LUMA

11  Electric Company, that was not a sale.  That was a gift.  And

12  these conditions, and services they are providing, they are

13  providing terrible service.  And the government keeps on

14  giving it millions, and they are also expecting millions from

15  the Federal Government.

16     Their contract is not -- it's not -- it's a contract.

17  It's a breach of contract, that contract with LUMA.  They

18  don't have trained personnel.  They're working with people

19  that do not know what they're doing.  And there are people who

20  are working there, and the government is supporting that

21  company, because they have friends, relatives there, failed

22  politicians, and people who never dreamed of earning what

23  they're making there, you know.

24     And so that's another example of how the government

25  says it's broke on the one side, but then on the other side,

1    it has so much money.  We don't understand what's going on

2    there.

3        THE COURT:  Mr. Pumarejo, your ten minutes have

4    finished, and so if you could make your last point now, I

5    would be grateful.

6        MR. QUILES-PUMAREJO:  Okay.  Just a minute.

7        THE COURT:  Would you --

8        MR. QUILES-PUMAREJO:  I just want to finish by

9    saying, with regard to these pensions, the discounted

10   pensions, that the next thing -- I mean, it has led me to

11   actually think about suicide as the only option.  I have been

12   hospitalized several times because of that situation.

13       So without anything else to say, I appreciate your

14   attention to my person.

15       THE COURT:  Mr. Pumarejo, thank you for coming here

16   today, and for sharing your life, and being so open about your

17   pain and the condition that you struggle with, as well as

18   speaking about Puerto Rico, and your concerns for your home,

19   and for the future of Puerto Rico.

20       Everything that I am hearing today I am keeping in

21   mind as I make the legal decisions that I have to make, but I

22   especially want to encourage you to hold on, to have hope in a

23   situation that is not easy.  I cannot promise you that it will

24   get easier, but you are precious, your life is precious.  Use

25   the gifts that you have for the betterment of your life and

```
1    the lives of your community. If you have these feelings about

2    harming yourself, please continue to work with your

3    psychiatrist, go to the hospital when you need to, and make

4    sure that you are not struggling alone.

5         I thank you for listening to me.  I wish you and your

6    family the best, and I thank you for coming all the way here

7    from Ponce today.

8         MR. QUILES-PUMAREJO:  Thank you very much, ma'am.

9    Thank you very much, Judge.

10         (At 12:29 PM, Mr. Quiles-Pumarejo left the podium.)

11         THE COURT:  The next speaker is Rafael Texidor.

12         MR. TEXIDOR-TORRES:  Hello.

13         THE COURT:  Good afternoon, sir.

14         MR. TEXIDOR-TORRES:  Good afternoon.

15         THE COURT:  Would you please state your full name

16    before you begin to speak?

17         MR. TEXIDOR-TORRES:  Yes.  My name is Rafael

18    Texidor-Torres.

19         THE COURT:  Thank you.

20         MR. TEXIDOR-TORRES:  Thank you for your kind words to

21    Heriberto, Your Honor.

22         I belong to no organization or party.  I speak

23    entirely on my own behalf.  I was admitted to the Puerto Rico

24    Bar in 2009, and earned an LLM in law and technology from the

25    University of Ottawa in 2010.  After --
```

1          THE COURT:  Mr. Texidor.

2          MR. TEXIDOR-TORRES:  -- a series of professional and

3    personal mistakes --

4          THE COURT:  Pardon me, Mr. Texidor.  I'm going to ask

5    you to speak just a little bit louder and a little bit slower,

6    so that I can make sure I hear every word.

7          MR. TEXIDOR-TORRES:  Okay.  After a series of

8    professional and personal mistakes, I ended a career in higher

9    learning, and I'm now grateful for the adventure that led me

10   here.  I was able to establish myself in Aguadilla, a

11   northwest township off the big island.

12          Here in Aguadilla, I am now a recovering attorney and

13   a glorified beach bum.  I work from home, and swim both the

14   north and west shores as much as possible.  I'm a skeptic

15   about anything not exposed to good science, but I'm convinced,

16   as a cancer patient, that these waters have helped heal me or

17   they have bought me time.

18          Before moving to Aguadilla, I was acting director of

19   the University of Puerto Rico's legal office for the Rio

20   Piedras campus when the scent of many storms brewed in early

21   2017.  On March 28th of that year, the students declared a

22   strike demanding the reversal of a 450 million dollar budget

23   cut ordered by the Fiscal Control Board, or La Junta, as it

24   now has been etched into our jargon.

25          The students warned faculty, staff and administration

1    that these cuts would be the first of many, and that nothing

2    in Puerto Rico would be spared.  Most students on strikes were

3    ridiculed, it was paranoid or far fetched.  Some went as far

4    as saying that the very police would be affected.

5         I was at the helm of the legal counsel office when

6    the 2017 strike broke out, and our legal and ethical

7    obligation to our client, the acting -- the chancellor, Dr.

8    Carmen Haydee Rivera Vega, was focused on finding ways to

9    reopen campus, and continue talks with the students toward

10   that end, always in peaceful terms.

11        As the strike dragged on, Carmen Haydee was warned by

12   a judge that she was under high risk of arrest for contempt,

13   as a waning strike endured.  After this very real warning, and

14   having exhausted all efforts to both -- reopen campus, and

15   elevating many of the students' concerns to a deaf upper

16   management, Carmen Haydee quit, took a well-deserved rest,

17   thanked us dearly, and to this day honors me with her

18   friendship.

19        I quit a few days later.  My letter was ready way

20   beforehand.  On good-bye, I warned everyone I halfway trusted

21   on campus, La Junta doesn't want to cut the budget of the

22   University.  They want to close the University.  Perhaps

23   because it's an obstacle to long-term plans of permanent

24   austerity, while as well serving as a lifeline to an

25   oftentimes hypocritical San Juan centered loose community of

1   so-called activists and academics that have pillaged the

2   University well before La Junta.

3        I was privy to some of their attempts, and had the

4   duty of reporting to the stream of chancellors exactly what

5   loopholes were being exploited, where there was a risk of

6   double-dipping in terms of contracts, or even triple-dipping

7   in one case.

8        In Puerto Rico, Your Honor, corruption is endemic,

9   burdened by no ideology or no religious creed.  It's

10  hypocritical and treasonous when coming from those flaunting

11  progressive views, and moronic and cruel when coming from

12  those openly supporting profiting from when others fall.  La

13  Junta came in to stir the pot of an already well-cooked stew

14  full of state and municipal corruption, both public and

15  private, and all manner of monsters in between.

16       It raises no eyebrows that a gubernatorial candidate

17  who would market herself as an alternative to this chaos only

18  to, upon defeat, join the ranks of an institution shamelessly

19  profiting from our cascade of disasters.  And it raises no

20  eyebrows that the winning candidate officially worked as legal

21  counsel to La Junta.

22       The University is as much at risk as an education

23  system that within my lifetime has seen no less than two

24  secretaries being arrested for criminal dealings with

25  education assets, a power grid that has been left to ruin,

1   some would argue willfully, and is now controlled by a private

2   company that ceaselessly defies orders to disclose information

3   deemed public by the courts.  And the pensions of our elderly

4   of course burden you today.  Even some in the police force are

5   now rumbling, as we've witnessed recently, giving heft to

6   warnings once discarded as paranoid.

7        The students warnings were not heeded.  The strike

8   faded out.  The University reopened and slowly settled into a

9   reality of normalized and ferocious budget cuts.  But storms

10  still loomed in 2017, Hurricane Irma, followed by Maria just

11  two weeks after.  And although we've been assailed by fierce

12  winds, relentless waters, shaking ground, and virulent

13  disease, Maria haunts me consistently.

14       It is not uncommon to hear someone say, (Remarks in

15  Spanish), at least I didn't lose anyone, perhaps expressing

16  relief and honest gratitude, perhaps a result of lowered

17  expectations, perhaps an acknowledgement of the pain suffered

18  by many whose loved ones passed in Maria's aftermath, because

19  of an oxygen tank not reaching them soon enough, because of

20  hardship storing insulin, or because of a lack of access to

21  treatment for Leptospirosis, to name a few.

22       I didn't lose anyone, Your Honor.  I lost a few hours

23  looking for ice, water, gas, food, but I made a vow to myself

24  never to forget.  (Remarks in Spanish), Maria's dead.  Unknown

25  fellow Puerto Ricans, most of whom I probably didn't agree

1  with on much of anything important, but unfairly dead and

2  unnecessarily dead.  Most of them should be here now today.

3  It would have been worse had not the very people stepped up to

4  clear roads, set up water tanks, deliver food, save lives, and

5  shine the light of hope.

6       After Maria, I was unemployed and living off savings

7  while driving around our island with my best friend and

8  beloved partner, Mabel.  During that time I allowed myself a

9  cruel fantasy.  Now La Junta will have no choice but to

10  declare this debt uncollectible.  I felt guilty, because I

11  knew this victory would have arrived at the expense of

12  (Remarks in Spanish.)  My mistake wasn't cruelty, however, but

13  idiocy.

14       Maria did not change the fact that we are still

15  expected to pay, as we are currently paying, for the debt, and

16  La Junta's fees and salaries, slowly but steadily for another

17  40 years at least, witnessing the fruition of warnings that

18  students and experts made years ago.  Crime is rampant.

19  Gender violence became a public health problem entrenching

20  almost every man I know, including myself.

21       The Census Bureau has estimated the loss of

22  population after Maria in the hundreds of thousands.  All

23  coasts are under siege by private interests.  The working

24  youth are tired, overworked, underserved by educational

25  institutions, and seeing all manner of public services and

1   goods they might have inherited wither.

2        I believe that every reasonable person, depending on

3   their disposition to denial, or on their ability to profit

4   from this state of affairs, will reach a point when it will

5   become impossible to deny that we Puerto Ricans are paying for

6   this debt with our lives and with our life force.

7        With life, as in the case of any future hurricane

8   victim at the mercy of a private power company that offers a

9   worse service at a higher price, and with life force, as in

10  the case of families increasingly tired, robbed of quality

11  time as everyday actions slowly look more like survival feats.

12  First the University, then the pensions, then public school

13  closures, then increased fees for public service.  And what of

14  us when the next storm hits?

15       I believe we cannot pay this debt, Your Honor.  I

16  confess I started researching Professor Duncan Kennedy's take

17  on the Hart-Dworkin debate regarding hard cases.  I was

18  reminded I'm trained in this, and felt compelled to offer this

19  Court a more jurisprudential argument.  But something stopped

20  me.  One of my mother's lessons I treasure the most is simpler

21  than any legal argument I could muster.  (Remarks in Spanish),

22  we don't fight over food.

23       This was repeated to me and my sister Tamara

24  endlessly.  By the end of grade school, we both knew better

25  than to complain about who ate the last cookie, or dare use

1    the abundance on my plate to mock the empty plate beside me.

2    We don't fight over food, period.  I learned it as a child,

3    and now hope to correctly understand this lesson, live by it,

4    and strive to apply it equally to every human being I

5    encounter.

6         I've arrived at the conclusion that the very thought

7    of collecting on this debt is akin to fighting over food.

8    This, to me, is undeniably and painfully obvious.  It cannot

9    be paid and it should not be paid.  Not this way, not in the

10   light of the many shades of hunger, both chronic and acute, we

11   currently endure.

12        Adjustment should be thrown out, along with the debt.

13   And auditing, or better yet, detailed criminal investigations

14   into this debt can be done during or after any possible

15   process of bailing us out.  If that sounds preposterous, I

16   would beg that at least serious efforts are directed at

17   researching whichever bailout has been approved in the past to

18   cities, states, and selected corporations, even under a raging

19   pandemic.

20        I humbly request, Your Honor, that you find it within

21   the law to declare this debt uncollectible, grant us reprieve,

22   stand in solidarity with us, and allow us to rebuild our

23   country.  I speak unabashedly, because I honestly believe

24   that, even if the last cent of this debt were legal, our

25   children cannot pay for it.  We are being drained by anyone

1   with the means and the will to do so, regardless of ideology.

2         This is so clear to me that my very thought of

3   analyzing a slew of legal journals becomes appalling.  However

4   moved I am by Professor Kennedy's views on a judge's role in a

5   so-called hard case, his wisdom doesn't provide me a more

6   decent and morally robust argument as my mother's (remarks in

7   Spanish).

8         Thank you so much for your time, Your Honor, and may

9   you arrive at an outcome that is good, right, and just.

10         THE COURT:  Thank you, Mr. Texidor, for speaking from

11   your heart, and for coming here today.

12         MR. TEXIDOR-TORRES:  Thank you, Your Honor.

13         THE COURT:  Thank you for speaking to me and to all

14   who are listening.  I note that there are 50 people listening

15   through Zoom, and many, many more on the telephone as well.

16         MR. TEXIDOR-TORRES:  Thank you.

17         THE COURT:  Thank you.

18         (At 12:40 PM, Mr. Texidor-Torres left the podium.)

19         THE COURT:  At this point, there are no further

20   public speakers to be heard.  In the hopes that more will

21   arrive within the next half hour, we will adjourn for one half

22   hour, until 1:15 Atlantic Standard Time, which will be 12:15

23   Eastern Standard Time.  Thank you.

24         (At 12:40 PM, recess taken.)

25         (At 1:11 PM, proceedings reconvened.)

1           THE COURT:  Good afternoon, everyone.  It is now a

2     little after 1:15, and no one has arrived to speak further

3     yet.  The three people we heard from in the last session had

4     been instructed to come at noon for the afternoon session, and

5     so far no one further has come for the morning or the

6     afternoon session.

7           I am going to give them one half hour more, and we'll

8     see if anyone is here at ten minutes to 2:00.  If no one

9     further has arrived by that time, then we will adjourn for the

10    day.  So please come back on at ten minutes to 2:00 Atlantic

11    Standard Time, which will be ten minutes to 1:00 Eastern

12    Standard Time, and we'll see if there are any further

13    speakers.

14          Thank you very much for your cooperation and

15    participation.  I will see you in a half hour.  We're

16    adjourned.

17               (At 1:12 PM, recess taken.)

18               (At 1:46 PM, proceedings reconvened.)

19          THE COURT:  Good afternoon.  It is now ten minutes to

20    2:00, and I will ask the courtroom deputy to confirm that no

21    one else has arrived or contacted us.

22          Ms. Tacoronte, has anyone else arrived or contacted

23    us about speaking today?

24          COURTROOM DEPUTY:  No, Your Honor.

25          THE COURT:  Since it is now almost two hours since

 1  the reporting time that was given to the afternoon speakers,

 2  and only three of those speakers have arrived, those speakers

 3  having arrived early, regretfully, I will adjourn today's

 4  proceeding, having heard the six speakers who we have heard

 5  earlier in the day.

 6          We will resume tomorrow morning for witness

 7  testimony, witness declarations, and then live testimony by

 8  way of cross-examination and redirect at 9:30 Atlantic

 9  Standard Time, which is 8:30 Eastern Standard Time.  Please

10  sign in to Zoom by 9:00, so that we can start on time.

11          I thank you all for your participation today, and

12  your attention to the local speakers.  I thank the court staff

13  for administering and conducting these very complex

14  proceedings.

15          Stay safe and well everyone.  We are adjourned.

16  We'll see you tomorrow morning.

17              (At 1:48 PM, proceedings concluded.)

18                      *       *       *

19

20

21

22

23

24

25

```
 1   U.S. DISTRICT COURT     )

 2   DISTRICT OF PUERTO RICO)

 3

 4        I certify that this transcript consisting of 54 pages is

 5   a true and accurate transcription to the best of my ability of

 6   the proceedings in this case before the Honorable United

 7   States District Court Judge Laura Taylor Swain, and the

 8   Honorable United States Magistrate Judge Judith Gail Dein on

 9   November 9, 2021.

10

11

12

13   S/ Amy Walker

14   Amy Walker, CSR 3799

15   Official Court Reporter

16

17

18

19

20

21

22

23

24

25
```