UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

                  Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

The attached additional pro se Notices of Intent to Participate in Discovery Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court on November 9, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing Preliminary Confirmation Submission and Discovery Procedures and Directing Notice to Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
November 10, 2021

1. Ruysdael Davila Rodriguez
2. Neysha M. Colon Torres
3. Yaritza Rivera Andrades
4. Julio Maldonado Ramos
5. Chelvyn Mori Ortiz
6. Jorge Rodriguez Torres
7. Gladys E. Ponce Perez (2 notices)
8. Ivette M. Santa Colon
9. Angel Sanchez Acaba
10. Alvaro Hernandez Perez through Sandra I. Cruz Candelario
11. Wanda I. Carrasquillo Hernandez (2 notices)
12. Marisela Muriel Sustache
13. William Bonilla Ramos
14. Juan L. Fontanez Berrios
15. Nilda E. Hernandez Reyes
16. Ibrahim A. Rodriguez Pagan
17. Hector Lugo Cruz
18. Migna Perez Toledo
19. Maribel Goyco Rivera
20. Rosa Santana Reyes
21. Olga Lydia Lopez Quinones
22. Margarita Morales Figueroa

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
November 10, 2021

    23. Maria Magdalena Rolon Cruz

    24. Ruth E. Rodriguez Figueroa

    25. Aurea Fuentes Quinones

    26. Olga M. Colon Rivera

    27. Angeles de L. Andino Lago

    28. Delia I. Martinez Medina

    29. Rosa Arocho Gonzalez

    30. Elides Colon Perez

Dated: November 10, 2021