Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rueysdael Davila Rodriguez_

Participant's Address: _Urb. Tierra Santa Calle B #B8, Villalba, PR 00766_

Participant's Email Address: _ruysdaeldavila1@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _164202_

Nature of Claim: _Public Employee and Pension/Retiree claims_

By: _[signature]_
Signature

_Rueysdael Davila Rodriguez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



RUYSDAEL DAVILA
Urb. Tierra Santa B - 8
Villalba, Puerto Rico 00766
787-484-6010

RECEIVED & FILED
2021 NOV -9 PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. District Court
Clerk's office
150 Ave Carlos Chardón ste. 150
San Juan, P.R. 00918-1767

00918-176625

3 NOV 2021 PM 4 L

MEMPHIS TN 380

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Neysha m. Colón Torres_

Participant's Address: _Urb. EL Comandante 872 Calle María Giustr_
_San Juan, PR 00924_

Participant's Email Address: _neysha.colon15@gmail.com_

Name of Counsel: _Licenciada Ivonne Gonzalez Morales_

Address of Counsel: _Edificio Gallardo San Juan, PR 00921_

Email Address of Counsel: _____ — _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Discovery For confirmation, of common wealth plan of_
_adjustment I already include my Salary_
~~readjustment~~ _before_

By: _Neysha m. Colón Torres_
Signature

_Neysha m. Colón Torres_
Print Name

_____
Title (if Participant is not an individual)

_September 15, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re*
*Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

_I filed this information now_
_because I was out of the_
_Country._

NEYSHA M. COLON TORRES
URB EL COMANDANTE
872 CALLE MARIA GIUSTI
SAN JUAN, PR 00924

RECEIVED & FILED

2021 NOV -9  PM 3: 10

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380

4 OCT 2021 PM 3  L

United States District Court
Clerks Office
150 ave carlos Chardon sta 150
San Juan, PR 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Yaritza Rivera Andrades_

Participant's Address: _Urb. Sabana Gardens 14-19 c/26 Carolina PR 00983_

Participant's Email Address: _Yaritzaandrades1225@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: # de Reclamo _17 BK 3283-LTS_

Nature of Claim: Naturaleza de reclamacion _The Commonwealth of Puerto Rico, The Employees Retirement system of the government of the Puerto Rico and the Puerto Rico Public building Authenthy_

By: _[signature]_
Signature

_Yaritza Rivera Andrades_
Print Name

_____
Title (if Participant is not an individual)

_10-13-21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Yaritza Rivera
Urb. Serbana Gardens
14 - #19 Calle 26
Carolina, P.R. 00983

RECEIVED & FILED
2021 NOV -9  PM 3:10
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
20 OCT 2021 PM 3 L

~ United State District Court
Clerk's Office 150 Ave.
Carlos Charoón Ste 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Julid Waldowsdo Ramos_

Participant's Address: _PMB-229, HC 1 Box 29030, Caguas, P.R. 00725_

Participant's Email Address: _julio.waldowodo1961 @ hotmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Commonwealth of Puerto Rico (P.R.T.C.)_
_Puerto Rico Telephone Company_

By: _[signature]_
Signature

_Julid Waldowodo Ramos_
Print Name

_Participant_
Title (if Participant is not an individual)

_09-21-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

This Waldenrod from.
PMB-229 HC 1 Box 29030
Cag Jas, PR 00725

RECEIVED & FILED
2021 NOV -9 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court Clerk's Office Via
150 Ave. Carlos Chardon
Suite 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Chelvyn Mori Ortiz_

Participant's Address: _Urb. San Francisco Calle San Juana 101_

Participant's Email Address: _chelvyn2@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
    Signature

_____
    Print Name

_____
    Title (if Participant is not an individual)

_____
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Chelyn Mon Ortiz
Wb San Francisco
Calle San Juan dtos1
Yauco PR 00678

00918-170625

United States District Court
150 Ave. Carlos Chardon Ste.150
San Juan, PR 00918-1767

MEMPHIS TN 380
16 OCT 2021 PM 3 L

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Jorge Rodriguez Torres_

Participant's Address: _Urb San Francisco calle SanJuan 101 yabuco PR 00648_

Participant's Email Address: _awildely2@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____

    Signature

_____

    Print Name

_____

    Title (if Participant is not an individual)

_____

    Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Jorge Rodriguez Torres
Urb. San Francisco
Calle San Juan 101
Yauco, PR 00698

00918-170625

United States District Court
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R 00918-1767

MEMPHIS TN 380

16 OCT 2021 PM 2 L

SAN JUAN P.R.
U.S DISTRICT COURT
CLERK'S OFFICE
2021 NOV -9 PM 3 10
RECEIVED & FILED




FOREVER / USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ponce Pérez Gladys E._

Participant's Address: _Urb. Santa Teresita 6557 San Alvaro, Ponce P.R. 00730._

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Gladys E. Ponce Pely_
Signature

_Gladys E. Ponce Pérez_
Print Name

_____
Title (if Participant is not an individual)

_21 September 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Gladys E. Poncetere
Urb Santa Teresita
calle San Alfonso 6557
Ponce, Puerto Rico
00730

RECEIVED & FILED
2021 NOV -9 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
27 SEP 2021 PM 4 L

United States District Court
Clerks Office
150 Que. Carlos Chardón Ste.150
San Juan, Puerto Rico
00918-1767

FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ponce   Pérez   Gladys_

Participant's Address: _Unb. Santa Teresita   6557 San Alvaro_ Ponce, P.e 00730-44

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 – LTS_

Nature of Claim: _Promesa Title III_

By: _Gladys Ponce Pérez_
Signature

_Gladys Ponce Pérez_
Print Name

_____
Title (if Participant is not an individual)

_22 Septembre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Gladys Ponce Perez
Urb. Santa Teresita
Calle San Juan 6557
Ponce, Puerto Rico
00730-4409

RECEIVED & FILED

2021 NOV -9 PM 2: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Discovery Notice to the Clerks Office
United States District Court,
Clerks Office
150 Ave. Chardon, Ste. 150
San Juan, Puerto Rico
00918-1767

27 SEP 2021 PM 4 L

MEMPHIS TN 380

SRF 55923

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ivette M. Santa Colón_

Participant's Address: _Urb Alturas VB AA10 Street R Vega Baja PR 00693_

Participant's Email Address: _ivettesantacolon6@gmail.com_

Name of Counsel: _none_

Address of Counsel: _none_

Email Address of Counsel: _none_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _Re: 17BK3283-LTS - Don't wont my pension be reduced._

By: _Ivette M. Santa Colón_
Signature

_Ivette M. Santa Colón_
Print Name

_____
Title (if Participant is not an individual)

_September 29, 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ivette Santa Colón
Urb Alturas AA10 Calle R
Vega Baja PR 00693

RECEIVED & FILED

2021 NOV -9  PM 3: 10

CLERK'S OFFICE
U.S.DISTRICT COUR
SAN JUAN, P.R.

MEMPHIS TN 380

4 OCT 2021 PM 4 L



FOREVER USA

00918-170625

United States District Court, Clerks Office
150 Ave Carlos Chardón Ste 150
San Juan, PR  00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Angel Sánchez Acabá*

Participant's Address: *Urb. Las Lomas, Calle 22 S.0. 1667 San Juan, P.R. 00921*

Participant's Email Address: *angelsanchez1209@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *No. 17 BK 3283 - LTS*

Nature of Claim: *Individual*

By: _____
Signature

*Angel Sánchez Acabá*
Print Name

_____
Title (if Participant is not an individual)

*29 - sept. - 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angel Sánchez
Calle 22 S.O. 1667
Las Lomas, San Juan, P.R.
00921

RECEIVED & FILED
2021 NOV -9 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

United States District Court, Clerk's Office
150 Ave. Carlos Chardon, Ste. 150
San Juan, P.R. 00918 - 1767

00918-170625

MEMPHIS TN 380
4 OCT 2021 PM 4 L

FOREVER

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Alvaro Hernández Perez_

Participant's Address: _HC-04   Box 8112   Juana Diaz, P.R. 00795-9842_

Participant's Email Address: _luzr2770@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17BK 3283-LTS_

Nature of Claim: _Intention to participate in discovery in connection with
confirmation of the Plan_

By: _Sandra G Candelario_
    Signature

_Sandra I Cruz Candelario_
Print Name

_Translator_
Title (if Participant is not an individual)

_10/20/21_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Alvaro Hernandez Perez
HC-04 Box 8112
Juana Diaz, PR 00795-9842

RECEIVED + FILED
2021 NOV -9 PM 3:10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706625

MEMPHIS TN 380
4 NOV 2021 PM 3 L

Discovery Notice of the court's clerk's office at:
United States District court, clerk's office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

FOREVER

Drug Free USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda I. Carrasquillo Hernández_

Participant's Address: _P.O. Box 578, Gurabo, PR     00778_

Participant's Email Address: _wcarrasquillo07@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _PROMESA Title III_

By: _Wanda I. Carrasquillo Hernández_
Signature

_Wanda I. Carrasquillo Hernández_
Print Name

_____
Title (if Participant is not an individual)

_1 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda I. Carrasquillo Hernandez
P.O. Box 578
Guaba, PR  00778

RECEIVED & FILED
2021 NOV -9  PM 3: 10
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170546

MEMPHIS TN 380
2 NOV 2021  PM 1  L

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR  00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Wanda I. Carrasquillo Hernández_

Participant's Address: _P.O. Box 578, Gurabo, PR   00778_

Participant's Email Address: _wcarrasquillo07@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 LTS_

Nature of Claim: _PROMESA Title III_

By: _Wanda I. Carrasquillo Hernández_
Signature

_Wanda I. Carrasquillo Hernández_
Print Name

_____
Title (if Participant is not an individual)

_1 de octubre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Wanda I. Carrasquillo Hernandez
P.O. Box 578
Guiralda, PR 00778

RECEIVED & FILED

2021 NOV -9  PM 3: 11

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091B-1706625

United States District Court
Clerks Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

2 NOV 2021  PM 1  L

MEMPHIS TN 380



FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Marisela Muriel Sustache_

Participant's Address: _P.O. Box 1832 Yabucoa, P.R. 00767-1832_

Participant's Email Address: _mary.3135@yahoo.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _40886_

Nature of Claim: _____

By: _Marisela Muriel Sustache_
Signature

_Marisela Muriel Sustache_
Print Name

_____
Title (if Participant is not an individual)

_13/10/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mariela Muriel Sustache
P.O. Box 1832
Yabucoa, P.R. 00767-1832

RECEIVED & FILED
2021 NOV -9  PM 3: 11
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.

00918-170625

MEMPHIS TN 380
24 OCT 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave. Carlos C Chardon Sta. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _William Bonilla Ramos_

Participant's Address: _HC 2 BOX 8830_
_Rincon P.R. 00677-9221_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _Promesa Title III_

By: _William Bonilla Ramos_
Signature

_William Bonilla Ramos_
Print Name

_Participant_
Title (if Participant is not an individual)

_1/10/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

William Bonilla Ramos
HC 2 Box 8830
Barranquitas P.R. 00697-9221

RECEIVED & FILED
2021 NOV -9 PM 3:1
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-1706255

MEMPHIS TN 380
4 OCT 2021 PM 1 L

United States District Court
Clerk's Office
150 Ave Carlos Chardon Ste 150
San Juan P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Juan L. Fontánez Berrios_

Participant's Address: _P O Box 403 Comerio, PR 00782_

Participant's Email Address: _jlfont27@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _____
Signature

_Juan Luis Fontánez Berrios_
Print Name

_____
Title (if Participant is not an individual)

_Sept. /21/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda E. Hernández Reyes
Urb. Sabana del Palmar
315 Calle Guayacán
Comerío, PR 00782

RECEIVED/FILED
2021 NOV -9 PM 3:11
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
20 OCT 2021 PM 3  L

United State District Court
Clerk's Office
150 Ave. Carlos Chardon
Suite 150
San Juan, PR 00918-1767



FOREVER USA

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Nilda E. Hernández Reyes_

Participant's Address: _Urb. Sabana del Palmar 315 Calle Guayacán_ _Comerio PR 00782_

Participant's Email Address: _nildaehr@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Nilda Esther Hernández Reyes_
Signature

_Nilda Esther Hernández Reyes_
Print Name

_____
Title (if Participant is not an individual)

_21/Sept./2021_
Date _Sept./21/2021_

(51J)

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nilda E. Hernández Reyes
Urb. Sabana del Palmar
315 Calle Guayacán
Comerío PR 00782

RECEIVED FILED
2021 NOV -9
OFFICE
SAN JUAN P.R.

00918-170625

MEMPHIS TN 380
20 OCT 2021 PM 3 L



FOREVER USA

United State District Court
Clerks Office
150 Ave Carlos Chardon
Suite 150
San Juan PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: Ibrahim A. Rodriguez Pagán

Participant's Address: Urb. Colinas Verdes, Calle 3 E-8, San Juan, P.R. 00924

Participant's Email Address: ibrahim.rodriguez17@gmail.com

Name of Counsel: Department of Education of P.R.

Address of Counsel: P.O. Box 190759, San Juan, P.R. 00919-0759

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 164467

Nature of Claim: Law 89, Romero 70, Law 164, Law 96

By: Ibrahim A. Rodriguez Pagán
    Signature

    Ibrahim A. Rodriguez Pagán
    Print Name

    Teacher
    Title (if Participant is not an individual)

    September 20, 2021
    Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

I was an employee from Department of Education
of the Commonwealth of Puerto Rico from 1983
till 2013. Asking for the maximun compensation.

210720V2 Confirmation Discovery Procedures Notice          Version July 20, 2021          9



AFTER 10 DAYS RETURN TO

Ibrahim A. Rodriguez Pagán
Urb. Calinas Verdes
Calle 3 E-8
San Juan, P.R.
00924

RECEIVED & FILED
2021 NOV -9 PM 3:3
CLERK'S OFFICE
U.S. DISTRICT
SAN JUAN

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00918
SEP 21, 21
AMOUNT
$3.75
R2304H108674-21

1000
00918

United States District Court
Clerk's Office
Ave. Carlos Chardón Ste. 150
San Juan, P.R.
00918 - 1767

0918-170625

7020 2450 0002 1100 0750

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:   _Hector Lugo Cruz_

Participant's Address:   _Hc-02 -Box 7426 - Peñuelas P.R. 00624-9865_

Participant's Email Address:   _ivelazquezsantiago @ gmail. Com_

Name of Counsel:   _Ilia Maria Velazquez Santiago_

Address of Counsel:   _Hc-02 -Box 7426 - Peñuelas P.R.00624_

Email Address of Counsel:   _ivelazquezsantiago@gmail.com_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number:   _156907-1   Reclamacion $150,670.00_

Nature of Claim:   _Empleado Publicos_

By:   _Hector Lugo Cruz_
     Signature

_Hector Lugo Cruz_
Print Name

_Caso Romeraso_
Title (if Participant is not an individual)

_3 de Noviembre 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

De: Hector Lugo Cruz
Hc.2 Box 7426
Peñuelas P.R 00624-9865

RECEIVED & FILED
2021 NOV -9 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R

Para: ① Discovery Notice To The Court's Clerks office AN
United States District Court, Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767

00918-170625

MEMPHIS TN 380

FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Pérez Toledo Migna_

Participant's Address: _P.O. Box 1764 Gatillo PR. 00659_

Participant's Email Address: _Mignarperez @ hot mail. Com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _No. 17 BK 3283 - LTS_

Nature of Claim: _____

By: _Migna Pérez Toledo_
    Signature

_Migna Pérez Toledo_
Print Name

_____
Title (if Participant is not an individual)

_7 de sept. 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Magna Pérez ~
P.O. Box 1764
Naranjito, Puerto Rico
00719-1764

RECEIVED & FILED
2021 NOV -9  A II: 00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office 150 Ave.
Carlos Chardon Ste.
San Juan, PR 00918-1767

FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maribel Goyco Rivera_

Participant's Address: _PO Box 5103 PMB 144 Cabo Rojo PR 00623_

Participant's Email Address: _goyco.maribel27@gmail.com_

Name of Counsel: _Lcda. Ivonne Gonzalez Morales_

Address of Counsel: _PO Box 9021828 San Juan PR 00902-1828_

Email Address of Counsel: _ivonnegm-prw.net_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179140_

Nature of Claim: _Reclamación salarial que nunca se recibió_

By: _[signature]_
Signature

_Maribel Goyco Rivera_
Print Name

_____
Title (if Participant is not an individual)

_24 Sept 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**CASO: FRANCISCO BELTRAN-CINTRON, et als v. DEPTO. DE LA FAMILIA, ARV y AIJ
CASP NUMERO: 2021-01-0345 (antes, TPI caso K AC 2009-0809)**

1. _____Maribel Goyco Rivera_____
2. Nombre en letra molde, con dos apellidos.

2.Case: 17-03283-LTS DOC#:17640 Filed 08//02/21

Número reclamo designado (según se indica en la carta que recibieron)

3. Soy reclamante en el caso de FRANCISCO BELTRAN-CINTRON, et als. v. Departamento de la Familia, ARV y AIJ. Caso: CASP 2021-01-0345 (antes TPI caso K AC 2009-0809)

4. Para los documentos que acreditan mi reclamación, favor remitirse al **CLAIM No. 179140.**

5. $_1300.00
_____
(cantidad estimada de mi reclamación)

6. Toda vez que, el Código de Quiebras federal me garantiza el derecho a votar para la confirmación del plan fiscal, al tener una reclamación salarial válida, solicito que en conformidad a la Regla 3018 (a), se estime el valor de mi reclamación. Se aclara, que este requerimiento es de fácil cumplimiento, pues durante el proceso seguido en el caso K AC 2009-0809 el (DF, ARV y NIJ) realizaron auditorias de los puestos incluidos en la demanda de referencia, y poseen toda la información pertinente sobre el valor estimado de los salarios que se retuvieron en violación de la ley y de mi contrato de empleo. Esto, siguiendo los parámetros establecidos mediante las sentencias dictadas en los casos de *Carmen Socorro Cruz Hernández et als*,v DF et als, caso num.1991-0665; *Nilda Agosto et als v DF*, caso num: K PE2005-0608 y *Santiago Declet v DF*, 153 DPR 208 (2001).

Tan pronto se cumplan con las disposiciones de la Regla 3018 (a) y se me notifique el valor de mi reclamación, someteremos nuestra propuesta de estipulación de mi caso.

7. Toda vez que la causa de acción radicada en mi caso se refiere a una reclamación salarial que surge dentro del curso ordinario del empleo, y donde se violaron estatutos laborales locales y federales, así como las disposiciones de mi contrato de trabajo, procede tramitar mi caso bajo el "ACR Procedure" y de esa forma, se me garantice el debido proceso y la igual aplicación de la ley.

8. Favor comunicarse con mi abogada, en relación a mi caso y asunto de referencia:
**Lcda. Ivonne González Morales, PO Box 902-1828, San Juan, PR 00902-1828
Teléfono: 787- 410-0119; Email: ivonnegm@prw.net**

Maribel Goyco
P O Box 5103
PMB 144
Cabo Rojo, P.R. 00623

22 OCT 2021 PM 2 L

MEMPHIS TN 380

FOREVER / USA

United States District Court Clerk's
150 Ave. Carlos Chardon Ste. 150
San Juan P.R. 00918-1767

RECEIVED & FILED
2021 NOV -9 PM 4:11

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa Santana Reyes_

Participant's Address: _HC-1 Boy 4200 Naguabo, PR 00718_

Participant's Email Address: _____

Name of Counsel: _NA_

Address of Counsel: _NA_

Email Address of Counsel: _NA_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _últimos (4) números de seguro social 2389_

Nature of Claim: _PENSION / RETIREE_

By: _Rosa Santana Reyes_
Signature

_ROSA SANTANA REYES_
Print Name

_____
Title (if Participant is not an individual)

_22 de septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

ROSA SANTANA REYES
HC-1 BOX 4260
MAGUABO, PR 00718

00918-1706626

UNITED STATES DISTRICT COURT
CLERK'S OFFICE, 150 AVE. CARLOS CHARDON STE. 150
SAN JUAN, PUERTO RICO 00918-1767



CERTIFIED MAIL

7020 3160 0000 5117 3598

MEMPHIS TN 380

21 SEP 2021



1000   00918



U.S. POSTAGE PAID
NVAGUABO, PR
00718
SEP 24, 21
AMOUNT
$7.38
R2304-M11391909

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Olga Lydia López Quiñones_

Participant's Address: _HC-05 Box 25345 Camuy, P.R. 00627_

Participant's Email Address: _lopezolga 71 @ yahoo. Com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 154118_

Nature of Claim: _Public Employee and Pension / Retiree claim's_

By: _Olga L. Lopz Quiñones_
Signature

_Olga L. López Quiñones_
Print Name

_Individual_
Title (if Participant is not an individual)

_09/ 20/ 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Olga L. López Quiñones
HC-05 Box-21 25345
Camuy, P.R. 00627

RECEIVED & FILED
2021 NOV -9 PM 3:
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918 - 1767

CERTIFIED MAIL

U.S. POSTAGE PAID
FCM LETTER
CAMUY, PR
00627
SEP 20, 21
AMOUNT
$6.80
R2304M113097-01

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Margarita Morales Figueroa.

Participant's Address: B° Narango. P.O. Box 1138 Comerio, P.R. 00782

Participant's Email Address: m_morales53@yahoo.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: 177283

Nature of Claim: Breck of the Law Promises 79-9179 89-1995 9b-2000 -109-2009 -164-2003.

By: Margarita Morales Figueroa
Signature

Margarita Morales Figueroa
Print Name

Public Employee and Pension/Retiree Claims
Title (if Participant is not an individual)

20/Sept/2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Margarita Morales
PO Box 1132
Camuy, PR 00782

RECEIVED & FILED

2021 NOV -9 PM 2:38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

United States District Court,
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR. 00918-1767



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _María Magdalena Rolón Cruz_

Participant's Address: _P.O. Box 1076 Cidra, P.R. 00739_

Participant's Email Address: _rolonmariamagdalena10@gmail.com_

Name of Counsel: _—_

Address of Counsel: _—_

Email Address of Counsel: _—_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _179084_

Nature of Claim: _Public Employee Claim/Promesa Title III_

By: _María M. Rolón Cruz_
Signature

_María Magdalena Rolón Cruz_
Print Name

_____
Title (if Participant is not an individual)

_2 octubre 2021_
Date

RECEIVED & FILED
2021 NOV -9 PM 2:38
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria M. Roler
P.O. Box 1076
Cidra, P.R. 00739

RECEIVED & FILED
2021 NOV -9 PM 2: 38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-S74425 Juan, P.R. 00918-1767

Court's Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150

MEMPHIS TN 380
4 OCT 2021 PM 4 L



Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Ruth E. Rodriguez Figueroa*

Participant's Address: *P.O. Box 444 Arroyo, P.R. 00714*

Participant's Email Address: *rerodz16@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *103876*

Nature of Claim: *Employees Retirement System of the Government of the Commonwealth of Puerto Rico (ERS)*

By: *Ruth E. Rodriguez Figueroa*
      Signature

*Ruth E. Rodriguez Figueroa*
Print Name

_____
Title (if Participant is not an individual)

*September 15, 2021*
Date

*[I received this information on sept. 15, 2021]*

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED

2021 NOV -9  PM 2: 38

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Ruth E. Rodriguez
P.O. Box 44
Arroyo, P.R.   00714

United States District Court
Clerk's Office, 150
Ave. Carlos Chardon Ste. 150
San Juan, P.R.
00918-1767

MEMPHIS TN 380

22 SEP 2021   PM 3   L



Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Aurea Fuentes Quiñones*

Participant's Address: *Calle San Patricio # 78 villa Cristiana*

Participant's Email Address: *aurea fuentes60@g mail.com*

Name of Counsel: *Discovery Notice to the clerk*

Address of Counsel: *150 Ave. Carlos Chardon ste.150 S.J. 00918-1767*

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *53456*

Nature of Claim: *1 Departamento de Hacienda Aumento de Sueldo 2008. No conocido.*

By: *Aurea Fuentes Quiñones*
    Signature

*Aurea Fuentes Quiñones*
Print Name

_____
Title (if Participant is not an individual)

*11 agosto 21*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Aurea Fuents Quinones Irizan

HCR Box 6627 00772

Loiza P.R. #005 53 456

Court's Clerk's Office at
United state District
court. Clerk's office
150 ave. Carlos Chardon
Ste. 150. San Juan P.R.
00918-1716

RECEIVED & FILED
2021 NOV -9 PM 2:37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel,
      if any:

Participant's Name:    *Olga Ma. Colín Rivera*

Participant's Address:    *P.O. Box 547, Orocovis P.R. 00783*

Participant's Email Address:    _____

Name of Counsel:    _____

Address of Counsel:    _____

Email Address of Counsel:    _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:    *17 BK 3283 LTS*

Nature of Claim:    _____

By:    *Olga M. Colón*
Signature

*Olga M. Colón*
Print Name

_____
Title (if Participant is not an individual)

*20/sept/2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Olga Colon
PO Box 547
Corozal, PR  00783-0547

RECEIVED & FILED

2021 NOV -9  PM 2: 37

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

00918-170625

United States District Court, Clerk's Office
150 Ave Carlos Chardón Ste. 152
San Juan, PR. 00918-1767



MEMPHIS TN 380

27 SEP 2021  PM 4  L

Case:17-03283-LTS   Doc#:19150-1   Filed:11/10/21   Entered:11/10/21 13:59:25   Desc:
Pro se Notices of Participation   Page 59 of 66

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Angeles de L.Andino Lago_

Participant's Address: _35 Res. Luis Llorens Torres, Apt 717, San Juan, PR 00913_

Participant's Email Address: _angelesandino1960@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283-LTS_

Nature of Claim: _Employees Retirement System PR_

By: _Angeles de L. Andino Lago_
Signature

_Angeles de L. Andino Lago_
Print Name

_____
Title (if Participant is not an individual)

_7/Octubre/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Angeles de L. Andino
35 Res. Luis Llorens Torres, Apt 717
San Juan, PR 00913

RECEIVED & FILED
2021 NOV -9 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
2 NOV 2021 . PM 1 . L

United States District Court
Clerk's Office
150 Ave Carlos Chardin Ste 150
San Juan, PR 00918-1747

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Delia I. Martinez Medina_

Participant's Address: _32 Calle Mercurio Bda. Sandin, Vega Baja, P.R. 00693_

Participant's Email Address: _delinez 2014 @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _PROMESA TITLE III_

By: _Delia I Martinez Medina_
Signature

_Delia I Martinez Medina_
Print Name

_N/A_
Title (if Participant is not an individual)

_Sep-20-2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Delia I. Martinez Medina
Calle Mercurio #32
Barriada Sandin
Vega Baja, P.R. 00693

RECEIVED & FILED
2021 NOV -9 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
27 SEP 2021 PM 4 L

United States District Court
Clerk's office
150 AvE. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Rosa Arocho González_

Participant's Address: _P.O. Box 751, Moca, P.R. 00676_

Participant's Email Address: _——_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _——_

Nature of Claim: _——_

By: _Rosa Arocho González_
   Signature

_____
Print Name

_____
Title (if Participant is not an individual)

_9/30/21_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

From: Rosa Varela
P.O. Box 751
Moca, P.R. 00676

RECEIVED & FILED
2021 NOV -9 PM 2: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

00918-170625

MEMPHIS TN 380
4 OCT 2021 PM 4 L

TO; United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P. R. 00918 - 1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elides Colon Pérez_

Participant's Address: _HC 4- Box 7815 Villalba, P.R 00766-9859_

Participant's Email Address: _elidescolon1@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _Unpaid wages by the government of P.R._

Nature of Claim:

By: _Elides Colon Pérez_
Signature

_Elides Colon Pérez_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elides Colón Pérez
14 c 4 Box 7815
Villalba, P.R. 00766-9859

RECEIVED & FILED
2021 NOV -9 PM 2: 36
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

0091B-170625



MEMPHIS TN 380
16 OCT 2021 PM 2 L

United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Suite 150
San Juan, P.R. 00918-1767

