**Ley 96**                    **# de caso 2013-04-1542**

**Nombre del solicitante:** Alba E. Ramos Ostolaza

Ley 96 del 1ro de julio de 2002

**En el artículo I dice:**

a) cien dólares de aumento mensuales a los empleados públicos que al 30 de junio de 2002 estén en servicio activo, sin distinción de estatus ni categoría. Cuando en un puesto se presten servicios a jornada parcial, proporcional a la jornada de trabajo. Aquellos empleados vinculados que no estén en servicio activo al 1ro de julio de 2002, tendrán derecho a recibir el aumento efectivo a la fecha en que se reintegren al servicio.

**Anejos incluidos**

**Fecha de comienzo en el empleo**- agosto de 1973 (ver anejo)

**Fecha de retiro**- mayo 2001, efectivo al 31 de julio de 2001 (ver anejo)

**Cómputos**

1- **Deuda 2001-2019**
   $100.00 ➡ aumento mensual
   X  12 ➡ meses del año
   1,200.00 ➡ deuda anual
   X  18 ➡ años trabajados
   21,600.00 ➡ Total adeudado