DEPARTAMENTO DE EDUCACION
ESCUELA DE LA COMUNIDAD
ELADIO ROSA ROMERO
VILLALBA, PUERTO RICO

20 de junio de 2000

Sra. Carmen Rita Ortiz
Directora de la Escuela
Villalba, Puerto Rico

Estimada señora Ortiz:

Por la presente solicito se acepte mi RENUNCIA de la plaza de Maestra que ocupo en la Escuela Eladio Rosa Romero del distrito escolar de Villalba para se efectiva el día 31 de julio del 2001.

Motiva esta petición de renuncia las razones expuestas a continuación.

1. Retiro Temprano

Atentamente,

Alba E. Ramos Ostolaza
Maestra de Salud
Escuela Eladio Rosa Romero
Núm. de plaza R 28621

$ 0.50 EN SELLO DE RENTAS INTERNAS    DIPLOMA PARA ESTUDIOS O TRABAJO EN