Alba E. Ramos Ortolaza
Estancias Vista Alegre #12868
Villalba, PR. 00766

RECEIVED & FILED
2021 NOV -9 PM 3:11
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Secretaría (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

MEMPHIS TN 380
4 OCT 2021 PM 1 L

