UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: Financial Oversight & Management

Board, etc.            3:17 BK-3283 (LTS)

Debtors            Promesa Title III

## MOTION FOR THE RECORD

TO THE HONORABLE COURT:

Now comes the undersigned attorney and respectfully alleges and pray:

1. We received a Notice of Defective pleading, dated the envelop October 6, 2021 but received on October 26, 2021. Quaere.
2. The same request an amount of $402.00
3. To my own knowledge Defendant, i.e. Antonio & M. Construction Inc. need never to pay such fee.
4. To oppose to a thing that is clear on the record, that the case was filed on time, need not to comply with any rule: the record talks by itself.

WHEREFOR: we submitted for the record.
Carolina, PR. October 27, 2021.

IVAN PAGAN HERNANDEZ
p.o. box 8765 Carolina, PR. 00988
Cel. 787-406-0720
No. 116-212
i.paganhernandez@gmail.com