MEMPHIS TN 380
30 OCT 2021 PM 2 L

Clerk's Office
United States District Court
Room 150 Federal Bldg
San Juan, P.R. 00918-1767

From:
Yani Pagan, Jr
Box 8765
Carolina, P.R. 00988

RECEIVED & FILED
2021 NOV -9 PM 2:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.