12 Septiembre 2021

A quien pueda INTERESAR:

Yo Gloria Lebrón Crespo reclamo lo de la Ley Promesa de mi esposo Grabiel Pérez Márquez ya que el trabajo en la Central Roig en Yabucoa por más de 20 años el caso es el 17BK03283-LTs y la reclamación es la 173516 esta es la única información que yo tengo. De necesitar otra información me dejan saber.
Gracias-

Att
Gloria María Belén Crespo

SAN JUAN, P.R.
CLERK'S OFFICE

2021 NOV -9 PM 2:38

RECEIVED & FILED