Gloria Maria Lebron Crespo
HC-04 Box 4158
Humacao PR 00791

RECEIVED & FILED
2021 NOV -9 PM 2:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico 00918-1767