# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**Morning session:**
Set: 9:30 AM (AST)
Started: 9:31 AM (AST)
Ended: 12:43 (AST)

**Afternoon Session:**
Set: 2:00 PM (AST)
Started: 2:01 PM (AST)
Ended: 3:33 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE:   November 10, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:  Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico *et al.*, Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor, | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor. | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523 (LTS)
Page 2
Confirmation Hearing – November 10, 2021

**3rd day of Confirmation Hearing held**.

The agenda was filed at DE #19141 in 17-3283 (LTS).

The Declaration, the Amended Declaration and the Supplemental Declaration of Natalie Jaresko were admitted on behalf of the Debtors. Cross-examination by Peter Hein, pro se. Redirect by Attorney Michael Firestein.

The Declaration and the Amended Declaration of David Skeel were admitted on behalf of the Debtors.

The Declaration and the Amended Declaration of Steven Zelin were admitted on behalf of the Debtors. Cross-examination by Peter Hein, pro se. Re-direct by Attorney Michael Firestein. Re-cross.

The Declaration, the Amended Declaration and the Supplemental Declaration of Sheva Levy were admitted on behalf of the Debtors. Cross-examination by Peter Hein, pro se.

The Declaration, the Amended Declaration and the Supplemental Declaration of Gaurav Malhotra were admitted on behalf of the Debtors.

During the afternoon session, cross-examination of Gaurav Malhotra by Peter Hein, pro se was heard.

The Declaration and the Amended Declaration of Ojas Shah were admitted on behalf of the Debtors. Cross-examination by Peter Hein, pro se. Re-direct by attorney Michael Mervis. Re-cross.

Housekeeping matters discussed.

**Further Confirmation Hearing set for November 12, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator

Exhibits Admitted:
- Debtors'
1-56, 111-117, 122-132, 135-137, 143-146

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523 (LTS)
Page 3
Confirmation Hearing – November 10, 2021

Exhibits Withdrawn:
- Debtors'
119-121, 133

Declarations Admitted (filed in 17-3283 LTS):
- Debtors'
    - Natalie Jaresko: Docket Entries #18729, #19054-4 and #19058
    - David Skeel: Docket Entries #18731 and #19054-9
    - Steven Zelin: Docket Entries #18734 and 19054-10
    - Sheva Levy: Docket Entries: #18737, 19054-5 and 19059
    - Gaurav Malhotra: Docket Entries #18738, #19054-6 and #19057
    - Ojas Shah: Docket Entries: 18730 and 19054-8