UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE: Financial Oversight & Management

Board, etc.                                   3:17 BK-3283 (LTS)

Debtors                                   Promesa Title III

## MOTION FOR THE RECORD

TO THE HONORABLE COURT:

    Now comes the undersigned attorney and respectfully alleges and pray:

1. We received a Notice of Defective pleading, dated the envelop October 6, 2021 but received on October 26, 2021. Quaere.
2. The same request an amount of $402.00
3. To my own knowledge Defendant, i.e. Antonio & M. Construction Inc. need never to pay such fee.
4. To oppose to a thing that is clear on the record, that the case was filed on time, need not to comply with any rule: the record talks by itself.

    WHEREFOR: we submitted for the record.
    Carolina, PR. October 27, 2021.

IVAN PAGAN HERNANDEZ
p.o. box 8765 Carolina, PR. 00988
Cel. 787-406-0720
No. 116-212
i.paganhernandez@gmail.com

MEMPHIS TN 380
30 OCT 2021 PM 2 L

Clerk's Office
United States District Court
Room 150 Federal Bldg.
San Juan, P.R. 00918-1767

From:
Ivan Pagan, JD
Box 8765
Carolina, P.R. 00988

RECEIVED & FILED
2021 NOV -9 PM 2:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.