UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

              Debtors.

---------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)


**SECOND SUPPLEMENTAL EXHIBIT LIST OF PETER C. HEIN**

Dated: November 11, 2021

-2-

**SECOND SUPPLEMENTAL EXHIBIT LIST OF PETER C. HEIN**

I am submitting two additional exhibits: (1) Hein Ex. LLLL, which only became available on November 10, 2021, when the document was posted to EMMA by FAFAA, and (2) Hein Ex. MMMM, which is a complete copy of an FOMB discovery response, excerpts from which were previously submitted as Hein Ex. PP, #18760-25.

November 11, 2021

        Respectfully Submitted,

        /s/ Peter C. Hein
        Peter C. Hein, pro se
        101 Central Park West, Apt. 14E
        New York, NY 10023
        petercheinsr@gmail.com
        917-539-8487

## Second Supplemental Exhibit List of Peter C. Hein

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. LLLL | | Puerto Rico Department of Treasury, Treasury Single Account (TSA) FY 2022 Cash Flow as of October 29, 2021 | Admit, to show statements made |
| Hein Ex. MMMM | | FOMB responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein - Set 1 (complete copy of document; excerpts were previously submitted as Hein Ex. PP, #18760-25) | Admit, to show statements made and positions taken |