UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>          Debtors. | PROMESA<br>Title III<br><br><br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

---------------------------------------------------------------------x

**SECOND SUPPLEMENTAL ANNOTATED EXHIBIT LIST OF PETER C. HEIN —
REFILED WITH DOCKET #19164 REFERENCES**

Dated: November 11, 2021

-2-

**SECOND SUPPLEMENTAL ANNOTATED EXHIBIT LIST OF PETER C. HEIN —
REFILED WITH DOCKET #19164 REFERENCES**

      I am submitting two additional exhibits: (1) Hein Ex. LLLL, which only became available on November 10, 2021, when the document was posted to EMMA by FAFAA, and (2) Hein Ex. MMMM, which is a complete copy of an FOMB discovery response, excerpts from which were previously submitted as Hein Ex. PP, #18760-25.

November 11, 2021

                                                                Respectfully Submitted,

                                                                /s/ Peter C. Hein
                                                                Peter C. Hein, pro se
                                                                101 Central Park West, Apt. 14E
                                                                New York, NY 10023
                                                                 petercheinsr@gmail.com

                                                                917-539-8487

-3-

## Second Supplemental Annotated Exhibit List of Peter C. Hein

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. LLLL | **Dkt #19164-1** | Puerto Rico Department of Treasury, Treasury Single Account (TSA) FY 2022 Cash Flow as of October 29, 2021 | Admit, to show statements made |
| Hein Ex. MMMM | **Dkt #19164-2** | FOMB responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein - Set 1 (complete copy of document; excerpts were previously submitted as Hein Ex. PP, #18760-25) | Admit, to show statements made and positions taken |