UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

              Debtors.

-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS
(Jointly Administered)

**AMENDED SECOND SUPPLEMENTAL ANNOTATED EXHIBIT LIST OF PETER C. HEIN — REFILED WITH DOCKET #19164 REFERENCES**

Dated: November 11, 2021

-2-

**SECOND SUPPLEMENTAL ANNOTATED EXHIBIT LIST OF PETER C. HEIN —
REFILED WITH DOCKET #19164 REFERENCES**

      I am submitting two additional exhibits: (1) Hein Ex. LLLL, which only became available on November 10, 2021, when the document was posted to EMMA by FAFAA, and (2) Hein Ex. MMMM, which (as corrected and re-filed herewith) includes all pages of FOMB's discovery response other than pages 2 through 6 and 15; portions of Hein Ex. MMMM were previously submitted as Hein Ex. PP, #18760-25.

November 11, 2021

                                                            Respectfully Submitted,

                                                            /s/ Peter C. Hein
                                                            Peter C. Hein, pro se
                                                            101 Central Park West, Apt. 14E
                                                           New York, NY 10023
                                                           petercheinsr@gmail.com

                                                           917-539-8487

-3-

## Second Supplemental Annotated Exhibit List of Peter C. Hein

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. LLLL | **Dkt #19164-1** | Puerto Rico Department of Treasury, Treasury Single Account (TSA) FY 2022 Cash Flow as of October 29, 2021 | Admit, to show statements made |
| Hein Ex. MMMM | **Dkt #19164-2** | FOMB responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein - Set 1 (includes all pages from FOMB's discovery response other than pages 2 through 6 and 15; excerpts from this exhibit were previously submitted as Hein Ex. PP, #18760-25) | Admit, to show statements made and positions taken |

-3-