# **EXHIBIT A**

**Schedule of Seventeenth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| Rosario Marrero, Jose M. | 82884 | c | Litigation Claim | CD16-449(201) | Initial Transfer |
| Moran-Rivera, Luna | 347 | c | Litigation Claim | FDP2017-0152 | Initial Transfer |
| Rivera-Calderin, Jacqueline | 349 | c | Litigation Claim | FDP2017-0152 | Initial Transfer |
| Juarbe De Jesus, Angel | 9478 | c | Electrical Contact | CFDP2011-0014 | Initial Transfer |
| K.L.T. | 9119 | d | Electrical Contact | CFDP2011-0014 | Initial Transfer |
| N.L.M. | 9516 | d | Electrical Contact | CFDP2011-0014 | Initial Transfer |
| Orjales Sanchez, Georgina | 9500 | c | Electrical Contact | CFDP2011-0014 | Initial Transfer |
| Orjales Sanchez, Luz Delia | 9492 | c | Electrical Contact | CFDP2011-0014 | Initial Transfer |
| Y.L.M. | 8864 | d | Electrical Contact | CFDP2011-0014 | Initial Transfer |
| Santiago Acuna, Virginia M. | 23428 | f | Litigation Claim | DDP2015-0473 (401) | Initial Transfer |
| Matos Rodriguez, Jose | 8785 | d | Litigation Claim | DDP2016-0133 (505) | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| Claim Amount Key |
| --- |
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |