**<u>Attachment 1</u>**

## Schedule A

**Exhibit A**

The following chart includes the Monolines' currently anticipated Confirmation Hearing Exhibits. The Monolines reserve the right to designate additional Confirmation Hearing Exhibits prior to the Confirmation Hearing.

| Exhibit No. | Description | ECF No. | Basis |
|---|---|---|---|
| Ex. 1 | Resolution No. 68-18, Adopted June 13, 1968, Authorizing and Securing Highway Revenue Bonds | 18813-1 | Admit for all purposes |
| Ex. 2 | Resolution No. 98-06, Adopted February 26, 1998, Authorizing and Securing Transportation Revenue Bonds | 18813-2 | Admit for all purposes |
| Ex. 3 | HTA[3] Resolution No. 83-01 | 18813-3 | Admit for all purposes. |
| Ex. 4 | HTA Resolution No. 98-08 | 18813-4 | Admit for all purposes. |
| Ex. 5 | Resolution 2002-04 excerpted from closing binder for HTA Series D, Series E, Series F Bonds (Feb. 7, 2002) | 18813-5 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 6 | Closing binder containing documents from the 2002 HTA bond issuance of Series D, Series E, Series F Bonds (Feb. 7, 2002) | 18813-6 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 7 | Security Agreement by and between HTA and Owners of Transportation Revenue Bonds, dated February 7, 2002 and UCC-1 filed by HTA | 18813-7 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 8 | HTA Resolution 2003-23, Authorizing 2003 Revenue Refunding Bonds Series AA | 18813-8 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 9 | HTA Resolutions, including Resolution 2003-30 at HTA_STAY0004474-75 | 18813-9 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 10 | Official Statement for HTA Series AA Bonds Issued Pursuant to 1968 Resolution, dated April 10, 2003 | 18813-1 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 11 | Official Statement, HTA 1977 Series L Highway Revenue Bonds | 18814-1 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 12 | Official Statement, Series Y&Z Highway Bonds | 18814-2 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 13 | 2010 Reoffering Circular re: Series AA and Series H Bonds | 18814-3 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 14 | GDB[4] Resolution EC-2010-18 | 18814-4 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 15 | GDB Resolution 9179-A | 18814-5 | Withdrawn in view of the Court's recently issued decisions. |

| Exhibit No. | Description | ECF No. | Basis |
|---|---|---|---|
| Ex. 16 | GDB Resolution EC-1697 | 18814-6 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 17 | HTA Resolution No. 2008-31 | 18814-7 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 18 | GDB Resolution 8804 | 18814-8 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 19 | GDB Resolution 9195 | 18814-9 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 20 | GDB Resolution 9296 | 18814-10 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 21 | HTA Resolution Num. 2010-15 | 18814-11 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 22 | HTA Resolution No. 2010-19 | 18814-12 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 23 | HTA Resolution 2009-01 | 18814-13 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 24 | GDB Resolution 9024 | 18814-14 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 25 | GDB Resolution EC-2009-05 | 18814-15 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 26 | HTA Resolution 2009-24 | 18814-16 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 27 | HTA Resolution 2008-13 | 18814-17 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 28 | Letter from GDB to HTA dated 11/10/09 | 18814-18 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 29 | Letter from GDB to HTA dated 8/1/2018 | 18814-19 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 30 | Letter from GDB to HTA dated 6/24/10 | 18814-20 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 31 | Letter from GDB to HTA dated 10/6/09 | 18814-21 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 32 | Letter from GDB to HTA dated 1/26/09 | 18814-22 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 33 | Spreadsheet Tracking HTA Revenues 2017-2020 | 18814-23 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 34 | AAFAF FY16-FY21 HTA Flow of Funds Summary | 18814-24 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 35 | March 19, 2008 Loan Agreement and Amendments | 18814-25 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 36 | August 6, 2008 Loan Agreement and Amendments | 18814-26 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 37 | October 30, 2009 Loan Agreement and Amendments | 18814-27 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 38 | October 30, 2009 Loan Agreement II and Amendments | 18814-28 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 39 | October 30, 2009 Amended and Restated Loan Agreement and Amendments | 18814-29 | Withdrawn in view of the Court's recently issued decisions. |

2

| Exhibit No. | Description | ECF No. | Basis |
|---|---|---|---|
| Ex. 40 | November 9, 2009 Loan Agreement and Amendments | 18814-30 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 41 | June 30, 2010 Loan Agreement and Amendments | 18814-31 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 42 | July 13, 2010 Loan Agreement and Amendments | 18814-32 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 43 | August 27, 2010 Loan Agreement and Amendments | 18815-1 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 44 | August 27, 2010 Loan Agreement II | 18815-2 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 45 | August 28, 2013 Loan Agreement and Amendments | 18815-3 | Admit for all purposes. |
| Ex. 46 | October 27, 2011 Spanish Language Loan Agreement and Amendments (certified translation attached) | 18815-4 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 47 | November 29, 2011 Spanish Language Loan Agreement and Amendments | 18815-5 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 48 | September 12, 2012 Spanish Language Loan Agreement and Amendments | 18815-6 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 49 | February 28, 2013 Spanish Language Loan Agreement and Amendments | 18815-7 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 50 | January 16, 2014 Spanish Language Loan Agreement and Amendments | 18815-8 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 51 | GDB-HTA Promissory Notes (certified translations attached for Spanish language promissory notes) | 18815-9 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 52 | GDB Assignment and Security Agreement and Amendments | 18815-10 | Admit for all purposes. |
| Ex. 53 | UCC-1 Financing Statement filed by HTA, August 2013 and Financing Statement Amendment | 18815-11 | Admit for all purposes. |
| Ex. 54 | UCC Financing Statements filed by Puerto Rico Highway and Transportation Authority | 18815-12 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 55 | GDB Qualifying Modification Solicitation Statement, August 9, 2018 | 18816-1 and 18816-2 | Withdrawn in view of the Court's recently issued decisions. |

3

| Exhibit No. | Description | ECF No. | Basis |
|---|---|---|---|
| Ex. 56 | HTA Audited Financial Statements – 2008-2019  (2010, 2014, 2015, 2019 HTA Audited Financial Statements are available on the EMMA online database) | 18816-3 through 18816-7 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 57 | Commonwealth Financial Statements 1998-2018 (Commonwealth Financial Statements from 1998-2018 are available on the Departmento de Hacienda website) | 18817-1 through 18817-7 | Withdrawn in view of the Court's recently issued decisions. |
| Ex. 58 | Official Statement for HTA Series M and Series N Transportation Revenue Bonds issued pursuant to 1998 Resolution | 18817-8 | Withdrawn in view of the Court's recently issued decisions. |

**<u>Schedule B</u>**

*In re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS

## U.S. BANK'S EXHIBIT LIST
## <u>IN CONNECTION WITH THE PLAN CONFIRMATION HEARING</u>

| Exhibit Identifier | Description of Exhibit | Basis |
|---|---|---|
| USB Exhibit A | Certified Copy of the Trust Agreement between PFC and the U.S. Bank as Trustee | Admit |
| USB Exhibit B | PFC 2011 Promissory Notes | Admit |
| USB Exhibit C | PFC 2012 Promissory Notes | Admit |
| USB Exhibit D | Series 2011 A PFC Bonds Letter of Credit | Admit |
| USB Exhibit E | Series 2011 B PFC Bonds Letter of Credit | Admit |
| USB Exhibit F | Series 2012 A PFC Bonds Letter of Credit | Admit |
| USB Exhibit G | Act 164 of December 17, 2001 | Identification |
| USB Exhibit H | Act 85 of June 13, 1998 | Identification |
| USB Exhibit I | Joint Resolution 523 of August 24, 2000 | Identification |
| USB Exhibit J | Act 113 of September 27, 1994 | Identification |
| USB Exhibit K | Act No. 21 of 2016, the Debt Moratorium Act | Identification |
| USB Exhibit L | Executive Order 2016-31 | Identification |
| USB Exhibit M | Executive Order 2016-30 | Identification |
| USB Exhibit N | Settlement Agreement and Invoice Instructions, entered into between AAFAF and U.S. Bank, dated December 21, 2018 | Identification |

| USB Exhibit O | Proof of Claim filed by U.S. Bank as Trustee for the PFC Bonds, dated May 18, 2018 | Identification |
|---|---|---|
| USB Exhibit P | Government Development Bank Title VI Solicitation Statement and Qualifying Modification | Identification |
| USB Exhibit Q | Trust Agreement between Puerto Rico Infrastructure Financing Authority with Citibank, dated October 1, 1988 | Admit |
| USB Exhibit R | Puerto Rico Public Buildings Authority Resolution No. 468, adopted June 22, 1995 | Admit |
| USB Exhibit S | Proof of Claim filed by U.S. Bank as Successor Trustee for the PRIFA Bonds, dated May 18, 2018 | Identification |
| USB Exhibit T | Proof of Claim filed by U.S. Bank as Fiscal Agent for the PBA Bonds, dated June 27, 2018 | Identification |
| USB Exhibit U | Proof of Claim filed by U.S. Bank as Fiscal Agent for the PBA Bonds, dated July 29, 2020 | Identification |

## **Schedule C**

In *re Financial Oversight and Management Board for Puerto Rico*, Case No. 17-bk-3283-LTS
Official Committee of Retired Employees of the Commonwealth of Puerto Rico's Confirmation Hearing Exhibit List – October 27, 2021

| Exhibit No. | Description | Confidential | Basis |
|---|---|---|---|
| RTC Ex. 1 | Expert Report of Dr. Simon Johnson "Testimony of Simon Johnson September 13, 2021" | | Admit |

## Schedule D

# Suiza Dairy, Inc.' Exhibit List

| Exhibit number | DESCRIPTION OF EXHIBIT | Admissibility Agreement |
|---|---|---|
| **1** | Withdrawn | N/A |
| **2** | Amended Opinion and Order Dkt 2289 in case 04-1840 before the PR Federal District Court | Admitted into evidence for all purposes |
| **3** | Opinion and Order Dkt 480 in case 04-1840 before the PR Federal District Court | Admitted into evidence for all purposes |

**Schedule E**

**ANNOTATED EXHIBIT LIST OF PETER C. HEIN – ADMISSIBILITY AGREED**

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. A [previously Ex. 1] | **#18758-1** (also #9508-2) | Official Statement for Series 2012A Commonwealth General Obligation Bonds (excerpts)[This set of excerpts are cited in #18575] | Admit, to show statements made[1] |
| Hein Ex. B [previously Ex. 2] | **#18758-2** (also #18575-page-77-to-106-of-303 (Exhibit A to #18575)) | Official Statement for Public Building Authority bonds Series Q (excerpts) | Admit, to show statements made |
| Hein Ex. C [previously Ex. 3] | **#18758-3** (also #7961-1-page-6-to-8-of-71) | Screenshot taken 6/24/2019 from Puerto Rico "Investor Resources" website for Commonwealth of Puerto Rico | Admit, to show statements made |
| Hein Ex. D [previously Ex. 4] | **#18758-4** (also #10029-5) | Screenshot taken 1/9/2020 of Puerto Rico "Investor Resources" webpage for Commonwealth of Puerto Rico | Admit, to show statements made |
| Hein Ex. E [previously Ex. 5] | **#18758-5** (also #18575-page-107-to-126-of-303 (Exhibit B to #18575)) | Kobre & Kim August 20, 2018 report (excerpts) | Admit, to show statements made |

---

[1] Documents issued or prepared by the Commonwealth of Puerto Rico or FOMB or persons working on their behalf designated in this list as "Admit, to show statements made" are offered to show statements made by the Commonwealth of Puerto Rico or FOMB or persons working on their behalf, including statements that are admissions by Commonwealth and FOMB or statements against interest.  By offering these documents, I am not agreeing to or acknowledging the truth of all of the statements in these documents made by the Commonwealth of Puerto Rico or FOMB or the persons working on their behalf.

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. F [previously Ex. 6] | **#18758-6** (also #18575-page-127-to-137-of-303 (Exhibit C to #18575)) | Summary of bank account balances for the Commonwealth of Puerto Rico and its instrumentalities, information as of August 31, 2021, dated September 30, 2021 (excerpts) | Admit, to show statements made |
| Hein Ex. G [previously Ex. 7] | **#18758-7** (also #18575-page-138-to-153-of-303 (Exhibit D to #18575)) | Puerto Rico Department of the Treasury, Treasury single account, FY 2022 cash flow as of October 1, 2021 (excerpts) | Admit, to show statements made |
| Hein Ex. H [previously Ex. 8] | **#18759-1** (also #18181-page-26-to-64-of-157 (Ex. A to #18181); also in record at #17628-8) | Commonwealth 4/23/2021 fiscal plan, certified by FOMB (excerpts) | Admit, to show statements made |
| Hein Ex. I [previously Ex. 9] | **#18759-2** (also #15988-5-page-2-of-272 and #18181-page-65-to-102-of-157 (Ex. B to #18181); also in record at #15988-5) | Commonwealth 5/27/2020 fiscal plan, certified by FOMB (excerpts) | Admit, to show statements made |
| Hein Ex. J [previously Ex. 10] | **#18759-3** (also #18181-page-103-to-105-of-157) | United States Census "quick facts" Puerto Rico | Admit, U.S. Gov't record[2] |
| Hein Ex. K [previously Ex. 11] | **#18759-4** (also #18181-page-106-to-121-of-157) | TSA FY 2021 cash flow, for month of June FY21 and Q421 (excerpts) | Admit, to show statements made |

---

[2] From United States Government website and constituting a U.S. government record.

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. L [previously Ex. 12] | **#18759-5** (also #18575-page-154-to-157-of-303 (Exhibit E to #18575)) | FAFAA PayGo and individual contribution debt by entity, June 30, 2018 (excerpts) | Admit, to show statements made |
| Hein Ex. M [previously Ex. 13] | **#18759-6** (also #18575-page-158-to-160-of-303 (Exhibit F to #18575)) | FAFAA PayGo and individual contribution debt by entity, August 15, 2019 (excerpts) | Admit, to show statements made |
| Hein Ex. N [previously Ex. 14] | **#18759-7** (also #18575-page-161-to-164-of-303 (Exhibit G)) | FAFAA PayGo and individual contribution debt by entity, for the month of June FY2020 (excerpts) | Admit, to show statements made |
| Hein Ex. O [previously Ex. 15] | **#18759-8** (also #18575-page-165-to-168-of-303 (Exhibit H)) | FAFAA PayGo and individual contribution debt by entity, for the month of June FY2021 (excerpts) | Admit, to show statements made |
| Hein Ex. P [previously Ex. 16] | **#18759-9** (also #18575-page-169-of-303 (Exhibit I)) | CRIM summary of current year tax billings vs. current year tax collections | Admit, to show statements made |
| Hein Ex. Q [previously Ex. 17] | **#18759-10** (also #18575-page-171-to-172-of-303 (Exhibit K)) | Commonwealth of Puerto Rico, update on fiscal and economic progress, FY 2014 Q1 Investor Webcast-October 15, 2013 (excerpts) | Admit, to show statements made |
| Hein Ex. R [previously Ex. 18] | **#18760-1** (also #18575-page-173-to-177-of-303 (Exhibit L)) | Commonwealth of Puerto Rico tax reform assessment project, executive summary, October 31, 2014 (excerpts) | Admit, to show statements made |
| Hein Ex. S [previously Ex. 19] | **#18760-2** (also #18575-page-178-to-182-of-303 (Exhibit M)) | Screenshots from Invest Puerto Rico website re Puerto Rico tax incentives | Admit, to show statements made, but not for truth[3] |

---

[3] Invest Puerto Rico, Inc. is referenced in Act 60-2019 (Ex. FFFF/84).  See Statement of Motives p.3, par (d), p.9, p.28 Section 1020.01(a)(37) (which describes it as "Nonprofit entity

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. T [previously Ex. 20] | **#18760-3** (also #18575-page-183-to-187-of-303 (Exhibit N)) | FAFAA, "prepared for the FOMB", requirement 2(G), Office of the Administration and Transformation of Human Resources, Attendance Report, as of October 2020 | Admit, to show statements made |
| Hein Ex. U [previously Ex. 21] | **#18760-4** (also #18575-page-188-of-303 (Exhibit O)) | Screenshot from Puerto Rico comptroller contract registry showing 9789 advertising, representation and artistic services contracts | Admit, to show statements made |
| Hein Ex. V [previously Ex. 22] | **#18760-5** (also #18575-page-189-to-190-of-303 (Exhibit P)) | Excerpts from Excel spreadsheet downloaded from Puerto Rico comptroller contract registry, showing dollar amount of advertising, representation or artistic services contracts of $301,418,709.56 | Admit, to show statements made |
| Hein Ex. W [previously Ex. 23] | **#18760-6** (also #18575-page-191-of-303 (Exhibit Q)) | Screenshot from Puerto Rico comptroller contract registry showing 9918 consulting services contracts | Admit, to show statements made |
| Hein Ex. X [previously Ex. 24] | **#18760-7** (also #18575-page-192-to-194-of-303 (Exhibit R)) | Excerpts from Excel spreadsheet downloaded from Puerto Rico comptroller contract registry showing aggregate dollar value of consulting services contracts of $2,375,668,318.52 | Admit, to show statements made |
| Hein Ex. Y [previously Ex. 25] | **#18760-8** (also #18575-page-195-of-303 (Exhibit S)) | List of Christmas bonuses paid produced by AAFAF | Admit, to show statements made |

---

created by the DEDC, as authorized by Act No. 13-2017, as amended"), Section 2034.01(a)(3), Section 2034.01(a)(8) - (10).

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. Z [previously Ex. 26] | **#18760-9** (also #18575-page-196-to-197-of-303 (Exhibit T)) | World Bank doing business 2017 (excerpt) | Admit, published World Bank report |
| Hein Ex. AA [previously Ex. 27] | **#18760-10** (also #18575-page-198-to-199-of-303 (Exhibit U)) | World Bank doing business 2020 (excerpt) | Admit, published World Bank report |
| Hein Ex. BB [previously Ex. 28] | **#18760-11** (also #18575-page-200-to-202-of-303 (Exhibit V)) | Letter from FOMB dated 10/14/2021 to Gov. Pierluisi, President of Senate of Puerto Rico and Speaker of the House of Representatives of Puerto Rico | Admit, to show statements made |
| Hein Ex. CC [previously Ex. 29] | **#18760-12** (also #18575-page-203-to-204-of-303 (Exhibit W)) | FOMB 10/8/2021 statement | Admit, to show statements made |
| Hein Ex. DD [previously Ex. 30] | **#18760-13** (also #18575-page-215-to-216-of-303 (Exhibit AA)) | FOMB 10/12/2021 letter to Secretary of Department of Treasury, Government of Puerto Rico | Admit, to show statements made |
| Hein Ex. EE [previously Ex. 31] | **#18760-14** (also #18575-page-217-to-219-of-303 (Exhibit BB)) | Puerto Rico tax expenditure report for tax year 2018 (excerpts) | Admit, to show statements made |
| Hein Ex. FF [previously Ex. 32] | **#18760-15** (also #18575-page-220-to-227-of-303 (Exhibit CC)) | FAFAA Puerto Rico Department of Treasury, Treasury single account, FY2018 cash flow (as of June 29, 2018) (excerpts) | Admit, to show statements made |
| Hein Ex. GG [previously Ex. 33] | **#18760-16** (also #18575-page-228-to-243-of-303 (Exhibit D)) | FAFAA Puerto Rico Department of Treasury, Treasury single account, FY2021 cash flow for the month of June FY21 and Q4 FY21 (excerpts) | Admit, to show statements made |

-7-

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. HH [previously Ex. 34] | **#18760-17** (also #18575-page-244-to-250-of-303 (Exhibit EE)) | 10/7/2021 Voluntary Corporate Action notice from Merrill regarding CUSIP 74514LB63 (redacted) | Admit, business record |
| Hein Ex. II [previously Ex. 35] | **#18760-18** (also #18575-page-251-to-256-of-303 (Exhibit FF)) | Notice dated 10/1/2021 from Merrill with respect to CUSIP 74514LB63 (redacted) | Admit, business record |
| Hein Ex. KK [previously Ex. 37] | **#18760-20** (also #18575-page-261-to-267-of-303 (Exhibit HH)) | AAFAF responses and objections, dated 8/27/2021, to requests for production of Peter C. Hein – Set 1 (excerpts) | Admit, to show statements made and positions taken[4] |
| Hein Ex. LL [previously Ex. 38] | **#18760-21** (also #18575-page-268-to-272-of-303 (Exhibit II)) | FOMB responses and objections, dated 8/27/2021, to requests for production of Peter C. Hein – Set 1 (excerpts) | Admit, to show statements made and positions taken |
| Hein Ex. MM [previously Ex. 39] | **#18760-22** (also #18575-page-273-to-278-of-303 (Exhibit JJ)) | AAFAF responses and objections, dated 9/24/2021, to requests for production of Peter C. Hein – Set 2 (excerpts) | Admit, to show statements made and positions taken |
| Hein Ex. NN [previously Ex. 40] | **#18760-23** (also #18575-page-279-to-286-of-303 (Exhibit KK)) | FOMB responses and objections, dated 9/24/2021, to requests for production of Peter C. Hein – Set 2 (excerpts) | Admit, to show statements made and positions taken |
| Hein Ex. OO [previously Ex. 41] | **#18760-24** (also #18575-page-287-to-295-of-303 (Exhibit LL)) | AAFAF responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein – Set 1 (excerpts) | Admit, to show statements made and positions taken |

---

[4] Exhibits KK/37 through PP/42 are excerpts from FOMB and AAFAF discovery responses. These are being offered to show the statements made and positions taken in such responses, without my agreeing to or acknowledging the truth of the AAFAF or FOMB statements.

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. PP [previously Ex. 42] | **#18760-25** (also #18575-page-296-to-303-of-303 (Exhibit MM)) | FOMB responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein - Set 1 (excerpts) | Admit, to show statements made and positions taken |
| Hein Ex. QQ [previously Ex. 43] | **#18760-26** (also #18181-page-122-to-124-of-157 (Exhibit E to #18181)) | June 1, 2021 press release of Puerto Rico Federal Affairs Administration | Admit, to show statements made |
| Hein Ex. RR [previously Ex. 44] | **#18760-27** (also #18181-page-125-to-126-of-157 (Exhibit F to #18181)) | Budget of the US Government, fiscal year 2022 (excerpts) | Admit, U.S. Gov't record |
| Hein Ex. SS [previously Ex. 45] | **#18760-28** (also #18181-page-127-of-157 (Exhibit G to #18181)) | July 29, 2021 press release of Puerto Rico Federal Affairs Administration | Admit, to show statements made |
| Hein Ex. TT [previously Ex. 46] | **#18760-29** (also #18181-page-128-to-130-of-157 (Exhibit H to #18181)) | 9-15-2021 press release from office of Resident Commissioner Jennifer Gonzalez-Colón | Admit, to show statements of public official |
| Hein Ex. UU [previously Ex. 47] | **#18760-30** (also #18181-page-131-to-134-of-157 (Exhibit I to #18181)) | Report entitled "White House confirms Medicaid funding for Puerto Rico to avoid a fiscal cliff in the short term" from El Nuevo Dia | Admit, to show reported expectations |
| Hein Ex. VV [previously Ex. 48] | **#18760-31** (also #18181-page-136-to-144-of-157 (Exhibit J to #18181)) | Commonwealth of Puerto Rico basic financial statements for year ended June 30, 2018 with independent auditors report (excerpts) | Admit, to show statements made |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. WW [previously Ex. 49] | **#18760-32** (also #18181-page-145-to-149-of-157) | Summary of bank account balances for governmental Puerto Rico, as of July 30, 2021, dated August 31, 2021 (excerpts) | Admit, to show statements made |
| Hein Ex. XX [previously Ex. 50] | **#18760-33** (also #18181-page-150-to-152-of-157 (Exhibit L to #18181)) | FAFAA Puerto Rico Department of Treasury, Treasury single account, FY 2022 cash flow, as of September 3, 2021 (excerpts) | Admit, to show statements made |
| Hein Ex. YY [previously Ex. 51] | **#18761-1** (also #18181-page-156-to-157-of-157 (Exhibit N to #18181)) | FOMB 9/15/2021 letter to Governor Pierluisi, President of the Senate of Puerto Rico and Speaker of the House of Representatives of Puerto Rico | Admit, to show statements made |
| Hein Ex. ZZ [previously Ex. 52] | **#18761-2** (also #18439-page-21-to-36-of-38 (Exhibit F to #18439)) | 9/14/2021 notice from Morgan Stanley re CUSIP 74514LWZ6 (redacted) | Admit, business record |
| Hein Ex. BBB [previously Ex. 54] | **#18761-4** (also #18306-page-24-to-30-of-30 (Exhibit D to #18306)) | 9/24/2021 voluntary corporate action notice from Merrill re CUSIP 74514LB63 (redacted) | Admit, business record |
| Hein Ex. CCC [previously Ex. 55] | **#18761-5** (also #18237-page-16-to-31-of-35 (Exhibit A and B to #18237)) | 9/14/2021 notice from Merrill re CUSIP 74514LB63 (redacted) accompanied by 9-13-2021 Prime Clerk memo with list of CUSIPs | Admit, business record |
| Hein Ex. DDD [previously Ex. 56] | **#18761-6** (also #18237-page-32-to-35-of-35 (Exhibit C to #18237)) | Screenshot of Prime Clerk website link for "noteholder solicitation materials" | Admit, Prime Clerk website business record, and to show statements made by FOMB agent |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. EEE [previously Ex. 57] | **#18761-7** (also #17649-page-4-to-8-of-29 (Exhibit A to #17649)) | 8/2/2021 voluntary corporate action notice from Merrill regarding exchange opportunity posted in "Communications" tab of online account at Merrill (redacted) | Admit, business record |
| Hein Ex. FFF [previously Ex. 58] | **#18761-8** (also #17649-page-9-to-24-of-29 (Exhibit B to #17649)) | Alert of EMMA filing 7/27/2021 11:00 PM, followed by notice to holders of uninsured bonds regarding exchange opportunity (posted on EMMA), followed by copy of PSA (excerpts) | Admit, to show what was posted on MSRB EMMA website and statements made by or on behalf of Commonwealth and FOMB |
| Hein Ex. GGG [previously Ex. 59] | **#18761-9** (also #17649-page-25-to-29-of-29 (Exhibit C to #17649)) | Alert of EMMA filing 7/30/2021 5:00 PM, followed by notice to holders of uninsured bonds regarding exchange opportunity (posted on EMMA) | Admit, to show what was posted on MSRB EMMA website and statements made by or on behalf of Commonwealth and FOMB |
| Hein Ex. HHH [previously Ex. 60] | **#18763-1** (also #17524-page-23-to-26-of-41 (Exhibit A to #17524)) | FOMB 9/27/2019 media release "Oversight Board proposes plan of adjustment to restructure Commonwealth of Puerto Rico debt and other claims" | Admit, to show statements made |
| Hein Ex. III [previously Ex. 61] | **#18763-2** (also #17524-page-27-to-33-of-41 (Exhibit B to #17524)) | FAAFA Puerto Rico Department of the Treasury, Treasury single account, FY 2022 cash flow, as of July 9, 2021, posted on EMMA 7-21-2021 (excerpts) | Admit, to show statements made |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. JJJ [previously Ex. 62] | **#18763-3** (also #17524-page-37-to-41-of-41 (Exhibit D to #17524)) | Summary of holdings of certain ad hoc bondholder groups referred to in FOMB opposition brief | Admit, summary of filings in the docket at docket locations specified.  See F.R. Evid. 1006. |
| Hein Ex. KKK [previously Ex. 63] | **#18763-4** (also #16908-page-48-to-69-of-178 (Exhibit A to #16908)) | Official statement for Commonwealth of Puerto Rico GO bonds, series 2009C (December 3, 2009) (excerpts) | Admit, to show statements made |
| Hein Ex. LLL [previously Ex. 64] | **#18763-5** (also #16908-page-70-to-97-of-178 (Exhibit B to #16908)) | Official statement for Commonwealth of Puerto Rico GO series 2012A, dated March 7, 2012 (excerpts)[This set of excerpts are more comprehensive than those in #9508-2] | Admit, to show statements made |
| Hein Ex. MMM [previously Ex. 65] | **#18763-6** (also #16908-page-98-to-112-of-178 (Exhibit C to #16908)) | Trading histories from Municipal Securities Rulemaking Board Electronic Municipal Market Access ("EMMA") database for CUSIP 74514LWA1, 74514LB63 | Admit, market reports published on the Municipal Securities Rulemaking Board Electronic Municipal Market Access publicly accessible database.  See F.R. Evid. 803(17). |
| Hein Ex. NNN [previously Ex. 66] | **#18763-7** (also #16908-page-113-to-120-of-178 (Exhibit E to #16908)) | Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, basic financial statements and required supplementary information, June 30, 2017, with independent auditors' report thereon (excerpts) | Admit, to show statements made |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. OOO [previously Ex. 67] | **#18763-8** (also #16908-page-121-to-127-of-178 (Exhibit F to #16908)) | Puerto Rico Government Employees Retirement System, June 30, 2017 actuarial valuation report (excerpts) | Admit, to show statements made |
| Hein Ex. PPP [previously Ex. 68] | **#18763-9** (also #16908-page-128-to-144-of-178 (Exhibit G to #16908)) | Commonwealth of Puerto Rico comprehensive annual financial report year ended June 30, 2011, with independent auditors' report dated 4-27-2012 (excerpts) | Admit, to show statements made |
| Hein Ex. QQQ [previously Ex. 69] | **#18763-10** (also #16908-page-145-to-150-of-178 (Exhibit H to #16908)) | Commonwealth of Puerto Rico basic financial statements and required supplementary information, FYE June 30, 2013, with independent auditors' report dated 6-30-2014 (excerpts) | Admit, to show statements made |
| Hein Ex. RRR [previously Ex. 70] | **#18763-11** (also #16908-page-151-to-155-of-178 (Exhibit J to #16908)) | Commonwealth of Puerto Rico basic financial statements and required supplementary information, June 30, 2017, with independent auditors' report dated 8-31-2020, preceded by 9-1-2020 EMMA filing cover sheet (excerpts) | Admit, to show statements made |
| Hein Ex. SSS [previously Ex. 71] | **#18763-12** (also #16908-page-161-to-171-of-178 (Exhibit M to #16908)) | Commonwealth fiscal plan dated June 29, 2018, as certified by FOMB (excerpts) | Admit, to show statements made |
| Hein Ex. TTT [previously Ex. 72] | **#18763-13** (also Exhibit NN (#18647-page-17-to-32-of-35)) | 10/20/2021 EMMA posting of Treasury single account, FY 2022 cash flow, as of 10/8/2021 (excerpt) | Admit, to show statements made |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. UUU [previously Ex. 73] | **#18763-14** (also Exhibit OO (#18647-page-33-to-35-of-35)) | 10/21/2021 FOMB statement | Admit, to show statements made |
| Hein Ex. VVV [previously Ex. 74] | **#18763-15** (also #7961-1-page-33-to-34-of-71) | Commonwealth of Puerto Rico basic financial statements, June 30, 2016, with independent auditors' report thereon (excerpts) | Admit, to show statements made |
| Hein Ex. WWW [previously Ex. 75] | **#18763-16** (also #7961-1-page-56-to-66-of-71) | Contract 2018-00172 between Banco Popular and Puerto Rico Department of Treasury | Admit, to show statements made |
| Hein Ex. XXX [previously Ex. 76] | **#18764-1** (also #7961-1-page-67-of-71) | Department of Treasury Circular Letter 1300-33-18 | Admit, to show statements made |
| Hein Ex. YYY [previously Ex. 77] | **#18764-2** (also #10029-4) | Commonwealth of Puerto Rico comprehensive annual financial report, year ended June 30, 2012, with independent auditors' report dated 9-16-2013 (excerpts) | Admit, to show statements made |
| Hein Ex. ZZZ [previously Ex. 78] | **#18764-3** (also #18575-page-170-of-303 (Exhibit J to #18575)) | Summary of PayGo costs produced by AAFAF | Admit, to show statements made |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. AAAA [previously Ex. 79] | | By agreement, FOMB has permitted me to use in publicly-filed papers the number for total Initial GO/PBA PSA Creditor bond claims from confidential document ($11.779 billion as of 2/22/2021).  Accordingly, an exhibit number has been assigned but I do not anticipate the need to offer the physical document as long as counsel agree that that is the number in the document. (DocID230822 (in data room), DS-065361 (referred to in #18575-page-52-of-303)) | Admit to show (by agreement) stated number on confidential document posted by FOMB in the data room |
| Hein Ex. BBBB [previously Ex. 80] | **18823-1** | Document identifying portion of bond claims that participated in the 7/27/2021 CUSIP exchange offer. (DocID234213, FOMB_CONF_88826 (in data room) (referred to in #18575-page-53-of-303)) | Admit, to show statements made |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. CCCC [previously Ex. 81] | | Confidential document in data room that includes an aggregate number of $464,591,994 uncollected from 2002 through some point in 2019.  By agreement, AAFAF has permitted me to use this number in publicly-filed papers, even while claiming confidential status for the entire document.  Accordingly, an exhibit number has been assigned but I do not anticipate the need to offer the physical document as long as counsel agree that that is the number in the document. (ASSETS_2004_0002154 to 2169, at 2169, at 2169 (in data room) (referred to in #18575-page-61-of-303)) | Admit to show (by agreement) stated number on confidential document posted by FOMB/AAFAF in the data room |
| Hein Ex. DDDD [previously Ex. 82] | **18823-2** | Screenshot of PWC webpage showing public record information on Puerto Rico tax rates (https://taxsummaries.pwc.com /puerto-rico/individual/taxes-on-personal-income (referred to in #18575-page-63-of-303)) | Admit, see F.R. Evid. 803(17). |
| Hein Ex. EEEE [previously Ex. 83] | **18823-3** | Act 257-2018, English text as provided by AAFAF. (AAFAF_CONF_0008098 (in data room) (referred to in #18575-page-64-of-303)) | Admit, to show the legislation adopted |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. FFFF [previously Ex. 84] | **18823-4** | Act 60-2019, English text as provided by AAFAF. (AAFAF_CONF_0007654 (in data room) (referred to in #18575-page-64-of-303)) | Admit, to show the legislation adopted |
| Hein Ex. GGGG [previously Ex. 85] | **18823-5** | Act 40-2020, English text as provided by AAFAF. (AAFAF_CONF_0007494 (in data room) (referred to in #18575-page-66-of-303)) | Admit, to show the legislation adopted |
| Hein Ex. HHHH [previously Ex. 86] | **18823-6** | Act 57-2020, English text as provided by AAFAF. (AAFAF_CONF_0008326 (in data room) (referred to in #18575-page-66-of-303)) | Admit, to show the legislation adopted |
| Hein Ex. IIII [previously Ex. 87] | **18823-7** (also at #4606-8-page-167-to-170-of-180) | Contemporaneous report on Act 257-2018 by Reuters (#4606-8-page-167-to-170-of-180)) | Admit, to show reported understanding of the effect of Act 257-2018 |

## Schedule F

### Supplemental Annotated Exhibit List of Peter C. Hein

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
|---|---|---|---|
| Hein Ex. JJJJ | #19094-1 (also Exhibit J to #18575, filed at #18575-page-170-of-303) | Summary of PayGo costs for FY 2018-FY 2021 produced by AAFAF (AAFAF_CONF_0008453)(referred to in Hein Declaration ¶24 (#18575-page-60-of-303)) | Admit, to show statements made |
| Hein Ex. KKKK | #19094-2 (also filed at #7540-1-page-1-to-67-of-70) | Table showing price of illustrative CUSIPs of bonds sold in 2009, 2011, 2012, and attached trading histories from Municipal Securities Rulemaking Board Electronic Municipal Market Access ("Emma") database, for CUSIP 74514LWA1, 74514LWZ6, 74514LB63 (referred to in Hein Declaration ¶¶55-58 (18575-page-70-to-71-of-303)) | Admit, market reports published in Municipal Securities Rulemaking Board Electronic Municipal Market Access publicly accessible database, and summary thereof. See F.R. Evid. 803(17), F.R. Evid. 1006 |

## Schedule G

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

              Debtors.

-----------------------------------------------------------------x

PROMESA
Title III


No. 17 BK 3283-LTS
(Jointly Administered)


**AMENDED SECOND SUPPLEMENTAL ANNOTATED EXHIBIT LIST OF PETER C.
HEIN — REFILED WITH DOCKET #19164 REFERENCES**


Dated: November 11, 2021

**SECOND SUPPLEMENTAL ANNOTATED EXHIBIT LIST OF PETER C. HEIN —
REFILED WITH DOCKET #19164 REFERENCES**

I am submitting two additional exhibits:  (1) Hein Ex. LLLL, which only became

available on November 10, 2021, when the document was posted to EMMA by FAFAA, and (2)

Hein Ex. MMMM, which (as corrected and re-filed herewith) includes all pages of FOMB's

discovery response other than pages 2 through 6 and 15; portions of Hein Ex. MMMM were

previously submitted as Hein Ex. PP, #18760-25.


November 11, 2021


Respectfully Submitted,


/s/ Peter C. Hein
Peter C. Hein, pro se
101 Central Park West, Apt. 14E
New York, NY  10023
petercheinsr@gmail.com

917-539-8487

### Second Supplemental Annotated Exhibit List of Peter C. Hein

| Exhibit Identifier | Docket Entry No. | Description of Exhibit | Basis or Purpose of Offer |
| --- | --- | --- | --- |
| Hein Ex. LLLL | **Dkt #19164-1** | Puerto Rico Department of Treasury, Treasury Single Account (TSA) FY 2022 Cash Flow as of October 29, 2021 | Admit, to show statements made |
| Hein Ex. MMMM | **Dkt #19164-2** | FOMB responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein - Set 1 (includes all pages from FOMB's discovery response other than pages 2 through 6 and 15; excerpts from this exhibit were previously submitted as Hein Ex. PP, #18760-25) | Admit, to show statements made and positions taken |