22 de Octubre 2021

Secretaria del Tribunal de distrito de los Estados Unidos
Para el Honorable Estado Distrito Juez Laura Taylor Swain.
Estoy inpugnando todas las objeciones que me han mandado en la ultima carta. Estuve buscando 3 personas que tenian la evidencia sobre Ley Promesa Titulo III No 17 BK 3283 - LTS. Estas personas fallecieron hacen años y No pude obtener evidencia de documentos que ustedes desean tener. ya esos documentos hacen años No existen, los documentos afirmaba exactamente todo lo que trabajé en la corporación azucarera de P.R. yo estoy desepcionado y No acepto todas esas ecepciones de objetarme.

Apendix: abril Objeción ECF No: 16021;
ECF No: 16030; ECF No: 16023; ECF No. 16027;
Junio Obeción ECF No. 16441; ECF No 16638; No 8105
ECF No. 16643

Agosto Objeción ECF No. 17085, ECF No. 17101, ECF No. 17081, ECF No. 17087 No. 24670; ECF No. 17105; ECF No. 17109; 139753, 23016, 3398, 106293, 122933, 24315; ECF No. 17109, 28171, 25360 27235; 3398, 6725, ECF No. 17092, 35262, 42061, 46270, 48743, 32722, 26316, 26027; ECF No. 17111;

October Objeción: ECF No. 17112; 16802; 102255; 10904; ECF No. 17919; ECF No. 17921, ECF 17927; ECF No. 17927; ECF No. 17929; 17933; 17934, CEF No. 17935; CEF No. 17918, ECF No. 17923; 17914; 17916 ECF No. 17917; ECF No. 17920, ECF No. 17922

ECF-No: 17925, LLC 4349; ECF No. 17971

E. Noviembre Objeción

ECF No. 179731; ECF No. 17974; ECF No. 17970; ECF No 17975, Claim No. 2862, ECF No. 17972; Claim No 4250 ECF No 17969.

Aquí les envío todas las objeciones que ustedes han redactado, los cuáles yo Julio C. Luna Santiago No estoy de acuerdo c todas esas objeciones que ustedes han puesto en los papeles qu me enviaron. No estoy de acuerdo deben hacer una revisión por med de alguna manera ó por computadora donde pueden encontr evidencia verdadera y contundente para que se den cuenta donde trabajé, cuánto tiempo estuve trabajando, mi sueldo mensu las vacaciones nunca las pagaron, dinero adeudado por enfermedad nosotros teníamos una unión, por favor examinen todas las cuentas que pertenecen a cada número que me han consolidad La presente radicación guarda relación con ELA, el SRE, La Act y la AEP.

También el El Título III Num. 17 BK 3283-LST

En la coorporación Azucarera de P.R. estuve trabajando

1. Los Cilos
2. El Enfriadero
3. Planta de carbon
4. Romana para pesar azucar negra
5. Romana para pesar azucar blanca
6. Química de Laboratorio
7. La Clarificadora
9. Los tanques de mezcla
10. Trabajé en los Tachos
11. El Mel
12. Tachos de Refinería
13. Tachos de fabrica
14. Empaque di azucar
15 Centrifuga

Estuve en varios barrios que podían tener la lista y me encontré que las tres personas que tenían las lista de comprobación de mi trabajo y todos mis papeles que justificaban mi trabajos, sueldos ect. Me encontré que habían fallecido y las listas nadie las obtuvieron ellos eran mis jefes en la Coorporación Azucarera de Puerto Rico. Lamento mucho no haber pedido evidencia contundente por eso les escribo para que por favor examinen bien mi caso de la Ley Promesa Titulo III No. 17BK 3283-LTS.

Reclamación Premesa Titulo III No 17 BK 3283-LST

Reclamación # 169013

Caso 17-03283        # SRF 55176

Tel 844-822-9231

Julio C. Luna Santiago
Cond. Riberas del Bucaná III
Edf. 2410 Apt. 453 Ponce,
P.R. 00731-6052

Cel. de Sr. Luna 787 974-1620
939 428 1030 Esposo
S.S. 9605
Nac. 24 Dic. 1963
57 años

★ Por favor enviarme las contestaciones y papeles en español ya que no sé Inglés

Salarios no pagados, Vacaciones, romerazo salario no pagados Salarios por enfermedad, Salarios no pagados por la unión de la corporación