Julio C. Luna Santiago
Cond. Riveras del Bucaná III
Edf 2410 Apt 453
Ponce P.R. 00731-5062



To: Clerks Office
United States Distric Court
Rom 150 Federal Building
San Juan, P.R. 00918-1767