United States District Court for Puerto Rico

Jaime A. Diaz O'Neill

v.

17-032 / 17-cv-2286
17-cv-2340 / 19-cv-1336
17-8966 / 17-8975
19-1167 / 20-1299

Commonwealth of Puerto Rico et. als

Urgent request from Mrs. Laura Taylor Swain to refer this case to the Federal Bureau of Investigations.

To the Honorable Court:

Appears Mr. Jaime A. Diaz O'Neill in its own right who subscribes and very respectfully exposes, alleges, and request:

1. These cases are related and intertwined with the murder of my father Maciel Diaz Jimenez cowardly murdered on 2 of december of 2005 one year after I was summarily fired from the Puerto Rico Aqueduct

and Sewer Authority of Puerto Rico.

2. After these cases were submitted in the district court for Puerto Rico in 2017 I travel to the United States due to Hurricane Maria and others related issues.

3. There flew from Miami, Fl to New York State I am arrested on 4 occasions all these false collateral arrests with appearance at the docket by individuals representing the government of Puerto Rico and representing the government of the United States, the most recent false arrest made here in San Juan, PR on September 18, 2021 after attending on September 17, 2021 to the Meeting of the fiscal control board in San Juan, PR

4. The timely default has been fabricated by the defendant in a concerted criminal action plus to a multiple assassination attemps, poisoning, kidnappings, poisoning by liquids and foods, others that I have had to live.

5. None of the foregoing is consistent with due process of law and the equal protection of the laws.

For all of which

I request from you Mrs. Laura Taylor Swain to refer this case to the FBI for collateral criminal investigation.

Respectfully submitted

Today 10 of November of 2021

Jaime A. Diaz O'Neill

PO box 9793
San Juan, PR 00908

787-447-2424

Jaimea.DiazONeill@ymail.com

Certificate of Service

Jaime A Diaz Orta

v.                                   17-03283 / 19-cv-1334
                                     17-8966 / 20-1299
Commonwealth of                      17-3975 / 19-1167
Puerto Rico et. als


I Jaime A Diaz Orta Hereby Certify under penalty of perjury that on 10 of November of 2021 I serve copies of urgent request from Mrs. Laura Taylor Swain to refer this case to the Federal Bureau of Investigations on the following parties by Mail to the record address

United States District Court of PR
Proskauer Rose llp    NY
Paul Hasting llp      NY


                        Jaime A Diaz Orta
                        10 of November of 2021