**EXHIBIT B**

PARTY WITNESS COVER SHEET

| Name of Party | Federación de Maestros de Puerto Rico, Inc. (FMPR), Grupo Magisterial Educadores(as) por la Democracia, Unidad, Cambio, Militancia y Organización Sindical, Inc. (EDUCAMOS), and Unión Nacional de Educadores y Trabajadores de la Educación, Inc. (UNETE) | | |
|---|---|---|---|
| Does the Party intend to offer a witness? | No. | | |
| Total Number of Witnesses | None. | | |
| Witness Name | Expert or Fact Witness | Is interpreter required? (Proponent of witness must provide certified interpreter)* | Scope of Testimony |
| | | | |
| | | | |
| | | | |
| | | | |
| I, [*insert filing attorney name* **or** *pro se party-in-interest*], certify that I have attached each evidentiary document referenced by the above-identified party as a separate exhibit to this cover letter. | | | |