**EXHIBIT C**

PARTY EXHIBIT COVER SHEET

| Name of Party | Federación de Maestros de Puerto Rico, Inc. (FMPR), Grupo Magisterial Educadores(as) por la Democracia, Unidad, Cambio, Militancia y Organización Sindical, Inc. (EDUCAMOS), and Unión Nacional de Educadores y Trabajadores de la Educación, Inc. (UNETE) |
|---|---|
| Does the Party intend to offer evidence? | No. |
| Total Number of Exhibits Offered by the Party | None. |

| Exhibit Identifier | Docket Entry No. | Description of Exhibit |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| *If a Party files a supplemental Exhibit Cover Sheet, the Party must include the Docket Entry No. of the original exhibit cover sheet in the new filing which must be clearly marked as a "Supplemental" Exhibit Cover Sheet filing. |  |  |

Pursuant to Bankruptcy Local Rule 9037-1(a), parties and counsel are solely responsible for redacting the personal identifiers enumerated in Fed. R. Bank. P. 9037(a).

I, [*insert filing attorney name* or *name of Pro Se Party in Interest*], certify that I have attached each evidentiary document listed above as a separate exhibit to this cover sheet.