## **Exhibit A**

**Proposed Order**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**ORDER GRANTING INFORMATIVE MOTION OF THE TEACHER'S ASSOCIATIONS REGARDING APPEARANCE OF COUNSEL AT CONFIRMATION HEARING AND FOR ENTRY OF ORDER GRANTING ACCESS TO REPRESENTATIVES OF THE TEACHER'S ASSOCIATIONS TO HEARING ON CONFIRMATION OF TITLE III JOINT PLAN OF ADJUSTMENT OF THE <u>COMMONWEALTH OF PUERTO RICO, ET AL.</u>**

Upon the *Informative Motion of the Teacher's Associations Regarding Appearance of Counsel at Confirmation Hearing and for Entry of Order Granting Access to Representatives of the Teacher's Associations to Hearing on Confirmation of Title III Joint Plan of Adjustment of The Commonwealth of Puerto Rico, et al.* (the "<u>Motion</u>"); and the Court having found it has subject

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of the Teacher's Associations and its members; and the Court having found that the Teacher's Members provided adequate and appropriate notice of the Motion and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Court takes notice of counsel's appearance at the November 17, 2021, Confirmation Hearing.

3. The Teacher's Associations shall provide to the Court, at promesaregistration@prd.uscourts.gov, an email address associated with one (1) representative for FMPR, EDUCAMOS and UNETE each, by November 15, 2021, at 11:59 pm (Atlantic Standard Time), so that the Court can grant the representatives of the Teacher's Associations videoconferencing access to the Confirmation Hearing, including, but not limited to closing arguments in connection therewith.

Dated: _____, 2021

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE