**Hearing Date**: TBD
**Objection Deadline**: December 5, 2021 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

**SUMMARY COVER SHEET FOR EIGHTH INTERIM APPLICATION OF
ILEANA C. CARDONA FERNANDEZ, ESQ., LOCAL CONFLICTS COUNSEL TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS
SPECIAL CLAIMS COMMITTEE,
FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT
OF EXPENSES FOR THE THIRTEENTH INTERIM FEE PERIOD
FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021**

**ALL FEES AND SERVICES IN THIS INTERIM APPLICATION
WERE INCURRED IN PUERTO RICO**

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

## Summary Sheet

| | |
|---|---|
| Name of Applicant: | Ileana C. Cardona Fernández, Esq. |
| Authorized to Provide Professional Services as: | Local Conflicts Counsel for The Financial Oversight and Management Board, acting through its Special Claims Committee |
| Name of Client: | The Financial Oversight and Management Board, acting through its Special Claims Committee |
| Petition Date: | May 3, 2017[2] |
| Retention Date: | April 30, 2019 |
| Compensation Period: | June 1, 2021 through September, 2021 (the "Compensation Period") |
| Total Compensation Sought: | $5,670.00 |
| Expense Reimbursement Sought: | $0.00 |
| Total Compensation and Expense Reimbursement Sought: | $5,670.00 |
| Prior Applications Filed: | 7 |

This is an: ___ monthly   _X_ interim   ___ final application

This is Ileana C. Cardona Fernández, Esq.'s eighth interim application in these cases (this "Application").

---

[2]   The petition date for the Commonwealth under Title III was May 3, 2017. The petition date for COFINA under Title III was May 5, 2017. The petition date for ERS and HTA under Title III was May 21, 2017. The petition date for PREPA under Title III was July 2, 2017.

Additional Information required pursuant to the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* effective as of November 1, 2013:

| | |
|---|---|
| Total Compensation Approved by Interim Order to Date: | $34,830.00 |
| Total Expense Reimbursement Approved by Interim Order to Date: | $400.00 |
| Total Allowed Compensation Paid to Date: | $34,830.00 |
| Total Allowed Expense Reimbursement Paid to Date: | $400.00 |
| Total Compensation Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $3,535.66 |
| Total Expense Reimbursement Sought in this Application Already Paid Pursuant to Monthly Compensation Statements but not yet Allowed: | $0.00 |
| Hourly Rate in this Application: | $225.00 |
| Number of Professionals in this Application: | 1 |
| Number of Professionals Billing Fewer than 15 hours in this Application: | 0 |
| Difference Between Fees Budgeted and Compensation Requested for this Period: | <50% under budget |
| Rate Increases Since Date of Retention: | None |
| Disclosure of Compensation Sought in this Application Using Rates Disclosed at Retention: | N/A |

**Summary of Prior Monthly Fee Statements for the Compensation Period
from June 1, 2021 through September 30, 2021**

| Date | Period Covered | Total Fees | Fees Requested (90%) | Holdback (10%) | Expenses Requested | Fees Paid[3] | Expenses Paid (100%) |
|---|---|---|---|---|---|---|---|
| 7/12/21 | June 1, 2021 – June 30, 2021 | $1,012.50 | $911.25 | $101.25 | $0.00 | $820.13 | $0.00 |
| 8/10/21 | July 1, 2021 – July 31, 2021 | $1,305.00 | $1,174.50 | $130.50 | $0.00 | $1,057.05 | $0.00 |
| 9/10/21 | August 1, 2021 – August 31, 2021 | $2,047.50 | $1,842.75 | $204.75 | $0.00 | $1,658.48 | $0.00 |
| 10/12/21 | September 1, 2021 – September 30, 2021 | $1,305.00 | $1,174.50 | $130.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | | $5,670.00 | $5,103.00 | $567.00 | $0.00 | $3,535.66 | $0.00 |

**<u>Summary of Amounts Requested to be Paid</u>**

Total 10% Holdback on Fees:                         $567.00

**Total Amount Requested to be Paid:**              **$5,670.00**

---

[3] On August 3, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Sixth Monthly Fee Statement, the Debtors paid the undersigned $820.13 on account of fees requested, the Debtors withheld: (i) $101.25 the amount of the 10% holdback, plus (ii) $91.13, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.
On September 25, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Seventh Monthly Fee Statement, the Debtors paid the undersigned $1,057.05 on account of fees requested The Debtors withheld: (i) $130.50, the amount of the 10% holdback, plus (ii) $117.45, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.
On September 25, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Eighth Fee Statement, the Debtors paid the undersigned $1,658.48 on account of fees requested The Debtors withheld: (i) $204.75 the amount of the 10% holdback, plus (ii) $184.28, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.
To the date of this Application, The Debtors have not yet made a payment corresponding to the Twenty-Ninth Monthly Fee Statement for Ileana C. Cardona Fernández.

**Hearing Date**: TBD
**Objection Deadline**: December 5, 2021 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[4] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## EIGHTH INTERIM APPLICATION OF
## ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL TO THE
## FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS
## SPECIAL CLAIMS COMMITTEE,
## FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT
## OF EXPENSES FOR THE THIRTEENTH INTERIM FEE PERIOD
## FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021

TO THE HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT COURT JUDGE:

Ileana C. Cardona Fernández, Esq., local conflicts counsel to the Financial Oversight and

Management Board, acting through its Special Claims Committee (the "Oversight Board") as

representative of the Commonwealth of Puerto Rico, the Puerto Rico Sales Tax Financing

Corporation, the Puerto Rico Highways and Transportation Authority, the Employees Retirement

System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Electric Power

Authority (collectively, the "Debtors") in the above-captioned title III cases (the "Title III Cases")

---

[4] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[5] hereby submits this eighth interim fee application (the "Eighth Interim Application" or "Application"), pursuant to PROMESA sections 316 and 317, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),[6] Rule 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico (the "Local Bankruptcy Rules"), Appendix B of the United States Trustee *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases* effective as of November 1, 2013 (the "U.S. Trustee Guidelines," and together with the aforementioned statutes, rules and guidelines, the "Guidelines"), and in accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered by this Court on June 6, 2018 [Docket No. 3269] (the "Interim Compensation Order"), seeking entry of an order granting (a) the allowance of interim compensation in the aggregate amount of **$5,670.00** in fees for reasonable and necessary professional services rendered and incurred during the period commencing June 1, 2021 through and including September 30, 2021 (the "Compensation Period") for **a total amount of $5,670.00;** and (b) supplementing its Order at DN 17646, adjusting the amount of Total Fees Requested for the Eleventh Fee Period from $,2992.50 to $3,352.50 as more fully briefed in paragraph 42 at page 14 of this *Application*. In support of this Application, Ileana C. Cardona Fernández, Esq. respectfully states the following:

### Jurisdiction and Venue

1.      The Court has subject matter jurisdiction to consider and determine this Sixth Interim Application pursuant to PROMESA section 306(a).  Venue is proper before this Court pursuant to PROMESA section 307(a).  The statutory predicates for the relief requested herein are PROMESA sections 316 and 317, Bankruptcy Rule 2016 and Local Rule 2016-1.

---

5       PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

6       The Bankruptcy Rules are made applicable to the Debtors' Title III Cases pursuant to PROMESA section 310.

2.      This Application has been prepared in accordance with the Guidelines and the Interim

Compensation Order.  Attached hereto as **Exhibit A** is a certification regarding compliance with the

Local Guidelines.

## Background and Case Status

**A.      The Debtors' Title III Cases**

3.      On June 30, 2016, the Oversight Board was established under PROMESA section

101(b).

4.      On August 31, 2016, President Obama appointed the Oversight Board's seven voting

members.

5.      Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this title

is the representative of the debtor[s]" and "may take any action necessary on behalf of the debtor[s]

to prosecute the case[s] of the debtor[s], including filing a petition under section 304 of [PROMESA]

. . . or otherwise generally submitting filings in relation to the case[s] with the court."

6.      On September 30, 2016, the Oversight Board designated the Debtors as "covered

entit[ies]" under PROMESA section 101(d).

7.      On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to

PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth

of Puerto Rico (the "Commonwealth") pursuant to section 304(a) of PROMESA, commencing a case

under title III thereof.

8.      On May 5, 2017, the Oversight Board filed a voluntary petition for relief for the Puerto

Rico Sales Tax Financing Corporation ("COFINA") pursuant to section 304(a) of PROMESA,

commencing a case under title III thereof.

9.      On May 21, 2017, the Oversight Board filed a voluntary petition for relief for each of

the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS")

and the Puerto Rico Highways and Transportation Authority ("HTA") pursuant to section 304(a) of PROMESA, commencing cases under title III thereof.

10.    On July 2, 2017, the Oversight Board filed a voluntary petition for the Puerto Rico Electric Power Authority ("PREPA") pursuant to section 304(a) of PROMESA, commencing a case under title III thereof.

11.    Through orders issued on June 1, June 29 and October 6, 2017, the Court ordered the joint administration of the Title III Cases for the Debtors, for procedural purposes only [Docket Nos. 242, 537 and 1417].

12.    Background information regarding the Commonwealth and its instrumentalities, and the commencement of the instant Title III Cases, is contained in the *Notice of Statement of Oversight Board in Connection with PROMESA Title III Petition* [Docket No. 1] attached to the Commonwealth's Title III petition.

**B.    Retention of Ileana C. Cardona Fernández, Esq.**

13.    Ileana C. Cardona Fernández, Esq. is a sole practitioner with her office located in San Juan, Puerto Rico. Ms. Cardona Fernández is experienced in federal litigation and trial work.

14.    As set forth in the Independent Contractor Services Agreement dated April 30, 2019 (the "Services Agreement"),[7] Ileana C. Cardona Fernández, Esq. was retained by the Oversight Board, acting through its Special Claims Committee, as an independent contractor rendering services per Project Assignments. Ms. Cardona Fernández has been retained to serve as local conflicts counsel for the Oversight Board, acting through its Special Claims Committee. The Services Agreement was renewed as of July 1, 2021.

---

[7]    A copy of the Service Agreement is available on the Oversight Board's website at http://oversightboard.pr.gov/documents/.

C. **Interim Compensation and Fee Examiner Orders**

15. On August 23, 2017, the Court entered the *Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 1150].

16. On October 6, 2017, the Court appointed a Fee Examiner in these Title III Cases (the "Fee Examiner") pursuant to the *Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Docket No. 1416] (the "Fee Examiner Order").

17. On October 31, 2017, the Fee Examiner filed the Urgent Motion of the Fee Examiner to Amend the Interim Compensation Order, Including the Due Date and Hearing Date for Interim Compensation [Docket No. 1594].

18. On November 8, 2017, the Court entered the First Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 1715].

19. On November 10, 2017, the Fee Examiner issued a memorandum, and on January 3, 2018, the Fee Examiner issued a supplemental memorandum (together, the "Fee Examiner Guidelines") to all retained professionals in these Title III Cases providing additional guidelines in connection with the Interim Compensation Order.

20. On May 8, 2018, the Fee Examiner filed the *Motion of the Fee Examiner to Amend the Fee Examiner Order with Respect to the Scope of the Fee Examiner's Authority in the Interest of Administrative Efficiency* [Docket No. 3032] (the "Motion to Amend the Fee Examiner Order").

21. On May 23, 2018, the Oversight Board and the Puerto Rico Fiscal Agency and Financial Authority ("AAFAF") filed a *Joint Motion for Entry of an Order Further Amending the Interim Compensation Order* [Docket No. 3133].

22. On June 6, 2018, the Court entered the Interim Compensation Order, and in accordance therewith, Ms. Cardona Fernández and other professionals retained in these Title III

Cases was authorized to serve upon the parties identified therein (the "Notice Parties") monthly fee statements (the "Monthly Fee Statements").

23.     Pursuant to the Interim Compensation Order, the Notice Parties have ten days from the date of service of the Monthly Fee Statement to object to the amounts requested. If no objection is filed prior to expiration of the objection period, the Commonwealth is authorized to pay the respective professionals 90% of the fees and 100% of the expenses sought in each Monthly Fee Statement.

24.     On June 20, 2018, the Court entered the *First Amended Order Pursuant to PROMESA Sections 316 and 317 and Bankruptcy Code Section 105(A) Appointing a Fee Examiner and Related Relief* [Docket No. 3324] (the "Amended Fee Examiner Order").

### D.     Applications for Interim Compensation

25.     In addition to the Monthly Fee Statements, the Interim Compensation Order directed professionals to seek interim allowance and payment of compensation (including the 10% held back from Monthly Fee Statements) and expense reimbursement at 120-day intervals (each an "Interim Fee Period") by filing with the Court and serving on the Notice Parties an application for approval and allowance of all compensation and reimbursement of expenses relating to services rendered and expenses incurred during the preceding Interim Fee Period (*see* Interim Compensation Order at ¶2(f)).

26.     This is Ileana C. Cardona Fernández's eighth interim fee application and covers the period from June 1, 2021 up to and including September 30, 2021.

### Relief Requested

27.     By this Application, Ileana C. Cardona Fernández, Esq. seeks an order authorizing (a) allowance of interim compensation for the professional services rendered and expenses incurred during the Compensation Period in the aggregate amount of $5,670.00, inclusive of any amounts previously held back for a total amount of $5,670.00.

28.      During the Compensation Period, Ileana C. Cardona Fernández expended a total of

25.2 hours for which compensation is requested.  All services rendered and expenses incurred for

which compensation or reimbursement is requested were performed or incurred for or on behalf of

the Oversight Board.

29.      Following the conclusion of each Compensation Period, Ileana C. Cardona Fernández

submitted four Monthly Fee Statements, corresponding to each of the months within this period.

30.      On July 12, 2021, Ileana C. Cardona Fernández served her Twenty-Sixth Monthly

Fee Statement, covering the period from June 1, 2021 through June 30, 2021 (the "Twenty-Sixth

Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit B**. Ileana C. Cardona

Fernández received no objection to the Twenty-Sixth Monthly Fee Statement. On August 3, 2021,

in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Sixth Monthly Fee Statement, the

Debtors paid the undersigned $820.13 on account of fees requested, the Debtors withheld: (i) $101.25

the amount of the 10% holdback, plus (ii) $91.13, which represents the 10% Puerto Rico tax

withholding of amount paid for professional services rendered.

31.      On August 10, 2021, Ileana C. Cardona Fernández served her Twenty-Seventh

Monthly Fee Statement, covering the period from July 1, 2021 through July 31, 2021 (the "Twenty-

Seventh Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit C**. Ileana C.

Cardona Fernández received no objection to the Twenty-Seventh Monthly Fee Statement. On

September 25, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Seventh

Monthly Fee Statement, the Debtors paid the undersigned $1,057.05 on account of fees requested

The Debtors withheld: (i) $130.50, the amount of the 10% holdback, plus (ii) $117.45, which

represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.

32.      On September 10, 2021, Ileana C. Cardona Fernández served her Twenty-Eighth

Monthly Fee Statement, covering the period from August 1, 2021 through August 31, 2021 (the

"Twenty-Eighth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit D**. Ileana

11

C. Cardona Fernández received no objection to the Twenty-Eighth Monthly Fee Statement. On September 25, 2021, in connection with Ileana C. Cardona Fernández, Esq.'s Twenty-Eighth Monthly Fee Statement, the Debtors paid the undersigned $1,658.48 on account of fees requested The Debtors withheld: (i) $204.75 the amount of the 10% holdback, plus (ii) $184.28, which represents the 10% Puerto Rico tax withholding of amount paid for professional services rendered.

33.    On October 12, 2021, Ileana C. Cardona Fernández served her Twenty-Ninth Monthly Fee Statement, covering the period from September 1, 2021 through September 30, 2021 (the "Twenty-Ninth Monthly Fee Statement"), a copy of which is attached hereto as **Exhibit E**. Ileana C. Cardona Fernández received no objection to the Twenty-Ninth Monthly Fee Statement. To the date of this Application, the Debtors have not yet made a payment corresponding to the Twenty-Ninth Monthly Fee Statement for Ileana C. Cardona Fernández.

34.    Other than with respect to those Monthly Fee Statements, no payments have been made to Ileana C. Cardona Fernández, Esq., and Ileana C. Cardona Fernández, Esq. has received no promises of payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered during the Compensation Period and addressed by this Eighth Interim Application.  There is no agreement or understanding between Ileana C. Cardona Fernández, Esq. and any other person, for the sharing of compensation to be received for services rendered in these cases.

35.    In accordance with the Services Agreement, Ileana C. Cardona Fernández, Esq.'s hourly rate is $225.00 per hour.

36.    Ileana C. Cardona Fernández, Esq. maintains computerized records of all time spent in connection with its representation of the Oversight Board.  Ileana C. Cardona Fernández, Esq. has provided itemized time records during the Compensation Period to this Court, the Debtors, the Fee Examiner, all notice parties pursuant to the Interim Compensation Order and the U.S. Trustee.  All entries itemized in Ileana C. Cardona Fernández, Esq.'s time records comply with the requirements

12

set forth in the Guidelines, including the use of separate matter numbers for different project types, as described in this Application.

37.     Pursuant to, and consistent with, the relevant requirements of the Guidelines, as applicable, the following exhibits are attached hereto and incorporated herein by reference:

     i.    **Exhibit A** - certification by Ileana C. Cardona Fernández, Esq. regarding her compliance with the Local Guidelines.

    ii.    **Exhibit B**- copy of Ileana C. Cardona Fernández, Esq.'s Twenty-Sixth Monthly Fee Statement during the Compensation Period, which includes detailed time records and out-of-pocket expense details.

   iii.    **Exhibit C**- copy of Ileana C. Cardona Fernández, Esq.'s Twenty-Seventh Monthly Fee Statement during the Compensation Period, which includes detailed time records and out-of-pocket expense details.

   iv.    **Exhibit D**- copy of Ileana C. Cardona Fernández, Esq.'s Twenty-Eighth Monthly Fee Statement during the Compensation Period, which includes detailed time records and out-of-pocket expense details.

    v.    **Exhibit E**- copy of Ileana C. Cardona Fernández, Esq.'s Twenty-Ninth Monthly Fee Statement during the Compensation Period, which includes detailed time records and out-of-pocket expense details.

**<u>Summary of Services Performed by Ileana C. Cardona Fernández, Esq. During the Compensation Period</u>**

38.     Set forth below is a description of significant professional services, broken down by project category, rendered by Ileana C. Cardona Fernández, Esq. during the Compensation Period. The following services described are not intended to be a comprehensive summary of the work performed by Ileana C. Cardona Fernández, Esq.  Detailed descriptions of all services rendered by Ileana C. Cardona Fernández can be found in the detailed time records reflecting the services performed, annexed to the Monthly Fee Statements attached hereto as **<u>Exhibits B thru E</u>**, and such descriptions are incorporated herein by reference.

    **A.**    **Case Administration**

        **Fees: $1,980.00; Hours: 8.8**

13

39.     During the Compensation Period, Ileana C. Cardona Fernández, Esq. actively engaged in the process of communication with co-counsel with regards to strategy and case management planning. In addition, Ileana C. Cardona Fernández, Esq. actively participated in case management and administration related tasks per team agreement and direction.

### B.     Avoidance Actions

### Fees: $990.00; Hours: 4.4

40.     During the Compensation Period, Ileana C. Cardona Fernández actively participated in the drafting, review, filing, and/or follow-up of avoidance actions. During the Compensation Period, Ileana C. Cardona Fernández, Esq. actively participated in communications with opposing counsel to discuss case progression and reach agreements regarding case-specific courses of action. During the Compensation Period, Ileana C. Cardona Fernández participated in calls with co-counsels to provide status reports and recommendations for specific actions.  In addition, Ileana C. Cardona Fernández, Esq. engaged in periodic follow-up discussions with co-counsels regarding case issues.

### C.     Fee Applications / Monthly Fee Statements

### Fees: $2,677.50; Hours: 11.9

41.     During the Compensation Period, Ileana C. Cardona Fernández prepared and submitted four Monthly Fee Statements and corresponding Objection Statements. During the Compensation Period, Ileana C. Cardona Fernández also prepared and submitted her Seventh Interim Fee Application for the Twelfth Interim Compensation Period.

### **Request to Supplement Order at DN 17646**

42.     On March 10, 2021, the undersigned filed her Sixth Interim Fee Application (DN 15999) for the Eleventh Interim Fee Period from October 2020 thru January 2021. The undersigned requested an amount to be paid of $2,992.50 for that Fee Period. However, due to an oversight, the fees requested for the month of December 2020 do not match the invoice for hours worked during that month. The undersigned requested $360.00 in total fees (DN 15999 at p. 4) when the invoice

14

shows $720.00 in hours worked (DN 15999 at pp. 51 - 64). On August 3, 2021, this Honorable Court

approved the undersigned's Sixth Interim Fee Application, including the erroneous fee request for

the month of December 2020. The undersigned respectfully requests this Honorable Court

supplement its Order at DN 17646 and allow payment of the remaining $360.00 erroneously omitted

from the total fees requested for approval in the Sixth Interim Fee Application (DN 15999) and now

included in the total fees requested in the undersigned's Thirteenth Interim Fee Period Application.

Allowing the payment of the additional $360.00 would adjust the total fees allowed on an interim

basis in connection with the undersigned's services performed during the Eleventh Interim Fee

Period to $3,352.50 from the $2,992.50 originally requested in the undersigned's Sixth Interim Fee

Application (DN 15999).

## **The Application Should be Granted**

43.    Section 317 of PROMESA provides for interim compensation of professionals and

incorporates the substantive standards of Section 316 of PROMESA to govern the Court's award of

such compensation.  48 U.S.C. § 2177.  Section 316 provides that a court may award a professional

employed under section 1103 of title 11 of the United States Code "reasonable compensation for

actual, necessary services rendered . . . and reimbursement for actual, necessary expenses." *Id.* §

2176(a)(1) and (2).  Section 316(c) sets forth criteria for the award of such compensation and

reimbursement:

> In determining the amount of reasonable compensation to be awarded to a
> professional person, the court shall consider the nature, the extent, and the value of
> such services, taking into account all relevant factors, including—
>
> (1)    the time spent on such services;
>
> (2)    the rates charged for such services;
>
> (3)    whether the services were necessary to the administration of, or beneficial at
> the time at which the service was rendered toward the completion of, a case
> under this chapter;

15

(4)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(5)   with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the restructuring field; and

(6)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title or title 11, United States Code.

*Id.* § 2176(c).

44.   Ileana C. Cardona Fernández, Esq. respectfully submits that the services for which she seeks compensation and the expenditures for which she seeks reimbursement in this Eighth Interim Application were necessary and beneficial to the Oversight Board. In light of the nature, extent and value of such services, Ileana C. Cardona Fernández, Esq. submits that the compensation requested herein is reasonable.

45.   The compensation for Ileana C. Cardona Fernández, Esq.'s services as requested is commensurate with the complexity, importance and nature of the problems, issues or tasks involved. The professional services were performed with expedition and in an efficient manner.

46.   In sum, the services rendered by Ileana C. Cardona Fernández, Esq. were necessary and beneficial to the Oversight Board, were reasonable in light of the value of such services to the Oversight Board and were performed with skill and expertise. Accordingly, Ileana C. Cardona Fernández, Esq. submits that approval of the compensation for professional services and reimbursement of expenses requested in this Seventh Interim Fee Application is warranted.

**Location of Services Provided**

47.   All fees and services during this Compensation Period were rendered and incurred within Puerto Rico.

**Statements Pursuant to Appendix B of the U.S. Trustee Guidelines**

48.     The following statements address information pursuant to Section C.5 of the U.S.

Trustee Guidelines:

a.     **Question**: Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

       **Answer**:  No.

b.     **Question**: If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

       **Answer**: N/A.

c.     **Question**: Have any of the professionals included in this fee application varied their hourly rate based on geographic location of the bankruptcy case?

       **Answer**: No.

d.     **Question**: Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees.

       **Answer**: No.

e.     **Question**: Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

       **Answer**: No.

f.     **Question**: If the fee application includes any rate increases in retention: (i) did your client review and approve those rate increases in advance?  and (ii) Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

       **Answer**: The Application does not include any additional rate increases.

## Notice

49.     Notice of this Application has been provided to: (a) the United States Trustee for the

District of Puerto Rico, (b) the Oversight Board and its counsel, (c) counsel to AAFAF, (d) counsel

17

to the Fee Examiner, (e) counsel to the Official Committee of Unsecured Creditors, (f) counsel to the Official Committee of Retirees, and (g) the Puerto Rico Department of Treasury.  Ileana C. Cardona Fernández, Esq. respectfully submits that no further notice of this Application should be required.

### No Prior Request

50.     No prior interim fee application for the relief requested herein has been made to this or any other Court.

### Conclusion

WHEREFORE, Ileana C. Cardona Fernández, Esq. respectfully requests that the Court enter an order; (a) approving the interim allowance of $5,670.00 for compensation for professional services rendered during the Compensation Period for a total of $5,670.00; (b) supplement its Order at DN 17646, adjusting the amount of Total Fees Requested for the Eleventh Fee Period from $,2992.50 to $3,352.50 as more fully briefed in paragraph 42 at page 14 of this *Application*; and (c) granting such other and further relief as the Court deems just and proper.


San Juan, Puerto Rico
Dated: November 13, 2021

*/s/ Ileana C. Cardona Fernández*
Ileana C. Cardona Fernández
USDC-PR Bar No. 302610
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926
Tel: (787) 484-8202
icardona@iccflaw.com

*Local Conflicts Counsel to the Financial Oversight and Management Board, acting through the Special Claims Committee*

## **EXHIBIT A**

**CERTIFICATION OF ILEANA C. CARDONA FERNÁNDEZ, ESQ.
IN SUPPORT OF THE APPLICATION**

**Hearing Date**: TBD
**Objection Deadline**: December 5, 2021 at 4:00 p.m. AST

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>TITLE III<br><br>No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

### CERTIFICATION OF ILEANA C. CARDONA FERNÁNDEZ, ESQ. IN SUPPORT OF EIGHTH INTERIM APPLICATION OF
### ILEANA C. CARDONA FERNÁNDEZ, ESQ., LOCAL CONFLICTS COUNSEL TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE,
### FOR PROFESSIONAL COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE THIRTEENTH INTERIM FEE PERIOD
### FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021

I, Ileana C. Cardona Fernández, hereby certify that:

1.      I am an attorney admitted to practice in the Commonwealth of Puerto Rico and am

before this Court.  I am a solo practitioner with office at Urb. Estancias de San Gerardo, Calle

Orlando #1609, San Juan, Puerto Rico 00926.  I am local conflicts counsel to the Financial Oversight

and Management Board, acting through its Special Claims Committee (the "Oversight Board") as

representative of the Debtors in the above-captioned title III cases pursuant to section315(b) of the

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA").[2]  I have personal

knowledge of all of the facts set forth in this certification except as expressly stated herein.

    2.      In accordance with (a) Local Bankruptcy Rule 2016-1 (the "Local Guidelines"), (b)

Appendix B of the United States Trustee *Guidelines for Reviewing Applications for Compensation*

*and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, effective as of November 1, 2013 (the

"U.S. Trustee Guidelines"), and (c) the *Second Amended Order Setting Procedures for Interim*

*Compensation and Reimbursement of Expenses of Professionals* entered June 6, 2018 (the "Interim

Compensation Order"), this certification is made with respect to the Eighth Interim Application of

Ileana C. Cardona Fernández, Esq., as local conflicts counsel to the Oversight Board dated November

13, 2021 (the "Application"),[3] for interim compensation and reimbursement of expenses for the

period of June 1, 2021 up to and including September 30, 2021 (the "Compensation Period").

    3.      With respect to section (a)(4) of the Local Guidelines, I certify that:

    a.      I have read the Application;

    b.      to the best of my knowledge, information, and belief, formed after reasonable inquiry, the compensation and reimbursement of expenses sought conforms with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the U.S. Trustee Guidelines and these Local Guidelines;

    c.      except to the extent that fees or disbursements are prohibited by the Local Guidelines, the compensation and reimbursement of expenses requested are billed in accordance with the Services Agreement.  Ileana C. Cardona Fernández, Esq.'s hourly rate in these cases is $225.00.

    d.      in providing a reimbursable service, Ileana C. Cardona Fernández, Esq. does not make a profit on that service, whether the service is performed by Ileana C. Cardona Fernández, Esq. in- house or through a third party.

---

[2]    PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

[3]    Capitalized terms used but not defined herein have the meanings given to them in the Application.

Dated: November 13, 2021
      San Juan, Puerto Rico

                                   Respectfully submitted,

                                   */s/ Ileana C. Cardona Fernández*
                                   Ileana C. Cardona Fernández
                                   USDC-PR Bar No. 302610
                                   Urb. Estancias de San Gerardo
                                   Calle Orlando #1609
                                   San Juan, PR 00926
                                   Tel: (787) 484-8202
                                   icardona@iccflaw.com

                                   *Local Conflicts Counsel to the Financial*
                                   *Oversight and Management Board, acting*
                                   *through the Special Claims Committee*

## **EXHIBIT B**

**TWENTY-SIXTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – JUNE 2021**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

<table>
<tr><td>

*In re:*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

      Debtors.

</td><td>

PROMESA Title III
Case No. 17-BK-3283 (LTS)

(Jointly Administered)

</td></tr>
</table>

**TWENTY-SIXTH MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>JUNE 1, 2021 – JUNE 30, 2021</u>**

The Commonwealth of Puerto Rico, *et al.*                    July 12, 2021

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 049

Re:    The Financial Oversight and Management Board for Puerto Rico,
as representative of The Commonwealth of Puerto Rico, *et al.*
Debtors under Title III
<u>June 1, 2021 – June 30, 2021</u>

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico,
acting through its Special Claims Committee

**Total Amount of Compensation**                    **$1,012.50**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $101.25 |
| Interim Compensation for Professional Services (90%) | $911.25 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $911.25 |

## **FEE STATEMENT INDEX**

**Exhibit A**          **Time and Compensation Breakdown**
**Exhibit B**          **Time Entries – Invoice**
**Exhibit C**          **Professional Certification**
**Exhibit D**          **Principal Certification**

# EXHIBIT A

## EXHIBIT A

**SERVICES RENDERED BY**
**ILEANA C. CARDONA FERNÁNDEZ, ESQ.**

## JUNE 1, 2021 THRU JUNE 30, 2021

**TIME AND COMPENSATION BREAKDOWN**

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---------|---------------------------------|------|-------|--------|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 4.5 | $1,012.50 |
| **TOTAL** | | | **4.5** | **$1,012.50** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.                    **Invoice No.** 049
787-484-8202                                          **Client** – PRO-001
icardona@iccflaw.com                                  **Date**: July 12, 2021

**BILL TO:**

Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:     General Matters

<u>**INVOICE**</u>

For professional services rendered and expenses incurred in connection with the above captioned
matters from: <u>June 1, 2021 through June 30, 2021.</u>

# GENERAL

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 6/7/21 | Prepared July 2021 Budget (**0.2 hour**)<br><br>Submitted July 2021 Budget via email to Fee Examiner (**0.1 hour**)<br><br>Prepared May 2021 Monthly Statement (**0.5 hour**)<br><br>Submitted May 2021 Monthly Statement via email to H. Cohen (**0.1 hour**)<br><br>Read email from K. Boucher re: receipt Budget (**(0.1 hour**)<br><br>Read email from H. Cohen re: Monthly Statement and Interim Fee App. (**0.1 hour**)<br><br>Sent email to H. Cohen re: Interim Fee App. (**0.1 hour**)<br><br>Sent email to T. Axelrod re: June 16 Omnibus hearing support from local counsel. (**0.1 hour**)<br><br>Read email from T. Axelrod re: June 16 Omnibus local counsel support. (**0.1 hour**) | **2.5** | $562.50 |

Ileana C. Cardona Fernández, Esq.  
787-484-8202  
icardona@iccflaw.com

**Invoice No.** 049  
**Client** – PRO-001  
**Date**: July 12, 2021

| | | | |
|---|---|---|---|
| | Sent email to T. Axelrod re: confirmation on local counsel support need. **(0.1 hour)** Began drafting Interim Fee Application for 12th Interim Fee Period **(1 hour)** | | |
| 6/8/21 | Continued drafting Interim Fee Application for 12th Interim Fee Period **(1.5 hour)** | **1.5** | $337.50 |
| 6/17/21 | Sent Interim Fee Application to H. Cohen via email for review and submission. **(0.1 hour)** Read email from H. Cohen re: Interim Fee Application receipt confirmation. **(0.1 hour)** | **0.2** | $45.00 |
| 6/18/21 | Prepared Title III Objection Statement for May Monthly Statement. **(0.2 hour)** Submitted Title III Objection Statement for May Monthly Statement to H. Cohen via email. **(0.1 hour)** | **0.3** | $67.50 |

**TOTAL:**            **4.5 hours**

**BALANCE DUE:**       $1,012.50

**Check payable to:**   Ileana C. Cardona Fernández, Esq.  
Urb. Estancias de San Gerardo  
Calle Orlando #1609  
San Juan, PR 00926

# EXHIBIT C

## <u>EXHIBIT C</u>

**PROFESSIONAL CERTIFICATION**

     I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

## PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Twenty-Sixth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from June 1, 2021 through June 30, 2021.

Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico

## **EXHIBIT C**

**TWENTY-SEVENTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – JULY 2021**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

<table>
<tr><td>

*In re:*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

     Debtors.

</td><td>

PROMESA Title III
Case No. 17-BK-3283 (LTS)

(Jointly Administered)

</td></tr>
</table>

**TWENTY-SEVENTH MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
JULY 1, 2021 – JULY 31, 2021**

The Commonwealth of Puerto Rico, *et al.*                    August 10, 2021

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 051

Re:   The Financial Oversight and Management Board for Puerto Rico,
      as representative of The Commonwealth of Puerto Rico, *et al.*
      Debtors under Title III
      July 1, 2021 – July 31, 2021

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico,
acting through its Special Claims Committee

**Total Amount of Compensation**                    **$1,305.00**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $130.50 |
| Interim Compensation for Professional Services (90%) | $1,174.50 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $1,174.50 |

## <u>FEE STATEMENT INDEX</u>

**Exhibit A**          **Time and Compensation Breakdown**
**Exhibit B**          **Time Entries – Invoice**
**Exhibit C**          **Professional Certification**
**Exhibit D**          **Principal Certification**

# EXHIBIT A

## <u>EXHIBIT A</u>

**SERVICES RENDERED BY
ILEANA C. CARDONA FERNÁNDEZ, ESQ.**

**<u>JULY 1, 2021 THRU JULY 31, 2021</u>**

**TIME AND COMPENSATION BREAKDOWN**

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---|---|---|---|---|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 5.8 | $1,305.00 |
| **TOTAL** | | | **5.8** | **$1,305.00** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.          **Invoice No.** 051
787-484-8202                                **Client** – PRO-001
icardona@iccflaw.com                **Date**: August 10, 2021

**BILL TO:**

Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:    General Matters

<u>**INVOICE**</u>

For professional services rendered and expenses incurred in connection with the above captioned
matters from: <u>July 1, 2021 through July 31, 2021.</u>

# GENERAL

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 7/7/21 | Read email from T. Axelrod re: motion to be filed in advance of next week's hearing. **(0.1 hour)** <br><br> Sent email to T. Axelrod confirming re: motion to be filed in advance of next week's hearing. **(0.1 hour)** <br><br> Read email from K. Suria re: motion to be filed in advance of next week's hearing. **(0.1 hour)** <br><br> Read email from C. Infante re: motion to be filed in advance of next week's hearing. **(0.1 hour)** <br><br> Read email from T. Axelrod submitting motion for review in advance of next week's hearing **(0.1 hour)** <br><br> Examined Informative motion to be filed in advance of next week's hearing **(0.2 hour)** <br><br> Read email from K. Suria re: approving motion to be filed in advance of next week's hearing. **(0.1 hour)** | **0.9** | $202.50 |

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 051
**Client** – PRO-001
**Date**: August 10, 2021

| | | | |
|---|---|---|---|
| | Read email from T. Axelrod confirming approval of motion for review in advance of next week's hearing **(0.1 hour)** | | |
| 7/9/21 | Prepared August 2021 Budget **(0.2 hour)**<br><br>Submitted August 2021 Budget via email to Fee Examiner **(0.1 hour)**<br><br>Prepared June 2021 Monthly Statement **(0.5 hour)**<br><br>Submitted June 2021 Monthly Statement via email to H. Cohen **(0.1 hour)** | 0.9 | $202.50 |
| 7/13/21 | Examined email from T. Axelrod re: UCC FOMB settlement on terms of disclosure statement and Plan**. (0.5 hour)** | 0.5 | $112.50 |
| 7/19/21 | Examined UCC Settlement Announcement dated July 13 re: Fifth Amended Plan **(0.3 hour)**<br><br>Examined section (K) on Avoidance Action Trust at DN 17308 – Fifth Amended Plan Disclosure Statement **(0.7 hour)**<br><br>Examined DN 17387 Order Regarding Rulings Made at July 13-14 Disclosure Statement Hearing **(0.3 hour)**<br><br>Sent email to T. Axelrod and M. Sawyer re: SCC and counsel role with avoidance actions before and after Plan effective date. **(0.3 hour)** | 1.6 | $360.00 |
| 7/20/21 | Read email from H. Cohen re: Interim Fee Applications July 2021 **(0.2 hour)**<br><br>Sent email to H. Cohen re: Interim Fee Applications July 2021 **(0.1 hour)**<br><br>Read email from T. Axelrod in response to 7/19/21 email re: SCC and counsel roles post plan effective date **(0.3 hour)**<br><br>Sent email to T. Axelrod re: confirmation roles post plan effective date. **(0.1 hour)** | 1 | $225.00 |

Ileana C. Cardona Fernández, Esq.          **Invoice No.** 051
787-484-8202                               **Client** – PRO-001
icardona@iccflaw.com                       **Date**: August 10, 2021

| | | | |
|---|---|---|---|
| | Sent email to H. Cohen re: May Monthly Statement payment. **(0.1 hour)** <br><br> Read email from H. Cohen re: May Monthly Statement **(0.1 hour)** <br><br> Sent email to H. Cohen in response to May Monthly statement payment issue **(0.1 hour)** | | |
| 7/21/21 | Read email from T. Axelrod re: UCC counsel Participation **(0.1 hour)** <br><br> Sent email to T. Axelrod re: UCC counsel Participation **(0.1 hour)** | **0.2** | $45.00 |
| 7/22/21 | Drafted Title III Objection Statement for June Monthly Statement **(0.2 hour)** <br><br> Sent Title III Objection Statement for June Monthly Statement to H. Cohen via email **(0.1 hour)** | **0.3** | $67.50 |
| 7/23/21 | Read email from H. Cohen re: Title III Objection Statements **(0.2 hour)** <br><br> Sent email to H. Cohen re: Services Agreement **(0.1 hour)** <br><br> Read email from H. Cohen re: Services Agreement **(0.1 hour)** | **0.4** | $90.00 |

**TOTAL:**          **5.8 hours**

**BALANCE DUE:**          $1,305.00

**Check payable to:**          Ileana C. Cardona Fernández, Esq.
                               Urb. Estancias de San Gerardo
                               Calle Orlando #1609
                               San Juan, PR 00926

# EXHIBIT C

**EXHIBIT C**

**PROFESSIONAL CERTIFICATION**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

## PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Twenty-Seventh Monthly Fee Statement for Ileana C.
Cardona Fernández, Esq. covering the period from July 1, 2021 through July 31, 2021.

Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico

## EXHIBIT D

**TWENTY-EIGHTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – AUGUST 2021**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>     Debtors. | PROMESA Title III<br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered) |

**TWENTY-EIGHTH MONTHLY FEE STATEMENT OF
ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,
ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE
FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF
<u>AUGUST 1, 2021 – AUGUST 31, 2021</u>**

The Commonwealth of Puerto Rico, *et al.*                              August 10, 2021

### FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 053

Re:   The Financial Oversight and Management Board for Puerto Rico,
      as representative of The Commonwealth of Puerto Rico, *et al.*
      Debtors under Title III
      <u>August 1, 2021 – August 31, 2021</u>

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico,
acting through its Special Claims Committee

**Total Amount of Compensation**                              **$2,047.50**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $204.75 |
| Interim Compensation for Professional Services (90%) | $1,842.75 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $1,842.75 |

## **<u>FEE STATEMENT INDEX</u>**

**Exhibit A**   **Time and Compensation Breakdown**
**Exhibit B**   **Time Entries – Invoice**
**Exhibit C**   **Professional Certification**
**Exhibit D**   **Principal Certification**

# EXHIBIT A

## EXHIBIT A

**SERVICES RENDERED BY
ILEANA C. CARDONA FERNÁNDEZ, ESQ.**

**AUGUST 1, 2021 THRU AUGUST 31, 2021**

**TIME AND COMPENSATION BREAKDOWN**

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---------|---------------------------------|------|-------|--------|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 9.1 | $2,047.50 |
| **TOTAL** | | | **9.1** | **$2,047.50** |

# EXHIBIT B

# EXHIBIT C

## EXHIBIT C

**PROFESSIONAL CERTIFICATION**

     I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 053
**Client** – PRO-001
**Date**: September 10, 2021

**BILL TO:**

Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128

Re:   General Matters
      Hospira Puerto Rico, LLC – 19-00186
      Microsoft Corporation – 19-00290
      Gila, LLC – 19-00354

## <u>INVOICE</u>

For professional services rendered and expenses incurred in connection with the above captioned
matters from: <u>August 1, 2021 through August 31, 2021.</u>

## GENERAL

| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 8/5/21 | Read services agreement to inquire re: language for renewal **(0.2 hour)** | 0.3 | $67.50 |
| | Sent email to H. Cohen and S. Beville re: services agreement renewal. **(0.1 hour)** | | |
| 8/9/21 | Read email from S. Beville to J. ElKoury re: Services agreement **(0.1 hour)** | 1.6 | $360.00 |
| | Read email from J. ElKoury to H. Cohen re: services agreement **(0.1 hour)** | | |
| | Read email from H. Cohen to J. ElKoury re: Services Agreement **(0.1 hour)** | | |
| | Drafted July Monthly Statement **(0.6 hour)** | | |
| | Sent July Monthly Statement to H. Cohen via email **(0.1 hour)** | | |

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 053
**Client** – PRO-001
**Date**: September 10, 2021

| | | | |
|---|---|---|---|
| | Sent email to S. Beville, H. Cohen, and J. El Koury re: services agreement **(0.1 hour)**<br><br>Drafted September budget **(0.2 hour)**<br><br>Sent September budget to fee examiner via email. **(0.1 hour)**<br><br>Read email from K. Boucher re: September 2021 budget. **(0.1 hour)** | | |
| 8/10/21 | Read email by H. Cohen re: July Monthly Statements to Fee Examiner **(0.2 hour)**<br><br>Read email by H. Cohen re: Title III Objection Statements **(0.1 hour)**<br><br>Sent email to H. Cohen re: Title III Objection Statements **(0.1 hour)**<br><br>Read email from H. Cohen re: Services Agreement **(0.1 hour)**<br><br>Sent email to S. Beville re: Services Agreement **(0.1 hour)**<br><br>Read email from S. Beville re: Services Agreement **(0.1 hour)**<br><br>Sent email to H. Aponte re: Services Agreement **(0.1 hour)** | 0.8 | $180.00 |
| 8/11/21 | Read email from H. Aponte Re: Services Agreement **(0.1 hour)**<br><br>Read and completed updated Services Agreement for approval **(1 hour)**<br><br>Drafted email to H. Aponte re: Services Agreement **(0.1 hour)** | 1.2 | $270.00 |
| 8/17/21 | Read email from H. Aponte re: Services Agreement **(0.1 hour)**<br><br>Sent email to H. Aponte re: Services Agreement **(0.1 hour)** | 0.3 | $67.50 |

Ileana C. Cardona Fernández, Esq.
787-484-8202
icardona@iccflaw.com

**Invoice No.** 053
**Client** – PRO-001
**Date**: September 10, 2021

| | | | |
|---|---|---|---|
| | Sent email to L. Viola re: Services Agreement **(0.1 hour)** | | |
| 8/18/21 | Prepared Title III Objection Statement for July Monthly statement **(0.2 hour)** | 0.5 | $112.50 |
| | Submitted Title III Objection Statement to H. Cohen via email. **(0.1 hour)** | | |
| | Read email from H. Cohen re: Objection Statement and Budget **(0.1 hour)** | | |
| | Read email from H. Cohen re: Title III Objection statement July **(0.1 hour)** | | |

## HOSPIRA PUERTO RICO, LLC – 19-00186

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 8/9/21 | Read email from Court re: DN 18 – Omnibus Motion by FOMB **(0.1 hour)** <br><br> Read DN 18 – Omnibus Motion by FOMB **(0.6 hour)** | 0.7 | $157.50 |
| 8/13/21 | Read email from Court re: DN 19 – Order setting briefing schedule. **(0.1 hour)** <br><br> Read DN 19 Order setting briefing schedule **(0.3 hour)** | 0.4 | $90.00 |
| 8/26/21 | Read email from Court re: DN 20 **(0.1 hour)** <br><br> Read DN 20 Order staying vendor avoidance actions **(0.4 hour)** | 0.5 | $112.50 |

## MICROSOFT CORPORATION – 19-00290

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 8/9/21 | Read email from Court re: DN 16 – Omnibus Motion by FOMB **(0.1 hour)** <br><br> Read DN 18 – Omnibus Motion by FOMB **(0.5 hour)** | 0.6 | $135.00 |
| 8/13/21 | Read email from Court re: DN 17 – Order setting briefing schedule. **(0.1 hour)** | 0.4 | $90.00 |

Ileana C. Cardona Fernández, Esq.  **Invoice No.** 053
787-484-8202  **Client** – PRO-001
icardona@iccflaw.com  **Date**: September 10, 2021

|  | Read DN 17 Order setting briefing schedule **(0.3 hour)** |  |  |
|---|---|---|---|
| 8/26/21 | Read email from Court re: DN 18 **(0.1 hour)**  Read DN 18 Order staying vendor avoidance action **(0.3 hour)** | 0.4 | $90.00 |

## GILA, LLC – 19-00354

| DATE | DETAILS | HOURS | VALUE |
|---|---|---|---|
| 8/9/21 | Read email from Court re: DN 16 – Omnibus Motion by FOMB **(0.1 hour)**  Read DN 18 – Omnibus Motion by FOMB **(0.5 hour)** | 0.6 | $135.00 |
| 8/13/21 | Read email from Court re: DN 17 – Order setting briefing schedule. **(0.1 hour)**  Read DN 17 Order setting briefing schedule **(0.3 hour)** | 0.4 | $90.00 |
| 8/26/21 | Read email from Court re: DN 18 **(0.1 hour)**  Read DN 18 Order staying vendor avoidance action **(0.3 hour)** | 0.4 | $90.00 |

**TOTAL:**  **9.1 hours**

**BALANCE DUE:**  $2,047.50

**Check payable to:**  Ileana C. Cardona Fernández, Esq.
Urb. Estancias de San Gerardo
Calle Orlando #1609
San Juan, PR 00926

## PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Twenty-Eighth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from August 1, 2021 through August 31, 2021.

_____

Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico

**<u>EXHIBIT E</u>**

**TWENTY-NINTH MONTHLY STATEMENT
FOR ILEANA C. CARDONA FERNÁNDEZ, ESQ. – SEPTEMBER 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

<table>
<tr><td>

*In re:*

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

       as representative of

THE COMMONWEALTH OF PUERTO RICO,
*et al.*

       Debtors.

</td><td>

PROMESA Title III
Case No. 17-BK-3283 (LTS)

(Jointly Administered)

</td></tr>
</table>

**TWENTY-NINTH MONTHLY FEE STATEMENT OF**
**ILEANA C. CARDONA FERNANDEZ, ESQ. LOCAL CONFLICTS COUNSEL FOR**
**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**
**ACTING THROUGH ITS SPECIAL CLAIMS COMMITTEE**
**FOR SERVICES AND DISBURSEMENTS FOR THE PERIOD OF**
**<u>SEPTEMBER 1, 2021 – SEPTEMBER 30, 2021</u>**

The Commonwealth of Puerto Rico, *et al.*                    October 12, 2021

FOR PROFESSIONAL SERVICES AND DISBURSEMENTS

**Client Ref. No.** PRO-001

**Invoice No.** 055

Re:   The Financial Oversight and Management Board for Puerto Rico,
      as representative of The Commonwealth of Puerto Rico, *et al.*
      Debtors under Title III
      September 1, 2021 – September 30, 2021

Professional services rendered and expenses incurred by Ileana C. Cardona Fernández, Esq.
Local Conflicts Counsel for The Financial Oversight and Management Board for Puerto Rico,
acting through its Special Claims Committee

**Total Amount of Compensation**                    **$1,305.00**
**for Professional Services**

| | |
|---|---|
| Less Holdback as per Court Order dated June 6, 2018 (DN 3269) (10%) | $130.50 |
| Interim Compensation for Professional Services (90%) | $1,174.50 |
| Plus Reimbursement for Actual and Necessary Expenses | $0.00 |
| Total Requested Payment Less Holdback | $1,174.50 |

## **FEE STATEMENT INDEX**

**Exhibit A**          **Time and Compensation Breakdown**
**Exhibit B**          **Time Entries – Invoice**
**Exhibit C**          **Professional Certification**
**Exhibit D**          **Principal Certification**

# EXHIBIT A

## EXHIBIT A

**SERVICES RENDERED BY
ILEANA C. CARDONA FERNÁNDEZ, ESQ.**

**SEPTEMBER 1, 2021 THRU SEPTEMBER 30, 2021**

**TIME AND COMPENSATION BREAKDOWN**

| Counsel | Year Admitted to Bar; Specialty | Rate | Hours | Amount |
|---------|--------------------------------|------|-------|--------|
| Ileana C. Cardona Fernández | Admitted to Puerto Rico Bar in 2015; Litigation | $225.00 | 5.8 | $1,305.00 |
| **TOTAL** | | | **5.8** | **$1,305.00** |

# EXHIBIT B

Ileana C. Cardona Fernández, Esq.    **Invoice No.** 055
787-484-8202        **Client** – PRO-001
icardona@iccflaw.com      **Date**: October 12, 2021


**BILL TO:**
Puerto Rico Financial Oversight and Management Board,
acting through its Special Claims Committee
C/O Jaime A. El Koury, Esq.
1112 Park Avenue, Apt. 12A
New York, 10128


Re:  General Matters


<u>**INVOICE**</u>


For professional services rendered and expenses incurred in connection with the above captioned
matters from: <u>September 1, 2021 through September 30, 2021.</u>


# GENERAL


| DATE | DETAILS | HOURS | VALUE |
|------|---------|-------|-------|
| 9/8/21 | Drafted August Monthly Statement **(0.6 hour)**<br><br>Sent August Monthly Statement to H. Cohen via email **(0.1 hour)**<br><br>Drafted October budget **(0.2 hour)**<br><br>Sent October budget to fee examiner via email. **(0.1 hour)**<br><br>Read email from K. Boucher re: October Budget. **(0.1 hour)**<br><br>Read email from H. Cohen re: monthly statement review **(0.1 hour)** | 1.2 | $270.00 |
| 9/9/21 | Read email from H. Cohen re: holdback information submittal **(0.2 hour)**<br><br>Drafted email to H. Cohen re: fee examiner approved services for Oct. 2020 – Jan. 2021 Interim Fee application. **(0.3 hour)** | 0.5 | $112.50 |
| 9/13/21 | Read email from H. Cohen re: holdback information **(0.2 hour)** | 1.4 | $315.00 |

Ileana C. Cardona Fernández, Esq.                    **Invoice No.** 055
787-484-8202                                          **Client** – PRO-001
icardona@iccflaw.com                                  **Date**: October 12, 2021

|  |  |  |  |
|---|---|---|---|
|  | Drafted email to H. Cohen re: holdback corrections **(0.2 hour)** |  |  |
|  | Read email from H. Cohen to V. Blay re: holdback information. **(0.1 hour)** |  |  |
|  | Read email from H. Cohen re: amending Statement **(0.1 hour)** |  |  |
|  | Responded to H. Cohen via email re: Statement / Fee app holdback **(0.2 hour)** |  |  |
|  | Read emails by V. Blay & H. Cohen re: Fee app holdback **(0.2 hour)** |  |  |
|  | Drafted and submitted amended summary for Fee App holdback **(0.4 hour)** |  |  |
| 9/15/21 | Read email from H. Cohen re: Fee app holdback **(0.3 hour)** | 0.8 | $180.00 |
|  | Sent email to L. Viola re: Fee app holdback and procedure to amend Interim Fee App. **(0.1 hour)** |  |  |
|  | Sent email to H. Cohen re: Fee app holdback follow up. **(0.1 hour)** |  |  |
|  | Call w/ L. Viola re: Fee app holdback **(0.2 hour)** |  |  |
|  | Sent email to L. Viola re: details of Fee app holdback **(0.1 hour)** |  |  |
| 9/16/21 | Read email from L. Viola to V. Blay re: Fee app holdback **(0.1 hour)** | 0.2 | $45.00 |
|  | Read email from V. Blay to L Viola re: Fee App **(0.1 hour )** |  |  |
| 9/20/21 | Drafted Title III Objection Statement for August Monthly Statement **(0.2 hour)** | 1.1 | $247.50 |
|  | Sent email to H. Cohen with Title III Objection Statement for August. **(0.1 hour)** |  |  |

Ileana C. Cardona Fernández, Esq.                    **Invoice No.** 055
787-484-8202                                          **Client** – PRO-001
icardona@iccflaw.com                                  **Date**: October 12, 2021

| | | | |
|---|---|---|---|
| | Read email from H. Cohen re: Title III Objection Statement **(0.1 hour)** | | |
| | Sent email to H. Cohen re: follow up on July Monthly Statement **(0.1 hour)** | | |
| | Read email from T. Axelrod re: conflict checks on PBA vendor actions **(0.4 hour)** | | |
| | Sent email to T. Axelrod re: confirming receipt of email re: conflict checks on PBA vendor actions **(0.1 hour)** | | |
| | Sent email to T. Axelrod re: performance of conflict check on PBA vendor actions **(0.1 hour)** | | |
| 9/21/21 | Read email from H. Cohen to fee examiner re: Title III Objection Statement August **(0.1 hour)** | 0.1 | $22.50 |
| 9/23/21 | Sent email to V. Blay and L. Viola re: fee application holdback issue. **(0.1 hour)** | 0.5 | $112.50 |
| | Read email from V. Blay re: fee application holdback issue **(0.1 hour)** | | |
| | Sent email to V. Blay and L. Viola re: fee application issue in response to V. Blay email. **(0.2 hour)** | | |
| | Read email from L. Viola re: fee application proposal on holdback issue **(0.1 hour)** | | |

**TOTAL:**            **5.8 hours**

**BALANCE DUE:**       $1,305.00

**Check payable to:**   Ileana C. Cardona Fernández, Esq.
                        Urb. Estancias de San Gerardo
                        Calle Orlando #1609
                        San Juan, PR 00926

# EXHIBIT C

## EXHIBIT C

### PROFESSIONAL CERTIFICATION

  I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of The Financial Oversight and Management Board for Puerto Rico, acting through its Special Claims Committee. The amount of this invoice is reasonable. The services were rendered, and the corresponding payment has not been made. To the best of my knowledge, Ileana C. Cardona Fernández does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*s/ Ileana C. Cardona Fernandez*
**Ileana C. Cardona Fernández**
**USDC-PR Bar No. 302610**

# EXHIBIT D

## PRINCIPAL CERTIFICATION

I hereby authorize the submission of this Twenty-Ninth Monthly Fee Statement for Ileana C. Cardona Fernández, Esq. covering the period from September 1, 2021 through September 30, 2021.

Jaime A. El Koury
General Counsel to the Financial Oversight
and Management Board for Puerto Rico