**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR THE CONFIRMATION**
**HEARING ON NOVEMBER 15, 2021 AT 9:30 A.M. AST**

| | |
|---|---|
| **Time and Date of Hearing:** | **Monday, November 15, 2021, at 9:30 A.M. AST**<br><br>Honorable Laura Taylor Swain, United States District Judge<br>Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted virtually via videoconferencing and telephonic platforms.**<br><br>Attorney Participation: Pursuant to the *Second Amended Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* [Case No. 17-3283, ECF No. 19012-1] (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases and wish to participate as speakers in the proceedings must file a Pretrial Informative Motion in accordance with paragraph 4(a) of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access. The FOMB and AAFAF may each have four |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

|   |   |
|---|---|
|   | attorneys appear on Zoom at any given time, and all other parties shall be limited to two attorney appearances at any given time. |
|   | <u>Attorneys, Members of the Public and Press</u>: Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (877) 336-4441 and entering the access code (2140522) and security code (6335) when prompted. |
| **Copies of Documents:** | Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein. |

## I. ORAL ARGUMENT:

1. **<u>Preemption</u>.**

   <u>Description</u>: The parties will address the analytical basis and anticipated operation and scope of preemption arising from section 89.3 and Exhibit K of the Plan. The Oversight Board will also address the representation in the Jaresko Declaration that "a comprehensive list of statutes, which the Oversight Board has identified as inconsistent with, and preempted by, PROMESA will be submitted in advance of the confirmation hearing."

   <u>Related Documents</u>:
   A. Objection to Confirmation of Plan by Individual GO and PBA Bondholder (Peter C. Hein) **[Case No. 17-3283, ECF No. 18575]**

   B. Objection of Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico-Local Sindical to Confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. **[Case No. 17-3283, ECF No. 18585]**

   C. Memorandum of Law in Support of Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 18869]**

   D. Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Seventh Amended Title III Joint Plan of Adjustment **[Case No. 17-3283, ECF No. 18874]**

   E. Notice of Constitutional Challenge to Statute, filed by Peter C. Hein **[Case No. 17-3283, ECF No. 18900]**

    F. Sur-Reply to FOMB 10/27/2021 and 10/28/2021 Supporting and Reply Briefs (Filed By Individual Bondholder Peter C. Hein) **[Case No. 17-3283, ECF No. 19093]**

Estimated Time Required: 40 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
- A. Supporting Parties:
    1. **FOMB**: Martin J. Bienenstock, 8 minutes.
    2. **LCDC**: Susheel Kirpalani, 6 minutes.
    3. **Ambac**: Atara Miller, 3 minutes.
- B. Objecting Parties[2]:
    1. **AMPR**: José Luis Barrios Ramos, 6 minutes.
    2. **Peter C. Hein** (*pro se*): 14 minutes.
- C. Supporting Parties:
    1. **FOMB**: Martin J. Bienenstock, 3 minutes.

2. **Deemed Rejection of the Commonwealth's Contractual Obligations to Accrue Pension Benefits.**

Description: The parties will address the extent to which the deemed rejection of the Commonwealth's contractual obligations to accrue pension benefits supports a rejection damages claim for the denial of future accruals and the implications of such a claim for feasibility.

Related Documents:
- A. Objection of Asociación de Maestros de Puerto Rico and Asociación de Maestros de Puerto Rico-Local Sindical to Confirmation of the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. **[Case No. 17-3283, ECF No. 18585]**

- B. Memorandum of Law in Support of Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 18869]**

- C. Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Seventh Amended Title III Joint Plan of Adjustment **[Case No. 17-3283, ECF No. 18874]**

Estimated Time Required: 30 minutes.

---

[2] In the event either of the objecting parties decide not to argue or use less time than allotted, the remaining time will be allotted to the other objecting party opposing the confirmation of the plan on these grounds.

3

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
- A. Supporting Parties:
    1. **FOMB**: Martin J. Bienenstock, 12 minutes.
- B. Objecting Parties:
    1. **AMPR**: José Luis Barrios Ramos, 15 minutes.
- C. Supporting Parties:
    1. **FOMB**: Martin J. Bienenstock, 3 minutes.

3. **Takings Clause of the United States Constitution.**

Description: The parties will address (i) whether and to what extent the exercise of discretion by the Court under 11 U.S.C. § 944(c)(1) to exempt some or all takings claims from discharge would render the Plan unfeasible; (ii) arguments concerning the meaning of "just compensation" in the context of bankruptcy law; (iii) arguments concerning the Oversight Board's proposed distinction between takings claims that are secured and those that are unsecured; (iv) whether the reduction of a Takings Clause claim to a judgment or a settlement agreement affects whether it is still subject to the Takings Clause; and (v) how the three factors identified in *Penn Central Transportation v. City of New York*, 438 U.S. 104, 124 (1978), apply to takings claims that are not per se takings claims.

Related Documents:
- A. Objection to "Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al." by Creditor PFZ Properties, Inc. **[Case No. 17-3283, ECF No. 9223]**

- B. Objection to "Title III Joint Amended Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." by Sucesión Pastor Mandry Mercado, Excepting Javier Mandry Mercado **[Case No. 17-3283, ECF No. 12701]**

- C. Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Second Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." **[Case No. 17-3283, ECF No. 16481]**

- D. Objection to "Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al." by Creditor PFZ Properties, Inc. **[Case No. 17-3283, ECF No. 16969]**

- E. Joinder of Creditor Demetrio Amador Inc./Demetrio Amador Roberts to Creditor PFZ Properties, Inc.'s Objection to the Disclosure Statement for the Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al. **[Case No. 17-3283, ECF No. 17005]**

- F. Objection to Disclosure Statement and or the Plan of Adjustment at Dkt. No. 16740 & 16741, filed by Suiza Dairy Corp. **[Case No. 17-3283, ECF No. 17013]**

- G. Maruz Real Estate Corp.'s Motion for Joinder to Creditor PFZ Properties, Inc.'s Objection to the Disclosure Statement for the Third Amended Title III Joint Plan

4

of Adjustment of the Commonwealth of Puerto Rico et al. Filed at Docket No. 16969 **[Case No. 17-3283, ECF No. 17016]**

H. Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." **[Case No. 17-3283, ECF No. 17062]**

I. Motion Reafirming [sic] Objection to Sixth Amended Disclosure Statement and/or the Sixth Amended Plan of Adjustment at Dkt. No. 17517 filed by Suiza Dairy Corp. **[Case No. 17-3283, ECF No. 17526]**

J. Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al." **[Case No. 17-3283, ECF No. 17998]**

K. Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al." by Creditor PFZ Properties, Inc. **[Case No. 17-3283, ECF No. 18418]**

L. Objection to Confirmation of "The Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al." by Creditors Who Are Plaintiffs in Certain Cases Under 42 U.S.C. §1983 **[Case No. 17-3283, ECF No. 18535]**

M. Objection of Med Centro, Inc. Formerly Consejo Salud de la Comunidad de la Playa de Ponce, Inc. to "Seventh Amended Title III Joint Pan of Adjustment of the Commonwealth of Puerto Rico, et. al." **[Case No. 17-3283, ECF No. 18538]**

N. Maruz Real Estate Corp.'s Motion for Joinder to Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. Filed at Docket Number 17998 **[Case No. 17-3283, ECF No. 18563]**

O. Lortu-Ta Ltd, Inc.; La Cuarterola, Inc.; Juaza, Inc.; and the Conjugal Partnership Composed of Juan Zalduondo Viera and Magdalena Machicote Ramery's Motion for Joinder to Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. Filed at Docket Number 17998 **[Case No. 17-3283, ECF No. 18564]**

P. Sucn. De Frank Torres Ortiz & Aurea Rodriguez Composed By Frank E. Torres Rodriguez & Eva Torres Rodríguez's Motion for Joinder to Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to "Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al. Filed at Docket Number 17998 **[Case No. 17-3283, ECF No. 18565]**

Q. Objection To Confrmation [sic] of Seventh Joint Plan of Adjustment, filed by Finca Matilde, Inc. **[Case No. 17-3283, ECF No. 18566]**

R. Objection to Confirmation of Plan by Individual GO and PBA Bondholder (Peter C. Hein) **[Case No. 17-3283, ECF No. 18575]**

S. Joinder of Creditor Demetrio Amador Inc./Demetrio Amador Roberts to Sucesión Pastor Mandry Mercado's, Excepting Javier Mandry Mercado, Objection to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et. al Filed at Docket Number 17998 **[Case No. 17-3283, ECF No. 18582]**

T. Credit Union's Joint Objection to Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al. **[Case No. 17-3283, ECF No. 18594]**

U. Memorandum of Law in Support of Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. **[Case No. 17-3283, ECF No. 18869]**

V. Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Seventh Amended Title III Joint Plan of Adjustment **[Case No. 17-3283, ECF No. 18874]**

W. Reply to "Omnibus Reply of the Commonwealth of Puerto Rico, the Employee's Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Seventh Amended Title III Joint Plan of Adjustment" (Dkt. 18,874), field by Suiza Dairy Corp. **[Case No. 17-3283, ECF No. 19087]**

X. Sur Reply to Debtor's Omnibus Reply (Docket #18874), filed by PFZ Properties, Inc. **[Case No. 17-3283, ECF No. 19088]**

Y. Sur-Reply to FOMB 10/27/2021 and 10/28/2021 Supporting and Reply Briefs (Filed by Individual Bondholder Peter C. Hein) **[Case No. 17-3283, ECF No. 19093]**

Z. Response to Omnibus Reply of the Commonwealth of Puerto Rico, to [sic] Employees' Retirement System of the Commonwealth of Puerto Rico, and the Public Building's Authority to Objections to Eighth Amended Title III Joint Plan of Adjustment, filed by Sucesión Pastor Mandry Mercado's, not including Javier Mandry Mercado **[Case No. 17-3283, ECF No. 19101]**

AA. Joinder of Finca Matilde, Inc. to "Sur Reply to Debtor's Omnibus Reply (Docket #18874)" Filed by PFZ Properties, Inc. **[Case No. 17-3283, ECF No. 19102]**

<u>Estimated Time Required</u>: 120 minutes.

<u>Order and Number of Speakers</u>: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:

6

    A. <u>Supporting Parties</u>:
        1. **FOMB**: Martin J. Bienenstock, 45 minutes.
        2. **LCDC**: Susheel Kirpalani, 5 minutes.
    B. <u>Objecting Parties</u>[3]:
        1. **Suiza Dairy**: Rafael Gonzalez Valiente, 7.5 minutes.
        2. **Peter C. Hein** (*pro se*): 7.5 minutes.
        3. **Credit Unions**: Enrique Almeida, 7.5 minutes.
        4. **Pastor Mandry**: Charles Cuprill, 7.5 minutes.
        5. **Maruz**: Alexis Fuentes, 7.5 minutes.
        6. **Amador**: Maria M Figueroa y Morgade, 7.5 minutes.
        7. **Finca Matilde**: Eduardo Capdevila, 7.5 minutes.
        8. **PFZ**: David Carrión Baralt or Russell Del Toro, 7.5 minutes
    C. <u>Supporting Parties</u>:
        1**. FOMB**: Martin J. Bienenstock, 10 minutes.

4. **<u>Third- Party Release, Exculpation, and Injunction Provisions.</u>**

<u>Description</u>: The parties will address any remaining objections concerning release, exculpation, and injunction provisions and/or to report concerning the resolution of such issues.

<u>Related Documents</u>:
    A. Objection to Confirmation of Plan of Reorganization of the GO Bonds (by Individual Bondholder Arthur Samodovitz) **[Case No. 17-3283, ECF No. 18433]**

    B. Objection to Confirmation of Plan by Individual GO and PBA Bondholder (Peter C. Hein) **[Case No. 17-3283, ECF No. 18575]**

    C. Credit Union's Joint Objection to Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico et al. **[Case No. 17-3283, ECF No. 18594]**

    D. Memorandum of Law in Support of Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 18869]**

    E. Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Seventh Amended Title III Joint Plan of Adjustment **[Case No. 17-3283, ECF No. 18874]**

<u>Estimated Time Required</u>: 20 minutes.

---

[3] In the event any of the objecting parties decide not to argue or use less time than allotted, the remaining time will be allotted to the other objecting parties opposing the confirmation of the plan on these grounds.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
- A. Supporting Parties:
    1. **FOMB**: Brian S. Rosen, 7 minutes.
    2. **Monolines**: Atara Miller and/or William Natbony, 1 minute.
- B. Objecting Parties[4]:
    1. **Credit Unions**: Enrique Almeida, 5 minutes.
    2. **Peter C. Hein** (*pro se*): 5 minutes.
- C. Supporting Parties:
    1. **FOMB**: Brian S. Rosen, 2 minutes.

5. **Solicitation.**

    Description: The parties will address (i) whether the votes of Retail Investors were improperly solicited in violation of Section 1125(b) of the Bankruptcy Code and (ii) whether designation of any votes is required pursuant to Section 1126(e) of the Bankruptcy Code.

    Related Documents:
    - A. Objection to Confirmation of Plan of Reorganization of the GO Bonds (by Individual Bondholder Arthur Samodovitz) **[Case No. 17-3283, ECF No. 18433]**
    - B. Objection to Confirmation of Plan by Individual GO and PBA Bondholder (Peter C. Hein) **[Case No. 17-3283, ECF No. 18575]**
    - C. Memorandum of Law in Support of Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* **[Case No. 17-3283, ECF No. 18869]**
    - D. Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Seventh Amended Title III Joint Plan of Adjustment **[Case No. 17-3283, ECF No. 18874]**
    - E. Sur-Reply to FOMB 10/27/2021 and 10/28/2021 Supporting and Reply Briefs (Filed By Individual Bondholder Peter C. Hein) **[Case No. 17-3283, ECF No. 19093]**

    Estimated Time Required: 45 minutes.

    Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
    - A. Supporting Parties:
        1. **FOMB**: Brian S. Rosen, 17.5 minutes.

---

[4] In the event either of the objecting parties decide not to argue or use less time than allotted, the remaining time will be allotted to the other objecting party opposing the confirmation of the plan on these grounds.

B. Objecting Parties[5]:
   1. **Arthur Samodovitz** (*pro se*): 7.5 minutes.
   2. **Peter C. Hein** (*pro se*): 15 minutes.
C. Supporting Parties:
   1. **FOMB**: Brian S. Rosen, 5 minutes.

6. **Objection of International Union, UAW and Service Employees International Union to Second Revised Confirmation Order [ECF No. 19162].**

Description: The parties will address the objection by International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Service Employees International Union relating to the "Maintenance of Pension System" provision contained in the *Debtors' Proposed Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [ECF No. 19118].

Related Documents:
   A. Memorandum of Law in Support of Confirmation of Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. **[Case No. 17-3283, ECF No. 18869]**

   B. Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Seventh Amended Title III Joint Plan of Adjustment **[Case No. 17-3283, ECF No. 18874]**

Estimated Time Required: 45 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
   A. Objecting Parties:
      1. **UAW/SEIU**: Peter D. DeChiara, 15 minutes.
   B. Supporting Parties:
      1. **FOMB**: Martin J. Bienenstock, 22.5 minutes.
   C. Objecting Parties:
      1. **UAW/SEIU**: Peter D. DeChiara, 7.5 minutes.

[*Remainder of Page Intentionally Left Blank*]

---

[5] In the event either of the objecting parties decide not to argue or use less time than allotted, the remaining time will be allotted to the other objecting party opposing the confirmation of the plan on these grounds.

Dated: November 14, 2021
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## **Exhibit A**

**Amended Order Directing Supplemental Briefing and Oral Argument on Issues Pertaining to the Confirmation Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

AMENDED ORDER DIRECTING SUPPLEMENTAL BRIEFING AND ORAL
ARGUMENT ON ISSUES PERTAINING TO THE CONFIRMATION HEARING

The Court commenced the hearing in connection with the request of the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") for approval of the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 19117, as may be supplemented or amended, the "Plan") on November 8, 2021 (the "Confirmation Hearing"). In order that the parties have opportunities to

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

address further specific legal issues of concern to the Court, and to ensure that certain pleadings are filed at times and in forms helpful to the Court, it is hereby ORDERED that:

1. The Court will hear argument on the following legal issues on **Monday, November 15, 2021**, beginning at **9:30 a.m. (Atlantic Standard Time)**, in accordance with the following time allocations:

   a. Argument will be heard on the issue of preemption for a total of **40 minutes**, split evenly between the supporters of and objectors to the Plan. The parties are directed to address the analytical basis and anticipated operation and scope of preemption arising from section 89.3 and Exhibit K of the Plan. The Oversight Board is also directed to address the representation in the Jaresko Declaration that "a comprehensive list of statutes, which the Oversight Board has identified as inconsistent with, and preempted by, PROMESA will be submitted in advance of the confirmation hearing."

   b. Argument will be heard on the issue of the deemed rejection of the Commonwealth's contractual obligations to accrue pension benefits for a total of **30 minutes**, split evenly between the supporters of and objectors to the Plan. The parties are directed to address the extent to which such rejection supports a rejection damages claim for the denial of future accruals and the implications of such a claim for feasibility.

   c. Argument will be heard on certain issues related to the Takings Clause of the U.S. Constitution for a total of **2 hours**, split evenly between the supporters of and objectors to the Plan. Specifically, the parties are directed to address the following issues:

      i. Whether and to what extent the exercise of discretion by the Court under 11 U.S.C. § 944(c)(1) to exempt some or all takings claims from discharge would render the Plan unfeasible.

      ii. Arguments concerning the meaning of "just compensation" in the context of bankruptcy law.

      iii. Arguments concerning the Oversight Board's proposed distinction between takings claims that are secured and those that are unsecured.

      iv. Whether the reduction of a Takings Clause claim to a judgment or a settlement agreement affects whether it is still subject to the Takings Clause.

      v. How the three factors identified in Penn Central Transportation v. City of New York, 438 U.S. 104, 124 (1978), apply to takings claims that are not per se takings claims.

    d. Argument will be heard on the issue of third-party release, exculpation, and injunction provisions for a total of **20 minutes**, split evenly between the supporters of and objectors to the Plan. The parties are directed to address any remaining objections concerning release, exculpation, and injunction provisions and/or to report concerning the resolution of such issues.

    e. Argument will be heard on solicitation issues for a total of **45 minutes**, split evenly between the supporters of and objectors to the Plan. Specifically, the parties shall address (i) whether the votes of Retail Investors were improperly solicited in violation of Section 1125(b) of the Bankruptcy Code and (ii) whether designation of any votes is required pursuant to Section 1126(e) of the Bankruptcy Code.

    f. Argument will be heard on the objection filed by the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW") and Service Employees International Union ("SEIU") (Docket Entry No. 19162 in Case No. 17-3283) in response to certain provisions contained in the Debtors' *Proposed Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 19118 in Case No. 17-3283, at Exhibit A), for a total of **45 minutes**, split evenly among the Supporters, UAW, and SEIU.

2. The Oversight Board shall file a memorandum of law in support of the Oversight Board's request for rulings regarding Act 53-2021 by **Monday November 15, 2021**, at **11:59 p.m. (Atlantic Standard Time)**. The memorandum of law shall include responses to objections filed in opposition to the Debtors' *Notice of (I) Rulings the Oversight Board Requests at Confirmation Hearing Regarding Act 53-2021 and (II) Deadline for Objections* (Docket Entry No. 19002 in Case No. 17-3283).

3. The Oversight Board shall file an amended proposed order and judgment confirming the Plan (the "Revised Proposed Order") by **Friday, November 12, 2021**, at **11:59 p.m. (Atlantic Standard Time)**. Parties shall file objections (if any) to the Revised Proposed Order by **Monday, November 15, 2021**, at **7:00 p.m. (Atlantic Standard Time)**.

4. The Court will hear argument on the following legal issues on **Wednesday, November 17, 2021**, beginning at **9:30 a.m. (Atlantic Standard Time)**, in accordance with the following time allocations:

    a. Argument will be heard on the Oversight Board's request for rulings regarding Act 53-2021 for a total of **2 hours**, split evenly between the supporters of and objectors to the ruling request.

    b. Argument will be heard on objections to the Revised Proposed Order for a total of **2 hours**, split evenly between the supporters and objectors to the order.

5. The Oversight Board shall file amended proposed findings of fact and conclusions of law in connection with confirmation of the Plan no later than **48 hours following the conclusion of the Confirmation Hearing**. Any objections to such amended proposed findings of fact and conclusions shall be filed by **11:59 p.m. (Atlantic Standard Time) of the third business day** after the amended proposed findings and conclusions are filed.

6. With respect to the oral arguments, the parties shall meet and confer in advance regarding time allocations, and the Oversight Board shall file, by 2:00 p.m. on the day preceding the oral argument, an agenda identifying the anticipated speakers and their respective time allocations.

7. Concerning closing arguments, the parties are directed to promptly meet and confer to coordinate compliance with paragraph 8 of the *Second Amended Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* (Docket Entry No. 19012-1 in Case No. 17-3283).

SO ORDERED.

Dated: November 12, 2021

                                                                     /s/ Laura Taylor Swain
                                                                     LAURA TAYLOR SWAIN
                                                                       United States District Judge