# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 9:30 AM (AST)
Started: 9:35 AM (AST)
Ended: 1:38 PM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE:  November 12, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:  Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico *et al.*, Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor, | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor. | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17 BK 3283 (LTS); 3:17 BK 3566 (LTS); 3:19 BK-5523 (LTS)
Page **2** of **3**
Confirmation Hearing – November 12, 2021

**4th day of Confirmation Hearing held**.

The agenda was filed at DE #19138 and DE #19163 in 17-BK-3283 (LTS).

Housekeeping matters discussed about the "Joint Stipulation Regarding Admission of Exhibits in Evidence" (DE #19172).

The Declaration of Andrew Wolfe was admitted on behalf of the Debtors. Cross-examination by Peter Hein, pro se.

The Declaration and the Amended Declaration of Adam Chepenik were admitted into evidence on behalf of the Debtors. Cross-examination by Peter Hein, pro se. Re-direct by Attorney Michael Mervis. Re-cross.

The Declaration, the Amended Declaration and the Supplemental Declaration of Juan Santambrogio were admitted on behalf of the Debtors. Cross-examination by Peter Hein, pro se.

The Declaration of Marti Murray was admitted on behalf of the Debtors. Cross-examination by Peter Hein, pro se. Re-direct by Attorney Margaret Dale. Re-cross.

The Declaration and the Amended Declaration of David Brownstein were admitted on behalf of the Debtors. Cross-examination by Peter Hein, pro se. Re-direct by Attorney Michael Firestein. Re-cross.

The Declaration and the Amended Declaration of Jay Herriman were admitted on behalf of the Debtors.

The Debtors rested their case.

The Declaration of Simon Johnson was admitted on behalf of the Official Committee of Retired Employees of Puerto Rico.

The Redacted Declarations of Mark Elliot were admitted on behalf of Peter Hein. See Docket Entry 19172-2 in 17-BK-3283.

The Declaration of Peter Hein was admitted on his behalf.

The "Joint Stipulation Regarding Admission of Exhibits in Evidence" (DE #19172) was moved into evidence by the Debtors. Admitted and marked as Stipulation 1.

All parties of interest rested.

Housekeeping matters regarding the "Order Directing Supplemental Briefing and Oral Argument on Issues Pertaining to the Confirmation Hearing" (Docket Entry #19171). Parties were advised that an amended order will be issued.

**Further Confirmation Hearing set for November 15, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain.**

<u>s/Carmen Tacoronte</u>
Carmen Tacoronte
PROMESA Case Administrator

Exhibits Admitted:
- Monolines': 1, 2, 3, 4, 45, 52, 53
- Retiree Committee's: 1
- U.S. Bank's: A, B, C, D, E, F, Q, R
- Suiza Dairy's: 2 and 3
- Hein's: A - MMMM
- Stipulation 1 (Docket Entry #19172)

Exhibits Withdrawn:
   See DE #19172-1 in 17-BK-3283.

Declarations Admitted (filed in 17-BK-3283 LTS):
- Debtors'
   - Andrew Wolfe: Docket Entry #18725
   - Adam Chepenik:  Docket Entries #18735, #19054-2
   - Juan Santambrogio: Docket Entries #18736, #19054-7, #19060
   - Marti Murray: Docket Entry #18724-1
   - David Brownstein: Docket Entries #18726 and #19054-1
   - Jay Herriman: Docket Entries #18732 and #19054-3
- Retiree Committee's
   - Simon Johnson: Docket Entry #19014
- Peter Hein's
   - Mark Elliot: Docket Entry #19172-2
   - Peter Hein: Docket Entry #19047