UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO FOR ENTRY OF ORDER GRANTING ZOOM VIDEOCONFERENCE LINE CREDENTIALS TO NATALIE JARESKO AND JAIME EL KOURY FOR THE CONFIRMATION HEARING ON NOVEMBER 15, 2021 AND NOVEMBER 17, 2021

Upon the *Urgent Motion of the Financial Oversight and Management Board for Puerto Rico for Entry of Order Granting Zoom Videoconference Line Credentials to Natalie Jaresko and Jaime El Koury for the Confirmation Hearing on November 15, 2021 and November 17, 2021* (Docket Entry No. 19193 in Case No. 17-3283, the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction of this matter pursuant to PROMESA section 306;

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of the Commonwealth; and the Court having found that the Debtors provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Urgent Motion; and the Court having determined that the factual bases set forth in the Urgent Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Oversight Board shall provide to the Court, at promesaregistration@prd.uscourts.gov, one email address associated with Ms. Jaresko and one email address associated with Mr. El Koury as soon as practicable so that the Court can grant them each videoconferencing access to the Confirmation Hearing for **November 15, 2021**, and **November 17, 2021**.

3. Ms. Jaresko and Mr. El Koury will utilize such videoconferencing access in a manner consistent with the manner described in the Urgent Motion only.

4. Until videoconferencing access is established, Ms. Jaresko and Mr. El Koury may obtain listen-only access to the hearing as set forth in paragraph 2 of the *Amended Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment*. (Docket Entry No. 18877-1 ¶ 2.)

5. This Order resolves Docket Entry No. 19193 in Case No. 17-3283.

SO ORDERED.

Dated: November 15, 2021

       /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge