También quiero informarle que para esa fecha del Año 1979, la cantidad del aumento haciende desde El año 1979, 1980, 1981-1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006.

($20,000.00)

20,000.00
× 27
---
540,000

÷ 27 =
20,000.00

Para el año 2006 octubre me jubile del Gobierno de Puerto Rico con mis 30 años de Servicio porque para Sistema de Retiro son 30 años, pero trabaje 33 años de Servicio. Yo como Secretaria fui una empleada ejemplar con Mi trabajo. Mi dedicación en las Juntas Examinadoras era atender Público, por teléfono y personalmente tenía (4) Juntas a mi cargo que era la Junta Examinadora de Optómetras, Junta Examinadora de Doctores en Naturopatia, Junta Examinadora de Terapia Respiratoria, Junta Examinadora de Embalsamadores y todas las atendí con mucho amor y mucha dedicación.

También quiero informarle que el correo General que tramita toda clase correspondencia que van a defecarse en tales estados cerrado porque la estructura tiene daños y por esa razón el correo General esta cerrado, toda correspondencia se lleva al correo privado y de ahí esa correspondencia se la llevan para a los Estados Unidos para que la misma sea procesada.

Gracias Anticipadas que Dios les bendiga a todos.

Atentamente,

Fel. Celedon
787-908-7609

Ramón E. Plaza Cruz
243 Calle Paris
PMB 1040
San Juan, Puerto Rico
00917

Anexo:
Ley 89 del 12 Julio de 1979, Ley de Retribución uniforme
Carta - 21 de Abril de 2010
Lcdo. Rafael A. Vela Carrión