*Law Offices*

**RAFAEL A. VILA CARRION**
Suite 1004
The Hato Rey Center
268 Ponce de León Avenue
San Juan, PR 00918-2006

Telephone: (787)509-9401
Telecopier: (787)765-0745
E-Mail: Vilacarrion@microjuris.com

William J. Riefkohl
1915-2002

21 de abril de 2010

Sra. Miriam E. Plaza Cruz
243 Calle Paris
PMB 1040
San Juan, PR 00917

Estimada señora Plaza:

Esperamos que al recibo de la presente se encuentre usted bien. El motivo de la misma es para solicitarle nos envíe un fax al (787)765-0745, si le es posible, enviarnos copia del contrato suyo del Romerazo. Por órdenes del Tribunal se hizo un último listado incluyendo <u>toda la información correspondiente a cada empleado del Departamento de Salud, representados por el licenciado Vilá Carrión, donde se incluye dirección residencial y teléfono actuales de cada persona</u>.

Esperando recibir dicha información lo más pronto posible, quedo de usted,

Muy atentamente,

Gloria Garriga Sánchez
Secretaria

P.D.

También, puede comunicarse al (787)554-9062, para mayor información.