

Sra. Paulina L. Plaza Cruz
243 Calle Paris
PMB-1040
San Juan, 00917

Secretario (Clerk's Office)
Tribunal de Distrito de US
(Distrito Judicial)
Calle 150 Chardón (Federal Building)
San Juan, C Puerto Rico, 00918-1767