Nombre de Representante: Elsie Rivera Ortiz

No: reclamación 145387

Estudiante: Madeline Sánchez Rivera

Dirección: PP-01 BOX 15097
Toa Alta, P.R. 00953

Correo electrónico: sasitaupopp@gmail.com

Celular: 787-526-0027

Estimado responsable:

    Le escribo en relación sobre la carta recibida de Prime Clerk, LLC que indica que el reclamo no se entregó en las fechas estipuladas. Le notifico que los documentos fueron entregados en el plazo solicitado. Les envió adjunto a esta carta, evidencia de la certificación de correo de Prime Clerk, con el número de reclamación de mi hijo(a) que muestra que si se realizó el reclamo dentro del tiempo. Por lo cual no estoy de acuerdo con la información establecida en la carta como que se envió después de la fecha aplicable. Actualmente sigo bajo la misma dirección no hay ningún cambio y sigo pendiente al caso. De necesitar alguna otra información, estaré a toda su disposición de entregarla.

Atentamente: Elsie Rivera Ortiz

Fecha: 09-16-2021