

Elsie Rivera Ortiz
PR-01 Box 15092
Toa Alta, P.R. 00953

RECEIVED & FILED
2021 NOV 12 PM 5:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, P.R. 00918-1767