# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## MOTION TO RESIGN REPRESENTATION

To the Honorable United States District Judge Laura Taylor Swain

COMES NOW DATA ACCESS COMUNICATIONS INC, through the undersigned attorney and to this Honorable Court most respectfully states and requests as follows:

1. Creditor requested that the subscribing attorney resign his representation of DATA ACCES, since August 23, 2021, when I met with Data and their new attorney, Gerardo Flores and agreed to resign from that date onwards.

2. At this time I do not know who is representing Data so I will notify them of this filing.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2

**WHEREFORE**, it is respectfully requested that the Court accepts this resignation, effective August 23, 2021

Dated: November 15, 2021  
San Juan, Puerto Rico

Respectfully submitted,

*/s/ HECTOR FIGUEROA VINCENTY*

*CALLE SAN FRANCISCO 310 SUITE 34*

*SAN JUAN P.R. 00901*

*787-378-1154*

*quiebras@elbufetedelpueblo.com*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case and I will notify creditor DATA ACCESS via email.

/s/ *Hector Figueroa Vincenty*