Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  MIGUEL ANGEL FALCÓN RIVERA

Participant's Address:  URB. PALMAR DORADO NORTE CALLE REN 32033 DORADO P.R. 00646

Participant's Email Address:  miguelfalconrivera@yahoo.com

Name of Counsel: 

Address of Counsel: 

Email Address of Counsel: 

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:  17 BK 3283-LTS

Nature of Claim: 

By:  _M.A.Falcón_
     Signature

MIGUEL ANGEL FALCÓN RIVERA
Print Name

_____
Title (if Participant is not an individual)

SEPT. 22, 2021
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

MIGUEL A. FALCON RIVERA
URB. PALMAR DORADO NORTE
CSLE REAL 320D33 DORADO P.R. 00646

RECEIVED & FILED
2021 NOV 12 PM 5: 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

COURT'S CLERK'S OFFICE
UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE. CARLOS CHARDON
STE 150 SAN JUAN P.R. 00918-1767

MEMPHIS TN 380
4 OCT 2021 PM 1 L


FOREVER / USA

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Magdalena Rodriguez Pabón_

Participant's Address: _Apartado 647 Toa Alta P.R. 00953_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _Promesa Title III_

By: _Magdalena Rodriguez Pabón_
Signature

_Magdalena Rodriguez Pabón_
Print Name

_____
Title (if Participant is not an individual)

_18 de Septiembre de 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Magdalena Rodriguez Robiou
Apartado 647
Toa Alta, P.R. 00953

RECEIVED & FILED

2021 NOV 12 PM 5: 15

CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P.R.

00918-1706.25

MEMPHIS TN 380

4 OCT 2021 PM 2 L

Discovery Notice to the Court's Clerk's office at:
United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767



Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Iris M. Bocachica Campos_

Participant's Address: _3305 Edificio Bupno Calle Francisco Luzinaris_
_Belgico Ponce P.R. 00717-1781_

Participant's Email Address: _iris.bocachica 1951 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _87145_                    _17BK03283-LTS_

Nature of Claim: _The Commonwealth of Puerto Rico owes me_
_money based on the following laws:_
_Law 96-2002_
_Law 164-2003_

By: _Iris M. Bocachica Campos_
Signature

Print Name _Iris M. Bocachica Campos_

Title (if Participant is not an individual) _____

Date _6 octubre 2021_

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Iris M. Bocachica Carquer
3305 Fdi.t Buona Calle Francisco
Luciavis Belgica Ponce P.R. 00717-178?



7021 1970 0000 3438 9941

CERTIFIED MAIL

00918-1706525

United States District Court, Clerks office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

U.S. POSTAGE PAID
$7.38

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Briznayda Cuadrado Álvarez_

Participant's Address: _C.U.H. Station P.O. Box 10109 Humacao_

Participant's Email Address: _brizrosado@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number: _81286_

Nature of Claim: _____

By: _[signature]_
    Signature

_Briznayda Cuadrado Alvarez_
Print Name

_____
Title (if Participant is not an individual)

_October 25, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

FORMULARIO DE RESPUESTA DEL RECLAMANTE

*Claim No.* **81286**     *Creditor Name:* **CUADRADO ALVAREZ, BRIZNAYDA**

| | |
|---|---|
| (1) Nombre Completo | Briznayda Cuadrado Alvarez |
| (2) Número de teléfono | (787) 615-5465 / (939) 339-4140 |
| (3) Número de empleado | 125567 |
| (4) Agencia para la cual trabajó(ó) y fecha.   Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación 2004 – hasta el presente |
| (5) Correo electrónico | |
| (6) Número de seguro social (últimos cuatro dígitos) | XXX-XX-8005 |
| (7) Número de caso administrativo o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (*Proof of Claim*) |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | RECEIVED & FILED 2021 NOV 12 PM 5:14 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN P.R. |

*** Attach any supporting documentation you may have related to your claim. ***



170328300194587

Exhibit A

Employee Response Letter

*Claim No.* **81286**    *Creditor Name:* **CUADRADO ALVAREZ, BRIZNAYDA**

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | *(This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case**.)* |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages, if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***



170328300194587

Brivayda Cuadrado Alvarez
C.U.H. Station P.O Box 10109
Humacao, P.R. 00792-1120

RECEIVED & FILED
2021 NOV 12   PH 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

JACKSONVILLE FL   320
8 NOV 2021   PM 4  L

United States District Court,
Clerk's Office, 150 Ave. Charbó
Ste 150
San Juan, P.R. 00918-1767

USA ★ FOREVER

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Ruth. M. Arroyo  González_

Participant's Address: _704 Enrique Laguerre  Ponce P.R. 00730-0545_

Participant's Email Address: _ruth m 1969 @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86956_

Nature of Claim: _17 BK 3283 - LTS_

By: _Ruth M. Arroyo González_
Signature

_Ruth M. Arroyo González_
Print Name

_____
Title (if Participant is not an individual)

_6 sept 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:     _Ruth M. Arroyo González_

Participant's Address:     _764 Enrique Laguerre Ponce PR. 08730-0545_

Participant's Email Address:     _ruthm1969@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number:     _86956_

Nature of Claim:     _17 BK 3283-LTS_

By:     _Ruth M. Arroyo González_
Signature

_Ruth M. Arroyo González_
Print Name

_____
Title (if Participant is not an individual)

_3/oct/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Ruth. M Arroyo Gonzalez_

Participant's Address: _704 Calle Enrique Laguerre Ponce,P.R. 00730 0545_

Participant's Email Address: _ruthm1969@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _86956_

Nature of Claim: _17 BK 3283 —LTS_

By: _Ruth M. Arroyo Gonzalez_
Signature

_Ruth M. Arroyo Gonzalez_
Print Name

_____
Title (if Participant is not an individual)

_16 ago 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Ruth M. Arroyo González
704 Enrique Laguerre
Ponce, P.R. 00730-08475

RECEIVED & FILED
2021 NOV 12 PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

MEMPHIS TN 380
7 NOV 2021 PM 3 L

United States District Court, Clerk's
Office, 150 Ave-Carlos Chardon Sta.150,
San Juan, P-R- 00918-1767

Participant must provide all of the information below **in English**:

1.    Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name:  *Nigda Martinez Santiago*

Participant's Address:  *2104 Calle Clio, Alta Vista, Ponce, P.R.*

Participant's Email Address:  *nigdab @ gmail . com*

Name of Counsel:  —

Address of Counsel:  —

Email Address of Counsel:  —

2.    Participant's Claim number and the nature of Participant's Claim:

Claim Number:  *56202 / 99843 / 100318 / 103816 / 120490*

Nature of Claim:  *Salary raise not granted - Law #148*
*July 12, 2004*

By:  [signature]

Signature

*Nigda Martinez Santiago*
Print Name

_____
Title (if Participant is not an individual)

*October 16, 2021*
Date

RECEIVED & FILED
2021 NOV 12 PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nigda Martinez Santiago
2104 Calle Clio
Alta Vista
Ponce, P.R. 00716

RECEIVED & FILED

2021 NOV 12 PM 5: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel,
    if any:

Participant's Name: _Saul Medina Rios_

Participant's Address: _HC 02 Box 13425 Gurabo P.R. 00778_

Participant's Email Address: _Medina4848s @gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Saul Medina Rios_
    Signature

_Saul Medina Rios_
Print Name

_N/A_
Title (if Participant is not an individual)

_5/Oct/2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

...

RECEIVED & FILED

2021 NOV 12  PM 5: 14

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

00918-170625

Saul medina
HC 02 Box 13425
Guayabo P.R. 00778

United States District Court
Clerk's office, 150 Ave. Carlos Chardon
Ste, 150, San Juan P.R. 00918-1767



MEMPHIS TN 380
5 NOV 2021 PM 3  L

SRF 55923

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Guadalupe Vázquez García*

Participant's Address: *Calle Monserrate No. 8, Sur, Gina P.R. 00784*

Participant's Email Address: *vázquez garcía guadalupe @gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: *161710*

Nature of Claim: *Promesa Title III No. 17 BK 3283 LTS*

By: *Guadalupe Vázquez García*
Signature

*Guadalupe Vázquez García*
Print Name

_____
Title (if Participant is not an individual)

*9 de octubre de 2021*
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: .United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Guadalupe Vázquez García
Calle Mobserrate Nr. 8 Sur
Guayama, P.R. 00784

RECEIVED & FILED
2021 NOV 12  PM 5: 14
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

United States District Court
Clerk's Office, 150 Ave.
Carlos Charlon Ste. 150
San Juan, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Herótida Santana Casanova*

Participant's Address: *Urb. Las Vegas A-3 Calle 5 Catano P.R-00962*

Participant's Email Address: *heritida.santana@gmail.com*

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *17 BK 3283- LTS*

Nature of Claim: *accumulated retirement contributions*

By: *Herótida Santana Casanova*
Signature

*Herótida Santana Casanova*
Print Name

_____
Title (if Participant is not an individual)·

*September 26 2021*
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Neftali Santana Caonera
Calle 5-83 urb. Las Vegas
Catãno P.R. 00962

United States District Court
Clerk's office 150 ave. Carlos Chardon
Ste 150 San Juan P.R. 00918-1767

RECEIVED & FILED
2021 NOV 12 PM 5: 14

00918-170625

MEMPHIS TN 380    29 SEP 2021 PM 1 L

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Gerardo Rodriguez Maldonado_

Participant's Address: _Hc-04 Box 5782 Guaynabo PRoo971_

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 LTS_

Nature of Claim: _____

By: _Gerardo Rodriguez Maldonado_
Signature

_Gerardo Rodriguez Maldonado_
Print Name

_____
Title (if Participant is not an individual)

_Octubre 16, 2021_
Date

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Gevardo Rodriguez Maldonado
AC-04 Box 5782
Guaynabo, PR 00971

RECEIVED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 NOV 15 AM 11:22

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan PR 00918-1767



USA FOREVER