## EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| CASE ADMINISTRATION/MISCELLANEOUS | 312.40 | $85,555.00 |
| CHALLENGES TO PROMESA | 1.20 | $400.00 |
| COMMITTEE GOVERNANCE AND MEETINGS | 115.60 | $32,282.50 |
| COMMUNICATIONS WITH RETIREES | 168.00 | $49,242.50 |
| CONTESTED MATTERS | 115.90 | $37,365.00 |
| COURT HEARINGS | 38.00 | $12,745.00 |
| DISCOVERY MATTERS | 0.00 | $0.00 |
| EMPLOYMENT OF PROFESSIONALS/FEE APPLICATIONS | 64.00 | $19,085.00 |
| ERS/TRS/JRS MATTERS | 0.00 | $0.00 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 350.20 | $108,730.00 |
| GO BOND ISSUES | 4.30 | $1,612.50 |
| MEDIATION | 0.20 | $75.00 |
| NON-WORKING TRAVEL TIME | 0.00 | $0.00 |
| PENSION ANALYSIS | 15.60 | $4,875.00 |
| PREPA | 30.20 | $11,325.00 |
| **TOTAL** | **1,215.60** | **$363,292.50** |