## **EXHIBIT D**

### **SUMMARY OF EXPENSES**

| Expense Description | Amount |
|---|---|
| Document Reproduction | $ 574.81 |
| Document Delivery | $1,880.00 |
| Translation services | $3,433.89 |
| <u>Transport Services</u> | <u>$ 351.00</u> |
| **TOTAL** | **$6,239.70** |