# EXHIBIT F

## DETAILED EXPENSES OF BENNAZAR, GARCÍA & MILIÁN, C.S.P.

# JUNE 2021

| Date | ADDITIONAL CHARGES: | Amount |
|---|---|---|
| | EXPENSES BGM | |
| 06/01/21 | TRANSLATED DOCUMENTS: RITA INOVICE 7045, TRANSLATION OF TITLE 32, CÓDIGO DE ENJUICIAMIENTO CIVIL (PR) | 1,686.83 |
| 06/02/21 | DOCUMENT REPRODUCTION: MINUTES AND AGENDA MEETING OF JUNE 4, 2021 | 25.00 |
| 06/03/21 | TRAVEL EXPENSES: RST TRANSPORT SERVICE TO CAPITOLIO DE P.R. | 286.00 |
| 06/04/21 | TRANSLATED: RITA INOVICE 7059, COR MEETING OF JUNE 4, 2021 | 208.00 |
| 06/07/21 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY #54887, MEETING OF JUNE 10, 2021 | 301.05 |
| 06/10/21 | TRANSLATED: RITA INOVICE 7059, COR MEETING OF JUNE 10, 2021 | 208.00 |
| | TRAVEL EXPENSES: RST PENALTY SERVICE CANCELLED | 65.00 |
| 06/30/21 | DOCUMENT DELIVERY: MILAGROS ACEVEDO (TOA ALTA) (COR MEETING) | 160.00 |
| | DOCUMENT DELIVERY: MIGUEL FABRE (BAYAMÓN) (COR MEETING) | 60.00 |
| | DOCUMENT DELIVERY: MARCOS LÓPEZ (TOA ALTA) (COR MEETING) | 80.00 |
| | DOCUMENT DELIVERY: CARMEN NUÑEZ (BAYAMÓN) (COR MEETING) | 40.00 |
| | DOCUMENT DELIVERY: JUAN ORTIZ (PONCE) (COR MEETING) | 220.00 |
| | DOCUMENT DELIVERY: ROSARIO PACHECO (SAN JUAN) (COR MEETING) | 40.00 |

|  |  | Amount |
|---|---|---:|
|  | DOCUMENT DELIVERY: BLANCA PANIAGUA (CAROLINA) (COR MEETING) | 40.00 |
|  | DOCUMENT DELIVERY: LYDIA PELLOT (SAN JUAN) (COR MEETING) | 60.00 |
|  | SUBTOTAL: | [3,479.88] |

## JULY 2021

ADDITIONAL CHARGES:

EXPENSES BGM

| Date | Description | Amount |
|---|---|---:|
| 07/02/21 | DOCUMENT DELIVERY SERVICES: MILAGROS ACEVEDO (TOA ALTA) | 40.00 |
|  | DOCUMENT DELIVERY SERVICES: MIGUEL FABRE (BAYAMÓN) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: MARCOS LÓPEZ (TOA ALTA) | 40.00 |
|  | DOCUMENT DELIVERY SERVICES: CARMEN NÚÑEZ (BAYAMÓN) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: JUAN ORTIZ (PONCE) | 110.00 |
|  | DOCUMENT DELIVERY SERVICES: ROSARIO PACHECO (SAN JUAN) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: BLANCA PANIAGUA (CAROLINA) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: LYDIA PELLOT (SAN JUAN) | 20.00 |
| 07/07/21 | TRANSLATIONS: RITA #7235; COR MEETING OF 7/7/2021 | 208.00 |
| 07/15/21 | DOCUMENT DELIVERY SERVICES: CARMEN NÚÑEZ (BAYAMÓN) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: BLANCA PANIAGUA (CAROLINA) | 20.00 |
| 07/15/21 | DOCUMENT DELIVERY SERVICES: LYDIA PELLOT (SAN JUAN) | 20.00 |
| 07/16/21 | TRANSLATIONS: RITA #7251; COR MEETING OF 7/16/2021 | 208.00 |
|  | SUBTOTAL: | [ 766.00] |

## AUGUST 2021

ADDITIONAL CHARGES:

EXPENSES BGM:

| Date | Description | Amount |
|---|---|---:|
| 08/02/21 | TRANSLATED MEETINGS: RITA #7310 COR MEETING OF AUGUST 2, 2021 | 208.00 |

|  |  | Amount |
|---|---|---|
| 08/05/21 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY #55021 | 80.28 |
|  | DOCUMENT DELIVERY: MILAGROS ACEVEDO (TOA ALTA) | 40.00 |
|  | DOCUMENT DELIVERY: MARCOS LÓPEZ (TOA ALTA) | 40.00 |
| 08/05/21 | DOCUMENT DELIVERY: CARMEN NUÑEZ (BAYAMÓN) | 20.00 |
|  | DOCUMENT DELIVERY: LYDIA PELLOT (SAN JUAN) | 20.00 |
|  | DOCUMENT DELIVERY: ROSARIO PACHECO (SAN JUAN) | 20.00 |
|  | DOCUMENT DELIVERY: JUAN ORTIZ (PONCE) | 110.00 |
|  | DOCUMENT DELIVERY: BLANCA PANIAGUA (CAROLINA) | 20.00 |
| 08/10/21 | TRANSLATED MEETINGS: RITA #7344 COR MEETING OF AUGUST 10, 2021 | 208.00 |
| 08/25/21 | DOCUMENT DELIVERY: LYDIA PELLOT (SAN JUAN) | 20.00 |
| 08/26/21 | DOCUMENT REPRODUCTION (EXTERNAL SERVICES): SIR SPEEDY #55080 | 168.48 |
| 08/31/21 | TRANSLATED MEETINGS: RITA #7437 COR MEETING OF AUGUST 31, 2021 | 208.00 |
|  | SUBTOTAL: | **[1,162.76]** |

## SEPTEMBER 2021

ADDITIONAL CHARGES:

EXPENSES BGM

| 09/01/21 | DOCUMENT DELIVERY SERVICES: MILAGROS ACEVEDO (TOA ALTA) (AUGUST 27, 2021) | 40.00 |
|---|---|---|
|  | DOCUMENT DELIVERY SERVICES: MARCOS LÓPEZ (TOA ALTA) (AUGUST 27, 2021) | 40.00 |
|  | DOCUMENT DELIVERY SERVICES: JUAN ORTIZ (PONCE) (AUGUST 27, 2021) | 110.00 |
|  | DOCUMENT DELIVERY SERVICES: ROSARIO PACHECO (SAN JUAN) (AUGUST 27, 2021) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: LYDIA PELLOT (SAN JUAN) (AUGUST 27, 2021) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: CARMEN NÚÑEZ (BAYAMÓN) (AUGUST 27, 2021) | 20.00 |
| 09/02/21 | DOCUMENT DELIVERY SERVICES: MARCOS LÓPEZ (TOA ALTA) | 40.00 |

|  |  | Amount |
|---|---|---:|
| 09/21/21 | TRANSLATED DOCUMENTS: RITA #7511 "DETERMINACIÓN ADMINISTRATIVA" | 291.06 |
| 09/22/21 | DOCUMENT DELIVERY SERVICES: MILAGROS ACEVEDO (TOA ALTA) | 40.00 |
|  | DOCUMENT DELIVERY SERVICES: MARCOS LÓPEZ (TOA ALTA) | 40.00 |
|  | DOCUMENT DELIVERY SERVICES: CARMEN NÚÑEZ (BAYAMÓN) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: JUAN ORTIZ (PONCE) | 110.00 |
| 09/22/21 | DOCUMENT DELIVERY SERVICES: ROSARIO PACHECO (SAN JUAN) | 20.00 |
|  | DOCUMENT DELIVERY SERVICES: LYDIA PELLOT (SAN JUAN) | 20.00 |
|  | SUBTOTAL: | **[831.06]** |
| **TOTAL:** |  | **[$6,239.70]** |