**EXHIBIT B**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY PROFESSIONAL BY LOCATION**
**FOR THE PERIOD JUNE 1, 2021 TO SEPTEMBER 30, 2021**

| Professional | Position | Blended Billing Rate | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|---|
| Gumbs, Sean | Senior Managing Director | $ 1,165 | 212.4 | $ 247,446.00 | - | $ - | 212.4 | $ 247,446.00 |
| Heeren, Ana | Senior Managing Director | 925 | 69.0 | 63,825.00 | - | - | 69.0 | 63,825.00 |
| Park, Ji Yon | Senior Managing Director | 1,020 | 19.1 | 19,482.00 | - | - | 19.1 | 19,482.00 |
| DeVito, Kathryn | Managing Director | 760 | 4.4 | 3,344.00 | - | - | 4.4 | 3,344.00 |
| Grunwald Kadar, Andrea [1] | Managing Director | 915 | 105.9 | 96,898.50 | - | - | 105.9 | 96,898.50 |
| Whitcomb, John | Managing Director | 760 | 6.1 | 4,636.00 | - | - | 6.1 | 4,636.00 |
| Fitschen, Ernst | Senior Director | 800 | 307.3 | 245,840.00 | - | - | 307.3 | 245,840.00 |
| Garcia Pelaez, Andres | Senior Director | 650 | 42.7 | 27,755.00 | - | - | 42.7 | 27,755.00 |
| Jordan, Brittany | Senior Director | 650 | 8.0 | 5,200.00 | - | - | 8.0 | 5,200.00 |
| Althausen, Kimberly | Director | 550 | 36.1 | 19,855.00 | - | - | 36.1 | 19,855.00 |
| Sombuntham, Natalie | Director | 805 | 395.9 | 318,699.50 | - | - | 395.9 | 318,699.50 |
| Locke, William | Senior Consultant | 455 | 402.7 | 183,228.50 | - | - | 402.7 | 183,228.50 |
| Negron, Sabrina | Senior Consultant | 450 | 1.8 | 810.00 | - | - | 1.8 | 810.00 |
| Newton, Emilie | Senior Consultant | 450 | 5.2 | 2,340.00 | - | - | 5.2 | 2,340.00 |
| Smotkin, Lauren | Senior Consultant | 450 | 42.0 | 18,900.00 | - | - | 42.0 | 18,900.00 |
| Balzac Delgado, Jean | Consultant | 430 | 4.3 | 1,849.00 | - | - | 4.3 | 1,849.00 |
| Gabzhalilov, Askar | Consultant | 380 | 3.0 | 1,140.00 | - | - | 3.0 | 1,140.00 |
| Lievano, Manuela | Consultant | 350 | 64.8 | 22,680.00 | - | - | 64.8 | 22,680.00 |
| Osipov, Sergey | Consultant | 380 | 301.9 | 114,722.00 | - | - | 301.9 | 114,722.00 |
| Pande, Avni | Consultant | 315 | 3.9 | 1,228.50 | - | - | 3.9 | 1,228.50 |
| Raveendrakumar, Thaneesha | Consultant | 315 | 6.5 | 2,047.50 | - | - | 6.5 | 2,047.50 |
| Riley, Timothy | Consultant | 380 | 14.2 | 5,396.00 | - | - | 14.2 | 5,396.00 |
| Sou, Adeline Yi Tong | Consultant | 315 | 4.0 | 1,260.00 | - | - | 4.0 | 1,260.00 |
| Van Velkinburgh, Sara | Consultant | 350 | 39.4 | 13,790.00 | - | - | 39.4 | 13,790.00 |
| Hellmund-Mora, Marili | Project Assistant | 290 | 4.9 | 1,421.00 | - | - | 4.9 | 1,421.00 |
| **SUBTOTAL** | | | **2,105.5** | **$ 1,423,793.50** | **-** | **$ -** | **2,105.5** | **$ 1,423,793.50** |
| Less: 50% discount for non-working travel time | | | | - | | - | | - |
| **GRAND TOTAL** | | | | **$ 1,423,793.50** | | **$ -** | | **$ 1,423,793.50** |

(1): Ms. Grunwald Kadar has left the firm but continues to be an active project team member as an FTI contractor, as permissible pursuant to the FTI Retention Application [Dkt. 877] approved by the FTI Retention Order [Dkt. 1413].