**EXHIBIT C**

**SUMMARY OF FTI CONSULTING, INC. HOURS WORKED AND FEES INCURRED BY TASK CODE BY LOCATION**
**FOR THE PERIOD JUNE 1, 2021 TO SEPTEMBER 30, 2021**

| Task Code | Task Description | Mainland Hours | Mainland Fees | On-island Hours | On-island Fees | Total Hours | Total Fees |
|---|---|---|---|---|---|---|---|
| 3 | Mediation | 4.9 | $ 4,398.00 | - | $ - | 4.9 | $ 4,398.00 |
| 4 | Analysis of the Fiscal Plan – General / Revenues | 34.2 | 31,828.00 | - | - | 34.2 | 31,828.00 |
| 10 | Case Management | 7.4 | 6,749.00 | - | - | 7.4 | 6,749.00 |
| 16 | Analysis and Review of the Plan of Adjustment | 127.0 | 115,375.00 | - | - | 127.0 | 115,375.00 |
| 17 | Analysis of Pension and Retiree Related Liabilities | 277.5 | 254,465.50 | - | - | 277.5 | 254,465.50 |
| 18 | General Mtgs with Retiree Cmte & Cmte Professionals | 111.4 | 104,683.00 | - | - | 111.4 | 104,683.00 |
| 24 | Preparation of Fee Application | 50.5 | 40,533.50 | - | - | 50.5 | 40,533.50 |
| 27 | Strategic Communications | 319.0 | 188,768.00 | - | - | 319.0 | 188,768.00 |
| 28 | Analysis of the Fiscal Plan – Economic Review | 1,173.6 | 676,993.50 | - | - | 1,173.6 | 676,993.50 |
| | **SUBTOTAL** | **2,105.5** | **$ 1,423,793.50** | **-** | **$ -** | **2,105.5** | **$ 1,423,793.50** |
| | Less: 50% discount for non-working travel time | | - | | - | | - |
| | **GRAND TOTAL** | | **$ 1,423,793.50** | | **$ -** | | **$ 1,423,793.50** |