# EXHIBIT E

**DETAILED TIME RECORDS FOR FTI CONSULTING, INC. PERFORMED ON THE ISLAND FOR THE PERIOD JUNE 1, 2021 TO SEPTEMBER 30, 2021**

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **NOT APPLICABLE IN THIS MONTH** | | | | |

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| | | **NOT APPLICABLE IN THIS MONTH** | | |

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **NOT APPLICABLE IN THIS MONTH** | | | | |

**EXHIBIT E**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**DETAIL OF ON-ISLAND TIME ENTRIES**
**FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021**

**ON-ISLAND**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| **NOT APPLICABLE IN THIS MONTH** | | | | |