# EXHIBIT F

**SUMMARY OF FTI CONSULTING, INC. EXPENSES**
**FOR THE PERIOD JUNE 1, 2021 TO SEPTEMBER 30, 2021**

| **Expense Type** | **Amount** |
|---|---:|
| Airfare | $ - |
| Lodging | - |
| Transportation | - |
| Working Meals | - |
| Other | 423,318.39 |
| **Subtotal** | **$ 423,318.39** |
| Less: Voluntary Reductions | - |
| **Grand Total** | **$ 423,318.39** |