# **EXHIBIT G**

**DETAILED EXPENSE RECORDS FOR FTI CONSULTING, INC.
FOR THE PERIOD JUNE 1, 2021 TO SEPTEMBER 30, 2021**

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JUNE 1, 2021 TO JUNE 30, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 05/31/21 | LaMagna, Matthew | Other | Google Ads invoice for May 2021 services for the Official Committee of Retirees of the Commonwealth of Puerto Rico. | $ 1,676.16 |
| 06/30/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for June 2021. | 1,000.00 |
| | | **Other Total** | | **$ 2,676.16** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 2,676.16** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD JULY 1, 2021 TO JULY 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 07/31/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for July 2021. | $ 1,000.00 |
| | | **Other Total** | | **$ 1,000.00** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 1,000.00** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2021 TO AUGUST 31, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 08/31/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for August 2021. | $ 1,000.00 |
| 08/26/21 | Sub-retained Vendor | Other | Sub-retained vendor invoice #8877JC re: Retiree Committee communications support. | 44,583.73 |
| 08/31/21 | Sub-retained Vendor | Other | Sub-retained vendor invoice #8885JC re: Retiree Committee communications support. | 18,320.00 |
| 09/02/21 | Sub-retained Vendor | Other | Sub-retained vendor invoice #8904JC re: Retiree Committee communications support. | 26,515.52 |
| | | **Other Total** | | **$ 90,419.25** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 90,419.25** |

**EXHIBIT G**
**THE COMMONWEALTH OF PUERTO RICO – CASE NO. 17-03283**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2021 TO SEPTEMBER 30, 2021**

| Date | Professional | Expense Type | Expense Detail | Amount |
|---|---|---|---|---|
| 08/28/21 | Sub-retained Vendor | Other | Sub-retained communication vendor expenses for August 2021 (Invoice #26428). | $ 6,143.88 |
| 08/31/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for August 2021 (Invoice #9065ME). | 2,084.79 |
| 08/31/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for August 2021 (Invoice #9208JC). | 2,100.00 |
| 09/02/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for August 2021 (Invoice #8904JC). | 26,515.52 |
| 09/27/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for September 2021 (Invoice #9222JC). | 8,522.50 |
| 09/28/21 | Sub-retained Vendor | Other | Sub-retained communication vendor expenses for September 2021 (Invoice #26466). | 34,156.33 |
| 09/30/21 | U.S. Relativity, Hosting | Other | Relativity online hosting fees for September 2021. | 1,000.00 |
| 09/30/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for September 2021 (Invoice #9299JC). | 2,100.00 |
| 09/30/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for September 2021 (Invoice #9307JC). | 8,320.00 |
| 09/30/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for September 2021 (Invoice #9426ME). | 24,879.84 |
| 09/30/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for September 2021 (Invoice #9490R). | 31,796.24 |
| 09/30/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for September 2021 (Invoice #9491R). | 14,582.00 |
| 09/30/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for September 2021 (Invoice #9542T). | 79,988.78 |
| 10/15/21 | Sub-retained Vendor | Other | Sub-retained communications vendor fees and expenses for June 2021 through September 2021 (Invoice #S-INV201971) | 78,630.60 |
| 10/21/21 | Sub-retained Vendor | Other | Sub-reained communication vendor expenses for September 2021 (Invoice #9650JC). | 8,402.50 |
| | | **Other Total** | | **$ 329,222.98** |
| | | Less: Voluntary Reductions | | - |
| | | **Grand Total** | | **$ 329,222.98** |