# EXHIBIT D

## Summary of Marchand ICS Group Hours Worked and Fees Incurred

| Name of Professional | Title | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ferdinand Díaz | Project Manager | $125.00 | 7.80 | $975.00 |
| Jorge Marchand | Principal | $175.00 | 492.90 | $86,257.50 |
| Julizzette Colón | Media Assistant | $70.00 | 127.60 | $8,932.00 |
| Male Noguera | Media Manager | $95.00 | 550.90 | $52,335.50 |
| María Schell | Business Editor | $110.00 | 541.50 | $59,565.00 |
| **Total** | | | 1,720.70 | $208,065.00 |