# EXHIBIT E

## Summary of Marchand ICS Group Expenses

| Service Description | Amount |
|---|---|
| Radio program expenses | $6,000.00 |
| Graphics creation, design, and support | $400.00 |
| Teleconference services | $79.00 |
| Email Marketing | $384.00 |
| Advertising for retiree outreach | $9,227.96 |
| Media monitoring services | $873.60 |
| Web analytic services | $396.00 |
| Website domain hosting | $399.54 |
| Printing | $663.43 |
| **TOTAL** | **$18,423.53** |