# EXHIBIT F

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Matter | Total Billed Hours | Total Fees |
|---|---:|---:|
| Project Meetings | 374.80 | $50,499.50 |
| Project Management | 729.30 | $96,358.50 |
| Website Development and Management | 438.50 | $38,617.50 |
| Project Management for Voting Campaign | 178.10 | $22,589.50 |
| **Total** | **1,720.70** | **$208,065.00** |