# **EXHIBIT H**

**Detailed Expense Records for Marchand ICS Group**

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From June 1 to June 30, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 5/10/2021 | Plenitud Dorada Inc. | Ad Publication on Periódico Plenitud Dorada (March-April Edition) | 1,300.00 |
| 6/4/2021 | Uno Radio Group | ORC Weekly Radio Program (5 pre-recorded programs at Noti Uno Radio) | 2,000.00 |
| 6/4/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 6/7/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 23.59 |
| 6/12/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 108.45 |
| 6/15/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 801.83 |
| 6/16/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 125.05 |
| 6/18/2021 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 6/19/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 127.42 |
| 6/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 6/21/2021 | CD Imprint | Printing of 4,000 ORC's Informational Flyers/Inserts | 663.43 |
| 6/22/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 423.31 |
| 6/22/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 120.81 |
| 6/22/2021 | Plenitud Dorada Inc. | Ad Publication on Periódico Plenitud Dorada (June-July Edition) | 1,300.00 |
| 6/25/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 118.15 |
| 6/29/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 124.53 |
| | | *Total:* | **8,235.57** |

**Marchand ICS Group**
**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**
**Summary of Marchand ICS Group Expenses**
**From July 1 to July 31, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 7/1/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 77.19 |
| 7/5/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 107.76 |
| 7/9/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 801.71 |
| 7/11/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 58.42 |
| 7/12/2021 | Publimedia | Media monitoring and recording services (audio and audiovisual media from radio and television programs) | 145.60 |
| 7/15/2021 | Zoom Video Communications | Zoom's Standard Pro Annual Suscription, for the ORC's video conference meetings | 79.00 |
| 7/18/2021 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 7/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 7/22/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 581.21 |
| | | *Total:* | **2,049.89** |

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**

**Summary of Marchand ICS Group Expenses**

**From August 1 to August 31, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 8/4/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 24.41 |
| 8/9/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 102.93 |
| 8/14/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 116.66 |
| 8/15/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 800.00 |
| 8/18/2021 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 8/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 8/20/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 56.00 |
| 8/22/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 155.17 |
| 8/24/2021 | GoDaddy | COR Domains renewal | 282.90 |
| 8/31/2021 | Uno Radio Group | ORC Weekly Radio Program (10 pre-recorded programs at Noti Uno Radio) | 4,000.00 |
| | | *Total:* | **5,737.07** |

**Marchand ICS Group**

**Client: Official Retiree Committee, in the Commonwealth of Puerto Rico (ORC)**

**Summary of Marchand ICS Group Expenses**

**From September 1 to September 30, 2021**

| Date | Supplier | Description | Amount ($) |
|---|---|---|---|
| 8/31/2021 | Publimedia | Media monitoring and recording services (audio and audiovisual media from radio and television programs) | 72.80 |
| 9/10/2021 | Survey Monkey | Survey tool - for email drop surveys. | 384.00 |
| 9/14/2021 | Publimedia | Media monitoring and recording services (audio and audiovisual media from radio and television programs) | 72.80 |
| 9/18/2021 | Mentionlytics LTD | Mention search tool for the ORC digital platforms | 99.00 |
| 9/19/2021 | GoDaddy | COR Domains renewal | 116.64 |
| 9/20/2021 | iStock | iStock / Getty Images Monthly Subscription for the ORC | 100.00 |
| 9/22/2021 | Facebook Ads | Facebook Ads for the ORC Facebook Page Campaign | 785.07 |
| 9/24/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 27.12 |
| 9/29/2021 | Linked In | LinkedIn Ads for the ORC LinkedIn Page Campaign | 161.17 |
| 9/29/2021 | Publimedia | Media monitoring and recording services (audio and audiovisual media from radio and television programs) | 582.40 |
| | | *Total:* | **2,401.00** |