# EXHIBIT D

**Summary of Segal Consulting Blended Hourly Rates**

| Timekeeper Category | Blended Hourly Rate Billed in this Fee Application |
|---|---|
| **Senior Vice President** | $721 |
| **VP & Actuary** | $494 |
| **Actuary** | **No time this period** |
| **Consultant** | $360 |
| **Analyst** | $310 |
| **All Employees** | $503 |