# **EXHIBIT E**

**Summary of Segal Consulting Hours Worked and Fees Incurred**

| Name | Title | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Billed |
|---|---|---|---|---|---|
| Bridges, Geoffrey W. | VP & Actuary | Pension | 490.00 | 97.10 | 47,579.00 |
| Miller, Austin | Senior Analyst | Pension | 310.00 | 9.70 | 3,007.00 |
| Nicholl, Kim M. | Senior Vice President | Pension | 750.00 | 96.30 | 72,225.00 |
| Shore, Steven | Analyst | Pension | 310.00 | 59.50 | 18,445.00 |
| Strom, Matthew A. | SVP & Actuary | Pension | 590.00 | 21.30 | 12,567.00 |
| Tabernacki, Patryk | Consultant | Pension | 360.00 | 79.40 | 28,584.00 |
| Timmons, Amy S. | VP & Sr. Consultant Administration | Pension | 520.00 | 13.40 | 6,968.00 |
| Sub-Total | | | | **376.70** | **189,375.00** |
| Less 50% Discount on Non-Working Travel Matter: | | | | | (0.00) |
| Total | | | | | **189,375.00** |

Hourly billing rates shown are the average rates for the fee application period.