# Exhibit G

### Summary of Segal Consulting Hours Worked and Fees Incurred

| Matter | Total Hours Billed | Total Fees |
|---|---:|---:|
| 001 Actuarial Analysis | 246.20 | $ 108,064.00 |
| 002 Research | - | $ - |
| 003 Data Analysis | - | $ - |
| 004 Calls & Meetings with Other Professionals | 75.80 | $ 45,236.00 |
| 005 Preparation of Reports | - | $ - |
| 006 Retirement Committee Meetings | 20.10 | $ 12,959.00 |
| 018 Case Administration | 34.60 | $ 23,116.00 |
| Non-Working Travel Time | - | $ - |
| **Subtotal** | **376.70** | **$ 189,375.00** |
| Less 50% Discount on Non-working Travel Matter | | $ - |
| Total | | $ 189,375.00 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Segal Consulting |
| Date of Application: | November 15, 2021 |
| Interim or Final: | Interim |