# **EXHIBIT H**

**Detailed Time Records for Segal Consulting**



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**July 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2021

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 5/26/2021 | Shore, Steven A. | Meeting on ▮▮▮▮ Modelling | 0.50 | 155.00 |
| 5/26/2021 | Shore, Steven A. | Created a spreadsheet for ▮▮▮▮ Modelling | 3.80 | 1,178.00 |
| 6/1/2021 | Shore, Steven A. | Updated the spreadsheet for ▮▮▮▮ Modelling | 4.30 | 1,333.00 |
| 6/1/2021 | Strom, Matthew A. | Review of and edits to ▮▮ modeler | 3.20 | 1,888.00 |
| 6/4/2021 | Bridges, Geoffrey W. | Reviewing ▮▮▮ court filing ▮▮▮▮ Adding comments to K. Nicholl email to FTI. | 2.40 | 1,176.00 |
| 6/4/2021 | Nicholl, Kim M. | Review ▮▮▮ document ▮▮▮▮ and compare to our analysis ▮▮▮▮ | 3.20 | 2,400.00 |
| 6/4/2021 | Nicholl, Kim M. | Prepare document for Jenner ▮▮▮▮ | 1.10 | 825.00 |
| 6/9/2021 | Bridges, Geoffrey W. | Reviewing ▮▮▮▮ model. | 1.40 | 686.00 |
| 6/10/2021 | Bridges, Geoffrey W. | Pulling ▮▮▮▮ for Jenner. | 0.60 | 294.00 |
| 6/11/2021 | Bridges, Geoffrey W. | Preparing ▮▮▮▮ for FTI. | 4.60 | 2,254.00 |
| 6/11/2021 | Nicholl, Kim M. | Analyze ▮▮▮▮ | 1.00 | 750.00 |
| 6/11/2021 | Shore, Steven A. | ▮▮▮▮ Analysis, updated spreadsheet ▮▮▮▮ | 4.00 | 1,240.00 |
| 6/14/2021 | Shore, Steven A. | Organized Data to answer follow up emails regarding ▮▮▮ analysis | 0.80 | 248.00 |
| 6/14/2021 | Timmons, Amy S. | Renewal of hosting for calculadoracor.org. | 0.50 | 260.00 |
| 6/17/2021 | Bridges, Geoffrey W. | Initial work on document ▮▮▮▮ calculations. | 2.10 | 1,029.00 |
| 6/18/2021 | Bridges, Geoffrey W. | Preparing document summarizing ▮▮▮▮ calculations. | 3.70 | 1,813.00 |
| 6/18/2021 | Nicholl, Kim M. | Work on ▮▮▮ analysis | 2.40 | 1,800.00 |
| 6/18/2021 | Tabernacki, Patryk | Worked ▮▮▮▮ | 2.20 | 792.00 |
| 6/18/2021 | Tabernacki, Patryk | Review additional request ▮▮▮▮ | 0.40 | 144.00 |
| 6/21/2021 | Shore, Steven A. | Updated ▮▮▮▮ | 4.50 | 1,395.00 |
| 6/21/2021 | Tabernacki, Patryk | Analysis ▮▮▮▮ Prepare programming and review results. | 5.30 | 1,908.00 |
| 6/21/2021 | Timmons, Amy S. | Updates and distribution of weekly calculator statistics | 0.90 | 468.00 |
| 6/22/2021 | Bridges, Geoffrey W. | Reviewing calculations ▮▮▮▮ drafting and sending email to COR professionals. | 3.40 | 1,666.00 |
| 6/22/2021 | Nicholl, Kim M. | Analysis ▮▮▮▮ | 0.40 | 300.00 |
| 6/22/2021 | Nicholl, Kim M. | Work on effect ▮▮▮ | 1.40 | 1,050.00 |
| 6/22/2021 | Shore, Steven A. | Created Comparison Workbooks ▮▮▮▮ and preparation for Monday's meeting | 2.50 | 775.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/22/2021 | Tabernacki, Patryk | Analysis ███████ | 1.80 | 648.00 |
| 6/23/2021 | Tabernacki, Patryk | Review data processing ████████ | 1.60 | 576.00 |
| 6/25/2021 | Bridges, Geoffrey W. | Started review of analysis ███████ ███████. Communicated with Segal team about additional work needed. | 0.80 | 392.00 |
| 6/25/2021 | Bridges, Geoffrey W. | Sending information ████████ to FTI professionals. | 0.50 | 245.00 |
| 6/25/2021 | Nicholl, Kim M. | ████ analysis | 0.80 | 600.00 |
| 6/25/2021 | Tabernacki, Patryk | Revisit █████ projections ██████. Begin processing ████ Data for | 2.30 | 828.00 |
| 6/28/2021 | Bridges, Geoffrey W. | Further analysis of ███████ calculations, developing list of questions ██. | 3.20 | 1,568.00 |
| 6/28/2021 | Nicholl, Kim M. | Call with team ████████ | 0.30 | 225.00 |
| 6/28/2021 | Nicholl, Kim M. | Work on analysis █████ | 1.00 | 750.00 |
| 6/28/2021 | Nicholl, Kim M. | Work on approaches ██████ | 1.50 | 1,125.00 |
| 6/28/2021 | Shore, Steven A. | Estimated ████████ | 3.00 | 930.00 |
| 6/28/2021 | Shore, Steven A. | ████████ Analysis Call ███ | 2.00 | 620.00 |
| 6/28/2021 | Strom, Matthew A. | Reviewing details and underlying calculations ████ | 1.00 | 590.00 |
| 6/28/2021 | Tabernacki, Patryk | Internal meetings ██████ ████████ Workbook updates to calculations ██████ | 2.10 | 756.00 |
| 6/28/2021 | Timmons, Amy S. | Updating of weekly calculator statistics and distribution. | 0.80 | 416.00 |
| 6/29/2021 | Bridges, Geoffrey W. | Summarize questions ███ for FTI | 0.60 | 294.00 |
| 6/29/2021 | Miller, Austin S. | attended call to discuss project, reviewed notes and started preparing Import file ████████. | 4.80 | 1,488.00 |
| 6/29/2021 | Shore, Steven A. | Internal Discussion of ███ numbers | 1.30 | 403.00 |
| 6/29/2021 | Shore, Steven A. | Updated ████████ spreadsheet ██ | 3.20 | 992.00 |
| 6/29/2021 | Tabernacki, Patryk | Full review of updated projections ██████ | 1.90 | 684.00 |
| 6/29/2021 | Tabernacki, Patryk | Aiding analyst in data processing set-up ██████ | 1.00 | 360.00 |
| 6/30/2021 | Bridges, Geoffrey W. | Reviewing analysis ████████ Added adjustment ████████ Sending email with results to COR professionals. | 4.30 | 2,107.00 |
| 6/30/2021 | Bridges, Geoffrey W. | Sending notes to FTI on results of discussions ████ | 0.60 | 294.00 |
| 6/30/2021 | Miller, Austin S. | finished preparing import file █████ created DH and export file, prepared notes and sent for review. | 3.40 | 1,054.00 |
| 6/30/2021 | Shore, Steven A. | Updated the estimated the number ███████ ██. | 1.70 | 527.00 |
| 6/30/2021 | Tabernacki, Patryk | Additional review ███████ | 0.70 | 252.00 |
| 6/30/2021 | Tabernacki, Patryk | Updates made ████████ Workbook and calculation updates. | 2.70 | 972.00 |
| 6/30/2021 | Tabernacki, Patryk | Complete full review of ████████ data. | 1.80 | 648.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 490.00 | 28.20 | 13,818.00 |
| Miller, Austin S. | 310.00 | 8.20 | 2,542.00 |
| Nicholl, Kim M. | 750.00 | 13.10 | 9,825.00 |
| Shore, Steven A. | 310.00 | 31.60 | 9,796.00 |
| Strom, Matthew A. | 590.00 | 4.20 | 2,478.00 |
| Tabernacki, Patryk | 360.00 | 23.80 | 8,568.00 |
| Timmons, Amy S. | 520.00 | 2.20 | 1,144.00 |
| | | 111.30 | 48,171.00 |

EIN#     13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**July 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2021

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 6/7/2021 | Bridges, Geoffrey W. | Professional call to discuss █████████, status of POA process, third amended POA, ██ new fiscal plan, communications | 1.00 | 490.00 |
| 6/7/2021 | Nicholl, Kim M. | Professional call to discuss █████████ status of POA process, third amended POA, ██ new fiscal plan, communications | 1.00 | 750.00 |
| 6/11/2021 | Bridges, Geoffrey W. | Discussions with FTI and other professionals ████████. | 1.80 | 882.00 |
| 6/11/2021 | Nicholl, Kim M. | Discussions with FTI and other professionals ███████ | 1.80 | 1,350.00 |
| 6/14/2021 | Bridges, Geoffrey W. | Professional call to discuss call ███████ issues | 0.70 | 343.00 |
| 6/14/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals ███████ | 1.10 | 539.00 |
| 6/14/2021 | Strom, Matthew A. | Professional call to discuss call ███████ issues | 0.70 | 413.00 |
| 6/14/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals ███████ | 1.00 | 750.00 |
| 6/14/2021 | Nicholl, Kim M. | Professional call to discuss call ███████ issues | 0.90 | 675.00 |
| 6/21/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals █ | 0.90 | 441.00 |
| 6/21/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals █ | 0.50 | 375.00 |
| 6/22/2021 | Strom, Matthew A. | Professional call to discuss ███████ status of POA process, third amended POA, new fiscal plan, communications | 1.10 | 649.00 |
| 6/22/2021 | Bridges, Geoffrey W. | Professional call to discuss ███████, status of POA process, third amended POA, new fiscal plan, communications | 1.10 | 539.00 |
| 6/22/2021 | Nicholl, Kim M. | Professional call to discuss ███████, status of POA process, third amended POA, new fiscal plan, communications | 1.10 | 825.00 |
| 6/25/2021 | Strom, Matthew A. | Call with FTI and Bennezar ███████ | 0.90 | 531.00 |
| 6/25/2021 | Bridges, Geoffrey W. | Call with FTI and Bennezar ███████ | 0.90 | 441.00 |
| 6/25/2021 | Nicholl, Kim M. | Call with FTI and Bennezar ███████ | 0.90 | 675.00 |

| Date | Name | Description | Hours | Value |
|---|---|---|---|---|
| 6/28/2021 | Bridges, Geoffrey W. | Meeting with FTI and Puerto Rico ▮ | 1.90 | 931.00 |
| 6/28/2021 | Tabernacki, Patryk | Meeting with FTI and Puerto Rico ▮ | 1.90 | 684.00 |
| 6/28/2021 | Nicholl, Kim M. | Call with Jenner, FTI and Bennazar t▮ | 1.90 | 1,425.00 |
| 6/28/2021 | Nicholl, Kim M. | Professional call to discuss ▮, third amended POA, ▮, new fiscal plan, communications | 1.10 | 825.00 |
| 6/28/2021 | Strom, Matthew A. | Call with FTI and Bennezar ▮ | 1.90 | 1,121.00 |
| 6/28/2021 | Strom, Matthew A. | Professional call to discuss ▮, third amended POA, ▮, new fiscal plan, communications | 1.00 | 590.00 |
| 6/28/2021 | Bridges, Geoffrey W. | Professional call to discuss ▮ third amended POA, ▮, new fiscal plan, communications | 1.00 | 490.00 |
| 6/29/2021 | Tabernacki, Patryk | Call with FTI ▮ | 1.30 | 468.00 |
| 6/29/2021 | Nicholl, Kim M. | Call with FTI ▮ | 1.30 | 975.00 |
| 6/29/2021 | Nicholl, Kim M. | Call with FTI ▮ | 1.00 | 750.00 |
| 6/29/2021 | Strom, Matthew A. | Call with FTI ▮ | 1.30 | 767.00 |
| 6/29/2021 | Shore, Steven A. | Call with FTI ▮ | 1.30 | 403.00 |
| 6/29/2021 | Tabernacki, Patryk | Call with FTI ▮ | 1.00 | 360.00 |
| 6/29/2021 | Bridges, Geoffrey W. | Call with FTI ▮ | 1.00 | 490.00 |
| 6/29/2021 | Bridges, Geoffrey W. | Call with FTI ▮ | 1.80 | 882.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 490 | 13.20 | 6,468.00 |
| Nicholl, Kim M. | 750 | 12.50 | 9,375.00 |
| Shore, Steven A. | 310 | 1.30 | 403.00 |
| Strom, Matthew A. | 590 | 6.90 | 4,071.00 |
| Tabernacki, Patryk | 360 | 4.20 | 1,512.00 |
| | | 38.10 | 21,829.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**July 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2021

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 6/4/2021 | Nicholl, Kim M. | Retiree Committee meeting | 1.50 | 1,125.00 |
| 6/10/2021 | Nicholl, Kim M. | Retiree Committee meeting | 1.20 | 900.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 750.00 | 2.70 | 2,025.00 |
| | | 2.70 | 2,025.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

July 15, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in June 2021

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 6/15/2021 | Nicholl, Kim M. | Preparation of declaration to accompany May invoice | 1.00 | 750.00 |
| 6/15/2021 | Nicholl, Kim M. | Preparation of July budget | 0.90 | 675.00 |
| 6/15/2021 | Nicholl, Kim M. | Prepare May invoice - time in excess of preparing a typical client invoice, including preparing bill in format required, creating Excel spreadsheet. | 2.80 | 2,100.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 750.00 | 4.70 | 3,525.00 |
| | | 4.70 | 3,525.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**July 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 490.00 | 41.40 | 20,286.00 |
| Miller, Austin S. | 310.00 | 8.20 | 2,542.00 |
| Nicholl, Kim M. | 750.00 | 33.00 | 24,750.00 |
| Shore, Steven A. | 310.00 | 32.90 | 10,199.00 |
| Strom, Matthew A. | 590.00 | 11.10 | 6,549.00 |
| Tabernacki, Patryk | 360.00 | 28.00 | 10,080.00 |
| Timmons, Amy S. | 520.00 | 2.20 | 1,144.00 |
| | | 156.80 | 75,550.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

**August 13, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2021

Re: Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|-------------|---|------|-------|
| 7/1/2021 | Tabernacki, Patryk | Full review of updates ███████████ | 1.60 | 576.00 |
| | | ██████████. Draft email of results. | | |
| 7/1/2021 | Miller, Austin S. | Compared current data ██████████ | 1.50 | 465.00 |
| 7/2/2021 | Bridges, Geoffrey W. | Reviewing updated sample ██████████. Sending communication to FTI. | 2.20 | 1,078.00 |
| 7/2/2021 | Nicholl, Kim M. | Review revised calculations ██████ | 0.50 | 375.00 |
| 7/6/2021 | Tabernacki, Patryk | Prepare ███████████████████ | 3.90 | 1,404.00 |
| 7/6/2021 | Shore, Steven A. | Created a Spreadsheet ██████████ | 5.30 | 1,643.00 |
| 7/6/2021 | Nicholl, Kim M. | Continued analysis ██████████ | 1.80 | 1,350.00 |
| 7/6/2021 | Bridges, Geoffrey W. | Analysis ███████████ | 3.90 | 1,911.00 |
| 7/6/2021 | Nicholl, Kim M. | Analysis ██████████ | 1.40 | 1,050.00 |
| 7/7/2021 | Tabernacki, Patryk | Review additional analysis ██████. Review exhibit | 1.20 | 432.00 |
| 7/7/2021 | Tabernacki, Patryk | Prepare valuation software ██████████ | 0.80 | 288.00 |
| 7/7/2021 | Bridges, Geoffrey W. | Review presentation prepared by FTI ███. | 0.50 | 245.00 |
| 7/7/2021 | Nicholl, Kim M. | Review presentation ██████████ | 2.20 | 1,650.00 |
| 7/8/2021 | Tabernacki, Patryk | Prepare valuation software ██████████ | 3.90 | 1,404.00 |
| 7/8/2021 | Bridges, Geoffrey W. | Reviewing information prepared by K. Nicholl for FTI ██████████ | 0.90 | 441.00 |
| 7/9/2021 | Tabernacki, Patryk | ██████████ updates to FTI presentation ██████████ | 2.50 | 900.00 |

| Date | Name | Description | Hours | Value |
|------|------|-------------|------:|------:|
| 7/9/2021 | Tabernacki, Patryk | Prepare valuation software █████████ ████████████████ | 1.00 | 360.00 |
| 7/9/2021 | Bridges, Geoffrey W. | Discussing follow ups from professionals call with Segal team members. | 0.80 | 392.00 |
| 7/12/2021 | Tabernacki, Patryk | Finalize ██████████████████████ Prepare summary for senior staff and begin update ████████ | 3.50 | 1,260.00 |
| 7/12/2021 | Bridges, Geoffrey W. | Reviewing updated charts ██████████ | 2.70 | 1,323.00 |
| 7/16/2021 | Tabernacki, Patryk | Update ████████ analysis, ████████████████████ | 6.10 | 2,196.00 |
| 7/19/2021 | Tabernacki, Patryk | Update ████████████████ Finalize all updated ███ projects ████████ and send for review/senior staff. | 3.80 | 1,368.00 |
| 7/20/2021 | Tabernacki, Patryk | Finalize all updated ██ projects █████████ and send for review/senior staff. | 1.10 | 396.00 |
| 7/20/2021 | Bridges, Geoffrey W. | Updating analysis █████████ | 0.60 | 294.00 |
| 7/21/2021 | Tabernacki, Patryk | Internal meeting with team ████████ ████████████ Prepare and review ████████ | 2.10 | 756.00 |
| 7/21/2021 | Shore, Steven A. | Reviewed updates ███████████ | 3.10 | 961.00 |
| 7/21/2021 | Bridges, Geoffrey W. | Meeting with team to discuss analysis ██████ | 0.50 | 245.00 |
| 7/21/2021 | Nicholl, Kim M. | Analysis ██████████ | 1.20 | 900.00 |
| 7/22/2021 | Shore, Steven A. | Completed updates to ████████████ Analysis | 4.80 | 1,488.00 |
| 7/23/2021 | Shore, Steven A. | Completed updates to ████████ Analysis updates based on review | 2.00 | 620.00 |
| 7/23/2021 | Tabernacki, Patryk | Full review of results and exhibits ████████ | 3.20 | 1,152.00 |
| 7/27/2021 | Bridges, Geoffrey W. | Updated analysis ██████████████ to make calculation ████████ | 4.20 | 2,058.00 |
| 7/27/2021 | Nicholl, Kim M. | Analysis ████████████ | 1.70 | 1,275.00 |
| 7/28/2021 | Tabernacki, Patryk | Additional data/information provided ██████████ | 0.80 | 288.00 |
| 7/28/2021 | Shore, Steven A. | Updates █████████████████ | 2.10 | 651.00 |
| 7/28/2021 | Bridges, Geoffrey W. | Reviewing and sending updated exhibits to FTI ████████ | 0.70 | 343.00 |
| 7/6/2021 | Timmons, Amy S. | Updates and distribution of weekly calculator statistics | 1.10 | 572.00 |
| 7/7/2021 | Timmons, Amy S. | Internal discussion of edits ████████████ | 1.20 | 624.00 |
| 7/12/2021 | Timmons, Amy S. | Preparation and distribution of weekly statistics on use of calculator | 0.90 | 468.00 |
| 7/19/2021 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics | 0.80 | 416.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 490.00 | 17.00 | 8,330.00 |
| Miller, Austin S. | 310.00 | 1.50 | 465.00 |
| Nicholl, Kim M. | 750.00 | 8.80 | 6,600.00 |
| Shore, Steven A. | 310.00 | 17.30 | 5,363.00 |
| Tabernacki, Patryk | 360.00 | 35.50 | 12,780.00 |
| Timmons, Amy S. | 520.00 | 4.00 | 2,080.00 |
| **Total:** | | 84.10 | 35,618.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**August 13, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2021

Re:   Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|---|-------|-------|
| 7/6/2021 | Bridges, Geoffrey W. | Call with FTI ▮▮▮▮▮▮▮▮▮▮ | 0.90 | 441.00 |
| 7/6/2021 | Bridges, Geoffrey W. | Professional call to discuss POA | 1.60 | 784.00 |
| 7/6/2021 | Nicholl, Kim M. | Professional call to discuss POA | 1.60 | 1,200.00 |
| 7/6/2021 | Nicholl, Kim M. | Call with FTI ▮▮▮▮▮▮▮▮▮▮ | 0.90 | 675.00 |
| 7/8/2021 | Bridges, Geoffrey W. | Call with FTI ▮▮▮▮▮▮▮ | 0.50 | 245.00 |
| 7/8/2021 | Nicholl, Kim M. | Call with FTI ▮▮▮▮▮▮▮▮ | 1.10 | 825.00 |
| 7/9/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals ▮▮ ▮▮▮▮▮▮. | 0.80 | 392.00 |
| 7/9/2021 | Strom, Matthew A. | Conference call with Retiree Committee professionals ▮▮ ▮▮▮▮▮▮. | 0.80 | 472.00 |
| 7/9/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals ▮▮ ▮▮▮▮▮▮ | 0.90 | 675.00 |
| 7/12/2021 | Bridges, Geoffrey W. | Professional call to discuss balloting | 0.90 | 441.00 |
| 7/12/2021 | Strom, Matthew A. | Professional call to discuss balloting | 1.00 | 590.00 |
| 7/12/2021 | Nicholl, Kim M. | Professional call to discuss balloting | 1.00 | 750.00 |
| 7/19/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals to discuss POA, ▮▮▮▮▮▮▮▮▮ balloting and communications. | 0.40 | 196.00 |
| 7/19/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals to discuss POA, ▮▮▮▮▮▮▮▮▮ balloting and communications. | 1.00 | 750.00 |
| 7/19/2021 | Strom, Matthew A. | Conference call with Retiree Committee professionals to discuss POA, ▮▮▮▮▮▮▮▮ balloting and communications. | 1.00 | 590.00 |
| 7/20/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals. ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | 0.50 | 245.00 |
| 7/20/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals. ▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | 0.50 | 375.00 |
| 7/27/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals to discuss amended POA, communications, balloting. | 1.00 | 490.00 |
| 7/27/2021 | Timmons, Amy S. | Conference call with Retiree Committee professionals to discuss amended POA, communications, balloting. | 1.00 | 520.00 |
| 7/27/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals to discuss amended POA, communications, balloting. | 1.00 | 750.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490 | 6.60 | 3,234.00 |
| Nicholl, Kim M. | 750 | 8.00 | 6,000.00 |
| Strom, Matthew A. | 590 | 2.80 | 1,652.00 |
| Timmons, Amy S. | 520 | 1.00 | 520.00 |
| **Total:** | | 18.40 | 11,406.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**August 13, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2021

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 7/7/2021 | Bridges, Geoffrey W. | Attending COR board meeting, ███████████████ | 1.80 | 882.00 |
| 7/7/2021 | Nicholl, Kim M. | Retiree committee meeting | 1.80 | 1,350.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 490 | 1.80 | 882.00 |
| Nicholl, Kim M. | 750 | 1.80 | 1,350.00 |
| **Total:** | | 3.60 | 2,232.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

August 13, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in July 2021

Re:  Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 7/1/2021 | Tabernacki, Patryk | Review of prior fee application and begin updating workbook and fee application. | 1.40 | 504.00 |
| 7/1/2021 | Bridges, Geoffrey W. | Writing up procedures for preparation of fee application. Updating payments received reconciliation. Preparing shell of fee application for February - May. | 2.90 | 1,421.00 |
| 7/5/2021 | Bridges, Geoffrey W. | Checking analyst work on fee application exhibits, updating fee application document. | 1.50 | 735.00 |
| 7/6/2021 | Bridges, Geoffrey W. | Updates and corrections to the fee application for February - May. | 0.80 | 392.00 |
| 7/6/2021 | Tabernacki, Patryk | Full review of draft of 12th fee application . | 1.40 | 504.00 |
| 7/7/2021 | Tabernacki, Patryk | Updates to 12th fee application after updates from EA. | 0.80 | 288.00 |
| 7/7/2021 | Nicholl, Kim M. | Review fee application | 0.80 | 600.00 |
| 7/15/2021 | Nicholl, Kim M. | Prepare June invoice - time in excess of preparing a typical client invoice, including preparing bill in format required, creating Excel spreadsheet. | 3.80 | 2,850.00 |
| 7/15/2021 | Nicholl, Kim M. | Preparation of August budget | 0.90 | 675.00 |
| 7/15/2021 | Nicholl, Kim M. | Preparation of Declaration to accompany June invoice | 1.10 | 825.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 5.20 | 2,548.00 |
| Nicholl, Kim M. | 750.00 | 6.60 | 4,950.00 |
| Tabernacki, Patryk | 360.00 | 3.60 | 1,296.00 |
| **Total:** | | 15.40 | 8,794.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

August 13, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 490.00 | 30.60 | 14,994.00 |
| Miller, Austin S. | 310.00 | 1.50 | 465.00 |
| Nicholl, Kim M. | 750.00 | 25.20 | 18,900.00 |
| Shore, Steven A. | 310.00 | 17.30 | 5,363.00 |
| Strom, Matthew A. | 590.00 | 2.80 | 1,652.00 |
| Tabernacki, Patryk | 360.00 | 39.10 | 14,076.00 |
| Timmons, Amy S. | 520.00 | 5.00 | 2,600.00 |
| | | 121.50 | 58,050.00 |

EIN#   13-1975125

**✦ Segal**

101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**September 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2021

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 8/2/2021 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics. | 0.80 | 416.00 |
| 8/10/2021 | Timmons, Amy S. | Weekly update of calculator usage statistics. | 0.90 | 468.00 |
| 8/13/2021 | Shore, Steven A. | Calculated ████████████████████████ | 3.20 | 992.00 |
| 8/19/2021 | Timmons, Amy S. | Updates to weekly calculator usage statistics but not | 0.80 | 416.00 |
| 8/23/2021 | Nicholl, Kim M. | Review retiree database | 1.20 | 900.00 |
| 8/23/2021 | Tabernacki, Patryk | Review of database containing Retiree Information ███ | 1.00 | 360.00 |
| 8/23/2021 | Timmons, Amy S. | Updates to weekly calculator statistics and distribution | 0.90 | 468.00 |
| 8/24/2021 | Shore, Steven A. | Comparison of █████████████ numbers | 2.30 | 713.00 |
| 8/25/2021 | Tabernacki, Patryk | Complete review of database containing Retiree Information | 1.80 | 648.00 |
| 8/30/2021 | Bridges, Geoffrey W. | Determining counts ██████████. Start work on scenario ███ | 3.70 | 1,813.00 |
| 8/30/2021 | Tabernacki, Patryk | Fully complete requests ██████████████████ | 5.10 | 1,836.00 |
| 8/30/2021 | Nicholl, Kim M. | Cost of ████████████████ | 2.10 | 1,575.00 |
| 8/31/2021 | Nicholl, Kim M. | Cost of ██████████ | 0.80 | 600.00 |
| 8/31/2021 | Bridges, Geoffrey W. | Reviewing calculations ████████████ | 2.10 | 1,029.00 |
| 8/31/2021 | Tabernacki, Patryk | Finalize requests ██████████████ | 1.10 | 396.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 5.80 | 2,842.00 |
| Nicholl, Kim M. | 750.00 | 4.10 | 3,075.00 |
| Shore, Steven A. | 310.00 | 5.50 | 1,705.00 |
| Tabernacki, Patryk | 360.00 | 9.00 | 3,240.00 |
| Timmons, Amy S. | 520.00 | 3.40 | 1,768.00 |
| | | 27.80 | 12,630.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

September 15, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2021

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 8/3/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals to discuss POA, ███████, balloting and communications. | 0.80 | 392.00 |
| 8/3/2021 | Strom, Matthew A. | Conference call with Retiree Committee professionals to discuss POA, ███████ balloting and communications. | 0.80 | 472.00 |
| 8/3/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals to discuss POA, ███████, balloting and communications. | 0.80 | 600.00 |
| 8/16/2021 | Strom, Matthew A. | Conference call with Retiree Committee professionals to discuss POA, █████████████ balloting and communications. | 0.80 | 472.00 |
| 8/16/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals to discuss POA, ████████ balloting and communications. | 0.80 | 600.00 |
| 8/16/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals to discuss POA, █████████████ balloting and communications. | 1.10 | 539.00 |
| 8/23/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals to discuss POA, ████████████████ balloting and communications. | 0.80 | 600.00 |
| 8/23/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals to discuss POA, ████████████████ balloting and communications. | 0.80 | 392.00 |
| 8/23/2021 | Strom, Matthew A. | Conference call with Retiree Committee professionals to discuss POA, ████████████████ balloting and communications. | 0.90 | 531.00 |
| 8/30/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals to discuss POA, ████████████ and communications. | 0.90 | 675.00 |
| 8/30/2021 | Nicholl, Kim M. | Call with FTI ██████████████ | 0.50 | 375.00 |
| 8/30/2021 | Bridges, Geoffrey W. | Call with FTI ██████████████ | 0.50 | 245.00 |
| 8/30/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals to discuss POA, ████████████████, balloting and communications. | 0.80 | 392.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|------|------|
| Bridges, Geoffrey W. | 490 | 4.00 | 1,960.00 |
| Nicholl, Kim M. | 750 | 3.80 | 2,850.00 |
| Strom, Matthew A. | 590 | 2.50 | 1,475.00 |
| | | 10.30 | 6,285.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

**September 15, 2021**

**Official Committee of Retirees in the
Commonwealth of Puerto Rico
c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2021

Re:  Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|--------------|--|-------|-------|
| 8/10/2021 | Nicholl, Kim M. | Retiree Committee Meeting | 2.20 | 1,650.00 |
| 8/10/2021 | Bridges, Geoffrey W. | Attending COR board meeting. | 2.20 | 1,078.00 |
| 8/31/2021 | Nicholl, Kim M. | RC meeting | 2.00 | 1,500.00 |
| 8/31/2021 | Strom, Matthew A. | COR meeting | 2.00 | 1,180.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 2.20 | 1,078.00 |
| Nicholl, Kim M. | 750.00 | 4.20 | 3,150.00 |
| Strom, Matthew A. | 590.00 | 2.00 | 1,180.00 |
| | | 8.40 | 5,408.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**September 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in August 2021

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 8/12/2021 | Nicholl, Kim M. | Prepare July invoice - time in excess of preparing a typical client invoice, including preparing bill in format required, creating Excel spreadsheet. | 2.90 | 2,175.00 |
| 8/16/2021 | Bridges, Geoffrey W. | Updating reconciliation of payments received. | 0.30 | 147.00 |
| 8/16/2021 | Nicholl, Kim M. | Preparation of September budget | 1.10 | 825.00 |
| 8/16/2021 | Nicholl, Kim M. | Preparation of Declaration to accompany July invoice | 0.90 | 675.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Bridges, Geoffrey W. | 490.00 | 0.30 | 147.00 |
| Nicholl, Kim M. | 750.00 | 4.90 | 3,675.00 |
| | | 5.20 | 3,822.00 |

EIN#     13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

September 15, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|-----:|------:|------:|
| Bridges, Geoffrey W. | 490.00 | 12.30 | 6,027.00 |
| Nicholl, Kim M. | 750.00 | 17.00 | 12,750.00 |
| Shore, Steven A. | 310.00 | 5.50 | 1,705.00 |
| Strom, Matthew A. | 590.00 | 4.50 | 2,655.00 |
| Tabernacki, Patryk | 360.00 | 9.00 | 3,240.00 |
| Timmons, Amy S. | 520.00 | 3.40 | 1,768.00 |
|  |  | 51.70 | 28,145.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL 60606
Phone: (312) 984 8500
Fax: (312) 896-9364

October 15, 2021

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2021

Re:  Matter 001 Actuarial Analysis

| Date | Staff Member | | Hours | Value |
|------|--------------|---|-------|-------|
| 9/2/2021 | Bridges, Geoffrey W. | Responding to question from FTI ▮▮▮▮ | 0.50 | 245.00 |
| 9/7/2021 | Timmons, Amy S. | Preparation and distribution of weekly calculator statistics. | 0.90 | 468.00 |
| 9/8/2021 | Tabernacki, Patryk | Follow-up questions ▮▮▮▮ | 2.20 | 792.00 |
| 9/8/2021 | Bridges, Geoffrey W. | Responding to question from FTI a ▮▮▮▮ | 0.80 | 392.00 |
| 9/8/2021 | Shore, Steven A. | Compared ▮▮▮▮ to explain | 3.80 | 1,178.00 |
| 9/9/2021 | Tabernacki, Patryk | Review follow-up ▮▮▮▮ counts from FTI ▮▮▮ | 1.10 | 396.00 |
| 9/9/2021 | Bridges, Geoffrey W. | Analysis of participants ▮▮▮▮ | 2.60 | 1,274.00 |
| 9/10/2021 | Bridges, Geoffrey W. | Providing information to FTI ▮▮▮▮ e. | 0.50 | 245.00 |
| 9/13/2021 | Timmons, Amy S. | Updating and distribution of weekly statistics of calculator usage. | 1.00 | 520.00 |
| 9/16/2021 | Nicholl, Kim M. | Research ▮▮▮▮ | 1.40 | 1,050.00 |
| 9/16/2021 | Bridges, Geoffrey W. | Research ▮▮▮▮, communicating to FTI. | 3.30 | 1,617.00 |
| 9/24/2021 | Nicholl, Kim M. | Research ▮▮▮▮ | 1.80 | 1,350.00 |
| 9/24/2021 | Nicholl, Kim M. | Review draft ▮▮▮▮ | 2.20 | 1,650.00 |
| 9/29/2021 | Timmons, Amy S. | Updating and distribution of calculator statistics. | 0.90 | 468.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 7.70 | 3,773.00 |
| Nicholl, Kim M. | 750.00 | 5.40 | 4,050.00 |
| Shore, Steven A. | 310.00 | 3.80 | 1,178.00 |
| Tabernacki, Patryk | 360.00 | 3.30 | 1,188.00 |
| Timmons, Amy S. | 520.00 | 2.80 | 1,456.00 |
| Total: | | 23.00 | 11,645.00 |



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**October 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2021

Re:  Matter 004 Professional Calls and Meetings

| Date | Staff Member | | Hours | Value |
|------|------|------|------|------|
| 9/13/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals | 1.40 | 686.00 |
| 9/13/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals | 1.40 | 1,050.00 |
| 9/21/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals | 0.80 | 392.00 |
| 9/21/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals | 0.80 | 600.00 |
| 9/27/2021 | Bridges, Geoffrey W. | Conference call with Retiree Committee professionals | 1.10 | 539.00 |
| 9/27/2021 | Strom, Matthew A. | Conference call with Retiree Committee professionals | 1.10 | 649.00 |
| 9/27/2021 | Nicholl, Kim M. | Conference call with Retiree Committee professionals | 1.10 | 825.00 |
| 9/28/2021 | Nicholl, Kim M. | Call with professional about the pension reserve trust document | 1.30 | 975.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|------|------|
| Bridges, Geoffrey W. | 490 | 3.30 | 1,617.00 |
| Nicholl, Kim M. | 750 | 4.60 | 3,450.00 |
| Strom, Matthew A. | 590 | 1.10 | 649.00 |
| **Total:** | | 9.00 | 5,716.00 |

EIN#   13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**October 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in September 2021

Re:   Matter 006 Retiree Committee Meetings

| Date | Staff Member | | Hours | Value |
|------|-------------|--|-------|-------|
| 9/23/2021 | Bridges, Geoffrey W. | Attending COR meeting. | 1.80 | 882.00 |
| 9/23/2021 | Strom, Matthew A. | Attending COR meeting. | 1.80 | 1,062.00 |
| 9/23/2021 | Nicholl, Kim M. | Attending COR meeting. | 1.80 | 1,350.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 1.80 | 882.00 |
| Melanie Clark | 510.00 | 0.00 | 0.00 |
| Nicholl, Kim M. | 750.00 | 1.80 | 1,350.00 |
| Strom, Matthew A. | 590.00 | 1.80 | 1,062.00 |
| **Total:** | | 5.40 | 3,294.00 |

EIN#    13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**October 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

For professional consulting services in Septembert 2021

Re:   Matter 018 Case Management

| Date | Staff Member | | Hours | Value |
|---|---|---|---|---|
| 9/15/2021 | Nicholl, Kim M. | August bill - time in excess of normal time to complete bill | 4.10 | 3,075.00 |
| 9/15/2021 | Nicholl, Kim M. | Budget for October | 1.10 | 825.00 |
| 9/15/2021 | Nicholl, Kim M. | Declaration to accompany August bill | 0.90 | 675.00 |
| 9/22/2021 | Nicholl, Kim M. | Trip to Chicago to sign notarized form in order to be reimbursed 1.5% withholding amount | 2.40 | 1,800.00 |
| 9/22/2021 | Nicholl, Kim M. | Response to fee examiner related to billing | 0.80 | 600.00 |

**Fee summary:**

| Name | Rate | Hours | Value |
|---|---|---|---|
| Nicholl, Kim M. | 750.00 | 9.30 | 6,975.00 |
| | | 9.30 | 6,975.00 |

EIN#     13-1975125



101 North Wacker Dr.
Suite 500
Chicago, IL  60606
Phone: (312) 984 8500
Fax:  (312) 896-9364

**October 15, 2021**

**Official Committee of Retirees in the**
**Commonwealth of Puerto Rico**
**c/o Jenner and Block LLP**

**Client Number: 14812**

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Rate | Hours | Value |
|------|------|-------|-------|
| Bridges, Geoffrey W. | 490.00 | 12.80 | 6,272.00 |
| Nicholl, Kim M. | 750.00 | 21.10 | 15,825.00 |
| Shore, Steven A. | 310.00 | 3.80 | 1,178.00 |
| Strom, Matthew A. | 590.00 | 2.90 | 1,711.00 |
| Tabernacki, Patryk | 360.00 | 3.30 | 1,188.00 |
| Timmons, Amy S. | 520.00 | 2.80 | 1,456.00 |
| | | 46.70 | 27,630.00 |

EIN#   13-1975125