**Hearing Date**: March 23, 2022 at 9:30am (ET) / 9:30am (AST)
**Objection Deadline**: December 6, 2021 at 3:00pm (ET) / 4:00pm (AST)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | : |
| | : |
| THE FINANCIAL OVERSIGHT AND | : PROMESA |
| MANAGEMENT BOARD FOR PUERTO RICO, | : Title III |
| | : |
| As representative of | : Case No. 17-BK-3283 (LTS) |
| | : |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | : (Jointly Administered) |
| | : |
| Debtors.[1] | : |

---

## NOTICE OF HEARING ON THIRTEENTH INTERIM FEE APPLICATION OF CASILLAS, SANTIAGO & TORRES, LLC, AS LOCAL COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021

**PLEASE TAKE NOTICE** that a hearing on the annexed *Thirteenth Interim Fee Application of Casillas, Santiago & Torres LLC, as Local Counsel to Official Committee of Unsecured Creditors, for Services Rendered and Reimbursement of Expenses for the Period from June 1, 2021 through September 30, 2021* (the "Application") filed by Casillas, Santiago & Torres, LLC, pursuant to Section 1103(a)(1) of the Bankruptcy Code, made applicable to these cases by virtue of section 301 of the Puerto Rico Oversight, Management and Economic Stability Act of 2016, or "PROMESA", will be held before the Honorable Laura Taylor Swain, United

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

States District Court Judge, at the United States District Court for the District of Puerto Rico, in Room 3, 150 Carlos Chardon Street, Federal Building, San Juan, Puerto Rico, 00918-1767, on March 23, 2022 at 9:30am (ET) / 9:30am (AST) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Application by any party other than the Fee Examiner, shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the District of Puerto Rico, shall be filed with the Court (a) by attorneys practicing in the District Court, including attorneys admitted *pro hac vice*, electronically in accordance with Rule 5 of the Local Rules for the District of Puerto Rico; and (b) by all parties in interest, in text-searchable portable document format (PDF), to the extent applicable, and shall be served in accordance with the *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 3269] ("Interim Compensation Order"), so as to be filed and received by Casillas, Santiago & Torres, LLC, and the other Notice Parties (as defined in the Interim Compensation Order) no later than **December 6, 2021 at 3:00pm (ET) / 4:00pm (AST)** (the "Objection Deadline").

[*Remainder of page intentionally left blank.*]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Order, if no Objections are timely filed, and if the Fee Examiner issues the Fee Examiner Report (as defined in the Interim Compensation Order) recommending approval of the Application in full or in part, the Court may grant the Application without a hearing.

Date: November 15, 2021

> _/s/Juan J. Casillas-Ayala_
> CASILLAS, SANTIAGO & TORRES LLC
> Juan J. Casillas Ayala, Esq. (USDC - PR 218312)
> Luis F. Llach Zúñiga, Esq. (USDC – PR 223112)
> PO Box 195075
> San Juan, PR 00919-5075
> Tel.: (787) 523-3434
> Fax: (787) 523-3433
> jcasillas@cstlawpr.com
> lllach@cstlawpr.com
>
> *Local Counsel to the Official Committee of Unsecured Creditors*