# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION FOR FEE PERIOD

| Name | Title or Position | Department | Date of First Admission | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|---|
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $113,643.00 | 420.90 | $270.00 | 0 |
| Juan J. Casillas | Partner | Labor and Litigation | 1997 | $189.00 | 1.40 | $135.00 | 0 |
| Luis F. Llach | Partner | Labor and Litigation | 2004 | $58,509.00 | 216.70 | $270.00 | 0 |
| Luis L. Torres | Partner | Corporate and Taxes | 1997 | $405.00 | 1.50 | $270.00 | 0 |
| | | **Total Partner:** | | **$172,746.00** | **640.50** | | |
| Luis Ramos | Member | Labor and Litigation | 2002 | $3,591.00 | 13.30 | $270.00 | 1 |
| | | **Total Partner:** | | **$3,591.00** | **13.30** | | |
| Rene Comas | Counsel | Labor and Litigation | 1997 | $2,106.00 | 8.10 | $260.00 | 0 |
| | | **Total Counsel:** | | **$2,106.00** | **8.10** | | |
| Israel Fernandez | Junior Partner | Labor and Litigation | 2006 | $72.00 | 0.30 | $240.00 | 0 |
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $38,232.00 | 159.30 | $240.00 | 1 |

| Name | Title | Department | Year | Fees | Hours | Rate | |
|---|---|---|---|---|---|---|---|
| Juan Nieves | Junior Partner | Labor and Litigation | 2012 | $972.00 | 8.10 | $120.00 | |
| Natalia Del Nido | Junior Partner | Labor and Litigation | 2011 | $9,480.00 | 39.50 | $240.00 | 1 |
| Natalia Palmer | Junior Partner | Corporate and Taxes | 2009 | $384.00 | 1.60 | $240.00 | 0 |
| | | **Total Junior Partner:** | | **$49,140.00** | **208.80** | | |
| Cristina Fernández | Senior Associate | Labor and Litigation | 2015 | $16,100.00 | 80.50 | $200.00 | 1 |
| | | **Total Senior Associate:** | | **$16,100.00** | **80.50** | | |
| Amanda Castillo | Associate | Corporate and Taxes | 2017 | $255.00 | 1.50 | $170.00 | 0 |
| Coralis Sosa | Associate | Corporate and Taxes | 2020 | $765.00 | 4.50 | $170.00 | 0 |
| | | **Total Associate:** | | **$1,020.00** | **6.00** | | |
| Paralegal Services | Paralegal | Labor and Litigation | | $1,634.00 | 17.20 | $95.00 | 0 |
| | | **Total Paraprofessional:** | | **$1,634.00** | **17.20** | | |
| | **Total:** | | | **$246,337.00** | **974.40** | | |
| | **Blended Rate:** | | | | | **$252.81** | |
| | **Blended Rate Excluding Paraprofessionals:** | | | | | **$255.64** | |