# EXHIBIT C

# BUDGET AND STAFFING PLAN

## EXHIBIT C-1

### BUDGET

**Period Covered:** June 1, 2021 through June 30, 2021[1]

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---:|
| B110  Case Administration | 7.00 |
| B112  General Creditor Inquiries | 0.00 |
| B113  Pleadings Review | 65.00 |
| B120  Asset Analysis and Recovery | 0.00 |
| B130  Asset Disposition | 0.00 |
| B140  Relief from Stay / Adequate Protection Proceedings | 1.00 |
| B150  Meetings of Creditors' Committee and Communications with Creditors | 38.00 |
| B155  Court Hearings | 8.00 |
| B160  Employment / Fee Applications | 2.00 |
| B161  Budgeting (Case) | 3.00 |
| B165  Fee and Employment Applications of Other Professionals | 0.00 |
| B170  Fee and Employment Objections | 2.00 |
| B180  Avoidance Actions | 55.00 |
| B185  Assumption / Rejection of Leases and Contracts | 0.00 |
| B190  Other Contested Matters | 35.00 |
| B191  General Litigation (including litigations re: Commonwealth GO bonds, PBA bonds, ERS bonds, HTA bonds, mediation process, and handling of adversary proceedings) | 65.00 |
| B195  Non-Working Travel[2] | 1.00 |

---

[1] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[2] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| | | |
|---|---|---:|
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 0.00 |
| B220 | Employee Benefits/Pensions | 0.00 |
| B230 | Financing / Cash Collections | 0.00 |
| B231 | Security Document Analysis | 0.00 |
| B260 | Meetings of and Communications with Debtors/Oversight Board and its Special Claims Committee | 0.00 |
| B261 | Investigations (including Renewed Rule 2004) | 0.00 |
| B310 | Claims Administration and Objections | 15.00 |
| B320 | Plan and Disclosure Statement | 15.00 |
| B420 | Restructurings | 10.00 |
| **TOTAL HOURS** | | 322.00 |
| **TOTAL ESTIMATED FEE** | | **$78,246[3]** |

---

[3] The Total Estimated Fees are calculated based on a $243 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from June 1, 2021 through June 30, 2021.

**ADDITIONAL JUNE 2021 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY
OVERSIGHT BOARD AND COMMITTEE**

A.   **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the
Puerto Rico Highways and Transportation Authority (HTA), the Employee
Retirement System (ERS) and the Puerto Rico Electric Power Authority Company
(PREPA)**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---:|
| B180   Avoidance Actions | 55 |
| **TOTAL HOURS** | **55** |

B.   **Adversary Proceedings Challenging Liens Aserted by Holders of GO Bonds ("GO
Lien Challenges)**

On March 10, 2020, the Court stayed the Omnibus GO Lien Challenges pending a
decision on confirmation of the Commonwealth plan of adjustment.

C.   **Omnibus Objection of Oversigh Board and Committee to 2012-2014 GO Bond
Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a
decision on confirmation of the Commonwealth plan of adjustment.

D.   **Adversary Proceeding Against Underwriters, Etc.**

Casillas, Santiago & Torres, the Committee's local counsel, represents the Committee with
respect to the adversary proceeding against various underwriters and other parties involved
in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on
confirmation on the Commonwealth plan of adjustment

E.   **Currently Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in
which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight
Board) also remained stayed pending a decision on confirmation of the Commonwealth
plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288];

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

**Period Covered:** July 1, 2021 through July 31, 2021[4]

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B110   Case Administration | 8 |
| B112   General Creditor Inquiries | 0 |
| B113   Pleadings Review | 75 |
| B120   Asset Analysis and Recovery | 0 |
| B130   Asset Disposition | 0 |
| B140   Relief from Stay / Adequate Protection Proceedings | 1 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 20 |
| B155   Court Hearings | 8 |
| B160   Employment / Fee Applications | 19 |
| B161   Budgeting (Case) | 3 |
| B165   Fee and Employment Applications of Other Professionals | 0 |
| B170   Fee and Employment Objections | 2 |
| B180   Avoidance Actions | 50 |
| B185   Assumption / Rejection of Leases and Contracts | 0 |
| B190   Other Contested Matters | 36 |
| B191   General Litigation (including litigations re: Commonwealth GO bonds, PBA bonds, ERS bonds, HTA bonds, mediation process, and handling of adversary proceedings) | 70 |
| B195   Non-Working Travel[5] | 1 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220   Employee Benefits/Pensions | 0 |

---

[4] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[5] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| | | |
|---|---|---:|
| B230 | Financing / Cash Collections | 0 |
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board and its Special Claims Committee | 0 |
| B261 | Investigations | 0 |
| B310 | Claims Administration and Objections | 15 |
| B320 | Plan and Disclosure Statement | 40 |
| B420 | Restructurings | 5 |
| **TOTAL HOURS** | | **353** |
| **TOTAL ESTIMATED FEE** | | **$85,779[6]** |

---

[6] The Total Estimated Fees are calculated based on a $243 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from July 1, 2021 through July 31, 2021.

**ADDITIONAL JULY 2021 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY
OVERSIGHT BOARD AND COMMITTEE**

A.  **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the
    Puerto Rico Highways and Transportation Authority (HTA), the Employee
    Retirement System (ERS) and the Puerto Rico Electric Power Authority Company
    (PREPA)**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---------------------------------------------|-----------------|
| B180   Avoidance Actions                    | 50              |
| **TOTAL HOURS**                             | **50**          |

B.  **Adversary Proceedings Challenging Liens Aserted by Holders of GO Bonds
    ("GO Lien Challenges)**

On March 10, 2020, the Court stayed the Omnibus GO Lien Challenges pending a
decision on confirmation of the Commonwealth plan of adjustment.

C.  **Omnibus Objection of Oversight Board and Committee to 2012-2014 GO Bond
    Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision
on confirmation of the Commonwealth plan of adjustment.

D.  **Adversary Proceeding Against Underwriters, Etc.**

Casillas, Santiago & Torres, the Committee's local counsel, represents the Committee with
respect to the adversary proceeding against various underwriters and other parties involved
in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on
confirmation on the Commonwealth plan of adjustment.

E.  **Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in
which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight

Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288];

- Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

- Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

**Period Covered:** August 1, 2021 through August 31, 2021[7]

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B110   Case Administration | 3 |
| B112   General Creditor Inquiries | 0 |
| B113   Pleadings Review | 50 |
| B120   Asset Analysis and Recovery | 0 |
| B130   Asset Disposition | 0 |
| B140   Relief from Stay / Adequate Protection Proceedings | 0 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 3 |
| B155   Court Hearings | 4 |
| B160   Employment / Fee Applications | 1 |
| B161   Budgeting (Case) | 2 |
| B165   Fee and Employment Applications of Other Professionals | 0 |
| B170   Fee and Employment Objections | 0 |
| B180   Avoidance Actions | 90 |
| B185   Assumption / Rejection of Leases and Contracts | 0 |
| B190   Other Contested Matters | 15 |
| B191   General Litigation (including litigations re: Commonwealth GO bonds, PBA bonds, ERS bonds, HTA bonds, mediation process, and handling of adversary proceedings) | 45 |
| B195   Non-Working Travel[8] | 1 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220   Employee Benefits/Pensions | 0 |

---

[7] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) the Commonwealth-COFINA litigation is the only adversary proceeding that will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's anticipated challenge to certain GO bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[8] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| B230 | Financing / Cash Collections | 0 |
|---|---|---|
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board and its Special Claims Committee | 0 |
| B261 | Investigations (including Renewed Rule 2004) | 0 |
| B310 | Claims Administration and Objections | 1 |
| B320 | Plan and Disclosure Statement | 5 |
| B420 | Restructurings | 0 |
| **TOTAL HOURS** | | **220** |
| **TOTAL ESTIMATED FEE** | | **$53,460[9]** |

---

[9] The Total Estimated Fees are calculated based on a $243 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from August 1, 2021 through August 31, 2021.

### ADDITIONAL AUGUST 2021 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

A.  **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the Puerto Rico Highways and Transportation Authority (HTA), the Employee Retirement System (ERS) and the Puerto Rico Electric Power Authority Company (PREPA)**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---:|
| B180   Avoidance Actions | 90 |
| **TOTAL HOURS** | **90** |

B.  **Adversary Proceedings Challenging Liens Aserted by Holders of GO Bonds ("GO Lien Challenges)**

On March 10, 2020, the Court stayed the Omnibus GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

C.  **Omnibus Objection of Oversigh Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

D.  **Adversary Proceeding Against Underwriters, Etc.**

Casillas, Santiago & Torres, the Committee's local counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation on the Commonwealth plan of adjustment.

E.  **Other Stayed Co-Plaintiff Adversary Proceedings**

Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight

Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

• Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288];

• Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

• Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

**Period Covered:** September 1, 2021 through September 30, 2021[10]

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---:|
| B110   Case Administration | 3 |
| B112   General Creditor Inquiries | 0 |
| B113   Pleadings Review | 50 |
| B120   Asset Analysis and Recovery | 0 |
| B130   Asset Disposition | 0 |
| B140   Relief from Stay / Adequate Protection Proceedings | 0 |
| B150   Meetings of Creditors' Committee and Communications with Creditors | 3 |
| B155   Court Hearings | 3 |
| B160   Employment / Fee Applications | 1 |
| B161   Budgeting (Case) | 3 |
| B165   Fee and Employment Applications of Other Professionals | 0 |
| B170   Fee and Employment Objections | 0 |
| B180   Avoidance Actions | 58 |
| B185   Assumption / Rejection of Leases and Contracts | 0 |
| B190   Other Contested Matters | 10 |
| B191   General Litigation (including litigations re: Commonwealth GO bonds, PBA bonds, ERS bonds, HTA bonds, mediation process, and handling of adversary proceedings) | 32 |
| B195   Non-Working Travel[11] | 1 |
| B210   Debtors' Financial Information and Operations/Fiscal Plan | 0 |
| B220   Employee Benefits/Pensions | 0 |
| B230   Financing / Cash Collections | 0 |

---

[10] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss. In addition, it is impossible to predict how many hours will be required to prosecute the Committee's challenges to certain GO and ERS bond claims, including because it is impossible to predict the number and extent of objections filed in response thereto. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

[11] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

| | | |
|---|---|---:|
| B231 | Security Document Analysis | 0 |
| B260 | Meetings of and Communications with Debtors/Oversight Board and its Special Claims Committee | 0 |
| B261 | Investigations (including Renewed Rule 2004) | 0 |
| B310 | Claims Administration and Objections | 1 |
| B320 | Plan and Disclosure Statement | 3 |
| B420 | Restructurings | 2 |
| **TOTAL HOURS** | | **170** |
| **TOTAL ESTIMATED FEE** | | **$42,840**[12] |

---

[12] The Total Estimated Fees are calculated based on a $252 blended hourly rate for the CST Law attorneys who are expected to work on this matter during the period from September 1, 2021 through September 30, 2021.

### ADDITIONAL SEPTEMBER 2021 SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE

**A.** **Garden Variety Avoidance Actions Against Vendors of the Commonwealth, the Puerto Rico Highways and Transportation Authority (HTA), the Employee Retirement System (ERS) and the Puerto Rico Electric Power Authority Company (PREPA)**

| U.S. Trustee Task Code and Project Category | Estimated Hours |
|---|---|
| B180   Avoidance Actions | 58 |
| **TOTAL HOURS** | **58** |

**B.** **Adversary Proceedings Challenging Liens Aserted by Holders of GO Bonds ("GO Lien Challenges)**

On March 10, 2020, the Court stayed the Omnibus GO Lien Challenges pending a decision on confirmation of the Commonwealth plan of adjustment.

**C.** **Omnibus Objection of Oversigh Board and Committee to 2012-2014 GO Bond Claims [Docket No. 4784] (the "Omnibus Claims Objection")**

On March 10, 2020, the Court stayed the Omnibus GO Claim Objection pending a decision on confirmation of the Commonwealth plan of adjustment.

**D.** **Adversary Proceeding Against Underwriters, Etc.**

Casillas, Santiago & Torres, the Committee's local counsel, represents the Committee with respect to the adversary proceeding against various underwriters and other parties involved in the issuance of Commonwealth bonds [Adv. Proc. No. 19-280].

On March 10, 2020, the Court stayed the underwriter litigation pending a decision on confirmation on the Commonwealth plan of adjustment.

**E.** **Other Staved Co-Plaintiff Adversary Proceedings**
Per Judge Swain's March 10, 2020 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

•      Eight adversary proceedings seeking to recover fraudulent transfers made on account of GO bonds that were not validly issued [Adv. Proc. No. 19-281, Adv. Proc. No. 19-282, Adv. Proc. No. 19-283, Adv. Proc. No. 19-284, Adv. Proc. No. 19-285, Adv. Proc. No. 19-286, Adv. Proc. No. 19-287, and Adv. Proc. No. 19-288];

•      Four adversary proceedings challenging liens asserted by certain holders of HTA bonds [Adv. Proc. No. 19-362, Adv. Proc. No. 19-363, Adv. Proc. No. 19-364, and Adv. Proc. No. 19-365].

Per Judge Swain's April 28, 2021 stay order, the following adversary proceedings (in which the Committee has been appointed as co-plaintiff/co-trustee with the Oversight Board) also remained stayed pending a decision on confirmation of the Commonwealth plan of adjustment.

•      Two adversary proceedings regarding lien scope issues with respect to ERS bonds [Adv. Proc. No. 19-366 and Adv. Proc. No. 19-367] and six adversary proceedings regarding ultra vires issues with respect to ERS Bonds [Adv. Proc. No. 19-355, Adv. Proc. No. 19-356, Adv. Proc. No. 19-357, Adv. Proc. No. 19-358, Adv. Proc. No. 19-359, and Adv. Proc. No. 19-361].

**EXHIBIT C-2**

**STAFFING PLAN**

**Period Covered:** June 1, 2021 through June 30, 2021[13]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate |
|---|---|---|
| **Partner** | 4 | $270 |
| **Member** | 1 | $270 |
| **Counsel** | 2 | $260 |
| **Junior Partner** | 2 | $240 |
| **Senior Associate** | 4 | $200 |
| **Associate** | 2 | $170 |
| **Paraprofessionals** | 1 | $95 |

---

[13] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**Period Covered:** July 1, 2021 through July 31, 2021[14]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate |
|---|---|---|
| **Partner** | 4 | $270 |
| **Member** | 1 | $270 |
| **Counsel** | 2 | $260 |
| **Junior Partner** | 2 | $240 |
| **Senior Associate** | 4 | $200 |
| **Associate** | 2 | $170 |
| **Paraprofessionals** | 1 | $95 |

---

[14] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**Period Covered:** August 1, 2021 through August 31, 2021[15]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate |
|---|---|---|
| Partner | 4 | $270 |
| Member | 1 | $270 |
| Counsel | 2 | $260 |
| Junior Partner | 2 | $240 |
| Senior Associate | 4 | $200 |
| Associate | 2 | $170 |
| Paraprofessionals | 1 | $95 |

---

[15] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.

**Period Covered:** September 1, 2021 through September 30, 2021[16]

| Category of timekeeper (using categories maintained by the firm) | Number of timekeepers expected to work on the matter during the budget period | Average hourly rate |
|---|---|---|
| **Partner** | 4 | $270 |
| **Member** | 1 | $270 |
| **Counsel** | 2 | $260 |
| **Junior Partner** | 2 | $240 |
| **Senior Associate** | 4 | $200 |
| **Associate** | 2 | $170 |
| **Paraprofessionals** | 1 | $95 |

---

[16] The proposed budget set forth herein is based on the following assumptions: (i) no additional title III cases or adversary proceedings will be commenced during the budget period; (ii) no plan of adjustment will be filed during the budget period; (iii) no adversary proceedings will require discovery and trial preparation; and (iv) all adversary proceedings in which the Committee has intervened and/or sought to intervene will only involve briefing and hearings on motions to dismiss and/or pretrial proceedings. Thus, this proposed budget may be materially different from the work actually performed. For instance, discovery disputes may lead to extensive litigation. Similarly, the Committee may need to respond to motions that are not and cannot be anticipated. At this time, the proposed budget is speculative.