**EXHIBIT D**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

**EXHIBIT D-1**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET**

| Task Code and Project Category | Budgeted Hours | | | | | Billed Hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Total | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Total |
| B110 Case Administration | 7.00 | 8.00 | 3.00 | 3.00 | 21.00 | 7.00 | 7.80 | 0.60 | 7.00 | 22.40 |
| B112 General Creditor Inquiries | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B113 Pleadings Review | 65.00 | 75.00 | 50.00 | 50.00 | 240.00 | 76.20 | 74.50 | 50.10 | 41.00 | 241.80 |
| B120 Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 Relief from Stay / Adequate Protection Proceedings | 1.00 | 1.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B150 Meetings of Creditors' Committee and Communications with Creditors | 38.00 | 20.00 | 3.00 | 3.00 | 64.00 | 23.70 | 16.80 | 3.20 | 11.80 | 55.50 |
| B155 Court Hearings | 8.00 | 8.00 | 4.00 | 3.00 | 23.00 | 1.40 | 8.30 | 3.50 | 2.60 | 15.80 |
| B160 Employment / Fee Applications | 2.00 | 19.00 | 1.00 | 1.00 | 23.00 | 0.00 | 17.80 | 0.00 | 2.60 | 20.40 |
| B161 Budgeting (Case) | 3.00 | 3.00 | 2.00 | 3.00 | 11.00 | 2.20 | 2.10 | 3.70 | 1.60 | 9.60 |
| B165 Fee and Employment Applications of Other Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B170 Fee and Employment Objections | 2.00 | 2.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B180 Avoidance Action | 55.00 | 50.00 | 90.00 | 58.00 | 253.00 | 53.90 | 50.00 | 66.70 | 32.40 | 203.00 |

1

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| B185 Assumption / Rejection of Leases and Contracts | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B190 Other Contested Matters | 35.00 | 36.00 | 15.00 | 10.00 | 96.00 | 35.00 | 36.00 | 15.10 | 18.90 | 105.00 |
| B191 General Litigation | 65.00 | 70.00 | 45.00 | 32.00 | 212.00 | 64.90 | 30.80 | 35.20 | 49.10 | 180.00 |
| B195 Non-Working Travel | 1.00 | 1.00 | 1.00 | 1.00 | 4.00 | 0.00 | 0.00 | 1.20 | 8.30 | 9.50 |
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B220 Employee Benefits / Pensions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 Financing / Cash Collections | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 Security Document Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 Meetings of and Communications with Debtors/Oversight Board | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 Investigations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B310 Claims Administration and Objections | 15.00 | 15.00 | 1.00 | 1.00 | 32.00 | 14.60 | 15.00 | 1.20 | 21.90 | 52.70 |
| B312 Objections to Claims | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B320 Plan and Disclosure Statement | 15.00 | 40.00 | 5.00 | 3.00 | 63.00 | 14.50 | 13.70 | 4.80 | 15.00 | 48.00 |
| B420 Restructurings | 10.00 | 5.00 | 0.00 | 2.00 | 17.00 | 9.10 | 1.60 | 0.00 | 0.00 | 10.70 |
| **TOTAL HOURS** | **322.00** | **353.00** | **220.00** | **170.00** | **1,065.00** | **302.50** | **274.40** | **185.30** | **212.20** | **974.40** |
| **TOTAL FEES** | **$78,246.00** | **$85,779.00** | **$53,460.00** | **$42,840.00** | **$260,325.00** | **$77,713.00** | **$68,345.00** | **$47,313.00** | **$52,966.00** | **$246,337.00** |

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED BY PROJECT CATEGORY AND BY MATTER

**General (Matter ID: 396-00002)**

| Task Code and Project Category | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 14.70 | $3,476.00 |
| B113 - Pleadings Review | 177.20 | $43,700.00 |
| B150 - Meetings of and Communications with Creditors | 55.30 | $13,378.50 |
| B155 - Court Hearings | 15.80 | $4,196.00 |
| B180 - Avoidance Action | 5.20 | $1,404.00 |
| B190 - Other Contested Matters | 55.90 | $14,335.50 |
| B191 - General Litigation | 113.10 | $29,446.00 |
| B195 - Non-Working Travel | 1.40 | $189.00 |
| B310 - Claims Administration and Objections | 10.90 | $2,408.00 |
| B320 - Plan and Disclosure Statement | 47.60 | $11,882.50 |
| B420 - Restructurings | 9.10 | $2,443.00 |
| **Total** | **506.20** | **$126,858.50** |

**PREPA (Matter ID: 396-00006)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 57.20 | $15,248.00 |
| B150 - Meetings of and Communications with Creditors | 0.20 | $54.00 |
| B161 - Budgeting (Case) | 1.70 | $459.00 |
| B190 - Other Contested Matters | 1.00 | $270.00 |
| B191 - General Litigation | 4.70 | $1,266.00 |
| B420 - Restructurings | 1.60 | $432.00 |
| **Total** | **66.40** | **$17,729.00** |

**HTA (Matter ID: 396-00007)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B113 - Pleadings Review | 0.80 | $216.00 |
| **Total** | **0.80** | **$216.00** |

**Fee Application (Matter ID: 396-00015)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 2.20 | $594.00 |
| B160 - Fee/Employment Applications | 20.40 | $4,510.50 |
| B161 - Budgeting (Case) | 7.90 | $2,133.00 |
| **Total** | **30.50** | **$7,237.50** |

**Commonwealth Claims Review (Matter ID: 396-00017)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 0.60 | $162.00 |
| B113 - Pleadings Review | 6.60 | $1,782.00 |
| B180 - Avoidance Action | 0.70 | $189.00 |
| B190 - Other Contested Matters | 13.20 | $3,414.00 |
| B191 - General Litigation | 44.90 | $11,922.00 |
| B195 - Non-Working Travel | 8.10 | $972.00 |
| B310 - Claims Administration and Objections | 35.10 | $8,769.00 |
| **Total** | **109.20** | **$27,210.00** |

**Avoidance Actions (Matter ID: 396-00018)**

| Task Code | Hours | Amount |
|---|---:|---:|
| B110 - Case Administration | 4.90 | $1,191.00 |
| B180 - Avoidance Action | 197.10 | $50,226.00 |
| B190 - Other Contested Matters | 34.90 | $9,174.00 |
| B191 - General Litigation | 17.30 | $4,647.00 |
| B310 - Claims Administration and Objections | 6.70 | $1,746.00 |
| B320 - Plan and Disclosure Statement | 0.40 | $102.00 |
| **Total** | **261.30** | **$67,086.00** |

## EXHIBIT D-2

### SUMMARY OF EXPENSES BY CATEGORY

| Category | Amount |
|---|---:|
| Conference Call Expense | $72.00 |
| Court Solutions Fees re: Appearances at Hearings | $350.00 |
| Delivery Expense | $46.66 |
| Photocopies Expense | $3,067.11 |
| Postage Expense | $583.74 |
| **Total** | **$4,119.51** |