# EXHIBIT E

## BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED BY DEBTOR

### June 2021 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $69,932.00 | $62,938.80 | $186.57 | $63,125.37 |
| PREPA | $7,781.00 | $7,002.90 | $0.00 | $7,002.90 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$77,713.00** | **$69,941.70** | **$186.57** | **$70,128.27** |

### July 2021 Fee Statement

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $64,370.00 | $57,933.00 | $3,667.74 | $61,600.74 |
| PREPA | $3,975.00 | $3,577.50 | $0.00 | $3,577.50 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$68,345.00** | **$61,510.50** | **$3,667.74** | **$65,178.24** |

1

**August 2021 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $45,085.00 | $40,576.50 | $173.77 | $40,750.27 |
| PREPA | $2,012.00 | $1,810.80 | $0.00 | $1,810.80 |
| HTA | $216.00 | $194.40 | $0.00 | $194.40 |
| **Total** | **$47,313.00** | **$42,581.70** | **$173.77** | **$42,755.47** |

**September 2021 Fee Statement**

| Debtor | Fees | Fees Requested to be Paid (90%) | Expenses Requested to be Paid (100%) | Total Requested to be Paid |
|---|---|---|---|---|
| Commonwealth of PR | $49,005.00 | $44,104.50 | $91.43 | $44,195.93 |
| PREPA | $3,961.00 | $3,564.90 | $0.00 | $3,564.90 |
| HTA | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total** | **$52,966.00** | **$47,669.40** | **$91.43** | **$47,760.83** |