# EXHIBIT D

### Summary of Jenner & Block LLP Blended Hourly Rates
### (Customary and Comparable Compensation Disclosures)

| Timekeeper Category | | Blended Hourly Rate | |
|---|---|---|---|
| | | Worked and Billed in 2020 (excluding Restructuring lawyers) | Billed in this Fee Application |
| **Partner** | | **$857** | **$1,166.66** |
| | Partner – Sr. (20+ years) | $902 | $1,295.61 |
| | Partner – Mid (13-19 years) | $848 | $998.44 |
| | Partner – Jr. (0-12 years) | $746 | N/A |
| **Associate** | | **$561** | **$628.51** |
| | Associate – Sr. (5+ years) | $633 | $775.00 |
| | Associate – Mid (4-5years) | $628 | $755.00 |
| | Associate – Jr. (0-3 years) | $531 | $624.92 |
| **Counsel** | N/A | N/A | $747.67 |
| **Paralegal** | N/A | $307 | $358.25 |
| **Blended Rate for all Attorneys in this Fee Application** | | | $948.65 |
| **Blended Rate for all Attorneys with 15% discount** | | | $806.35 |
| **Blended Rate for All Timekeepers in this Fee Application** | | | $897.31 |
| **Blended Rate for all Timekeepers with 15% discount** | | | $762.72 |

| | |
|---|---|
| Case Name: | In re Commonwealth of Puerto Rico, et al. |
| Case Number: | 17 BK 3283-LTS |
| Applicant's Name: | Jenner & Block LLP |
| Date of Application: | November 15, 2021 |
| Interim or Final: | Interim |