# **EXHIBIT E**

### Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate (2021) | Total Billed Hours (2021) | Total Fees Requested |
|---|---|---|---|---|---|---|
| ROBERT D. GORDON | Partner | 1989 | Restructuring & Bankruptcy | $1,300 | 411.90 | $535,470.00 |
| MARC B. HANKIN | Partner | 1992 | Restructuring & Bankruptcy | $1,150 | 14.20 | $16,330.00 |
| MATTHEW J. RENAUD | Partner | 1992 | Employee Benefits | $1,100 | 1.00 | $1,100.00 |
| LANDON S. RAIFORD | Partner | 2008 | Restructuring & Bankruptcy | $975 | 216.10 | $210,697.50 |
| MELISSA M. ROOT | Partner | 2003 | Restructuring & Bankruptcy | $1,025 | 190.70 | $195,467.50 |
| CATHERINE L. STEEGE | Partner | 1982 | Restructuring & Bankruptcy | $1,300 | 103.60 | $134,680.00 |
| KATHERINE A. ROSOFF | Associate | 2018 | Litigation | $755 | 1.40 | $1,057.00 |
| ADAM T. SWINGLE | Associate | 2018 | Restructuring & Bankruptcy | $660 | 48.10 | $31,746.00 |
| WILLIAM A. WILLIAMS | Associate | 2015 | Restructuring & Bankruptcy | $775 | 0.80 | $620.00 |
| ANNA M. WINDEMUTH | Associate | 2020 | Litigation | $575 | 33.80 | $19,435.00 |
| LAURA E. PELANEK | Special Counsel | 2004 | Litigation | $660 | 553.60 | $365,376.00 |
| CARL N. WEDOFF | Special Counsel | 2010 | Restructuring & Bankruptcy | $895 | 329.40 | $294,813.00 |
| KATHLEEN R. ALBERT | Paralegal | N/A | Litigation/ Restructuring & Bankruptcy | $335 | 25.30 | $8,475.50 |
| KENDALL E. ALLEN | Paralegal | N/A | Litigation | $335 | 6.40 | $2,144.00 |
| CATHERINE R. CARACCI | Paralegal | N/A | Litigation/ Restructuring & Bankruptcy | $360 | 96.80 | $34,848.00 |
| KEVIN O. GARCIA | Paralegal | N/A | Litigation | $360 | 1.80 | $648.00 |
| KATYA R. LEWANDOWSKA | Paralegal | N/A | Real Estate | $360 | 2.70 | $972.00 |
| JESSICA M. MERKOURIS | Paralegal | N/A | Litigation | $405 | 11.00 | $4,455.00 |

# **EXHIBIT E**

**Summary of Jenner & Block LLP Hours Worked and Fees Incurred**

| | | | | | | |
|---|---|---|---|---|---|---|
| SAM A. ROSEN | Paralegal | N/A | Litigation | $360 | 9.20 | $3,312.00 |
| TYLER N. STILLEY | Paralegal | N/A | Litigation | $360 | 13.20 | $4,752.00 |
| CHARLOTTE M. STRETCH | Paralegal | N/A | Litigation | $360 | 4.00 | $1,440.00 |
| TRICIA J. PEAVLER | Library Services | N/A | Information Services | $360 | 11.00 | $3,960.00 |
| **Sub-Total*** | | | | | **2,086.00** | **$1,871,798.50** |
| Less 15% Fee Discount on all matters except the Non-working Travel Matter | | | | | | $280,769.85 |
| Less 50% Discount on Non-working Travel Matter | | | | | | $0.00 |
| **Total** | | | | | | **$1,591,028.65** |