# EXHIBIT F

**Summary of Jenner & Block LLP Expenses**

| Service Description | Amount |
|---|---|
| B&W Copy | $2,640.60 |
| Color Copy | $1,926.00 |
| Court Fees | $560.00 |
| Lexis Research | $2,043.25 |
| Other Professional Services | $50,895.75 |
| Pacer Charges | $332.10 |
| Postage Expense | $798.92 |
| UPS | $123.46 |
| Westlaw Research | $2,055.33 |
| **Travel** | |
| Airfare | N/A |
| Ground Transportation | N/A |
| Hotel | N/A |
| Meals | N/A |
| Parking | N/A |
| **TOTAL** | **$61,375.41** |