# EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Matter | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION/MISCELLANEOUS | 204.60 | $158,120.50 |
| CLAIMS ISSUES | 38.10 | $36,505.50 |
| COMMITTEE GOVERNANCE AND MEETINGS | 71.40 | $83,291.00 |
| COMMUNICATIONS WITH RETIREES | 13.30 | $16,822.50 |
| COURT HEARINGS | 47.70 | $53,210.00 |
| ECONOMIC AND DISASTER RECOVERY ANALYSIS | 0.40 | $520.00 |
| EMPLOYMENT OF PROFESSIONALS (JENNER) | 53.90 | $46,543.00 |
| EMPLOYMENT OF PROFESSIONALS (NON-JENNER) | 82.00 | $77,290.50 |
| FISCAL PLAN/PLAN OF ADJUSTMENT | 1,549.00 | $1,381,058.50 |
| GO BONDS ISSUES | 2.20 | $1,969.00 |
| PENSION ANALYSIS | 21.80 | $14,388.00 |
| PREPA | 1.60 | $2,080.00 |
| **Sub-Total*** | 2,086.00 | $1,871,798.50 |
| Less 15% Fee Discount on all matters (except Non-Working Travel) | | $280,769.85 |
| Less 50% Discount on Non-Working Travel | | N/A |
| **Total** | | **$1,591,028.65** |