# EXHIBIT I

**Detailed Expense Records for Jenner & Block**

Case:17-03283-LTS Doc#:19230-9 Filed:11/15/21 Entered:11/15/21 19:15:43 Desc:
Exhibit I Page 1 of 9

# June 2021

LAW OFFICES

# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                               **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 6/04/21 | Color Copy | 19.25 |
| 6/04/21 | B&W Copy | 53.70 |
| 6/10/21 | Alix Partners; 6/10/21; Hard Copy/Third-Party LoadFee, Data Processing, Relativity Load Fee, Hosting Fees (GB), User Fees and Project Management. | 10,572.25 |
| 6/10/21 | B&W Copy | 11.30 |
| 6/15/21 | B&W Copy | 8.40 |
| 6/16/21 | Postage Expense | 163.80 |
| 6/16/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 06/16/ 2021 | 70.00 |
| 6/16/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 06/16/ 2021 | 70.00 |
| 6/16/21 | Color Copy | 37.50 |
| 6/16/21 | B&W Copy | 365.00 |
| 6/16/21 | 06/16/2021 UPS Delivery Service 1Z6134380197924242 | 8.21 |
| 6/16/21 | 06/16/2021 UPS Delivery Service 1Z6134380198491664 | 20.29 |
| 6/17/21 | Postage Expense | 122.60 |
| 6/17/21 | B&W Copy | 178.30 |
| 6/17/21 | 06/17/2021 UPS Delivery Service 1Z6134380192605355 | 20.29 |
| 6/17/21 | 06/17/2021 UPS Delivery Service 1Z6134380193166346 | 8.21 |
| 6/24/21 | B&W Copy | 3.60 |
| 6/28/21 | B&W Copy | 145.30 |
| 6/30/21 | Lexis Research | 1,628.57 |
| 6/30/21 | Westlaw Research | 227.94 |
| 6/30/21 | Westlaw Research | 342.64 |
| 6/30/21 | Westlaw Research | 226.11 |
| | TOTAL DISBURSEMENTS | $ 14,303.26 |

MATTER 10113 TOTAL                                                 $ 14,303.26

# July 2021

# LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                             **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 6/29/21 | B&W Copy | 346.30 |
| 7/08/21 | Pacer Charges; PACER SERVICE CENTER; 07/08/2021 | 3.00 |
| 7/08/21 | Pacer Charges; PACER SERVICE CENTER; 07/08/2021; Period: 4/01/2021 Through 6/30/2021. | 220.90 |
| 7/08/21 | Quarterly Pacer Charge 07/08/2021 Period: April 01 thru June 30 2021 | 58.30 |
| 7/08/21 | Quarterly Pacer Charge 07/08/2021 Period: April 01 thru June 30 2021 | 49.90 |
| 7/12/21 | Color Copy | 45.50 |
| 7/12/21 | B&W Copy | 15.50 |
| 7/13/21 | Color Copy | 1,036.25 |
| 7/14/21 | B&W Copy | 18.50 |
| 7/15/21 | Other Professional Services; ALIX PARTNERS LLP; 07/15/2021; Professional Services: June 1, 2021 through June 30, 2021. | 9,954.00 |
| 7/16/21 | Postage Expense | 81.60 |
| 7/16/21 | Color Copy | 703.50 |
| 7/16/21 | B&W Copy | 1,035.00 |
| 7/16/21 | 07/16/2021 UPS Delivery Service 1Z6134380191104228 | 39.75 |
| 7/16/21 | 07/16/2021 UPS Delivery Service 1Z6134380199234430 | 26.71 |
| 7/19/21 | Postage Expense | 297.40 |
| 7/19/21 | Color Copy | 1.25 |
| 7/19/21 | B&W Copy | .20 |
| 7/27/21 | B&W Copy | 97.00 |
| 7/31/21 | Westlaw Research | 511.40 |
| 7/31/21 | Westlaw Research | 221.66 |
| | TOTAL DISBURSEMENTS | $ 14,763.62 |

MATTER 10113 TOTAL                                                      $ 14,763.62

# August 2021

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                       **MATTER NUMBER - 10113**

| Date | Description | Amount |
|---|---|---:|
| 7/13/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 07/13/ 2021 | 70.00 |
| 7/13/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 07/13/ 2021 | 70.00 |
| 7/29/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 07/29/ 2021 | 70.00 |
| 7/29/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 07/29/ 2021 | 70.00 |
| 8/04/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 08/04/ 2021 | 70.00 |
| 8/04/21 | Court Fees, ELAN CORPORATE PAYMENT SYSTEMS, 08/04/ 2021 | 70.00 |
| 8/16/21 | Other Professional Services; ALIX PARTNERS LLP; 08/16/2021; Hosting charges for July 1, 2021 through July 31, 2021. | 18,270.50 |
| 8/23/21 | B&W Copy | 1.30 |
| 8/31/21 | Westlaw Research | 169.58 |
| 8/31/21 | Westlaw Research | 136.51 |
|  | TOTAL DISBURSEMENTS | $ 18,997.89 |

MATTER 10113 TOTAL                                                                                                  $ 18,997.89

# September 2021

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

**EXPENSES**                                                                                           **MATTER NUMBER - 10113**

| | | |
|---|---|---:|
| 9/16/21 | US Messenger & Logistics Inc. 09/18/2021 OrderTrackingID 1524.091621 | 22.03 |
| 9/16/21 | US Messenger & Logistics Inc. 09/18/2021 OrderTrackingID 1524.091621 | -22.03 |
| 9/16/21 | Other Professional Services; ALIX PARTNERS LLP; 09/16/2021; Hosting Charges August 1, 2021 through August 31, 2021 | 12,099.00 |
| 9/22/21 | Postage Expense | 133.52 |
| 9/22/21 | Color Copy | 36.50 |
| 9/22/21 | Color Copy | 46.25 |
| 9/22/21 | B&W Copy | 16.10 |
| 9/22/21 | B&W Copy | 250.30 |
| 9/22/21 | B&W Copy | 94.80 |
| 9/30/21 | Lexis Research | 420.19 |
| 9/30/21 | Lexis Research - T. Peavler requested 2 searches completed on 8/27/2021 be moved to 59193-10236. | -1.10 |
| 9/30/21 | Lexis Research - T. Peavler requested 2 searches completed on 8/27/2021 be moved to 59193-10236. | -4.41 |
| 9/30/21 | Westlaw Research | 33.49 |
| 9/30/21 | Westlaw Research | 186.00 |
| | TOTAL DISBURSEMENTS | $ 13,310.64 |

MATTER 10113 TOTAL                                                                                          $ 13,310.64