# SCHEDULE 1

## MONTHLY STATEMENTS COVERED IN APPLICATION

**(attached hereto)**

| Date Submitted | Monthly Period Covered | Requested Fees (90%) | Requested Expenses (100%) | Fees Paid | Expenses Paid | 10% Fee Holdback |
|---|---|---|---|---|---|---|
| **Interim Fee Period: May 16, 2021 through September 15, 2021** | | | | | | |
| 9/10/21 | 5/16/21 - 6/15/21 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 10/7/21 | 6/16/21 - 7/15/21 | $27,000.00 | $0.00 | $27,000.00 | $0.00 | $3,000.00 |
| 11/9/21 | 7/16/21 - 8/15/21 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| 11/15/21 | 8/16/21 - 9/15/21 | $4,500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| **Total** | | **$63,000.00** | **$0.00** | **$54,000.00** | **$0.00** | **$7,000.00** |




# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 6/30/2021 | 2021-0275 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

Additional Info:

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>MAY 16, 2020 TO JUNE 15, 2021<br><br>FEE MESUAL: | 30,000.00 |

- Communications and other efforts

1. Monitoring local media
    1. Clippings with their translation of article/news related to matters of the Committee.
    2. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
       Estimated hours on this: 20 hours

2. Conference calls
    1. Multiple conference calls between Bernardo and some of the members of the committee to take actions and spoke to the media regarding the payments to the unsecured creditors
       Estimated hours on this: 2 hrs.
    2. Work on some artwork concepts for approval and next steps.

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 7/16/2021 | 2021-0335 |

P.O. No.

MAY - JUNE 2021

Additional Info:

Bill To:

UCC
ALVIN VAZQUEZ

Project: Job #

4 - UNSECURED FEES

Description | Amount

CLIENT: UCC
PRODUCT: MONTHLY FEE

JUNE 16, 2020 TO JULY 15, 2021

30,000.00

FEE MESUAL:

- Communications and other efforts

  1. Coordination of interview with some of the members and El Nuevo Día
     1. Retirement Law
     Estimated hours on this: 2 hours

  2. Monitoring local media
     1. Clippings with their translation of article/news related to matters of the Committee.
     2. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
     Estimated hours on this: 20 hours

  3. Conference calls
     1. Multiple conference calls between Bernardo and some of the members of the committee to take actions and spoke to the media regarding the payments to the unsecured creditors
     2. Work on some artwork concepts for approval and next steps.
     Estimated hours on this: 2 hrs.

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

| | |
|---|---|
| Total | $30,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $30,000.00 |

Certifico que esta factura es correcta y que su importe no ha sido pagado.

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 8/16/2021 | 2021-0375 |

P.O. No.

**Bill To:**
UCC
ALVIN VAZQUEZ

MAY - JUNE 2021

Additional Info:

**Project**

4 - UNSECURED FEES

Job #

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>JULY 16, 2020 TO AUGUST 15, 2021<br><br>FEE MESUAL:<br><br>Website<br> - Redesign of the homepage and archive of some old information of the page.<br> - Upload new information of the settlement with the FOMB.<br>   Estimated hours on this: 8 hours<br><br>Monitoring local media<br>  1. Clippings with their translation of article/news related to matters of the Committee.<br>  2. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC<br>     Estimated hours on this: 20 hours<br><br>Email Blast<br> - Design and sending an email blast to the provided database to announce the settlement with the FOMB<br>   Estimated hours on this: 5 hours | 5,000.00 |

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |

PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209



# INVOICE - FEE

| Date | Invoice # |
|---|---|
| 9/16/2021 | 2021-0418 |

P.O. No.

MAY - JUNE 2021

Additional Info:

**Bill To:**
UCC
ALVIN VAZQUEZ

| Project | Job # |
|---|---|
| 4 - UNSECURED FEES | |

| Description | Amount |
|---|---|
| CLIENT: UCC<br>PRODUCT: MONTHLY FEE<br><br>AUGUST 16, 2020 TO SEPTEMBER 15, 2021<br><br>FEE MESUAL: | 5,000.00 |

Website
 - Redesign of the homepage to add a new button and information of the sessions
 - Upload new information in existing tabs
   Estimated hours on this: 10 hours

Monitoring local media
 1. Clippings with their translation of article/news related to matters of the Committee.
 2. Spent around 1.0 hour doing these clippings/translations and sending them to the UCC
    Estimated hours on this: 10 hours

Email Blast
 - Design and sending an email blast to the provided database to announce the voting deadline of the Plan of Adjustment and the information sessions
 - Monitoring of emails from the database
   Estimated hours on this: 5 hours

Vo. Bo.
Amarilys Torres

Vo. Bo.
Bernardo Medina Colón, MBA

Certifico que esta factura es correcta y que su importe no ha sido pagado.

| | |
|---|---|
| Total | $5,000.00 |
| Payments/Credits | $0.00 |
| Balance Due | $5,000.00 |



PO Box 367304 San Juan, PR 00936-7304 • t 787.724.2341 • f 787.724.4209