**Exhibit A**

**Summary of Fees Incurred by Professional**

| EXHIBIT A: SUMMARY OF FEES INCURRED BY PROFESSIONAL | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **100% of Fees** |
| Stenger, Edward J | Managing Director | $ 1,295 | 37.5 | $ 48,562.50 |
| Martinez, Scott | Director | 935 | 530.5 | 496,017.50 |
| Westermann, Michael | Director | 825 | 399.0 | 329,175.00 |
| Kardos, Elizabeth S | Director | 735 | 0.5 | 367.50 |
| Praga, Deborah | Vice President | 625 | 52.7 | 32,937.50 |
| **Total** | | | **1,020.2** | **$ 907,060.00** |