**Exhibit B**

**Summary of Hours and Fees by Project Category**

| EXHIBIT B: SUMMARY OF FEES INCURRED DURING THE INTERIM PERIOD BY PROJECT CATEGORY | | | | | |
|---|---|---|---|---|---|
| New Matter Category | Revised Category | Original Matter Category | Description | Hours | 100% Fees |
| 20000797P00001.1.1 | 12275.00100 | 1 | Planning & Coordination / Case Management | 41.1 | $   39,478.50 |
| 20000797P00001.1.2 | 12275.00101 | 2 | Meetings and Communications with Committee Members and/or Professionals | 120.6 | 113,459.00 |
| 20000797P00001.1.3 | 12275.00102 | 3 | Communication with Interested Parties | 56.2 | 53,291.00 |
| 20000797P00001.1.4 | 12275.00103 | 4 | Liquidity and Cash Management | 50.9 | 45,892.50 |
| 20000797P00001.1.5 | 12275.00104 | 5 | Fiscal Plan and Related Budgets Analysis and Assessment | 5.9 | 5,516.50 |
| 20000797P00001.1.6 | 12275.00105 | 6 | Financial and Other Diligence | 17.0 | 15,895.00 |
| 20000797P00001.1.7 | 12275.00106 | 7 | Sales of Assets | 0.2 | 187.00 |
| 20000797P00001.1.8 | 12275.00107 | 8 | Due Diligence of Commonwealth Assets | - | - |
| 20000797P00001.1.9 | 12275.00108 | 9 | Debt Capacity | - | - |
| 20000797P00001.1.10 | 12275.00109 | 10 | Investments in Puerto Rico, Including Public-Private Partnerships | - | - |
| 20000797P00001.1.11 | 12275.00110 | 11 | Plan of Adjustment Review and Negotiations | 343.6 | 300,803.00 |
| 20000797P00001.1.12 | 12275.00111 | 12 | Litigation Support and Claims Analysis | 132.6 | 118,221.00 |
| 20000797P00001.1.13 | 12275.00112 | 13 | Testimony / Court Appearance | 14.7 | 13,744.50 |
| 20000797P00001.1.14 | 12275.00113 | 14 | Expert Reports | - | - |
| 20000797P00001.1.15 | 12275.00114 | 15 | Pension Matters | 10.1 | 9,551.50 |
| 20000797P00001.1.16 | 12275.00115 | 16 | Retention | - | - |
| 20000797P00001.1.17 | 12275.00116 | 17 | Fee Statements and Fee Applications | 53.1 | 38,609.50 |
| 20000797P00001.1.18 | 12275.00117 | 19 | PREPA Title III | 137.3 | 120,460.50 |
| 20000797P00001.1.19 | 12275.00118 | 20 | HTA Title III | 30.2 | 25,916.00 |
| 20000797P00001.1.20 | 12275.00119 | 21 | ERS Title III | 6.7 | 6,034.50 |
| Total | | | | 1,020.2 | $   907,060.00 |