# EXHIBIT D

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

## EXHIBIT D-1

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY AS COMPARED TO BUDGET

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2021 | July 2021 | August 2021 | September 2021 | Total | June 2021 | July 2021 | August 2021 | September 2021 | Total |
| B110 | Case Administration | 50 | 50 | 30 | 25 | 155 | 4.80 | 6.80 | 8.60 | 12.30 | 32.50 |
| B112 | General Creditor Inquiries | 5 | 5 | 5 | 5 | 20 | 0.40 | 0.30 | 0.70 | 4.20 | 5.60 |
| B113 | Pleadings Review | 30 | 30 | 20 | 20 | 100 | 15.20 | 12.20 | 10.80 | 8.60 | 46.80 |
| B120 | Asset Analysis and Recovery | 2 | 2 | 2 | 1 | 7 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B130 | Asset Disposition | 5 | 5 | 5 | 1 | 16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B140 | Relief from Stay / Adequate Protection Proceedings | 25 | 25 | 15 | 10 | 75 | 1.10 | 0.80 | 0.00 | 0.00 | 1.90 |
| B150 | Meetings of Creditors' Committee and Communications with Creditors | 75 | 100 | 75 | 75 | 325 | 162.10 | 78.90 | 113.30 | 77.70 | 432.00 |
| B155 | Court Hearings (including Preparation for Court Hearings) | 30 | 30 | 10 | 15 | 85 | 6.40 | 48.30 | 9.00 | 4.00 | 67.70 |
| B160 | Employment / Fee Applications (Paul Hastings) | 25 | 25 | 20 | 25 | 95 | 29.70 | 48.60 | 7.60 | 27.90 | 113.80 |
| B161 | Budgeting (Case) | 2 | 2 | 1 | 1 | 6 | 0.20 | 0.60 | 0.60 | 0.40 | 1.80 |
| B165 | Employment / Fee Applications (Other Professionals) | 5 | 5 | 2 | 4 | 16 | 0.10 | 7.90 | 0.30 | 24.30 | 32.60 |
| B170 | Fee and Employment Objections | 2 | 2 | 2 | 2 | 8 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2021 | July 2021 | August 2021 | September 2021 | Total | June 2021 | July 2021 | August 2021 | September 2021 | Total |
| B180 | Avoidance Action Analysis | 10 | 10 | 15 | 15 | **50** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B185 | Assumption / Rejection of Leases and Contracts | 5 | 5 | 2 | 2 | **14** | 0.80 | 0.30 | 0.00 | 0.00 | 1.10 |
| B190 | Other Contested Matters (including GDB restructuring) | 10 | 10 | 5 | 5 | **30** | 0.00 | 6.90 | 0.00 | 0.00 | 6.90 |
| B191 | General Litigation | 50 | 50 | 20 | 20 | **140** | 23.20 | 18.60 | 27.90 | 21.20 | 90.90 |
| B195 | Non-Working Travel[1] | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 14.80 | 14.80[1] |
| B210 | Debtors' Financial Information and Operations/Fiscal Plan | 10 | 10 | 0 | 0 | **20** | 0.00 | 0.00 | 0.00 | 0.20 | 0.20 |
| B220 | Employee Benefits / Pensions | 0 | 0 | 0 | 0 | **0** | 0.80 | 0.30 | 0.00 | 0.00 | 1.10 |
| B222 | Union Issues | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B230 | Financing / Cash Collections | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B231 | Security Document Analysis | 1 | 1 | 0 | 0 | **2** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B240 | Tax Issues | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B260 | Meetings of and Communications with Debtors/Oversight Board | 5 | 5 | 2 | 2 | **14** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| B261 | Investigations | 0 | 0 | 0 | 0 | **0** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

---

[1] The firm charges one-half a timekeeper's normal billing rate for any time incurred on account of non-working travel.

2

| U.S. Trustee Task Code and Project Category | | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | June 2021 | July 2021 | August 2021 | September 2021 | Total | June 2021 | July 2021 | August 2021 | September 2021 | Total |
| B310 | Claims Administration and Objections | 50 | 100 | 20 | 50 | **220** | 66.90 | 11.20 | 24.00 | 7.20 | 109.30 |
| B320 | Plan and Disclosure Statement | 600 | 800 | 150 | 50 | **1600** | 607.80 | 256.90 | 6.10 | 68.40 | 939.20 |
| B420 | Restructurings | 20 | 10 | 10 | 10 | **50** | | 4.80 | 0.50 | | 5.30 |
| **TOTAL HOURS** | | **1017** | **1282** | **411** | **338** | **3048** | **918.70** | **503.10** | **209.40** | **271.20** | **1902.40** |
| **TOTAL FEES** | | $1,089,207.00[2] | $1,347,382.00 | $433,194.00 | $283,244.00 | $3,153,027.00 | $970,614.00 | $535,468.00 | $196,560.50 | $247,625.50 | $1,950,268.00 |
| *MINUS 20% REDUCTION*[3] | | ($217,841.40) | ($269,476.40) | ($86,638.80) | ($56,648.80) | ($630,605.40) | ($194,122.80) | ($107,093.60) | ($39,312.10) | ($49,525.10) | ($390,053.60) |
| **TOTAL FEES (NET OF REDUCTION)** | | $871,365.60 | $1,077,905.60 | $346,555.20 | $226,595.20 | $2,522,421.60 | $776,491.20 | $428,374.40 | $157,248.40 | $198,100.40 | $1,560,214.40 |

---

[2] The Total Estimated Fees are calculated based on a blended hourly rate of $1071, $1051, $1054, and $1048 for the Paul Hastings attorneys who are expected to work on this matter in June, July, August, and September, respectively. The impact of the agreed-upon 20% end of the case write-off on the blended hourly rate cannot be calculated at this time. However, for illustrative purposes only, the blended hourly rate, after accounting for the 20% reduction, would be approximately $857, $841, $843, and $838, respectively.

3

**SUMMARY OF COMPENSATION REQUESTED AS COMPARED TO SUB-BUDGETS FOR MATTERS JOINTLY PURSUED BY OVERSIGHT BOARD AND COMMITTEE**

| U.S. Trustee Task Code and Project Category | Hours Budgeted | | | | | Hours Billed | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | June 2021 | July 2021 | August 2021 | September 2021 | Total | June 2021 | July 2021 | August 2021 | September 2021 | Total |
| **Omnibus Claims Objection** | | | | | | | | | | |
| B310  Claims Administration and Objections | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **GO Lien Challenges** | | | | | | | | | | |
| B191  General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | 0 | **0** |
| **Garden Variety Avoidance Actions** | | | | | | | | | | |
| B191  General Litigation | 20 | 20 | 20 | 20 | **80** | 23.2 | 18.6 | 27.9 | 21.2 | **90.9** |
| **Stayed Co-Plaintiff Adversary Proceedings** | | | | | | | | | | |
| B191  General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | | **0** |
| **ERS Lien Adversary Proceedings** | | | | | | | | | | |
| B191  General Litigation | 0 | 0 | 0 | 0 | **0** | 0 | 0 | 0 | | **0** |
| **TOTAL HOURS** | **20** | **20** | **20** | **20** | **80** | **23.2** | **18.6** | **27.9** | **21.2** | **90.9** |

4

# FURTHER BREAKDOWN OF COMPENSATION REQUESTED
# BY PROJECT CATEGORY AND BY MATTER[1]

*Official Committee of Unsecured Creditors of Commonwealth of PR (Matter ID 00002)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B110   Case Administration | 30.50 | $15,509.50 |
| B113   Pleadings Review | 46.80 | $22,035.50 |
| B140   Relief from Stay / Adequate Protection Proceedings | 1.90 | $2,182.50 |
| B150   Meetings of and Communications with Creditors | 302.80 | $255,609.50 |
| B155   Court Hearings | 67.20 | $82,419.50 |
| B160   Employment / Fee Applications (Paul Hastings) | 113.80 | $101,220.00 |
| B161   Budgeting (Case) | 1.80 | $2,430.00 |
| B165   Employment / Fee Applications (Other Professionals) | 32.60 | $15,705.00 |
| B170   Fee/Employment Objections | 0.00 | $0.00 |
| B185   Assumptions/Rejection of Leases and Contracts | 0.80 | $1,011.00 |
| B190   Other Contested Matters | 6.90 | $7,703.00 |
| B310   Claims Administration and Objections | 94.40 | $98,187.50 |
| B320   Plan and Disclosure Statement (including Business Plan) | 788.30 | $806,323.50 |
| **TOTAL** | **1,487.80** | **$1,410,336.50** |

*Communications with Creditors (other than Committee Members) / Website (Matter ID 00004)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B112   General Creditor Inquiries | 5.60 | $6,183.00 |
| B150   Meetings of and Communications with Creditors | 34.10 | $38,436.00 |
| B195   Non-Working Travel | 14.80 | $8,103.00 |
| **TOTAL** | **54.50** | **$52,722.00** |

---

[1] The fees set forth on this Exhibit D-1 do **not** take into account Paul Hastings' agreement to reduce its fees by an amount equal to 20% of its total case fees, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

5

*PREPA (Matter ID 00006)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Billed |
|---|---:|---:|
| B110 Case Administration | 2.00 | $2,670.00 |
| B150 Meetings of and Communications with Creditors | 2.90 | $3,248.00 |
| B155 Court Hearings | 0.50 | $750.00 |
| B185 Assumptions/Rejection of Leases and Contracts | 0.30 | $405.00 |
| B191 General Litigation | 0.00 | $0.00 |
| B310 Claims Administration and Objections | 8.90 | $10,067.00 |
| B420 Restructurings | 5.30 | $4,698.50 |
| **TOTAL** | **19.90** | **$21,838.50** |

*(Matter ID 00007)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B210 Debtors' Financial Information and Operations/Fiscal Plan | 0.20 | $270.00 |
| B310 Claims Administration and Objections | 0.20 | $270.00 |
| **TOTAL** | **0.40** | **$540.00** |

*ERS (Matter ID 00008)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B310 Claims Administration and Objections | 5.80 | $4,963.50 |
| **TOTAL** | **5.80** | **$4,963.50** |

*Other Adversary Proceedings (Matter ID 00009)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B191 General Litigation | 90.90 | $119,227.50 |
| **TOTAL** | **90.90** | **$119,227.50** |

*Mediation (Matter ID 00010)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---:|---:|
| B320 Plan and Disclosure Statement (including Business | 150.90 | $222,300.50 |

6

|  |  |  |
|---|---|---|
| Plan) |  |  |
| **TOTAL** | **150.90** | **$222,300.50** |

*Creditors Committee Meetings (Matter ID 00012)*

| U.S. Trustee Task Code and Project Category | Hours Billed | Fees Sought |
|---|---|---|
| B150   Meetings of and Communications with Creditors | 92.20 | $118,339.50 |
| **TOTAL** | **92.20** | **$118,339.50** |

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENTS REQUESTED BY CATEGORY

| Category | Amount |
| --- | ---: |
| Articles and Publications | $53.76 |
| Travel Expenses - Taxi / Ground Transportation | $176.06 |
| Court Call | $770.00 |
| Courier Services | $406.75 |
| Computer Search | $9,076.64 |
| In-house Black and White Reproduction Charges (17,118 copies at $0.08 per page) | $1,369.44 |
| In-house Color Reproduction Charges (8,656 copies at $0.25 per page) | $2,164.00 |
| Outside Professional Services | $42,077.26 |
| Court Reporting Services | $6,656.15 |
| Postage/Express Mail | $1,192.09 |
| **TOTAL** | **$63,942.15** |