## EXHIBIT E

**BREAKDOWN OF COMPENSATION AND EXPENSE REIMBURSEMENT
REQUESTED BY DEBTOR AND BY WHETHER SERVICES WERE RENDERED IN
PUERTO RICO OR OUTSIDE PUERTO RICO**

### June 2021 Fee Statement

| | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $773,482.97[1] | $618,786.38 | $50,044.06 | $668,830.44 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $4,863.00 | $3,890.40 | $0.00 | $3,890.40 |
| **Grand Total for all Debtors (net of credits)** | **$778,345.97** | **$622,676.78** | **$50,044.06** | **$672,720.84** |

---

[1] Reflects a credit of $192,268.03 for fee reductions pursuant to the order approving Paul Hastings' Eleventh Interim Fee Application.

**July 2021 Fee Statement**

|  | **Fees** | **Fees Requested to Be Paid (80%)** | **Expenses Requested to Be Paid (100%)** | **Total Fees & Expenses Requested to Be Paid** |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $524,726.00 | $419,780.80 | $9,674.22 | $429.455.02 |
| Total for HTA (all outside of Puerto Rico) | $270.00 | $216.00 | $0.00 | $216.00 |
| Total for ERS (all outside of Puerto Rico) | $4,963.50 | $3,970.80 | $436.51 | $4,407.31 |
| Total for PREPA (all outside of Puerto Rico) | $5,508.50 | $4,406.80 | $0.00 | $4,406.80 |
| **Grand Total for all Debtors (net of credits)** | **$535,468.00** | **$428,374.40** | **$10,110.73** | **$438,485.13** |

2

**August 2021 Fee Statement**

| | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $186,948.50 | $149,558.80 | $932.25 | $150,491.05 |
| Total for HTA (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $9,612.00 | $7,689.60 | $0.00 | $7,689.60 |
| **Grand Total for all Debtors** | **$196,560.50** | **$157,248.40** | **$932.25** | **$158,180.65** |

3

## September 2021 Fee Statement

| | Fees | Fees Requested to Be Paid (80%) | Expenses Requested to Be Paid (100%) | Total Fees & Expenses Requested to Be Paid |
|---|---|---|---|---|
| Total for Commonwealth (all outside of Puerto Rico) | $245,500.50 | $196,400.40 | $2,855.11 | $199,255.51 |
| Total for HTA (all outside of Puerto Rico) | $270.00 | $216.00 | $0.00 | $216.00 |
| Total for ERS (all outside of Puerto Rico) | $0.00 | $0.00 | $0.00 | $0.00 |
| Total for PREPA (all outside of Puerto Rico) | $1,855.00 | $1,484.00 | $0.00 | $1,484.00 |
| **Grand Total for all Debtors** | **$247,625.50** | **$198,100.40** | **$2,855.11** | **$200,955.51** |

4