Estimated Hearing Date: February 2, 2022 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: December 4, 2021 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors. [1] | ) PROMESA<br>) Title III<br>)<br>) No. 17 BK 3283-LTS<br>)<br>)<br>)<br>) (Jointly Administered) |

---------------------------------------------------------------------------

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO BUILDINGS AUTHORITY<br><br>Debtor. | ) PROMESA<br>) Title III<br>)<br>) No. 19 BK 5523-LTS<br>)<br>) **This Application relates**<br>) **only to PBA and shall**<br>) **be filed in the Lead**<br>**Case No. 17 BK 3283-**<br>**LTS and PBA's Title III**<br>**Case (Case No. 19 BK**<br>**5523-LTS)** |

---------------------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

# SUMMARY SHEET TO
# TENTH INTERIM FEE APPLICATION OF
# ALVAREZ & MARSAL NORTH AMERICA, LLC
# FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
# EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND
# MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE
# PUERTO RICO PUBLIC BUILDINGS AUTHORITY
# FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| **For the Period From June 1, 2021 through September 30, 2021** | | |
| **TASK CATEGORY** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 97.1 | $ 55,761.30 |
| Puerto Rico Public Buildings Authority - Fee Applications | 1.5 | $ 725.00 |
| Puerto Rico Public Buildings Authority- Meetings | 2.2 | $ 1,353.30 |
| Total | 100.8 | $ 57,839.60 |
| **Blended Hourly Rate Before Voluntary Reduction** | | **$ 573.81** |
| | | |
| *Less 10% voluntary reduction* | | *$ (5,783.96)* |
| **Total Ninth Interim Fee Application With Reduction** | | **$ 52,055.64** |
| **Ninth Interim Fee Application Blended Hourly Rate With Reduction** | | **$ 516.43** |

This is a(n) _____ Monthly   __X__ Interim _____ Final Fee Application

## One Interim Applications Filed in this Matter

## Monthly Fee Statements Filed Related to Tenth Interim Fee Application[2]
## June 1, 2021 through September 30, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thirty-fifth - 8/3/2021 | 6/1/21 to 6/30/21 | $ 13,070.50 | $ (1,307.05) | $ 11,763.45 | $ 10,587.11 | $ (1,058.71) | $ (158.81) | $ - | $ 9,369.59 | $ 9,369.59 | $ - | $ 1,176.35 |
| Thirty-sixth - 8/10/2021 | 7/1/21 to 7/31/21 | $ 13,143.70 | $ (1,314.37) | $ 11,829.33 | $ 10,646.40 | $ (1,064.64) | $ (159.70) | $ - | $ 9,422.06 | $ 9,422.06 | $ - | $ 1,182.93 |
| Thirty-seventh - 9/2/2021 | 8/1/21 to 8/31/21 | $ 18,032.10 | $ (1,803.21) | $ 16,228.89 | $ 14,606.00 | $ (1,460.60) | $ (219.09) | $ - | $ 12,926.31 | $ 12,926.31 | $ - | $ 1,622.89 |
| Thirty-Eighth - 10/27/2021 | 9/1/21 to 9/30/21 | $ 13,593.30 | $ (1,359.33) | $ 12,233.97 | $ 11,010.57 | $ (1,101.06) | $ (165.16) | $ - | $ 9,744.36 | ** | $ - | $ 1,223.40 |
| Total | | $ 57,839.60 | $ (5,783.96) | $ 52,055.64 | $ 46,850.08 | $ (4,685.01) | $ (702.75) | $ - | $ 41,462.32 | $ 31,717.96 | $ - | $ 5,205.56 |

---

[2] Please note A&M was retained on August 2, 2018, in the middle of the Fourth Interim Fee Period, and at that time submitted its First Interim Fee Application, rather than the fourth interim application. Accordingly, this current request represents A&M's Tenth Interim Fee Application. Additionally, On April 30, 2021, the Oversight Board modified A&M's retention to include the Public Building Authority as a Title III entity. While this is A&M's second Interim Fee Application related to the Public Building Authority, we have listed as the tenth to stay consistent with the Interim Fee Applications for the other Title III entities.

**Compensation by Category**
**June 1, 2021 through September 30, 2021**

| COMPENSATION BY CATEGORY | | |
|---|---|---|
| For the Period From June 1, 2021 through September 30, 2021 | | |
| TASK CATEGORY | TOTAL HOURS | TOTAL FEES REQUESTED |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 97.1 | $    55,761.30 |
| Puerto Rico Public Buildings Authority - Fee Applications | 1.5 | $         725.00 |
| Puerto Rico Public Buildings Authority- Meetings | 2.2 | $      1,353.30 |
| Total | 100.8 | $    57,839.60 |
| **Blended Hourly Rate Before Voluntary Reduction** | | $         573.81 |
| | | |
| *Less 10% voluntary reduction* | | *$      (5,783.96)* |
| **Total Ninth Interim Fee Application With Reduction** | | $    52,055.64 |
| **Ninth Interim Fee Application Blended Hourly Rate With Reduction** | | $         516.43 |

**Fees by Professional**
**June 1, 2021 through September 30, 2021**

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $950 | 6.5 | 6,175.00 |
| Jay Herriman | Managing Director | Claim Management | $937 | 4.8 | 4,497.60 |
| Kara Harmon | Director | Claim Management | $700 | 0.7 | 490.00 |
| Kara Harmon | Director | Claim Management | $675 | 1.3 | 877.50 |
| Mark Zeiss | Director | Claim Management | $675 | 0.7 | 472.50 |
| Mark Zeiss | Director | Claim Management | $661 | 0.7 | 462.70 |
| Richard Carter | Sr. Consultant | Claim Management | $606 | 7.4 | 4,484.40 |
| Richard Carter | Consultant II | Claim Management | $577 | 3.2 | 1,846.40 |
| Trevor DiNatale | Consultant II | Claim Management | $575 | 26.1 | 15,007.50 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 23.9 | 13,145.00 |
| Nick Fiore | Consultant | Claim Management | $550 | 0.7 | 385.00 |
| Emmett McNulty | Analyst | Claim Management | $420 | 11.3 | 4,746.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 12.5 | 5,000.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 1.0 | 250.00 |
| **Subtotal** | | | | **100.8** | **57,839.60** |
| *Less 10% voluntary reduction* | | | | | *-5,783.96* |
| **Total** | | | | | **$52,055.64** |

**Expenses by Category**
**June 1, 2021 through September 30, 2021**

-No expenses incurred-

## Monthly Fee Statements Filed Related to Ninth Interim Fee Application
### February 1, 2021 through May 31, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thirty-first - 4/28/2021 | 2/1/2021 - 2/28/2021 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Thirty-second - 5/7/2021 | 3/1/2021 - 3/31/2021 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Thirty-third - 6/8/2021 | 4/1/2021- 4/30/2021 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Thirty-fourth - 7/7/2021 | 5/1/2021 - 5/31/2021 | 72,162.20 | (7,216.22) | 64,945.98 | 58,451.38 | (5,845.14) | (876.77) | $ - | 51,729.47 | ** | $ - | 6,494.60 |
| Total | | $ 72,162.20 | $ (7,216.22) | $ 64,945.98 | $ 58,451.38 | $ (5,845.14) | $ (876.77) | $ - | $ 51,729.47 | $ - | $ - | $ 6,494.60 |

## Monthly Fee Statements Filed Related to Tenth Interim Fee Application
### June 1, 2021 through September 30, 2021

| Service Date of Monthly Fee Statement | Period Covered | Total Fees Incurred | Voluntary Reduction * | Total Billable Fees (100%) | Total Fees Requested (90%) | 10% Puerto Rico Tax Withholding | 1.5% Technical Service Fee | Expenses Requested (100%) | Total Net Amount Requested | Fees Paid (90%) | Expenses Paid | Holdback (10%) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thirty-fifth to 8/3/2021 | 6/1/21 to 6/30/2021 | $ 13,070.50 | $ (1,307.05) | $ 11,763.45 | $ 10,587.11 | $ (1,058.71) | $ (158.81) | $ - | $ 9,369.59 | $ 9,369.59 | $ - | $ 1,176.35 |
| Thirty-sixth- 8/10/2021 | 7/1/21 to 7/31/21 | $ 13,143.70 | $ (1,314.37) | $ 11,829.33 | $ 10,646.40 | $ (1,064.64) | $ (159.70) | $ - | $ 9,422.06 | $ 9,422.06 | $ - | $ 1,182.93 |
| Thirty-seventh - 9/2/2021 | 8/1/21 to 8/31/21 | $ 18,032.10 | $ (1,803.21) | $ 16,228.89 | $ 14,606.00 | $ (1,460.60) | $ (219.09) | $ - | $ 12,926.31 | $ 12,926.31 | $ - | $ 1,622.89 |
| Thirty-Eighth - 10/27/2021 | 9/1/21 to 9/30/21 | $ 13,593.30 | $ (1,359.33) | $ 12,233.97 | $ 11,010.57 | $ (1,101.06) | $ (165.16) | $ - | $ 9,744.36 | ** | $ - | $ 1,223.40 |
| Total | | $ 57,839.60 | $ (5,783.96) | $ 52,055.64 | $ 46,850.08 | $ (4,685.01) | $ (702.75) | $ - | $ 41,462.32 | $ 31,717.96 | $ - | $ 5,205.56 |

Estimated Hearing Date: February 2, 2022 at 9:30 a.m. (Atlantic Standard Time)
Objection Deadline: December 4, 2021 at 4:00 p.m. (Atlantic Standard Time)

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 19 BK 5523-LTS |
| | ) |
| as representative of | ) |
| | ) |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY | ) (Jointly Administered) |
| | ) |
| Debtors. [1] | |

---

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 19 BK 5523-LTS |
| | ) |
| as representative of | ) **This Application relates only to PBA and shall be filed in the Lead Case No. 17 BK 3283-LTS and PBA's Title III Case (Case No. 19 BK 5523-LTS)** |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY | ) |
| Debtor. | |

---

## TENTH INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY

## FROM JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) ); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Pursuant to sections 316 and 317 of Title III of the Puerto Rico Oversight, Management and Economic Stability Act ("PROMESA") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (collectively the "Bankruptcy Rules"), made applicable herein pursuant to section 310 of PROMESA, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Puerto Rico, adopted by the Court on May 16, 2013 (the "Local Bankruptcy Rules") and this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated June 6, 2018 [Docket No. 3269] (the "Second Amended Interim Compensation Order"), Alvarez & Marsal North America, LLC ("A&M"), as advisor to the Financial Oversight Board of Puerto Rico (the "Oversight Board") in its role as representative for the Puerto Rico Public Buildings Authority, ("PBA"), as debtor under Title III of the Puerto Rico Oversight, Management and Economic Stability Act of 2016 ("PROMESA"), hereby submits its Tenth interim fee application filed during the Eleventh interim application period (the "Tenth Interim Fee Application") for the compensation of professional services performed by A&M and reimbursement of expenses incurred in connection therewith for the period commencing June 1, 2021 through and including September 30, 2021 (the "Tenth Interim Fee Application Period").

By this Tenth Interim Fee Application, A&M seeks compensation in the amount of $57,839.60 less a discount in the amount of $5,783.96 for a total amount of $52,055.64, all of which represents fees earned outside of Puerto Rico for the Tenth Interim Fee Application Period.

## **JURISDICTION**

1.      The United States District Court for the District of Puerto Rico (the "Court") has subject matter jurisdiction over this Application pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

2

3.     The statutory predicates for the relief requested herein are PROMESA sections 316 and 317.

## BACKGROUND

4.     On June 30, 2016, the Oversight Board was established under PROMESA section 101(b).  On August 31, 2016, President Obama appointed the Oversight Board's seven voting members.

5.     Pursuant to PROMESA section 315, "[t]he Oversight Board in a case under this subchapter is the representative of the debtor" and "may take any action necessary on behalf of the debtor to prosecute the case of the debtor, including filing a petition under section [304] of [PROMESA] . . . or otherwise generally submitting filings in relation to the case with the court." 48 U.S.C. § 2175.

6.     On September 30, 2016, the Oversight Board designated the Debtor as a 'covered entity" under PROMESA section 101(d),

7.     On September 27, 2019, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Debtor pursuant to PROMESA section 304(a), commencing a case under title III thereof (the "Debtor's Title III Case").  Pursuant to PROMESA section 315(b), the Oversight Board is the Debtor's representative in the Debtor's Title III Case.

8.     On August 2, 2018, the Oversight Board retained A&M, at discounted rates, to manage and resolve the tens of thousands of claims filed against the Title III entities[2].

9.     On April 30, 2021, the Oversight Board modified A&M's retention to include the Public Building Authority as a Title III entity.

---

[2] Pursuant to A&M's August 2, 2018 engagement letter with the Oversight Board (a copy of which is available on the Oversight Board's website at:
https://drive.google.com/file/d/1HuXTVFMQJC4POU_3judw1CCHdSPGhp8q/view (the "Engagement Letter"), it shall not provide services or advice on any claims related to the Puerto Rico Electric Power Authority.

10.     On August 3, 2021, A&M served on the Notice Parties its thirty-fifth monthly fee statement for the period June 1, 2021 through June 30, 2021.  The thirty-fifth monthly fee statement is attached hereto as Exhibit A.

11.     On August 10, 2021, A&M served on the Notice Parties its thirty-sixth monthly fee statement for the period July 1, 2021 through July 31, 2021.  The thirty-sixth monthly fee statement is attached hereto as Exhibit B.

12.     On September 2, 2021,  A&M served on the Notice Parties its thirty-seventh monthly fee statement for the period August 1, 2021 through August 31, 2021.  The thirty-seventh monthly fee statement is attached hereto as Exhibit C.

13.     On October 27, 2021, A&M served on the Notice Parties its thirty-eighth monthly fee statement for the period September 1, 2021 through September 30, 2021.  The thirty-eighth monthly fee statement is attached hereto as Exhibit D.

14.     In accordance with the Interim Compensation Order and as reflected in the foregoing summary, A&M has requested an aggregate gross payment of $46,850.08 which represents payment of ninety percent (90%) of the compensation sought and reimbursement of one-hundred percent (100%) of expenses incurred.  To date, A&M has received payment of $31,717.96 in fees with respect to fee statements filed during the Tenth Interim Fee Application Period.    The variance between the requested fees and payments received relates to: 1) the Thirty-Eighth monthly fee statement for the period September 1, 2021 through September 30, 2021 which remain unpaid, 2) a 1.5% Technical Service Fee tax withholdings totaling $537.59, and 3) a universal 10% withholding tax (versus fees incurred on Puerto Rico) effective as of December 2018 and as of the time of filing this Application, totaling $3,583.95 for the Tenth Interim Fee Application Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

15.      All services for which A&M requests compensation were performed for the

Puerto Rico Public Buildings Authority, ("PBA").  The time detail for the Tenth Interim Fee

Application Period is attached hereto as Exhibit E.  This Tenth Interim Fee Application contains

time entries describing the time spent by each professional during the Tenth Interim Fee

Application Period.  To the best of A&M's knowledge, this Tenth Interim Fee Application

substantially complies with the applicable provisions of PROMESA, the Bankruptcy Rules, the

Local Bankruptcy Rules, and the Second Interim Compensation Order.  A&M's time reports are

entered and organized by task and by professional performing the described service in 1/10 of an

hour increments.

16.      A&M incurred no expenses for the Tenth Interim Fee Application Period as

presented here to as Exhibit F.

17.      The services rendered by A&M during the Tenth Interim Fee Application can be

grouped into the categories set forth below.  A&M attempted to place the services provided in

the category that best relates to such services.  However, because certain services may relate to

one or more categories, services pertaining to one category may in fact be included in another

category.  These services performed are generally described below by category, and as set forth

in the attached time detail attached hereto as Exhibit G.  This Exhibit G also identifies the

professional who rendered services relating to each category, along with the number of hours for

each individual and the total compensation sought for each category.

## SUMMARY OF SERVICES PERFORMED

18.      This Tenth Interim Fee Application covers the fees incurred during the Tenth

Interim Fee Application Period with respect to services rendered as advisor to the Oversight

Board in its role as representative for the PBA.  A&M believes it is appropriate to be

compensated for the time spent in connection with these matters, and set forth a narrative

description of the services rendered for the Debtors and the time expended, organized by project

task categories as follows:

**A.  Puerto Rico Public Buildings Authority - Claims Administration and Objections**

19.     During this period, A&M:

a.   Reviewed approximately 50 human resource and tax refund Claims to

determine proper categorization and eligibility for inclusion in the

Administrative Claims Resolution (ACR) process;

b.   Reviewed approximately 10 Claim Reconciliation workbooks completed by

PBA related to accounts payable Claims.  Prepared follow up requests to the

PBA or creditor for additional Claim support and/or include claim on omnibus

objection, if appropriate;

c.   Prepared Claim Reconciliation Worksheets (CRWs) for approximately 35

accounts payable Claims. Completed CRWs were sent to PBA for further

review and reconciliation;

d.   Performed triage of approximately 10 newly filed Claims to categorize for

further reconciliation;

e.   Reviewed approximately 45 responses from creditors whose Claims were

included on Omnibus Claim Objections to determine if the Claims should be

transferred into ADR / ACR, or remain on the Objection;

f.   Prepared and filed 52 Omnibus Objections affecting 108 Claims;

g.   Reviewed approximately 30 supplemental outreach forms which were

returned by creditors to determine if the creditor provided enough information

to identify the asserted liability and continue reconciliation of the Claim. If

Claim details were still insufficient, the Claim was placed on an Omnibus

Objection;

h.   Provided regular updates of the Claims reconciliation progress to

representatives of the Title III entities, AAFAF, the Oversight Board, and their

respective advisors.

i.   Reviewed draft plan class assignments provided by Prime Clerk to validate

Claims were included in the correct plan class.

In conjunction with this category, A&M expended approximately 97.1 hours during the

Application Period, for a total of $55,761.30, prior to any fee reduction.

## B.  Puerto Rico Public Buildings Authority – Fee Applications[3]

20.     During the Tenth Interim Fee Application Period, A&M prepared its Nineth

Interim Application as required by the Second Amended Interim Compensation Order.

In conjunction with this category, A&M expended approximately 1.5 hours during the

Application Period, for a total of $725.00, prior to any fee reduction.

## C.  Puerto Rico Public Buildings Authority - Meetings

21.     During the Tenth Interim Fee Application Period, A&M participated in several

meetings to review the PBA claims process.  These meetings included:

a.   During the Tenth Interim Fee Application Period, A&M held meetings with

other Title III professionals to provide updates on the Claims reconciliation

process.

In conjunction with this category, A&M expended approximately 2.2 hours during the

Application Period, for a total of $1,353.30 prior to any fee reduction.

## D.  Discounts Agreed to By A&M and the Oversight Board

---

[3] On April 30, 2021, the Oversight Board modified A&M's retention to include the Public Building Authority as a
Title III entity.  While this is A&M's second Interim Fee Application related to the Public Building Authority, we
have listed as the tenth to stay consistent with the Interim Fee Applications for the other Title III entities.

22.     A&M and the Oversight Board in its role as representative for the Commonwealth had previously agreed to a ten-percent discount of fees based on the Engagement Letter.

**CERTIFICATE OF COMPLIANCE AND REQUEST FOR WAIVER**

23.     Attached hereto as <u>Exhibit H</u> is a declaration of Julie M. Hertzberg, the undersigned representative of A&M.  To the extent that the Tenth Interim Fee Application does not comply in all respects with the requirements of the aforementioned rules, A&M believes that such deviations are not material and respectfully requests that any such requirements be waived.

**NOTICE**

24.     Pursuant to the Interim Compensation Order, notice of this Application has been filed in the jointly-administered Commonwealth of Puerto Rico's Title III cases and served upon:

(a)  the Financial Oversight and Management Board, 40 Washington Square South, Office 314A, New York, NY 10012, Attn: Professor Arthur J. Gonzalez, Oversight Board Member.

(b)  attorneys for the Financial Oversight and Management Board as representative of The Commonwealth of Puerto Rico, O'Neill & Borges LLC, 250 Muñoz Rivera Ave., suite 800, San Juan, PR 00918-1813, Attn: Hermann D. Bauer, Esq. (Hermann.bauer@oneillborges.com;

(c)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, O'Melveny & Myers LLP, Times Square Tower, 7 Time Square, New York, NY 10036, Attn: John J. Rapisardi, Esq. (jrapisardi@omm.com), and Diana M. Perez, Esq. (dperez@omm.com).

(d)  attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority, Marini Pietrantoni Muniz LLC, MCS Plaza, Suite 500, 255 Ponce de León Ave., San Juan P.R. 00917, Attn.: Luis C. Marini-Biaggi, Esq. (lmarini@mpmlawpr.com) and Carolina Velaz-Rivero Esq. (cvelaz@mpmlawpr.com);

(e)  the Office of the United States Trustee for the District of Puerto Rico, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901 (re: *In re: Commonwealth of Puerto Rico*);

(f)  attorneys for the Official Committee of Unsecured Creditors, Paul Hastings LLP, 200 Park Ave., New York, NY 10166, Attn: Luc A. Despins, Esq. (lucdespins@paulhastings.com);

8

(g)  attorneys for the Official Committee of Unsecured Creditors, Casillas, Santiago & Torres LLC, El Caribe Office Building, 53 Palmeras Street, Ste. 1601, San Juan, PR 00901, Attn: Juan J. Casillas Ayala, Esq. (jcasillas@cstlawpr.com) and Alberto J.E. Añeses Negrón, Esq. (aaneses@cstlawpr.com);

(h)  attorneys for the Official Committee of Retired Employees, Jenner & Block LLP, 919 Third Ave., New York, NY 10022, Attn: Robert Gordon, Esq. (rgordon@jenner.com) and Richard Levin, Esq. (rlevin@jenner.com); and Jenner & Block LLP, 353 N. Clark Street, Chicago, IL 60654, Attn: Catherine Steege, Esq. (csteege@jenner. com) and Melissa Root, Esq. (mroot@jenner.com);

(i)  attorneys for the Official Committee of Retired Employees, Bennazar, García & Milián, C.S.P., Edificio Union Plaza, PH-A, 416 Ave. Ponce de León, Hato Rey, PR 00918, Attn: A.J. Bennazar-Zequeira, Esq. (ajb@bennazar.org);

(j)  the Puerto Rico Department of Treasury, PO Box 9024140, San Juan, PR 00902-4140, Attn: Reylam Guerra Goderich, Deputy Assistant of Central Accounting (Reylam.Guerra@hacienda.pr.gov); Omar E. Rodríguez Pérez, CPA, Assistant Secretary of Central Accounting (Rodriguez.Omar@hacienda.pr.gov); Angel L. Pantoja Rodríguez, Deputy Assistant Secretary of Internal Revenue and Tax Policy (angel.pantoja@hacienda.pr.gov); Francisco Parés Alicea, Assistant Secretary of Internal Revenue and Tax Policy (francisco.pares@hacienda.pr.gov); and Francisco Peña Montañez, CPA, Assistant Secretary of the Treasury (Francisco.Pena@hacienda. pr.gov);

k.  attorneys for the Fee Examiner, EDGE Legal Strategies, PSC, 252 Ponce de León Avenue, Citibank Tower, 12th Floor, San Juan, PR 00918, Attn: Eyck O. Lugo (elugo@edgelegalpr.com); and

l.  attorneys for the Fee Examiner, Godfrey & Kahn, S.C., One East Main Street, Suite 500, Madison, WI 53703, Attn: Katherine Stadler (KStadler@ gklaw.com).

A&M submits that, in light of the foregoing, no other or further notice need be provided.

WHEREFORE, pursuant to the Second Amended Interim Compensation Order, A&M

respectfully requests that, for the period June 1, 2021 through September 30, 2021, the Court (i)

grant A&M interim allowance of compensation in the amount of $52,055.64 professional

services rendered during the Tenth Interim Fee Application Period.

Dated: November 15, 2021
Detroit, Michigan

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

ADVISOR TO THE OVERSIGHT BOARD
AS REPRESENTATIVE OF THE
DEBTOR

**EXHIBITS**

# <u>Exhibit A</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
JUNE 1, 2021 THROUGH JUNE 30, 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 19 BK 5523-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY, et al., | ) | |
| | | |
| Debtors. [1] | | |

**COVER SHEET TO THIRTY-FIFTH FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**JUNE 1, 2021 THROUGH JUNE 30, 2021**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT**
**WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Public Buildings Authority |
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | June 1, 2021 through June 30, 2021 |

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $11,763.45 ($13,070.50 incurred less 10% voluntary reduction of $1,307.05) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   0 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Thirty-fifth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for June 2021.


 /S/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On August 3, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J Gonzalez
        FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.
        Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq..
        Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.
        Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn: Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn: Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn: A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
General Accounting
        Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
        Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosauker, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Attn: Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period June 1, 2021 through June 30, 2021**

**Puerto Rico Public Building Authority**

| SUMMARY OF TOTAL FEES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 23.8 | 12,302.20 |
| Puerto Rico Public Buildings Authority - Meeting | 1.4 | 768.30 |
| **Subtotal** | **25.2** | **13,070.50** |
| *Less 10% voluntary reduction* | | *(1,307.05)* |
| **Total** | | **$      11,763.45** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 1.8 | 1,686.60 |
| Kara Harmon | Director | Claim Management | $675 | 0.5 | 337.50 |
| Richard Carter | Consultant II | Claim Management | $577 | 3.2 | 1,846.40 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 8.1 | 4,455.00 |
| Nick Fiore | Consultant | Claim Management | $550 | 0.7 | 385.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 10.9 | 4,360.00 |
| **Subtotal** | | | | **25.2** | **13,070.50** |
| *Less 10% voluntary reduction* | | | | | *-1,307.05* |
| **Total** | | | | | **$11,763.45** |

**Summary of Expenses for the Period June 1, 2021 through June 30, 2021**

**Puerto Rico Public Building Authority**

No expenses incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought, in the amount of $10,587.11 for services rendered outside of Puerto Rico.

2

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.


/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

**<u>EXHIBITS</u>**

*Exhibit A*

> ### *Puerto Rico Public Buildings Authority*
> ### *Summary of Time Detail by Task*
> ### *June 1, 2021 through June 30, 2021*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Public Buildings  Authority - Meeting | 1.4 | $768.30 |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 23.8 | $12,302.20 |
| **Total** | **25.2** | **$13,070.50** |

*Page 1 of 1*

*Exhibit B*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### June 1, 2021 through June 30, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 1.8 | $1,686.60 |
| Harmon, Kara | Director | $675.00 | 0.5 | $337.50 |
| Carter, Richard | Consultant II | $577.00 | 3.2 | $1,846.40 |
| DiNatale, Trevor | Consultant II | $550.00 | 8.1 | $4,455.00 |
| Fiore, Nick | Consultant | $550.00 | 0.7 | $385.00 |
| McNulty, Emmett | Analyst | $400.00 | 10.9 | $4,360.00 |
| | | **Total** | **25.2** | **$13,070.50** |

*Exhibit C*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### June 1, 2021 through June 30, 2021

**Puerto Rico Public Buildings Authority - Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing, reporting and/ or operating the business; excludes meetings with UCC and/or other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Harmon, Kara | Director | $675 | 0.5 | $337.50 |
| Carter, Richard | Consultant II | $577 | 0.4 | $230.80 |
| McNulty, Emmett | Analyst | $400 | 0.5 | $200.00 |
| | | | 1.4 | $768.30 |
| | *Average Billing Rate* | | | $548.79 |

*Exhibit C*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### June 1, 2021 through June 30, 2021

**Puerto Rico Public Buildings Authority - Claims Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 1.8 | $1,686.60 |
| Carter, Richard | Consultant II | $577 | 2.8 | $1,615.60 |
| DiNatale, Trevor | Consultant II | $550 | 8.1 | $4,455.00 |
| Fiore, Nick | Consultant | $550 | 0.7 | $385.00 |
| McNulty, Emmett | Analyst | $400 | 10.4 | $4,160.00 |
| | | | 23.8 | $12,302.20 |
| | *Average Billing Rate* | | | $516.90 |

*Exhibit D*

*Puerto Rico Public Buildings Authority*
*Time Detail by Activity by Professional*
*June 1, 2021 through June 30, 2021*

## Puerto Rico Public Buildings  Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/2/2021 | 0.40 | Participate in conference call with K. Harmon, R. Carter, E. McNulty, R. Colon, and G. Bernard to discuss the reconciliation process for AP claims filed against PBA |
| Harmon, Kara | 6/2/2021 | 0.10 | Participate in conference call with K. Harmon and E. McNulty to discuss updates for claim reconciliation workbooks for AP claims filed against PBA |
| Harmon, Kara | 6/2/2021 | 0.40 | Participate in conference call with K. Harmon, R. Carter, E. McNulty, R. Colon, and G. Bernard to discuss the reconciliation process for AP claims filed against PBA |
| McNulty, Emmett | 6/2/2021 | 0.10 | Participate in conference call with K. Harmon and E. McNulty to discuss updates for claim reconciliation workbooks for AP claims filed against PBA |
| McNulty, Emmett | 6/2/2021 | 0.40 | Participate in conference call with K. Harmon, R. Carter, E. McNulty, R. Colon, and G. Bernard to discuss the reconciliation process for AP claims filed against PBA |
| **Subtotal** | | **1.40** | |

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/2/2021 | 1.10 | Prepare detailed analysis of new PBA claims related to ACR transfer process. |
| Fiore, Nick | 6/2/2021 | 0.70 | Analyze litigation claims filed by individuals for the basis of the unliquidated components of their claims. |
| McNulty, Emmett | 6/3/2021 | 2.60 | Create accounts payable claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| McNulty, Emmett | 6/7/2021 | 0.20 | Prepare modifications to claimant and claim information related to register processing for the week ending 6/11/21 |
| Herriman, Jay | 6/8/2021 | 1.80 | Review claims to be included on August claims objections |
| McNulty, Emmett | 6/8/2021 | 0.40 | Perform triage of newly filed PBA claims to ensure proper claim classification for further internal reconciliation |
| DiNatale, Trevor | 6/9/2021 | 0.60 | Review draft claim objections to provide feedback to Proskauer team |
| McNulty, Emmett | 6/9/2021 | 0.10 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| McNulty, Emmett | 6/10/2021 | 0.30 | Perform triage of newly filed claims to ensure proper claim classification for claims submitted during the week ending 6.11.21 |
| DiNatale, Trevor | 6/11/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Page 1 of 2*

*Exhibit D*

| Puerto Rico Public Buildings Authority |
| :---: |
| *Time Detail by Activity by Professional* |
| *June 1, 2021 through June 30, 2021* |

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
| --- | --- | --- | --- |
| DiNatale, Trevor | 6/16/2021 | 0.30 | Prepare claim summary report for OMM review |
| McNulty, Emmett | 6/17/2021 | 0.20 | Analyze weekly claims register to process newly filed claims against PBA for the week ending 6/18/21 |
| DiNatale, Trevor | 6/18/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 6/20/2021 | 0.90 | Prepare summary report of remaining unreconciled Claims to determine next steps in reconciliation process |
| DiNatale, Trevor | 6/21/2021 | 0.30 | Update summary report of remaining unreconciled Claims to determine next steps in reconciliation process |
| McNulty, Emmett | 6/21/2021 | 0.10 | Analyze weekly claims register to process newly filed claims against PBA for the week ending 6/25/21 |
| DiNatale, Trevor | 6/23/2021 | 1.10 | Prepare summary report highlighting updates to GUC estimates for Proskauer review |
| McNulty, Emmett | 6/23/2021 | 2.30 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| McNulty, Emmett | 6/24/2021 | 1.90 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| DiNatale, Trevor | 6/25/2021 | 1.20 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| McNulty, Emmett | 6/25/2021 | 2.30 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| DiNatale, Trevor | 6/29/2021 | 0.90 | Update Claim waterfall summary report highlighting updated GUC estimates |
| Carter, Richard | 6/30/2021 | 1.70 | Prepare detailed analysis of 38 claims flagged to be transferred to ACR. |

| **Subtotal** | | **23.80** | |
| --- | --- | --- | --- |

| *Grand Total* | | 25.2 | |
| --- | --- | --- | --- |

# <u>Exhibit B</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC
MONTHLY FEE APPLICATION OF FOR THE PERIOD
JULY 1, 2021 THROUGH JULY 31, 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 19 BK 5523-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY, et al., | ) | |

Debtors. [1]

**COVER SHEET TO THIRTY-SIXTH FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**JULY 1, 2021 THROUGH JULY 31, 2021**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT**
**WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Public Buildings Authority |
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | July 1, 2021 through July 31, 2021 |

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $11,829.33 ($13,143.70 incurred less 10% voluntary reduction of $1,314.37) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   0 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Thirty-sixth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for July 2021.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On August 10, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
       FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
      Alberto J. E. Añeses Negrón, Esq.
      Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:    John J. Rapisardi, Esq..
        Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:    Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.
        Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:    Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:    Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:    Reylam Guerra Goderich, Deputy Assistant of
General Accounting
        Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
        Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosauker, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Attn: Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

**Summary of Professional Fees for the Period July 1, 2021 through July 31, 2021**

**Puerto Rico Public Building Authority**

| SUMMARY OF TOTAL FEES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 21.9 | 13,143.70 |
| **Subtotal** | **21.9** | **13,143.70** |
| *Less 10% voluntary reduction* | | *(1,314.37)* |
| **Total** | **$** | **11,829.33** |

| **PROFESSIONAL** | **POSITION** | **DEPARTMENT** | **BILLING RATE** | **TOTAL HOURS** | **TOTAL FEES** |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $937 | 3.0 | 2,811.00 |
| Kara Harmon | Director | Claim Management | $675 | 0.8 | 540.00 |
| Mark Zeiss | Director | Claim Management | $661 | 0.7 | 462.70 |
| Trevor DiNatale | Consultant II | Claim Management | $550 | 15.8 | 8,690.00 |
| Emmett McNulty | Analyst | Claim Management | $400 | 1.6 | 640.00 |
| **Subtotal** | | | | **21.9** | **13,143.70** |
| *Less 10% voluntary reduction* | | | | | *-1,314.37* |
| **Total** | | | | | **$11,829.33** |

**Summary of Expenses for the Period July 1, 2021 through July 31, 2021**

**Puerto Rico Public Building Authority**

No expenses incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought, in the amount of $10,646.40 for services rendered outside of Puerto Rico.

2

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

# **EXHIBITS**

*Exhibit A*

> ***Puerto Rico Public Buildings Authority***
> ***Summary of Time Detail by Task***
> ***July 1, 2021 through July 31, 2021***

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 21.9 | $13,143.70 |
| **Total** | **21.9** | **$13,143.70** |

*Exhibit B*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### July 1, 2021 through July 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937.00 | 3.0 | $2,811.00 |
| Harmon, Kara | Director | $675.00 | 0.8 | $540.00 |
| Zeiss, Mark | Director | $661.00 | 0.7 | $462.70 |
| DiNatale, Trevor | Consultant II | $550.00 | 15.8 | $8,690.00 |
| McNulty, Emmett | Analyst | $400.00 | 1.6 | $640.00 |
| | **Total** | | **21.9** | **$13,143.70** |

*Exhibit C*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Professional**
**July 1, 2021 through July 31, 2021**

**Puerto Rico Public Buildings Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $937 | 3.0 | $2,811.00 |
| Harmon, Kara | Director | $675 | 0.8 | $540.00 |
| Zeiss, Mark | Director | $661 | 0.7 | $462.70 |
| DiNatale, Trevor | Consultant II | $550 | 15.8 | $8,690.00 |
| McNulty, Emmett | Analyst | $400 | 1.6 | $640.00 |
| | | | 21.9 | $13,143.70 |

*Average Billing Rate* $600.17

*Exhibit D*

*Puerto Rico Public Buildings Authority*
*Time Detail by Activity by Professional*
*July 1, 2021 through July 31, 2021*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 7/1/2021 | 1.10 | Prepare AP claims reconciliation workbooks for final reconciliation by the Public Buildings Authority |
| DiNatale, Trevor | 7/2/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 7/2/2021 | 0.80 | Prepare analysis of asserted AP claims for PBA |
| McNulty, Emmett | 7/2/2021 | 0.40 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| Zeiss, Mark | 7/2/2021 | 0.70 | Draft memo re: PBA vendor filed claim with original Scheduled claim for reconciliation |
| DiNatale, Trevor | 7/9/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 7/12/2021 | 2.10 | Analyze litigation claims asserting class action cases for upcoming no liability objections |
| DiNatale, Trevor | 7/13/2021 | 1.10 | Review litigation claims asserting class action cases for upcoming no liability objections |
| DiNatale, Trevor | 7/14/2021 | 1.30 | Prepare updated claim summary report highlighting GUC and Plan Class estimates for UCC review |
| DiNatale, Trevor | 7/16/2021 | 1.20 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 7/19/2021 | 0.60 | Prepare updated late filed claim analysis for Proskauer review |
| DiNatale, Trevor | 7/20/2021 | 1.30 | Update waterfall summary report highlighting GUC estimates |
| McNulty, Emmett | 7/20/2021 | 0.10 | Review deficient claims to ensure the correct claim objection categorization for the upcoming objections |
| DiNatale, Trevor | 7/21/2021 | 0.70 | Prepare summary of litigation claims with judgement and settlements for local counsel review |
| DiNatale, Trevor | 7/21/2021 | 1.40 | Prepare updated summary waterfall reports highlighting GUC estimates |
| DiNatale, Trevor | 7/22/2021 | 0.60 | Update summary waterfall reports highlighting GUC estimates for UCC and Proskauer review |
| Herriman, Jay | 7/22/2021 | 0.90 | Review reconciliation information related to accounts payable claims provided by AAFAF |
| Herriman, Jay | 7/23/2021 | 1.10 | Review claim reconciliation worksheets and open questions related to accounts payable claims |
| DiNatale, Trevor | 7/26/2021 | 0.60 | Prepare updated late filed claim analysis for upcoming objections |
| Herriman, Jay | 7/27/2021 | 0.90 | Review analysis of contingent, disputed, unliquidated claims in prep of placing claims into the appropriate plan class for solicitation purposes |
| DiNatale, Trevor | 7/29/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Exhibit D*

**Puerto Rico Public Buildings Authority**
**Time Detail by Activity by Professional**
**July 1, 2021 through July 31, 2021**

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 7/29/2021 | 0.10 | Review updated claim waterfall report with associated variance analysis |
| **Subtotal** | | **21.90** | |
| *Grand Total* | | 21.9 | |

# <u>Exhibit C</u>

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 19 BK 5523-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY, et al., | ) | |
| | | |
| Debtors. [1] | | |


**COVER SHEET TO THIRTY-SEVENTH FEE APPLICATION OF**
**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO**
**AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE**
**FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO**
**FOR THE PERIOD FROM**
**AUGUST 1, 2021 THROUGH AUGUST 31, 2021**


**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT**
**WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Public Buildings Authority |
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | August 1, 2021 through August 31, 2021 |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $16,228.89 ($18,032.10 incurred less 10% voluntary reduction of $1,803.21) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   0 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Thirty-seventh monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

2

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for August 2021.


 /s/
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On September 2, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
       FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:   Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.
        Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF**:
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:   John J. Rapisardi, Esq..
        Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:   Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.
        Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:   Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:   Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:   Reylam Guerra Goderich, Deputy Assistant of
General Accounting
        Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
        Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosauker, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Attn: Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

**Summary of Professional Fees for the Period August 1, 2021 through August 31, 2021**

**Puerto Rico Public Building Authority**

| SUMMARY OF TOTAL FEES | | |
|---|---|---|
| **TASK CODE** | **TOTAL HOURS** | **TOTAL FEES REQUESTED** |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 31.1 | 17,607.10 |
| Puerto Rico Public Buildings Authority - Fee Applications | 0.4 | 170.00 |
| Puerto Rico Public Buildings Authority - Meeting | 0.4 | 255.00 |
| **Subtotal** | **31.9** | **18,032.10** |
| *Less 10% voluntary reduction* | | *(1,803.21)* |
| **Total** | | $    **16,228.89** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $950 | 3.8 | 3,610.00 |
| Kara Harmon | Director | Claim Management | $700 | 0.2 | 140.00 |
| Mark Zeiss | Director | Claim Management | $675 | 0.7 | 472.50 |
| Richard Carter | Sr. Consultant | Claim Management | $606 | 0.6 | 363.60 |
| Trevor DiNatale | Consultant II | Claim Management | $575 | 15.0 | 8,625.00 |
| Emmett McNulty | Analyst | Claim Management | $420 | 11.3 | 4,746.00 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.3 | 75.00 |
| **Subtotal** | | | | **31.9** | **18,032.10** |
| *Less 10% voluntary reduction* | | | | | *-1,803.21* |
| **Total** | | | | | **$16,228.89** |

**Summary of Expenses for the Period August 1, 2021 through August 31, 2021**

**Puerto Rico Public Building Authority**

No expenses incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought, in the amount of $14,606.00 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

/s/
Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

3

**EXHIBITS**

*Exhibit A*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Task**
**August 1, 2021 through August 31, 2021**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Public Buildings  Authority - Meeting | 0.4 | $255.00 |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 31.1 | $17,607.10 |
| Puerto Rico Public Buildings Authority - Fee Applications | 0.4 | $170.00 |
| **Total** | **31.9** | **$18,032.10** |

*Page 1 of 1*

*Exhibit B*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### August 1, 2021 through August 31, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950.00 | 3.8 | $3,610.00 |
| Harmon, Kara | Director | $700.00 | 0.2 | $140.00 |
| Zeiss, Mark | Director | $675.00 | 0.7 | $472.50 |
| Carter, Richard | Sr. Consultant | $606.00 | 0.6 | $363.60 |
| DiNatale, Trevor | Consultant II | $575.00 | 15.0 | $8,625.00 |
| McNulty, Emmett | Analyst | $420.00 | 11.3 | $4,746.00 |
| Corbett, Natalie | Para Professional | $250.00 | 0.3 | $75.00 |
| | | **Total** | **31.9** | **$18,032.10** |

*Exhibit C*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### August 1, 2021 through August 31, 2021

**Puerto Rico Public Buildings Authority - Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing, reporting and/ or operating the business; excludes meetings with UCC and/or other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Harmon, Kara | Director | $700 | 0.2 | $140.00 |
| DiNatale, Trevor | Consultant II | $575 | 0.2 | $115.00 |
| | | | 0.4 | $255.00 |
| | *Average Billing Rate* | | | $637.50 |

*Exhibit C*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Professional**
**August 1, 2021 through August 31, 2021**

**Puerto Rico Public Buildings Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 3.7 | $3,515.00 |
| Zeiss, Mark | Director | $675 | 0.7 | $472.50 |
| Carter, Richard | Sr. Consultant | $606 | 0.6 | $363.60 |
| DiNatale, Trevor | Consultant II | $575 | 14.8 | $8,510.00 |
| McNulty, Emmett | Analyst | $420 | 11.3 | $4,746.00 |
| | | | 31.1 | $17,607.10 |
| | *Average Billing Rate* | | | $566.14 |

*Exhibit C*

*Puerto Rico Public Buildings Authority*
*Summary of Time Detail by Professional*
*August 1, 2021 through August 31, 2021*

**Puerto Rico Public Buildings
Authority - Fee Applications**

**Prepare monthly and interim fee applications in accordance with court
guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 0.1 | $95.00 |
| Corbett, Natalie | Para Professional | $250 | 0.3 | $75.00 |
| | | | 0.4 | $170.00 |
| | *Average Billing Rate* | | | $425.00 |

*Page 3 of 3*

*Exhibit D*

<div style="border:1px solid">

*Puerto Rico Public Buildings Authority*
*Time Detail by Activity by Professional*
*August 1, 2021 through August 31, 2021*

</div>

## Puerto Rico Public Buildings  Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/17/2021 | 0.20 | Participate in conference call with T. DiNatale and K. Harmon related to PBA claims reconciliation |
| Harmon, Kara | 8/17/2021 | 0.20 | Participate in conference call with T. DiNatale and K. Harmon related to PBA claims reconciliation |
| **Subtotal** | | **0.40** | |

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/2/2021 | 0.80 | Perform review of claims identified for upcoming substantive duplicate litigation objections |
| DiNatale, Trevor | 8/2/2021 | 1.40 | Prepare summary report of claims identified for upcoming objections for internal review |
| McNulty, Emmett | 8/2/2021 | 1.90 | Analyze population of late filed claims to ensure their correct placement on the late filed claims objection |
| McNulty, Emmett | 8/2/2021 | 2.30 | Review population of late filed claims to ensure their correct placement on the late filed claims objection |
| McNulty, Emmett | 8/2/2021 | 1.30 | Review population of late filed claims to ensure their correct placement on the late filed claims objection |
| Herriman, Jay | 8/3/2021 | 0.60 | Research and respond to email from J. Esses re: PBA best interest test |
| McNulty, Emmett | 8/3/2021 | 1.40 | Analyze population of late filed claims to confirm their correct placement on the late filed claims objection |
| McNulty, Emmett | 8/3/2021 | 1.90 | Review claims categorized for late filed claims objection to confirm correct claim objection category |
| DiNatale, Trevor | 8/4/2021 | 0.30 | Review takings related claims to differentiate between eminent domain and inverse condemnation claims |
| DiNatale, Trevor | 8/4/2021 | 1.30 | Analyze claims identified for upcoming omnibus objections |
| McNulty, Emmett | 8/4/2021 | 0.60 | Analyze population of claims on objection to confirm the correct objection type for the upcoming objections |
| DiNatale, Trevor | 8/5/2021 | 1.40 | Review claims and objection reasons identified for upcoming omnibus objections |
| DiNatale, Trevor | 8/5/2021 | 0.20 | Finalize eminent domain and inverse condemnation claim review to properly categorize claims and plan classes |
| McNulty, Emmett | 8/5/2021 | 1.90 | Analyze claims marked for objection to confirm claims are placed on the correct objection type for the upcoming objections |
| DiNatale, Trevor | 8/6/2021 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |

*Page 1 of 3*

*Exhibit D*

**Puerto Rico Public Buildings Authority**
**Time Detail by Activity by Professional**
**August 1, 2021 through August 31, 2021**

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Herriman, Jay | 8/6/2021 | 0.20 | Review updated claims waterfall analysis |
| DiNatale, Trevor | 8/11/2021 | 0.70 | Prepare summary report highlighting claims identified for upcoming omnibus objection |
| DiNatale, Trevor | 8/12/2021 | 0.70 | Update summary report highlighting claims identified for upcoming omnibus objection |
| Herriman, Jay | 8/12/2021 | 1.90 | Review PBA claims to be included on Omnibus objections |
| Zeiss, Mark | 8/12/2021 | 0.70 | Review of PBA Scheduled Claims not flagged as Contingent, Disputed, or Unliquidated for proper claims reconciliation |
| DiNatale, Trevor | 8/16/2021 | 2.40 | Analyze litigation related claims to determine proper contingent flags for solicitation |
| DiNatale, Trevor | 8/16/2021 | 1.30 | Analyze PBA schedule claim detail to determine potential superseded of filed claims |
| DiNatale, Trevor | 8/17/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 8/17/2021 | 0.40 | Review list of schedules to be marked as superseded by filed claims |
| Herriman, Jay | 8/17/2021 | 0.40 | Review analysis of Litigation claims marked as liquidated to determine appropriate next steps |
| Herriman, Jay | 8/18/2021 | 0.20 | Review updated claim waterfall report and associated details |
| DiNatale, Trevor | 8/22/2021 | 0.20 | Prepare updates to waterfall summary reports for Proskauer review |
| DiNatale, Trevor | 8/25/2021 | 0.90 | Review litigation claim reconciliation information from local counsel for solicitation and plan class review |
| Carter, Richard | 8/27/2021 | 0.60 | Prepare detailed analysis of 2 AP-related claim reconciliation workbooks received by Commonwealth agency. |
| **Subtotal** | | **31.10** | |

## Puerto Rico Public Buildings Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 8/9/2021 | 0.30 | Prepare July fee application |
| Herriman, Jay | 8/31/2021 | 0.10 | Begin preparation of August fee statement |
| **Subtotal** | | **0.40** | |

*Exhibit D*

***Puerto Rico Public Buildings Authority***
***Time Detail by Activity by Professional***
***August 1, 2021 through August 31, 2021***

*Grand Total*                    31.9

# Exhibit D

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**MONTHLY FEE APPLICATION OF FOR THE PERIOD**
**SEPTEMBER 1, 2021 THROUGH SEPTEMBER 30, 2021**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 19 BK 5523-LTS |
| | ) | |
| | ) | |
| as representative of | ) | |
| | ) | |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY, et al., | ) | |
| | | |
| Debtors. [1] | | |

**COVER SHEET TO THIRTY-EIGHTH FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC
FOR PAYMENT OF COMPENSATION RENDERED OUTSIDE OF PUERTO RICO
AND REIMBURSEMENT OF EXPENSES FOR CONSULTING SERVICES TO THE
FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO
FOR THE PERIOD FROM
SEPTEMBER 1, 2021 THROUGH SEPTEMBER, 2021**

**ALL FEES AND SERVICES IN THIS MONTHLY FEE STATEMENT
WERE INCURRED OUTSIDE OF PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC (A&M) |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board of Puerto Rico |
| Services Rendered to: | Puerto Rico Public Buildings Authority |
| Period for which compensation and reimbursement for fees and services outside of Puerto Rico is sought: | September 1, 2021 through September 30, 2021 |

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $12,233.97 ($13,593.30 incurred less 10% voluntary reduction of $1,359.33) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   0 |
| This is a(n): | ✓ Monthly ___ Interim ___ Final application |

This is A&M's Thirty-eighth monthly fee application filed in these cases and is for services rendered outside Puerto Rico.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for September 2021.

/s/

Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board of Puerto Rico

On October 27, 2021 Sent to:

**FOMB**:
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY  10012
Attn:  Professor Arthur J Gonzalez
       FOMB Board Member

O'Neil & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR  00918
Attn:  Hermann D. Bauer, Esq.

**Office of United States Trustee:**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR  00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn:  Guy G. Gebhardt
Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
      Alberto J. E. Añeses Negrón, Esq.
      Central Accounting

**Co-Counsel for the Fee Examiner:**
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, WI  53703
Attn:  Katherine Stadler

EDGE Legal Strategies, PSC Secretary of the Treasury
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR  00918
Attn:  Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers, LLP.
Times Square Tower
7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq..
      Diana M. Perez, Esq.

Marini Pietrantonui Muñiz LLC
MSC Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR  00917
Attn:  Luis C. Marini-Biaggi, Esq.
      Carolina Velaz-Rivero, Esq.
      Valerie Blay Soler, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY  10022-3908
Attn:  Robert Gordon, Esq.
      Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL  60654
Attn:  Catherine Steege, Esq.
      Melissa Root, Esq.

Bennazar, Garcia & Milián, C.S.P.
Edifico Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR  00918
Attn:  A. J. Bennazar-Zequeria, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR  00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
General Accounting
      Omar E. Rodriguez Pérez, CPA, Assistant
Secretary of Central Accounting
      Angel L. Pantoja Rodriguez, Deputy Assistant of
Internal Revenue and Tax Policy
      Francisco Parés Alicea, Assistant Secretary of
Internal Revenue and Tax Policy
      Francisco Peña Montañez, CPA, Assistant
Secretary of the Treasury

**Prosakuer, LLC**
Eleven Times Square
(Eighth Avenue & 41st Street)
New York, NY 10036-8229
Attn: Martin J. Bienenstock, Esq.
Paul V. Possinger, Esq.
Ehud Barak, Esq.

4

**Summary of Professional Fees for the Period September 1, 2021 through September 30, 2021**

**Puerto Rico Public Building Authority**

| SUMMARY OF TOTAL FEES | | |
|---|---|---|
| TASK CODE | TOTAL HOURS | TOTAL FEES REQUESTED |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 20.3 | 12,708.30 |
| Puerto Rico Public Buildings Authority - Fee Applications | 1.1 | 555.00 |
| Puerto Rico Public Buildings Authority - Meeting | 0.4 | 330.00 |
| **Subtotal** | **21.8** | **13,593.30** |
| *Less 10% voluntary reduction* | | *(1,359.33)* |
| **Total** | | **$  12,233.97** |

| PROFESSIONAL | POSITION | DEPARTMENT | BILLING RATE | TOTAL HOURS | TOTAL FEES |
|---|---|---|---|---|---|
| Jay Herriman | Managing Director | Claim Management | $950 | 2.7 | 2,565.00 |
| Kara Harmon | Director | Claim Management | $700 | 0.5 | 350.00 |
| Richard Carter | Sr. Consultant | Claim Management | $606 | 6.8 | 4,120.80 |
| Trevor DiNatale | Consultant II | Claim Management | $575 | 11.1 | 6,382.50 |
| Natalie Corbett | Para Professional | Claim Management | $250 | 0.7 | 175.00 |
| **Subtotal** | | | | **21.8** | **13,593.30** |
| *Less 10% voluntary reduction* | | | | | *-1,359.33* |
| **Total** | | | | | **$12,233.97** |

**Summary of Expenses for the Period September 1, 2021 through September 30, 2021**

**Puerto Rico Public Building Authority**

No expenses incurred

A&M requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of ninety percent (90%) of the compensation sought, in the amount of $11,010.57 for services rendered outside of Puerto Rico.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, Alvarez & Marsal North America, LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, *(i)* Alvarez & Marsal North America, LLC was not doing business in Puerto Rico and *(ii)* the services rendered by Alvarez & Marsal North America, LLP were not performed in Puerto Rico.

_/s/_____

Julie M. Hertzberg

Alvarez & Marsal North America, LLC
755 W. Big Beaver Road
Suite 650
Troy, MI 48084
Telephone:  248.936.0850
Facsimile: 248.936.0801
jhertzberg@alvarezandmarsal.com

## **EXHIBITS**

*Exhibit A*

## Puerto Rico Public Buildings Authority
### Summary of Time Detail by Task
### September 1, 2021 through September 30, 2021

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Puerto Rico Public Buildings  Authority - Meeting | 0.4 | $330.00 |
| Puerto Rico Public Buildings Authority - Claims Administration and Objections | 20.3 | $12,708.30 |
| Puerto Rico Public Buildings Authority - Fee Applications | 1.1 | $555.00 |
| **Total** | **21.8** | **$13,593.30** |

*Page 1 of 1*

*Exhibit B*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### September 1, 2021 through September 30, 2021

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950.00 | 2.7 | $2,565.00 |
| Harmon, Kara | Director | $700.00 | 0.5 | $350.00 |
| Carter, Richard | Sr. Consultant | $606.00 | 6.8 | $4,120.80 |
| DiNatale, Trevor | Consultant II | $575.00 | 11.1 | $6,382.50 |
| Corbett, Natalie | Para Professional | $250.00 | 0.7 | $175.00 |
| | | *Total* | **21.8** | **$13,593.30** |

*Exhibit C*

### *Puerto Rico Public Buildings Authority*
### *Summary of Time Detail by Professional*
### *September 1, 2021 through September 30, 2021*

**Puerto Rico Public Buildings Authority - Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing, reporting and/ or operating the business; excludes meetings with UCC and/or other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 0.2 | $190.00 |
| Harmon, Kara | Director | $700 | 0.2 | $140.00 |
| | | | 0.4 | $330.00 |
| | *Average Billing Rate* | | | $825.00 |

*Page 1 of 3*

*Exhibit C*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### September 1, 2021 through September 30, 2021

**Puerto Rico Public Buildings Authority - Claims Administration and Objections**

Advise and assist the Debtors in questions and processes regarding the claims reconciliation process: notably, claims planning process, potential claim analysis, review of claims filed against the Debtors and other claim related items.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 2.1 | $1,995.00 |
| Harmon, Kara | Director | $700 | 0.3 | $210.00 |
| Carter, Richard | Sr. Consultant | $606 | 6.8 | $4,120.80 |
| DiNatale, Trevor | Consultant II | $575 | 11.1 | $6,382.50 |
| | | | 20.3 | $12,708.30 |
| | *Average Billing Rate* | | | $626.02 |

*Exhibit C*

*Puerto Rico Public Buildings Authority*
*Summary of Time Detail by Professional*
*September 1, 2021 through September 30, 2021*

**Puerto Rico Public Buildings
Authority - Fee Applications**

**Prepare monthly and interim fee applications in accordance with court
guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 0.4 | $380.00 |
| Corbett, Natalie | Para Professional | $250 | 0.7 | $175.00 |
| | | | 1.1 | $555.00 |
| | *Average Billing Rate* | | | $504.55 |

*Page 3 of 3*

*Exhibit D*

> *Puerto Rico Public Buildings Authority*
> *Time Detail by Activity by Professional*
> *September 1, 2021 through September 30, 2021*

## Puerto Rico Public Buildings  Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Harmon, Kara | 9/23/2021 | 0.20 | Participate in conference call with J. Herriman and K. Harmon related to PBA claims reconciliation |
| Herriman, Jay | 9/23/2021 | 0.20 | Participate in conference call with J. Herriman and K. Harmon related to PBA claims reconciliation |
| **Subtotal** | | **0.40** | |

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 9/2/2021 | 1.70 | Prepare summary report of secured claims filed against PBA for Proskauer review |
| Harmon, Kara | 9/2/2021 | 0.30 | Prepare analysis of PBA secured claims per request from L. Stafford |
| Herriman, Jay | 9/2/2021 | 0.50 | Review analysis of claims asserting secured status |
| DiNatale, Trevor | 9/3/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/9/2021 | 1.60 | Prepare updated summary report of secured claims filed against PBA for Proskauer review |
| DiNatale, Trevor | 9/13/2021 | 1.20 | Perform review of litigation reconciliation data provided by O'Neill to determine next steps in claim reconciliation process |
| Carter, Richard | 9/14/2021 | 0.60 | Analyze accounts payable claim reconciliation detail provided by PBA |
| DiNatale, Trevor | 9/15/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 9/21/2021 | 1.20 | Prepare schedule of AP related claims identified for potential upcoming modify objections |
| Carter, Richard | 9/23/2021 | 1.40 | Prepare detailed analysis of AP-related claims in order to determine if we have sufficient documentation to send to Commonwealth agency to reconcile the claim. |
| Carter, Richard | 9/23/2021 | 0.60 | Prepare updated AP claim summary report highlighting status of claim reconciliation by specific agencies |
| Carter, Richard | 9/23/2021 | 1.20 | Prepare detailed analysis of 17 unresolved AP claim reconciliation workbooks to be sent to agency in order to provide reconciliation information. |
| Carter, Richard | 9/23/2021 | 1.80 | Prepare detailed analysis of 15 AP-related claims in order to determine if we have sufficient documentation to send to Commonwealth agency to reconcile the claim. |
| Herriman, Jay | 9/23/2021 | 1.30 | Review analysis of Accounts Payable claims to determine if appropriate to update claims estimation |

*Page 1 of 2*

*Exhibit D*

> *Puerto Rico Public Buildings Authority*
> *Time Detail by Activity by Professional*
> *September 1, 2021 through September 30, 2021*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 9/24/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 9/24/2021 | 0.30 | Review updated claims waterfall report to provide feedback to internal team regarding updates to GUC estimates |
| DiNatale, Trevor | 9/27/2021 | 0.90 | Analyze Claim reconciliation information to properly determine GUC estimate |
| DiNatale, Trevor | 9/28/2021 | 1.10 | Analyze Claim reconciliation information to properly determine GUC estimate |
| **Subtotal** | | **20.30** | |

## Puerto Rico Public Buildings Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 9/1/2021 | 0.70 | Prepare August Fee Applications |
| Herriman, Jay | 9/2/2021 | 0.40 | Review and finalize August Fee Application |
| **Subtotal** | | **1.10** | |
| *Grand Total* | | **21.8** | |

# **Exhibit E**

**ALVAREZ & MARSAL NORTH AMERICA, LLC
PROFESSIONAL SERVICES TIME DETAIL FOR THE TENTH INTERIM
FEE APPLICATION PERIOD
JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021**

*Exhibit E*

**Puerto Rico Public Buildings Authority**
**Time Detail by Activity by Professional**
**June 1, 2021 through September 30, 2021**

## Puerto Rico Public Buildings  Authority - Meeting

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/2/2021 | 0.40 | Participate in conference call with K. Harmon, R. Carter, E. McNulty, R. Colon, and G. Bernard to discuss the reconciliation process for AP claims filed against PBA |
| Harmon, Kara | 6/2/2021 | 0.10 | Participate in conference call with K. Harmon and E. McNulty to discuss updates for claim reconciliation workbooks for AP claims filed against PBA |
| Harmon, Kara | 6/2/2021 | 0.40 | Participate in conference call with K. Harmon, R. Carter, E. McNulty, R. Colon, and G. Bernard to discuss the reconciliation process for AP claims filed against PBA |
| McNulty, Emmett | 6/2/2021 | 0.10 | Participate in conference call with K. Harmon and E. McNulty to discuss updates for claim reconciliation workbooks for AP claims filed against PBA |
| McNulty, Emmett | 6/2/2021 | 0.40 | Participate in conference call with K. Harmon, R. Carter, E. McNulty, R. Colon, and G. Bernard to discuss the reconciliation process for AP claims filed against PBA |
| DiNatale, Trevor | 8/17/2021 | 0.20 | Participate in conference call with T. DiNatale and K. Harmon related to PBA claims reconciliation |
| Harmon, Kara | 8/17/2021 | 0.20 | Participate in conference call with T. DiNatale and K. Harmon related to PBA claims reconciliation |
| Harmon, Kara | 9/23/2021 | 0.20 | Participate in conference call with J. Herriman and K. Harmon related to PBA claims reconciliation |
| Herriman, Jay | 9/23/2021 | 0.20 | Participate in conference call with J. Herriman and K. Harmon related to PBA claims reconciliation |
| **Subtotal** | | **2.20** | |

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 6/2/2021 | 1.10 | Prepare detailed analysis of new PBA claims related to ACR transfer process. |
| Fiore, Nick | 6/2/2021 | 0.70 | Analyze litigation claims filed by individuals for the basis of the unliquidated components of their claims. |
| McNulty, Emmett | 6/3/2021 | 2.60 | Create accounts payable claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| McNulty, Emmett | 6/7/2021 | 0.20 | Prepare modifications to claimant and claim information related to register processing for the week ending 6/11/21 |
| Herriman, Jay | 6/8/2021 | 1.80 | Review claims to be included on August claims objections |
| McNulty, Emmett | 6/8/2021 | 0.40 | Perform triage of newly filed PBA claims to ensure proper claim classification for further internal reconciliation |

*Puerto Rico Public Buildings Authority*
*Time Detail by Activity by Professional*
*June 1, 2021 through September 30, 2021*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 6/9/2021 | 0.60 | Review draft claim objections to provide feedback to Proskauer team |
| McNulty, Emmett | 6/9/2021 | 0.10 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| McNulty, Emmett | 6/10/2021 | 0.30 | Perform triage of newly filed claims to ensure proper claim classification for claims submitted during the week ending 6.11.21 |
| DiNatale, Trevor | 6/11/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 6/16/2021 | 0.30 | Prepare claim summary report for OMM review |
| McNulty, Emmett | 6/17/2021 | 0.20 | Analyze weekly claims register to process newly filed claims against PBA for the week ending 6/18/21 |
| DiNatale, Trevor | 6/18/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 6/20/2021 | 0.90 | Prepare summary report of remaining unreconciled Claims to determine next steps in reconciliation process |
| DiNatale, Trevor | 6/21/2021 | 0.30 | Update summary report of remaining unreconciled Claims to determine next steps in reconciliation process |
| McNulty, Emmett | 6/21/2021 | 0.10 | Analyze weekly claims register to process newly filed claims against PBA for the week ending 6/25/21 |
| DiNatale, Trevor | 6/23/2021 | 1.10 | Prepare summary report highlighting updates to GUC estimates for Proskauer review |
| McNulty, Emmett | 6/23/2021 | 2.30 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| McNulty, Emmett | 6/24/2021 | 1.90 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| DiNatale, Trevor | 6/25/2021 | 1.20 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| McNulty, Emmett | 6/25/2021 | 2.30 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| DiNatale, Trevor | 6/29/2021 | 0.90 | Update Claim waterfall summary report highlighting updated GUC estimates |
| Carter, Richard | 6/30/2021 | 1.70 | Prepare detailed analysis of 38 claims flagged to be transferred to ACR. |
| McNulty, Emmett | 7/1/2021 | 1.10 | Prepare AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| DiNatale, Trevor | 7/2/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Harmon, Kara | 7/2/2021 | 0.80 | Prepare analysis of asserted AP claims for PBA |

***Puerto Rico Public Buildings Authority***
***Time Detail by Activity by Professional***
***June 1, 2021 through September 30, 2021***

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| McNulty, Emmett | 7/2/2021 | 0.40 | Update AP claims reconciliation workbooks for final reconciliation by the Public Building Authority |
| Zeiss, Mark | 7/2/2021 | 0.70 | Draft memo re: PBA vendor filed claim with original Scheduled claim for reconciliation |
| DiNatale, Trevor | 7/9/2021 | 1.70 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 7/12/2021 | 2.10 | Analyze litigation claims asserting class action cases for upcoming no liability objections |
| DiNatale, Trevor | 7/13/2021 | 1.10 | Review litigation claims asserting class action cases for upcoming no liability objections |
| DiNatale, Trevor | 7/14/2021 | 1.30 | Prepare updated claim summary report highlighting GUC and Plan Class estimates for UCC review |
| DiNatale, Trevor | 7/16/2021 | 1.20 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 7/19/2021 | 0.60 | Prepare updated late filed claim analysis for Proskauer review |
| DiNatale, Trevor | 7/20/2021 | 1.30 | Update waterfall summary report highlighting GUC estimates |
| McNulty, Emmett | 7/20/2021 | 0.10 | Review deficient claims to ensure the correct claim objection categorization for the upcoming objections |
| DiNatale, Trevor | 7/21/2021 | 1.40 | Prepare updated summary waterfall reports highlighting GUC estimates |
| DiNatale, Trevor | 7/21/2021 | 0.70 | Prepare summary of litigation claims with judgement and settlements for local counsel review |
| DiNatale, Trevor | 7/22/2021 | 0.60 | Update summary waterfall reports highlighting GUC estimates for UCC and Proskauer review |
| Herriman, Jay | 7/22/2021 | 0.90 | Review reconciliation information related to accounts payable claims provided by AAFAF |
| Herriman, Jay | 7/23/2021 | 1.10 | Review claim reconciliation worksheets and open questions related to accounts payable claims |
| DiNatale, Trevor | 7/26/2021 | 0.60 | Prepare updated late filed claim analysis for upcoming objections |
| Herriman, Jay | 7/27/2021 | 0.90 | Review analysis of contingent, disputed, unliquidated claims in prep of placing claims into the appropriate plan class for solicitation purposes |
| DiNatale, Trevor | 7/29/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 7/29/2021 | 0.10 | Review updated claim waterfall report with associated variance analysis |
| DiNatale, Trevor | 8/2/2021 | 0.80 | Perform review of claims identified for upcoming substantive duplicate litigation objections |

*Puerto Rico Public Buildings Authority*
*Time Detail by Activity by Professional*
*June 1, 2021 through September 30, 2021*

*Exhibit E*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/2/2021 | 1.40 | Prepare summary report of claims identified for upcoming objections for internal review |
| McNulty, Emmett | 8/2/2021 | 2.30 | Review population of late filed claims to ensure their correct placement on the late filed claims objection |
| McNulty, Emmett | 8/2/2021 | 1.30 | Review population of late filed claims to ensure their correct placement on the late filed claims objection |
| McNulty, Emmett | 8/2/2021 | 1.90 | Analyze population of late filed claims to ensure their correct placement on the late filed claims objection |
| Herriman, Jay | 8/3/2021 | 0.60 | Research and respond to email from J. Esses re: PBA best interest test |
| McNulty, Emmett | 8/3/2021 | 1.90 | Review claims categorized for late filed claims objection to confirm correct claim objection category |
| McNulty, Emmett | 8/3/2021 | 1.40 | Analyze population of late filed claims to confirm their correct placement on the late filed claims objection |
| DiNatale, Trevor | 8/4/2021 | 1.30 | Analyze claims identified for upcoming omnibus objections |
| DiNatale, Trevor | 8/4/2021 | 0.30 | Review takings related claims to differentiate between eminent domain and inverse condemnation claims |
| McNulty, Emmett | 8/4/2021 | 0.60 | Analyze population of claims on objection to confirm the correct objection type for the upcoming objections |
| DiNatale, Trevor | 8/5/2021 | 1.40 | Review claims and objection reasons identified for upcoming omnibus objections |
| DiNatale, Trevor | 8/5/2021 | 0.20 | Finalize eminent domain and inverse condemnation claim review to properly categorize claims and plan classes |
| McNulty, Emmett | 8/5/2021 | 1.90 | Analyze claims marked for objection to confirm claims are placed on the correct objection type for the upcoming objections |
| DiNatale, Trevor | 8/6/2021 | 1.80 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 8/6/2021 | 0.20 | Review updated claims waterfall analysis |
| DiNatale, Trevor | 8/11/2021 | 0.70 | Prepare summary report highlighting claims identified for upcoming omnibus objection |
| DiNatale, Trevor | 8/12/2021 | 0.70 | Update summary report highlighting claims identified for upcoming omnibus objection |
| Herriman, Jay | 8/12/2021 | 1.90 | Review PBA claims to be included on Omnibus objections |
| Zeiss, Mark | 8/12/2021 | 0.70 | Review of PBA Scheduled Claims not flagged as Contingent, Disputed, or Unliquidated for proper claims reconciliation |
| DiNatale, Trevor | 8/16/2021 | 2.40 | Analyze litigation related claims to determine proper contingent flags for solicitation |
| DiNatale, Trevor | 8/16/2021 | 1.30 | Analyze PBA schedule claim detail to determine potential superseded of filed claims |

*Page 4 of 6*

> *Puerto Rico Public Buildings Authority*
> *Time Detail by Activity by Professional*
> *June 1, 2021 through September 30, 2021*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| DiNatale, Trevor | 8/17/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 8/17/2021 | 0.40 | Review list of schedules to be marked as superseded by filed claims |
| Herriman, Jay | 8/17/2021 | 0.40 | Review analysis of Litigation claims marked as liquidated to determine appropriate next steps |
| Herriman, Jay | 8/18/2021 | 0.20 | Review updated claim waterfall report and associated details |
| DiNatale, Trevor | 8/22/2021 | 0.20 | Prepare updates to waterfall summary reports for Proskauer review |
| DiNatale, Trevor | 8/25/2021 | 0.90 | Review litigation claim reconciliation information from local counsel for solicitation and plan class review |
| Carter, Richard | 8/27/2021 | 0.60 | Prepare detailed analysis of 2 AP-related claim reconciliation workbooks received by Commonwealth agency. |
| DiNatale, Trevor | 9/2/2021 | 1.70 | Prepare summary report of secured claims filed against PBA for Proskauer review |
| Harmon, Kara | 9/2/2021 | 0.30 | Prepare analysis of PBA secured claims per request from L. Stafford |
| Herriman, Jay | 9/2/2021 | 0.50 | Review analysis of claims asserting secured status |
| DiNatale, Trevor | 9/3/2021 | 1.40 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| DiNatale, Trevor | 9/9/2021 | 1.60 | Prepare updated summary report of secured claims filed against PBA for Proskauer review |
| DiNatale, Trevor | 9/13/2021 | 1.20 | Perform review of litigation reconciliation data provided by O'Neill to determine next steps in claim reconciliation process |
| Carter, Richard | 9/14/2021 | 0.60 | Analyze accounts payable claim reconciliation detail provided by PBA |
| DiNatale, Trevor | 9/15/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Carter, Richard | 9/21/2021 | 1.20 | Prepare schedule of AP related claims identified for potential upcoming modify objections |
| Carter, Richard | 9/23/2021 | 1.20 | Prepare detailed analysis of 17 unresolved AP claim reconciliation workbooks to be sent to agency in order to provide reconciliation information. |
| Carter, Richard | 9/23/2021 | 1.80 | Prepare detailed analysis of 15 AP-related claims in order to determine if we have sufficient documentation to send to Commonwealth agency to reconcile the claim. |
| Carter, Richard | 9/23/2021 | 0.60 | Prepare updated AP claim summary report highlighting status of claim reconciliation by specific agencies |

*Exhibit E*

> *Puerto Rico Public Buildings Authority*
> *Time Detail by Activity by Professional*
> *June 1, 2021 through September 30, 2021*

## Puerto Rico Public Buildings Authority - Claims Administration and Objections

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Carter, Richard | 9/23/2021 | 1.40 | Prepare detailed analysis of AP-related claims in order to determine if we have sufficient documentation to send to Commonwealth agency to reconcile the claim. |
| Herriman, Jay | 9/23/2021 | 1.30 | Review analysis of Accounts Payable claims to determine if appropriate to update claims estimation |
| DiNatale, Trevor | 9/24/2021 | 1.60 | Prepare updated waterfall analysis to highlight claims progress and outstanding claims by claim type |
| Herriman, Jay | 9/24/2021 | 0.30 | Review updated claims waterfall report to provide feedback to internal team regarding updates to GUC estimates |
| DiNatale, Trevor | 9/27/2021 | 0.90 | Analyze Claim reconciliation information to properly determine GUC estimate |
| DiNatale, Trevor | 9/28/2021 | 1.10 | Analyze Claim reconciliation information to properly determine GUC estimate |
| **Subtotal** | | **97.10** | |

## Puerto Rico Public Buildings Authority - Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Corbett, Natalie | 8/9/2021 | 0.30 | Prepare July fee application |
| Herriman, Jay | 8/31/2021 | 0.10 | Begin preparation of August fee statement |
| Corbett, Natalie | 9/1/2021 | 0.70 | Prepare August Fee Applications |
| Herriman, Jay | 9/2/2021 | 0.40 | Review and finalize August Fee Application |
| **Subtotal** | | **1.50** | |

| *Grand Total* | | 100.8 | |

# Exhibit F

**ALVAREZ & MARSAL NORTH AMERICA, LLC**
**EXPENSE DETAIL FOR THE TENTH INTERIM FEE APPLICATION PERIOD**
**JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021**

-no expenses incurred during the interim period-

# Exhibit G

**ALVAREZ & MARSAL NORTH AMERICA, LLC
SERVICES PERFORMED BY CATEGORY
FOR THE TENT INTERIM FEE APPLICATION PERIOD
JUNE 1,  2021 THROUGH SEPTEMBER 30, 2021**

*Exhibit G*

### Puerto Rico Public Buildings Authority
### Summary of Time Detail by Professional
### June 1, 2021 through September 30, 2021

**Puerto Rico Public Buildings Authority - Meeting**

**Participate in meetings with Debtors' management, Board of Directors and/or advisors to present findings or discuss various matters related to the filing, reporting and/ or operating the business; excludes meetings with UCC and/or other Creditor constituents and their advisors.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 0.2 | $190.00 |
| Harmon, Kara | Director | $700 | 0.4 | $280.00 |
| Harmon, Kara | Director | $675 | 0.5 | $337.50 |
| Carter, Richard | Consultant II | $577 | 0.4 | $230.80 |
| DiNatale, Trevor | Consultant II | $575 | 0.2 | $115.00 |
| McNulty, Emmett | Analyst | $400 | 0.5 | $200.00 |
| | | | 2.2 | $1,353.30 |
| | *Average Billing Rate* | | | $615.14 |

*Exhibit G*

<div style="border:1px solid">

***Puerto Rico Public Buildings Authority***
***Summary of Time Detail by Professional***
***June 1, 2021 through September 30, 2021***

</div>

**Puerto Rico Public Buildings
Authority - Claims
Administration and Objections**

**Advise and assist the Debtors in questions and processes regarding the claims
reconciliation process: notably, claims planning process, potential claim analysis,
review of claims filed against the Debtors and other claim related items.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 5.8 | $5,510.00 |
| Herriman, Jay | Managing Director | $937 | 4.8 | $4,497.60 |
| Harmon, Kara | Director | $700 | 0.3 | $210.00 |
| Harmon, Kara | Director | $675 | 0.8 | $540.00 |
| Zeiss, Mark | Director | $675 | 0.7 | $472.50 |
| Zeiss, Mark | Director | $661 | 0.7 | $462.70 |
| Carter, Richard | Sr. Consultant | $606 | 7.4 | $4,484.40 |
| Carter, Richard | Consultant II | $577 | 2.8 | $1,615.60 |
| DiNatale, Trevor | Consultant II | $575 | 25.9 | $14,892.50 |
| DiNatale, Trevor | Consultant II | $550 | 23.9 | $13,145.00 |
| Fiore, Nick | Consultant | $550 | 0.7 | $385.00 |
| McNulty, Emmett | Analyst | $420 | 11.3 | $4,746.00 |
| McNulty, Emmett | Analyst | $400 | 12.0 | $4,800.00 |
| | | | 97.1 | $55,761.30 |

**Average Billing Rate** $574.27

*Exhibit G*

**Puerto Rico Public Buildings Authority**
**Summary of Time Detail by Professional**
**June 1, 2021 through September 30, 2021**

**Puerto Rico Public Buildings**
**Authority - Fee Applications**

Prepare monthly and interim fee applications in accordance with court guidelines.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Herriman, Jay | Managing Director | $950 | 0.5 | $475.00 |
| Corbett, Natalie | Para Professional | $250 | 1.0 | $250.00 |
| | | | 1.5 | $725.00 |
| | *Average Billing Rate* | | | $483.33 |

*Page 3 of 3*

# **Exhibit H**

**DECLARATION OF JULIE M. HERTZBERG IN SUPPORT OF THE TENTH INTERIM FEE
APPLICATION OF ALVAREZ AND MARSAL NORTH AMERICA, LLC FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS REPRESENTATIVE OF
THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY**

# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

---------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 17 BK 3283-LTS |
| | ) |
|    as representative of | ) |
| | ) |
| THE COMMONWEALTH OF PUERTO RICO, et al | ) (Jointly Administered) |
| | ) |
|          Debtors. [1] | ) |

---------------------------------------------------------------

| | |
|---|---|
| In re: | ) PROMESA |
| | ) Title III |
| THE FINANCIAL OVERSIGHT AND | ) |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) No. 19 BK 5523-LTS |
| | ) |
|    as representative of | ) |
| | ) **This Application relates** |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY | ) **only to PBA and shall be** |
| | ) **filed in the Lead Case No.** |
|          Debtor | **17 BK 3283-LTS and** |
| | **PBA's Title III Case** |
| | **(Case No. 19 BK 5523-** |
| | **LTS)** |

---------------------------------------------------------------

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS IN
RESPECT OF TENTH INTERIM FEE APPLICATION OF ALVAREZ AND MARSAL
NORTH AMERICA, LLC FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES INCURRED AS ADVISOR TO THE FINANCIAL
OVERSIGHT AND MANAGEMENT BOARD OF PUERTO RICO AS
REPRESENTATIVE OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,
FOR THE PERIOD**

**JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021**

Pursuant to the United States Trustee Guidelines for Reviewing Applications for

Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter

11 Cases issued by the Executive Office for the United States Trustee, 28 CFR Part 58,

Appendix A (the "Guidelines"), together with the Local Rule 2016-1, the undersigned, a Partner

and Managing Director of the firm Alvarez and Marsal North America, LLC ("A&M"), advisors

for the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") as

representative of the Puerto Rico Public Buildings Authority (the "Debtor"), pursuant to section

315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[2]

hereby certifies with respect to A&M's Tenth interim application for allowance of compensation

for services rendered and reimbursement of expenses incurred with respect to the Debtor's Title

III case, dated November 15, 2021 (the "Application"),[3] for the period from June 1, 2021

through and including September 30, 2021 (the "Compensation Period") as follows:

1. I am the professional designated by A&M in respect of compliance with the Guidelines
   and Local Rule 2016-1.

---

[2] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.
[3] Capitalized terms used but not defined herein have the meanings given to them in the Application.

2.  I make this certification in support of the Application for interim compensation and reimbursement of expenses incurred during the Compensation Period in Accordance with the Guidelines and Local Rule 2016-1.

3.  In respect of the Guidelines and Local Rule 2016-1, I certify that:

    a.  I have read the Application;

    b.  to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

    c.  except to the extent that fees or disbursements are prohibited by the Guidelines, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by A&M and generally accepted by A&M's clients; and

    d.  in providing a reimbursable service, A&M does not make a profit on that service, whether the service is performed by A&M in house or through a third party.

4.  I certify that A&M has previously provided monthly statements of A&M's fees and disbursements by filing and serving monthly statements in accordance with the Interim Compensation Order (as defined in the Application), except that completing reasonable and necessary internal accounting and review procedures may have, at times, precluded filing fee statements within the time periods specified in the Interim Compensation Order.

Dated: November 15, 2021

/s/ _____
Julie M. Hertzberg

# **PROPOSED ORDER**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND | ) | |
| MANAGEMENT BOARD FOR PUERTO RICO, | ) | No. 17 BK 3283-LTS |
| | ) | |
| as representative of | ) | |
| | ) | |
| THE COMMONWEALTH OF PUERTO RICO, et al | ) | (Jointly Administered) |
| Debtors. [1] | | |

------------------------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | PROMESA |
| | ) | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT | ) | No. 19 BK 5523-LTS |
| BOARD FOR PUERTO RICO | | |
| | ) | |
| as representative of | | |
| | ) | |
| PUERTO RICO PUBLIC BUILDINGS AUTHORITY | ) | |
| Debtor | | |

------------------------------------------------------------------------

**ORDER APPROVING TENTH INTERIM FEE APPLICATION OF
ALVAREZ & MARSAL NORTH AMERICA, LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
ADVISORS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD OF
PUERTO RICO, AS REPRESENTATIVE OF THE PUERTO RICO PUBLIC
BUILDINGS AUTHORITY, FOR THE PERIOD
<u>JUNE 1, 2021 THROUGH SEPTEMBER 30, 2021</u>**

Upon the application (the "Application")[2] of Alvarez and Marsal North America, LLC

("A&M") as advisors for the Financial Oversight and Management Board for Puerto Rico (the

------

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19 BK 5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

"Oversight Board") acting as representative of the Puerto Rico Public Buildings Authority (the "Debtor") under section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[3] seeking, pursuant to (a) PROMESA sections 316 and 317, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) Local Rule 2016-1, (d) the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 in Larger Chapter 11 Cases* issued by the Executive Office for the United States Trustee, 28 CFR Part 58, Appendix A, and (e) this Court's *Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 3269], an allowance of interim compensation for professional services rendered by A&M for the period commencing June 1, 2021 through and including September 30, 2021 in the amount of **$52,055.64**, all of which represents fees earned outside of Puerto Rico; this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED** that:

1. The Application is APPROVED as set forth herein.

2. Compensation to A&M for professional services rendered during the Compensation Period is allowed on an interim basis in the amount of **$52,055.64** all of which represents fees earned outside of Puerto Rico,

3. The Debtor is authorized to pay A&M all fees allowed pursuant to this order, including those that were previously held back pursuant to the Interim Compensation Order, less any amounts previously paid for such fees and expenses under the terms of the Interim Compensation Order.

4. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this order in accordance with the Application.

---

[2]  Capitalized terms not defined in this order will have the meanings ascribed to them in the Application.
[3]  PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

Dated: _____, 2021
       San Juan, Puerto Rico

_____
Honorable Laura Taylor Swain
United States District Judge