UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

María A. Clemente Rosa
PETICIONARIA

9 de NOVEMBER OF 2021

**HONORABLE JUEZ: Laura Taylor Swain, UNITED STATES DISTRICT COURT**

MOCIÓN PARA QUE SE CONSIDERE MI OPOCIÓN EN UNOS PUNTOS Y/O ARTÍCULOS DE LA LEY 53-2021, "OCTAVO PLAN DE AJUSTE DE DEUDA DE PUERTO RICO", PRESENTADO POR LA JUNTA DE CONTROL FISCAL.

Honorable Juez

EN VIRTUD DE LO ANTERIORMENTE EXPUESTO, RESPETUOSAMENTE SOLICITO:

**RELACIÓN DE HECHOS:**

1. **HONORABLE JUEZ: LAURA TAYLOR SWAIN,** UNITED STATES DISTRICT COURT RESPETUOSAMENTE SOMETO QUE SE ME ACEPTE MÍ OPOCIÓN A CIERTOS ARTÍCULOS DE LA LEY 53-2021(PAD). QUE PRESENTARÉ DURANTE MÍ MOCIÓN. A HORA BIÉN ESTOY DE ACUERDO EN ESTE PUNTO. A QUE LA LEY 53-2021 "8 VO PLAN DE AJUSTE DE LA DEUDA", PRESENTA: "QUE NO SE VAN A HACER RECORTES A LAS PENSIONES DE LOS MAESTRO". HAY QUE RECONOCER QUE LAS PENSIONES DE LOS MAESTROS ESTÁ ESTABLECIDO COMO POLÍTICA PÚBLICA DEL EMPLEADO PÚBLICO, DEL ESTADO LIBRE ASOCIADO.

2. **HONORABLE JUEZ: LAURA TAYLOR SWAIN, UNITED STATES DISTRICT COURT,** RESPETUOSAMENTE PRESENTO MI PRIMERA OPOCIÓN A LA LEY 53-2021 (PAD), PRESENTADO POR LA JUNTA DE CONTROL FISCAL, DEBIDO A QUE APARENTEMENTE ESTÁ DISDISCRIMINANDO CON LA CLASE MAGISTERIAL (MAESTROS PENSIONADOS) AL ESTABLECER QUE SE ELIMINE TODO AUMENTO SALARIAL FUTURO QUE SE ESTABLEZCAN EN LA CASA DE LAS LEYES (GOBERNADOR, CÁMARA Y SENADO).

3. HON. JUEZ, ESE ARTÍCULO DE LA LEY 53-2021, (PAD), DONDE ELIMINA A LOS MAESTROS Y NO NOS LOS CUALIFICA PARA RECIBIR AUMENTOS PROPUESTO POR LA CASA DE LA LEYES, HAY QUE DEROGARLO Y ENMENDARLO. DEBIDO A QUE LOS MAESTROS PENSIONADOS (LA CLASE MAGISTERIAL DE PUERTO RICO), RECIBIMOS UNAS PENSIONES INSOSTENIBLE, PARA EL COSTO DE VIDA QUE VA EN AUMENTO; COMPARADO CON LAS PENSIONES DE LOS MAESTROS DE LOS ESTADOS UNIDOS. A PARTE DE QUE SE VIOLARÍA LA POLÍTICA PÚBLICA, EN PR.

4. **HONORABLE JUEZ: LAURA TAYLOR SWAIN**, RESPETUOSAMENTE SUPLICO, QUE SE CONSIDERE EL PLANTEAMIENTO Y QUE SE QUEDE CLARO, EN EL 8VO PLAN DE AJUSTE DE DEUDA, SOMETIDO POR LA JUNTA DE CONTROL FISCAL LA LEY 53-2021, QUE NO HABARA RECORTE A LAS PENSIONES DE LOS MAESTROS PENSIONADOS, POR TODA LA VIDA DEL INDIVIDUO, YA QUE ESA ES SU PENSIÓN Y SE TRABAJÓ POR ELLA. ES LEY OBRERO PATRONAL.

5. APARENTEMENTE LA LEY 53-2021 (PAD), NO LE GARANTIZA A LOS MAESTROS PENSIONADOS, LAS PENSIONES DE POR VIDA, POR LO TRABAJARON DURANTE 35 AÑOS Y MÁS. DERECHO ADQUIRIDO POR LA POLÍTICA PÚBLICA Y LEYES DE PUERTO RICO. ES NUESTRO DERECHO E DE LA LEY DE JUBILACIÓN.

6. LA LEY 53-2021 (PAD), QUE VIABILIZA EL PLAN DE AJUSTE DE LA DEUDA (PAD) DEJA EN AMBIVALENCIA, PARA QUE EN CUALQUIER MOMENTO, LAS RAMAS POLÍTICAS DEL GOBIERNO DE PUERTO RICO, GOBERNDOR, EL SENADO Y LA CÁMARA LEGISLATIVA, PUEDAN EN CUALQUIER MOMENTO ESTABLECER UNA LEY DEROGANDO EL ARTÍCULO DE LA LEY 53-2021, (NO RECORTES A LAS PENSIONES) Y ESTABLEZCAN UN RECORTE DE UN 8.5%, PARA CONTINUAR CON LA CAPACIDAD ESTABLECIDA DEL PAGO DE LA DEUDA. USANDO COMO EXCUSA QUE EL DESARROLLO ECÓNOMICO DE PUERTO RICO, NO HA PRESENTADO UN INCREMENTO Y POR TAL RAZON, HAY QUE HACER LOS RECORTES A LAS PENSIONES.

7. RESPETUOSAMENTE SUPLICO HON. JUEZ: **LAURA TAYLOR SWAIN**, QUE SE SOMENTA FIEL Y FINALMENTE EL ARTÍCULO DE NO RECORTES A LAS PENSIONES Y LA PARTICIPACIÓN DE LOS AUMENTOS SALARIALES FUTUROS A LOS MAESTROS PENSIONADOS DE PUERTO RICO EN LA LEY 53-2021(PAD) SOMETIDO POR LA JUNTA DE CONTROL FISCAL.

8. LAS RAZONES PARA DICHA PETICIÓN SE DEBE A QUE PUERTO RICO SI TIENE UNA ECONOMÍA FIRME Y SUS FINANZAS TAMBIÉN. ESTOS INCREMENTOS EN LOS INGRESOS LE PERMITIRÁ CUMPLIR CON EL PLAN DE PAGO DE LA DEUDA, Ley 53-2021.

9. DICHO HECHO SE REAFIRMA EN:

   A. INGRESOS POR LA INDUSTRIA TURÍSTICA:

      a. LA ISLA DE PUERTO RICO GOZA DE UN DESARROLLO ECONÓMICO QUE VA EN AUMENTO. LA INDUSTRIA TURÍSTICA AUMENTÓ UN 23% COMPARADO CON EL 20219.

      b. A FINALES DE SEPTIEMBRE DEL AÑ0 2021, LOS INGRESOS POR ALOJAMIENTO SE ESTIMARON EN $964 MILLONES. CIFRE QUE SUPERÓ POR $10, MILLONES EL INGRESO GENERADO EN EL 2019, (vocero, 21oct.2021).

      c. PARA OCTUBRE 2021, SE ESPERA QUE TENGAMOS UN AUMENTO DE 1,000 MILLONES EN INGRESOS.
      d. INGRESOS POR LA LOTERIA ELECTRÓNICA.
      e. INGRESOS POR LA LOTERIA TRADICIONAL.

B. INGRESOS POR CONCEPTO DE BANCA Y SERVICIOS FINANCIERON AUMENTARON:

    a. BANCO ORIENTAL BANK REGISTRA UN AUMENTO DE 5134.7 MILLONES.

    b. EL EJECUTIVO DEL BANCO POPULAR DE PUERTO RICO (BPPR) SR. IGNACIO ÁLVAREZ, REPORTÓGANACIAS NETAS DE $248.1 MILLONES PARA EL TRIMENSTRE QUE CULMINÓ EL 30 DE SEPTIEMBRE 2021, UN AUMENTO DE $30 MILLONES EN COMPARACIÓN CON EL SEGUNDO TRIMESTRE DEL AÑO.

C. CONTRATOS DE LUMA Y LOS SALARIOS DE SUS EMPLEADOS DIRECTIVOS:

    a. LUMA FUE CONTRADADA APARENTEMENTE POR 5 MILLONES ANUALES.

    b. LOS EMPLEADOS DIRECTIVOS TIENEN SALARIOS DE $200,000 Y MAYOR DE $500,000, (periodico El Vocero, 21oct.2021).

    c. HON. JUEZ, Y A PESAR DE ESTOS SALARIOS Y CONTRATOS PUERTO RICO, TIENE UN SISTEMA DE ENERGÍA ELÉCTRICA DEFECTUOSO, SE VA LA LUZ CONSTANTEMENTE. Y HAN TENIDO QUE CONTRATAR AL ANTERIOR DIRECTOR DE AEE, PORQUE APARENTEMENTE EL DIRECTOR DE LUMA, NO ENTIENDE NUESTRO SISTEMA ELÉCTRICO.

    d. AÚN ASÍ, LUMA RECIBE FONDOS DE LA AGENCIA FEDERAL PARA EL MANEJO DE EMERGENCIAS (FEMA) Y DE LA OFICINA CENTRAL DE RECUPERACIÓN, RECONTRUCCIÓN Y RESILENCIA (COR3 EN INGLÉS), PARA TRABAJAR PROYECTOS DE ENERGÍA.

D. ASIGNACIÓN DE FONTOS AL GOBIERNO ESTAL DE PARTE DE: LA AGENCIA FEDERAL PARA EL MANEJO DE EMERGENCIAS (FEMA), CON EL PROPÓSITO DE RECONSTRUIR VIVIENDAS EN LOS PUEBLOS QUE FUERON AFECTADOS POR LOS HURACANES IRMA Y MARÍA, 2017.

    a. EL HON. GOBERNADOR DE PUERTO RICO, PEDRO PIERLUISI, VISITÓ EL MUNICIPIO DE CEIBA EL PASADO MIÉRCOLES 3 DE NOVIEMBRE DE 2021, PARA ESCUCHAR LAS NECESIDADES DEL ALCALDE SAMUEL"SAMMY" RIVERA BÁEZ, (Presencia 4al 10 nov. 2021). EN ESTA OCASIÓN: ENTREGÓ Y CITO: "UNA CASA BAJO EL PROGRAMA R-3 AL SR. PABLO SOTO DÁVILA, UN SEÑOR RETIRADO QUE VIVÍA EN UNA RESIDENCIA EN PESIMAS CONDICIONES Y SE LE ENTREGÓ UNA PROPIEDAD VALORADA EN $145,000, COMPLETAMENTE NUEVA", MENCIONÓ PIERLUISI, EN ENTREVISTA EXCLUSIVA CON PRESENCIA".

    b. HON JUEZ: **LAURA TAYLOR SWAIN**, EN ESAS MISMAS CONDICIONES DE POBREZA, QUE ESTA EL SR. DE CEIBA, ESTAMOS LOS MAESTROS PENSIONADOS, QUE CON ESA PENSIÓN INSOSTENIBLE, MUCHOS NO PODEMOS PAGAR NUESTRAS HIPOTECAS Y MUCHO MENOS TENER UN PLAN MÉDICO.

c. HON. JUEZ, RESPETUOSAMENTE SOLICITO, QUE SE NOS CONSIDERE PARA LOS PAGOS RETROACTIVO DE LA CARRERA MAGISTERIAL, QUE SE NOS NEGÓ, LOS AUMENTOS OTORGADOS POR LOS GEBERNADORES, QUE TAMPOCO SE NOS DIO, POR LA LEY DE QUIEBRA, PROMESA TÍTULO III.

d. Y LOS AUMENTOS QUE SURJAN POSTERIORES A LA IMPLANTACIÓN DE LA LEY 53-2021, (PAD), Y AUMENTOS DE POLÍTICA PÚBLICA, PRESENTADOS POR LAS RAMAS POLÍTICAS DEL GOBIERNO DE PUERTO RICO.

e. ASIGNACIÓN DE FONTOS AL MUNICIPIO DE CEIBA, DE $ 4 MILLONES, DE PARTE DE: LA AGENCIA FEDERAL PARA EL MANEJO DE EMERGENCIAS (FEMA), CON EL PROPÓSITO DE RECONSTRUIR LA ESCUELA ELEMENTAL LUIS MUÑOZ MARÍN, (PRECENCIA, PÁG 6, 4 AL 10 NOV. 2021).

f. TAMBIÉN EL HON. GOBERNADOR IDENTIFICÓ $600 MIL DE FONDOS FEDERALES BAJO EL PROGRAMA ESSER PARA REPARAR EL TECHO DEL PLANTEL DE LA ESCUELA ELEMENTAL LUIS MUÑOZ MARÍN, (PRESENCIA PÁG. 6, 4 AL 10 NOV, 2021).

E. GOBIERNO FIRMA ACUERDOS CON ALCALDES DE HUMACAO Y VIEQUES, (PRESENCIA PAG. 8, 4 AL 10 NOV. 2021).

a. LOS ACUERDOS GARATIZAN QUE LOS MUNICIPIOS PUEDAN RETENER LOS INGRESOS SUFICIENTES PARA SOSTENER SUS OPERACIONES. (PRESENCIA, PÁG. 8, 4 AL 10 DE NOV. 2021).

b. EL PROGRAMA (PADC) CUENTA CON PRESUPUESTO DE $300 MILLONES DE FONDOS FEDERALES. ESTOS FONDOS PROVIENEN DE: CDBG-DR (DESARROLLO Y REVITALIZACIÓN ECONÓICA POST DESASTRE) OTORGADOS A LA ISLA LUEGO DE LOS EMBATES DE LOS HURACANES IRMA Y MARÍS EN 2017. (PERIODICO PRIMERA HORA, PÁG. 8, MARTES 21/SEP.2021).

c. HON. JUEZ: CITO "EL SECRETARIO DEL DEPARTAMENTO DE LA VIVIENDA, WILLIAM RODRÍGUEZ, ASEGURÓ QUE LA AGENCIA BUSCA LA FORMA DE QUE SE FLEXIBILICEN LOS REQUISITOS DEL PROGRAMA DE ASISTENCIA DIRECTA AL COMPRADOR (PADC), EL CUAL ESTA DIRIGIDO PERSONAS QUE COMPRAN POR PRIMERA VEZ UNA VIVIENDA PRINCIPAL PROVEYENDO AYUDA ECONÓMICA A INDIVIDUOS Y FAMILIAS ELEGIBLES PARA CUBRIR LOS GASTOS DE CIERRE Y EL PAGO INICIAL DE LA PROPIEDAD." (PERIODICO PRIMERA HORA, PÁG. 8, MARTES 21/SEP.2021).

F. INGRESO POR EL PROYECTO DE LEY: RECONSTRUIR MEJOR (BUID BACK BETTER ACT), PRESENTADO POR EL HON. SR. PRESIDENTE JOE BIDEN, DICHO PROYECTO EXTENDERÍA A PUERTO RICO EL SEGURO SOCIAL SUPLEMENTARIO A PARTIR DE 2024. (EL VOCERO, PÁG. 12, LUNES 1 NOV. 2021).

a. SEGÚN EL ECONOMISTA JOSÉ CARABALLO CUETO, EL PROGRAMA DEL SSI AYUDARÁ A LOS SECTORES MÁS NECESITADOS.

LAS OPERACIONES GUBERNAMENTALES, QUE SON DELITOS DE MODALIDAD GRAVE". CIERRO LA CITA.

g. EL EXREPRESENTANTE NOVOPROGRESISTA RAMÓN RODRÍGUEZ RUIZ, APRENTEMENTE CREO DOS ORGANIZACIONES SIN FINES DE LUCRO, PARA ESTAFAR LA COMISION ESPECIAL CONJUNTA DE FONDOS LEGISLATIVOS, PARA IMPACTO COMUNITARIO.

h. LAS ENTIDADES CREADAS FUERON: LAZOS DORADOS DE AMOR Y FUTUROS DEPORTISTAS. HON. JUEZ, ESTOS HECHOS DAN VERGÜENZA. PERO ÉSTA ES LA REALIDAD EN LAS RAMAS POLÍTICAS DE PUERTO RICO. ÉSTE EXREPRESENTANTE CREO APARENTEMENTE ENTIDADES FRAUDULENTAS Y OTROS EXREPRESENTANTES Y EXLEGISLADORES CREAN APARENTEMENTE NÓMINAS DE EMPLEADOS FANTASMA, PARA LLEVARSE EL DINERO.

i. HON. JUEZ TAYLOR - SWAIN, RESPETUOSAMENTE PRESENTO Y SOLICITO QUE LA JUNTA DE CONTROL FISCAL ESTABLESCA BAJO LA LEY 53-2021 (PAD), LA PROYECCIÓN DE RECORTES DE SALARIOS A:

   1. LOS EMPLEADOS DIRECTIVOS DE LUMA QUE DEVENGAN UN SALARIO DE $200,000 A $500,000.

   2. LOS EMPLEADOS DE LA CÁMARA DE REPRESENTANTES, LOS CUALES TIENEN UNA NÓMINA DE $ 1,474.956.80 MENSUAL PARA SOLAMNETE 501 EMPLEADOS. Y DONDE EL AYUDANTE DEL PRESIDENTE CAMERAL, SE GANA $10,000.00 MENSUALES. MIENTRAS QUE UN MAESTRO DE ESCUELA CON MUCHO MAS PREPARACION EN LA MAYORIA DE LOS CASOS SOLO NOS GANAMOS $1,500.00 MENSUALES.

   3. LOS EMPLEADOS DEL SENADO QUE SU SALARIO FLUCTUA ENTRE $110,663. PARA SU PRESIDENTE Y $73,795.04 PARA UN SENADOR INDEPENDIENTE.

   4. HON. JUEZ TAYLOR -SWAIN, RESPETUOSAMENTE PRESENTO Y SOLICITO QUE LA JUNTA DE CONTROL FISCAL ESTABLEZCA BAJO LA LEY 53-2021 (PAD) UNA TABLA JUSTA SALARIAL. Y DE ACUERDO A LAS TABLAS QUE REPRESENTAN LOS SALARIOS POR EL ESFUERZO DE SU PRODUCTIVIDAD LABORAL, PARA ESTOS EMPLEADOS, QUE SE ESTÁN LUCRANDO, Y LA ISLA SIGUE CON UNA INFRAESTRUCTURA TERCER MUNDISTA.

   5. ÉSTA TABLA SALARIAL SE DEBE CONSTRUIR DE ACUERDO AL DEPARTAMENTO DEL TRABAJO DE PUERTO RICO.

   6. HON. JUEZ TAYLOR -SWAIN, RESPETUOSAMENTE PRESENTO Y SOLICITO QUE LA JUNTA DE CONTROL FISCAL ESTABLEZCA BAJO LA LEY 53-2021 (PAD) "CONTROL ABSOLUTO" SOBRE LAS CONDICIONES PARA APROBAR LA

OFERTA, VENTA Y EMISIÓN DE LOS NUEVOS BONOS DE OBLIGACIÓN GENERAL.

7. QUE LA JUNTA DE CONTROL FISCAL BAJO LA LEY 53-2021 (PAD) DESPLACEN EN SU TOTALIDAD Y MANTENGAN AL MARGEN A LAS RAMA POLÍTICAS, EN CONTRATOS QUE INICIEN DESDE $1MILLÓN DE DÓLARES. QUE EVALUE TODA TRANSACCIÓN DE COMPRA VENTA DE ACTIVOS DE LA ISLA Y CONTRATOS CON EMPRESAS TANTO ESTADOUNIDENSES COMO FORÁNEAS.

8. HON. JUEZ TAYLOR -SWAIN, ANTE LA PRESENTACIÓN DE HECHOS QUE HE SOMETIDO, RESPETUOSAMENTE PRESENTO MI MOCIÓN PARA OBJETAR A LA CONFIRMACIÓN DEL PLAN (PAD) LEY 53-2021, SI ÉSTE PAD, DEJA AL DESCUBIERTO LAS GARANTÍAS DEL MAESTRO PENSIONADO, DE RECIBIR SUS AUMENTOS SALARIALES Y SU PENSIÓN DE POR VIDAD, DERECHO ADQUIRIDO BAJO LA POLÍTICA PÚBLICA, DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO.

9. HON. JUEZ TAYLOR -SWAIN, ANTE LA PRESENTACIÓN DE HECHOS QUE HE SOMETIDO, RESPETUOSAMENTE SOLICITO QUE SE ME ENVÍE NOTIFICACIONES DEL PROCESO, SU INICIO, DURANTE, DESARROLLO Y EVALAUACIÓN FINAL DE LA IMPLANTACIÓN DE LA LEY 53-2021(PAD), POR LA JUNTA DE CONTROL FISCAL.

10. HON. JUEZ: TAMBIÉN DESEO QUE SE ME ENVÍE EL PROCESO DEL INFORME, EN EL IDIOMA ESPAÑOL E INGLÉS.

POR TODO LO CUAL, LA PARTE PETICIONARIA MUY REPETUOSAMENTE SOLICITA AL HON. LAURA TAYLOR SWAIN, JUEZ, DEL TRIBUNAL DE DISTRITO DE ESTADOS UNIDOS, QUE TOME CONOCIMIENTO D LO ANTERIOR, Y DECLARE CON LUGAR LA MOCIÓN DE:
MOCIÓN PARA QUE SE CONSIDERE MI OPOCIÓN EN UNOS PUNTOS   Y/O ARTÍCULOS DE LA   LEY 53-2021, "OCTAVO PLAN DE AJUSTE DE DEUDA DE PUERTO RICO", PRESENTADO POR LA JUNTA DE  CONTROL FISCAL.

CORDIALLY

MARÍA A. CLEMENTE-ROSA, P.H.D., M.P.H

CONDOMINIO ASTRALIS 9546
CALLE DÍAZ WAY
 APT 311 TORRE # 6
CAROLINA, PR. 00979

## 22/ PUERTO RICO HOY

**EL NUEVO DÍA** • elnuevodia.com

SÁBADO
6 de noviembre de 2021

### POR INCUMPLIMIENTO DEL DEBER

# Exlegislador se declara culpable

Ramón Rodríguez Ruiz hizo una alegación que le permitirá cumplir su sentencia en probatoria

**WILMA MALDONADO ARRIGOITÍA**
wilma.maldonado@gfrmedia.com
Twitter: @WilmaMaldonadoA

El exrepresentante novoprogresista **Ramón Rodríguez Ruiz** hizo ayer alegación de culpabilidad por dos cargos de incumplimiento en el deber ante la jueza **Eloína Torres Cancel** en el Centro Judicial de San Juan.

Rodríguez Ruiz estaba acusado originalmente de fraude e intervención indebida en las operaciones gubernamentales, que son delitos de modalidad grave.



Ramón Rodríguez Ruiz, exrepresentante novoprogresista

No obstante, tras llegar a un acuerdo con los fiscales especiales independientes **Cándida Sellés** y **Manuel Núñez Corrada** se reclasificaron los delitos imputados al de incumplimiento del deber, en su modalidad menos grave.

Ese delito tiene una pena de seis meses de cárcel, que pueden cumplirse bajo probatoria. Los fiscales solicitaron a la jueza que imponga la pena de manera consecutiva para un total de un año, explicó la presidenta del Panel sobre el Fiscal Especial Independiente, **Nydia Cotto Vives**.

Además, Rodríguez Ruiz pagará $10,000 por costos del proceso.

La jueza Torres Cancel requirió un informe presentencia antes de la vista de lectura de sentencia señalada para el 14 de enero de 2022.

En febrero de 2018, el entonces legislador del Partido Nuevo Progresista (PNP) fue expulsado de la Cámara de Representantes por presuntamente agredir a la directora de su oficina **Soniel Torres Suárez**. La mujer de 34 años de edad presentó una querella contra el entonces legislador, pero luego la retiró.

Posteriormente, se supo que el exrepresentante había creado empresas sin fines de lucro fantasmas con el interés de obtener donativos legislativos. Torres Suárez lo ayudó en esa gestión y fue acusada junto a su exjefe por esos hechos.

Torres Suárez era la directora ejecutiva de la Comisión de Desarrollo de la Región Centro-Sur, que presidía Rodríguez Ruiz. No obstante, según testimonios que desfilaron en la vista preliminar, gran parte del esfuerzo de la funcionaria se concentró en lograr que se otorgaran fondos legislativos a las entidades fantasmas.

El año pasado, Torres Suárez se declaró culpable y fue sentenciada a una pena más severa que la que se expone su exjefe. Torres Suárez fue condenada a siete años de prisión, la que cumple bajo probatoria.

Las entidades creadas por Rodríguez Ruiz fueron Lazos Dorados de Amor y Futuros Deportistas. Los Fiscales Especiales Independientes le imputaban también el uso de las computadoras del Capitolio para crear estas organizaciones que solo existían en papel.

La Comisión Especial Conjunta de Fondos Legislativos para Impacto Comunitario aprobó un donativo de $4,000 para Lazos de Amor y $8,000 a Futuros Deportistas, a pesar de que no cumplieron con los requisitos que se les exigían. Los fondos no llegaron a desembolsarse cuando se supo que las dos organizaciones fueron creadas por Rodríguez Ruiz.

¿Por qué esperar a diciembre?

APPENDIX A

APÉNDICE  A

> VIERNES, 15 DE OCTUBRE DE 2021  | el

# Junta fiscal cambia su postura sobre las pensio

> La propuesta de cero recorte a los pensionados debe pasar el cedazo de la juez Swain


**Carlos Antonio Otero y Yaritza Rivera Clemente**
> cotaro@elvocero.com
> Yrivera@elvoceroo.com

La Junta de Control Fiscal le extendió una rama de olivo al gobernador Pedro Pierluisi y a los líderes legislativos al consignar que no se opondrá a la legislación que evita el recorte a las pensiones de los empleados públicos, pero dejó claro que este cambio de postura está condicionado a que pongan en vigor "una legislación aceptable".

Con el precedente cercano de la decisión de la juez Laura Taylor Swain, quien el miércoles anuló la Ley 7 de Retiro Digno —que disponía cero recortes a los pensionados— la junta fiscal indicó ayer que no objetará que pueda haber enmiendas al Proyecto 1003 de la Cámara de Representantes (PC-1003) que viabiliza el Plan de Ajuste de Deuda (PAD) y crea la Ley para Ponerle Fin a la Quiebra de Puerto Rico.

Ese proyecto —que habilita la emisión de deuda para cumplir con el acuerdo de la junta fiscal con 70% de los acreedores de la deuda pública de la Isla— incluye lenguaje de cero recortes a los pensionados, lo cual



El domingo está pautada la reunión entre la Junta de Control Fiscal y su presidente David Skeel, con el ejecutivo y los líderes legislativos. >Archivo / EL VOCERO

sionados "no se extiende a la congelación en el Plan de las Pensiones del SRM (Siste-

indicó que el cambio de la junta fiscal "abre las puertas para una recuperación social"

junta finalmente desista de recor

La ac
de la
Contr
a nue
reclar
de fo
balan
estab
un co
dram
la pro
origin
cual
todo
en lo
nece

**Rafa**
**Hern**
presid
Cámar
Repre

66

# Sometido el octavo Plan de Ajuste de Deuda

## ▶ Mientras el gobernador y legisladores sostienen defensa de la Ley 53



**Eric De León Soto
y Ayeza Díaz Rolón**

>edeleon@elvocero.com
>adiaz@elvocero.com

Aunque la Junta de Control Fiscal formalmente eliminó del Plan de Ajuste de Deuda (PAD) el recorte mensual de 8.5% a las pensiones mayores de $1,500 mensuales, todo apunta a que los pensionados del gobierno ya no tendrán derecho alguno a recibir aumentos y por tanto la expectativa es que el valor de este beneficio se reduzca ante un panorama económico que augura aumentos en precios.

Eso es lo que se desprende del documento presentado por la junta para la consideración de la jueza federal Laura Taylor Swain, quien inicia el lunes las vistas de confirmación del octavo PAD.

Por una parte, la junta fiscal formalizó la eliminación del recorte mensual del PAD para no perjudicar la transacción de bonos que persigue la recién aprobada Ley 53. Pero -por otra parte- también eliminó la cláusula de restauración de beneficios, la cual disponía que los pensionados hubiesen tenido derecho al 10% de un superávit presupuestario mayor de $100 millones, pagados de forma prorrateada.



La directora ejecutiva de la Junta de Control Fiscal, Natalie Jaresko, sometió a la jueza federal Laura Tayor Swain el controvertible documento. >Archivo / EL VOCERO

pero si registran un superávit de al menos $1,750 millones, esa contribución mínima deberá aumentar por el 50% del superávit proyectado.

de pensiones de los maestros y jueces, incluyendo la posible congelación propuesta por la junta. Es la junta quien va a tener que litigar ese asunto ante el Tribunal Federal",

cia del Senado, Luis Vega Ramos, dijo que la política de cero recortes a las pensiones "fue el compromiso del Legislativo y del Ejecutivo. Hay otros asuntos que la jueza va a tener que aquilatar en el proceso de recibir prueba de todas las partes".

Vega Ramos, quien representó al Senado en la vista urgente que convocó la jueza Swain el pasado 25 de octubre ante los desacuerdos que hubo en la Legislatura para aprobar el proyecto 1003 (hoy Ley 53), señaló que "la instrucción (del Senado) es que tenemos que estar pendientes cercanamente a lo que está pasando en el proceso. Ya la jueza nos citó en una ocasión a comparecer como Senado y de ser necesario ir nuevamente será una decisión que se tomará bajo la instrucción del presidente (Dalmau)".

"En este momento estamos en la expectativa de que la interpretación legislativa de la ley (53) se sostenga", añadió.

Por su parte, Jesús Santa, presidente de la Comisión cameral de Hacienda, indicó que "el PAD incluye todo lo propuesto en la Ley 53. Hay gente que quiere incluir cosas que no está ahí".

"El proyecto originalmente decía un lenguaje sobre la congelación de las pensiones. No era un lenguaje positivo ni negativo. Sin embargo, los gremios nos pidieron que se eliminara el lenguaje y por eso la Ley 53 no incluye nada sobre el congelamiento de las pensiones", aclaró Santa.

Destacó que el PAD que estará ante la jueza Swain "no va en contra de la Ley 53, y en cuestión de lo que dice no estoy de acuerdo con la congelación de las pensio...

La directora ejecutiva de la junta de Control Fiscal, Natalie Jaresko, sometió a la jueza federal Laura Tayor Swain el controvertible documento. >Archivo / EL V...

bonos que persigue la recién aprobada Ley 53. Pero -por otra parte- también eliminó la cláusula de restauración de beneficios, la cual disponía que los pensionados hubiesen tenido derecho al 10% de un superávit presupuestario mayor de $100 millones, pagados de forma prorrateada.

El ente fiscal también presentó los documentos suplementarios al plan enmendado y declaraciones actualizadas de su directora ejecutiva, Natalie Jaresko. De su declaración se desprende que la eliminación de los recortes a las pensiones sumará $87 millones adicionales a las obligaciones por ese concepto por los próximos 10 años, lo que representa menos del 1% del presupuesto proyectado en el plan fiscal certificado para ese plazo.

A partir de 2031, esa obligación bajaría a aproximadamente $69 millones y desde 2043 en adelante sería de $40 millones. Jaresko insiste en que no anticipa que las pensiones se afecten con la confirmación del PAD y que habilitarán un fideicomiso de reserva para garantizar el pago de pensiones en caso de que el gobierno entre en déficit y no pueda cumplir con estos pagos.

Según el octavo PAD, esta reserva entra en vigor con la confirmación del PAD y un pago de $5 millones que el gobierno tendrá que depositar para financiar los gastos administrativos para mantener este fideicomiso. Cada año, por los próximos 10 años, el gobierno deberá depositar como mínimo $175 millones para cubrir las pensiones,

pero si registran un superávit de al menos $1,750 millones, esa contribución mínima deberá aumentar por el 50% del superávit proyectado.

En su declaración, Jaresko estima que en ese periodo de 10 años el fideicomiso acumularía $2,400 millones, pero al incluir una tasa de 4.5% de retorno de inversión que generaría esa reserva, esa cuantía se acercaría a los $3,100 millones para 2031.

"El separar estos fondos adicionales es consistente con el mandato de la Junta bajo la ley Promesa para proveer financiamiento adecuado para las pensiones", reza la declaración de Jaresko.

### Al terreno de la jueza Swain las enmiendas

Ante el rechazo que mantienen sectores de pensionados del gobierno y políticos al PAD enmendado, al entender que no atiende de varios de los reclamos para garantizar beneficios a los jubilados, el gobernador Pedro Pierluisi dijo a este medio que es la junta fiscal a la que tiene que litigar los asuntos, como el de la congelación de las pensiones.

"La legislación que autoriza la emisión de los bonos reestructurados condicionó su vigencia a que la junta enmiende el PAD para eliminar los recortes a las pensiones. Esa legislación no autorizó ni le dio el visto bueno a la posible reforma de los sistemas

de pensiones de los maestros y jueces, incluyendo la posible congelación propuesta por la junta. Es la junta quien va a tener que litigar ese asunto ante el Tribunal Federal", expresó el primer ejecutivo en declaraciones escritas.



> La legislación que autoriza la emisión de los bonos reestructurados condicionó su vigencia a que la junta enmiende el PAD para eliminar los recortes a las pensiones. Esa legislación no autorizó ni le dio el visto bueno a la posible reforma de los sistemas de pensiones de los maestros y jueces, incluyendo la posible congelación propuesta por la junta. Es la junta quien va a tener que litigar ese asunto ante el Tribunal Federal.

**Pedro Pierluisi**
gobernador

Para lograr un acuerdo y darle paso a la Ley 53, que habilita el PAD y crea el marco legal para futuras emisiones de bonos, se requirió el consenso entre el gobernador y los presidentes legislativos José Luis Dalmau y Rafael "Tatito" Hernández, del Senado y la Cámara, respectivamente.

El asesor legal de la Oficina de Presiden-

te, en un lenguaje positivo ni negativo. Sin embargo, los gremios nos pidieron que se eliminara el lenguaje y por eso la Ley 53 no incluye nada sobre el congelamiento de las pensiones", aclaró Santa.

Destacó que el PAD que estará ante la jueza Swain "no va en contra de la Ley 53, y en cuestión de lo que dice no estoy de acuerdo con la congelación de las pensiones, pero quiero plantear que cualquier cambio que tenga que ver con las pensiones tiene que legislarse y no veo ambiente para eso. La junta dice que se congelan las pensiones y se cambia a una pensión definida a una aportación, y eso es más para los maestros. Para hacer ese cambio tienen que enmendar la ley, no se hace por una decisión judicial".

A juicio del abogado de quiebras Rolando Emmanuelli, al combinarse las enmiendas con la eliminación de los aumentos por costo de vida y la congelación de todas las pensiones, el resultado final es una pensión que perderá valor en la medida que pasan los años y aumenta el costo de vida para los servidores del sector público. Agregó que en la medida que el PAD cierra la puerta a proveer un alivio a largo plazo para los pensionados, del mismo modo la Legislatura se queda sin remedio al ya haber legislado la eliminación de esos recortes.

"En términos de las pensiones generales no hay oportunidad de aumento a la pensión. La legislatura tiene las manos atadas para actualizar las pensiones por costo de vida", indicó Emmanuelli.

# 4 TUSNOTICIAS

# VEÍA VENIR LA ANULACIÓN DE LA LEY DEL RETIRO DIGNO

Gobernador analizará si apela la determinación de la jueza federal Laura Taylor Swain

**FRANCES ROSARIO**
frances.rosario@gfrmedia.com

**GURABO.** El gobernador Pedro Pierluisi reconoció ayer que la Ley de Retiro Digno, en la cual se creaba un fideicomiso para que fuesen los mismos jubilados del gobierno quienes administraran su retiro,

claramente reñidos con el Plan Fiscal certificado por la Junta (de Supervisión Fiscal, JSF)".

Sin embargo, dijo que lamenta que no se haya reconocido el derecho de los pensionados a un retiro digno.

"Básicamente, (la ley) rechaza el Plan de Ajuste, los térmi-



**LEY PROMESA.** La jueza Laura Taylor Swain favorece el reclamo de la Junta de Supervisión Fiscal que alega que la Ley 7 es inconsistente con el Plan Fiscal. Archivo



66 **Lo importante para todos es mantenernos firmes en cero recortes para las pensiones,**

si el gobierno apel
sión de Taylor Swa

Dijo que revisar
minación con el e
para determinar
seguir.

"Reitero que lo
para todos es man
mes en cero recor
pensiones, mante
mes en que no se
una emisión de
tructurados si exis
rimiento de que h
a las pensiones pú
tualizó Pierluisi.

Expresó, ademá
canzarse el fin d
criolla se le podr
ciente final a los
que la amenaza d
a sus pensiones
Esto se lograría
reestructure la de

"Tan pronto la
de atrás, los días d
tán contados y, c
bierno retome el
administración,
tal de la adminis
honrar ese comp
yo he hecho a nor
el pueblo de Pue
todos los pens

jubilados del gobierno quienes administraran su retiro, estaba destinada a ser anulada, como lo determinó la jueza federal Laura Taylor Swain, ya que chocaba en contra de lo dispuesto en el Plan Fiscal y la Ley Promesa.

Por tal razón, dijo que no le sorprendía la determinación judicial y descansó en el fin de quiebra criolla como principal herramienta del gobierno para evitar futuros recortes de las pensiones.

Según explicó, la Ley de Retiro Digno, "tenía varios componentes, algunos que estaban

za el Plan de Ajuste, los términos económicos del Plan de Ajuste que ha sometido la Junta. También impedía que Aafaf (Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico) coordinara sus trabajos en vías de lograr la reestructuración de la deuda con la Junta de Supervisión. En esas áreas que estoy mencionando es que la ley era claramente inconsistente con el Plan Fiscal certificado por la Junta y con la propia ley Promesa. Así yo lo indiqué cuando firmé la ley (de Retiro Dig-

no), si se recuerdan".

"Cuando yo firmé esa ley, yo dije: 'La estoy firmando, porque reafirma el compromiso de todos en cuanto a que no hayan recortes a pensiones. Pero, reconocí que la ley era inconsistente con la ley Promesa

y con el Plan Fiscal certificado por la Junta. Por eso, les acabo de decir, no me sorprende la decisión de la juez", agregó.

Taylor Swain favorece el reclamo de la JSF que alega que la Ley 7 es inconsistente con el Plan Fiscal y en consecuencia

impide y anula el propósito de la Ley Promesa, y que también entorpece y limita la capacidad del ente regulador de negociar acuerdos con acreedores y cumplir con las disposiciones de la Ley Promesa.

El gobernador no supo decir

> recortes para las pensiones, mantenernos firmes en que no se va a hacer una emisión de bonos reestructurados si existe un requerimiento de que haya recortes..."

**PEDRO PIERLUISI** / GOBERNADOR

# CONVOCAN A DETENER EL PLAN DE AJUSTE

Organizaciones anuncian manifestación masiva para el 18 de octubre en el Capitolio

## NYDIA BAUZÁ
nydia.bauza@gfrmedia.com

Justo cuando se daba a conocer ayer la decisión de la jueza Laura Taylor Swain de anular la Ley de Retiro Digno, un frente integrado por organizaciones obreras, estudiantiles, magisteriales, profesionales, comunitarias, culturales y de pensionados convocó al pueblo a detener "en la calle" el Plan de

Ajuste de la Deuda (PAD).

Las organizaciones y gremios anunciaron que continuarán con su cabildeo en las oficinas de los legisladores en contra del PAD y del Proyecto de la Cámara 1003 y convocaron para el lunes próximo a las 10:00 a.m. a una manifestación frente al ala norte de la Casa de las Leyes.

Los líderes de la sociedad civil denominaron las manifestaciones como "Jornada contra el

honrar ese
yo he hecho
"el pueblo d
todos los
nuestro gob

Dejó claro
so es "honra
siones públi

"Sé que var
cursos para
esta decisió
ese compror
enfocamos e
so inquebran
go como go
apoyo de, prá
el liderato en
vez, pues, de
legales", esti
ejecutivo.

tumbe" y exho
dañía a partici
contra el dese
Energy, que se
des sociales, p
las 5:00 p.m., e
Américas, en l

"La Asamb
que supone s
presentativo
Puerto Rico, s
para el peor tu
historia. Lo q

TUS NOTICIAS   facebook.com/primerahora   @primerahora

Jueves, 14 de octubre de 2021   PRIMERA HORA

# DESCRIBEN QUE LA LEY 7 "ERA JUSTA, PERO ERA ILUSA"

Experto en derecho considera que, aunque se puede apelar ese fallo, es poco probable que cambie la situación

**OSMAN PÉREZ MÉNDEZ**
osman.perez@gfrmedia.com

El fallo de la jueza federal Laura Taylor Swain que dispone que la Ley 7 de Retiro Digno, para todos los efectos prácticos, "no se puede ejecutar", y deja pocas opciones para el gobierno y la Legislatura en su intento por hacer justicia a los pensionados, según explicó el profesor Carlos E. Ramos González, de la Facultad de Derecho de la Universidad Interamericana.

"Esa era la decisión que muchos esperábamos desde un punto de vista de estricto derecho. (La ley) Promesa es clara. Y el plan de ajuste (fis-



## DACO interviene con importadores de gasolina

Primera Hora

El Departamento de Asuntos del Consumidor (DACO) ordenó a Sol de Puerto Rico, Total, Puma, Peerless y Best Petroleum acreditar por qué



**FUE EN SEPTIEMBRE**

La agencia ordenó a ci empresas a justificar po qué no se reflejó una baja importante el precio de gasolina.
Archivo

**❝ Vamos a estar pendientes de la evidencia que remitan las**



**PLAN DE AJUSTE.** El profesor Ramos explicó que la anulación de la Ley 7 fortalece a la Junta de Supervisión Fiscal. Archivo

punto de vista de estricto derecho. (La ley) Promesa es clara. Y el plan de ajuste (fiscal) está corriendo y ella (la jueza Swain) tiene una fecha encima (8 de noviembre, para atender el plan de ajuste fiscal)", comentó Ramos a Primera Hora sobre la determinación de la jueza que está a cargo del caso de la quiebra de Puerto Rico en el tribunal federal.

Sostuvo que, aunque la Ley 7 se hizo "siguiendo sin duda alguna los mejores intereses de los retirados", se aprobó como un reto a Promesa, y así se refleja en la decisión de la jueza Swain, donde explica que tanto el gobernador Pierluisi como los presidentes legislativos reconocen que chocaba con Promesa.

"Eso se hizo por razones de justicia, acompañada por razones de política y por la pretensión de que se fortalecía la posición del gobierno ante la Junta de Supervisión (Fiscal). Pero no ha sido así. La Junta ha estado muy segura del poder que le da Promesa. Y acudió al tribunal contra el gobierno y la Legislatura, y para todos los efectos la Ley 7 es nula", afirmó.

El profesor sostuvo que esta decisión es "otro mensaje" más sobre cómo se está manejando el complicado proceso de quiebra de Puerto Rico, bajo una ley que la misma jueza Swain reconoce que es extraña.

"Aquí es la Junta de Supervisión quien radica la quiebra y representa a Puerto Rico ante el tribunal, por imposición del Congreso, bajo la ley Promesa que es perversa como Cláusula Territorial. Y entonces, nuestro representante ante el proceso de quiebra, reta al gobierno porque lo entorpece y logra que se anule la ley", agregó.

Ramos comentó que, aunque se ha tratado de plantear que Promesa en su conjunto es anticonstitucional, en este caso "no hay controversia constitucional. Eso no ser retó. Era solo la interpretación de una ley, y si lo que se hizo era contrario a esa ley (Promesa)".

"Y tan claro estaba el gobierno, y también los presidentes

> **"Es una cadena que te la sueltan o la recogen cuando quieren. La soltaron en el 52, la soltaron cuando permitieron la triple exención contributiva, pero cuando quieren la aprietan como lo hicieron con Promesa"**
>
> **CARLOS E. RAMOS GONZÁLEZ**
> PROFESOR DE DERECHO

legislativos que sabían que era contrario a Promesa. Así que, si era para negociar, para crear presión, pues al menos la presión por ahí no va a ir", opinó.

Agregó que la decisión "fortalece a la Junta de Supervisión. Una vez más la jueza le da la razón, citando decisiones de ella misma del (Primer) Circuito (de Apelaciones) de Boston".

"No critico que aprobaran la Ley 7, era justa, pero era ilusa frente al poder del Congreso. Es duro y doloroso, no solo para los pensionados, sino para todos porque lo que hace es restregarnos una vez más la territorialidad. Es una cadena que te la sueltan o la recogen cuando quieren. La soltaron en el 52, la soltaron cuando permitieron la triple exención contributiva, pero cuando quieren la aprietan como lo hicieron con Promesa".

del Consumidor (DACO) optal, Puma, Peerless y Best Petroleum acreditar por qué ciertos períodos de baja en precios en el mercado de referencia no se reflejaron en los precios en que vendieron el combustible a nivel local.

Las cinco empresas importadoras de gasolina tienen hasta el mediodía de lunes, 18 de octubre, para cumplir con el requerimiento, el cual "surge como resultado de un hallazgo preocupante, identificado como parte del monitoreo mensual que realiza la División de Estudios Económicos del DACO", según explicó el secretario, Edan Rivera Rodríguez, en declaraciones escritas.

El funcionario detalló que "el monitoreo nos permite contrastar la información de precios que someten los importadores de gasolina con aquella del mercado de referencia. Si bien, al momento, no está en vigor una congelación de precios, esto es algo que hacemos todos los meses, precisamente para evaluar si procede algún tipo de intervención".

Rivera precisó que "como parte del monitoreo de octubre, identificamos que, en septiembre, los precios en Puerto Rico subieron en respuesta al comportamiento del mercado

> **"...las evidencia, que remitan las empresas con las que estamos interviniendo"**
>
> **EDAN RIVERA RODRÍGUE[Z]**
> SECRETARIO DEL DAC[O]

de referencia. No obstant cuando los precios bajaron, reducción no se reflejó a niv local. En lo que va del año es primera vez que nos encontra mos con esta situación; y, pr cisamente por ello, tomamo acción inmediata, para asegu rar que algo así no se repita".

"Somos conscientes de qu los precios a nivel local está sujetos a las fluctuaciones d mercado de referencia. Per no puede ser que, de momer to, se pretenda que esas fluc tuaciones se reflejen solo en e alza; ignorando las bajas. Esta mos hablando de un product de primera necesidad; y, po ello, seguiremos activos, ve lando porque no se dé ningú tipo de irregularidad", enfati zó Rivera.

El secretario se expresó con fiado en que la pronta inter vención con la anomalía iden tificada impida que la misma se repita.

TUS NOTICIAS    ● facebook.com/primerahora    ● @primerahora    Jueves, 4 de noviembre de 2021    PRIMERA HORA

# PRESIDENTE DE LA CÁMARA NEGOCIARÁ REFORMA LABORAL

## Rafael "Tatito" Hernández se reunirá con el Gobernador antes de llevar la medida a votación

A BAUZÁ
bauza@gfrmedia.com

Presidente de la Cámara, Ra "Tatito" Hernández Mon z, dijo que ayer que busca reunión con el goberna Pedro Pierluisi Urrutia an e llevar a votación la últi versión del proyecto de en endas a la llamada Reforma oral, elaborada en un co é de conferencias de ambos rpos legislativos.

ernández Montañez tam n indicó que el caucus po ar en el Senado discutirá "las alternativas". Dijo que a él los puntos más contro siales son cuatro: "la paga le, que está en dos seccio , en el exceso de 10 horas y unos días específicos pun les; el período probatorio ique, "ahí se puede llegar a *happy medium*" y el térmi de cinco años de prescrip n para las demandas".

Para mí, si llegamos a un erdo en eso podríamos te los votos", indicó el Presi nte de la Cámara a preguntas periodistas en el Capitolio. Pierluisi ha dicho que favore que el período probatorio a de seis meses y no de nue , como dispone la ley en la tualidad, pero no respalda s enmiendas que buscan au entar la paga actual de tiem y medio por paga doble al ríodo de trabajo en exceso a s ocho horas diarias, en días

de descanso y en el período de tomar alimentos.

El presidente cameral dijo que Domingo Torres, presiden te de la Comisión de lo Jurídico de la Cámara, le presentó el martes un informe del presiden te del Senado, José Luis Dal mau Santiago, de cómo había quedado redactada la medida en el comité de conferencias.

Indicó también que esperaba discutir ayer con Torres las re comendaciones de lo que sería viable. "Dejándome llevar por lo que he escuchado del propio gobernador, tenemos que pen sar que en un sistema republi cano de gobierno alguien tiene que firmar (el proyecto de ley). Primero hay que entender có mo se aprobó la medida, lo que salió de Cámara fue modifica do y el comité de conferencias está buscando conciliar una forma más balanceada, una medida que acoja las iniciati vas del Senado y que sea firma



A BUSCAR VOTOS

**Hernández Montañez sostuvo que los acuerdos garantizarán los votos para aprobar la reforma.** Archivo

> ❝ Queremos aprobarlo y nuestra expectativa es que se apruebe en esta sesión. Eso hay que aprobarlo ahora❞
>
> **DOMINGO TORRES**
> PRESIDENTE COMISIÓN DE LO JURÍDICO DE LA CÁMARA

da por el gobernador.

Indicó que para que la pieza legislativa tenga los votos busca que haya "un balance". Recor dó que la medida de la Cámara, tras ser aprobada en ese cuerpo legislativo, el Senado le intro dujo enmiendas, por lo que fue referida a un comité de confe rencias. El martes, el represen tante Domingo Torres recono ció que como estaba redactada en el comité de conferencias, la pieza de ley no tenía los votos.

"No es un *issue* personal, es más que claro que si alguien ha demostrado una visión de jus ticia a los trabajadores es la Cá mara de Representantes. Que remos aprobarlo y nuestra expe ctativa es que se apruebe en esta sesión. Eso hay que apro barlo ahora", indicó Torres.

Dijo que no tiene cita con el Gobernador. "Con el goberna dor trabajo con un nuevo for mato de julio para acá y ha fun cionado. Espero que en algún momento nos reunamos, dialo gar sobre esos cuatro punti tos a ver por dónde él está; le voy a dar el espacio al Senado. Donde están obviamente los cambios grandes es en el Sena do. Así que nosotros estamos listos para aprobarlo ya", dijo Hernández Montañez.

"Queremos escuchar a las partes, dar espacio al presi dente del Senado y ustedes sa ben que igual que aquí, hay que hacer alianzas. Depen diendo del lenguaje (el presi dente del Senado) va a tener que hacer alianzas con un lado y con el otro. Dependiendo del lenguaje que se acuerde hará alianzas con el Proyecto Digni dad y el Movimiento (Victoria Ciudadana) o hará alianzas con el Partido Nuevo Progre sista", sostuvo.

Agregó que en la Cámara "los votos están" y dijo que también discutiría los cuatro puntos con el portavoz del PNP en la Cáma ra, Carlos "Johnny" Méndez.



**SE REÚNEN ESTE MES.** Pierluisi indicó que mantiene conversaciones con la JSF para atender la situación. Archivo

**PRIMERA HORA** Jueves, 4 de noviembre de 202
facebook.com@primerahora     @tusnoticias.p

# Hablan sobre reclamos de los policías

**BÁRBARA J. FIGUEROA ROSA**
barbara.figueroa@gfrmedia.com

El gobernador Pedro Pierluisi aseguró ayer que "hay conversaciones" con la Junta de Supervisión Fiscal (JSF) a fin de atender el reclamo de los policías de Puerto Rico que buscan que se les garantice por ley un retiro digno.

A preguntas de la prensa, el Primer Ejecutivo sostuvo, incluso, que el tema del retiro de los policías será prioridad en una reunión que se llevará a cabo el 18 de noviembre con el en-

cual pretendía revertir algunos de los recortes que les aplicaron a las pensiones anuales de los jubilados de la agencia, lo cierto es que la JSF detuvo ese proyecto al considerar que incumplía con el Plan Fiscal certificado.

"La Ley 81 básicamente está bloqueada... la Junta ha objetado su implantación y tiene el poder para hacerlo bajo la Ley Promesa", manifestó.

En cambio, dijo que se están analizando nuevos mecanismos para garantizar a los profesionales de ley y orden sus reclamos, que incluyen la edad

# SACAN DEL LIMBO LABORAL A UNOS 1,855 MAESTROS

Departamento de Educación les otorga probatoria y permanencia luego de décadas de trabajo transitorio

**BÁRBARA J. FIGUEROA ROSA**
barbara.figueroa@gfrmedia.com

Unos 821 maestros transitorios del sistema público de enseñanza cambiaron a un estatus probatorio, mientras que 1,034 educadores recibieron su permanencia, anunció ayer el gobernador Pedro Pierluisi en compañía del secretario interino del Departamento de Educación (DE), Eliezer Ramos.

La noticia a los 1,855 maestros les llegó por voz del primer ejecutivo, quien acudió al Centro de Convenciones para participar de una actividad en el que se les da la bienvenida a educadores del DE de nuevo ingreso. Actualmente, en el sistema edu-



**ESTABILIDAD.** Una participante de la actividad de bienvenida del Departamento de Educación reacciona ante el esperado anuncio. Suministrada

> 66 Hay otros 3,000 sobre los cuales se trabaja para

certificación que les permitirá competir por plazas probatorias", agregó el funcionario.

Asimismo, destacó que "la gran mayoría" de las plazas otorgadas son de "difícil reclutamiento", por lo que representa un alivio para el sistema que anualmente, con cada inicio de semestre escolar, entra en un proceso de convocatoria para llenar este tipo de vacantes.

El grupo de docentes que recibió el cambio de estatus está compuesto por maestros de español, inglés, matemáticas, ciencias, historia, bellas artes, computadora, salud, educación física, administración de empresas, educación agrícola,

saciones" con la Junta de Supervisión Fiscal (JSE) a fin de atender el reclamo de los policías de Puerto Rico que buscan que se les garantice por ley un retiro digno.

A preguntas de la prensa, el Primer Ejecutivo sostuvo, incluso, que el tema del retiro de los policías será prioridad en una reunión que se llevará a cabo el 18 de noviembre con el ente federal.

"Hay conversaciones con la Junta para atender el reclamo de los policías que tienen mayor edad y que están en la fuerza y no han cotizado al Seguro Social en el pasado, pero que sí permanecen en la fuerza policíaca. Cotizando al Seguro Social pudieran estar en mejor posición en su retiro", acotó Pierluisi.

Los beneficios de retiro para los miembros de la Uniformada se han reducido como parte de la reforma a los sistemas de retiro. Los policías apenas comenzaron a cotizar para el Seguro Social el año pasado.

Aunque los cerca de 12,000 policías apoyaban la Ley para Proveer un Retiro Digno para los Miembros del Sistema de Rango de la Policía (Ley 81), la

que a labor detuvo ese proyecto con el Plan Fiscal certificado.

"La Ley 81 básicamente está bloqueada... la Junta ha objetado su implantación y tiene el poder para hacerlo bajo la Ley Promesa", manifestó.

En cambio, dijo que se están analizando nuevos mecanismos para garantizar a los profesionales de la ley y orden sus reclamos, que incluyen la edad de jubilación y la asistencia de un plan médico, entre otros.

¿Está buscándoles un retiro digno?, se le inquirió al Primer Ejecutivo.

"La idea es que tengan un retiro digno y hay muchas maneras de lograr eso. Hay conversaciones con la Junta y la Junta está receptiva. Si hay un sector de servidores públicos que tenemos que asegurarnos que tengan un retiro digno, son los policías... por eso están en primera fila", respondió.

El malestar de los miembros de la Uniformada por la falta de acción ante sus reclamos provocó un paro de labores en el que se ausentaron a su trabajo más de 5,000 efectivos de la Policía durante el pasado fin de semana.

La noticia a los 1,855 maestros les llegó por voz del primer ejecutivo, quien acudió al Centro de Convenciones para participar de una actividad en el que se les da la bienvenida a educadores del DE de nuevo ingreso. Actualmente, en el sistema educativo público hay 26,139 maestros activos.

"El trabajo y la dedicación de nuestros educadores merece todo nuestro apoyo. Hoy otorgamos permanencias a sobre 1,800 maestros que están comprometidos con la educación pública y con ayudar a nuestros estudiantes a superar rezagos, lo que les permitirá seguir adelante en sus estudios y en su vida profesional. Ahora contaremos con un mayor banco de recursos: esto contribuye a un sentido de estabilidad y pertenencia en cada uno de los docentes y, al mismo tiem-



**ESTABILIDAD.** Una participante de la actividad de bienvenida del Departamento de Educación reacciona ante el esperado anuncio. Suministrada

> **66** Hay otros 3,000 sobre los cuales se trabaja para que obtengan programas de certificación y recertificación..."
>
> **ELIEZER RAMOS** / SECRETARIO INTERINO DE EDUCACIÓN

po, se replica en la comunidad escolar para beneficio del estudiantado. Felicitamos a todos los maestros que hoy nos acompañan", les expresó Pierluisi.

Según explicó en un aparte con la prensa el secretario de Educación, entre los maestros beneficiados hay algunos que estuvieron en un periodo probatorio o limbo laboral entre 10 a 20 años.

"Cosas que pasan... pero hoy estamos haciéndoles justicia y dándoles estabilidad a estos maestros que no habían obtenido permanencia", acotó Ramos.

De hecho, adelantó que para mayo de 2022 hay encaminadas otras 1,000 permanencias a educadores.

"Hay otros 3,000 sobre los cuales se trabajan para que obtengan programas de certificación y re-

entra en un proceso de convocatoria para llenar este tipo de vacantes.

El grupo de docentes que recibió el cambio de estatus está compuesto por maestros de español, inglés, matemáticas, ciencias, historia, bellas artes, computadora, salud, educación física, administración de empresas, educación agrícola, ciencias de familia y el consumidor, educación industrial, educación técnica, educación en tecnología e ingeniería, educación especial y educación temprana y Montessori.

Asimismo, Ramos acotó que el estatus aplicó a consejeros profesionales, trabajadores sociales y bibliotecarios.

"Continuamos nuestro trabajo y compromiso de brindar todos los recursos necesarios para la educación de nuestros estudiantes y que cada plantel escolar tenga los maestros que requiere", añadió el secretario.

**Vocero** · MARTES, 2 DE NOVIEMBRE DE 2021

NOTICIAS AHORA 5·11

junta opta por eliminar el recorte mensual, pero mantiene la congelación a las pensiones y la eliminación del ajuste por costo de vida, se podría argumentar que se incumplió con los requisitos de la transacción de bonos y, por tanto, invalidar la emisión.

Puntualizó que si la corte se expresa de acuerdo con la eliminación del recorte mensual, seguirá abierta la posibilidad de que un empleado, pensionado o parte con interés objete el PAD bajo el argumento de que se incumplió con los requisitos para la transacción de bonos.

Con la solución que presentó la junta a la jueza Swain —de emitir una notificación pública esta semana para comunicar ésta interpretación— se persigue minimizar los potenciales riesgos legales, porque se amarran todas las partes con interés para que tengan un entendido claro sobre la interpretación que le dará la junta a la Ley 53.

Por petición de Swain, esa notificación deberá contener el contexto de la controversia, la razón por la cual se tiene que resolver y una conclusión legal que explique por qué las referencias que hace la ley sobre cero recortes a las pensiones no alteran la condición expresa de eliminar el vehículo de recortes mensuales para autorizar la transacción de bonos.

Junto a la notificación propuesta, se abrirá un plazo para recibir objeciones a la interpretación de la junta fiscal hasta el 14 de noviembre y para contestar réplicas hasta el próximo 18 del mes. En ese sentido, la controversia por la interpretación de la Ley 53 se dará en paralelo a la celebración de las vistas de confirmación del PAD.

## Prevén cambios menores al PAD

Bienenstock sostuvo que la Ley 53 tendrá un impacto sobre las proyecciones de flujo de liquidez disponible, debido a que la eliminación del recorte mensual redundará en mayores costos para el gobierno. Expuso que para evitar que se siga dilatando el proceso, la junta presentará esta semana declaraciones suplementarias al PAD que atiendan las nuevas proyecciones del gobierno.

Según agregó, una de las preocupaciones que surgió después de que la junta presentó esta alternativa provino del inversionista individual Peter Hein, quien entiende que para los inversionistas minoristas como él este proceder aumenta el riesgo si el plan es impugnado más adelante o si el gobierno recurre nuevamente al impago para cumplir con los pensionados. Hein sugirió que su clase de acreedores pueda volver a votar sobre el PAD a la luz de estos nuevos acontecimientos.

Bienenstock respondió que para celebrar otra votación sobre el plan deben demostrar que hubo cambios materiales y adversos al PAD, lo cual considera no sucederá en este caso. Sostuvo que la junta fiscal presentará suplementos breves al PAD y a la declaración suplementaria que atenderán de forma concisa los cambios que provocó la Ley 53.

Según el calendario establecido, las vistas de confirmación se celebrarán durante 10 días entre el lunes 8 y el martes 23 de noviembre. Para el primer día, la corte reservó seis horas para argumentos de entrada —tres para favorecedores del plan y tres para opositores al plan— mientras que la jueza dedicará la vista del martes 9 a escuchar las declaraciones de los miembros del público que han formalizado por escrito su deseo de expresarse sobre el PAD.

## Presenta medida para derogar estatuto sobre deuda

**Yaritza Rivera Clemente**
>Yrivera@elvocero.com

La senadora del Partido Independentista Puertorriqueño (PIP), María de Lourdes Santiago, radicó una medida para derogar la recién firmada Ley 53-2021 para Ponerle Fin a la Quiebra de Puerto Rico.

El estatuto —que fue firmado por el gobernador Pedro Pierluisi el 26 de octubre— viabiliza la séptima versión del Plan de Ajuste de la Deuda (PAD) y contiene las disposiciones y condiciones para aprobar la oferta, venta y emisión de los nuevos bonos de obligación general.

En la exposición de motivos del proyecto, la senadora establece que la Ley 53-2021 es una pieza legislativa defectuosa e irreparable. Añade que el estatuto consiente a que "las ramas políticas del gobierno de Puerto Rico queden implícitamente autodesplazadas y sometidas a la prerrogativa exclusiva de



La senadora del Partido Independentista Puertorriqueño, María de Lourdes Santiago. >Archivo / EL VOCERO

la Junta de Control Fiscal— fueron una tomadura de pelo. Independientemente de lo negociado o pactado como subterfugio, el organismo afirma de forma expresa y evidente que, como junta, les interesa el pago de la deuda, no el bienestar del pueblo, encamado en las pensiones, en la Universidad de Puerto Rico y la provisión de servicios de calidad", sostiene la pieza del proyecto.

La medida que dio paso a la Ley 53-2021 fue aprobada en el Senado con 14 votos a favor y 13 en contra. Mientras que en la Cámara la medida pasó con 34 votos a favor y 12 en contra.

La semana pasada, la junta fiscal acogió la ley que la senadora propone derogar. El presidente del Senado, José Luis Dalmau,

**SENADO DE PUERTO RICO**
**Oficina de Presupuesto**
**Año Fiscal 2020-21 (2do Semestre)**

**Salario Annual de Legisladores por Cargo**

| Nombre | Salario Annual | Cargo |
|---|---|---|
| Sen. José L. Dalmau Santiago | $110,663.04 | Presidente |
| Sen. Marially González Huertas | $84,840.96 | Vice-Presidente |
| Sen. Javier Aponte Dalmau | $84,840.96 | Portavoz Mayoría |
| Sen. Gretchen M. Hau Irizarry | $84,840.96 | Portavoz Alterno Mayoría |
| Sen. Juan Zaragoza Gómez | $84,840.96 | Senador |
| Sen. Ramón Ruíz Nieves | $84,840.96 | Senador |
| Sen. Elizabeth Rosa Vélez | $73,775.04 | Senadora |
| Sen. Albert Torres Berríos | $73,775.04 | Senador |
| Sen. Migdalia I. González Arroyo | $73,775.04 | Senadora |
| Sen. Rosamar Trujillo Plumey | $73,775.04 | Senadora |
| Sen. Rubén Soto Rivera | $73,775.04 | Senador |
| Sen. Ada I. García Montes | $73,775.04 | Senadora |
| Sen. Thomás Rivera Schatz | $84,840.96 | Portavoz Minoría |
| Sen. Carmelo J. Ríos Santiago | $84,840.96 | Portavoz Alterno Minoría |
| Sen. Migdalia Padilla Alvelo | $0.00 | Senadora (Acogido a Retiro) |
| Sen. William E. Villafañe Ramos | $73,775.04 | Senador |
| Sen. Henry E. Neumann Zayas | $73,775.04 | Senador |
| Sen. Gregorio B. Matías Rosario | $73,775.04 | Senador |
| Sen. Nitza S. Morán Trinidad | $73,775.04 | Senadora |
| Sen. Marissa Jiménez Santoni | $73,775.04 | Senadora |
| Sen. Keren L Riquelme Cabrera | $73,775.04 | Senadora |
| Sen. Wanda M. Soto Tolentino | $73,775.04 | Senadora |
| Sen. María de L. Santiago Negrón | $84,840.96 | Portavoz Minoría |
| Sen. Ana I. Rivera Lassén | $84,840.96 | Portavoz Minoría |
| Sen. Rafael Bernabe Riefkohl | $84,840.96 | Portavoz Alterno Minoría |
| Sen. Joanne Rodríguez Veve | $84,840.96 | Portavoz Minoría |
| Sen. José A. Vargas Vidot | $73,775.04 | Senador Independiente |

Certifico que esta información es fiel y exacta a los
documentos que constan en nuestra oficina

_Firma_ 5/7/21

Radamés Delgado Hernández
Sub-Director
Oficina de Presupuesto

Gilbert Hernández Orozco
Secretario de Administración
Secretaría de Administración

> JUEVES, 26 DE AGOSTO DE 2021    **VOCERO**

# Empiezan a soltar fondos de asistencia directa

➤ **El dinero estuvo restringido por el gobierno federal hasta este año**

**Adriana De Jesús Salamán**
>Especial para EL VOCERO

Gran parte de los fondos federales asignados al Departamento de la Vivienda para asistencia a la comunidad tras el huracán María todavía no se han desembolsado, por lo que la agencia inició una serie de giras a través de la Isla para orientar a la ciudadanía sobre los programas y las ayudas disponibles.

Tras el paso del fenómeno atmosférico en septiembre de 2017, el gobierno federal asignó alrededor de $20,000 millones como parte del Programa de Subvención en Bloque para el Desarrollo Comunitario (CDBG), de los cuales $1,900 millones son para la infraestructura energética y $8,200 millones para Recuperación de Desastres (DR).

De acuerdo con el secretario de la Vivienda, William Rodríguez, "no habíamos tenido acceso a esos fondos hasta este año. Tuvimos acceso a $1,500 millones. No quiero adjudicar mal manejo, sino a una actitud diferente de parte del gobierno federal hacia Puerto Rico".

El funcionario hacía referencia a las restricciones adicionales para el acceso de fondos impuestas por el gobierno del entonces presidente republicano Donald J. Trump. En enero, con la llegada del demócrata Joe Biden a la presidencia de los Estados Unidos, las limitaciones fueron suavizadas y equiparadas a aquellas que tienen los 50 estados.

El secretario de la Vivienda explicó que esos $8,200 millones "son entre 20 programas, pero no todos se van a ver como asistencia directa. Algunos son infraestructura, revitalización, pareo de fondos de FEMA (Agencia Federal para el Manejo de Emergencias), entre otros".

En detalle, de los $8,200 mi-

llones se han obligado —o comprometido, pero no entregado— $3,200 millones y se han desembolsado unos $400 millones. Vivienda tiene hasta 2026 para gastar el dinero. De lo contrario tendría que devolverlo al gobierno federal.



> Son fondos para el pueblo puertorriqueño, para que ustedes se beneficien y echen hacia adelante.

**Maretzie Díaz**
subsecretaria del programa Cdbg-dr

"Son fondos para el pueblo puertorriqueño, para que ustedes se beneficien y echen hacia adelante. Hay muchos fondos disponibles", declaró, por su parte, la licenciada Maretzie Díaz, subsecretaria del programa Cdbg-dr en Vivienda.

Ambos participaron de la inauguración de la Ruta Cdbg-dr en el Hotel Sheraton del Centro de Convenciones, en San Juan. Posteriormente, visitarán Fajardo, Manatí, Aibonito y otros municipios alrededor de la Isla para orientar a individuos, familias y empresarios sobre los programas a los que pueden solicitar.

Uno de los programas, de Asistencia Directa al Comprador

(HBA, por sus siglas en inglés), ofrece hasta $35,000 en incentivos para la compra del primer hogar de una persona.

De igual forma, el Programa de Financiamiento de Pequeñas Empresas ofrece subvenciones de $50,000 para pequeñas empresas que tuvieron pérdidas a causa de los huracanes Irma y María, según el presidente del Banco de Desarrollo Económico (BDE), Luis Alemañy.

"Ya $40 millones (en subvenciones) se han cerrado, todavía quedan como $65 millones por cerrar. Es un fondo dirigido a los empresarios de Puerto Rico que tuvieron pérdidas durante el huracán María y otorga hasta $50,000. No es un dinero que tienen que devolver. Si no se usan, hay que devolverlos (al gobierno federal) y no queremos

eso", exclamó Alemañy.

Otros programas que forman parte de la Ruta Cdbg-dr son el de asistencia en pago de renta para personas de la tercera edad; asesoría para mejorar el crédito; limpieza de títulos de propiedad y orientación sobre el estado de solicitudes en el Programa de Reparación, Reconstrucción o Relocalización (R3).

El titular de la Vivienda recordó que el programa R3 ya no recibe solicitudes, pero mantiene 20,000 casos activos en diferentes etapas y no se descarta su reapertura o la creación de un modelo similar. Mediante este programa, Vivienda les paga a las compañías contratistas que realicen las labores de reparación o reconstrucción en los hogares que quedaron inhabitables tras el huracán María.


La Ruta Cdbg-dr comenzó ayer en San Juan. >Josian E. Bruno Gómez / EL VOCERO

**PRIMERA HORA** Jueves, 4 de noviembre de 202
facebook.com@primerahora   @tusnoticias p



**SE REÚNEN ESTE MES. Pierluisi indicó que mantiene conversaciones con la JSF para atender la situación.** Archivo

# Hablan sobre reclamos de los policías

**BÁRBARA J. FIGUEROA ROSA**
barbara.figueroa@gfrmedia.com

El gobernador Pedro Pierluisi aseguró ayer que "hay conversaciones" con la Junta de Supervisión Fiscal (JSF) a fin de atender el reclamo de los policías de Puerto Rico que buscan que se les garantice por ley un retiro digno.

A preguntas de la prensa, el Primer Ejecutivo sostuvo, incluso, que el tema del retiro de los policías será prioridad en una reunión que se llevará a cabo el 18 de noviembre con el en-

cual pretendía revertir algunos de los recortes que les aplicaron a las pensiones anuales de los jubilados de la agencia, lo cierto es que la JSF detuvo ese proyecto al considerar que incumplía con el Plan Fiscal certificado.

"La Ley 81 básicamente está bloqueada... la Junta ha objetado su implantación y tiene el poder para hacerlo bajo la Ley Promesa", manifestó.

En cambio, dijo que se están analizando nuevos mecanismos para garantizar a los profesionales de ley y orden sus reclamos, que incluyen la edad

# SACAN DEL LIMBO LABORAL A UNOS 1,855 MAESTROS

Departamento de Educación les otorga probatoria y permanencia luego de décadas de trabajo transitorio

**BÁRBARA J. FIGUEROA ROSA**
barbara.figueroa@gfrmedia.com

Unos 821 maestros transitorios del sistema público de enseñanza cambiaron a un estatus probatorio, mientras que 1,034 educadores recibieron su permanencia, anunció ayer el gobernador Pedro Pierluisi en compañía del secretario interino del Departamento de Educación (DE), Eliezer Ramos.

La noticia a los 1,855 maestros les llegó por voz del primer ejecutivo, quien acudió al Centro de Convenciones para participar de una actividad en el que se les da la bienvenida a educadores del DE de nuevo ingreso. Actualmente, en el sistema edu-



**ESTABILIDAD. Una participante de la actividad de bienvenida del Departamento de Educación reacciona ante el esperado anuncio.** Suministrada

**66** Hay otros 3,000 sobre los cuales se trabaja para

certificación que les permitirá competir por plazas probatorias", agregó el funcionario.

Asimismo, destacó que "la gran mayoría" de las plazas otorgadas son de "difícil reclutamiento", por lo que representa un alivio para el sistema que anualmente, con cada inicio de semestre escolar, entra en un proceso de convocatoria para llenar este tipo de vacantes.

El grupo de docentes que recibió el cambio de estatus está compuesto por maestros de español, inglés, matemáticas, ciencias, historia, bellas artes, computadora, salud, educación física, administración de empresas, educación agrícola,

saciones" con la Junta de Supervisión Fiscal (JSE) a fin de atender el reclamo de los policías de Puerto Rico que buscan que se les garantice por ley un retiro digno.

A preguntas de la prensa, el Primer Ejecutivo sostuvo, incluso, que el tema del retiro de los policías será prioridad en una reunión que se llevará a cabo el 18 de noviembre con el ente federal.

"Hay conversaciones con la Junta para atender el reclamo de los policías que tienen mayor edad y que están en la fuerza y no han cotizado al Seguro Social en el pasado, pero que sí permanecen en la fuerza policíaca. Cotizando al Seguro Social pudieran estar en mejor posición en su retiro", acotó Pierluisi.

Los beneficios de retiro para los miembros de la Uniformada se han reducido como parte de la reforma a los sistemas de retiro. Los policías apenas comenzaron a cotizar para el Seguro Social el año pasado.

Aunque los cerca de 12,000 policías apoyaban la Ley para Proveer un Retiro Digno para los Miembros del Sistema de Rango de la Policía (Ley 81), la

...que esa labor activo se proyecta a considerar el Plan Fiscal certificado.

"La Ley 81 básicamente está bloqueada... la Junta ha objetado su implantación y tiene el poder para hacerlo bajo la Ley Promesa", manifestó .

En cambio, dijo que se están analizando nuevos mecanismos para garantizar a los profesionales de ley y orden sus reclamos, que incluyen la edad de jubilación y la asistencia de un plan médico, entre otros.

¿Está buscándoles un retiro digno?, se le inquirió al Primer Ejecutivo.

"La idea es que tengan un retiro digno y hay muchas maneras de lograr eso. Hay conversaciones con la Junta y la Junta está receptiva. Si hay un sector de servidores públicos que tenemos que asegurarnos que tengan un retiro digno, son los policías... por eso están en primera fila", respondió.

El malestar de los miembros de la Uniformada por la falta de acción ante sus reclamos provocó un paro de labores en el que se ausentaron a su trabajo más de 5,000 efectivos de la Policía durante el pasado fin de semana.

mento de Educación, Eliezer Ramos.

La noticia a los 1,855 maestros les llegó por voz del primer ejecutivo, quien acudió al Centro de Convenciones para participar de una actividad en el que se les da la bienvenida a educadores del DE de nuevo ingreso. Actualmente, en el sistema educativo público hay 26,139 maestros activos.

"El trabajo y la dedicación de nuestros educadores merece todo nuestro apoyo. Hoy otorgamos permanencias a sobre 1,800 maestros que están comprometidos con la educación pública y con ayudar a nuestros estudiantes a superar rezagos, lo que les permitirá seguir adelante en sus estudios y en su vida profesional. Ahora contaremos con un mayor banco de recursos: esto contribuye a un sentido de estabilidad y pertenencia en cada uno de los docentes y, al mismo tiem-



**ESTABILIDAD.** Una participante de la actividad de bienvenida del Departamento de Educación reacciona ante el esperado anuncio. Suministrada

> " Hay otros 3,000 sobre los cuales se trabaja para que obtengan programas de certificación y recertificación..."

**ELIEZER RAMOS** / SECRETARIO INTERINO DE EDUCACIÓN

po, se replica en la comunidad escolar para beneficio del estudiantado. Felicitamos a todos los maestros que hoy nos acompañan", les expresó Pierluisi.

Según explicó en un aparte con la prensa el secretario de Educación, entre los maestros beneficiados hay algunos que estuvieron en un período probatorio o limbo laboral entre 10 a 20 años.

"Cosas que pasan... pero hoy estamos haciéndoles justicia y dándoles estabilidad a estos maestros que no habían obtenido permanencia", acotó Ramos.

De hecho, adelantó que para mayo de 2022 hay encaminadas otras 1,000 permanencias a educadores.

"Hay otros 3,000 sobre los cuales se trabajan para que obtengan programas de certificación y re-

entra en un proceso de convocatoria para llenar este tipo de vacantes.

El grupo de docentes que recibió el cambio de estatus está compuesto por maestros de español, inglés, matemáticas, ciencias, historia, bellas artes, computadora, salud, educación física, administración de empresas, educación agrícola, ciencias de familia y el consumidor, educación industrial, educación técnica, educación en tecnología e ingeniería, educación especial y educación temprana y Montessori.

Asimismo, Ramos acotó que el estatus aplicó a consejeros profesionales, trabajadores sociales y bibliotecarios.

"Continuamos nuestro trabajo y compromiso de brindar todos los recursos necesarios para la educación de nuestros estudiantes y que cada plantel escolar tenga los maestros que requiere", añadió el secretario.