

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00936
NOV 10, 21
AMOUNT
$2.96
R2303S100113-34

CLEMENTE ROSA, MARIA A.
CONDOMINIO ASTRALIS 9546
CALLE DIAZ WAY APT. 311 TORRE # 6
CAROLINA, PUERTO RICO 00979

Secretaria (Clerk's Office)
Tribunal de Distrito de los Estado Unidos
Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2021 NOV 12 PM 5:15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.