United States District Court
for
Puerto Rico

Jaime A. Diaz Nell

v.

Commonwealth of
Puerto Rico et. als

17-03283 / 20-1299
17-8966 / 19-1167
17-8975 / 19-cv-1336
20-3542

Urgent appears in request for Summary Judgement by Mrs. Laura Taylor Swain under epigraph cases.

To the Honorable Court.

Appears Mr. Jaime A. Diaz Nell in its own right who subscribes and very respectfully exposes, alleges, and request.

1. Mrs. Laura Taylor Swain a careful analysis of the case concern us exposes that we are in a position that you can issue a Summary Judgement in favor of Mr. Jaime A. Diaz Nell under the epigraph cases.

2. Mrs. Laura Taylor Swain a careful analysis of the case concern us exposes the personal interest of Mrs. Aida delgado Colon, in this case, exposes the personal interest of Mr. Gustavo Gelpi Jr., in this case, the personal interest of Mr. William G. Young, in this case, the personal interest of Mr. Jay A. Garcia Gregory, in this case, see procedural tract and lack of respect for his person as a federal judge.

3. Mrs. Laura Taylor Swain what more solid evidence before you and/or a jury that we have three connected and interlocking appellate court numbers that never should have existed, you know why they are there for the personal interest of Mrs. Aida delgado Colon, Mr. Gustavo Gelpi Jr., William G. Young, Jay A. Garcia Gregory in the cases that concern os, 17-CV-2286, 17-CV-2340, 19-1167, 20-1299, 19-CV-1336, 20-3562.

4. The procedural tract of these cases collateral to multiple arrests was discussed, was created for the timely-non appearence and maybe no appearence, creation of the defendants attached to the appointed judges, see the murder of Marcial Diaz Jimenez

on 2 of December of 2005, see the Murder of Wallis Rivera Rodriguez, on 12 of March of 2007.

5. This case exposes the denial of due process of law, because it is a case adjudicated on the merits in favor of Mr. Jaime A. Diaz Oneill and before any jury with a proof solid evidence.

6. Mrs. Laura Taylor Swain, the case you handle deals with various issues, in claim, Mr. Jaime A. Diaz Oneill is a Homeless person as a consequence of the actions of a group of people with first and last names.

7. Mrs. Laura Taylor Swain, Mr. Jaime A. Diaz Oneill He Has No income He is unemployed as a consequence of the actions of a group of people with first and last names.

8. The Puerto Rico Aqueduct and Sewer Authority of Puerto Rico it is Not in Bankruptcy it is precisely said Public Corporation who has to reinstate their job position and/or one of equal classification in the Public Corporation attached to all inherent rights.

9. The Puerto Rico Aqueduct and Sewer Authority of Puerto Rico, He Has The Sentence To resolve The lost of My own House That The bank executed it, When He could no longer pay it, Need pay a new House.

10. The Puerto Rico Aqueduct and Sewer Authority Have To Make retirements payment for governents employees, Payments To The Association of employees of The Commonwealt of Puerto Rico, Payments to Social Security, Vacation leave, others licenses and Benefits.

11. The Puerto Rico Aqueduct and Sewer Authority of Puerto Rico and The defendants Needs you To Issue Summary Judgement To resolve and pay for their Criminal Actions.

12. The Puerto Rico Aqueduct and Sewer Authority of Puerto Rico and The defendants, It is Not in bankruptcy and you are in a position To issue Summary Judgement against The defendants, To pay The damages, To Have a new House and be able To start Working.

For all of which

urgent request for Summary Judgement by Mrs. Laura Taylor Swain, under epigraph cases is submitted and requested, against the defendants.

Respectfully submitted

Today 15 of November of 2021

Jaime A. Diaz ONeill

PO box 9793
San Juan, PR 00908

787-447-2424

Jaimea.DiazONeill@ymail.com

Certificate of Service

Jaime A Diaz Nevill

v.

Commonwealth of
Puerto Rico et. als

20-1299 / 17-03283
19-1167 / 17-8966
20-3542 / 17-8975

I Jaime A Diaz Nevill Hereby Certify under penalty of perjury that on 15 of November of 2021 I serve copies of urgent appears in request for Summary Judgement by Mrs. Laura Taylor Swain under epigraph Cases. To the following parties by Mail to the record address

- United States District Court of Puerto Rico
- Proskauer LLP
  eleven Times Square
  New York, NY 10036

- Paul Hasting LLP
  200 Park ave
  New York, NY 10166