United States District Court
In
Puerto Rico

Jaime A. Diaz O'Neill

v.

17-03283 / 20-1299
17-8966 / 19-1167
17-8975 / 19-cv-1336
20-3542

Commonwealth of
Puerto Rico et. als

Urgent appears Submitting exhibits 1 to 6 under 17-03283 / 20-1299 / 17-8966 / 19-1167 / 17-8975 / 19-CV-1336 / 20-3542

To the Honorable Court

Appears mr. Jaime A. Diaz O'Neill in it's own right who subscribes and very respectfully exposes, alleges, and request.

1. Register urgent exhibits 1 to 6 under 17-03283 / 20-1299 / 17-8966 / 19-1167 / 17-8975 / 19-CV-1336 / 20-3542.

For all of which Register urgent exhibits 1 To 6

Respectfully Submitted
Today 15 of November of 2021

Jaime A. Diaz Nev

Po box 9793
San Juan, PR 00908

787-447-2424

JaimeaDiaz@MayMail.com

Certificate of Service

Jaime A. Diaz Colon

v.

Commonwealth of
Puerto Rico et als

20-1299 / 17-03283
19-1167 / 17-8966
20-3542 / 17-8975

I Jaime A. Diaz Colon hereby certify under penalty of perjury that on 15 of November of 2021 I serve copies of urgent appeals submitting exhibits 1 to 6 under 17-03283 20-1299 / 17-8966 / 19-1167 / 17-8975 / 19-cv-1336 20-3542 to the following parties by mail to the record address.

- United States District Court of Puerto Rico
- Proskauer Rose LLP
  eleven Times Square
  New York 10036

- Paul Hastings LLP
  200 Park Ave.
  New York, NY 10166