1

Fwd: urgent request to register 13 of November of 2021 / juano 24 ! under 17-03283 / 17–cv-2286 / 17-cv-2340 / 19-1167 / 20–1299 / 17-8966 / 17-8975 / 20-3542

**Jaime A Diaz Oneill** <jaimeadiazoneill@ymail.com>

Mon 11/15/2021 8:01 AM

To: ods06667cpc <ods06667cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]


Sent from my iPhone

Begin forwarded message:


> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** November 14, 2021 at 11:57:04 AM AST
> **To:** Puerto Rico Inquiry <puertoricoinfo@primeclerk.com>, pracrprocess@primeclerk.com
> **Subject: urgent request to register  13 of November of 2021  / juano 24 !   under  17-03283 /  17–cv-2286 / 17-cv-2340 /  19-1167 /  20–1299 /  17-8966 /  17-8975 / 20-3542**


Sent from my iPhone

Begin forwarded message:


> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** November 13, 2021 at 3:35:16 PM AST
> **To:** domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>, Carlos Lugo <clugofiol@gmail.com>, mariana.e.bauza@usdoj.gov, ltucker@ntts.edu, asuntoslegales@ramajudicial.pr, fuertes abogados <abogados@fuerteslaw.com>, blportela@justicia.pr.gov, hkowalchyk@ntts.edu, whmocarski@ntts.edu, archico@justicia.pr.gov, equesada@justicia.pr.gov, arperez@justicia.pr.gov, vcarbonell@justicia.pr.gov, jcarrion@justicia.pr.gov, lisanchez@justicia.pr.gov, incarrau@justicia.pr.gov, jborras@justicia.pr.gov, joaldebol@justicia.pr.gov, mgierbolini@justicia.pr.gov, Erika Berrios <eberrios@salawpr.com>, corraldieg@gmail.com, srivera@salawpr.com, marperez@justicia.pr.gov, afernandez@delgadofernandez.com, glorimar.chiclana@acueductospr.com, ainez.medina@acueductospr.com, raquel.matos@acueductospr.com, kevin@spotonstorage.net, B Jones <jones.brittany77@gmail.com>, Carmencita Ramos <karyoslan08@gmail.com>, Deseriee <deseriee323@hotmail.com>, New Court <newbaltimoretowncourt@nycourts.gov>, yjuarbe@justicia.pr.gov, migarcia@justicia.pr.gov, "Maeve E. Huggins" <mhuggins@ch.ci.buffalo.ny.us>, Madeline Cruz Flores <mcruz@ocpr.gov.pr>, Jennifer Siroti <jsiroti@cbdm.com>, Madeline <madelyn0967@yahoo.com>, Wandymar Vargas

<wburgos@justicia.pr.gov>, despiauchin@spacey.org, mark@erie.gov,
braymond@teamsters.org, Christina despiau <chdespiau@yahoo.com>,
buffalo@buffalonews.com, editorial@buffalorising.com,
evenlisting@buffalorising.com, "Erick E. Kolthoff" <ee.kolthoff@gmail.com>,
Natasha.Marquez@mail.house.gov, Andres Davila <andres.davila@mail.house.gov>,
Natalia Gandia <natalia.gandia@mail.house.gov>, Maribel Luque
<maluque@justicia.pr.gov>, arrillagalaw@gmail.com, cdavila77@hotmail.com,
hamassanet@gmail.com, Thalia Gomez <joseph.thalia2122@gmail.com>, Roberto
Alonso Santiago <robertoalonsosantiago@gmail.com>, norma.miranda-
gallardo@mail.house.gov, jheaney@investigativepost.org,
jsondel@cityandstateny.com, Ako_nsog@hotmail.com, jaimeadiazoneill@ymail.com

**Subject: Juano 24 !**





En San Juan, Puerto Rico a      de en

R LA AUTORIDAD DE ACUEDUCTOS
ALCANTARILLADOS DE PUERTO RICO

IG. JOSE R. ORTIZ VAZQUEZ
RESIDENTE EJECUTIVO

5

Las restantes cláusulas permanecerán inalteradas en dicho Convenio mientras dure su vigencia, salvo que las partes decidan de mutuo acuerdo reabrirlas a discusión.

En testimonio de lo cual las partes suscriben este acuerdo en San Juan, Puerto Rico 2 de diciembre del 2011.

Por la AAA- Comité Negociador

Lcdo. José A. Olivencia Sepúlveda

Lcdo. Rubén Portugués García

Sr. José E. Nieves Maldonado

Lcda. Linda L. Vázquez Marrero

Sr. José A. Lugo Vega

3

En San Juan, Puerto Rico a 20 de enero de 2012.

FIRMAN COMO TESTIGOS

HON. LUIS G. FORTUÑO BURSET
GOBERNADOR DE PUERTO RICO

HON. THOMAS RIVERA SCHATZ
PRESIDENTE DEL SENADO DE PUERTO RICO

HON. MIGUEL A. ROMERO LUGO
SECRETARIO DEL TRABAJO



Sent from my iPhone