# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>Debtor. | **BANKRUPTCY NO. 17-3283 (LTS)**<br><br>**PROMESA: Title III** |

### URGENT MOTION OF APJ FOR ENTRY OF ORDER GRANTING ZOOM VIDEOCONFERENCE LINE CREDENTIALS TO JUDGE SALAGADO, PRESIDENT OF APJ, FOR THE CONFIRMATION HEARING ON NOVEMBER 17, 2021

**TO THE HONORABLE COURT**:

**APPEARS NOW** the Asociación Puertorriquena de la Judicatura, Inc. ("APJ"), through the undersigned counsel, and hereby states, alleges, and requests as follows:

### Background

On November 11, 2021, APJ filed its *Objection to Plan pursuant to Court Order of November 2, 2021 at Docket No. 19017* (*See* Docket No. 19161). In this motion, APJ objected to any diminution in judicial compensation by monthly reductions, Cost of Living Adjustments reductions or the "freeze". On November 12, 2021, the Court issued its *Order Directing Supplemental Briefing and Oral Argument on Issues Pertaining to the Confirmation Hearing*

1

(*See* Docket No. 19171). In the Order, the Court indicated that it would hear oral argument, in pertinent part to APJ, on November 17, 2021.

Counsel from Proskauer, who represent the *Financial Oversight and Management Board for Puerto Rico* ("Board"), reached out to the objecting parties, among them APJ, to coordinate the oral arguments scheduled for Wednesday November 17, 2021. Counsel for APJ expressed to the Board's counsel that Judge Salgado, President of APJ, would like to be present during the oral arguments. The Board's counsel clearly stated they had no objections to Judge Salgado being provided a Zoom link to connect to the oral arguments. Currently, Judge Salgado does not have credentials to access the Zoom videoconference.

### Request and basis for relief

The APJ is a nonprofit association, representing active judges of the Puerto Rico Judiciary. One of its prime purposes is to protect judicial independence. Judge Salgado presides this association and the issues to be discussed during the oral arguments that will take place on November 17, 2021, will impact the members of the APJ. Moreover, as an active judge himself, Judge Salgado will be directly impacted by the rulings that are made regarding Act 53-2021 and judicial independence.

As such, the APJ hereby respectfully requests that the Court enter an order granting this Urgent Motion and hereby provides Judge Salgado's email address crls.slgd@gmail.com to promesaregistration@prd.uscourts.gov so that he may be granted access to the Confirmation Hearing to be held remotely via Zoom on November 17, 2021.

APJ notes that similar access has been granted to the Board.

2

**WHEREFORE**, for all these reasons, the APJ requests the Court enter the Proposed Order granting Zoom videoconference line credentials to Judge Salgado for the oral arguments to take place on November 17, 2021.

**CERTIFICATE OF SERVICE: I HEREBY CERTIFY** that on this day, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF Filing System which will send notification to the parties and subscribed users.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of November 2021.

        **INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; 3rd Floor
San Juan, P.R. 00912
Tel: (787) 641-4545; Fax: (787) 641-4544
david.indiano@indianowilliams.com
jeffrey.williams@indianowilliams.com

by: *s/ David C. Indiano*
    DAVID C. INDIANO
    USDC-PR NO. 200601

3