## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re* <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO, *et al.*, <br><br> Debtors. | PROMESA <br> Title III <br><br> Case No. 17-BK-3283 (LTS) |

**URGENT MOTION OF THE "ASOCIACIÓN DE JUBILADOS DE LA JUDICATURA DE PUERTO RICO" AND HON. HECTOR URGELL CUEBAS, FORMER JUDGE OF THE PUERTO RICO COURT OF APPEALS REGARDING APPEARANCE OF COUNSEL IN UPCOMING CONFIRMATION HEARING AND FOR ENTRY OF ORDER GRANTING ACCESS TO REPRESENTATION OF AJJPR TO HEARING**

**TO THE HONORABLE COURT:**

COME NOW, the "Asociación de Jubilados de la Judicatura de Puerto Rico" ("AJJPR") and Hon. Hector Urgell Cuebas, Former Judge of the Puerto Rico Court of Appeals and Participant of the Judicial Retirement System, and very respectfully allege and pray as follows.

1. The appearing parties inform that Enrique J. Mendoza Méndez, Esq. whose e-mail addresses is: mendozalo@yahoo.com will appear at the November 17th, 2021 Confirmation Hearing.

2. We shall present oral argument specifically as the objection related to the elimination of the cost of living allowances to Retired Judges.

3. The appearing parties do not intent to assert any dispute as to any fact nor shall cross examined any declarant nor marshall testimony.

4. In light of the important of the matters to be addressed in this hearing we request that AJJPR's Vicepresident Hon. Sonia I. Vélez Colón (soniaivelezcolon@gmail.com) be allowed to observe and listen to the proceeding in the November 17th, 2021 Hearing.

5. Included Proposed Order or this matter.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of November 2021.

WE HEREBY CERTIFY that on this same date we notified a copy of this document be electronically notified through CM/ECF to all attorneys of record.

    S/Enrique J. Mendoza Méndez
     Enrique J. Mendoza Méndez
     USDC-PR 202804

    ***MENDOZA LAW OFFICES***
    P.O. Box 9282
    San Juan, P.R. 00908-0282
    Tel. (787) 722-5522; 722-5530; 722-5540
    Fax. (787) 723-7057
    E-mail: mendozalo@yahoo.com