**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re*<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO,<br>*et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |

**ORDER GRANTING URGENT MOTION OF THE PARTIES, ENRIQUE J.
MENDOZA MÉNDEZ, ESQ. AND HON. HECTOR URGEL CUEBAS REGARDING
APPEARANCE OF COUNSEL AT CONFIRMATION HEARING AND FOR ENTRY
OF ORDER GRANTING ACCESS TO REPRESENTATIVES OF THE AJJPR TO
HEARING ON CONFIRMATION OF TITLE II JOIN PLAN OF ADJUSTMENT OF
THE COMMONWEALTH OF PUERTO RICO, ET AL.**

Upon the Urgent Motion of the "Asociación de Jubilados de la Judicatura de Puerto Rico"

and Hon. Hector Urgell Cuebas, Former Judge of the Puerto Rico Court of Appeals Regarding

Appearance of Counsel in Upcoming Confirmation Hearing and for Entry of Order Granting

Access to Representation or AJJPR to Hearing (the "Motion"); and the Court having found it has

subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing

that venue in this district is proper pursuant to PROMESA section 307; and the Court having

found that the relief requested in the Motion is in the best interests of AJJPR and having found

that adequate and appropriate notice of the Motion and that no other or further notice is required;

and the Court having reviewed the Motion; and the Court having determined that the factual

bases set forth in the Motion establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2. The Court takes notice of counsel's appearance at the November 17, 2021, Confirmation Hearing.

3. The AJJPR shall provide to the Court, at promesaregistration@prd.uscourts.gov, an email address associated with the representative of AJJPR so that the Court can grant the representative videoconferencing access to the Confirmation Hearing.

Dated: _____, 2021

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE