UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING URGENT MOTION OF OF THE ASOCIACIÓN DE JUBILADOS DE LA
JUDICATURA DE PUERTO RICO AND HON. HECTOR URGELL CUEBAS, FORMER JUDGE
OF THE PUERTO RICO COURT OF APPEALS REGARDING APPEARANCE OF COUNSEL
IN UPCOMING CONFIRMATION HEARING AND FOR ENTRY OF ORDER
<u>GRANTING ACCESS TO REPRESENTATION OF AJJPR TO HEARING</u>

    Upon the *Urgent Motion of the "Asociación De Jubilados De La Judicatura De Puerto Rico" and Hon. Hector Urgell Cuebas, former Judge of the Puerto Rico Court of Appeals Regarding Appearance of Counsel in Upcoming Confirmation Hearing and for Entry of Order Granting Access to Representation of AJJPR to Hearing* (Docket Entry No. 19259 in Case No. 17-3283, the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction of

---

[1]   The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]   Capitalized terms not otherwise defined herein shall have the meanings given to them in the Urgent Motion.

this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of the Commonwealth; and the Court having found that the Debtors provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Urgent Motion; and the Court having determined that the factual bases set forth in the Urgent Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Urgent Motion is GRANTED as set forth herein.

2. The Court is in receipt of the email addresses of Enrique J. Mendoza Méndez, Esq. and the Hon. Sonia I. Vélez Colón (the "Requesting Parties") and will grant the Requesting Parties videoconferencing access to the Confirmation Hearing on **November 17, 2021**.

3. The Requesting Parties shall utilize such videoconferencing access in a manner consistent with the manner described in the Urgent Motion only.

4. This Order resolves Docket Entry No. 19259 in Case No. 17-3283.

SO ORDERED.

Dated: November 16, 2021

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge