IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>   Debtor. | **BANKRUPTCY NO. 17-3283 (LTS)**<br><br>**PROMESA: Title III** |

**URGENT MOTION OF APJ REGARDING APPEARANCE OF COUNSEL IN UPCOMING CONFIRMATION HEARING**

**TO THE HONORABLE COURT**:

    **APPEARS NOW** the Asociación Puertorriquena de la Judicatura, Inc. ("APJ"), through the undersigned counsel, and hereby states, alleges, and requests as follows:

1. The appearing parties inform that David C. Indiano, Esq. Whose e-mail address is david.indiano@indianowilliams.com will appear at the November 17th, 2021 Confirmation Hearing.

2. We shall present oral argument specifically as to the objection to any diminution in judicial compensation be it by monthly reductions in pensions, cost of living allowances reductions or the freeze. Counsel will focus on the concept of judicial independence.

3. The appearing party does not intend to assert any dispute as to any fact nor shall cross-examine any declarant nor marshal testimony.

4.     In light of the importance of the matters to be addressed in this hearing, we requested that APJ's President Judge Salgado (crls.slgd@gmail.com) be allowed to observe and listen to the proceeding to take place on November 17th, 2021. The court granted this request at Docket No. 19267.

5.     Included Proposed Order for this matter.

**WHEREFORE**, for all these reasons, the APJ requests the Court enter the Proposed Order.

**CERTIFICATE OF SERVICE: I HEREBY CERTIFY** that on this day, I electronically filed the foregoing motion with the Clerk of the Court using CM/ECF Filing System which will send notification to the parties and subscribed users.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 16th day of November 2021.

        **INDIANO & WILLIAMS, P.S.C.**
        207 del Parque Street; 3rd Floor
        San Juan, P.R. 00912
        Tel: (787) 641-4545; Fax: (787) 641-4544
        david.indiano@indianowilliams.com
        jeffrey.williams@indianowilliams.com

by:  *s/ David C. Indiano*
     DAVID C. INDIANO
     USDC-PR NO. 200601