**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** as representative of the<br><br>**COMMONWEALTH OF PUERTO RICO,**<br><br>Debtor. | **BANKRUPTCY NO. 17-3283 (LTS)**<br><br>**PROMESA: Title III** |

<u>**ORDER GRANTING URGENT MOTION OF APJ  REGARDING APPEARANCE OF
COUNSEL IN UPCOMING CONFIRMATION HEARING**</u>

Upon the "Urgent Motion of APJ Regarding Appearance of Counsel in upcoming confirmation hearing and for entry of order granting access to representatives of the APJ to hearing on confirmation of Title II join plan of adjustment of the commonwealth of Puerto Rico, et al." (the "Motion"); and the Court having found it has subject matter jurisdiction over this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Motion is in the best interests of APJ and having found that adequate and appropriate notice of the Motion and that no other or further notice is required; and the Court having reviewed the Motion; and the Court having determined that the factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Court takes notice of counsel's appearance at the November 17, 2021,

   Confirmation Hearing.

3. The APJ shall provide to the Court, at promesaregistration@prd.uscourts.gov, an

   email address associated with the representative of APJ so that the Court can grant the

   representative videoconferencing access to the Confirmation Hearing.


Dated: _____, 2021



_____

HONORABLE LAURA TAYLOR SWAIN

UNITED STATES DISTRICT JUDGE