**TABLA DE CONTENIDO**
**MOCIÓN DE OBJECIÓN**
por notificación del 2 de noviembre de 2011
SRF 57751
Título III de PROMESA 48 U.S.C. Sec. 2102-2241
Núm. 17 BK 3283-LTS
(Con Administración Conjunta)

PÁGS.

*ÍNDICE DE ANEJOS 2011. . . . . . . . . . . . . . . . . 1 - 238

**4 de enero de 2011- 1era Moción** Asumiendo Representación Legal Y Solicitud de Desacato de la Lcda. Olga Longoria Vélez contra la Sra. Maira Feliciano Rosado y su hijo, L.A.R.F., como tercero (3ro) inocente y dependiente de sus cuidados y atenciones, activando así la persecución maliciosa de la mafia del Tribunal de Mayagüez contra las víctimas de violencia doméstica. . . . . . . . . 5, 6

24 de enero de 2011- Anuncio de Representación Legal para la Sra. Maira I. Feliciano Rosado y su hijo, L.A.R.F. . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 - 10

31 de ene.-30 de mar.- Recibos de Pago matrícula del menor. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

2 de febrero de 2011- Minuta. . . . . . . . . . . . . . .11-12

2 de febrero de 2011- Carta dirigida a la Lcda. Longoria como un "coge bobo" de la Lcda. Bethzaida Jordán Ramírez a las víctimas de violencia doméstica, ya que no tiene ningún valor en el procedimiento. . . . . . . . . . . . 13

28 de marzo de 2011- Renuncia de Representación Legal de la Lcda. Bethzaida Jordán Ramírez. Ella traicionó a la Sra. Feliciano Rosado por aplacar la ira de la Lcda. Longoria Vélez. . . . . . . . . . . . . . . . . . . . . . . . .14-20

**11 de mayo de 2011- 2da Moción de Desacato** de la Lcda. Olga Longoria Vélez contra las víctimas de violencia doméstica. . . . . . . . . . . . . . . . . . . . . . .21-22

**27 de mayo de 2011- 3era Moción Urgente** en Solicitud Remedio y Desacato de la Lcda. Longoria Vélez contra las víctimas de violencia doméstica por persecución maliciosa. 23-25

1 de junio de 2011- Moción por Derecho Propio a puño y letra de la Sra. Feliciano Rosado, pidiendo auxilio. . . . .26

1 de junio de 2011- Notificación- "No ha lugar". Esto me partió el corazón. . . . . . . . . . . . . . . . . . . .27

12 de junio de 2011- Copia de diploma de Juris Doctor y foto del menor y su madre. . . . . . . . . . . . . . . . 28-30

15 de junio de 2011- Recibo de Pago por contratación de nuevo abogado. . . . . . . . . . . . . . . . . . . . . . . . .31

29 de junio de 2011- Minuta de Vista por alegado desacato contra la Sra. Feliciano Rosado. En dicha vista el Lcdo. Eugenio Cabanillas Galiano representó legalmente a la Sra. Feliciano Rosado de "bateador emergente". Tan pronto culminó la audiencia este abogado renunció al caso para no enfrentar más a la Lcda. Longoria Vélez. . . . . . . . . . . . . . . . . . . . . . . . . . 32-34

Case:17-03283-LTS Doc#:19270-2 Filed:11/16/21 Entered:11/16/21 16:55:50 Desc:
Index    Page 2 of 8

**TABLA DE CONTENIDO**
**MOCIÓN DE OBJECIÓN**
**por notificación del 2 de noviembre de 2011**
**SRF 57751**
**Título III de PROMESA 48 U.S.C. Sec. 2102-2241**
**Núm. 17 BK 3283-LTS**
**(Con Administración Conjunta)**

PÁGS.

12 de julio de 2011- Moción por Derecho Propio a puño y letra de la Sra. Feliciano Rosado, pidiendo auxilio. . . . .35

22 de julio de 2011- Certificación de estudiante de la escuela privada especializada en Educación Especial. . . . . .36

28 de julio de 2011- Resolución y Orden que marcó la llegada la Jueza Lynnette Ortiz Martínez, como Jueza Designada, para presidir el caso de marras, redoblando así la persecución maliciosa de la Lcda. Olga Longoria Vélez. Ambas actuaban en contubernio. . . . . . . . . . .37, 38

4 de agosto de 2011- Carta de la maestra Raquel Morales López, exigiendo que el menor tomara sus medicamentos para el Déficit de Atención e Hiperactividad. . . . . . . . . 39

4 de agosto de 2011- Recomendación del psiquiatra pediátrico Bernardo B. Muñiz Ramírez, señalando el cuartel de la policía como un lugar hostil para el recogido y entrega del menor L.A.R.F. . . . . . . . . . . . . . . . . . .40

8 de agosto de 2011- Orden Asignando Abogado de Oficio para el Lcdo. Pablo Lugo Pagán, quien representaría legalmente a la Sra. Feliciano y su hijo. . . . . . . 41

9 de agosto de 2011- Orden para relevo del abogado anterior por no haber sido localizado y de asigna otro. . .44, 45

**10 de agosto de 2011-** Moción en Cumplimiento de Orden de la Lcda. Olga Longoria Vélez, en su intento descarado de obligar a la Sra. Feliciano Rosado a pagar sus honorarios por ser la abogada de su victimario. . . . . . . .46, 47

11 de agosto de 2011- Moción Informativa del Lcdo. Javier Sepúlveda, el Notario del Banco Popular de Mayagüez, que fue nombrado abogado de oficio para defender a la Sra. Feliciano Rosado, pero se dedicó a solicitar la renuncia del caso. . . . . . . . . . . . . . . . . . . . . . .48, 49

11 de agosto de 2011- Orden Asignando Abogado(a) de Oficio- Enmendada. . . . . . . . . . . . . . . . . . . . . .50-52

15 de agosto de 2011- Moción Solicitando Relevo de Representación Legal del Lcdo. Javier Sepúlveda Rivera. con tal de no enfrentar a la Lcda. Longoria Vélez. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53, 54

17 de agosto de 2011- Notificación "No ha lugar". . . .55, 56

**18 de agosto de 2011- Moción** en Cumplimiento de Orden de la Lcda. Olga Longoria Vélez. . . . . . . . . . . . .57-58

19 de agosto de 2011- Moción *Motu Propio* Solicitando Cambio de Abogado de Oficio y Suspensión de Vista que el Lcdo. Javier Sepúlveda Rivera indujo a la Sra. Feliciano Rosado a firmar para escurrirse del caso. . . . . . .59

**TABLA DE CONTENIDO**
**MOCIÓN DE OBJECIÓN**
**por notificación del 2 de noviembre de 2011**
**SRF 57751**
**Título III de PROMESA 48 U.S.C. Sec. 2102-2241**
**Núm. 17 BK 3283-LTS**
**(Con Administración Conjunta)**

PÁGS.

23 de agosto de 2011- Memorando del Tribunal devolviendo
moción anterior por falta de aranceles. . . . . . . . .60

31 de agosto de 2011- Resolución y Orden "No ha lugar" a la
renuncia y a la suspensión de vista. . . . . . . 61, 62

31 de agosto de 2011- Orden Asignando Abogado de Oficio en
Conjunto para nombrar al Lcdo. Ángel García Troche a fin
de que trabajara con el Lcdo. Javier Sepúlveda Rivera.
. . . . . . . . . . . . . . . . . . . . . . . . . 63-65

7 de septiembre de 2011- Minuta-Resolución de la vista por
alegado desacato contra la Sra. Feliciano Rosado de
donde surgió la **SENTENCIA INVENTADA DE 90 DÍAS DE
SERVICIOS COMUNITARIOS,** dictada por la Jueza Lynnette
Ortiz Martínez. Esto significa que dicha pena no fue
ejecutada conforme a los parámetros establecidos por el
ordenamiento jurídico y fue creada bajo la misma
improvisación y experimentación del Holocausto Judío.
Por tanto, es nula *ab initio*, ya que fue extrapolada
ilegalmente del Art. 45 del Código Penal 2004, entonces
vigente. En adición, la jueza aquo, de forma arbitraria,
irrazonable y caprichosa, impidió que dicha pena fuera
reducida a escritos en tiempo hábil, con tal de impedir
la recurrencia en alzada de la Sra. Feliciano Rosado.
*No fue hasta el 2 de diciembre de 2011, o sea, tres (3)
meses después, que se notificó el dispositivo de la pena,
pero sólo a los abogados traicioneros que nunca se la
remitieron a ella. . . . . . . . . . . . . . . . .66-74

17 de enero de 2012- Hoja de Trámite de la entrega de la
**SENTENCIA INVENTADA,** cuya copia no llegó a manos de la
Sra. Feliciano Rosado hasta después de su excarcelación,
por gestión *motu propio* de su padre, el Sr. Juan Bautista
Feliciano Rivera. . . . . . . . . . . . . . . . . . . .75

7 de septiembre de 2011- **RESOLUCIÓN Y ORDEN DE LA SENTENCIA
INVENTADA DE 90 DÍAS DE SERVICIOS COMUNITARIOS,** cuyo
trámite ulterior secuela de esta todavía legitima el
**SECUESTRO Y DESAPARICIÓN FORZADA DEL MENOR,** y la
sentencia de alimentos que ha causado dos (2)
encarcelaciones arbitrarias e ilegales contra la Sra.
Feliciano Rosado. A saber, del 14 al 23 de diciembre de
2011 y del 15 al 21 de febrero de 2017. Dicha sentencia
no sólo fue dictada sobre la base de razones inventadas,
sino que se impidió arbitrariamente su reducción a
escritos durante tres (3) meses después, o sea, hasta el
2 de diciembre de 2011. . . . . . . . . . . . . 75-79

12 de septiembre de 2011- Moción Informativa y Solicitud de
Permiso al Honorable Tribunal, que en realidad debió
llamarse Moción de Reconsideración, pero los abogados
privaron a la Sra. Feliciano Rosado y su hijo de una
defensa vigorosa y competente. . . . . . . . . . .80-82

13 de septiembre de 2011- Certificación de la Iglesia

**TABLA DE CONTENIDO**
**MOCIÓN DE OBJECIÓN**
**por notificación del 2 de noviembre de 2011**
**SRF 57751**
**Título III de PROMESA 48 U.S.C. Sec. 2102-2241**
**Núm. 17 BK 3283-LTS**
**(Con Administración Conjunta)**

PÁGS.

Adventista del 7mo Día, a los efectos de probar que la Sra. Feliciano Rosado estaba impedida de realizar los 90 días de Servicios Comunitarios en el día sábado por ser el Día de Reposo. Sin embargo, el Lcdo. Javier Sepúlveda Rivera no consideró importante dicha prueba y la excluyó de los anejos de la moción del 12 de septiembre de 2011. Finalmente, la práctica de guardar el sábado fue malignada por la parte contraria y admitida como prueba inculpatoria y que, en efecto, causó la primera (1era) encarcelación ilegal e injusta de la Sra. Feliciano Rosado por acumulación de errores. . . . . . . . . . . 83

**14 de septiembre de 2011- 7ma Moción** en Cumplimiento de Orden de la Lcda. Olga Longoria Vélez. . . . . . . . . 84, 85

Opúsculo Oficina de la Administración de Tribunales de Puerto Rico con protocolo de queja contra jueces y abogados . . . . . . . . . . . . . . . . . . . . . . . . . . .86, 87

16 de septiembre de 2011- Plan de Trabajo de la SENTENCIA INVENTADA y NULA en un intento de la Sra. Feliciano Rosado por cumplir con los términos y condiciones incumplibles de los 90 DÍA DE SERVICIOS COMUNITARIOS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 88-96

10 de octubre de 2011- Notificación de Acción Tomada con Referido de Maltrato a Menores, cuyo resultado fue "Sin fundamento", del Departamento de la Familia de Puerto Rico. . . . . . . . . . . . . . . . . . . . . . . 97-99

**19 de octubre de 2011- Moción** de Desacato de la Lcda. Olga Longoria Vélez, la jefa de la mafia del Tribunal de Mayagüez, contra la Sra. Feliciano Rosado. . . .100-102

22 de octubre de 2011- Sala de Emergencia por el menor. . 103

27 de octubre de 2011- Moción Renunciando a Representación Legal del Lcdo. Ángel García Troche. . . . . . .104-106

27 y 28 de octubre de 2011- Certificación a puño y letra del Dr. Fernando G. Salazar, Oftalmólogo, que atendió al menor L.A.R.F. tras sufrir una fractura a causa de un lápiz que un compañero de clases le metió en el ojo accidentalmente. La maestra de la Mayagüez Academy no llamó a la Sra. Feliciano Rosado y dejó al niño con el dolor en el ojo hasta las 3:00 p.m. Su padre, el Sr. Aníbal Rodríguez García, no quiso ir a la oficina del médico mientras se atendía al menor de emergencia al salir de la escuela, pese a que la madre lo invitó tras informarle lo sucedido. . . . . . . . . . . . . 107-109

31 de octubre de 2011- Informe Oficial de Movimiento de Matrícula de la escuela privada Mayagüez Academy a la escuela pública Sabanetas El Maní. . . . . . . .110-113

3 de noviembre de 2011- Hoja de Referido Sala Emergencia Menores en ASSMCA por el menor. . . . . . . . . 114-116

**TABLA DE CONTENIDO**
**MOCIÓN DE OBJECIÓN**
**por notificación del 2 de noviembre de 2011**
**SRF 57751**
**Título III de PROMESA 48 U.S.C. Sec. 2102-2241**
**Núm. 17 BK 3283-LTS**
**(Con Administración Conjunta)**

PÁGS.

4 de noviembre de 2011- Solicitud de Orden por Ley de Asecho de la Sra. Aida Ruiz López, la informante del victimario, el Sr. Aníbal Rodríguez García, en una persecución maliciosa. . . . . . . . . . . . . . . . . . . .117-121

4 de noviembre de 2011- Orden de Citación por la solicitud por Ley de Acecho para la vista del 16 de noviembre de 2011. . . . . . . . . . . . . . . . . . . . . . . . . . .122

**7 de noviembre de 2011- Moción** Urgente en Solicitud de Desacato e Ingreso a una Institución Carcelaria del País por su Reiterado Incumplimiento con las Relaciones Paterno Filiales de la Lcda. Olga Longoria Vélez contra la Sra. Feliciano Rosado. . . . . . . . . . . . 123-125

7 de noviembre de 2011- Moción Renunciando a Representación Legal del Lcdo. Javier Sepúlveda Rivera. . . . .126-128

10 de noviembre de 2011- Certificación Médica por cita de la Sra. Feliciano Rosado con la Dra. Noemí Varela, su reumatóloga. . . . . . . . . . . . . . . . . . . . .129

14 de noviembre de 2011- Notificación del tribunal para reseñalamiento de vista para el 14 de diciembre de 2011, emitida por el Juez Edwin Nieves Troche, quien indujo a error a las víctimas simulando presidir el caso en lugar de la Jueza Lynnette Ortiz Martínez, a los efectos de asegurarse la comparecencia de la madre y su hijo por fraude y entrampamiento. . . . . . . . . . . . . . . 130

**16 de noviembre de 2011- Moción** Urgente en Solicitud de Adelanto de Vista por Incumplimiento de Relaciones Paternos Filiales de la Lcda. Olga Longoria Vélez contra la Sra. Feliciano Rosado. . . . . . . . . . . . 131, 132

16 de noviembre de 2011- Orden de Protección sobre Ley Contra el Acecho contra la Sra. Feliciano Rosado por persecución maliciosa. . . . . . . . . . . . . . .133-135

21 de noviembre de 2011- Moción sobre Relevo de Representación Legal (Urgente) del Lcdo. Ángel García Troche. . . . 136

23 de noviembre de 2011- Moción por Derecho Propio, Urgente en Respuesta a la Moción por Adelanto de Vista por Alegado Incumplimiento de Relaciones Paterno Filiales y Solicitando Traslado del Caso de la Sra. Feliciano Rosado por derecho propio. . . . . . . . . . . . . 137

23 de noviembre de 2011- Contrato de Arrendamiento de Apartamentos Victoria para huir de la persecución maliciosa de la Jueza Lynette Ortiz Martínez y la Lcda. Olga Longoria Vélez, quienes actuaban en contubernio. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 138, 139

28 de noviembre de 2011- Moción Anunciando Representación

**TABLA DE CONTENIDO**
**MOCIÓN DE OBJECIÓN**
por notificación del 2 de noviembre de 2011
SRF 57751
Título III de PROMESA 48 U.S.C. Sec. 2102-2241
Núm. 17 BK 3283-LTS
(Con Administración Conjunta)

PÁGS.

Legal y Solicitando Regrabación de Vista de la Lcda. Norma B. Pérez Muñiz, la nueva abogada de la Sra. Feliciano Rosado. . . . . . . . . . . . . . . . . 140

**2 de diciembre de 2011- Resolución y Orden.** . . . . .141-145

2 de diciembre de 2011- Orden para el Programa Clara Lair, ubicado en las mismas facilidades del Centro Judicial de Mayagüez, al lado de la oficina de la Jueza Lynnette Ortiz Martínez, donde obligaron a la Sra. Feliciano Rosado a cumplir su pena de 90 días de servicios comunitarios, a los fines de someterla a servidumbre involuntaria y a "bullying" desde adentro mismo del Tribunal de Mayagüez. . . . . . . . . . . . . . . 146-148

3 de diciembre de 2011- Tracto de Citas por tratamiento Psiquiátrico del menor con el psiquiatra pediátrico, Bernardo B. Muñiz Ramírez. . . . . . . . . . . . . . . 149

5 de diciembre de 2011- PETICIÓN URGENTE DE AUXILIO A LA OFICINA DEL JUEZ PRESIDENTE DEL TRIBUNAL SUPREMO DE PUERTO RICO. . . . . . . . . . . . . . . . . . . .150-152

6 de diciembre de 2011- Sala de Emergencia para el menor y visita al Dentista pediátrico. . . . . . . . . .153, 154

7 de diciembre de 2011- Notificación de Archivo en autos de Resolución de Moción de Reconsideración. . . . . . .155

7 de diciembre de 2011- Resolución y Orden. . . . . .156-158

8 de diciembre de 2011- **Moción** Informativa de la Lcda. Olga Longoria Vélez contra la Sra. Feliciano Rosado. 159-160

9 de diciembre de 2011- Respuesta del Juez Presidente, cuyo efecto es un espiral con escalada de violencia del Estado, toda vez que "*la violencia del Estado incluye tanto la perpetra como la que tolera*" . . . . . 161-163

9 de diciembre de 2011- Traición de la Abogada por notificación del tribunal que nunca remitió a la Sra. Feliciano Rosado. . . . . . . . . . . . . . . . 164, 165

14 de diciembre de 2011- Moción en Solicitud de Transferencia de Vista de la Abogada de la Sra. Feliciano Rosado. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 166-168

13 de diciembre de 2011- Notificación . . . . . . . .169-171

14 de diciembre de 2001- Orden de Mostrar Causa. . . 172, 173

14 de diciembre de 2011- SECUELA ULTERIOR DE LA SENTENCIA INVENTADA- Minuta-Orden . . . . . . . . . . . . 174-180

14 de diciembre de 2011- SECUELA ULTERIOR DE LA SENTENCIA INVENTADA- Resolución-Orden de PRIMER (1ER) ENCARCELAMIENTO ILEGAL Y ARBITRARIO CONTRA LA SRA.

**TABLA DE CONTENIDO**
**MOCIÓN DE OBJECIÓN**
por notificación del 2 de noviembre de 2011
SRF 57751
Título III de PROMESA 48 U.S.C. Sec. 2102-2241
Núm. 17 BK 3283-LTS
(Con Administración Conjunta)

PÁGS.

FELICIANO ROSADO, Y ORDEN DE SECUESTRO DE SU HIJO, POR EXTORSIÓN Y TORTURA. . . . . . . . . . . . . . . . .181-184

14 de diciembre de 2011- SECUELA ULTERIOR DE LA SENTENCIA INVENTADA- Orden. . . . . . . . . . . . . . . . 185-187

14 de diciembre de 2011- SECUELA ULTERIOR DE LA SENTENCIA INVENTADA- Moción Solicitando se Deje sin Efecto Arresto y se Ordene Excarcelación de Abogado Traicionero contratado de emergencia . . . . . . . . . . . .188-190

15 de diciembre de 2011- SECUELA DE LA SENTENCIA INVENTADA- Orden . . . . . . . . . . . . . . . . . . . . . 191, 192

15 de diciembre de 2011- SECUELA DE LA SENTENCIA INVENTADA- Orden- Hoja de Control sobre Liquidación de Sentencias. . . . . . . . . . . . . . . . . . . . . . . . . . . .193

16 de diciembre de 2011- Carta de amiga durante encarcelación de la Sra. Feliciano Rosado. . . . . . . . . . .194, 195

19 de diciembre de 2011- MOCIÓN EN OPOSICIÓN A MOCIÓN ASUMIENTO REPRESENTACIÓN LEGAL SOLICITANDO SE DEJE SIN EFECTO ARRESTO Y SE ORDENE EXCARCELACIÓN de la Lcda. Olga Longoria Vélez contra la Sra. Feliciano Rosado. . . . . . . . . . . . . . . . . . . . . . . . . . 196, 197

19 de diciembre de 2011- Moción Informativa del Negociado de Métodos Alternos . . . . . . . . . . . . . . . . 199, 200

20 de diciembre de 2011- MINUTA-ORDEN DE VISTA DE EXCARCELACIÓN . . . . . . . . . . . . . . . . . . 201-203

21 de diciembre de 2011- Recibo a puño y letra de abogado traicionero por simular defender a la Sra. Feliciano Rosado. . . . . . . . . . . . . . . . . . . . . . .204

21 de diciembre de 2011- MINUTA-ORDEN DE SEGUNDA (2DA) VISTA DE EXCARCELACIÓN. . . . . . . . . . . . . . . . . 205-209

21 de diciembre de 2011- Resolución y Orden de vista de Excarcelación. . . . . . . . . . . . . . . . . .210-212

21 de diciembre de 2011- Resolución y Orden Enmendada Nunc Pro Tunc por la Vista de Excarcelación. . . . . 213-216

23 de diciembre de 2011- Certificado de Libertad de la Sra. Feliciano Rosado. . . . . . . . . . . . . . . . . . .217

23 de diciembre de 2011- TRACTO DE PERSECUCIÓN MALICIOSA DEL TRIBUNAL CONTRA LA SRA. FELICIANO ROSADO TRAS SU EXCARCELACIÓN: PERSECUCIÓN MALICIOSA CON DUPLICIDAD DE EXÁMENES MÉDICOS SÓLO PARA ELLA, SIN ESTAR EN CONTROVERSIA SU SALUD MENTAL, Y SIN TOCAR A SU VICTIMARIO Y SIN INTENCIÓN DE DEVOLVERLE A SU HIJO. . . . .218-227

29 de diciembre de 2011- Moción a puño y letra del progenitor

**TABLA DE CONTENIDO**
**MOCIÓN DE OBJECIÓN**
**por notificación del 2 de noviembre de 2011**
**SRF 57751**
**Título III de PROMESA 48 U.S.C. Sec. 2102-2241**
**Núm. 17 BK 3283-LTS**
**(Con Administración Conjunta)**

PÁGS.

de la Sra. Feliciano Rosado. . . . . . . . . . .228, 229

30 de diciembre de 2011- Resolución y Orden a la moción anterior declarando "No Ha Lugar". . . . . . . .229-231

30 de diciembre de 2011- Moción Informativa. . . . . 232, 233

30 de diciembre de 2011- Moción por Derecho Propio. . . . 234

30 de diciembre de 2011- Resolución y Orden "No ha lugar". . . . . . . . . . . . . . . . . . . . . . . . . . . 235-237

Copia de Tarjetas del plan del salud que pagaba la Sra. Feliciano Rosado para ella y su hijo. . . . . . . . .238


**TRACTO DE PETICIONES DE AUXILIO A LA AUTORIDAD CONCERNIDA**

ANEJOS 2013. . . . . . . . . . . . . . . . . . . . . . .1 – 87

ANEJOS 2014. . . . . . . . . . . . . . . . . . . . . . 88 – 106

ANEJOS 2015. . . . . . . . . . . . . . . . . . . . . 107 – 200

ANEJOS 2016. . . . . . . . . . . . . . . . . . . . . 201 – 213

ANEJOS 2017- secuela ulterior de la SENTENCIA INVENTADA con segunda (2da) en encarcelación ilegal y arbitraria contra la Sra. Feliciano Rosado, so pretexto del cobro de pensión alimentaria por un hijo de quién ya no posee ni su custodia ni patria potestad. . . . . . . 214 – 318