




Maira Ivet Feliciano Rosado
Calle Elena Segarra #154
Sector El Maní
Mayagüez, Puerto Rico 00682



RECEIVED & FILED
CLERK'S OFFICE
NOV 16 2021
US DISTRICT COURT
SAN JUAN, PR



HON. LAURA TAYLOR SWAIN,
LEY PROMESA - MOCIÓN DE OBJECIÓN
Tribunal de Distrito de los Estados Unidos
(*United States District Court*)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767





**CERTIFIED MAIL**

7021 0350 0000 0598 7164





U.S. POSTAGE PAID
FCM LG ENV
MAYAGUEZ, PR
00680
NOV 12, 21
AMOUNT
**$9.76**
R2303S104539-77

Maira Ivet Feliciano Rosado
Calle Elena Segarra #154
Sector El Maní
Mayagüez, Puerto Rico 00682

LEY PROMESA - MOCIÓN DE OBJECIÓN - *Clerk's Office*
Tribunal de Distrito de los Estados Unidos
(*United States District Court*)
Sala 150 Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

HANDLE WITH CARE