Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Maria del R. Flores Lazzarini_

Participant's Address: _Urb. Alturas de Covadonga_
_4-D-3 Salvador Brau St. Toa Baja, P.R. 00949_

Participant's Email Address: _mariafloreslazzarini@gmail·com_

Name of Counsel: _— o —_

Address of Counsel: _— o —_

Email Address of Counsel: _— o —_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Maria del R. Flores Lazzarini_
Signature

_Maria del R. Flores Lazzarini_
Print Name

_____
Title (if Participant is not an individual)

_September , 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

United States District Court
Clerk's Office
150 Ave. Carlos Chardon St. 150
San Juan, P. R. 00918-1767

00918-170625

MEMPHIS TN 380
14 NOV 2021 PM 4 L

SAN JUAN, P.R.
U.S. DISTRICT COURT
CLERK'S OFFICE
2021 NOV 16 PM 4:0
RECEIVED & FILED

FOREVER USA

Participant must provide all of the information below **in English**:

1.   Participant's contact information, including email address, and that of its counsel,
     if any:

Participant's Name: _Nannette Muñiz Jiménez_

Participant's Address: _22 Calle Arrecife Hacienda La Sabana_
_Quebradillas, PR 00678_

Participant's Email Address: _nannette.muniz@gmail.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.   Participant's Claim number and the nature of Participant's Claim:

Claim Number: _# 74238_

Nature of Claim: _Public Employer, and Pension/Retiree Claim_

By: _Nannette Muñiz Jiménez_
Signature

_Nannette Muñiz Jiménez_
Print Name

_Individual_
Title (if Participant is not an individual)

_10/04/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice
must be filed electronically with the Court on the docket using the CM/ECF docket event Notice
of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re
Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing
system on or before the applicable deadline. If you are not represented by counsel, you may
instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's
Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Nannette Muñiz Jiménez
HC 1 Box 5892
Camuy, PR 00627

RECEIVED & FILED
2021 NOV 16 PM 4:
DISTRICT COURT
SAN JUAN, PR

United States District Court,
Clerks Office
150 Ave Carlos Chardon Ste. 150
San Juan, PR 00918-1767

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Grisell Ortiz Castro_

Participant's Address: _Bo. Sabana Abajo Sector La 44 #3400 Carolina PR 00985_

Participant's Email Address: _grisellortiz@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK - 3283 - LTS_

Nature of Claim: _____

By: _Grisell Ortiz Castro_
Signature

_Grisell Ortiz Castro_
Print Name

_____
Title (if Participant is not an individual)

_5 Noviembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

GRISELL ORTIZ CASTRO
P.O. SABANA ABAJO
SECTOR LA 44 BUZON 34 CC
CAROLINA, PUERTO RICO 00985

00918-170625

UNITED STATES DISTRICT COURT
CLERK'S OFFICE
150 AVE. CARLOS CHARDO STE. 150
SAN JUAN, P.R. 00918-1767

SAN
13 N

UNITED STATES
POSTAL SERVICE®

1000

00918

U.S. POSTAGE PAID
FCM LETTER
CAROLINA, PR
00883
NOV 13, 21
AMOUNT

$0.58

R2305K132088-35

2021 NOV 16 PH 4: 08

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1.     Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Diana A. Vázquez Torres_

Participant's Address: _Urb. Las Antillas, PR Street E-25, Salinas PR_

Participant's Email Address: _risita vazquez @ yahoo.com_

Name of Counsel: _N/A_

Address of Counsel: _N/A_

Email Address of Counsel: _N/A_

2.     Participant's Claim number and the nature of Participant's Claim:

Claim Number: _132271_

Nature of Claim: _PROMESA, Title III_

By: _Diana A. Vázquez Torres_
Signature

_Diana A. Vázquez Torres_
Print Name

_N/A_
Title (if Participant is not an individual)

_Nov. 08-2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the <u>Court's Clerk's Office</u> at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Maria A. Vázquez Torres
P.O. Box 814
Salinas, P.R. 00751

RECEIVED & FILED

2021 NOV 16  PM 4: 08

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.

Clerk's Office United States District Court
150 Ave. Carlos Chardon
Ste. 150
San Juan, P.R. 00918-1767

00918-170625

MEMPHIS TN 380

10 NOV 2021 PM 2   L

USA FOREVER

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Leyton Solier Román_

Participant's Address: _Calle: José M. Angeli #44 Sur Gma. P.R. 00784_

Participant's Email Address: _leytonsolierromán@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _161196_

Nature of Claim: _Promesa Title III NO. 17 BK 3283-LTS_

By: _[signature]_
Signature

_Leyton Solier Román_
Print Name

_____
Title (if Participant is not an individual)

_12 de Octubre de 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED & FILED
2021 NOV 16  PM 4:0
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Peyton Solier Roman
Calle: Jose' M. Angeli #445ur
Guayama, P.R. 00784

United States District Court
Clerk's Office, 150 Ave Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767