UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------------- x
: 
In re: :
 :
THE FINANCIAL OVERSIGHT AND : PROMESA
MANAGEMENT BOARD FOR PUERTO RICO, : Title III
 :
    as representative of : Case No. 17-BK-3283 (LTS)
 :
THE COMMONWEALTH OF PUERTO RICO *et al.*, : (Jointly Administered)
 :
    Debtors.[1] :
---------------------------------------------------------------------------- x

**INFORMATIVE MOTION SUBMITTING SUPPLEMENTAL DOCUMENTS REQUESTED BY THE HONORABLE COURT DURING ORAL ARGUMENTS OF ASOCIACIÓN DE MAESTROS DE PUERTO RICO AND ASOCIACIÓN DE MAESTROS DE PUERTO RICO-LOCAL SINDICAL DURING THE NOVEMBER 17, 2021 CONFIRMATION HEARING IN OPPOSITION TO THE OVERSIGHT BOARD'S PROPOSED RULINGS AT CONFIRMATION HEARING REGARDING ACT 53-2021 (DOCKET NO. 19002).**

To the Honorable United States District Judge Laura Taylor Swain:

    Asociación de Maestros Puerto Rico and the Asociación de Maestros de Puerto Rico-Local Sindical (collectively, "AMPR"), by and through their undersigned counsel, hereby submit to the Honorable Court the Official Translation of the Commonwealth of Puerto Rico Supreme Court Case *Asociación de Maestros de PR v. Sistema de Retiro para Maestros de PR*, 190 DPR 854 [Offic. Trans. at 1] (2014) (the "TRS Pension Decision") and respectfully state as follows:

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474), and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-4780 (LTS)) (Last Four Digits of Federal Tax ID: 3747).

1. During the undersigned counsel's Oral Argument in Objection to the Oversight Board's Proposed Rulings on Act 53-2021 on behalf of AMPR, the Honorable Court asked the undersigned counsel for the ECF Number of the Official Translation of the TRS Pension Decision.

2. The undersigned counsel, was not certain that a copy had been filed as an attachment to AMPR's Objection to Confirmation of the Plan of Adjustment (Docket No. 18585) (hereinafter the "Objection"), and respectfully requested to supplement its response to the Honorable Court's s inquiry thereafter. The Honorable Court granted the request and ordered or instructed AMPR to supplement the information requested.

3. In accordance with the Honorable Court's order and/or instructions, AMPR hereby informs that AMPR did not file a copy of the Official Translation of the TRS Pension Decision with its Objection, although it cited the Official Translation of the TRS Pension Decision extensively. Therefore, in accordance with the Honorable Court's order and/or request, AMPR hereby submits with this Informative Motion a copy of the Official Translation of the TRS Pension Decision as **Exhibit A**.

**WHEREFORE**, AMPR respectfully requests the Honorable Court to take notice of the submission of the Official Translation of the TRS Pension Decision by AMPR in compliance with the Honorable Court's order.

*[Remainder of page left blank intentionally]*

Dated: November 17, 2021

*/s/ José Luis Barrios Ramos*
Jośe Luis Barrios-Ramos, ESQ.
USDC No. 223611
PRESTIGE LEGAL SERVICES, LLC
278 Ave. César González
San Juan, Puerto Rico 00918
Telephone: (787) 593-6641
jbarrios@prestigelegalpr.com

*Counsel to Asociacion de Maestros de Puerto Rico and Asociacion de Maestros de Puerto Rico -Local Sindical*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record of such filing to all CM/ECF participants in this case.

/s/ *José Luis Barrios Ramos*
José Luis Barrios Ramos