IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

as representative of

THE COMMONWEALTH OF PUERTO RICO,
THE EMPLOYESS RETIREMENT SYSTEM OF
THE GOVERNMENT AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,

Debtors

PROMESA
Title III

NO. 17 BK 3283-LTS

(Jointly Administered)

## COMMONWEALTH OF PUERTO RICO BANKRUPT AT A MATTER OF FACT OBJECTIONS THAT JUSTIFY A CITIZENS INTERVIEW

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, THIS PRO SÉ MOTION PRESENT A POSSIBLE FOLLOW UP PRODUCTION REQUEST SURVEYS TO BE COMPLETE FROM ABOUT THE CITIZENS PREFERENCE OPTIONS THAT BE SO HELPFULNES TO THE COURT. JUST APPLYING AND BE CAREFULY ON OBSERVANCE ABOUT ANY TROUBLE AT THIS PREVIEW UPDATE PUBLIC FINANCE ADJUSTMENT PLAN FOR AN OBJECTION VIEW SINCE A COMMON STATEMENTS REVIEW.

| MATTER OF FACT FROM ABOUT OBJECTIONS | PUBLIC RETIREE (YES/NO) | PUBLIC EMPLOYEES (YES/NO) | STAND BY PUBLIC MEMBERS (YES/NO) | YES/NO AVERAGE % | |
|---|---|---|---|---|---|
| 1. PAYABLE ANNUAL INCOME TAXES | YES | — | — | 100% YES NO | 0% |
| 2. SEX & GENDER PERSPECTIVE | YES | — | — | 100% YES NO | 0% |
| 3. TOPPLE DEMOGRAPHIY AGE | YES | — | — | 100% YES NO | 0% |
| 4. NON-TRADITIONAL CIVIL STATUS | YES | — | — | 100% YES NO | 0% |
| 5. PERSONAL DIAGNOSIS & PROGNOSIS | YES | — | — | 100% YES NO | 0% |
| 6. PERSONAL & PRIVATE FINANCES STATUS | YES | — | — | 100% YES NO | 0% |
| 7. STUDENTS DEPENDENTS | YES | — | — | 100% YES NO | 0% |
| 8. YOUNGERS DEPENDENTS | NO | — | — | 0% YES NO | 100% |
| 9. DISABLE DEPENDENTS | NO | — | — | 0% YES NO | 100% |
| 10. ELDERLY DEPENDENTS | NO | — | — | 0% YES NO | 100% |
| YES/NO AVERAGE % | 70% YES 30% NO | — | — | 70% YES NO | 30% |

CREATE BY: ANA A. NÚÑEZ VELÁZQUEZ

1

FOR THESE KIND OF REASONS I PRETEND WITH THIS THIS PRO SÉ MOTION PRESENTATION BE A POSSIBLE FOLLOW UP PRODUCTION REQUEST SURVEYS AT MY PERSONAL AND PRIVATE STATUS (MYSELF), MAYBE OTHERS CITIZENSHIPS TOO, FOR BEING CONSIDER LIKE A NON DEBTORS AND A NON REORGANIZE DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, I JUST WANT TO BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I WANT BEING THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR OR REORGANIZE DEBTOR BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR OR NON REORGANIZE DEBTOR WITH A FORMAL RELEASE FOR THIS CASE TENACITIES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS SPECIAL PETITION ON ANY APPLICABLE FEDERAL RIGHTS (RULES) FOR THE DEBTORS AND REORGANIZE NON DEBTORS FROM ABOUT CREDITORS ARBITRATION TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE.

RESPECTFULLY

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: NOVEMBER 8, 2021
ON: AGUADILLA PR

2