IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO,
Administered)
THE EMPLOYESS RETIREMENT SYSTEM OF
THE GOVERNMENT AND THE PUERTO RICO
PUBLIC BUILDINGS AUTHORITY,

    Debtors

PROMESA
Title III

NO. 17 BK 3283-LTS

(Jointly

---

PRE-EMINENT THE COVENANT OF AGREEMENT OF THE PADLOCK

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF PUERTO RICO, THIS PRO SÉ MOTION PRESENT A POSSIBLE FOLLOW UP PRODUCTION REQUEST SURVEYS FROM ABOUT MULTISECTORIAL PADLOCK ISSUES ABOUT THE COMMOWEALTH OF PUERTO RICO ADJUSTMENT FINANCIAL PLAN.

I.    EXPOSITION OF A PADLOCK BOARD



CREATE BY ANA A. NÚÑEZ VELAÁZQUEZ

II.    EXPERIENCE OF A PRE-EMINENT REQUEST ASSESSTMENT (ASSETS)



CREATE BY ANA A. NÚÑEZ VELÁZQUEZ

1

III. **COVENANT BANKRUPT OF AGREEMENT AT PROMESA TITLE III SELECTING BY RIGHTS (✓) & OBLIGATIONS (✓)**

| OUTCOME RELATIVES ITEMS | CONVERGE WITH THE ADJUSTMENT PLAN | DIVERGE WITH THE ADJUSTMENT PLAN | AVERAGE % ✓ ✓ |
|---|---|---|---|
| 1. PUBLIC SECTOR RETIREES | | | |
| 2. PUBLIC SECTOR EMPLOYEES | | | |
| 3. COMMON NATIONAL CITIZENSHIPS | | | |
| 4. MAYOR CHIEFS | | | |
| 5. EXECUTIVE BRANCH MEMBERS | | | |
| 6. LEGISLATIVE BRANCH MEMBERS | | | |
| 7. SENATORS MEMBERS | | | |
| 8. PUERTO RICO PUBLIC DEBTORS | | | |
| 9. PUERTO RICO PUBLIC CREDITORS | | | |
| 10. PUERTO RICO BONDHOLDERS | | | |
| 11. JOINTLY ADMINISTERED | | | |
| 12. USA PRESIDENT & CONGRESS MEMBERS | | | |
| 13. TREASURY CHIEF OF THE USA | | | |
| AVERAGE % ✓✓ | | | |

CREATE BY ANA A. NÚÑEZ VELÁZQUEZ

FOR THESE KIND OF REASONS I PRETEND WITH THIS THIS PRO SÉ MOTION PRESENTATION FROM ABOUT THE PRE EMINENT THE COVENANT OF AGREEMENT OF THE PADLOCK, TO PURSUIT THAT MY PERSONAL AND PRIVATE STATUS (MYSELF), MAYBE OTHERS CITIZENSHIPS TOO, FOR BEING CONSIDER LIKE A NON DEBTORS AND A NON REORGANIZE DEBTORS ON BOARD AT THE FINANCIAL OVERSIGHT AND MANAGEMENT JOINTLY ADMINISTERED, I JUST WANT TO BEING WANT EXPUNGE FROM ABOUT THIS NATIONAL BANKRUPT CASE & THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO, TOO. IN ANY CASE AND FOR THE ONLY REASON THAT I WANT BEING THERE IT JUST THAT A NONAFFILIATED JOINTLY ASSOCIATE WITH ANY KIND OF HOLDERS CLAIMS OR CREDITORS ABOUT THIS NATIONAL BANKRUPT LIKE A DEBTOR OR REORGANIZE DEBTOR BUT, I APPLY TO BE CONSIDERING AN EXPUNGE LIKE A NO DEBTOR OR NON REORGANIZE DEBTOR WITH A FORMAL RELEASE FOR THIS CASE TENACITIES OF CREDITWORTHINESS, OR MAYBE JUST UNLESS IT IS NOT AS A PLAINTIFF IN TURN.

I CERTIFY THAT I SEND THIS SPECIAL PETITION ON ANY APPLICABLE FEDERAL RIGHTS (RULES) FOR THE DEBTORS AND REORGANIZE NON DEBTORS FROM ABOUT CREDITORS ARBITRATION TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, THE UNITED STATES DISTRICT COURT, THE UNITED STATES TRUSTEE, THE PRIME CLERK LLC, THE PROSKAUER ROSE LLC, O'NEIL & BORGES LLC, O'MELVERY & MYERS LLC AND THE MARINI PIETRANTONI MUÑIZ LLC, VÍA COMMON & REGULAR US POSTAL SERVICE

RESPECTFULLY

ANA A. NÚÑEZ VELÁZQUEZ
19 RES. VILLANUEVA APTO 170
AGUADILLA, PUERTO RICO 00603

DATED: NOVEMBER 8, 2021
ON: AGUADILLA PR

3