Sra. Ana H. Diaz Vaz
19 Rs. Villanueva Apto 170
Aguadilla PR 00613-7044

RECEIVED & FILED
2021 NOV 16 PM 4:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. POSTAGE PAID
FCM LETTER
AGUADILLA, PR
00603
NOV 10, 21
AMOUNT
$0.78
R2304M110741-17

UNITED STATES
POSTAL SERVICE

1000        00918

The Financial Oversight
and Management Board of P.R.
150 Carlos Chardon Ave. Suite 150
San Juan PR 00918-1767

00918-170399