# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Morning session:** | **Afternoon session:** |
| Set: 9:30 AM (AST) | Set: 3:10 PM (AST) |
| Started: 9:31 AM (AST) | Started: 3:14 PM (AST) |
| Ended: 12:52 PM (AST) | Ended: 3:56 PM (AST) |

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**  DATE: November 17, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al., Debtors | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 2
Confirmation Hearing – November 17, 2021

**6th day of Confirmation Hearing held**.

Today's agenda was filed at Docket No. 19260 in 3:17-BK-3283.

I. Oral Argument

1. The Oversight Board's Request for Rulings Regarding Act 53-2021

   Supporting parties:

   - Attorney Timothy Mungovan and Attorney Martin Bienenstock on behalf of the Oversight Board.

   - Attorney Daniel Salinas on behalf of the Lawful Constitution Debt Coalition

   Objecting parties:

   - Attorney Jessica Méndez Colberg on behalf of Federación de Maestros de Puerto Rico, EDUCAMOS and UNETE

   - Attorney José Luis Barrios on behalf of Asociación de Maestros de Puerto Rico

     o Attorney Barrios shall file an informative motion providing the docket number for the English translation of *Asociación de Maestros de PR v. Sistema de Retiro para Maestros de P.R.*, 190 D.P.R. 854 (2014)

   - Attorney David Indiano on behalf of Asociación Puertorriqueña de la Judicatura, Inc.

   - Attorney Enrique J. Mendoza Méndez on behalf of Asociación de Jubilados de la Judicatura de Puerto Rico

   - Attorney Peter DeChiara on behalf of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Service Employees International Union

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 3
Confirmation Hearing – November 17, 2021

    2. Third Revised Proposed Order Confirming the Plan

        Supporting party:

- Attorney Brian Rosen and Attorney Martin Bienenstock on behalf of the Oversight Board.

        Objecting party:

- Peter Hein, pro se party

- Attorney Peter DeChiara on behalf of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) and Service Employees International Union

- Attorney Enrique Almeida Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Vega Alta, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía and Cooperativa de Ahorro y Crédito de Juana Diaz

- Attorney Robert Gordon on behalf of the Retiree Committee

- Attorney Luc Despins on behalf of the Unsecured Creditors' Committee

- Attorney William Natbony on behalf of Assured

- Attorney David Carrión Baralt on behalf of PFZ Properties, Inc.

- Attorney Eduardo Capdevilla on behalf of Finca Matilde, Inc.

    Housekeeping matters were discussed.

    **Further Confirmation Hearing set for November 22, 2021 at 9:30 AM (AST) before Judge Laura Taylor Swain**.

                                          s/Carmen Tacoronte
                                          Carmen Tacoronte
                                          PROMESA Case Administrator