UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INRE:<br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD OF<br>PUERTO RICO AS<br>REPRESENTATIVE OF THE<br>COMMONWEALTH OF PUERTO<br>RICO, ET ALS<br>DEBTORS | PROMESA TITLE III<br>NUM. 17BK-3283-LTS |



## MOTION INFORMING THE COURT

Comes now the movant Pro Se Hiram Pérez-Soto and respectfully alleges and informs to the Honorable Court of the following:

1. That we filed a motion on September 3, 2021 with this Court Docket no. 18028.  The motion was entered on the docket on the same date September 3, 2021.  In that motion we told the Court that the First Circuit Court of Appeals in the case 21-1404 ordered in August 5, 2021 that we must clarify to that Court that the order lifting the automatic stay applicable to the District Court cases 19-CV-1266 and 19-CV-1774 were also applicable to any proceedings conducted in the First Circuit Court of Appeals.  We are sending the order of the First Circuit Court with this motion. The order was entered on the First

1

Document Page 2 of 6

Circuit Court on August 5, 2021. With the motion we filed we sent the following documents: Stipulation signed on November 4, 2019 pertaining to case 19-CV-1774. Stipulation was approved by this Court. Approved on November 4, 2019. Furthermore the Honorable Judge on August 22, 2019 made an order Docket no. 7776 which approved the lifting of the stay pertaining to case 19-CV-1266. In the aforesaid orders this Honorable Court lifted the automatic stay subject to the conditions that no execution of money judgments could be made against the Government of the Commonwealth of Puerto Rico. The cases could properly proceed until a final judgment is entered. Any minimal cost will not be considered a money judgment. If there is any dispute about the any cost which could be considered or not considered minimum the Court will decide. With this lifting of the automatic stay the cases in the District Court 19-CV-1266, leading case and 19-CV-1774 which were consolidated. The Federal Court was informed of the lifting of the stay and the cases were subject to further litigation in the Federal District Court. Motions of dismissal were approved by a Judge; those orders of dismissal were properly subject to appeal and is now pending in the First Circuit Court of Appeals 21-01404.

2. We sent letters in compliance with the eight amended notice case management and administrative procedure, no opposition was received by the counselors of AAFAF and the counselor of the Oversight Board.

3. On September 24, 2021 we filed a motion in which we informed the Honorable Court that we received an order dated September 13, 2021 Docket no. 18092. In this order the Honorable Court ordered the Department of Justice to file a motion stating its position. The Court ordered that I should reply by September 24, 2021. We filed a motion on September 24, 2021 Docket no. 18248. In this motion we sent copy of the motion filed by the Commonwealth of Puerto Rico on September 17, 2021. In that motion the Commonwealth of Puerto Rico accepted the same conditions that were approved by this Honorable Court in lifting the automatic stay to cases 19-CV-1266 and 19-CV-1774. The same conditions of the lifting of the stay in the District Court cases above mentioned were to be applicable to the appeals case 21-1404 of the First Circuit. We filed the aforesaid motion on September 24, 2021. Today November 15, 2021 the Honorable Court hasn't made any applicable order. The Commonwealth of Puerto Rico and this movant party has agreed that

3

the same conditions in which the lifting of the automatic stay was approved pertaining to case 19-CV-1774 and 19-CV-1266 should be made applicable to the appeals case 21-1404. We respectfully understand that the Honorable Judge has been very busy in relation to the approval of the Bankruptcy case of the Commonwealth of Puerto Rico of a settlement for the payment of obligations of the Commonwealth of Puerto Rico to investors and other creditors. But we believe that this motion is very simple; that could be decided quickly by this Honorable Court. The appeals case in the First Circuit 21-1404 has been paralyzed since August 2021. Our motion has been pending from September 24, 2021. We respectfully inform this Court that if our motion is not decided in a reasonable time we will have to file a Mandamus under the authority provided by 28USC1651 Rule 21 of the Federal Rules of Appellate Procedure, Rule 21 of Title V of the Rules of the First Circuit Court of Appeals, Article 3 of the United States Constitution.

**WHEREFORE**, it is respectfully requested from this Honorable Court to decide our motion of September 24, 2021 Docket no. 18248.

4

I hereby certify that I filed manually this motion with the Clerk of this Court and send by Email copy of this motion to: Fernando Figueroa Santiago, Email: fernando.figueroa@justicia.pr.gov. Omar Andino Figueroa, Court of Appeals Bar Number 1197240; email: omar.andino@justicia.pr.gov. Mariola Abreu Acevedo, Court of Appeals Bar Number 1199215; email: mariola.abreu@justicia.pr.gov. Susana I. Peñagaricano Brown Email: spenagaricano@justicia.pr.gov

Today, November 16 2021 in San Juan, Puerto Rico

5

*[signature]*

**HIRAM PEREZ SOTO**

PRO SE

S-1-5 Calle 11
Villas del Paraná
San Juan, Puerto Rico 00926-6045

Cel. (787) 438-6687
E-mail: hperez1057@gmail.com

6