


www.pitneybowes.com

US POSTAGE PAID
11/16/2021
From 00926
Zone 1

Pitney Bowes  026W0004897829
ComPlsPrice
Flat Rate Envelope  9057177417

**PRIORITY MAIL 1-DAY™**

Lic Hiram Perez Soto
Villas de Parana
Villas Del Parana
S1-5 Calle 11
San Juan PR 00926-6045

Estimated Delivery Date: 11/17/2021

0005

C018

CLERK OFFICE
US DISTRICT COURT
150 AVE CHARDON, STE 150
SAN JUAN PR 00918-1706

USPS TRACKING #



9405 5092 0212 1064 1117 42

# PRIORITY MAIL

FROM:

 DATE OF DELIVERY SPECIFIED*

 USPS TRACKING™ INCLUDED*

 INSURANCE INCLUDED*

 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.


PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

