# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre _Obdulia Alicea Dapena_

Dirección Postal _HC 3 Box 15441_
_Juana Díaz, PR_
_00795_

Teléfono de contacto res. _____ cel. _787-837-3913_
_Número de Reclamación: 177770-1_

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:
_Ley 124 - Aumento Sueldo     Julio 1973_
#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
_Ley 134 Aportación Acumulada Retiro    1996_
#94057 - Ley de Escala Salarial - Pasos, del 6 de Junio de 2008
_Ley 89 Retribución Uniforme Julio 1979_
#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

_Ley 124 - Aumento Sueldo    Julio 1973_
Ley 89 Romerazo – Efectiva en 1 de julio de 1995
_Ley 134 Aportación Acumulada Retiro -1996_
Ley de Escala Salarial – Pasos del 6 de Junio de 2008
_Ley 89 Retribución Uniforme Julio 1979_
Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

SAN JUAN, P.R.
U S DISTRICT COURT
CLERK'S OFFICE
2021 NOV 17   PM 3 55
RECEIVED & FILED

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con ~~Puerto Rico Telephone~~ *Hogar Geriátrico* ~~Company~~, Ponce, Puerto Rico desde el _16_ de _Julio_ de _1971_ hasta el _31_ de _diciembre_ de _1996_. Culmine mi laborar como _Sup. II Dietas. Hogar Geriátrico - Los Diamantes en Ponce, PR. ELA_ ~~en Puerto Rico Telephone Company~~, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo.~~

*(margen izquierdo: Los Diamantes,)*

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

_Obdulia Alicea Dapena_
Nombre en letra de molde


X _Obdulia Alicea Dapena_
Firma



P.D. Deseo informar que no estoy de acuerdo con la determinación de remover de la ACR-procedimiento de mi reclamo, debido a que la Agencia de 1 Hogar Geriátrico - Los Diamantes. en Ponce, PR. ELA, pertenece al gobierno de Puerto Rico. Actualmente esto y recibiendo mi retiro del ELA.

Gracias por la atención al respecto,

Queda de ustedes,
X _Obdulia Alicea Dapena_
Obdulia Alicea Dapena
# Reclamación - 177770-1
10 de noviembre de 2021