

Gobierno de Puerto Rico
Municipio Autónomo de Ponce
Oficina de Recursos Humanos

# C E R T I F I C A C I O N

Conforme consta en el Programa **SIGMA CERTIFICO** que **Obdulia Alicea Dapena** con los últimos dígitos del seguro social **xxx-xx-6051**, trabajó en el Municipio Autónomo de Ponce desde el **16 de julio de 1971 hasta el 30 de junio de 1996**. Se desempeñaba como Encargada Servicios Alimentos II.

Para que así conste, se expide y firmo este documento hoy a los **19 días del mes de junio del año 2020.**

_____
CORAL MARTINEZ ANEIRO
DIRECTORA
OFICINA DE RECURSOS HUMANOS

Damaris Morales de León
Oficinista IV
Registro de Personal

MEV

Box 1709, Ponce, P.R., 00733 Tel. (787)284-4141

# Formulario 480.7C — Declaración Informativa - Planes de Retiro y Anualidades / Informative Return - Retirement Plans and Annuities

Form Rev. 07.19

GOBIERNO DE PUERTO RICO - GOVERNMENT OF PUERTO RICO
Departamento de Hacienda - Department of the Treasury

F1585317888

**AÑO CONTRIBUTIVO / TAXABLE YEAR:** 2019
Enmendado - Amended: ( / / )

**Número de Confirmación de Radicación Electrónica / Electronic Filing Confirmation Number**

## INFORMACIÓN DEL PAGADOR - PAYER'S INFORMATION

- **Núm. de Identificación Patronal - Employer Identification No.:** 66-0433481
- **Nombre - Name:** ADMINISTRACION DE SISTEMAS DE RETIRO
- **Dirección - Address:** PO BOX 42003, SAN JUAN PR 00940-2003

## INFORMACIÓN DE QUIEN RECIBE EL PAGO - PAYEE'S INFORMATION

Seleccione un encasillado - Select one box:
[X] Residente / Resident
[ ] No Residente Ciudadano de E.U. / Nonresident U.S. Citizen
[ ] No Residente Extranjero / Nonresident Alien

- **Núm. de Identificación - Identification No.:** Redacted
- **Nombre - Name:** OBDULIA ALICEA DAPENA
- **Dirección - Address:** HC 3 BOX 15441, JUANA DIAZ PR 00795-9866

## INFORMACIÓN DEL PLAN - PLAN'S INFORMATION

- **Núm. de Identificación Patronal - Employer Identification No.:** 66-0433481
- **Nombre del Plan - Name of Plan:** ADMINISTRACION DE SISTEMAS DE RETIRO
- **Nombre de quien auspicia el plan - Plan sponsor's name:** ADMINISTRACION DE SISTEMAS DE RETIRO
- **Fecha en que comenzó a recibir la pensión / Date on which you started to receive the pension:** Día/Day 1  Mes/Month 1  Año/Year 1998

### Forma de Distribución - Form of Distribution:
[ ] Total / Lump Sum   [ ] Parcial / Partial   [X] Pagos Periódicos / Periodic Payments

### Tipo de Plan o Anualidad - Plan or Annuity Type:
[X] Gubernamental / Governmental   [ ] Privado Calificado / Qualified Private   [ ] No Calificado / Non Qualified   [ ] Anualidad Fija / Fixed Annuity   [ ] Anualidad Variable / Variable Annuity

| Descripción - Description | Cantidad - Amount |
|---|---|
| 1. Aportación Vía Transferencia / Rollover Contribution | |
| 2. Distribución Vía Transferencia / Rollover Distribution | |
| 3. Costo de la Pensión o Anualidad / Cost of Pension or Annuity | 9,630.00 |
| 4. Fondo de Retiro Gubernamental / Governmental Retirement Fund | 0.00 |
| 5. Contribución Retenida sobre Pagos Periódicos de Planes Calificados o Gubernamentales - Tax Withheld from Periodic Payments of Qualified or Governmental Plans | 0.00 |
| 6. Contribución Retenida sobre una Distribución Total (20%) - Tax Withheld from Lump Sum Distributions (20%) | |
| 7. Contribución Retenida sobre una Distribución Total (10%) - Tax Withheld from Lump Sum Distributions (10%) | |
| 8. Contribución Retenida sobre Distribuciones de Planes No Calificados - Tax Withheld from Distributions of Non Qualified Plans | |
| 9. Contribución Retenida sobre Otras Distribuciones de Planes Calificados (10%) - Tax Withheld from Other Distributions of Qualified Plans (10%) | |
| 10. Contribución Retenida sobre Anualidades / Tax Withheld from Annuities | |
| 11. Contribución Retenida sobre Transferencia de un Plan Calificado a una Cuenta de Retiro Individual No Deducible - Tax Withheld from Rollover of a Qualified Plan to a Non Deductible Individual Retirement Account | |
| 12. Contribución Retenida sobre Distribuciones del Programa de Cuentas de Ahorro para el Retiro (10%) - Tax Withheld from Distributions of the Retirement Savings Account Program (10%) | |
| 13. Contribución Retenida sobre Transferencia del Programa de Cuentas de Ahorro para el Retiro a Cuenta de Retiro Individual No Deducible (10%) - Tax Withheld from Rollover of the Retirement Savings Account Program to a Non Deductible Individual Retirement Account (10%) | |
| 14. Contribución Retenida sobre Distribuciones a No Residentes - Tax Withheld from Nonresident's Distributions | |
| 15. Contribución Retenida sobre Otras Distribuciones - Tax Withheld from Other Distributions | |

| Distribuciones - Distributions | |
|---|---|
| 16. Cantidad Distribuida / Amount Distributed | 6,300.00 |
| 17. Cantidad Tributable / Taxable Amount | 6,000.00 |
| 18. Cantidad sobre la cual se Pagó por Adelantado bajo las Secciones 1023.21, 1081.01(b)(9) o 1012D(b)(5) - Amount over which a Prepayment was Made under Sections 1023.21, 1081.01(b)(9) or 1012D(b)(5) | |
| 19. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| 20. Ingresos Exentos / Exempt Income | 300.00 |
| 21. Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | |
| A. Exentas / Exempt | 0.00 |
| B. Tributables / Taxable | 0.00 |
| C. Cantidad sobre la cual se Pagó por Adelantado / Amount over which a Prepayment was Made | 0.00 |
| D. Aportaciones Voluntarias / After-Tax Contributions | 0.00 |
| E. Total (Sume líneas 21A a la 21D) / Total (Add lines 21A through 21D) | 0.00 |
| 22. Contribución Retenida sobre Distribuciones por Razón de un Desastre Declarado por el Gobernador de Puerto Rico - Income Tax Withheld on Distributions for Reason of a Disaster Declared by the Governor of Puerto Rico | 0.00 |
| 23. Código de Distribución / Distribution Code | A |

**Razones para el Cambio / Reasons for the Change**

- **Número de Cuenta / Account Number:** Redacted
- **Número de Control / Control Number:** Redacted
- **Número de Control de la Declaración Informativa Original / Control Number of Original Informative Return:**

FECHA DE RADICACIÓN: 28 DE FEBRERO O 30 DE AGOSTO, SEGÚN APLIQUE. VEA INSTRUCCIONES - FILING DATE: FEBRUARY 28 OR AUGUST 30, AS APPLICABLE. SEE INSTRUCTIONS
ENVÍE ELECTRÓNICAMENTE AL DEPARTAMENTO DE HACIENDA. ENTREGUE DOS COPIAS A QUIEN RECIBE EL PAGO. CONSERVE COPIA PARA SUS RÉCORDS.
SEND TO DEPARTMENT OF THE TREASURY ELECTRONICALLY. DELIVER TWO COPIES TO PAYEE. KEEP COPY FOR YOUR RECORDS.
ADMINISTRACION DE LOS SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO Y JUDICATURA