Obdulia Alicea Durang
HC 03 Box 15441
Juana Diaz, P.R. 00795



Secretaria (clerk's OFFice)
Tribunal de Distrito de los
  Estados unidos

Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2021 NOV 17 PM 3:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Obdulia Alicea
HC 03 Box 15441
Juana Diaz, P.R. 00795

  

U.S. POSTAGE PAID
FCM LG ENV
COTO LAUREL, PR
00780
NOV 15, 21
AMOUNT
$1.36
R2305M146692-03

Secretaria (clerk's office)
Tribunal de Distrito de los
            Estados Unidos

Room 150 Federal Building
San Juan (Puerto Rico) 00918-1767

RECEIVED & FILED
2021 NOV 17 PM 3:55
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR