**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**<u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>**

    I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On November 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the 389th Omnibus Service List attached hereto as **<u>Exhibit A</u>**:

- Omnibus Objection Notice, customized for each party, a blank copy of which is attached hereto as **<u>Exhibit B</u>**

    On November 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Luis E. Pagan Gomez (MMLID#2167258), 515 S 24th St., Allentown, PA, 18104-6603:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Notice of Submission of Amended Exhibits to Three Hundred Fifty-First, Three Hundred Seventy-Sixth, Three Hundred Seventy-Eighth, and Three Hundred Seventy-Ninth Omnibus Objections [Docket No. 18366]

Dated: November 15, 2021

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 15, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ KELSEY LYNNE GORDON*
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

**<u>Exhibit A</u>**

Exhibit A

389th Omnibus Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamón | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamón | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1525057 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1528481 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | CoopAEE | c/o Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1535347 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | CoopAEE | c/o Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1538573 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | C/O Jimenez Brea & Asociados, PSC. | Attn: Nestor David Zamora Santos, Attorney | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1591862 | Cooperativa de Ahorro y Credito Caparra CaparraCoop | CaparraCoop | I/C Nestor David Zamora Santos, Attorney | Jimenez Brea 7 Asociados, PSC. | 20-35 Ave. Aguas Buenas, Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1594158 | Cooperativa de Ahorro y Credito Cupey Alto | C/O Jimenez Brea & Asociados, PSC. | Attn: Nestor David Zamora Santos | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1598173 | Cooperativa De Ahorro Y Credito Cupey Alto | C/O Jimenez Brea & Asociados, PSC. | Attn:Nestor David Zampra Santos | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1598206 | COOPERATIVA DE AHORRO Y CREDITO CUPEY ALTO | C/O NESTOR DAVID ZAMORA SANTOS | JIMENEZ BREA & ASOCIADOS, PSC | 20-35 AVE. AGUAS BUENAS | URB. SANTA ROSA | Bayamon | PR | 00959 |
| 1609381 | Cooperativa de Ahorro y Credito Cupey Alto | Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1618136 | Cooperativa de Ahorro y Credito Cupey Alto | C/O Jimenez Brea & Asociados, PSC. | Attn: Nestor David Zamora Santos | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1639233 | Cooperativa de Ahorro y Credito Cupey Alto | Care of: Jimenez Brea & Asociados, PSC. | Attn: Nestor David Zamora Santos | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1687882 | Cooperativa de Ahorro y Credito Cupey Alto | Jimenez Brea & Asociados, PSC. | Nestor David Zamora Santos, Attorney | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1728670 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | CoopAEE | C/O Jimenez Brea & Asociados, PSC. | Attn: Nestor David Zamora Santos, attorney | 20-35 Ave. Aguas Buenas, Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1740742 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | C/O Jimenez Brea & Asociados, PSC | Attn: Nestor David Zamora Santos | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |
| 1788664 | Cooperativa de Ahorro y Credito de Empleados de la Autoridad de Energia Electrica | attn: Nestor David Zamora Santos | Jimenez Brea & Asociados, PSC. | 20-35 Ave. Aguas Buenas | Urb. Santa Rosa | Bayamon | PR | 00959 |

## **Exhibit B**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
| **Reason:** |  |  |  |  |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
|  |  |  |  |  |
| **Base para:** |  |  |  |  |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**