UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### JOINT INFORMATIVE MOTION
### REGARDING PARTICIPATION IN CLOSING ARGUMENTS

To the Honorable United States District Court Judge Laura Taylor Swain:

Pursuant to the *Second Amended Order Regarding Procedures for Hearing on Confirmation of Plan of Adjustment* [ECF No. 19012-1] (the "Procedures Order"), Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Public Buildings Authority ("PBA"), and the Employees Retirement System of the Government

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

of the Commonwealth of Puerto Rico ("ERS," and, together with the Commonwealth and PBA, the "Debtors") pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] together with each of the parties who are signatories to this Joint Informative Motion (collectively, the "Parties"), respectfully state as follows:

1. The Parties will appear telephonically and by video conference at the hearing to consider confirmation of the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* [ECF No. 19184] (the "Plan," and such hearing, the "Confirmation Hearing"). Given the Court's allocation of six hours (360 minutes) for closing arguments at the Confirmation Hearing, to be divided evenly between the Parties supporting and opposing confirmation of the Plan, the Parties have agreed to allocate such time as set forth below. The names of counsel who intend to present closing argument and time allocations for each Party are set forth below, in the order in which Parties will present.[3]

### I. Supporting Parties

   i. Oversight Board: Martin J. Bienenstock, Brian S. Rosen, and Michael T. Mervis 65 minutes

   ii. Lawful Constitutional Debt Coalition: Susheel Kirpalani, 20 minutes

   iii. Puerto Rico Fiscal Agency and Financial Advisory Authority: Peter Friedman, 12 minutes

   iv. Ambac Assurance Corporation: Dennis F. Dunne, 4 minutes

   v. Financial Guaranty Insurance Company: Martin A. Sosland, 5 minutes

---

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

[3] In preparing this Joint Informative Motion, counsel to the Oversight Board contacted all parties in interest who submitted a pretrial informative motion in accordance with paragraph 4 of the Procedures Order. Counsel to the Oversight Board negotiated agreed-upon time allocations with the other supporting parties, totaling 180 minutes. The opposing parties provided the Oversight Board with their agreed-upon time allocations, totaling 180 minutes.

    vi.    <u>National Public Finance Guarantee Corporation</u>: Kelly DiBlasi and/or Robert S. Berezin, 4 minutes

    vii.    <u>Assured Guaranty Corp. and Assured Guaranty Municipal Corp.</u>: Mark C. Ellenberg, 5 minutes

    viii.    <u>AFSCME</u>:[4] Kenneth Pasquale, 6 minutes

    ix.    <u>Official Committee of Retired Employees</u>: Robert D. Gordon, 17 minutes

    x.    <u>Official Committee of Unsecured Creditors</u>: Luc A. Despins, 5 minutes

xi.    <u>DRA Parties</u>

    a.    <u>Cantor-Katz Collateral Monitor LLC</u>: Douglas Mintz, 8 minutes

    b.    <u>AmeriNational Community Services, LLC</u>: Arturo J. Garcia-Solá and/or Nayuan Zouairabani, 4 minutes

## II. **Opposing Parties**

    i.    <u>Peter C. Hein (*pro se*)</u>: 45 minutes

    ii.    <u>Arthur Samdovitz (*pro se*)</u>: 16 minutes

    iii.    <u>Asociación de Maestros Puerto Rico and the Asociación de Maestros de Puerto Rico-Local Sindical</u>: José Luis Barrios Ramos, 25 minutes

    iv.    <u>Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America</u>: Peter D. DeChiara, 10 minutes

    v.    <u>Maruz Real Estate Corp.</u>: Alex Fuentes, 10 minutes

    vi.    <u>PFZ Properties, Inc.</u>: David Carrión Baralt, 5 minutes

    vii.    <u>Creditor Demetrio Amador Inc./Demetrio Amador Roberts</u>: María Mercedes Figueroa y Morgade, 10 minutes

    viii.    <u>Finca Matilde, Inc.</u>: Eduardo J. Capdevilia Díaz, 10 minutes

    ix.    <u>Vaquería Tres Monjitas, Inc.</u>: Gerardo A. Carlo-Altieri, 2 minutes

---

[4] AFSCME is the American Federation of State, County and Municipal Employees International Union, AFL-CIO, and its two local chapters, Servidores Públicos Unidos, AFSCME Council 95 and Capítulo de Retirados de SPU and their fourteen affiliated local unions in Puerto Rico.

3

|       |                                                                                                            |
|-------|------------------------------------------------------------------------------------------------------------|
| x.    | <u>Suiza Dairy Corp.</u>: Rafael A. González Valiente, 12 minutes                                          |
| xi.   | <u>Mapfre PRAICO Insurance Company</u>: José Sánchez-Girona, 5 minutes                                     |
| xii.  | <u>Sucesión Pastor Mandry Mercado</u>: Charles A. Cuprill[5], 10 minutes                                   |
| xiii. | <u>Credit Unions</u>:[6] Enrique M. Almeida, 10 minutes                                                    |
| xiv.  | <u>Quest Diagnostics of Puerto Rico, Inc.</u>: Brett D. Fallon, 3 minutes                                  |
| xv.   | <u>U.S. Bank Trust National Association and U.S. Bank National Association</u>: Ronald J. Silverman, 4 minutes |
| xvi.  | <u>Underwriter Defendants</u>:[7] Howard S. Steel, 3 minutes                                               |

### III. **Supporting Parties**

  i. <u>Oversight Board</u>: Martin J. Bienenstock, Brian S. Rosen, and Michael T. Mervis, 25 minutes

[*Remainder of page intentionally left blank*]

---

[5] The Oversight Board reached out to Charles A. Cuprill in advance of filing this Joint Informative Motion. While Mr. Cuprill requested time for closing argument, the Oversight Board did not receive a response authorizing his signature on this Joint Informative Motion, therefore Mr. Cuprill is not a signatory to this Joint Informative Motion.

[6] The Credit Unions are Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito Vega Alta, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía, and Cooperativa de Ahorro y Crédito de Juana Díaz.

[7] The Underwriter Defendants are Barclays Capital Inc.; BMO Capital Markets GKST Inc.; Citigroup Global Markets Inc.; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Merrill Lynch, Pierce, Fenner & Smith Inc; Merrill Lynch Capital Services, Inc.; Mesirow Financial, Inc.; Morgan Stanley & Co. LLC; Raymond James & Associates, Inc.; RBC Capital Markets, LLC; Samuel A. Ramirez & Co., Inc; Santander Securities LLC; and Sidley Austin LLP

**WHEREFORE**, the Parties respectfully request that the Court take notice of the foregoing.

Dated: November 19, 2021
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Susheel Kirpalani*
Susheel Kirpalani (*pro hac vice*)
susheelkirpalani@quinnemanuel.com
Daniel Salinas (USDC-PR 224006 )
danielsalinas@quinnemanuel.com
Eric Kay (*pro hac vice*)
erickay@quinnemanuel.com
Zachary Russell (*pro hac vice*)
zacharyrussell@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

*Counsel for the Lawful Constitutional Debt Coalition*

*/s/ Peter Friedman*
John J. Rapisardi
(Admitted *Pro Hac Vice*)
**O'MELVENY & MYERS LLP**
7 Times Square
New York, NY 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Peter Friedman
(Admitted Pro Hac Vice)
1625 Eye Street, NW
Washington, D.C. 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

Madhu Pocha
(Admitted *Pro Hac Vice*)
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer-Álvarez*
Hermann D. Bauer-Álvarez
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Atara Miller*
Dennis F. Dunne (admitted *pro hac vice*)
Atara Miller (admitted *pro hac vice*)
Grant R. Mainland (admitted *pro hac vice*)
John J. Hughes, III (admitted *pro hac vice*)
Jonathan Ohring (admitted *pro hac vice*)
**MILBANK LLP**
55 Hudson Yards

5

Tel: (310) 553-6700
Fax: (310) 246-6779

/s/ *Luis C. Marini-Biaggi*
Luis C. Marini-Biaggi
USDC No. 222301
Carolina Velaz-Rivero
USDC No. 300913
**MARINI PIETRANTONI MUÑIZ LLC**
250 Ponce de León Ave.
Suite 900
San Juan, Puerto Rico 00918
Tel: (787) 705-2171
Fax: (787) 936-7494

*Attorneys for the Puerto Rico Fiscal Agency and Financial Advisory Authority*

/s/ *María E. Picó*
**REXACH & PICÓ, CSP**
María E. Picó
(USDC-PR No. 123214)
802 Ave. Fernández Juncos
San Juan, PR 00907-4315
Telephone: (787) 723-8520
Facsimile: (787) 724-7844
Email: mpico@rexachpico.com

/s/ *Martin A. Sosland*
Martin A. Sosland (*pro hac vice*)
2911 Turtle Creek, Suite 1400
**BUTLER SNOW LLP**
Dallas, TX 75219
Telephone: (469) 680-5502
Facsimile: (469) 680-5501
E-mail: martin.sosland@butlersnow.com

James E. Bailey III (*pro hac vice*)
Adam M. Langley (*pro hac vice*) 6075 Poplar Ave., Suite 500
Memphis, TN 38119
Telephone: (901) 680-7200
Facsimile: (615) 680-7201
E-mail: jeb.bailey@butlersnow.com
adam.langley@butlersnow.com

New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
Email: ddunne@milbank.com
amiller@milbank.com
gmainland@milbank.com
jhughes2@milbank.com
johring@milbank.com

*Attorneys for Ambac Assurance Corporation*

/s/ *Robert Berezin*
Kelly DiBlasi (admitted *pro hac vice*)
Gabriel A. Morgan (admitted *pro hac vice*)
Jonathan Polkes (admitted *pro hac vice*)
Gregory Silbert (admitted *pro hac vice*)
Robert Berezin (admitted *pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: kelly.diblasi@weil.com
gabriel.morgan@weil.com
jonathan.polkes@weil.com
gregory.silbert@weil.com
robert.berezin@weil.com

*Attorneys for National Public Finance Guarantee Corporation*

/s/ *Luc. A. Despins*
Luc. A. Despins, Esq. (Pro Hac Vice)
James R. Bliss, Esq. (Pro Hac Vice)
Nicholas A. Bassett, Esq. (Pro Hac Vice)
G. Alexander Bongartz, Esq. (Pro Hac Vice)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
lucdespins@paulhastings.com
jamesbliss@paulhastings.com
nicholasbassett@paulhastings.com
alexbongartz@paulhastings.com

6

*Attorneys for Financial Guaranty Insurance Company*

/s/ William J. Natbony
Howard R. Hawkins, Jr. (Pro Hac Vice)
Mark C. Ellenberg (Pro Hac Vice)
William J. Natbony (Pro Hac Vice)
Thomas J. Curtin (Pro Hac Vice)
Casey J. Servais (Pro Hac Vice)
**CADWALADER, WICKERSHAM & TAFT LLP**
200 Liberty Street
New York, New York 10281
Tel.: (212) 504-6000
Fax: (212) 406-6666
Email: howard.hawkins@cwt.com
mark.ellenberg@cwt.com
bill.natbony@cwt.com
thomas.curtin@cwt.com
casey.servais@cwt.com

*Counsel for Assured Guaranty Corp. and Assured Guaranty Municipal Corp.*

/s/ Robert Gordon
Robert Gordon (admitted *pro hac vice*)
Richard Levin (admitted *pro hac vice*)
**JENNER & BLOCK LLP**
919 Third Ave
New York, NY 10022-3908
rgordon@jenner.com
rlevin@jenner.com
212-891-1600 (telephone)
212-891-1699 (facsimile)

Catherine Steege (admitted *pro hac vice*)
Melissa Root (admitted *pro hac vice*)
Landon Raiford (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
csteege@jenner.com
mroot@jenner.com
lraiford@jenner.com
312-222-9350 (telephone)

*Counsel to the Official Committee of Unsecured Creditors*

/s/ Douglas S. Mintz
Douglas S. Mintz (admitted *pro hac vice*)
Noah N. Gillespie (admitted *pro hac vice*)
**SCHULTE ROTH & ZABEL LLP**
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
Tel: 202-729-7470
Fax: 202-730-4520
E-mail: douglas.mintz@srz.com
noah.gillespie@srz.com

-and-

Douglas Koff (admitted *pro hac vice*)
Taleah Jennings (admitted *pro hac vice*)
Abbey Walsh (admitted *pro hac vice*)
Peter J. Amend (admitted *pro hac vice*)
919 Third Avenue
New York, NY 10022
Tel: 212-756-2000
Fax: 212-593-5955
E-mail: douglas.koff@srz.com
taleah.jennings@srz.com
abbey.walsh@srz.com
peter.amend@srz.com

*Attorneys for Cantor-Katz Collateral Monitor LLC, as Collateral Monitor for the GDB Debt Recovery Authority*

/s/ Arturo J. García-Solá
Arturo J. García-Solá
(USDC No. 201903)
E-mail: ajg@mcvpr.com
Alejandro J. Cepeda-Díaz
(USDC No. 222110)
E-mail: ajc@mcvpr.com
Nayuan Zouairabani
(USDC No. 226411)
E-mail: nzt@mcvpr.com
**MCCONNELL VALDÉS LLC**
270 Muñoz Rivera Avenue, Suite 7

7

*Counsel for The Official Committee of Retired Employees of Puerto Rico*

*/s/ Peter C. Hein*
Peter C. Hein, pro se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com
917-539-8487

*/s/ Ronald J. Silverman*
Ronald J. Silverman, Esq. *(pro hac vice)*
Pieter Van Tol, Esq. *(pro hac vice)*
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
ronald.silverman@hoganlovells.com
pieter.vantol@hoganlovells.com

*Counsel to U.S. Bank Trust National Association and U.S. Bank National Association*

*/s/ Enrique M. Almeida*
Enrique M. Almeida, Esq.
USDC-PR 217701
**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, PR, 00919-1757
enrique.almeida@almeidadavila.com

*Attorneys for Credit Unions*

*/s/ Charles A. Brown*

Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-5632
Fax: 787-759-9225

*Attorneys for AmeriNational Community Services, LLC, as Servicer for the GDB Debt Recovery Authority*

/s/ *David Carrion Baralt*
DAVID CARRION BARALT
USDC-PR #207214
PO Box 364463
San Juan, PR 00936-4463
TEL: 787-758-5050
E-mail: davidcarrionb@aol.com

*Attorney for PFZ Properties, Inc.*

*/s/ Rafael A. González Valiente*
Rafael A. González Valiente
USDC No. 225209
**Godreau & González Law, LLC**
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
rgv@g-glawpr.com

*Attorney for Suiza Dairy Corporation*

*/s/ Eduardo J. Capdevila*
Isabel M. Fullana (USDPR No. 126802)
Eduardo J. Capdevila (USDPR No. 302713)
ifullana@gaflegal.com
ecapdevila@gaflegal.com
**ISABEL FULLANA-FRATICELLI & ASSOCS., P.S.C.**
The Hato Rey Center Bldg.
268 Ave. Ponce de León Ste. 1002
San Juan, Puerto Rico 00918
Telephone: (787) 250-7242
Facsimile: (787) 756-7800

8

Douglas H. Flaum (*Pro Hac Vice*)
Charles A. Brown (*Pro Hac Vice*)
Howard S. Steel (*Pro Hac Vice*)
Stacy A. Dasaro (*Pro Hac Vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
E-mail: dflaum@goodwinlaw.com
E-mail: cbrown@goodwinlaw.com
E-mail: hsteel@goodwinlaw.com
E-mail: sdasaro@goodwinlaw.com

*Counsel for Underwriter Defendants*

/s/ *Arthur Samodovitz*

Arthur Samodovitz
120 Lasa Commons Circle #213
St. Augustime, FL, 32084
arthurssails@gmail.com
904-878-4026

/s/ *Ana M. Deseda Belaval*
**BELLVER ESPINOSA LAW FIRM**
Ana M. Deseda Belaval
U.S.D.C. P.R. Bar 307710
Alejandro Bellver Espinosa
U.S.D.C. P.R. Bar 225708
Cond. El Centro I, Suite 801
500 Muñoz Rivera Ave.
San Juan, Puerto Rico 00918
(787) 946-5268 (Telephone)
anadeseda@bellverlaw.com
alejandro@bellverlaw.com

-and-

Kenneth Pasquale (admitted *pro hac vice*)
Sherry J. Millman (admitted *pro hac vice*)
**STROOCK & STROOCK & LAVAN LLP**
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400

*Counsel to Finca Matilde, Inc.*

/s/ *Peter D. DeChiara*
Richard M. Seltzer *(pro hac vice)*
Peter D. DeChiara *(pro hac vice)*
Marie B. Hahn *(pro hac vice)*
**COHEN, WEISS AND SIMON LLP**
pdechiara@cwsny.com
rseltzer@cwsny.com
mhahn@cwsny.com
900 Third Avenue, Suite 2100
New York, NY 10022-4869
(212) 563-4100

*Counsel to SEIU and UAW*

/s/ *José A. Sánchez-Girona*
José A. Sánchez-Girona
USDC-PR No. 222310
**SALDAÑA, CARVAJAL & VÉLEZ-RIVÉ, PSC**
E-mail: jsanchez@scvrlaw.com
166 Avenida de la Constitución
San Juan, Puerto Rico 00901
Tel.: 787-289-9250
Fax: 787-289-9253

*Attorneys for Mapfre PRAICO Insurance Company*

/s/ *José Luis Barrios Ramos*
Jose Luis Barrios-Ramos, ESQ.
USDC No. 223611
PRESTIGE LEGAL SERVICES, LLC
278 Ave. César González
San Juan, Puerto Rico 00918
Telephone: (787) 593-6641
jbarrios@prestigelegalpr.com

*Counsel to AMPR*

9

Facsimile: (212) 806-6006
kpasquale@stroock.com
smillman@stroock.com

*Attorneys for AFSCME*


/s/ Mª Mercedes Figueroa y Morgade
MªMercedes Figueroa y Morgade
USDC-PR #207108
3415 Alejandrino Ave.
Apt. 703
Guaynabo, PR 00969-4856
Tel: 787-234-3981
figueroaymorgadelaw@yahoo.com

*Counsel for Amador*


/s/ Mariana Muñiz Lara
Mariana Muñiz Lara
PRDC Bar No. 231,706
**DLA PIPER (PUERTO RICO) LLC**
Calle de la Tanca #500, Suite 401
San Juan, PR 00901-1969
Tel: (787) 945-9106
Fax: (939) 697-6141
mariana.muniz@dlapiper.com

-and-

Brett D. Fallon (*pro hac vice*)
Jaclyn C. Marasco (*pro hac vice*)
**FAEGRE DRINKER BIDDLE & REATH LLP**
222 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 467-4224
Facsimile: (302) 467-4201
brett.fallon@faegredrinker.com
jaclyn.marasco@faegredrinker.com

*Counsel to Quest Diagnostics of Puerto Rico, Inc.*

/s/ Gerardo A. Carlo-Altieri
Gerardo A. Carlo-Altieri
USDC PR-No. 112009
254 Calle San José
Third Floor
San Juan, PR 00901
New York, NY 10022
Tel: 787.247.6680
Fax: 787-919-0527
Email: gacarlo@carlo-altierilaw.com

-and-

/s/ Wendy G. Marcari
Wendy G. Marcari (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Tel: 212.351.3747
Fax: 212.878.8600
Email: WMarcari@ebglaw.com

*Attorneys for Vaquería Tres Monjitas, Inc.*

/s/ Alexis Fuentes-Hernández, Esq.
Alexis Fuentes-Hernández, Esq.
USDC-PR 217201

FUENTES LAW OFFICES, LLC
P.O. Box 9022726
San Juan, PR 00902-2726 Tel. (787) 722-5215, 5216
Fax. (787) 483-6048
E-Mail: fuenteslaw@icloud.com

*Counsel for Maruz Real Estate Corp.*