**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                     Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Moheen Ahmad, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On November 11, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via Email on the Master Service List attached hereto as **Exhibit A**:

- Informative Motion of Financial Oversight and Management Board Regarding Confirmation Hearing and November 12, 2021 Witness Examination [Docket No. 19163]

On November 12, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Master Mail Service List attached hereto as **Exhibit B**:

- Informative Motion of Financial Oversight and Management Board Regarding Confirmation Hearing and November 12, 2021 Witness Examination [Docket No. 19163]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: November 18, 2021

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 18, 2021, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

# **Exhibit A**

Exhibit A

Master Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| A&S Legal Studio, PSC | Attn: Ricardo Burgos-Vargas | rburgos@adameslaw.com; |
| Adsuar Muniz Goyco Seda & Perez-Ochoa, PSC | Attn: Eric Pérez-Ochoa, Lourdes Arroyo Portela, Alexandra Casellas-Cabrera, Katarina Stipec Rubio, Sharlene M. Malavé-Vallines, Pedro Jimenez-Rodriguez, & Luis A. Oliver Fraticelli | epo@amgprlaw.com; larroyo@amgprlaw.com; acasellas@amgprlaw.com; loliver@amgprlaw.com; kstipec@amgprlaw.com; pjime@icepr.com; |
| Aguirre Offshore Gasport, LLC | Attn: Daniel Bustos, Chief Development Officer | daniel.bustos@excelerateenergy.com; |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Thomas P. McLish, Scott M. Heimberg, Allison S. Thornton | tmclish@akingump.com; sheimberg@akingump.com; athornton@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff, Philip C. Dublin, Stephen M. Baldini, Brad M. Kahn | idizengoff@akingump.com; pdublin@akingump.com; sbaldini@akingump.com; bkahn@akingump.com |
| Aldarondo & López-Bras, P.S.C. | Attn: Ivan M. Castro Ortiz, Sheila J. Torres-Delgado, Claudio Aliff-Ortiz, Eliezer Aldarondo-Ortiz, David R. Rodríguez-Burns | icastro@alblegal.net; storres@alblegal.net; ealdarondo@alblegal.net; drodriguez.alb@gmail.com; |
| Alexandra Bigas Valedon | | alexandra.bigas@gmail.com; |
| Alianza Comunitaria Ambientalista del Sureste, Inc. | Attn: Timmy Boyle | acasepr@gmail.com; |
| American Federation of State, County and Municipal Employees | Attn: Judith Rivlin, Teague P. Paterson, & Michael L. Artz | jrivlin@afscme.org; tpaterson@afscme.org; martz@afscme.org; |
| AmeriNat | Attn: Mark Fredericks, Francisco De Armas | mfredericks@amerinatls.com; fdearmas@ciacpr.com; |
| Andrés L. Córdova | | acordova@juris.inter.edu |
| Antonetti Montalvo & Ramirez Coll | Attn: Kelly Rivero Alen, Jose L. Ramirez-Coll & Carolina V. Cabrera Bou | Jramirez@amrclaw.com; Kellyrivero@hotmail.com; ccabrera@amrclaw.com |
| Antonio Fuentes-González | | antoniofuentesgonzalez@yahoo.com; |
| Arroyo & Rios Law Offices, PSC | Attn: Moraima S. Ríos Robles & Jessica A. Figueroa-Arce | mrios@arroyorioslaw.com; jfigueroa@arroyorioslaw.com; |
| Attn: Juan C Bigas Valedon | PO Box 7011 | cortequiebra@yahoo.com |
| Autopistas de PR, LLC | Attn: Xavier Carol | xavier.carol@abertis.com; |
| Autopistas Metropolitanas de Puerto Rico, LLC | Attn: Julian Fernandez | julian.fernandez@metropistas.com; gonzalo.alcalde@metropistas.com; yanira.belen@metropistas.com |
| Barnes & Thornburg, LLP | Attn: David M. Powlen, Esq., Kevin Collins, Esq. | david.powlen@btlaw.com; kevin.collins@btlaw.com; |
| Bauza Brau Irizarry & Silva | Attn: Antonio Bauza-Santos, Guillermo J. Silva-Wiscovich | antonio.bauza@bioslawpr.com; gsilva@bioslawpr.com |
| Belk & Grovas Law Offices | Attn: James Belk-Arce & Carlos J. Grovas-Porrata | belkgrovas@gmail.com; |
| Bellver Espinosa Law Firm | Attn: Ana M. Deseda Belaval & Alejandro Bellver Espinosa | anadeseda@bellverlaw.com; alejandro@bellverlaw.com |
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira, Héctor M. Mayol Kauffmann, Francisco del Castillo Orozco | ajb@bennazar.org; bgm.csp@bennazar.org; hector.mayol@bennazar.org; francisco.delcastillo@bennazar.org; |
| Bermúdez Díaz & Sánchez LLP | Attn: José J. Sánchez Vélez, Esq. & Reggie Diaz Hernandez, Esq. | jsanchez@bdslawpr.com; rdiaz@bdslawpr.com; |
| Bobonis, Bobonis & Rodriguez Poventud | Attn: Carlos Bobonis González, Enrique G. Figueroa-Llinás | cbg@bobonislaw.com; efl@bobonislaw.com; |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 1 of 14

Exhibit A
Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Brown Rudnick LLP | Attn: Stephen A. Best, Esq., Benjamin G. Chew, Esq. | sbest@brownrudnick.com; bchew@brownrudnick.com; |
| Brown Rudnick LLP | Attn: Sunni P. Beville, Esq., Tristan Axelrod | sbeville@brownrudnick.com; taxelrod@brownrudnick.com |
| Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq. & Valerie Bantner Peo, Esq. | schristianson@buchalter.com; vbantnerpeo@buchalter.com; |
| Bufete Emmanuelli, C.S.P. | Attn: Jessica E. Méndez Colberg, Esq. | jessica@bufete-emmanuelli.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno | rolando@bufete-emmanuelli.com; jessica@bufete-emmanuelli.com; notificaciones@bufete-emmanuelli.com; wilbert_lopez@yahoo.com; remmanuelli@me.com |
| Bufete Emmanuelli, C.S.P. | Attn: Rolando Emmanuelli Jiménez, Jessica E. Méndez Colberg, Wilbert López Moreno, Wendolyn Torres Rivera | rolando@bufete-emmanuelli.com; jessica@bufete-emmanuelli.com; notificaciones@bufete-emmanuelli.com; wilbert_lopez@yahoo.com; wendolyn@bufete-emmanuelli.com |
| Bufete Fernández & Alcaraz CSP | Attn: Ignacio Fernández de Lahongrais | ignacio@bufetefernandezalcaraz.com |
| Bufete Rodríguez Miranda, C.S.P. | Attn: María Celeste Rodríguez Miranda | mcrm100@msn.com; |
| Butler Snow, LLP | Attn: Martin Sosland and Candice M. Carson | martin.sosland@butlersnow.com; Chris.Maddux@butlersnow.com; Mitch.Carrington@butlersnow.com; candice.carson@butlersnow.com; |
| Butler Snow, LLP | Attn: Stanford G. Ladner | stan.ladner@butlersnow.com; |
| Butler Snow, LLP | Attn: Christopher R. Maddux & J. Mitchell Carrington | chris.maddux@butlersnow.com; mitch.carrington@butlersnow.com; |
| Butler Snow, LLP | Attn: Adam M. Langley, James E. Bailey III | adam.langley@butlersnow.com; jeb.bailey@butlersnow.com |
| C. Conde & Assoc. | Attn: Carmen D. Conde Torres, Esq. & Luisa S. Valle Castro, Esq. | condecarmen@condelaw.com; ls.valle@condelaw.com; notices@condelaw.com; |
| Cadwalader, Wickersham & Taft, LLP | Attn: Mark Ellenberg, Esq. | mark.ellenberg@cwt.com; |
| Cadwalader, Wickersham & Taft, LLP | Attn: Howard R. Hawkins, Jr., Mark C. Ellenberg, Thomas J. Curtin, Casey J. Servais, Jared Stanisci, William J. Natbony, and Jaclyn A. Hall | howard.hawkins@cwt.com; mark.ellenberg@cwt.com; thomas.curtin@cwt.com; casey.servais@cwt.com; ; bill.natbony@cwt.com; jaclyn.hall@cwt.com; Jared.Stanisci@cwt.com |
| Cancio Covas & Santiago, LLP | Attn: Ileana M. Oliver Falero, Esq., Charles E. Vilaro Valderrabano | ioliver@ccsllp.com; cvilaro@ccsllp.com |
| Cancio, Nadal, Rivera & Diaz, PSC | Attn: Arturo Diaz-Angueira & Katiuska Bolanos-Lugo, Carlos M. Rivera-Vicente | Adiaz@cnrd.com; Kbolanos@cnrd.com; avalencia@cnrd.com; crivera@cnr.law |
| Cardona-Jimenez Law Offices, PSC | Attn: Jose F. Cardona Jimenez | jf@cardonalaw.com |
| Caribbean Hospital Corporation | Attn: Dr. Sylvia Lourdes de la Peña | delapena.sylvia@gmail.com; |
| Carla T. Rodríguez Bernier | | carla.rodriguezbernier@yahoo.com; |
| Carlos A. Quilichini Paz & Jessica M. Quilichini Ortiz | | quilichinipazc@microjuris.com; |
| Carlos Alsina Batista Law Offices, PSC | Attn: Carlos C. Alsina Batista | calsina@prquiebra.com |
| Carlos E. Cardona-Fernández | | carloscardonafe@hotmail.com; |
| Carlos E. Rivera-Justiniano | | lcdo.carlos.e.riverajustiniano@gmail.com; |
| Carlos M. Vergne Law Offices | Attn: Carlos M. Vergne Vargas | carlosvergne@aol.com; |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Exhibit A

Master Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Casellas Alcover & Burgos, PSC | Attn: Heriberto Burgos Pérez, Ricardo F. Casellas-Sánchez, Diana Pérez-Seda, Mariano A. Mier Romeu | hburgos@cabprlaw.com; rcasellas@cabprlaw.com; dperez@cabprlaw.com; |
| Casillas, Santiago & Torres, LLC | Attn: Ericka C. Montull-Novoa, Juan C. Nieves-González, Luis R. Ramos Cartagena | jcasillas@cstlawpr.com; jnieves@cstlawpr.com; lramos@cstlawpr.com |
| Casillas, Santiago & Torres, LLC | Attn: Diana M. Batlle-Barasorda, Esq., Ericka C. Montull-Novoa, Esq., Luis Torres | dbatlle@cstlawpr.com; emontull@cstlawpr.com; ltorres@cstlawpr.com; |
| Casillas, Santiago & Torres, LLC | Attn: Luis F. Llach-Zúñiga | lllach@cstlawpr.com |
| Chambers of Honorable Laura Taylor Swain | Puerto Rico Chambers Copy | SwainDPRCorresp@nysd.uscourts.gov |
| Charles A. Cuprill, PSC, Law Offices | Attn: Charles A. Cuprill–Hernández | ccuprill@cuprill.com; |
| Charlie Hernandez Law Offices | Attn: Charlie M. Hernández | charliehernandezlaw@gmail.com; |
| Chiesa Shahinian & Giantomasi PC | Attn: Robert E. Nies, George A. Spadoro, Marc R. Lepelstat, Michael R. Caruso | rnies@csglaw.com; gspadoro@csglaw.com; mlepelstat@csglaw.com; mcaruso@csglaw.com; |
| Choate, Hall & Stewart, LLP | Attn: Saige Jutras Oftedal & Douglas R. Gooding | softedal@choate.com; mbarulli@choate.com; jsantiago@choate.com; dgooding@choate.com; |
| Coalición de Organizaciones Anti Incineración, Inc. & Amigos del Río Guaynabo, Inc. | Attn: Myrna Conty | gmchg24@gmail.com; |
| Cobián Roig Law Offices | Attn: Eduardo J. Cobián Roig | eduardo@cobianroig.com; |
| Cohen, Weiss and Simon, LLP | Attn: Peter D. DeChiara | pdechiara@cwsny.com; |
| Colón Ramírez, LLC | Attn: Francisco E. Colón Ramírez | fecolon@colonramirez.com |
| Comité Diálogo Ambiental, Inc. | Attn: Víctor Alvarado | valvarados@gmail.com; |
| Comité Yabucoeño Pro-Calidad de Vida, Inc. | Attn: Lydia Díaz | ausubopr88@gmail.com; |
| Constructora Santiago II, Corp. | Attn: Eng. José López | jlopez@constructorasantiago.com; |
| Cordova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@bmdcounselors.com |
| Cordova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@bmdcounselors.com |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@cordovadick.com |
| Córdova & Dick, LLC | Attn: Brian M. Dick Biascoechea | bmd@cordovadick.com |
| Correa Acevedo & Abesada Law Offices, PSC | Attn: Roberto Abesada-Agüet, Sergio E. Criado & Rocío Del Mar Valentín Colón | ra@calopsc.com; scriado@calopsc.com; rvalentin@calopsc.com |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | rco@crlawpr.com; gar@crlawpr.com; |
| Coto & Associates | Attn: Ramón Coto-Ojeda & Gladira Robles-Santiago | rco@crlawpr.com; gar@crlawpr.com; |
| Daniel Molina López, Esq. | | dmolinalaw@gmail.com; |
| David Carrion Baralt | | davidcarrionb@aol.com; |
| Davis Polk & Wardwell LLP | Attn: Donald S. Bernstein, Brian M. Resnick, Angela M. Libby | donald.bernstein@davispolk.com; brian.resnick@davispolk.com; angela.libby@davispolk.com; |
| De Diego Law Offices, PSC | Attn: William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com; |

Exhibit A
Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Debevoise & Plimpton, LLP | Attn: Craig A. Bruens, Esq., & Elie J. Worenklein, Esq., Andrew Ceresney, Lisa Zornberg | cabruens@debevoise.com; eworenklein@debevoise.com; aceresney@debevoise.com; lzornberg@debevoise.com |
| Dechert, LLP | Attn: Allan S. Brilliant & Yehuda Goor | allan.brilliant@dechert.com; |
| Dechert, LLP | Attn: G. Eric Brunstad, Jr. | eric.brunstad@dechert.com; |
| Dechert, LLP | Attn: Stuart T. Steinberg & Michael S. Doluisio | stuart.steinberg@dechert.com; michael.doluisio@dechert.com; |
| Del Valle Group, SP | Attn: Humberto Reynolds, President, Del Valle Group, S.P., | hreynolds@delvallegroup.net; |
| Delgado & Fernandez, LLC | Attn: Alfredo Fernandez Martinez | afernandez@delgadofernandez.com; |
| Department of Justice | Attn: Wandymar Burgos Vargas, Deputy Secretary in Charge of Litigation | wburgos@justicia.pr.gov; |
| Despacho Juridico Ramos Luina LLC | Attn: Guillermo J Ramos Luina | gramlui@yahoo.com; |
| Development & Construction Law Group, LLC | Attn: Raúl Castellanos Malavé | rcastellanos@devconlaw.com; |
| Diaz Soto Law Office | Attn: Ricardo L. Díaz Soto | diazsotolaw@gmail.com; |
| Diego Corral González | Attn: Diego Corral González | corraldieg@gmail.com; |
| DLA Piper (Puerto Rico), LLC | Attn: Jose A. Sosa-Llorens | jose.sosa@dlapiper.com; |
| DLA Piper, LLP (US) | Attn: Richard A. Chesley & Rachel Ehrlich Albanese | richard.chesley@dlapiper.com; rachel.albanese@dlapiper.com; |
| Donna A. Maldonado-Rivera | | Donna.Maldonado@popular.com; |
| Edgardo Barreto Law Office | Attn: Edgardo Barreto-Pagan | edgardo_barreto@yahoo.com; |
| Edgardo Muñoz, PSC | Attn: Edgardo Muñoz | emunozPSC@gmail.com; |
| El Puente de Williamsburg, Inc.-Enlace Latino de Acción Climática | Attn: David Ortiz | dortiz@elpuente.us; |
| Elián N. Escalante De Jesús, Esq. | | elian.escalante@gmail.com; |
| Environmental Protection Agency (EPA) | Attn: Michael S. Regan | Regan.Michael@epa.gov |
| Epstein Becker & Green, P.C. | Attn: Wendy G. Marcari | wmarcari@ebglaw.com |
| Estrella, LLC | Attn: Alberto Estrella, Kenneth C. Suria, Francisco A. Ojeda-Diez | agestrella@estrellallc.com; kcsuria@estrellallc.com; fojeda@estrellallc.com |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com; clarisasola@hotmail.com; |
| Faccio & Pabon Roca | Attn: Luis E. Pabón Roca, Esq. & Clarisa Soló Gómez, Esq. | lpabonroca@microjuris.com; clarisasola@hotmail.com; |
| Faegre Baker Daniels, LLP | Attn: Rina Longo & Michael B. Fisco | Rina.Longo@FaegreDrinker.com; pjime@icepr.com; |
| Federación de Maestros de Puerto Rico | | legal.fmpr@gmail.com; |
| Feldesman Tucker Leifer Fidell, LLP | Attn: James L. Feldesman | jfeldesman@FTLF.com; |
| Félix J. Montañez-Miranda | | fmontanezmiran@yahoo.com; |
| Fernández Cuyar Rovira & Plá LLC | Attn: Juan A. Cuyar Cobb | jcc@fccplawpr.com; jcc@fclawpr.com |
| Ferraiuoli, LLC | Attn: Roberto A. Cámara Fuertes & Sonia E. Colón | rcamara@ferraiuoli.com; scolon@ferraiuoli.com; |
| Ferrari Law, PSC | Attn: Carla Ferrari-Lugo | ferraric@ferrarilawpr.com; |
| Ferrovial Agroman, SA and Ferrovial Agroman, LLC | Attn: Eng. Nassin E. Tactuk Diná | n.tactuk@ferrovial.com; |

Exhibit A

Master Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Figueroa y Morgade Law | Attn: Maria Mercedes Figueroa y Morgade, Esq. | figueroaymorgadelaw@yahoo.com; |
| Foley & Lardner LLP | Attn: Tamar Dolcourt | tdolcourt@foley.com |
| Fortuño Law | Attn: Juan C. Fortuño Fas | bkfilings@fortuno-law.com; |
| Francisco González Law Office | Attn: Francisco R. González-Colón | bufetefrgonzalez@gmail.com; |
| Fuentes Law Offices, LLC | Attn: Alexis Fuentes Hernández | alex@fuenteslaw.com; |
| G. Carlo-Altieri Law Offices, LLC | Attn: Gerardo A. Carlo, Kendra Loomis | gacarlo@carlo-altierilaw.com; gaclegal@gmail.com |
| Garay Massey Law Office | Attn: Juan Carlos Garay Massey | juans@prtc.net |
| Garcia-Arregui & Fullana PSC | Attn: Isabel M. Fullana | ifullana@gaflegal.com; |
| Genovese Joblove & Battista, P.A. | Attn: John H. Genovese, Mariaelena Gayo-Guitian, Jesus M. Suarez, John Arrastia | jgenovese@gjb-law.com; mguitian@gjb-law.com; jsuarez@gjb-law.com; jarrastia@gjb-law.com; |
| Gerena Law Office | Attn: Jorge L. Gerena-Méndez, Esq. | jlgere@gmail.com; |
| Gierbolini & Carroll Law Offices, P.S.C. | Attn: Courtney R. Carroll, Miguel E. Gierbolini | courtneyrcarroll@gierbolinicarroll.com; miguelgierbolini@gierbolinicarroll.com; |
| Godreau & Gonzalez Law, LLC | Attn: F. David Godreau Zayas & Rafael A. Gonzalez Valiente | dg@g-glawpr.com; rgv@g-glawpr.com; |
| Godreau & Gonzalez Law, LLC | Attn: Rafael A. Gonzalez Valiente | rgv@g-glawpr.com |
| Goldman Antonetti & Cordova, LLC | Attn: Carlos A. Rodríguez Vidal & Solymar Castillo Morales | crodriguez-vidal@gaclaw.com; scastillo@gaclaw.com; |
| González López & López Adames LLC | Attn: Marie Elsie López Adames | marielopad@gmail.com; |
| Gonzalez Munoz Law Offices, PSC | Attn: Juan C. Nieves Gonzalez | Jnieves@gonzalezmunozlaw.com; |
| Goodwin Procter LLP | Attn: Brian E. Pastuszenski, Charles A. Brown | bpastuszenski@goodwinlaw.com; cbrown@goodwinlaw.com; |
| Greenberg Traurig, LLP | Attn: David Cleary, John Hutton, Kevin D. Finger, Nathan A. Haynes | Huttonj@gtlaw.com; Haynesn@gtlaw.com; fingerk@gtlaw.com; haynesn@gtlaw.com; |
| Guillermo Ramos Luiña | | gramlui@yahoo.com; |
| Hagens Berman Sobol Shapiro LLP | Attn: Mark T. Vazquez | MARKV@HBSSLAW.com; |
| Hagens Berman Sobol Shapiro LLP | Attn: Steve W. Berman | steve@hbsslaw.com; |
| HALS, PSC | Attn: Yarymar González Carrasquillo | ygc@rclopr.com; ygc1@prtc.net; |
| Harry Anduze Montano | | handuze@microjuris.com; |
| Harry Anduze Montano Law Offices | Attn: Harry Anduze Montaño | jmoralesb@microjuris.com; corraldieg@gmail.com; |
| Hector Figueroa Vincenty | | QUIEBRAS@ELBUFETEDELPUEBLO.com; |
| Hernandez & Rodriguez Law Offices | Attn: Fernando L. Rodriguez Mercado | hernandezrodriguezlaw@gmail.com; |
| Hernandez-Oharriz & Santiago, P.S.C. | Attn: Edgardo José Hernández Ohárriz | ehernandez@lawservicespr.com; |
| Hogan Lovells US, LLP | Attn: Robin E. Keller, Ronald J. Silverman, Michael C Hefter, Sara Posner | robin.keller@hoganlovells.com; ronald.silverman@hoganlovells.com; michael.hefter@hoganlovells.com; sara.posner@hoganlovells.com |
| Holland & Knight, LLP | Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., & Kathleen M. St. John, Esq. | bos-bankruptcy@hklaw.com; |
| Holland & Knight, LLP | Attn: Jesús E. Cuza | jesus.cuza@hklaw.com; |
| Honorable Rosanna López León | | mvega@senado.pr.gov; |

Exhibit A

Master Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Hunton Andrews Kurth LLP | Attn: Robert A. Rich, Esq. | rrich2@huntonak.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov; |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov; |
| Internal Revenue Service | Attn: Insolvency Unit | Thomas.M.Rath@IRSCOUNSEL.TREAS.gov; |
| Ismael Marrero Rolon | Attn: Jane Becker Whitaker | janebeckerwhitaker@gmail.com |
| Israel Roldán González & Isis Aimée Roldán Márquez | | irg@roldanlawpr.com; irm@roldanlawpr.com; |
| James Law Offices | Attn: Glenn Carl James | glenncarljameslawoffices@gmail.com; |
| Jenner & Block, LLP | Attn: Robert Gordon, Richard Levin, Carl N. Wedoff, Catherine Steege | rgordon@jenner.com; rlevin@jenner.com; cwedoff@jenner.com; csteege@jenner.com |
| Jenner & Block, LLP | Attn: Melissa Root, Catherine Steege | mroot@jenner.com; csteege@jenner.com; |
| Jesús M. Rivera Delgado | Attn: Jesús M. Rivera Delgado | info@jesusriveradelgado.com |
| Jiménez, Graffam & Lausell | Attn: Andrés F. Picó Ramírez & J. Ramón Rivera Morales | rrivera@jgl.com; apico@jgl.com; |
| Jiminez, Graffam & Lausell | Attn: J. Ramón Rivera Morales | rrivera@jgl.com |
| Jones Day | Attn: Bruce Bennett | bbennett@jonesday.com; |
| Jones Day | Attn: Beth Heifetz, Christopher J. DiPompeo | bheifetz@jonesday.com; cdipompeo@jonesday.com |
| Jones Day | Attn: Benjamin Rosenblum, James M. Gross | brosenblum@jonesday.com; jgross@jonesday.com; |
| Jorge Luis Guerrero-Calderon | | tuttieguerrero@yahoo.com; |
| Jorge P. Sala Colon | | jpsala_pr@yahoo.com; salalawyers@yahoo.com; |
| Jorge R. Quintana-Lajara | | jorgequintanalajara@gmail.com; |
| José Luis Barrios-Ramos | | barrios.jl@outlook.com; |
| José Luis Barrios-Ramos | | barrios.jl@outlook.com; |
| Jose W. Cartagena | | jwc@jwcartagena.com; |
| JRAF Law Firm, PSC | Attn: Juan P. Rivera Roman | riveraroman@hotmail.com; |
| JRJ Consultants & Legal Advisors, LLC | Attn: Javier Rua-Jovet, Esq. | javrua@gmail.com; |
| Juan A. Hernández Rivera, Esq. | | juan@jahrlaw.com; |
| Juan B. Soto Law Offices, PSC | Attn: Juan B. Soto Balbás | jsoto@jbsblaw.com; |
| Julio E Leandry-Hernández and Ileana Ortiz-Santiago | | ileanaortix@outlook.com; |
| Karon LLC | Attn: Daniel R. Karon | dkaron@karonllc.com; |
| Kasowitz Benson Torres LLP | Attn: Andrew K. Glenn, Shai Schmidt, Shemmy Mishaan, Cindy Kelly | AGlenn@kasowitz.com; SSchmidt@kasowitz.com; amishaan@kasowitz.com; ckelly@kasowitz.com |
| Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey, Esq., Ryan M. Billings, Esq. | swisotzkey@kmksc.com; rbillings@kmksc.com; |
| KPMG, LLC | Attn: Angel Perez & Luisette Negron | aperez@kpmg.com; Lnegron@kpmg.com; |

Exhibit A
Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Kramer Levin Naftalis & Frankel, LLP | Attn: Amy Caton, Thomas Moers Mayer, David E. Blabey, Jr., Douglas Buckley, P. Bradley O'Neill, Gregory A. Horowitz, Natan Hamerman, Alice J. Byowitz, and Natan Hamerman | acaton@kramerlevin.com; tmayer@kramerlevin.com; dblabey@kramerlevin.com; dbuckley@kramerlevin.com; nhamerman@kramerlevin.com; abyowitz@kramerlevin.com; ghorowitz@kramerlevin.com; boneill@kramerlevin.com; |
| Landrau Rivera & Assoc. | Attn: Noemí Landrau Rivera | nlandrau@landraulaw.com |
| Latham & Watkins LLP | Attn: Jeffrey E. Bjork, Esq. & Michael J. Reiss, Esq. | jeff.bjork@lw.com; michael.reiss@lw.com; |
| Latham & Watkins LLP | Attn: Adam J. Goldberg, Yelizaveta L. Burton, Christopher Harris | adam.goldberg@lw.com; liza.burton@lw.com; christopher.harris@lw.com; |
| Latham & Watkins LLP | Attn: Michael J. Reiss | michael.reiss@lw.com |
| Law Firm of Fernando E. Agrait | Attn: Fernando E. Agrait | agraitfe@agraitlawpr.com; |
| Law Office Aníbal Acevedo-Vilá | Attn: Aníbal Acevedo-Vilá | acevedovila1@gmail.com; |
| Law Office of Frank Pola, Jr. | Attn: Frank Pola, Jr. | pola@frankpolajr.com; |
| Law Offices of Herrero III & Associates, P.S.C | Attn: Ismael Herrero III | herreroiLLL@herrerolaw.com |
| Law Offices of John E. Mudd | Attn: John E. Mudd | jemudd@yahoo.com; |
| Law Offices of Michael Craig McCall | Attn: Michael Craig McCall | craigmcc@me.com; |
| LCDO, Carlos Ablerto Ruiz CSP | Attn: Carlos Alberto Ruiz, Esq. | carlosalbertoruizquiebras@gmail.com |
| Lcdo. Norberto Colón Alvarado | Attn: Norberto Colón Alvarado | norbertocolonalvarado@yahoo.com |
| Ledesma & Vargas, LLC | Attn: Fransheska Pabón López | fpabon@lvvlaw.com; |
| Legal Aid Clinic, UIA | Attn: Rafael E. Rodriguez Rivera | rrodriguez@juris.inter.edu |
| Legal Partners, PSC | Attn: Juan M. Suarez-Cobo | suarezcobo@gmail.com; |
| Legal Partners, PSC | Attn: Luis F. Del Valle Emmanuelli | dvelawoffices@gmail.com; |
| Lehman Brothers Holdings, Inc. | Attn: Thomas Hommell, Abhishek Kalra & Pamela Simons | abhishek.kalra@lehmanholdings.com; |
| Lemuel Negrón Colón | | lemuel.law@gmail.com; |
| Lex Services PSC | Attn: Ivan Diaz Lopez | ivandialo2001@yahoo.com; |
| Linares Palacios Law Offices | Attn: Adrián R. Linares Palacios | alinares2020@yahoo.com; |
| López Sánchez & Pirillo, LLC | Attn: José C. Sánchez-Castro, Alicia I. Lavergne Ramírez, & Maraliz Vázquez-Marrero | jsanchez@lsplawpr.com; alavergne@lsplawpr.com; |
| López Sánchez & Pirillo, LLC | Attn: Alicia I Lavergne Ramirez | alavergne@lsplawpr.com; |
| Lugo Mender Group, LLC | Attn: Wigberto Lugo Mender, Esq. | wlugo@lugomender.com; |
| Lugo-Emanuelli Law Offices | Attn: Luis R. Lugo Emanuelli | lawlugo1@gmail.com; |
| Luis Fred Salgado, Esq. | | luisfredsalgado@hotmail.com; |
| M.L. & R.E. Law Firm | Attn: Jorge Martinez-Luciano, Emil Rodriguez-Escudero | jorge@mlrelaw.com; emil@mlrelaw.com; |
| María Fernanda Vélez Pastrana | | mfvelezquiebras@gmail.com; |
| Mariani Franco Law, P.S.C. | Attn: Raúl S. Mariani Franco | marianifrancolaw@gmail.com |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa, Vanessa Medina-Romero, José Negrón-Fernández | jnegron@mhlex.com; rsantiago@mhlex.com |

Exhibit A
Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Marini Pietrantoni Muñiz, LLC | Attn: Luis C. Marini-Biaggi, Esq., Carolina Velaz-Rivero, Esq., Iván Garau-González, Esq., Valerie M. Blay-Soler | lmarini@mpmlawpr.com; cvelaz@mpmlawpr.com; mmuniz@mpmlawpr.com; vblay@mpmlawpr.com |
| Martínez-Alvarez, Menéndez Cortada & Lefranc Romero, PSC | Attn: Roberto Lefranc Morales & Francisco J. Ramos Martinez | rlm@martilaw.com; jnazario@martilaw.com; fjramos@martilaw.com; jnazario@martilaw.com; |
| Maslon LLP | Attn: Clark T. Whitmore, Esq., Brian J. Klein, Esq., Jason M. Reed, Esq. & Ana Chilingarishvili, Esq., William Z. Pentelovitch & John T. Duffey | Clark.whitmore@maslon.com; Brian.klein@maslon.com; Jason.reed@maslon.com; Ana.chilingarishvili@maslon.com; bill.pentelovitch@maslon.com; john.duffey@maslon.com; |
| Maximiliano Trujillo-Gonzalez, Esq. | | maxtruj@gmail.com; |
| Mayagüezanos por la Salud y el Ambiente, Inc. | Attn: Julia Mignucci | julia.mignuccisanchez@gmail.com; |
| McConnell Valdes LLC | Attn: Leslie Y. Flores-Rodriguez, Esq. | lfr@mcvpr.com |
| McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Eduardo A. Zayas-Marxuach, Rosamar Garcia-Fontan, Esq., Eduardo A. Zayas-Marxuach, Alejandro J., Cepeda-Diaz & Roberto C. Quiñones-Rivera, Esq., Myrgia M. Palacios-Cabrera, Esq., Juan Marqués; Gabriela A. Pérez-Vélez, Leany P. Prieto Rodriguez, Arturo J. García Sola, Isabel Torres-Sastre, Lizzie M. Portela | nzt@mcvpr.com; aaa@mcvpr.com; ezm@mcvpr.com; rcq@mcvpr.com; ajc@mcvpr.com; MPC@mcvpr.com; jam@mcvpr.com; gpv@mcvpr.com; lpp@mcvpr.com; ajg@mcvpr.com; its@mcvpr.com; lpf@mcvpr.com |
| McConnell Valdés, LLC | Attn: Nayuan Zouairabani, Esq., Antonio A. Arias, Esq., Rosamar García-Fontán, Esq., Eduardo A. Zayas-Marxuach, Alejandro J. Cepeda-Diaz & Eduardo A. Zayas-Marxuach Roberto C. Quiñones-Rivera, Esq., Gabriela A. Pérez-Vélez, Leany P. Prieto Rodriguez, Arturo J. García Sola, Isabel Torres-Sastre | nzt@mcvpr.com; aaa@mcvpr.com; ezm@mcvpr.com; rcq@mcvpr.com; ajc@mcvpr.com; MPC@mcvpr.com; jam@mcvpr.com; gpv@mcvpr.com; lpp@mcvpr.com; ajg@mcvpr.com; its@mcvpr.com |
| MCD Law, LLC | Attn: Hernando A. Rivera | harlawpr@gmail.com; |
| McDermott Will and Emery | Attn: Brandon Q. White, Esq, Felicia Perlman, Esq. | bqwhite@mwe.com; fperlman@mwe.com |
| McGuire Woods, LLC | Attn: E Andrew Southerling | asoutherling@mcguirewoods.com |
| McGuire Woods, LLC | Attn: Aaron G. McCollough | amccollough@mcguirewoods.com |
| Miguel Ángel Serrano-Urdaz | | serrano.urdaz.law@hotmail.com; |
| Milbank LLP | Attn: Dennis F. Dunne, Andrew M. Leblanc, Atara Miller, Grant R. Mainland, John J. Hughes, III, Jonathan Ohring | ddunne@milbank.com; amiller@milbank.com; gmainland@milbank.com; jhughes2@milbank.com; johring@milbank.com |
| Miriam Sanchez Lebron | | sanchez.lebron501@gmail.com; |
| Monserrate Simonet & Gierbolini, LLC | Attn: Dora L. Monserrate Peñagarícano, Miguel Simonet-Sierra, Fernando J. Gierbolini-González, Richard J. Schell; Ricardo R. Lozada-Franco | dmonserrate@msglawpr.com; fgierbolini@msglawpr.com; msimonet@msglawpr.com; rschell@msglawpr.com |
| Moore & Van Allen PLLC | Attn: Luis M. Lluberas | luislluberas@mvalaw.com; |

Exhibit A
Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Morell, Cartagena & Dapena | Attn: Ramón E. Dapena, Víctor J. Quiñones Martínez and Ivan J Llado | ramon.dapena@mbcdlaw.com; ivan.llado@mbcdlaw.com |
| Morgan, Lewis & Bockius LLP | Attn: Kurt A. Mayr, David L. Lawton | kurt.mayr@morganlewis.com; david.lawton@morganlewis.com; |
| Morrison & Foerster LLP | Attn: James M. Peck & Gary S. Lee | JPeck@mofo.com; GLee@mofo.com |
| Muñoz Benitez Brugueras & Cruz | Attn: Jaime Brugueras | jbrugue@mbbclawyers.com; |
| Nazario Briceño Law Offices, LLC | Attn: Miguel A. Nazario, Jr., Esq. | man@nblawpr.com; |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, & Carla García Benítez, Carlos Valldejuly | hermann.bauer@oneillborges.com; ubaldo.fernandez@oneillborges.com; Carla.garcia@oneillborges.com; gabriel.miranda@oneillborges.com; carlos.valldejuly@oneillborges.com |
| Office of Government Ethics of Puerto Rico | Attn: Nino F Rivera Hernandez | nrivera@oeg.pr.gov |
| Oliveras & Ortiz Law Offices, PSC | Attn: Luis Ramón Ortiz Segura, Esq. | l.ortizsegura@ploolaw.com; |
| Olivieri-Geigel & Co. | Attn: Rafael V. Olivieri-Geigel, Esq. | lawrog@gmail.com; |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Esq., William J. Sushon, Maria J. DiConza, Esq., Mathew Kremer | jrapisardi@omm.com; pfriedman@omm.com; dperez@omm.com; dcantor@omm.com; mdiconza@omm.com; wsushon@omm.com; mkremer@omm.com |
| O'Melveny & Myers, LLP | Attn: M. Randall Oppenheimer | roppenheimer@omm.com; |
| O'Melveny & Myers, LLP | Attn: Peter Friedman | pfriedman@omm.com; |
| O'Melveny & Myers, LLP | Attn: Elizabeth Lemond McKeen & Ashley Pavel | emckeen@omm.com; apavel@omm.com; |
| O'Melveny & Myers, LLP | Attn: Madhu Pocha | mpocha@omm.com; |
| Orlando Fernández Law Offices | Attn: Orlando Fernández | ofernandez@oflawoffice.com; |
| Oronoz & Oronoz | Attn: Mario M. Oronoz Rodríguez | mmo@oronozlaw.com |
| Orrick, Herrington & Sutcliffe, LLP | Attn: Tiffany Rowe | TRowe@orrick.com; |
| Oscar Gonzalez Badillo | | gonzalezbadillo@gmail.com; |
| Osvaldo Toledo Martinez, Esq. | | toledo.bankruptcy@gmail.com; |
| Otero and Associates | Attn: George Otero Calero | Otero_and_assoc@hotmail.com; |
| Pattern Energy Group Inc. | Attn: General Counsel | daniel.elkort@patternenergy.com; |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., James R. Bliss, Esq., James B. Worthington, Esq., Anthony F. Buscarino, Esq., and G. Alexander Bongartz, Esq. | lucdespins@paulhastings.com; andrewtenzer@paulhastings.com; jamesbliss@paulhastings.com; jamesworthington@paulhastings.com; anthonybuscarino@paulhastings.com; alexbongartz@paulhastings.com; |
| Paul Hastings, LLP | Attn: Nicholas Bassett | nicholasbassett@paulhastings.com; |
| Paul, Weiss, Rifkind, Wharton & Garrison, LLP | Attn: Andrew N. Rosenberg, Richard A. Rosen, Walter Rieman, Kyle J. Kimpler, Karen R. Zeituni | arosenberg@paulweiss.com;  rrosen@paulweiss.com; wrieman@paulweiss.com; kkimpler@paulweiss.com; kzeituni@paulweiss.com; |
| Pavia & Lazaro, PSC | Attn: Gerardo Pavía Cabanillas | gpavia@pavialazaro.com; gerardopavialaw@msn.com; |
| Peaje Investments, LLC | National Corporate Research, Ltd. | peajeinfo@dechert.com; |
| Pedro A. Vargas-Fontánez | | pevarfon@gmail.com; |

In re: The Commonwealth of Puerto Rico, et al.
Case No. 17-03283 (LTS)

Page 9 of 14

Exhibit A
Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Pedro Nicot Santana, Esq. | | pedronicot@gmail.com; |
| Peerless Oil & Chemicals, Inc. | Attn: Eng.. Luis R. Vazquez | luis.vazquez@peerlessoil.com; |
| Perkins Coie LLP | Attn: Gary F. Eisenberg | geisenberg@perkinscoie.com; |
| Peter C Hein, Pro Se | Attn: Peter C Hein | petercheinsr@gmail.com |
| Pietrantoni Mendez & Alvarez | Attn: Margarita Mercado-Echegaray | mmercado@mercado-echegaray-law.com; margaritalmercado@gmail.com; |
| Pietrantoni Méndez & Alvarez LLC | Attn: Oreste R. Ramos & María D. Trelles Hernández | oramos@pmalaw.com; mtrelles@pmalaw.com; |
| PLC Law | Attn: Luis R. Ramos-Cartagena | lramos@plclawpr.com |
| Populicom, Inc. | Attn: President or General Counsel | gpaz@populicom.com; |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Lary Alan Rappaport, Michael A. Firestein, Stephen L. Ratner, Timothy W. Mungovan, Bradley R. Bobroff, Chantel L. Febus, Kevin J. Perra, Julia D. Alonzo, Jonathan E. Richman, Jeffrey W. Levitan, Brian S. Rosen, Kevin J. Perra, Margaret A. Dale, Margaret A. Dale, Mark Harris | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; sratner@proskauer.com; tmungovan@proskauer.com; bbobroff@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; cfebus@proskauer.com; kperra@proskauer.com; jerichman@proskauer.com; jalonzo@proskauer.com; JLevitan@proskauer.com; BRosen@proskauer.com;dmunkittrick@proskauer.com |
| Proskauer Rose, LLP | Attn: Steven O. Weise, Lary Alan Rappaport, Michael A. Firestein | sweise@proskauer.com; LRappaport@proskauer.com; mfirestein@proskauer.com |
| Proskauer Rose, LLP | Attn: Michael R. Hackett, William D. Dalsen, Laura E. Stafford | wdalsen@proskauer.com; MHackett@proskauer.com; lstafford@proskauer.com |
| Proskauer Rose, LLP | Attn: Guy Brenner, Colin Kass, & M. Rina Kim | gbrenner@proskauer.com; ckass@proskauer.com; rkim@proskauer.com |
| Proskauer Rose, LLP | Attn: Paul V. Possinger | ppossinger@proskauer.com |
| Prosol-Utier | | prosol@utier.org; |
| PRV Law Office | Attn: Paúl A. Rodríguez Vélez | prodriguez@prvlaw.com; |
| Puerto Rico Department of Justice | Attn: Susana I Penagaricano-Brown | penagaricanobrownusdc@gmail.com; |
| Puerto Rico Fiscal Agency and Financial Advisory Authority | Attn: Mohammad S. Yassin, Christian Sobrino Vega, Carlos Saavedra, Esq., Rocío Valentin, Esq. | Javier.Tirado@aafaf.pr.gov ; Rocio.Valentin@aafaf.pr.gov |
| Puerto Rico Telephone Company d/b/a Claro | Attn: Francisco J. Silva | fsilva@claropr.com; |
| Quinn Emanuel Urquhart & Sullivan, LLP | Attn: Susheel Kirpalani, Eric Winston, Daniel Salinas, Eric Kay, Kate Scherling, Zachary Russell, Matthew Scheck, K. John Shaffer | susheelkirpalani@quinnemanuel.com; ericwinston@quinnemanuel.com; danielsalinas@quinnemanuel.com; erickay@quinnemanuel.com; johnshaffer@quinnemanuel.com; matthewscheck@quinnemanuel.com; zacharyrussell@quinnemanuel.com |
| Quinones Vargas Law Offices | Attn: Damaris Quiñones Vargas, Esq. | damarisqv@bufetequinones.com |
| Rafael A. Ortiz-Mendoza | | rafael.ortiz.mendoza@gmail.com; |
| Ramon Torres Rodriguez, Esq. | | rtorres@torresrodlaw.com; |
| Ramos Gonzalez & Toyos Olascoaga, CSP | Attn: José O. Ramos-González | rgtolaw@gmail.com |

Exhibit A
Master Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| RB Law Offices | Attn: Enid S. Rodriguez-Binet | erb@rodriguezbinetlaw.com; |
| Reed Smith, LLP | Attn: Luke A. Sizemore, and Jared S. Roach | lsizemore@reedsmith.com; jroach@reedsmith.com |
| Reed Smith, LLP | Attn: Kurt F. Gwynne, Esq. | kgwynne@reedsmith.com; |
| Reed Smith, LLP | Attn: David M. Schlecker | dschlecker@reedsmith.com; |
| Reichard & Escalera, LLC | Attn: Rafael Escalera Rodríguez, Sylvia M. Arizmendi, Alana Vizcarrondo-Santana, Fernando Van Derdys, Carlos R. Rivera-Ortiz, Christopher A. Davila | escalera@reichardescalera.com; arizmendis@reichardescalera.com; vizcarrondo@reichardescalera.com; fvander@reichardescalera.com; riverac@reichardescalera.com; cdavila@reichardescalera.com |
| Reichard & Escalera, LLC | Attn: Alana M. Vizcarrondo-Santana | vizcarrondo@reichardescalera.com |
| Reno & Cavanaugh, PLLC | Attn: Iyen A. Acosta | iacosta@renocavanaugh.com; |
| Reno & Cavanaugh, PLLC | Attn: Thomas T. Pennington | tpennington@renocavanaugh.com; |
| ReSun (Barceloneta), LLC | Attn: Maria I. Baco Alfaro | maria.baco@msn.com; |
| Rexach & Pico, CSP | Attn: Maria E. Pico | mpico@rexachpico.com; |
| Rexach Hermanos, Inc. | Attn: Paul R. Cortes-Rexach | prcr@mcvpr.com; |
| Rhonda M. Castillo Gammill | | rhoncat@netscape.net; |
| Ricardo L. Castillo Filippetti, Esq. | | filippetti_r@hotmail.com; castilloricardo977@gmail.com; |
| Ricardo L. Ortiz-Colón, Esq. | | ortizcolonricardo@gmail.com; rortiz@rloclaw.onmicrosoft.com; |
| Richards Kibbe & Orbe LLP | Attn: Lee S. Richards III, Daniel C. Zinman, Paul J. Devlin | Dzinman@perkinscoie.com |
| Rickenbach Ojeda Attorneys at Law PSC | Attn: Nanette Rickenbach | nrickenbach@rickenbachpr.com; |
| Rivera Colón, Rivera Torres & Rios Berly, PSC | Attn: Victor M. Rivera-Rios | victorriverarios@rcrtrblaw.com; |
| Rivera Tulla & Ferrer, LLC | Attn: Eric A. Tulla, Iris J. Cabrera-Gómez, Manuel Rivera Aguiló | etulla@riveratulla.com; icabrera@riveratulla.com; marivera@riveratulla.com; |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber, LLP | Attn: Lawrence S. Robbins, Gary A. Orseck, Kathryn S. Zecca,v, Christina Edwards and Donald Burke | lrobbins@robbinsrussell.com; gorseck@robbinsrussell.com; dburke@robbinsrussell.com; cedwards@robbinsrussell.com; |
| Roberto Maldonado Law Office | Attn: Roberto O. Maldonado-Nieves | romn1960@gmail.com; |
| Roberto Quiles | | estudiolegalrivera2@gmail.com; |
| Rochelle McCullough, LLP | Attn: Michael R. Rochelle, Esq. & Kevin D. McCullough, Esq. | buzz.rochelle@romclaw.com; kdm@romclaw.com; |
| Rodriguez Banchs, CSP | Attn: Manuel A. Rodríguez Banchs & Rosa M. Seguí-Cordero | manuel@rodriguezbanchs.com; rosasegui@yahoo.com; |
| Rodriguez Marxuach Law Offices, PSC | Attn: Miguel J. Rodriguez-Marxuach | mrm@rmlawpr.com; |
| Rodriguez Marxuach Law Offices, PSC | Attn: Miguel Rodríguez Marxuach | mrm@rmlawpr.com |
| Ropes & Gray LLP | Attn: Gregg Galardi, Daniel G. Egan | Daniel.Egan@ropesgray.com; gregg.galardi@ropesgray.com |
| Ropes & Gray LLP | Attn: Douglas H. Hallward-Driemeier | Douglas.Hallward-Driemeier@ropesgray.com; |
| Rosendo E. Miranda López, Esq. | | r.miranda@rmirandalex.net; |
| RPP Law, PSC | Attn: Roberto L. Prats, Esq. | rprats@rpplaw.com; |
| Saldaña & Saldaña Egozcue, PSC | Attn: Héctor Saldaña-Egozcue, Esq. & Carlos Lugo-Fiol, Esq. | carlos.lugo@saldanalaw.com; hector.saldana@saldanalaw.com; |
| Saldaña, Carvajal & Vélez Rivé, P.S.C. | Attn: Luis N. Saldaña-Román & Ángel E. Rotger-Sabat | lsaldana@scvrlaw.com; arotger@scvrlaw.com; |
| Saldaña, Carvajal & Vélez-Rivé, PSC | Attn: José A. Sánchez-Girona, Esq. | jsanchez@scvrlaw.com; |

Exhibit A

Master Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| Salichs Pou & Associates, PSC | Attn: Juan C. Salichs | jsalichs@splawpr.com |
| Sanabria Bauermeister Garcia & Berio | Attn: Jose R. Dávila-Acevedo, Jaime L. Sanabria Montanez | avb@sbgblaw.com; avb@sbgblaw.com; jsanabria@sbgblaw.com; jdavila@sbgblaw.com |
| Sanchez Pirillo LLC | Attn: Gustavo Viviani-Meléndez, Janelle Reyes-Maisonet, José C. Sánchez-Castro, Alicia I. Lavergne-Ramírez | gviviani@sanpir.com; jreyes@sanpir.com; jsanchez@sanpir.com; alavergne@sanpir.com; |
| Santi Law Office | Attn: Jose Angel Santini Bonilla | santilawoffice@yahoo.com; |
| Sarlaw LLC | Attn: Sergio A. Ramirez de Arellano | sramirez@sarlaw.com; |
| Schulte Roth & Zabel LLC | Attn: Michael L. Cook, Jon Eric Prather, and Thomas L. Mott | michael.cook@srz.com; eric.prather@srz.com; thomas.mott@srz.com |
| Schulte Roth & Zabel LLC | Attn: Douglas Mintz Peter Amend | douglas.mintz@srz.com; peter.amend@srz.com |
| Scotiabank de Puerto Rico | | Rgf@mcvpr.com; |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | secbankruptcy@sec.gov; NYROBankruptcy@sec.gov; |
| Securities & Exchange Commission – NY Office | Attn: Bankruptcy Department | bankruptcynoticeschr@sec.gov; |
| Seda & Perez Ochoa, PSC | Attn: Eric Perez Ochoa | epo@amgprlaw.com; |
| Sepulvado Maldonado & Couret | Attn: Albéniz Couret Fuentes | acouret@smlawpr.com; jsantos@smlawpr.com |
| Shearman & Sterling LLP | Attn: Fredric Sosnick | FSosnick@Shearman.com |
| Sheppard Mullin Richter & Hampton LLP | Attn: Lawrence A. Larose, Nirav Bhatt | LLarose@sheppardmullin.com; NBhatt@sheppardmullin.com |
| Shindler, Anderson, Goplerud & Weese, P.C. | Attn: J. Barton Goplerud, Andrew Howie | goplerud@sagwlaw.com; howie@sagwlaw.com; |
| Sierra Club Puerto Rico, Inc. | Attn: José Menéndez | jmenen6666@gmail.com; |
| Simpson Thacher & Bartlett LLP | Attn: Bryce L. Friedman, Nicholas Baker | bfriedman@stblaw.com; nbaker@stblaw.com; |
| Simpson Thacher & Bartlett LLP | Attn: Jonathan K. Youngwood & David Elbaum | jyoungwood@stblaw.com; david.elbaum@stblaw.com; |
| Sistema de Retiro AEE | | MARIAE.HERNANDEZ@prepa.com; carmen.herrero@prepa.com; |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Mark A. McDermott, Bram A. Strochlic, & Shana Elberg | mark.mcdermott@skadden.com; Bram.Strochlic@skadden.com; Shana.Elberg@skadden.com |
| Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Paul J. Lockwood, Esq | Paul.lockwood@skadden.com |
| Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman | pglassman@sycr.com; |
| Stroock & Stroock & Lavan LLP | Attn: Curt C. Mechling, Sherry J. Millman, Kenneth Pasquale | cmechling@stroock.com; smillman@stroock.com; kpasquale@stroock.com |
| Stroock & Stroock & Lavan, LLP | Attn: Curtis C. Mechling, Sherry Millman, Kristopher M. Hansen, Jonathan D. Canfield | cmechling@stroock.com; smillman@stroock.com; khansen@stroock.com; jcanfield@stroock.com; |
| Tamrio, Inc. | Attn: Eng.. Claudio Torres Serrano | jlopez@constructorasantiago.com; |
| TEC General Contractors, Corp | Attn: Eng. Saul Toledo Mejias | Saultoledo22@yahoo.com; |
| The Bank of Nova Scotia | Attn: Luis Pablo Bautista | luis.bautista@scotiabank.com |
| The Collateral Monitor | Attn: Richard Katz | rich.katz@torquepointllc.com; |
| The Collateral Monitor | Attn: Matthew Cantor | Mcantor4@mac.com; |
| The Financial Attorneys, P.S.C. | Attn: Rafael Ferreira Cintron, Esq. | rfc@thefinancialattorneys.com; |
| The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez | andres@awllaw.com; |
| The Rivera Group | Attn: Edgardo L. Rivera Rivera, MIchelle Marie Vega Rivera | edgardo@therivera.group; mvega@vega-rivera.com |

Exhibit A

Master Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| The Rivera Group | Attn: Edgardo L. Rivera Rivera, MIchelle Marie Vega Rivera | edgardo@therivera.group; mvega@vega-rivera.com |
| Toro, Colon, Mullet, Rivera & Sifre, P.S.C. | Attn: Manuel Fernandez-Bared, Linette Figuerosa-Torres, Nadya Pérez-Román, Jane Patricia Van Kirk | Mfb@tcmrslaw.com; Lft@tcmrslaw.com; nperez@tcmrslaw.com; jvankirk@tcmrslaw.com; |
| TransCore Atlantic, Inc. | Attn: President or General Counsel | Paula.Flowers@TransCore.com; |
| U.S. Department of Justice, Civil Division | Attn: Laura Hunt, and Rebecca M. Curti-Kohart | rebecca.cutri-kohart@usdoj.gov |
| Unión de Empleados de la Corporación del Fondo del Seguro del Estado | | unionecfse@yahoo.com; |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | | migade19@hotmail.com; jaimeenriquecruzalvarez@gmail.com; |
| United States Attorney for the Southern District of New York | Attn: Christopher Connolly | christopher.connolly@usdoj.gov; |
| United States Department of Justice | Attn: Mark A. Gallagher | mark.gallagher@usdoj.gov; |
| United States Department of Justice | Attn: Héctor Vélez Cruz, Associate Regional Counsel | velez.hector@epa.gov; |
| Universal Insurance Company | Attn: Roberto Del Toro Morales | rtoro@universalpr.com |
| US Department of Justice | Attn: Ward W. Benson, Trial Attorney, Tax Division | wardlow.w.benson@usdoj.gov; |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Maria D. Giannirakis, & Mary Ida Townson | USTP.Region21@usdoj.gov; |
| Valdes Ortiz Law Offices, PA | Attn: Hector E. Valdes Ortiz | hvaldes@v-olaw.com; |
| Valenzuela-Alvarado, LLC | Attn: José Enrico Valenzuela-Alvarado | jeva@valenzuelalaw.net; jose.enrico.valenzuela1@gmail.com; |
| Vanessa Hernández Rodríguez | Attn: Vanessa Hernández Rodríguez | hernandezrodriguez.v@gmail.com |
| Veronica Ferraiuoli Hornedo | | vero@ferraiuoli.pr |
| Víctor Calderón Cestero | | victor@calderon-law.com; |
| Vilariño & Associates LLC | Attn: Javier Vilariño, Esq. | jvilarino@vilarinolaw.com; |
| Vilariño & Associates LLC | Attn: Javier Vilariño | jvilarino@vilarinolaw.com |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | ramonvinas@vinasllc.com; |
| Viñas Law Office, LLC | Attn: Ramón L. Viñas Bueso | ramonvinas@vinasllc.com; |
| Wachtell, Lipton, Rosen & Katz | Attn: Richard G. Mason, Esq., Amy R. Wolf, Esq., Emil A. Kleinhaus, Esq., Angela K. Herring, Esq. | Rgmason@wlrk.com; Arwolf@wlrk.com; Eakleinhaus@wlrk.com; AKHerring@wlrk.com; |
| Weil, Gotshal & Manges, LLP | Attn: Kelly Diblasi, Robert Berezin, Todd Larson, Gabriel A. Morgan, Jonathan D. Polkes, & Gregory Silbert | kelly.diblasi@weil.com; gabriel.morgan@weil.com; jonathan.polkes@weil.com; gregory.silbert@weil.com; robert.berezin@weil.com; |
| Weinstein-Bacal, Miller & Vega, P.S.C. | Attn: Stuart A. Weinstein-Bacal, Peter W. Miller, & Javier A. Vega-Villalba | swb@wbmvlaw.com; sawbacal@aol.com; pwm@wbmvlaw.com; prwolverine@gmail.com; jvv@wbmvlaw.com; javier.a.vega@gmail.com; |
| White & Case, LLP | Attn: John K. Cunningham, Jason N. Zakia, Fernando de la Hoz, Cheryl Tedeschi Sloane, & Jesse Green | jzakia@whitecase.com; jcunningham@whitecase.com; fdelahoz@whitecase.com; csloane@whitecase.com; jgreen@whitecase.com; |

Exhibit A

Master Service List

Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| White & Case, LLP | Attn: Glenn M. Kurtz, John K. Cunningham, Brian D. Pfeiffer, Esq. & Michele J. Meises, Esq. | gkurtz@whitecase.com; jcunningham@whitecase.com; brian.pfeiffer@whitecase.com; michele.meises@whitecase.com; |
| Wilbert Lopez Moreno & Asociados | Attn: Wilbert Lopez Moreno | wilbert_lopez@yahoo.com; |
| William M. Vidal-Carvajal Law Office, P.S.C. | Attn: William M. Vidal-Carvajal, Esq. | william.m.vidal@gmail.com; |
| William Santiago-Sastre | | wssbankruptcy@gmail.com; |
| William Santiago-Sastre, Esq. | Attn: William Santiago-Sastre, Esq. | wssbankruptcy@gmail.com; |
| Willkie Farr & Gallagher LLP | Attn: Mark T. Stancil | mstancil@willkie.com |
| Winston & Strawn LLP | Attn: Carrie V. Hardman | chardman@winston.com; |
| Winston & Strawn LLP | Attn: Joseph L. Motto | jmotto@winston.com; |
| Wollmuth Maher & Deutsch LLP | Attn: James Lawlor, Esq. | JLawlor@wmd-law.com; |
| Young Conaway Stargatt & Taylor, LLP | Attn: James L. Patton, Robert S. Brady, Michael S. Neiburg | jpatton@ycst.com; rbrady@ycst.com; mneiburg@ycst.com; |

**Exhibit B**

Exhibit B

Master Mail Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Almeida & Dávila, P.S.C. | Attn: Enrique M. Almeida Bernal and Zelma Dávila Carrasquillo | PO Box 191757 | | San Juan | PR | 00919-1757 |
| AmeriCorps | Attn: Sonali Nijhawan | 1201 New York Ave., NW | | Washington | DC | 20525 |
| Antilles Power Depot, Inc. | Attn: Raymond Texidor | PO Box 810190 | | Carolina | PR | 00981-0190 |
| Arthur Samodovitz | 200 Rano Blvd. #4C-27 | | | Vestal | NY | 13850 |
| Asociación de Empleados Gerenciales del Fondo del Seguro del Estado | PO Box 71325 Suite 84 | | | San Juan | PR | 00936 |
| Autonomous Municipality of Ponce | PO Box 331709 | | | Ponce | PR | 00733-1709 |
| Departamento de Justicia de Puerto Rico | Apartado 9020192 | | | San Juan | PR | 00902-0192 |
| Department of Defense (DOD) | Attn: Lloyd J. Austin III | 1400 Defense Pentagon | | Washington | DC | 20301-1400 |
| Department of Energy (DOE) | Attn: Jennifer M. Granholm | 1000 Independence Ave., SW | | Washington | DC | 20585 |
| Department of Homeland Security (DHS) | Attn: Alejandro Mayorkas | Secretary of Homeland Security | | Washington | DC | 20528-0075 |
| Department of Housing and Urban Development (HUD) | Attn: Marcia L. Fudge | 451 7th Street., SW | | Washington | DC | 20410 |
| Department of Human and Health Services | Attn: Xavier Becerra | 200 Independence Ave, SW | | Washington | DC | 20201 |
| Department of the Interior (DOI) | Attn: Deb Haaland | 1849 C St., NW | | Washington | DC | 20240 |
| Department of Transportation (DOT) | Attn: Pete Buttigieg | 1200 New Jersey Ave., SE | | Washington | DC | 20590 |
| Department of Veterans Affairs (VA) | Attn: Denis Richard McDonough | 810 Vermont Ave., NW | | Washington | DC | 20420 |
| Donna A. Maldonado-Rivera | Popular Center-9th Floor | 209 Muñoz Rivera Ave. | | San Juan | PR | 00918 |
| Federal Communications Commission (FCC) | Attn: Jessica Rosenworcel | 45 L Street NE | | Washington | DC | 20554 |
| Federal Emergency Management Agency (FEMA) | Attn: Deanne Criswell | 500 C St., SW | | Washington | DC | 20472 |
| Integrand Assurance Company | PO Box 70128 | | | San Juan | PR | 00936-8128 |
| Jack Katz | ESJ Towers | 6165 Isla Verde Ave | | Carolina | PR | 00979-5729 |
| Jaime Rodríguez Avilés | 128 Apartamento 201 | Edificio Bernardo Torres, Sector La Trocha | | Yauco | PR | 00698 |
| Jesús M. Rivera Delgado | Attn: Jesús M. Rivera Delgado | P O Box 22518 | | San Juan | PR | 00931 |
| Junta de Síndicos del Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica | Sistema de Retiro AEE | PO Box 13978 | | San Juan | PR | 00908-3978 |
| Kane Russell Coleman Logan PC | Attn: Paul J. Hammer | 5051 Westheimer Road, 10th Floor | | Houston | TX | 77056 |
| Kanoso Auto Sales Inc. | Attn: Jose A. Crespo Gonzalez, President | PO Box 1446 | | San German | PR | 00683 |
| Liberty Cablevision of Puerto Rico, LLC | Attn: Alexandra Verdiales | PO Box 192296 | | San Juan | PR | 00919-2296 |
| Marichal, Hernandez, Santiago & Juarbe, LLC | Attn: Rafael M. Santiago-Rosa & Vanessa Medina-Romero | Triple S Plaza, 1510 F.D. Roosevelt Ave. | 9th Floor, Suite 9 B1 | Guaynabo | PR | 00968 |
| McNamee Lochner P.C. | Attn: General Counsel | 20 Corporate Woods Blvd | Ste 4 | Albany | NY | 12211-2396 |
| Metro Pavia Health System | Attn: Zarel J Soto Acaba | PO Box 3180 | | Carolina | PR | 00984 |
| Morgan, Lewis & Bockius LLP | Attn: Rachel J. Mauceri | 1701 Market Street | | Philadelphia | PA | 19103-2921 |
| Pablo Del Valle Rivera | PO Box 2319 | | | Toa Baja | PR | 00951-2319 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 2

Exhibit B

Master Mail Service List

Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Picó & Blanco, LLC | Attn: Ana M. del Toro Sabater, Esq. | District View Plaza, Penthouse | 644 Fernandez Juncos Avenue | San Juan | PR | 00907 |
| Puerto Rico Electric Power Authority | Attn: Office Of The General Counsel | PO Box 364267 | | San Juan | PR | 00936-4267 |
| Puerto Rico Hospital Supply | Call Box 158 | | | Carolina | PR | 00986-0158 |
| Puerto Rico Industrial Development Company | Attn: Gabriel Maldonado | PO Box 362350 | | San Juan | PR | 00936-2350 |
| Reed Smith, LLP | Attn: Claudia Springer | Three Logan Square | 1717 Arch Street, Suite 3100 | Philadelphia | PA | 19103 |
| Reliable Equipment Corporation | Attn: Marylin Del Valle, General Manager, Reliable Equipment Corporation | PO Box 2316 | | Toa Baja | PR | 00951-2316 |
| Scotiabank de Puerto Rico | GA 20 Calle Paseo del Parque | Garden Hills Sur | | Guaynabo | PR | 00969 |
| Sepulvado & Maldonado, & Couret | Attn: Elaine Maldonado Matias, Aurivette Deliz Delgado, & Albéniz Couret Fuentes | 304 Ponce de Leon Avenue | Suite 990 | San Juan | PR | 00918-2029 |
| Small Business Administration (SBA) | Attn: Dilawar Syed | 409 3rd St., SW | | Washington | DC | 20416 |
| Stradling Yocca Carlson & Rauth, PC | Attn: Paul R. Glassman | 10100 Santa Monica Blvd | Ste 1400 | Los Angeles | CA | 90067-4140 |
| The American Federation of Teachers (AFT) | Attn: Mark Richard | 555 New Jersey Ave., NW | 11th Floor | Washington | DC | 20001 |
| The Law Offices of Andres W. Lopez, P.S.C. | Attn: Andres W. Lopez | 902 Fernandez Juncos Ave | | San Juan | PR | 00907 |
| U.S. Department of Justice, Civil Division | Attn: Thomas G. Ward | 950 Pennsylvania Ave., NW | Rm 3131 | Washington | DC | 20530 |
| Ubarri & Roman Law Office | Attn: David W. Roman | PO Box 79564 | | Carolina | PR | 00984-9564 |
| Unión de Médicos de la Corporación del Fondo del Seguro del Estado | PO Box 70344, CMM33 | | | San Juan | PR | 00936-8344 |
| Unitech Engineering | Attn: Ramón Ortiz Carro | Urb Sabanera | 40 Camino de la Cascada | Cidra | PR | 00739 |
| US Army Corps of Engineers | Attn: Scott A. Spellmon | 441 G St., NW | | Washington | DC | 20548 |
| US Attorney for the District of Puerto Rico | Attn: Rosa E. Rodriguez-Velez, U.S. Attorney | Torre Chardón, Suite 1201 | 350 Carlos Chardón Street | San Juan | PR | 00918 |
| US Department of Agriculture | Attn: Thomas J. Vilsack | 1400 Independence Ave., SW | | Washington | DC | 20250 |
| US Department of Commerce | Attn: Gina M. Raimondo | 1401 Constitution Ave., NW | | Washington | DC | 20230 |
| US Department of Education (ED) | Attn: Miguel Cardona | 400 Maryland Ave., SW | | Washington | DC | 20202 |
| US Department of Justice (DOJ) | Attn: Merrick Garland | 950 Pennsylvania Ave., NW | | Washington | DC | 20530 |
| US Department of Labor (DOL) | Attn: Martin J. Walsh | 200 Constitution Ave NW | | Washington | DC | 20210 |
| Vidal, Nieves & Bauzá, LLC | Attn: Roxana Cruz-Rivera, Esq. | B7 Tabonuco Street, Suite 1108 | | Guaynabo | PR | 00968 |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)