# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>       Debtors.[*] | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |

## MOTION IN COMPLIANCE WITH COURT ORDER AT DKT. NO. 19265 AND TO FILE CERTIFIED TRANSLATIONS OF DOCUMENTS IN SUPPORT OF *CORRECTED JOINDER OF THE LAWFUL CONSTITUTIONAL DEBT COALITION TO THE MEMORANDUM OF LAW OF THE OVERSIGHT BOARD IN SUPPORT OF ITS REQUEST FOR RULINGS REGARDING ACT 53-201* (DKT. NO. 19252)

### TO THE HONORABLE COURT:

**COMES NOW** the Lawful Constitutional Debt Coalition (the "LCDC"),[1] through the

undersigned counsel, and very respectfully states and prays as follows:

---

[*]   The Debtors in these Title III cases, along with each Debtor's respective bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[1]   The members of the LCDC and their respective holdings are set forth in the *Thirteenth Supplemental Verified Statement of the Lawful Constitutional Debt Coalition Pursuant to Federal Rule of Bankruptcy Procedure 2019* (Dkt. No. 19128).

1.      On November 16, 2021, LCDC filed its *Corrected Joinder of the Lawful Constitutional Debt Coalition to the Memorandum of Law of the Oversight Board in Support of its Request for Rulings Regarding Act 53-2021* (Dkt. No. 19252) (the "Joinder").[2]  The Joinder was accompanied by two exhibits in the Spanish Language.

2.      The day before, the LCDC filed its *Motion to File Spanish Language Documents*, requesting a term to submit certified translations of the exhibits to the Joinder.  Dkt. No. 19251.

3.      By order (the "Order") issued on November 16, 2021 (Dkt. No. 19265), this Honorable Court granted until November 23, 2021, at 12:00 p.m. AST, for the LCDC to submit the certified translations the exhibits.

4.      The LCDC respectfully submits the certified translation of the exhibits to the Joinder.

WHEREFORE, the LCDC respectfully requests that this Honorable Court take notice of the above, deem the Order as complied with, and accept the attached certified translations of the exhibits to the Joinder.

---

[2] The filing of the Joinder was preceded by the filing of the *Joinder of the Lawful Constitutional Debt Coalition to the Memorandum of Law of the Oversight Board in Support of its Request for Rulings Regarding Act 53-2021* (Dkt. No. 19250) on November 15, 2021.  However, the Joinder sought to replace that motion.

2

DATED:  November 19, 2021

REICHARD & ESCALERA

QUINN EMANUEL URQUHART & SULLIVAN, LLP

**By :**

*/s/ Rafael Escalera*
**Rafael Escalera**
USDC No. 122609
escalera@reichardescalera.com

*/s/ Sylvia M. Arizmendi*
**Sylvia M. Arizmendi**
USDC-PR 210714
arizmendis@reichardescalera.com

*/s/ Carlos R. Rivera-Ortiz*
**Carlos R. Rivera-Ortiz**
USDC-PR 303409
riverac@reichardescalera.com

255 Ponce de León Avenue
MCS Plaza, 10th Floor
San Juan, Puerto Rico 00917-1913

**Susheel Kirpalani** (*pro hac vice*)
susheelkirpalani@quinnemanuel.com

**Daniel Salinas**
USDC-PR 224006
danielsalinas@quinnemanuel.com

**Eric Kay** (*pro hac vice*)
erickay@quinnemanuel.com

**Zachary Russell** (*pro hac vice*)
zacharyrussell@quinnemanuel.com

51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

*Co-Counsel for the Lawful Constitutional Debt Coalition*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record.


_/s/ Carlos R. Rivera-Ortiz_
USDC-PR 303409