## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>        Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>        Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

## MOTION SUBMITTING EXHIBIT FOR REPLY TO OBJECTION

COMES NOW creditor José Miguel Malvet Santiago, through the undersigned legal counsel, and respectfully sets forth and prays:

1.      On 19 November 2021, Movant filed a motion at **Docket No. 19315** in Reply to Debtor's Objection to Movant's Motion to Compel filed at Docket No. 18880.

2.      Movant mistakenly left out the document meant to accompany his latest filing as Exhibit 1.

3.      The document is an email that is part of a thread in which Debtor proposes a stipulation in response to Movant's lift of stay notice.

4.      Movant hereby submits the document and respectfully requests that it be considered as the exhibit referred to in his reply at Docket No. 19315.

**WHEREFORE,** Movant respectfully requests from the Honorable Court that it take notice of the foregoing and accept the attached document as Exhibit 1 of his Reply at **Docket No. 19315**.

### CERTIFICATE OF SERVICE

I hereby certify that, on 20 November 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and parties in the Master Service List.

The foregoing is also being e-mailed separately to all parties in interest and/or their respective counsel.

**Miguel Ángel Serrano Urdaz, Esq.**
USDC 223608
P.O. Box 1915
Guayama PR 00785
Tel/Fax 787-864-5454
Serrano.urdaz.law@hotmail.com

*Attorney for Movant*