**From:** Claudia Juan Garcia
**Sent:** Monday, September 24, 2018 2:06 PM
**To:** Miguel Ángel Serrano-Urdaz
**Cc:** Wandymar Burgos Vargas; Iván J. Ramírez Camacho; Carolina Velaz Rivero
**Subject:** Jose Malvet Santiago - 2007-07-0025

Dear counsel:

After having the opportunity to evaluate movant's allegations and the information provided by the Commonwealth's legal representatives, the Commonwealth has determined, in coordination with AAFAF legal representatives, that the best course of action in the case **Jose Malvet Santiago - 2007-07-0025** is "to consent to modification of the stay solely to the limited extent necessary to allow the Petition to proceed to final judgment before the administrative forum"; provided, however, the Title III Stay shall continue to apply in all other respects to the Prepetition Action including, but not limited to the execution and enforcement of any judgment and for any claims for money damages and provisional remedies against the Commonwealth or any other Title III Debtor."

If movant is in agreement with this modification, as expressed above, please inform forthwith so that we can begin drafting a lift of stay stipulation.

<u>Any agreement is subject to review by the FOMB, as the Commonwealth's representative.</u>

Please, **confirm receipt** of this electronic mail.

If you have any questions, feel free to contact me.

Cordially,


**Lcda. Claudia A. Juan García**
**Fiscal Auxiliar III**
**División de Recursos Extraordinarios y Política Pública**
Departamento de Justicia
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Tél. (787) 721-2900, ext. 2603
cjuan@justicia.pr.gov



**AVISO DE CONFIDENCIALIDAD:** Esta difusión de correo electrónico y cualquier documento adjunto contiene información que le pertenece al remitente, la cual podría ser confidencial y privilegiada. Esta información está