# EXHIBIT G

**GOVERNMENT OF PUERTO RICO**

Puerto Rico Fiscal Agency and Financial Advisory Authority

**BY ELECTRONIC MAIL**

October 15, 2020

Natalie Jaresko
Executive Director
Financial Oversight and Management Board for Puerto Rico

*Re:  Implementation of Acts 80-2020 and 82-2020*

Dear Ms. Jaresko:

As you are aware, on August 19, 2020, the Government sent to the Oversight Board a Compliance Certification under PROMESA Section 204(a) for Act 80-2020. Also, on September 29, 2020, the Government sent to the Oversight Board a Supplemental Certification for Act 80-2020. The Government has also responded to multiple requests for information concerning Acts 80-2020, 81-2020 and 82-0202.

I hereby inform you that today the Employees Retirement System (ERS) and the Office of Management and Budget (OMB) will begin implementing Act 80-2020[1] and 82-2020.

Concerning Act 81-2020, the Government will send a Supplemental Certification under PROMESA Section 204(a) in the coming days.

We look forward to working with the Oversight Board for the benefit of the people of Puerto Rico.

Sincerely,

Omar J. Marrero Díaz
Executive Director

---

[1] See, Attachment 1 to this Email.

PO Box 42001 • San Juan, PR 00940-2001 • Telephone (787) 722-2525

