# EXHIBIT K

GOVERNMENT OF PUERTO RICO

Puerto Rico Fiscal Agency and Financial Advisory Authority

**BY ELECTRONIC MAIL**

December 15, 2020

**Natalie Jaresko**
Executive Director
Financial Oversight and Management Board for Puerto Rico

***Re: Acts 80-2020, 81-2020, and 82-2020 (collectively the "Retirement Acts")***

Dear Ms. Jaresko:

As you are aware, during the last months, the Government of Puerto Rico ("Government") and the Oversight Board have been engaged in discussions regarding the Oversight Board's concerns with the Retirement Acts. As per our November 20, 2020 correspondence, the Government agreed to continue the proposed phased implementation of phases one and two to identify the interested employees that wish to make use of the benefits of the Retirement Acts; and to not implement phase three until an agreement is reached with the Oversight Board concerning these important public policy acts.

In connection therewith, we hereby notify that the Employees Retirement Systems ("ERS") and the Office of Management and Budget ("OMB") issued a second amendment to Circular Letter 2020-01 (the "Amended Circular Letter"). See **Exhibit 1**. In sum, the Amended Circular Letter: (1) informs Government entities of the phased implementation of Act 80-2020 by which the Government will first complete the Election Period, quantify the amount of employees that wish to make use of Act 80's benefits; and validate the projected savings; (2) extends the Election Period (as defined by Act 80-2020) until January 22, 2021; and (3) advises the program will not go into effect until ERS and OMB so allows via circular letter to those effects.

Please note the Amended Circular Letter only extends the Election Period by one month and in no way represents a modification to the Government's agreement to not implement phase three until an agreement is reached with the Oversight Board. To confirm, no employee will be allowed to leave public service under the Retirement Acts, until an agreement is reached with the Oversight Board. Please don't hesitate to contact AAFAF should you have any questions.

As always, the Government is fully committed to collaborating with the Oversight Board on these matters for the benefit of the people of Puerto Rico.

Respectfully,

Omar J. Marrero Díaz
Executive Director

PO Box 42001 • San Juan, PR 00940-2001 • Telephone (787) 722-2525









14 de diciembre de 2020

CARTA CIRCULAR NÚM. 2021-03
*Administración de los Sistemas de Retiro*

CARTA CIRCULAR NÚM. 014-2020
*Oficina de Gerencia y Presupuesto*

SECRETARIOS, DIRECTORES, JEFES(AS) DE AGENCIA, DEPARTAMENTOS, OFICINAS, COMISIONES, ADMINISTRACIONES, ORGANISMOS, INSTRUMENTALIDADES, CORPORACIONES PÚBLICAS Y CUALQUIER OTRA ENTIDAD GUBERNAMENTAL, ASÍ COMO ALCALDES, PRESIDENTES DE LOS CUERPOS LEGISLATIVOS, CONTRALORA DE PUERTO RICO, DIRECTOR DE LA OFICINA DE ADMINISTRACIÓN DE LOS TRIBUNALES (OAT) Y DIRECTOR(A) EJECUTIVO(A) DE LA ASOCIACIÓN DE EMPLEADOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO (AEELA).

Lcdo. Luis M. Collazo Rodríguez
Administrador
Administración de los Sistemas de Retiro

Sra. Iris E. Santos Díaz
Directora
Oficina de Gerencia y Presupuesto



LCR

**SEGUNDA ENMIENDA A CARTA CIRCULAR ASR NÚM. 2021-01/OGP NÚM. 012-2020 DE 14 DE AGOSTO DE 2020 SOBRE PROCEDIMIENTO PARA LA IMPLEMENTACIÓN DE LA LEY NÚM. 80 DEL 3 DE AGOSTO DE 2020**

El 3 de agosto de 2020 entró en vigor la *Ley del Programa de Retiro Incentivado y de Justicia para Nuestros Servidores Públicos*, Ley Núm. 80 del 2020 (la "Ley 80-2020") para permitir que empleados elegibles del Gobierno de Puerto Rico puedan, voluntariamente, separarse de forma incentivada de su empleo antes de la edad de retiro. Según se establece en la exposición de motivos, además de hacer justicia a nuestros servidores públicos, mediante la implantación de dicha medida se proyectan ahorros al Fondo General del Gobierno, así como a los presupuestos de municipios y corporaciones públicas, de hasta $1,400 millones durante los próximos 30 años.

Por otro lado, el estatuto dispone que la Directora de la Oficina de Gerencia y Presupuesto junto al Administrador del Sistema de Retiro tendrán todos los poderes necesarios y convenientes para implementar dicha Ley. A esos efectos, establecerán mediante carta







circular conjunta el procedimiento, los términos y formularios para la implementación del Programa de Retiro Incentivado (el "Programa") y las disposiciones de la Ley 80-2020.

Conforme a lo anterior, el 14 de octubre de 2020 se promulgó la Carta Circular ASR Núm. 2021-01/OGP Núm. 012-2020 para establecer el procedimiento para la implementación inmediata del Programa dispuesto en la Ley 80-2020 (la "Carta Circular"). Posteriormente, el 9 de noviembre de 2020 se enmendó la Carta Circular para disponer que la separación del servicio de los empleados que se acojan al Programa comenzará luego de concluido el Periodo de Elección, sujeto a los planes adoptados por las Agencias.

Desde la aprobación de la Ley 80-2020, y continuando luego de emitirse la Carta Circular, tanto la ASR, como OGP y AAFAF han mantenido constantes conversaciones y producciones de información a la Junta de Supervisión y Control Fiscal ("FOMB", por sus siglas en inglés) para atender varias preocupaciones expresadas por FOMB con relación a los ahorros proyectados mediante la implantación del Programa y su compatibilidad con los Planes Fiscales del Gobierno de Puerto Rico bajo la Ley PROMESA. Como parte de dichas negociaciones, se notificó a FOMB que el Gobierno completará el Periodo de Elección para que los empleados elegibles se acojan al Programa completando los *Formularios de Elección* entregados por su patrono. Una vez se reciban los *Formularios de Elección* completados se cuantificará el número de empleados que se acogieron al Programa, a base de lo cual se procederá a validar la proyección de ahorros al presupuesto del Gobierno y se evaluarán las medidas de reorganización o planes de acción necesarios para el cumplimiento de los Planes Fiscales.






Mediante comunicación del 9 de noviembre de 2020, la FOMB autorizó al Gobierno a completar el Periodo de Elección y realizar el análisis de las proyecciones de ahorros reales a base del número de empleados que se hayan acogido al Programa. Mientras tanto, el Programa no surtirá efecto legal ni entrará en vigor hasta que el Gobierno y FOMB lleguen a un acuerdo final en cuanto a los impactos presupuestarios asociados al Programa, así como las medidas necesarias para asegurar el cumplimiento de la Ley 80-2020 con los Planes Fiscales aplicables.

Por lo tanto, y en atención a la incertidumbre general surgida con relación a la implementación del Programa, así como los días festivos venideros durante la temporada navideña, se enmienda la Carta Circular a los efectos de establecer que el Periodo de Elección para los empleados elegibles que deseen acogerse al Programa se extenderá hasta el 22 de enero de 2021. No obstante, y si bien la elección del empleado de participar en el Programa será final e irrevocable, la misma no será efectiva ni se procederá con la







separación de empleo hasta tanto la ASR y OGP emitan una directriz específica a esos efectos. Sin embargo, es importante recalcar que solo aquellos empleados que completen el *Formulario de Elección* podrán participar en el Programa una vez se proceda autorizar su implementación final. Los empleados que no completen el *Formulario de Elección* durante el Periodo de Elección no podrán disfrutar de los beneficios del Programa en caso de proceder con la implementación del mismo. Por consiguiente, se exhorta a los empleados elegibles interesados en participar del Programa a completar el *Formulario de Elección*, aclarando que dicha elección no comprometerá su estatus, derechos o condiciones de trabajo actuales, ni tampoco tendrá efecto legal alguno, en caso de no completarse la implementación del Programa.

Por otro lado, una vez completado el Periodo de Elección las Agencias deberán remitir a la ASR y OGP, dentro de los treinta (30) días subsiguientes, el *Registro de Participantes Elegibles* con la información completada en las columnas AJ y AK, los *Formularios de Elección* y el *Formulario de Impacto Fiscal y Ahorros* debidamente completados, el Plan de Retiro, y el Plan Escalonado si alguno. Se advierte a las Agencias que no podrán separar de empleo a los empleados que se acojan al Programa hasta tanto ASR y OGP expresamente lo autoricen mediante carta circular con directriz a esos efectos.

En la medida que una disposición de la Carta Circular emitida el 15 de octubre de 2020 conflija con lo aquí establecido, deberá considerase como enmendada de conformidad. Se mantienen inalteradas las demás disposiciones normativas contenidas en la Carta Circular. Para atender cualquier trámite posterior, se podrán emitir directrices adicionales.

Las disposiciones de esta enmienda a la Carta Circular entrarán en efecto inmediatamente.