## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Transmittal of Abbreviated Supplemental Record to the Court of Appeals

**DATE:** November 22, 2021

BK Case: 17-bk-3283-LTS
Related USCA Cases: 21-1404
Related Civil Cases: 3:19-cv-01266-WGY, 3:19-cv-01774-WGY

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 19307:** Order Clarifying the Effect of Prior Stay Order.

**Docket Entry 19291:** Motion to Inform the Court filed by Hiram Perez Soto, pro se.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk