United States District Court
For the District of Puerto Rico

Ruben Muñiz Ruberte

vs

The Commonwealth of Puerto Rico, et, al,.
The Financial Oversight And Management
Board for Puerto Rico, as their representative
(Debtors)

PROMESA

Title III

NO. 17 BK 3283-LTS
(Jointly Administered)

To the Honorable United States District Court Judge Laura Taylor Swain:

Respectfully addresses to this Honorable United States District Court for the District of Puerto Rico Ruben Muñiz Ruberte, "pro-se", and hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

JURISDICTION.

1. The United States District Court for the District of Puerto Rico has subject matter jurisdiction to consider this matter and the relief requested herein pursuant to PROMESA section 306(a)(1).

2. Venue is proper in this district pursuant to PROMESA section 307(a), and 28 U.S.C. 1391

BACKGROUND.

A. History

3. On June 18, 2021, the Attorneys for the Financial Oversight and Management Board of Puerto Rico, filled a filling to modify the claims in the "Three Hundred Forty-Fifth Omnibus Objection".

4. These proofs of claims have been filed against the Commonwealth of Puerto Rico (Debtors), and logged by Prime Clerk, LLC.

5. In the matter of the case who concern us, the United States District Court for the District of Puerto Rico, instructed if any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein.

6. The Honorable United States District Court for the District of Puerto Rico set a deadline in order to receive the responses, by July 14, 2021 at 16:00 AST.

7. As a matter of fact, I received the notification on September 14, 2021, and now, I'm pastdue to file any response requested by instructions by the United States District Court for the District of Puerto Rico.

8. At the present time, I'm confined in Ponce 1000 Correctional Complex, and my claim is against the Commonwealth of Puerto Rico, specifically the Correctional Department of Puerto Rico and the Automobile Compensation Accident Administration (ACAA, in Spanish). Also, I certify I'm doing this claim "pro se", which states I'm not represented by an attorney.

9. Accordingly, because of this situation expressed respectfully, I lost the opportunity to file my response. Other important fact is that Ponce 1000 Correctional Complex is in quarantine because of the COVID-19 pandemic, and all the mail was delayed.

10. Based on these facts, I respectfully request to this Honorable United States District Court for the District of Puerto Rico an extension in order to file my Response, because wasn't may negligence to complete the instructions placed by the Honorable Court.

11. I respectfully ask for this request because I need to provide my supporting documentation and find a translator to complete my filing.

NO PRIOR REQUEST

12. No prior request asking for an extention to file a Response for the Omnibus Objection (Sustantive) has been made to this or any other Court.

WHEREFORE, I respectfully request to this Honorable United States District Court for the District of Puerto Rico an extention to file any Response and granting such other and further relief as is just

Respectfully Submitted

Dated:
Ponce, Puerto Rico


Rubé muñiz Ruberté
Rubén Muñiz Ruberté
Ponce 1000 Correctional Complex
3 P cell 106
3699 Ponce By Pass
Ponce, Puerto Rico, 00728-1504


Certification:
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

To the Honorable Court:

I respectfully request to the United States District Court a copy of this filing, because I dont have access to obtain copies in the Correctional Complex, and I wish, if the Honorable Court granted my request, a copy for my personal file.

Thanks