Rubén Muñiz Ruberte
Ponce 1000 Correctional Complex
3 P 106
3699 Ponce By Pass
Ponce, Puerto Rico, 00728-1500

MEMPHIS TN 380

2 NOV 2021   PM 3   L

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico, 00918-1767

Legal Mail

RECEIVED & FILED
2021 NOV 22  AM 7: 50