# **EXHIBIT 3**

**(S. B. 1432)**
**(Conference)**

| 18th LEGISLATIVE | 14TH ORDINARY |
| ASSEMBLY | SESSION |

Law No. _____82_____
(Approved on August 3, 2020)

# LAW

To amend Section 2.11 of Law 26-2017, as amended, known as the "Compliance with the Fiscal Plan Act," in order to establish that the participants of the Teachers Retirement System can authorize that the pre-existing balance and/or excess of their sick leave be destined to their Retirement System so as to be taken into account as time worked, after having used all of the available balance of vacation leave for these purposes.

## PREAMBLE

Puerto Rico is experiencing an unprecedented fiscal, economic, and social crisis, which has impacted all if the sectors of our society, the retirees and teachers being the most affected. Notwithstanding that, the members of the teaching profession have remained firm in their vocation to educate future generations. However, these education workers have yielded rights and benefits in order to put Puerto Rico on the path to recovery.

Therefore, it is our responsibility to recognize their commitment and daily dedication, seeking alternatives to address the genuine concern of hundreds of public employees who are about to retire. For this reason, this measure of justice seeks to provide fairer treatment for the members of the teaching profession, so that, after working decades for the education of our people, they do not lose the accrued and unused sick days.

In Law 26-2017, as amended, known as the "Compliance with the Fiscal Plan Act," certain measures were taken that affect candidates for retirement. An example of this is the elimination of the liquidation of pay for excess sick days. Thus, this Law seeks to offer a space for justice for these teachers who are about to retire. Certainly, and due to the fiscal crisis, correct action was taken in eliminating that liquidation as a palliative measure given this situation. However, this Assembly understands that it is fair and pertinent that they be given the opportunity to use the excess sick days to have them taken into account within the period of time worked for retirement purposes.

<u>CERTIFIED TRANSLATION</u>                                    BY OLGA M. ALICEA, FCCI, NJITCE-S

**BE IT DECREED BY THE PUERTO RICO LEGISLATURE:**

Section 1. - To amend Article 2.11 of Law 26-2017, as amended, known as the "Compliance with the Fiscal Plan Act," to read as follows:

"Article 2.11.- Final liquidation of vacation leave and/or sick leave accrued in the event of the employee's separation from public service:

As of the effective date of this Law, any public employee, whether unionized or not, will only be entitled to the payment of a final liquidation of the days that he/she has available for vacation leave at the time of cessation of services, which may never be more than sixty (60) days. The employee may authorize having said balance and/or excess that pre-exists the enactment of this Law be destined to the Retirement System so that it is taken into account as time worked. In the case of employees participants in the Teachers' Retirement System, they may authorize that the pre-existing balance and/or excess sick leave be taken into account as time worked, after having used the totality of the available balance of vacation leave for these purposes."

Section 2.- Effectiveness

This Law will enter into effect immediately after its enactment.

**DEPARTMENT OF STATE**
**Certifications, Regulations, Registry**
**of Notaries, and Sale of Laws**
**I hereby certify that this is a true and exact copy of the original**
**Date: AUGUST 5, 2020**

**(Signed)**
**Signature:**
**Maria A. Marcano De León, Esq.**
**Undersecretary**
**Department of State**
**Government of Puerto Rico**

---

**CERTIFICATION**

I, Olga M. Alicea, an English-Spanish Interpreter and Translator certified to that effect by the Administrative Office of the U.S. Courts and by the National Association of Judiciary Interpreters & Translators (NAJIT), do hereby certify that I have personally translated the foregoing document from Spanish to English and that the translation is true and accurate to the best of my knowledge and abilities.

| | |
|---|---|
| S/ Olga M. Alicea | August 13, 2020 |
| Olga M. Alicea, FCCI, NJITCE-S | Date |
| Fed. Cert. No. 98-005 | Ref.: P1701.001 (CGB) |

*Translation page **2** of **2***