Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Donato Moreno Vargas_

Participant's Address: _P.O box 81703 Racine Wisconsin 53408_

Participant's Email Address: _morenojr3118@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _____

Nature of Claim: _____

By: _Donato Moreno Vargas_
Signature

_Donato Moreno Vargas_
Print Name

_____
Title (if Participant is not an individual)

_____
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Donato Moreno Vargas
P.O. Box 81403
Racine Wisconsin 53408

RECEIVED AND FILED
U.S. DISTRICT COURT
SAN JUAN
2021 NOV 18 PM 3:05

00918-170399

United States District Court
Clerk's Office, 150 Ave. Carlos Chardon
Ste. 150, San Juan P.R. 00918-1767

MEMPHIS TN
14 NOV 2021

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Miguel Silva

Participant's Address: 46 Calle San Blas

Participant's Email Address: miguelsilva6011960@gmail.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Retiro de Puerto Rico

By: _[signature]_
Signature

Miguel Silva
Print Name

_____
Title (if Participant is not an individual)

1 de septiembre de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

