**UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO**

IN RE:

THE FINANCIAL OVERSIGHT
MANAGEMENT BOARD FOR PUERTO RICO

*as representative of*

THE COMMONWEALTH OF PUERTO RICO

PROMESA

TITLE III

NO. 17-BK 3283 LTS

## CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

**COMES NOW** creditor herein, ALEX VARGAS SEGARRA, by his undersigned attorney and very respectfully ALLEGE and PRAY:

1. On this date, creditor herein filed a Motion for Relief from Automatic Stay.

2. On November 15th, 2021, creditor sent copy through email of the Motion for Relief from Automatic Stay with the Attachments to the following counsels:

   A. HERMANN BAUER, Esq. – Hermann.Bauer@oneillborges.com
   B. UBALDO M. FERNANDEZ, Esq.– ubaldo.fernandez@oneillborges.com
   C. DIANA M PEREZ, Esq. – dperez@omm.com
   D. LUIS C MARINI-BIAGGI, Esq. – lmarini@mpmlawpr.com
   E. CAROLINA VELAZ RIVERO, Esq. – cvelaz@mpmlawpr.com
   F. ARTURO DIAZ ANGUEIRA, Esq. – adiaz@diazvaz.law
   G. KATIUSKA BOLANOS LUGO, Esq. – kbolanos@diazvaz.law

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee; US trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 22nd day of November, 2021.

By: /s/ Juan C. Bigas Valedón
**JUAN C. BIGAS VALEDON**
Attorney for Debtors
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090
cortequiebra@yahoo.com