# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Morning session:**<br>Set: 9:30 AM (AST)<br>Started: 9:35 AM (AST)<br>Ended: 12:53 PM (AST) | **Afternoon session:**<br>Set: 2:10 PM (AST)<br>Started: 2:16 PM (AST)<br>Ended:  5:30 PM (AST) |

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**          DATE:   November 22, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:   Carmen Tacoronte
COURT REPORTER:   Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al., Debtors | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 2
Confirmation Hearing – November 22, 2021

**7th day of Confirmation Hearing held**.

Today's agenda was filed at Docket Entry 19309 in 3:17-BK-3283.

Attorneys for the Oversight Board responded to the "Order Concerning Specific Issues to be Addressed at the Confirmation Hearing" (Docket Entry 19308).

I.    Closing arguments heard:

A.    Supporting parties:

- Attorneys Martin J. Bienenstock, Brian S. Rosen, and Michael T. Mervis on behalf of the Oversight Board

- Attorney Susheel Kirpalani on behalf of the Lawful Constitution Debt Coalition ("LCDC")

- Attorney Peter Friedman on behalf of Puerto Rico Fiscal Agency and Financial Advisory Authority

- Attorney Dennis F. Dunne on behalf of Ambac Assurance Corporation

- Attorney Martin A. Sosland on behalf of Financial Guaranty Insurance Company

- Attorney Kelly DiBlasi on behalf of National Public Finance Guarantee Corporation

- Attorney Mark C. Ellenberg on behalf of Assured Guaranty Corp. and Assured Guaranty Municipal Corp.

- Attorney Kenneth Pasquale on behalf of the American Federation of State, County and Municipal Employees International Union

- Attorney Robert D. Gordon on behalf of the Official Committee of Retired Employees

- Attorney Luc A. Despins on behalf of the Official Committee of Unsecured Creditors

- DRA Parties:

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 3
Confirmation Hearing – November 22, 2021

- o Attorney Douglas Mintz on behalf of Cantor-Katz Collateral Monitor LLC

- o Attorney Nayuan Zouairabani on behalf of AmeriNational Community Services, LLC.

Afternoon session:

B.     Opposing Parties

- Peter C. Hein (pro se)

- Arthur Samdovitz (pro se)

- Attorney José Luis Barrios Ramos on behalf of the Asociación de Maestros Puerto Rico and the Asociación de Maestros de Puerto Rico-Local Sindical

- Attorney Peter D. DeChiara on behalf of the Service Employees International Union and International Union, United Automobile, Aerospace and Agricultural Implement Workers of America

- Attorney Alex Fuentes on behalf of Maruz Real Estate Corp.

- Attorney David Carrión Baralt on behalf of PFZ Properties, Inc.

- Attorney María Mercedes Figueroa y Morgade on behalf of Demetrio Amador Inc. and Demetrio Amador

- Attorney Eduardo J. Capdevilia Díaz on behalf of Finca Matilde, Inc.

- Attorney Gerardo A. Carlo-Altieri on behalf of Vaquería Tres Monjitas, Inc.

- Attorney Rafael A. González Valiente on behalf of Suiza Dairy Corp.

  - o Informative motion due by November 24, 2021.

- Attorney José Sánchez-Girona on behalf of Mapfre PRAICO Insurance Company

- Attorney Charles A. Cuprill on behalf of the Sucesión Pastor Mandry Mercado

  - o Attorney Cuprill was unable to attend today's proceeding due to medical reasons.

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 4
Confirmation Hearing – November 22, 2021

- o Attorney Alex Fuentes read Attorney Cuprill's statement on behalf of Sucesión Pastor Mandry Mercado.

- Attorney Enrique M. Almeida on behalf of the Cooperativa de Ahorro y Crédito Abraham Rosa, Cooperativa de Ahorro y Crédito de Ciales, Cooperativa de Ahorro y Crédito de Rincón, Cooperativa de Ahorro y Crédito de Vega Alta, Cooperativa de Ahorro y Crédito Dr. Manuel Zeno Gandía and Cooperativa de Ahorro y Crédito de Juana Diaz

- Attorney Brett D. Fallon on behalf of Quest Diagnostics of Puerto Rico, Inc.

- Attorney Ronald J. Silverman on behalf of U.S. Bank Trust National Association and U.S. Bank National Association

  - o The status of the consensual resolution of U.S. Bank's objections was discussed.

- Attorney Howard S. Steel on behalf of the Underwriter Defendants

  - o The objection was consensually resolved.

Housekeeping matters discussed. Attorney Isabel Fullana will substitute tomorrow for Attorney Eduardo Capdevilla on behalf of Finca Matilde.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator

Demonstratives:
- Debtors': Docket Entry 19328
- LCDC's: Docket Entry 19332

Exhibits Admitted:
- Debtors': 147, 148 and 149

Declarations Admitted:
- Debtors':
  - o Supplemental Declaration of Jay Herriman: Docket Entry 19329 in 3:17-BK-3283.