United States District Court
for
Puerto Rico

Jaime A. Diaz (Jr.)

v.

Commonwealth of
Puerto Rico et als

17-03283    20-1299
17-8960     19-1167
17-8975     19-CV-1336
20-354

Urgent appears submitting exhibits 1 to 63 and as part of the evidence in support of the request for summary judgement 15 of November of 2021 submitted.

To the Honorable court:

Appears Mr. Jaime A. Diaz (Jr.) in its own right who subscribes and very respectfully exposes, alleges, and request.

1. Mrs. Laura Taylor sworn exhibits 1 to 63 and submitted as part of the evidence in support of summary judgement request of 15 of November of 2021

For all of which is Submitted exhibits 1 To 63

Respectfully Submitted

Today 19 of November of 2021

Jaime A. Diaz Ortiz

787-447-2424

JaimeaDiazOrtiz@ymail.com

Certificate of Service

Jaime A. Diaz Nuill

v.

Commonwealth of
Puerto Rico et. als

17-03283  17-8566
20-1259   17-8975
18-1167
20-3542

I Jaime A. Diaz Nuill hereby certify under penalty of perjury that on 19 of November of 2021 I serve copies of urgent appeal submitting exhibits 1 to 63 and as a part of the evidence in support of the request for summary judgement 15 of November of 2021

On, United States District court of PR

Proskauer LLP
eleven Times Square
New York, NY 10036

Paul Hastings LLP
200 Park ave.
New York, 10166