## Fwd: 18 of November of 2021 / register urgent under 17-03283 / 17-8966 / 17- 8975 Mr. Donald John Trump / 45 President of The United States

**Jaime A Diaz Oneill** <jaimeadiazoneill@ymail.com>

Fri 11/19/2021 8:41 AM

To: ODS02684CPC <ods02684cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]

Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** November 18, 2021 at 6:42:28 PM AST
> **To:** pracrprocess@primeclerk.com, Puerto Rico Inquiry <puertoricoinfo@primeclerk.com>
> **Cc:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Subject: 18 of November of 2021 / register urgent under 17-03283 / 17-8966 / 17- 8975 Mr. Donald John Trump / 45 President of The United States**

Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** November 18, 2021 at 9:59:29 AM AST
> **To:** domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, mariana.e.bauza@usdoj.gov, Carlos Lugo <clugofiol@gmail.com>, ltucker@ntts.edu, Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>, asuntoslegales@ramajudicial.pr, fuertes abogados <abogados@fuerteslaw.com>, blportela@justicia.pr.gov, hkowalchyk@ntts.edu, equesada@justicia.pr.gov, arperez@justicia.pr.gov, jborras@justicia.pr.gov, jcarrion@justicia.pr.gov, vcarbonell@justicia.pr.gov, archico@justicia.pr.gov, whmocarski@ntts.edu, lisanchez@justicia.pr.gov, joaldebol@justicia.pr.gov, afernandez@delgadofernandez.com, Erika Berrios <eberrios@salawpr.com>, corraldieg@gmail.com, marperez@justicia.pr.gov, srivera@salawpr.com, glorimar.chiclana@acueductospr.com, ainez.medina@acueductospr.com, raquel.matos@acueductospr.com, Deseriee <deseriee323@hotmail.com>, kevin@spotonstorage.net, New Court <newbaltimoretowncourt@nycourts.gov>, B Jones <jones.brittany77@gmail.com>, "Maeve E. Huggins" <mhuggins@ch.ci.buffalo.ny.us>, Carmencita Ramos <karyoslan08@gmail.com>, migarcia@justicia.pr.gov, yjuarbe@justicia.pr.gov, Madeline Cruz Flores <mcruz@ocpr.gov.pr>, Jennifer Siroti <jsiroti@cbdm.com>, Thalia Gomez <joseph.thalia2122@gmail.com>, mgierbolini@justicia.pr.gov, incarrau@justicia.pr.gov, Maribel Luque <maluque@justicia.pr.gov>, Wandymar Vargas <wburgos@justicia.pr.gov>, dmpatton@bpdny.org, braymond@teamsters.org, mark@erie.gov, buffalo@buffalonews.com, "Erick E. Kolthoff" <ee.kolthoff@gmail.com>, editorial@buffalorising.com, Christina despiau <chdespiau@yahoo.com>, Natasha.Marquez@mail.house.gov, Andres Davila <andres.davila@mail.house.gov>,

norma.miranda-gallardo@mail.house.gov, Natalia Gandia
<natalia.gandia@mail.house.gov>, arrillagalaw@gmail.com, Nadal@cnr.law,
apagan@cnr.law, asociaciondeperiodistaspr@gmail.com, cmendez@camara.pr.gov,
cortiz@camara.pr.gov, japonte@camara.pr.gov, ilugo@camara.pr.gov,
wortiz@camara.pr.gov, mnogales@camara.pr.gov, ftpr@coqui.net,
oaponte@camara.pr.gov, kathleen@buffalonews.com, jmarquez@camara.pr.gov
**Subject: Mr. Donald  John Trump / 45 President of The United States**

3



**Memories**

We hope you enjoy looking back and sharing your memories on Facebook, from the most recent to those long ago.

ON THIS DAY
**8 years ago**

**Jaime A Diaz Oneill**
Nov 18, 2013 · 🌐

EX AGENTES CORRUPTOS JUBILADOS DE LA POLICIA DE PUERTO RICO PAGADOS POR UNA NOMINA PERSIGUIENDOME  AQUI EN LA CIUDAD DE BUFFALO, NEW YORK ESTOS SON LOS MISMOS CERDOS DEL ASESINATO BUSCANDO ALIADOS EN LOS ESTADOS UNIDOS ?

👍 You

Send          Share







Every dirty trick in the book was tried against us," said India Walton in a statement she posted Wednesday on Twitter. Libby March for The New York Times

Vélez contrató a un exfiscal independiente para investigar las imputaciones sobre mala utilización de fondos públicos contra el





**Tracking Number:**
EJ759893174US

Remove X

**Scheduled Delivery by**

**WEDNESDAY**

**27** OCTOBER 2021 ⓘ by **6:00pm** ⓘ

☑ **Delivered, Front Desk/Reception/Mail Room**

October 27, 2021 at 12:14 pm
BOSTON, MA 02210

**Tracking Number:**
EJ759893038US

Remove X

**Scheduled Delivery by**

**MONDAY**

**25** OCTOBER 2021 ⓘ by **6:00pm** ⓘ

☑ **Delivered, Front Desk/Reception/Mail Room**

October 27, 2021 at 11:55 am
NEW YORK, NY 10036

**Tracking Number:**
EJ759893055US

Remove X

**Scheduled Delivery by**

**MONDAY**

**25** OCTOBER 2021 ⓘ by **6:00pm** ⓘ

☑ **Delivered, Front Desk/Reception/Mail Room**

October 27, 2021 at 10:11 am
NEW YORK, NY 10017









Sent from my iPhone

**Fwd: register urgent under 17-03283 / 17- 8966 / 17- 8975 /. La Puta Fiol ! 16 of November of 2021**

Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
Fri 11/19/2021 8:37 AM
To: ODS02684CPC <ods02684cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]


Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** November 17, 2021 at 1:43:18 PM AST
> **To:** Puerto Rico Inquiry <puertoricoinfo@primeclerk.com>, pracrprocess@primeclerk.com
> **Cc:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Subject: Fwd: register urgent under  17-03283 /  17- 8966 /  17- 8975 /.  La Puta Fiol ! 16 of
> November of 2021**


Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** November 17, 2021 at 12:32:41 PM AST
> **To:** domingo.emanuelli@justicia.pr.gov, david.o.martorani@usdoj.gov, Carlos Lugo
> <clugofiol@gmail.com>, mariana.e.bauza@usdoj.gov, ltucker@ntts.edu,
> whmocarski@ntts.edu, Rafael Fernandez Castañer <rfernandez@justicia.pr.gov>,
> hkowalchyk@ntts.edu, fuertes abogados <abogados@fuerteslaw.com>,
> asuntoslegales@ramajudicial.pr, blportela@justicia.pr.gov, arperez@justicia.pr.gov,
> archico@justicia.pr.gov, equesada@justicia.pr.gov, incarrau@justicia.pr.gov,
> vcarbonell@justicia.pr.gov, jcarrion@justicia.pr.gov, jborras@justicia.pr.gov,
> mgierbolini@justicia.pr.gov, lisanchez@justicia.pr.gov, joaldebol@justicia.pr.gov,
> corraldieg@gmail.com, Erika Berrios <eberrios@salawpr.com>,
> afernandez@delgadofernandez.com, srivera@salawpr.com, marperez@justicia.pr.gov,
> glorimar.chiclana@acueductospr.com, ainez.medina@acueductospr.com,
> raquel.matos@acueductospr.com, kevin@spotonstorage.net, Deseriee
> <deseriee323@hotmail.com>, B Jones <jones.brittany77@gmail.com>, Carmencita Ramos
> <karyoslan08@gmail.com>, "Maeve E. Huggins" <mhuggins@ch.ci.buffalo.ny.us>,
> migarcia@justicia.pr.gov, Madeline Cruz Flores <mcruz@ocpr.gov.pr>, Jennifer Siroti
> <jsiroti@cbdm.com>, yjuarbe@justicia.pr.gov, New Court
> <newbaltimoretowncourt@nycourts.gov>, Thalia Gomez
> <joseph.thalia2122@gmail.com>, Madeline <madelyn0967@yahoo.com>, Wandymar
> Vargas <wburgos@justicia.pr.gov>, dmpatton@bpdny.org, braymond@teamsters.org,
> Christina despiau <chdespiau@yahoo.com>, buffalo@buffalonews.com,
> editorial@buffalorising.com, "Erick E. Kolthoff" <ee.kolthoff@gmail.com>,
> evenlisting@buffalorising.com, Natasha.Marquez@mail.house.gov, Andres Davila
> <andres.davila@mail.house.gov>, Maribel Luque <maluque@justicia.pr.gov>, Natalia



Gandia <natalia.gandia@mail.house.gov>, norma.miranda-gallardo@mail.house.gov
**Subject: Fwd: La Puta Fiol ! 16 of November of 2021**

Sent from my iPhone

Begin forwarded message:

> **From:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Date:** November 16, 2021 at 8:55:05 PM AST
> **To:** Carlos Lugo <clugofiol@gmail.com>
> **Cc:** Jaime A Diaz Oneill <jaimeadiazoneill@ymail.com>
> **Subject: La Puta Fiol ! 16 of November of 2021**

# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 19-1167          Short Title: Diaz-O'neill v. Diaz-Atienza

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary):*
Hon. Ricardo Rosselló-Nevárez, Governor of Puerto Rico; Commonwealth of Puerto Rico as the

[ ] appellant(s)          [✓] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____          March 20, 2019_____
Signature                          Date

Carlos Lugo-Fiol_____
Name

_____          (787) 645-4211_____
Firm Name (if applicable)          Telephone Number

P.O. Box 260150_____
Address                            Fax Number

San Juan PR 00926_____          clugofiol@gmail.com_____
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 41677

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes  Court of Appeals No._____

Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

Counsel must complete and file this notice of appearance in order to file pleadings in this court. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

No. 20-1299

---

### UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

---

**JAIME A. DIAZ-O'NEILL,**
Plaintiff - Appellant,
v.

ESTADO LIBRE ASOCIADO DE PUERTO RICO, Wanda Vazquez-Garced,
Governor; DEPARTAMENTO DE JUSTICIA DE PR, Dennise Longo-
Quinones, Secretary of Justice; POLICIA DE PUERTO RICO; Michelle
Fraley, Superintendent; OFICINA DE ADMINISTRACION DE
TRIBUNALES DE PR, Sigfrido Steidel-Figueroa, Director; UNITED
STATES, Donald Trump, President,

Defendants - Appellees.

---

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

---

### MOTION IN COMPLIANCE WITH ORDER AND TO DISMISS APPEAL

**COME NOW,** Defendants-Appellees the Commonwealth of Puerto Rico, the
Puerto Rico Department of Justice, the Puerto Rico Police Department and the
Puerto Rico Office of Courts' Administration, through the undersigned attorney and
respectfully state and pray as follows:

1.    On October 8, 2020, this Honorable Court ordered the parties to show
cause as to whether the automatic stay provided for in Title III of PROMESA stays

1

13

this appeal. Taking Plaintiff's allegations in his complaint at face value, the Title III stay does not apply to this case because it is a post-petition claim filed against the Commonwealth of Puerto Rico and its agencies, and not against any Commonwealth official. However, appearing Defendants assert that this Honorable Court should summarily dismiss this appeal for lack of jurisdiction pursuant to the Eleventh Amendment to the Constitution of the United States.

    2.    This appeal originates in case No. 17-2286 (JAG), filed before the United States District Court for the District of Puerto Rico. On November 13, 2017, Plaintiff filed a *pro se* complaint in the Spanish language against the Commonwealth of Puerto Rico, the Puerto Rico Department of Justice, the Puerto Rico Police Bureau (formerly the Puerto Rico Police Department) and the Puerto Rico Office of Administration of the Courts[1], and the United States (Dkt. # 2). He alleged the fabrication of various criminal cases against him by the Commonwealth. He sued the Commonwealth defendants under 42 U.S.C. §1983, only requesting an award of \$100 million in damages. On January 16, 2018, after an order of the district court, Plaintiff filed his complaint in the English language (Dkt. #7).

---

[1] The Department of Justice and the Puerto Rico Police Bureau are executive agencies of the Commonwealth of Puerto Rico and may not be sued separately from the Commonwealth. The Office of Administration of the Courts is part of the Judicial Branch of the Commonwealth and, also, may not be sued separately from the Commonwealth. The undersigned attorney does not represent the United States.

3.     On September 5, 2018, the Commonwealth defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12 (b) (6), on the ground of Eleventh Amendment immunity (Dkt. # 18). Plaintiff did not file an opposition to this motion.

4.     On February 7, 2020, the district court entered an Order dismissing the complaint with prejudice (Dkt. # 38). With regard to the Commonwealth defendants, the court dismissed on Eleventh Amendment immunity grounds. On that same date, the district court entered its Judgment (Dkt. # 40). Plaintiff filed his Notice of Appeal on February 24, 2020 (Dkt. # 42).

5.     In this case, the facts adduced in the complaint first occurred on May 17, 2017, date in which the Plaintiff allegedly had an appointment with a police officer regarding the status of the investigation of his father's murder. Although the allegations are far from clear, Plaintiff in essence alleges that he was unlawfully detained and that unspecified criminal charges were filed against him.

6.     On May 3, 2017, the Financial Oversight and Management Board, created by the federal act PROMESA, filed a petition for restructuring of debts before the United States District Court for the District of Puerto Rico, pursuant to Title III of PROMESA (In re Commonwealth of Puerto Rico, Case No. 17-1758). The Commonwealth is the debtor in the Petition pursuant to Section 301 (c)(2) of PROMESA, 48 U.S.C. § 2161(c)(2). Section 301(a) of PROMESA, 48 U.S.C. §

3

Case:17-03283-LTS Doc#:19343-1 Filed:11/22/21 Entered:11/23/21 10:06:37 Desc:
Case: 20-1299 Document ID: fa1791519cb9830b Page: 15 of 63 Date Filed: 10/20/2020 Entry ID: 6375774

15

2161(a), expressly makes applicable to cases under Title III the provisions of sections 362 and 922 of the Bankrutpcy Code, 11 U.S.C. §362 and 922.

7.      Pursuant to section 362, a petition operates as a stay, among others, of the enforcement, against the debtor or property of the estate, of a judgment obtained before the commencement of the case, 11 U.S.C. §362 (a)(2); of an act to obtain property of the estate, 11 U.S.C. §362 (a)(3); or any act to collect a claim against the debtor that arose before the commencement of the action, 11 U.S.C. §362 (a)(6). Section 922 provides, additionally to the section 362 stay, a stay of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against an officer or inhabitant of the debtor that seeks to enforce a claim against the debtor". 11 U.S.C. § 922 (a)(1).

8.      As alleged in the complaint, the events which allegedly harmed Plaintiff occurred after the Commonwealth filed its petition under Title III of PROMESA. Therefore, the automatic stay provided for in Section 362 does not apply to this case. Regarding Section 922, it is designed to preclude actions not taken directly against the municipality (or, in this case, the Commonwealth), but those taken against certain others which would have the effect of enforcing a claim against it. In re Jefferson County, Alabama, 474 B.R. 228, 247-248 (N.D. Ala. 2012). The stay provided in section 922 (a) is not limited to pre-petition claims. Id., at 449. However,

4

the complaint is not directed towards any officer of the Commonwealth; rather,
Plaintiff sues directly the Commonwealth and some of its agencies and
instrumentalities. Therefore, the Section 922 automatic stay does not apply to this
case.

9.      Since neither Section 362 and 922 apply to this case, the automatic stay
provided in Title III of PROMESA cannot apply either. However, because Plaintiff
is suing the Commonwealth and some of its agencies and instrumentalities for
damages under section 1983, this Honorable Court lacks jurisdiction over this appeal
pursuant to the Eleventh Amendment to the Constitution of the United States.

10.     The Eleventh Amendment establishes a limit on Article III's grant of
jurisdiction to Federal courts and bars a citizen from bringing a federal court action
against his or her own State. *Maysonet-Robles v. Cabrero*, 323 F. 3d 43, 48 (1st Cir.
2003). The sovereign immunity from suit established by the Eleventh Amendment
also extends to bar suits against State agents and instrumentalities when the action
is in essence for the recovery of money from the state. *Id.*, at 48-49.    The
Commonwealth of Puerto Rico is treated as a state for purposes of the Eleventh
Amendment. *Fresenius Medical Care Cardiovascular Services, Inc. v. Puerto Rico
and Caribbean Cardiovascular Center Corp.*, 322 F. 3d 56, 61 (1st. Cir. 2003).

11.     Further, the Supreme Court has clearly held that neither States nor their
officials acting in their official capacities are "persons" under Section 1983. *Will v.*

5

Case:17-03283-LTS Doc#:19343-1 Filed:11/22/21 Entered:11/23/21 10:06:37 Desc:
Case: 20-1299 Document: 00117658578 Exhibit 1-63 Page: 69 Page 17 of 63 Date Filed: 10/20/2020 Entry ID: 6375774

17

*Michigan Department of State Police*, 491 U.S. 58, 71 (1989). This holding applies to States and governmental entities that are considered "arm of the state" for Eleventh Amendment purposes. *Id.*, at 70.

12.     In this case, Plaintiff has sued the Commonwealth itself, which is clearly covered by the Eleventh Amendment. *Fresenius, supra.* The Puerto Rico Department of Justice is an executive department of the Commonwealth created by the Puerto Rico Constitution. P.R. Const., Art. IV § 6.  The Puerto Rico Police Bureau was created by Act 20 of April 10, 2017, as part of a consolidation of various agencies related to law enforcement into the Department of Public Security created by this act. P.R. Laws Ann., tit 25 § 3531.  The Puerto Rico Constitution vested upon the Chief Justice of the Puerto Rico Supreme Court the duty to oversee the performance of the Puerto Rico court system with the aid of an administrative director. P.R. Const., Art. V § 7.  The Puerto Rico Judiciary Act of 2003 provides that the Administrative Director of the Courts would oversee the Office of Administration of the Courts.  P.R. Laws Ann., tit 4 § 24n. Nothing in these acts indicates that these instrumentalities do not depend on Commonwealth funds to function. Therefore, for Eleventh Amendment purposes, they are equivalent to the Commonwealth itself.

13.     In light of the above, it is clear that the Defendant Commonwealth agencies are indistinguishable from the Commonwealth for Eleventh Amendment

6

Case:17-03283-LTS Doc#:19343-1 Filed:11/22/21 Entered:11/23/21 10:06:37 Desc:
Case: 20-1299 Document Exhibit 1-63 Page 18 of 63 Date Filed: 10/30/2020 Entry ID: 6375774

18

purposes and are therefore immune before Federal courts from Section 1983 suits for damages. Because plaintiff seeks only an award of damages against the Commonwealth of Puerto Rico and its agencies, this Honorable Court lacks jurisdiction over this appeal.

**WHEREFORE,** appearing Defendants respectfully request that this Honorable Court take notice of the above and summarily dismiss the present appeal for lack of jurisdiction.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 20th day of October, 2020.

**ISAÍAS SANCHEZ-BÁEZ**
Solicitor General of Puerto Rico

*s/Carlos Lugo-Fiol*
**CARLOS LUGO-FIOL**

Case:17-03283-LTS   Doc#:19343-1   Filed:11/22/21   Entered:11/23/21 10:06:37   Desc:
Case: 20-1299   Document: Exhibit 1-63 Page: 19 of 63 Page: 19 of 63 10/2020   Entry ID: 6375774

19

### CERTIFICATE OF FILING AND SERVICE

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. Additionally, I am sending a true and exact copy of this motion by electronic mail to Appellant, at the following address:

jaimeadiazoneill@ymail.com.

In San Juan, Puerto Rico this 20th day of October, 2020.

s/ Carlos Lugo-Fiol
**CARLOS LUGO-FIOL**
USCA No. 41677
P.O. Box 260150
San Juan, PR 00926
Tel. (787) 645-4211
E-mail: clugofiol@gmail.com

Sent from my iPhone

(No subject)

**Jaime A Diaz Oneill** <jaimeadiazoneill@ymail.com>
Fri 11/19/2021 8:37 AM
To: ODS02684CPC <ods02684cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]



Case Search  Calendar  Opinions  Orders/Judgments  Briefs  XML  TXT

If you view the ( Full Docket ) you will be charged for 2 Pages $0.20

**General Docket**
**Court of Appeals, 2nd Circuit**

Appeals Docket #: 20-3542                                    Docket⌐

f Suit: 3440 CIVIL RIGHTS-Other
New York State
rom: WDNY (BUFFALO)
us: Paid

e Information:
soner
te
il Rights

ng Court Information:
ct: 0209-1 : 19-cv-1336
ludge: Lawrence Joseph Vilardo, U.S. District Judge
ludge: Leslie G. Foschio, U.S. Magistrate Judge
Filed: 10/01/2019

| r/Judgment: | Date Order/Judgment EOD: | Date NOA Filed | Date Rec'd |
|---|---|---|---|
| | 09/28/2020 | 10/08/2020 | 10/13/2020 |

- NOTICE OF PRISONER APPEAL, with district court docket, behalf of Appellant Jaime A. Diaz O'Neill, FILED. [2953888] [: 3542] [Entered: 10/16/2020 11:12 AM]

- DISTRICT COURT DECISION AND ORDER, dated 09/28/20 RECEIVED.[2953895] [20-3542] [Entered: 10/16/2020 11:14

- DISTRICT COURT AMENDED DECISION AND ORDER, dat 09/28/2020, RECEIVED.[2953900] [20-3542] [Entered: 10/16 11:15 AM]

- ELECTRONIC INDEX, in lieu of record, FILED.[2953903] [20 [Entered: 10/16/2020 11:17 AM]

- INSTRUCTIONAL FORMS, to Pro Se Appellant, SENT.[2953 [20-3542] [Entered: 10/16/2020 11:54 AM]

- PAYMENT OF DOCKETING FEE, on behalf of Appellant Jain Diaz O'Neill, district court receipt # BUF069914, FILED.[2956 [20-3542] [Entered: 10/20/2020 03:31 PM]

**PACER Service Center**
**Transaction Receipt**
10/20/2020 18:41:49

| PACER Login | jaimeadiazoneill | Client Code | jaimeadiazoneill |
|---|---|---|---|
| Description | Case Summary | Search Criteria | 20-3542 |
| Billable Pages | 1 | Cost | 0.10 |

rmation:   Court Home    PACER Service Center    Change Client    Billing History   C:

for damages. Because plaintiff seeks only an award of damages against the Commonwealth of Puerto Rico and its agencies, this Honorable Court lacks jurisdiction over this appeal.

**WHEREFORE,** appearing Defendants respectfully request that this Honorable Court take notice of the above and summarily dismiss the present appeal for lack of jurisdiction.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 20th day of October, 2020

ISAÍAS SÁNCHEZ-BÁEZ
Solicitor General of Puerto Rico,

*s/Carlos Lugo-Fiol*
**CARLOS LUGO-FIOL**

**CERTIFICATE OF FILING AND SERVICE**

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. Additionally, I am sending a true and exact copy of this motion by electronic mail to Appellant at the following address: jaimeadiazoneill@ymail.com

In San Juan, Puerto Rico this 20th day of October, 2020

*s/Carlos Lugo-Fiol*
**CARLOS LUGO-FIOL**
USCA No. 4167
P.O. Box 260150
San Juan, PR 00926
Tel. (787) 645-4211
E-mail: clugofiol@gmail.com

Sent from my iPhone

# Manhattan U.S. Attorney Forms New Civil Rights Unit

Damian Williams, the first Black U.S. attorney for the Southern District of New York, noted a rise in anti-Asian and antisemitic crimes.

    Read in app



1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

COMMONWEALTH OF PUERTO RICO, et
al.,

    Defendants.

CASE NO. 12-2039 (GAG)

8

**ORDER**

9
10

    The Court Monitor, Arnaldo Claudio, has informed that, effective immediately, he will depart from all monitoring duties.

11

    **SO ORDERED.**

12

    In San Juan, Puerto Rico this 14th day of May, 2019.

13
14

                    *s/ Gustavo A. Gelpi*
                   GUSTAVO A. GELPI
              United States District Judge

15
16
17
18
19
20
21
22
23
24



E.UU.

# onia Sotomayor afirma que Estados Unidos debe hacer un nálisis crítico de la Policía y su elación con la sociedad

a jueza del Tribunal Supremo de Estados nidos destacó, además, su postura respecto a l nanera en la que los jueces deben ejercer sus nciones





26





# A PHILOSOPHER

## Hon. Jay Garcia-Gregory '66

BY TROY WATKINS



o how does a high school student in San Juan, Puerto Rico, end up at a small liberal arts college in Worcester, Massachusetts, in the early 1960s? There was no Internet or social media, but there was a brochure about Catholic colleges, and Assumption College was the one that appealed to **Jay Garcia-Gregory '66** and his high school friend, **Luis Brau-Cebrian, Esq. '66.**

Both young men were accepted to Assumption, and Garcia-Gregory set his sight on a career in foreign affairs. Assumption's reputation for preparing graduates to enter that arena was well respected.

"When I started at Assumption, I thought the foreign affairs curriculum would help me in a potential diplomatic career," he says. He credits Father Ernest Fortin's courses in political philosophy and psychology with developing his passion for understanding human conduct, his thirst for wisdom, and his decision to change his major to philosophy.

"My thirst for learning was fueled by the metaphysics of St. Thomas Aquinas and all the philosophy courses," Garcia-Gregory said. He also was fascinated by the theology and the classics courses, and was profoundly impacted by *The Confessions of St. Augustine.* The critical thinking, careful analysis and strong writing skills he honed, have served him well in his career as a lawyer and now as a judge in the U.S. District Court in Puerto Rico.

After his Assumption graduation, Garcia-Gregory studied philosophy at the graduate level in Spain, and then returned to Puerto Rico to study law at the University of Puerto Rico, graduating in 1972. He wanted to teach law, so he pursued further graduate studies at Columbia University Law School.

After returning to Puerto Rico and being admitted to practice, he clerked for the chief judge of the Federal District Court. Garcia-Gregory then joined the firm Fiddler, González and Rodríguez, where he practiced law for 25 years in areas such as federal litigation and appellate practice, banking, corporate, insurance, and the environment.

"My private practice career was varied and very interesting," stated Garcia-Gregory. "I regularly presented arguments to the U.S. Court of Appeals 1st Circuit in Boston. In one case, I helped inmates in the penal system get improvements that affected their health and well-being.

SERVING
JUSTICE

"WE
SHOULD
ALWAYS
REMEMBER
THAT GOD
PROPOSES
TRUTH TO
MANKIND…

# ON THE BENCH



"I also worked on a civil case for the U.S. Department of Justice against the government of Puerto Rico in 2000–01. Mentally disabled children had been marginalized and abused by the system, and we managed to get most of them placed in foster homes. I'm proud of what we were able to accomplish."

In fact, Garcia-Gregory has received several honors during his distinguished career. He won a medal for service as editor-in-chief of the *Law Review*, and the West Publishing Award for outstanding achievement in Anglo-American studies.

At the end of 1999 he was approached and asked about his interest in becoming a Federal Court judge. "This was a dream come true for me," he said. Nominated by President Clinton in April 2000, he was sworn in by August.

His days are packed with deciding motions and presiding over civil and criminal cases. "It has been a fascinating learning experience," Garcia-Gregory explained. "Everyday I have occasion to decide motions and cases that impact people's lives. I approach my work with a sense of awe, humility and respect for each person's dignity.

"I believe our current federal legal system is unique and serves well the legal needs of citizens and non-citizens alike," stated Garcia-Gregory. "The constitutional guarantees of due process, presumption of innocence and confrontation with accusers are unique and serve the dignity of humans.

"Throughout the years, you develop a sense of discernment.

I believe our system could be improved through mandatory mediation and/or arbitration of almost all civil actions, especially tort and contract cases."

He was appointed by the chief justice of the U.S. Supreme Court to the Judiciary Committee of Rules of Conduct of the Judicial Conference, a committee that oversees and advises judges on ethical issues. Garcia-Gregory remarked on the importance of ethical conduct, a value that was fine tuned at Assumption.

"Doing what you have to do conscientiously, giving the best you can to please God and fellow humans, and doing your tasks with love is the best recipe for a successful professional career and a strong family," he said.

Garcia-Gregory and his wife of 43 years, Myrella, have two grown daughters who are married – Myrenchu will soon complete a master's degree in biogenetics, and Maite is in-house counsel for a Boston-based corporation.

He fondly remembers Fr. Denys Gonthier, A.A. as his most influential professor and mentor, and is proud to have received the Fr. Louis Dion, A.A. '35 Outstanding Achievement Award from the Assumption College Alumni Association.

"We should always remember that God proposes Truth to mankind; He never imposes it, and it is up to each person to accept it and apply it every day." And so each day Garcia-Gregory practices that philosophy. ✢



**Nueva planta de filtración**

*Por Cynthia López Cabán*

A su última morada legislador de Lajas















Every dirty trick in the book was tried against us," said India Walton in a statement she posted Wednesday on Twitter. Libby March for The New York Times



Mr. Lawrence Vil

Judiciary Committee SD-226

rence J. Vilardo – NY Daily

ailyrecord.com

**Reporting** 92% as of Nov. 3, 14:00 EDT



| Nominee | Byron Brown (write-in)[a] | India Walton |
|---|---|---|
| Party | Independent | Democratic |
| Popular vote | ~34,273 | 23,986 |

Abogado - Notario

29 de noviembre de 2005

Sr. Marcial Díaz Jiménez
Calle Villa Granada A-63
Urb. El Plantío
Toa Baja, P.R.   00949

Estimado señor Díaz Jiménez:

La señora Sonia Hernández Campos ha solicitado mis servicios
profesionales para tramitarle una petición de divorcio.  Según me
informa mi cliente, usted estaría en disposición de aceptar
divorciarse por consentimiento mutuo.

Si el divorcio se tramita por la causal de consentimiento mutuo,
habría que formalizar una serie de estipulaciones de las cuales le
envío un borrador para su consideración.

Como ustedes no procrearon hijos, no hay que hacer estipulación
sobre custodia y patria potestad de menores, ni sobre pensión de
alimentos.

En torno a los bienes, me indica ella que poseen un Toyota Camry
tablilla EVG 640 que usted usa y paga.  Ella me indica que usted se
quedaría con este vehículo y seguiría pagando la cuenta.  Por su
parte, ella interesa retener la guagua Toyota RAV4, tablilla EJ
014 y continuar pagando la misma.

En cuanto al inmueble, ella sugiere dos alternativas.  Que se venda
la misma al mejor postor y dividir el producto neto por partes
iguales, o que usted le compre la parte ganancial que le pertenece
a ella.

El mobiliario del hogar puede dividirse según los intereses de cada
cual.

Agradeceré que consulte con el abogado de su predilección y que
éste se comunique conmigo para formalizar el proceso.  Si es su
deseo, me puede llamar para coordinar el trámite a seguir.  La
mejor manera de conseguirme es a través de mi celular 787-385-2

Cordialmente,

Guillermo Figueroa Prieto



# 54/ PUEBLOS

EL NUEVO DIA / jueves, 1 de diciembre de 2005

(787) 641-3924 / PONCE (787) 848-8530 / MAYAGÜEZ (787) 252-8896

@ pueblos@elnuevodia.com



Un operador, Lorenzo Fuentes (derecha), explica al gobernador Aníbal Acevedo Vilá (centro) cómo funciona el sistema computadorizado de monitoreo para la nueva planta de filtración en el barrio Hondo de Comerío.

# Nueva planta de filtración

## Por Cynthia López Cabán
Del.cynthia.lopez@elnuevodia.com

COMERÍO - El gobernador Aníbal Acevedo Vilá inauguró ayer una nueva planta de filtración en el barrio Hondo, que proveerá servicio de agua potable "constante" a más de 4,000 residentes de Comerío y Naranjito.

Esta moderna planta de filtración, que sustituye la antigua planta ubicada en el barrio Piña Abajo, así como otras mejoras al sistema de distribución de agua se realizaron a un costo de $29.6 millones, que incluye fondos nacionales y federales.

La nueva planta producirá tres millones de galones de agua potable diarios. Cuenta además con un sofisticado sistema de laboratorio para realizar pruebas de calidad y cinco filtros para potabilizar el líquido, explicó el mandatario.

También tiene una reserva que durante una interrupción del servicio permite mantener el suministro de agua por espacio de 24 horas.

El Primer Ejecutivo sostuvo que cuando culminen en mayo próximo las mejoras al sistema de distribución de agua todos los residentes de la "cuna de los poetas" contarán con "agua segura".

Aseguró además que esta iniciativa permitirá el crecimiento y desarrollo económico de Comerío en las próximas dos décadas.

Insistió en que este proyecto -junto a otras medidas como la construcción de plantas de filtración en Aguadilla, Isabela y Villalba- pone a flote a la Autoridad de Acueductos y Alcantarillados (AAA) y permitirá refinanciar $470 millones de la deuda de dicha agencia. A finales de este año, el Banco Gubernamental de Fomento llevará al mercado nacional una emisión de bonos de la corporación pública, cuya deuda asciende a $2,200 millones.

Por su parte, el alcalde de Comerío, José Santiago Rivera,



## Infraestructura de Futuro

Rodríguez (arriba) accedió a la petición del alcalde de Comerío relacionada con el traspaso de unos terrenos.

recordó que este proyecto se logró gracias al empeño y la tenacidad de los residentes de este pueblo.

APROVECHÓ LA ocasión también para pedir que se traspase a su municipio los terrenos donde ubica la planta antigua en el barrio Piña Abajo para construir allí un proyecto de vivienda de interés social para los residentes de esta comunidad especial.

El presidente ejecutivo de la AAA, Jorge Rodríguez, accedió de inmediato a la petición.

"Dalo por hecho", afirmó Rodríguez, mientras los residentes del sector que asistieron a la ceremonia irrumpían en aplausos.

# Exposición de miradas íntimas

## Por El Nuevo Día

UNA EXPOSICIÓN titulada "Déjate Mirar" fue inaugurada el martes en la Galería del Departamento de Humanidades del Recinto Universitario de Mayagüez (RUM), según se informó.

Un total de 45 exponentes exhiben autointerpretaciones artísticas en respuesta a la convocatoria hecha por la doctora Laura Bravo, quien dirige la galería.

La doctora Sonia Ruiz, catedrática del Departamento de Ciencias Sociales, exhibe el autorretrato "En Tres Tiempos", inspirado en su recuperación del accidente que la dejó en la silla de ruedas y sin poder usar su mano derecha.

La obra de Ruiz, quien también es pianista y tenista, es un collage que fusiona tres medios: fotografía, acuarela y dibujo. En el dibujo computadorizado, hecho con la mano izquierda, se presenta en una silla de ruedas. En la acuarela se presenta [...]



Sonia Ruiz presenta su obra Autorretrato en tres tiempos.

[...] rostros imaginarios.

EL PROFESOR Alberto Rodríguez, quien es siquiatra y profesor de fotografía en el RUM, explicó que un autorretrato únicamente tiene una foto, sino "la revelación, la fantasía y la percepción de cómo nos percibimos".

La muestra estará abierta hasta el 30 de enero de 2006 en la Galería de Arte está ubicada en el vestíbulo del edificio Carlos E. Chardón del RUM. Está abierta los lunes y miércoles 10:00 a.m. a 4:00 p.m.; los martes y jueves de 8:00 a.m. a 3:00 p.m., y los viernes de 10:00 a.m. a 3:00 p.m.

# A su última morada legislador de Lajas

## Ricardo Cortés Chico
Especial El Nuevo Día

LAJAS - Los restos del fenecido legislador municipal de Lajas, Richard Reyes, serán sepultados hoy, informó el alcalde del municipio Marcos Turín Irizarry.

El cuerpo de Reyes será primero trasladado a la Funeraria Pérez hasta la casa alcaldía donde se celebrará una sesión simbólica de la Asamblea Municipal.

En el cortejo fúnebre hacia el Cementerio Municipal participará una caravana de motoras y de jinetes.




34

Atraso en autopsias y escasez de personal

# Hay cadáveres hasta en el piso de Ciencias Forenses

Mabel M. Figueroa y Maritza Díaz Alcaide
PRIMERA HORA

**CAOS.**

Las neveras llenas de cadáveres. Las mesas llenas al doble de cadáveres. Bandejas en el piso con cadáveres. El caos no es nuevo, la inacción tampoco.

La grave situación en el Instituto de Ciencias Forenses (ICF) llegó a dimensiones dramáticas cuando ya se tuvo que recurrir a acomodar cadáveres en el piso porque simplemente no hay espacio en las neveras y en las mesas de las salas de autopsias para acomodarlos.

No es la primera vez.

La razón es la misma: la acumulación de casos, el atraso de al menos 30 autopsias y de informes que impiden la entrega de cuerpos a sus familias. La raíz es también la misma: no hay patólogos forenses suficientes y, para colmo, dos estaban ayer de vacaciones, incluido el director de la División de Patología, Francisco Cortés.

Una fuente con conocimiento directo de la situación aseguró a **PRIMERA HORA** que ayer temprano había al menos entre cinco y siete cuerpos que se tuvieron que acomodar en bandejas en el piso.

Se tuvo que recurrir a esto, insistió la fuente, porque las neveras del ICF, con capacidad para 40 cadáveres, estaban llenas. Se aseguró que una vez las neveras se llenaron a capacidad, entonces usaron las alrededor de diez mesas en las salas de autopsias para acomodar los cuerpos. Pero, cuando todas estaban ocupadas, tuvieron que recurrir a ubicar dos cadáveres por mesa. Repletas las mesas, con dos cuerpos cada una, la última opción, se aseguró a **PRIMERA HORA**, fue ubicar las bandejas con cadáveres en el piso. Así estaba ayer el ICF.

"Cuando hubo dos en cada mesa, luego se recurrió a ponerlos en las bandejas en el piso", sentenció la fuente tras añadir que esto no es la primera vez que pasa.

**-¿Cuántos cadáveres hay hoy (ayer) en el piso?**

-De cinco a siete en el piso.

**PRIMERA HORA** supo, además, que hasta ayer había 30 autopsias pendientes por realizar y 50 cadáveres sin entregar. Cada autopsia se está tardando una media de tres a cuatro días por caso, por la grave situación.

"Si el caso del nene (Peter Elías Virckler) que llegó al ICF se dejara en el turno que le correspondía, tardaría tres o cuatro días", insistió la fuente como un ejemplo de la carga que tienen los patólogos del ICF.

La fuente y la secretaria de Patología confirmaron ayer que Cortés se encontraba de vacaciones, por una semana. La patóloga forense Edda Rodríguez también. Hay disponibles cuatro patólogos forenses y dos auxiliares ahora. Hay de vacaciones, además, dos ayudantes de salas de patología y otro está reportado al Fondo del Seguro del Estado. Son diez, pero hay siete.

"Hay 50 cadáveres allí...", recalcó la fuente.

Pero hay más: se aseguró que hay más de mil informes de autopsia atrasados que corren desde el 2003, también hay un atraso importante de miles de casos en el área de balística y de más de 700 casos en química forense.

Un cuadro similar denunciaron el 24 de noviembre pasado las patólogas Rosa Rodríguez, Edda Rodríguez e Irma Rivera a **PRIMERA HORA**. Desde entonces el director del ICF, Pío Rechani, no había respondido las llamadas de este diario. Ayer, sin embargo, tuvo que responder en Fortaleza y lo hizo para negar que hubiesen cadáveres en el piso y para asegurar que desde la semana pasada tienen una van como refrigerador para acomodar los cuerpos.

"No es cierto que haya cadáveres en el piso. Las instrucciones son que bajo ninguna circunstancia (los haya)... por eso es que reclutamos una van para mantenerlos en la nevera", dijo ayer a este diario.

Rechani se mostró esquivo en sus respuestas y dijo que los cadáveres entran y salen en ciclos. Aunque la fuente insistió en que no hay ningún plan alterno para la época navideña, cuando por regla general el número de asesinatos y suicidios aumenta, Rechani dijo que sí lo hay. No precisó detalles e insistió en que están "tratando" de que los cadáveres se entreguen con mayor rapidez.

Eso, añadió, va a depender de cuántas autopsias puedan hacer los patólogos por día. Ahí está la clave, otra vez: no hay patólogos suficientes. No dan abasto y punto. Rechani dijo que estaban por contratar dos más. No dio fecha ni status de este proceso.

El pasado 20 de septiembre de 2005, la Oficina del Procurador del Ciudadano rindió un informe en el que se dramatiza la situación en el ICF.

El procurador Carlos López Nieves dijo ayer a **PRIMERA HORA** que no le sorprendía la denuncia hecha a este diario y aprovechó para hacerle un llamado a la Legislatura y al gobernador Aníbal Acevedo Vilá a que asuman su responsabilidad y resuelvan este caos. La solución, dijo, es aumentar el sueldo que se les paga a los patólogos y, con esto, atraer nuevos recursos.

Archivo/PRIMERA HORA

Un caos de dimensiones dramáticas permea en el ICF, con hasta 30 autopsias atrasadas y con informes por rendir desde el 2003, año en que hubo un situación similar, tal como lo demuestra esta foto de archivo.

PRIMERA HORA/Juan Luis Martínez

WAPA RADIO

El director del ICF, Pío Rechani, dijo que estan en proceso de contratar a dos patólogos más aunque no precisó cuándo.

## Legislador culpa al DF por muerte de bebé

**UN REPRESENTANTE** responsabilizó ayer al Departamento de la Familia por la muerte de otro de los hijos de William Elías Rodríguez, quien convive con tres mujeres y 12 niños en el barrio Quebrada en Fajardo.

Rolando Crespo, presidente de la Comisión cameral de Bienestar Social, advirtió que acudirá a los tribunales para que Familia coopere con una investigación que realiza la Legislatura sobre el caso, y con la cual la agencia gubernamental supuestamente no ha colaborado.

"Esta muerte se pudo haber evitado si el Departamento no se hubiera opuesto a que investigáramos el caso de Mathew Elías. Tanto el Departamento de la Familia como Yolanda Zayas mienten cuando dicen que han seguido de cerca las determinaciones y procedimientos sobre el caso", dijo el legislador en un comunicado.

Por su parte, la secretaria de la Familia, Yolanda Zayas, sostuvo en un comunicado que la política pública sobre la protección de menores y la situación particular del caso de Elías Rodríguez, "no deben estar sujetas a los ataques y motivaciones partidistas".

Crespo anticipó que acudirá "al tribunal para que ellos sean los responsables en decidir si el Departamento se sigue lavando las manos en este asunto". El legislador no especificó qué tipo de recurso presentará en contra de la dependencia.

El representante por el Partido Nuevo Progresista (PNP) aseguró que es "falso" que Familia haya mostrado interés en el bienestar de los hijos de Elías Rodríguez.

"Eso es falso porque cuando le hemos requerido colaboración no han mostrado interés", afirmó.

Pero Zayas aseveró que "no es la primera vez que políticos intentan ganar la atención de los medios, tratando de inmiscuir los asuntos de Familia, y especialmente de protección de menores, en los debates político partidistas".

Prensa Asociada

**507 POLICE TRIBUNALES**

EL NUEVO DIA / domingo, 4 de diciembre de 2005

# Asesinada una testigo al salir de un albergue

### Por Daniel Rivera Vargas

end.drivera@elnuevodia.com

UN EX capitán de la Policía y una mujer que horas antes había abandonado el albergue de protección de testigos fueron asesinados antenoche a tiros en hechos separados, reportó la Uniformada, lo que eleva la cifra de homicidios a 714, ocho menos que en 2004 para la misma fecha.

Tras una vida en el servicio público en la Policía, Marcial Díaz Jiménez, de 61 años, se acogió hace pocos años al retiro. Compartía antenoche con un amigo, el también retirado teniente Santos Ortega, en la Taberna Vidal de la avenida Betances en Bayamón, cuando fue víctima de un robo a eso de las 11:40 de la noche, informó la Policía.

"El iba saliendo de este negocio y un individuo en bicicleta anunció el robo. Iba armado, Díaz Jiménez inició el arresto, se puso a forecejar con él y el individuo le pegó un tiro en el pecho", dijo Tulio Vázquez, oficial de prensa de la Policía.

El desconocido huyó. El teniente Luis Peña, de Homicidios de Bayamón, explicó que Ortega estaba haciendo una llamada telefónica durante el incidente.

Un guardia de seguridad, que le dio los primeros auxilios a

> Un guardia de seguridad, que auxilió al ex policía asesinado, dijo que el gatillero vestía un pantalón de color blanco

la víctima, dijo que el gatillero vestía pantalones blancos. El ex capitán, vecino de Toa Baja, fue llevado al hospital donde certificaron su muerte.

Dos ex coroneles recordaron con aprecio a Díaz Jiménez. "Era un excelente oficial, un excelente oficial e investigador, un buen compañero", dijo José R. Denis, jefe de la superintendencia auxiliar de operaciones de campo, área en la que se desempeñó el ex capitán.

EL CORONEL José L. Caldero, jefe de la superintendencia auxiliar de investigaciones criminales, dijo que ayer temprano aún no se tenían sospechosos del crimen.

"Lo recuerdo como una persona muy trabajadora, seria. En el último tiempo trabajó de reservista (voluntario) de Operaciones de Campo", dijo.

El segundo asesinato se reportó en la Policía a eso de las 9:23 de la noche del viernes cuando Ana Cumba Espinoza de unos 35 años, fue hallada sin vida frente a los edificios 50 y 51 del residencial Sábana Abajo, de Carolina, con seis impactos de bala en diferentes partes del cuerpo y con casquillos de proyectiles calibre 40 a su alrededor.

La teniente Sara Cruz explicó que la mujer estuvo hasta el jueves o viernes en el albergue de testigos del Departamento de Justicia, pero que lo abandonó voluntariamente.

"Era testigo de un asesinato", dijo Cruz.

El teniente Eladio Nerís Mulero, director de homicidios en Carolina, explicó que este asesinato se vincula al de un joven acribillado hace unos meses en un callejón en Sábana Abajo poco después de salir de una iglesia.

LA MUJER que mataron antenoche vio el asesinato del joven, pues los gatilleros la buscaban a ella por una deuda de drogas.

El teniente explicó que ella había entrado al albergue de testigos el 28 de septiembre. El viernes fue al punto de drogas del residencial y allí la mataron.

El asesinato ocurrió minutos después de que ella llamara a la Policía para pedir ayuda al darse cuenta de que la acechaban.

Los policías estaban en camino cuando llamaron para notificar el hallazgo del cadáver de una mujer, que resultó ser Cumba Espinoza.

# Ultiman teniente retirado

Por su parte, los agentes de la División de Homicidios del CIC de Bayamón seguían ayer sin pistas del asesinato del teniente jubilado Marcial Díaz, que ocurrió en medio de un atraco entrada la noche del viernes en la avenida Betances, en Bayamón. Los agentes procuraban examinar las cámaras de seguridad de varios negocios cercanos, para tratar de identificar al autor, del que se sabe iba en bicicleta y vestía unos pantalones blancos.



**ASESINATOS SEMANA DEL DOMINGO 27 DE NOVIEMBRE AL SABADO 3 DE DICIEMBRE DE 2005**

domingo 27 de noviembre
4:58 PM Canóvanas

**TOTAL 1**

lunes 28 de noviembre
No hubo asesinatos

**TOTAL 0**

martes 29 de noviembre
1:40 AM Puerto Nuevo
3:30 PM Vega Alta
7:05 PM Río Piedras
10:20 PM Vega Baja
11:10 PM Toa Alta

**TOTAL 5**

miércoles 30 de noviembre
12:55 PM Vega Alta

**TOTAL 1**

jueves 1 de diciembre
9:00 PM Loíza
11:20 PM Vega Baja

**TOTAL 2**

viernes 2 diciembre
9:23 PM Carolina
11:40 PM Bayamón

**TOTAL 2**

sábado 3 de diciembre
8:35 PM Salinas

**TOTAL 1**

**TOTAL DE LA SEMANA 12**     **DIFERENCIA 2004 = 14**     **TOTAL DEL AÑO 715**

Gráfica El VOCERO





≡ elVocero.com

**Renuncia la jefa de fiscales del Departamento de Justicia**

La fiscal Melissa Vázquez Sandoval dimitió al puesto por razones personales

Redacción, EL VOCERO   27/10/2021

ARCHIVO/EL VOCERO>.Josian E. Bruno Gomez

La fiscal Melissa Vázquez Sandoval renunció al cargo de jefa de fiscales del Departamento de Justicia efectivo el viernes, 29 de octubre, informó la dependencia.

Emanuelli Hernández destacó que la renuncia de Vázquez Sandoval se debió a "razones personales".

A partir del 30 de octubre, Vázquez Sandoval volverá a su puesto como fiscal de distrito en la Fiscalía de Bayamón.

"Contaremos con su conocimiento y experiencia en la Fiscalía de Bayamón", agregó.



En el banquillo de los acusados/Por Arturo Yépez

¿MOTÍN? ¿QUÉ MOTÍN?

PROTAGON

Poesía e

Como una escen
esta bailarina, c
cel que no tie
la mujer. La e
llos españoles
al sureste de

## VOCES DEL PUEBLO



### Dos querellas
### a Ondeo... y nada

Recurrimos a esta última herramienta en búsqueda de que la compañía Ondeo de Puerto Rico responda a dos querellas radicadas y un sinnúmero de llamadas realizadas desde hace aproximadamente un mes para la reparación de tubos rotos en el condominio Boulevard del Río II, ubicado en la Ave. Los Filtros #500 en Guaynabo. El 18 de agosto se radicó la primera querella #1447779 tomada por Díaz O'Neill y la segunda querella #1453116 fechada 26 de agosto fue tomada por "Arnold Roads".

Desde entonces nuestro administrador y la presidenta de la

Junta han realizado múltiples gestiones incluyendo dos a tres llamadas diarias, en búsqueda de que se logren dichas reparaciones. Los operadores indican que ambas querellas se pasarán a despacho pero, que no está en sus manos ya que son simplemente un cuadro telefónico y quien es responsable de que las reparaciones no se hayan realizado es el Departamento de Ingeniería. Ondeo no se compromete con una fecha y simplemente procede a actualizar el récord a diario. Es sumamente preocupante que siendo ésta una compañía que abiertamente se ha comprometido a evidenciar un cambio en lo que respecta a reparaciones de salideros, mantenimiento de

los equipos y respuesta a tiempo a las necesidades del pueblo, demuestra tanta ineficiencia para manejar está situación. La rotura de estos tubos implica un malgasto innecesario y constante de este preciado líquido e impone unos inconvenientes adicionales, inhabilitando el área donde dichos tubos rotos están ubicados y rompiendo inclusive el asfalto de la calle.

Junta de Directores,
titulares y Administración
Cond. Boulevard del Río II

### Peligro para nuestros
### adolescentes

Atención padres, muchos de ustedes permiten que sus hijos asistan a fiestas del llamado "Regaetton" con la confianza de que tanto ellos como sus amigos son buenos niños, inclusive algunos estudian en las mejores escuelas de P.R.

El pasado sábado 24 de agos-

ta, se llevó
bajo "Party
exclusivo d
pocos podr
alrededor
cinco padr
de algo q
y nos lle
ta. La f
centes
taquill
muy e
optim
c.d. y
senta
ravo
que'
tive
qua
fro
pe
h
b



| CABRERA ORTIZ, LUIS R. | | Num.Per: 00004051 | Semana de 02/15/2004 a 02/21/2004 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Record Semanal de Asistencia | 584254061 | | | | | | | | TARDANZAS |
| 80110100 | CENTRO TELEFONICO - ACUAT | | | | | | | | |
| Unidad Organizativa | Lugar de Trabajo | | | | | | | AM | |
| 10650001 | COORD CENTRO TELE01 | D-J | | | | | | | |
| Num. Pos. | Clasificación | 2:30 | | | | | | SALIDA | |
| CENTRO TEL. ACUATEL -P1 | 00605 | 11:00 | | | | | | | |
| Localización | | | | | | | | ENTRADA | TARDE |
| | | | | | | | | SALIDA | MAÑANA |
| | | | | | | | | ENTRADA | |

# Piden aumentar personal para atender llamadas de clientes de AEE

El número de consumidores compañía se quejan por el largo tiempo de espera cuando utilizan el servicio telefónico.







Jaime A Díaz Oneill compartió un enlace.
24 de diciembre de 2015





Exhibit 1-63 Page 42 of 63

**Locales**    EL VOCERO / sábado, 28 de d

# ician vistas convenio AAA

## icidarse si hay o no un convenio colectivo entre la Autoridad y la UIA.

**Ivis M. Negrón Pérez**
*EL VOCERO*

de la Junta de Relaciones del
[) en las que se dilucidará si
n convenio colectivo firmado
ridad de Acueductos y Alcan-
AA) y la Unión Independien-
(UIA) iniciaron ayer con un
namiento entre las partes.

de prueba formal comenzará
e el oficial examinador de la
n Igartúa Veray, pero los abo-
i partes negociadoras comen-
conversaciones sobre los
e que serán aceptados como
il proceso.

o 21 de junio, la Junta expidió
a contra la AAA al acoger los
il sindicato de que la corpora-
sposiciones del convenio colec-
troversia se extiende a la huelga
que realizó la UIA y que con-
lo un comité de diálogo desig-
i entonces gobernadora, Sila
rrón, logró que las partes fir-
estipulación de convenio que
tan. Luego, en enero de 2005,
es encontraron errores en la
el acuerdo estipulado. La AAA
mar el documento.
oversia matriz es si existe o no



Los abogados de la UIA, Harry Anduze y José Morales Bocio, en la vista de ayer de la Junta de Relaciones del Trabajo.

convenio colectivo", dijo el presidente de
la UIA, Jesús Manuel Díaz Allende. Por un
lado, la UIA sostiene que el convenio debe
ser retroactivo a enero de 2005. La AAA
alega que sólo ha reconocido la prospec-
tividad de cualquier acuerdo.

Díaz Allende señaló que el patrono ase-

gura que quedan por negociar asuntos
como los procedimientos de quejas y agra-
vios, algunas licencias, y hasta aspectos
relacionados con el plan de salud. Ante la
supuesta ausencia de un proceso de que-
jas y agravios, la AAA ha despedido a sobre
250 unionados, quienes tendrán que ser

restituidos en sus puest
la UIA prevalece, mani

"Esto sienta un prece
las relaciones obrero-p
es la primera vez que un
se ratifica un acuerdo
lo", dijo Díaz Allende.

La directora de Recu
Relaciones Laborales d
Nieves, ha dicho que la
de la Junta no tiene que
cualquiera de las partes
recurrir a los tribunales. N
la corporación tiene rese
correspondientes al conv
vista vigente.

Los abogados Harry An
les Bocio, por la UIA, y J
Nieves, por la AAA, acor
la estipulación de la pru
antes del comienzo de la
1:30 de la tarde.

El desfile de testigos
diente de la AAA, Jorge Fé
do director, Juan Agosto
los miembros del desap
diálogo. Están citados
secretario del Departa
Román Velasco y Vic
dez, el ex secretario d
Aníbal José Torres, y le
Ricardo Santos y José





**JUAN
AGOSTO
ALICEA**

**AL BORDE
DE LA
QUIEBRA**



**Negoci**

Mejoras gota a



Case 17-03283-LTS    Doc#19343-1    Filed:11/22/21    Entered:11/23/21 10:06:37    Desc.
Exhibit 1-63    Page 44 of 63

44













# Your Stories From a Year Ago

Look back on these moments from your Story Archive.



 Only you can see this unless you share it

































SS





# Buffalo mayor race: India Walton vs. Byron Brown live updates

Nick Veronica

2 hours ago



58









61



