

October 14, 2021

TO: Commonwealth of PR Supplemental Information Processing Center
c/o Prime Clerk, LLC 850 Third Avenue Suite 412
Brooklyn NY 11232

Tribunal de Distrito de los Estados Unidos
Room 150 Federal Building
San Juan PR 00918-1767

Puerto Rico Ballot Processing
c/O Prime Clerk LLC
One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

RE: Claim No. 49762/Procedimiento 17 BK3283 -LTS

On September 2020 I sent the included documents (copy) and I was living on the following address:

Urb. Santa Elena, JJ33 Calle H, Bayamón, PR 00957

I hereby request that all documents to be sent to me regarding the reference claim, be sent to the following address, since I moved from such address:

**NEW MAILING ADDRESS:**

**Urb BELLA VISTA**
**CALLE 8 J31**
**BAYAMON PR 00957**

Please send any new correspondence to de new mailing address.

Cordially,

Hilda L. Cruz Román
Ce. 787-615-2525
Email: lourdespr2009@gmail.com

Proof of Claim: <CLAIM NUMBER> __49762__
Claimant: <CLAIMANT NAME> _Hilda L. Cruz Rowen_

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide *more* information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any an all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsinfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

### Questionnaire

1. What is the basis of your claim?

   ☐ A pending or closed legal actions with or against the Puerto Rico government

   ☒ Current or former employment with the Government of Puerto Rico

   ☒ Other. (Provide as much detail as possible below. Attach additional pages if needed.)
   _Government agency until 1999_

2. What is the amount of your claim (how much money do you claim to be owed):
   _$8,400_

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

   ☐ No, Please continue to Question 4.
   ☒ Yes, Answer Questions 3(a) – (d).

3(a). Identify the specific agency or department where you were or are employed:
_Puerto Rico Telephone Company_

3(b). Identify the dates of your employment related to your claim:
_Began working on May 4, 1993 until sale of the company belonging to the government. Later I continued working as a private company to date._

IV. Documentación Justificativa

Se incluyen documentos que evidencian los anos de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico, desde el __4__ de __mayo__ de __1992__ hasta el __ __ de __Presente__ de __until 1999, labor reg for PRTC, then__ Culmine, mi laborar, como en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio educativo.

*(margin note:)* Gte and now Claro. Never left the company

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Hilda L. Cruz Román
Nombre en letra de molde

*(signature)*
Firma

- Empleada gerencial desde 4 mayo 1992 hasta 1999.
  Gerencial employee those years
- at present still employee of the Company

## REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Hilda L. Cruz Bouén

Dirección Postal: URB. Santa Elena 33 Calle 5 Bayamón PR 00957

Teléfono de contacto res. _____ cel. 787-615-2525

**II. Epígrafe:**

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico.

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo – Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial – Pasos, del 8 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón – efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 8 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

3(d). What is the nature of your employment claims (select all applicable):
  ▫ Pension
  ☒ Unpaid Wages
  ▫ Sick Days
  ▫ Union Grievance
  ▫ Vacation
  ▫ Other (Provide as much detail as possible. Attach additional pages if necessary).

  _____
  _____

4. Legal Action  Does your claim relate to a pending or closed legal action?

  ☒ No
  ▫ Yes

4(a). Identify the department or agency that is a party to the action.
  Tribunal de Distrito de los Estados Unidos

4(b). Identify the name and address of the court or agency where the action is pending:

  _____

4(c). Case number: 49762

4(d). Title, Caption, or Name of Case: Romera W

4(e). Status of the case (pending, on appeal, or concluded):
  Pending

4(f). Do you have an unpaid judgment? Yes/**No** (Circle one)

  If yes, what is the date and amount of the judgment?
  _____

RECLAMANTE: **Hilda L. Cruz Román**

NUMERO DE PROCEDIMIENTO 17 BK 3283 - LTS

NUMERO DE RECLAMACION: **49762**

Reclamación de dinero adeudado de leyes aprobadas que me competen por mis años de servicio desde el **5** de **mayo** de **1992** hasta el ____ de ____ de **199** ____ como **empleada gerencial esos años en PRTC** de la Puerto Rico Telephone Company - ELA. **Luego continué hasta actualidad**

1. Ley 89 – julio 1995 – ROMERAZO     CANTIDAD $ **8400**

Así como otras leyes que me apliquen y no se me otorgo la compensación correspondiente.

Le agradezco la atención sobre este asunto.

Atentamente,

**Hilda L. Cruz Román**
Nombre en letra de molde

**HdCR 9/1/2020**
Firma y fecha