Hilda Cruz
Jardines de Caparra
Calle 49 B B13
Bayamón PR 00959



Tribunal de Distrito los EU
Room 150 Federal Building
San Juan PR 00918-1760

RECEIVED & FILED
2021 NOV 22 PM 5:09
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN, PR