# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Afternoon session:
Set: 9:30 AM (AST)
Started: 9:37 AM (AST)
Ended: 10:20 AM (AST)

**MINUTES OF PROCEEDINGS**

**BEFORE U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**     DATE:  November 23, 2021
**U.S. MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY:  Carmen Tacoronte
COURT REPORTER:  Amy Walker

| | |
|---|---|
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico et al., Debtors | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re:  The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS); 3:17-BK-3566 (LTS); 3:19-BK-5523
Page 2
Confirmation Hearing – November 23, 2021

**8th and last day of Confirmation Hearing held**.

Today's agenda was filed at Docket Entry 19309 in 3:17-BK-3283.

Additional arguments by Attorneys Martin J. Bienenstock, Brian S. Rosen, and Michael T. Mervis were heard on behalf of the Oversight Board.

Attorney Brian Rosen requested an extension of the deadline to file the final proposed findings of facts and conclusions of law. The request was granted. The Oversight Board shall file the final proposed findings of fact and conclusions of law by November 28, 2021 at 3:00 p.m. (Atlantic Standard Time).

The matter was taken under advisement.

s/Carmen Tacoronte
Carmen Tacoronte
PROMESA Case Administrator