# EXHIBIT A

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR DE SAN JUAN**

| | |
|---|---|
| LUIS F. PABON BOSQUES;<br>RAUL MARTINEZ PEREZ;<br>ELVIN A. ROSADO MORALES;<br>CARLOS A. ROJAS ROSARIO;<br>RAFAEL TORRES RAMOS<br><br>DEMANDANTES<br><br>VS.<br><br>PEDRO PIERLUISI URRUTIA,<br>Gobernador de Puerto Rico;<br>LUIS M. COLLAZO RODRIGUEZ,<br>Administrador de la Administración de los Sistemas de Retiro;<br>JUAN C. BLANCO URRUTIA,<br>Director de Oficina de Gerencia y Presupuesto;<br>FRANCISCO PARES ALICEA,<br>Secretario de Hacienda;<br>ESTADO LIBRE ASOCIADO DE PUERTO RICO;<br>ADMINISTRACRION DE LOS SISTEMAS DE RETIRO;<br>OFICINA DE GERENCIA Y PRESUPUESTO;<br><br>DEMANDADOS | CIVIL NUM.<br><br>SOBRE:<br><br>*SENTENCIA DECLARATORIA,*<br>*INJUNCTION,*<br>*MANDAMUS* |

## DEMANDA

**AL HONORABLE TRIBUNAL:**

Comparecen los señores Luis F. Pabón Bosques, Raul Martinez Perez, Elvin A. Rosado Morales, Carlos A. Rojas Rosario y Rafael Torres Ramos (en conjunto "Demandantes"), a través de la representación legal que suscribe y muy respetuosamente EXPONEN ALEGA Y SOLICITA:

### INTRODUCCION

1. La Ley Núm. 81 de 3 de agosto de 2020, conocida como la "Ley para Proveer un Retiro Digno para los Miembros del Sistema de Rango de la Policía, los Miembros del Negociado del Cuerpo de Bomberos, los Miembros del Cuerpo de Oficiales de Custodia de Puerto Rico, y otros" ("Ley 81") se aprobó con el propósito de devolverles a los policías, bomberos, oficiales de custodia y a sus familiares la esperanza de recibir un retiro digno, otorgando una pensión vitalicia a aquellos miembros de estos cuerpos de seguridad que tengan 30 años o más de servicio.

2. Mediante dicha ley se le otorgó a los Demandantes el beneficio de una pensión mayor a la establecida bajo la Ley Núm. 3 de 4 de abril de 2013 ("Ley 3"). Sin embargo, luego

que los Demandantes se acogieron al retiro, los Demandados no han cumplido con el pago de la pensión conforme lo dispuesto en la Ley 81. Los Demandados han estado pagando a los Demandantes la pensión por la cantidad que dispone la Ley 3 derogada.

3. La presente reclamación judicial tiene como propósito que todos los Demandados cumplan con la Ley 81. Se han incluido como Demandados al Lcdo. Pedro Pierluisi Urrutia, Gobernador de Puerto Rico, el Lcdo. Luis M. Collazo Rodriguez, Administrador de la Administración de los Sistemas del Retiro, el Lcdo. Juan C. Blanco Urrutia, Director de la Oficina de Gerencia y Presupuesto, Francisco Pares Alicea, Secretario de Hacienda el Estado Libre Asociado de Puerto Rico, Administración de los Sistemas del Retiro y la Oficina de Gerencia y Presupuesto (en conjunto "Demandados") por no ejecutar sus deberes ministeriales y cumplir con la Ley 81.

4. Por lo tanto, los Demandantes están presentando esta reclamación contra los Demandados bajo las causas de acciones de *Sentencia Declaratoria, Injunction* y *Mandamus* de forma que este Honorable Tribunal ordene el cumplimiento con lo dispuesto en la Ley 81 y se proceda con el pago de las cantidades que por concepto de pensión de retiro corresponde a cada uno de los Demandantes a partir de la fecha de la aprobación de la Ley.

5. Los Demandantes solicitan el pago de todos los daños y todo aquel menoscabo material o moral que han sufrido al recibir una pensión por una cantidad menor. Además, los Demandantes solicitan la concesión de cualquier otro remedio que los ubique en la misma posición que hubieran estado ante la ausencia del incumplimiento de los Demandados.

6. Los Demandantes se reservan el derecho para enmendar la Demanda según se descubra más información ya sea relacionado a las reclamaciones de epígrafe, las partes demandadas, las partes demandantes, y/o cualquier asunto que se relacione a los hechos de este caso.

## LAS PARTES

7. Los Demandantes son los siguientes:
   a. LUIS F. PABON BOSQUES, quien es mayor de edad, vecino de Arecibo, Puerto Rico. Su dirección es: Urb. Reparto Márquez, C3 B5 Arecibo PR 00612.
   b. RAUL MARTINEZ PEREZ, quien es mayor de edad, vecino de Bayamón, Puerto Rico. Su dirección es: Calle Cronos A-20 Villas, Buena Vista, Bayamón, PR 00956.

    c. ELVIN A. ROSADO MORALES, quien es mayor de edad, vecino de Coamo, Puerto Rico. Su dirección es: Urb. Hacienda Monterey #23, Coamo, PR 00709.

    d. CARLOS A. ROJAS ROSARIO, quien es mayor de edad, vecino de Naranjito, Puerto Rico. Su dirección es: HC 73 Box 4865, Naranjito, PR 00719.

    e. RAFAEL TORRES RAMOS, quien es mayor de edad, vecino de Carolina, Puerto Rico. Su dirección es: Urb. Villa Fontana, Via 112KL #370, Carolina, PR 00983.

8. Los Demandados son los siguientes:

    a. PEDRO PIERLUISI URRUTIA, quien es Gobernador de Puerto Rico. Su dirección postal es PO Box 9020082, San Juan, PR 00902-0082. Los Demandantes se reservan el derecho para enmendar su demanda según se descubra más información.

    b. LUIS M. COLLAZO RODRIGUEZ, quien es Administrador de la Administración de los Sistemas de Retiro. Su dirección postal es PO Box 42003, San Juan, PR 00940-2203. Los Demandantes se reservan el derecho para enmendar su demanda según se descubra más información.

    c. JUAN C. BLANCO URRUTIA, quien es el Director de Oficina de Gerencia y Presupuesto. Su dirección postal es PO Box 9023228, San Juan, PR 00902-3228. Los Demandantes se reservan el derecho para enmendar su demanda según se descubra más información.

    d. FRANCISCO PARES ALICEA, quien es el Secretario de Hacienda. Su dirección postal es PO Box 9024140, San Juan, PR 00902-4140. Los Demandantes se reservan el derecho para enmendar su demanda según se descubra más información.

    e. ESTADO LIBRE ASOCIADO DE PUERTO RICO, ADMINISTRACRION DE LOS SISTEMAS DE RETIRO, OFICINA DE GERENCIA Y PRESUPUESTO son entidades jurídicas que tienen capacidad para demandar y ser demandada. Sus direcciones son las siguientes: 1) la dirección postal del Estado Libre Asociado de Puerto Rico es PO Box 9020192, San Juan, PR 0000902-0192; 2) la dirección postal de la Administración de los Sistemas de Retiro es PO Box 42003, San Juan, PR 00940-2203; y 3) la dirección postal de la Oficina de Gerencia y Presupuesto es PO Box 9023228, San Juan, PR 00902-3228.

## LOS HECHOS

9. Los Demandantes fueron miembros de la policía del Estado Libre Asociado de Puerto Rico.

10. Los Demandantes llevaban trabajando como miembros de la policía del Estado Libre Asociado de Puerto Rico desde los 1980s.

11. Desde que los Demandantes comenzaron a trabajar con la policía, estos aportaban parte de su salario a la administración del retiro con el propósito de recibir sus pensiones luego que se retiraran.

12. En el transcurso de los años, el Estado Libre Asociado de Puerto Rico aprobó ciertas leyes modificando el pago de la pensión de retiro.

13. En el año del 2013, se aprobó la Ley 3 la cual afectó el pago de la pensión de retiro.

14. Dicha Ley 3 estableció que los miembros de la Policía que se retiraran después de la aprobación de dicha Ley, tendrían derecho a recibir una pensión de retiro entre cuarenta y cuatro por ciento (44%) a cuarenta por ciento (40%) de su salario actual.

15. Sin embargo, el 3 de agosto de 2020, se aprobó la Ley 81.

16. La Ley 81 estableció que los miembros de la Policía que se retiraran después de la aprobación de la Ley, y que cuenten con al menos treinta (30) años de servicio, tendrían derecho a una pensión de retiro de la siguiente manera: 1) si el miembro de la policía haya cumplido cincuenta y cinco (55) años para la fecha de su retiro, este tendría derecho a una pensión de retiro equivalente a aproximadamente cincuenta por ciento (50%), o 2) si el miembro de la policía haya cumplido cincuenta y ocho (58) años para la fecha de su retiro, este tendría derecho a una pensión de retiro equivalente a aproximadamente cincuenta cinco por ciento (55%) y también tendría derecho a una aportación vitalicia de cien dólares ($100.00) mensuales al plan medico de seguro que elija el participante.

17. Los Demandantes todos se retiraron después de la aprobación de la Ley 81.

18. Los Demandantes solicitaron el pago de la pensión establecida bajo la Ley 81, con el derecho a una pensión de retiro equivalente a aproximadamente cincuenta por ciento (50%) de su salario devengado si se retiraron a los cincuenta y cinco (55) años o aproximadamente cincuenta cinco por ciento (55%) de su salario devengado si se retiraron a los cincuenta y ocho (58) años.

19. Específicamente, bajo la Ley 81, los Demandantes tienen derecho a recibir lo siguiente:

Case:17-03283-LTS Doc#:19346-1 Filed:11/28/21 Entered:11/23/21 14:02:21 Desc:
Exhibit Exhibit A Page 5 of 8
SJ2021CV01112 22/02/2021 03:30:43 pm Entrada Núm. 1 Página 5 de 8

~ 5 ~

  a. LUIS F. PABON BOSQUES tenía derecho a recibir aproximadamente $3,115.48 mensual como pago de la pensión bajo la Ley 81.

  b. RAUL MARTINEZ PEREZ tenía derecho a recibir aproximadamente $2,372.70 mensual como pago de la pensión bajo la Ley 81.

  c. ELVIN A. ROSADO MORALES tenía derecho a recibir aproximadamente $2,486.12 mensual como pago de la pensión bajo la Ley 81.

  d. CARLOS A. ROJAS ROSARIO tenía derecho a recibir aproximadamente $2,163.20 mensual como pago de la pensión bajo la Ley 81.

  e. RAFAEL TORRES RAMOS tenía derecho a recibir aproximadamente $2,148.46 mensual como pago de la pensión bajo la Ley 81.

20. Sin embargo, los Demandados no han cumplido con el pago de la pensión conforme a lo establecido en la Ley 81.

21. Los Demandados comenzaron a pagar a los Demandantes la pensión de retiro equivalente a menos del treinta por ciento (30%) de su último salario devengado al momento de retirarse, todo ello en violación a lo dispuesto en la Ley 81.

22. En la actualidad, los Demandantes están recibiendo por concepto de su pensión las siguientes cantidades:

  a. LUIS F. PABON BOSQUES está recibiendo $1,473.68 mensual como pago de la pensión en violación a la Ley 81.

  b. RAUL MARTINEZ PEREZ está recibiendo $1,339.62 mensual como pago de la pensión en violación a la Ley 81.

  c. ELVIN A. ROSADO MORALES está recibiendo $1,570.00 mensual como pago de la pensión en violación a la Ley 81.

  d. CARLOS A. ROJAS ROSARIO está recibiendo $1,355.30 mensual como pago de la pensión en violación a la Ley 81.

  e. RAFAEL TORRES RAMOS está recibiendo $1,473.68 mensual como pago de la pensión en violación a la Ley 81.

23. Todos los Demandados están en violación a sus deberes ministeriales al dejar de implementar y ejecutar la Ley 81.

24. Los Demandantes solicitan a este Honorable Tribunal que emita una *Sentencia Declaratoria, Injunction* y *Mandamus* para que se declaren los derechos de los Demandantes al

Case:17-03283-LTS Doc#:19346-1 Filed:11/28/21 Entered:11/23/21 14:02:21 Desc:
Exhibit Exhibit A Page 6 of 8
SJ2021CV01112 22/02/2021 03:30:43 pm Entrada Núm. 1 Página 6 de 8

~ 6 ~

amparo de la Ley 81, y a su vez se le ordene a los Demandados cumplir con sus deberes ministeriales y un cese y desista de las violaciones incurridas a dejar de pagar las cantidades correctas conforme la Ley 81.

## CAUSAS DE ACCIONES

### *SENTENCIA DECLARATORIA, INJUNCTION Y MANDAMUS*

25. Se incorporan por referencia todas las alegaciones previamente mencionadas.

26. La Regla 59 de las Reglas de Procedimiento Civil vigente, establece la autoridad de este Tribunal para declarar derechos, estados y otras relaciones jurídicas, aunque se inste o pueda instarse otro remedio.

27. La Regla 57 de las Reglas de Procedimiento Civil vigente, establece el derecho de una parte acudir al Tribunal para solicitar un cese y desista de cualquier acción que perjudique los derechos de la parte promovente.

28. La Regla 54 de las Reglas de Procedimiento Civil vigente, el *Mandamus* es un auto altamente privilegiado dictado por un Tribunal con jurisdicción a nombre del Estado Libre Asociado de Puerto Rico y dirigido a una persona o personas naturales para requerirle el cumplimiento de algún acto que en dicho auto se exprese y que este adentro de sus atribuciones o deberes.

29. Todos los Demandantes se acogen a lo dispuesto en las Reglas 59, 57 y 54 para que este Honorable Tribunal en su día dicte sentencia ordenando a todos los Demandados a un cese y desista en violación a la Ley 81, una vez se declare sus derechos a recibir una pensión digna por las cantidades que le corresponde y ordene a los Demandados a cumplir con su deber ministerial.

30. Los Demandantes como participantes del Sistema de Retiro del gobierno de Puerto Rico, tienen un derecho adquirido de naturaleza contractual que surge con el ingreso del empleado al sistema.

31. Una vez el empleado se ha retirado, cuando ha cumplido con todas las condiciones para su retiro, su pensión no está sujeta a cambios o menoscabos.

32. Conforme a lo antes expuesto, las pensiones a las que tienen derecho los Demandantes al amparo de la Ley 81 no pueden ser variadas ni menoscabadas en forma alguna por los Demandados.

Case:17-03283-LTS Doc#:19346-1 Filed:11/28/21 Entered:11/23/21 14:02:21 Desc:
Exhibit Exhibit A Page 7 of 8
SJ2021CV01112 22/02/2021 03:30:43 pm Entrada Núm. 1 Página 7 de 8

~ 7 ~

33. Los daños sufridos por los Demandantes son resultado de las acciones u omisiones de los Demandados al no cumplir con sus deberes ministeriales de implementar y ejecutar la Ley 81.

34. Los Demandados han estado pagando a los Demandantes una pensión incorrecta bajo la previa Ley 3, cual fue derogada por la Ley 81.

35. Los Demandantes adquirieron el derecho a la pensión por las cantidades establecidas bajo la Ley 81, ya que estos se acogieron a su retiro después de su aprobación.

36. De no concederse el *injunction*, los Demandantes sufrirán daños irreparables ya que se les privara de su derecho a recibir una pensión para su retiro de conformidad con lo dispuesto a la Ley 81.

37. Existe una alta probabilidad de que los Demandantes prevalezcan en su reclamo al resolverse este litigio en su fondo.

38. De no concederse el *injunction*, existe una gran probabilidad de que la causa se torne académica.

39. Los Demandantes han sido diligentes en su reclamo ya que antes de acudir ante este Tribunal, estos hicieron gestiones para evitar un litigio y a pesar de ello los Demandados se han negado a cumplir con lo dispuesto en la Ley 81.

40. Los Demandantes han obrado de buena fe en los reclamos que están promoviendo.

41. De no concederse el *injunction*, existirá un impacto grande sobre los derechos que la Ley 81 le reconoció a los Demandantes para que estos se pudieran ser acreedores a un retiro digno.

42. Por lo tanto, los Demandantes solicitan a este Honorable Tribunal que emita una Sentencia Declaratoria estableciendo que los Demandantes tienen derecho a la pensión establecida bajo la Ley 81.

43. Igualmente, los Demandantes solicitan a este Honorable Tribunal ordenar a los Demandados cumplir con sus deberes ministeriales de implementar y ejecutar la Ley 81.

44. Los Demandados son responsables por los daños ocasionados a los Demandantes en pagar la pensión incorrecta.

45. Los Demandados deben responder, pagando la diferencia de las pensiones ya pagados bajo la Ley 3, reconciliando con la cantidad correcta bajo la Ley 81.

46. Igualmente, los Demandados deberían continuar pagando la pensión correcta bajo la Ley 81 después de reconciliar los pagos incorrectos.

47. Los daños sufridos por los Demandantes son como resultado de las acciones de los Demandados quienes tenían conocimiento del incumplimiento de sus deberes ministeriales de implementar y ejecutar lo establecido bajo la Ley 81.

**POR TODO LO CUAL**, se solicita muy respetuosamente de este Honorable Tribunal, que previo los trámites de ley correspondientes, dicte sentencia declarando CON LUGAR la Demanda en todos sus extremos e imponga a los Demandados al pago de las costas, gastos y honorarios de abogado, así como el pago de los intereses legales sobre la cantidad adeudada desde la fecha de la radicación de la presente Demanda, con cualquier otro pronunciamiento que en derecho proceda

**RESPETUOSAMENTE SOMETIDA.** En San Juan, Puerto Rico, a 22 de febrero de 2021.

*/f/ VICTOR M.RIVERA RIOS*
LCDO. VICTOR M. RIVERA RIOS
RUA NÚM. 18716
AVE. FERNANDEZ JUNCOS 1420
SAN JUAN, PUERTO RICO 00909
TEL. 787-727-5710
FAX 787-268-1835
Email: victorriverarios@rcrtrblaw.com

*/f/ VICTOR M.RIVERA TORRES*
LCDO. VICTOR M. RIVERA TORRES
RUA NÚM. 6606
AVE. FERNANDEZ JUNCOS 1420
SAN JUAN, PUERTO RICO 00909
TEL. 787-727-5710
FAX 787-268-1835
Email: victorriverarios@rcrtrblaw.com