Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Janet G. Gonzáles Rivera
Participant's Address: Calle Argentina J13 Urb. Treasure Valley Cidra, P.R.
Participant's Email Address: janet_g_gonzalezrivera@gmail.com
Name of Counsel: —
Address of Counsel: —
Email Address of Counsel: —

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 101 356
Nature of Claim: Wages, Backs, Promesa Title III no. 17BK 3283-LTS

By: _Janet G. González Rivera_
Signature

Janet G. González Rivera
Print Name

Title (if Participant is not an individual)

18 sept-2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Tomas-Gcoutulew
Urb. T. Valley Calle Argentina
13 Cidra, PR 00739

United States District Court
Clerk's Office, 150 Ave Carlos Chardon
Ste. 150 San Juan, PR 00918-1767

MEMPHIS TN 380
29 SEP 2021 PM 3 L

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: __Jose Rosado Veya__

Participant's Address: __HC 01 Box 6786 Bo Parguera Lajas, PR__

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: __17 BK 3283-LTS__

Nature of Claim: __Retiro gobierno de Puerto Rico__

By: __Jose E Rosado Veya__
Signature

__Jose Rosado Veya__
Print Name

_____
Title (if Participant is not an individual)

__25 de agosto de 2021__
Date

*RECEIVED & FILED 2021 NOV 22 PM 5:00 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, P.R.*

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

José Rosado Vega
C 01 Box 6786
Parguera Lajas, PR
00667

RECEIVED & FILED
2021 NOV 22 PM 5:00
CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, PR

MEMPHIS TN 380
2 OCT 2021 PM 3 L

00918$1706 C018

United States District Court,
Clerks Office, 150 Ave. Carlos
Chardon Ste. 150, San Juan
PR 00918