United States District Court
District of Puerto Rico
Exhibits Log: 17-BK-3283 (LTS)
Confirmation Hearing - Commonwealth of Puerto Rico, Employees Retirement (17-BK-3566), PBA (19-BK-5523), 11/8/2021

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Stip-1 | Joint Stipulation Regarding Admission of Exhibits in Evidence (DE #19172 in 17-BK-3283) | No | 11/12/2021 2:52 PM | 11/12/2021 2:52 PM |
| Resp-Hein-A | Official Statement for Series 2012A Commonwealth General Obligation Bonds (excerpts) [This set of excerpts are cited in #18575] | No | 11/12/2021 4:12 PM | 11/12/2021 4:12 PM |
| Resp-Hein-AA | World Bank doing business 2020 (excerpt) | No | 11/12/2021 3:00 PM | 11/12/2021 3:00 PM |
| Resp-Hein-AAA | Unredacted declaration of Mark Elliot (DE #18761-3). See Order at DE #19123 in 17-3283. Redacted declaration admitted. See DE #19197 in 17-3283. | No | 11/12/2021 12:00 AM | |
| Resp-Hein-AAAA | Admit to show (by agreement) stated number on confidential document posted by FOMB in the data room . See DE #19172-1 in 17-3283. | No | 11/12/2021 12:00 AM | |
| Resp-Hein-B | Official Statement for Public Building Authority bonds Series Q (excerpts) | No | 11/12/2021 4:13 PM | 11/12/2021 4:13 PM |
| Resp-Hein-BB | Letter from FOMB dated 10/14/2021 to Gov. Pierluisi, President of Senate of Puerto Rico and Speaker of the House of Representatives of Puerto Rico | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-BBB | 9/24/2021 voluntary corporate action notice from Merrill re CUSIP 74514LB63 (redacted) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-BBBB | Document identifying portion of bond claims that participated in the 7/27/2021 CUSIP exchange offer. (DocID234213, FOMB_CONF_88826 (in data room) (referred to in #18575-page-53-of-303)) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-C | Screenshot taken 6/24/2019 from Puerto Rico "Investor Resources" website for Commonwealth of Puerto Rico | No | 11/12/2021 4:15 PM | 11/12/2021 4:15 PM |
| Resp-Hein-CC | FOMB 10/8/2021 statement | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-CCC | 9/14/2021 notice from Merrill re CUSIP 74514LB63 (redacted) accompanied by 9-13-2021 Prime Clerk memo with list of CUSIPs | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-CCCC | Admit to show (by agreement) stated number on confidential document posted by FOMB in the data room . See DE #19172-1 in 17-3283. | No | 11/12/2021 12:00 AM | |
| Resp-Hein-D | Screenshot taken 1/9/2020 of Puerto Rico "Investor Resources" webpage for Commonwealth of Puerto Rico | No | 11/12/2021 4:15 PM | 11/12/2021 4:15 PM |
| Resp-Hein-DD | FOMB 10/12/2021 letter to Secretary of Department of Treasury, Government of Puerto Rico | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-DDD | Screenshot of Prime Clerk website link for "noteholder solicitation materials" | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-DDDD | Screenshot of PWC webpage showing public record information on Puerto Rico tax rates (https://taxsummaries.pwc.co m /puertorico/individual/taxes-onpersonal-income (referred to in #18575-page-63-of-303)) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-E | Kobre & Kim August 20, 2018 report (excerpts) | No | 11/12/2021 4:16 PM | 11/12/2021 4:16 PM |
| Resp-Hein-EE | Puerto Rico tax expenditure report for tax year 2018 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-EEE | 8/2/2021 voluntary corporate action notice from Merrill regarding exchange opportunity posted in "Communications" tab of online account at Merrill (redacted) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-EEEE | Act 257-2018, English text as provided by AAFAF. (AAFAF_CONF_0008098 (in data room) (referred to in #18575-page-64-of-303)) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-F | Summary of bank account balances for the Commonwealth of Puerto Rico and its instrumentalities, information as of August 31, 2021, dated September 30, 2021 (excerpts) | No | 11/12/2021 4:16 PM | 11/12/2021 4:16 PM |
| Resp-Hein-FF | FAFAA Puerto Rico Department of Treasury, Treasury single account, FY2018 cash flow (as of June 29, 2018) (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |

| | | | | |
|---|---|---|---|---|
| Resp-Hein-FFF | Alert of EMMA filing 7/27/2021 11:00 PM, followed by notice to holders of uninsured bonds regarding exchange opportunity (posted on EMMA), followed by copy of PSA (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-FFFF | Act 60-2019, English text as provided by AAFAF. (AAFAF_CONF_0007654 (in data room) (referred to in #18575-page-64-of-303)) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-G | Puerto Rico Department of the Treasury, Treasury single account, FY 2022 cash flow as of October 1, 2021 (excerpts) | No | 11/12/2021 4:17 PM | 11/12/2021 4:17 PM |
| Resp-Hein-GG | FAFAA Puerto Rico Department of Treasury, Treasury single account, FY2021 cash flow for the month of June FY21 and Q4 FY21 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-GGG | Alert of EMMA filing 7/30/2021 5:00 PM, followed by notice to holders of uninsured bonds regarding exchange opportunity (posted on EMMA) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-GGGG | Act 40-2020, English text as provided by AAFAF. (AAFAF_CONF_0007494 (in data room) (referred to in #18575-page-66-of-303)) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-H | Commonwealth 4/23/2021 fiscal plan, certified by FOMB (excerpts) | No | 11/12/2021 4:22 PM | 11/12/2021 4:22 PM |
| Resp-Hein-HH | 10/7/2021 Voluntary Corporate Action notice from Merrill regarding CUSIP 74514LB63 (redacted) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-HHH | FOMB 9/27/2019 media release "Oversight Board proposes plan of adjustment to restructure Commonwealth of Puerto Rico debt and other claims" | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-HHHH | Act 57-2020, English text as provided by AAFAF. (AAFAF_CONF_0008326 (in data room) (referred to in #18575-page-66-of-303)) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-I | Commonwealth 5/27/2020 fiscal plan, certified by FOMB (excerpts) | No | 11/12/2021 4:28 PM | 11/12/2021 4:28 PM |
| Resp-Hein-II | Notice dated 10/1/2021 from Merrill with respect to CUSIP 74514LB63 (redacted) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-III | FAAFA Puerto Rico Department of the Treasury, Treasury single account, FY 2022 cash flow, as of July 9, 2021, posted on EMMA 7-21- 2021 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-IIII | Contemporaneous report on Act 257-2018 by Reuters (#4606-8-page-167-to-170-of180)) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-J | United States Census "quick facts" Puerto Rico | No | 11/12/2021 4:29 PM | 11/12/2021 4:29 PM |
| Resp-Hein-JJ | Unredacted declaration of Mark Elliot (DE #18760-19). See Order at DE #19123 in 17-3283. Redacted declaration admitted. See DE #19197 in 17-3283. | No | 11/12/2021 12:00 AM | |
| Resp-Hein-JJJ | Summary of holdings of certain ad hoc bondholder groups referred to in FOMB opposition brief | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-JJJJ | Summary of PayGo costs for FY 2018-FY 2021 produced by AAFAF (AAFAF_CONF_0008453)(referred to in Hein Declaration ¶24 (#18575- page-60-of-303)) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-K | TSA FY 2021 cash flow, for month of June FY21 and Q421 (excerpts) | No | 11/12/2021 4:29 PM | 11/12/2021 4:29 PM |
| Resp-Hein-KK | AAFAF responses and objections, dated 8/27/2021, to requests for production of Peter C. Hein – Set 1 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-KKK | Official statement for Commonwealth of Puerto Rico GO bonds, series 2009C (December 3, 2009) (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-KKKK | Table showing price of illustrative CUSIPs of bonds sold in 2009, 2011, 2012, and attached trading histories from Municipal Securities Rulemaking Board Electronic Municipal Market Access ("Emma") database, for CUSIP 74514LWA1, 74514LWZ6, 74514LB63 (referred to in Hein Declaration ¶¶55-58 (18575-page70-to-71-of-303)) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-L | FAFAA PayGo and individual contribution debt by entity, June 30, 2018 (excerpts) | No | 11/12/2021 4:30 PM | 11/12/2021 4:30 PM |
| Resp-Hein-LL | FOMB responses and objections, dated 8/27/2021, to requests for production of Peter C. Hein – Set 1 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-LLL | Official statement for Commonwealth of Puerto Rico GO series 2012A, dated March 7, 2012 (excerpts)[This set of excerpts are more comprehensive than those in #9508-2] | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-LLLL | Puerto Rico Department of Treasury, Treasury Single Account (TSA) FY 2022 Cash Flow as of October 29, 2021 | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-M | FAFAA PayGo and individual contribution debt by entity, August 15, 2019 (excerpts) | No | 11/12/2021 4:30 PM | 11/12/2021 4:30 PM |

| | | | | |
|---|---|---|---|---|
| Resp-Hein-MM | AAFAF responses and objections, dated 9/24/2021, to requests for production of Peter C. Hein – Set 2 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-MMM | Trading histories from Municipal Securities Rulemaking Board Electronic Municipal Market Access ("EMMA") database for CUSIP 74514LWA1, 74514LB63 | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-MMMM | FOMB responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein - Set 1 (includes all pages from FOMB's discovery response other than pages 2 through 6 and 15; excerpts from this exhibit were previously submitted as Hein Ex. PP, #18760-25) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-N | FAFAA PayGo and individual contribution debt by entity, for the month of June FY2020 (excerpts) | No | 11/12/2021 4:31 PM | 11/12/2021 4:31 PM |
| Resp-Hein-NN | FOMB responses and objections, dated 9/24/2021, to requests for production of Peter C. Hein – Set 2 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-NNN | Employees' Retirement System of the Government of the Commonwealth of Puerto Rico, basic financial statements and required supplementary information, June 30, 2017, with independent auditors' report thereon (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-O | FAFAA PayGo and individual contribution debt by entity, for the month of June FY2021 (excerpts) | No | 11/12/2021 4:31 PM | 11/12/2021 4:31 PM |
| Resp-Hein-OO | AAFAF responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein – Set 1 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-OOO | Puerto Rico Government Employees Retirement System, June 30, 2017 actuarial valuation report (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-P | CRIM summary of current year tax billings vs. current year tax collections | No | 11/12/2021 4:32 PM | 11/12/2021 4:32 PM |
| Resp-Hein-PP | FOMB responses and objections, dated 9/27/2021, to interrogatories of Peter C. Hein - Set 1 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-PPP | Commonwealth of Puerto Rico comprehensive annual financial report year ended June 30, 2011, with independent auditors' report dated 4-27-2012 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-Q | Commonwealth of Puerto Rico, update on fiscal and economic progress, FY 2014 Q1 Investor Webcast-October 15, 2013 (excerpts) | No | 11/12/2021 4:32 PM | 11/12/2021 4:32 PM |
| Resp-Hein-QQ | June 1, 2021 press release of Puerto Rico Federal Affairs Administration | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-QQQ | Commonwealth of Puerto Rico basic financial statements and required supplementary information, FYE June 30, 2013, with independent auditors' report dated 6-30-2014 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-R | Commonwealth of Puerto Rico tax reform assessment project, executive summary, October 31, 2014 (excerpts) | No | 11/12/2021 4:33 PM | 11/12/2021 4:33 PM |
| Resp-Hein-RR | Budget of the US Government, fiscal year 2022 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-RRR | Commonwealth of Puerto Rico basic financial statements and required supplementary information, June 30, 2017, with independent auditors' report dated 8-31-2020, preceded by 9-1-2020 EMMA filing cover sheet (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-S | Screenshots from Invest Puerto Rico website re Puerto Rico tax incentives | No | 11/12/2021 4:35 PM | 11/12/2021 4:35 PM |
| Resp-Hein-SS | July 29, 2021 press release of Puerto Rico Federal Affairs Administration | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-SSS | Commonwealth fiscal plan dated June 29, 2018, as certified by FOMB (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-T | FAFAA, "prepared for the FOMB", requirement 2(G), Office of the Administration and Transformation of Human Resources, Attendance Report, as of October 2020 | No | 11/12/2021 4:36 PM | 11/12/2021 4:36 PM |
| Resp-Hein-TT | 9-15-2021 press release from office of Resident Commissioner Jennifer Gonzalez-Colón | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-TTT | 10/20/2021 EMMA posting of Treasury single account, FY 2022 cash flow, as of 10/8/2021 (excerpt) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-U | Screenshot from Puerto Rico comptroller contract registry showing 9789 advertising, representation and artistic services contracts | No | 11/12/2021 4:36 PM | 11/12/2021 4:36 PM |
| Resp-Hein-UU | Report entitled "White House confirms Medicaid funding for Puerto Rico to avoid a fiscal cliff in the short term" from El Nuevo Dia | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-UUU | 10/21/2021 FOMB statement | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |

| | | | | |
|---|---|---|---|---|
| Resp-Hein-V | Excerpts from Excel spreadsheet downloaded from Puerto Rico comptroller contract registry, showing dollar amount of advertising, representation or artistic services contracts of $301,418,709.56 | No | 11/12/2021 4:38 PM | 11/12/2021 4:38 PM |
| Resp-Hein-VV | Commonwealth of Puerto Rico basic financial statements for year ended June 30, 2018 with independent auditors report (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-VVV | Commonwealth of Puerto Rico basic financial statements, June 30, 2016, with independent auditors' report thereon (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-W | Screenshot from Puerto Rico comptroller contract registry showing 9918 consulting services contracts | No | 11/12/2021 4:38 PM | 11/12/2021 4:38 PM |
| Resp-Hein-WW | Summary of bank account balances for governmental Puerto Rico, as of July 30, 2021, dated August 31, 2021 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-WWW | Contract 2018-00172 between Banco Popular and Puerto Rico Department of Treasury | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-X | Excerpts from Excel spreadsheet downloaded from Puerto Rico comptroller contract registry showing aggregate dollar value of consulting services contracts of $2,375,668,318.52 | No | 11/12/2021 4:39 PM | 11/12/2021 4:39 PM |
| Resp-Hein-XX | FAFAA Puerto Rico Department of Treasury, Treasury single account, FY 2022 cash flow, as of September 3, 2021 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-XXX | Department of Treasury Circular Letter 1300-33-18 | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-Y | List of Christmas bonuses paid produced by AAFAF | No | 11/12/2021 4:39 PM | 11/12/2021 4:40 PM |
| Resp-Hein-YY | FOMB 9/15/2021 letter to Governor Pierluisi, President of the Senate of Puerto Rico and Speaker of the House of Representatives of Puerto Rico | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-YYY | Commonwealth of Puerto Rico comprehensive annual financial report, year ended June 30, 2012, with independent auditors' report dated 9-16-2013 (excerpts) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-Z | World Bank doing business 2017 (excerpt) | No | 11/12/2021 4:40 PM | 11/12/2021 4:40 PM |
| Resp-Hein-ZZ | 9/14/2021 notice from Morgan Stanley re CUSIP 74514LWZ6 (redacted) | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Hein-ZZZ | Summary of PayGo costs produced by AAFAF | No | 11/12/2021 12:00 AM | 11/12/2021 12:00 AM |
| Resp-Monolines-1 | Resolution No. 68-18, Adopted June 13, 1968, Authorizing and Securing Highway Revenue Bonds | No | 11/12/2021 3:33 PM | 11/12/2021 3:33 PM |
| Resp-Monolines-2 | Resolution No. 98-06, Adopted February 26, 1998, Authorizing and Securing Transportation Revenue Bonds | No | 11/12/2021 3:34 PM | 11/12/2021 3:34 PM |
| Resp-Monolines-3 | HTA3 Resolution No. 83-01 | No | 11/12/2021 3:35 PM | 11/12/2021 3:35 PM |
| Resp-Monolines-4 | HTA Resolution No. 98-08 | No | 11/12/2021 3:35 PM | 11/12/2021 3:35 PM |
| Resp-Monolines-45 | August 28, 2013 Loan Agreement and Amendments | No | 11/12/2021 10:04 AM | 11/12/2021 10:04 AM |
| Resp-Monolines-52 | GDB Assignment and Security Agreement and Amendments | No | 11/12/2021 10:06 AM | 11/12/2021 10:06 AM |
| Resp-Monolines-53 | UCC-1 Financing Statement filed by HTA, August 2013 and Financing Statement Amendment | No | 11/12/2021 10:07 AM | 11/12/2021 10:07 AM |
| Resp-RTC-1 | Testimony of Simon Johnson September 13, 2021 | No | 11/12/2021 3:55 PM | 11/12/2021 3:55 PM |
| Resp-Suiza-2 | Amended Opinion and Order Dkt 2289 in case 04-1840 before the PR Federal District Court | No | 11/12/2021 3:57 PM | 11/12/2021 3:57 PM |
| Resp-Suiza-3 | Opinion and Order Dkt 480 in case 04-1840 before the PR Federal District Court | No | 11/12/2021 3:58 PM | 11/12/2021 3:58 PM |

| | | | | |
|---|---|---|---|---|
| Resp-USBank-A | Certified Copy of the Trust Agreement between PFC and U.S. Bank as Trustee | No | 11/12/2021 3:44 PM | 11/12/2021 3:44 PM |
| Resp-USBank-B | PFC 2011 Promissory Notes | No | 11/12/2021 3:45 PM | 11/12/2021 3:45 PM |
| Resp-USBank-C | PFC 2012 Promissory Notes | No | 11/12/2021 3:45 PM | 11/12/2021 3:45 PM |
| Resp-USBank-D | Series 2011 A PFC Bonds Letter of Credit | No | 11/12/2021 3:46 PM | 11/12/2021 3:46 PM |
| Resp-USBank-E | Series 2011 B PFC Bonds Letter of Credit | No | 11/12/2021 3:47 PM | 11/12/2021 3:47 PM |
| Resp-USBank-F | Series 2012 A PFC Bonds Letter of Credit | No | 11/12/2021 3:47 PM | 11/12/2021 3:47 PM |
| Resp-USBank-Q | Trust Agreement between Puerto Rico Infrastructure Financing Authority with Citibank, dated October 1, 1988 | No | 11/12/2021 3:48 PM | 11/12/2021 3:48 PM |
| Resp-USBank-R | Puerto Rico Public Buildings Authority Resolution No. 468, adopted June 22, 1995 | No | 11/12/2021 3:48 PM | 11/12/2021 3:48 PM |
| Debtr-1 | Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. | No | 11/10/2021 12:14 PM | 11/10/2021 12:14 PM |
| Debtr-2 | Disclosure Statement for the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (the "Disclosure Statement") | No | 11/10/2021 12:15 PM | 11/10/2021 12:15 PM |
| Debtr-3 | Supplement to the Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. | No | 11/10/2021 12:17 PM | 11/10/2021 12:17 PM |
| Debtr-4 | 2017 Commonwealth Fiscal Plan, certified by the Oversight Board on March 13, 2017 | No | 11/10/2021 12:17 PM | 11/10/2021 12:17 PM |
| Debtr-5 | 2018 Commonwealth Fiscal Plan, certified by the Oversight Board on April 19, 2018 | No | 11/10/2021 12:18 PM | 11/10/2021 12:18 PM |
| Debtr-6 | 2018 Commonwealth Fiscal Plan, certified by the Oversight Board on June 29, 2018 | No | 11/10/2021 12:19 PM | 11/10/2021 12:19 PM |
| Debtr-7 | 2018 Commonwealth Fiscal Plan, certified by the Oversight Board on October 23, 2018 | No | 11/10/2021 12:21 PM | 11/10/2021 12:21 PM |
| Debtr-8 | 2019 Commonwealth Fiscal Plan, certified by the Oversight Board on May 9, 2019 | No | 11/10/2021 12:22 PM | 11/10/2021 12:22 PM |
| Debtr-9 | 2020 Commonwealth Fiscal Plan, certified by the Oversight Board on May 27, 2020 | No | 11/10/2021 12:31 PM | 11/10/2021 12:31 PM |
| Debtr-10 | 2021 Commonwealth Fiscal Plan, certified by the Oversight Board on April 23, 2021 | No | 11/10/2021 12:32 PM | 11/10/2021 12:32 PM |
| Debtr-11 | 2022 Commonwealth Budget, certified by the Oversight Board on June 30, 2021 | No | 11/10/2021 1:56 PM | 11/10/2021 1:56 PM |
| Debtr-12 | 2021 Commonwealth Budget, certified by the Oversight Board on June 30, 2020 | No | 11/10/2021 1:59 PM | 11/10/2021 1:59 PM |
| Debtr-13 | 2020 Commonwealth Budget, certified by the Oversight Board on June 30, 2019 | No | 11/10/2021 2:04 PM | 11/10/2021 2:04 PM |
| Debtr-14 | 2019 Commonwealth Budget, certified by the Oversight Board on June 30, 2018 | No | 11/10/2021 2:05 PM | 11/10/2021 2:05 PM |
| Debtr-15 | 2018 Commonwealth Budget, certified by the Oversight Board on June 30, 2017 | No | 11/10/2021 2:05 PM | 11/10/2021 2:05 PM |
| Debtr-16 | Amended and Restated Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth of Puerto Rico, the Puerto Rico Public Buildings Authority, and the Employee Retirement System of the Government of the Commonwealth of Puerto Rico, certain GO Bondholders and PBA Bondholders, Assured Guaranty Corp. and Assured Municipal Corp., Syncora Guarantee Inc., and National | No | 11/10/2021 2:05 PM | 11/10/2021 2:05 PM |
| Debtr-17 | HTA/CCDA Related Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth and the Puerto Rico Highways and Transportation Authority, certain holders of HTA Bond Claims, certain holders of CCDA Bond Claims, Assured and National (the "HTA/CCDA PSA") (May 5, 2021) | No | 11/10/2021 2:05 PM | 11/10/2021 2:05 PM |
| Debtr-18 | PRIFA Related Plan Support Agreement, by and among the Oversight Board, as representative of the Commonwealth, certain holders of PRIFA Bond Claims, Ambac Assurance Corp., and Financial Guaranty Insurance Company (the "PRIFA PSA") (July 27, 2021) | No | 11/10/2021 2:06 PM | 11/10/2021 2:06 PM |

| | | | | |
|---|---|---|---|---|
| Debtr-19 | Amended and Restated Stipulation (A) Resolving Claims of ERS Bondholders, (B) Staying Pending Litigation, and (C) Providing for Treatment of Claims of ERS Bondholders and Dismissal of Pending Litigation Pursuant to a Plan of Adjustment (the "ERS Stipulation") (April 2, 2021) | No | 11/10/2021 2:06 PM | 11/10/2021 2:06 PM |
| Debtr-20 | Plan Support Agreement ("Retiree Committee PSA"), dated as of June 7, 2019, by and between the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, and the Official Committee of Retirees | No | 11/10/2021 2:06 PM | 11/10/2021 2:06 PM |
| Debtr-21 | Plan Support Agreement ("AFSCME PSA," and together with the GO/PBA PSA, the HTA/CCDA PSA, the PRIFA Related PSA, and the Retiree Committee PSA, the "Plan Support Agreements"), dated as of June 7, 2019, by and between the Financial Oversight and Management Board for Puerto Rico, as representative of the Commonwealth of Puerto Rico, and the American Federation of State, County, and Municipal Employe | No | 11/10/2021 2:08 PM | 11/10/2021 2:08 PM |
| Debtr-22 | Stipulation providing for resolution of disputes regarding the PRIFA bond anticipation notes ("PRIFA BANs") (the "PRIFA BANs Stipulation") (February 22, 2021) | No | 11/10/2021 2:08 PM | 11/10/2021 2:08 PM |
| Debtr-23 | UCC Letter Agreement (July 12, 2021) | No | 11/10/2021 2:09 PM | 11/10/2021 2:09 PM |
| Debtr-24 | Fiscal Plan Macroeconomic Overview and Revised Plan of Adjustment Proposal (August 18, 2020) | No | 11/10/2021 2:09 PM | 11/10/2021 2:09 PM |
| Debtr-25 | August 24 PSA Creditors Proposal (exchanged on August 24, 2020, publicly disclosed on September 30, 2020) | No | 11/10/2021 2:09 PM | 11/10/2021 2:09 PM |
| Debtr-26 | Settlement agreement and memorandum of understanding, Vaqueria Tres Monjitas, Inc. and Suiza Dairy, Inc. v. Naftali Soto Santiago, et al., Case No. 04-1840 (DRD) (October 29, 2013) | No | 11/10/2021 2:10 PM | 11/10/2021 2:10 PM |
| Debtr-27 | Puerto Rico Green Energy Incentives Act, Act No. 83-2010, as incorporated under the New Incentives Code, Act 60-2019 (the "Energy Incentive Act") | No | 11/10/2021 2:10 PM | 11/10/2021 2:10 PM |
| Debtr-28 | PSA Announcement Presentation (2021.02.23) vFinal.pdf | No | 11/10/2021 2:11 PM | 11/10/2021 2:11 PM |
| Debtr-29 | Puerto Rico's Proposed Plan of Adjustment Benefits (August 23, 2021) | No | 11/10/2021 2:12 PM | 11/10/2021 2:12 PM |
| Debtr-30 | Cash Bridge (August 23, 2021) | No | 11/10/2021 2:13 PM | 11/10/2021 2:13 PM |
| Debtr-31 | Public Meeting - September 17, 2021 - Presentation - Plan of Adjustment | No | 11/10/2021 2:16 PM | 11/10/2021 2:16 PM |
| Debtr-32 | International Monetary Fund, The Bahamas: Staff Report for the 2019 Article IV Consultation | No | 11/10/2021 2:18 PM | 11/10/2021 2:18 PM |
| Debtr-33 | Joint Resolution 85-2020 (November 18, 2020) | No | 11/10/2021 2:19 PM | 11/10/2021 2:19 PM |
| Debtr-34 | Barb Rosewicz, Justin Theal & Joe Fleming, States' Total Rainy Day Funds Fall for First Time Since Great Recession, The Pew Charitable Trusts (May 17, 2021) | No | 11/10/2021 2:19 PM | 11/10/2021 2:19 PM |
| Debtr-35 | Best Practices: Fund Balance Guidelines for the General Fund, Government Finance Officers Association (GFOA) (Approved September, 30, 2015) | No | 11/10/2021 2:19 PM | 11/10/2021 2:19 PM |
| Debtr-36 | International Monetary Fund W. Hemisphere Dept., The Bahamas: 2019 Article IV Consultation-Press Release; and Staff Report, International Monetary Fund, Country Report No. 19/198 (July 1, 2019) | No | 11/10/2021 2:19 PM | 11/10/2021 2:20 PM |
| Debtr-37 | The Fiscal Survey of States, Spring 2021, National Association of State Budget Officers | No | 11/10/2021 2:20 PM | 11/10/2021 2:20 PM |
| Debtr-38 | Feds and Puerto Rico Reach Deal Allowing Disaster Recovery Loans to Start Flowing. NPR, March 22, 2018 | No | 11/10/2021 2:20 PM | 11/10/2021 2:20 PM |
| Debtr-39 | Rainy Day Fund Structures, National Conference of State Legislatures | No | 11/10/2021 2:21 PM | 11/10/2021 2:21 PM |
| Debtr-40 | Recovery Fund Guidelines | No | 11/10/2021 2:21 PM | 11/10/2021 2:21 PM |
| Debtr-41 | Recovery Fund Overview | No | 11/10/2021 2:22 PM | 11/10/2021 2:22 PM |
| Debtr-42 | A Risk Bases Analysis of General Fund Requirements | No | 11/10/2021 2:23 PM | 11/10/2021 2:23 PM |
| Debtr-43 | Submission by AAFAF/Conway to Ernst & Young dated December 11, 2020 | No | 11/10/2021 2:23 PM | 11/10/2021 2:23 PM |

| | | | | |
|---|---|---|---|---|
| Debtr-44 | City of Detroit - Plan of Adjustment | No | 11/10/2021 2:29 PM | 11/10/2021 2:29 PM |
| Debtr-45 | PROMESA Section 211 Report on the Puerto Rico Retirement Systems (September 2019) | No | 11/10/2021 2:30 PM | 11/10/2021 2:30 PM |
| Debtr-46 | Sistema de Retiro para Maestros - Total of benefits paid for fiscal year 2018-2021 | No | 11/10/2021 2:34 PM | 11/10/2021 2:34 PM |
| Debtr-47 | Milliman Letter re PRTRS —Benefit Payment and Member Contribution Projections Reflecting the 2018 Voluntary Transition Program (February 20, 2019) | No | 11/10/2021 2:36 PM | 11/10/2021 2:36 PM |
| Debtr-48 | Sistema de Retiro para Maestros - Total of benefits paid for fiscal year 2018-2021 | No | 11/10/2021 2:38 PM | 11/10/2021 2:38 PM |
| Debtr-49 | Spreadsheet including information for incorporation into April 2021 Commonwealth certified fiscal plan | No | 11/10/2021 2:39 PM | 11/10/2021 2:39 PM |
| Debtr-50 | Roster de empleados - 4 - enero - 2021 | No | 11/10/2021 2:41 PM | 11/10/2021 2:41 PM |
| Debtr-51 | TRS PayGo Expense Dec 2020 | No | 11/10/2021 2:53 PM | 11/10/2021 2:53 PM |
| Debtr-52 | Oversight Board Average Statistics by Pension Class (July 9, 2021) | No | 11/10/2021 2:55 PM | 11/10/2021 2:55 PM |
| Debtr-53 | Retiree Committee Requests - Employee Contributions for Act 447, Law 3, System 2000 and Act 3; System 2000 Balance Contributions | No | 11/10/2021 2:55 PM | 11/10/2021 2:55 PM |
| Debtr-54 | Estimated headcount by class (July 26, 2021) | No | 11/10/2021 2:56 PM | 11/10/2021 2:56 PM |
| Debtr-55 | Oversight Board POA pension classes and claim (June 24, 2021) | No | 11/10/2021 4:45 PM | 11/10/2021 4:45 PM |
| Debtr-56 | Spreadsheet including information for incorporation into April 2021 Commonwealth certified fiscal plan | No | 11/10/2021 4:46 PM | 11/10/2021 4:46 PM |
| Debtr-111 | Expert Report of Andrew Wolfe (Corrected) (dated September 13, 2021, corrected version filed September 17, 2021) | No | 11/10/2021 4:55 PM | 11/10/2021 4:55 PM |
| Debtr-112 | Expert Report of Marti Murray (September 13, 2021) | No | 11/10/2021 4:55 PM | 11/10/2021 4:55 PM |
| Debtr-113 | Anderson, D., et. al. (2014) "Assessing the Gains from Structural Reforms for Jobs and Growth," Chapter 7 of Jobs and Growth: Supporting the European Recovery, IMF April 2014. https://www.imf.org/en/N | No | 11/10/2021 4:57 PM | 11/10/2021 4:57 PM |
| Debtr-114 | Haidar, J.I. (2012) "The Impact of Business Regulatory Reforms on Economic Growth", Journal of The Japanese and International Economies, Vol. 26 (2012) pp. 285-307. | No | 11/10/2021 4:57 PM | 11/10/2021 4:57 PM |
| Debtr-115 | Marr, C, et al. (2015) "EITC and the child tax credit promote work, reduce poverty, and support children's development, research finds," Center on Budget and Policy Priorities, October 2015. | No | 11/10/2021 4:57 PM | 11/10/2021 4:57 PM |
| Debtr-116 | Micallef, B. "Estimating the Impact on Potential Output of Structural Reforms to Increase the Female Participation Rate," Policy Note November 2015, Central Bank of Malta. | No | 11/10/2021 4:58 PM | 11/10/2021 4:58 PM |
| Debtr-117 | World Bank (2020), "Doing Business, Comparing Business Regulation in 190 Economies," World Bank Group, Washington, D.C. | No | 11/10/2021 4:59 PM | 11/10/2021 4:59 PM |
| Debtr-122 | Oversight Board Resolution Consent Certifying Submission of the Plan of Adjustment for the Commonwealth, ERS, and PBA (September 26, 2019) | No | 11/10/2021 5:02 PM | 11/10/2021 5:02 PM |
| Debtr-123 | Oversight Board Resolution Certifying Submission of Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (February 28, 2020) | No | 11/10/2021 5:02 PM | 11/10/2021 5:02 PM |
| Debtr-124 | Oversight Board Resolution Certifying Submission of Second Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (March 8, 2021) | No | 11/10/2021 5:03 PM | 11/10/2021 5:03 PM |
| Debtr-125 | Oversight Board Resolution Certifying Submission of Third Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (May 11, 2021) | No | 11/10/2021 5:03 PM | 11/10/2021 5:03 PM |
| Debtr-126 | Oversight Board Resolution Certifying Submission of Fourth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (June 29, 2021) | No | 11/10/2021 5:04 PM | 11/10/2021 5:04 PM |
| Debtr-127 | Oversight Board Resolution Certifying Submission of Fifth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (July 12, 2021) | No | 11/10/2021 5:09 PM | 11/10/2021 5:09 PM |
| Debtr-128 | Oversight Board Resolution Certifying Submission of Sixth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (July 26, 2021) | No | 11/10/2021 5:10 PM | 11/10/2021 5:10 PM |

| | | | | |
|---|---|---|---|---|
| Debtr-129 | Oversight Board Resolution Certifying Submission of Seventh Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (July 30, 2021) | No | 11/10/2021 5:10 PM | 11/10/2021 5:10 PM |
| Debtr-130 | Best Interests Test Reports for the Commonwealth, ERS, and PBA | No | 11/10/2021 5:10 PM | 11/10/2021 5:10 PM |
| Debtr-131 | Amended Best Interests Test Report for PBA | No | 11/10/2021 5:11 PM | 11/10/2021 5:11 PM |
| Debtr-132 | Final Investigative Report, Financial Oversight and Management Board for Puerto Rico, Independent Investigator | No | 11/10/2021 5:11 PM | 11/10/2021 5:11 PM |
| Debtr-135 | Section 204(a) Certification for Act 53 | No | 11/10/2021 5:32 PM | 11/10/2021 5:32 PM |
| Debtr-136 | Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. | No | 11/10/2021 5:34 PM | 11/10/2021 5:34 PM |
| Debtr-137 | Oversight Board Resolution Certifying Submission of Eighth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (November 3, 2021) | No | 11/10/2021 5:35 PM | 11/10/2021 5:35 PM |
| Debtr-138 | Affidavit of Service for Solicitation Mailing (and exhibits) - DE #19107 in 17-3283 | No | 11/8/2021 10:30 AM | 11/8/2021 10:30 AM |
| Debtr-139 | Affidavit of Service for Supplemental Solicitation Mailing | No | 11/8/2021 10:30 AM | 11/8/2021 10:30 AM |
| Debtr-140 | Affidavit of Service for Supplemental Solicitation Mailing | No | 11/8/2021 10:30 AM | 11/8/2021 10:30 AM |
| Debtr-141 | Affidavit of Publication and Radio Advertisements (and exhibits) | No | 11/8/2021 11:00 AM | 11/8/2021 11:00 AM |
| Debtr-142 | REDACTED DECLARATION OF CHRISTINA PULLO - DE #19144 in 17-3283 | No | 11/8/2021 5:07 PM | 11/8/2021 5:07 PM |
| Debtr-143 | Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. | No | 11/10/2021 5:35 PM | 11/10/2021 5:35 PM |
| Debtr-144 | Oversight Board Resolution Certifying Submission of Modified Eighth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (November 7, 2021) | No | 11/10/2021 5:36 PM | 11/10/2021 5:36 PM |
| Debtr-145 | SUPPLEMENTAL DECLARATION OF CHRISTINA PULLO OF PRIME CLERK LLC REGARDING THE SOLICITATION OF VOTES AND TABULATION OF BALLOTS CAST ON SEVENTH AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, ET AL (DE #19115) | No | 11/8/2021 5:09 PM | 11/8/2021 5:09 PM |
| Debtr-146 | Stipulation in Connection with DRA Related Disputes | No | 11/10/2021 5:38 PM | 11/10/2021 5:38 PM |
| Debtr-147 | Oversight Board Resolution Certifying Submission of Modified Eighth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (November 12, 2021) | No | 11/22/2021 10:10 AM | 11/22/2021 10:10 AM |
| Debtr-148 | Oversight Board Resolution Certifying Submission of Modified Eighth Amended Plan of Adjustment for the Commonwealth, ERS, and PBA (November 19, 2021) | No | 11/22/2021 10:11 AM | 11/22/2021 10:11 AM |
| Debtr-149 | Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (November 21, 2021) | No | 11/22/2021 10:11 AM | 11/22/2021 10:11 AM |