# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Commonwealth of Puerto Rico *et al.*, Debtors, | 3:17-BK-3283 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>The Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Debtor, | 3:17-BK-3566 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |
| In Re: The Financial Oversight & Management Board for Puerto Rico<br><br>*as representative of*<br><br>Puerto Rico Public Buildings Authority, Debtor. | 3:19-BK-5523 (LTS)<br>PROMESA<br>Title III<br><br>(Jointly Administered) |

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:19-BK-5523 (LTS)
Confirmation Hearing - November 2021

# SUPPLEMENT TO EXHIBIT LIST

### DECLARATIONS ADMITTED IN COURT

**U.S. DISTRICT JUDGE LAURA TAYLOR SWAIN**  DATES:  November 8, 2021-
COURTROOM DEPUTY: Carmen Tacoronte        November 23, 2021
COURT REPORTER: Amy Walker

Hearing on Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. (Docket Entry No. 19114 in 17-BK-3283, as may be supplemented or amended).

| Declarations Admitted - Debtors (Filed in Case No. 17-BK-3283) | | | |
|---|---|---|---|
| **Docket No.** | **Submitted** | **Admitted** | **Description** |
| 18729 | 11/10/2021 | 11/10/2021 | Declaration of Natalie A. Jaresko |
| 19054-4 | 11/10/2021 | 11/10/2021 | Amended Declaration of Natalie A. Jaresko |
| 19058 | 11/10/2021 | 11/10/2021 | Supplemental Declaration of Natalie A. Jaresko |
| 18731 | 11/10/2021 | 11/10/2021 | Declaration of David Skeel |
| 19054-9 | 11/10/2021 | 11/10/2021 | Amended Declaration of David Skeel |
| 18734 | 11/10/2021 | 11/10/2021 | Declaration of Steven Zelin |
| 19054-10 | 11/10/2021 | 11/10/2021 | Amended Declaration of Steven Zelin |
| 18737 | 11/10/2021 | 11/10/2021 | Declaration of Sheva Levy |
| 19054-6 | 11/10/2021 | 11/10/2021 | Amended Declaration of Sheva Levy |
| 19057 | 11/10/2021 | 11/10/2021 | Supplemental Declaration of Sheva Levy |
| 18738 | 11/10/2021 | 11/10/2021 | Declaration of Gaurav Malhotra |
| 19054-6 | 11/10/2021 | 11/10/2021 | Amended Declaration of Gaurav Malhotra |
| 19057 | 11/10/2021 | 11/10/2021 | Supplemental Declaration of Gaurav Malhotra |
| 18730 | 11/10/2021 | 11/10/2021 | Declaration of Ojas Shah |
| 19054-8 | 11/10/2021 | 11/10/2021 | Amended Declaration of Ojas Shah |
| 18725 | 11/12/2021 | 11/12/2021 | Declaration of Andrew Wolfe |

3:17-BK-3283 (LTS) / 3:17-BK-3566 (LTS) / 3:19-BK-5523 (LTS)

Confirmation Hearing - November 2021

| Declarations Admitted - Debtors (Filed in Case No. 17-BK-3283) | | | |
|---|---|---|---|
| Docket No. | Submitted | Admitted | Description |
| 18735 | 11/12/2021 | 11/12/2021 | Declaration of Adam Chepenik |
| 19054-2 | 11/12/2021 | 11/12/2021 | Supplemental Declaration of Adam Chepenik |
| 18736 | 11/12/2021 | 11/12/2021 | Declaration of Juan Santambrogio |
| 19054-7 | 11/12/2021 | 11/12/2021 | Amended Declaration of Juan Santambrogio |
| 19060 | 11/12/2021 | 11/12/2021 | Supplemental Declaration of Juan Santambrogio |
| 18724-1 | 11/12/2021 | 11/12/2021 | Declaration of Marti Murray |
| 18726 | 11/12/2021 | 11/12/2021 | Declaration of David Brownstein |
| 19054-1 | 11/12/2021 | 11/12/2021 | Amended Declaration of David Brownstein |
| 18732 | 11/12/2021 | 11/12/2021 | Declaration of Jay Herriman |
| 19054-3 | 11/12/2021 | 11/12/2021 | Amended Declaration of Jay Herriman |
| 19329 | 11/22/2021 | 11/22/2021 | Supplemental Declaration of Jay Herriman |

| Declaration Admitted - Retiree Committee (Filed in Case No. 17-BK-3283) | | | |
|---|---|---|---|
| Docket No. | Submitted | Admitted | Description |
| 19014 | 11/12/2021 | 11/12/2021 | Declaration of Simon Johnson |

| Declarations Admitted – Peter Hein (Filed in Case No. 17-BK-3283) | | | |
|---|---|---|---|
| Docket No. | Submitted | Admitted | Description |
| 19712-2 | 11/12/2021 | 11/12/2021 | Redacted Declarations of Mark Elliot |
| 19047 | 11/12/2021 | 11/12/2021 | Declaration of Peter Hein |