UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER GRANTING EXTENSION OF TIME FOR RUBEN MUÑIZ RUBERTÉ
TO RESPOND TO THE THREE HUNDRED FORTY-FIFTH OMNIBUS
OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO,
PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND
EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE
COMMONWEALTH OF PUERTO RICO TO MISCLASSIFIED CLAIMS

    The Court has received and reviewed the letter filed November 22, 2021 by Ruben Muñiz Ruberté (Docket Entry No. 19331 in Case No. 17-3283, "the Motion").[2] The Motion seeks an extension of time to respond to the *Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* (Docket Entry No. 17108, the "Three Hundred Forty-Fifth Omnibus Objection"), filed by the Commonwealth of Puerto Rico (the

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  All docket entries referenced herein are to entries in Case No. 17-3283, unless otherwise indicated.

"Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA") and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"). The Three Hundred Forty-Fifth Omnibus Objection seeks entry of an order reclassifying certain claims, including Mr. Muñiz Ruberté's Proof Claim No. 3398 which is included in Exhibit A to the Debtors' Three Hundred Forty-Fifth Omnibus Objection. (Three Hundred Forty-Fifth Omnibus Obj. at Exhibit A).

The Motion is GRANTED. Mr. Muñiz Ruberté's response to the Three Hundred Forty-Fifth Omnibus Objection must be received by the Clerk of Court for filing no later than **January 18, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The Debtor's reply to Mr. Muñiz Ruberté's response, if any, must be filed by **January 26, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The hearing in connection with the Debtors' objection to the classification of Proof Claim No. 3398 is hereby adjourned to the February 2, 2022 Omnibus Hearing. This Order resolves Docket Entry No. 19331 in Case No. 17-3283.

SO ORDERED.

Dated: November 24, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge