# Appendix A.

National Center for Science and Engineering Statistics | NSF 21-321

**Table 7-11**

Top baccalaureate institutions of Hispanic or Latino S&E doctorate recipients, by type of institution: 2015–19

(Number)

| Academic institution | Doctorate recipients | High-Hispanic-enrollment institution |
|---|---|---|
| All institutions | 13,172 | - |
| Foreign or unknown institutions | 4,533 | - |
| Top 50 U.S. institutions | 4,327 | - |
| U. Puerto Rico, Mayaguez | 342 | Yes |
| U. Puerto Rico, Rio Piedras | 288 | Yes |
| U. Texas, El Paso | 190 | Yes |
| U. Florida | 188 | No |
| Florida International U. | 159 | Yes |
| U. California, Los Angeles | 157 | No |
| U. Texas, Austin | 149 | No |
| U. California, Berkeley | 138 | No |
| U. California, Davis | 124 | No |
| U. California, Irvine | 116 | Yes |
| U. California, San Diego | 112 | No |
| Massachusetts Institute of Technology | 109 | No |
| Texas A&M U., College Station and Health Science Center | 106 | No |
| U. Arizona | 106 | Yes |
| U. Miami | 101 | No |
| U. New Mexico, Albuquerque | 99 | Yes |
| Stanford U. | 77 | No |
| U. California, Riverside | 75 | Yes |
| U. California, Santa Barbara | 74 | Yes |
| U. Texas, San Antonio | 73 | Yes |
| Arizona State U. | 72 | No |
| Florida State U. | 70 | No |
| Harvard U. | 70 | No |
| U. Central Florida | 70 | Yes |
| New Mexico State U., Las Cruces | 64 | Yes |
| U. California, Santa Cruz | 61 | Yes |
| San Diego State U., San Diego | 59 | Yes |
| U. South Florida, Tampa | 59 | No |
| U. Texas Rio Grande Valley | 58 | Yes |
| Columbia U. in the City of New York | 56 | No |
| U. Illinois, Urbana-Champaign | 55 | No |
| U. Puerto Rico, Humacao | 53 | Yes |
| New York U. | 52 | No |
| U. Michigan, Ann Arbor | 49 | No |
| Cornell U. | 48 | No |
| U. Washington, Seattle | 48 | No |
| U. Maryland, College Park | 47 | No |
| Rutgers, State U. New Jersey, New Brunswick | 46 | No |
| U. Puerto Rico, Cayey | 46 | Yes |

Source: NSF|NCSES Women, Minorities, and People with Disabilities Report 2019
https://ncses.nsf.gov/pubs/nsf21321/data-tables

## Appendix B.

National Center for Science and Engineering Statistics | NSF 21-321

### Table 7-13

**Top baccalaureate institutions of Hispanic or Latino science doctorate recipients, by sex and type of institution: 2015–19**

(Number)

| Academic institution | Doctorate recipients | High-Hispanic-enrollment institution |
|---|---|---|
| Female, all institutions | 5,491 | - |
| Foreign or unknown institutions | 1,452 | - |
| Top 50 U.S. institutions | 1,948 | - |
| U. Puerto Rico, Rio Piedras | 190 | Yes |
| U. Puerto Rico, Mayaguez | 117 | Yes |
| Florida International U. | 75 | Yes |
| U. California, Los Angeles | 74 | No |
| U. Florida | 71 | No |
| U. California, Berkeley | 68 | No |
| U. California, Davis | 64 | No |
| U. Texas, Austin | 61 | No |
| U. Texas, El Paso | 61 | Yes |
| U. Arizona | 57 | Yes |
| U. Miami | 54 | No |
| U. California, Irvine | 51 | Yes |
| U. California, San Diego | 42 | No |
| Stanford U. | 40 | No |
| Texas A&M U., College Station and Health Science Center | 38 | No |
| U. Texas, San Antonio | 37 | Yes |
| U. New Mexico, Albuquerque | 35 | Yes |
| Florida State U. | 34 | No |
| U. California, Santa Barbara | 33 | Yes |
| Harvard U. | 32 | No |
| New York U. | 32 | No |
| U. Central Florida | 32 | Yes |
| U. Puerto Rico, Cayey | 32 | Yes |
| San Diego State U., San Diego | 30 | Yes |
| U. California, Santa Cruz | 30 | Yes |
| U. Puerto Rico, Humacao | 30 | Yes |

Source: NSF|NCSES Women, Minorities, and People with Disabilities Report 2019
https://ncses.nsf.gov/pubs/nsf21321/data-tables

# Appendix C

National Center for Science and Engineering Statistics | NSF 21-321

### Table 7-14

**Top baccalaureate institutions of Hispanic or Latino engineering doctorate recipients, by sex and type of institution: 2015–19**

(Number)

| Academic institution | Doctorate recipients | High-Hispanic-enrollment institution |
|---|---|---|
| Female, all institutions | 611 | - |
| Foreign or unknown institutions | 257 | - |
| Top 14 U.S. institutions | 159 | - |
| U. Puerto Rico, Mayaguez | 49 | Yes |
| U. Florida | 19 | No |
| U. Texas, El Paso | 13 | Yes |
| Massachusetts Institute of Technology | 12 | No |
| U. Miami | 10 | No |
| U. California, Berkeley | 9 | No |
| U. New Mexico, Albuquerque | 9 | Yes |
| U. Texas, Austin | 7 | No |
| U. California, Los Angeles | 6 | No |
| Carnegie Mellon U. | 5 | No |
| Florida International U. | 5 | Yes |
| U. Arizona | 5 | Yes |
| U. California, San Diego | 5 | No |
| U. Virginia, Charlottesville | 5 | No |

Source: NSF|NCSES Women, Minorities, and People with Disabilities Report 2019
https://ncses.nsf.gov/pubs/nsf21321/data-tables