Sam Allison  8298 Cypress Drive N, Fort Myers, Fl 33967
239 267 6563  sallison41@ymail.com

United States District Court For the District of Puerto Rico
In re: The Financial Oversight And Management Board For Puerto Rico
as representative of
The Commonwealth of Puerto Rico, et al.,   Debtors

PROMESA Title III   No. 17 BK 3283-LTS
(Jointly Administered) This filing relates to the Commonwealth, HTA, ERS, and PBA

Order granting three hundred ninety-seventh omnibus objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, employees retirement system of the government of the Commonwealth of Puerto Rico, And Puerto Rico Public Buildings Authority to late-filed claims

Claim #'s 179613, 179600, 179608, 179607, 179605, 179603, 179591, 179592, 179610, 179609, 179606

All referenced above claims are municipal bonds owned by the claimant and held on claimant's behalf by TD Ameritrade. On September 16 and 17, 2021 notice via email from TD Ameritrade regarding filing claims. Claims were submitted on September 19-24 2021 and

Pg. 1

Electronic Proof of Claims received via email from Prime Clerk.

As a municipal bonds holder it was my understanding prior to the above mentioned notices that submitting claims was not necessary. I acted upon the information received by TD Ameritrade and Prime Clerk.

Claimant requests to allow these claims by the Court in the same good faith as was given by the Claimant in purchasing these municipal bonds.

Supporting documentation previously submitted.

*Sam Allison*
Sam Allison