FT MYERS FL 339

16 NOV 2021 PM 4 L



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

RECEIVED 2021 NOV 23 PM 08

0091231339