UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### Order Concerning Motions Filed by Ana A. Núñez Velázquez

    The Court has received and reviewed the *Commonwealth of Puerto Rico Bankrupt at a Matter of Fact Objections that Justify a Citizens Interview* (Docket Entry No. 19286 in Case No. 17-3283) and the *Pre-Eminent the Covenant of Agreement of the Padlock* (Docket Entry No. 19287 in Case No. 17-3283) (together, the "Motions"), filed by Ana A. Núñez Velázquez (the "Movant").

    Rule 9013-2(a) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Puerto Rico requires that, with certain exceptions not applicable here, motions be accompanied by (or combined with) a supporting memorandum of law that "contains the points and authorities in support of the party's position" and "include[s] specific reference to the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, these LBRs, and/or other controlling authorities." P.R. LBR 9013-2(a). Section I.I of the *Fifteenth Amended Notice, Case Management and Administrative Procedures* (Docket Entry No.

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

17127-1, the "Case Management Order") provides that "[a]ll Pleadings, whether Urgent Motions or not, that are requesting relief, shall be accompanied by a proposed order."

The Motions do not comply with the above procedural rules for the presentation of requests for relief to the Court. They also fail to identify what relief Movant seeks from the Court or any arguable basis in law or fact for such relief. Accordingly, the Motions are denied in their entirety without prejudice to renewal in a manner that cures the above-described deficiencies and is otherwise consistent with the Case Management Order and applicable laws and rules.

This Order resolves Docket Entry Nos. 19286 and 19287 in Case No. 17-3283.

SO ORDERED.

Dated: November 24, 2021

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge