02 de noviembre de 2005

# Cálculo del Margen Regulado de los Elaboradores de Leche Fresca en Puerto Rico

Suiza Dairy y Tres Monjitas

**NERA**
Economic Consulting

APPLIED RESEARCH, INC.
PO Box 360287, San Juan, Puerto Rico 00936-0287

**Autores:**

**Dr. Jorge F. Freyre, Ph.D.**

## Equipo de Trabajo

Dr. Jorge F. Freyre, Ph.D.

Dr. Leonardo Giacchino, Ph.D.

Gabriel Prieto

Sendi Kalaora

NERA Economic Consulting
200 Clarendon Street, 35th Floor
Boston, Massachusetts 02116
Tel:  +1 617 621 0444
Fax: +1 617 621 0336
www.nera.com

Applied Research Inc.
PO Box 360287
San Juan, Puerto Rico 00936-0287
Tel:  +1 787 281 0530
Fax: +1 787 281 0590

# Índice

Lista de Gráficos ................................................................................................................. iii

Lista de Cuadros ................................................................................................................. iv

I.      RESUMEN EJECUTIVO ......................................................................................... 1

II.     Introducción ............................................................................................................. 3
        A. Objetivo del Informe ......................................................................................... 3
        B. Calificaciones ................................................................................................... 3
           1. Dr. Jorge F. Freyre ..................................................................................... 3
           2. Dr. Leonardo Giacchino .............................................................................. 5
        C. Estructura del Informe ...................................................................................... 6

III.    Marco Conceptual .................................................................................................... 8
        A. Estimación del Requerimiento de Ingresos ....................................................... 8
           1. Ecuación Económica del Requerimiento de Ingresos ................................. 8
           2. Costos ......................................................................................................... 9
              a. Asignación de Costos Indirectos ............................................................ 9
              b. Excedente ............................................................................................. 10
              c. Costos de los Envases ........................................................................... 11
              d. Honorarios Profesionales ..................................................................... 11
           3. Patrimonio Neto ....................................................................................... 12
           4. Tasa de Rentabilidad ................................................................................ 13
        B. Estimación del Margen del Elaborador ........................................................... 13
        C. Ajuste a la Rentabilidad .................................................................................. 14

IV.     Impacto del Aumento de Precios del 5 de Mayo de 2005 ....................................... 15
        A. Impacto en el Corto Plazo Para las Elaboradoras .......................................... 16
        B. Consecuencias Previsibles del Marco Regulatorio Actual .............................. 18
           1. Elaboradores de Leche Fresca .................................................................. 18
           2. Ganaderos ................................................................................................ 19
           3. Indulac ..................................................................................................... 19

V.      Ajustes de ORIL a la Información Presentada por las Plantas  Procesadores ................. 20

VI.     Cálculo del Margen ................................................................................................ 24
        A. Estimación del Requerimiento de Ingresos ..................................................... 24
           1. Costos ....................................................................................................... 25
           2. Patrimonio Neto ....................................................................................... 28
           3. Tasa de Rentabilidad ................................................................................ 29
        B. Estimación del Margen del Elaborador ........................................................... 29

Bibliografía ....................................................................................................................... 30

Anexo A: Competencia Desigual con la Leche UHT ....................................................................32
   A. Regulación de la Producción de Leche en Puerto Rico ......................................................32
   B. Regulación y Competencia en el Mercado de Leche Fresca Procesada ..........................33
      1. Competencia Desigual entre la Leche Fresca y Leche UHT .....................................34
      2. Experiencia Reciente .................................................................................................36
   C. Consecuencias Previsibles de la Actual Situación del Mercado de Leche Fresca.............39
   D. Conclusiones .....................................................................................................................43

Anexo B: Fórmula del Requerimiento de Ingresos.....................................................................45

Anexo C: Honorarios del Operador ............................................................................................49

Anexo D: Regulación del Margen de Elaboración de Leche Fresca ..........................................51
   A. Elaboración de la Leche Fresca en Puerto Rico...............................................................51
   B. Regulación de la Leche Fresca .........................................................................................52
      1. Marco Regulatorio ....................................................................................................52
      2. Componentes del Precio Regulado de la Leche........................................................54
   C. Competencia Desigual con la Leche UHT........................................................................54

Anexo E: Marco Teórico Regulatorio.........................................................................................56
   A. Principios que Gobiernan las Revisiones de Precios .......................................................56
   B. Conjuntos de Reglas Para el Cálculo de Precios Regulados............................................57
   C. Libros Regulatorios..........................................................................................................58

## Lista de Gráficos

Gráfico 1:  Resultados de Operación (Consolidado) de las Elaboradoras ....................................... 2

Gráfico 2:  Precio de Leche al Productor ..................................................................................... 33

Gráfico 3:  Determinación de los Precios de la Leche Fresca ....................................................... 35

Gráfico 4:  Cambio en la Participación de Mercado de la Leche UHT ......................................... 36

Gráfico 5:  Asimetría en las Ventas de Leche Fresca y Leche UHT (Indulac e Importada), Años Fiscales 1989-90 al 2003-04 .................................................................................... 37

Gráfico 6:  Pérdidas Proyectadas de las Plantas Elaboradoras ..................................................... 42

Gráfico 7:  Tres Conjuntos de Reglas Necesarias para Determinar un Precio Regulado ............. 58

Gráfico 8:  Tres Juegos de Libros ................................................................................................. 59

## Lista de Cuadros

Cuadro 1: Resumen del Cálculo del Margen del Elaborador, Enero-Diciembre 2004.................. 1

Cuadro 2: Resultados del Cálculo del Margen del Elaborador, Enero-Diciembre 2004 ............ 24

Cuadro 3: Resultado de Operaciones de los Elaboradores, Enero-Diciembre 2004................... 25

Cuadro 4: Gastos de Operación de los Elaboradores, Enero-Diciembre 2004 ........................... 27

Cuadro 5: Estado de Situación de los Elaboradores, Diciembre 2004 ....................................... 28

Cuadro 6: Volumen de Ventas de los Elaboradores, Enero-Diciembre 2004............................. 29

Cuadro 7: Contribución de los Elaboradores al Suministro de Leche UHT............................... 38

Cuadro 8: Impacto de la Leche UHT en el Ingreso de los Ganaderos........................................ 39

Cuadro 9: Costo Económico para Puerto Rico en el Caso Base (miles de dólares) ................... 43

# I.   RESUMEN EJECUTIVO

El margen del elaborador de leche fresca en Puerto Rico está regulado por la Oficina de la
Reglamentación de la Industria Lechera (ORIL).  La Ley requiere que ORIL celebre vistas
públicas por lo menos una vez al año para revisar los precios de la leche en todos sus niveles.

Como parte del proceso de la vista pública del año 2005, se ha calculado el margen del
elaborador que aplica para las empresas Suiza Dairy Corporation (Suiza Dairy) y Tres Monjitas
Inc. (Tres Monjitas).  El margen del elaborador se ha calculado usando como base para
determinar los costos al año calendario 2004.  El nivel del margen del elaborador alcanza a 37.6
centavos de dólar por cuartillo de leche fresca.  El **Cuadro 1** presenta el resumen de la
estimación realizada en este estudio.

**Cuadro 1:  Resumen del Cálculo del Margen del Elaborador, Enero-Diciembre 2004**

| Parámetros | | |
|---|---|---|
| Impuesto a la renta | (a) | 3.90% |
| Tasa de retorno despues de impuestos | (b) | 14.36% |
| *Componentes del Requerimiento de Ingresos* | | |
| Costos ($) | (c) | 88,976,558 |
| Patrimonio Neto ($) | (d) | 70,356,887 |
| Tasa de retorno antes de impuestos | (e)=(b)/[1-(a)] | 14.94% |
| *Estimación del Requerimiento de Ingresos* | | |
| Retorno sobre el patrimonio neto (anual) ($) | (f)=(e)*(d) | 10,513,266 |
| Devengado Regulatorio ($) | (g) | - |
| Requerimiento de Ingresos ($) | (h)=(c)+(f)+(g) | 99,489,824 |
| *Estimación del Margen del Elaborador* | | |
| Volumen (cuartillos) | (i) | 264,574,384 |
| Margen del elaborador (centavos/cuartillo) | (j)=(h)/(i)*100 | 37.60 |

Esto implica que deben revisarse inmediatamente los componentes regulados de los precios de
la leche que se aplican en la regulación actual dado que el margen actual es de
aproximadamente 29.11 centavos por cuartillo, lo cual no llega a cubrir los costos de operación
de las elaboradoras como se muestra en el **Gráfico 1**[1].  Dicho gráfico presenta los resultados de
operación consolidado de las elaboradoras y puede observarse que han incurrido en pérdidas en
los últimos seis años que han aumentado en forma persistente.  El nivel de pérdidas del año
2004 es de $10.3 millones.  Dicha tendencia persistiría en el futuro como consecuencia de la
competencia desigual con la leche UHT como se explica luego.

---

[1]    Es decir, el margen actual no les permite a las elaboradoras ni siquiera obtener un retorno sobre su capital
invertido.

RESUMEN EJECUTIVO

**Gráfico 1:  Resultados de Operación (Consolidado) de las Elaboradoras**



La situación financiera de los elaboradores se ve agravada por la participación de la leche UHT en el mercado de leche fluida.  El procesador de leche UHT paga por el insumo un monto mucho menor que el promedio que reciben los ganaderos, diferencia que es sustentada por Suiza Dairy y Tres Monjitas que pagan un monto mayor al promedio.  Esto se traduce en una competencia desigual entre la leche fresca y la leche UHT dado que los procesadores de leche fresca sustentan precios bajos para el procesador de leche UHT.

Dado que existe competencia desigual entre la leche fresca y la leche UHT, la cual está llevando a la industria a acumular pérdidas millonarias, se requiere una pronta solución o de lo contrario la industria va a seguir acumulando pérdidas perpetuamente hasta llegar a su insolvencia.  De esta manera, la solución implicaría tanto la aprobación del margen estimado en este estudio, sin aumentar los precios de la leche fresca, como la instrumentación de medidas regulatorias que eliminen la competencia desigual entre la leche fresca y la leche UHT.

## II.      Introducción

El presente informe[2] ha sido elaborado por el Dr. Leonardo Giacchino de National Economic Research Associates, Inc. (NERA) y el Dr. Jorge F. Freyre de Applied Research, Inc. a pedido de Suiza Dairy y Tres Monjitas para ser presentado ante la Oficina de la Reglamentación de la Leche (ORIL) de Puerto Rico como parte del proceso de determinación de los precios de la leche fresca[3], en el cual se determina el margen de los elaboradores, Suiza Dairy y Tres Monjitas.  Este informe presenta los resultados con la información presentada por Suiza Dairy al 31 de diciembre de 2004 y Tres Monjitas al 29 de diciembre de 2004.

### A.      Objetivo del Informe

El propósito de este informe es la presentación del cálculo del margen del elaborador de leche fresca en Puerto Rico que aplica para el caso de Suiza Dairy y Tres Monjitas.  Dicho cálculo fue realizado de acuerdo al marco regulatorio vigente en Puerto Rico y siguiendo las prácticas regulatorias usuales en EEUU.  Adicionalmente, el resultado obtenido le garantizará a las elaboradoras de leche fresca el que puedan recuperar los costos de operación relacionados con la leche y un margen de beneficio justo y razonable".

### B.      Calificaciones

A continuación se presentan las calificaciones de los expertos.

#### 1.      Dr. Jorge F. Freyre

El Dr. Jorge F. Freyre, Ph.D., es Presidente de Applied Research, Inc.  También es profesor distinguido del Departamento de Economía y Administración de Negocios de la Universidad Interamericana de Puerto Rico y director del IAU-Wharton Econometric Model.

El Dr. Freyre ha tenido una extensa carrera en Puerto Rico donde ha presentado estudios económicos que cubren una gran variedad de industrias.  La siguiente lista presenta algunos de los proyectos en los que ha participado:

- Cálculo del margen regulado de los elaboradores de leche fresca en Puerto Rico, enero 2004-junio 2004 (2004);

- Cálculo del margen regulado de los elaboradores de leche fresca en Puerto Rico, enero 2003-junio 2003 (2003);

---

[2]   Este informe de experto ha sido elaborado para uso exclusivo de la Secretaría de Agricultura, ORIL, Suiza Dairy y Tres Monjitas hasta la fecha de la vista pública y no puede ser distribuido, total o parcialmente, a ninguna persona, física o jurídica, ajena a dichas oficinas o empresas sin autorización por escrito de Suiza Dairy, Tres Monjitas y NERA.

[3]   ORIL organiza todos los años una vista pública para debatir el nivel de los precios de la leche fresca que aplica a productores, elaboradores y distribuidores.

3

- Cálculo del margen regulado de los elaboradores de leche fresca en Puerto Rico, enero 2002-diciembre 2002 (2003);
- Estudio de la situación económica actual de las plantas elaboradoras de leche, enero-junio de 2002 (2002);
- Estudio de la situación económica actual de las plantas elaboradoras de leche, enero-junio de 2001 (2001);
- Estudio de la situación económica actual de las plantas elaboradoras de leche (2000);
- Estudio sobre el financiamiento de la inversión y los costos de operación de Natatorio para la Comisión Pro Sede Olimpiadas 2004 (1994);
- Estudio de viabilidad económica y financiera del Palacio de Deportes para la Comisión Pro Sede Olimpiadas 2004 (1994);
- Estudio de viabilidad económica del proyecto de viviendas de la Villa Olímpica para la Comisión Pro Sede Olimpiadas 2004 (1993);
- Estudio exhaustivo de la industria farmacéutica de Puerto Rico para Pharmaceutical Industry Association (1993);
- Estudio de proyecciones de ingresos reales y empleo, por sector para el año 2010 para Environmental Quality Board (1990);
- Estudios sobre la industria de la gasolina y proyecciones de demanda para la Oficina de Energía de Puerto Rico; y
- Numerosos estudios económicos para Citibank entre 1986 y 1993 incluyendo entre otros:
  - Leche;
  - Café;
  - Bebidas Alcohólicas;
  - Distribución al por mayor de productos alimenticios;
  - Distribución al por mayor de productos de carne;
  - Supermercados;
  - Diarios; y
  - Distribución al por mayor de gasolina.

El Dr. Freyre ha sido testigo experto en varias causas legales en temas de competencia desleal, prácticas monopólicas, fusiones entre empresas, discriminación de precios y prácticas de precios predatorias.  También ha sido asesor en numerosos proyectos de valuación de líneas de distribución, empresas y negocios.

El Dr. Freyre obtuvo un doctorado y un Master of Arts en economía en Yale University, y un doctorado en leyes en la Universidad de la Habana.

## 2.    Dr. Leonardo Giacchino

El Dr. Leonardo Giacchino, Ph.D., es Vice Presidente de NERA**.** Se especializa en industrias reguladas proveyendo servicios en litigación y consultoría con énfasis en diseño tarifario y estimación de precios, arbitrajes internacionales, competencia, desarrollo de negocios, "due diligence", estrategia regulatoria, estudios y valuaciones de mercado, métodos de costos, negociación de contratos, recomendaciones de política, reestructuración, privatización, tasa de retorno y testimonio de testigo experto. El Dr. Giacchino es parte principal de la creciente presencia de NERA en asuntos de determinación y análisis de precios en industrias reguladas en América Latina.  Ha dirigido docenas de proyectos y ha participado en muchos otros en Latinoamérica (Argentina, Bolivia, Brasil, Colombia, Chile, El Salvador, Guatemala, Honduras, México, Nicaragua, Panamá, Perú, República Dominicana y Venezuela) y en otros mercados importantes (Alemania, Australia, Canadá, EEUU, España, Hong Kong, Italia, Nueva Zelandia, Países Bajos, Reino Unido, Rusia, Singapur y Sudáfrica).  En estos proyectos ha trabajado para empresas reguladas, inversores, gobiernos y el Banco Mundial.

El Dr. Giacchino ha participado en una gran cantidad de proyectos desde que ingresó a NERA. Algunos de los proyectos relacionados con precios regulados que ha dirigido para NERA en Latinoamérica son los siguientes:**Puerto Rico:** *Precios Regulados de la Leche*.  Cálculo del margen regulado de los elaboradores de leche fresca en Puerto Rico, Enero 2004-Junio 2004 (2004);

- **Puerto Rico:** *Precios Regulados de la Leche*.  Preliminary injuction entre procesadores de leche en Puerto Rico y el Gobierno de Puerto Rico como resultado de no haber otorgado el gobierno una oportunidad de obtener un retorno razonable (2004-vigente).

- **Puerto Rico:** *Precios Regulados de la Leche*.  Cálculo del margen regulado de los elaboradores de leche fresca en Puerto Rico, Enero 2003-Junio 2003 (2003);

- **Puerto Rico:** *Precios Regulados de la Leche*.  Cálculo del margen regulado de los elaboradores de leche fresca en Puerto Rico, Enero 2002-Diciembre 2002 (2003);

- **México:** *Precios Regulados del Gas Natural.*  Desarrollo de la metodología para determinar los precios de primera mano del gas natural el México;

- **Argentina:** *Precios Regulados del Agua*.  Estimación de los daños contra una empresa de distribución de agua ante la imposibilidad de cobrar sus precios regulados en la Provincia de Buenos Aires (2001-2003);

- **Bolivia:** *Determinación del Precio Regulado del Gas Natural*.  Estudio de los precios de referencia del gas natural para el sector eléctrico para el Comité Nacional de Despacho de Carga (2001);

- **Chile:** *Precio Regulado en Carreteras*.  El objetivo del estudio consistió en asesorar al Gobierno Chileno para el licenciamiento y peaje en las autopistas en el centro del país (1997);

- **Guatemala**: *Precios Regulados de Distribución de Electricidad*.  Se llevó a cabo la revisión tarifaria de la Empresa Eléctrica de Guatemala - EEGSA (2002-2003);

- **México:** *Precios Regulados en la Industria Petroquímica*. El propósito del estudio consistió en determinar las alternativas viables de precios de etano, etileno y gas natural para la industria petroquímica (1999-2000);

- **Perú:** *Precio Regulado de Transporte de Líquidos*. Determinación de las tarifas máximas de transporte para el OSINERG (2001);

- **República Dominicana:** *Efectos de los Precios Regulados en el Sector Eléctrico*. Se realizó un estudio como un proceso de "due diligence" para el Banco Mundial (2001-2002); y

- **Venezuela:** *Privatización y Precios Regulados*. Diseño del plan nacional de gasificación e integración regulatoria para la privatización de los sistemas de distribución (2000-2001).

Adicionalmente a su extensa experiencia en Latinoamérica, el Dr. Giacchino ha dirigido y asesorado en numerosos proyectos sobre precios regulados por fuera de la Región. Por ejemplo, diseño de tarifas de gas natural en España, viabilidad en las empresas ferroviarias en Hong Kong, y diseño de precios regulados de transporte de líquidos, petróleo y jet fuel en Sudáfrica, entre otros.

Antes de unirse a NERA, el Dr. Giacchino se desempeñó como Economista Senior en una empresa petrolera en Argentina, donde coordinó evaluaciones de proyectos de licitaciones de campos petroleros, dirigió investigaciones en mercados energéticos y participó en la planeación de la desregulación de mercados energéticos en Argentina.

El Dr. Leonardo Giacchino obtuvo un doctorado en economía en Duke University, un Master of Arts en economía en la misma universidad y su licenciatura en economía en la Universidad Católica Argentina.

## C.    Estructura del Informe

El informe está dividido en cinco secciones incluyendo el Resumen Ejecutivo y la Introducción. Las otras cuatro secciones presentan lo siguiente:

- La **Sección III** presenta el procedimiento de cálculo del margen de elaboración de leche fresca en Puerto Rico;

- La **Sección IV** describe el aumento de precio determinado por ORIL efectivo el 5 de mayo de 2005;

- La **Sección V** analiza los ajustes de ORIL a la información presentada por las plantas procesadores en la última revisión; y

- La **Sección VI** presenta los resultados del cálculo del margen de elaboración de leche fresca en Puerto Rico.

Adicionalmente, se incluyen los siguientes anexos.

- El **Anexo A** corresponde al análisis detallado de la competencia desigual que existe entre la leche fresca y la leche UHT;

- El **Anexo B** presenta la fórmula del requerimiento de ingresos;

- El **Anexo C** analiza la experiencia con respecto al honorario del operador;

- El **Anexo D** describe el marco regulatorio del margen de elaboración de la leche fresca en Puerto Rico; y

- El **Anexo E** presenta el marco teórico-regulatorio necesario para toda determinación objetiva de precios regulados.

## III.   Marco Conceptual

El panorama financiero de los elaboradores de leche es poco prometedor.  En los últimos años las ventas de leche fresca han venido disminuyendo mientras que las ventas de leche UHT han venido aumentando en el mismo período.  El marco regulatorio actual ha permitido que la leche UHT gane mayor participación en el mercado de la leche fluida a raíz de los bajos costos de su insumo, subsidiados por las procesadoras de leche fresca.  El **Anexo D** describe el marco regulatorio del margen de elaboración de la leche fresca en Puerto Rico

El propósito de esta sección es describir el marco conceptual del procedimiento de cálculo del margen regulado de los elaboradores de leche fresca en Puerto Rico.  El procedimiento consiste en seguir las tres reglas para establecer los precios regulados descritas en el **Anexo E.A**.

La metodología que se utiliza es la misma que la usada en los procesos regulatorios de industrias reguladas en EEUU que usan costo del servicio para regular los precios.  Dicho marco regulatorio está vigente en Puerto Rico para establecer el margen de los elaboradores que pagan precios fijos establecidos por la ORIL por el insumo y venden sus productos con la restricción impuesta por precios de venta máximos.  Su margen se determina sobre la base de sus gastos y un retorno sobre el patrimonio neto.

## A.   Estimación del Requerimiento de Ingresos

La estimación del requerimiento de ingresos lleva varias etapas una vez que se establece el año base de estimación, como se explica a continuación.

## 1.   Ecuación Económica del Requerimiento de Ingresos

El requerimiento de ingresos consiste en estimar el nivel de ingreso apropiado que el inversionista debería recibir por haber invertido capital en la elaboración de la leche fresca.  La ecuación económica del requerimiento de ingresos para el margen de elaboración de la leche fresca en Puerto Rico es similar a la utilizada en otras industrias reguladas en EEUU, ver **Anexo B**).

La ecuación del requerimiento de ingresos se ilustra en la siguiente fórmula:

$$RI_{ME} = GO_{ME} + TR_{ME} \cdot NW_{ME}$$

Donde,

$RI_{ME}$:   Requerimiento de ingresos de los elaboradores;

$GO_{ME}$:   Gastos operativos de los elaboradores;

$TR_{ME}$:   Tasa de retorno de la empresa con impuestos para el segmento de elaboración de leche fresca; y

$NW_{ME}$:   Patrimonio neto de los elaboradores de leche fresca.

Los gastos operativos son simplemente los costos no capitalizados que la empresa incurre al proveer el servicio.  Estos incluyen los rubros de gastos en operación y mantenimiento, gastos en administración, depreciación y gastos financieros.

La tasa de retorno representa el costo del capital propio de la empresa (equity).  Para que la empresa construya un requerimiento de ingresos que remunere a los inversores su costo de oportunidad de capital, todos los impuestos a los ingresos relevantes deben ser incluidos en el cálculo.  Esto significa que la tasa de retorno podría ser calculada sobre una base después de impuestos, ajustando hacia arriba el costo de oportunidad del capital para contemplar el pago del impuesto a los ingresos.  Multiplicando la tasa de retorno por el net worth daría la oportunidad a la empresa de recuperar sus costos de capital[4].  En Puerto Rico, la tasa de retorno incluye impuestos.

Finalmente, el "Net Worth" equivale al patrimonio neto del elaborador.

Esta ecuación coincide con la ecuación económica teórica aplicada para estimar precios regulados cuando las empresas no financian su aporte de capital (es decir, la capitalización de la empresa solo incluye el equity mientras que la deuda de largo plazo es cero).  En el **Anexo B** se presenta la correspondencia entre la ecuación teórica y la ecuación aplicada en Puerto Rico.

## 2.    Costos

Una parte importante del requerimiento de ingresos consiste en recuperar los costos de operación necesarios para elaborar la leche.  Con respecto a los costos, los temas más importantes en la revisión realizada son los siguientes:

1.   Asignación de costos indirectos;

2.   Excedente;

3.   Costos de los envases; y

4.   Honorarios profesionales.

A continuación se presenta el criterio para tratar cada uno de ellos.

## a.    Asignación de Costos Indirectos

Los costos indirectos son costos comunes para más de un servicio o producto.  Goodman los define de la siguiente manera:

"Cuando un costo no puede ser directamente asignado a un producto o servicio para propósitos contables o de reporte – y en algunos casos para propósitos de casos tarifarios – es considerado costo 'combinado' o costo 'común' o costo 'indirecto'"[5].

---

[4]    No existe estándar indisputado para establecer una tasa de retorno.  Una buena discusión de las consideraciones relevantes involucradas (con respecto a prácticas económicas y precedentes legales en los Estados Unidos) se encuentran en Kahn, Alfred E. (1988): "The Economics of Regulation", Vol. 1, MIT Press: Cambridge, MA, Reprint, páginas 42-54.

[5]    Goodman, Leonard Saul (1998): "The Process of Ratemaking", Public Utilities Reports, Inc., Volumen I, página 376.

Los costos directos, por su parte, corresponden a costos que son claramente identificables y por lo tanto permiten ser nítidamente asignables a un producto o servicio. En contraste, los costos indirectos requieren de un proceso de asignación.

Para las elaboradoras, Suiza Dairy y Tres Monjitas, existen costos indirectos que son asignados entre sus operaciones. Por ejemplo, en el caso de Suiza Dairy, a la cual se le realizó una auditoría de alcance regulatorio, existen costos indirectos entre las operaciones de Suiza Dairy (Leche y Quik Sales) y Suiza Fruits. Particularmente, sus gastos indirectos constan de tres categorías de costos: 1) Distribución; 2) Manufacturas; y 3) Administración. Suiza Dairy ha adoptado los siguientes criterios para asignar los costos indirectos entre Suiza Dairy (Leche y Quik Sales) y Suiza Foods (unidades de negocios)[6]:

- Distribución: la asignación del total de gastos indirectos se realiza sobre la base de la contribución de cada unidad de negocios al total de gastos directos de distribución;

- Manufacturas: la asignación del total de gastos indirectos se realiza sobre la base del volumen manufacturado para cada unidad de negocios; y

- Administración: la asignación del total de gastos indirectos se realiza sobre la base de la contribución de cada unidad de negocios al total de gastos directos de distribución.

Mientras que en los rubros de distribución se utilizan los costos directos para asignar, en el caso de manufacturas se usa el volumen procesado. Dichos criterios son razonables para la asignación de costos indirectos.

## b.    Excedente

De acuerdo al esquema de regulación actual los elaboradores de leche fresca realizan contribuciones que a la postre benefician la producción de leche UHT, precisamente el bien que sustituye la leche fresca. Estas contribuciones son pagadas actualmente por el elaborador.

Existe un tipo de contribución, en adición a la contribución en el precio de compra del insumo, por parte de los elaboradores para la producción de leche UHT. Los elaboradores reciben $0.015 por cuartillo de Indulac por concepto de transporte en el área metropolitana,[7] mientras que en realidad éste cuesta aproximadamente $0.02 por cuartillo, según lo informado por Suiza Dairy, por lo que ellos tienen que absorber la diferencia.

El excedente no existe como resultado de acciones de los elaboradores, sin embargo, deben incurrir en un costo por ello. Por lo tanto, los costos que generan estos excedentes deben ser considerados como costos de traspaso ("passthrough") y no una "penalidad".

---

[6]    El equipo gerencial de Tres Monjitas indicó que efectúa sus cálculos de costos siguiendo metodologías similares a las de Suiza Dairy.

[7]    ORIL (2005): "Resolución Sobre: Revisión del Precio de la Leche a Todos sus Niveles", Abril, página 7.

### c.   Costos de los Envases

Se decidió elegir un rubro de costos que represente un nivel importante en el total de gastos con el fin de analizar su nivel y compararlo con los costos de elaboradores en otras jurisdicciones.

El consolidado de los costos de los envases de plástico corresponde a $ 16,890,101 y representa el 18.98 % de los gastos de operación y un costo por cuartillo de 6.25 centavos.  Este costo es muy inferior al costo promedio de producción reportado en la industria en los EEUU, la cual registra un costo promedio de producción de 10.02 centavos por envase de plástico y 5.73 centavos por envase de cartón de un cuartillo[8], lo cual se traduce en un costo ponderado de $9.77 usando la participación de envases de cartón y plástico en el total en Puerto Rico.

### d.   Honorarios Profesionales

Un rubro de costos que ha presentado diferencias entre ORIL y las empresas elaboradoras es la de honorarios profesionales.  Mientras que Suiza Dairy incluye a la mayoría de los servicios necesarios para suministrar leche fresca en su estructura corporativa, Tres Monjitas realiza parte de los servicios al nivel de su empresa holding.  Ambas prácticas son comunes.

En el caso de la empresa holding, es normal que se incluya un honorario del operador que cubra los servicios prestados por la empresa holding[9].  Toda empresa eficiente y moderna subcontrata ciertos servicios especializados en la medida que va surgiendo la necesidad.  Con esto logra reducir sus costos de operación puesto que evita contratar personal que solo necesita esporádicamente.  Tres Monjitas recibe un número de servicios profesionales que son necesarios para operar eficientemente.  Por ejemplo, los más comunes son los siguientes:

- Implementación de procedimientos de gestión eficientes;
- Asesoría en temas operacionales y regulatorios;
- Soporte en sistemas y apoyo informático;
- Transferencia tecnológica en los procesos de elaboración de leche;
- Soporte técnico;
- Facilitar el acceso a mercados financieros, así como avales en transacciones crediticias y con proveedores, aportando su credibilidad pagadora a lo largo de todas sus operaciones;
- Capacitación para trabajadores, operativos y administrativos;

---

[8]   Erba, Eric M.; Aplin, Richard D.; and Stephenson, Mark W. (1997): "An Analysis of Processing and Distribution Productivity and Costs in 35 Fluid Milk Plants", Cornell Program on Dairy Markets and Policy, páginas 16 y 18.  Los costos de envases en este este estudio fueron convertidos a dólares del 2004 utilizando Índices de Precios de Producción del U.S. Department of Labor.  U.S. Department of Labor, Bureau of Labor Statistics; "Producer Price Indexes. "  URL: http://www.bls.gov/ppi/home.htm

[9]   Ver el **Anexo C**.

- Acceso a mejores condiciones en la adquisición de hardware y software con proveedores nacionales e internacionales; y

- Apoyo financiero inmediato ante situaciones adversas.

## 3. Patrimonio Neto

Debido a que las empresas elaboradoras producen y venden diversos productos diferentes adicionales a la leche fresca, sus activos y pasivos cubren aspectos ajenos a la leche fresca. Sin embargo, las empresas elaboradoras han realizado un esfuerzo para aislar el negocio de la leche fresca de los otros productos y así contribuir con las actividades regulatorias de ORIL. Esta gestión apunta hacia el camino correcto para la determinación del requerimiento de ingresos debido a que separa las actividades reguladas de aquellas no reguladas.

Debido a las pérdidas que los elaboradores han acumulado en los últimos años, el nivel del patrimonio neto ha decrecido. Como ORIL utiliza el patrimonio neto para el cálculo de la rentabilidad de las empresas reguladas, su nivel se reduce año a año como resultado de la acumulación de pérdidas. Esto implica un doble impacto negativo en las elaboradoras: el margen no es suficiente por lo que se acumulan pérdidas y el patrimonio neto se reduce, lo cual aumenta el retorno absoluto del período siguiente.

Es por ello que es esencial evitar que penalizar a las elaboradoras ajustando el nivel del patrimonio neto. Dicho ajuste se realiza calculando un devengado regulatorio. El cálculo del devengado regulatorio consiste en realizar los siguientes tres pasos anualmente hasta que ORIL determine un margen que le permita a las elaboradoras recuperar sus costos y obtener un retorno justo y razonable:

1. Estimar la rentabilidad implícita acordada en el período inicial;

2. Estimar la rentabilidad vigente; y

3. Registrar las diferencias en una cuenta denominada "Crédito Regulatorio" cuyo monto se acumularía en una cuenta de activo de manera tal de afectar el nivel de patrimonio neto y obtener un retorno por su costo de oportunidad. También denominada "Devengado Regulatorio", esta cuenta protege el nivel del patrimonio de los posibles efectos causados por pérdidas o ganancias en exceso de los márgenes permitidos. Por ejemplo, sin esta cuenta, una pérdida en un año reduciría el patrimonio del siguiente año, lo que reduciría los precios, ya un componente principal del cálculo del precio es el retorno calculado como un porcentaje del patrimonio. Este efecto penalizaría a los procesadores de manera doble.

El monto de ganancias puede diferir al fin del año considerado por alguna de las siguientes razones:

- Diferencias entre la proyección de volúmenes y los niveles observados;

- Diferencias entre la proyección de costos y los niveles observados; y

- Cambios exógenos no considerados al momento de proyección de márgenes. En el caso de Puerto Rico este mecanismo es clave para determinar el margen de los elaboradores. Es por ello que es necesaria su aplicación tanto para el último período como para anteriores períodos donde se registraron diferencias entre el nivel de rentabilidad aprobado y el observado. El devengado regulatorio debe ser recuperado por los elaboradores en un período determinado de años que se acuerde con ORIL a través de su amortización, incluyendo el saldo de la amortización en una cuenta de depreciación en el estado de resultados.

Con los fines del cálculo del margen para el siguiente período, se incluye el devengado regulatorio acumulado de los años 2002, 2003 y 2004 para el nivel correcto del patrimonio neto.

## 4.    Tasa de Rentabilidad

La tasa de rentabilidad o costo de capital para una empresa regulada se puede definir como el porcentaje anual que la empresa debería recibir para mantener su crédito, pagar un retorno a sus dueños y asegurar una atracción de capital en proporciones adecuadas para alcanzar futuras necesidades[10].

De acuerdo a los resultados del estudio presentado en 2003 por el testigo experto en tasa de retorno Wayne P. Olson[11], la tasa de retorno después de impuestos a aplicar en el capital propio para los elaboradores corresponde a 14.36% (sin incluir el riesgo de Puerto Rico[12]).

# B.    Estimación del Margen del Elaborador

El segundo conjunto de reglas tiene como propósito establecer objetivamente la manera de estimar el precio regulado a partir del requerimiento de ingresos. En el caso del margen del elaborador de la leche fresca es muy simple debido a que las reglas se concentran en establecer una sola variable (el volumen de la leche correspondiente a la elaboración). Esto incluye una definición de las pérdidas de la leche entre el productor y el elaborador así como pérdidas de otra naturaleza.

A continuación se presenta la fórmula de cálculo para la estimación del margen del elaborador de la leche fresca a partir de los costos que se incurren por parte de los elaboradores.

$$P_{ME} = RI_{ME} / V_{ME}$$

Donde,

$P_{ME}$           : Margen del elaborador por cuartillo;

---

[10]   Phillips, Charles F., Jr, (1993):  "The Regulation of Public Utilities", Public Utility Reports Inc., Arlington, Virginia, página 357.

[11]   Affidavit of Wayne P. Olson, CFA, CPA, on behalf of Suiza Dairy Corp., 26 de agosto de 2003.

[12]   La tasa de retorno que se utilice debe incluir la diferencia de riesgos entre EEUU y Puerto Rico, dado que la tasa calculada por el Sr. Olson es para una empresa operando en EEUU continental.

$RI_{ME}$         : Requerimiento de ingresos de los elaboradores; y

$V_{ME}$         : Volumen de leche fresca vendido al consumidor final.

El volumen utilizado para este cálculo corresponde a los volúmenes de venta observados durante el año calendario 2004 reducidos en un 2.06 %.  Para estimar esta caída en las ventas se utiliza el volumen observado en las primeras 25 semanas de 2005.  En el período previo al aumento de precios de mayo de 2005 (las primeras 18 semanas de este año) las ventas en relación al mismo periodo del año anterior cayeron un 0.96 %.  Por otro lado, en el período posterior al aumento de precio hasta la vigésimo quinta semana de 2005, las ventas cayeron en un 2.67% respecto al mismo período del año anterior.  Asumiendo que en el período restante del año las ventas seguirán cayendo al nivel observado a partir del incremento de los precios, se estima que las ventas del año 2005 completo caerán en un 2.06% en relación al año 2004 completo.

Es por ello que se utiliza en este estudio un volumen estimado de ventas igual al del año anterior reducido en un 2.06% equivalente a la reducción del el periodo observado más la reducción estimada para el restante de 2005.

## C.     Ajuste a la Rentabilidad

Finalmente, Puerto Rico podría adoptar un tercer conjunto de reglas que permita que los elaboradores tengan la oportunidad de obtener un retorno justo y razonable aunque haya cambios en los costos de los insumos durante el año de aplicación de las tarifas, tales como los costos de la resina, la electricidad y los combustibles.  Dicho ajuste podría realizarse utilizando mecanismos similares a los adoptados por el regulador de la industria lechera en Pennsylvania.[13]

---

[13]    Commonwealth of Pennsylvania, Milk Marketing Board, Order No. A-922, efectiva el 1 de abril de 2003 y Commonwealth of Pennsylvania, Milk Marketing Board, Order No. A-927, efectiva el 1 de julio de 2004.

## IV.   Impacto del Aumento de Precios del 5 de Mayo de 2005

ORIL no ha tomado medidas regulatorias para intentar mejorar la situación actual de la industria.  El 12 de abril de 2005, ORIL emitió Ordenes Administrativas y una Resolución que determinaron aumentos de precio de la leche fresca al nivel del consumidor, determinando a su vez un aumento en el margen de los productores y elaboradores.  Sin embargo, las medidas implementadas no resolverán la crisis en la industria lechera, dado que la leche UHT será más competitiva y podría ganar aún mayor participación en el mercado en detrimento de la leche fresca.  Entonces, estas medidas podrían hasta empeorar la situación actual de la industria.

Los precios al consumidor fueron incrementados de $1.00 a $1.05 por cuartillo.  El incremento de cinco centavos en el precio de venta al consumidor es consecuencia directa de un aumento similar en el precio de venta al por mayor.  A su vez, el aumento en el precio de venta al por mayor es el resultado del aumento del margen del elaborador de un centavo por cuartillo y el incremento de cuatro centavos por cuartillo en el precio de la leche retenida.

Asumiendo que no hay cambios en los costos y volúmenes, el aumento en el precio de la leche retenida implica un aumento el margen de los productores de 2.28 centavos por cuartillo, un aumento en las contribuciones al FFIL de 0.5 centavos por cuartillo de leche retenida y además implica un incremento en el reembolso de costos de 1.22 centavos por cuartillo por el recogido y transporte de la leche de las vaquerías a las plantas de procesamiento.  Adicionalmente, hay un aumento en el costo de transporte pagado por Indulac de 0.75 centavos por cuartillo de leche excedente.

Conforme a la decisión del Administrador de la ORIL del 12 de abril de 2005, que entró en vigor en el período de liquidación comenzado el 5 de mayo de 2005, el aumento de 4 centavos por cuartillo en el precio de la leche retenida por las plantas para su venta a los consumidores[14] se distribuyó de la siguiente forma:

1. Dos (2) centavos por cuartillo de leche retenida destinados a los productores de leche.  Debe indicarse, sin embargo, que desde principios de 2005, por decisión de la Junta del Fondo de Fomento de la Industria Lechera, aumentó de 52 a 53 centavos por cuartillo el precio mínimo garantizado a los ganaderos por la leche producida.  El precio mínimo garantizado aumentó en otros dos centavos por cuartillo, o sea, a un nivel de 55 centavos por cuartillo en las liquidaciones posteriores al 5 de mayo de 2005.  Por tanto, el precio actualmente garantizado a los ganaderos de 55 centavos por cuartillo representa un aumento de 3 centavos por cuartillo con respecto al precio mínimo garantizado en el año calendario 2004.  Por otra parte, la experiencia histórica demuestra que el precio promedio de liquidación

---

[14]    Aunque la decisión del Administrador habla de leche vendida al consumidor, hay que entender que es leche retenida, ya que no toda la leche retenida es vendida a los consumidores, incluyendo los Comedores, debido a la merma y deterioro.  En el año fiscal 2004, el monto de la leche retenida alcanzó 281,490,246 cuartillos, pero luego de descontar la merma y deterioro de 6,414,000 cuartillos en números redondos, sólo se vendieron 275,076,246 cuartillos a los consumidores, más 198,000 cuartillos del inventario existente a principios del año, para un total de ventas de 275,274,000 cuartillos en números redondos - página 8 y Tabla 27, página 55 del informe de la ORIL.

en un período anual excede de 0.3 a 0.4 centavos por cuartillo al precio mínimo garantizado, por razón de las quincenas de bajo excedente en las que aumenta el precio de liquidación por encima del mínimo garantizado.  En consecuencia, un precio mínimo garantizado de 55 centavos por cuartillo es compatible con un precio promedio anual de 55.3 a 55.4 centavos por cuartillo, lo que representa un aumento de casi 3 centavos por cuartillo sobre el precio promedio de venta de 52.53 centavos por cuartillo recibido por los productores, que calculó la ORIL para el período julio-junio 2003-04 en el Cuadro A-1 del último Estudio Exhaustivo."[15]

2. Medio centavo (0.5) centavo por cuartillo por concepto de una aportación adicional al Fondo de la Industria Lechera.

3. Un centavo y medio (1.50) por cuartillo para compensar los gastos de transporte de leche.  En otra Orden del Administrador de la ORIL, también fechada el 12 de abril de 2005, se dispone que las plantas recibirían 1.50 centavos por cuartillo por razón de la leche recogida y retenida.  En esa Orden el administrador de la ORIL estimó que las plantas recibían 0.277 centavos por cada cuartillo de la leche recogida que es retenida para su pasteurización.  Aparentemente este cálculo es consistente con la experiencia del año fiscal 2004, que se resume en la página 8 del Informe Anual de la ORIL.  Según dicho informe la cantidad descontada a los productores por la transportación de leche ascendió a $782,857 por un nivel de 281,490,246 cuartillos de leche retenida y leche para comedores, lo que resulta en un costo de transportación promedio de 0.278 centavos, cifra que es prácticamente idéntica a la estimada por el Administrador de la ORIL.  Por tanto, a base de los datos de la año fiscal 2004, los elaboradores recibieron un aumento de 1.22 centavos por cuartillo en la compensación por la leche recogida y retenida.  Por otra parte, en la medida que el precio pagado a los productores por la leche retenida aumentó a 1.50 centavos por cuartillo, la diferencia de 0.278 centavos por cuartillo de leche retenida representa un pago adicional para los productores en las quincenas en que el precio promedio de liquidación es superior al mínimo de 55 centavos por cuartillo.

## A.    Impacto en el Corto Plazo Para las Elaboradoras

Las pérdidas consolidadas de los elaboradores alcanzaron 3.56 centavos por cuartillo en el año 2003.  Evidentemente, éstos siguen  privados del derecho de obtener un ingreso justo y razonable.[16]  Sin embargo, existen ciertos factores que tienen un impacto negativo en las pérdidas consolidadas.  Las perdidas al 2004 alcanzaron los 3.83 centavos por cuartillo.  Si en el año 2005 se vendieran los mismos volúmenes que en el 2004, las perdidas se reducirían, para

---

[15]   Oficina de Estadísticas Agrícolas (2003): "Estudio Económico Exhaustivo de la Industria Lechera de Puerto Rico Fase Agrícola, Año 1997", agosto;

[16]   Si los elaboradores pudieran vender los volúmenes observados en el año 2003 a los nuevos precios, sus pérdidas serían reducidas a 1.25 centavos por cuartillo.

Impacto del Aumento de Precios del 5 de Mayo de 2005

el periodo restante del 2005 comenzando el 5 de mayo, a 1.63 centavos por cuartillo.[17]  Los volúmenes de la leche fresca siguen viéndose afectados por la tendencia a sustituir la leche fresca por leche UHT.  Por ejemplo, deben tenerse en cuenta los siguientes factores: las ventas de leche fresca han decaído desde 2004 (los volúmenes de venta de Suiza Dairy disminuyeron 4.14% en 2004 mientras que Tres Monjitas en el mismo periodo experimento una caída de 4.09% en sus ventas).  Además, el aumento de 5% en el precio de la leche resultará en una caída en la demanda aun mayor, y contribuirá a la tendencia substitutiva ya mencionada.  Finalmente, los progresivos aumentos en los precios de los insumos del procesamiento de la leche fresca suman a los crecientes costos de los elaboradores.  Teniendo en cuenta estos factores hemos estimado que las pérdidas se reducirán de 4.63 centavos en 2004-05 por cuartillo a 3.32 centavos por cuartillo en el año 2005-06.  En otras palabras, el aumento del precio de la leche fresca no eliminará las perdidas de los elaboradores, solamente las disminuirá.

Las pérdidas consolidadas de los elaboradores alcanzaron 3.83 centavos por cuartillo en el año calendario 2004.  A base de la estructura de la distribución de la producción y ventas de leche en el último período anual de las estadísticas oficiales de la ORIL (Año Fiscal 2004), que debe ser similar al año calendario 2004, el resultado de las tres Ordenes del Administrador de la ORIL, fechadas el 12 de abril de 2005, sobre los ingresos de las plantas elaboradoras es el siguiente:

1. Un aumento de un centavo en las ventas de la leche retenida vendida a los consumidores.

2. Un aumento en el reembolso en los costos de transportación, equivalente a 1.22 por cuartillo de leche retenida, que equivale a 1.25 centavos por cuartillo vendido.

3. Un aumento de 0.75 centavos por cuartillo en los pagos de la transportación del excedente de leche a INDULAC, que equivale a 0.204 centavos por cuartillo vendido.

La reducción en la pérdida de los elaboradores es más aparente que real, antes de tomarse en consideración otros factores negativos que continúan incidiendo sobre las operaciones de los elaboradores.  En primer término, la reducción en el volumen de ventas, asociada con el aumento de 5% en el precio de la leche y con la sustitución de la leche UHT por leche fresca que no se ha detenido.  Además, el aumento en los costos de producción, principalmente los relacionados con la energía, los combustibles, la resina para la manufactura de los envases plásticos y los costos salariales.  Teniendo en cuenta estos factores, las pérdidas de los elaboradores, luego de aumentar a 4.63 centavos por cuartillo en el período 2004-05 se mantendrán a un nivel de 3.32 centavos por cuartillo en el año 2005-06, lo que es un nivel de pérdidas bastante similar al registrado en el año calendario 2004 antes del aumento en el precio de la leche en mayo de 2005.

---

[17]  Se esta asumiendo que el aumento del margen del distribuidor se calcula sobre los volúmenes vendidos y no sobre las compras de leche retenida, lo cual implica que el aumento neto a los procesadores es de 0.93 centavos por cuartillo.

## B.    Consecuencias Previsibles del Marco Regulatorio Actual

El aumento del precio de la leche fresca del 5 de mayo no ha resuelto los problemas estructurales del marco regulatorio actual.  La leche UHT continúa operando libre de regulación y actualmente se encuentra en una situación aún más ventajosa para seguir absorbiendo participación en el mercado de la leche fluida en detrimento de la leche fresca.  El incremento en el margen recibido por los elaboradores disminuirá sus pérdidas, pero no las eliminará en el corto plazo.  La tendencia observada en las pérdidas continuará incrementándose hasta causar el eventual colapso financiero de los elaboradores.

En el caso de que el marco regulatorio actual siga vigente y la expansión artificial del mercado de la leche UHT continúe, no es difícil pronosticar el deterioro que llevará a la industria a una situación de crisis.  De hecho, el síntoma más resaltante del severo desequilibrio de la industria lechera es la persistencia de la leche excedente y su creciente transformación en leche UHT.

De manera de cuantificar el deterioro económico que sufriría la industria lechera bajo las presentes condiciones, que causarían la persistencia de la tendencia sustitutiva, se ha utilizado la simulación de mercado que se incluye en el **Anexo A**.  Este Anexo además explica en detalle los resultados del modelo y la manera en que estos afectarán a los elaboradores, ganaderos e Indulac.

## 1.    Elaboradores de Leche Fresca

Cuando la leche UHT sustituye a la leche fresca a una tasa de 0.5% anual, Suiza Dairy y Tres Monjitas acumulan pérdidas de alrededor de $26.5 millones y $14.6 millones, respectivamente, en el periodo de la simulación.  En el caso de la sustitución latente (1.5% anual), las pérdidas acumuladas de Suiza Dairy alcanzan alrededor de $29.3 millones, mientras que las pérdidas de Tres Monjitas son de $16.6 millones.  Finalmente, en el escenario de sustitución acelerada las pérdidas de Suiza Dairy y Tres Monjitas alcanzan $31.7 y $18.5 millones, respectivamente.

Suiza Dairy y Tres Monjitas sufren pérdidas en cada uno de los años proyectados y en todos los escenarios.  Dichas pérdidas aumentan en cada periodo en relación al periodo anterior.  El **Gráfico 1** muestra las pérdidas acumuladas desde al año 1999 al presente.  La tendencia de pérdidas acumuladas crecientes continúa en el periodo de la proyección.

La posibilidad de que los elaboradores caigan en la insolvencia es muy severa.  Actualmente, la situación financiera de los elaboradores es incómoda.  Los activos corrientes han disminuido, el pasivo corriente ha aumentado y los elaboradores han tenido que solicitar líneas de crédito a bancos en el mercado financiero.  La diferencia entre los activos corrientes y pasivos corrientes se ha vuelto negativa, lo que implica que el capital de trabajo de los elaboradores es igualmente negativo.  No existe actividad comercial que pueda seguir operando al sostener pérdidas todos los años, observando al mismo tiempo una tendencia que reduce su mercado, haciéndose más difícil cubrir siquiera los costos fijos.

## 2.    Ganaderos

Por parte de los ganaderos, Indulac ha venido contribuyendo en la mayoría de las liquidaciones del año 2005[18] para poder alcanzar el precio mínimo garantizado.  El aumento neto para los ganaderos establecido por la Orden Administrativa de ORIL es de 2.28 centavos por cuartillo (un aumento de cuatro centavos menos 1.22 centavos de transporte – 1.5 menos 0.28 que se venían pagando –menos 0.5 para el FFIL)[19].  Dado que la mayoría de las liquidaciones seguirán recibiendo contribuciones de Indulac, los ganaderos solamente recibirán un aumento de dos centavos por cuartillo cuando los niveles de leche excedente son altos, y alrededor de 2.28 centavos por cuartillo en las liquidaciones con niveles bajos de leche excedente. Consecuentemente, los resultados agregados de la industria empeoran a lo largo del período de proyección a medida que el nivel de sustitución de leche UHT por leche fresca aumenta en los tres escenarios.

## 3.    Indulac

Indulac tendrá un aumento en sus contribuciones al FFIL para garantizar el precio mínimo garantizado a los ganaderos.  Considerando una participación de 22% de la leche excedente utilizada en el procesamiento de leche UHT, la contribución de Indulac fue de alrededor de 11.6 centavos por cuartillo cuando el precio de la leche retenida era de 62.125 centavos.  Dicho nivel de contribución implicó que el costo total de la leche cruda procesada por Indulac alcanzara 22.35 centavos por cuartillo (con la misma participación de 22%, incluyendo costos de transporte).  Con el nuevo precio de la leche retenida y el mínimo garantizado, la contribución de Indulac aumentaría ya que el mínimo garantizado aumentó en dos centavos, mientras que el promedio crecerá menos de dos centavos dado que la participación de la leche retenida es inferior al 100%.

---

[18]    Indulac ha contribuido al FEP en todos los períodos quincenales del 2005 salvo en uno.

[19]    En realidad el aumento del margen al procesador es de .93 al tomar en consideración las mermas y deterioros de la leche retenida para elaboración de la leche fresca.

## V.  Ajustes de ORIL a la Información Presentada por las Plantas Procesadoras

Los ajustes a las partidas de costos de los elaboradores son frecuentemente arbitrarios puesto que no se presentan justificaciones sustentadas de dichos ajustes, desatendiendo de esta manera el principio regulatorio de transparencia.  ORIL realiza ajustes erróneos al comparar los estados financieros de los dos elaboradores y al no admitir en la base tarifaria costos por cuartillo que para un elaborador sean más altos que para el otro.  La justificación de ORIL en estos casos es que ciertos costos deberían permanecer a niveles comparables y no deberían variar significativamente entre los dos elaboradores.  Sin embargo, estos ajustes son incorrectos porque los estados financieros de los elaboradores no son comparables.

Los ajustes de ORIL ignoran las tendencias observadas en los costos.  Los costos variables de los elaboradores han venido incrementándose en los últimos años mientras que los costos variables reconocidos por ORIL han venido disminuyendo en el mismo período de manera contraria a la tendencia observada.  Todos estos ajustes son eliminados de la base tarifaria y, por consiguiente, no pueden ser recuperados por los elaboradores aún cuando éstos son costos reales incurridos por los elaboradores en el procesamiento de la leche fresca.

ORIL introdujo reducciones a los costos permitidos de los elaboradores sin proveer justificaciones sustentadas.  Algunas reducciones en costos de empaque, mermas y deterioros, honorarios del operador y descuentos y promociones en 2005 fueron excluidas de los costos utilizados en el cálculo de la base tarifaria de los elaboradores sin justificación sustentada.  Las reducciones fueron las siguientes:

- Costos de los Envases de Plástico y Tapas: ORIL ha reducido los costos de adquisición de las tapas de plástico (un componente importante de los costos de empaque) por parte de Suiza Dairy, argumentando que Tres Monjitas produce estas tapas a un costo inferior.  Mientras que en las revisiones de precios el regulador puede desconocer costos cuando los mismos no son prudentes o son injustificados, ORIL no ha demostrado que los costos de compra de las tapas de Suiza Dairy sean superiores al precio de mercado, fiándose en los precios de transferencia de Tres Monjitas, que no necesariamente representan el precio de mercado, para reducir esta partida de costos.

  Adicionalmente, su evaluación de costos para determinar los precios, ORIL utiliza el año calendario 2003 (en lugar de utilizar el 2004), sin realizar ajustes que permitan ajustar estos costos históricos al nivel actual de los mismos.  De esta manera, ORIL ha ignorado que los costos de la resina han subido substancialmente en los últimos dos años al calcular los precios para el año 2005 basándose en los costos observados en 2003.  En un memorando por separado se presenta un mecanismo de ajuste que debe adoptar ORIL para ajustar el margen como respuesta a variaciones en los costos de la resina, la electricidad y el combustible;

- Mermas (Shrinkage): ORIL no ha presentado argumentos técnicos para limitar el porcentaje de mermas y deterioro aceptables en el procesamiento de la leche fresca.

Ajustes de ORIL a la Información Presentada por las Plantas Procesadoras

Dado que existen diferencias de infraestructura entre las plantas procesadoras las practicas regulatorias estándar deben considerar dichas diferencias para determinar si limites en las mermas y deterioros son necesarios.  Adicionalmente, las procesadoras afirman que su nivel de mermas compara favorablemente con el de otras plantas en EEUU;

- Servicios Profesionales: en la revisión de precios de 2005, ORIL menciona que ajustó los costos de servicio s profesionales de Tres Monjitas a niveles "razonables" comparándolos con el nivel relativamente inferior de Suiza Dairy.  Este es un ejemplo de los ajustes incorrectos que realiza ORIL al comparar los costos de ambas empresas reconociendo el costo más bajo.  En este caso, los costos de servicios profesionales no son comparables, ya que las elaboradoras tienen estructuras corporativas distintas.  Suiza Dairy posee una estructura que satisface todas sus necesidades corporativas, mientras que Tres Monjitas pertenece a un holding de empresas (Empresas Fonalledas) que ofrece ciertos servicios por los que Tres Monjitas debe pagar honorarios del operador.  Ambas prácticas son comunes.

  ORIL debe analizar ambas prácticas para determinar cual es la más eficiente.  Como agencia regulatoria, ORIL puede decidir aceptar solamente el costo de la práctica más eficiente.  Sin embargo, ORIL no puede simplemente ignorar el monto completo del honorario pagado al operador en una empresa holding.  Específicamente, si ORIL desea ignorar por completo el honorario del operador, debería reconocer otros costos que permitirían a Tres Monjitas desempeñar todos sus servicios corporativos dentro de la misma empresa.  El **Anexo C** explica que el pago de un honorario del operador es una práctica común en la relación entre empresas holdings y subsidiarias; y

- Descuentos en Ventas: ORIL no justifica la manera en que desconoce la mayor parte de los costos de descuentos y promociones.  En otras jurisdicciones, las agencias regulatorias reconocen niveles razonables de costos de descuentos y promociones en el cálculo de los precios, aún cuando la empresa en cuestión es un monopolio natural, como una empresa distribuidora de electricidad, que no tiene competencia de otros productos.  En el caso especifico de la leche fresca, esta compite en circunstancias desiguales con la leche UHT, por lo que ORIL debería reconocer estos costos, de manera a que las elaboradoras puedan promover el consumo de la leche fresca.

Dado que ORIL no justifica sus decisiones, resulta difícil esperar que los elaboradores operen y administren sus costos eficientemente, ya que estos no tienen conocimiento de cuales partidas de costos serán admitidas en la base tarifaria y cuales serán excluidas de la misma.

Adicionalmente, se realizan ajustes incorrectos a los ingresos de los elaboradores.  El ingreso de los elaboradores es el producto del precio multiplicado por el volumen de leche vendida.  ORIL sobreestima los ingresos de los elaboradores de leche fresca incrementando artificialmente al menos uno de estos factores.  Por un lado, ORIL no substrae las devoluciones de leche a Suiza Dairy.  De acuerdo con el sistema contable de Suiza Dairy, los volúmenes de venta a supermercados y otros puntos de venta al consumidor se registran sin reducir el

Ajustes de ORIL a la Información Presentada por las Plantas Procesadoras

volumen de leche que luego será devuelto por los establecimientos de venta.  Considerando que ORIL se niega a tener en cuenta dichas devoluciones, se sobreestiman los ingresos utilizando en sus cálculos un volumen aumentado por el volumen de las devoluciones.  En otras industrias reguladas las agencias regulatorias permiten que las empresas reporten pérdidas comerciales en su provisión de servicios tales como electricidad, agua, distribución de gas natural, de manera que estos costos puedan ser incluidas en la base tarifaria a ser utilizada en el cálculo de los precios.  Por ejemplo, aún cuando un distribuidor de gas natural inyecta 100 MMPCD en el sistema de distribución pero vende solamente 94 MMPCD a sus clientes, las agencias regulatorias no incluyen los restantes 6 MMPCD en el cálculo de las ventas reguladas.

Por otro lado, ORIL exagera los ingresos de los elaboradores al asumir que la leche vendida a los comedores escolares es vendida directamente por los elaboradores, mientras que un importante volumen de esta leche es vendida por medio de agentes.  El precio de ventas realizada directamente por los elaboradores de leche fresca es más alto que el precio de venta a agentes.  Por consiguiente, este método sobreestima los ingresos totales mientras que ORIL penaliza a los elaboradores por utilizar agentes a quien la misma ORIL regula y concede licencias.  Adicionalmente, cuando ORIL toma en consideración las ventas por medio de agentes, ORIL solamente reconoce una porción del costo de estos agentes.  Esta decisión asume que las ventas por medio de agentes deben realizarse a niveles mucho más bajos, aunque estos agentes privados cobren comisiones a las plantas elaboradoras.  ORIL no ha provisto argumentos para la aceptación de agentes de comisiones inferiores o para incrementar el personal (y los costos de personal) de manera de no depender de estos agentes.

Por otro lado, ORIL tampoco considera el valor adecuado del patrimonio neto.  ORIL calcula los ingresos netos de los elaboradores a partir de los costos e ingresos y luego divide los ingresos netos por el patrimonio neto para obtener el retorno sobre el patrimonio neto.  De esta manera, se ha subestimado consistentemente el valor del patrimonio neto en los libros de las procesadoras sobrestimando el retorno que dice permitir.

Otro error metodológico de ORIL es que ha ignorado el segmento de la leche UHT y ha asumido que cada año el volumen de ventas de la leche fresca será el mismo que el del año anterior, sobre todo que al momento de realizar las vistas tiene información sobre los volúmenes del primer semestre del año. De esta manera, ORIL estima un margen de la leche fresca usando un volumen superior al esperado.  Teniendo en cuenta que las ventas han venido disminuyendo, las elaboradoras de leche fresca no han logrado recibir los ingresos esperados, ya que cuando el volumen esperado es mayor al observado el requerimiento de ingresos se calcula con un denominador mayor, resultando en un margen aprobado inferior.

En conclusión, ORIL ignora un número de partidas de costos sin ceñirse a prácticas regulatorias adecuadas.  ORIL no determina la tasa de retorno como lo hacen agencias regulatorias en otras jurisdicciones y penaliza a las procesadoras reduciendo el patrimonio neto como resultado de la acumulación de las pérdidas.  Además, el cálculo del margen permitido es inferior al que sería determinado por prácticas regulatorias adecuadas, ya que en el cálculo del mismo se usan volúmenes históricos, aún cuando la tendencia demuestra que éstos han venido cayendo consistentemente en los últimos años.

Ajustes de ORIL a la Información Presentada por las Plantas Procesadoras

## VI.   Cálculo del Margen

El **Cuadro 2** presenta los resultados del cálculo del margen del elaborador el cual registró un valor de 37.6 centavos por cuartillo de leche fresca.  Primero se presentan los parámetros aplicados, luego cada uno de los componentes del requerimiento de ingresos, luego la estimación del requerimiento de ingresos y por último el cálculo del margen del elaborador.

**Cuadro 2:  Resultados del Cálculo del Margen del Elaborador, Enero-Diciembre 2004**

| | | |
|---|---|---:|
| *Parámetros* | | |
| Impuesto a la renta | (a) | 3.90% |
| Tasa de retorno despues de impuestos | (b) | 14.36% |
| *Componentes del Requerimiento de Ingresos* | | |
| Costos ($) | (c) | 88,976,558 |
| Patrimonio Neto ($) | (d) | 70,356,887 |
| Tasa de retorno antes de impuestos | (e)=(b)/[1-(a)] | 14.94% |
| *Estimación del Requerimiento de Ingresos* | | |
| Retorno sobre el patrimonio neto (anual) ($) | (f)=(e)*(d) | 10,513,266 |
| Devengado Regulatorio ($) | (g) | - |
| Requerimiento de Ingresos ($) | (h)=(c)+(f)+(g) | 99,489,824 |
| *Estimación del Margen del Elaborador* | | |
| Volumen (cuartillos) | (i) | 264,574,384 |
| Margen del elaborador (centavos/cuartillo) | (j)=(h)/(i)*100 | 37.60 |

A continuación se describen cada uno de los pasos en el cálculo del margen del elaborador.

## A.   Estimación del Requerimiento de Ingresos

El requerimiento de ingresos obtenido es de $99,489,824 dólares y corresponde a la suma de los costos más el retorno sobre el patrimonio neto.

El **Cuadro 3** presenta el resultado de operaciones de los elaboradores para el año calendario 2004.  Se puede observar que existe una pérdida operacional consolidada de $10,336,208 dólares (3.83 centavos por cuartillo) de los cuales $5,933,352 dólares corresponden a Suiza Dairy y $4,402,855 dólares corresponden a Tres Monjitas.

Cálculo del Margen

**Cuadro 3:  Resultado de Operaciones de los Elaboradores, Enero-Diciembre 2004**

|  | Suiza Dairy | Tres Monjitas |  | Consolidado |
|---|---|---|---|---|
|  | Total | Total | Total | Por Cuartillo |
|  | ------- $ ------- | ------- $ ------- | ------- $ ------- | - ¢/cuartillo - |
| Ventas |  |  |  |  |
| En Carton | 10,959,865 |  |  |  |
| En Envases Plásticos | 145,689,026 |  |  |  |
| Total | **156,648,891** | **80,125,435** | **236,774,326** | **87.65** |
|  |  |  |  |  |
| Costo Ingredientes | 105,202,607 | 52,931,369 | 158,133,976 | 58.54 |
| Margen Bruto | **51,446,284** | **27,194,066** | **78,640,350** | **29.11** |
| Gastos de Operaciones | 57,379,636 | 31,596,922 | 88,976,558 | 32.94 |
| Beneficio (Pérdida) Operacional | **(5,933,352)** | **(4,402,855)** | **(10,336,208)** | **(3.83)** |

## 1.    Costos

Los costos durante el año 2004 registraron $88,976,558 dólares (32.94 centavos por cuartillo). Esto incluye los gastos de operación, la depreciación y los costos administrativos.  Cabe destacar que los gastos financieros son cero durante el período dado que estas empresas no poseen deuda de largo plazo.  Los impuestos no se incluyen en los costos debido a que ellos se recuperan por la vía de la tasa de retorno.

Vale resaltar ademas que, en un esfuerzo por disminuir los costos de ambas empresas, estas redujeron las partidas de "Promociones y Descuentos" y "Exclusividades/Slotting" de un total de $5.4 millones en el año calendario 2003, a $5.2 millones en el 2004.  También la partida de depreciación por parte de Tres Monjitas mostró un gran descenso puesto que la planta de tratamiento terminó de depreciarse.

En cada revisión de precios, ORIL evalúa los costos de las plantas elaboradoras e ignora injustificadamente costos que deberían ser incluidos en el cálculo del margen.  Estos ajustes realizados por ORIL no se incluyen en el cálculo del margen presentado en este reporte.  Con respecto a los ajustes adecuados que deben ser introducidos, más adelante incluiremos mecanismos de ajustes automáticos para que los márgenes se ajusten a los cambios en el costo de las resinas, el combustible, la electricidad y el agua.

En los precios que se aprobaron para el 5 de mayo de 2005 ORIL realizó una serie de ajustes incorrectos en el Anexo B de su Orden Administrativa que no aplican para esta revisión tarifaria por las siguientes razones:

- Costos de los Envases de Plástico y Tapas: la información presentada por los procesadores son o precios de mercado o costos de producción;

- Mermas (Shrinkage): se determinó que el nivel de mermas de los procesadores de leche fresca es comparable con los de plantas en EEUU en base a una serie de conversaciones con la gerencia de ambas empresas;

- <u>Servicios Profesionales</u>: el nivel de honorarios de operador incluidos por Tres Monjitas cubre los costos de servicios prestados por su holding que en el caso de Suiza Dairy se realiza con personal propio.; y

- <u>Descuentos en Ventas</u>: los costos por esta categoría de ambas empresas están por debajo del nivel que estableció ORIL para la última revisión tarifaria.

Cálculo del Margen

El **Cuadro 4** presenta el detalle de los gastos de operación de los elaboradores correspondientes año 2004.

### Cuadro 4:  Gastos de Operación de los Elaboradores, Enero-Diciembre 2004

| | Suiza Dairy | Tres Monjitas | Consolidado | | |
| | Total | Total | Total | Por Cuartillo | % de gastos |
| | ------- $ ------- | ------- $ ------- | ------- $ ------- | - ¢/cuartillo - | -------%------- |
| Gastos de Operaciones | | | | | |
| 1-Comisiones | 4,205,925 | 2,261,825 | 6,467,750 | 2.39 | 7.27% |
| 2-Sueldos y Jornales | | | | | |
| a-Empleados Generales | 10,158,293 | 5,909,011 | 16,067,304 | 5.95 | 18.06% |
| b-Empleados Servicios de Se | - | 106,102 | 106,102 | 0.04 | 0.12% |
| c-Empleados Sistema de Info | 211,426 | - | 211,426 | 0.08 | 0.24% |
| 3-Contribuciones Sobre Nomina | 2,137,992 | 1,224,257 | 3,362,249 | 1.24 | 3.78% |
| 4- Beneficios Marginales | | | | | |
| a-Plan Medico | 2,124,669 | 1,287,423 | 3,412,092 | 1.26 | 3.83% |
| b-Bonos | 617,030 | 613,233 | 1,230,263 | 0.46 | 1.38% |
| c-Vacaciones/Enfermedad | 1,720,768 | 1,048,937 | 2,769,705 | 1.03 | 3.11% |
| d-Plan de Participacion | 216,333 | - | 216,333 | 0.08 | 0.24% |
| e-Otros | 738,963 | 309,349 | 1,048,312 | 0.39 | 1.18% |
| 5-Envases | | | | | |
| a-Carton y Vejigas | 754,323 | 300,559 | 1,054,882 | 0.39 | 1.19% |
| b-Plásticos | 11,016,780 | 5,873,321 | 16,890,101 | 6.65 | 18.98% |
| c-Cestas | 688,784 | 296,990 | 985,774 | 0.36 | 1.11% |
| 6-Combustible | 129,513 | 88,139 | 217,652 | 0.08 | 0.24% |
| 7-Gasolina y Diesel | 1,032,077 | 715,631 | 1,747,708 | 0.65 | 1.96% |
| 8-Gomas y Tubos | 320,701 | - | 320,701 | 0.12 | 0.36% |
| 9-Luz y Fuerza | 1,978,232 | 633,870 | 2,612,102 | 0.97 | 2.94% |
| 10-Agua | 194,729 | 110,128 | 304,857 | 0.11 | 0.34% |
| 11-Materiales | | | | | |
| a-Limpieza | 446,526 | 216,618 | 663,144 | 0.25 | 0.75% |
| b-Laboratorio | 108,690 | 59,095 | 167,785 | 0.06 | 0.19% |
| c-Oficina y Otros | 415,866 | 165,986 | 581,852 | 0.22 | 0.65% |
| 12-Gastos de Vehiculos | | | | | |
| a-Renta | (3,800) | | (3,800) | (0.00) | 0.00% |
| b-Depreciacion | 1,038,648 | 767,054 | 1,805,702 | 0.67 | 2.03% |
| c-Reparaciones | 958,733 | 361,993 | 1,320,726 | 0.49 | 1.48% |
| d-Licencias | 161,501 | 56,633 | 218,134 | 0.08 | 0.25% |
| e-Seguros | 2,228 | | 2,228 | 0.00 | 0.00% |
| 13-Gastos Maquinaria y Equipo | | | | | |
| a-Renta | 3,178 | 6,371 | 9,549 | 0.00 | 0.01% |
| b-Depreciacion | 1,947,658 | 573,309 | 2,520,967 | 0.93 | 2.83% |
| c-Reparacion y Mantenimien | 1,992,229 | 311,182 | 2,303,411 | 0.85 | 2.59% |
| 14-Mermas y Deterioro | 2,157,128 | 890,995 | 3,048,123 | 1.13 | 3.43% |
| 15-Contribuciones | - | - | - | | |
| 16-Patentes | - | - | - | | |
| 17-Otros Seguros | 921,864 | 525,832 | 1,447,696 | 0.54 | 1.63% |
| 18-Honorarios Profesionales | 954,819 | 2,214,093 | 3,168,912 | 1.17 | 3.56% |
| 19-Comunicaciones | 302,167 | 55,218 | 357,385 | 0.13 | 0.40% |
| 20-Gastos de Edificio | | | | | |
| a-Renta | (8,838) | 294,160 | 285,322 | 0.11 | 0.32% |
| b-Depreciacion | 760,365 | 437,050 | 1,197,415 | 0.44 | 1.35% |
| 21-Servicios de Guardianes | 734,452 | 175,133 | 909,585 | 0.34 | 1.02% |
| 22-Cuentas Malas | 234,442 | 148,173 | 382,615 | 0.14 | 0.43% |
| 23-Gastos de Financiamiento | | | | | |
| a-Capital de Trabajo | 185,604 | - | 185,604 | 0.07 | 0.21% |
| b-Endeudamiento | - | - | - | | |
| 24-Otros Gastos | | | | | |
| a-Varios | 388,589 | 368,436 | 757,024 | 0.28 | 0.85% |
| b-Excedente (Penalidad) | 137,928 | 254,930 | 392,858 | 0.15 | 0.44% |
| c-Mercadeo | 855,434 | 267,485 | 1,122,919 | 0.42 | 1.26% |
| d-Recogido de Excedente | 762,555 | 462,664 | 1,225,219 | 0.45 | 1.38% |
| e-Contra Cuenta Recogido | (762,555) | (462,664) | (1,225,219) | (0.45) | -1.38% |
| f-Peajes | 167,529 | 109,738 | 277,267 | 0.10 | 0.31% |
| 25-Amortizacion Gastos Diferid | | | - | | |
| 26-Gastos Extraordinarios | | | - | | |
| 27-Descuentos en Ventas | | | | | |
| a-Devoluciones | 877,439 | 782,239 | 1,659,678 | 0.61 | 1.87% |
| b-Promociones y Descuentos | 2,610,772 | 1,453,419 | 4,064,191 | 1.50 | 4.57% |
| c-Exclusividades/Slotting | 781,948 | 323,003 | 1,104,951 | 0.41 | 1.24% |
| Gastos de Operaciones | **57,379,636** | **31,596,922** | **88,976,558** | **32.94** | |

Cálculo del Margen

## 2.    Patrimonio Neto

El patrimonio neto corresponde a $70,356,887 dólares[20] y al aplicarle la tasa de rentabilidad
con impuestos se obtiene un retorno al patrimonio por $10,513,266 dólares (3.97 centavos por
cuartillo).

El **Cuadro 5** presenta el estado de situación de los elaboradores correspondiente al año 2004 de
donde se obtiene el patrimonio neto.

## Cuadro 5:  Estado de Situación de los Elaboradores, Diciembre 2004

|  | Suiza Dairy | Tres Monjitas | Consolidado |
|---|---|---|---|
|  | ------------------------------ $ ------------------------------ | | |
| **ACTIVOS** | | | |
| **Activos Corrientes** | | | |
| Efectivo en Caja y Bancos | 83,177 | (3,029,131) | (2,945,954) |
| Cuentas por Cobrar - Netas | 12,069,072 | 7,017,165 | 19,086,236 |
| Inventarios | 2,588,172 | 1,300,052 | 3,888,223 |
| Gastos Prepagados | 354,215 | 732,269 | 1,086,484 |
| **Total Activos Corrientes** | **15,094,635** | **6,020,355** | **21,114,990** |
| | | | |
| **Activos No Corrientes** | | | |
| Activo Fijo, Neto | 37,410,055 | 7,318,479 | 44,728,534 |
| Devengado Regulatorio | 24,633,855 | 15,941,762 | 40,575,617 |
| Otros Activos y Cargos Diferidos | - | 960,350 | 960,350 |
| **Total Activo No Corriente** | **62,043,910** | **24,220,591** | **86,264,501** |
| | | | |
| **TOTAL ACTIVOS** | **77,138,545** | **30,240,946** | **107,379,491** |
| | | | |
| **PASIVOS Y PATRIMONIO NETO** | | | |
| **Pasivos Corrientes** | | | |
| Prestamos por Pagar | 5,760,000 | - | 5,760,000 |
| Cuentas por Pagar | 19,320,098 | 10,013,439 | 29,333,537 |
| Gastos Acumulados por Pagar | - | 1,929,066 | 1,929,066 |
| **Total Pasivos Corrientes** | **25,080,098** | **11,942,505** | **37,022,604** |
| | | | |
| **Pasivos No Corrientes** | | | |
| Deuda a Largo Plazo | - | - | - |
| **Total Pasivos No Corrientes** | **-** | **-** | **-** |
| | | | |
| **Patrimonio Neto** | | | |
| Capital Acciones | 867 | 16,508,686 | 16,509,553 |
| Capital Adicional Pagado | 39,386,504 | - | 39,386,504 |
| Capital en Exceso del Valor Par | - | 22,999 | 22,999 |
| Sobrante de Operaciones | | | |
| Regulatorio | 24,633,855 | 15,941,762 | 40,575,617 |
| Libros | (11,962,780) | (14,175,007) | (26,137,787) |
| Total Sobrante de Operaciones | 12,671,075 | 1,766,756 | 14,437,831 |
| **Total Patrimonio Neto** | **52,058,446** | **18,298,441** | **70,356,887** |
| | | | |
| **TOTAL PASIVO Y PATRIMONIO NETO** | **77,138,544** | **30,240,946** | **107,379,490** |

[20]    Un cambio importante que se introduce en la versión anterior de este reporte y lo diferencia de versiones
previamente presentadas ante la ORIL es que en el caso de Suiza Dairy se cuenta con un préstamo de Citibank
que devenga intereses y se incluye en las cuentas por pagar.

Como se puede observar, el monto correspondiente al devengado para la estimación del patrimonio incluye el acumulado de los años 2002, 2003 y 2004.  Este monto debe ser revisado de acuerdo a lo sugerido en la **Sección III.C** para que incluya el balance histórico a la fecha estimado a partir de los resultados operacionales y depurado de situaciones extraordinarias.

### 3.    Tasa de Rentabilidad

De acuerdo a los resultados del estudio presentado por el testigo experto en tasa de retorno Wayne P. Olson,[21] la tasa de retorno después de impuestos para los elaboradores corresponde a 14.36%.  Así mismo, la tasa de rentabilidad antes de impuestos corresponde a 14.94% (usando una tasa del 39 % en el 10 % que debe pagar impuestos).

## B.    Estimación del Margen del Elaborador

Tal como se explicó en la **Sección III.B,** el margen del elaborador corresponde a la división del requerimiento de ingresos por el volumen de ventas.  El volumen de ventas durante el período registró 270,139,928 cuartillos de leche por lo que se estima un volumen de ventas de 264,574,384 cuartillos de leche con una reducción de 2.06% como se explica en la Sección **III.B**.  De esta manera, el margen del elaborador es de 37.6 centavos por cuartillo.

El **Cuadro 6** presenta el volumen de ventas de los elaboradores correspondiente al año 2004 para el cálculo del margen del elaborador.

**Cuadro 6:  Volumen de Ventas de los Elaboradores, Enero-Diciembre 2004**

|  | Suiza Dairy | Tres Monjitas | Consolidado |
|---|---|---|---|
|  | -------------------------------- cuartillos -------------------------------- | | |
| En Carton | 12,092,274 | N/A | N/A |
| En Envases Plasticos | 165,628,372 | N/A | N/A |
| **Total** | **177,720,646** | **92,419,282** | **270,139,928** |
| **Proyectado (2.06%)** |  |  | **264,574,384** |

---

[21]    Affidavit Of Wayne P. Olson, CFA, CPA, on behalf of Suiza Dairy Corp., 26 de agosto de 2003.

## Bibliografía

Affidavit Of Wayne P. Olson, CFA on behalf of Suiza Dairy Corp., 26 de agosto de 2003.

Bluefield Water Works & Improvement Company v. PSC of West Virginia., 262 U.S. 679 (1923).

Denver vs. Denver Union Water Company, 246 U.S. 178 (1918).

Erba, Eric M.; Aplin, Richard D.; and Stephenson, Mark W. (1997): "An Analysis of Processing and Distribution Productivity and Costs in 35 Fluid Milk Plants", Cornell Program on Dairy Markets and Policy.

Freyre, Jorge F. (2001): "Estudio de la Situación Económica Actual de las Plantas Elaboradoras de Leche.  Enero-Junio de 2001", septiembre.

Goodman, Leonard Saul (1998): "The Process of Ratemaking", Public Utilities Reports, Inc., Volumen I.

Goodman, Leonard Saul (1998): "The Process of Ratemaking", Public Utilities Reports, Inc., Volumen II.

Kahn, Alfred E. (1988): "The Economics of Regulation", Vol. 1, MIT Press: Cambridge, MA, Reprint.

Molina Fernández, José F. (2001): "La Industria Lechera en Puerto Rico".

NARUC (1976): "Uniform System of Accounts for Class A and B Electric Utilities 1976", National Association of Regulatory Utility Commissioners.

Oficina de Estadísticas Agrícolas (2003): "Estudio Económico Exhaustivo de la Industria Lechera de Puerto Rico Fase Agrícola, Año 1997", agosto.

ORIL (1989): "Reglamento Número 1 de la Industria Lechera", Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico.

ORIL (2002): "Informe Anual Año Fiscal 2001- 2002",  Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, julio.

ORIL (2003): "Informe Anual Año Fiscal 2002- 2003",  Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, julio.

Bibliografía

ORIL (2004): "Informe Anual Año Fiscal 2003- 2004",  Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, julio.

ORIL (2005): "Precio de Liquidación al Ganadero para la Quincena del 5 de Mayo al 18 de Mayo de 2005"  Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, mayo,

Phillips, Charles F., Jr, (1993):  "The Regulation of Public Utilities", Public Utility Reports Inc., Arlington, Virginia

Re Bay State Gas Co., 139 PUR4th 3,31 (Mass. DPU, 1992).

Re US West Communications, Inc., 165 PUR4th 235, 278-79 (UTA PSC, 1995).

Treasury of Commonwealth of Puerto Rico (2001): "Tax Schedules".

Wilcox vs. Consolidated Gas Company, 212 U.S. 19 (1909).

# Anexo A: Competencia Desigual con la Leche UHT

Uno de los cambios más visibles de la industria lechera en Puerto Rico es la enorme expansión del mercado de leche UHT en años recientes.  El propósito de este anexo es argumentar que dicho cambio tiene una enorme incidencia en el mercado lácteo de la Isla, incidencia que lamentablemente ha sido muy nociva, tanto para los ganaderos como para los elaboradores de leche fresca.  Para ello en la **Sección A** primero se presenta un breve resumen de la regulación de la producción de leche en Puerto Rico, ya que ésta define el costo del insumo lácteo para los elaboradores.  Luego, en la **Sección B** se trata el tema de la regulación y competencia en el mercado de leche fluida procesada.  Primero se analiza específicamente la competencia desigual que existe entre la leche fresca y leche UHT y luego se repasa la experiencia de mercado reciente, señalando las debilidades que existen.  En la **Sección C** se elabora sobre las consecuencias previsibles de mantenerse la actual situación del mercado de leche fluida.  Básicamente, se utiliza un modelo económico para cuantificar los efectos económicos de esta competencia desigual, bajo distintos escenarios de sustitución.  Por último, en la **Sección D** se presentan las principales conclusiones y recomendaciones.

## A.     Regulación de la Producción de Leche en Puerto Rico

Uno de los principales alcances de la regulación lechera es la determinación de precios.  La regulación de precios abarca distintas etapas de la cadena de suministro.  Ello incluye la fijación de precios mínimos al productor y los precios máximos de reventa, tanto a nivel mayorista como minorista.  En la etapa de producción se fijan precios mínimos para leche de cuota (retenida) y la leche excedente.  Los precios vigentes son: $0.66125 por cuartillo para la leche retenida y $0.10 para la leche excedente.

La regulación de precios opera bajo el principio que el productor recibe un precio combinado (ponderado) de la leche retenida y excedente.  El precio que recibe una vaquería individual no depende de la composición de sus propias ventas sino que se establece a partir de la participación relativa de ambos tipos de leche en el conjunto del mercado.  En todo caso, el productor tiene asegurado un determinado precio promedio anual mínimo, que hoy en día esta fijado en $0.55 por cuartillo.

El **Gráfico 2** muestra la manera como se establecen los precios al nivel del productor.  En ausencia de un mecanismo de regulación, el precio de la leche se establece (como en cualquier otro mercado) mediante la intersección de la oferta y demanda, de manera tal que se obtiene un precio competitivo ($P_c$) que corresponde a un volumen de equilibrio competitivo $Q_c$.  En cambio, la regulación establece un precio mínimo de la leche retenida igual a $P_R$ (=$0.66125), que resulta en un volumen de leche retenida equivalente a $Q_R$.  Cualquier volumen de leche excedente se cotiza a un precio mucho menor $P_E$ (=$0.10), mientras que el productor recibe un precio combinado (ponderado) de ambos tipos de leche.  De esta manera el productor percibe una curva de demanda ligeramente más alta (por efecto de la ponderación de precios mínimos) lo que se traduce en una cantidad de oferta algo mayor que la correspondiente a un mercado no regulado.  Por esta misma razón el precio regulado supera el precio uniforme de mercado que existiría en ausencia de regulación. La contraparte de este precio más alto es una mayor producción de leche, lo que eleva la seguridad de suministro, y que es precisamente uno de los

objetivos que persigue la regulación.  En caso que el precio combinado de la leche ($P_C$) no logre alcanzar el nivel mínimo establecido ($0.55), entonces le corresponde a Indulac hacer los aportes necesarios para lograr el propósito que las vaquerías alcancen el precio mínimo.

**Gráfico 2:  Precio de Leche al Productor**



Nota:
R = retenida; C = combinada; M = mercado; E = excedente

# B.    Regulación y Competencia en el Mercado de Leche Fresca Procesada

A diferencia de muchos otros lugares en los que la regulación de precios de la leche fluida solo abarca la etapa de producción, en Puerto Rico la regulación también alcanza la etapa de elaboración y distribución.  En particular, el ORIL fija precios máximos de venta la leche fresca tanto al nivel mayorista como minorista.  De esta manera, los elaboradores de leche fresca enfrentan precios regulados tanto en la compra del insumo proveniente de las vaquerías como en la venta del producto procesado.

La leche fresca compite con la leche UHT (Ultra High Temperature) de larga duración en el mercado de leche fluida.  Indulac compra la leche excedente de los elaboradores, por la cual los ganaderos perciben de los elaboradores un precio de $0.10 por cuartillo, y la utiliza para fabricar productos lácteos, entre ellos la leche UHT.  También hay importación de este tipo de leche, básicamente de Estados Unidos y Canadá, pero Indulac es el principal suministrador en este mercado.

## 1.    Competencia Desigual entre la Leche Fresca y Leche UHT

En realidad, la leche UHT es un bien sustituto de la leche fresca, pero su precio de venta no se halla sujeto a regulación.  En agosto de 2004 este tipo de leche se vendía a un precio mayorista de alrededor de $0.83 por cuartillo.  Dado su carácter sustituto, y la forma asimétrica como se regula el precio de ambos tipos de leche fluida, el mercado UHT (no regulado) es capaz de incidir fuertemente en el tamaño y evolución del mercado de leche fresca (regulado).

El **Gráfico 3** ilustra la interacción entre los mercados de leche fresca y leche UHT.  El público consumidor tiene una cierta preferencia por la leche fluida, la que tratándose de productos sustitutos puede ser canalizada hacia la leche fresca o leche UHT.  Uno de los factores básicos que determinan la participación de mercado de los dos tipos de leche son sus precios, los que dependen de sus costos de producción.  La parte superior del **Gráfico 3** muestra una situación de equilibrio en ambos mercados, en donde se indican los correspondientes precios (P), costos del insumo lácteo (CL) y la cantidad demandada (Q).  En el caso de la leche fresca su precio ($P_F$) es regulado al igual que el costo la leche retenida ($CL_R$), que es su principal insumo.  En cambio, el costo de la leche excedente ($CL_E$) utilizada para la fabricación del producto UHT también se regula pero a un precio bastante menor, mientras que el precio de venta de la leche UHT es libre.  La parte inferior de esta figura muestra la manera como se estable el equilibrio en el mercado de leche fluida, a partir de "curvas de respuesta" de ambos tipos de productores[22].  Solo hay un punto de equilibrio en el que las curvas de los productores de leche fresca (F) y leche UHT (U) se cruzan, definiendo así la cantidad suministrada de ambos tipos de leche.

---

[22]    Esencialmente, cada curva representa la cantidad de leche que cada tipo de productor (de leche fresca o UHT) puede suministrar al mercado dado un nivel de oferta del otro tipo de productor.  Dado que la demanda de leche fluida es limitada, un mayor suministro por parte de un tipo de productor implica necesariamente un menor suministro del producto sustituto.

Anexo A: Competencia Desigual con la Leche UHT

**Gráfico 3: Determinación de los Precios de la Leche Fresca**



Uno de los fenómenos recientes del mercado UHT es el relativo abaratamiento del precio de este tipo de leche, posibilitado en buena medida por el bajo precio de la leche excedente y por el ingreso de UHT importada a precios sumamente competitivos. El **Gráfico 4** ilustra el caso de una modificación en la participación de mercado de la leche UHT a raíz de un abaratamiento de los insumos lácteos empleados en su suministro. El gráfico en la parte inferior muestra que al abaratarse el insumo la curva de respuesta del oferente UHT se desplaza a la derecha. Para un mismo nivel de precios el oferente tiene la capacidad de suministrar una mayor cantidad de leche UHT. Con el desplazamiento de la curva de respuesta $R_U$ se produce un desplazamiento del consumo a favor de la leche UHT, razón por la que logra una mayor participación de mercado. La parte superior del gráfico muestra el mismo resultado. Básicamente, al reducirse el costo de suministro de la leche UHT se abarata su precio, lo que eleva el consumo de este mercado. Simultáneamente se produce una expansión del mercado a raíz de que algunos de los consumidores de leche fresca optan por consumir leche UHT.

De esta manera la ventaja de costos de la leche UHT le permite ganar participación de mercado. Tal ventaja proviene del hecho que Indulac tiene acceso al insumo lácteo a un precio bastante bajo (apenas $0.10) y que los importadores traen el producto a precios sumamente ventajosos,

Anexo A: Competencia Desigual con la Leche UHT

lo que ha llevado a sospechar a agentes de la industria que se hace uso de dumping y/u otras prácticas comerciales de carácter predatorio.  De hecho, los elaboradores de leche fresca no tienen las mismas ventajas y flexibilidad de precios que tienen los proveedores de leche UHT ya que su insumo lácteo cuesta mucho más y sus precios de venta son enteramente regulados. Por lo tanto, esta asimetría en la regulación de precios, aunada al enorme diferencial en los costos de producción en ambos tipos de leche, implica el desarrollo de una competencia desigual en detrimento de la leche fresca.

**Gráfico 4:  Cambio en la Participación de Mercado de la Leche UHT**



## 2.    Experiencia Reciente

¿Cuál es el resultado de esta competencia desigual?  En primer lugar se observa un fuerte crecimiento en la participación de mercado de la leche UHT.  En el año fiscal terminado en 1995 la participación de la leche UHT en el mercado de leche fluida era de 8.4 por ciento, en el año fiscal terminado en 2000 este porcentaje se elevó a 14.2 por ciento, mientras que en el año

Anexo A: Competencia Desigual con la Leche UHT

fiscal terminado en 2004 alcanzó un 20.3 por ciento[23].  El **Gráfico 5** muestra este proceso claramente.  El mercado de leche fluida fluctúa alrededor de los 350 millones de cuartillos al año desde mediados de la década de los años noventa.  Sin embargo, durante este período el consumo de leche fresca sostiene un claro declive mientras que el consumo de la leche UHT ha venido creciendo, particularmente la producida por Indulac.  En otras palabras, mientras que el mercado de la leche fluida permanece relativamente estable, la distribución de las participaciones en el mismo han venido cambiando a favor del consumo de la leche UHT y en detrimento del consumo de la leche fresca.

**Gráfico 5:  Asimetría en las Ventas de Leche Fresca y Leche UHT (Indulac e Importada), Años Fiscales 1989-90 al 2003-04**



Este fuerte cambio en la composición de mercado no es el único efecto ocasionado por la competencia desigual de la leche UHT.   De acuerdo al esquema de regulación actual los elaboradores de leche fresca realizan contribuciones que a la postre benefician la producción de leche UHT, precisamente el bien que sustituye la leche fresca.  A su vez, los elaboradores

---

[23]   ORIL (1993-2004). "Informe Anual Año Fiscal" Oficina de la Reglamentación de la Industria Lechera. Departamento de Agricultura, Puerto Rico, julio 1993-2004.

Anexo A: Competencia Desigual con la Leche UHT

reciben $0.015 por cuartillo por concepto de transporte, pero en realidad este cuesta $0.02 por cuartillo por lo que ellos tienen que absorber la diferencia, de acuerdo a lo informado por los elaboradores.  El **Cuadro 7** muestra la contribución de los elaboradores en el caso de unos volúmenes de transacción que no distan mucho de lo observado en períodos recientes.  Se observa que debido al diferencial de precios entre la leche retenida y la leche excedente los elaboradores pagan $ 0.09354/cuartillo por encima del costo real de la leche a precios de mercado, mientras que Indulac paga a $ 0.46771 por debajo del precio real del mercado.  Evidentemente esto constituye una transferencia de los elaboradores a Indulac que posibilita la producción de leche UHT con un precio del insumo de sólo $0.10.  Dado los volúmenes utilizados en este ejemplo, ello representa una transferencia total de $28 millones a Indulac.

**Cuadro 7:  Contribución de los Elaboradores al Suministro de Leche UHT**

|  | Volumen | $/Cuartillo | $ |
|---|---|---|---|
| Retenida | 300,000,000 | 0.64125 | 192,375,000 |
| Excedente | 60,000,000 | 0.10000 | 6,000,000 |
| Total | 360,000,000 | 0.55104 | 198,375,000 |
| Costos de Mercado |  |  |  |
| Insumo Entregado a Indulac | 60,000,000 | 0.55104 | 33,062,500 |
| Insumo Usado por Elaboradores | 300,000,000 | 0.55104 | 165,312,500 |
| Costos Reales |  |  |  |
| Indulac | 60,000,000 | 0.10000 | 6,000,000 |
| Elaboradores | 300,000,000 | 0.64125 | 192,375,000 |
| Reducción de Costos de Suministro |  |  |  |
| Recibido por Indulac |  |  |  |
| Costo de Mercado | 60,000,000 | 0.55104 | 33,062,500 |
| Costo Real | 60,000,000 | 0.10000 | 6,000,000 |
| Ayuda de los Elaboradores | 60,000,000 | 0.45104 | 27,062,500 |
| Pagado por los Elaboradores |  |  |  |
| Costo Real | 300,000,000 | 0.64125 | 192,375,000 |
| Costo de Mercado | 300,000,000 | 0.55104 | 165,312,500 |
| Ayuda a Indulac | 300,000,000 | 0.09021 | 27,062,500 |

Otro aspecto sumamente importante es que el crecimiento del mercado de leche UHT puede conducir a que las vaquerías acaben obteniendo un valor agregado comparativamente menor.  Ello se debe a que a medida que aumenta la cantidad de leche excedente (que se utiliza principalmente para la producción de leche UHT) el precio ponderado que recibe el ganadero se reduce.  Si el 100 por ciento de la leche producida es leche retenida entonces el productor obtendría un ingreso de $0.64125 por cuartillo, cantidad que se va reduciendo a medida que crece el volumen de leche excedente.[24]  El **Cuadro 8** muestra un caso en el que se produce una reducción de la leche excedente (de 30 millones de cuartillos) sin que se produzca un cambio en el volumen total de la leche producida.  Se ve que el productor obtiene un ingreso adicional de $16,2 millones.  Por lo tanto, a los ganaderos tampoco les conviene que se produzca una expansión del mercado de leche UHT alimentado por un creciente superávit de leche

---

[24]    Aunque el precio pagado por los elaboradores asciende a $0.66125 por cuartillo de leche retenida, los ganaderos solamente reciben $0.64125, ya que de los $0.66125, $0.015 son destinados a cubrir costos de transporte y $0.005 son destinados al FFIL.

excedente.  Por el contrario, los ganaderos se benefician con la existencia de escasos niveles de
leche excedente.  En realidad, el propósito original de la regulación era que los excedentes solo
fueran un fenómeno transitorio, y no que se convirtieran en algo muy significativo y recurrente
como viene ocurriendo en el último período.

**Cuadro 8:  Impacto de la Leche UHT en el Ingreso de los Ganaderos**

| | Volumen | $/Cuartillo | $ |
|---|---|---|---|
| Leche UHT | | | |
| Retenida | 300,000,000 | 0.64125 | 192,375,000 |
| Excedente | 60,000,000 | 0.10000 | 6,000,000 |
| Total | 360,000,000 | 0.55104 | 198,375,000 |
| Leche UHT a Precio Mayor a Leche Fresca | | | |
| Retenida | 330,000,000 | 0.64125 | 211,612,500 |
| Excedente | 30,000,000 | 0.10000 | 3,000,000 |
| Total | 360,000,000 | 0.59615 | 214,612,500 |
| Ingreso Adicional Ganaderos | 360,000,000 | 0.04510 | 16,237,500 |

Los elaboradores de leche fresca operan esencialmente con un margen administrado debido a la
combinación de precios mínimos (de compra) y precios máximos (de venta) de leche a lo que
están sujetos.  En cambio, Indulac tiene una mayor flexibilidad comercial dado que el precio de
la leche UHT no está regulado y el precio del insumo lácteo es sumamente bajo.  En resumen,
el elaborador de leche fresca no está en condiciones de competir con la leche UHT en igualdad
de condiciones debido a tres razones básicas:

- Indulac recibe el insumo principal a un precio muy ventajoso debido a las
  transferencias de los elaboradores que permiten cubrir la brecha con el costo real;

- Los descuentos que otorgan los elaboradores no fueron reconocidos en sus costos
  por parte del ORIL; y

- Los precios de la leche UHT importada son sumamente bajos, obviamente menores
  a los que se observan en el continente, lo que sugiere la posibilidad de un dumping
  comercial u otras medidas de carácter predatorio.

La industria en su conjunto se beneficiaría con un mercado de leche fresca sano y pujante en
lugar de contar con un creciente mercado de leche UHT.

## C.    Consecuencias Previsibles de la Actual Situación del Mercado de
Leche Fresca

De mantenerse el actual esquema de regulación de precios y la expansión artificial del mercado
UHT no es difícil prever un empeoramiento de la situación de la industria al punto de entrar en
crisis.  De hecho, el rasgo más saltante de que hay un fuerte desequilibrio en la industria

lechera es la persistencia de los excedentes de leche y su creciente conversión en leche UHT. Inicialmente los excedentes de leche eran resultado de una divergencia transitoria entre la oferta y la demanda.  Indulac fue creada justamente con el propósito de absorber estos excedentes por medio de la manufactura de productos lácteos.  Hoy en día, el procesamiento de excedentes ha adquirido vida propia ya que se ha convertido en una actividad comercial cuyo rubro principal (UHT) compite directamente con la leche fresca.  De esta manera, la leche fresca viene perdiendo terreno, lo que obra en contra de uno de los objetivos principales de la regulación que es la de garantizar un beneficio razonable a todos los sectores que integran la industria (productores y elaboradores).

A fin de cuantificar el deterioro económico que se tendría de persistir la actual tendencia de sustitución de leche fluida procedimos a realizar una simulación de mercado.  Para esta simulación se utiliza un modelo económico que asume, siguiendo la tendencia reciente del mercado de leche fluida, una continua sustitución entre la leche fresca y la leche UHT.  En tal sentido, se decide proyectar tres posibles escenarios para los próximos cuatro años fiscales que representan diferentes grados de sustitución de leche:

- Sustitución acelerada, caso en el que la leche UHT aumenta su participación de mercado a razón de un 2.5% por año;

- Sustitución latente (base), en la que se produce un aumento de participación de 1.5% anual; y

- Sustitución lenta, corresponde a un aumento anual en la participación de mercado de un 0.5%.

Para fines de la simulación el modelo económico toma como referencia la situación de la industria en el año fiscal 2003-04.  Partiendo de esa base se proyecta el crecimiento de un conjunto de variables económicas (volúmenes, precios y costos de la leche) utilizando para ello el comportamiento observado en los años previos (año fiscal 1998—99 en adelante).  Se asume que en el proceso de sustitución de leche fresca intervienen varios factores de mercado.  Entre ellos se destaca una política de precios agresiva por parte de los suministradores de leche UHT (Indulac e importadores).  También se asume que se realiza una fuerte introducción de la leche UHT mediante publicidad y campañas de promoción comercial (distribución de muestras gratis y actividades similares).  El modelo no evalúa específicamente el rol de cada uno de estos factores sino que considera directamente su posible efecto conjunto sobre la evolución prevista de la participación de mercado.  El modelo permite estimar la variación (anual y acumulada) del excedente de los Elaboradores, ingreso de las vaquerías y aportes de Indulac a los productores.

Hubo necesidad de adoptar un conjunto de supuestos más específicos para fines de efectuar los cálculos del modelo.  Los supuestos referidos a volúmenes de leche son:

- Los totales de leche producida y consumida se obtienen a partir de tasas de crecimiento anual promedio;

Anexo A: Competencia Desigual con la Leche UHT

- Se asume que la leche UHT importada mantiene una participación constante de 4.69% del mercado (consistente con su comportamiento histórico);

- La cantidad de leche UHT proyectada se calcula tomando en cuenta su proporción en el total de leche fluida y los supuestos respecto a los cambios en su participación de mercado;

- El volumen de leche UHT de Indulac se calcula por diferencia; y

- El volumen de leche fresca también se calcula por diferencia (leche fluida menos leche UHT), y las cantidades asignadas a Suiza Dairy y Tres Monjitas se obtienen asumiendo una proporción fija con base histórica (65.88% Suiza Dairy y el resto Tres Monjitas).

Los supuestos referidos a los costos de la elaboración de leche son:

- Los costos de elaboración tienen dos componentes:

  1. Costo variable (que se asume que es el mismo en términos unitarios para distintos niveles de producción) incluye tanto el costo de la leche cruda como los gastos de operación y mantenimiento; y

  2. Costo fijo (que no depende de los volúmenes de producción).

- Los costos se expresan en valores unitarios y estos niveles se ajustan a partir de sus respectivas tasas de crecimiento anual promedio.

Finalmente, los supuestos referidos a los precios de la leche son:

- El precio que obtiene el ganadero resulta del precio ponderado entre la leche retenida ($0.64125) y la leche excedente ($0.10). Por lo tanto, el precio final depende de la composición del uso de la leche;

- El precio del ganadero esta sujeto a un piso de $0.55, de modo que si el precio promedio cae por debajo de este nivel, Indulac hace los aportes necesarios para cubrir la diferencia; y

- Las cifras de precios del elaborador y leche UHT corresponden a precios promedios;

El **Gráfico 6** y el **Cuadro 9** muestran los resultados del modelo. Algo que llama la atención en el **Gráfico 6** es que los resultados del 2005-06 presentan menos pérdidas que los del año fiscal previo. Esta disminución de las pérdidas de las elaboradoras, responde a los aumentos recientes en los precios de la leche. Sin embargo, el aumento de precio reduce las pérdidas pero no las elimina ni plantea una solución al problema de los elaboradores. El aumento de precios simplemente disminuye las pérdidas de la industria en un período limitado. En subsecuentes períodos, las pérdidas siguen aumentando paulatinamente. En otras palabras, el

aumento de precios no hace más que proveer un alivio temporal, prolongando la agonía de la industria.

**Gráfico 6:  Pérdidas Proyectadas de las Plantas Elaboradoras**



El **Cuadro 9** presenta los resultados de la proyección en mayor detalle.  En el caso de sustitución latente (base) de la leche fresca por UHT se puede observar que tanto Suiza Dairy como Tres Monjitas sufren pérdidas en cada uno de los cuatro años de proyección.  En el caso de Suiza Dairy, la pérdida acumulada durante todo el período asciende a $29.3 millones de dólares, en tanto que la pérdida de Tres Monjitas es $16.6 millones de dólares.  Los ingresos de los ganaderos alcanzan $700.6 millones de dólares en forma acumulada, pero si se toman en cuenta las contribuciones compensatorias de Indulac, estos ingresos alcanzan $765.7 millones de dólares.

Como se puede notar, a medida que aumenta el nivel de sustitución de la leche fresca por leche UHT, los ingresos de la industria se reducen, ya que las pérdidas de los elaboradores aumentan. Asimismo, a medida que la leche UHT de Indulac gana mercado respecto a la leche fresca, mayores son los aportes que debe hacer Indulac para alcanzar el precio mínimo garantizado a los ganaderos

Los resultados del modelo de simulación claramente sugieren que de continuar las tendencias observadas en años recientes, la industria de leche sufriría un empeoramiento sustancial y

permanente con respecto a la situación actual.  Los elaboradores seguirán obteniendo pérdidas indefinidamente con la actual estructura de precios.  Por último, los ganaderos reciben relativamente un menor ingreso debido a que los excedentes por encima del precio mínimo se reducen cada vez más.

**Cuadro 9:  Costo Económico para Puerto Rico en el Caso Base (miles de dólares)**

| Escenario | Años Fiscales | | | | Cuatro Años |
|---|---|---|---|---|---|
| *Substitución Lenta (0.5%)* | 2004-05 | 2005-06 | 2006-07 | 2007-08 | 2004-08 |
| Beneficios (Perdida) Suiza Dairy | (7,624) | (5,136) | (6,193) | (7,545) | (26,498) |
| Beneficios (Perdida)Tres Monjitas | (4,595) | (2,359) | (3,556) | (4,109) | (14,618) |
| Ingresos Ganaderos con Contribución de Indulac | 186,984 | 193,933 | 192,911 | 191,895 | 765,723 |
| Ingresos Ganaderos sin Contribución de Indulac | 178,907 | 181,727 | 180,044 | 178,371 | 719,049 |
| Contribución de Indulac | 8,077 | 12,205 | 12,867 | 13,524 | 46,674 |
| *Resultados Cumulativos de la Industria* | 174,764 | 186,438 | 183,163 | 180,241 | 724,606 |
| *Substitución Latente (1.5%)* | | | | | |
| Beneficios (Perdida) Suiza Dairy | (7,903) | (5,716) | (7,032) | (8,605) | (29,256) |
| Beneficios (Perdida)Tres Monjitas | (4,755) | (3,029) | (4,050) | (4,745) | (16,579) |
| Ingresos Ganaderos con Contribución de Indulac | 186,984 | 193,933 | 192,911 | 191,895 | 765,723 |
| Ingresos Ganaderos sin Contribución de Indulac | 177,106 | 178,027 | 174,492 | 170,983 | 700,608 |
| Contribución de Indulac | 9,878 | 15,906 | 18,419 | 20,913 | 65,115 |
| *Resultados Cumulativos de la Industria* | 174,325 | 185,188 | 181,829 | 178,546 | 719,888 |
| *Substitución Acelerada (2.5%)* | | | | | |
| Beneficios (Perdida) Suiza Dairy | (8,182) | (6,016) | (7,871) | (9,664) | (31,734) |
| Beneficios (Perdida)Tres Monjitas | (4,915) | (3,686) | (4,544) | (5,381) | (18,527) |
| Ingresos Ganaderos con Contribución de Indulac | 186,984 | 193,933 | 192,911 | 191,895 | 765,723 |
| Ingresos Ganaderos sin Contribución de Indulac | 175,305 | 174,327 | 168,941 | 163,594 | 682,167 |
| Contribución de Indulac | 11,678 | 19,606 | 23,970 | 28,301 | 83,556 |
| *Resultados Cumulativos de la Industria* | 173,886 | 184,230 | 180,496 | 176,850 | 715,462 |

## D.    Conclusiones

Los resultados de este Anexo muestran claramente que la notable expansión del mercado de leche UHT a expensas del mercado de la leche fresca tiene un efecto muy nocivo en los demás segmentos de la industria.  Esencialmente se está produciendo un crecimiento artificial del consumo UHT en detrimento del consumo de leche fresca.  No se debe olvidar que uno de los objetivos de la regulación es fomentar el consumo de leche fresca puesto que ésta es la que garantiza el mayor ingreso para el productor y la mayor estabilidad de mercado.  Dado el actual esquema de regulación los elaboradores de leche fresca no cuentan con la misma flexibilidad que los suministradores de leche UHT (especialmente Indulac) por lo que se da una situación de competencia desigual.

Esta situación requiere de una pronta solución o de lo contrario la industria va a seguir acumulando una pérdida millonaria.  Al respecto, se considera que hay tres tipos de medida que ameritan una seria consideración:

1.  Es necesario que el marco regulatorio se oriente a reducir e incluso eliminar los excedentes de leche, en lugar de mantenerlos o incrementarlos como viene

ocurriendo.  Estos excedentes son los que permiten la producción de leche UHT a un costo artificialmente bajo;

2. Se requiere un buen alineamiento de los precios de productos lácteos de modo que se eviten serias distorsiones de sus precios relativos.  Una de las maneras que ello se puede lograr es estableciendo una política de precios mínimos para los productos lácteos, de modo que evite el uso de prácticas predatorias y que los precios no logren reflejar los reales costos de producción; y

3. Es conveniente que se abra el mercado de manera que todos los elaboradores (incluyendo Indulac) puedan competir en igualdad de condiciones en la fabricación de cualquier producto lácteo.

## Anexo B: Fórmula del Requerimiento de Ingresos

Teóricamente, el requerimiento de ingresos consiste en estimar el nivel de ingreso apropiado que el inversionista debería recibir por haber invertido un capital en el negocio de la leche en el mercado Elaborador. La construcción del requerimiento de ingresos se ilustra de manera simple en la siguiente fórmula:

$$RI_{ME} = GO_{ME} + TRP_{ME} \cdot BA_{ME}$$

Donde,

$RI_{ME}$     : Requerimiento de ingresos de la empresa en el mercado elaborador
$GO_{ME}$     : Gastos operativos de la empresa en el mercado elaborador
$TRP_{ME}$     : Tasa de retorno ponderada[25] con impuestos de la empresa en el mercado elaborador
$BA_{ME}$     : Base de activos de la empresa en el mercado elaborador

Los gastos operativos son simplemente los costos no capitalizados que la empresa incurre al proveer el servicio. Ellos incluyen los rubros de gastos en operación y mantenimiento, gastos en administración y depreciación.

La tasa de retorno representa el costo promedio ponderado del financiamiento a través de instrumentos de deuda y capital propio de la empresa (equity). Para que la empresa construya un requerimiento de ingresos que remunere a los inversores de deuda y capital propio (su costo de oportunidad de capital), todos los impuestos a los ingresos relevantes deben ser incluidos en el cálculo. Esto significa que la tasa de retorno podría ser calculada sobre una base después de impuestos, ajustando hacia arriba el costo de oportunidad del capital a través de la tasa del capital propio para contemplar el pago del impuesto a los ingresos. Multiplicando la tasa de retorno por la base de activos permite a la empresa recuperar sus costos de capital.[26]

Finalmente, la base de activos es el stock de capital de la empresa, neta de depreciación acumulada, más el capital de trabajo que se considera útil en la provisión del servicio.

En su forma extendida, el requerimiento de ingresos teórico para el Elaborador es:

$$RI_{ME} = OM_{ME} + CA_{ME} + D_{ME} + TRP_{ME} \cdot (AFN_{ME} + CT_{ME})$$

---

[25]    Matemáticamente, el costo de capital está compuesto por diversas clases de capital utilizado por la empresa tales como deuda, acciones ordinarias y acciones comunes que se ponderan sobre la base de una apropiada estructura de capital. Esta ponderación comúnmente se denomina el costo promedio ponderado de capital (Weighted Average Cost of Capital o WACC) que usualmente se simplifica agrupando los tipos de capital en dos categorías: deuda y capital propio. Otros ejemplos de tipos de capital pueden ser la deuda a corto plazo y los impuestos diferidos. Si la deuda a corto plazo se ha convertido en una parte permanente de la financiación de la empresa, entonces se debe incluir. Los Impuestos diferidos se han incluido en algunos casos particulares en los EEUU.

[26]    No existe estándar que no sea ambiguo para establecer una tasa de retorno justa. Una buena discusión de las consideraciones relevantes involucradas (con respecto a prácticas económicas y precedentes legales en los Estados Unidos) se encuentran en Kahn, Alfred E. (1988): "The Economics of Regulation", Vol. 1, (MIT Press: Cambridge, MA, Reprint), pp. 42-54.

Donde,

$RI_{ME}$        : Requerimiento de ingresos de la empresa en el mercado Elaborador
$OM_{ME}$     : Costos de operación y mantenimiento de la empresa en el mercado Elaborador
$CA_{ME}$      : Costos administrativos de la empresa en el mercado Elaborador
$D_{ME}$        : Depreciación de la empresa en el mercado Elaborador
$I_{ME}$         : Impuestos de la empresa en el mercado Elaborador
$TR_{ME}$      : Tasa de retorno con impuestos de la empresa en el mercado Elaborador
$AFN_{ME}$   : Activo fijo neto de la empresa en el mercado Elaborador
$CT_{ME}$      : Capital de trabajo de la empresa en el mercado Elaborador

Como observamos anteriormente en la ecuación extendida del requerimiento de ingresos, la base de activos en el mercado Elaborador ($BA_{ME}$) se define como el valor del activo fijo neto de la empresa en el mercado Elaborador más el capital de trabajo en el mercado Elaborador ($CT_{ME}$) de acuerdo a la siguiente fórmula:

$$BA_{ME} = AFN_{ME} + CT_{ME}$$

Sin embargo, la base de activos neta se puede expresar de diferentes formas equivalentes dependiendo de: (1) la disponibilidad de información y (2) características contables dónde se esté estimando el precio regulado. Para el caso de Puerto Rico, se ha asumido la siguiente alternativa equivalente:

$$\mathbf{BA_{ME} = PN_{ME} + DLP_{ME}}$$

Donde,

$BA_{ME}$      : Base de activos de la empresa en el mercado Elaborador
$PN_{ME}$      : Patrimonio neto de la empresa en el mercado Elaborador
$DLP_{ME}$   : Deuda de largo plazo de la empresa en el mercado Elaborador

La anterior transformación lineal surge de hacer las siguientes operaciones algebraicas. El capital de trabajo se puede expresar en términos del activo corriente y el pasivo corriente de la siguiente manera:

$$CT_{ME} = AC_{ME} - PC_{ME}$$

Donde,

$CT_{ME}$      : Capital de trabajo de la empresa en el mercado Elaborador
$AC_{ME}$      : Activo corriente de la empresa en el mercado Elaborador
$PC_{ME}$      : Pasivo corriente de la empresa en el mercado Elaborador

Adicionalmente, dado que el activo fijo neto es equivalente al activo no corriente, reemplazando se obtiene lo siguiente:

$$BA_{ME} = ANC_{ME} + CT_{ME}$$

$$= ANC_{ME} + AC_{ME} - PC_{ME}$$

Anexo B: Fórmula del Requerimiento de Ingresos

$$= A_{ME} - PC_{ME}$$

Donde,
$ANC_{ME}$      : Valor del activo no corriente de la empresa en el mercado Elaborador
$A_{ME}$        : Valor del activo de la empresa en el mercado Elaborador

Considerando que la deuda de largo plazo es equivalente al pasivo no corriente se obtiene lo siguiente:

$$BA_{ME} - PNC_{ME} = A_{ME} - PC_{ME} - PNC_{ME}$$

$$BA_{ME} - PNC_{ME} = A_{ME} - P_{ME}$$

$$BA_{ME} - PNC_{ME} = PN_{ME}$$

$$BA_{ME} = PN_{ME} + PNC_{ME}$$

$$\mathbf{BA_{ME} = PN_{ME} + DLP_{ME}}$$

Donde,
$BA_{ME}$      : Base de activos de la empresa en el mercado Elaborador
$A_{ME}$        : Valor del activo de la empresa en el mercado Elaborador
$PC_{ME}$      : Pasivo corriente de la empresa en el mercado Elaborador
$PNC_{ME}$     : Pasivo no corriente de la empresa en el mercado Elaborador
$PN_{ME}$      : Patrimonio neto de la empresa en el mercado Elaborador
$DLP_{ME}$     : Activo no corriente de la empresa en el mercado Elaborador

Por lo tanto, el requerimiento de ingresos para el elaborador en su forma extendida se puede re-expresar de la siguiente forma:

$$RI_{ME} = OM_{ME} + CA_{ME} + D_{ME} + TRP_{ME} \cdot (PN_{ME} + DLP_{ME})$$

Dado que la tasa de retorno para una empresa a la que se le remunera su activo fijo neto y su capital de trabajo es resultado de un costo promedio ponderado de su deuda y capital propio dado por la siguiente ecuación:

$$TRP_{ME} = (TR_{ME} \cdot PN_{ME} + R_{ME} \cdot DLP_{ME}) / (PN_{ME} + DLP_{ME})$$

Donde,
$R_{ME}$        : Costo de la deuda de largo plazo.

$$RI_{ME} = OM_{ME} + CA_{ME} + D_{ME} + R_{ME} \cdot DLP_{ME} + TR_{ME} \cdot PN_{ME}$$

$$RI_{ME} = OM_{ME} + CA_{ME} + D_{ME} + GF_{ME} + TR_{ME} \cdot PN_{ME}$$

Donde,

Anexo B: Fórmula del Requerimiento de Ingresos

$GF_{ME}$     : Gastos financieros de la empresa en el mercado elaborador que son equivalentes a $R_{ME} \cdot DLP_{ME}$.

Finalmente, simplificando se obtiene lo presentado en la **Sección .III.A.1.** Cabe notar que el patrimonio neto es equivalente al "Net Worth".

$$RI_{ME} = GO_{ME} + TR_{ME} \cdot PN_{ME}$$

$$\mathbf{RI_{ME} = GO_{ME} + TR_{ME} \cdot NW_{ME}}$$

Donde,

$RI_{ME}$     : Requerimiento de ingresos de la empresa en el mercado Elaborador

$GO_{ME}$     : Gastos operativos de la empresa en el mercado Elaborador

$TR_{ME}$     : Tasa de retorno de la empresa con impuestos en el mercado Elaborador

$NW_{ME}$     : Net Worth de la empresa en el mercado Elaborador

# Anexo C: Honorarios del Operador

Normalmente se firman Contratos de Asistencia Técnica (CAT) entre una empresa regulada y un operador técnico (que generalmente es un representante del accionista mayoritario). El CAT ha sido tradicionalmente un elemento más en la base tarifaria de empresas reguladas. Tanto en el caso de la relación entre empresas holdings y subsidiarias en los EEUU como en las empresas que surgieron a través de los procesos de privatización. En este último caso, los gobiernos han entendido que de esta manera se asegura la transferencia técnica entre un operador de reconocida trayectoria internacional hacia la empresa privatizada. Consecuentemente, los usuarios de los servicios ofrecidos por la empresa se ven beneficiados en mejoras de calidad, seguridad y confiabilidad en el servicio y eventualmente en términos tarifarios.

Adicionalmente, el operador técnico que es el que percibe los honorarios de los CATs carga con la responsabilidad de la operación de la empresa y es responsable ante los accionistas por cualquier evento controlable. Ello justifica que perciba una remuneración por sus servicios.

Debido a que los desarrollos tecnológicos son procesos dinámicos y no estáticos, la transferencia de tecnología es un proceso recurrente difícil de eliminar. Argumentar que la idea que hasta la fecha se ha realizado "suficiente" transferencia tecnológica y cortar el cordón umbilical entre el operador y la empresa, es equivalente a negarle a los usuarios del servicio el derecho a recibir los beneficios asociados al desarrollo de la empresa. El derecho de los usuarios que las empresas proveedoras de sus servicios le suministren recurrentemente mejor servicio por su costo (por ejemplo servicio más confiable y seguro) es algo que han entendido los reguladores. Es por ello que usualmente los contratos de asistencia técnica son incluidos en la base tarifaria. Adicionalmente al dinamismo, los procesos ya implantados por el operador son propios y por lo tanto las empresas benefactoras de dichos procesos deben abonar licencias anuales por su uso y disfrute (funcionan como las licencias informáticas) a través del contrato de operación.

En los EEUU existen precedentes regulatorios consistentes con la posición de permitir los CATs (denominados como *Management Fees* u Honorario del Operador). Particularmente, se manifiesta el principio de reciprocidad. Se imputa como costo cuando recibe asistencia tecnológica y se imputa como ingreso cuando la presta. Por ejemplo, el regulador de Massachussets, DPU, establece que los costos intangibles que benefician a los usuarios por más de un año deben ser capitalizados e incluidos en la base tarifaria[27]. Este concepto en los EEUU ha sido estandarizado en el manual de cuentas regulatorias para las empresas eléctricas formulado por NARUC (National Association of Regulatory Utility Commissioners)[28].

Adicionalmente, el regulador del estado de Utah (Public Service Comission) estableció que el honorario de operador es un intangible que debe ser incorporado en la revisión tarifaria como un

---

[27]   Tales costos incluyen software de computador y costos de organización. Re Bay State Gas Co., 139 PUR4th 3,31 (Mass. DPU, 1992).

[28]   Específicamente, la cuenta Nº 923 "Servicios Externos Empleados", establece que debe incluir honorarios de supervisión y gastos pagados bajo contratos de servicios generales de administración. NARUC (1976): "Uniform System of Accounts for Class A and B Electric Utilities 1976", National Association of Regulatory Utility Commissioners, páginas 160-161.

ingreso para la empresa holding y como un costo para la empresa subsidiaria.  Particularmente, estableció lo siguiente:

> "Por ejemplo, un honorario de operador pagado por una empresa subsidiaria de cable a una empresa regulada de telecomunicaciones fue homologado como un honorario por transferencia de 'goodwill adquirido'; los gerentes han transferido experticia de la empresa en tecnología, marketing y administración los cuales han sido adquiridos ampliamente bajo fondos pagados por los usuarios"[29].

---

[29]    Re US West Communications, Inc., 165 PUR4th 235, 278-79 (UTA PSC, 1995).

# Anexo D: Regulación del Margen de Elaboración de Leche Fresca

Es importante describir los aspectos fundamentales establecidos en el marco regulatorio de la leche fresca en Puerto Rico con el fin de establecer los precios regulados.  Para ello es necesario en principio resumir los aspectos importantes de la elaboración de la leche fresca y su marco regulatorio.

## A.     Elaboración de la Leche Fresca en Puerto Rico[30]

El panorama financiero de los elaboradores no es promisorio.  Su volumen total de ventas cuenta con una tendencia de disminución en los últimos años.  Los volúmenes de ventas fueron de 275.3 millones de cuartillos, 285.6 millones de cuartillos y 291.3 millones de cuartillos en los años fiscales 2004, 2003, y 2002, respectivamente.  Esto representó una disminución en el volumen de ventas de 5.49 % entre julio de 2001 y junio de 2004[31].

Similarmente, se observa una tendencia de disminución en las ventas en dólares las cuales registraron $240.0 millones, $250.0 millones y $254.7 millones en los años fiscales terminados en 2004, 2003 y 2002 respectivamente.  La disminución para el período fue del 5.77 %[32].

Esta disminución del volumen de ventas de leche fresca, mayoritariamente ocasionada por la competencia desigual con la leche UHT, implica que los costos fijos de los procesadores deban ser afrontados con un menor nivel de ingresos, incrementando las pérdidas de operación año a año (como se muestra en el **Gráfico 1**).

En contraste con la disminución en las ventas de leche fresca, las ventas de leche UHT han aumentado.  Por ejemplo, Indulac ha reportado un aumento gradual en las ventas de 42.1

---

[30]   Para escribir esta sección se consultaron los siguientes documentos (lista no exhaustiva): Oficina de Estadísticas Agrícolas (2003): "Estudio Económico Exhaustivo de la Industria Lechera de Puerto Rico Fase Agrícola, Año 1997", agosto; ORIL (2002): "Informe Anual Año Fiscal 2001-2002",  Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, julio; y ORIL (2003): "Informe Anual Año Fiscal 2002-2003",  Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, julio.  "Informe Anual Año Fiscal 2003-2004",  Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, julio. Tabla 23. pagina 52.

[31]   Se observa que en los últimos años, el volumen total de ventas de leche fresca de Suiza Dairy Corporation ha caído anualmente.  Mientras en el año fiscal terminado en junio de 2002 la empresa vendió 190.3 millones, en junio de 2003 vendió 187.9 millones y en 2004 vendió 181.3 millones.   Esto representa una disminución promedio anual de la demanda del 2.39% y una disminución total del 4.74% durante el período comprendido entre julio de 2001 y junio de 2004.  Para el caso de Tres Monjitas, se observa que el volumen total de ventas también cuenta con una tendencia de disminución en los últimos años.  Mientras en el año fiscal del 2004 se registraron 93.97 millones de cuartillos de ventas de leche fresca, en 2003 se registraron 97.7 millones y en 2002 se registraron 100.9.  Esto representó una disminución del 6.91 % en el periodo completo.

[32]   La disminución en el volumen de ventas de Suiza Dairy viene asociado con una disminución de los ingresos.  La empresa registró ventas $166.4 millones, $164.5 millones y $157.4 millones para los años fiscales terminados en junio de 2002, 2003 y 2004 respectivamente.  Esto representa una caída anual promedio del 2.71% que registra una caída en el período comprendido entre julio 2001 y junio de 2004 de 5.38%.  Las ventas de Tres Monjitas mostraron una caída en el último año del 3.45 %.  Las ventas registraron $82.5 millones, $85.5 millones y $88.3 millones en los años fiscales terminados en 2004, 2003 y 2002 respectivamente.

Anexo D: Regulación del Margen de Elaboración de Leche Fresca

millones, 44.8 millones, y 48.4 millones de cuartillos para los años naturales del 2001, 2002 y 2003, respectivamente. Esto representó ventas de $30 millones, $32 millones y $35.4 millones para los años naturales 2001, 2002 y 2003, respectivamente.[33]

Esta tendencia puede observarse al analizar todo el mercado de leche en Puerto Rico. Mientras que el total de leche consumida (leche fresca más leche UHT) en Puerto Rico se ha mantenido relativamente estable en los últimos años, la leche fresca ha disminuido y la leche UHT ha aumentado. Esto puede observarse en el **Gráfico 5**(**Anexo A**).

Dado que esta tendencia de la leche UHT se mantendría en los años siguientes, de no haber cambios regulatorios, las pérdidas de operación de los elaboradores serían incrementales año a año, lo cual ocasionaría eventualmente la insolvencia (y eventual quiebra) de los elaboradores.

## B.    Regulación de la Leche Fresca

Al igual que en otros sitios, Puerto Rico introdujo la regulación lechera a mediados de los años cincuenta con el propósito de prevenir las crisis periódicas por las que atravesaba la industria. Su objetivo primordial era lograr que en la isla se produzca leche de calidad en cantidad suficiente para cubrir la demanda local a un precio razonable para el consumidor, y que a la vez se garanticen beneficios razonables a todos los sectores que integran la industria (productores, elaboradores y distribuidores). Atendiendo este objetivo se crearon las siguientes entidades:

- Industria Lechera de Puerto Rico (INDULAC), 1955;
- Oficina de la Reglamentación de la Industria Lechera (ORIL), 1956;
- Fondo para el Fomento de la Industria Lechera (FFIL), 1957; y
- A inicios de los años 1980s, se produjo una fuerte crisis de la industria lo que dio lugar a la creación del Fondo de Estabilización de Precios (FEP) en 1985.

En parte debido a la estabilidad otorgada por el marco regulatorio, la industria lechera se ha desarrollado al punto de convertirse en la principal actividad agrícola de Puerto Rico. Sin embargo, han aparecido deficiencias que últimamente se vienen acentuando, particularmente en lo que respecta a las señales de precios y a su impacto en la etapa de elaboración.

## 1.    Marco Regulatorio

Uno de los principales alcances de la regulación lechera es la determinación de precios. La regulación de precios abarca distintas etapas de la cadena de suministro. Ello incluye la fijación de precios mínimos al productor y los precios máximos de reventa, tanto a nivel mayorista como minorista. En la etapa de producción se fijan precios mínimos para leche de cuota (retenida) y la

---

[33]    ORIL (2003): "Informe Anual Año Fiscal 2002- 2003", Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, julio, Tabla 35, página 63.

Anexo D: Regulación del Margen de Elaboración de Leche Fresca

leche excedente.  Los precios vigentes son: $0.66125 por cuartillo para la leche retenida. y $0.10 para la leche excedente.

La regulación de precios opera bajo el principio que el productor recibe un precio combinado (ponderado) de la leche retenida y excedente.  El precio que recibe una vaquería individual no depende de la composición de sus propias ventas sino que se establece a partir de la participación relativa de ambos tipos de leche en el conjunto del mercado.  En todo caso, el productor tiene asegurado un determinado precio mínimo, que hoy en día está fijado en $0.55[34] por cuartillo.  Los aportes para este propósito, de ser necesarios, provienen de Indulac.  A su vez, el FFIL y el FEP se nutren en parte con aportes de los productores[35].  Respecto a las etapas posteriores, el ORIL fija los precios de la leche fresca a nivel mayorista y minorista considerando la estructura de costos de los elaboradores y distribuidores.

En el caso de los elaboradores (Suiza Dairy y Tres Monjitas), éstos enfrentan precios regulados tanto en la compra del insumo básico como en la venta del producto procesado.  Los elaboradores actualmente compran la leche de los productores a un precio de $0.66125/cuartillo.  Durante el 2004, la leche retenida para pasteurización se compró a $0.62125/cuartillo y se vendió a un precio de aproximadamente $0.8718/cuartillo[36].  A su vez, Indulac compra la leche excedente de los elaboradores a un precio de $0.10/cuartillo, y la utiliza para fabricar productos lácteos, entre ellos la leche UHT.  La leche UHT es un bien sustituto de la leche fresca, pero su precio de venta no es regulado.  Durante el año calendario 2003 la leche UHT se vendió a nivel mayorista a precios en un nivel aproximado de $0.73 por cuartillo.[37]

Dada la forma asimétrica como se regula el precio de la leche fresca y la leche UHT, el mercado UHT que no es regulado es capaz de incidir fuertemente en el tamaño y evolución del mercado de los elaboradores que es regulado.  Los elaboradores realizan una contribución obligatoria a Indulac debido a que pagan más que el promedio por el insumo mientras que Indulac recibe dicha diferencia como un menor precio neto.  Dado que la leche UHT compite con la leche fresca, Indulac (que tiene el monopolio de producción) recibe una contribución por parte de los elaboradores para competir contra ellos.  Esto representa una competencia desigual.

---

[34]  ORIL (2005): "Precio de Liquidación al Ganadero para la Quincena del 5 de Mayo al 18 de Mayo de 2005" Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, mayo, página 1.

[35]  Anteriormente los elaboradores también aportaban al FFIL.

[36]  ORIL (2004): "Informe Anual Año Fiscal 2003- 2004", Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, julio, página 12.

[37]  ORIL (2003): "Informe Anual Año Fiscal 2003- 2004",  Oficina de la Reglamentación de la Industria Lechera, Departamento de Agricultura, Puerto Rico, julio, Tabla 35.  De acuerdo a lo informado por las elaboradoras el precio de la leche UHT a nivel mayorista en el mes de agosto de 2004 se sitúa a $0.83 por cuartillo.

## 2.        Componentes del Precio Regulado de la Leche

El precio regulado de la leche tiene cuatro componentes.  El precio del productor, el margen del elaborador, el margen del mercado minorista y costos de transporte y comisiones de agente.[38]  La siguiente fórmula ilustra la relación entre los cuatro componentes:

$$P = P_P + P_{ME} + P_{MM} + T\&C$$

Donde,

| | |
|---|---|
| P | : Precio de la leche al consumidor final; |
| $P_P$ | : Precio recibido por el productor de leche fresca; |
| $P_{ME}$ | : Margen del Elaborador de leche fresca; |
| $P_{MM}$ | : Margen del minorista de leche fresca; |
| T&C | : Costos de transporte y comisiones de agente. |

Cada uno de los componentes del precio de la leche representa mercados diferentes que se ven afectados por riesgos y factores diferentes.  Por lo tanto, es fundamental aislar el cálculo de cada uno de los componentes para llegar al precio final de la leche.  Este informe de experto se enfoca únicamente en la estimación de $P_{ME}$.

# C.        Competencia Desigual con la Leche UHT

La notable expansión del mercado de leche UHT en Puerto Rico tiene un efecto muy nocivo en los demás segmentos de la industria.  Esencialmente se está produciendo un crecimiento artificial del consumo UHT en detrimento del consumo de leche fresca.

No se debe olvidar que uno de los objetivos de la regulación es fomentar el consumo de leche fresca.  Esta leche es la que garantiza el mayor ingreso para el productor y la mayor estabilidad de mercado.  Dado el actual esquema de regulación, los elaboradores no cuentan con la misma flexibilidad[39] que los suministradores de leche UHT (especialmente Indulac) por lo que a todas luces se da una situación de competencia desigual.  El **Anexo A** presenta un detallado análisis sobre este tema.

De mantenerse el actual esquema de regulación de precios y la expansión artificial del mercado UHT no es difícil prever un empeoramiento de la situación de la industria al punto de entrar en crisis.  De hecho, el rasgo más saltante de que hay un fuerte desequilibrio en la industria lechera es la persistencia de los excedentes de leche y su creciente conversión en UHT.  Inicialmente, los excedentes de leche eran resultado de una divergencia transitoria entre la oferta y la demanda.  Indulac fue creada justamente con el propósito de absorber estos excedentes por medio de la manufactura de productos lácteos.  Hoy en día, el procesamiento de excedentes ha adquirido vida

---

[38]    En los informes presentados en 2003 y 2004 se explicó que había tres componentes.  En dicha ocasión, el componente "costos de transporte y comisiones de agente" estaba incluido en alguno de los otros precios y/o márgenes.

[39]    Los suministradores de leche UHT no tienen precios regulados y reciben el insumo a menor precio.

Anexo D: Regulación del Margen de Elaboración de Leche Fresca

propia ya que se ha convertido en una actividad comercial cuyo rubro principal (UHT) compite directamente con la leche fresca.

De esta manera, la leche fresca viene perdiendo terreno, lo que obra en contra de uno de los objetivos principales de la regulación que es la de garantizar un beneficio razonable a todos los sectores que integran la industria.

# Anexo E: Marco Teórico Regulatorio

La determinación de precios regulados requiere: 1) una serie de principios que son generales; 2) un conjunto de reglas claras; y 3) distintos juegos de libros contables.

## A.      Principios que Gobiernan las Revisiones de Precios

La práctica regulatoria que se basa en los principios de prudencia, utilidad y transparencia en los procesos de revisión tarifaria garantiza un ejercicio transparente.  Estos principios ayudan a dirimir las diferencias de opinión sobre los tipos de inversiones que pueden obtener un retorno y los tipos de gastos que deberían ser incluidos en el cálculo tarifario.  Estos tres principios son los siguientes:

- Prudencia: solamente gastos de capital que han sido comprados o construidos en forma "prudente" son permitidos para su inclusión en la "base de precios"[40]. Cualquier importe devengado en gastos de capital que entra en una de las siguientes categorías es excluido:

    - Realizado en forma innecesaria; y

    - Realizado en forma fraudulenta.

- Utilidad: solamente los gastos que proveen o son capaces de brindar o mejorar el producto para los consumidores son permitidos en el cálculo de precios[41].

- Transparencia: tanto las presentaciones de las empresas reguladas como las decisiones del regulador deben ser transparentes[42].

Cuando un activo o gasto no cumple con alguno de estos principios, normalmente es excluido del cálculo de precios.  Algunas categorías de activos que usualmente son excluidas son, entre otras: propiedades usadas para propósitos especulativos, propiedades alquiladas a otras entidades, inversión en propiedades usadas para otras operaciones de la empresa, etc.

---

[40]   "Si la Agencia [Regulatoria] encuentra que los costos han sido imprudentes, puede decidir legalmente que los consumidores no compartan la carga financiera de estos costos", Goodman, Leonard Saul (1998): "The Process of Ratemaking", Public Utilities Reports, Inc., Volumen II, página 819.

[41]   "Independientemente del método de valuación ejercido sobre la base tarifaria, ha sido ampliamente sostenido que los inversionistas tienen el derecho a un retorno únicamente sobre la porción de su inversión que ha sido utilizada y es útil al servicio público prestado", Bluefield Water Works & Improvement Co. v. PSC of W.Va., 262 U.S. 679 (1923); Denver v. Denver Union Water Co., 246 U.S. 178 (1918); Wilcox v. Consol. Gas Co., 212 U.S. 19 (1909), presentado por  Goodman, Leonard Saul (1998): "The Process of Ratemaking", Public Utilities Reports, Inc., Volumen II, páginas 799-800.

[42]   Ver "Honest, Economic and Efficient Management", Goodman, Leonard Saul (1998): "The Process of Ratemaking", Public Utilities Reports, Inc., Volumen II, Parte 13, página 839.

En el ámbito de una regulación de tasa de retorno o "cost-plus", es necesario tener presente que los costos regulatorios de la empresa regulada se pasan a los consumidores a través de los precios.  Para evitar inflar estos costos administrativos, es recomendable evitar requerimientos innecesarios de información, diseñar procedimientos de cálculo simples, realizar solicitudes de información detallada de manera razonable, contar con una frecuencia moderada en las solicitudes de información y sustentar las decisiones de no inclusión de costos o activos de las empresas reguladas para el cálculo de los precios de acuerdo a los principios de prudencia y utilidad en base a precedentes.

## B.      Conjuntos de Reglas Para el Cálculo de Precios Regulados

Existen tres juegos de reglas para determinar precios regulados en cualquier industria regulada, cuya interrelación se ilustra en el **Gráfico** 7, según se explica a continuación:

1.  El primer juego de reglas corresponde a aquellas que permiten determinar el requerimiento de ingresos.  Es decir, el primer aspecto en el cálculo práctico de los precios regulados consiste en medir los costos que la compañía incurre para ofrecer sus servicios.  Ésta debe recobrar sus gastos operativos (incluyendo depreciación) más un retorno al capital;

2.  El segundo juego de reglas corresponde a las que permiten diseñar y establecer los precios regulados.  Es decir, determinar la estructura adecuada de los precios que permita la recolección de ese requerimiento de ingreso; y

3.  El tercer juego de reglas consiste en aquellas que determinan los ajustes y modificaciones hacia el futuro.

Anexo E: Marco Teórico Regulatorio

**Gráfico 7:  Tres Conjuntos de Reglas Necesarias para Determinar un Precio Regulado**



1.  Reglas para determinar  el Requerimiento de Ingresos (RI)

*Reglas*

RI = Costos de Operación & Mantenimiento + Costos Administrativos
+ Depreciación + Impuestos + Tasa de Retorno • Net Worth

2. Reglas para determinar  el Precio Regulado

*Reglas*

Requerimiento de Ingresos → Precio Regulado

3.  Reglas para modificar  el Precio Regulado

*Reglas*

Precios del primer año → Fórmula de ajuste → Precios para el resto del año

## C.     Libros Regulatorios

La estructuración de precios regulados requiere de información contable y técnica específica que no siempre se encuentra en los libros contables tradicionales de la empresa.  Los libros tradicionales son los libros comerciales que contienen información destinada a los accionistas y los libros impositivos para las autoridades fiscales.  Por ejemplo, un regulador puede exigir modificaciones en la incorporación de los activos o alternativas al manejo de la inflación para definir el precio regulatorio los cuales requieren modificaciones a la información en los libros comerciales e impositivos.  Por lo tanto, cada regulador encuentra necesario exigir a sus empresas reguladas los libros de cuentas regulatorias que consoliden su información en la forma requerida para lograr definir objetivamente los precios regulados.

El **Gráfico 8** a continuación describe los tres juegos de libros con que cuenta una empresa regulada.  Aunque son tres juegos de libros diferentes, la información con los que se consolida cada uno de ellos es la misma.

Anexo E: Marco Teórico Regulatorio

**Gráfico 8:  Tres Juegos de Libros**



**Las Cuentas Regulatorias son Uno de Tres Grupos de Cuentas**

Información Contable
y Técnica

**Libros
Comerciales**
Información para
el accionista

**Libros
Regulatorios**
Información para
el regulador o la
autoridad que

calcula los precios

**Libros
Impositivos**
Información para
las autoridades
fiscales

Los libros Comerciales
responden a preguntas
sobre las ganancias y la
salud financiera de la
empresa.

Los libros regulatorios se
utilizan para estimar
precios.

Los libros impositivos se
utilizan para la
presentación y el pago de
impuestos.

La misma información se utiliza para distintos propósitos.

# NERA
Economic Consulting

## APPLIED RESEARCH, INC.
PO Box 360287, San Juan, Puerto Rico 00936-0287

NERA Economic Consulting
200 Clarendon Street, 35th Floor
Boston, Massachusetts 02116
Tel:  +1 617 621 0444
Fax: +1 617 621 0336
www.nera.com

Applied Research Inc.
PO Box 360287
San Juan, Puerto Rico 00936-0287
Tel:  +1 787 281 0530
Fax: +1 787 281 0590