UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

<u>ORDER CONCERNING LETTER FROM FACULTY OF THE UNIVERSITY OF PUERTO RICO</u>

        The Court has received and reviewed an "open letter" captioned as a "Petition to extend the period to approve Puerto Rico Financial Adjustment Plan proposed by the Financial Oversight Management Board of Puerto Rico" (Docket Entry No. 19355 in Case No. 17-3283, the "Motion") from ten unrepresented faculty members (the "Movants") of the University of Puerto Rico (the "UPR") stating, among other things, that their "many attempts to present [their] concerns in the November 9th hearings through the court's public website were unsuccessful," that they are in the process of compiling a list of research and academic programs that are undermined by the current UPR budget imposed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), and that they "request an extension of the period to receive arguments associated with the proposed Fiscal Adjustment Plan (FAP) for Puerto Rico under PROMESA and include UPR's scientific workforce in the discussions." (Mot. at 1.)

        Members of the public may submit correspondence in connection with these proceedings at any time by emailing the correspondence to SwainDPRCorresp@nysd.uscourts.gov. Because UPR is not among the Title III Debtors, and

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

the issues identified in the Motion appear principally to concern the exercise of the Oversight Board's powers under Title II of PROMESA, rather than the specific issues that must be addressed in resolving the Oversight Board's motion for confirmation of the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 19117 in Case No. 17-3283, as may be supplemented or amended, the "Plan"), the Motion for an extension of deadlines applicable to the confirmation proceedings is DENIED.

This Order resolves Docket Entry No. 19355 in Case No. 17-3283.

SO ORDERED.

Dated: November 29, 2021

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge