UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO,
et al.,

          Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-----------------------------------------------------------x

NOTICE OF CORRESPONDENCE RECEIVED BY THE COURT

The Court has received and reviewed the attached correspondence, described below, from interested persons in the above-captioned cases. Although the Court cannot respond individually to all of those who have expressed their thoughts or concerns, the Court is deeply mindful of the impact of the fiscal crisis on lives, institutions, and expectations, and of the importance of the issues that are raised in these unprecedented cases.

1.    Email dated November 23, 2021 from Carlos J. Corrada Bravo
2.    Email dated November 23, 2021 from Dalice M. Pinero Cruz
3.    Email dated November 23, 2021 from Dalice M. Pinero Cruz

---

[1] The Debtors in these title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481), (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686), (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

4.      Email dated November 23, 2021 from Edwin Garcia
5.      Email dated November 23, 2021 from Edwin Ramos
6.      Email dated November 23, 2021 from Elvia Melendez-Ackerman
7.      Email dated November 23, 2021 from Eugenio Santiago
8.      Email dated November 23, 2021 from James David Ackerman Jr.
9.      Email dated November 23, 2021 from Jose Delgado
10.     Email dated November 23, 2021 from Jose R. Ortiz Ubarri
11.     Email dated November 23, 2021 from Mayra Rivera
12.     Email dated November 23, 2021 from Miriam Cruz
13.     Email dated November 23, 2021 from Miriam Cruz
14.     Email dated November 23, 2021 from Patricia Ordonez
15.     Email dated November 23, 2021 from Rafael Arce Nazario
16.     Email dated November 23, 2021 from Victor M. Munoz
17.     Email dated November 23, 2021 from Wanda E. Morales
18.     Email dated November 24, 2021 from Ana Dorta
19.     Email dated November 24, 2021 from Ana Dorta
20.     Email dated November 24, 2021 from Ayleen Malavez
21.     Email dated November 24, 2021 from Edna Marcano
22.     Email dated November 24, 2021 from Ivet Santiago
23.     Email dated November 24, 2021 from Jose Torres
24.     Email dated November 24, 2021 from Myriam Vargas
25.     Email dated November 24, 2021 from Myriam Vargas
26.     Email dated November 24, 2021 from Partricia Burrowes
27.     Email dated November 24, 2021 from Reinaldo Collazo
28.     Email dated November 24, 2021 from Reinaldo Collazo
29.     Email dated November 24, 2021 from Sahid Echegaray
30.     Email dated November 24, 2021 from Sonia de la Cruz
31.     Email dated November 24, 2021 from Vilma Flores
32.     Email dated November 24, 2021 from Yolanda Matos
33.     Email dated November 24, 2021 from Zaida Alvarez
34.     Email dated November 26, 2021 from Gladys Colon
35.     Email dated November 26, 2021 from Iris Minerva
36.     Email dated November 26, 2021 from Jose Ortiz
37.     Email dated November 27, 2021 from Reinaldo Collazo
38.     Email dated November 27, 2021 from Rose Rivera Matta
39.     Email dated November 27, 2021 from Zaida Alvarez
40.     Email dated November 28, 2021 from Amarilis Sanchez
41.     Email dated November 28, 2021 from Amarilys Morales
42.     Email dated November 28, 2021 from Amaury Concepcion
43.     Email dated November 28, 2021 from Anelly Reyes Figueroa

44.     Email dated November 28, 2021 from Angel Vega
45.     Email dated November 28, 2021 from Anibal Cruz
46.     Email dated November 28, 2021 from Aracelis Rivera-Sastre
47.     Email dated November 28, 2021 from Brenda Guilbe
48.     Email dated November 28, 2021 from Bruno Soto
49.     Email dated November 28, 2021 from Carlos Caraballo
50.     Email dated November 28, 2021 from Carlos Reyes
51.     Email dated November 28, 2021 from Carlos Robles
52.     Email dated November 28, 2021 from Carmen Rodriguez
53.     Email dated November 28, 2021 from David Latorre
54.     Email dated November 28, 2021 from David Vazquez
55.     Email dated November 28, 2021 from Diana Rosa
56.     Email dated November 28, 2021 from Eddie Pereira
57.     Email dated November 28, 2021 from Eileen
58.     Email dated November 28, 2021 from Elisin Sanchez
59.     Email dated November 28, 2021 from Elisin Sanchez
60.     Email dated November 28, 2021 from Elsa Miro Torres
61.     Email dated November 28, 2021 from Ernesto Otero
62.     Email dated November 28, 2021 from Gladysmar Rivera
63.     Email dated November 28, 2021 from Hector Lopez Rivera
64.     Email dated November 28, 2021 from Iduvina Rios
65.     Email dated November 28, 2021 from Jaime Mont
66.     Email dated November 28, 2021 from Jesus Arroyo
67.     Email dated November 28, 2021 from Jesus Arroyo
68.     Email dated November 28, 2021 from Jesus Marquez
69.     Email dated November 28, 2021 from Jesus Marquez
70.     Email dated November 28, 2021 from Jesus Oquendo
71.     Email dated November 28, 2021 from John Rullan
72.     Email dated November 28, 2021 from Jose Aponte
73.     Email dated November 28, 2021 from Jose M. Medina
74.     Email dated November 28, 2021 from Jose Mayzonet
75.     Email dated November 28, 2021 from Jose Ortiz Ortolaza
76.     Email dated November 28, 2021 from Jose Vazquez
77.     Email dated November 28, 2021 from Juan L. Ramos Aviles
78.     Email dated November 28, 2021 from Juan Rivera
79.     Email dated November 28, 2021 from Junny De Jesus
80.     Email dated November 28, 2021 from Lourdes Moreno
81.     Email dated November 28, 2021 from Luz Rivera
82.     Email dated November 28, 2021 from Magda Molina
83.     Email dated November 28, 2021 from Magda Molina

84.    Email dated November 28, 2021 from Magda Molina
85.    Email dated November 28, 2021 from Manuel Rivera
86.    Email dated November 28, 2021 from Maritza Morales
87.    Email dated November 28, 2021 from Maritza Morales
88.    Email dated November 28, 2021 from Maritza Rosario
89.    Email dated November 28, 2021 from Marta Ferrer
90.    Email dated November 28, 2021 from Marta Marin Daleccio
91.    Email dated November 28, 2021 from Mayra Berrios
92.    Email dated November 28, 2021 from Medalia Roman
93.    Email dated November 28, 2021 from Miguel Cartagena
94.    Email dated November 28, 2021 from Miguel Santiago
95.    Email dated November 28, 2021 from Milton Hoyos Torres
96.    Email dated November 28, 2021 from Nereida Santiago
97.    Email dated November 28, 2021 from Neribel Del Toro
98.    Email dated November 28, 2021 from Pedro Marquez
99.    Email dated November 28, 2021 from Raquel Ramirez
100.   Email dated November 28, 2021 from Rene A. Sauri Santiago
101.   Email dated November 28, 2021 from Ricardo Gonzalez
102.   Email dated November 28, 2021 from Rosalia Reyes Laguer
103.   Email dated November 28, 2021 from Sarah Ojeda
104.   Email dated November 28, 2021 from Sonia Rodriguez
105.   Email dated November 28, 2021 from Vanessa Berrios
106.   Email dated November 28, 2021 from Vanessa Marrero
107.   Email dated November 28, 2021 from Victor Nieves
108.   Email dated November 28, 2021 from Wanda I. Rodriguez
109.   Email dated November 28, 2021 from Zaida Alvarez
110.   Email dated November 28, 2021 from Zoraya Maria Moreno Escobar
111.   Email dated November 29, 2021 from Felix David Serrano Rodriguez
112.   Email dated November 29, 2021 from Gladys Cordero
113.   Email dated November 29, 2021 from Katherine Diaz
114.   Email dated November 29, 2021 from Manuel Rivera
115.   Email dated November 29, 2021 from Mayra Castro Ortiz
116.   Email dated November 29, 2021 from Mikey Rivera
117.   Email dated November 29, 2021 from Reinaldo Collazo
118.   Email dated November 29, 2021 from Roxie Martin
119.   Email dated November 29, 2021 from Wanda Collazo


Dated: November 29, 2021

██████████

| | |
|---|---|
| **From:** | CARLOS J. CORRADA BRAVO ██████████████ |
| **Sent:** | Tuesday, November 23, 2021 12:08 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | PROMESA Title III Case No 17-BK-3283 |

**CAUTION - EXTERNAL:**

Dear Hon Judge Taylor Swain:

My name is Carlos J Corrada Bravo. At the following link: LINK you will find a letter with a joint petition by the Alliance for Science in the UPR to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Our voices have not been represented in this process and they need to be heard.

At this moment the petition has more than 100 signatures from UPR scientists, including ex deans and directors.

The petitions can be accessed publicly at https://www.upr-science-alliance.org

Respectfully,
Carlos J Corrada Bravo

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Sarah DeJesus**

| | |
|---|---|
| **From:** | RAFAEL AUGUSTO ARCE NAZARIO ███████████ |
| **Sent:** | Tuesday, November 23, 2021 10:03 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | PROMESA Title III Case No 17-BK-3283 |
| **Attachments:** | Petition to extend the period to approve Puerto Rico Financial Adjustment Plan proposed by the Financial Oversight Management Board of Puerto Rico.pdf |

<mark>**CAUTION - EXTERNAL:**</mark>


Dear Hon Judge Taylor Swain:

My name is Rafael Arce Nazario.  Please find attached a letter with a joint petition by the Alliance for Science in the UPR to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Our voices have not been represented in this process and they need to be heard.

At this moment the petition has close to 100 signatures from UPR scientists, including ex deans and directors.

The petitions can be accessed publicly at https://www.upr-science-alliance.org

Respectfully,

Rafael Arce Nazario
Professor, Department of Computer Science
████████████████████████████

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

**Sarah DeJesus**

| | |
|---|---|
| **From:** | DALICE MARIE PINERO CRUZ ███████████████ |
| **Sent:** | Tuesday, November 23, 2021 9:55 AM |
| **To:** | NYSD Swain Corresp |
| **Cc:** | ███████████████ |
| **Subject:** | PROMESA Title III Case No 17-BK-32 |
| **Attachments:** | Carta.para.el.23.de.nov_UPR.pdf |

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Hon Judge Laura Taylor Swain:

I am a Professor and Faculty Researcher at the University of Puerto Rico, Rio Piedras Campus. Please find a letter with a joint petition by the Alliance for Science in the UPR to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Our voices have not been represented in this process.

Respectfully,
Dalice M. Piñero Cruz

**Dr. Dalice M. Piñero Cruz**
**Associate Professor of Chemistry**
University of Puerto Rico, Rio Piedras Campus


**Director,**
**UPR MSRC Single Crystal X-ray Diffraction Facility**


<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | Edwin Garcia █████████████ |
| **Sent:** | Wednesday, November 24, 2021 8:09 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Law 80 |

CAUTION - EXTERNAL:


Honorable Taylor swain my name is Edwin Garcia my spouse works in the goberment of PR since 1984 and she is waiting for you to aprobe law 80 she is very sick with differents things for over 35 years  of work but the only way  that she can retire is if you do pass the law 80 with only 50% of her salary that it will be 1,400 por month .hope your honor can understand the filings of 3989 No esencial workers that are working for a over 35 years and cant retire.  They only will receive 50% of the salary .The other 50% is for the economy of the goberment hope 🙏that God illuminated you and thank you and merry Christmas to you and your family.

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Edwin Ramos ████████████ |
| **Sent:** | Tuesday, November 23, 2021 10:19 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Necesitamos la aprobación ley 80 |

CAUTION - EXTERNAL:


Saludos, Dios la colme de mucha salud y bendiciones. Llevo en mi trabajo sobre 30 años trabajando de sol a Sol. Le di los mejores años de mi vida al gobierno de Puerto Rico. Cuando comencé rápido me gane mi permanencia. En aquel momento firme bajo unas condiciones especificas, entre ellas poder aspirar a un retiro de un 75% de mi sueldo. Hoy 30 años después es inhumano que que a estas alturas de mi vida yo me retire con un sueldo que no me dará solo para pagar Luz y agua. Si tuviera 20 Años de edad no habría problemas, por que tendría una toda una vida para prepararme para mi retiro. Por favor autorice la ley 80 que por lo menos nos podríamos retirar con algo de dinero para ayudarnos a vivir


Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Elvia Melendez-Ackerman ████████████ |
| **Sent:** | Tuesday, November 23, 2021 9:32 AM |
| **To:** | NYSD Swain Corresp |
| **Cc:** | ████████████ |
| **Subject:** | PROMESA Title III Case No 17-BK-3283 |
| **Attachments:** | Carta.para.el.23.de.nov_UPR.pdf |

**CAUTION - EXTERNAL:**

Dear Hon Judge Laura Taylor Swain:

I am a Professor and Faculty Researcher at the University of Puerto Rico, Rio Piedras Campus. Please find a letter with a joint petition by the Alliance for Science in the UPR to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Our voices have not been represented in this process.

Respectfully,

Elvia J. Melendez-Ackerman

--
Elvia Melendez-Ackerman, Ph. D.
Full Professor
College of Natural Sciences-CIAM
University of Puerto Rico-RP
████████████
.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

████████████

**From:** Eugenio Santiago Valentin ████████████
**Sent:** Tuesday, November 23, 2021 11:56 AM
**To:** NYSD Swain Corresp; Eugenio Santiago
**Subject:** Petition - PROMESA Title III BK 3283-LTS
**Attachments:** Santiago.Petition to extend the period to approve Puerto Rico Financial Adjustment Plan proposed by the Financial Oversight Management Board of Puerto Rico.pdf

**CAUTION - EXTERNAL:**

Hon Judge Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Petition to extend the period to approve Puerto Rico Financial Adjustment Plan proposed by
the Financial Oversight Management Board of Puerto Rico
PROMESA Title III BK 3283-LTS

Honorable Judge Laura Taylor Swain:

Enclosed my petition to extend the period to approve Puerto Rico Financial Adjustment Plan proposed by
the Financial Oversight Management Board of Puerto Rico (PROMESA Title III BK 3283-LTS).

The petition includes the arguments for why this approval should be delayed.

Respectfully,

Eugenio Santiago

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

1

█████████████

**From:** James Ackerman ████████████████████
**Sent:** Tuesday, November 23, 2021 9:28 AM
**To:** NYSD Swain Corresp
**Subject:** PROMESA Title III Case No. 17-BK-3283
**Attachments:** Carta.para.el.23.de.nov_UPR.pdf

**CAUTION - EXTERNAL:**

RE: PROMESA Title III Case No 17-BK-3283

Dear Hon Judge Taylor Swain:

My name is James David Ackerman, Jr.  Please find attached to this message a letter with a joint petition by the Alliance for Science in the University of Puerto Rico to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Despite some effort, our voices have not been represented in this process.

Respectfully,
--
James D. Ackerman, Ph.D.
Professor & Director of UPRRP Natural History Collections
University of Puerto Rico

████████████████████████
████████████████████████
██████████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Delgado Rodrguez Jose J. |
| **Sent:** | Wednesday, November 24, 2021 8:37 AM |
| **To:** | NYSD Swain Corresp; Delgado Rodrguez Jose J. |
| **Subject:** | Leyes 80 y 81 retiro juesto y digno. |

**CAUTION - EXTERNAL:**

Greetings Honorable judge, my name is Jose Delgado, I entered the public service almost 26 years ago. I have a wife and two small children. Since I entered the public service and I have had a reasonable salary, since part of the same salary has been taken from me to pay the retirement benefit but I have been satisfied because I knew that I knew that I was paying a sure benefit. I had my children at an adult age, and it is hard to meet their needs in a country where things are more expensive every day. I count on that retirement money that with the 80 law will be about $ 1,000 dollars a month that will help me compensate while I look for another job.

I do not have catastrophic illnesses but I suffer from my back and my knees are hurt. But with that retirement compensation that I paid for almost 26 years, it will help me to raise my children. All my working life I had counted on that. The fact that that right is taken away from me would destroy the life of my family as it leaves us destitute. Having to wait 15 more years to get 28% of the 2013 salary is something that will leave my family in total poverty. Please consider our situation. We

deserve it. Thank you for your management and may God enlighten your decision.

Saludos Honorable juez, mi nombre es Jose delgado, entré al servcio publico hace casi 26 años . tengo esposa y dos niños pequeños> Desde que  entré al servcio publico y he tenido un sueldo modico,ya que que parte del mismo sueldo me lo han sacado para pagar el beneficio e retiro  pero he estado conforme por que sabia que sabia que estaba pagando a un beneficio seguro. Tuve mis hijos a una edad adulta, y es duro cubrir sus necesidades en un pais que las cosas cada dia estan mas caras. Cuento con ese dinero de retiro que con la ley 80 sera de unos $1,000 dolares mensuales que me ayudara a compensar mientras busco otro trabajo.

No tenego enfermemedades catastroficas pero padezco de la espalada y tengo las rodillas lastimadas. Pero con esa compensacion de retiro que pagué por casi 26 años me ayudara a sacar mis hijos adelante. Toda mi vida laboral había contado con eso. El hecho que que me quiten ese derecho destruiria la vida de mi familia  ya que nos  deja en la indigencia. Tener que esperar 15 años mas  para obtener un 28% del sueldo del año 2013 es algo que dejará a mi familia en la total pobreza. Por favor considre nuestra situacion. Nos lo merecemos. Gracias por su gestion y que Dios ilumine su desición

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Jose R Ortiz Ubarri ███████████████

**Sent:** Tuesday, November 23, 2021 9:39 AM

**To:** NYSD Swain Corresp

**Subject:** RE: PROMESA Title III Case No 17-BK-3283

**Attachments:** Petition to extend the period to approve Puerto Rico Financial Adjustment Plan proposed by the Financial Oversight Management Board of Puerto Rico.pdf

**CAUTION - EXTERNAL:**

Dear Hon Judge Taylor Swain:

My name is José Ortiz Ubarri.  Please find attached a letter with a joint petition by the Alliance for Science in the UPR to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Our voices have not been represented in this process and they need to be heard.

At this moment the petition has close to 100 signatures from UPR scientists, including ex deans and directors.

The petitions can be accessed publicly at https://www.upr-science-alliance.org

Respectfully,
José R. Ortiz Ubarri, Ph.D.

--
Jose R. Ortiz Ubarri, Ph.D.
Professor
Department of Computer Science
College of Natural Sciences
University of Puerto Rico

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Mayra Rivera ▮▮▮▮▮▮▮ |
| **Sent:** | Wednesday, November 24, 2021 4:10 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | #80 retirement law |

**CAUTION - EXTERNAL:**

My name is Mayra Rivera from Puerto Rico. While you have an $675,000 anual income, my retirement pension will be $19,200 anual in the actual law.
We need that you honor the contract we made with the goverment of Puerto Rico: #447 Law. Thats justice. In the alternative, we need the #80 law from august 2020. I am almost 35 years public service woman and I need the retire. Please help us.

Español
Me llamo Mayra Rivera y soy de Puerto Rico. Mientras usted devenga $675,000 anuales de ingresos, yo devengaré $19,200 anuales aprox, cuando me retire bajo el estatuto actual. ¿Quien vive con eso? No tengo la culpa de las malas inversiones de los bonistas de mi país utilizando mi dinero de retiro bajo la Ley 447. No tengo la culpa de eso y rechazo las imposiciones sobre nosotros por parte de ustedes, a través de la Ley Promesa. La Junta de Supervisión Fiscal ha sido un atropello a nuestras ya deterioradas finanzas.
Necesitamos que honre el contrato que como empleada pública realicé con el gobierno de Puerto Rico bajo la Ley 447 de los sistemas de retiro. Eso sería impartir justicia. En la alternativa necesitamos que den cumplimiento al estatuto aprobado bajo La Ley 80 de agosto de 2020. Haga algo bueno. En mi caso, cumplo
35 años de servidora pública en febrero 2022. Estoy enferma. Me tengo que retirar al 31 de diciembre de 2021, con una pensión que no dará ni para pagar mis medicamentos. Ayude por favor 🙏
Mayra Rivera
Puerto Rico
--
Enviado con Gmail Mobile

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** Miriam Cruz
**Sent:** Wednesday, November 24, 2021 9:37 AM
**To:** NYSD Swain Corresp
**Subject:** Laws 80,81,82

CAUTION - EXTERNAL:

Dear Honorable Laura Tyler Swain!
I am writing to you in regard to the oversight board petition to nullify the following Laws 80, 81, and 82 early retirement for public employees . I am a public employee that has been working for the past 34 years, for the Mental Health administration! I moved to Puerto Rico very young, and have encounter first hand the suffering of many people living under poverty, the cost of living continue rise, many workers have to work two jobs to make ends meet, especially single mothers, who's only income is one paycheck! The retirement system has gone through three reforms all affecting the public employee. The public employee have suffered so much, first there pension has been cut down, by law 3 of 2013, which means what they expected to get when they retire, is much less, we are talking about , employee that when they reach retirement age, what they will receive will not be enough to cover their expenses, since when you reach a certain age, most will have health problems that their medical plan will not be enough to cover medical cost, this will be another burden for the employee! Second, benefits have been cut,  no medical plan benefit, and retirement age raised! Since 2013, the employee pays their own pension, the government does not contribute to the pension!  The cost of living will continue to rise, but the pension will be the same, without any hope for cost of living raise to their pension! We have left our lives to serve the people of Puerto Rico and consider that justice should to be done to the public employee! Our pension is not a handout, we have contributed to our pension. I hope and pray that this communication reach you, and you consider not nullifying law 80, 81 and 82! Respectfully we request your support! Have a great day!

Sent from my iPhone

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Miriam Cruz

**Sent:** Tuesday, November 23, 2021 9:01 PM

**To:** NYSD Swain Corresp

**Subject:** Law 80

CAUTION - EXTERNAL:

Dear Honorable Laura Tyler Swain!
I am writing to you in regard to the oversight board decision to include Law 80 early retirement for public employees to be nullify, I am a public employee that has been working for the past 34 years, in the Mental Health administration! I moved to Puerto Rico very young, and have seen first hand the suffering of many people living under poverty, the cost of living continue raise , many workers have to work two jobs to make ends meet, especially single mothers, who's only income is one paycheck! The retirement system has go through three reforms all affecting the public employee . The public employee have suffered so much, first there pension has been cut down, which means what they expected to get when they retire, is much less, we are talking about  of employee that when they reach retirement age, what they will receive will not be enough to cover their expenses, since when you reach a certain age, most will have health problems that their medical plan will not cover, and that will be another burden for the employee! Second, benefits has been cut also, and retirement age raised! Since 2013, the employee pays their own pension, the government does not contribute to the pension!  The cost of living will continue to rise, but the pension will be the same, without any hope for cost of living raise to their pension! We have left our lives to serve the people of Puerto Rico and consider that justice should be given to the public employee! I hope and pray that this communication reach you, and you consider not nullifying law 80, 81 and 53! Respectfully request! Have a great day!

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**           Patti Ordóñez
**Sent:**           Tuesday, November 23, 2021 9:37 AM
**To:**             NYSD Swain Corresp
**Subject:**        RE: PROMESA Title III Case No 17-BK-3283
**Attachments:**    Carta.para.el.23.de.nov_UPR.pdf

**CAUTION - EXTERNAL:**

Dear Hon Judge Taylor Swain:

My name is Patricia Ordóñez.  Please find a letter with a joint petition by the Alliance for Science in the UPR to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Our voices have not been represented in this process.

Thank you for your attention to this matter.

Respectfully,

Patricia Ordóñez, PhD
Associate Professor
Department of Computer Science
University of Puerto Rico Río Piedras

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** RAFAEL AUGUSTO ARCE NAZARIO ████████████
**Sent:** Tuesday, November 23, 2021 10:03 AM
**To:** NYSD Swain Corresp
**Subject:** PROMESA Title III Case No 17-BK-3283
**Attachments:** Petition to extend the period to approve Puerto Rico Financial Adjustment Plan proposed by the Financial Oversight Management Board of Puerto Rico.pdf

**CAUTION - EXTERNAL:**

Dear Hon Judge Taylor Swain:

My name is Rafael Arce Nazario.  Please find attached a letter with a joint petition by the Alliance for Science in the UPR to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Our voices have not been represented in this process and they need to be heard.

At this moment the petition has close to 100 signatures from UPR scientists, including ex deans and directors.

The petitions can be accessed publicly at https://www.upr-science-alliance.org

Respectfully,

Rafael Arce Nazario
Professor, Department of Computer Science
████████████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

█████████

| | |
|---|---|
| **From:** | RAFAEL AUGUSTO ARCE NAZARIO ███████████ |
| **Sent:** | Tuesday, November 23, 2021 10:03 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | PROMESA Title III Case No 17-BK-3283 |
| **Attachments:** | Petition to extend the period to approve Puerto Rico Financial Adjustment Plan proposed by the Financial Oversight Management Board of Puerto Rico.pdf |

**CAUTION - EXTERNAL:**

Dear Hon Judge Taylor Swain:

My name is Rafael Arce Nazario.  Please find attached a letter with a joint petition by the Alliance for Science in the UPR to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Our voices have not been represented in this process and they need to be heard.

At this moment the petition has close to 100 signatures from UPR scientists, including ex deans and directors.

The petitions can be accessed publicly at https://www.upr-science-alliance.org

Respectfully,

Rafael Arce Nazario
Professor, Department of Computer Science
██████████████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**         Víctor M. Muñoz ███████████
**Sent:**         Wednesday, November 24, 2021 9:41 AM
**To:**         NYSD Swain Corresp
**Subject:**      RETIRO LEY NUM 80

**CAUTION - EXTERNAL:**

Respetuosamente suplico se atienda el retiro (Ley 80, 81, 82) de sobre más  de 40,000 los empleados que quedamos de la Ley Número. 447 y Ley Número. 1. Somos empleados con más  de 30 años de servicio, donde arbitrariamente se nos redujo en el año 2013, el beneficio de pensión como aportación  a la crisis económica  que atraviesa Puerto Rico. Seguir apretando al empleado público  no es opción.  Se sabe de bonistas que arriesgaron capital  a precios ridículos  y le van a pagar 6 veces su inversión.  Ellos invirtieron conociendo el riesgo, posiblemente nosotros engañados. Pero no es justo que aquel bonista que invirtió o arriesgó 15 centavos reciba 90 centavos de ganancia y el empleado público  que aportó  posiblemente los mismos15 centavos, reciba 5 centavos de perdida. Eso es llevarnos a la miseria. Examine detenidamente las leyes mencionadas. El pago de salarios es un gasto del gobierno y de toda empresa privada. Con la aprobación  de estas leyes se economizan el 50% de ese gasto. Más  que eso se a llevado la JSF en sueldos y gastos legales y que otros más, y seguimos de pie!

Gracias por la atención,

VICTOR M. MUNOZ
Empleado público

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**      Wanda E Morales ████████████████
**Sent:**      Tuesday, November 23, 2021 7:51 PM
**To:**        NYSD Swain Corresp
**Subject:**   Ley 80

CAUTION - EXTERNAL:


Your honor please be kind and fair to PR' public employees. We need your help. God Bless you.


Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

| | |
|---|---|
| **From:** | Ana Dorta ████████████████████ |
| **Sent:** | Wednesday, November 24, 2021 6:35 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | RE:  Aprobar Ley 80 Empleada Ley1 Retiro Incentivado |

| | |
|---|---|
| **Importance:** | High |

==CAUTION - EXTERNAL:==

Saludos Honorable Laura Taylor Swain:

Soy una empleada de Departamento De Educación llevo 28 años laborando en el gobierno me quiero retirar bajo Ley 80 -2020.No es justo que por tantos años laborando y ahora los nuevos cambios que quiere hacer ==Natalie Jaresko que trabaja en la Junta== afecte mi vida emocional y económicamente. Soy una persona que tengo 4 operaciones en mi pierna derecha y adición tengo condiciones médicas. Necesito retirarme porque tengo a mi madre que tiene alzhéimer la tengo que cuidar pretende $600.00 dólares mensuales yo viva que es
imposible porque costo de vida va subiendo. Espero que vea la causa todos servidores públicos aquí en Puerto Rico queremos retirarnos 50 % de nuestro sueldo y $100.00 dólares para el plan médico. Esto es una Promesa de Campaña PNP Gobernador Pedro Pierlussi. Honorable Jueza Laura Taylor Swain háganos justicia por favor que yo me pueda retirar para próximo año antes 31 de diciembre de 2022. Dios la ilumine para que tome la mejor decisión le bendiga.

Atentamente,

Ana L. Dorta

**De:** Ana Dorta ████████████████
**Enviado:** miércoles, 24 de noviembre de 2021 7:32 p. m.
**Para:** SwainNYSDcorresp@nysd <SwainNYSDcorresp@nysd>; SwainNYSDCorresp@nysd.uscourts.gov <SwainNYSDCorresp@nysd.uscourts.gov>
**Asunto:** Aprobar Ley 80 Empleada Ley1 Retiro Incentivado

Saludos Honorable Laura Taylor Swain:

Soy una empleada de Departamento De Educación llevo 28 años laborando en el gobierno me quiero retirar bajo Ley 80 -2020.No es justo que por tantos años laborando y ahora los nuevos cambios que quiere hacer ==Natalie Jaresko que trabaja en la Junta== afecte mi vida emocional y económicamente. Soy una persona que tengo 4 operaciones en mi pierna derecha y adición tengo condiciones médicas. Necesito retirarme porque tengo a mi madre que tiene alzhéimer la tengo que cuidar pretende $600.00 dólares mensuales yo viva que es imposible porque costo de vida va subiendo. Espero que vea la causa todos servidores públicos aquí en Puerto Rico queremos retirarnos 50 % de nuestro sueldo y $100.00 dólares para el plan médico. Esto es una Promesa de Campaña PNP Gobernador Pedro Pierlussi. Honorable Jueza Laura Taylor Swain háganos justicia por favor

que yo me pueda retirar para próximo año antes 31 de diciembre de 2022. Dios la ilumine para que tome la mejor decisión le bendiga.

Atentamente,

Ana L. Dorta

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

██████████

| | |
|---|---|
| **From:** | Ana Dorta ████████████████ |
| **Sent:** | Wednesday, November 24, 2021 6:33 PM |
| **To:** | SwainNYSDcorresp@nysd; NYSD Swain Corresp |
| **Subject:** | Aprobar Ley 80 Empleada Ley1 Retiro Incentivado |

**Importance:**     High

**CAUTION - EXTERNAL:**

Saludos Honorable Laura Taylor Swain:

Soy una empleada de Departamento De Educación llevo 28 años laborando en el gobierno me quiero retirar bajo Ley 80 -2020.No es justo que por tantos años laborando y ahora los nuevos cambios que quiere hacer Natalie Jaresko que trabaja en la Junta afecte mi vida emocional y económicamente. Soy una persona que tengo 4 operaciones en mi pierna derecha y adición tengo condiciones médicas. Necesito retirarme porque tengo a mi madre que tiene alzhéimer la tengo que cuidar pretende $600.00 dólares mensuales yo viva que es imposible porque costo de vida va subiendo. Espero que vea la causa todos servidores públicos aquí en Puerto Rico queremos retirarnos 50 % de nuestro sueldo y $100.00 dólares para el plan médico. Esto es una Promesa de Campaña PNP Gobernador Pedro Pierlussi. Honorable Jueza Laura Taylor Swain háganos justicia por favor que yo me pueda retirar para próximo año antes 31 de diciembre de 2022. Dios la ilumine para que tome la mejor decisión le bendiga.

Atentamente,

Ana L. Dorta

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**          Ayleen Malavez ███████████████
**Sent:**          Wednesday, November 24, 2021 10:22 PM
**To:**            NYSD Swain Corresp
**Subject:**       Law 80

<mark>**CAUTION - EXTERNAL:**</mark>

Greetings Hon. Judge Swain:

I address you with great respect, I am a PR citizen outraged by the government of my country.

I am 53 years old and since I was 16 years old I have worked in various places to pay for my expenses.  Since 1984 I entered the government of PR and since then I have held various positions.  I am already exhausted, just 7 years ago I reached a more or less decent salary in relation to the salary of many.

 I have a master's degree in Administration and I don't make $ 4,000 a month in salary.  The government withholds compulsory 320.00 a month from my salary.  It is very sad to know that if Law 80 is not approved, which would grant me 50% of my salary, I have to wait until I am 65 years of age to be able to retire and receive 800 dollars or less in pension after 38 years of work because the corruption of the my country's government has left us impoverished.

I beg your justice for the working class of PR that has been abused by the great interests and governments that have failed the people who gave them their trust.  Working in conditions that are often undesirable, where politics has been the queen of jobs, salaries and merit that counts, where a people is deceived and in our adulthood we are robbed in this way in a country of " law and order "is abusive.

I respectfully request that you stand in our place and understand our request to be able to receive at least 50% of our salary without further conditions and that it is not the prerogative of the employer to abide by the law.  Anyway it is common knowledge that a pension of 1,500 or 1,800 is not enough to live on.

But accepting 50% now is better than 26% 13-15 years from now.  We are without option before the abuse and breach of contract that we signed when we were employees.

Ayleen Malavez

███████████
Enviado desde Yahoo Mail para Android

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | Edna Marcano ███████████████ |
| **Sent:** | Wednesday, November 24, 2021 11:22 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Law 80 of retirement from the Goverment of Puerto Rico |

**CAUTION - EXTERNAL:**

Honorable Judge Swain,
I am currently an employee of the Government of Puerto Rico for 36 years. I belong to the law 447 of retirement. I am a participant in the Puerto Rico incentive retirement law 80 of 2020. I hereby wish to appeal to your good judgment and heart to approve the retirement law 80 since it is a savings for our government. The oldest employees are the ones with the highest salary and by passing this law, the government saves half of the salary of each one of us. This law 80 does mean savings for the government. They would not have to pay any more Christmas bonus, overtime, among others. Those of us from law 447 are few. Many of us have chronic health conditions and we want to continue treating our health conditions and have a better quality of life in the years that God allows us to live. In my case, I suffer from chronic asthma and rheumatoid arthritis. Both are chronic diseases. Getting up to work is not easy. I have frequent therapies to help control my asthma and I also treat myself for arthritis. I appeal to your good judgment and heart to allow me and my colleagues in the government that have dedicated so many years to our work, at least to be able to have quality of life in the years that remain. That allows these retirement laws, Law 80 and 81, to be implemented for the employees that qualify and justice be done to us for the years of service we have provided. Our lives are going by Honorable Judge Swain. They have already made many changes to our retirement. The employees of law 447 to which I belong are supposed to leave with 75% of our retirement and in 2013 they lowered it with another law to 48% in my case, since it depended on the years worked at that time. Then they opened other retirement laws through which I could not leave because of my children who were still studying. But now I can go and I want to do it for my health. We have acquired rights. Our regular retirement is at 61 years of age, in my case with 48% of my salary for life, which is fair for being the longest-serving employees in the government and we want us to honor the permanence of the law that protects us. But above all we sincerely hope you pass Law 80 and pass it on. That in the next 10 years they do not make more laws like this, but please let it be approved. There are many employees with chronic health conditions Honorable Judge.  Please allow us to retire under law 80. Please approve the law 80. Thank you honorable Judge Swain, God guide you in your decision and bless you. Forgive my English, I do my best.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** ivet santiago
**Sent:** Wednesday, November 24, 2021 7:29 PM
**To:** NYSD Swain Corresp
**Subject:** Derecho a retiro vitalicio empleados gobierno de Puerto Rico

**CAUTION - EXTERNAL:**

Saludos cordiales honorable jueza Swain:

Me dirijo a usted respetuosamente para solicitarle lo siguiente:

1. Que en la evaluación que esté realizando para aprobar el PAD que le presentó la JCF por la quiebra de PR, tome en consideración que los empleados públicos que aún continuamos trabajando, estamos condenados a vivir en la indigencia de no contar con un retiro vitalicio a nuestra plena edad de jubilación a los 65 años.

2. Que ya hay empleados que ya cumplieron su tiempo trabajando y la junta no los deja retirar a través de la ley 80. Tienen más de 30 años de servicio, con enfermedades crónicas. Los están llevando a vivir enfermos emocionalmente también afectando a su familia inmediata. Perderán sus casas, algo material si pero que afecta la economía grandemente. Y esto no nos ayudaría a salir de esta quiebra como queremos.

3. El pueblo tiene que pagar viviendo en la miseria por la decisión que tomaron los inversionistas aún sabiendo que las fuentes de repago para esos préstamos otorgados no estaban bien. Conocían de los problemas, ellos también deben asumir su responsabilidad.

4. Los servicios que va a recibir el pueblo serán bien limitados. Estoy consciente de que hay pagar. Pero debe ser un acuerdo justo. Que todos nos sacrifiquemos por un tiempo establecido. Digo todos no unos más que otros. El gobierno hacer sus ajustes, los retirados y los que aún estamos trabajando ceder algo y los inversionistas ceder un 55 o 60 % o más, si como quiera van a tener ganancias.

5. En todos estos años se le ha pagado muchísimo a la junta a ellos habría que ajustarle su salarios y gastos también.

Que DIOS la ilumine para que tome una decisión justa y sabía para todos los habitantes del pueblo de PUERTO RICO.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jose Torres ████████████ |
| **Sent:** | Wednesday, November 24, 2021 5:20 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Ley 80 Retiro incentivado |

**CAUTION - EXTERNAL:**

Saludos cordiales Hon. Juez Laura Taylor

Como funcionario público me dirijo a usted con mucho respeto reconociendo que usted tiene en sus manos la decisión y el futuro de todos los empleados públicos que se benefician de esta ley 80 los cuales son los empleados que cotizaron su retiro bajo las leyes 447 y ley 1 de retiro. Ya son muchos Años de servicio que ha generado cansancio y otras situaciones de salud.

Le pido a Dios que le dé la sabiduría de tomar la mejor decisión en cuanto al futuro de esta ley sabiendo que en sus manos esta.

Un Retiro que por muchos años hemos trabajado para poder disfrutar con nuestras familias cuando lleque ese momento, y esa oportunidad se nos presenta hoy con ley 80. Son muchos años de trabajo duro donde aun con condiciones de salud seguimos batallando, pero Dios nos ha dado la esperanza poniendo esta ley en sus manos para que se nos haga justicia y se implemente en su totalidad dicha ley.

Le pido a Dios que le dé la sabiduría de tomar la mejor decisión en cuanto al futuro de esta ley en beneficio de los servidores públicos.
Gracias y que Dios le Bendiga.

*Jose A. Torres Rivera*

████████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

█████████

| | |
|---|---|
| **From:** | Mimi V ███████████████████ |
| **Sent:** | Wednesday, November 24, 2021 3:46 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Re: PUERTO RICO RETIREMENT PENSION |

**CAUTION - EXTERNAL:**

Corrected Letter

Honorable Judge Swain, my respects for the work you do. I want to advocate for the retirement pension of all Puerto Ricans but especially for that of my husband who is a municipal policeman, he has risked his life for 27 years for a meager salary of $ 1,800 per month, on top of that he has to suffer begging for his pension and as well as there are many more in this situation. This payment comes from his contribution and has nothing to do with the government fund. That the government has vanished it, that is another thing. Anyone who violated this fund should be penalized and not re victimize those affected. The government has to answer for the retirement of all public employees. It is a violation of their labor rights that they fail to comply with what they once signed. We appeal to their sensitivity, many employees have been at work for 33 years and more, others have died waiting to retire and many others work even with health problems. It is unfair for these workers that they have to beg for something for which they contribute.

Sincerely,
Electronically Signed
Mrs. Myriam Vargas
█████████

On Wed, Nov 24, 2021, 4:14 PM Mimi V ███████████████████ wrote:
> Honorable Judge Swain, my respects for the work you do. I want to advocate for the retirement pension of all Puerto
> Ricans but especially for that of my husband who is a municipal policeman, he has risked his life for 27 years for a
> meager salary of $ 1,800 per month, on top of that he has to suffer begging for his pension and as well as there are
> many more. This withdrawal comes from your contribution and has nothing to do with the government fund. That the
> government has vanished it, that is another thing. Those who violated that fund should be penalized, not the victims.
> The government has to answer for the retirement of all public employees. It is a violation of their labor rights that they
> fail to comply with what they once signed. We appeal to their sensitivity, many employees have been at work for 33
> years, others have died waiting to retire and many others work even with health problems. It is unfair for these workers
> that they have to beg for something for which they contributed. To be honest, Mrs. Myriam VargasSign electronically
> █████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**      Mimi V
**Sent:**       Wednesday, November 24, 2021 3:15 PM
**To:**         NYSD Swain Corresp
**Subject:**    PUERTO RICO RETIREMENT PENSION

**CAUTION - EXTERNAL:**

Honorable Judge Swain, my respects for the work you do. I want to advocate for the retirement pension of all Puerto Ricans but especially for that of my husband who is a municipal policeman, he has risked his life for 27 years for a meager salary of $ 1,800 per month, on top of that he has to suffer begging for his pension and as well as there are many more. This withdrawal comes from your contribution and has nothing to do with the government fund. That the government has vanished it, that is another thing. Those who violated that fund should be penalized, not the victims. The government has to answer for the retirement of all public employees. It is a violation of their labor rights that they fail to comply with what they once signed. We appeal to their sensitivity, many employees have been at work for 33 years, others have died waiting to retire and many others work even with health problems. It is unfair for these workers that they have to beg for something for which they contributed. To be honest, Mrs. Myriam VargasSign electronically

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:** PATRICIA A. BURROWES GOMEZ ███████████████
**Sent:** Wednesday, November 24, 2021 10:13 AM
**To:** NYSD Swain Corresp
**Cc:** ████████████████████
**Subject:** PROMESA Title III Case No. 17-BK-3283
**Attachments:** Letter_forUPR_JudgeLTSwain.pdf

CAUTION - EXTERNAL:

Dear Hon Judge Laura Taylor Swain:

I am a Professor and Faculty Researcher at the University of Puerto Rico, Rio Piedras Campus. Please find a letter with a joint petition by the Alliance for Science in the UPR to extend the period for evaluation of the Fiscal Adjustment Plan proposed by the Financial Oversight Management Board on behalf of the Commonwealth of Puerto Rico. Our voices have not been represented in this process.

Respectfully,
Patricia A. Burrowes

_____
Department of Biology
University of Puerto Rico

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**          Reinaldo Collazo ███████████████

**Sent:**          Wednesday, November 24, 2021 2:14 PM

**To:**            NYSD Swain Corresp

**Subject:**       Ley 80 Puerto Rico


CAUTION - EXTERNAL:


Good Afternoon: Honorable Judge Laura Taylor Swain

My name is Reinaldo Collazo.  I am a public employee and I am 60 years old.  Like many public employees who are sick, we have had to live the most difficult moments in the Government.  Law 80 is not a spending law. On the contrary, it represents a significant saving in payroll for the government of Puerto Rico.  We have been waiting a long time for justice to be done.  Law 80 represents for all of us a hope of a dignified retirement and we trust that you will do everything in your power to do us justice.

 We will be very grateful for your help.

 Sincerely,

Reinaldo Collazo Dávila

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**          Reinaldo Collazo
**Sent:**          Wednesday, November 24, 2021 2:13 PM
**To:**            NYSD Swain Corresp
**Subject:**       Ley 80 Puerto Rico


CAUTION - EXTERNAL:


Good Afternoon: Honorable Judge Laura Taylor Swain

My name is Reinaldo Collazo.  I am a public employee and I am 60 years old.  Like many public employees
who are sick, we have had to live the most difficult moments in the Government.  Law 80 is not a spending law.
On the contrary, it represents a significant saving in payroll for the government of Puerto Rico.  We have been
waiting a long time for justice to be done.  Law 80 represents for all of us a hope of a dignified retirement and
we trust that you will do everything in your power to do us justice.

We will be very grateful for your help.

 Sincerely,

Reinaldo Collazo Dávila
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

1

**From:** sahid echegaray
**Sent:** Wednesday, November 24, 2021 10:13 AM
**To:** NYSD Swain Corresp
**Subject:** Pensions of PR

CAUTION - EXTERNAL:

Dear Honorable Laura Tyler Swain!
I am writing to you in regard to the oversight board petition to nullify the following Laws 80, 81, and 82 early retirement for public employees . I am a public employee that has been working for the past 34 years, for the Puerto Rico Acueduct & Sewer authority! I was born in and saw the suffering of many people living under poverty, the cost of living continue rise, many workers have to work two jobs to make ends meet, especially single mothers, who's only income is one paycheck! The retirement system has gone through three reforms all affecting the public employee. The public employee have suffered so much, first there pension has been cut down, by law 3 of 2013, which means what they expected to get when they retire, is much less, we are talking about , employee that when they reach retirement age, what they will receive will not be enough to cover their expenses, since when you reach a certain age, most will have health problems that their medical plan will not be enough to cover medical cost, this will be another burden for the employee! Second, benefits have been cut,  no medical plan benefit, and retirement age raised! Since 2013, the employee pays their own pension, the government does not contribute to the pension!  The cost of living will continue to rise, but the pension will be the same, without any hope for cost of living raise to their pension! We have left our lives to serve the people of Puerto Rico and consider that justice should to be done to the public employee! Our pension is not a handout, we have contributed to our pension. I hope and pray that this communication reach you, and you consider not nullifying law 80, 81 and 82! Respectfully we request your support! Have a great day!

Sent from my iPhone

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Sonia de la Cruz
**Sent:** Wednesday, November 24, 2021 2:12 PM
**To:** NYSD Swain Corresp
**Subject:** Pre-retirement law 80

CAUTION - EXTERNAL:


Honorable Judge Swain
I respectfully request your approval of Puerto Rico's law 80 of August 3, 2020. On one hand, nonessential workers will not have to be replaced and on the other hand, essential workers that have to be replaced will be replaced with new employees that will start with a much lower salary. In my case my current salary is a tad over $2,800.00 but my beginning salary was $1,500.00 and it took me more than 20 years to get to my current salary. Without this pre- retirement law I would receive less than $800.00 at age 61. I believe this law would be doing us some justice without being a burden to the government.

Sincerely,
Sonia de la Cruz

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:** Vilma Flores ████████████████
**Sent:** Wednesday, November 24, 2021 9:41 AM
**To:** NYSD Swain Corresp
**Subject:** Ley 447 Retiro Incentivado

**CAUTION - EXTERNAL:**

Llevo 35 años laborando en el gobierno y firmé para retirarme con 30 de servicio. No es justo que por tantos años laborando y sirviendo al gobierno, los nuevos cambios que pretenden hacer que nos impacientan tanto, nos afecten en gran manera que harán lo posible por que terminemos con una miserable pensión. Tenemos familia y enfermos que atender, ellos nos necesitan a su lado y merecemos que además nuestros hijos también puedan contribuir y no tengan que viajar a otro lugar para trabajar. Sra. Swain, háganos justicia, por favor. Dios la ilumine y le bendiga.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**        Yolanda Matos
**Sent:**        Wednesday, November 24, 2021 10:17 AM
**To:**          NYSD Swain Corresp
**Subject:**     Ley 80 Puerto Rico

**CAUTION - EXTERNAL:**

To: Honorable Judge Swain
I request that the court you represent take into consideration the approval of PR law 80. I'm a public employee and still working since 1986. We all have low income and we depend on this retirment to be able to survive to the high cost of life.

Sincerely,
Yolanda Matos.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**      Zaida Alvarez ███████████████
**Sent:**      Wednesday, November 24, 2021 5:32 PM
**To:**      NYSD Swain Corresp
**Subject:**      LAW 80

<mark>**CAUTION - EXTERNAL:**</mark>

# CONDICIONES DE

## ALTA PRESIÓN

## INSUFICIENCIA VENOSA

## ATYPICAL CHEST PAIN

## PALPITATIONS

CALCIFICACIONES EN AMBOS MENISCO

OSTEOARTRITIS TRICOMPARTIMENTAL

ARTRITRIS CADERA DERECHA – EXISTE
COXOFEMORAL DERECHA MANIFESTAD
OSTEOFITOS MARGINALES.

RADICULOPATÍA CERVICAL

3 DISCOS HERNIADOS EN LA CERVICAL

ARTRITRIS DEGENERATIVA EN LA CERV

PÉRDIDA DE LA LORDOSIS CERVICAL

Good afternoon Judge

I am writing to tell you to please advocate for us public employees.  We have been working for many years now and we are extremely tired and ill with disabling conditions.  I am physically and mentally bad.  I have already had to be on rest by my Psychiatrist on several occasions and on one occasion I was partially hospitalized at the Hospital Panamericano.  I suffer from depression and panic attacks, in addition to multiple health conditions, such as: fibromyalgia, sleep apnea, 3 herniated cervical discs, degenerative cervical arthritis, etc. It is very painful for me to get up and drive to work in traffic congestion every day.  I arrive with horrible pain in my hands, knees, legs, back and feet.  It's like I've already worked all day.  It is very difficult and painful. (I include annex of health conditions).

We deserve this withdrawal of Law 80, we already pay for it, state and federal, we pay the same withdrawal.  It is fair that at this point after so many years and after having already taken away acquired benefits, we can retire with dignity and respect from the government and our employer.

I greatly appreciate your attention to this very important matter.

Sincerely,

Zaida Alvarez Flores
Department of Education
Law 447, Federal Funds

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**         Gladys Colon
**Sent:**         Friday, November 26, 2021 3:56 PM
**To:**           NYSD Swain Corresp
**Subject:**      80, 81 LAWS

**CAUTION - EXTERNAL:**

Honorable Judge Swain:
I am writing to beg you to do justice to Puerto Rico Employees. Natalie Jarezco is asking for laws 80 and 81 to be annulated. Look Honorable Judge, Mrs. Jarezco does not know poverty, she lives surrounded by luxury and money and claims that we who have given our lives to serve the people of Puerto Rico live us in poverty with a miserable pension.

She earns thousands of dollars, is a millionaire and does not care if the public employees of Puerto Rico die of hunger or live in misery.

I have watched your face on the news about you and your face reveals justice. Please free us from living in poverty, because of a JCF that has only enriched itself with our pain. We hope justice, please do not repeal the 80 and 81 laws.

Hopefully,

Gladys Colon Lozada

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**          iris minerva ██████████████
**Sent:**          Friday, November 26, 2021 2:16 PM
**To:**            NYSD Swain Corresp
**Subject:**       Ley 80-2013

CAUTION - EXTERNAL:

Good morning

Honorable Judge Swain

 I am part of the employees who demand justice for us from you.  We are aware of and understand the seriousness of the PR economic issue.  What we do not understand because the active employees of the central government are the only ones who do not have acquired rights.  There are 4 withdrawal systems and 3 of them have acquired rights.  His pension is 75%, medical plan among other benefits.  It should be noted that these employees have a high floor, that means that their pension is high.  These people have not had their pensions touched.  The average salary for central government employees is $ 1900.00, of which a 38% pension would correspond to approximately 38% and without a medical plan.

 Law 80-2013 would improve our%, although it would never be compared with other retirement systems.  We ask you to put yourself in our shoes.  We see how there is money for useless things.  At no time do we see that the public servant is a priority.  We are the expendable employees (pawns).  Those of us who enter without political support are why our salaries are so low.

 We ask you to look at us, to order Law 80 and 81 to be implemented. What a limit on the government to touch our contributions to the retirement plan.

 We do not want more, we want what is fair.

Thank you Honorable Judge and God bless you.

Iris M. Salas

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

█████████

**From:**         jose ortiz ████████████████
**Sent:**         Friday, November 26, 2021 6:59 PM
**To:**           NYSD Swain Corresp
**Subject:**      Queremos el  Retiro digno de la Ley 80-2020

<mark>**CAUTION - EXTERNAL:**</mark>


Saludos Honorable Jueza Laura Taylor Swain. Muy respetuosamente le estoy solicitando la aprobación de la
Ley 80-2020 del Retiro Digno.  Soy empleado de la CFSE (Corporación del Fondo del Seguro de Estado)  con 26
años de servicio cotizados. En estos momentos estoy padeciendo problemas de salud debido a un infarto
cárdiaco sufrido en 2017 y además padezco de diabetes.  Necesitamos la aprobación de esta ley para que nos
hagan justicia y poder tener nuestro merecido descanso con una pensión digna.

Agradeceré toda la cooperación y ayuda que nos pueda brindar aprobando la misma y poder terminar con la
ansiedad que tenemos.

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.</mark>

**From:** Reinaldo Collazo ███████████████
**Sent:** Saturday, November 27, 2021 5:56 AM
**To:** NYSD Swain Corresp
**Subject:** Ley 80

CAUTION - EXTERNAL:

Good Morning Honorable Judge Laura Taylor Swain

 My name is Reinaldo Collazo.  I am a public employee and I am 60 years old.  Like many public employees who are sick, we have had to live the most difficult moments in the Government.  Law 80 is not a spending law. On the contrary, it represents a significant saving in payroll for the government of Puerto Rico.  We have been waiting a long time for justice to be done.  Law 80 represents for all of us a hope of a dignified retirement and we trust that you will do everything in your power to do us justice.

 We will be very grateful for your help.

 Sincerely,

Reinaldo Collazo Dávila
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

**From:**            Rosa Rivera Matta ████████████████
**Sent:**            Saturday, November 27, 2021 2:01 PM
**To:**              NYSD Swain Corresp
**Subject:**         Ley 80

CAUTION - EXTERNAL:


Good Afternoon: Honorable Judge Laura Taylor Swain

My name is Rosa J. Rivera Matta.  I am a public employee and I am 60 years old.  Like many public employees who are sick, she has had to live the most difficult moments in the Government.  Law 80 is not a spending law. On the contrary, it represents a significant saving in payroll for the government of Puerto Rico.  We have been waiting a long time for justice to be done.  Law 80 represents for all of us a hope of a dignified retirement and we trust that you will do everything in your power to do us justice.

We will be very grateful for your help.

Sincerely,

Rosa J. Rivera Matta
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

███████████

| | |
|---|---|
| **From:** | Zaida Alvarez ██████████████████ |
| **Sent:** | Friday, November 26, 2021 11:55 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Fw: LAW 80 |

<mark>**CAUTION - EXTERNAL:**</mark>

Good night

Blessed please, we urgently need to be able to withdraw by Law 80. Our colleagues are dying while waiting.  Today I found out that a colleague from the Department of Education died, poor her, she could not retire and enjoy her withdrawal from her as she was, at her time.

We don't want any more dead comrades in this wait.  Anxiety and depression already have us bad and there are many people who suffer from pressure and the heart.

Have compassion and empathy and allow us all to withdraw, regardless of the funds for which we are paid, as we all pay to the same withdrawal.

Sincerely,

Zaida Alvarez

Department of Education
████████████

██████████████████████

████████████████
████████████████████████████
██████████████████████████████████████████████
██████████████████████████
████████████████

# CONDICIONES DE

ALTA PRESIÓN

INSUFICIENCIA VENOSA

ATYPICAL CHEST PAIN

PALPITATIONS

CALCIFICACIONES EN AMBOS MENISCO

OSTEOARTRITIS TRICOMPARTIMENTAL

ARTRITRIS CADERA DERECHA – EXISTE
COXOFEMORAL DERECHA MANIFESTAD
OSTEOFITOS MARGINALES.

RADICULOPATÍA CERVICAL

3 DISCOS HERNIADOS EN LA CERVICAL

ARTRITRIS DEGENERATIVA EN LA CERV

PÉRDIDA DE LA LORDOSIS CERVICAL

Good afternoon Judge

I am writing to tell you to please advocate for us public employees.  We have been working for many years now and we are extremely tired and ill with disabling conditions.  I am physically and mentally bad.  I have already had to be on rest by my Psychiatrist on several occasions and on one occasion I was partially hospitalized at the Hospital Panamericano.  I suffer from depression and panic attacks, in addition to multiple health conditions, such as: fibromyalgia, sleep apnea, 3 herniated cervical discs, degenerative cervical arthritis, etc. It is very painful for me to get up and drive to work in traffic congestion every day.  I arrive with horrible pain in my hands, knees, legs, back and feet.  It's like I've already worked all day.  It is very difficult and painful. (I include annex of health conditions).

We deserve this withdrawal of Law 80, we already pay for it, state and federal, we pay the same withdrawal.  It is fair that at this point after so many years and after having already taken away acquired benefits, we can retire with dignity and respect from the government and our employer.

I greatly appreciate your attention to this very important matter.

Sincerely,

Zaida Alvarez Flores
Department of Education
Law 447, Federal Funds

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

█████████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:41 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Ley 80

-----Original Message-----
From: Amarilis Sanchez ████████████████████
Sent: Sunday, November 28, 2021 6:56 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Ley 80

CAUTION - EXTERNAL:

Buen día.

Soy empleada pública hace 32 años y tengo 55 años de edad.  Solicito la aprobación de la Ley 80 que nos permite a los empleados públicos retirarnos con un 50% de nuestro salario actual.  Aunque no es por lo que firmé hace 32 años atrás, entiendo es un alivio a nuestra situación.

Espero su pronta atención a este asunto tan importante para los empleados públicos.

Respetuosamente,

Amarilis Sánchez

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, November 29, 2021 9:41 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: LAW 80/81 PUERTO RICO |

**From:** Amarilys Morales ███████████
**Sent:** Sunday, November 28, 2021 5:53 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** LAW 80/81 PUERTO RICO

<mark>**CAUTION - EXTERNAL:**</mark>

Judge Taylor Swain we want our RETREAT.  37 years of service with my health compromised.  I signed my retirement for 30 years of service and I am a candidate for LAW 80/81.  PIEASE sign this LAW 80/81.

Jueza Taylor Swain queremos nuestro RETIRO. 37 años de servicio con mi salud comprometida. Firme mi retiro para 30 años de servicios y soy candidata a la  LEY 80/81. POR FAVOR firme esta ley

Enviado desde Yahoo Mail para Android

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

██████

| | |
|---|---|
| **From:** | Amaury Concepción ████████████████ |
| **Sent:** | Sunday, November 28, 2021 12:35 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Implementación de la ley 80 |

**CAUTION - EXTERNAL:**

Saludos Honorable Juez Swaim. Soy un empleado público de un municipio en Puerto Rico y me he visto afectado por la junta fiscal no darle paso a la ley 89. Voy a cumplir 28 años de servicio, pero tengo varias condiciones de salud que no me dejan ser útil en mis funciones óptimamente como lo requiere mi puesto. Desearía tener aunque fuera un dinerito mensual para poder vivir dignamente como lo establece la carta de derecho, primera enmienda: " La dignidad del ser humano es inviolable".

Gracias y muchas bendiciones"

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Anelly Reyes Figueroa ███████████ |
| **Sent:** | Sunday, November 28, 2021 10:38 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | ley 80 y 81 |

**CAUTION - EXTERNAL:**


Por favor desde lo mS profundo de mi corazón le pido sea aprobada. Llevo 36 años en el servicio público mis condiciones de salud no me permiten continuar,mi espeso es policía y se retiraría en cuatro años con 600.00 mensuales no lo permita por favor.
Está en sus manos Dios ilumine su mente y entendimiento


Sent from my T-Mobile 4G LTE Device

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Angel Vega
**Sent:** Sunday, November 28, 2021 11:47 AM
**To:** NYSD Swain Corresp
**Subject:** Por favor permita que esta ley pueda ser puesta en vigor tengo 31 años en el gobierno con 61 años de edad

CAUTION - EXTERNAL:

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

████████

**From:**          NYSD Swain Corresp
**Sent:**          Monday, November 29, 2021 9:41 AM
**To:**            SwainDPRCorresp NYSD
**Subject:**       FW: Ley 81


-----Original Message-----
From: Anibal Cruz ████████████████
Sent: Sunday, November 28, 2021 6:36 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Ley 81

CAUTION - EXTERNAL:


Saludos. Llevo 34 años de servicio como Paramédico. Durante 32 estuve descontando el gobierno mi retiro.
Hoy estoy con problemas de salud músculo esqueletal que me impide realizar fuerza mayor provocado por tipo de trabajo.
Le solicitó con el mayor de los respeto me puede ayudar a retirar a mi y todos los que de alguna forma necesiten ya el retiro por asuntos de salud con el 50% de mi sueldo.
Por favor aprueben la ley 81 para terminar con está angustia.
Gracias. Bendiciones.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Aracelis Rivera-Sastre ██████████ |
| **Sent:** | Sunday, November 28, 2021 1:36 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Ley 447 |

CAUTION - EXTERNAL:

Saludo, honorable jueza, le pedimos que sean justos con los empleados públicos de la ley 447 y ley 1 para que autorice a darle paso a la ley 80 y 81. No es justo que nos quedemos sin nuestra pensión. Somos los únicos que quedamos para una pensión en el gobierno. Llevamos más de 30 años trabajando, le digo se pueden hacer ajustes en las agencias y van a ver el ahorro. Por favor no nos deje sin nuestra pensión.

Atte.

Aracelis Rivera
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Brenda Guilbe |
|---|---|
| **Sent:** | Sunday, November 28, 2021 12:26 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Ley 80 |

**CAUTION - EXTERNAL:**

Hon. Jueza Swain:

Por favor apruebe la Ley 80 ya; es hora que se nos haga justicia.  Los empleados públicos ya estamos cansados del abuso que han tenido ambos gobiernos con nosotros. Pagamos nuestro Retiro y lo quebraron. Ya esto es insoportable.  Merecemos una pension digna para poder sobrevivir.  El costo de vida esta muy elevado.  Tenemos condiciones de salud y queremos RETIRARNOS YA!!!!!

JUSTICIA POR FAVOR!!!!!

CONFIO EN USTED.....

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:** Bruno Soto █████████████████████
**Sent:** Sunday, November 28, 2021 10:41 AM
**To:** NYSD Swain Corresp

**CAUTION - EXTERNAL:**


Esperamos Honorable Jueza que de paso a la Ley 81 para no vivir en la indigencia luego de trabajar 35 años en la Policía de Puerto Rico muchas gracias

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**        Carlos Caraballo ███████████████
**Sent:**        Sunday, November 28, 2021 1:46 PM
**To:**          NYSD Swain Corresp

**CAUTION - EXTERNAL:**

Saludos cordiales le pedimos que por nosotros los empleados públicos que tenemos el tiempo y muchos tenemos condiciones de salud nos permitan retirarnos con un retiro digno con 50 por ciento entendemos que usted lo podría firmar agradeceremos su pronta atención

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Carlos Reyes |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Laws 80 and 81 retirement of public employees of Puerto Rico |
| **Date:** | Sunday, November 28, 2021 11:50:43 AM |

**CAUTION - EXTERNAL:**

Judge Taylor Swain please
authorize and pass laws 80 and
81 so that we can retire, we
have already served for more
than 25 years, we deserve our
retirement with 50% of our salary
pension!

Thanks!!!!

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links

█████████

| | |
|---|---|
| **From:** | Carlos Robles ██████████████████ |
| **Sent:** | Sunday, November 28, 2021 3:08 PM |
| **To:** | NYSD Swain Corresp |

**CAUTION - EXTERNAL:**

Solicito evalúe la ley 80 para dar paso a el retiro soy de ley 1 y tengo 30 años como servidor publico agradeceré en lo que me pueda ayudar.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**      carmen rodriguez █████████████
**Sent:**      Sunday, November 28, 2021 3:50 PM
**To:**        NYSD Swain Corresp
**Subject:**   Importante!!!

**CAUTION - EXTERNAL:**

Saludos!

Me dirijo a usted para solicitarle que le dé paso a la ley 80 para que lo que hemos trabajado y aportado al sistema de gobierno podamos acogernos a nuestro retiro y poder disfrutar de una pensión por lo que nos quede de vida.

Respetuosamente,
Carmen L. Rodríguez
Ley 1
32 años de servicio

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** david latorre ███████████
**Sent:** Sunday, November 28, 2021 12:30 PM
**To:** NYSD Swain Corresp
**Subject:** David Latorre

CAUTION - EXTERNAL:

Honorable Swain

Hope your ok , happy holly days , my letter is concerning my pention  with the government of Puerto Rico , i started to work since February 12 1981 , 40 years ago but only 32 of them was in the Municipality of Arecibo , in that time i sign with a future pention of 70% and we planed to retire in March 2014 but the Government changed the law in 2013 , just that by December 2013 i didn't cuallify because of my age still wasn't 55 years to cualify at that time ! The change of the law in 2013 brought to me that i haved to work 7 years more to have 61 and cualify to ask for retire with a 34 % of pention 36 % less than the real pention that was supposed to be 70% that was what i signed for.
Know we were tolded ghat with the Law 80 or pention was going to be fixed in some manner so that we could retire with a 50% ! But we have a delema with the over site board that doesent want to give us sush help in or retire plan and worse they want to give us a check and good buy , wen the send a letter to the government that says that if they make some changes to Lay 80 that most of us could retire , changes that were made and aprouved by senate and representatives with the amendment 171 , we don't know why they say that the government didn't answer ? What we know is that the board didn't answer when they asked for the boards opinión of the amendment # 171.
Im respectfully asking you to make justice for all of us retireer of Law 447 that haved to work more of 30 years to retire dignadly please fogive me my english righting i did my best hope you understand

Thank you very much God help you.

David Latorre Alequin
████████████████████████

███████████████


CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:41 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Ley 80 81

**From:** David Vazquez ███████████
**Sent:** Sunday, November 28, 2021 6:04 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Ley 80 81

**CAUTION - EXTERNAL:**

Please judge, I honestly ask you to allow the thousands of employees who are not to blame for the disaster of the political parties that caused the retirement, to leave with some of what they already paid ... Thank you

Sent from Yahoo Mail on Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Diana Rosa ████████████ |
| **Sent:** | Sunday, November 28, 2021 12:17 PM |
| **To:** | NYSD Swain Corresp |

**CAUTION - EXTERNAL:**


Pongan edad y años de servicios. Entiendo que 15 años o 20 es muy poco por eso es que salen muchos empleados públicos de la Ley 1.
La enmienda de la 4b para los empleados de la Ley 1 está en el escritorio del Representante Zaragoza esperando para las próximas elecciones.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

**From:**     NYSD Swain Corresp
**Sent:**     Monday, November 29, 2021 9:41 AM
**To:**       SwainDPRCorresp NYSD
**Subject:**  FW: Solicitud Dar Paso a la ley 447 y ley 1 en PR.

**From:** Eddie Pereira ████████████████████████
**Sent:** Sunday, November 28, 2021 7:46 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Solicitud Dar Paso a la ley 447 y ley 1 en PR.

<mark>**CAUTION - EXTERNAL:**</mark>

Dios le bendiga
Los empleados de la ley 447 y ley 1 que firmamos el documento para retirarnos estamos solicitando respetuosamente
nos conceda la oportunidad de retirarnos con el 50 porciento de forma vitalicia lo antes posible. Ya se sabe que nuestra
salida representa ahorros para el gobierno aunque la junta lo niega. Muchos estamos con diferentes condiciones de
salud y tenemos de 60 años en adelante.
Agradecemos que nos hagan justicia. No somos culpables de los errores de los gobiernos.

Get Outlook para Android
<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.</mark>

**From:**        Eileen ███████████████
**Sent:**        Sunday, November 28, 2021 2:21 PM
**To:**          NYSD Swain Corresp
**Subject:**     Ley 80

**CAUTION - EXTERNAL:**

Hello. I AM a american citizen living And working in Puerto Rico. I have bien working for the puertoriquen government for 26 years. I worked before for 14 years for prívate companys. That means I have bien working for 40 years continously. Now that I want to retire, the government wants to retire me with want THEY want to give me not with what I AM surpose to recieved. I pleasa ask You to before accepting want they want please consider what is correct And right for us the people who have worked for over 25 years And it is time for us to retire And permite younger people take our position And began to plan their future lives
I ask God to Bless You And help You take the right decision .thank You for your attention

Sent with SuperMail

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

████████

**From:**          NYSD Swain Corresp
**Sent:**          Monday, November 29, 2021 9:42 AM
**To:**            SwainDPRCorresp NYSD
**Subject:**       FW:

**From:** Elisin Sanchez ████████████
**Sent:** Sunday, November 28, 2021 12:15 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:**

<mark>**CAUTION - EXTERNAL:**</mark>

Honored Mrs. Laura Taylor Swain

With all my respect your honor; me, like many other affected public servers write to you concerning our future
retirement Law's 80 and 81. I personally have 34 years in public service since 1987, my age 61 years old with many
health problems including emotional ones that is the worsted ones that affects my performance at work and extended
to daily routine. I believe that is time to make JUSTICE TO ALL PUBLIC SERVERS LAW'S 80 AND 81. I believe that you wil
be very EMPHATIC with us PUBLIC SERVERS and make us JUSTICE. Our future retirement is in your hands your honor.
Sincerely, Elisin Sanchez Fontanez

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.</mark>

1

| | |
|---|---|
| **From:** | Elisin Sanchez █████████████ |
| **Sent:** | Sunday, November 28, 2021 12:15 PM |
| **To:** | NYSD Swain Corresp |

**CAUTION - EXTERNAL:**

Honored Mrs. Laura Taylor Swain

With all my respect your honor; me, like many other affected public servers write to you concerning our future retirement Law's 80 and 81. I personally have 34 years in public service since 1987, my age 61 years old with many health problems including emotional ones that is the worsted ones that affects my performance at work and extended to daily routine. I believe that is time to make JUSTICE TO ALL PUBLIC SERVERS LAW'S 80 AND 81. I believe that you wil be very EMPHATIC with us PUBLIC SERVERS and make us JUSTICE. Our future retirement is in your hands your honor. Sincerely, Elisin Sanchez Fontanez

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

▮▮▮▮▮▮

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, November 29, 2021 9:41 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: Ley 80 del 2020 |

**From:** lelay2007 ▮▮▮▮▮▮▮▮▮▮
**Sent:** Sunday, November 28, 2021 7:25 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Ley 80 del 2020

==CAUTION - EXTERNAL:==

Honorable jueza Swain, con la esperanza que pueda leer este mensaje, me dirijo a usted como empleada pública activa y con el deseo de poder ostentar mi jubilación bajo la Ley 80 de 2020. Ley que me dio una esperanza para poder brindarle a mi hija de 2 años con diagnóstico Síndrome Down, una mejor calidad de vida, que ha necesitado, necesita y necesitará la asistencia de mamá para tener una calidad de vida que ella se merece.

Esta ley conlleva ahorros, aunque los números de la Junta de Supervision Fiscal indica lo contrario, los que nunca han presentado como llegaron a esa conclusión. Se estaría ahorrando un 50% del sueldo pagado actualmente. Sueldo que cuenta con aumentos salariales otorgados durante todos los años de servicio, por lo que en el caso de los puestos que se tengan que reponer se cubrirían con ese 50% restante, ya que el empleado de nuevo ingreso comienza con el sueldo básico de la posición, según estipulada. Por ende en el caso de las posiciones que se tengan que llenar por necesidad,  aunque no reflejen un ahorro, no conllevaría un gasto adicional porque, como indique quedaría cubierto con el 50% de ahorros de ese sueldo.

La Junta nunca antes había rechazado completamente esta ley y mantuvo conversaciones con el Gobierno, hasta llegar a una opción de implementación el comenzar con los empleados que habían sido clasificados por las agencias como **no escenciales**. Lo que vivió a revivir mis esperanzas y planes de futuro.

Durante este mes, se aprobó una resolución para comenzar con este proceso ordenado y resulta que la Junta ahora quiere incluir esta ley, junto a las 81 y 82, como parte de las leyes que quedarían anuladas bajo el PAD. Esto sería injusto ya que anteriormente no tuvieron ninguna objeción, por eso las constantes comunicaciones entre ellos y el gobierno y sería inverosímil que adicional a oponerse a estás estén poniendo un restricción de 10 años.

Como empleada pública desde el 1994, firme un contrato con el gobierno bajo unos beneficios y que desde el 2013 fueron arbitraria y unilateralmente enmendados sin contemplación por el gobierno.

Con el pasar de los años, además de condiciones físicas se han sumado condiciones emocionales debido a la incertidumbre de lo que nos deparará nuestro futuro económico, para poder cumplir con nuestras necesidades básicas y todos los aumentos que han surgido y seguirán surgiendo.

Por lo que mientras evalúa todo lo que tiene en sus manos, muy respetuosamente le pido por mi y por los miles de compañeros y compañeras que están en está situación o en muchos casos hasta peores, que analice y al tomar su decisión reconozca que nosotros los empleados no tenemos la culpa de las desiciones arbitrarias tomadas por el gobierno, las que se suponen que sean de beneficio para el pueblo, que no tenemos la culpa de que nos hayan sometido

1

a una Junta de Supervisión Fiscal que no nos toma en consideración como la fuerza laboral que movemos el gobierno y por ende la economía, que no tenemos la culpa de que la Junta no entiende que lo más fácil sería a emigrar hacia los Estados Unidos y seguir afectando la ya mal trecha economía con la que sustentan sus supuestos números, que no tenemos la culpa de no tener la juventud, fuerzas y condición para poder reinventarnos y aspirar mejores alternativas ya que lo trastocan todo, en definitiva no tenemos la culpa de cargar con la carga que nos quieren imponer.

Mis más sinceras gracias anticipadamente.

Elsa Miró Torres
Empleada del Gobierno de Puerto Rico en el Instituto de Ciencias Forenses, con 27 años de servicio reclutada bajo la Ley 1 del 1990.

Enviado desde mi Samsung Mobile de Claro

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:** Ernesto Otero ████████████████
**Sent:** Sunday, November 28, 2021 3:25 PM
**To:** NYSD Swain Corresp
**Subject:** LEY 80 Y 81 RETIRO DIGNO TENGO 27 AÑOS TRABAJANDO EN EL GOBIERNO . ESTOY OPERADO DE CORAZON ABIERTO Y NECESITO ESTE RETIRO GUE SE QUE ME LO HE GANADO NECESITO YA RETIRARME POR LO MENOS CON EL 50 POR CIENTO . CONTAMOS CON USTED DISTINGUIDA JUEZA. AMEN

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, November 29, 2021 9:42 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: QUEREMOS NUESTRO RETIRO |

**From:** Gladysmar Rivera
**Sent:** Sunday, November 28, 2021 5:13 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** QUEREMOS NUESTRO RETIRO

**CAUTION - EXTERNAL:**

Estimada Hon Jueza Tailor, es muy importante para nosotros que usted apruebe las leyes 80 y 1, yo llevo mas de 35 años de servicio público y con 63 años de edad,  tengo condiciones de salud y me gustaría disfrutar de mi retiro,  nosotros no tenemos culpa de que gobiernos anteriores hallan quebrado el país,  es nuestro dinero el cuál pagamos con mucho sacrificio.  Espero en Dios evalúe nuestra situación y de paso a la ley 80 y 1.
Muchas gracias y que Dlb

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**        Hector Lopez rivera
**Sent:**        Sunday, November 28, 2021 11:17 AM
**To:**          NYSD Swain Corresp
**Cc:**          hlopez42@aol.com
**Subject:**     Ley 81

CAUTION - EXTERNAL:


Le pido encarecidamente que le dé paso a la ley 81 ya que habemos muchos policías con muchas condiciones
de salud y no nos alcanza el tiempo para pagar seguro social y si no le da paso a esta ley 81 nos enviaría a la
indigencia

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

███████████

**From:** Iduvina Rios ████████████████
**Sent:** Sunday, November 28, 2021 11:43 AM
**To:** NYSD Swain Corresp
**Subject:** Ley 80

**CAUTION - EXTERNAL:**

Le suplicamos humildemente que por favor ordene Usted a implantar está Ley 80 para nosotros que llevamos más de treinta años de servicio.

Muchas gracias

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jaime Mont ██████████ |
| **Sent:** | Sunday, November 28, 2021 12:44 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Law with dignity retirement for policemen. |

CAUTION - EXTERNAL:

Honorable Judge:

For more than 34 years I have served my country with honor. I did not think twice to take a step forward when my people needed me; natural disasters, fighting drug trafficking and even putting my life in shootings among many more situations. Although in the next few months I will be fulfilling retirement age, because I am physically and mentally fit, I will continue to provide my services despite not having a secure future and with the possibility of having an old age in poverty.
On several occasions, elections were held where more than 80% vote in favor of us being included in contributing to the Federal Social Security system, but we were not listened to.
This is why I beg you, making good use of your assets, declare Law 81, known as the Dignified Retirement Law for Police Officers, a valid one to do social justice.

Commander Jaime Mont
Puerto Rico Police Department

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:41 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW:

**From:** Jesus Arroyo
**Sent:** Sunday, November 28, 2021 7:20 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:**

**CAUTION - EXTERNAL:**

Hola esperó este bien por favor para mi a sido una larga vida trabajada en el gobierno para cuando cumpliera mis 30 años de servicio me fuera con mi RETIRO ya llevo 32 años quisiera que usted le diera paso a estas leyes 80 y 81 por FAVOR y GRACIAS  con ANTIPACION

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, November 29, 2021 9:41 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: Fwd: |

**From:** Jesus Arroyo ████████████████████
**Sent:** Sunday, November 28, 2021 7:27 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Fwd:

**CAUTION - EXTERNAL:**

---------- Forwarded message ---------
De: **Jesus Arroyo** ██████████████████
Date: dom., 28 de noviembre de 2021 8:20 p. m.
Subject:
To: <SwainNYSDCorresp@nysd.uscourts.gov>

Hola esperó este bien por favor para mi a sido una larga vida trabajada en el gobierno para cuando cumpliera mis 30 años de servicio me fuera con mi RETIRO ya llevo 32 años quisiera que usted le diera paso a estas leyes 80 y 81 por FAVOR y GRACIAS  con ANTIPACION

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Jesus Marquez ████████████████ |
| **Sent:** | Sunday, November 28, 2021 12:16 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Ley 80 y 81 |

CAUTION - EXTERNAL:


Saludos: mi nombre es Jesús M. Márquez Cantizaniz. Honorable juez Taylor, en enero 10 de 2022 y cumplo 63 años de edad. Y el día 17 de enero de  2022 cumpliré 35 años de servicio público en la Autoridad  de Acueductos y Alcantarillado de PR. Solicito, tome en cuenta a los que al igual que yo estamos en la misma situación de desespero y angustia hace año y medio, abogó a su sentido de justicia y tome una decisión noble hacia nosotros los que hemos dado los mejores año de nuestra juventud al servicio público.
Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**          Jesus Marquez
**Sent:**          Sunday, November 28, 2021 10:51 AM
**To:**            NYSD Swain Corresp
**Subject:**       Queremos nuestro retiro

CAUTION - EXTERNAL:


Saludos:

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

███████████

**From:**          NYSD Swain Corresp
**Sent:**          Monday, November 29, 2021 9:41 AM
**To:**            SwainDPRCorresp NYSD
**Subject:**       FW: Aprobación de la ley 80 para el retiro de la ley 447

**From:** Jesus Oquendo ███████████████
**Sent:** Sunday, November 28, 2021 8:51 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Aprobación de la ley 80 para el retiro de la ley 447

**CAUTION - EXTERNAL:**

 Buenas noches y bendiciones me dirijo a usted con mucho respeto y con mucha ansiedad, ya que soy empleado de Dtop por mucho tiempo y he estado esperando el retiro de la ley 447 y mi condición física ha desmejorado y no creo que pueda seguir trabajando he dado lo mejor de mi vida y me he esforzado grandemente por eso  le pido que considere mi petición de que dè paso a la ley 80.
Buenas noches y bendiciones.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

■■■■■■■

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, November 29, 2021 9:41 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: Act 80 |

**From:** John Rullan ■■■■■■■■
**Sent:** Sunday, November 28, 2021 7:21 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Act 80

**CAUTION - EXTERNAL:**

Honorable Laura Taylor Swain
District of Puerto Rico

Our pension is the only benefits that compensate for our poor salary . With many years of hard work please approve act 80 we need our decent retirement.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:**      NYSD Swain Corresp
**Sent:**      Monday, November 29, 2021 9:41 AM
**To:**        SwainDPRCorresp NYSD
**Subject:**   FW:

**From:** Jose Aponte ████████████████████
**Sent:** Sunday, November 28, 2021 6:56 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:**

<mark>**CAUTION - EXTERNAL:**</mark>

Saludos espero usted pueda hacer justicia a los empleados de las leyes 447 y Ley 1 dándole la aprobación de las leyes 80
y 81 para implementar y todo aquel que pueda se retire mil gracias

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.</mark>

**From:** Jose M. Medina ██████████████
**Sent:** Sunday, November 28, 2021 12:43 PM
**To:** NYSD Swain Corresp
**Subject:** Laws 80 &  81

**CAUTION - EXTERNAL:**

Por favor apruebe la  ley 80 & 81. Nuestra salud está en precario.

Se estan enfermando muchos compañeros y ya estamos entrados en edad.

Dios la bendiga siempre;

Jose M. Medina

Sent from Mail for Windows

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

███████████

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, November 29, 2021 9:41 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: |

**From:** jose mayzonet ████████████
**Sent:** Sunday, November 28, 2021 7:30 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:**

<mark>**CAUTION - EXTERNAL:**</mark>

With all the respect in the world a pleasure to write you these brief lines I am a Puerto Rican police officer I have worked for 31 years in the police with pride I am sick I suffer from high pressure my kidneys are not well and I cannot retire because I would only receive $ 1,000.00 a month A medical plan pays $ 500.00 Water, electricity, House, I would not even have to eat, I beg you that with that huge heart that I know that you have in the passage of retirement law 81, it would be the only way that after so much sacrifice in my old age and illness I could at least have to eat God bless you and shed light to make this decision ...

Sent via the Samsung Galaxy Note20 Ultra 5G, an AT&T 5G smartphone
Get Outlook para Android
<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1

**From:**        José Ortiz Ortolaza
**Sent:**        Sunday, November 28, 2021 1:43 PM
**To:**          NYSD Swain Corresp
**Subject:**     Law 80 and 81

**CAUTION - EXTERNAL:**


Good afternoon my name is jose g ortiz ortolaza my english is not perfect but im try to explain whit respect my situacion for the last 29 years im work at the public service comision in the area of transportation im paid my pension and the past goverments of puerto rico make bad decision whith the money of the goverment employers help us and god bless you please i have two medicals condicion and i need my pension

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:**          NYSD Swain Corresp
**Sent:**          Monday, November 29, 2021 9:42 AM
**To:**            SwainDPRCorresp NYSD
**Subject:**       FW: Blessings


-----Original Message-----
From: Jose Vazquez ███████████████
Sent: Sunday, November 28, 2021 5:01 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Blessings

CAUTION - EXTERNAL:


God Bless You . I am a 33 years almost 34  public employee , my health and my reflex are not the same , I did
my best in my agencie serving to the people of my country in PR , I wonder you the best humanity , that you
can give us permitting pass Law 80.  Sorry my English your honor. Blessings

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:41 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Ley 80 ley  81

**From:** J LU
**Sent:** Sunday, November 28, 2021 7:51 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Ley 80 ley 81

**CAUTION - EXTERNAL:**

Yo soy e.pleado del departamento de la familia he laborado con todas mis fuerzas he dado lo mejor de mis talentos
porque siempre pensé en servir a la gente. Hoy luego de 29 años me siento en un limbo recibo diálisis diarias ya no me
queda más ya no tengo más fuerzas ...tristemente después de supervisar administrar y dirigir en mi agencia Depto de la
Familia tendré que despedirme sin pensión mi salud ya no me permite dar más que me espera? Ser ahora cliente de mi
agencia ? Coger asistencia económica? Entrar en un centro de cuido del gobierno? Con amor lo he dado todo al servicio.
Por favor solicitamos que consideren nuestras pensiones y que sean honradas esto no es solo un retiro digno, esto es
poder retirarme con dignidad y no que me dejen en el abandono.

Juan L Ramos Avilés

Sent from my Galaxy

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

**From:**       Juan Rivera ███████████████████████
**Sent:**       Sunday, November 28, 2021 2:07 PM
**To:**         NYSD Swain Corresp
**Subject:**    Retiro Ley 80 y 81

**CAUTION - EXTERNAL:**

Hon. Juez  soy empleado publico desde 1987 cuando tenia 20 años de edad, ahora tengo 33 años de servicio y 54 años de edad,  trabajo en el Departamento de Educacion, pertenesco  al  Cuerpo de Seguridad Escolar, por lo que mi trabajo es la mayoria de las horas de pie y caminando dando rondas, ya las fuerzas no son las mismas y ya sufro de dolores en las piernas y mi cintura, ya me cuesta hasta ponerme de pie en las mañanas, ya lo hago por mi dedicacion a mi trabajo aunque el cuerpo algunas veces no me responda, esta ley 80 es mi esperanza para ya retirarme a descansar y dedicar mi tiempo a cuidar de mi padre. Gracias

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**        Junny de jesus ████████████████
**Sent:**        Sunday, November 28, 2021 10:41 AM
**To:**        NYSD Swain Corresp
**Subject:**      Retiro ley 80

**CAUTION - EXTERNAL:**

Honorable Juez Swain
Mi nombre es Narciso  de Jesús cardona actualmente tengo más de 30 años de servicios en la agencia que laboro. Le escribo para que no acepte las recomendaciones de la Junta de supervisión Fiscal ya que no cuenta con un estudio serio al respecto. Nosotros no somos el problema del país. El gran problema es los políticos mentirosos y rateros que usurparon nuestro dinero. Por favor ratifique la ley 80 para tener nuestro retiro aunque sea al 50. Gracias

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:** Lourdes Moreno ███████████████████
**Sent:** Sunday, November 28, 2021 1:47 PM
**To:** NYSD Swain Corresp
**Subject:** Ley 1 Ley 447

<mark>**CAUTION - EXTERNAL:**</mark>

Bendiciones en nombre de Jesús. Declarando en nombre de Jesús Dios toque su corazón y nos ayude en lo q tanto esperamos. Se nos niega sin tener culpa de nada. Queremos estar tranquilos disfrutando de nuestras familia en los años que nos queden. Ya cumplimos con la encomienda q Dios nos dio. Ser servidores públicos  dando servicio con amor y respeto. Aportamos un dinero con el fin de disfrutarlo cuando llegará nuestro anhelado retiro y nos encontramos con esto. Sin tener culpa. Honorable jueza en sus manos, corazón y conciencia esta la desición. DLB.

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

**From:**        Luz Rivera ███████████████
**Sent:**        Sunday, November 28, 2021 10:55 AM
**To:**          NYSD Swain Corresp

**CAUTION - EXTERNAL:**

Buenos días soy empleada de gobierno hacen 28 años tengo 66 años y todavía no e podido retirarme ya que si lo hago un 30 ' no da yo tengo muchas condiciones de salud y esperando que usted se apiade de nosotros y firme esa ley para que sea una pensión digna usted como recibe su ingreso no le importa la situaciones de los demás y si fuera un familiar o amistades suya que tuvieran en esa situación seguro que sería lo primero que haría así que firme ya esa ley

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

**From:**          NYSD Swain Corresp
**Sent:**          Monday, November 29, 2021 9:40 AM
**To:**            SwainDPRCorresp NYSD
**Subject:**       FW: Aprobación Ley 80

-----Original Message-----
From: Magda Molina ████████████████████
Sent: Sunday, November 28, 2021 9:32 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Aprobación Ley 80

CAUTION - EXTERNAL:


Por favor Honorable Jueza haga justicia para poder retirarnos dignamente. Gracias.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

███████████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:40 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Aprobación Ley 80

-----Original Message-----
From: Magda Molina ████████████████
Sent: Sunday, November 28, 2021 9:28 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Aprobación Ley 80

CAUTION - EXTERNAL:

Son muchos años de servicio. Necesitamos nuestro retiro.  Firmamos para un 75% y ahora rogamos por un 50%. Por favor haga justicia.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, November 29, 2021 9:40 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: Aprobación Ley 80 |


-----Original Message-----
From: Magda Molina ████████████████████
Sent: Sunday, November 28, 2021 9:41 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Aprobación Ley 80

CAUTION - EXTERNAL:


Honorable Jueza me notificaron que luego de trabar 37 años en el gobierno mi pensión será de 650 dólares mensuales. Usted cree que podré vivir y sostener mi familia con ese sueldo.  Por favor nuestra esperanza está que su decisión sea  a favor del servidor público.Por favor haga justicia.  Gracias.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Manuel Rivera ███████████████

**Sent:** Sunday, November 28, 2021 12:02 PM

**To:** NYSD Swain Corresp

**CAUTION - EXTERNAL:**

Saludos soy un empleado publico en puerto rico cobijado por la ley 1 de 1991 por este medio le pido le den paso a la ley 80 de 2020 son muchos años en el servicio público nuestro retiro yá gracias

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Maritza Morales ██████████████ |
| **Sent:** | Sunday, November 28, 2021 3:44 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Paso a la ley 80 |

<mark>**CAUTION - EXTERNAL:**</mark>


Honorable jueza :entiendo su difícil posición ante la oprecion de los empleados publicos,en realidad apeló a su buen juicio para que los empleados publicos podamos retirarnos no como esperábamos cuando comenzamos en el servicio público, este ya fue lacerado por las malas administracionesy hoy nos continúan penalizando din ser los culpables,ayúdenos aquellos al menos nos podamos retirar con elb50% y no con un 30 y tanto, el costo de vida es alto y no somos culpable de los errores cometidos por los que han administra dc o el país, al menos que los que tengamos la edad de retiro podamos irnos con un poquito más de lo que nos tocaría sin el 50%  se que es una gran responsabilidad la que tiene en sus manos y le pido que nos ayude .Dios la bendiga

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | Maritza Morales |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Ley 80 |
| **Date:** | Sunday, November 28, 2021 11:55:35 AM |

**CAUTION - EXTERNAL:**

I have been working in the Department of Education for 39 years and I am 62 years old; If I request my retirement I would leave with 38% of my salary around 756.00 without the contribution for the medical plan (I will really have 356.00 a month. Who can live with that salary. Honorable Judge assert our rights, we need Law 80 now. God bless your walk.

Cordially your,

Maritza Morales Vega

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: Consideración Ley 80 y 81 |
| **Date:** | Monday, November 29, 2021 9:41:33 AM |

---

**From:** Maritza Rosario ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Sunday, November 28, 2021 5:31 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Consideración Ley 80 y 81

**CAUTION - EXTERNAL:**

Honorable  Judge Swain please consider as public employees
that after years of uninterrupted work we are old and sick. We
would like to retire. I have been working at the CFSE since
1994. I am 61 years old and have multiple health conditions.
We have fully performed our function as public employees.
Please consider 80 and 81 Law
God enlighten your mind to do the right thing
God bless you
Maritza Rosario Roman

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution
when opening attachments or clicking on links.

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:42 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Implementación de la Ley 80 y 81

-----Original Message-----
From: Marta Ferrer ██████████████████
Sent: Sunday, November 28, 2021 5:24 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Implementación de la Ley 80 y 81

CAUTION - EXTERNAL:

Good evening, honorable Swain:

My name is Marta Ferrer. I have been working for PR Department of Justice for 36 years. I am from 447 act retirement plan. All this years, I proudly served as a public and now I need put my energy in other roles of my life.

By that, respectfully I ask u to approve the 80 act implementation.

Cordially,

Marta Ferrer Andino

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

█████████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:42 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Solicitud de aprobación ley 80 y 81

**From:** Minty Daleccio ████████████████
**Sent:** Sunday, November 28, 2021 4:09 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Solicitud de aprobación ley 80 y 81

<mark>**CAUTION - EXTERNAL:**</mark>

Buenas tardes Honorable Jueza Swain

Con mucho respeto solicito se ponga ya en vigor las Leyes 80 y 81

Soy una mujer bombero con 29 años de servicio, mi retiro seria para el 16 de septiembre de 2022 con 30 años de servicio a mi pais y 55 de edad, pero me voy con una pensión de $667.00 mensual aproximada.

Esa sería una pensión de pobresa luego de dar mi vida para servir a mi pais, no podría terminar de pagar mi casa.

Le pido de todo corazón me permita ir con una pensión mayor para poder disfrutar mi tan merecido retiro.

Gracias.

Marta Marín Daleccio

███████████
███████████████



[Enviado desde Yahoo Mail para Android](#)

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

████

| | |
|---|---|
| **From:** | Mayra Berrios ████████████ |
| **Sent:** | Sunday, November 28, 2021 3:45 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Solicito mi retiro |

CAUTION - EXTERNAL:


Suplico que se apruebe la ley en unos meses cumplo mis 62, años con varias condiciones de salud, necesito que se apruebe para poder retirarme


Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Medalia Roman ██████████████ |
| **Sent:** | Sunday, November 28, 2021 7:03 AM |
| **To:** | NYSD Swain Corresp |
| **Cc:** | Medalia Roman |
| **Subject:** | 80 Act |

**CAUTION - EXTERNAL:**

Please Read This

For more than 30 years I have been working for PR goverment. Now I have 69 years old , I'm tired of waiting for a fair
retire. Please, do something acceptable with the 80 Act for us. Like me there are others in all the agencies of PR .

Please don't forget us, and tried to know that we can not wait for 10 years more.
I know that you are going to have a Happy New Year, and that is our wishes for you.
Unfortunately for us the situation is different.
Expecting your consideration for all the people like me that are waiting for a fair decision about our situation.

Sincerely
Antonio González

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

1

**From:** Miguel Cartagena
**Sent:** Sunday, November 28, 2021 11:45 AM
**To:** NYSD Swain Corresp
**Subject:** Law 90

**CAUTION - EXTERNAL:**

Please I requests that you order the implementation of law 80 and 81 by the governement. In my case I had been working for over 33 years and I need my retirment I feel tired and sick. Thanks

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:41 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW:

**From:** miguel santiago ████████████████
**Sent:** Sunday, November 28, 2021 6:14 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:**

**CAUTION - EXTERNAL:**

Regards, Honorable Judge Taylor Swain my name is Miguel Angel Santiago, a public employee for more than 30 years, I have a medical condition which, with the performance of my work, becomes more and more complicated every day and I would like to be able to retire from my work to be able to take care of my health and therefore less to receive a decent pension which I can live the rest of my days, that is why I beg you and beg you to pass the retirement law 80 that the government of Puerto Rico approved so as not to further aggravate my health and I know that You have very good intentions with the people of Puerto Rico and I ask you with all my heart and heart that the people of Puerto Rico approve them, we would be very grateful for your deed towards us, thank you very much and God bless you very much.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

██████████

**From:**        NYSD Swain Corresp
**Sent:**       Monday, November 29, 2021 9:41 AM
**To:**         SwainDPRCorresp NYSD
**Subject:**    FW:

---

**From:** Milton Hoyos Torres ████████████████
**Sent:** Sunday, November 28, 2021 7:45 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:**

<mark>**CAUTION - EXTERNAL:**</mark>


Espero que analise lo que la junta y comprenda que nos meresemos un retiro ya que lo pagamos de nuestro dinero.
Tengo cotisado 34 años que se perderan si nos hasen esta barbaridad, usted es justa y creo que comprendera que
llevarnos a la indigencia sera desastroso para nosotros y el pais.Espero nos ayude.Dios la ilumine

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.</mark>

1

███████

**From:**          Nereida Santiago ████████████████
**Sent:**          Sunday, November 28, 2021 12:02 PM
**To:**            NYSD Swain Corresp
**Subject:**       Implantación de ley 80

CAUTION - EXTERNAL:


Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:41 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Aprobación Ley 80 para empleados Ley 1

**From:** Neribel Del Toro
**Sent:** Sunday, November 28, 2021 6:44 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Aprobación Ley 80 para empleados Ley 1

**CAUTION - EXTERNAL:**

Saludos,  Honorable Juez Taylor, le escribo para pedirle que apruebe la Ley 80 para los empleados de la ley 1. Llevo  27 años trabajando para el departamento de salud y ya es hora de que nos tomen en cuenta.  Somos los esclavos del siglo 21, sin ninguna esperanza de poder disfrutar de una vejez digna. Aparte de que nos vamos como indigentes luego de dejar nuestras vidas en el gobierno.  Estos últimos años han sido los peores,  maltratados más que nunca. Trabajando en condiciones infrahumanas y sin esperanza de podernos ir.  Somos muchos los que tenemos padres envejeciendo y sin tiempo para cuidarlos por que tenemos que seguir trabajando hasta viejos. Por favor tomemos en cuenta que hay gente joven que quieren trabajar.  Y si no hay dinero en retiro no ha sido por nuestra decisión . Nos votaron el dinero y ahora pretenden que nos quedemos hasta morir en las áreas de trabajo como mendigos. Tome acción y debía a respetar. Gracias por la ayuda que nos pueda brindar.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** pedro marquez
**Sent:** Sunday, November 28, 2021 2:46 PM
**To:** NYSD Swain Corresp
**Subject:** Ley 80 y ley 1

CAUTION - EXTERNAL:

Los empleados públicos 447 y ley 1 queremos nuestro retiro digno. Estamos cansado de trabajar en el Gobierno. Dejamos nuestra juventud y salud y ahora muchos de nosotros estamos muy angustiados, cansados y desesperados. Jueza en el nombre de los empleados públicos no derogue la ley 80 y ley 81 nuestro futuro está en tus manos. Si la deroga la miseria nos llevará que Dios te de sabiduría.
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:41 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW:

**From:** Raquel Ramirez ███████████████
**Sent:** Sunday, November 28, 2021 7:56 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:**

==**CAUTION - EXTERNAL:**==

SOLICITUD DE APROBACION LEY 80 - Ley 447
LLEVAMOS MUCHO TIEMPO EN ESPERA DE ESTA APROBACION. ROGAMOS A DIOS Y A USTED PARA QUE ESTO SE HAGA
UNA REALIDAD.  POR FAVOR DENOS UNA ESPERANZA 🙏

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.==

**From:** Rene A. Sauri Santiago ████████████
**Sent:** Sunday, November 28, 2021 12:48 PM
**To:** NYSD Swain Corresp
**Subject:** Solicitud

**CAUTION - EXTERNAL:**


Saludos!

Apruebe la ley 80 y 81.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

██████████

**From:**          Ricardo Gonzalez ████████████████████
**Sent:**          Sunday, November 28, 2021 11:47 AM
**To:**            NYSD Swain Corresp

**CAUTION - EXTERNAL:**


   A quien pueda interesar soy empleado publico con varias condiciones de salud.
Diabetes,alta presión, neuropatia diabetica , depresion ,y pertenezco a la ley 80 , me gustaría que tomara en
consideración dichas cosas para q usted pueda a probar dicha ley muchas GRACIAS Y Feliz Navidad

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

**From:**      Rosalia Reyes Laguer █████████████████

**Sent:**      Sunday, November 28, 2021 3:22 PM

**To:**        NYSD Swain Corresp

**Subject:**   Implantación de la Ley 80

**CAUTION - EXTERNAL:**

Honorable Juez Swain, por favor, le pido respetuosamente, que ordene la implantación de la Ley 80 para poder retirarnos.  No escuche a la Junta que quiere derogarla y háganos justicia.  Muchas gracias.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | sarah ojeda █████████████ |
| **Sent:** | Sunday, November 28, 2021 10:56 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Approval of law 80 and 81 |

**CAUTION - EXTERNAL:**

Hello, I write to you with all the respect and courtesy in the world. I understand that you occupy your position because you have the qualities and act with all the justice that I understand you have. I believe that it is time for the working class to be treated with respect and consideration for the years they have served working for the benefit of our country. The government when they retire they get all their retirement benefits because they do and we don't, what makes us different from them. Please pass these laws so that people with health conditions and who have served their country for more than 20 years can retire with dignity I know that you as a just and consenting person will give way to these laws, thanks and many blessings

Sent from Mail for Windows 10

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:41 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: LEY 80 Y 81

---

**From:** Sonia Rodríguez ████████████████████
**Sent:** Sunday, November 28, 2021 6:17 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** LEY 80 Y 81

<mark>**CAUTION - EXTERNAL:**</mark>

Saludos cordiales

El ptopósito de esta misiva rs para solicitar apruebe y dé pasp a nuestra ley 80 y 81 del Retiro a los empleados publicos. Pertenezco a la ley 447; tengo 36 años de servicio y 58 de edad; pagada con fondos federales.

Apelo a usted, para que dé paso a esta ley 80 y 81 y podamos disfrutar de un retiro digno; ya que hemos dado toda nuestra vida al servicio público.

Confío en que usted tomará nuestros reclamos y nos hará justicia.

Cordialmente,

Sonia M. Rodríguez Lebrón
Servidora pública

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

**From:**      NYSD Swain Corresp
**Sent:**      Monday, November 29, 2021 9:41 AM
**To:**        SwainDPRCorresp NYSD
**Subject:**   FW: Retiro Ley 80


-----Original Message-----
From: Vanessa Berrios ███████████████████
Sent: Sunday, November 28, 2021 5:40 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Retiro Ley 80

CAUTION - EXTERNAL:


Saludos !!
Me urge retirarme , no, por que no pueda laborar tengo a mi mamá con alhzaimer y tengo 2 hermanos gemelos que los 2 tienen distrofia muscular y realmente no puedo pagar el cuido de ellos 3 , por q realmente el dinero no me alcanza !!!
Llevo 27 años en el servicio público !!
De no aprobarse este retiro tendría q renunciar y perder todos los años q trabaje !

Necesito retirarme para poder cuidar de ellos !!

Gracias
Vanessa Berrios Castro

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Vanessa Marrero

**Sent:** Sunday, November 28, 2021 10:56 AM

**To:** NYSD Swain Corresp

**Subject:** Laws 80 and 81 in the adjustment plan

**CAUTION - EXTERNAL:**

Honorable Jugge Taylor Swain:

I am an employee of the Judicial Branch of PR with 36 years working in the government. I entered public service at 20 years of age under 447 law. Eight years ago our retirement conditions changed including the requirement to work 11 years more than agreed with 32% less benefits. The 80 Law is our unique hope to have at least a part ot the retirement we agreed 36 years ago. When I entered public service the retirement was not optional, I have a lot of my money in this retirement and politic leaders used our money in an irresponsible way. The rights of retired person with less years worked have been protected in the plan but we as active employees also need protection. I lost my mom with alzheimer with no option to share with her 3 years ago. I am sick and tired and is not fair that government don't let us go yet as every month they took our money for retirement purposes. Please I ask you to consider our rights and hope as active employees in the plan. We are sick and we need to go with 80 Law. I beg you to consider our needs in this plan.

Mrs. Vanessa Marrero

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

| | |
|---|---|
| **From:** | Victor Nieves |
| **Sent:** | Sunday, November 28, 2021 10:44 AM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | Law 80 |

==CAUTION - EXTERNAL:==

Honorable Judge, greetings. I am writing to you because, like many Puerto Ricans, I have been the victim of unscrupulous politicians who led Puerto Rico to the economic situation it is in. I have been a police officer from the city of Guaynabo for more than 25 years and during all this period of time money has been taken from us for our retirement, which is not known where it went. With Law 3 of 2013 we were thrown public employees to live in poverty, to give you an example, when I retire I would only receive 567.00 dollars of pension. I think it is unfair that after having given the best years of our lives to the service we cannot have the retirement that we were promised due to the mismanagement of money. We were discriminated against even by the same judicial branch of the country when we disputed Law 3, which they gave way to its implementation for public employees but found it contrary to the law when they went to implement it in the judicial branch. You believe that they did not make a decision for their own benefit. I only ask you with the greatest respect that you allow the implementation of Law 80, where at least it does not provide 50% of our pension, which although it was not what we were promised when we were recruited, it gives us some relief in our retirement. I pray to God for you, to enlighten you and touch your heart. Be blessed.

Víctor G. Nieves Guzmán

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==

███████████

**From:**     NYSD Swain Corresp
**Sent:**    Monday, November 29, 2021 9:41 AM
**To:**      SwainDPRCorresp NYSD
**Subject:** FW: Ley 80 y Ley 81

---

**From:** Wanda I. Rodriguez ████████████████
**Sent:** Sunday, November 28, 2021 7:42 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Ley 80 y Ley 81

<mark>**CAUTION - EXTERNAL:**</mark>

Honorable Jueza Swain, nosotros los empleados públicos que llevamos más de 25 años laborando, le estamos solicitando que edtas Leyes sean aprobadas por usted. Necesitamos retirarnos con salud, ya que los años padan y nuestra juventud la hemos dejado en nuestros trabajos. Esperamos que nos ayude. Gracias

Obtener Outlook para Android

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

| | |
|---|---|
| **From:** | Zaida Alvarez |
| **Sent:** | Sunday, November 28, 2021 12:40 PM |
| **To:** | NYSD Swain Corresp |
| **Subject:** | LAWS 80 AND 81 |

**CAUTION - EXTERNAL:**

Dear Judge Taylor Swain: We need you to please pass Laws 80 and 81 so that we can withdraw.  Many of us have already passed 30 years of service and are already tired and sick, many with disabling illnesses like me.

We also suffer from depression and panic attacks.  In my personal character I have had to be sick several times because my Psychiatrist has not found me well and sends me on rest.  I have also been in partial hospitalization at the Hospital Panamericano.

It is our time.  We deserve our retirement now.  We cannot continue dying awaiting our retirement.

I hope it helps us with all my heart so that we can all retire, state and federal, because we all pay the same withdrawal.

Sincerely,

Zaida Alvarez Flores
Department of Education, Central Level Federal Funds

Sent from Yahoo Mail on Android

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:**       zoraya maria moreno-escobar ████████████████
**Sent:**       Sunday, November 28, 2021 11:55 AM
**To:**         NYSD Swain Corresp
**Subject:**    APROBAR LEY 80-81 Puerto Rico

==**CAUTION - EXTERNAL:**==

Hon. Jueza Swain

Solicito considere todas las suplicas que hacemos los empleados públicos de Puerto Rico. Sería justo para nosotros el que se aprobara la Ley 80-81. Vea que habíamos firmado para 30 años y todos llevamos más de 30 años de servicio. Estamos enfermos y cansados. Fuimos engañados por muchos políticos de nuestro país, Hon Jueza Laura Tailor Swain le pedimos su AYUDA.

Zoraya M Moreno
Corporación del Fondo del Seguro del Estado- Corporación Pública


Hon. Judge Swain

 I request that you consider all the requests we make as public employees of Puerto Rico.  It would be fair for us to approve Law 80-81.  See that we had signed for 30 years and we have all been in service for more than 30 years.  We are sick and tired.  We were deceived by many politicians in our country, Hon Judge Laura Tailor Swain asked for her HELP.

Zoraya M Moreno
State Insurance Fund Corporation - Public Corporation

==**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.==

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:40 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Puerto Rico PR Law 80

-----Original Message-----
From: Felix David Serrano Rodriguez ██████████████████
Sent: Sunday, November 28, 2021 11:02 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Puerto Rico PR Law 80

CAUTION - EXTERNAL:

Dear and honorable Judge Taylor Swaine I respectfully address you to request that you give validity to the 80th retirement law for public employees.  I have worked for 29 years and am on my way to my 30 years of public service.  With all due respect I do my job with care, but I feel exhausted and I know that many employees who have the same time as me and even more are also equally exhausted.  Please humbly ask you to give us the opportunity to rest and receive our long-awaited retirement, although little.  Without more words and eternally grateful.

Remains of you.
Félix Serrano
public employee

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

███████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 10:01 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Ley 80

-----Original Message-----
From: Gladys Cordero ████████████
Sent: Monday, November 29, 2021 9:58 AM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Ley 80

CAUTION - EXTERNAL:

Good morning! Only a little message to say, please approve this law. Is a law of justice to us. God bless you. Thank you and happy holidays.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:40 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Dignified Retirement 50% Ley 80 y 81

---

**From:** Katherine DIAZ █████████████
**Sent:** Sunday, November 28, 2021 10:53 PM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Dignified Retirement 50% Ley 80 y 81

**CAUTION - EXTERNAL:**

Dignified Retirement should increase it to 65% It is very little I am a single mother with a teenager verify that law I think that I with 25 years of service and with 55 years I could not live! Please Check it is very little. I do not agree with 50% as soon as it reaches me I do not imagine with half.

Thank you

Katherine Diaz

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

███████

**From:**         NYSD Swain Corresp
**Sent:**         Monday, November 29, 2021 10:08 AM
**To:**           SwainDPRCorresp NYSD
**Subject:**      FW: Fwd:

---

**From:** Manuel Rivera ████████████
**Sent:** Monday, November 29, 2021 10:04 AM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Fwd:

**CAUTION - EXTERNAL:**

Ley ochenta yá
Ley ochenta yá
Ley ochenta yá

---------- Forwarded message ---------
De: **Manuel Rivera** ████████████
Date: dom., 28 de noviembre de 2021 1:01 p. m.
Subject:
To: <SwainNYSDCorresp@nysd.uscourts.gov>

Saludos soy un empleado publico en puerto rico cobijado por la ley 1 de 1991 por este medio le pido le den paso a la ley 80 de 2020 son muchos años en el servicio público nuestro retiro yá gracias

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

████████████

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, November 29, 2021 9:40 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: Retiro empleados públicos Puerto Rico |

-----Original Message-----
From: Mayra Castro Ortiz ████████████████████
Sent: Monday, November 29, 2021 9:15 AM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Retiro empleados públicos Puerto Rico

CAUTION - EXTERNAL:

Urge se de paso a la Ley 81 tengan compasión

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

██████████

**From:** SwainDPRCorresp NYSD
**Subject:** FW: Ley 80

---

**From:** mikey rivera ███████████████
**Sent:** Monday, November 29, 2021 4:26 AM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Ley 80

<mark>CAUTION - EXTERNAL:</mark>

Hello,

My name is Mikey Rivera, an employee of the Department of Education for 34 years. When I started working I filled out a document that said that I was retiring at the age of 55 and 30 years of service. For 2013, everything changed my life since with Law 3, they increased my age to 62 years without years of service. I already have 59, and I have a number of conditions that do not allow me to continue in Fighting feet to work. I beg you and us to allow this Law 80 to be approved and we can go with at least 50 percent. And not with the 38 percent that the nefarious Law 3 put us and where it will cover us not even to pay for the medications.

I remain from you.

God bless you in your decision making.

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

███████████

**From:**      NYSD Swain Corresp
**Sent:**      Monday, November 29, 2021 9:40 AM
**To:**        SwainDPRCorresp NYSD
**Subject:**   FW: Ley 80

-----Original Message-----
From: Reinaldo Collazo ███████████████
Sent: Monday, November 29, 2021 5:17 AM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Ley 80

CAUTION - EXTERNAL:

Good Morning: Honorable Judge Laura Taylor Swain

 My name is Reinaldo Collazo.  I am a public employee and I am 60 years old.  Like many public employees who are sick, we have had to live the most difficult moments in the Government.  Law 80 is not a spending law. On the contrary, it represents a significant saving in payroll for the government of Puerto Rico.  We have been waiting a long time for justice to be done.  Law 80 represents for all of us a hope of a dignified retirement and we trust that you will do everything in your power to do us justice.

 We will be very grateful for your help.

 Sincerely,

Reinaldo Collazo Dávila
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:40 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Ley Núm. 70 de 2010 -Ley del Programa de Incentivos, Retiro y Readiestramiento

**From:** Roxie Martín 
**Sent:** Monday, November 29, 2021 8:57 AM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Ley Núm. 70 de 2010 -Ley del Programa de Incentivos, Retiro y Readiestramiento

**CAUTION - EXTERNAL:**

"Ley Núm. 70 de 2010 -Ley del Programa de Incentivos, Retiro y Readiestramiento"
https://www.lexjuris.com/lexlex/Leyes2010/lexl2010070.htm
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening
attachments or clicking on links.

█████████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:40 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: No aprobacion Ley 80 y 81

---

**From:** Roxie Martín █████████
**Sent:** Monday, November 29, 2021 8:56 AM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** No aprobacion Ley 80 y 81

<mark>**CAUTION - EXTERNAL:**</mark>

Si llega aprobarse las Leyes 80 y 81, el sistema de retiro de los empleados públicos se va a quiebra. Verifique la Ley 70, todos estos ex-empleados públicos, q incluye Policías Estatales se les garantizó pensión de los sistemas de retiro.

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

███████

**From:** NYSD Swain Corresp
**Sent:** Monday, November 29, 2021 9:40 AM
**To:** SwainDPRCorresp NYSD
**Subject:** FW: Honorable Juez: Solicite las listas de todos Empleados Públicos incluyendo Policías Estatales que se acogieron a la Ley 70, para que pueda obtener el verdadero gasto de pensiones. EStos empleados públicos luego pasan a la Administración de los Sistema

**From:** Roxie Martín ████████████
**Sent:** Monday, November 29, 2021 9:29 AM
**To:** NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
**Subject:** Honorable Juez: Solicite las listas de todos Empleados Públicos incluyendo Policías Estatales que se acogieron a la Ley 70, para que pueda obtener el verdadero gasto de pensiones. EStos empleados públicos luego pasan a la Administración de los Sistemas...

**CAUTION - EXTERNAL:**

No apruebe leyes q conllevan aún más gastos como lo son las leyes 80 y 81. Como van aprobar el 50% de los salarios actuales en pensiones, verifique la mayoría de los empleados públicos cobran más $3,000.00 dólares.

Justicia es honrarnos a todos los la Ley 447, los beneficios q tenía somos empleados q laboramos por más de 30 años

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1

███████████

| | |
|---|---|
| **From:** | NYSD Swain Corresp |
| **Sent:** | Monday, November 29, 2021 9:40 AM |
| **To:** | SwainDPRCorresp NYSD |
| **Subject:** | FW: Solicitud para que se aplique a la ley 80. |

-----Original Message-----
From: Wanda Collazo ███████████
Sent: Sunday, November 28, 2021 10:24 PM
To: NYSD Swain Corresp <SwainNYSDcorresp@nysd.uscourts.gov>
Subject: Solicitud para que se aplique a la ley 80.

CAUTION - EXTERNAL:

Honorable Swain le ruego escuche nuestra solicitud para que se aplique la ley 80 , llevó trabajando 40 años 10 de ellos en la empresa privada como gerente de compras  y 30 en el gobierno como supervisor auditor, los empleados de la ley 80 tenemos más años de servicio y más años cotizados que los jubilados que están gozando de un jugoso retiro de un 75% con menos años de servicio y menos años cotizados y no se vieron afectados como nosotros que le suplicamos nos haga justicia  y le dé paso a nuestro anhelado retiro con un 50% , ya hemos aportado cediendo un alto % de nuestros derechos adquiridos y contractuales, que nos han violando , en que somos diferentes los jubilados y nosotros? En que ellos tienen un 75% y nosotros rogamos por un 50% cediendo un 25% y si nos aprueba nuestro retiro seríamos enviados a la indigencia en nuestra vejez con un 28% JUSTICIA SIN IGUALDAD NO ES JUSTICIA.

Enviado desde mi iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.