(calle 8 Bloque 21 casa #6 urb miraflores Bayamon P.R. 00957)

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: **Ivette Varela Pedro'**

Participant's Address: **calle 8 Bloque 21 casa #6 urb miraflores Bay PR 00957**

Participant's Email Address: **ivettevarela.1966@gmail.com**

Name of Counsel: **Jeannete Abrams DTOP**

Address of Counsel: **PO Box 9021828 San Juan P.R. 00902-1828**

Email Address of Counsel: **ivonnegm-prw.net**

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: **17 BK 3283-LTS**

Nature of Claim: 

By: **Ivette Varela Pedro** 
Signature

**Ivette Varela Pedro'**
Print Name

_____
Title (if Participant is not an individual)

**17 Sept /2021**
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**17 BK 3283-LTS case**

Juliette Jean R. Padró
Calle 8 Bloque 21 casa #6
Urb Mirajlores Rio Piedras
PR 00957

RECEIVED & FILED
2021 NOV 24 AM 12: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Court's Clerk Office at
United States District
Court Clerk's Office, 150
Ave Carlos [...]