UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER SETTING DEADLINE FOR FURTHER STATUS REPORT REGARDING CONSUL-TECH
CARIBE INC.'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

       The Court has received and reviewed the *Eighth Joint Status Report of the Commonwealth of Puerto Rico and Consul-Tech Caribe, Inc.* (Docket Entry No. 19377 in Case No. 17-3283, the "Status Report"), which states that the Debtor[2] and the Movant have reached an agreement in principle to resolve the *Motion for Allowance and Payment of Administrative Expense Claim* (Docket Entry No. 9845 in Case No. 17-3283) and that the parties need additional time to finalize their agreement. Accordingly, the parties are directed to file a further joint status report on or before **December 20, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. This Order resolves Docket Entry No. 19377 in Case No. 17-3283.

    SO ORDERED.

Dated: November 30, 2021

          /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not defined herein have the meanings given to them in the Status Report.