UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>                               Debtors.¹ | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## EIGHTH ADMINISTRATIVE CLAIMS RECONCILIATION STATUS NOTICE

To the Honorable United States District Judge Laura Taylor Swain:

      1.      On March 12, 2020, this Court entered the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* [ECF No. 12274] (the "ACR Order"). The ACR Order authorized the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways and Transportation Authority ("HTA"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), the Puerto Rico Electric Power Authority ("PREPA"), and the Puerto Rico Public Buildings Authority

---

¹ The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567- LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566- LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK- 5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

("PBA," and together with the Commonwealth, HTA, ERS, and PREPA, the "Debtors") to resolve certain Pension/Retiree Claims, Tax Refund Claims, Public Employee Claims, and Grievance Claims (each as defined in the ACR Order) using the Debtors' existing administrative reconciliation processes ("Administrative Claims Reconciliation") in accordance with the procedures contained in Exhibit A to the ACR Order (the "ACR Procedures").

2. Pursuant to Paragraph 5 of the ACR Procedures, the Debtors hereby respectfully submit their *Eighth Administrative Claims Reconciliation Status Notice*, attached hereto as Exhibit A (the "Eighth ACR Status Notice"). The Eighth ACR Status Notice provides an update to the Court regarding the status of claims transferred into the ACR Procedures.[2] *See* ACR Procedures at ¶ 5.

---

[2] Claims have been transferred into the ACR Procedures on July 10, 2020 (the "First ACR Designated Claims") through the *First Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 13603], on September 8, 2020 (the "Second ACR Designated Claims") through the *Second Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 14182], on October 22, 2020 (the "Third ACR Designated Claims") through the *Third Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 14785], on November 6, 2020 (the "Fourth ACR Designated Claims") through the *Fourth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15027], on November 11, 2020 (the "Fifth ACR Designated Claims") through the *Fifth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15086], on November 13, 2020 (the "Sixth ACR Designated Claims") through the *Sixth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15116], on January 4, 2021 (the "Seventh ACR Designated Claims") through the *Seventh Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15534], on January 22, 2021 (the "Eighth ACR Designated Claims") through the *Eighth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15721], on March 5, 2021 (the "Ninth ACR Designated Claims") through the *Ninth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 15948], on March 30, 2021 (the "Tenth ACR Designated Claims") through the *Tenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 16259], on April 21, 2021 (the "Eleventh ACR Designated Claims") through the *Eleventh Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 16514], on May 4, 2021 (the "Twelfth ACR Designated Claims") through the *Twelfth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 16677], on June 10, 2021 (the "Thirteenth ACR Designated Claims") through the *Thirteenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 16926], on June 21, 2021 (the "Fourteenth ACR Designated Claims") through the *Fourteenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 17128], on July 2, 2021 (the "Fifteenth ACR Designated Claims") through the *Fifteenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 17212], on July 13, 2021 (the "Sixteenth ACR Designated Claims") through the *Sixteenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 17320],

Please note that unless otherwise stated, any ACR Designated Claims marked as "resolved" in the Debtors' *First Administrative Claims Reconciliation Status Notice* [ECF No. 14515], *Second Administrative Claims Reconciliation Status Notice* [ECF No. 15367], *Third Administrative Claims Reconciliation Status Notice* [ECF No. 15812], *Fourth Administrative Claims Reconciliation Status Notice* [ECF No. 16322], *Fifth Administrative Claims Reconciliation Status Notice* [ECF No. 15086], *Sixth Administrative Claims Reconciliation Notice* [ECF No. 17659], or *Seventh Administrative Claims Reconciliation Notice* [ECF No. 18363] are not separately listed in this Eighth ACR Status Notice.

3. The Debtors shall serve copies of this notice upon the claimants associated with the ACR Designated Claims listed in Exhibit A and upon the Master Service List (as defined by the *Fifteenth Amended Case Management Procedures* [Case No. 17-3283, ECF No. 17127-1]). This notice is also available on the Debtors' case website at https://cases.primeclerk.com/puertorico.

[*Remainder of Page Intentionally Left Blank*]

---

on August 25, 2021 (the "Seventeenth ACR Designated Claims") through the *Seventeenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 17968], on October 1, 2021 (the "Eighteenth ACR Designated Claims") through the *Amended Eighteenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 18413], and on October 29, 2021 (the "Nineteenth ACR Designated Claims," and together with the First ACR Designated Claims, the Second ACR Designated Claims, the Third ACR Designated Claims, the Fourth ACR Designated Claims, the Fifth ACR Designated Claims, the Sixth ACR Designated Claims, the Seventh ACR Designated Claims, the Eighth ACR Designated Claims, the Ninth ACR Designated Claims, the Tenth ACR Designated Claims, the Eleventh ACR Designated Claims, the Twelfth ACR Designated Claims, the Thirteenth ACR Designated Claims, the Fourteenth ACR Designated Claims, the Fifteenth ACR Designated Claims, the Sixteenth Designated Claims, the Seventeenth ACR Designated Claims, and the Eighteenth ACR Designated Claims, the "ACR Designated Claims") through the *Nineteenth Notice of Transfer of Claims to Administrative Claims Reconciliation* [ECF No. 18956].

| | |
|---|---|
| Dated: November 30, 2021<br>San Juan, Puerto Rico | Respectfully submitted,<br><br>/s/ *Hermann D. Bauer*<br>Hermann D. Bauer<br>USDC No. 215205<br>Carla García Benítez<br>USDC No. 203708<br>**O'NEILL & BORGES LLC**<br>250 Muñoz Rivera Ave., Suite 800<br>San Juan, PR 00918-1813<br>Tel: (787) 764-8181<br>Fax: (787) 753-8944<br><br>*Attorneys for the Financial Oversight and Management Board for Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority*<br><br>/s/ *Martin J. Bienenstock*<br>Martin J. Bienenstock (*pro hac vice*)<br>Brian S. Rosen (*pro hac vice*)<br>Laura Stafford (*pro hac vice*)<br>**PROSKAUER ROSE LLP**<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212) 969-3000<br>Fax: (212) 969-2900<br><br>*Co-Attorneys for the Financial Oversight and Management Board for the Puerto Rico, as representative for the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, Puerto Rico Electric Power Authority, and Puerto Rico Public Buildings Authority* |