Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: SEIRA E. BERRIOS CASTRODAD

Participant's Address: CALLE COROZO 164, URB. SABANERA DEL RIO, GURABO

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 179049

Nature of Claim: Wages Back Pay Promesa Title III No. 17 BK 3283-LTS

By: /s/ Seira E. Berrios Castrodad
Signature

SEIRA E. BERRIOS CASTRODAD
Print Name

_____
Title (if Participant is not an individual)

21-SEPT. 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT

2021 NOV 30 PM 4:27

Court's Clerk's at: United States District Court,
Clerk's Office, 150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

MEMPHIS TN 380
22 NOV 2021 PM 2 L