UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

   Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

TO THE HONORABLE LAURA TAYLOR SWAIN,
UNITED STATES DISTRICT JUDGE:

1. On February 11, 2020, the undersigned attorney, of the law firm of Fernández Cuyar Rovira & Plá LLC, filed a *Notice of Appearance and Request for Notice and Service of Papers* on behalf of American Century Investment Management, Inc. ("ACI") in Case No. 17 BK 3283-LTS (the "Title III Case"). [Docket No. 10822].

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number (listed as a bankruptcy case number due to software limitations) and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) the Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) the Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); and (v) the Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

2. Hereby, the undersigned attorney, and the law firm of Fernández Cuyar Rovira & Plá LLC, respectfully request leave to withdraw as counsel for ACI in the Title III Case.

3. In compliance with Local Bankruptcy Rule 9010-1(d)(3)(C), the undersigned counsel certifies that ACI has been advised regarding the procedures and responsibilities related to appearing *pro se* or through other counsel,[2] and has stated its intention not to appear through other counsel at this moment; and the undersigned counsel further certifies that there are no motions pending before the Court on behalf of ACI in the Title III Case, and there is no trial or hearing date that has been scheduled with respect to ACI in the Title III Case.

4. Based on the foregoing, the undersigned attorney, and the law firm of Fernández Cuyar Rovira & Plá LLC, respectfully request leave to withdraw as attorneys for ACI, and, thus, their appearance as attorneys for ACI.

WHEREFORE, the undersigned attorney, and the law firm of Fernández Cuyar Rovira & Plá LLC, respectfully request that this Honorable Court grant leave to withdraw as attorneys for ACI.

I HEREBY CERTIFY that, on this same date, the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, and the foregoing has been further served on ACI, in accordance with Local Bankruptcy Rule 9010-1(d)(3)(B).

---

[2] ACI may not appear in this proceeding without counsel, as it is not a natural person. Rowland v. California Men's Colony, 506 U.S. 194, 202-203 (1993).

Dated: December 1, 2021
      San Juan, Puerto Rico

                                **Fernández Cuyar Rovira & Plá LLC**
                                P.O. Box 9023905
                                San Juan PR 00902-3905
                                Telephone: (787) 977-3772
                                Facsimile: (787) 977-3773
                                Email: jcc@fclawpr.com

                                /s/Juan A. Cuyar Cobb
                                Juan A. Cuyar Cobb
                                USDCPR 212401