(1)

OFFICE OF THE CLERK
United States Court of Appeals
John Joseph Moakley US Courthouse
1 Courthouse Way – Suite 2500
Boston, Massachusetts 02210
October 24, 2021

No. 21-1611

Notice of Appeals to the First Circuit Court of Appeals from a Judgment or Order of the District Court of Puerto Rico,

In re the Financial Oversight and Management Board for Puerto Rico as Representative for the Commonwealth of Puerto Rico,

Debtor

Ose E. Johnson
Movant – Appellant

the Financial Oversight and Management Board for Puerto Rico as Representative for the Commonwealth of Puerto Rico,

Debtor – Appellee

I Ose E. Johnson movant – appellant and the defendant the Financial Oversight and Management Board for Puerto Rico as Representative, for the Commonwealth of Puerto Rico, appeals to the United State Court of Appeals for the First Circuit from the Final Judgment Certification or document of the district court for the district of Puerto Rico, or the bankruptcy appellate penal of the Circuit entered in this case on October 7, 2021 or the district court entered on September 23, 2021 I describe the Order denying motion for

(2)

permission to appeal in forma pauperis with respect to the court order Granting in part and Denying in part motion for relief from the Automatic Stay docket entry No 17184 in case no 17-3283

but previously in this case the district court has already granted permission to appeal in forma pauperis.

The parties to the Judgment the Financial Oversight and management board for Puerto Rico as representative for the Commonwealth of Puerto Rico appealed from the court order Granting in part and denying in part motion for relief from the Automatic Stay docket entry No 17184 in case no 17-3283

address and their respective attorney

Attorney Carlos Lugo-Fiol
USCA No 41677
PO Box 260150
San Juan PR 00926
Tel (787) 645-4211

October 24, 2021

address

Ose E. Jon-so-
#B-705-25456
Guayama Correctional Complex
AB-033
P.O. Box 1000-5
Guayama PR 00785-0000