OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

November 24, 2021

Maria Antongiorgi-Jordan, Clerk
United States District Court
Federico Degetau Federal Building
150 Carlos Chardon Avenue, Room 150
San Juan, PR 00918-1767

    Re:  <u>In re: The Financial Oversight And Management Board for Puerto Rico</u>,
           No. 3:17-bk-03283-LTS (Bankr. D.P.R.)
           **Misdirected Notice of Appeal**

Dear Clerk Antongiorgi:

    Enclosed is a notice of appeal in the above referenced case that was mistakenly filed by Obe E. Johnson in this court on November 15, 2021. I am transmitting the notice to you for docketing as of the date it was received in this court pursuant to Fed. R. App. P. 4(d). Please treat this notice as a duplicate if this pleading has already been filed in your court.

                                      Sincerely,

                                      Maria R. Hamilton, Clerk

er

cc:
Wandymar Burgos-Vargas
Hermann D. Bauer-Alvarez
Timothy W. Mungovan
Donald B. Verrilli Jr.
Susana I. Penagaricano Brown
Carla Garcia-Benitez
Ubaldo M. Fernandez
Michael R. Hackett
Stephen L. Ratner
Margaret Antinori Dale
Ricardo Burgos-Vargas
John E. Roberts
Mark David Harris
Martin J. Bienenstock
Ehud Barak
Laura E. Stafford

Josue N. Torres-Crespo
Michael Luskin
Stephan E. Hornung
Chad Golder
Julia D. Alonzo
Michael A. Firestein
Paul V. Possinger
Lary Alan Rappaport
Steven O. Weise
Ginger D. Anders
William D. Dalsen
Adele M. El-Khouri
Jeffrey W. Levitan
Kevin J. Perra
Jennifer L. Roche
Brian S. Rosen
Rachel G. Miller Ziegler
Guy Brenner
Gabriel A Miranda-Rivera
Juan Carlos Ramirez-Ortiz
Shiloh Rainwater
Raul Castellanos-Malave
Arturo Diaz-Angueira
Joseph P. Davis III
Katiuska Bolanos-Lugo
Maria Jennifer DiConza
Monsita Lecaroz-Arribas
Fernando E. Agrait-Betancourt
Luis Francisco Del-Valle-Emmanuelli
Chantel L. Febus
Monsita Lecaroz-Arribas
Ralph C. Ferrara
Ann M. Ashton
Obe E. Johnson