# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
## Transmittal of Record to the Court of Appeals

**DATE: December 1, 2021**

BK Case: 17-3283 LTS (PROMESA)

USCA Related Case: 21-1611

**APPEAL FEE PAID ($505):**   YES _____   NO __X__   PENDING ___

**CASE CAPTION:**  In Re: The Commonwealth of Puerto Rico

**IN FORMA PAUPERIS:**   YES _____   NO __X__

**MOTIONS PENDING:**   YES _____   NO __X__

**NOTICE OF APPEAL FILED BY:**  Obe E. Johnson, pro se.

**APPEAL FROM:** Order Denying Motion for Permission to Appeal in Forma Pauperis

**SPECIAL COMMENTS:**   Copies of original documents.

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

**Docket Entries: 18220, 18198.**

I HEREBY CERTIFY that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

Acknowledgment of Receipt:
Received By: _____
USCCA #:    _____   s/c:  CM/ECF Parties, Appeals Clerk