00918    R2305H129442-50

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F May 2020

---



**UNITED STATES POSTAL SERVICE®**   **PRIORITY MAIL EXPRESS®**

**CUSTOMER USE ONLY**

**FROM: (PLEASE PRINT)**   PHONE (     )

Arthur Samodovitz
140 Lasa Dr. Apt 204
St. Augustine, FL 32084

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required
☐ 10:30 AM Delivery Required

**TO: (PLEASE PRINT)**   PHONE (     )

US District Court, Clerk's Office
150 Ave. Carlos Chardon
Suite 150
San Juan, Puerto Rico
00918-1767

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◀ **PEEL FROM THIS CORNER**

---



EJ 527 334 828 US

4

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 32084
Scheduled Delivery Date: 12/1/21
Postage: $27.10

Date Accepted: 11/30/21
Scheduled Delivery Time: 6pm
Insurance Fee:
COD Fee:

Time Accepted: 12:45 PM
10:30 AM Delivery Fee:
Return Receipt Fee:
Live Animal Transportation Fee:

Special Handling/Fragile:
Sunday/Holiday Premium Fee:
Total Postage & Fees:

Weight   ☐ Flat Rate
Acceptance Employee Initials: TM
$27.10

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

---

2021 DEC -1 PM 3:47
SAN JUAN, PR





UNITED STATES POSTAL SERVICE