**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO EDUCACION**
**SECRETARIA DE RECURSOS HUMANOS**

Estimado (a) señor (a)

La Ley Núm. 208 de 28 de agosto de 2002, conocida como Ley de Carrera Magisterial, enmendó la Ley Num. 158 de 18 de julio de 1999, incorporó a los Orientadores Escolares, Trabajadores Sociales Escolares, Maestros Especialistas en Tecnología Instruccional, Coordinadores de Programas Vocacionales y Coordinadores Industriales en el Sistema.

Conforme con las disposiciones provisionales del Articulo 8.01 de la Ley supra, se establece el reconocimiento de clasificaciones y niveles iniciales a este personal y que a la fecha de vigencia de esta ley estuvieron laborando en el Sistema. En el Artículo 9.06 se dispone que tendrán un (1) año, a partir de la vigencia de esta Ley, para solicitar su ingreso a la misma. La fecha culmina en agosto del 2003.

El reconocimiento de clasificación y nivel a **TRABAJADOR SOCIAL ESCOLAR III** conlleva un aumento salarial de 375.00, efectivo al 1 de julio de 2003. Para poder tramitarse el aumento en salario para el mes de julio deberá recibirse en la Secretaría Auxiliar de Recursos Humanos, el talonario que se acompaña no más tarde del 30 de mayo de 2003.

La opción de reclamar la clasificación y nivel que le correponde es de carácter voluntario. Le incluimos el talonario que deberá presentar al Director de Escuela o enviarlo por correo certificado a la siguiente dirección:

**Secretaría Auxiliar de Recursos Humanos**
**P.O.Box 190759**
**San Juan, Puerto Rico 00919-0759**

Las determinaciones finales del Secretario serán revisables a través de los procedimientos de quejas y arbitraje establecidos en la Ley Núm. 45 de 25 de febrero de 1998, según enmendada, conocida como "Ley de Relaciones del Trabajo para el Servicio Público de Puerto Rico" y en el Convenio Colectivo entre el Departamento de Educación y el representante exclusivo de los empleados.

Cordialmente.

César A. Rey Hernández, Ph. D.
Secretario

**CNR&D**

**CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.**
ATTORNEYS AND COUNSELLORS AT LAW

17 de julio de 2008

Re: Demanda Carrera Magisterial

Estimado Maestro Orientador y Trabajador Social:

En el caso de Maestros Orientadores y Trabajadores Sociales, hemos solicitado al Tribunal atienda su caso de manera individual, a raíz de la decisión del Tribunal Supremo.

Su nombre está incluido específicamente en la Demanda. Hemos solicitado como primer remedio que el Tribunal determine si la Ley de Carrera Magisterial fue discriminatoria al excluir a los Maestros Orientadores y Trabajadores Sociales de los beneficios de dicha Ley.

Esperamos que dicha primer solicitud se atienda prontamente. Tan pronto como el Tribunal haga una determinación de esta conclusión, solicitaremos vista en su fondo, para lo cual nos comunicaremos con usted.

El compromiso de la Asociación de Maestros de Puerto Rico es tramitar este caso hasta sus últimas consecuencias.

Le mantendremos informado.

Atentamente,

*[firma]*

MELISSA LÓPEZ DÍAZ

#209777.1

MAIN OFFICE
403 MUÑOZ RIVERA AVENUE • HATO REY, PR 00918-3345
PO BOX 364966 • SAN JUAN, PR 00936-4966
TEL. (787) 767-9625 • FAX (787) 764-4430 • www.cnrd.com

REGIONAL OFFICE
ROVIRA OFFICE PARK • SUITE 401 • 623 LA CEIBA AVENUE • PONCE, PR 00717-1902
TEL. (787) 848-0666 • FAX (787) 841-1435 • www.bufete-emmanuelli.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

### Part 1 / Parte 1 — Identify the Claim / Identificar la reclamación

1. Who is the current creditor? / ¿Quién es el acreedor actual?

   **Evelyn Ramirez Montes**

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor _____

Modified Official Form 410                Proof of Claim                page 1

**2. Has this claim been acquired from someone else?** / ¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom? / Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)
¿A dónde deberían enviarse las notificaciones al acreedor?
Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent? / ¿A dónde deberían enviarse las notificaciones al acreedor?

Name / Nombre: Evelyn Ramirez Montes
Number / Número, Street / Calle: Urb. Monte Brisas 5, Calle 5-12, 5L-21
City / Ciudad: Fajardo  State / Estado: P.R.  ZIP Code / Código postal: 00738
Contact phone / Teléfono de contacto: 787-361-0956
Contact email / Correo electrónico de contacto: evelyn_2000_pr@yahoo.com

Where should payments to the creditor be sent? (if different) / ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre: Evelyn Ramirez Montes
Number / Número, Street / Calle: Urb. Monte Brisas 5, Calle 5-12, 5L-21
City / Ciudad: Fajardo  State / Estado: P.R.  ZIP Code / Código postal: 00738
Contact phone / Teléfono de contacto: 787-361-0956
Contact email / Correo electrónico de contacto: evelyn_2000_pr@yahoo.com

**4. Does this claim amend one already filed?** / ¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known) / Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?** / ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing? / Sí. ¿Quién hizo la reclamación anterior? _____

## Part 2 / Parte 2: Give Information About the Claim as of the Petition Date / Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?** / ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)

Estado Libre Asociado de P.R. - Depto. Educación

**7. Do you supply goods and / or services to the government?** / ¿Proporciona bienes y/o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017: / Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Modified Official Form 410 — Proof of Claim — page 2

8. How much is the claim? $ 17,625.00. Does this amount include interest or other charges?

¿Cuál es el importe de la reclamación?

¿Este importe incluye intereses u otros cargos?

☒ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

SI. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

9. What is the basis of the claim?

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

Aumento de sueldo no pagado de $375.00 mensuales de la ley carrera magisterial.

10. Is all or part of the claim secured?

¿La reclamación está garantizada de manera total o parcial?

☒ No / No

☐ Yes. The claim is secured by a lien on property.

SI. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: _____

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien: $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso: $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso) ____%
☐ Fixed / Fija
☐ Variable / Variable

11. Is this claim based on a lease?

¿Esta reclamación está basada en un arrendamiento?

☒ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
SI. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____

Modified Official Form 410   Proof of Claim   page 3

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No
☒ Yes. Identify the property / Sí. Identifique el bien: __Dinero no pagado__

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No
☒ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $ __17,625.00__

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

### Sign Below / Firmar a continuación

**Part 3 / Parte 3:**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el __09-17-2019__ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma __Evelyn Ramirez Montes__

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name: __Evelyn__ __Ramirez__ __Montes__
    First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo: __Trabajador Social III__

Company / Compañía: __Estado Libre Asociado - Departamento Educación__
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección: __Urb. Monte Brisas 5, Calle 5-12, 5L-21__
    Number / Número    Street / Calle

__Fajardo__    __P.R.__    __00738__
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto: __787-361-0956__   Email / Correo electrónico: __evelyn_2000_pr@yahoo.com__