

7020 2450 0001 8018 5090

# PRIORITY® MAIL

**FROM:** Evelyn Ramirez
Urb. Monte Brisas 5
Calle 5-10, 5L-21,
Fajardo, P.R. 00738

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Ins... s not cover certain items. For details regarding claims exclusions see the
Do... Manual at http://pe.usps.com.
** S... nal Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED AND FILED

2021 DEC -1 PM 3:46

F... RATE ENVELOPE
O... ■ ANY WEIGHT

T... KED ■ INSURED

**TO:** United States
District Court
Clerk's Office
150 Avenida
Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.