RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2021 DEC -1 PM 3:46

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Evelyn Ramirez Montes

Participant's Address: Urb. Monte Brisas 5, Calle 5-12, 5L-21, Fajardo, P.R. 00738

Participant's Email Address: evelyn_2000_pr@yahoo.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 28121

Nature of Claim: _____

By: *Evelyn Ramirez Montes*
Signature

Evelyn Ramirez Montes
Print Name

_____
Title (if Participant is not an individual)

November 17, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

**USPS PRIORITY MAIL**

7020 2450 0001 8018 5090

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001000014
EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

Postmark: SAN JUAN PR 2021 DEC -1 PM 3:46

RECEIVED AND FILED

**FROM:** Evelyn Ramirez
Urb. Monte Brisas 5
Calle 5-10, 5L-21
Fajardo, P.R. 00738

**TO:** United States
District Court
Clerk's Office
150 Avenida
Carlos Chardon
Ste. 150
San Juan, P.R.
00918-1767

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.