# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

       Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

------------------------------------------------------------------x

## COVER SHEET TO FORTY-SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2021 through February 28, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,898.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,898.00 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-sixth monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2021.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On May 27, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | $ 360.00 | 3.60 | 1,296.00 |
| Hermann D. Bauer | Member | Litigation | $ 315.00 | 1.10 | 346.50 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 225.00 | 1.10 | 247.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 190.00 | 0.20 | 38.00 |
| Astrid E. Velez | Associate | Corporate | $ 175.00 | 7.30 | 1,277.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 145.00 | 0.10 | 14.50 |
| | **Totals** | | | **13.40** | **$   3,220.00** |
| | **Less: 10% Courtesy discount** | | | | **$   (322.00)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$   2,898.00** |

**HTA TITLE III**

**Summary of Disbursements for the Period February 1 through February 28, 2021**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| **Totals** | | **$        -** | |
| **SUMMARY OF DISBURSEMENTS** | | **$        -** | |

**HTA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 3.60 | 1,296.00 |
| 206 | Documents Filed on Behalf of the Board | 0.20 | 38.00 |
| 209 | Adversary Proceeding | 0.50 | 157.50 |
| 210 | Analysis and Strategy | 0.60 | 189.00 |
| 212 | General Administration | 7.30 | 1,277.50 |
| 219 | Docketing | 0.10 | 14.50 |
| 224 | Fee Applications-O&B | 1.10 | 247.50 |
| | | | $  3,220.00 |
| | **Less: 10% Courtesy Discount** | | $   (322.00) |
| | **TOTALS** | **13.40** | $   2,898.00 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,608.20, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,608.20.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2021

FOMB IN RE HTA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021
FOMB IN RE HTA TITLE III
Bill #: 393810
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2021:

**Client.Matter: P1703 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 3,010.00 |
| Less Discount | $ -301.00 |
| Net Professional Services | $ 2,709.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,709.00** |

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/12/21 | HDB | 210 | Analyze Appellant Reply Brief filed by Ambac Assurance Corporation in Appeal No. 20-1657. | .40 | 315.00 | 126.00 |
| 2/17/21 | JP | 202 | Email exchange with E. Barak regarding whether HTA bondholders may seek appointment of a receiver for HTA. | .30 | 360.00 | 108.00 |
| 2/17/21 | UMF | 224 | Draft O&B's monthly fee application for the period of October 2020 in the Title III case for the HTA. | .40 | 225.00 | 90.00 |
| 2/18/21 | UMF | 224 | Draft O&B's monthly fee application for the period of November 2020 in the Title III case of the HTA. | .40 | 225.00 | 90.00 |
| 2/19/21 | UMF | 224 | Draft monthly fee application of O&B for the month of December 2020 in the title III case of HTA. | .30 | 225.00 | 67.50 |
| 2/23/21 | JP | 202 | Review email from McKinsey regarding Commonwealth's ability to withhold HTA assigned revenues pursuant to statutory clawback and constitutional provisions in the context of best interest test. | .40 | 360.00 | 144.00 |
| 2/24/21 | JP | 202 | Telephone conference with several McKinsey personnel regarding Commonwealth's ability to withhold HTA assigned revenues pursuant to statutory clawback and constitutional provisions in the context of best interest test. | 1.00 | 360.00 | 360.00 |
| 2/24/21 | JP | 202 | Email exchange with McKinsey regarding Commonwealth's ability to withhold HTA assigned revenues pursuant to statutory clawback and constitutional provisions in the context of best interest test. | .30 | 360.00 | 108.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   393810                                                          February 28, 2021

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/24/21 | JP | 202 | Email exchanges with A. Velez regarding E. Barak's question as to whether HTA bondholders have the right to request appointment of a receiver. | .40 | 360.00 | 144.00 |
| 2/24/21 | AEV | 212 | Legal research on Puerto Rico's Highways and Transportation Authority Act in regard to Proskauer query related to receivership process. | 2.20 | 175.00 | 385.00 |
| 2/25/21 | AEV | 212 | Continue legal research on receivership proceedings for the benefit of bondholders in Puerto Rico (review 1998 Resolution from the Puerto Rico Highways and Transportation Authority) (4.2); draft of email to J. Pietrantoni with findings (.90). | 5.10 | 175.00 | 892.50 |
| 2/26/21 | JP | 202 | Various email exchanges E. Barak, (0.3) H. Bauer (0.2), and A. Velez (0.1)regarding whether HTA bondholders may seek appointment of a receiver for HTA. | .60 | 360.00 | 216.00 |
| 2/26/21 | JP | 202 | Review HTA 98 resolution (0.2) and HTA organic act (0.4) in connection with E. Barak question as to whether HTA bondholders may seek appointment of receiver. | .60 | 360.00 | 216.00 |
| 2/26/21 | HDB | 210 | Respond to queries regarding Potential for an HTA receivership by J. Pietrantoni. | .20 | 315.00 | 63.00 |

TOTAL PROFESSIONAL SERVICES                    $ 3,010.00

Less Discount                                            $ -301.00

NET PROFESSIONAL SERVICES:                    $ 2,709.00

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 3.60 | 360.00 | 1,296.00 |
| HERMANN BAUER | .60 | 315.00 | 189.00 |
| UBALDO M. FERNANDEZ BARRERA | 1.10 | 225.00 | 247.50 |
| ASTRID E. VELEZ | 7.30 | 175.00 | 1,277.50 |
| **Total** | **12.60** | | **$ 3,010.00** |

**TOTAL THIS INVOICE**                              **$ 2,709.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

February 28, 2021

FOMB IN RE HTA TITLE III

RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021
FOMB IN RE HTA TITLE III
Bill #: 393811
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2021:

**Client.Matter: P1703 - 801**

**RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB**

| | |
|---|---|
| Total Professional Services | $ 210.00 |
| Less Discount | $ -21.00 |
| Net Professional Services | $ 189.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 189.00** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

Client.Matter: P1703 . 801
RE: 17-00151-LTS PEAJE INVESTMENT, LLC V. PR HTA ET AL-CGB

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/12/21 | HDB | 209 | Revise draft Joint Status Report as of February 2021 to be filed in Adv. 17-000151. | .30 | 315.00 | 94.50 |
| 2/15/21 | HDB | 209 | Review edits by Peaje to draft status report in Adv. 17-000151. | .20 | 315.00 | 63.00 |
| 2/19/21 | GMR | 206 | File the Joint Status Report in Adversary Proceeding 17-00151. | .20 | 190.00 | 38.00 |
| 2/22/21 | MMB | 219 | Docket court notice received by email dated February 19, 2021, regarding order dkt. 315 setting deadline to file further joint status report - H. Bauer, U. Fernandez, D. Pérez. | .10 | 145.00 | 14.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 210.00 |
| Less Discount | | $ -21.00 |
| NET PROFESSIONAL SERVICES: | | $ 189.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .50 | 315.00 | 157.50 |
| GABRIEL MIRANDA RIVERA | .20 | 190.00 | 38.00 |
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| **Total** | **.80** | | **$ 210.00** |

**TOTAL THIS INVOICE**      **$ 189.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

       Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

---------------------------------------------------------------------x

## COVER SHEET TO FORTY-SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF MARCH 1, 2021 THROUGH MARCH 31, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2021 through March 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,809.80 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $40.00 |
| Total amount for this invoice: | $2,849.80 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-seventh monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2021.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 1, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Alfredo Alverez Ibanez | Member | Corporate | $310.00 | 1.90 | 589.00 |
| Hermann D. Bauer | Member | Litigation | $315.00 | 4.50 | 1,417.50 |
| José R. Cacho | Member | Corporate | $350.00 | 0.90 | 315.00 |
| Carla Garcia Benitez | Member | Litigation | $335.00 | 1.30 | 435.50 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $185.00 | 0.40 | 74.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $190.00 | 0.90 | 171.00 |
| Maria M. Amaro | Paralegal | Litigation | $150.00 | 0.80 | 120.00 |
| | **Totals** | | | **10.70** | **$   3,122.00** |
| | **Less: 10% Courtesy discount** | | | | **$    (312.20)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$   2,809.80** |

**HTA TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2021**

| Description - Expenses | Amounts | |
|---|---|---|
| UCC Searching for Puerto Rico Highway Transportation Authority - | $ | 40.00 |
| **Totals** | **$** | **40.00** |
| **SUMMARY OF DISBURSEMENTS** | **$** | **40.00** |

| | **HTA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period March 1 through March 31, 2021** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 1.30 | 245.00 |
| 210 | Analysis and Strategy | 5.70 | 1,786.00 |
| 212 | General Administration | 0.50 | 157.50 |
| 215 | Plan of Adjustment and Disclosure Statement | 0.40 | 140.00 |
| 222 | Claims and Claims Objections | 2.60 | 730.50 |
| 223 | Assumption and Rejection of Leases | 0.20 | 63.00 |
| | | | |
| | | | **$   3,122.00** |
| | | | |
| | **Less: 10% Courtesy Discount** | | **$    (312.20)** |
| | | | |
| | **TOTALS** | **10.70** | **$   2,809.80** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,528.82, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $40.00) in the total amount of $2,568.82.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE HTA TITLE III

Bill #:    393853

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending March 31, 2021:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 3,122.00 |
| Less Discount | $ -312.20 |
| Net Professional Services | $ 2,809.80 |
| Total Reimbursable Expenses | $ 40.00 |
| **TOTAL THIS INVOICE** | **$ 2,849.80** |

IN ACCOUNT WITH

261 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/02/21 | HDB | 212 | Tel. conf with E. Zayas regarding TransCore claims against HTA. (.2) Draft e-mails to L. Marini and E. Barak concerning discussion with Mr. Zayas. (.1) | .30 | 315.00 | 94.50 |
| 3/09/21 | HDB | 210 | Analyze Tamrio's settlement proposal. (.3) Draft e-mail with observations to L.Stafford. (.1) Tel. conf with L.Stafford., A.Figueroa and J. El Koury regarding proposed settlement. (.3) Draft e-mail concerning questions to ask HTA to evaluate proposal. (.1) | .80 | 315.00 | 252.00 |
| 3/15/21 | GMR | 206 | Review the Eighth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from October 1, 2020 through January 31, 2021 in anticipation to its filing. | .30 | 190.00 | 57.00 |
| 3/15/21 | GMR | 206 | File the Eighth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from October 1, 2020 through January 31, 2021 in Case No. 17-3567. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393853                                                                                       March 31, 2021

| 3/15/21 | GMR | 206 | Review the Notice of Filing of the Eighth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from October 1, 2020 through January 31, 2021 in anticipation to its filing. | .20 | 190.00 | 38.00 |
| 3/15/21 | GMR | 206 | File the Notice of Filing of the Eighth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from October 1, 2020 through January 31, 2021 in Case No. 17-3567. | .20 | 190.00 | 38.00 |
| 3/16/21 | HDB | 210 | Review response to settlement issues in connection certain HTA construction litigation claims provided by N. Cantoni. (.2)  Draft e-mail to L. Stafford with my views on the proposed settlement. (.2) | .40 | 315.00 | 126.00 |
| 3/19/21 | HDB | 223 | Revise and sign-off to file Proskauer's 10th Interim Fee Application for HTA. | .20 | 315.00 | 63.00 |
| 3/19/21 | PAG | 206 | File the Tenth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period June 1, 2020 through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter, at 17-03567-LTS, docket no. 996. | .20 | 185.00 | 37.00 |
| 3/19/21 | PAG | 206 | File the Notice of Filing of the Tenth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways & Transportation Authority, for the Period June 1, 2020 through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter, at 17-03567-LTS, docket no. 997. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  393853

March 31, 2021

| Date | Atty | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/26/21 | HDB | 210 | Review analysis regarding HTA Pledged Tax Revenues prepared by J.Pietrantoni and Y.Gonzalez. | .40 | 315.00 | 126.00 |
| 3/29/21 | JRC | 215 | Exchange of emails with Mckinsey regarding HTA bank accounts and analysis needed. (.20). Emails with R. Hernandez and J. Notario regarding same (.20). | .40 | 350.00 | 140.00 |
| 3/29/21 | HDB | 210 | Review draft letter approving settlement with Tamrio. | .20 | 315.00 | 63.00 |
| 3/30/21 | CGB | 222 | Review email from J. Esses seeking updated UCC searches associated with HTA (0.1); coordinate with M. Amaro to complete the same (0.2). | .30 | 335.00 | 100.50 |
| 3/30/21 | HDB | 212 | Review issues regarding HTA UCC searches. | .20 | 315.00 | 63.00 |
| 3/31/21 | JRC | 222 | Review emails from Proskauer regarding UCC searches (.20). Review and respond to  UCC searches results and related issues from C. Garcia and A. Alvarez (.30). | .50 | 350.00 | 175.00 |
| 3/31/21 | CGB | 222 | Draft email to J. Esses forwarding updated UCC results (0.1); Compare current results with earlier 2017 results (0.3); Draft email to S. Weise regarding potential impact of search parameters in search result (0.2); email exchange with J.R. Cacho and A.  Alvarez regarding same (0.2); Draft email to J. Esses and S. Weise forwarding legal memorandum regarding PRHTA legal name. (0.2) | 1.00 | 335.00 | 335.00 |
| 3/31/21 | AAI | 210 | Review email from Proskauer regarding UCC search (.3); legal research regarding same (.5); draft response (.3); Tel. conf. with H. D. Bauer (.2) and Steven Weise regarding same (.2); continue legal research regarding same (.4). | 1.90 | 310.00 | 589.00 |
| 3/31/21 | HDB | 210 | Review issues regarding results of UCC Search for HTA.  (.2)  Tel. conf with A. Alvarez regarding same. (.2) | .40 | 315.00 | 126.00 |
| 3/31/21 | HDB | 210 | Commence analysis of Motion for Relief From Stay by AmeriNational Community Services, LLC, Cantor-Katz Collateral Monitor LLC. | 1.60 | 315.00 | 504.00 |
| 3/31/21 | MMA | 222 | Due diligence to search UCC in the Puerto Rico Department of State for Puerto Rico Highway Transportation Authority. and Puerto Rico Highways Transportation Authority, as per C. Garcia request. | .80 | 150.00 | 120.00 |

TOTAL PROFESSIONAL SERVICES                    $ 3,122.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393853                                                    March 31, 2021

|  | |
|---|---|
| Less Discount | $ -312.20 |
| NET PROFESSIONAL SERVICES: | $ 2,809.80 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| JOSE R. CACHO | .90 | 350.00 | 315.00 |
| CARLA GARCIA BENITEZ | 1.30 | 335.00 | 435.50 |
| ALFREDO ALVAREZ IBANEZ | 1.90 | 310.00 | 589.00 |
| HERMANN BAUER | 4.50 | 315.00 | 1,417.50 |
| PAULA A. GONZALEZ MONTALVO | .40 | 185.00 | 74.00 |
| GABRIEL MIRANDA RIVERA | .90 | 190.00 | 171.00 |
| MARIA M. AMARO | .80 | 150.00 | 120.00 |
| **Total** | **10.70** | | **$ 3,122.00** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 3/31/21 | UCC SEARCH FOR PUERTO RICO HIGHWAY TRANSPORTATION AUTHORITY-MMA/CGB | 20.00 |
| 3/31/21 | UCC SEARCH FOR PUERTO RICO HIGHWAYS TRANSPORTATION AUTHORITY-MMA/CGB | 20.00 |

|  | |
|---|---|
| TOTAL REIMBURSABLE EXPENSES | $ 40.00 |
| **TOTAL THIS INVOICE** | **$ 2,849.80** |

O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE ERS TITLE III

RE: GENERAL

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

FOMB IN RE ERS TITLE III

March 31, 2021
Bill #:   393854
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending March 31, 2021:

**Client.Matter: P1704 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 1,666.00 |
| Less Discount | $ -166.60 |
| Net Professional Services | $ 1,499.40 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,499.40** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1704 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/05/21 | MMB | 219 | Docket court notice received by email dated March 3, 2021, regarding order dkt. 1087 setting procedures for March 11, 2021 hearing - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 3/15/21 | GMR | 206 | File the Eighth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico from October 1, 2020 through January 31, 2021 in Case No. 17-3566. | .20 | 190.00 | 38.00 |
| 3/15/21 | GMR | 206 | File the Notice of Filing of Eighth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board of Puerto Rico as Representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico from October 1, 2020 through January 31, 2021 in Case No. 17-3566. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393854                                                                 March 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/16/21 | GMR | 206 | Review the Third Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, for the Eleventh Interim Fee Period from October 1, 2020 through January 31, 2021 through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/16/21 | GMR | 206 | File the Third Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as representative of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, for the Eleventh Interim Fee Period from October 1, 2020 through January 31, 2021 through the court's electronic filing system in Case No. 17-3566. | .20 | 190.00 | 38.00 |
| 3/17/21 | JRC | 222 | Email exchanges R. Lazaro, H. Bauer and J. Pietrantoni relating to claim against GDB in ERS Title III proceeding. | .20 | 350.00 | 70.00 |
| 3/17/21 | RML | 222 | Review documents and allegation on AEELA proof of claims. (1.0) Tel. conf. with P. Possinger, B. Rosen and L. Stafford regarding proof of claims including AEELA. (0.7) Review claims related to GDB. (0.3) | 2.00 | 350.00 | 700.00 |
| 3/17/21 | RML | 222 | Email exchanges J. Pietrantoni, H. Bauer and J. Cacho relating to claim against GDB in ERS Title III proceeding. | .20 | 350.00 | 70.00 |
| 3/17/21 | JP | 222 | Email exchanges R. Lazaro, H. Bauer and J. Cacho relating to claim against GDB in ERS Title III proceeding (0.2); review claim (0.2). | .40 | 360.00 | 144.00 |
| 3/17/21 | HDB | 222 | Review e-mails regarding AEELA's claims against GDB. | .30 | 315.00 | 94.50 |
| 3/17/21 | HDB | 222 | Email exchanges R. Lazaro, J. Pietrantoni and J. Cacho relating to claim against GDB in ERS Title III proceeding. | .20 | 315.00 | 63.00 |

O'Neill & Borges LLC

Bill #:  393854

March 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/19/21 | PAG | 206 | File the Tenth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, The Employees Retirement System of the Government of Puerto Rico, for the Period June 1, 2020 through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter, at 17-03566-LTS, docket no. 1112. | .20 | 185.00 | 37.00 |
| 3/19/21 | PAG | 206 | File Notice of Filing of the Tenth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, The Employees Retirement System of the Government of Puerto Rico, for the Period June 1, 2020 through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter, at 17-03566-LTS, docket no. 1113. | .20 | 185.00 | 37.00 |
| 3/22/21 | RML | 222 | Draft response to L. Stafford to inquiries regarding claims filed by AAELA. | .50 | 350.00 | 175.00 |
| 3/23/21 | HDB | 210 | Review legal issues regarding Cooperativas' rights upon borrower default of loans with recourse to employer contributions. | .30 | 315.00 | 94.50 |
| 3/30/21 | MMB | 219 | Docket court notice received by email dated March 30, 2021, regarding order dkt. 1114 setting deadline to file joint statement - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |

TOTAL PROFESSIONAL SERVICES             $ 1,666.00

Less Discount                                          $ -166.60

NET PROFESSIONAL SERVICES:             $ 1,499.40

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | .20 | 350.00 | 70.00 |
| ROSA M. LAZARO | 2.70 | 350.00 | 945.00 |
| JULIO PIETRANTONI | .40 | 360.00 | 144.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393854                                                                                    March 31, 2021

| | | | |
|---|---|---|---|
| HERMANN BAUER | .80 | 315.00 | 252.00 |
| PAULA A. GONZALEZ MONTALVO | .40 | 185.00 | 74.00 |
| GABRIEL MIRANDA RIVERA | .80 | 190.00 | 152.00 |
| MILAGROS MARCANO BAEZ | .20 | 145.00 | 29.00 |
| **Total** | **5.50** | | **$ 1,666.00** |

**TOTAL THIS INVOICE**                                                    **$ 1,499.40**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**Maria M. Amaro Santiago**

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Wednesday, March 31, 2021 11:11 AM |
| **To:** | Maria M. Amaro Santiago |
| **Subject:** | Receipt for Your Payment to Foster Moore US, LLC |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello, Maria M Amaro

# You sent a payment of $20.00 USD to Foster Moore US, LLC (fmus-prucc@fostermoore.com)

It may take a few moments for this transaction to appear in your account.

**Transaction ID**

1DK40795WK422863J

**Transaction date**

Mar 31, 2021 08:05:37 PDT

1

**Merchant**

Foster Moore US, LLC

fmus-prucc@fostermoore.com

787-722-2121

**Instructions to merchant**

You haven't entered any instructions.

**Shipping address - confirmed**

Maria M Amaro

250 Muñoz Rivera Ave.

Suite 800

San Juan, PR 00918-1813

United States

**Shipping details**

The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |

| | |
|---|---|
| **Subtotal** | $20.00 USD |
| **Total** | $20.00 USD |
| **Payment** | $20.00 USD |

Charge will appear on your credit card statement as "PAYPAL *PRDEPTSTATE"

Payment sent to fmus-prucc@fostermoore.com

Payment sent from maria.amaro@oneillborges.com

**Funding Sources Used (Total)**

| | |
|---|---|
| Visa x-3635 | $20.00 USD |

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

**Maria M. Amaro Santiago**

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Wednesday, March 31, 2021 10:48 AM |
| **To:** | Maria M. Amaro Santiago |
| **Subject:** | Receipt for Your Payment to Foster Moore US, LLC |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello, Maria M Amaro



# You sent a payment of $20.00 USD to Foster Moore US, LLC (fmus-prucc@fostermoore.com)

It may take a few moments for this transaction to appear in your account.

| **Transaction ID** | **Transaction date** |
|---|---|
| 2DK3171500051111D | Mar 31, 2021 07:47:27 PDT |

1

**Merchant**

Foster Moore US, LLC

fmus-prucc@fostermoore.com

787-722-2121

**Instructions to merchant**

You haven't entered any instructions.

**Shipping address - confirmed**

Maria M Amaro

250 Muñoz Rivera Ave.

Suite 800

San Juan, PR 00918-1813

United States

**Shipping details**

The seller hasn't provided any shipping details yet.

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Export Search Documents | $20.00 USD | 1 | $20.00 USD |

| | |
|---|---|
| **Subtotal** | $20.00 USD |
| **Total** | $20.00 USD |
| **Payment** | $20.00 USD |

Charge will appear on your credit card statement as "PAYPAL *PRDEPTSTATE"

Payment sent to fmus-prucc@fostermoore.com

Payment sent from maria.amaro@oneillborges.com

**Funding Sources Used (Total)**

| | |
|---|---|
| Visa x-3635 | $20.00 USD |

**Issues with this transaction?**

You have 180 days from the date of the transaction to open a dispute in the Resolution Center.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

---------------------------------------------------------------x

## COVER SHEET TO FORTY-EIGHTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF APRIL 1, 2021 THROUGH APRIL 30, 2021

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2021 through April 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $2,537.10 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $2,537.10 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-eighth monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for April 2021.

/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 7, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de
León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | $360.00 | 3.60 | 1,296.00 | |
| Alfredo Alverez Ibanez | Member | Corporate | $310.00 | 0.70 | 217.00 | |
| Hermann D. Bauer | Member | Litigation | $315.00 | 4.00 | 1,260.00 | |
| Jose L. Notario Toll | Jr. Member | Corporate | $230.00 | 0.20 | 46.00 | |
| | **Totals** | | | **8.50** | **$** | **2,819.00** |
| | **Less: 10% Courtesy discount** | | | | **$** | **(281.90)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **2,537.10** |

**HTA TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2021**

| Description - Expenses | Amounts | |
|---|---|---|
| | | |
| | | |
| **SUMMARY OF DISBURSEMENTS** | **$** | **-** |

**HTA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Members, Staff, Advisor, Consult | 0.20 | 46.00 |
| 208 | Stay Matters | 0.60 | 189.00 |
| 210 | Analysis and Strategy | 6.50 | 2,206.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 1.20 | 378.00 |
| | | | |
| | | | $  2,819.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $  (281.90) |
| | | | |
| | **TOTALS** | **8.50** | **$  2,537.10** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,283.39, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $2,283.39.

### Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# Exhibit A

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2021

FOMB IN RE HTA TITLE III

**RE:  GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 30, 2021
FOMB IN RE HTA TITLE III                                          Bill #:    394046
                                                                 Billing Attorney:  CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2021:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---|
| Total Professional Services | $ 2,819.00 |
| Less Discount | $ -281.90 |
| Net Professional Services | $ 2,537.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,537.10** |

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/01/21 | AAI | 210 | Review PR UCC registry terms and conditions and parameters for certified search (.4); Coordinate with M. Amaro regarding same. (.3) | .70 | 310.00 | 217.00 |
| 4/02/21 | JLN | 201 | Review email from A. Emmert regarding HTA accounts. | .20 | 230.00 | 46.00 |
| 4/05/21 | HDB | 210 | Review revised UCC searches regarding HTA liens. | .20 | 315.00 | 63.00 |
| 4/05/21 | HDB | 208 | Continue review of Stay Relief Motion filed by AmeriNational Community Services, LLC and Cantor-Katz Collateral Monitor LLC. | .60 | 315.00 | 189.00 |
| 4/12/21 | HDB | 210 | Review Motion to Intervene by the DRA Parties in Appeal No. 20-1847 (Sec. 926) (.2) and tendered Brief by DRA Parties. (.5) | .70 | 315.00 | 220.50 |
| 4/13/21 | JP | 210 | Tel. conf. A. Emment and other McKenzie personnel, E. Barak and other Proskauer attorneys, and H. Bauer regarding HTA best interest test analysis (1.0); email exchange A. Emment regarding same. (0.3) | 1.30 | 360.00 | 468.00 |
| 4/13/21 | HDB | 210 | Tel. conf with O.Shah, J.Collins and McKinsey Team, E. Barak and Proskauer Team, Julio Pietrantoni and others regarding HTA BIT Analysis. | 1.10 | 315.00 | 346.50 |
| 4/16/21 | HDB | 210 | Review e-mails concerning payment of claim under potential Tamrio Settlement. | .20 | 315.00 | 63.00 |
| 4/19/21 | JP | 210 | Telephone conference B. Rosen and other Proskauer, PMA and other attorneys regarding strategy for discussion with DRA representatives about Act 30-31 revenues and other related matters(0.6); review DRA documents to prepare for call. (0.5) | 1.10 | 360.00 | 396.00 |
| 4/20/21 | JP | 210 | Zoom conference with DRA and FOMB attorneys and representatives regarding their HTA claims. | 1.20 | 360.00 | 432.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394046                                                                                    April 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/20/21 | HDB | 215 | Meeting with B. Rosen and Proskauer Team, W.Evert and PJT, P. Freidman and OMM, J. Pietrantoni, J. El Koury, the DRA Legal Team and others regarding DRA's claims against HTA. | 1.20 | 315.00 | 378.00 |

TOTAL PROFESSIONAL SERVICES         $ 2,819.00

Less Discount         $ -281.90

NET PROFESSIONAL SERVICES:         $ 2,537.10

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 3.60 | 360.00 | 1,296.00 |
| ALFREDO ALVAREZ IBANEZ | .70 | 310.00 | 217.00 |
| HERMANN BAUER | 4.00 | 315.00 | 1,260.00 |
| JOSE L. NOTARIO TOLL | .20 | 230.00 | 46.00 |
| **Total** | **8.50** | | **$ 2,819.00** |

**TOTAL THIS INVOICE**         **$ 2,537.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

            Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO HIGHWAYS & TRANSPORTATION
AUTHORITY,

            Debtor.

PROMESA
Title III

Case No. 17 BK 3567-LTS

---------------------------------------------------------------------x

## COVER SHEET TO FORTY-NINTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO HIGHWAYS & TRANSPORTATION AUTHORITY, FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021

---

[1]    The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2021 through May 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $3,104.10 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $150.00 |
| Total amount for this invoice: | $3,254.10 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-ninth monthly fee application in these cases.

00916803; 1

## __Principal Certification__

I hereby authorize the submission of this Monthly Fee Statement for May 2021.


/s/ Jaime A. El Koury
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 5, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Edificio Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Secretary of the Treasury,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**HTA TITLE III**

**Summary of Legal Fees for the Period  May 1 through May 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | $360.00 | 3.90 | 1,404.00 |
| Hermann D. Bauer | Member | Litigation | $315.00 | 5.70 | 1,795.50 |
| Ubaldo Fernandez | Jr. Member | Litigation | $225.00 | 0.70 | 157.50 |
| Milagros Marcano Baez | Paralegal | Litigation | 145.00 | 0.10 | 14.50 |
| Vanessa Sanchez | Paralegal | Litigation | 155.00 | 0.50 | 77.50 |
| | **Totals** | | | **10.90** | **$    3,449.00** |
| | **Less: 10% Courtesy discount** | | | | **$     (344.90)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$    3,104.10** |

**HTA TITLE III**

**Summary of Disbursements for the Period  May 1 through May 31, 2021**

| Description - Expenses | Amounts |
|---|---|
| UCC SERCH/FILING-CROSSTOWN SEARCHES & FILINGS INC. INV. 2021-437-AAI (4/1/2021) | $              150.00 |
| **SUMMARY OF DISBURSEMENTS** | **$       150.00** |

### HTA TITLE III

### Summary of Legal Fees for the Period  May 1 through May 31, 2021

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 208 | Stay Matters | 2.00 | 630.00 |
| 210 | Analysis and Strategy | 1.00 | 315.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 6.60 | 2,254.50 |
| 219 | Docketing | 0.20 | 30.00 |
| 224 | Fee Application - O&B | 1.10 | 219.50 |
| | | | |
| | | | $  3,449.00 |
| | | | |
| | **Less: 10% Courtesy Discount** | | $   (344.90) |
| | | | |
| | **TOTALS** | **10.90** | $   **3,104.10** |

00916803; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $2,793.69, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $150.00) in the total amount of $2,943.69.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021

FOMB IN RE HTA TITLE III

**RE: 20-00007-LTS FOMB/HTA V OFF. COMMITTEE-CGB-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2021
FOMB IN RE HTA TITLE III
Bill #: 396676
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1703 - 806**

**RE: 20-00007-LTS FOMB/HTA V OFF. COMMITTEE-CGB-HDB**

| | |
|---|---|
| Total Professional Services | $ 15.50 |
| | $ -1.55 |
| Net Professional Services | $ 13.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 13.95** |

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 806**
**RE: 20-00007-LTS FOMB/HTA V OFF. COMMITTEE-CGB-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/17/21 | VSN | 219 | Docket court notice received by email dated May 12, 2021 regarding deadline for responsive papers and reply; docket 65. -- H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |

|  | TOTAL PROFESSIONAL SERVICES |  | $ 15.50 |
|--|--|--|--|
|  |  |  | $ -1.55 |
|  | NET PROFESSIONAL SERVICES: |  | $ 13.95 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| VANESSA SANCHEZ | .10 | 155.00 | 15.50 |
| **Total** | **.10** | | **$ 15.50** |

**TOTAL THIS INVOICE**      **$ 13.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2021

FOMB IN RE HTA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021
FOMB IN RE HTA TITLE III
Bill #:   398097
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
May 31, 2021:

**Client.Matter: P1703 - 0**

**RE:  GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 3,433.50 |
| Less Discount | $ -343.35 |
| Net Professional Services | $ 3,090.15 |
| Total Reimbursable Expenses | $ 150.00 |
| **TOTAL THIS INVOICE** | **$ 3,240.15** |

# O'NEILL & BORGES LLC

**Client.Matter: P1703 . 0**
**RE:  GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/03/21 | HDB | 215 | Review HTA-CCDA Plan Support Agreement. | .40 | 315.00 | 126.00 |
| 5/05/21 | HDB | 208 | Review Joint Motion Urgent Joint Motion of the Government Parties and the DRA Parties for Modification of Certain Deadlines in the Order Approving Joint Stipulation of the Government Parties and the DRA Parties Regarding the DRA Parties Motion and Memorandum of Law in Support of their Motion for Relief from the Automatic Stay, or in the Alternative, Ordering Payment of Adequate Protection. | .20 | 315.00 | 63.00 |
| 5/07/21 | MMB | 219 | Docket court notice received by email dated May 5, 2021, regarding order dkt. 1014 setting deadline to file response in support of amended DRA stay motion, reply - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 5/19/21 | HDB | 208 | Analyze the DRA Parties Response to the Government Parties Objection to the DRA Parties Standing to Seek Relief from the Automatic Stay or in the Alternative, Ordering Payment of Adequate Protection. | 1.80 | 315.00 | 567.00 |
| 5/20/21 | JP | 215 | Review (1.9) and draft comments to (0.9) McKinsey legal chart in support of best interest test analysis. | 2.80 | 360.00 | 1,008.00 |
| 5/20/21 | HDB | 215 | Review Best Interest Analysis in preparation for call with McKinsey. | 1.20 | 315.00 | 378.00 |
| 5/21/21 | JP | 215 | Telephone conference McKinsey and Proskauer to discuss legal chart in support of best interest test analysis. | 1.10 | 360.00 | 396.00 |
| 5/21/21 | HDB | 215 | Tel. conf. with J. Esses, J. Pietrantoni, A. Emmert, J. Collins, B. Rosen and others regarding HTA Best Interest Analysis. | 1.10 | 315.00 | 346.50 |

O'Neill & Borges LLC

Bill #:  398097                                                                            May 31, 2021

| 5/24/21 | HDB | 210 | Analyze Reply Brief in the Ambac's Section 926 Motion Appeal (Appeal No. 20-1847). | 1.00 | 315.00 | 315.00 |
| 5/25/21 | UMF | 224 | Draft forty-fifth monthly fee statement of O&B for the month of January 2021 in the Title III case of the HTA. | .30 | 225.00 | 67.50 |
| 5/26/21 | VSN | 224 | As requested by U. Fernandez, review and compile January 2020 monthly fee application for HTA Title III Case No. 17-3567. | .20 | 155.00 | 31.00 |
| 5/27/21 | UMF | 224 | Draft forty-sixth monthly fee statement of O&B for the month of February in the Title III case of the HTA. | .40 | 225.00 | 90.00 |
| 5/27/21 | VSN | 224 | As requested by U. Fernandez, review and compile February 2020 monthly fee application for HTA Title III Case No. 17-3567. | .20 | 155.00 | 31.00 |

TOTAL PROFESSIONAL SERVICES                         $ 3,433.50

Less Discount                                                   $ -343.35

NET PROFESSIONAL SERVICES:                          $ 3,090.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| JULIO PIETRANTONI | 3.90 | 360.00 | 1,404.00 |
| HERMANN BAUER | 5.70 | 315.00 | 1,795.50 |
| UBALDO M. FERNANDEZ BARRERA | .70 | 225.00 | 157.50 |
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| VANESSA SANCHEZ | .40 | 155.00 | 62.00 |
| **Total** | **10.80** | | **$ 3,433.50** |

### EXPENSES

| Date | Description | Amount |
|------|-------------|-------:|
| 5/01/21 | UCC SEARCH/FILING-, CROSSTOWN SEARCHES & FILINGS, INC, INV. 2021-437-AAI (04/01/2021) | 150.00 |

TOTAL REIMBURSABLE EXPENSES                    $ 150.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  398097                                                        May 31, 2021

## TOTAL THIS INVOICE                          $ 3,240.15

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

**Crosstown Searches & Filings, Inc.**

*CROSSTOWN*

*SEARCHES & FILINGS, INC.*

Urb Sierra Bayamon 27 #8
Calle 26
Bayamon  PR 00961

Phone #   7876352036          lucrecia.crosstown@gmail.com

| Date | Invoice # |
|------|-----------|
| 4/1/202 1 | 2021-437 |

| Bill To |
|---------|
| O'NEILL & BORGES, LLC<br>250 AVE MUNOZ RIVERA STE 800<br>SAN JUAN PR 00918-1813 |

| Ship To |
|---------|
| LCDO. ALFREDO ALVAREZ |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | P1703-0 PUERTO RICO HIGHWAY TRANSPORTATION  Y OTROS | 150.00 | 150.00 |

The payment of this Invoice is required to be closed or not the case.

| | Total | $150.00 |
|--|-------|---------|