# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

---------------------------------------------------------------------x

## COVER SHEET TO FORTY-FOURTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant:                              O'Neill & Borges LLC ("O&B")

Authorized to provide professional services     Financial Oversight and Management
to:                                             Board, as Representative for the Debtor
                                                Pursuant to PROMESA Section 315(b)

Time period covered by this application:         February 1, 2021 through February 28,
                                                2021

Amount of compensation sought as actual,         $25,256.70
reasonable and necessary:

Amount of expense reimbursement sought           $0.00
as actual, reasonable and necessary:

Total amount for this invoice:                   $25,256.70

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-fourth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for February 2021.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On May 27, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF:**
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority:**
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Member | Litigation | $ 360.00 | 4.40 | $ 1,584.00 |
| Hermann D. Bauer | Member | Litigation | $ 315.00 | 12.10 | $ 3,811.50 |
| Carla Garcia Benitez | Member | Litigation | $ 335.00 | 0.60 | $ 201.00 |
| Carlos E. George | Member | Labor | $ 255.00 | 1.60 | $ 408.00 |
| Rosa M. Lazaro | Member | Corporate | $ 350.00 | 20.50 | $ 7,175.00 |
| Michelle Marichal | Member | Corporate | $ 260.00 | 1.50 | $ 390.00 |
| Jerry L. Marrero | Member | Corporate | $ 320.00 | 4.80 | $ 1,536.00 |
| Edgardo Nieves Quiles | Member | Corporate | $ 305.00 | 6.50 | $ 1,982.50 |
| Antonio L. Collazo | Jr. Member | Corporate | $ 225.00 | 5.90 | $ 1,327.50 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 225.00 | 1.00 | $ 225.00 |
| José L. Notario Toll | Jr. Member | Corporate | $ 230.00 | 4.10 | $ 943.00 |
| Jorge A. Candelaria | Associate | Litigation | $ 185.00 | 2.40 | $ 444.00 |
| Maria de la Vega | Associate | Corporate | $ 175.00 | 42.30 | $ 7,402.50 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 1.40 | $ 273.00 |
| Alberto Nieves Cubero | Associate | Corporate | $ 180.00 | 1.40 | $ 252.00 |
| Daniel J. Perez Refojos | Associate | Litigation | $ 195.00 | 0.40 | $ 78.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 145.00 | 0.10 | $ 14.50 |
| Vanessa Sanchez | Paralegal | Litigation | $ 155.00 | 0.10 | $ 15.50 |
|  |  |  |  |  |  |
|  | **Totals** |  |  | **111.10** | **$   28,063.00** |
|  |  |  |  |  |  |
|  | **Less: 10% Courtesy discount** |  |  |  | **$   (2,806.30)** |
|  |  |  |  |  |  |
| **SUMMARY OF LEGAL FEES** |  |  |  |  | **$   25,256.70** |

**PREPA TITLE III**

**Summary of Disbursements for the Period February 1 through February 28, 2021**

| Description - Expenses | Amounts |
|---|---|
|  |  |
|  |  |
| **Totals** |  |
| **SUMMARY OF DISBURSEMENTS** | **$          -** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Members, Staff, Advisor, Consult | 1.30 | 416.00 |
| 202 | Legal Research | 8.10 | 1,709.00 |
| 206 | Documents Filed on Behalf of the Board | 0.40 | 78.00 |
| 209 | Adversary Proceeding | 5.60 | 1,752.00 |
| 210 | Analysis and Strategy | 67.70 | 14,918.00 |
| 213 | Labor, Pension Matters | 24.20 | 8,179.00 |
| 214 | Legal/Regulatory Matters | 0.70 | 157.50 |
| 215 | Plan of Adjustment and Disclosure Statement | 1.70 | 535.50 |
| 219 | Docketing | 0.20 | 30.00 |
| 222 | Claims and Claims Objections | 0.20 | 63.00 |
| 224 | Fee Applications-O&B | 1.00 | 225.00 |
|  |  |  |  |
|  |  |  | $ 28,063.00 |
|  |  |  |  |
|  | **Less: 10% Courtesy discount** |  | $ (2,806.30) |
|  |  |  |  |
|  | **TOTALS** | **111.10** | $ 25,256.70 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $22,731.03 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $22,731.03.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

## O'NEILL & BORGES LLC

February 28, 2021
FOMB IN RE PREPA TITLE III
Bill #:  393813
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2021:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 5,962.00 |
| Less Discount | $ -596.20 |
| Net Professional Services | $ 5,365.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,365.80** |

Electronic Invoice

IN ACCOUNT WITH

252 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/21 | JP | 210 | Analyze whether FOMB can implement transition charge for new PREPA restructuring bonds without the approval of the Energy Commission (2.1); telephone conference H. Bauer, A. Collazo and J. Marrero regarding same (1.20); telephone conference E. Barak, P. Possinger, H. Bauer, A. Collazo, J. Marrero regarding same (0.5); review Proskauer memo regarding same (0.6). | 4.40 | 360.00 | 1,584.00 |
| 2/01/21 | JLM | 210 | Review research materials and Laws on PREB powers over securitization of Bonds issued under Title III of PROMESA in preparation for meeting and calls scheduled for today. | .50 | 320.00 | 160.00 |
| 2/01/21 | JLM | 201 | Participate in MS Teams meeting with team and discuss draft Memo prepared, applicable laws, and response to provide to Proskauer in response to inquiry on PREB powers over securitization and issuance of Bonds under Title III of PROMESA. | .80 | 320.00 | 256.00 |
| 2/01/21 | JLM | 201 | Participate in conference call with Proskauer and discuss issue of PREB powers over bond and securitization issued under Title III of PROMESA and issues still to be addressed. | .50 | 320.00 | 160.00 |
| 2/01/21 | JLM | 210 | Communication with A. Collazo regarding research remaining to be conducted to respond to Proskauer's inquiries and summary to be prepared on recent PREB resolutions regarding PREPA 10-year plan filed at FEMA, compliance with RFP, and issuance of RFP for PV and BESS technologies. | .30 | 320.00 | 96.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393813

February 28, 2021

| 2/01/21 | HDB | 215 | Tel. conf. with J. Pietrantoni, J. L. Marrero and A. Collazo regarding PREB authority and regulatory requirements. (1.2)  Tel. conf with P. Possinger, E. Barak, J. Pietrantoni, A. Collazo and others concerning potential securitization implementation issues. (.5) | 1.70 | 315.00 | 535.50 |
|---|---|---|---|---|---|---|
| 2/01/21 | ALC | 210 | Discuss analysis of PREB's powers and duties regarding rates and other actions necessary for debt restructuring with J. Pietrantoni, J. L. Marrero and H. D. Bauer for purposes of RSA structure implementation without new or amended legislation. | 1.20 | 225.00 | 270.00 |
| 2/01/21 | ALC | 210 | Prepare for Tel. conf. with Proskauer team regarding to follow up on analysis of RSA structure implementation without new or amended legislation including charges, rates and PREB approvals regarding the same. | 1.10 | 225.00 | 247.50 |
| 2/01/21 | ALC | 210 | Tel. conf. with H. D. Bauer, J. Pietrantoni, J. L. Marrero and the Proskauer team regarding follow-up on analysis of RSA structure implementation without new or amended legislation including charges, rates and PREB approvals regarding the same. | .50 | 225.00 | 112.50 |
| 2/01/21 | ALC | 210 | Analyze memorandum prepared by Proskauer on PREPA restructuring matters. | .90 | 225.00 | 202.50 |
| 2/02/21 | HDB | 210 | Further analysis of Proskauer Memorandum regarding Section 6.3(q). | .80 | 315.00 | 252.00 |
| 2/02/21 | HDB | 209 | Review Order to Show Cause for Dismissal in Appeal No. 20-2162. | .20 | 315.00 | 63.00 |
| 2/02/21 | ALC | 210 | Review Act 4-2016 for purposes of analysis of PREB's powers over rates and charges to implement RSA structure keeping securitization without Act 4 (PREPA revitalization Act) structure. | .90 | 225.00 | 202.50 |
| 2/03/21 | JLM | 210 | Review provisions in Act 82, Act 57 and Act 17 pertinent to the response to Proskauer inquiry regarding imposition of charges and fees and applicability of PREB approval requirement to matters related to PREPA in Title III proceedings. | 1.10 | 320.00 | 352.00 |
| 2/03/21 | HDB | 210 | Analyze Memorandum by Proskauer (E. Barak and P. Possinger) regarding PREPA Plans strategy issues. | .90 | 315.00 | 283.50 |
| 2/15/21 | HDB | 210 | Analyze PR Law issues regarding Appellant Brief filed by UTIER in appeal no. 20-2041 (LUMA Front End Transition Charge). | 1.20 | 315.00 | 378.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393813                                                                February 28, 2021

| 2/17/21 | HDB | 210 | Analyze Appellee brief by the FOMB in Appeal No. 20-1685. | .90 | 315.00 | 283.50 |
| 2/17/21 | UMF | 224 | Draft O&B's monthly fee application for the period of October 2020 in the Title III case for PREPA. | .30 | 225.00 | 67.50 |
| 2/18/21 | UMF | 224 | Draft O&B's monthly fee application for the period of November 2020 in the Title III case of PREPA. | .30 | 225.00 | 67.50 |
| 2/19/21 | UMF | 224 | Draft monthly fee application of O&B for the period of December 2020 in the Title III case of PREPA. | .40 | 225.00 | 90.00 |
| 2/19/21 | DJP | 206 | Analyze PREPA's Unopposed Urgent Motion to Extend Briefing Schedule, in anticipation of its filing. | .20 | 195.00 | 39.00 |
| 2/19/21 | DJP | 206 | File PREPA's Unopposed Urgent Motion to Extend Briefing Schedule, through the court's electronic filing system. | .20 | 195.00 | 39.00 |
| 2/22/21 | ALC | 214 | Monitor developments of PREPA's compliance with PREB's IRP related orders and transition to T& D administrator in connection with Title III exit strategy. | .40 | 225.00 | 90.00 |
| 2/23/21 | ALC | 214 | Revise summaries of PREB's RFP order, timeline and determination on alignment with IRP and Modified Action plan to monitor developments of PREPA's compliance with PREB's IRP related orders and transition to T&D administrator in connection with Title III exit strategy. | .30 | 225.00 | 67.50 |
| 2/26/21 | HDB | 222 | Review issues regarding First Further ADR offer to Carlos Pérez-Molina, Ana Figueroa, and The Conjugal Partnership. | .20 | 315.00 | 63.00 |

TOTAL PROFESSIONAL SERVICES                  $ 5,962.00

Less Discount                                               $ -596.20

NET PROFESSIONAL SERVICES:                  $ 5,365.80


## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JULIO PIETRANTONI | 4.40 | 360.00 | 1,584.00 |
| JERRY LUCAS MARRERO | 3.20 | 320.00 | 1,024.00 |
| HERMANN BAUER | 5.90 | 315.00 | 1,858.50 |
| ANTONIO L. COLLAZO | 5.30 | 225.00 | 1,192.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393813                                                        February 28, 2021

| | | | |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | 1.00 | 225.00 | 225.00 |
| DANIEL J. PEREZ REFOJOS | .40 | 195.00 | 78.00 |
| **Total** | **20.20** | | **$ 5,962.00** |

**TOTAL THIS INVOICE**                               **$ 5,365.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021
Bill #: 393814
Billing Attorney: CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2021:

**Client.Matter: P1705 - 3**

**RE: FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 18,998.00 |
| Less Discount | $ -1,899.80 |
| Net Professional Services | $ 17,098.20 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 17,098.20** |

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

Client.Matter: P1705 . 3
RE:  FISCAL PLAN

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/01/21 | JLM | 210 | Conf. with M. de la Vega regarding preparation of summary for Proskauer of the PREB hearing on Luma Agreement and recent resolutions regarding PREPA 10-year plan filed at FEMA, compliance with RFP, and issuance of RFP for PV and BESS technologies. | .30 | 320.00 | 96.00 |
| 2/01/21 | JLM | 210 | Exchange communications with M. de la Vega regarding recent PREB resolutions and review copy of resolutions received. | .60 | 320.00 | 192.00 |
| 2/01/21 | MCD | 210 | Review contents of PREPA Website (Portal) to verify if certain RFP has been published. | .20 | 175.00 | 35.00 |
| 2/01/21 | MCD | 210 | Discuss with attorney J. L. Marrero strategy to prepare summaries concerning hearing on Luma Agreement. | .30 | 175.00 | 52.50 |
| 2/01/21 | MCD | 210 | Review PREB records (Resolutions and Orders) to identify discussions related to LUMA Agreement. | 1.60 | 175.00 | 280.00 |
| 2/01/21 | MCD | 210 | Conduct preliminary Review PREB Resolution and Order regarding: Determination on alignment with the Approved Integrated Resources Plan and Modified Action Plan ("January 25, 2021 Resolution and Order") (.30); Conduct preliminary Review of PREB Resolution and Order regarding: Issuance of RFP and timeline for filing responses to questions received from stakeholders and provide summary ("January 26 Resolution and Order") (.30). | .60 | 175.00 | 105.00 |
| 2/02/21 | MCD | 210 | Review contents of PREPA Website to verify if a certain RFP has been published as of February 2, 2021. | .20 | 175.00 | 35.00 |
| 2/02/21 | MCD | 210 | Continue research to identify documents concerning hearing on Luma Agreement. | 1.90 | 175.00 | 332.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393814                                                      February 28, 2021

| 2/02/21 | MCD | 210 | Review and analyze the following documents as part of the research: Resolution and Order, June 17, 2020, Case No. NEPR-AP-2020-0002. | .80 | 175.00 | 140.00 |
|---|---|---|---|---|---|---|
| 2/02/21 | MCD | 210 | Request for Certification LUMA Energy, LLC, Case No. NEPR-CT-2020-0008 (.40); Request for Certification LUMA Energy Servco, LLC, Case No. NEPR-CT-2020-0007. (.40) | .80 | 175.00 | 140.00 |
| 2/02/21 | MCD | 210 | Conduct preliminary review and analysis of contents of Docket No. NEPR-AP-2020-025 to identify relevant filings(.30); Conduct preliminary review and analysis of contents of Docket No. NEPR-MI-2019-0007 (.40) to identify relevant filings; Conduct Preliminary review and analysis of contents of Docket No. NEPR-MI-2020-0008 to identify relevant filings (.40); Review and analyze contents of Docket No. NEPR-MI-2021-0002 to identify relevant filings (.20); Conduct review and analysis of January 25, 2021 Resolution and Order regarding: determination on alignment with the Approved Integrated Resources Plan and Modified Action Plan (1.3). | 2.60 | 175.00 | 455.00 |
| 2/03/21 | MMS | 213 | Review Administrative Determination 21.01. (.4) Review applicable provisions under the PR Code in connection with plan distributions and regulations regarding same. (.4) Conduct analysis of applicable tax rate to distributions under PR governmental plans. (.3) | 1.10 | 260.00 | 286.00 |
| 2/03/21 | MCD | 210 | Review contents of PREPA Website to verify if a certain RFP has been published as of February 3, 2021. | .20 | 175.00 | 35.00 |
| 2/03/21 | MCD | 210 | Finalize review and analysis of January 25, 2021 Order and Resolution regarding Determination on alignment with the Approved IRP and Modified Action Plan. | .20 | 175.00 | 35.00 |
| 2/03/21 | MCD | 210 | Continue to conduct legal research to identify certain minutes and Resolutions pertaining discussion of LUMA Contract. | 1.20 | 175.00 | 210.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393814                                               February 28, 2021

| Date | Init. | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/03/21 | MCD | 210 | Review and analyze contents of the following document: "The Government Parties' Objection to the Emergency Motion of the Official Committee of Unsecured Creditors, the Fuel Line Lenders and Utier to Adjourn Objection Deadline and Hearing Date for Luma Energy Administrative Expense Motion" to identify discussions pertaining Luma Agreement Hearing (.60); Review and analyze contents of Junta Reglamentadora de Servicios Públicos Press Release concerning PREB's January 25, 2021 Resolution and Order (.30); Identify and conduct preliminary review of PREPA's Fiscal Plan (.30); Review and analyze PREB's January 26, 2021 Resolution and Order regarding "Issuance of RFP and timeline for filing of responses to questions received from stakeholders" (.30) | 1.50 | 175.00 | 262.50 |
| 2/04/21 | RML | 213 | Analyze  administrative determination from Treasury on rollover from Act 106 plan to private plan and taxation from governmental plans and application to PREPA plan. (0.8) Draft email to P. Hamburger regarding application to Administrative determination to PREPA plan. (0.4) Respond to P. Hamburger email  on Administrative determination. (0.30); Conf. with M. Marichal regarding same. (0.3) | 1.90 | 350.00 | 665.00 |
| 2/04/21 | MMS | 213 | Discuss issues regarding Administrative Determination 21-01 with R. M. Lazaro. (.3) Review disclosure language regarding same. (.1) | .40 | 260.00 | 104.00 |
| 2/04/21 | MCD | 210 | Review PREPA Website to verify if a certain RFP has been published as of February 4, 2021. | .20 | 175.00 | 35.00 |
| 2/04/21 | MCD | 210 | Preliminary review of key sections of the Operation Agreement between LUMA and PREPA. | .40 | 175.00 | 70.00 |
| 2/04/21 | MCD | 210 | Conduct research to identify news-articles discussing Operation Agreement between LUMA and PREPA. | .30 | 175.00 | 52.50 |

O'Neill & Borges LLC

Bill #:  393814                                                        February 28, 2021

| 2/04/21 | MCD | 210 | Review and analyze various articles discussing Operation and Maintenance Agreement recently entered between PREPA and LUMA (including Institute for Energy Economics and Financial Analysis document titled:  Contract Between Puerto Rico, Luma Energy Sets up Full Privatization, Higher Rates for Island Grid (Tom Sanzillo, IEEFA Director of Finance, October 2020), CNE's article titled: PREPA and LUMA (August 31, 2020), Prime Air Corp.'s article titled: U.S. lawmakers inquire about controversial LUMA, New Fortress contracts with PREPA (July 24, 2020), BNAmerica's article titled Puerto Rico creates Steering Committee to oversee LUMA Energy contract  (January 14, 2021). | 2.00 | 175.00 | 350.00 |
| 2/04/21 | MCD | 210 | Review and analyze The San Juan Stars' article titled: PREB to review 10-year infrastructure plan PREPA submitted to FEMA  (Jan 11, 2021) (.20); Draft summary of January 25, 2021 Resolution and Order (Jan 25, 2021). | 1.40 | 175.00 | 245.00 |
| 2/04/21 | MCD | 210 | Review and analyze Resolution and Order regarding Issuance of RFP and timeline for filing of response to questions received from stakeholders. | .60 | 175.00 | 105.00 |
| 2/05/21 | RML | 213 | Review issue raised by E. Barak on vested rights of employees  under various benefits as a result of transfer to LUMA. | .70 | 350.00 | 245.00 |
| 2/05/21 | MCD | 210 | Review contents of PREPA Website (Portal) to verify if certain RFP has been published as of February 5, 2021. | .20 | 175.00 | 35.00 |
| 2/06/21 | MCD | 210 | Review contents of PREPA Website to verify if a certain RFP has been published as of February 6, 2021. | .10 | 175.00 | 17.50 |
| 2/07/21 | MCD | 210 | Review contents of PREPA Website (Portal) to verify if certain RFP has been published as of Februray 7, 2021. | .10 | 175.00 | 17.50 |
| 2/09/21 | JLM | 210 | Communicate with M. de la Vega To discuss task at hand and certain findings. | .20 | 320.00 | 64.00 |
| 2/09/21 | ENQ | 210 | Review Section 4.5 of Luma Agreement (.4). Review PREPA 10 year plan. (.9) Review information on proposed amendment to Burns & McDonell Agreement in preparation for discussion with C. Montilla. (.7) Tel. conf. with C. Montilla regarding proposed amendment. (.2) | 2.20 | 305.00 | 671.00 |

O'Neill & Borges LLC

Bill #:  393814                                                      February 28, 2021

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/09/21 | MCD | 210 | Review contents of PREPA's December 22, 2020 Motion for Reconsideration of Resolution and Order on Draft Procurement Plan (1.0); Conduct Preliminary review of Draft Procurement Plan to identify discussion related to Operation and Maintenance Agreement between PREPA and LUMA. (.40) | 1.40 | 175.00 | 245.00 |
| 2/09/21 | MCD | 210 | Begin review recorded Stakeholder Meeting held by the PREB on January 14, 2021 to discuss the Implementation of the PREPA's IRP and Modified Action Plan and to provide an overview of the Procurement Plan (NEPR-MI-2020-0012 to identify discussions concerning OMA Agreement between PREPA and LUMA. | 2.20 | 175.00 | 385.00 |
| 2/09/21 | MCD | 210 | Continue legal research to identify Stakeholder Conference held by the PREB to discuss the OMA between PREPA and LUMA. | .40 | 175.00 | 70.00 |
| 2/09/21 | MCD | 210 | Communications with Energy Secretary (PREB) to identify certain stakeholder conference (.20); Review and analyze Agenda, Minute and live stream of Ordinary Plenary Session held on January 13, 2021 (.50) | .70 | 175.00 | 122.50 |
| 2/09/21 | MCD | 210 | Review and analyze Agenda, Minute and live stream of Ordinary Plenary Session held on January 21, 2021 (.50); Conduct research on PREB Youtube channel to identify date of stakeholder meeting held by PREB to discuss OMA between PREPA and LUMA (.30) | .80 | 175.00 | 140.00 |
| 2/09/21 | MCD | 210 | Communication with attorney J. L. Marrero to discuss task at hand and certain findings (.20); Review and analyze contents of PREPA's Motion titled  Presentation of Status Report on the Development of PREPA's Draft Procurement Plan (Sept 23, 2020) (CEPR-AP-2018-0001) (.30) Review and analyze contents of PREB's January 5, 2021 Resolution and Order concerning "Ruling on Motion titled Motion for Reconsideration of the Resolution and Order on the Evaluation of Puerto Rico Electric Power Authority's Draft Procurement Plan" (.80); Review and analyze contents of PREB's December 9, 2020 Resolution and Order concerning "Evaluation of Draft Procurement Plan" (.70) | 2.00 | 175.00 | 350.00 |
| 2/10/21 | HDB | 213 | Tel. conf. with PMA, R. Lazaro and C. George regarding acquiring rights and benefits offered by PREPA. | 1.20 | 315.00 | 378.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #: 393814											February 28, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/10/21 | CEG | 213 | Tel. conf. with PMA, R. Lazaro and H. Bauer regarding acquiring rights and benefits offered by PREPA. | 1.20 | 255.00 | 306.00 |
| 2/10/21 | MCD | 210 | Review the Resolution and Order: Jan 7, 2021 Resolution and Order concerning "Ruling on Motion titled Motion for Reconsideration of the Resolution and Order on the Evaluation of Puerto Rico Electric Power Authority's Draft Procurement Plan" (NEPR-MI-2020-0012. | .90 | 175.00 | 157.50 |
| 2/10/21 | JEG | 210 | Draft email to E. Nieves forwarding summary of Luma Energy P3 contract, and the P3A Partnership Report. | .10 | 195.00 | 19.50 |
| 2/11/21 | RML | 213 | Review position in connection to acquire rights. (0.7) Draft email to A. Billoch regarding OATHR and pension matters. (0.4) | 1.10 | 350.00 | 385.00 |
| 2/11/21 | ENQ | 210 | Review copy of LUMA Agreement to identify specific services included in connection with review of proposed amendment to Burns & Mc Donell Contract. | 2.70 | 305.00 | 823.50 |
| 2/11/21 | ENQ | 210 | Draft email to C. Montilla regarding requirement for ownership of professional services limited liability company. (.2) Review draft email to PREPA regarding request for entity ownership confirmation. (.1) | .30 | 305.00 | 91.50 |
| 2/12/21 | RML | 213 | Review issue regarding PREPA's obligation to establish a retirement system. (0.9) Draft response to E. Barack inquiries on PREPA's obligation to fund a retirement plan. (.8) | 1.70 | 350.00 | 595.00 |
| 2/12/21 | JAC | 202 | Revise response by R. M. Lazaro regarding inquiry by Proskauer Rose LLP regarding PREPA pension plan funding. | .60 | 185.00 | 111.00 |
| 2/15/21 | RML | 213 | Review and analyze communication from UTIER to PREPA employees on CBA and pensions. (1.2) Draft email to P. Possinger regarding UTIER communication. (0.2) | 1.40 | 350.00 | 490.00 |
| 2/15/21 | JEG | 210 | At the request of E. Nieves, review documents sent by C. Montilla related to the contract between PREPA and Burns & Mc Donnell. | 1.30 | 195.00 | 253.50 |
| 2/17/21 | RML | 213 | Review summary prepared by PMA on conversation on acquired rights. (0.4) Draft email to group on comments to summary of acquired rights. (0.2) | .60 | 350.00 | 210.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393814                                                                    February 28, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/17/21 | RML | 213 | Review issues raised by S. Levy on benefits for participants of retirement plan of 60 years and 5 years of service. (0.3) Review further email between A. Figueroa and S. Levy on changes to FAQ. (0.3) | .60 | 350.00 | 210.00 |
| 2/18/21 | RML | 213 | Edit the table of benefits and acquired rights. (0.7) Tel. conf. with A. Billoch regarding comments to table of employee acquired rights. (0.3) Draft email to group on changes to table on acquired rights . (0.2) Further analysis on issue on acquired rights. (0.3) Review revised version of table of benefits circulated by PMA. (0.2) | 1.70 | 350.00 | 595.00 |
| 2/19/21 | RML | 213 | Review PREPA Retirement Plan regulations to address inquiries on options available to transfer employees. (1.4) Edit the FAQ regarding options to transfer employees. (0.7) | 2.10 | 350.00 | 735.00 |
| 2/19/21 | ENQ | 210 | Review Energy Commission Resolution on Luma contract.(.3) Review motion filed by LUMA in connection with possible overlap between Luma Contract and Burns and McDonnel contracts.(.4) Review PREPA Motion in connection with differences between Luma's role and Burns and McDonnell services.(.6) | 1.30 | 305.00 | 396.50 |
| 2/19/21 | MCD | 210 | Analyze pleadings contained in Docket NEPR-AP-2020-0025 (In Re: Performance Targets for LUMA Energy Servco, LLC) (.90); Draft summary of Resolutions and Orders issued by the PREB discussing the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement (OMA) between the Puerto Rico Power Authority (PREPA), the Puerto Rico Public-Private Partnerships Authority (P3 Authority) and LUMA Energy, LLC before the Puerto Rico Energy Bureau (PREB) (.30). | 1.20 | 175.00 | 210.00 |
| 2/19/21 | MCD | 210 | Analyze pleadings Docket NEPR-CT-2020-0007 (In Re: Request for Certification LUMA Energy ServCo, LLC.) (.40); Draft summary of same. (.40) | .80 | 175.00 | 140.00 |
| 2/19/21 | MCD | 210 | Analyze Docket NEPR-CT-2020-0008 (In Re: Request for Certification LUMA Energy, LLC.) (.20); Draft summary of same.(.20) | .40 | 175.00 | 70.00 |
| 2/19/21 | MCD | 210 | Analyze Docket NEPR-MI-2020-0008 (In Re: LUMA Monthly Status Reports for Front-End Transition Services) (1.4); Draft summary of same. (1.7) | 3.10 | 175.00 | 542.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393814                                                              February 28, 2021

| 2/19/21 | MCD | 210 | Analyze Docket NEPR-AP-2020-0002 (Certificate of Energy Compliance ) (1.2); Draft summary of same.(.80) | 2.00 | 175.00 | 350.00 |
|---|---|---|---|---|---|---|
| 2/22/21 | RML | 213 | Review email from R. Tague inquiring on FAQ PREPA Plan. (.02) Tel. conf. with J. Candelaria on changes to FAQ PREPA Pension Plan. (0.2) Revise language for FAQ. (0.4) Draft email to E&Y regarding FAQ modifications. (0.3). | 1.10 | 350.00 | 385.00 |
| 2/22/21 | RML | 202 | Conference call with R. Lazaro regarding FAQ PREPA Plan. | .20 | 350.00 | 70.00 |
| 2/22/21 | JAC | 202 | Analyze additional Puerto Rico law issues related to FAQ PREPA Plan (1.2); conference call with R. M. Lazaro regarding the same (0.2) | 1.80 | 185.00 | 333.00 |
| 2/22/21 | MCD | 210 | Analyze Resolutions Docket NEPR-MI-2019- 0007 (In Re: The Performance of PREPA) (.40); Draft summary of May 14, 2019 Resolution and Order issued by the PREB (.70); Analyze Docket NEPR-MI-2020-0008 (In Re: LUMA Monthly Status Reports for Front-End Transition Services). (1.0) | 2.10 | 175.00 | 367.50 |
| 2/23/21 | RML | 213 | Tel. conf. with M. Lopez regarding table added to FAQ. (.3). Draft comments to the draft FAQ PREPA Plan. (0.4) Exchange various emails with E&Y on edits to FAQ PREPA Plan. (0.6) Review different versions of FAQ of PREPA Pension Plan. (0.5) Draft email to M. Lopez with comments and suggested changes to FAQ PREPA Pension Plan. (0.7) | 2.20 | 350.00 | 770.00 |
| 2/24/21 | RML | 213 | Review recent version circulated by A. Figueroa of FAQ regarding PREPA Pension Plan. (0.4) Draft email to R. Tague with comments to FAQ regarding PREPA Pension Plan. (0.3) Draft email to M. Lopez regarding FAQ discussing PREPA Pension Plan.(0.2) Review PREPA Plan regulations to address retirement eligibility inquiries. (0.4) | 1.30 | 350.00 | 455.00 |
| 2/24/21 | MCD | 210 | Analyze Docket NEPR-MI-2020-0008 (In Re: LUMA Monthly Status Reports for Front-End Transition Services) (.90); Draft summary of relevant filings concerning current discussions related to the PR T& D System OMA (1.6). | 2.50 | 175.00 | 437.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393814                                                          February 28, 2021

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 2/25/21 | RML | 213 | Tel. conf. with M. Lopez regarding table added to FAQ on PREPA Pension. (0.2) Review chart to be discussed regarding PREPA Regulation. (0.5) Tel. conf. with E&Y and M. Lopez regarding FAQ changes. (.9) | 1.60 | 350.00 | 560.00 |
| 2/25/21 | RML | 213 | Draft changes to FAQ PREPA Pension Plan. (0.5) Draft email to S. Levy regarding changes to FAQ PREPA Pension Plan. (0.2) review further changes. (0.2) Respond to Proskauer inquiries on changes to FAQ. (0.4) Further review of additional questions on FAQ. (0.3) | 1.60 | 350.00 | 560.00 |
| 2/25/21 | MCD | 210 | Analyze contents of The Weekly Journal's Article "LUMA: Challenges Continue With PPP Contract - More Than Six Months After PREPA Contract Signed" published on February 17, 2021. | .30 | 175.00 | 52.50 |
| 2/25/21 | MCD | 210 | Review following Dockets NEPR-AP-2020-0002, NEPR-MI-2020-0008, NEPR-CT-2020-0008, NEPR-CT-2020-0007 and NEPR-AP-2020-0025 to verify status of uploaded documents (.30); Analyze most recent fillings in Docket NEPR-MI-2020-0008 (In Re: LUMA Monthly Status Reports for Front-End Transition Services) (1.2); Edit summary of various Dockets from the PREB concerning matters related to LUMA Energy, LLC and/or the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement (OMA) between the Puerto Rico Power Authority, the Puerto Rico Public- Private Partnerships Authority and LUMA Energy, LLC (2.3). | 3.80 | 175.00 | 665.00 |
| 2/25/21 | MCD | 210 | Final review of document summarizing various Dockets from the PREB concerning matters related to LUMA Energy, LLC and/or the Puerto Rico Transmission and Distribution System Operation and Maintenance Agreement (OMA) between the Puerto Rico Power Authority, the Puerto Rico Public- Private Partnerships Authority and LUMA Energy, LLC. | .30 | 175.00 | 52.50 |
| 2/26/21 | JLM | 210 | Review summary of Luma Agreement process and status at the PREB to be sent to E. Barak and P. Possinger in response to their request. | .50 | 320.00 | 160.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393814                                                          February 28, 2021

| Date | Atty | Task | Description | Hours | Rate | Total |
|------|------|------|-------------|-------|------|-------|
| 2/26/21 | ALC | 210 | Review email/ request form B. Rosen form Proskauer requesting information on green energy credits (20). Review of Act 83 amendments by Act 60 (30).  Draft email to M. Marichal, D. Ortiz and H. D. Bauer in connection with required clarifications regarding the same (.10). | .60 | 225.00 | 135.00 |
| 2/27/21 | RML | 213 | Review version of FAQ revised by EY. (0.4) Review issue regarding employment of a retiree by LUMA. (0.3) | .70 | 350.00 | 245.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 18,998.00 |
| Less Discount | $ -1,899.80 |
| NET PROFESSIONAL SERVICES: | $ 17,098.20 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | 20.50 | 350.00 | 7,175.00 |
| JERRY LUCAS MARRERO | 1.60 | 320.00 | 512.00 |
| EDGARDO NIEVES QUILES | 6.50 | 305.00 | 1,982.50 |
| HERMANN BAUER | 1.20 | 315.00 | 378.00 |
| CARLOS E. GEORGE | 1.20 | 255.00 | 306.00 |
| MICHELLE MARICHAL SODERBERG | 1.50 | 260.00 | 390.00 |
| ANTONIO L. COLLAZO | .60 | 225.00 | 135.00 |
| JORGE A. CANDELARIA | 2.40 | 185.00 | 444.00 |
| MARIA C. DE LA VEGA | 42.30 | 175.00 | 7,402.50 |
| GONZALEZ ALDARONDO, JOSUE E. | 1.40 | 195.00 | 273.00 |
| **Total** | **79.20** | | **$ 18,998.00** |

**TOTAL THIS INVOICE**                                 **$ 17,098.20**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021
FOMB IN RE PREPA TITLE III
Bill #: 393815
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending February 28, 2021:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 102.00 |
| Less Discount | $ -10.20 |
| Net Professional Services | $ 91.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 91.80** |

Electronic Invoice

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/05/21 | CEG | 209 | Review email exchange between M. Morris and counsels for UTIER related to depositions errata sheets and pending production of certain documents. | .40 | 255.00 | 102.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 102.00 |
| Less Discount | $ -10.20 |
| NET PROFESSIONAL SERVICES: | $ 91.80 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLOS E. GEORGE | .40 | 255.00 | 102.00 |
| **Total** | **.40** | | **$ 102.00** |

**TOTAL THIS INVOICE**                                        **$ 91.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021

FOMB IN RE PREPA TITLE III

### RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

February 28, 2021
FOMB IN RE PREPA TITLE III
Bill #: 393816
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2021:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---|
| Total Professional Services | $ 484.50 |
| Less Discount | $ -48.45 |
| Net Professional Services | $ 436.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 436.05** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/21 | HDB | 209 | Review Appellant Reply Brief in Appeal No. 20-1797. | .90 | 315.00 | 283.50 |
| 2/11/21 | CGB | 209 | Analyze the Plaintiffs' reply brief in Appeal 20-1797. | .60 | 335.00 | 201.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 484.50 |
| Less Discount | | $ -48.45 |
| NET PROFESSIONAL SERVICES: | | $ 436.05 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .60 | 335.00 | 201.00 |
| HERMANN BAUER | .90 | 315.00 | 283.50 |
| **Total** | **1.50** | | **$ 484.50** |

**TOTAL THIS INVOICE**                      **$ 436.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021
FOMB IN RE PREPA TITLE III
Bill #: 393817
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2021:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---:|
| Total Professional Services | $ 2,502.00 |
| Less Discount | $ -250.20 |
| Net Professional Services | $ 2,251.80 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,251.80** |

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/03/21 | HDB | 209 | Review analysis regarding Article 1258 of the Puerto Rico Civil Code. | .40 | 315.00 | 126.00 |
| 2/03/21 | JLN | 202 | Review email from M. Palmer regarding Civil Code article 125. (0.1) Legal research same. (0.4) Draft response to M. Palmer query. (0.3) | .80 | 230.00 | 184.00 |
| 2/08/21 | HDB | 209 | Analyze reply brief to Motion for Summary Judgment in Adv. 19-00453. | 1.40 | 315.00 | 441.00 |
| 2/08/21 | JLN | 202 | Review follow up inquiry from M. Palmer regarding applicability of new Civil Code to issues in Adv. 19-00453. (0.2) Review New Civil Code provisions regarding same. (0.3) Discuss issues related to Civil Code's provisions on which version will prevail with A. Nieves. (0.3) | .80 | 230.00 | 184.00 |
| 2/08/21 | AON | 202 | Discuss issues related to Civil Code's provisions on which version will prevail with J. Notario. | .30 | 180.00 | 54.00 |
| 2/09/21 | HDB | 209 | Review analysis by E. Corretjer regarding additional arguments raised as a result of Vitol's reply brief. | .40 | 315.00 | 126.00 |
| 2/09/21 | JLN | 202 | Edit the draft response to inquiries from M. Palmer regarding applicability of 2020 PR Civil Code drafted by A. Nieves. | .60 | 230.00 | 138.00 |
| 2/09/21 | AON | 202 | As requested by J. Notario, prepare draft of reply to M. Palmer's email from 2/5/2021 regarding applicability of the New 2020 Civil Code. | .80 | 180.00 | 144.00 |
| 2/10/21 | HDB | 209 | Review draft response to M. Palmer's queries on the P.R. Civil Code by J. Notario. | .20 | 315.00 | 63.00 |
| 2/10/21 | JLN | 202 | Finalize response to inquiry from M. Palmer regarding the new Civil Code of PR. | .80 | 230.00 | 184.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   393817                                                                                    February 28, 2021

| 2/10/21 | AON | 202 | Legal research regarding the legislative history for the transitory provisions of the 2020 Civil Code. | .30 | 180.00 | 54.00 |
| 2/12/21 | HDB | 209 | Review Defendants' Opposing Statement of Material Facts. | .90 | 315.00 | 283.50 |
| 2/16/21 | HDB | 210 | Analyze argument concerning Excessive Fines Clause in Vitol's reply brief to consider impact of Jack's Beach Resort and WRC Properties in relation to the same. | .60 | 315.00 | 189.00 |
| 2/17/21 | JLN | 202 | Analyze follow up inquiry from L. Stafford regarding use of the word penal in law 458. (0.3) Analyze applicable provisions of Act 458. (0.3) Draft email response to L. Stanfford regarding same. (0.5) | 1.10 | 230.00 | 253.00 |
| 2/18/21 | HDB | 209 | Draft e-mail to L. Stafford regarding Court's equitable powers to modify penal clauses. | .20 | 315.00 | 63.00 |
| 2/24/21 | VSN | 219 | Docket court notice received by email on February 19, 2021 regarding reply for cross-motion for H. Bauer. | .10 | 155.00 | 15.50 |

TOTAL PROFESSIONAL SERVICES                         $ 2,502.00

Less Discount                                                           $ -250.20

NET PROFESSIONAL SERVICES:                          $ 2,251.80

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 4.10 | 315.00 | 1,291.50 |
| JOSE L. NOTARIO TOLL | 4.10 | 230.00 | 943.00 |
| ALBERTO NIEVES CUBERO | 1.40 | 180.00 | 252.00 |
| VANESSA SANCHEZ | .10 | 155.00 | 15.50 |
| **Total** | **9.70** | | **$ 2,502.00** |

**TOTAL THIS INVOICE**                                   **$ 2,251.80**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021

FOMB IN RE PREPA TITLE III

**RE:  20-00142-LTS PV Prop. V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us.  Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021
Bill #:    393818
Billing Attorney:  CGB

FOMB IN RE PREPA TITLE III

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2021:

**Client.Matter: P1705 - 819**

**RE:  20-00142-LTS PV Prop. V. PREPA**

|  |  |
|---|---|
| Total Professional Services | $ 14.50 |
| Less Discount | $ -1.45 |
| Net Professional Services | $ 13.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 13.05** |

Electronic Invoice

IN ACCOUNT WITH

**O'NEILL & BORGES** LLC

262 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

**Client.Matter: P1705 . 819**
**RE: 20-00142-LTS PV Prop. V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/21 | MMB | 219 | Docket court notice received by email dated January 29, 2021, regarding order dkt. 11 setting deadline to file responsive pleading to amended complaint - H. Bauer, U. Fernandez, D. Pérez. | .10 | 145.00 | 14.50 |

TOTAL PROFESSIONAL SERVICES                    $ 14.50

Less Discount                                            $ -1.45

NET PROFESSIONAL SERVICES:                    $ 13.05

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| **Total** | **.10** | | **$ 14.50** |

**TOTAL THIS INVOICE**                              $ 13.05

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

    Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FORTY-FIFTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF MARCH 1, 2021 THROUGH MARCH 31, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2021 through March 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $11,381.85 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $11,381.85 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-fifth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for March 2021.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 1, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel J. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Julio Pietrantoni | Special Counsel | Corporate | $ 360.00 | 0.30 | $ 108.00 |
| Hermann D. Bauer | Member | Litigation | $ 315.00 | 17.80 | $ 5,607.00 |
| Carlos E. George | Member | Labor | $ 255.00 | 1.80 | $ 459.00 |
| Rosa M. Lazaro | Member | Corporate | $ 350.00 | 2.70 | $ 945.00 |
| Jerry L. Marrero | Member | Corporate | $ 320.00 | 0.60 | $ 192.00 |
| Antonio L. Collazo | Jr. Member | Corporate | $ 225.00 | 16.60 | $ 3,735.00 |
| Jorge A. Candelaria | Associate | Litigation | $ 185.00 | 0.60 | $ 111.00 |
| Josue E. Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 2.50 | $ 487.50 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 185.00 | 1.70 | $ 314.50 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 190.00 | 1.30 | $ 247.00 |
| Olga M. Alicea | Paralegal | Litigation | $ 155.00 | 2.00 | $ 310.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 145.00 | 0.90 | $ 130.50 |
| | | | | | |
| | **Totals** | | | 48.80 | **$ 12,646.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (1,264.65)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 11,381.85** |

**PREPA TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2021**

| Description - Expenses | Amounts |
|---|---|
| | |
| **Totals** | |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 202 | Legal Research | 2.80 | 595.50 |
| 206 | Documents Filed on Behalf of the Board | 4.80 | 1,128.50 |
| 207 | Non-Board Court Filings | 0.60 | 189.00 |
| 209 | Adversary Proceeding | 12.20 | 3,456.00 |
| 210 | Analysis and Strategy | 20.50 | 5,205.00 |
| 212 | General Administration and Governance | 0.20 | 63.00 |
| 213 | Labor, Pension Matters | 3.70 | 1,221.00 |
| 214 | Legal/Regulatory Matters | 0.30 | 96.00 |
| 215 | Plan of Adjustment and Disclosure Statement | 0.60 | 189.00 |
| 219 | Docketing | 0.90 | 130.50 |
| 220 | Translations | 2.00 | 310.00 |
| 225 | Fee Applications Proskauer | 0.20 | 63.00 |
|  |  |  | $    12,646.50 |
|  | **Less: 10% Courtesy discount** |  | $    (1,264.65) |
|  | **TOTALS** | **48.80** | $    11,381.85 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $10,243.67 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $10,243.67.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

March 31, 2021
Bill #:   393855
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2021:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---|
| Total Professional Services | $ 5,872.50 |
| Less Discount | $ -587.25 |
| Net Professional Services | $ 5,285.25 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,285.25** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/01/21 | HDB | 213 | Revise draft PREPA Employee FAQ form. | .40 | 315.00 | 126.00 |
| 3/01/21 | HDB | 210 | Analyze FOMB Response to Order to Show Cause in Appeal No. 20-2162. | .50 | 315.00 | 157.50 |
| 3/01/21 | ALC | 210 | Review Puerto Rico Energy Bureau's docket NEPR-AP-2020-0002 and requests for intervention and reconsideration file by NGOs and by PREPA Employee's Retirement System in order to provide updates regarding LUMA T&D Front-end-Transition Period to the litigation team as part of phase-out of Title III strategy. (.60) Review PREB's dockets NEPR-CT-2020-0007 and NEPR-CT-2020-0008 to provide updates regarding LUMA T&D Front-end-Transition Period to the litigation team as part of strategy to phase out of Title III (.60)Draft summary regarding status of cases AP - 0002, CT -0007 and 0008 for litigation team as part of strategy to phase out of Title III. (.70) | 1.90 | 225.00 | 427.50 |
| 3/01/21 | MMB | 219 | Docket court notice received by email dated February 24, 2021, regarding order dkt. 2380 setting deadline to file replies - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 3/02/21 | HDB | 215 | Tel. conf. with D. Desatnik and others at Proskauer regarding PREPA Disclosure Statement and potential plan. | .30 | 315.00 | 94.50 |
| 3/03/21 | HDB | 215 | Review issues regarding preparation of tax section inserts for a form PREPA disclosure statement. (.2) Review e-mail by D. Desatnik regarding same. (.1) | .30 | 315.00 | 94.50 |
| 3/03/21 | HDB | 213 | Draft e-mail to R. Lazaro regarding possible restructuring of PREPA Pension plan. | .30 | 315.00 | 94.50 |

O'Neill & Borges LLC

Bill #:  393855                                                                                    March 31, 2021

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 3/05/21 | ALC | 210 | Review PREB's Resolution and Order to PREPA and LUMA under  docket NEPR-AP-2020-002, regarding the submission of Performance Metrics as required by Act 17 in order to provide updates about the LUMA T&D Front-end-Transition Period to the litigation team as part of strategy to phase out of Title III (.40) Review LUMA's Submittal and Request for Approval of Revised Annex IX to the OMA in order to provide updates regarding LUMA T&D Front-end-Transition Period to the litigation team as part of strategy to phase out of Title III (.60) Preliminary review of LUMA's Annex IX to the OMA (Proposed Performance Metrics) (.70) Draft summary regarding status of PREB's docket NEPR-AP-2020-002 for litigation team as part of strategy to phase out of Title III. (1.20) | 2.90 | 225.00 | 652.50 |
| 3/05/21 | ALC | 210 | Review PREB's Resolution and Order under docket NEPR-MI-2020-0008, to provide updates about the LUMA T&D Front-end-Transition Period to the litigation team as part of strategy to phase out of Title III (.60). Review PREB's February ordered to LUMA to, submit, the information related to the additional costs and expenses incurred by LUMA in the course of providing the FET Services in order to provide update for the litigation team about the LUMA T&D Front-end-Transition Period as part of strategy to phase out of Title III (.40) Review LUMA's Request for reconsideration to PREB regarding PREB's February order as part of updates requested by the litigation team about the LUMA T&D Front-end-Transition Period as part of strategy to phase out of Title III (.40) Draft summary of PREB's docket NEPR-MI-2020-0008 and status of proceedings requested by the litigation team as part of strategy to phase out of Title III. (.90) | 2.30 | 225.00 | 517.50 |
| 3/05/21 | ALC | 210 | Email Proskauer with summary of administrative cases at PREB to provide requested update about the LUMA T&D Front-end-Transition Period as part of strategy to phase out of Title III. | .30 | 225.00 | 67.50 |
| 3/08/21 | HDB | 210 | Review summary of Luma related proceedings before PREB prepared by A. Collazo. | .40 | 315.00 | 126.00 |
| 3/09/21 | HDB | 210 | Analyze UTIER's Reply in Appeal No. 20-1709. | .60 | 315.00 | 189.00 |

O'Neill & Borges LLC

Bill #:  393855                                                                    March 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/10/21 | GMR | 206 | Finalize Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion in anticipation to its filing. | .20 | 190.00 | 38.00 |
| 3/10/21 | GMR | 206 | File the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion through the Court's electronic filing system. | .20 | 190.00 | 38.00 |
| 3/15/21 | OMA | 220 | As requested by attorney H. D. Bauer, begin translating into English Joint House Resolution 88 of 3/15/2021.  4 pages, 1,563 words. | 1.10 | 155.00 | 170.50 |
| 3/16/21 | HDB | 210 | Revise translation of Joint Resolution 88. | .20 | 315.00 | 63.00 |
| 3/16/21 | GMR | 206 | Review the First Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as representative of the Puerto Rico Electric Power Authority of the Government of the Commonwealth of Puerto Rico, for the Eleventh Interim Fee Period from October 1, 2020 through January 31, 2021 in anticipation to its filing. | .30 | 190.00 | 57.00 |
| 3/16/21 | GMR | 206 | File the First Interim Application of the Brattle Group, Inc. for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Economic Consultant to Proskauer Rose LLP, as Legal Counsel to and on Behalf of the Financial Oversight and Management Board for Puerto Rico, as representative of the Puerto Rico Electric Power Authority of the Government of the Commonwealth of Puerto Rico, for the Eleventh Interim Fee Period from October 1, 2020 through January 31, 2021 in Case No. 17-04780. | .20 | 190.00 | 38.00 |
| 3/17/21 | JP | 202 | Email exchange with E. Stevens (Proskauer) regarding PREPA's powers as set forth in Spanish and English versions of PREPA statute. | .30 | 360.00 | 108.00 |
| 3/17/21 | HDB | 210 | Review response by J. Gonzalez to E. Stevens' query concerning differences between the Spanish and English versions of the PREPA Enabling Act. | .20 | 315.00 | 63.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393855                                                                                          March 31, 2021

| 3/17/21 | JEG | 202 | At the request of J. Pietrantoni, review query from Proskauer team regarding differences between the English and the Spanish version of PREPA's enabling act. (0.1). Research on most recent amendments to said act. (0.7). Draft response to query. (0.9) | 1.70 | 195.00 | 331.50 |
|---|---|---|---|---|---|---|
| 3/18/21 | HDB | 210 | Analyze process for the implementation of amendments to certified budget in connection with LUMA Contract funding. (.4)  Tel. conf. with P. Possinger and regarding strategy. (.3) | .70 | 315.00 | 220.50 |
| 3/18/21 | HDB | 207 | Review Joint Motion in Compliance with Order Related to WideRange Corporation's Motion for Relief of Stay. | .10 | 315.00 | 31.50 |
| 3/18/21 | HDB | 207 | Review Joint Motion in Compliance with Order Related to MasterLink Corporation's Motion for Relief of Stay. | .10 | 315.00 | 31.50 |
| 3/19/21 | HDB | 210 | Review Senate Bill 213 concerning legislative approval for certain PREPA transactions. | .20 | 315.00 | 63.00 |
| 3/19/21 | HDB | 225 | Revise and sign-off to file Proskauer's 10th Interim Fee Application for PREPA. | .20 | 315.00 | 63.00 |
| 3/19/21 | GMR | 206 | File the Tenth Interim Fee Application of Proskauer Rose LLP for Compensation of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Electric Power Authority, for the Period June 1, 2020 through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter through the court's electronic filing system in Case No. 17-3566. | .20 | 190.00 | 38.00 |
| 3/19/21 | GMR | 206 | File the Notice of Filing of Tenth Interim Fee Application of Proskauer Rose LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Electric Power Authority, for the Period June 1, 2020 through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter Re: 16148 Motion for Interim Compensation in Case No. 17-3566. | .20 | 190.00 | 38.00 |
| 3/19/21 | MMB | 219 | Docket court notice received by email dated March 17, 2021, regarding order dkt. 2404 setting deadline to file updated status report - C. Garcia, H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |

O'Neill & Borges LLC

Bill #:  393855                                                                       March 31, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/22/21 | HDB | 206 | Sign-off to file Urgent Consensual Motion for Fifth Extension of Deadlines regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .10 | 315.00 | 31.50 |
| 3/22/21 | PAG | 206 | File the Urgent Consensual Motion for Fifth Extension of Deadlines regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim, at 17 BK 4780-LTS, docket no. 2412. | .20 | 185.00 | 37.00 |
| 3/22/21 | MMB | 219 | Docket court notice received by email dated March 22, 2021, regarding order dkt. 2413 setting deadline to file opposition to motion, movant's reply - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 3/23/21 | HDB | 210 | Review e-mail from E. Barak regarding strategy issues in connection with proposed legislative actions regarding LUMA. (.2)  Analyze potential violation of Fiscal Plan by HJR 88. (.6) Review potential violation of Fiscal Plan by SB 213. (.3). Review status of pending legislative investigations against LUMA. (.3)  Draft e-mail summarizing observations to E. Barak and P. Possinger. (.2) | 1.60 | 315.00 | 504.00 |
| 3/23/21 | HDB | 206 | Revise draft LUMA Administrative claim motion (.6) and urgent scheduling motion. (.2) | .80 | 315.00 | 252.00 |
| 3/23/21 | HDB | 210 | Tel. conf. with P. Possinger, E. Barak and D. Desatnik regarding LUMA Motion and PREPA RSA. | .50 | 315.00 | 157.50 |
| 3/23/21 | HDB | 210 | Tel. conf with M. Dale, T. Mungovan, P. Possinger and other regarding litigation options in connection with Luma related litigation. (.5) Review summary of pending measures prepared by J. Gonzalez. (.1) | .60 | 315.00 | 189.00 |
| 3/23/21 | OMA | 220 | As requested by attorney H. D. Bauer, translate into English S.B. 213 of 3/4/2021.  4 pages, 962 words. | .90 | 155.00 | 139.50 |
| 3/24/21 | HDB | 210 | Review issues regarding enactment of SB213 by the Senate. | .20 | 315.00 | 63.00 |
| 3/24/21 | HDB | 206 | Further review to LUMA Administrative claim motion. | .30 | 315.00 | 94.50 |
| 3/24/21 | MMB | 219 | Docket court notice received by email dated March 24, 2021, regarding order setting oral argument in COA case 20-1685 - C. García, H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 3/26/21 | HDB | 206 | Revise edits to draft Luma Administrative Claim Motion. | .40 | 315.00 | 126.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393855                                                                                     March 31, 2021

| 3/26/21 | HDB | 206 | Review Urgent Motion of the Government Parties Regarding the Scheduling of Deadlines and Briefing in Connection with the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to Luma Energy by PREPA During Interim Period Under Supplemental Agreement and the T&D Contract. | .20 | 315.00 | 63.00 |
|---|---|---|---|---|---|---|
| 3/29/21 | HDB | 212 | Draft e-mails to T. Mungovan and J. El Koury regarding PREPA's requests for auditor's responses. | .20 | 315.00 | 63.00 |
| 3/29/21 | HDB | 207 | Review  Reservation of Rights of Official Committee of Unsecured Creditors' with Respect to Urgent Motion of the Government Parties Regarding the Scheduling of Deadlines and Briefing in Connection with the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to Be Paid to LUMA Energy By PREPA During Interim Period Under Supplemental Agreement and the T&D Contract. | .20 | 315.00 | 63.00 |
| 3/29/21 | HDB | 207 | Review UTIER's Reservation of Rights concerning Urgent Motion of the Government Parties Regarding the Scheduling of Deadlines and Briefing in Connection with the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to Be Paid to LUMA Energy By PREPA During Interim Period Under Supplemental Agreement and the T&D Contract. | .20 | 315.00 | 63.00 |
| 3/29/21 | MMB | 219 | Docket court notice received by email dated March 29, 2021, regarding order dkt. 2419 setting deadline to file responses to urgent motion, replies - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 3/31/21 | MMB | 219 | Docket court notice received by email dated March 30, 2021, regarding order dkt. 2422 setting deadlines and briefing  - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |

TOTAL PROFESSIONAL SERVICES                    $ 5,872.50

Less Discount                                              $ -587.25

NET PROFESSIONAL SERVICES:                    $ 5,285.25

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393855

March 31, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JULIO PIETRANTONI | .30 | 360.00 | 108.00 |
| HERMANN BAUER | 9.80 | 315.00 | 3,087.00 |
| ANTONIO L. COLLAZO | 7.40 | 225.00 | 1,665.00 |
| PAULA A. GONZALEZ MONTALVO | .20 | 185.00 | 37.00 |
| GABRIEL MIRANDA RIVERA | 1.30 | 190.00 | 247.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 1.70 | 195.00 | 331.50 |
| OLGA M. ALICEA | 2.00 | 155.00 | 310.00 |
| MILAGROS MARCANO BAEZ | .60 | 145.00 | 87.00 |
| **Total** | **23.30** | | **$ 5,872.50** |

**TOTAL THIS INVOICE**                    **$ 5,285.25**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

## O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021
FOMB IN RE PREPA TITLE III
Bill #:   393856
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2021:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 1,366.50 |
| Less Discount | $ -136.65 |
| | |
| Net Professional Services | $ 1,229.85 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 1,229.85** |

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE: FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/03/21 | RML | 213 | Review version from AAFAF with changes to FAQ. (0.5) Exchange emails with E&Y, Proskauer and FOMB teams on FAQ. (0.4) Draft email to A. Figueroa regarding comments to FAQ. (0.4) | 1.30 | 350.00 | 455.00 |
| 3/03/21 | JAC | 213 | Revise new version of PREPA pension FAQs (0.2) and draft email to R. M. Lazaro regarding the same (0.1). | .30 | 185.00 | 55.50 |
| 3/15/21 | JLM | 214 | Review and consider House Joint Resolution 88 on P3 and Luma T&D agreement. | .30 | 320.00 | 96.00 |
| 3/19/21 | ALC | 210 | Review PREB's docket NEPR-MI-2020-0008 in order to provide updates about the LUMA T&D Front-end-Transition (FET) Period to Proskauer as part of strategy to phase out of Title III (.40). Review PREB's docket NEPR-AP-2020-002, regarding LUMA Performance Metrics as required by Act 17 in order to provide updates about the LUMA T&D FET to Proskauer as part of strategy to phase out of Title III (.40) | .80 | 225.00 | 180.00 |
| 3/22/21 | RML | 213 | Review S. Levy of E&Y inquiry on contribution from private employers to public plans. | .40 | 350.00 | 140.00 |
| 3/22/21 | ALC | 210 | Review PREB's Resolution and Order denying LUMA's motion for reconsideration on directive to detail billing during FET period in order to provide updates about the LUMA T&D FET to Proskauer as part of strategy to phase out of Title III. | .40 | 225.00 | 90.00 |
| 3/23/21 | RML | 213 | Tel. conf. with Luma legal and HR team, Proskauer and A. Figueroa regarding option available to contribute to PREPA Plan for employees who decide to remain in the PREPA Plan. | 1.00 | 350.00 | 350.00 |

TOTAL PROFESSIONAL SERVICES                   $ 1,366.50

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393856

March 31, 2021

Less Discount $ -136.65

NET PROFESSIONAL SERVICES: $ 1,229.85

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 2.70 | 350.00 | 945.00 |
| JERRY LUCAS MARRERO | .30 | 320.00 | 96.00 |
| ANTONIO L. COLLAZO | 1.20 | 225.00 | 270.00 |
| JORGE A. CANDELARIA | .30 | 185.00 | 55.50 |
| **Total** | **4.50** | | **$ 1,366.50** |

**TOTAL THIS INVOICE** **$ 1,229.85**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

March 31, 2021
Bill #: 393857
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending March 31, 2021:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 914.50 |
| Less Discount | $ -91.45 |
| Net Professional Services | $ 823.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 823.05** |

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/10/21 | CEG | 209 | Review revise transcript of Jaramillo's deposition. | .30 | 255.00 | 76.50 |
| 3/10/21 | CEG | 209 | Review proposed third amended complaint in Adv. 17-00229. | .50 | 255.00 | 127.50 |
| 3/11/21 | HDB | 209 | Review letter by counsel for Plaintiffs regarding Third Amended Complaint. (.2)  Revise proposed Third Amended Complaint in Adv. 17-00229. (.4) | .60 | 315.00 | 189.00 |
| 3/12/21 | HDB | 209 | Review J. Richman's suggestions regarding Third Amended Complaint in Adv. 17-00229. | .20 | 315.00 | 63.00 |
| 3/12/21 | CEG | 209 | Review email exchange J. Richman and A. Pavely regarding proposed third amended complaint and strategy to follow in Adv. 17-00229. | .40 | 255.00 | 102.00 |
| 3/15/21 | HDB | 209 | Review letter by J. Richman regarding Third Amended Complaint in Adv. 17-00229. (.2)  Review response by counsel for plaintiffs. (.1)  Revise draft Stipulation regarding Third Amended Complaint and revised schedule. (.3) | .60 | 315.00 | 189.00 |
| 3/17/21 | CEG | 209 | Consider issues on UTIER CBA allegation in third amended Complaint in Adv. 17-00229. | .40 | 255.00 | 102.00 |
| 3/17/21 | CEG | 209 | Review draft of joint motion to extend scheduling order in Adv. 17-00229. | .20 | 255.00 | 51.00 |
| 3/23/21 | MMB | 219 | Docket court notice received by email dated March 18, 2021, regarding order dkt. 134 setting briefing schedule - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |

TOTAL PROFESSIONAL SERVICES                   $ 914.50

Less Discount                                              $ -91.45

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393857                                                                     March 31, 2021

NET PROFESSIONAL SERVICES:                          $ 823.05

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | 1.40 | 315.00 | 441.00 |
| CARLOS E. GEORGE | 1.80 | 255.00 | 459.00 |
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| **Total** | **3.30** | | **$ 914.50** |

**TOTAL THIS INVOICE**                                              **$ 823.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021
FOMB IN RE PREPA TITLE III
Bill #:   393858
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2021:

**Client.Matter: P1705 - 805**

**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 787.50 |
| Less Discount | $ -78.75 |
| Net Professional Services | $ 708.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 708.75** |

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE:  17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**


## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/16/21 | HDB | 209 | Tel. conf. with E. Rodriguez Carde, counsel for PREB, regarding potential resolution of adversary proceeding 17-00256. | .40 | 315.00 | 126.00 |
| 3/17/21 | HDB | 210 | Analyze issues regarding effect of potential dismissal of adversary proceeding 17-00256. | .40 | 315.00 | 126.00 |
| 3/18/21 | HDB | 209 | Review Notice of Removal and PREB Resolution in connection with possible dismissal of appeal. (.4) Tel. conf. with P. Possinger and L. Stafford regarding strategy issues in Adv. 17-00256. (.3) | .70 | 315.00 | 220.50 |
| 3/22/21 | HDB | 209 | Commence review of documents delivered by L. Stafford in connection with potential dismissal of appeal related to Adv. 17-00256. | 1.00 | 315.00 | 315.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 787.50 |
| Less Discount | $ -78.75 |
| NET PROFESSIONAL SERVICES: | $ 708.75 |


## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.50 | 315.00 | 787.50 |
| **Total** | **2.50** | | **$ 787.50** |


| **TOTAL THIS INVOICE** | **$ 708.75** |
|--|--|

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE PREPA TITLE III

RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

March 31, 2021
FOMB IN RE PREPA TITLE III
Bill #: 393859
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending March 31, 2021:

**Client.Matter: P1705 - 810**

**RE: 18-00047-LTS RIVERA V PREPA/ELA-CGB**

| | |
|---|---:|
| Total Professional Services | $ 14.50 |
| Less Discount | $ -1.45 |
| Net Professional Services | $ 13.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 13.05** |

Electronic Invoice

IN ACCOUNT WITH

252 MUÑOZ RIVERA AVENUE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 810**
**RE:  18-00047-LTS RIVERA V PREPA/ELA-CGB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/24/21 | MMB | 219 | Docket court notice received by email dated March 23, 2021, regarding order setting oral argument in COA case 20-1797 - C. García, H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 14.50 |
| Less Discount | | $ -1.45 |
| NET PROFESSIONAL SERVICES: | | $ 13.05 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| **Total** | **.10** | | **$ 14.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 13.05** |

IN ACCOUNT WITH

252 AVE. MUNOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

March 31, 2021
Bill #: 393860
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending March 31, 2021:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

| | |
|---|---|
| Total Professional Services | $ 409.50 |
| Less Discount | $ -40.95 |
| Net Professional Services | $ 368.55 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 368.55** |

250 Muñoz Rivera Avenue
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE:  19-00453- LTS VITOL INC V PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/11/21 | HDB | 209 | Revise draft Reply Brief. | .80 | 315.00 | 252.00 |
| 3/12/21 | HDB | 209 | Revise and sign-off on final Reply Brief in Adv. 19-00453. | .30 | 315.00 | 94.50 |
| 3/26/21 | HDB | 209 | Tel. conf. with C. Aquino and A. Diaz regarding auditor's response to Vitol claims. | .20 | 315.00 | 63.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 409.50 |
| Less Discount | | $ -40.95 |
| NET PROFESSIONAL SERVICES: | | $ 368.55 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 1.30 | 315.00 | 409.50 |
| **Total** | **1.30** | | **$ 409.50** |

| | |
|---|---|
| **TOTAL THIS INVOICE** | **$ 368.55** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

March 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 20-00142-LTS PV Prop. V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

March 31, 2021
FOMB IN RE PREPA TITLE III
Bill #:   393861
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2021:

**Client.Matter: P1705 - 819**

**RE:  20-00142-LTS PV Prop. V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 3,281.50 |
| Less Discount | $ -328.15 |
| Net Professional Services | $ 2,953.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,953.35** |

Electronic Invoice

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 819**
**RE:   20-00142-LTS PV Prop. V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/03/21 | HDB | 209 | Analyze meet and confer letter to counsel for plaintiffs regarding Motion to Dismiss. | .30 | 315.00 | 94.50 |
| 3/09/21 | HDB | 209 | Review issues regarding meet and confer with counsel for PV Properties. (.2) Draft e-mail to A. Collazo regarding suggestions. (.1) | .30 | 315.00 | 94.50 |
| 3/09/21 | ALC | 210 | Review email from J. Jones with questions regarding Act 17-2019 amendments to Act 82-2010 and opposing counsel's position regarding the same. (.30) Review sections of Act 17 cited by opposing counsel. (.70) Review arguments submitted with PREB by renewable energy industry members as part of the analysis on Act 17. (.60) Review PERB's dockets to determine whether PREB has initiated enforcement actions against PREPA (.70) Draft response to questions made by litigation team in connection with potential interpretations of Act 17 amendments to Act 82-2010. (1.30) | 3.60 | 225.00 | 810.00 |
| 3/10/21 | JLM | 210 | Discuss with J. Candelaria response to questions made by litigation team in connection with potential interpretations of Act 17 amendments to Act 82-2010. | .30 | 320.00 | 96.00 |
| 3/10/21 | HDB | 210 | Review analysis by A. Collazo of Act 82's (as amended by Act 17 and Act 33) REC purchasing requirements. | .30 | 315.00 | 94.50 |
| 3/10/21 | HDB | 209 | Revise draft Motion to Dismiss Adv. 20-00142. | .70 | 315.00 | 220.50 |
| 3/10/21 | ALC | 210 | Discuss with J. L. Marrero response to questions made by litigation team in connection with potential interpretations of Act 17 amendments to Act 82-2010.(.30) Incorporate changes to draft response to questions about Act 17 amendments to Act 82-2010 in connection with draft Motion to Dismiss.(.50) | .80 | 225.00 | 180.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393861                                                          March 31, 2021

| Date | Init | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/10/21 | JAC | 210 | Discuss with J. L. Marrero response to questions made by litigation team in connection with potential interpretations of Act 17 amendments too Act 82-2010. | .30 | 185.00 | 55.50 |
| 3/10/21 | JEG | 202 | At the request of A. Collazo, research on whether the Puerto Rico Energy Bureau has issued a resolution against the Puerto Rico Electric Power Authority for noncompliance with the Renewable Portfolio Standard. | .80 | 195.00 | 156.00 |
| 3/11/21 | HDB | 209 | Edit REC analysis in connection with Motion to Dismiss. (.3) Revise edits to draft Motion to Dismiss Adv. 20-00142. (.5) | .80 | 315.00 | 252.00 |
| 3/11/21 | ALC | 209 | Revise motion to dismiss in connection with Act 17-2019, Act 82-2010 and related PREPA obligations under both laws. | 3.10 | 225.00 | 697.50 |
| 3/12/21 | HDB | 209 | Revise A. Collazo's edits to draft Motion to Dismiss adv. 20-00142. | .40 | 315.00 | 126.00 |
| 3/12/21 | ALC | 210 | Tel. conf. with J. Peterson to discuss Act 17 and Act 33 amendments to Act 82-2010.(.10) Email Proskauer regarding the same. (.40) | .50 | 225.00 | 112.50 |
| 3/15/21 | PAG | 206 | Review Defendants' Motion to Dismiss Plaintiff's Amended Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), in anticipation of its filing at Adv. Proc. No. 20-00142-LTS, docket no. 12 | .30 | 185.00 | 55.50 |
| 3/15/21 | PAG | 206 | File Defendants' Motion to Dismiss Plaintiff's Amended Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) at Adv. Proc. No. 20-00142-LTS, docket no. 12 | .20 | 185.00 | 37.00 |
| 3/15/21 | PAG | 206 | Review Notice of Defendants' Motion to Dismiss Plaintiff's Amended Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), in anticipation of its filing at Adv. Proc. No. 20-00142-LTS, docket no. 13. | .30 | 185.00 | 55.50 |
| 3/15/21 | PAG | 206 | File Notice of Defendants' Motion to Dismiss Plaintiff's Amended Adversary Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) at Adv. Proc. No. 20-00142-LTS, docket no. 13. | .20 | 185.00 | 37.00 |
| 3/15/21 | PAG | 206 | Review Urgent Joint Motion to Set Briefing Schedule for Defendants' Motion to Dismiss Complaint, in anticipation of its filing at Adv. Proc. No. 20-00142-LTS, docket no. 14. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393861                                                                                     March 31, 2021

| 3/15/21 | PAG | 206 | File Urgent Joint Motion to Set Briefing Schedule for Defendants' Motion to Dismiss Complaint at Adv. Proc. No. 20-00142-LTS, docket no. 14. | .20 | 185.00 | 37.00 |
|---------|-----|-----|---|-----|--------|-------|
| 3/19/21 | MMB | 219 | Docket court notice received by email dated March 16, 2021, regarding order dkt. 15, setting briefing schedule - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |

TOTAL PROFESSIONAL SERVICES                     $ 3,281.50

Less Discount                                               $ -328.15

NET PROFESSIONAL SERVICES:                      $ 2,953.35

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JERRY LUCAS MARRERO | .30 | 320.00 | 96.00 |
| HERMANN BAUER | 2.80 | 315.00 | 882.00 |
| ANTONIO L. COLLAZO | 8.00 | 225.00 | 1,800.00 |
| JORGE A. CANDELARIA | .30 | 185.00 | 55.50 |
| PAULA A. GONZALEZ MONTALVO | 1.50 | 185.00 | 277.50 |
| GONZALEZ ALDARONDO, JOSUE E. | .80 | 195.00 | 156.00 |
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| **Total** | **13.80** | | **$ 3,281.50** |

**TOTAL THIS INVOICE**                          **$ 2,953.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FORTY-SIXTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF APRIL 1, 2021 THROUGH APRIL 30, 2021

---

[1]  The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant: | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2021 through April 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $29,677.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $29,677.50 |

This is a: __X__ monthly ___ interim ___ final application

This is O&B's forty-sixth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for April 2021.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 7, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel A. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

**PREPA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 315.00 | 27.10 | $ 8,536.50 |
| José R. Cacho | Member | Corporate | $ 350.00 | 1.70 | $ 595.00 |
| Carla Garcia Benitez | Member | Litigation | $ 335.00 | 0.80 | $ 268.00 |
| Carlos E. George | Member | Labor | $ 255.00 | 20.50 | $ 5,227.50 |
| Rosa M. Lazaro | Member | Corporate | $ 350.00 | 16.00 | $ 5,600.00 |
| Jerry L. Marrero | Member | Corporate | $ 320.00 | 0.40 | $ 128.00 |
| Antonio L. Collazo | Jr. Member | Corporate | $ 225.00 | 0.40 | $ 90.00 |
| Jose L. Notario Toll | Jr. Member | Corporate | $ 230.00 | 1.70 | $ 391.00 |
| Jorge A. Candelaria | Associate | Litigation | $ 185.00 | 14.60 | $ 2,701.00 |
| Laura E. Diaz Gonzalez | Associate | Labor | $ 170.00 | 18.40 | $ 3,128.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 185.00 | 3.40 | $ 629.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 190.00 | 1.80 | $ 342.00 |
| Carlos Vazquez Alberty | Associate | Labor | $ 180.00 | 27.80 | $ 5,004.00 |
| Olga M. Alicea | Paralegal | Litigation | $ 155.00 | 1.60 | $ 248.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 145.00 | 0.60 | $ 87.00 |
| | **Totals** | | | **136.80** | **$ 32,975.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (3,297.50)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 29,677.50** |

**PREPA TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2021**

| Description - Expenses | | | | Amounts |
|---|---|---|---|---|
| | | | | |
| | **Totals** | | | |
| **SUMMARY OF DISBURSEMENTS** | | | | **$        -** |

**PREPA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2021**

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 201 | Board, Members, Staff, Advisor, Consult | 0.80 | 184.00 |
| 202 | Legal Research | 18.40 | 3,128.00 |
| 206 | Documents Filed on Behalf of the Board | 6.10 | 1,254.50 |
| 207 | Non-Board Court Filings | 1.40 | 443.00 |
| 209 | Adversary Proceeding | 28.10 | 7,432.00 |
| 210 | Analysis and Strategy | 20.00 | 5,865.00 |
| 212 | General Administration and Governance | 0.20 | 63.00 |
| 213 | Labor, Pension Matters | 58.20 | 13,587.00 |
| 214 | Legal/Regulatory Matters | 0.70 | 195.00 |
| 219 | Docketing | 0.60 | 87.00 |
| 221 | Discovery/2004 Examinations | 1.70 | 535.50 |
| 222 | Claims and Claims Objections | 0.60 | 201.00 |
|  |  |  | $ 32,975.00 |
|  | **Less: 10% Courtesy discount** |  | $ (3,297.50) |
|  | **TOTALS** | **136.80** | **$ 29,677.50** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $26,709.75 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $26,709.75.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2021

FOMB IN RE PREPA TITLE III

Bill #:   394048

Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending April 30, 2021:

**Client.Matter: P1705 - 1**

**RE:  GENERAL-PREPA TITLE III 17-4780**

|  |  |
|---|---|
| Total Professional Services | $ 3,599.00 |
| Less Discount | $ -359.90 |
| Net Professional Services | $ 3,239.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,239.10** |

Electronic Invoice

IN ACCOUNT WITH

252 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE: GENERAL-PREPA TITLE III 17-4780**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/05/21 | HDB | 221 | Review UTIER and SREAEE First Set of Interrogatories and First Request for Production of Documents to the Government Parties, regarding the Order allowing Administrative Expense Claim for Amounts to be paid to Luma Energy by PREPA during Interim Period under Supplemental Agreement and the T&D Contract. | .40 | 315.00 | 126.00 |
| 4/06/21 | HDB | 221 | Review issues regarding discovery in connection with the Luma Administrative Claim Motion. (.2) Review Government's Letter to UTIER regarding discovery requests. (.2) | .40 | 315.00 | 126.00 |
| 4/06/21 | HDB | 207 | Review Motion by Cobra to Lift Stay of Administrative Expense litigation. | .40 | 315.00 | 126.00 |
| 4/06/21 | HDB | 221 | Review Stipulation and Proposed Order in Connection with Discovery Regarding Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA during Interim Period under Supplemental Agreement and the T&D Contract. | .40 | 315.00 | 126.00 |
| 4/07/21 | HDB | 210 | Review responses prepared by Proskauer to PREPA's auditor's requests. | .30 | 315.00 | 94.50 |
| 4/07/21 | HDB | 210 | Review letter from N. Jaresko to Gov. Pierluisi enjoining the implementation of proposed bills that would interfere with LUMA Contract implementation. | .30 | 315.00 | 94.50 |
| 4/08/21 | MMB | 219 | Docket court notice received by email dated April 6, 2021, regarding notice of hearing on Cobra Acquisitions' motion to lift stay order dkt. 2429, deadline to file response or opposition - H. Bauer, U. Fernandez. | .30 | 145.00 | 43.50 |

O'Neill & Borges LLC

Bill #:  394048                                                                April 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/09/21 | HDB | 210 | Analyze PBJL Complaint before PREB. (.7)  Review e-mails to J. El Koury by J.Ciachurski rearding same. (.2) | .90 | 315.00 | 283.50 |
| 4/09/21 | HDB | 212 | Review issues regarding tax disclosures for proposed PREPA disclosure statement. (.2) | .20 | 315.00 | 63.00 |
| 4/12/21 | RML | 214 | Review inquiries from  F. Hernandez regarding PREB. | .30 | 350.00 | 105.00 |
| 4/12/21 | HDB | 210 | Analyze Limited Objection of Whitefish Energy Holdings, LLC to Government Parties' Motion for Order Allowing Administrative Claims for Amounts to be Paid to LUMA Energy by PREPA During Interim Period Under Supplemental Agreement and the T&D Contract. (.3)  Review Cobra Energy's Objection to Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to Luma Energy by PREPA during Interim Period under Supplemental Agreement and the T&D Contract. (.2)  Review Renewed Limited Objection of Official Committee of Unsecured Creditors to Government Parties Motion for Order Allowing Administrative Expense Claim for Amounts to Be Paid to Luma Energy by PREPA During Interim Period Under Supplemental Agreement and T&D Contract. (.3) | .80 | 315.00 | 252.00 |
| 4/12/21 | HDB | 210 | Review UTIER's Objection to the Government Parties' Motion for Order Allowing Administrative Claims for Amounts to be Paid to LUMA Energy by PREPA During Interim Period Under Supplemental Agreement and the T&D Contract. | 1.10 | 315.00 | 346.50 |
| 4/13/21 | HDB | 210 | Call with A.Figueroa and FOMB Team, E.Barack and Proskauer Team and other advisors concerning funding to PREPA to fund reserve account for LUMA Contract. | 1.00 | 315.00 | 315.00 |
| 4/13/21 | GMR | 206 | File the joint motion to adjourn Cobra Acquisition's motion to lift the stay order in Case No. 17-4780. | .20 | 190.00 | 38.00 |
| 4/15/21 | HDB | 221 | Review UTIER's Letter concerning Discovery on the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA during Interim Period under Supplemental Agreement and the T&D Contract. | .20 | 315.00 | 63.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394048                                                          April 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/15/21 | HDB | 206 | Revise and sign-off to file Third Interim Fee Application of Mc Kinsey & Company Puerto Rico Consulting, Inc. as Consulting Services Provider to the Financial Oversight Management Board for Puerto Rico, as Representative of Debtors, Puerto Rico Electric Power Authority (PREPA). | .20 | 315.00 | 63.00 |
| 4/19/21 | HDB | 210 | Analyze FOMB's Appellee's Brief in connection with Appeal No. 20-2041 (Front End Transition Fees Admin Claim).  (.8)  Review AAFAF's Appellee's Brief  (.4). | 1.20 | 315.00 | 378.00 |
| 4/19/21 | HDB | 206 | Review Urgent Consensual Motion for Sixth Extension of Deadlines regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .10 | 315.00 | 31.50 |
| 4/19/21 | PAG | 206 | File Urgent Consensual Motion for Sixth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim at 17 BK 4780-LTS, docket no. 2412. | .20 | 185.00 | 37.00 |
| 4/20/21 | CGB | 222 | Review email from M. Ovanesian inquiring about proceedings in PBJL Energy Corporation V. Sanchez Autoridad de Energia Electrica de Puerto Rico y otros, Civil No. KAC2015-0465 (0.1); Review pertinent docket (0.2); Draft email summarizing developments prior to the automatic stay of same (0.2); email exchange with M. Ovanesian and L. Stafford regarding next steps (0.1). | .60 | 335.00 | 201.00 |
| 4/20/21 | GMR | 206 | Review the Urgent Consensual Motion of the Government Parties for Leave to Exceed Page Limit for Omnibus reply to Oppositions to the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA during Interim Period under Supplemental Agreement and the T&D Contract in anticipation to its filing. | .20 | 190.00 | 38.00 |
| 4/20/21 | GMR | 206 | File the Urgent Consensual Motion of the Government Parties for Leave to Exceed Page Limit for Omnibus reply to Oppositions to the Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA during Interim Period under Supplemental Agreement and the T&D Contract in the PREPA docket. | .20 | 190.00 | 38.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394048

April 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/21/21 | HDB | 221 | Review objection to UTIER and SREAEE's discovery requests in connection with administrative expense motion. | .30 | 315.00 | 94.50 |
| 4/21/21 | HDB | 206 | Revise draft Omnibus Reply in Support of Motion For Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA During Interim Period under Supplemental Agreement and the T&D Contract. | .60 | 315.00 | 189.00 |
| 4/21/21 | PAG | 206 | File the Omnibus Reply in Support of Government Parties' Motion for Order Allowing Administrative Expense Claim for Amounts to be Paid to LUMA Energy by PREPA during Interim Period Under Supplemental Agreement and T&D Contract at 17-4580-LTS, docket no. 2458. | .20 | 185.00 | 37.00 |
| 4/22/21 | HDB | 207 | Review Reply in Support of Urgent Motion of Official Committee of Unsecured Creditors to Schedule Hearing on Renewed Motion of Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 3013 for Entry of Order Reclassifying Class 48A and Class 55 Claims Under Oversight Boards Plan of Adjustment Dated March 8, 2021. | .40 | 315.00 | 126.00 |
| 4/22/21 | MMB | 219 | Docket court notice received by email dated April 14, 2021, regarding order dkt. 2445 adjourning motion hearing - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 4/22/21 | MMB | 219 | Docket court notice received by email dated April 20, 2021, regarding order dkt. 2451 setting deadlines to file opposition, reply - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 4/22/21 | MMB | 219 | Docket court notices received by email dated April 20, 2021, regarding order setting deadline for AAFAF, FOMB, to file appellee's brief - C. Garcia, H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 4/27/21 | GMR | 206 | Review notice of withdrawal of attorney of record of G. Mashberg in anticipation to its filing. | .10 | 190.00 | 19.00 |
| 4/27/21 | GMR | 206 | File notice of withdrawal of attorney of record of G. Mashberg in the PREPA docket. | .20 | 190.00 | 38.00 |
| 4/30/21 | HDB | 207 | Review Thirteenth Supplemental Statement by PREPA Bondholders. | .20 | 315.00 | 63.00 |

TOTAL PROFESSIONAL SERVICES                           $ 3,599.00

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:   394048                                                                            April 30, 2021

Less Discount                                               $ -359.90

NET PROFESSIONAL SERVICES:                      $ 3,239.10

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| ROSA M. LAZARO | .30 | 350.00 | 105.00 |
| CARLA GARCIA BENITEZ | .60 | 335.00 | 201.00 |
| HERMANN BAUER | 9.40 | 315.00 | 2,961.00 |
| PAULA A. GONZALEZ MONTALVO | .40 | 185.00 | 74.00 |
| GABRIEL MIRANDA RIVERA | .90 | 190.00 | 171.00 |
| MILAGROS MARCANO BAEZ | .60 | 145.00 | 87.00 |
| **Total** | **12.20** | | **$ 3,599.00** |

**TOTAL THIS INVOICE**                               **$ 3,239.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

# O'NEILL & BORGES LLC

252 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

April 30, 2021

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

Electronic Invoice

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 30, 2021
FOMB IN RE PREPA TITLE III                                      Bill #:   394049
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2021:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 13,221.00 |
| Less Discount | $ -1,322.10 |
| Net Professional Services | $ 11,898.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 11,898.90** |

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE:  FISCAL PLAN**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/14/21 | RML | 213 | Review summary of PREPA position on contributions to PREPA Plan by LUMA. (0.7) review ERISA issue raised by PREPA. (0.7) | 1.40 | 350.00 | 490.00 |
| 4/15/21 | RML | 213 | Review position on ERISA preemption of PREPA plan. (0.4) Exchange emails with Proskauer on ERISA preemption issue. (0.3) Review issues to be evaluated on contribution by private employer to governmental plans. (0.4) | 1.10 | 350.00 | 385.00 |
| 4/15/21 | CEG | 210 | Consider legal obligation to transfer PREPA employees pursuant to Law  17-2019. | .40 | 255.00 | 102.00 |
| 4/15/21 | JAC | 213 | Analyze letter by PREPA's Retirement System regarding frequently asked questions document. | .70 | 185.00 | 129.50 |
| 4/15/21 | OMA | 213 | As requested by attorney R. M. Lazaro, translate into English the PREPA Employee Retirement System's position regarding PREPA's contract with LUMA Energy, LLC.  4 pages. 2,017 words. | 1.60 | 155.00 | 248.00 |
| 4/20/21 | CEG | 213 | Consider legal issues regarding PREPA obligation under Law 120- 2018 (0.3)  Consider legal analysis to implement proposed incentive program (0.4) | .70 | 255.00 | 178.50 |
| 4/20/21 | CEG | 213 | Participate with  R. Tague  and EY team, M. Lopez, A. Figueroa and FOMB staff, regarding several issues on employee rights PREPA ERS plan. | 1.00 | 255.00 | 255.00 |
| 4/20/21 | CEG | 213 | Tel. call with C. Vazquez to discuss research strategy regarding the adoption and implementation of the proposed transition and voluntary resignation plan for PREPA employees. | .30 | 255.00 | 76.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394049                                                                    April 30, 2021

| 4/20/21 | CVA | 213 | Tel. call with C. George to discuss research strategy regarding the adoption and implementation of the proposed transition and voluntary resignation plan for PREPA employees. | .30 | 180.00 | 54.00 |
|---|---|---|---|---|---|---|
| 4/20/21 | CVA | 213 | Analyze Act 17-2019 with its legislative history to determine the scope of the obligation to retain and/or transfer PREPA employees who are not selected to work for LUMA, as discussed with C. George. | 1.70 | 180.00 | 306.00 |
| 4/20/21 | CVA | 213 | Analyze Act 120-2018 and the Related commission reports issued by the Legislative Assembly in connection with the research regarding the scope of the obligation to retain and/or transfer PREPA employees who are not selected to work for LUMA, as discussed with C. George. | 2.40 | 180.00 | 432.00 |
| 4/20/21 | CVA | 213 | Draft detailed email to C. George outlining research findings regarding the scope of the obligation to retain and/or transfer PREPA employees who are not selected to work for LUMA. | .40 | 180.00 | 72.00 |
| 4/20/21 | CVA | 213 | Analyze the provisions of PREPA's organic law, Act 83 of May 2, 1941, as amended, to ascertain PREPA's authority regarding the proposed transition and voluntary resignation plan and determine the specific provisions through which the same could be approved and implemented, as discussed with C. George. | 1.90 | 180.00 | 342.00 |
| 4/20/21 | CVA | 213 | Analyze the provisions of AAFAF's organic law, Act 2 2017 to identify specific provisions applicable to the resignation as discussed with C. George. | 1.30 | 180.00 | 234.00 |
| 4/20/21 | CVA | 213 | Draft detailed email to C. George outlining research findings regarding whether the authority granted by the organic acts of PREPA and AAFAF related to the proposed transition and voluntary resignation plan. | .30 | 180.00 | 54.00 |
| 4/21/21 | RML | 213 | Review PREPA Retirement System regulations in connection with inquiries by participants. (0.9) Draft email to A. Figueroa regarding response to loan provisions inquiries. (0.5) Tel. conf. with F. Fontanes regarding inquiries on PREPA retirement system. (.9) Review presentation of retirement system. (0.4) | 2.70 | 350.00 | 945.00 |
| 4/21/21 | CEG | 210 | Edit the draft of memo regarding PREPA Law 120-2018. | .60 | 255.00 | 153.00 |
| 4/21/21 | CEG | 210 | Consider legal issues with regards to PREPA: Act-17. | .30 | 255.00 | 76.50 |

O'Neill & Borges LLC

Bill #:  394049                                                                                         April 30, 2021

| 4/21/21 | CVA | 213 | Analyze PREPA's rules and regulations related to the minimum requirements that the proposed transition and voluntary resignation plan must meet. | 2.70 | 180.00 | 486.00 |
|---|---|---|---|---|---|---|
| 4/21/21 | CVA | 213 | Analyze the rules and regulations of AAFAF, Regulation 8941 of May 10, 2017, to determine the internal procedure for AAFAF to implement the transition and voluntary resignation plan. | 1.60 | 180.00 | 288.00 |
| 4/21/21 | CVA | 213 | Draft detailed email to C. George outlining research findings regarding the requirements the proposed transition and voluntary resignation plan must meet. | .40 | 180.00 | 72.00 |
| 4/21/21 | CVA | 213 | Analyze the provisions of Act 3-2017. | 1.30 | 180.00 | 234.00 |
| 4/21/21 | CVA | 213 | Analyze the provisions of Act 26-2017. | 2.10 | 180.00 | 378.00 |
| 4/21/21 | CVA | 213 | Draft memorandum outlining research findings and proposed strategy as to the implementation of the transition and voluntary resignation plan for PREPA employees. | 3.80 | 180.00 | 684.00 |
| 4/21/21 | CVA | 213 | Draft emails to C. George forwarding the memorandum outlining research findings and proposed strategy as to the implementation of the transition and voluntary resignation plan for PREPA employees. | .10 | 180.00 | 18.00 |
| 4/22/21 | RML | 213 | Analyze  information requested by S. Levy on PREPA ERS benefits. (0.3) Tel. conf. with J. Candelaria regarding response to E&Y inquiry on PREPA retirement plan options. (0.2) | .50 | 350.00 | 175.00 |
| 4/22/21 | HDB | 210 | Revise draft memorandum by C. George concerning issues relative to transition and voluntary resignation options for PREPA employees.  (.5) Tel. conf with E. Barak, C. George and P. Possinger regarding labor and collective bargaining agreement issues in connection with PREPA and the implementation of the LUMA contract. (.9) | 1.40 | 315.00 | 441.00 |
| 4/22/21 | CEG | 210 | Additional revisions to memo on employee rights under Act 120-2018 and  potential transfer incentive model. (0.8) Participate in related conference call with  E. Barak, P Possinger and Proskauer team and H. Bauer. (0.9) | 1.70 | 255.00 | 433.50 |
| 4/22/21 | CEG | 213 | Revise response on pension plan inquires and implication under Law 120-2018. | .30 | 255.00 | 76.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394049                                                                    April 30, 2021

| Date | Atty | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/22/21 | JAC | 213 | Review inquiry by E&Y regarding PREPA retirement plan options (0.1); conduct research on inquiry by E&Y regarding the subject (3.7); and commence to draft response to inquiry. (1.1) | 4.90 | 185.00 | 906.50 |
| 4/22/21 | JAC | 213 | Tel. conf. with R. M. Lazaro regarding response to E&Y inquiry on PREPA retirement plan options. | .20 | 185.00 | 37.00 |
| 4/22/21 | CVA | 213 | Analyze the 2020 certified fiscal plan for PREPA in connection with the memorandum outlining the proposed strategy as to the implementation of the transition and voluntary resignation plan for PREPA employees, as requested by C. George. | 1.30 | 180.00 | 234.00 |
| 4/22/21 | CVA | 213 | Edit memorandum C. George's suggestions to address the proposed strategy as to the implementation of the transition and voluntary resignation plan for PREPA employees. | .80 | 180.00 | 144.00 |
| 4/22/21 | CVA | 213 | Draft email to C. George regarding the revised draft of the memorandum outlining the proposed strategy as to the implementation of the transition and voluntary resignation plan for PREPA employees. | .10 | 180.00 | 18.00 |
| 4/23/21 | RML | 213 | Analyze inquiries in connection with benefits of employees who will move to other agencies. (1.1) . Review additional inquiries form E&Y on PREPA ERS. (0.4) | 1.50 | 350.00 | 525.00 |
| 4/23/21 | CEG | 213 | Participate in conference  call with  R. Tague and E&Y team, A. Figueroa, M. Lopez and FOMB team, and P. Possinger, regarding legal issues on potential VTP model and pension plan rights applicable to PREPA transferred employees.(1.2) Review responses legal inquires related to loans and pension rights that would be applicable to transferred employees. (0.3) | 1.50 | 255.00 | 382.50 |
| 4/23/21 | JAC | 213 | Conduct research regarding public retirement plan reciprocity (0.5) and draft email to R. M. Lazaro regarding the research findings. (0.2) | .70 | 185.00 | 129.50 |
| 4/23/21 | JAC | 213 | Commence to research PREPA retirement plan loan options in order to analyze inquiry by E&Y. | 1.90 | 185.00 | 351.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394049                                                                                      April 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/26/21 | RML | 213 | Review R. Tague email with inquiries on pension benefits of terminated participants. (0.3) Tel. call with J. Candelaria regarding inquiries by E&Y regarding PREPA-Luma transaction. (0.3) Conf. call with FOMB staff, E&Y, J. Candelaria and C. George regarding the inquiries by E&Y. (0.5) | 1.10 | 350.00 | 385.00 |
| 4/26/21 | RML | 213 | Tel. conf. with E&Y, FOMB and C. George regarding VPN and benefit matters. (0.9) Review and modify response regarding loans and pension options. (0.6) | 1.50 | 350.00 | 525.00 |
| 4/26/21 | RML | 213 | Review PREPA employee manual and related material in connection with Loan to plan participants under PREPA ERS. | .70 | 350.00 | 245.00 |
| 4/26/21 | CEG | 213 | Tel. conf. with FOMB team, E&Y team, R. Lazaro and J. Candelaria regarding the inquiries made by E&Y. | .50 | 255.00 | 127.50 |
| 4/26/21 | CEG | 213 | Participate in Teams meeting with R. Tague to discuss PREPA law(s) and impact to pension. | .50 | 255.00 | 127.50 |
| 4/26/21 | CEG | 213 | Participate in Teams meeting with N. Jaresko, E&Y, McKinsey and Proskauer team, regarding PREPA - T&D transition VTP scenarios. | .90 | 255.00 | 229.50 |
| 4/26/21 | JAC | 213 | Continue to research PREPA retirement plan loan options in order to analyze inquiry by E&Y (1.7) and draft email to R. M. Lazaro regarding research findings. (0.4) | 2.10 | 185.00 | 388.50 |
| 4/26/21 | JAC | 213 | Tel. call with R. M. Lazaro regarding inquiries by E&Y regarding PREPA retirement plan transfer options (0.3); Conf. call with FOMB staff E&Y, R. M. Lazaro and C. George regarding the inquiries by E&Y (0.5) and draft email with follow up analysis as a result of conference call. (0.7) | 1.50 | 185.00 | 277.50 |
| 4/27/21 | RML | 213 | Review loan provisions applicable to PREPA employees issues. | .50 | 350.00 | 175.00 |
| 4/28/21 | RML | 213 | Draft email to E&Y on pension plan options available to employees moving to CW agencies. | .50 | 350.00 | 175.00 |
| 4/28/21 | JAC | 213 | Review email by R. M. Lazaro to E&Y regarding PREPA retirement plan transfer options. | .10 | 185.00 | 18.50 |

TOTAL PROFESSIONAL SERVICES                        $ 13,221.00

Less Discount                                      $ -1,322.10

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394049                                                                April 30, 2021


NET PROFESSIONAL SERVICES:                          $ 11,898.90


### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | 11.50 | 350.00 | 4,025.00 |
| HERMANN BAUER | 1.40 | 315.00 | 441.00 |
| CARLOS E. GEORGE | 8.70 | 255.00 | 2,218.50 |
| JORGE A. CANDELARIA | 12.10 | 185.00 | 2,238.50 |
| CARLOS VAZQUEZ ALBERTY | 22.50 | 180.00 | 4,050.00 |
| OLGA M. ALICEA | 1.60 | 155.00 | 248.00 |
| **Total** | **57.80** | | **$ 13,221.00** |


**TOTAL THIS INVOICE**                               **$ 11,898.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

Electronic Invoice

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 30, 2021
FOMB IN RE PREPA TITLE III                                          Bill #:   394050
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2021:

**Client.Matter: P1705 - 804**

**RE:  17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---:|
| Total Professional Services | $ 3,635.50 |
| | $ -363.55 |
| Net Professional Services | $ 3,271.95 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 3,271.95** |

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/06/21 | HDB | 210 | Revise draft pre-motion letter regarding dismissal of Third Amended Complaint. (3) Revise draft letter regarding Motion for Summary Judgment in adv. 17-00229. (.3) | .60 | 315.00 | 189.00 |
| 4/12/21 | HDB | 210 | Revise draft Motion to Dismiss Third Amended Complaint in adv. 17-00229. | .80 | 315.00 | 252.00 |
| 4/13/21 | HDB | 209 | Review UTIER's response to meet and confer letter concerning dismissal of certain claims and Motion for Summary Judgment in adv. 17-00229. | .30 | 315.00 | 94.50 |
| 4/14/21 | CGB | 209 | Review email from J. Sosa seeking analysis of Law 111-1986 to draft key sections of the undisputed facts (0.1); Coordinate response to same with A. L. Collazo regarding same. (0.1) | .20 | 335.00 | 67.00 |
| 4/14/21 | HDB | 209 | Revise draft reply to UTIER's response to pre-motion letter. | .20 | 315.00 | 63.00 |
| 4/15/21 | HDB | 210 | Review draft Stipulation for the Dismissal of Claims. | .20 | 315.00 | 63.00 |
| 4/19/21 | HDB | 209 | Participate in meet and confer with J. Richman and Proskauer, counsel for Defendants and UTIER, regarding dispositive motions in adv. 17-00229. | .20 | 315.00 | 63.00 |
| 4/19/21 | CEG | 209 | Tel. conf. with all parties regarding pending dispositive motion schedule and to confer positions on dispositive motions in adv. 17-00229. | .30 | 255.00 | 76.50 |
| 4/20/21 | PAG | 206 | Review the Stipulation of Plaintiff and Defendants concerning Third Amended Complaint's Repleading of Previously Dismissed Claims in anticipation of its filing at Adv. Proc. No. 17-229-LTS, docket no. 137. | .30 | 185.00 | 55.50 |

O'Neill & Borges LLC

Bill #:  394050                                                                   April 30, 2021

| Date | Atty | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/20/21 | PAG | 206 | File the Stipulation of Plaintiff and Defendants concerning Third Amended Complaint's Repleading of Previously Dismissed Claims at Adv. Proc. No. 17-229-LTS, docket no. 137. | .20 | 185.00 | 37.00 |
| 4/22/21 | HDB | 209 | Tel. conf with R. Emmanuelli regarding scheduling issues. | .20 | 315.00 | 63.00 |
| 4/23/21 | HDB | 209 | Revise draft Motion to Dismiss Third Amended Complaint as to PREPA. | .60 | 315.00 | 189.00 |
| 4/24/21 | CEG | 209 | Revise answer to third amended complaint (0.8); revise motion to dismiss third amended complaint and memorandum of law in support of this motion. (0.4) | 1.20 | 255.00 | 306.00 |
| 4/26/21 | HDB | 209 | Revise draft answer to Third Amended Complaint ina adv. 17-00229. (.6) Revise final drafts and sign-off to file Memorandum of Law in Support of Motion to Dismiss Contract Clause Claims against PREPA (.3) and Notice of Motion to Dismiss. (.1) Coordinate filing and service of pleadings with P. Gonzalez. (.1)  Exchange e-mails with J. Richman concerning amendments for motions. (.2) Revise amendments to Memorandum of Law and Notice. (.1)  Review issues regarding Clerk of the Court's instructions to re-file memorandum of law. (.1) | 1.50 | 315.00 | 472.50 |
| 4/26/21 | CEG | 209 | Review draft of documents that will be filed with regards to motion to dismiss. | 1.00 | 255.00 | 255.00 |
| 4/26/21 | CEG | 209 | Analyze legal issues with regards to motions in limine. | .20 | 255.00 | 51.00 |
| 4/26/21 | PAG | 206 | Review the Answer of Defendants Puerto Rico Electric Power Authority and the Commonwealth of Puerto Rico to the Third Amended Adversary Complaint in anticipation of its filing at Adv. Proc. No. 17-229-LTS, docket no. 140. | .30 | 185.00 | 55.50 |
| 4/26/21 | PAG | 206 | File the Answer of Defendants Puerto Rico Electric Power Authority and the Commonwealth of Puerto Rico to the Third Amended Adversary Complaint at Adv. Proc. No. 17-229-LTS, docket no. 140. | .20 | 185.00 | 37.00 |
| 4/26/21 | PAG | 206 | Review the Notice of Motion of Defendant Puerto Rico Electric Power Authority to Dismiss Plaintiff's Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) in anticipation of its filing at Adv. Proc. No. 17-229-LTS, docket no. 141. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394050                                                                April 30, 2021

| 4/26/21 | PAG | 206 | File the Notice of Motion of Defendant Puerto Rico Electric Power Authority to Dismiss Plaintiff's Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) at Adv. Proc. No. 17-229-LTS, docket no. 141. | .20 | 185.00 | 37.00 |
|---------|-----|-----|---------|-----|--------|-------|
| 4/26/21 | PAG | 206 | Review the Memorandum of Law in Support of Motion by Defendant Puerto Rico Electric Power Authority to Dismiss Plaintiff's Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and supporting exhibit, in anticipation of its filing at Adv. Proc. No. 17-229-LTS, docket no. 142. | .30 | 185.00 | 55.50 |
| 4/26/21 | PAG | 206 | File the Memorandum of Law in Support of Motion by Defendant Puerto Rico Electric Power Authority to Dismiss Plaintiff's Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and supporting exhibit, at Adv. Proc. No. 17-229-LTS, docket no. 142. | .20 | 185.00 | 37.00 |
| 4/26/21 | PAG | 206 | Review the Notice of Amended Motion of Defendants Puerto Rico Electric Power Authority, Hon. Pedro Pierluisi-Urrutia, Efran Paredes-Maisonet, Omar J. Marrero, Francisco Pares-Alicea, and Juan Carlos Blanco-Urrutia to Dismiss Plaintiff's Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) in anticipation of its filing at Adv. Proc. No. 17-229-LTS, docket no. 143. | .30 | 185.00 | 55.50 |
| 4/26/21 | PAG | 206 | File the Notice of Amended Motion of Defendants Puerto Rico Electric Power Authority, Hon. Pedro Pierluisi-Urrutia, Efran Paredes-Maisonet, Omar J. Marrero, Francisco Pares-Alicea, and Juan Carlos Blanco-Urrutia to Dismiss Plaintiff's Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) at Adv. Proc. No. 17-229-LTS, docket no. 143. | .20 | 185.00 | 37.00 |
| 4/26/21 | PAG | 206 | Review the Memorandum of Law in Support of Amended Motion by Defendants Puerto Rico Electric Power Authority, Hon. Pedro Pierluisi-Urrutia, Efran Paredes-Maisonet, Omar J. Marrero, Francisco Pares-Alicea, and Juan Carlos Blanco-Urrutia to Dismiss Plaintiff's Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and supporting exhibit, in anticipation of its filing at Adv. Proc. No. 17-229-LTS, docket no. 144. | .30 | 185.00 | 55.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394050                                                                    April 30, 2021

| Date | Atty | Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4/26/21 | PAG | 206 | File the Memorandum of Law in Support of Amended Motion by Defendants Puerto Rico Electric Power Authority, Hon. Pedro Pierluisi-Urrutia, Efran Paredes-Maisonet, Omar J. Marrero, Francisco Pares-Alicea, and Juan Carlos Blanco-Urrutia to Dismiss Plaintiff's Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and supporting exhibit, at Adv. Proc. No. 17-229-LTS, docket no. 144. | .20 | 185.00 | 37.00 |
| 4/27/21 | HDB | 209 | Review Urgent Motion in Limine to strike testimony of Andrew Wolfe. (.6) Review Answer to Complaint by Individual Defendants. (.3)  Review Urgent Motion in Limine to strike testimony of James Hines. (.4) Review issues regarding briefing schedule with R.Emmanuelli. (.2) Draft e-mail to M.Morris regarding scheduling issues. (.1) | 1.60 | 315.00 | 504.00 |
| 4/28/21 | HDB | 209 | Review draft Stipulation to Amend Briefing Schedule in adv. 17-00229. (.2)  Analyze the Urgent Motion in Limine to strike testimony of Michael Nadol. (.4) Coordinate additional changes to briefing schedule with R.Emmanuelli. (.1) | .70 | 315.00 | 220.50 |
| 4/28/21 | GMR | 206 | Review the Urgent Joint Motion of Plaintiff and Defendants to Amend Scheduling Order in anticipation to its filing in adv. 17-00229. | .10 | 190.00 | 19.00 |
| 4/28/21 | GMR | 206 | File the Urgent Joint Motion of Plaintiff and Defendants to Amend Scheduling Order in Case No. 17-00229 at Docket No. 154. | .20 | 190.00 | 38.00 |
| 4/29/21 | HDB | 209 | Revise Urgent Motion in Limine to Exclude Henry S. Farber's Expert Report in adv. 17-00229. | .30 | 315.00 | 94.50 |

TOTAL PROFESSIONAL SERVICES                         $ 3,635.50

                                                                    $ -363.55

NET PROFESSIONAL SERVICES:                            $ 3,271.95

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .20 | 335.00 | 67.00 |
| HERMANN BAUER | 7.20 | 315.00 | 2,268.00 |
| CARLOS E. GEORGE | 2.70 | 255.00 | 688.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394050                                                                April 30, 2021

| | | | |
|---|---|---|---|
| PAULA A. GONZALEZ MONTALVO | 3.00 | 185.00 | 555.00 |
| GABRIEL MIRANDA RIVERA | .30 | 190.00 | 57.00 |
| **Total** | **13.40** | | **$ 3,635.50** |

**TOTAL THIS INVOICE**                                              **$ 3,271.95**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

**O'NEILL & BORGES** LLC

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

April 30, 2021

FOMB IN RE PREPA TITLE III

Bill #: 394052

Billing Attorney: CGB

# BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2021:

**Client.Matter: P1705 - 818**

**RE: 19-00453- LTS VITOL INC V PREPA**

|  |  |
|---|---|
| Total Professional Services | $ 265.00 |
|  | $ -26.50 |
| Net Professional Services | $ 238.50 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 238.50** |

Electronic Invoice

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 818**
**RE: 19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/27/21 | HDB | 209 | Review demonstrative exhibits in anticipation of hearing on motion for summary judgment in adv 19-00453. | .30 | 315.00 | 94.50 |
| 4/27/21 | GMR | 206 | Review the Informative Motion Regarding Exhibits in Connection with the Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment and corresponding exhibit in anticipation to its filing in adv. 19-00453. | .20 | 190.00 | 38.00 |
| 4/27/21 | GMR | 206 | File the Informative Motion Regarding Exhibits in Connection with the Puerto Rico Electric Power Authority's Cross-Motion for Summary Judgment and corresponding exhibit through the court's electronic filing system. | .20 | 190.00 | 38.00 |
| 4/30/21 | HDB | 209 | Review Vitol Inc. and Vitol S.A.'s Supplemental Submission in Support of Their Motion for Summary Judgment & Opposition to PREPA's Cross-Motion for Summary Judgment in adv. 19-00453. | .30 | 315.00 | 94.50 |

TOTAL PROFESSIONAL SERVICES $ 265.00

$ -26.50

NET PROFESSIONAL SERVICES: $ 238.50

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | .60 | 315.00 | 189.00 |
| GABRIEL MIRANDA RIVERA | .40 | 190.00 | 76.00 |
| **Total** | **1.00** | | **$ 265.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394052

April 30, 2021

**TOTAL THIS INVOICE**          **$ 238.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

April 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 20-00142-LTS PV Prop. V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2021
FOMB IN RE PREPA TITLE III
Bill #: 394053
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2021:

**Client.Matter: P1705 - 819**

**RE: 20-00142-LTS PV Prop. V. PREPA**

| | |
|---|---|
| Total Professional Services | $ 470.00 |
| Less Discount | $ -47.00 |
| Net Professional Services | $ 423.00 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 423.00** |

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 819**
**RE:  20-00142-LTS PV Prop. V. PREPA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/13/21 | JLM | 207 | Review email from H. Bauer (0.1) and motion filed by PV Properties opposing motion to dismiss filed by FOMB to provide reaction and recommendations to Proskauer. (0.3) | .40 | 320.00 | 128.00 |
| 4/13/21 | HDB | 209 | Analyze opposition to Motion to Dismiss adv. 20-00142. | .80 | 315.00 | 252.00 |
| 4/13/21 | ALC | 214 | Preliminary analysis of PV Properties arguments under Puerto Rico Energy Law in opposition to Motion To Dismiss adv. 20-00142. | .40 | 225.00 | 90.00 |

TOTAL PROFESSIONAL SERVICES                    $ 470.00

Less Discount                                  $ -47.00

NET PROFESSIONAL SERVICES:                     $ 423.00

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| JERRY LUCAS MARRERO | .40 | 320.00 | 128.00 |
| HERMANN BAUER | .80 | 315.00 | 252.00 |
| ANTONIO L. COLLAZO | .40 | 225.00 | 90.00 |
| **Total** | **1.60** | | **$ 470.00** |

**TOTAL THIS INVOICE**                          **$ 423.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

FOMB IN RE PREPA TITLE III

April 30, 2021
Bill #:   394553
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2021:

**Client.Matter: P1705 - 820**

**RE:  21-00041-LTS UTIER RE LUMA**

|  |  |
|---|---|
| Total Professional Services | $ 11,784.50 |
| Less Discount | $ -1,178.45 |
| Net Professional Services | $ 10,606.05 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 10,606.05** |

Electronic Invoice

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 820**
**RE: 21-00041-LTS UTIER RE LUMA**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/20/21 | RML | 213 | Tel. conf. with P. Hamburger position taken by PREPA Retirement System in connection with ERISA preemption issue. (0.5) Review case law on ERISA preemption issue. (0.4) Review arguments raised by PREPA Retirement System in connection with contributions by private employees.(0.8) Tel. conf. with H. Bauer, J. Candelaria and J. Notario regarding issues raised on Luma employees participation in PREPA and available options to enforce compliance. (0.5) | 2.20 | 350.00 | 770.00 |
| 4/20/21 | RML | 213 | Tel. conf. with EY, LUMA, F. Fontanes, A. Figueroa regarding pension considerations for employees to be transferred to LUMA and issues raised by employees. (0.6) Review pension plan issues raised in complaint filed by UTIER. (0.9). Draft email to P. Hamburger regarding ERISA issues. (0.2) | 1.70 | 350.00 | 595.00 |
| 4/20/21 | HDB | 210 | Commence analysis of Complaint for Injunctive Relief filed by UTIER against the FOMB, PREPA, LUMA and others regarding LUMA Contract (21-AP-0041). (1.60) Conference call with H. D. Bauer, R. M. Lazaro, and J. L. Notario regarding matters related to complaint. (0.5) | 2.10 | 315.00 | 661.50 |
| 4/20/21 | JLN | 213 | Tel. conf. with R. M. Lazaro, J.E. Gonzalez, J. A. Candelaria and H. D. Bauer to discuss issues related with LUMA contract and retirement plan. (0.5) Review related legislation. (0.4) | .90 | 230.00 | 207.00 |
| 4/20/21 | JAC | 210 | Preliminary analysis of UTIER adversary complaint (1.8) and Conference call with H. D. Bauer, R. M. Lazaro, and J. L. Notario regarding matters related to complaint. (0.5) | 2.30 | 185.00 | 425.50 |

O'Neill & Borges LLC

Bill #:  394553                                                                        April 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/20/21 | JAC | 210 | Review public announcement by UTIER regarding PREPA-Luma transaction. | .20 | 185.00 | 37.00 |
| 4/21/21 | HDB | 210 | Further analysis of  Complaint for Injunctive Relief filed by UTIER against the FOMB, PREPA, LUMA and others regarding LUMA Contract (21-AP-0041). | .60 | 315.00 | 189.00 |
| 4/21/21 | CEG | 209 | Review adversay federal complaint to set aside LUMA contract. | .80 | 255.00 | 204.00 |
| 4/26/21 | JRC | 210 | Analyze motion for preliminary injunction filed by UTIER in adv. 21-00041. | 1.70 | 350.00 | 595.00 |
| 4/26/21 | HDB | 209 | Analyze Motion for Preliminary Injunction in adv. 21-00041. (.8) Review Declaration by Hector Rosario Hernandez in support of Motion for Preliminary Injunction. (.4) and review Declaration by Angel Jaramillo in Support of Preliminary Injunction. (.4) Review Tom Sanzillo's Declaration. (.2) | 1.80 | 315.00 | 567.00 |
| 4/26/21 | JLN | 201 | At the request of H. D. Bauer review Motion for Preliminary Injunction in adv. 21-0041 regarding the OMA Agreement. | .80 | 230.00 | 184.00 |
| 4/27/21 | HDB | 209 | Exchange e-mails with M. Dale regarding briefing schedule on PT Motion in adv. 21-00041. (.1) Tel. conf with R. Emmanuelli regarding briefing schedule. (.2) Draft e-mail to M. Dale regarding UTIER's proposal. (.1)  Tel. conf with M. Dale regarding briefing schedule. (.2)  Review scheduling order. (.1) | .70 | 315.00 | 220.50 |
| 4/27/21 | CEG | 209 | Review motion requesting preliminary injunction (PI) in adv. 21-00041 (0.8); review complaint (0.6); consider grounds for opposition  of motion for PI (.7) | 2.10 | 255.00 | 535.50 |
| 4/28/21 | RML | 210 | Review outline of opposition brief in adv. 21-00041. | .30 | 350.00 | 105.00 |
| 4/28/21 | HDB | 210 | Review proposed outline of opposition to preliminary injunction.  (.4) Participate in Defendants' call in connection with the opposition papers to the Motion for Preliminary Injunction in adv. 21-00041. (.4)  Tel. conf with C.George, M.Trelles and M.Rodriguez regarding Puerto Rico law issues. (.4) | 1.20 | 315.00 | 378.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394553                                                                                    April 30, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/28/21 | CEG | 209 | Participate in tel. conf. with OMM, DLA, PMA and Proskauer team to discuss UTIER PI motion and strategy to follow(0.4); review outline of opposition to UTIER PI motion(0.4). Tel. conf. with M. Rodríguez, M. Trelles (counsels for AAFAF) and H. Bauer, regarding UTIER PI motion.(0.4) | 1.20 | 255.00 | 306.00 |
| 4/29/21 | HDB | 209 | Review issues regarding research for opposition to PI Motion in adv. 21-00041. (.4)  Coordinate receipt of service of process. (.2) Participate in Defendants' counsel strategy call with C. George, P. Possinger, T. Mungovan and others. (.4) | 1.00 | 315.00 | 315.00 |
| 4/29/21 | CEG | 209 | Revise outline for opposition  for UTIER PI motions and related arguments under PR law (0.7). Participate in tel. conf. with OMM, DLA, PMA and Proskauer team to follow up on UTIER PI motion and defense for the case. (0.4) Exchange emails with M Trelles, regarding PR law sections of opposition to UTIER PI motions.(0.3) | 1.40 | 255.00 | 357.00 |
| 4/29/21 | CVA | 209 | Analyze the motion for preliminary injunction to enjoin the execution of the O&M Agreement filed by UTIER, together with the outline for the opposition to the same to confirm if additional arguments need to be raised by the client, as requested by C. George. | 2.90 | 180.00 | 522.00 |
| 4/29/21 | CVA | 209 | Analyze the Actions Against the Commonwealth Act together with the applicable Puerto Rico case law. | 2.10 | 180.00 | 378.00 |
| 4/29/21 | CVA | 209 | Draft detailed email to C. George outlining research findings regarding whether a tortious interference claim can be sustained against a government entity. | .30 | 180.00 | 54.00 |
| 4/29/21 | LED | 202 | Analyze Act No. 120-2018 in order to edit Opposition to Motion for Preliminary Injunction outline. | 1.10 | 170.00 | 187.00 |
| 4/29/21 | LED | 202 | Analyze Act No. 17-2019 in order to edit pertinent sections of the outline of Opposition to Motion for Preliminary Injunction outline. | .60 | 170.00 | 102.00 |
| 4/29/21 | LED | 202 | Conduct research regarding Civil Code principles of good faith and public to be discussed in Opposition to Motion for Preliminary Injunction outline. | .50 | 170.00 | 85.00 |
| 4/29/21 | LED | 202 | Conduct research regarding tortious interference and third party standing to edit outine of Opposition to Motion for Preliminary Injunction outline. | 1.30 | 170.00 | 221.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394553 April 30, 2021

| 4/29/21 | LED | 202 | Edit ourtline of Opposition to Motion for Preliminary Injunction as requested by C. George. | .70 | 170.00 | 119.00 |
|---|---|---|---|---|---|---|
| 4/30/21 | HDB | 209 | Review edits to outline of Opposition for Preliminary Injunction. | .30 | 315.00 | 94.50 |
| 4/30/21 | CEG | 209 | Exchange emails with J. Richman and P. Possinger (Proskauer) regarding contract clause claim and potential NLRA preemption argument for opposition to UTIER PI motion (0.6).  Review revised outline for opposition to UTIER PI motion (0.2).  Review Act 120-2018 in preparation of section of opposition to UTIER PI motion (0.7); review O&M Agreement in preparation of section of opposition to UTIER PI motion (0.4), review case law on tortious interference in preparation of section of opposition to UTIER PI motion (0.5), review case law on in prejudice of a third party in preparation of section of opposition to UTIER PI motion (0.4); review case law on CBA rejection in preparation of section of opposition to UTIER PI motion. (0.3) Participate in tel. conf. with OMM, DLA, PMA and Proskauer team to  follow up on UTIER PI motion. (0.5) | 3.60 | 255.00 | 918.00 |
| 4/30/21 | GMR | 206 | File the Notice of Appearance in Adversary Proceeding No. 21.00041. | .20 | 190.00 | 38.00 |
| 4/30/21 | LED | 202 | Conduct research regarding Act 120-2018 and Act 17-2019 to be included in Opposition to Petition for Preliminary Injunction. | 2.70 | 170.00 | 459.00 |
| 4/30/21 | LED | 202 | Draft sections of Opposition to Petition for Preliminary Injunction regarding Act 120-2018 and Act 17-2019. | 3.70 | 170.00 | 629.00 |
| 4/30/21 | LED | 202 | Conduct research regarding the standing doctrine to be included in Opposition to Petition for Preliminary Injunction. | 1.20 | 170.00 | 204.00 |
| 4/30/21 | LED | 202 | Conduct research regarding tortious interference case law to be cited in Opposition to Petition for Preliminary Injunction. | 1.40 | 170.00 | 238.00 |
| 4/30/21 | LED | 202 | Conduct research regarding contract in prejudice of a third party before purposes of the Opposition to Petition for Preliminary Injunction. | 1.60 | 170.00 | 272.00 |
| 4/30/21 | LED | 202 | Analyze Section 5.8 of PREPA's O&M Agreement in preparation for Opposition to Petition for Preliminary Injunction. | .90 | 170.00 | 153.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  394553                                                                                    April 30, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/30/21 | LED | 202 | Revise preliminary draft of ket Puerto Rico law sections of the Opposition to Petition for Preliminary Injunction. | 2.70 | 170.00 | 459.00 |

TOTAL PROFESSIONAL SERVICES                        $ 11,784.50

Less Discount                                                    $ -1,178.45

NET PROFESSIONAL SERVICES:                        $ 10,606.05

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| JOSE R. CACHO | 1.70 | 350.00 | 595.00 |
| ROSA M. LAZARO | 4.20 | 350.00 | 1,470.00 |
| HERMANN BAUER | 7.70 | 315.00 | 2,425.50 |
| CARLOS E. GEORGE | 9.10 | 255.00 | 2,320.50 |
| JOSE L. NOTARIO TOLL | 1.70 | 230.00 | 391.00 |
| JORGE A. CANDELARIA | 2.50 | 185.00 | 462.50 |
| CARLOS VAZQUEZ ALBERTY | 5.30 | 180.00 | 954.00 |
| GABRIEL MIRANDA RIVERA | .20 | 190.00 | 38.00 |
| LAURA E. DIAZ GONZALEZ | 18.40 | 170.00 | 3,128.00 |
| **Total** | **50.80** | | **$ 11,784.50** |

**TOTAL THIS INVOICE**                                    **$ 10,606.05**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

        Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

PUERTO RICO ELECTRIC POWER AUTHORITY,

        Debtor.

PROMESA
Title III

Case No. 17 BK 4780-LTS

-------------------------------------------------------------------x

## COVER SHEET TO FORTY-SEVENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO ELECTRIC POWER AUTHORITY, FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

Name of applicant:     O'Neill & Borges LLC ("O&B")

Authorized to provide professional services Financial Oversight and Management
to:             Board, as Representative for the Debtor
              Pursuant to PROMESA Section 315(b)

Time period covered by this application: May 1, 2021 through May 31, 2021

Amount of compensation sought as actual, $32,387.85
reasonable and necessary:

Amount of expense reimbursement sought $70.00
as actual, reasonable and necessary:

Total amount for this invoice:   $32,457.85

This is a: _X_ monthly ___ interim ___ final application

This is O&B's forty-seventh monthly fee application in these cases.

## **Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for May 2021.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On August 5, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel A. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**Counsel for U.S. Bank National Association:**
Maslon LLP
90 South Seventh Street
Suite 3300
Minneapolis, MN 55402
Attn: Clark T. Whitmore, Esq.,
clark.whitmore@maslon.com
William Z. Pentelovitch, Esq.,
bill.pentelovitch@maslon.com
John T. Duffey, Esq., john.duffey@maslon.com
Jason M. Reed, Esq., jason.reed@maslon.com

Rivera, Tulla and Ferrer, LLC
50 Quisqueya Street
San Juan, PR 00917
Attn: Eric A. Tulla, Esq., etulla@riveratulla.com
Iris J. Cabrera-Gómez, Esq., icabrera@riveratulla.com

| | | | | | | |
|---|---|---|---|---|---|---|
| **PREPA TITLE III** | | | | | | |
| **Summary of Legal Fees for the Period  May 1 through May 31, 2021** | | | | | | |
| | | | | | | |
| **Professional** | **Position/Title** | **Department** | **Hourly Billing Rate** | **Total Billed Hours** | **Total Compensation** | |
| Hermann D. Bauer | Member | Litigation | $ 315.00 | 43.20 | $ | 13,608.00 |
| Carla Garcia Benitez | Member | Litigation | $ 335.00 | 2.10 | $ | 703.50 |
| Carlos E. George | Member | Labor | $ 255.00 | 28.40 | $ | 7,242.00 |
| Rosa M. Lazaro | Member | Corporate | $ 350.00 | 16.40 | $ | 5,740.00 |
| Jerry L. Marrero | Member | Corporate | $ 320.00 | 1.40 | $ | 448.00 |
| Salvador Antonetti | Member | Litigation | $ 310.00 | 0.30 | $ | 93.00 |
| Antonio L. Collazo | Jr. Member | Corporate | $ 225.00 | 5.10 | $ | 1,147.50 |
| Ubaldo Fernandez | Jr. Member | Litigation | $ 225.00 | 0.60 | $ | 135.00 |
| Jose L. Notario Toll | Jr. Member | Corporate | $ 230.00 | 0.40 | $ | 92.00 |
| Jorge A. Candelaria | Associate | Litigation | $ 185.00 | 2.00 | $ | 370.00 |
| Laura E. Diaz Gonzalez | Associate | Labor | $ 170.00 | 4.50 | $ | 765.00 |
| Josué Gonzalez Aldarondo | Associate | Corporate | $ 195.00 | 3.00 | $ | 585.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 185.00 | 1.80 | $ | 333.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 190.00 | 1.50 | $ | 285.00 |
| Carlos Vazquez Alberty | Associate | Labor | $ 180.00 | 11.70 | $ | 2,106.00 |
| Olga M. Alicea | Paralegal | Litigation | $ 155.00 | 12.90 | $ | 1,999.50 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 145.00 | 0.70 | $ | 101.50 |
| Vanessa Sanchez | Paralegal | Litigation | $ 155.00 | 1.50 | $ | 232.50 |
| | | | | | | |
| | **Totals** | | | 137.50 | **$** | **35,986.50** |
| | | | | | | |
| | **Less: 10% Courtesy discount** | | | | $ | (3,598.65) |
| | | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$** | **32,387.85** |

| | **PREPA TITLE III** | | | |
|---|---|---|---|---|
| | **Summary of Legal Fees for the Period May 1 through May 31, 2021** | | | |
| | | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** | |
| 202 | Legal Research | 7.20 | 1,291.50 | |
| 206 | Documents Filed on Behalf of the Board | 4.00 | 838.50 | |
| 207 | Non-Board Court Filings | 1.30 | 413.00 | |
| 209 | Adversary Proceeding | 75.50 | 20,448.00 | |
| 210 | Analysis and Strategy | 7.60 | 2,294.50 | |
| 212 | General Administration and Governance | 0.50 | 157.50 | |
| 213 | Labor, Pension Matters | 25.60 | 7,887.00 | |
| 219 | Docketing | 1.40 | 210.00 | |
| 220 | Translations | 12.00 | 1,860.00 | |
| 222 | Claims and Claims Objections | 1.00 | 327.50 | |
| 224 | Fee Application - O&B | 1.40 | 259.00 | |
| | | | | |
| | | | $ | 35,986.50 |
| | | | | |
| | **Less: 10% Courtesy discount** | | $ | (3,598.65) |
| | | | | |
| | **TOTALS** | 137.50 | $ | 32,387.85 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $29,149.07 and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $70.00) in the total amount of $29,219.07.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

00916809; 1

# **Exhibit A**

00916809; 1

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 Muñoz Rivera Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

May 31, 2021

FOMB IN RE PREPA TITLE III

**RE: GENERAL-PREPA TITLE III 17-4780**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2021
FOMB IN RE PREPA TITLE III
Bill #: 396679
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 1**

**RE: GENERAL-PREPA TITLE III 17-4780**

| | |
|---|---:|
| Total Professional Services | $ 2,833.50 |
| Less Discount | $ -283.35 |
| Net Professional Services | $ 2,550.15 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,550.15** |

Electronic Invoice

IN ACCOUNT WITH

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 1**
**RE:  GENERAL-PREPA TITLE III 17-4780**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/03/21 | HDB | 210 | Analyze Memorandum Order on LUMA's Administrative Expenses Claim for Expenses during Interim Period. | .60 | 315.00 | 189.00 |
| 5/06/21 | HDB | 209 | Commence review of Complaint filed by Sistema de Retiro de los Empleados de la Autoridad de Energía Eléctrica, the Board of Trustees of The Puerto Rico Electric Power Authority Employees' Retirement System; José Ramón Rivera-Rivera, Ralphie Dominicci-Rivera; Erasto Zayas-López; Juan Carlos Adrover; and Sammy Rodríguez against the CW, PREPA, the FOMB and others, 21-ap-0049. | 1.40 | 315.00 | 441.00 |
| 5/06/21 | JEG | 213 | Review public hearings calendar of the House of Representatives. (0.2). Draft email to H. Bauer, P. Possinger, and E. Barak, regarding mark-up session to approve Senate Bill 213 at the committee level. (0.1) | .30 | 195.00 | 58.50 |
| 5/07/21 | MMB | 219 | Docket court notice received by email dated May 1, 2021, regarding order dkt. 2471 setting deadlines in connection with transcript of April 28, 2021 hearing - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 5/07/21 | MMB | 219 | Docket court notice received by email dated May 1, 2021, regarding order dkt. 2472 setting deadlines in connection with transcript of April 29, 2021 hearing - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 5/10/21 | JEG | 202 | Review calendar of the House of Representatives for the session of May 11, 2021. (0.2). Inform H. D. Bauer, P. Possinger, and E. Barak that SB 213 was included in said calendar. (0.1) | .30 | 195.00 | 58.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396679                                                                          May 31, 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/11/21 | GMR | 206 | Review the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion in anticipation to its filing. | .30 | 190.00 | 57.00 |
| 5/11/21 | GMR | 206 | File the Status Report of the Government Parties Regarding the COVID-19 Pandemic and the 9019 Motion in Case No. 17-4780. | .20 | 190.00 | 38.00 |
| 5/13/21 | HDB | 210 | Review order on Status Report regarding COVID-19 and RSA. (.1) Review the Official Committee of Unsecured Creditors' Response to Status Report of Government Parties Regarding COVID-19 Pandemic and the 9019 Motion. (.3) | .40 | 315.00 | 126.00 |
| 5/13/21 | HDB | 210 | Review issues regarding potential veto override for HJB 88. | .10 | 315.00 | 31.50 |
| 5/13/21 | HDB | 207 | Review Notice of Appeal by UTIER of Order granting LUMA Administrative Claim Motion. | .20 | 315.00 | 63.00 |
| 5/17/21 | HDB | 206 | Revise Ninth Motion for Order Enlarging Time to File Notice of Removal. | .20 | 315.00 | 63.00 |
| 5/17/21 | HDB | 206 | Review Urgent Consensual Motion for Seventh Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim. | .10 | 315.00 | 31.50 |
| 5/17/21 | VSN | 219 | Docket court notice received by email dated May 13, 2021 regarding deadline for Government Parties' reply papers; docket 2478. -- C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |
| 5/17/21 | VSN | 219 | Docket court notice received by email dated May 13, 2021 regarding deadline for Government Parties' reply papers; docket 16751. -- C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |
| 5/18/21 | HDB | 212 | Tel. conf. with D. Desatnik and P. Possinger regarding status report and injunction hearing. | .50 | 315.00 | 157.50 |
| 5/18/21 | VSN | 219 | Docket court notice received by email dated May 18, 2021 regarding responses and reply deadline, docket 2489. - C. Garcia, H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |
| 5/20/21 | HDB | 210 | Analyze new complaint by PREPA Employees seeking to enjoin transfers to non-PREPA employers. (.9) Review Order to show cause. (.2) | 1.10 | 315.00 | 346.50 |
| 5/21/21 | HDB | 210 | Review SRAEE's Letter to D. Skeel. | .20 | 315.00 | 63.00 |

O'Neill & Borges LLC

Bill #:  396679

May 31, 2021

| 5/21/21 | HDB | 206 | Revise draft response in connection with the DRA Parties' response to the Status Report filed by PREPA. | .20 | 315.00 | 63.00 |
|---|---|---|---|---|---|---|
| 5/22/21 | HDB | 210 | Review the FOMB's Response to citation of supplemental authorities pursuant to Fed. R. App. P. 28(j). | .20 | 315.00 | 63.00 |
| 5/24/21 | HDB | 210 | Review Order on Status Report on the RSA and Pandemic. | .10 | 315.00 | 31.50 |
| 5/25/21 | CEG | 213 | Revise translation on preliminary injunction related to mobility process applied at PREPA (0.3). Consider legal defenses pursuant to Law 8-2017 and related regulation (0.4). | .70 | 255.00 | 178.50 |
| 5/25/21 | UMF | 224 | Draft forty-third monthly fee statement of O&B for the month of January 2021 in the Title III case of PREPA. | .30 | 225.00 | 67.50 |
| 5/25/21 | VSN | 219 | Docket court notice received by email dated May 24, 2021 regarding deadline for Government Parties to file an updated status report; docket 2494. -- H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |
| 5/26/21 | VSN | 224 | As requested by U. Fernandez, review and compile January 2020 monthly fee application for PREPA Title III Case No. 17-4780. | .40 | 155.00 | 62.00 |
| 5/27/21 | CGB | 222 | Review email from A. Deming regarding POC documents filed by M. A Riestra (0.1); compare claims made in same (0.4); Draft English summary for A. Deming regarding duplicative claims documents (0.2). | .70 | 335.00 | 234.50 |
| 5/27/21 | HDB | 207 | Review Forman Electric's Motion for Administrative Claim. | .40 | 315.00 | 126.00 |
| 5/27/21 | UMF | 224 | Draft forty-fourth monthly fee statement of O&B for the month of February in the Title III case of the PREPA. | .30 | 225.00 | 67.50 |
| 5/27/21 | VSN | 224 | As requested by U. Fernandez, review and compile February 2020 monthly fee application for PREPA Title III Case No. 17-4780. | .40 | 155.00 | 62.00 |
| 5/31/21 | HDB | 206 | Review Urgent Consensual Motion for Extension of Deadlines on Cobra's Administrative Claim Motion. | .20 | 315.00 | 63.00 |

TOTAL PROFESSIONAL SERVICES                     $ 2,833.50

Less Discount                                              $ -283.35

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396679                                                                                      May 31, 2021

NET PROFESSIONAL SERVICES:                              $ 2,550.15

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| CARLA GARCIA BENITEZ | .70 | 335.00 | 234.50 |
| HERMANN BAUER | 5.90 | 315.00 | 1,858.50 |
| CARLOS E. GEORGE | .70 | 255.00 | 178.50 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 225.00 | 135.00 |
| GABRIEL MIRANDA RIVERA | .50 | 190.00 | 95.00 |
| GONZALEZ ALDARONDO, JOSUE E. | .60 | 195.00 | 117.00 |
| MILAGROS MARCANO BAEZ | .20 | 145.00 | 29.00 |
| VANESSA SANCHEZ | 1.20 | 155.00 | 186.00 |
| **Total** | **10.40** | | **$ 2,833.50** |

**TOTAL THIS INVOICE**                              **$ 2,550.15**

IN ACCOUNT WITH

252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021

FOMB IN RE PREPA TITLE III

**RE: FISCAL PLAN**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2021
FOMB IN RE PREPA TITLE III                                       Bill #:   396680
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 3**

**RE:  FISCAL PLAN**

| | |
|---|---|
| Total Professional Services | $ 7,601.50 |
| | $ -760.15 |
| Net Professional Services | $ 6,841.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 6,841.35** |

IN ACCOUNT WITH

252 Muñoz Rivera Ave. Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 3**
**RE: FISCAL PLAN**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/05/21 | RML | 213 | Review email regarding A. Figueroa regarding loan provisions. (0.2) Review retirement plan loans positions. (0.3) | .50 | 350.00 | 175.00 |
| 5/06/21 | RML | 213 | Review (0.2) and draft comments (0.4) regarding letter mobility plan. Review revised mobility plan letter circulated by EY. (0.5) | 1.10 | 350.00 | 385.00 |
| 5/06/21 | CEG | 213 | Revise letter regarding section 104 request for information on transfer of employees. | .30 | 255.00 | 76.50 |
| 5/09/21 | RML | 213 | Review presentation regarding PREPA Pension plan options. (0.8) Analyze issues presented on PREPA regulations. (0.5) | 1.30 | 350.00 | 455.00 |
| 5/10/21 | RML | 213 | Review presentation on PREPA pension reform. (0.8) Analyze legal issues raised by pension reform. (0.6). Review pension issues raised by PREPA ERS case complaint. (0.9) | 2.30 | 350.00 | 805.00 |
| 5/10/21 | RML | 213 | Tel. conf. with EY, Proskauer and FOMB PREPA group regarding Pension Reform presentation and issues regarding same. | 1.30 | 350.00 | 455.00 |
| 5/10/21 | RML | 213 | Tel. conf. with FOMB, EY and Proskauer regarding pension issue raised by LUMA and pension reform. | 1.40 | 350.00 | 490.00 |
| 5/10/21 | CEG | 213 | Draft emails to R. Lazaro regarding evaluation of PREPA ERS for the new Fiscal Plan (0.3). Review related Fiscal Plan provisions (0.4). | .70 | 255.00 | 178.50 |
| 5/11/21 | CEG | 213 | Exchange emails with Y. Hickey regarding AAFAF EO Review - PREPA Voluntary Transition Program. | .50 | 255.00 | 127.50 |
| 5/12/21 | RML | 213 | Draft comments to 104 request for information letter. (0.4) Review P. Possinger comments to letter. (0.2) | .60 | 350.00 | 210.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396680

May 31, 2021

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/12/21 | HDB | 210 | Revise draft letter to PREPA requesting information pursuant to Section 104(c) of PROMESA. | .30 | 315.00 | 94.50 |
| 5/12/21 | CEG | 213 | Revise draft of 104 letter regarding request for financial information on PREPA ERS. | .30 | 255.00 | 76.50 |
| 5/13/21 | RML | 213 | Tel. conf. with FOMB, Proskauer, LUMA and OMM, DL Piper regarding updated PREPA plan issues. | 1.00 | 350.00 | 350.00 |
| 5/13/21 | RML | 213 | Analyze fiscal plan inquiries on Pension plan section raised EY. | .80 | 350.00 | 280.00 |
| 5/13/21 | HDB | 210 | Revise draft Debt Service and Pension Chapter for the PREPA Fiscal Plan. | 1.20 | 315.00 | 378.00 |
| 5/13/21 | CEG | 213 | Analyze legal issues with regards to consideration on PREPA FP - Pension Chapter review. | .30 | 255.00 | 76.50 |
| 5/14/21 | RML | 213 | Respond to F. Hernandez and P. Possinger inquiries on PREPA-ERS accrued benefit and loans provisions. | .80 | 350.00 | 280.00 |
| 5/14/21 | RML | 213 | Tel. Conf. with PK, EY and FOMB regarding open issues in connection with PREPA ERS discussion. | .90 | 350.00 | 315.00 |
| 5/18/21 | RML | 213 | Review updated pension section of fiscal plan as of May 18, 2021. (0.6) Draft email in response to F. Bruno inquiries regarding PREPA ERS questions and fiscal plan. (0.5) | 1.10 | 350.00 | 385.00 |
| 5/18/21 | CEG | 213 | Review updated section of proposed Fiscal Plan related to pension plan. | .40 | 255.00 | 102.00 |
| 5/18/21 | JAC | 213 | Analyze PREPA draft fiscal plan section on pensions (0.9), and draft comments to same as requested by R. M. Lazaro (0.4). | 1.30 | 185.00 | 240.50 |
| 5/19/21 | CEG | 213 | Exchange emails with P. Possinger regarding PREPA employees' vested rights under PR law. | .30 | 255.00 | 76.50 |
| 5/20/21 | RML | 213 | Review letter from PREPA ERS in connection with contributions to plan. (0.4) Review FAQ regarding PREPA ERS position on transferred employees participation in plan. (0.4) Draft email to Proskauer on FAQ. (0.2)  Exchange various emails on requested meeting by PREPA ERS. (0.3) | 1.30 | 350.00 | 455.00 |
| 5/20/21 | CEG | 213 | Exchange emails with A. Figueroa, and Possinger regarding injunction filed by the PREPA employees with regards to LUMA contract. | .50 | 255.00 | 127.50 |

O'Neill & Borges LLC

Bill #:  396680                                                                                          May 31, 2021

| 5/20/21 | CEG | 213 | Review case docket (0.1) and order to show cause (0.3) in new injunction petition filed  by PREPA employees challenging mobility process. | .40 | 255.00 | 102.00 |
|---|---|---|---|---|---|---|
| 5/21/21 | CEG | 213 | Exchange emails with P. Possinger regarding new injunction petition filed by PREPA employees challenging mobility process. . | .40 | 255.00 | 102.00 |
| 5/21/21 | CEG | 213 | Review Law 8-2017 mobility provisions and related regulation in light of  new injunction petition filed by PREPA employees challenging mobility process followed by the government. | .80 | 255.00 | 204.00 |
| 5/21/21 | CEG | 213 | Review new injunction petition filed by PREPA employees challenging mobility process followed by the government and related exhibits. | 1.10 | 255.00 | 280.50 |
| 5/21/21 | OMA | 213 | As requested by attorney R. M. Lazaro, translate into English Document SR-21-07 - Questions and Answers regarding Meeting of PREPA Human Resources,Board of Trustees, and Retirement System Administration, dated 5/20/2021. 4 pages, 1,211 words. | .90 | 155.00 | 139.50 |
| 5/26/21 | RML | 213 | Respond to Proskauer inquiry of May 26, 2021 on mobility under PREPA plan. | .40 | 350.00 | 140.00 |
| 5/26/21 | JEG | 202 | At the request of R. Lazaro, verify whether the English version of Section 15 of Act 120-2018 sent by E. Barak is the most up to date translation. (0.2). | .20 | 195.00 | 39.00 |

TOTAL PROFESSIONAL SERVICES                    $ 7,601.50

                                                               $ -760.15

NET PROFESSIONAL SERVICES:                    $ 6,841.35


### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 14.80 | 350.00 | 5,180.00 |
| HERMANN BAUER | 1.50 | 315.00 | 472.50 |
| CARLOS E. GEORGE | 6.00 | 255.00 | 1,530.00 |
| JORGE A. CANDELARIA | 1.30 | 185.00 | 240.50 |
| GONZALEZ ALDARONDO, JOSUE E. | .20 | 195.00 | 39.00 |
| OLGA M. ALICEA | .90 | 155.00 | 139.50 |
| **Total** | **24.70** | | **$ 7,601.50** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396680

May 31, 2021

**TOTAL THIS INVOICE**                              **$ 6,841.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

252 AVE. MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021
FOMB IN RE PREPA TITLE III
Bill #: 396681
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 804**

**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

| | |
|---|---|
| Total Professional Services | $ 3,298.50 |
| | $ -329.85 |
| Net Professional Services | $ 2,968.65 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,968.65** |

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'Neill & Borges LLC

**Client.Matter: P1705 . 804**
**RE: 17-00229-LTS UTIER V. PREPA ET AL-HDB**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/04/21 | MMB | 219 | Docket court notice received by email dated April 30, 2021, regarding order dkt. 155 setting deadline to file dispositive motions, oppositions, replies - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 5/04/21 | MMB | 219 | Docket court notice received by email dated April 30, 2021, regarding order dkt. 156 setting briefing schedule - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 5/10/21 | CEG | 209 | Revise draft motion for summary judgment in adv. 17-00229. | 2.40 | 255.00 | 612.00 |
| 5/11/21 | HDB | 209 | Revise draft Motion for Summary Judgment on Contract Clause Claims adv. 17-00229. (1.6) Revise draft Statement of Uncontested Facts. (.6) | 2.20 | 315.00 | 693.00 |
| 5/12/21 | HDB | 209 | Review issues regarding status report in adv. 17-00229. | .30 | 315.00 | 94.50 |
| 5/17/21 | CEG | 209 | Exchange emails with J. Sosa regarding English version of law in support of motion for summary judgment in adv. 17-00229. | .30 | 255.00 | 76.50 |
| 5/17/21 | JEG | 202 | Obtain Act 154-2010 and Act 48-2013. (0.2). Draft email to C. George forwarding said statutes. (0.1). | .30 | 195.00 | 58.50 |
| 5/18/21 | HDB | 209 | Review revised draft Motion for Partial Summary Judgment adv. 17-00229. (.4) Revise draft of the updated Statement of Uncontested Material Facts. (.6) Review draft declaration regarding same. (.2) | 1.20 | 315.00 | 378.00 |
| 5/18/21 | CEG | 210 | Exchange emails with J. Sosa regarding English translation of law to support motion for summary judgment and related certification requirement under USDC PR's Local Rules. | .20 | 255.00 | 51.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396681                                                                                      May 31, 2021

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 5/18/21 | CEG | 209 | Review declaration to submit exhibits in adv. 17-00229. | .20 | 255.00 | 51.00 |
| 5/18/21 | CEG | 209 | Exchange email with J. Robertson, regarding draft motion for summary judgment in adv. 17-00229. | .20 | 255.00 | 51.00 |
| 5/20/21 | CEG | 209 | Analyze legal issues with regards to Law 83-1941 regarding motion for summary judgment in adv. 17-00229. | .30 | 255.00 | 76.50 |
| 5/21/21 | HDB | 209 | Review e-mails concerning extension of deadline to file summary judgment motions. (.1) Revise draft Motion for extension of time regarding same. (.1) | .20 | 315.00 | 63.00 |
| 5/21/21 | CEG | 209 | Review draft of motion for summary judgment and supporting exhibits. as of May 21, 2021 in adv. 17-00229. | .80 | 255.00 | 204.00 |
| 5/23/21 | CEG | 209 | Review draft of revised version of memorandum of law in support of motion for summary judgment in adv. 17-00229. | 1.10 | 255.00 | 280.50 |
| 5/24/21 | HDB | 209 | Analyze proposed edits by OMM to draft Memorandum of Law in Support of Motion for Summary Judgment. (.5) Review e-mails by J. Richman and A. Pavel regarding certain edits. (1) | .60 | 315.00 | 189.00 |
| 5/24/21 | GMR | 206 | Review the Urgent Joint Motion of Plaintiff and Defendants Concerning Dispositive Motions in anticipation to its filing in adv. 17-00229. | .20 | 190.00 | 38.00 |
| 5/24/21 | GMR | 206 | File the Urgent Joint Motion of Plaintiff and Defendants Concerning Dispositive Motions at ECF No. 159 in adv. 17-00229. | .20 | 190.00 | 38.00 |
| 5/25/21 | HDB | 209 | Review reworked draft of Motion for Partial Summary Judgment in adv. 17-00229. | .60 | 315.00 | 189.00 |
| 5/26/21 | HDB | 209 | Review the modified draft of Statement of Uncontested Facts. to be filed in adv. 17-00229. | .40 | 315.00 | 126.00 |

|  |  |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 3,298.50 |
|  | $ -329.85 |
| NET PROFESSIONAL SERVICES: | $ 2,968.65 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396681                                                                                          May 31, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 5.50 | 315.00 | 1,732.50 |
| CARLOS E. GEORGE | 5.50 | 255.00 | 1,402.50 |
| GABRIEL MIRANDA RIVERA | .40 | 190.00 | 76.00 |
| GONZALEZ ALDARONDO, JOSUE E. | .30 | 195.00 | 58.50 |
| MILAGROS MARCANO BAEZ | .20 | 145.00 | 29.00 |
| **Total** | **11.90** | | **$ 3,298.50** |

**TOTAL THIS INVOICE**                                        **$ 2,968.65**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021
FOMB IN RE PREPA TITLE III
Bill #: 396682
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 805**

**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

| | |
|---|---|
| Total Professional Services | $ 751.00 |
| | $ -75.10 |
| Net Professional Services | $ 675.90 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 675.90** |

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 805**
**RE: 17-00256-LTS PREPA ET AL V. PUERTO RICO ENERGY COMM.-HDB**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/10/21 | HDB | 209 | Reach out to counsel for PREB concerning status report as of May 2021 to be foiled in adv. 17-00256. (.2) Tel. conf. with Y. Gonzalez regarding status report. (.5) | .70 | 315.00 | 220.50 |
| 5/12/21 | PAG | 206 | Review the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau for Extension of Time to File Further Status Report in anticipation of its filing at Adv. Proc No. 17-00256, docket no. 80. | .20 | 185.00 | 37.00 |
| 5/12/21 | PAG | 206 | File the Urgent Unopposed Motion of the Puerto Rico Electric Power Authority and the Puerto Rico Energy Bureau for Extension of Time to File Further Status Report at Adv. Proc No. 17-00256, docket no. 80. | .20 | 185.00 | 37.00 |
| 5/17/21 | VSN | 219 | Docket court notice received by email dated May 13, 2021 regarding deadline for joint status report; docket 81. -- H. D. Bauer and U. Fernandez. | .10 | 155.00 | 15.50 |
| 5/28/21 | HDB | 209 | Review Rate Order in preparation for call with A. Figueroa. (.4) Tel. conf. with A. Figueroa, P. Possinger. M. Dale and L. Stafford regarding same. (.7) | 1.10 | 315.00 | 346.50 |
| 5/29/21 | HDB | 209 | Coordinate briefing schedule and meeting with counsel for PREB in adv. 17-00256. | .30 | 315.00 | 94.50 |

TOTAL PROFESSIONAL SERVICES $ 751.00

$ -75.10

NET PROFESSIONAL SERVICES: $ 675.90

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396682

May 31, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| HERMANN BAUER | 2.10 | 315.00 | 661.50 |
| PAULA A. GONZALEZ MONTALVO | .40 | 185.00 | 74.00 |
| VANESSA SANCHEZ | .10 | 155.00 | 15.50 |
| **Total** | **2.60** | | **$ 751.00** |

**TOTAL THIS INVOICE**                                **$ 675.90**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 19-00453- LTS VITOL INC V PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

May 31, 2021
Bill #:   396683
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2021:

**Client.Matter: P1705 - 818**

**RE:  19-00453- LTS VITOL INC V PREPA**

| | |
|---|---:|
| Total Professional Services | $ 321.50 |
| | $ -32.15 |
| Net Professional Services | $ 289.35 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 289.35** |

IN ACCOUNT WITH

250 MUÑOZ RIVERA, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 818**
**RE: 19-00453- LTS VITOL INC V PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/07/21 | HDB | 209 | Revise and sign off to file draft Status Report as per Court Order as of May 7, 2021 to be flied in adv. 19-00453. | .10 | 315.00 | 31.50 |
| 5/07/21 | PAG | 206 | Review the Joint Status Report and Motion of the Puerto Rico Electric Power Authority, Vitol S.A., and Vitol Inc. in Response to the Court's April 30, 2021 Order [ECF No. 67] in anticipation of its filing at Adv. Proc. No. 19-AP-00453-LTS, docket no. 72. | .30 | 185.00 | 55.50 |
| 5/07/21 | PAG | 206 | File the Joint Status Report and Motion of the Puerto Rico Electric Power Authority, Vitol S.A., and Vitol Inc. in Response to the Court's April 30, 2021 Order [ECF No. 67] at Adv. Proc. No. 19-AP-00453-LTS, docket no. 72. | .20 | 185.00 | 37.00 |
| 5/07/21 | MMB | 219 | Docket court notice received by email dated May 1, 2021, regarding order dkt. 69 setting deadlines in connection with transcript of April 28, 2021 hearing - H. Bauer, U. Fernandez. | .10 | 145.00 | 14.50 |
| 5/07/21 | MMB | 219 | Docket court notice received by email dated May 1, 2021, regarding order dkt. 70 setting deadlines in connection with transcript of April 29, 2021 hearing - H. Bauer, G. Miranda. | .10 | 145.00 | 14.50 |
| 5/11/21 | HDB | 209 | Review Joint Informative Motion of the Puerto Rico Electric Power Authority, Vitol S.A., and Vitol Inc. in Compliance with the Court's May 10, 2021. | .30 | 315.00 | 94.50 |
| 5/11/21 | PAG | 206 | Review Joint Informative Motion of the Puerto Rico Electric Power Authority, Vitol S.A., and Vitol Inc. in Compliance with the Court's May 10, 2021 Order [ECF No. 73] in anticipation of its filing at Adv. Proc. No. 19-AP-00453-LTS, docket no. 74. | .20 | 185.00 | 37.00 |

O'Neill & Borges LLC

Bill #:  396683                                                                    May 31, 2021

| 5/11/21 | PAG | 206 | File the Joint Informative Motion of the Puerto Rico Electric Power Authority, Vitol S.A., and Vitol Inc. in Compliance with the Court's May 10, 2021 Order [ECF No. 73] at Adv. Proc. No. 19-AP-00453-LTS, docket no. 74. | .20 | 185.00 | 37.00 |

|  |  |  |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 321.50 |
| | $ -32.15 |
| NET PROFESSIONAL SERVICES: | $ 289.35 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| HERMANN BAUER | .40 | 315.00 | 126.00 |
| PAULA A. GONZALEZ MONTALVO | .90 | 185.00 | 166.50 |
| MILAGROS MARCANO BAEZ | .20 | 145.00 | 29.00 |
| **Total** | **1.50** | | **$ 321.50** |

**TOTAL THIS INVOICE**                                       **$ 289.35**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'NEILL & BORGES LLC

May 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 20-00142-LTS PV Prop. V. PREPA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021
FOMB IN RE PREPA TITLE III
Bill #: 396684
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1705 - 819**

**RE: 20-00142-LTS PV Prop. V. PREPA**

| | |
|---|---:|
| Total Professional Services | $ 1,814.00 |
| Less Discount | $ -181.40 |
| Net Professional Services | $ 1,632.60 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,632.60** |

Electronic Invoice

IN ACCOUNT WITH

## O'NEILL & BORGES LLC

252 Ponce de León Avenue, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 819**
**RE:  20-00142-LTS PV Prop. V. PREPA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/03/21 | ALC | 209 | Review and respond to email from J. Jones requesting input on Puerto Rico Energy law matters in connection with Plaintiffs response to motion to dismiss. | .10 | 225.00 | 22.50 |
| 5/04/21 | HDB | 209 | Revise draft Reply Brief in Support of Motion to Dismiss adv. 20-00142. | .40 | 315.00 | 126.00 |
| 5/04/21 | ALC | 209 | Analysis of Plaintiff's Answer to Defendants' Motion to Dismiss Plaintiff's Amended Adversary Complaint to provide comments and suggested edits to Reply Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint in connection with Puerto Rico Energy Law matters. (.70)  Review the draft Reply Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint to provide comments and suggested edits on Puerto Rico Energy Law matters (40). | 1.10 | 225.00 | 247.50 |
| 5/05/21 | JLM | 207 | Conference with A. Collazo regarding answer to motion to dismiss filed by PV Properties to provide comments and reaction to Proskauer. | .30 | 320.00 | 96.00 |
| 5/05/21 | JLM | 210 | Review answer to motion to dismiss filed by PV Properties in adv. 20-00142 to provide comments to Proskauer. | .40 | 320.00 | 128.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396684                                                                                May 31, 2021

| 5/05/21 | ALC | 209 | Review PREB's IPR ORDER in connection with directives to PREPA for procurement of Renewable energy to address Plaintiff's claim that PREPA has no available alternative to comply with Act 82. (.60) Review PREB's December 8 order in the IPR process and PREPA's renewable energy RFP regarding the same Act 82. (.80) Analyze Act 82 provisions regarding noncompliance events to provide arguments on Act 82 compliance issues (.60). Draft comments and suggested edits to Reply Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint  on Puerto Rico Energy Law matters.(.80) Conference with J. Lucas Marrero regarding answer to motion to dismiss filed by PV Properties to provide comments and reaction to Proskauer. | 3.10 | 225.00 | 697.50 |
| 5/06/21 | JLM | 207 | Finalize review and consideration of answer to motion to dismiss filed by PV Properties in adv. 20-00142. | .40 | 320.00 | 128.00 |
| 5/06/21 | JLM | 210 | Review draft of comments and recommendations to Proskauer regarding response to answer to motion to dismiss filed by PV Properties. | .30 | 320.00 | 96.00 |
| 5/06/21 | ALC | 209 | Draft additional comments and suggested edits to Reply Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint in connection with Act 82 compliance. (.70) Draft email Proskauer regarding the same. (.10) | .80 | 225.00 | 180.00 |
| 5/07/21 | PAG | 206 | Review the Reply Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) in anticipation of its filing at Adv. Proc. No. 20-0142-LTS, docket no. 18. | .30 | 185.00 | 55.50 |
| 5/07/21 | PAG | 206 | File the Reply Brief in Support of Motion to Dismiss Plaintiff's Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) at Adv. Proc. No. 20-0142-LTS, docket no. 18. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                          $ 1,814.00

Less Discount                                                      $ -181.40

NET PROFESSIONAL SERVICES:                          $ 1,632.60

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396684                                                                      May 31, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|------:|-----:|------:|
| JERRY LUCAS MARRERO | 1.40 | 320.00 | 448.00 |
| HERMANN BAUER | .40 | 315.00 | 126.00 |
| ANTONIO L. COLLAZO | 5.10 | 225.00 | 1,147.50 |
| PAULA A. GONZALEZ MONTALVO | .50 | 185.00 | 92.50 |
| **Total** | **7.40** | | **$ 1,814.00** |

**TOTAL THIS INVOICE**                                          **$ 1,632.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00041-LTS UTIER RE LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

FOMB IN RE PREPA TITLE III

May 31, 2021
Bill #: 396685
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2021:

**Client.Matter: P1705 - 820**

**RE: 21-00041-LTS UTIER RE LUMA**

| | |
|---|---:|
| Total Professional Services | $ 18,377.50 |
| Less Discount | $ -1,837.75 |
| Net Professional Services | $ 16,539.75 |
| Total Reimbursable Expenses | $ 70.00 |
| **TOTAL THIS INVOICE** | **$ 16,609.75** |

Electronic Invoice

IN ACCOUNT WITH

O'NEILL & BORGES LLC

PMB 800
250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

**Client.Matter: P1705 . 820**
**RE:  21-00041-LTS UTIER RE LUMA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/01/21 | HDB | 210 | Review Section 201(b) insert by Proskauer for Joint Opposition to Preliminary Injunction Motion in adv. 21-00041. (.3)  Analyze insert by PMA concerning Act 57-2014. (.3) Review insert for Joint Opposition on Act 17-2019. (.4)  Review Standing insert by OMM. (.3) Revise draft Contract Clause insert by Proskauer. (.3) | 1.60 | 315.00 | 504.00 |
| 5/01/21 | CEG | 209 | Edit the PR law sections of Opposition to UTIER PI motion in adv. 21-00041. | 5.60 | 255.00 | 1,428.00 |
| 5/01/21 | CVA | 209 | Revise the draft of the PR law portion of the opposition to the motion for preliminary injunction to enjoin the execution of the O&M Agreement. | 1.70 | 180.00 | 306.00 |
| 5/01/21 | CVA | 209 | Draft email to C. George regarding the revised draft of the opposition to the motion for preliminary injunction to enjoin the execution of the O&M Agreement. | .10 | 180.00 | 18.00 |
| 5/01/21 | LED | 202 | Conduct research regarding standing of associations as requested by C. George. | 1.60 | 170.00 | 272.00 |
| 5/01/21 | LED | 202 | Edit Opposition to Motion for Preliminary Injunction in adv. 21-00041. | 2.90 | 170.00 | 493.00 |
| 5/03/21 | HDB | 209 | Revise draft insert boy O&B regarding tortuous interference, contracts in the prejudice of third parties and why the O&M Agreement does not violate Act 120-2018. (.6) Review inserts by PMA concerning leonine contracts and Act 17. (.4) Revise draft background insert for Opposition Brief in adv. 21-00041. (.5)  Tel. conf with Defense Counsel regarding Joint Brief. (.2) | 1.70 | 315.00 | 535.50 |
| 5/03/21 | CEG | 209 | Tel. conf. with M. Pocha, OMM team and Proskauer team regarding status of UTIER PI motion. | .40 | 255.00 | 102.00 |

O'Neill & Borges LLC

Bill #:  396685                                                                                    May 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/04/21 | HDB | 209 | Revise draft Joint Opposition to Motion for Preliminary Injunction. (2.4)  Coordinate Plaintiffs' Consent to Motion for Leave to File in Excess Pages. (.2) Revise draft Motion for Leave to File in Excess pages. (.1) | 2.70 | 315.00 | 850.50 |
| 5/04/21 | CEG | 209 | Tel. conf. with M. Pocha  and the rest of OMM team and Proskauer team regarding status of opposition  to UTIER PI motion. | .40 | 255.00 | 102.00 |
| 5/04/21 | CEG | 209 | Revise opposition to UTIER PI motion and related edits. | 1.20 | 255.00 | 306.00 |
| 5/04/21 | GMR | 206 | Review the Unopposed Urgent Joint Motion of Defendants for Leave to Exceed Page Limit for Opposition to Plaintiff's Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement in anticipation to its filing in adv. 21-00041. | .20 | 190.00 | 38.00 |
| 5/04/21 | GMR | 206 | File the Unopposed Urgent Joint Motion of Defendants for Leave to Exceed Page Limit for Opposition to Plaintiff's Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement in Adversary Proceeding No. 21-00041. | .20 | 190.00 | 38.00 |
| 5/05/21 | HDB | 209 | Revise draft Jaresko Declaration. (.6)  Review analysis by C. George regarding subcontracting provisions in CABs. (.2) Revise edits to draft Joint Opposition to PI Motion. (1.9) Review Declaration of Zahira A. Maldonado Molina in support on Opposition to PI. (.2) | 2.90 | 315.00 | 913.50 |
| 5/05/21 | CEG | 209 | Exchange emails with Proskauer Team and OMM team regarding clarifications on UTIER PI. | .70 | 255.00 | 178.50 |
| 5/05/21 | CEG | 209 | Review draft of opposition to UTIER PI to submit comments as requested by J. Richman. | .80 | 255.00 | 204.00 |
| 5/05/21 | CEG | 209 | Exchange emails with P.  Possinger and Proskauer team on A. L. Collazo's comments with regards to considerations of UTIER PI. | .30 | 255.00 | 76.50 |
| 5/06/21 | HDB | 209 | Tel. conf with R. Emmanuelli regarding page limit extension and to coordinate call with defendants regarding hearing. | .20 | 315.00 | 63.00 |
| 5/07/21 | HDB | 209 | Review issues in preparation for meet and confer with counsel for Plaintiffs in adv. 21-00041. (.2) Tel. conf with M. Dale regarding strategy for meet and confer. (.2) Participate in meet and confer with M. Dale, counsel for UTIER and others. (.5) | .90 | 315.00 | 283.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396685                                                                                   May 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/07/21 | MMB | 219 | Docket court notice received by email dated May 7, 2021, regarding order dkt. 23 setting deadline to file certified translations - H. Bauer, P. Gonzalez. | .10 | 145.00 | 14.50 |
| 5/08/21 | HDB | 209 | Review UTIER Motion Submitting Exhibits in adv. 21-00041. | .30 | 315.00 | 94.50 |
| 5/11/21 | HDB | 209 | Review e-mail from M. Pocha regarding depositions of Mr. Figueroa Jaramillo and Mr. Rosario Hernandez. | .20 | 315.00 | 63.00 |
| 5/12/21 | CGB | 209 | Review email from C. Rogoff regarding query on UTIER's public support for HJR88 (0.1); Draft email to A. L. Collazo, J. L. Notario and O&B team members regarding same (0.3); Draft email to C. Rogoff forwarding links to various newspaper articles related to same (0.1). | .50 | 335.00 | 167.50 |
| 5/12/21 | HDB | 209 | Analyze Reply in Support of Plaintiff's Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement. (2.3)  Review issues regarding evidentiary objections to UTIER declarations. (.8) | 3.10 | 315.00 | 976.50 |
| 5/13/21 | RML | 213 | Review draft of reaction to complaint to address ERISA related issues raised by same. | 1.00 | 350.00 | 350.00 |
| 5/13/21 | HDB | 209 | Revise and sign-off on the Joint Informative Motion concerning PI Hearing. (.2)  Analyze issues of contractual nullity under PR Law. (.8) Draft e-mail concerning standing to assert a claim of illicit cause under PR Law. (.2) Tel. conf. with P. Possinger, M. Dale, E. Barak and C. George regarding PR Law issues raised by UTIER in the Reply Brief. (.4) Review UTIER's evidentiary objections letter to Statements by the Defendants in support of the opposition to the motion for preliminary injunction. (.2)  Tel. conf with UTIER concerning evidentiary issues in anticipation of preliminary injunction hearing in adv. 21-00041. (.2) | 2.00 | 315.00 | 630.00 |
| 5/13/21 | CEG | 209 | Participate in Teams meeting with M. Dale and Proskauer team, and H. Bauer regarding oral argument on UTIER's request for preliminary injunction. | .40 | 255.00 | 102.00 |
| 5/13/21 | CEG | 209 | Tel. conf. with C. Vazquez to discuss and analyze legal issues with regards to UTIER PI motion and related arguments. | .30 | 255.00 | 76.50 |
| 5/13/21 | CEG | 209 | Review outline of labor issues regarding UTIER reply brief. | .40 | 255.00 | 102.00 |

O'Neill & Borges LLC

Bill #:  396685                                                              May 31, 2021

| Date | Atty | | Description | | | |
|------|------|-----|-------------|------|--------|--------|
| 5/13/21 | CEG | 209 | Review UTIER's reply brief to opposition to request of preliminary injunction | .80 | 255.00 | 204.00 |
| 5/13/21 | CVA | 209 | Analyze the applicable provisions of the Puerto Rico Civil Code and research Puerto Rico case law to confirm when a contract is null and void ab initio, as requested by C. George. | 1.40 | 180.00 | 252.00 |
| 5/13/21 | CVA | 209 | Tel. call with C. George regarding research findings as to when a contract is null and void ab initio under Puerto Rico law and strategy as to UTIER's Reply in Support of Plaintiff's Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement. | .30 | 180.00 | 54.00 |
| 5/13/21 | CVA | 209 | Analyze UTIER's Reply in Support of Plaintiff's Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement, together with the outline of labor issues received from Proskauer for the sur-reply to determine if additional arguments must be included in the same, as discussed with C. George. | 1.30 | 180.00 | 234.00 |
| 5/13/21 | CVA | 209 | Analyze the applicable provisions of the Puerto Rico Civil Code and research Puerto Rico case law to confirm whether a third party who is not obligated by a contract has standing to challenge the agreement in connection with the outline for the sur-reply to UTIER's Reply in Support of Plaintiff's Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement. | 2.60 | 180.00 | 468.00 |
| 5/14/21 | HDB | 209 | Review Defendants' Evidentiary Objections to the Declarations Offered by UTIER in Support of its Preliminary Injunction Motion. in adv. 21-00041. (.6) Review Motion in Limine to Exclude the Declaration of Ellen S. Smith in Support of Defendants' Joint Opposition to Preliminary Injunction Motion. (.4) Review Motion in Limine to Exclude the Declaration of Natalie A. Jaresko in Support of Defendants' Joint Opposition to Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement. (.5) | 1.50 | 315.00 | 472.50 |
| 5/14/21 | HDB | 209 | Review Outline of Puerto Rico law issues in connection with UTIER's Reply Brief. | .60 | 315.00 | 189.00 |
| 5/14/21 | CEG | 209 | Consider legal repercussions of labor issues regarding UTIER reply brief on preliminary injunction. | .70 | 255.00 | 178.50 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396685                                              May 31, 2021

| 5/14/21 | CEG | 209 | Exchange emails with M. Dale and Proskauer team on the revised outline of PR laws on UTIER reply brief. | .10 | 255.00 | 25.50 |
|---|---|---|---|---|---|---|
| 5/14/21 | CVA | 209 | Analyze Puerto Rico case law regarding contracts in prejudice of third parties and tortious interference with contractual relationships in connection with the outline for the sur-reply to UTIER's Reply in Support of Plaintiff's Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement. | 2.80 | 180.00 | 504.00 |
| 5/14/21 | CVA | 209 | Revise updated outline for the sur-reply to UTIER's Reply in Support of Plaintiff's Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement with the new arguments identified through the research regarding standing, contracts in prejudice of third parties, and tortious interference claims. | 1.20 | 180.00 | 216.00 |
| 5/14/21 | CVA | 209 | Draft detailed email to C. George regarding the revised outline for the sur-reply to UTIER's Reply in Support of Plaintiff's Motion for Preliminary Injunction to Enjoin the Execution of the O&M Agreement and the arguments included in the same. | .30 | 180.00 | 54.00 |
| 5/15/21 | CGB | 209 | Analyze P. Possinger's email regarding UTIER's challenge to certain factual averments grounded on the Statement of Motives of Act 120 (0.2); Brief legal research to locate example of Court opinion relying on such statements (0.2); Draft email to P. Possinger regarding same (0.1). | .50 | 335.00 | 167.50 |
| 5/16/21 | HDB | 209 | Review Objection to Plaintiffs' Motion Submitting Exhibits. (.3) Review proposal for extension of time by M. Dale and response by J. Mendez Colberg. (.1) | .40 | 315.00 | 126.00 |
| 5/16/21 | HDB | 209 | Review Response to Plaintiffs Motion In Limine to Exclude the Declaration of Ellen S. Smith. (.3) Review Response to Plaintiffs Motion In Limine to Exclude the Declaration of Natalie Jaresko. (.4) Review Plaintiff's Response to Defendants' Objections to Plaintiffs tendered Declarations. (.8) | 1.50 | 315.00 | 472.50 |
| 5/17/21 | CGB | 209 | Review emails from S. Antonetti, J. E. Gonzalez and J. L. Notario regarding implications of Puerto Rico Statutory Preambles under Puerto Rico law (0.2); Draft email to P. Possinger consolidating same (0.2). | .40 | 335.00 | 134.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396685                                                                                    May 31, 2021

| 5/17/21 | HDB | 209 | Review Reply to Defendant's Evidentiary Objection to the Declarations Offered by UTIER in Support of its Preliminary Injunction Motion. | .60 | 315.00 | 189.00 |
|---|---|---|---|---|---|---|
| 5/17/21 | HDB | 209 | Review Motion to Strike Defendants' Objections to Plaintiff's Motion Submitting Documents. | .40 | 315.00 | 126.00 |
| 5/17/21 | HDB | 210 | Review analysis by C. Garcia and J. Notario regarding evidentiary weight of statement of motives in legislation. | .20 | 315.00 | 63.00 |
| 5/17/21 | CEG | 209 | Consider defenses for UTIER's argument related to CBA adoption pursuant to obligation under Law 120-2018. | .40 | 255.00 | 102.00 |
| 5/17/21 | SAS | 222 | Research regarding evidentiary weight, if any, of legislative findings in statement of motives in Puerto Rico legislation. | .30 | 310.00 | 93.00 |
| 5/17/21 | GMR | 206 | Review the Defendants' Unopposed Urgent Motion for Extension of Time to Respond to Amended Adversary Complaint in anticipation to its filing in adv. 21-00041. | .20 | 190.00 | 38.00 |
| 5/17/21 | JEG | 202 | At the request of C. Garcia, research on the legal effect of statutory preambles (0.4). Draft email to C. Garcia with research findings. (0.2). | .60 | 195.00 | 117.00 |
| 5/17/21 | VSN | 219 | Docket court notice received by email dated May 13, 2021 regarding deadline for plaintiffs and defendants to submit certified translations of each case; docket 32. -- H. D. Bauer and P. Gonzalez. | .10 | 155.00 | 15.50 |
| 5/18/21 | HDB | 209 | Appear in virtual Preliminary Injunction Hearing. | 1.40 | 315.00 | 441.00 |
| 5/18/21 | CEG | 209 | Attend certain limited portions of video conference oral argument hearing on  preliminary injunction in adv. 21-00041 (0.7) and review related hearing summaries (0.2). | .90 | 255.00 | 229.50 |
| 5/18/21 | JLN | 209 | At the request of C. Garcia quick research into use of statement of motives in court proceedings. | .40 | 230.00 | 92.00 |
| 5/18/21 | VSN | 219 | Docket court notice received by email on May 18, 2021 regarding deadline for Defendants' deadline to answer or otherwise respond to the Amended Complaint, docket #47. H. D. Bauer and P. Gonzalez. | .10 | 155.00 | 15.50 |
| 5/21/21 | HDB | 209 | Analyze O&O denying Motion for Preliminary Injunction in adv. 21-00041. | .80 | 315.00 | 252.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396685                                                                                    May 31, 2021

| Date | Initials | Code | Description | Hours | Rate | Amount |
|------|------|------|-------------|------|------|------|
| 5/21/21 | CEG | 209 | Review opinion and order denying preliminary injunction in adv. 21-00041. | .50 | 255.00 | 127.50 |
| 5/21/21 | OMA | 220 | As requested by attorney C. E. George, begin translation into English of the Petition for Preliminary and Permanent Injunction in Civil Case No. SJ2021CV03043, dated 5/20/2021.  20 pages, 4,437 words. | 5.90 | 155.00 | 914.50 |
| 5/24/21 | OMA | 220 | As requested by attorney C. E. George, continue translation into English of the Petition for Preliminary and Permanent Injunction in Civil Case No. SJ2021CV03043, dated 5/20/2021.  8 pages, 2,361 words. | 2.40 | 155.00 | 372.00 |
| 5/25/21 | HDB | 209 | Commence review of outline of proposed Motion to Dismiss adv. 21-00041. | .80 | 315.00 | 252.00 |
| 5/25/21 | OMA | 220 | As requested by attorney C. E. George, continue translation into English of the Petition for Preliminary and Permanent Injunction in Civil Case No. SJ2021CV03043, dated 5/20/2021. 7 pages, 1,553 words. | 2.10 | 155.00 | 325.50 |
| 5/25/21 | OMA | 220 | As requested by attorney C. E. George, prepare certified translation into English of the Order in Civil Case No. SJ2021CV03043, dated 5/20/2021.  8 pages, 1.954 words. | 1.60 | 155.00 | 248.00 |
| 5/27/21 | HDB | 209 | Further review of updated outline for Motion to Dismiss adv. 21-00041. | .60 | 315.00 | 189.00 |
| 5/27/21 | JEG | 202 | Review the Rules of the House and Senate to identify provisions authorizing the Speaker and the President, respectively, to represent in a court of law each legislative body, as requested by H. Bauer. (0.6). Draft potential response to query from H. Waxman regarding the authority of Speaker and the President to represent the House and the Senate in a court of law. (0.7). | 1.30 | 195.00 | 253.50 |
| 5/28/21 | HDB | 209 | Review T. Lynch's comments to draft outline for Motion to Dismiss adv. 21-00041. (.3)  Review Motion for Reconsideration of O&O by UTIER. (1.1) | 1.40 | 315.00 | 441.00 |
| 5/29/21 | HDB | 209 | Analyze Opposition to Motion to Dismiss adv. 21-00041. | .80 | 315.00 | 252.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396685                                                                                    May 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/31/21 | HDB | 209 | Analyze Reply to Defendants' Joint Opposition to Plaintiffs' Motion for Reconsideration of O&O in adv. 21-00041. | .60 | 315.00 | 189.00 |

| | |
|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 18,377.50 |
| Less Discount | $ -1,837.75 |
| NET PROFESSIONAL SERVICES: | $ 16,539.75 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| ROSA M. LAZARO | 1.00 | 350.00 | 350.00 |
| CARLA GARCIA BENITEZ | 1.40 | 335.00 | 469.00 |
| HERMANN BAUER | 27.20 | 315.00 | 8,568.00 |
| CARLOS E. GEORGE | 13.90 | 255.00 | 3,544.50 |
| SALVADOR J. ANTONETTI | .30 | 310.00 | 93.00 |
| JOSE L. NOTARIO TOLL | .40 | 230.00 | 92.00 |
| CARLOS VAZQUEZ ALBERTY | 11.70 | 180.00 | 2,106.00 |
| GABRIEL MIRANDA RIVERA | .60 | 190.00 | 114.00 |
| GONZALEZ ALDARONDO, JOSUE E. | 1.90 | 195.00 | 370.50 |
| LAURA E. DIAZ GONZALEZ | 4.50 | 170.00 | 765.00 |
| OLGA M. ALICEA | 12.00 | 155.00 | 1,860.00 |
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| VANESSA SANCHEZ | .20 | 155.00 | 31.00 |
| **Total** | **75.20** | | **$ 18,377.50** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 5/18/21 | FEE TO APPEAR AT PRELIMINARY INJUNCTION HEARING RE: UTIER v. PIERLUISI ON MAY 18,2021-HDB | 70.00 |

| | |
|---|---|
| TOTAL REIMBURSABLE EXPENSES | $ 70.00 |
| **TOTAL THIS INVOICE** | **$ 16,609.75** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

## O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2021

FOMB IN RE PREPA TITLE III

**RE: 21-00049-LTS SISTEMA DE RETIRO V. PREPA RE: LUMA**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021
FOMB IN RE PREPA TITLE III
Bill #:    396686
Billing Attorney:  CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending June 30, 2021:

**Client.Matter: P1705 - 822**

**RE:  21-00049-LTS SISTEMA DE RETIRO V. PREPA RE: LUMA**

| | |
|---|---|
| Total Professional Services | $ 989.00 |
| Less Discount | $ -98.90 |
| Net Professional Services | $ 890.10 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 890.10** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1705 . 822**
**RE:  21-00049-LTS SISTEMA DE RETIRO V. PREPA RE: LUMA**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 5/06/21 | JAC | 210 | Preliminary analysis of adversary complaint in adv. 21-00049. | .70 | 185.00 | 129.50 |
| 5/07/21 | RML | 213 | Review pension issues raised in complaint in adv. 21-00049. | .60 | 350.00 | 210.00 |
| 5/07/21 | CEG | 209 | Review complaint compliant in adv. 21-00049. | .80 | 255.00 | 204.00 |
| 5/07/21 | CEG | 209 | Consider defenses pursuant Law 120-2018. | .70 | 255.00 | 178.50 |
| 5/08/21 | CEG | 209 | Review presentation for FOMB regarding  defenses for the complaint in adv. 21-00049. | .80 | 255.00 | 204.00 |
| 5/17/21 | HDB | 209 | Coordinate receipt of service of process on behalf of the FOMB in adv. 21-00049. | .20 | 315.00 | 63.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 989.00 |
| Less Discount | $ -98.90 |
| NET PROFESSIONAL SERVICES: | $ 890.10 |

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| ROSA M. LAZARO | .60 | 350.00 | 210.00 |
| HERMANN BAUER | .20 | 315.00 | 63.00 |
| CARLOS E. GEORGE | 2.30 | 255.00 | 586.50 |
| JORGE A. CANDELARIA | .70 | 185.00 | 129.50 |
| **Total** | **3.80** | | **$ 989.00** |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  396686

May 31, 2021

**TOTAL THIS INVOICE**                          **$ 890.10**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE