# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------------x

## COVER SHEET TO EIGHTEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | February 1, 2021 through February 28, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $1,239.75 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $1,239.75 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's eighteenth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for February 2021.

<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On May 27, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period February 1 through February 28, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 315.00 | 0.80 | $ 252.00 |
| Carla Garcia Benitez | Member | Litigation | $ 335.00 | 2.20 | $ 737.00 |
| Ubaldo M. Fernandez | Jr. Member | Litigation | $ 225.00 | 0.60 | $ 135.00 |
| Daniel Perez Refojos | Associate | Litigation | $ 195.00 | 1.30 | $ 253.50 |
| | | | | | |
| | **Totals** | | | **4.90** | **$ 1,377.50** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (137.75)** |
| | | | | | |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 1,239.75** |

**PBA TITLE III**

**Summary of Disbursements for the Period February 1 through February 28, 2021**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| **Totals** | | $ | - |
| **SUMMARY OF DISBURSEMENTS** | | $ | - |

| | PBA TITLE III | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period February 1 through February 28, 2021** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 201 | Board, Members, Staff, Advisor, Consult | 0.60 | 201.00 |
| 204 | Comunications with Claimholders | 0.60 | 201.00 |
| 205 | Comunications with Commonwealth, Representative | 0.80 | 268.00 |
| 210 | Analysis and Strategy | 2.10 | 509.50 |
| 212 | General Administration | 0.20 | 63.00 |
| 224 | Fee Applications-O&B | 0.60 | 135.00 |
| | | | $ 1,377.50 |
| | **Less: 10% Courtesy discount** | | $ (137.75) |
| | **TOTALS** | **4.90** | $ 1,239.75 |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $1,115.78, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $1,115.78.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

February 28, 2021

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

# O'NEILL & BORGES LLC

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

February 28, 2021

FOMB IN RE PBA TITLE III

Bill #: 393819

Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
February 28, 2021:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 1,377.50 |
| Less Discount | $ -137.75 |
| Net Professional Services | $ 1,239.75 |
| Total Reimbursable Expenses | $ .00 |
| **TOTAL THIS INVOICE** | **$ 1,239.75** |

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 2/04/21 | CGB | 204 | Review FOMB approval with PBA insurer forwarded by J. Miranda (0.2); email communications with the FOMB (0.2) and the Proskauer (0.2) teams to coordinate next steps in view of same. | .60 | 335.00 | 201.00 |
| 2/04/21 | HDB | 212 | Draft e-mail to J. El Koury regarding PBA-Triple S settlement. | .20 | 315.00 | 63.00 |
| 2/05/21 | CGB | 201 | Draft Follow-up email to Proskauer team regarding next step to address pending filing on PBA insurance settlement approval. | .20 | 335.00 | 67.00 |
| 2/08/21 | CGB | 201 | Draft Follow-up email to Proskauer team proposing strategy to address pending filing on PBA insurance settlement approval and review reaction thereto (0.2); Draft email to J. El Koury setting forth proposed legal strategy to obtain court approval (0.1); email exchange with D. Perez to coordinate next steps (0.1). | .40 | 335.00 | 134.00 |
| 2/08/21 | HDB | 210 | Review PBA-Triple S Settlement. | .20 | 315.00 | 63.00 |
| 2/08/21 | DJP | 210 | Email correspondence with J. Esses relating to the settlement agreement between the Puerto Rico Public Buildings Authority and Triple S Propiedad for compensation related to PBA's claim for material damages of its insured property due to Hurricane Maria. | .20 | 195.00 | 39.00 |
| 2/08/21 | DJP | 210 | Email correspondence with J. Flores, of AEP, in connection with the settlement agreement between the Puerto Rico Public Buildings Authority and Triple S Propiedad for compensation related to PBA's claim for material damages of its insured property due to Hurricane Maria. | .20 | 195.00 | 39.00 |

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393819

February 28, 2021

| 2/15/21 | DJP | 210 | Follow up email correspondence with Jose A. Flores Diaz of AEP, in connection with settlement agreement entered between PBA and Triple-S. | .20 | 195.00 | 39.00 |
|---------|-----|-----|---|-----|--------|--------|
| 2/16/21 | CGB | 210 | Monitor email exchanges between D. Perez and PBA representatives regarding the Triple-S Settlement document to ensure progress towards required court filing. | .20 | 335.00 | 67.00 |
| 2/16/21 | HDB | 210 | Revise PBA and Triple S Settlement Agreement. (.3) Review issues regarding approval thereof. (.1) | .40 | 315.00 | 126.00 |
| 2/16/21 | DJP | 210 | Email correspondence with Lorraine Bengoa Toro of AEP in connection with settlement agreement entered into by and between Triple S and PBA. | .20 | 195.00 | 39.00 |
| 2/16/21 | DJP | 210 | Analyze settlement agreement entered into by and between Triple S and PBA. | .30 | 195.00 | 58.50 |
| 2/16/21 | DJP | 210 | Email correspondence with J. Esses and P. Possinger in connection with settlement agreement entered by and between Triple S and PBA. | .20 | 195.00 | 39.00 |
| 2/17/21 | CGB | 205 | Tel. Conf. with new legal chief at PBA L. Bengoa regarding status of court approval of the Triple -S settlement (0.3); Draft Follow-up email to L. Bengoa regarding same (0.1); Email exchange with P. Possinger and the rest of the Proskauer team regarding same (0.2) | .60 | 335.00 | 201.00 |
| 2/17/21 | UMF | 224 | Draft O&B's monthly fee application for the period of October 2020 in the Title III case for the PBA. | .20 | 225.00 | 45.00 |
| 2/18/21 | UMF | 224 | Draft O&B's monthly fee application for the period of November 2020 in the Title III case of PBA. | .20 | 225.00 | 45.00 |
| 2/19/21 | CGB | 205 | Draft email to PBA legal chief L. Bengoa regarding status of court submission for court approval of Triple-S settlement. | .20 | 335.00 | 67.00 |
| 2/19/21 | UMF | 224 | Draft sixteenth monthly fee application of O&B for the period of December 2021 | .20 | 225.00 | 45.00 |

TOTAL PROFESSIONAL SERVICES                     $ 1,377.50

Less Discount                                                      $ -137.75

NET PROFESSIONAL SERVICES:                      $ 1,239.75

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

O'Neill & Borges LLC

Bill #:  393819                                                                February 28, 2021

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | 2.20 | 335.00 | 737.00 |
| HERMANN BAUER | .80 | 315.00 | 252.00 |
| UBALDO M. FERNANDEZ BARRERA | .60 | 225.00 | 135.00 |
| DANIEL J. PEREZ REFOJOS | 1.30 | 195.00 | 253.50 |
| **Total** | **4.90** | | **$ 1,377.50** |

**TOTAL THIS INVOICE**                                    **$ 1,239.75**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------------x

## COVER SHEET TO NINETEENTH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF MARCH 1, 2021 THROUGH MARCH 31, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | March 1, 2021 through March 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $300.60 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $300.60 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's nineteenth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for March 2021.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On June 1, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn:  John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzane Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite 1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period March 1 through March 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 315.00 | 0.40 | $ 126.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 185.00 | 0.20 | $ 37.00 |
| Gabriel Miranda Rivera | Associate | Litigation | $ 190.00 | 0.90 | $ 171.00 |
| | **Totals** | | | **1.50** | **$ 334.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (33.40)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 300.60** |

**PBA TITLE III**

**Summary of Disbursements for the Period March 1 through March 31, 2021**

| Description - Expenses | | Amounts | |
|---|---|---|---|
| | | | |
| **Totals** | | | $ - |
| **SUMMARY OF DISBURSEMENTS** | | | $ - |

## PBA TITLE III

### Summary of Legal Fees for the Period March 1 through March 31, 2021

| Task Code | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 206 | Documents Filed on Behalf of the Board | 1.50 | 334.00 |
| | | | $ 334.00 |
| | **Less: 10% Courtesy discount** | | $ (33.40) |
| | **TOTALS** | **1.50** | **$ 300.60** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $270.54, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $270.54.

## <u>Professional Certification</u>

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

## Exhibit A

IN ACCOUNT WITH

250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH
252 Ave. Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

March 31, 2021
FOMB IN RE PBA TITLE III
Bill #: 393862
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
March 31, 2021:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---|
| Total Professional Services | $ 334.00 |
| Less Discount | $ -33.40 |
| | |
| Net Professional Services | $ 300.60 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 300.60** |

IN ACCOUNT WITH

252 Avenida Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE:  GENERAL**

### PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 3/19/21 | GMR | 206 | Review the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Service Rendered as Attorneys for the Financial Oversight and Management board for Puerto Rico, as Representatives of the Debtor, the Puerto Rico Public Buildings Authority, for the Period June 1, 2020 Through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter in anticipation to its filing. | .30 | 190.00 | 57.00 |
| 3/19/21 | GMR | 206 | File the Third Interim Fee Application of Proskauer Rose LLP for Compensation for Service Rendered as Attorneys for the Financial Oversight and Management board for Puerto Rico, as Representatives of the Debtor, the Puerto Rico Public Buildings Authority, for the Period June 1, 2020 Through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter in Case No. 19-05523. | .20 | 190.00 | 38.00 |
| 3/19/21 | GMR | 206 | Review the Notice of Filing of Third Interim Fee Application of Proskauer Rose LLP for Compensation for Service Rendered as Attorneys for the Financial Oversight and Management board for Puerto Rico, as Representatives of the Debtor, the Puerto Rico Public Buildings Authority, for the Period June 1, 2020 Through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter in anticipation to its filing. | .20 | 190.00 | 38.00 |

O'Neill & Borges LLC

Bill #:  393862                                                                      March 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/19/21 | GMR | 206 | File the Notice of Filing of Third Interim Fee Application of Proskauer Rose LLP for Compensation for Service Rendered as Attorneys for the Financial Oversight and Management board for Puerto Rico, as Representatives of the Debtor, the Puerto Rico Public Buildings Authority, for the Period June 1, 2020 Through September 30, 2020 and Notice of Annual Rate Adjustment Provided in Original Engagement Letter in Case No. 19-05523. | .20 | 190.00 | 38.00 |
| 3/29/21 | HDB | 206 | Revise and sign-off to file PBA Insurance Settlement Approval Motion. | .40 | 315.00 | 126.00 |
| 3/29/21 | PAG | 206 | File the Motion of Public Buildings Authority Pursuant to Bankruptcy Code Section 105, PROMESA Section 315(a), and Bankruptcy Rule 9019 for Order Approving Settlement Agreement with Triple-S Propiedad, Inc., and Granting Related Relief, corresponding notice and supporting exhibits, at 19 BK 5523-LTS, docket no. 113. | .20 | 185.00 | 37.00 |

TOTAL PROFESSIONAL SERVICES                                $ 334.00

Less Discount                                                      $ -33.40

NET PROFESSIONAL SERVICES:                              $ 300.60

### SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| HERMANN BAUER | .40 | 315.00 | 126.00 |
| PAULA A. GONZALEZ MONTALVO | .20 | 185.00 | 37.00 |
| GABRIEL MIRANDA RIVERA | .90 | 190.00 | 171.00 |
| **Total** | **1.50** | | **$ 334.00** |

**TOTAL THIS INVOICE**                                    **$ 300.60**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors.[1] | |

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 19 BK 5523-LTS |
| PUERTO RICO PUBLIC BUILDING AUTHORITY, | |
| Debtor. | |

-------------------------------------------------------------------x

## COVER SHEET TO TWENTIETH MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF APRIL 1, 2021 THROUGH APRIL 30, 2021

---

[1]   The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | April 1, 2021 through April 30, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $252.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $252.00 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twentieth monthly fee application in these cases.

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for April 2021.


<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On July 7, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:  Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period April 1 through April 30, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Hermann D. Bauer | Member | Litigation | $ 315.00 | 0.30 | $ 94.50 |
| Carla Garcia Benitez | Member | Litigation | $ 335.00 | 0.40 | $ 134.00 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 185.00 | 0.20 | $ 37.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 145.00 | 0.10 | $ 14.50 |
| | | | | | |
| | **Totals** | | | **1.00** | **$ 280.00** |
| | | | | | |
| | **Less: 10% Courtesy discount** | | | | **$ (28.00)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 252.00** |

**PBA TITLE III**

**Summary of Disbursements for the Period April 1 through April 30, 2021**

| Description - Expenses | Amounts |
|---|---|
| | |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

| | **PBA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period April 1 through April 30, 2021** | | |
| | | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 203 | Hearings and Non-Field Comm. With Court | 0.10 | 31.50 |
| 205 | Comm With Commonwealth Representative | 0.40 | 134.00 |
| 206 | Documents Filed on Behalf of the Board | 0.40 | 100.00 |
| 219 | Docketing | 0.10 | 14.50 |
| | | | |
| | | | **280.00** |
| | | | |
| | **Less: 10% Courtesy discount** | | **(28.00)** |
| | | | |
| | **TOTALS** | **1.00** | **252.00** |

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $226.80, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $226.80.

## **Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

s/Ubaldo M. Fernández
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

IN ACCOUNT WITH                                        250 Muñoz Rivera, Suite 800
                                                        San Juan, PR 00918-1813
                                                        Tel. (787) 764-8181
                                                        Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2021

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt
payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

April 30, 2021
FOMB IN RE PBA TITLE III
Bill #: 394055
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
April 30, 2021:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

|  |  |
|---|---|
| Total Professional Services | $ 280.00 |
| Less Discount | $ -28.00 |
|  |  |
| Net Professional Services | $ 252.00 |
| Total Reimbursable Expenses | $ .00 |
|  |  |
| **TOTAL THIS INVOICE** | **$ 252.00** |

IN ACCOUNT WITH

252 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 4/14/21 | MMB | 219 | Docket court notice received by email dated April 14, 2021, regarding order dkt. 116 setting deadline for PSA creditors to file objection - H. Bauer, G. Miranda. | .10 | 145.00 | 14.50 |
| 4/15/21 | CGB | 205 | Review the filed version of the revised notice of motion and proposed order regarding Triple-S settlement at Docket No. 347 ().2); Draft email to PBA counsel L. Bengoa Toro regarding same (0.2). | .40 | 335.00 | 134.00 |
| 4/16/21 | HDB | 206 | Revise and sign-off to file Notice of Motion for Fourth Order Enlarging Time to File Notice of Removal. | .20 | 315.00 | 63.00 |
| 4/16/21 | PAG | 206 | File Notice of Motion for Fourth Order Enlarging Time to File Notice of Removal Pursuant to Bankruptcy Rule 9027 at and 19 BK 5523-LTS, docket no. 118. | .20 | 185.00 | 37.00 |
| 4/26/21 | HDB | 203 | Review Order approving Triple S Settlement. | .10 | 315.00 | 31.50 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 280.00 |
| Less Discount | | $ -28.00 |
| NET PROFESSIONAL SERVICES: | | $ 252.00 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| CARLA GARCIA BENITEZ | .40 | 335.00 | 134.00 |
| HERMANN BAUER | .30 | 315.00 | 94.50 |
| PAULA A. GONZALEZ MONTALVO | .20 | 185.00 | 37.00 |
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| **Total** | **1.00** | | **$ 280.00** |

O'Neill & Borges LLC

Bill #:  394055                                                                                    April 30, 2021

**TOTAL THIS INVOICE**                                                    **$ 252.00**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE
2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

      Debtors.[1]

PROMESA
Title III

Case No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO PUBLIC BUILDING AUTHORITY,

      Debtor.

PROMESA
Title III

Case No. 19 BK 5523-LTS

-------------------------------------------------------------------x

## COVER SHEET TO TWENTY-FIRST MONTHLY FEE APPLICATION OF O'NEILL & BORGES LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR, PUERTO RICO PUBLIC BUILDING AUTHORITY, FOR THE PERIOD OF MAY 1, 2021 THROUGH MAY 31, 2021

---

[1] The Debtors in these jointly-administered Title III Cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III Case numbers are listed as Bankruptcy Case numbers due to software limitations).

| | |
|---|---|
| Name of applicant | O'Neill & Borges LLC ("O&B") |
| Authorized to provide professional services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Time period covered by this application: | May 1, 2021 through May 31, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | $310.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |
| Total amount for this invoice: | $310.50 |

This is a: _X_ monthly ___ interim ___ final application

This is O&B's twenty-first monthly fee application in these cases.

00916814; 1

**<u>Principal Certification</u>**

I hereby authorize the submission of this Monthly Fee Statement for May 2021.




<u>/s/ Jaime A. El Koury</u>
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

00916814; 1

On August 5, 2021 sent to:

**Counsel for the Oversight Board:**
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn:  Martin J. Bienenstock, Esq.,
mbienenstock@proskauer.com
Ehud Barak, Esq., ebarak@proskauer.com

Proskauer Rose LLP
70 West Madison Street, Chicago, IL 60602
Attn:   Paul V. Possinger, Esq.,
ppossinger@proskauer.com

**Counsel for AAFAF**:
O'Melveny & Myers LLP
Times Square Tower, 7 Times Square
New York, NY  10036
Attn: John J. Rapisardi, Esq., jrapisardi@omm.com
Suzzanne Uhland, Esq., suhland@omm.com
Diana M. Pérez, Esq., dperez@omm.com

**Counsel for PR Fiscal Agency and Financial
Advisory Authority**:
Marini Pietrantoni Muñiz LLC
MCS Plaza Suite 500, 255 Ponce de León Ave.
San Juan, PR 00917
Attn:  Luis C. Marini-Biaggi, Esq.,
lmarini@mpmlawpr.com
Carolina Velaz-Rivero, Esq., cvelaz@mpmlawpr.com

**Office of the United States Trustee District of PR:**
Edif. Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
Re:  In re:  Commonwealth of Puerto Rico
Attn: Monsita Lecaroz, Esq.,
monsita.lecaroz@usdoj.gov

**Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY  10166
Attn:  Luc. A. Despins, Esq.,
lucdespins@paulhastings.com

Casillas, Santiago & Torres, LLC
El Caribe Office Building, 53 Palmeras Street, Suite
1601
San Juan, PR  00901-2419
Attn:  Juan J. Casillas Ayala, Esq.,
jcasillas@cstlawpr.com
Alberto J.E. Añeses Negrón, Esq.,
aaneses@cstlawpr.com

**Counsel for the Official Committee of Retired
Employees:**
Bennazar, García & Millian, C.S.P.
Union Plaza, PH-A Piso 18, 416 Ave. Ponce de León
Hato Rey, PR  00918
Attn:  A.J. Bennazar-Zequeira, Esq., ajb@bennazar.org

Jenner & Block LLP
919 Third Ave
New York NY 10022
Attn:  Robert Gordon, Esq., rgordong@jenner.com
Richard Levin, Esq., rlevin@jenner.com

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn:  Catherine Steege, Esq., csteege@jenner.com
Melissa Root, Esq, mroot@jenner.com

**PR Department of Treasury**:
PO Box 9024140
San Juan, PR 00902-4140
Attn:  Reylam Guerra Goderich, Deputy Assistant of
Central Accounting, Reylam.Guerra@hacienda.pr.gov
Omar E. Rodríguez-Pérez, CPA, Assistant
Secretary of Central Accounting,
Rodriguez.Omar@hacienda.pr.gov
Angel L. Pantoja-Rodríguez Deputy Assistant Secretary
of Internal Revenue and Tax Policy
angel.pantoja@hacienda.pr.gov
Francisco Parés-Alicea, Assistant Secretary of Internal
Revenue and Tax Policy,
Francisco.pares@hacienda.pr.gov
Francisco Pena Montanez, CPA, Assistant Secretary of
the Treasury, Francisco.Pena@hacienda.pr.gov

**Counsel for the Fee Examiner:**
EDGE Legal Strategies, PSC
252 Ponce de León Av, Citibank Tower, 12th Floor
San Juan, PR 00918
Attn:  Eyck O. Lugo, Esq., elugo@edgelegalpr.com

Godfrey & Kahn, S.C.
Onee East Main Street, Suite 500
Madison, WI 53703
Attn:  Katherine Stadler, KStadler@gklaw.com

**PBA TITLE III**

**Summary of Legal Fees for the Period  May 1 through May 31, 2021**

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Ubaldo Fernandez | Jr. Member | Litigation | $ 225.00 | 0.70 | $ 157.50 |
| Paula A. Gonzalez Montalvo | Associate | Litigation | $ 185.00 | 0.60 | $ 111.00 |
| Milagros Marcano Baez | Paralegal | Litigation | $ 145.00 | 0.10 | $ 14.50 |
| Vanessa Sanchez | Paralegal | Litigation | $ 155.00 | 0.40 | $ 62.00 |
| | **Totals** | | | **1.80** | **$ 345.00** |
| | **Less: 10% Courtesy discount** | | | | **$ (34.50)** |
| **SUMMARY OF LEGAL FEES** | | | | | **$ 310.50** |

**PBA TITLE III**

**Summary of Disbursements for the Period  May 1 through May 31, 2021**

| Description - Expenses | Amounts |
|---|---|
| | |
| **Totals** | **$ -** |
| **SUMMARY OF DISBURSEMENTS** | **$ -** |

| | **PBA TITLE III** | | |
|---|---|---|---|
| | **Summary of Legal Fees for the Period  May 1 through May 31, 2021** | | |
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 0.60 | 111.00 |
| 219 | Docketing | 0.10 | 14.50 |
| 224 | Fee Applications - O&B | 1.10 | 219.50 |
| | | | |
| | | | **345.00** |
| | | | |
| | **Less: 10% Courtesy discount** | | **(34.50)** |
| | | | |
| | **TOTALS** | **1.80** | **310.50** |

00916814; 1

O&B requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $279.45, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount of $279.45.

**<u>Professional Certification</u>**

      I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice. The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico. The amount of this invoice is reasonable. The services were rendered and the corresponding payment has not been made. To the best of my knowledge, O'Neill & Borges LLC does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

<u>s/Ubaldo M. Fernández</u>
Ubaldo M. Fernández
O'Neill & Borges LLC
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR 00918-1813
Tel: (787) 282-5786
Fax: (787) 753-8944

# **Exhibit A**

00916814; 1

# O'NEILL & BORGES LLC

IN ACCOUNT WITH
250 MUÑOZ RIVERA AVENUE, SUITE 800
SAN JUAN, PR 00918-1813
TEL. (787) 764-8181
FAX (787) 753-8944

May 31, 2021

FOMB IN RE PBA TITLE III

**RE: GENERAL**

Enclosed please find our bill for professional services rendered and reimbursable expenses.
Should you have any questions concerning the attached bill, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely Yours,

CARLA GARCIA BENITEZ

IN ACCOUNT WITH

250 Muñoz Rivera, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

May 31, 2021
FOMB IN RE PBA TITLE III
Bill #: 396689
Billing Attorney: CGB

## BILLING SUMMARY

For Professional Services Rendered and Reimbursable Expenses for the period ending
June 30, 2021:

**Client.Matter: P1706 - 0**

**RE: GENERAL**

| | |
|---|---:|
| Total Professional Services | $ 345.00 |
| Less Discount | $ -34.50 |
| | |
| Net Professional Services | $ 310.50 |
| Total Reimbursable Expenses | $ .00 |
| | |
| **TOTAL THIS INVOICE** | **$ 310.50** |

IN ACCOUNT WITH

250 Muñoz Rivera Ave, Suite 800
San Juan, PR 00918-1813
Tel. (787) 764-8181
Fax (787) 753-8944

# O'NEILL & BORGES LLC

**Client.Matter: P1706 . 0**
**RE: GENERAL**

## PROFESSIONAL SERVICES

| Date | Atty | Task | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 5/07/21 | MMB | 219 | Docket court notice received by email dated May 4, 2021, regarding order dkt. 124 setting hearing on disclosure statement - H. Bauer, G. Miranda. | .10 | 145.00 | 14.50 |
| 5/13/21 | PAG | 206 | File the Amended Joint Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority For an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Confirmation Hearing Notice and Confirmation Schedule, (IV) Approving Solicitation Packages and Distribution Procedures, (V) Approving Forms of Ballots, and Voting and Election Procedures, (VI) Approving Notice of Non-Voting Status, (VII) Fixing Voting, Election, and Confirmation Deadlines, and (VIII) Approving Vote Tabulation Procedures at 19 BK 5523-LTS, docket no. 128. | .20 | 185.00 | 37.00 |
| 5/13/21 | PAG | 206 | File the Motion of Debtors for an Order Establishing, among other things, Procedures and Deadlines Concerning Objections to Confirmation and Discovery in Connection Therewith at 19 BK 5523-LTS, docket no. 129. | .20 | 185.00 | 37.00 |
| 5/13/21 | PAG | 206 | File the Notice of Filing of Disclosure Statement Motion and Confirmation Discovery Procedures Motion and Hearing Thereon at 19 BK 5523-LTS, docket no. 130. | .20 | 185.00 | 37.00 |
| 5/25/21 | UMF | 224 | Draft seventeenth monthly fee statement of O&B for the month of January 2021 in the Title III case of the PBA. | .40 | 225.00 | 90.00 |

O'Neill & Borges LLC

Bill #:  396689                                                                          May 31, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 5/26/21 | VSN | 224 | As requested by U. Fernandez, review and compile January 2020 monthly fee application for PBA Title III Case No. 19-5523. | .20 | 155.00 | 31.00 |
| 5/27/21 | UMF | 224 | Draft eighteenth monthly fee statement of O&B for the month of February in the Title III case of the PBA. | .30 | 225.00 | 67.50 |
| 5/27/21 | VSN | 224 | As requested by U. Fernandez, review and compile February 2020 monthly fee application for PBA Title III Case No. 19-5523. | .20 | 155.00 | 31.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 345.00 |
| Less Discount | | $ -34.50 |
| NET PROFESSIONAL SERVICES: | | $ 310.50 |

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Hours | Rate | Total |
|---|---|---|---|
| UBALDO M. FERNANDEZ BARRERA | .70 | 225.00 | 157.50 |
| PAULA A. GONZALEZ MONTALVO | .60 | 185.00 | 111.00 |
| MILAGROS MARCANO BAEZ | .10 | 145.00 | 14.50 |
| VANESSA SANCHEZ | .40 | 155.00 | 62.00 |
| **Total** | **1.80** | | **$ 345.00** |

**TOTAL THIS INVOICE**                                   **$ 310.50**

CONFIDENTIAL-ATTORNEY WORK PRODUCT/ATTORNEY/CLIENT PRIVILEGE