El 20-11-21, recibí la comunicación adjunta, la cual ofrece información incompleta en relación al caso, tal como el monto de la reclamación fue referido durante todo el caso $99, sin incluir los intereses adeudados Incumpliendo con lo determinado en la Ley 106.

La base para solicitud por los deudores pata que se desestime el reclamo es falsa. La vista administrativa por Sistema de Retiro del gobierno de PR, ha sido cambiada la fecha en dos ocasiones, colocaron un título incorrecto a la solicitud solicitada por esta servidora, Reembolso de Aportaciones para confundir a Prime Clerk, cuando la solucitud es en cumplimiento con la Ley 106, lo cual no han atendido al presente.

La nota que colocan;
"La evidencia de Reclamo y la documentación de respaldo sólo indican una obligación entre el demandante y el fondo del seguro del estado, que no forma parte de los procedimientos
 Iniciados al amparo del título III. Esta contestación es incorrecta, ya que el gobierno de PR, ha incumplido con notificar la cantidad correcta de aportaciones sometidas por la reclamante según dicta la Ley 106, la cual forma parte de los acuerdos de los deudores con los Reclamantes. Es por esto, que cumplí con denunciar el incumplimiento por parte del gobierno de PR según dictaba la Ley promesa, al cual le asignaron el caso y luego reasignaron o cambiaron al número 177716-1.

Por lo cual, solicito no conceda la petición de rechazo al reclamo presentado por esta servidora. Esta información la comuniqué por teléfono el 23-11-21 al teléfono de orientación Primeclerk a la Sra. Laura, la cual me notifico podía enviar contestación hasta días posteriores al 29-11-21, dado a la fecha tardía de recibo. Sometiendo escrito vía email hoy 29-11-21, a las 10:04 pm.

Gracias,

Eva Estela Melendez Fraguada
Participante Administración de Sistema Retiro
Gobierno de PR
787-394-4756
evaestella@outlook.com
PO Box 361
Canovanas, PR 00729

Obtener Outlook para iOS

Eva E. Meléndez Fraguada

evaestella@outlook.com

Apelación Junta de Retiro del Gobierno de PR

Pag. 2

Que el 23 de junio de 2021, recibí segunda instrucción por correo postal de Prime Clerk, Notificación de Aviso de Reconciliación Administrativa, asignando nuevo número de Reclamación 177716, cantidad reclamada $99,793.52 sin intereses referente a las aportaciones acumuladas al 30 de junio de 2013, Ley 1, Reclamación Empleados Públicos y Pensión/Jubilación. En este aviso, ordena a la Administración Sistema de Retiro, reconciliación administrativa. (Ver Anejo II).

Que el 19 de diciembre de 2019, envié comunicación a la Junta de Retiro del Gobierno de PR y a Prime Clerk en relación a lo que enumera la Ley 106 del 26 de agosto de 2017, Ley para salvaguardar el bienestar de los Pensionados y Servidores Públicos y su incumplimiento referente a lo establecido por la Ley en su Capítulo I, Artículo 1.4, Política Pública, proteger el futuro de nuestros servidores públicos, asegurar que estos puedan tener un retiro digno, LIBRE de incertidumbre, SEGREGANDO sus aportaciones personales, garantizando las mismas....en CUENTAS separadas. En mi caso (Eva Meléndez) Ley 1 al 30-6-13, Ley 3 (Híbrida) al 30-6-17 y Ley 106- 1-7-17 al presente.

En el Capítulo II, de la Ley 106, cuenta para el pago de las pensiones acumuladas por los Sistemas de Retiro, en el Artículo 2.2, Registro de las Pensiones Acumuladas, establece se creará y mantendrá un registro de cada participante, beneficiario y Pensionado de los Sistemas de Retiro que reflejare detalladamente las cantidades que le corresponde a cada uno como pensión acumulada, según sus respectivos Sistemas de Retiro, hasta la fecha que entre en vigor la Ley 106; detallará sin que este entienda como una limitación, el beneficio acumulado al que tiene derecho el participante y el Historial de Empleo y las Aportaciones realizadas, de acuerdo a cada Ley de retiro aplicable en la cual cotizó el participante, beneficiario y Pensionado de los tres Sistemas de Retiro. Establecen un término no mayor de 180 días a partir de la aprobación de la Ley 106 del 23 de agosto de 2017, donde deberán producir un registro de todos los participantes que incluya la pensión acumulada a cada uno, por los tres sistemas de retiro, al momento que entre en vigor la Ley 106 y los términos de pago de la misma. Los tres sistemas de retiro deberán tomar todas las medidas necesarias para GARANTIZAR que el registro CONTENGA información fiel y exacta respecto

Eva E. Meléndez Fraguada

evaestella@outlook.com

Apelación Junta de Retiro del Gobierno de PR

Pag. 3

a cada participante, beneficiario o Pensionado. Por tanto, al no cumplir con los términos establecidos solicité personalmente la certificación de Estado de Cuenta el 9 de noviembre de 2017 y envié comunicación al respecto. (Ver anejo III).

Que el 12 de junio de 2021, recibí con acuse de recibo, por Administración de Sistema de Retiro con fecha del 25 de mayo de 2021, determinación del Área de Servicios al Participante de la Junta de Retiro del Gobierno de PR, en contestación a la primera Orden que emitiera Prime Clerk de Reconciliación Administrativa en relación a mi reclamación (Proof of Claim número 31272) y comunicación referida el 9 de diciembre de 2020 al Sr. Luis M. Collazo Rodríguez, Administrador de los Sistemas de Retiro y a Omar Marrero, Director Ejecutivo, Junta Retiro Gobierno PR en relación a Reconciliación Administrativa, Título III-Promesa 17BK 3283-LTS. (Ver Anejo IV).

Por tanto, las aportaciones acumuladas y notificadas mediante la misiva del 25 de mayo de 2021, recibida el 12 de junio de 2021, donde expresa que el articulo 5-110 de la Ley 447 del 15-5-51, enmendada, dispone que los beneficios de separación del servicio público SON al separarse permanentemente del servicio. Que, al ser empleada activa, tendré derecho a recibir los beneficios a los 65 años de edad, podré solicitar los beneficios de pensión, tres (3) años previos a cumplir la edad requerida para Actualizar Aportaciones y expresa, ¿Si Alguna? ....

Además, indica que cuando radique la pensión al Área de Participantes actualiza y corrige la misma (aportaciones)en sistema. Sin embargo, crearon la Ley 80 del 3 de agosto de 2020, Programa de Retiro Incentivado y enviaron Formulario de Elección indicando que mi participación sería final e irrevocable, donde tuvieron que presentar enmienda 2021-03, en la cual se estableció no se compromete mi estatus, derechos y condiciones de trabajo actuales, ni tampoco tendrá efecto legal alguno de no completarse la implementación del programa. Lo cual se continúa dilucidando en la Junta de Control Fiscal, los cuales emitieron su opinión el 24 de junio de 2021, de no avalar, dando unos parámetros por los cuales podría ser considerada para algunas agencias o Corporación. (ver Anejo V)

Eva E. Meléndez Fraguada

evaestella@outlook.com

Apelación Junta de Retiro del Gobierno de PR

Pag. 4

Además, indica tengo acumulado $131,378.79 en aportaciones y/o 21.25 años cotizados al 30 de junio de 2013, Ley I, o sea los $92,666.79 de aportaciones y 38,712.00 de intereses al 25 de mayo de 2021. Esto, aún sin dar la oportunidad a cita con la Administración de Sistema de Retiro para corroborar la cantidad incluida en el anejo I que faltarían por acreditar de $7,126.73, donde se reflejaría aportación mayor de $99,793.52, con los intereses podría fluctuar en un total de $149,793.52, en la Ley 1, y de esta forma cumplir con la

Ley 106, garantizar que el registro contenga información fiel y exacta respecto a cada participante.

Además, La contestación del 25 de mayo de 2021, recibida el 12 de junio de 2021, es firmada por la Sra. Marilisa Marrero Negrón, Directora Área de Servicios a participantes y no por el Sr. Luis M. Collazo Rodríguez, Administrador, Administración de los Sistemas de Retiro, ni por Omar Marrero, Director Ejecutivo, Junta de Retiro Gobierno de PR.

Por tanto, solicito la solicitud de apelación como participante y me notifique su determinación en relación a la corrección de las aportaciones al 30 de junio de 2013, Ley 1, según información referida, la cual debe ser actualizada con los intereses al presente. A su vez, a que se refiere la señora Marrero, Directora Área Servicios al participante al expresar para actualizar sus aportaciones, si alguna. Lo cual demuestra desinterés de orientar, aclarar o corregir, según expresa la Ley 106.

Certifico, que refiero copia de esta apelación y Reclamación Promesa Título III No. 17 BK 3283-LTS Número 177716 a Prime Clerk, LLC,

Grand Central Station

P.O. Box 4850

New York, NY 10165-4850