**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Melendez Fraguada, Eva E | 177716-1 | 5/23/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and State Insurance Fund which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Melendez Fraguada, Eva E | 177716-1 | 5/23/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo no presenta fundamentos para presentar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y el Fondo de Seguro del Estado, que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

4:08 PM 20-11-21 Recibido

Responder hasta el 29-11-21 Laura Nableon 23-11-21

**Eva Melendez Fraguada**

**From:** Eva Meléndez <EvaEstella@outlook.com>
**Sent:** Tuesday, November 30, 2021 3:24 PM
**To:** Eva Melendez Fraguada
**Subject:** Fwd: Objeción a solicitud de Rechazo Reclamó 177716-1

Obtener Outlook para iOS

---

**De:** Eva Meléndez <EvaEstella@outlook.com>
**Enviado:** Tuesday, November 30, 2021 12:53:38 PM
**Para:** Prime Clerk <puertoricoinfo@primeclerk.com>
**Asunto:** Re: Objeción a solicitud de Rechazo Reclamó 177716-1

La cantidad reclamada al 30-6-13 a la Administración de Sistema de Retiro del Gobierno de PR, debe decir 99,793.52 y no la cantidad notificada por dicha entidad 92,666.79. Además, falta incluir los intereses, por tanto, la cantidad total aportada y acumulada, debe indicar alrededor de 149,793.52 para la ley 1 y cumplan con lo ordenado por la Ley 106. Por tanto solicito se deniegue la solicitud de rechazo a la reclamación por esta servidora.

Gracias

Obtener Outlook para iOS

---

**De:** Eva Meléndez
**Enviado:** Monday, November 29, 2021 10:04:33 PM
**Para:** Prime Clerk <puertoricoinfo@primeclerk.com>
**Asunto:** Objeción a solicitud de Rechazo Reclamó 177716-1



**IF YOUR CLAIM IS LISTED HERE ARE SEEKING TO DISALLOW YOUR C**

| NAME | CLAIM # | DATE FILE |
|---|---|---|
| Melendez Fraguada, Eva E | 177716-1 | 5/23/2018 |
| Treatment: | Claim to be Disallowed | |
| Reason: | Proof of Claim fails to provide a b Claim and supporting documenta not part of the Title III proceedin | |

Case:17-03283-LTS Doc#:18955-1 Filed:10/29/21 Entered:10/29/21 17:54:49 Desc: Exhibit Exhibit A Page 1 of 5

Exhibit A

| Claim Number | Claimant | Debtor | Date Transferred into ACR | Total Filed |
|---|---|---|---|---|
| 174305 | ALVAREZ SANTIAGO, ELSIE S. | Commonwealth of Puerto Rico | 7/2/2021 | $ - |
| 82115 | ORTIZ ROBLEDO, BRUNILDA | Commonwealth of Puerto Rico | 7/13/2021 | $ 15,600.00 |
| 71901 | GONZALEZ QUINTANA, EDWARD | Commonwealth of Puerto Rico | 5/4/2021 | $ 25,000.00 |
| 133716 | HERNANDEZ COLON, NORKA MARIA | Commonwealth of Puerto Rico | 7/13/2021 | $ 45,000.00 |
| 148058 | HERNANDEZ MUNIZ, LIBRADA | Commonwealth of Puerto Rico | 5/4/2021 | $ - |
| 123532 | HERNANDEZ PELLOT, PEDRO | Commonwealth of Puerto Rico | 7/13/2021 | $ 22,000.00 |
| 165768 | HERNANDEZ VALLE, NILDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 5/4/2021 | $ 1,200.00 |
| 161111 | IRIZARRY APONTE, SONIA | Commonwealth of Puerto Rico | 7/13/2021 | $ 15,600.00 |
| 67430 | IRIZARRY ORTIZ, JUDITH | Commonwealth of Puerto Rico | 10/22/2020 | $ 1,200.00 |
| 81821 | JIMENEZ ECHEVARRIA, SONIA N. | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 179119 | LABOY ROMAN, MARY LUZ | Commonwealth of Puerto Rico | 5/4/2021 | $ 15,000.00 |
| 34432 | LOPEZ CASTRO, DEBRA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ 125,024.24 |
| 34312 | LOPEZ DIAZ, LESLIE | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 28121 | RAMIREZ MONTES, EVELYN | Commonwealth of Puerto Rico | 7/13/2021 | $ 17,625.00 |
| 86200 | RAMON RODRIGUEZ, BARBIE | Commonwealth of Puerto Rico | 7/13/2021 | $ 58,858.38 |
| 175796 | RAMOS CLAUDIO, JULIO G. | Commonwealth of Puerto Rico | 5/4/2021 | $ 33,128.13 |
| 79120 | REILLO ROSARIO, RAQUEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ 10,000.00 |
| 12929 | RIVERA SANTIAGO, JOSE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 9/8/2020 | $ 36,059.07 |
| 131119 | BATISTA VELAZQUEZ, DAISY | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 63622 | COTTO LUNA, LIDA MARTA | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 101431 | ARCE CRUZ, WANDA I. | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 169976 | LOPEZ COLON, EDUARDO | Commonwealth of Puerto Rico | 5/4/2021 | $ - |
| 72952-1 | PEREZ PIZARRO, FELIX | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 141189-1 | ROCHE PABON, JOSE J. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 173185-1 | CRUZ PAGAN, IRIS YOLANDA | Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 45699-1 | VEGA CORDERO, MIRNA E. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 132888-1 | MARTINEZ SULE, VANESSA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 133387-1 | ROCHE-PABON, JOSE J | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 98360-1 | RIVERA VALENTIN, MIGDALIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 11/11/2020 | $ - |
| 71047-1 | RIVERA CRUZ, GILBERTO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3/30/2021 | $ - |
| 103709-1 | AGUILA SANTANA, WANDA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 151441-1 | OLIVIERI RODRIGUEZ, AURA E. | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 159194-1 | GONZALEZ RODRIGUEZ, YANESSA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 158194-1 | MORALES MORALES, LILLIAN | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 7/13/2021 | $ - |
| 177716-1 | MELENDEZ FRAGUADA, EVA E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 556-1 | JUSTINIANO ZAYAS, YAMARA | Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 3816-1 | VIERA SANTANA, JOSUE | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 6021-1 | RODRIGUEZ GOMEZ, GLADILU | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 7619-1 | VELEZ SANTANA, GLORIA | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 9834-1 | VELEZ SOLTERO, ALBA R | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 10637-1 | MENDEZ DIAZ, MARIA ESTHER | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 15664-1 | MORALES COLON, OBED | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |
| 20465-1 | GONZALEZ CRUZ, FELIX | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6/10/2021 | $ - |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Commonwealth of PR ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

9590 9402 6466 0346 7045 89

2. Article Number (Transfer from service label)

7021 0350 0001 2016 1050

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

GOVERNMENT OF PUERTO RICO
PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY

**August 9, 2021**
Melendez Fraguada, Eva E
PO BOX 361
Canovanas PR 00729

**Re: Claim No. 177716 - REQUIRES RESPONSE**

Dear **Melendez Fraguada, Eva E**

Greetings on behalf of the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF"). Under Act 2-2017, AAFAF represents the Government of Puerto Rico ("Government") in the Title III proceedings under PROMESA[1]. You are receiving this communication because you filed the referenced Proof of Claim ("Claim") in the Title III Court.

As you know, the Debtors under Title III of PROMESA, through the Financial Oversight and Management Board ("FOMB") transferred your Claim to the Administrative Claims Resolution Process ("ACR") in order to resolve the Claim using the existing administrative procedures in the Government. The purpose of this letter is to notify that the information provided by you to date is not sufficient for the government entity you work for to adequately evaluate and resolve your Claim.

In consequence, we request that, within a term of twenty (20) days, you submit the attached form along with any supporting documentation in which you describe in detail the nature of your Claim. In your response, you should include, without limitation: (1) telephone number where you can be contacted; (2) employee number; (3) social security number; (4) if your claim is/has been subject of an administrative or judicial process, provide the case file number; and (5) any document that supports your Claim. If you have a pending administrative or judicial case, please so indicate. If, to the contrary, the case is closed, please provide a copy of the final resolution or final judgment, if available.

[1] Puerto Rico Oversight, Management, and Economic Stability Act.

Roberto Sánchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, PR 00907 I PO Box 42001, San Juan, PR 00940-2001

787.722.2525 contact@aafaf.pr.gov aafaf.pr.gov



ASR-AD-016
REV.MAY-21

# SOLICITUD DE

☐ RECONSIDERACIÓN ☒ APELACIÓN

☒ PARTICIPANTE ☐ PENSIONADO ☐ BENEFICIARIO

Los términos para radicaciones son: Reconsideraciones ante el Administrador, (15) días. Apelaciones ante la Junta de Síndicos, (30) días. Ambos calculados a partir del depósito en el correo de la determinación, INCLUYENDO sábado, domingo y días feriados.

## Sección I. Información del Solicitante

| Meléndez | Fraguada | Eva Estela |
|---|---|---|
| Apellido Paterno | Apellido Materno | Nombre |
| 9563 | Adm. Sistema Retiro y Corp. Fondo del Seguro Estado | 787-394-4756 / 787-200-0727 |
| Seguro Social | Agencia en que trabajó | Teléfono Residencial |

**Dirección Postal:**

P.O. BOX 361
Urbanización, Condominio o Barrio

PO Box, Núm. y Calle, Edificio y Apto., Ruta Rural o Ruta Contrato

Canóvanas, PR 00729
Pueblo, País y Código Postal

**Dirección Residencial:** ☐ Igual a la Postal

Urb Valle Escondido
Urbanización, Condominio o Barrio

406 Calle Miosotis
Núm. y Calle, Edificio y Apartamento, Carretera y Kilómetro

Carolina, PR 00987
Pueblo, País y Código Postal

## Sección II. Información del Servicio Solicitado

Información del fallecido, si aplica: N/A (Nombre) N/A (Seguro Social)

Comparece el solicitante de epígrafe; Eva E Meléndez Fraguada por derecho propio ______ mediante representante legal o tutor, muy respetuosamente, EXPONE, ALEGA Y SOLICITA:

1. Que el Administrador de los Sistemas de Retiro emitió decisión el 25 mayo de 2021 depositada en el correo el 12 de junio de 2021, sobre Determinación Área de Servicios al Participantes de la Junta de Retiro P.
2. Que no estoy conforme con dicha decisión por las siguientes razones: La administración de Sistema de Retiro decisión notificada el 12-4-21 por mediante correo postal el 12 de junio de 2021, no estoy de acuerdo por las razones que expuse en el proof of claim el 23 de mayo de 2018, reclamación 31272, administración Sistema de Retiro, fue incluida en la Quiebra, Promesa y según reporte la Ley 106 del 23-8-2017, no había notificado a los empleados una certificación de aportaciones. (ver Anejo I). (ver páginas adicionales)

[signature] Firma | N/A Firma Rep. Legal o Tutor | / Fecha (día/mes/año)

## PARA USO DE LA AGENCIA

Recibido por:

| Nombre | Puesto que Ocupa | Firma | Fecha (día/mes/año) |
|---|---|---|---|
| | | | |

Conservación: Igual al expediente del cual forma parte.

JUNTA DE RETIRO DEL GOBIERNO DE PUERTO RICO
PO Box 42003 San Juan, PR 00940-2203 / Tel. 787-777-1500 / www.retiro.pr.gov