Eva E. Melendy Anaguala
P.O. Box 361
Canovanas, PR 00729

Clerk's Office
United States District Court
Room 150 Federal building
San Juan, Puerto Rico 00918-1767

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN
2021 DEC -3 PM 5:30