## REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: CARMEN LOPEZ CAMACHO

Dirección Postal: PO BOX 10156
SAN JUAN P.R. 00908

Teléfono de contacto res. _____ cel. 787-585-4171

II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de julio de 1995

   Ley de Escala Salarial – Pasos del 6 de junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __2__ de __11__ de __1976__ hasta el __9__ de __04__ de __1999__. Culminé mi laborar como _____ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

CARMEN LOPEZ CAMACHO
Nombre en letra de molde

Carmen Lopez Camacho
Firma

P.S. Solisito que reconcideren desestimacion de mi Reclamo. # 179349
devido a que estoy reclamando los aumentos de las leyes que firmaron durante el periodo que la P.R. Tel. Company pertenecia al govierno del ElA. Esto fue asta 1999 que el gov. de P.R. vendio la compañia y paso a ser privada.
Gracias por la pronta atencion
Carmen Lopez Camacho
12-2-2021