CARMEN LOPEZ CAMACHO
P.O BOX 10156
SAN JUAN P.R
00908

  

U.S. POSTAGE PAID
FCM LG ENV
SAN JUAN, PR
00924
DEC 02, 21
AMOUNT
$1.16
R2304N117487-27

SecreTaRia
Tribunal de Los Estados Unidos
Sala 150 Edificio Federal
San Juan, Puerto Rico
00918-1767