# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors. | |

**OBJECTION TO AMENDED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AT DKT. NO. 19,427**

Dated:      December 7, 2021

**TO THE HONORABLE COURT:**

**COMES NOW** creditor Suiza Dairy Corp. ("Suiza"), through the undersigned counsel and, pursuant to Fed. R. Bankr. P. 3020, presents its Objection to the Proposed Findings of Fact and Conclusions of Law ("Proposed Order") proposed by the Financial Oversight and Management Board of Puerto Rico ("FOMB") regarding the Modified Eighth Amended Plan of Adjustment (the "Plan"), filed on November 28, 2021 at Docket No. 19,366.

Suiza filed a timely Objection to the Disclosure Statement on June 15, 2021. *Dkt. 17,013*. Suiza also filed a timely Objection to the Confirmation of the Seventh Amended Plan of Adjustment on October 19, 2021. *Dkt. 18,593*. Suiza filed a Reply to the FOMB's Omnibus Reply to Objections to Confirmation (*Dkt. 18,874*) on November 5, 2021. *Dkt. 19,087*. Suiza also filed a Motion in Compliance with Order on November 24, 2021, where it supplemented its position at the request of the Court. *Dkt. 19,362*. Finally, Suiza filed an Objection to the Proposed Findings of Facts and Conclusions of Law. *Dkt. 19,368*.

Suiza reiterates the objections raised in the Objections filed at Dkt. 17,013, Dkt. 18,593, 19,087, 19,362 and 19,368, and the oral arguments raised in the hearings of July 13, 2021, November 8, 2021, November 15, 2021 and November 22, 2021, and incorporates them herein as if fully transcribed and requests that they

1

be deemed raised as to the Amended Proposed Findings of Fact and Conclusions of Law (Dkt. 19,427).

Since the Plan, as proposed is unconfirmable, the Amended Proposed Findings of Fact and Conclusions of Law may not be adopted by the Court. In the alternative, pursuant to §944(c)(1) of the Bankruptcy Code, 11 U.S.C. §944(c)(1), made applicable to this proceeding pursuant to §301(a) of PROMESA[1], this Honorable Court should except the regulatory accrual payments constituting Suiza's claim from discharge.

If the Court were to find that Suiza's claim is dischargeable, the Court should not approve the third-party release included in the Plan in contravention of the *Master Mortgage* factors.

**WHEREFORE**, Suiza Dairy, Inc. most respectfully prays that the court DENY approval of the Modified Eighth Amended Plan of Adjustment as filed, absent an amendment to the same by the Commonwealth classifying Suiza's claim as a non-dischargeable claim subject to a 100% distribution under the Plan, and surviving these proceedings; and that the Court find the Plan of Adjustment may not provide third-party releases related to the Dairy Producer's claim.

---

[1] 48 U.S.C.A. §2161

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that this motion was electronically filed with the Court using the CM/ECF system which will notify the filing by electronic means to all parties of record.

By: */s/ Rafael A. Gonzalez Valiente*
USDC NO. 225209
Counsel for Suiza Dairy
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR  00902-4176
Telephone:  787-726-0077
*rgv@g-glawpr.com*

3