**UNITED STATES DISTRICT**
**COURT DISTRICT OF**
**PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

      as representative of

THE COMMONWEALTH OF PUERTO
RICO, *et al.*,

      Debtors.*

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

## NOTICE OF PARTIAL ASSIGNMENT OF CLAIM

TO THE HONORABLE COURT:

On December 6, 2021, Assured Guaranty Corp. ("Assured" or "Seller") sold,

transferred and assigned unto U.S. Bank National Association and its successors and assigns (i) all

of Seller's rights, title and interest in and to the claims (the "Claims") in the Title III Proceedings

arising out of its interests in the bonds issued on October 16, 2007 by the Commonwealth of Puerto

---

\* The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico (the "Debtor"), identified by CUSIP 74514LNB9 and referred to as Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2007A, excluding Seller's right to vote with respect to the Claims on the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (ECF No. 17627, as the same may be amended or modified) and Seller's right to receive certain "Consummation Costs" as defined in the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated November 28, 2021 (ECF No. 19365, as the same may be amended or modified), including as such Claims are evidenced in proof of claim numbers 57622 and 33081 filed on May 25, 2018 in the above-captioned matter.  *See* Evidence of Partial Transfers of Claim, Exhibit 1; Proof of Claim Nos. 57622 and 33081, Exhibit 2.

WHEREFORE, pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, Seller hereby requests the Honorable Court to take notice of Assured's assignment of such Claims, including as evidenced by proof of claim numbers 57622 and 33081, as set forth in the document titled Evidence of Partial Transfers of Claim (Exhibit 1 hereto).

**RESPECTFULLY SUBMITTED.**

In New York, NY, this 7th day of December, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Order Further Amending Case Management Procedures*.  *See* ECF No. 17127.

Dated: December 7, 2021
New York, New York

| CASELLAS ALCOVER & BURGOS P.S.C. | CADWALADER, WICKERSHAM & TAFT LLP |
|---|---|
| By: /s/ Heriberto Burgos Pérez | By: /s/ Casey J. Servais |
| Heriberto Burgos Pérez | Howard R. Hawkins, Jr.* |
| USDC-PR No. 204,809 | Mark C. Ellenberg* |
| Ricardo F. Casellas-Sánchez | William J. Natbony* |
| USDC-PR No. 203,114 | Thomas J. Curtin* |
| Diana Pérez-Seda | Casey J. Servais* |
| USDC–PR No. 232,014 | 200 Liberty Street |
| P.O. Box 364924 | New York, New York 10281 |
| San Juan, PR 00936-4924 | Tel.: (212) 504-6000 |
| Tel.: (787) 756-1400 | Fax: (212) 406-6666 |
| Fax: (787) 756-1401 | Email: howard.hawkins@cwt.com |
| E-mail: hburgos@cabprlaw.com | mark.ellenberg@cwt.com |
| rcasellas@cabprlaw.com | bill.natbony@cwt.com |
| dperez@cabprlaw.com | thomas.curtin@cwt.com |
| | casey.servais@cwt.com |

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp.*

*Counsel for Assured Guaranty Corp.*

-3-