**UNITED STATES DISTRICT
COURT DISTRICT OF
PUERTO RICO**

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

      as representative of

THE COMMONWEALTH OF PUERTO
RICO, *et al.*,

      Debtors.[*]

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

## NOTICE OF PARTIAL ASSIGNMENT OF CLAIM

TO THE HONORABLE COURT:

      On December 6, 2021, Assured Guaranty Corp. ("Assured" or "Seller") sold,

transferred and assigned unto U.S. Bank National Association and its successors and assigns (i) all

of Seller's rights, title and interest in and to the claims (the "Claims") in the Title III Proceedings

arising out of its interests in the bonds issued on May 7, 2008 by the Commonwealth of Puerto

---

[*]    The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Rico (the "Debtor"), identified by CUSIP 74514LTJ6 and referred to as Commonwealth of Puerto

Rico Public Improvement Refunding Bonds, Series 2008 A, excluding Seller's right to vote with

respect to the Claims on the *Seventh Amended Title III Joint Plan of Adjustment of the

Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (ECF No. 17627, as the same may be

amended or modified) and Seller's right to receive certain "Consummation Costs" as defined in

the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto

Rico, et al.*, dated November 28, 2021 (ECF No. 19365, as the same may be amended or modified),

including as such Claims are evidenced in proof of claim numbers 57622 and 33081 filed on May

25, 2018 in the above-captioned matter. *See* Evidence of Partial Transfers of Claim, Exhibit 1;

Proof of Claim Nos. 57622 and 33081, Exhibit 2.

WHEREFORE, pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy

Procedure, Seller hereby requests the Honorable Court to take notice of Assured's assignment of

such Claims, including as evidenced by proof of claim numbers 57622 and 33081, as set forth in

the document titled Evidence of Partial Transfers of Claim (Exhibit 1 hereto).

**RESPECTFULLY SUBMITTED.**

In New York, NY, this 7th day of December, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all counsel of record, and will provide hard copies to the Court and United States

Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Order

Further Amending Case Management Procedures*. *See* ECF No. 17127.

Dated:  December 7, 2021
        New York, New York


**CASELLAS ALCOVER & BURGOS P.S.C.**

By: /s/   Heriberto Burgos Pérez
        Heriberto Burgos Pérez
        USDC-PR No. 204,809
        Ricardo F. Casellas-Sánchez
        USDC-PR No. 203,114
        Diana Pérez-Seda
        USDC–PR No. 232,014
        P.O. Box 364924
        San Juan, PR 00936-4924
        Tel.: (787) 756-1400
        Fax: (787) 756-1401
        E-mail:  hburgos@cabprlaw.com
                 rcasellas@cabprlaw.com
                 dperez@cabprlaw.com


*Counsel for Assured Guaranty Corp.*


**CADWALADER, WICKERSHAM &
TAFT LLP**

By: /s/   Casey J. Servais
        Howard R. Hawkins, Jr.*
        Mark C. Ellenberg*
        William J. Natbony*
        Thomas J. Curtin*
        Casey J. Servais*
        200 Liberty Street
        New York, New York 10281
        Tel.: (212) 504-6000
        Fax: (212) 406-6666
        Email:  howard.hawkins@cwt.com
                mark.ellenberg@cwt.com
                bill.natbony@cwt.com
                thomas.curtin@cwt.com
                casey.servais@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Corp.*