UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

    Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER GRANTING THIRD URGENT CONSENTED MOTION
OF THE COMMONWEALTH OF PUERTO RICO FOR EXTENSION OF DEADLINES

    Upon the *Third Urgent Consented Motion of the Commonwealth of Puerto Rico for Extension of Deadlines* (the "Urgent Motion");[2] and the Court having found it has subject matter jurisdiction of this matter pursuant to PROMESA section 306; and it appearing that venue in this district is proper pursuant to PROMESA section 307; and the Court having found that the relief requested in the Urgent Motion is in the best interests of the Commonwealth and Ms. Guinot; and the Court having found that the Debtor provided adequate and appropriate notice of the Urgent Motion under the circumstances and that no other or further notice is required; and the Court having reviewed the Urgent Motion; and the Court having determined that the factual bases set forth in the Urgent Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Urgent Motion.

1. The Urgent Motion is granted as set forth herein.

2. The deadline to respond to the Motion to Set Aside shall be extended by fourteen (14) days, from Tuesday, December 7, 2021, to **Tuesday, December 21, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.

3. The deadline for Ms. Guinot to file a reply shall also be extended by fourteen (14) days, from Tuesday, December 14, 2021, to **Tuesday, December 28, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.

4. The Court will thereafter take the Motion to Set Aside on submission, unless the Court determines that a hearing is necessary.

5. This Order resolves Docket Entry No. 19437 in Case No. 17-3283.

SO ORDERED.

Dated: December 7, 2021

   /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge