UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | |
| Debtors. | |

------------------------------------------------------------------x

**[Related to Docket #19430]**

**INFORMATIVE MOTION – DECEMBER 15 AND 16, 2021 OMNIBUS HEARING**

Dated: December 7, 2021

### INFORMATIVE MOTION – DECEMBER 15 AND 16, 2021 OMNIBUS HEARING

Peter C. Hein, pro se, an individual bondholder, hereby files this Informative Motion in accordance with the Court's Order regarding Procedures (#19430). I am not currently aware of any motion to which I am a party that is scheduled to be heard on December 15 or 16, 2021, however, I request an opportunity to be heard at the December 15 and 16, 2021 hearing on any matters that concern me. A Party Appearance Cover Sheet is attached as Exhibit A.

December 7, 2021

Respectfully Submitted,

/s/ Peter C. Hein
Peter C. Hein, pro se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com

917-539-8487

# EXHIBIT A
# PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Peter C. Hein |
| Party Name Abbreviation (For Use with Zoom) | Pro se / Hein, Peter |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of<br><br>Or<br><br>Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Peter C. Hein<br>petercheinsr@gmail.com<br>9175398487 |
| If a Party files a supplemental Party appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |

## Certificate of Service

I, Peter C. Hein, certify that I have caused "Informative Motion – December 15 and 16, 2021 Omnibus Hearing " to be served via the Court's CM/ECF system.

December 7, 2021

                                                      /s/ Peter C. Hein
                                                        Peter C. Hein