## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF ANNUAL HOURLY RATE ADJUSTMENT PURSUANT TO ENGAGEMENT LETTER, DATED NOVEMBER 25, 2016, OF O'NEILL & BORGES LLC , AS ATTORNEYS FOR THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO

**PLEASE TAKE NOTICE** that, pursuant to this Court's *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or other Sub-Retained Professionals* [Docket No. 7678] (the "Additional Presumptive Standards Order"),[2] O'Neill & Borges LLC ("O&B"), as attorneys for the Financial Oversight and Management Board for Puerto Rico, as Title III representative of the Debtors in the above-captioned Title III cases (the "Title III Cases"), hereby informs the Court and public of the automatic annual rate adjustment in its engagement letter on a timekeeper-by-timekeeper basis (the "Rate Adjustment"), set forth on **Exhibit A** attached hereto and effective on January 1, 2022 (the "Effective Date").

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Additional Presumptive Standards Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Additional Presumptive Standards Order, attached hereto as **Exhibit B** is O&B's certification in support of the Rate Adjustment.

Dated: December 8, 2021
      San Juan, Puerto Rico

Respectfully submitted,

*/s/   Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

**<u>Exhibit A.</u>**

## Hourly Billing Rates of O'Neill & Borges LLC

| Timekeeper Number | Bar Admission Date | Name | 2021 Rate | 2022 Rate |
|---|---|---|---|---|
| **2021 SENIOR COUNSEL** | | | | |
| 1150 | 1985 | J. Pietrantoni | 360.00 | 360.00 |
| **2021 MEMBERS** | | | | |
| 1132 | 1986 | J.R. Cacho | 355.00 | 360.00 |
| 1134 | 1987 | R. M. Lázaro | 355.00 | 360.00 |
| 1135 | 1985 | R. M. González | 345.00 | 350.00 |
| 1139 | 1988 | J.A. Aquino | 345.00 | 350.00 |
| 1146 | 1988 | C. García-Benítez | 340.00 | 345.00 |
| 1148 | 1992 | C.A. Valldejuly | 320.00 | 325.00 |
| 1152 | 1988 | Y. López | 285.00 | 290.00 |
| 1153 | 1996 | S. Rosado | 310.00 | 315.00 |
| 1154 | 1996 | A. Alvarez Ibañez | 315.00 | 325.00 |
| 1155 | 1992 | A. L. Roig | 310.00 | 315.00 |
| 1156 | 1994 | J.L. Marrero | 325.00 | 330.00 |
| 1157 | 1994 | D. Rivé-Power | 325.00 | 330.00 |
| 1158 | 1996 | E. Nieves | 310.00 | 320.00 |
| 1159 | 1997 | M. Correa Cestero | 285.00 | 290.00 |
| 1160 | 1997 | J.F. Benítez | 260.00 | 265.00 |
| 1161 | 1997 | I. Collazo | 285.00 | 290.00 |
| 1163 | 1995 | I. Vincenty Medina | 330.00 | 335.00 |
| 1164 | 1999 | H.D. Bauer | 325.00 | 330.00 |
| 1168 | 2000 | J. Vázquez | 285.00 | 290.00 |
| 1169 | 1997 | C. E. George | 260.00 | 265.00 |
| 1171 | 2002 | C. Morazzani | 275.00 | 280.00 |
| 1175 | 1994 | M.B.A. Iraolagoitia | 320.00 | 325.00 |
| 1176 | 1995 | S. Antonetti | 315.00 | 325.00 |
| 1177 | 2003 | M. Marichal | 270.00 | 275.00 |

1

| Timekeeper Number | Bar Admission Date | Name | 2021 Rate | 2022 Rate |
|---|---|---|---|---|
| 1181 | 2002 | W.F. Alomar | 270.00 | 275.00 |
| 1182 | 2005 | D. González | 220.00 | 230.00 |
| 1186 | 2006 | R. Hernández | 235.00 | 245.00 |
| 1187 | 2007 | U.M. Fernández | 230.00 | 235.00 |
| 1188 | 2007 | A.M. Rodríguez | 235.00 | 240.00 |
| 1191 | 2009 | V.M. Miranda | 240.00 | 245.00 |
| 1192 | 2005 | J.L. Notario | 235.00 | 245.00 |
| 1193 | 2008 | A.L. Collazo | 230.00 | 235.00 |
| 1195 | 2009 | M. Ramírez | 235.00 | 245.00 |
| 1196 | 2009 | A.J. Bayouth | 205.00 | 210.00 |
| 1197 | 2008 | G. Gutierrez | 245.00 | 250.00 |
| 1198 | 2012 | N. Berio | 235.00 | 245.00 |
| 1199 | 2010 | O. Sepúlveda | 220.00 | 225.00 |
| 1200 | 2009 | A.A. Montes | 220.00 | 225.00 |
| 1203 | 2013 | D. Ortíz | 220.00 | 240.00 |
| **2021 ASSOCIATES** | | | | |
| 2141 | 2015 | A. García | 190.00 | 200.00 |
| 2145 | 2016 | N. Marin Cátala | 185.00 | 190.00 |
| 2156 | 2017 | J. Candelaria | 190.00 | 195.00 |
| 2157 | 2017 | A. Moreno | 180.00 | 185.00 |
| 2161 | 2017 | K. Morales | 190.00 | 195.00 |
| 2164 | 2018 | P. González | 190.00 | 200.00 |
| 2165 | 2016 | C. Vázquez | 185.00 | 190.00 |
| 2166 | 2018 | F.G. Rodríguez | 185.00 | 190.00 |
| 2167 | 2012 | R. Casellas | 205.00 | 210.00 |
| 2170 | 2018 | I. Rodríguez | 180.00 | 185.00 |
| 2172 | 2019 | L. Gely | 170.00 | 175.00 |
| 2173 | 2015 | A.A. Almonte | 195.00 | 205.00 |
| 2175 | 2018 | G. Miranda | 195.00 | 205.00 |

| Timekeeper Number | Bar Admission Date | Name | 2021 Rate | 2022 Rate |
|---|---|---|---|---|
| 2176 | 2015 | C.I. Marrero | 185.00 | 190.00 |
| 2179 | 2016 | A. Santiago | 185.00 | 190.00 |
| 2180 | 2020 | A.E. Vélez | 180.00 | 185.00 |
| 2181 | 2017 | A.O. Nieves | 185.00 | 190.00 |
| 2183 | 2013 | J.E. González Aldarondo | 200.00 | 210.00 |
| 2184 | 2019 | J.J. Colón | 180.00 | 185.00 |
| 2185 | 2020 | L.Díaz González | 170.00 | 175.00 |
| 2186 | 2021 | A.A. Román | 175.00 | 180.00 |
| 2187 | 2019 | N.P. Vila | 180.00 | 185.00 |
| 2188 | 2015 | O.M. Fuentes | 195.00 | 200.00 |
| 2189 | 2019 | N. Torres | 180.00 | 185.00 |
| 2190 | 2021 | M. Lugo Colon | 175.00 | 180.00 |
| 2191 | 2021 | Owen .A Rivera | - | 185.00 |
| 2192 | 2021 | N. Martinez | - | 180.00 |
| 2193 | Will be admitted in early 2022 | M.M. Gallardo | - | 180.00 |
| 2194 | Will be admitted in early 2022 | K. M. Negron | - | 180.00 |
| 2195 | Will be admitted in early 2022 | K. I. Lopez | - | 180.00 |
| 2196 | 2019 | H. M. Tzieply | - | 180.00 |
| **2021 PARALEGALS** | | | | |
| 7004 | N/A | O. M. Alicea | 160.00 | 165.00 |
| 7043 | N/A | L. Jiménez | 145.00 | 145.00 |
| 7044 | N/A | C.D. Leon | 150.00 | 150.00 |
| 7047 | N/A | M. M. Amaro | 150.00 | 150.00 |
| 7052 | N/A | V. Sánchez | 160.00 | 165.00 |

3

## EXHIBIT B

**Certification of Hermann D. Bauer, Esq.**

## DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br>Debtors.[3] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**CERTIFICATION OF HERMANN D. BAUER IN RESPECT OF AUTOMATIC
HOURLY RATE ADJUSTMENT PURSUANT TO ENGAGEMENT LETTER,
DATED NOVEMBER 23, 2016, OF O'NEILL & BORGES LLC, AS ATTORNEYS FOR
THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO**

I, Hermann D. Bauer, hereby certify that:

1.        I am a member of the law firm of O'Neill & Borges LLC ("O'Neill & Borges"),

with offices located at 250 Muñoz Rivera Ave., Ste. 800, San Juan, Puerto Rico 00918-1813.

O'Neill & Borges is Co-Attorney for the Financial Oversight and Management Board for Puerto

Rico (the "Oversight Board"), the representative of the Debtors in the above-captioned title III

cases (the "Title III Cases") pursuant to section 315(b) of the *Puerto Rico Oversight, Management,*

*and Economic Stability Act* ("PROMESA").[4]  I have personal knowledge of all of the facts set

forth in this certification, except as expressly stated herein.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4)
digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico
("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii)
Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four
Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy
Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the
Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four
Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-
BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority
("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case
numbers are listed as Bankruptcy Case numbers due to software limitations).

[4] PROMESA has been codified in 48 U.S.C. §§ 2101-2241.

2.      In accordance with the Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or Other Sub-retained Professionals entered on June 26, 2019 [Docket No. 7678] (the "Additional Presumptive Standards Order"), this certification is made in respect of O&B's hourly rate adjustment provided for in its engagement letter dated November 23, 2016, on a timekeeper-by-timekeeper basis, (the "Rate Adjustment"), as set forth in **Schedule I** attached hereto, effective as of January 1, 2022 (the "Effective Date").

3.      In accordance with paragraph 2 of the Additional Presumptive Standards Order, I hereby certify that:

a)      O'Neill & Borges is authorized, pursuant to the terms of the contract between and among it and the Oversight Board,[5] to increase the hourly rates for its timekeepers, both with respect to the Effective Date and the amounts set forth on Exhibit A to the Notice, on a timekeeper-by-timekeeper basis **at the end of its fiscal year**.  The Oversight Board is advised of O'Neill & Borges' practice of periodic rate adjustments as set forth in the engagement letter dated November 23, 2016 (the "Retention Date");

a)      O&B negotiated the Rate Adjustment with the Oversight Board in good faith and at arms' length in November 2016.  The Oversight Board is advised of the Rate Adjustment as set forth in the Engagement Letter.O'Neill & Borges performs annual reviews of its associates' work, and annual reviews of its paralegals' work, based on demonstrated expertise, ability, level of responsibility, professional learning and other related factors, and adjusts compensation and hourly billing rates on a timekeeper-by-timekeeper basis as of November 30 of each year;

b)      Attached hereto as Schedule 1 is a true and complete hourly rate schedule for the firm's professionals, by year of bar admission, both before and after implementation of the proposed Rate Adjustment;

c)      The proposed Rate Adjustment imposed for O&B's timekeepers working on these Title III Cases are presumptively reasonable and consistent, both in amount and timing, with those imposed for O&Bs' timekeepers not working on these Title III Cases;

---

[5]   A copy of the engagement letter is available on the Oversight Board's website at http://oversightboard.pr.gov/documents/.

2

a)      Pursuant to the Engagement Letter, O&B agreed to apply a 10% discount on fees on all subsequent invoices.  In light of that, the rates charged by O&B timekeepers in these Title III Cases, even with the rate increase to become effective on January 1, 2022, are significantly below those charged by O&B's timekeepers on matters other than these Title III Cases, and are presumptively reasonable.

Dated: December 10, 2021
       San Juan, Puerto Rico

Respectfully submitted,

*/s/   Hermann D. Bauer*

Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel:  (787) 764-8181
Fax:  (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

3

## Schedule I

## Hourly Billing Rates of O'Neill & Borges LLC

| Timekeeper Number | Bar Admission Date | Name | 2021 Rate | 2022 Rate |
|---|---|---|---|---|
| **2021 SENIOR COUNSEL** | | | | |
| 1150 | 1985 | J. Pietrantoni | 360.00 | 360.00 |
| **2021 MEMBERS** | | | | |
| 1132 | 1986 | J.R. Cacho | 355.00 | 360.00 |
| 1134 | 1987 | R. M. Lázaro | 355.00 | 360.00 |
| 1135 | 1985 | R. M. González | 345.00 | 350.00 |
| 1139 | 1988 | J.A. Aquino | 345.00 | 350.00 |
| 1146 | 1988 | C. García-Benítez | 340.00 | 345.00 |
| 1148 | 1992 | C.A. Valldejuly | 320.00 | 325.00 |
| 1152 | 1988 | Y. López | 285.00 | 290.00 |
| 1153 | 1996 | S. Rosado | 310.00 | 315.00 |
| 1154 | 1996 | A. Alvarez Ibañez | 315.00 | 325.00 |
| 1155 | 1992 | A. L. Roig | 310.00 | 315.00 |
| 1156 | 1994 | J.L. Marrero | 325.00 | 330.00 |
| 1157 | 1994 | D. Rivé-Power | 325.00 | 330.00 |
| 1158 | 1996 | E. Nieves | 310.00 | 320.00 |
| 1159 | 1997 | M. Correa Cestero | 285.00 | 290.00 |
| 1160 | 1997 | J.F. Benítez | 260.00 | 265.00 |
| 1161 | 1997 | I. Collazo | 285.00 | 290.00 |
| 1163 | 1995 | I. Vincenty Medina | 330.00 | 335.00 |
| 1164 | 1999 | H.D. Bauer | 325.00 | 330.00 |
| 1168 | 2000 | J. Vázquez | 285.00 | 290.00 |
| 1169 | 1997 | C. E. George | 260.00 | 265.00 |
| 1171 | 2002 | C. Morazzani | 275.00 | 280.00 |
| 1175 | 1994 | M.B.A. Iraolagoitia | 320.00 | 325.00 |
| 1176 | 1995 | S. Antonetti | 315.00 | 325.00 |

4

| Timekeeper Number | Bar Admission Date | Name | 2021 Rate | 2022 Rate |
|---|---|---|---|---|
| 1177 | 2003 | M. Marichal | 270.00 | 275.00 |
| 1181 | 2002 | W.F. Alomar | 270.00 | 275.00 |
| 1182 | 2005 | D. González | 220.00 | 230.00 |
| 1186 | 2006 | R. Hernández | 235.00 | 245.00 |
| 1187 | 2007 | U.M. Fernández | 230.00 | 235.00 |
| 1188 | 2007 | A.M. Rodríguez | 235.00 | 240.00 |
| 1191 | 2009 | V.M. Miranda | 240.00 | 245.00 |
| 1192 | 2005 | J.L. Notario | 235.00 | 245.00 |
| 1193 | 2008 | A.L. Collazo | 230.00 | 235.00 |
| 1195 | 2009 | M. Ramírez | 235.00 | 245.00 |
| 1196 | 2009 | A.J. Bayouth | 205.00 | 210.00 |
| 1197 | 2008 | G. Gutierrez | 245.00 | 250.00 |
| 1198 | 2012 | N. Berio | 235.00 | 245.00 |
| 1199 | 2010 | O. Sepúlveda | 220.00 | 225.00 |
| 1200 | 2009 | A.A. Montes | 220.00 | 225.00 |
| 1203 | 2013 | D. Ortíz | 220.00 | 240.00 |
|  |  |  |  |  |
|  |  | **2021 ASSOCIATES** |  |  |
| 2141 | 2015 | A. García | 190.00 | 200.00 |
| 2145 | 2016 | N. Marin Cátala | 185.00 | 190.00 |
| 2156 | 2017 | J. Candelaria | 190.00 | 195.00 |
| 2157 | 2017 | A. Moreno | 180.00 | 185.00 |
| 2161 | 2017 | K. Morales | 190.00 | 195.00 |
| 2164 | 2018 | P. González | 190.00 | 200.00 |
| 2165 | 2016 | C. Vázquez | 185.00 | 190.00 |
| 2166 | 2018 | F.G. Rodríguez | 185.00 | 190.00 |
| 2167 | 2012 | R. Casellas | 205.00 | 210.00 |
| 2170 | 2018 | I. Rodríguez | 180.00 | 185.00 |
| 2172 | 2019 | L. Gely | 170.00 | 175.00 |

| Timekeeper Number | Bar Admission Date | Name | 2021 Rate | 2022 Rate |
|---|---|---|---|---|
| 2173 | 2015 | A.A. Almonte | 195.00 | 205.00 |
| 2175 | 2018 | G. Miranda | 195.00 | 205.00 |
| 2176 | 2015 | C.I. Marrero | 185.00 | 190.00 |
| 2179 | 2016 | A. Santiago | 185.00 | 190.00 |
| 2180 | 2020 | A.E. Vélez | 180.00 | 185.00 |
| 2181 | 2017 | A.O. Nieves | 185.00 | 190.00 |
| 2183 | 2013 | J.E. González Aldarondo | 200.00 | 210.00 |
| 2184 | 2019 | J.J. Colón | 180.00 | 185.00 |
| 2185 | 2020 | L.Díaz González | 170.00 | 175.00 |
| 2186 | 2021 | A.A. Román | 175.00 | 180.00 |
| 2187 | 2019 | N.P. Vila | 180.00 | 185.00 |
| 2188 | 2015 | O.M. Fuentes | 195.00 | 200.00 |
| 2189 | 2019 | N. Torres | 180.00 | 185.00 |
| 2190 | 2021 | M. Lugo Colon | 175.00 | 180.00 |
| 2191 | 2021 | Owen .A Rivera | - | 185.00 |
| 2192 | 2021 | N. Martinez | - | 180.00 |
| 2193 | Will be admitted in early 2022 | M.M. Gallardo | - | 180.00 |
| 2194 | Will be admitted in early 2022 | K. M. Negron | - | 180.00 |
| 2195 | Will be admitted in early 2022 | K. I. Lopez | - | 180.00 |
| 2196 | 2019 | H. M. Tzieply | - | 180.00 |
| **2021 PARALEGALS** | | | | |
| 7004 | N/A | O. M. Alicea | 160.00 | 165.00 |
| 7043 | N/A | L. Jiménez | 145.00 | 145.00 |
| 7044 | N/A | C.D. Leon | 150.00 | 150.00 |
| 7047 | N/A | M. M. Amaro | 150.00 | 150.00 |
| 7052 | N/A | V. Sánchez | 160.00 | 165.00 |

6