UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER REGARDING ADJOURNED OMNIBUS OBJECTIONS TO CLAIMS

This Order concerns the pending claim objections, initially noticed for (or adjourned to) the December 15, 2021, Omnibus Hearing with respect to claims on account of which responses have been submitted by claimants (formally or informally) (collectively, the "Adjourned Claim Objections"). Hearings concerning the Adjourned Claim Objections will be held on (i) **January 19-20, 2022**, at **9:30 a.m. Atlantic Standard Time** (8:30 a.m. Eastern Standard Time) (the "January Claim Objection Hearing") and (ii) **February 16-17, 2022**, at **9:30 a.m. Atlantic Standard Time** (8:30 a.m. Eastern Standard Time) (the "February Claim Objection Hearing" and, together with the January Claim Objection Hearing, the "Claim Objection Hearings").

The Oversight Board is directed to provide notice for each hearing day of the Claim Objection Hearings, substantially in the forms of the notice attached hereto as Exhibits A

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

(in English) and B (in Spanish) (the "Hearing Notice"), to each of the claimants associated with the Adjourned Claim Objections against whom the Oversight Board intends to prosecute a claim objection at the Claim Objection Hearings. Proceedings concerning a maximum of approximately fifteen (15) claimants may be noticed for 9:30 a.m. (AST) on each hearing date; proceedings concerning a maximum of approximately fifteen (15) claimants may be noticed for 10:30 a.m. (AST) on each hearing date; and proceedings concerning a maximum of approximately fifteen (15) claimants may be noticed for 11:30 a.m. (AST) on each hearing date. No additional speakers will be permitted unless the Court has been notified and the relevant pleadings have been filed at least 72 hours in advance of the relevant Claim Objection Hearing.

To the extent that the Oversight Board intends to prosecute an Adjourned Claim Objection with respect to a particular claim at the Claim Objection Hearings, the Oversight Board is directed to file, at least 14 days in advance of the relevant Claim Objection Hearing**,** (a) a reply in support of the Adjourned Claim Objection, (b) any portions of the respondent's response that were not filed on the docket, and (c) certified translations of any Spanish-language portions of the respondent's response. The Oversight Board must also file, at least 14 days in advance of the relevant Claim Objection Hearing, an informative motion identifying the Adjourned Claim Objections, claimants, and claims that will be the subject of the applicable Claim Objection Hearings. Any notice of transfer pursuant to the *Order (A) Authorizing Alternative Dispute Resolution Procedures, (B) Approving Additional Forms of Notice, and (C) Granting Related Relief* (Docket Entry No. 12576) or the *Order (A) Authorizing Administrative Reconciliation of Claims, (B) Approving Additional Form of Notice, and (C) Granting Related Relief* (Docket Entry No. 12274) with respect to any respondent's claim must be filed by the same deadline.

The Oversight Board must submit an electronic hearing binder to the Court to swaindprcorresp@nysd.uscourts.gov by **January 18, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **January 19, 2022**, and by **February 15, 2022**, at **12:00 p.m. (Atlantic Standard Time) (11:00 a.m. Eastern Standard Time)** for the hearing scheduled for **February 16, 2022**. The binder shall consist of one consolidated, bookmarked PDF containing CM/ECF-stamped courtesy copies of all of the pleadings relevant to each of the Claim Objection Hearings. The bookmarks must be placed so as to provide access to the pleadings for each of the matters to be heard.

Attorneys participating in the Claim Objection Hearings will be heard remotely via Zoom and/or telephone pursuant to a procedures order that will be issued prior to each of the Claim Objection Hearings. The Oversight Board must make a certified interpreter available at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767 (the "Courthouse") to assist Pro Se claimants during the Claim Objection Hearings, and at least one attorney representing the Oversight Board must also be present at the Courthouse for the Claim Objection Hearings. The Oversight Board must confer with the Clerk's Office of the United States District Court for the District of Puerto Rico (the "Clerk's Office") and follow any instructions provided by the Clerk's Office concerning the operation of the Claim Objection Hearings. All individuals present at the Courthouse for the Claim Objection Hearings must comply with the procedures set forth in the

section of the Hearing Notice titled "Safety Procedures at the Hearing" and the relevant COVID-19 protocols[2] upon arrival at Courthouse.

    To the extent the Oversight Board has not already done so, the Oversight Board must file notices of presentment seeking entry of orders sustaining the portions of the Adjourned Claim Objections to which no responses (formal or informal) have been received. After the conclusion of the Claim Objection Hearings, the Oversight Board must submit comprehensive proposed orders reflecting the dispositions of the relevant Adjourned Claim Objections, with exhibits identifying separately the claims as to which objections are sustained and those, if any, as to which the objections are overruled or adjourned.

    SO ORDERED.

Dated: December 8, 2021

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        United States District Judge

---

[2] The most recent COVID-19 protocols for the District Court for the District of Puerto Rico can be found here: https://www.prd.uscourts.gov/covid-19-pandemic-orders-and-important-information.