## Exhibit A

**Form of Notice (English)**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: <br><br> THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, <br><br> as representative of <br><br> THE COMMONWEALTH OF PUERTO RICO <u>et</u> <u>al.</u>, <br><br> Debtors. | PROMESA <br> Title III <br><br> No. 17 BK 3283-LTS <br><br> (Jointly Administered) |

**NOTICE OF HEARING AS TO CERTAIN CLAIMS SUBJECT TO THE THREE HUNDRED FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY TO MISCELLANEOUS DEFICIENT CLAIMS**

**PLEASE TAKE NOTICE THAT** the Commonwealth of Puerto Rico (the "Commonwealth"), Puerto Rico Highways and Transportation Authority ("HTA"), and Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS," collectively with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the representative of the Commonwealth and ERS pursuant to Section 315(b) of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"),[1] filed the *Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims* (the "Omnibus Objection") with the United States District Court for the District of Puerto Rico (the "Court").[2]

**PLEASE TAKE FURTHER NOTICE THAT** if your claim(s) is/are listed on **Exhibit A** to this Notice of Hearings, a hearing will be held on your claim(s) on **January 19, 2022**, at **9:30 a.m. Atlantic Standard Time** (8:30 a.m. Eastern Standard Time) (the "January 19 Claim Objection Hearing") before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. You may appear and speak at the January 19 Claim Objection Hearing. You should complete and return the claimant response form (the "Response Form"),

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

1

attached to this Notice of Hearing as Attachment 1, to indicate whether you intend to attend the January 19 Claim Objection Hearing.

---

### KEY POINTS

- **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON <u>EXHIBIT A</u> TO THIS NOTICE.**

- If your claim(s) is/are listed on <u>Exhibit A</u> to this Notice of Hearing, a hearing regarding your claim(s) against the Commonwealth, HTA, or ERS has been scheduled for January 19, 2022 at the time listed on Exhibit A.  To indicate whether you intend to attend the January 19 Claim Objection Hearing, please complete and return the Response Form attached to this Notice of Hearing as Attachment 1.

- If your claim(s) is/are not listed on <u>Exhibit A</u> to this Notice of Hearing, you SHOULD NOT appear at the January 19 Claim Objection Hearing.

- In the event that public health conditions require cancellation of the hearing, the Oversight Board will provide notice of the cancellation to you, and the hearing will be rescheduled for another date.

- Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.

- **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available). DO NOT call the Court.**

---

   **<u>January 19 Claim Objection Hearing on the Omnibus Objection</u>**.  If your claim is listed on **<u>Exhibit A</u>** to this Notice of Hearing, a hearing will be held on the Omnibus Objection as to your claim **on January 19, 2022**, at **9:30 a.m. Atlantic Standard Time** (8:30 a.m. Eastern Standard Time), before The Honorable Laura Taylor Swain of the United States District Court for the District of Puerto Rico.  **You may appear and speak at the hearing at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767**.

   **<u>Availability of Interpretation Services at January 19 Claim Objection Hearing</u>**.  For any claimant who may require Spanish-language interpretation services, the Debtors will provide a certified Spanish-language interpreter.  Each claimant is also free to bring to the hearing, at his or her own expense, a certified Spanish-English interpreter if such claimant does not wish to utilize the services of the interpreter provided by the Debtors.

   **<u>Response Forms to Be Submitted Prior to the January 19 Claim Objection Hearing</u>**.  To assist in preparing for and managing attendance at the hearing, any party whose claim is

listed on **Exhibit A** to this Notice of Hearing should submit the Response Form.  The Response Form will provide the Debtors and the Court staff important information regarding which claimants intend to appear at the January 19 Claim Objection Hearing, whether claimants intend to bring their own interpreters to the hearing or to rely on the interpreter provided by the Debtors, and whether claimants intend to submit additional supporting documentation in connection with their claim.

Response Forms must be submitted to Prime Clerk by **4:00 p.m. (Atlantic Standard Time)** on **January 12, 2022**.  You may submit your Response Form to Prime Clerk by email and/or mail.

> **Email**:  puertoricoinfo@primeclerk.com
> **Mailing Address**:  Commonwealth of Puerto Rico Claims Processing Center
>                              c/o Prime Clerk LLC
>                              850 Third Avenue
>                              Suite 412
>                              Brooklyn, NY 11232.

**DO NOT send your Response Form to the Court.  Doing so may result in delayed processing and exclusion from participation in the January 19 Claim Objection Hearing.**

**Additional Documentation in Support of Your Claim(s).**  If you wish to present any additional documentation in support of your claim at the January 19 Claim Objection Hearing, you **must** submit that documentation with your Response Form.

**Safety Procedures at the Hearing**.  Participants and visitors will be required to follow the current protocol for in-person hearings and trials during COVID-19 pandemic at the United States District Court for the District of Puerto Rico.  Spaces in the Courthouse will be subject to capacity restrictions, and you must follow directions from court personnel regarding such capacity restrictions.  The following rules must be followed at all times while at Court premises:

1. Face masks must be worn at all times. The mask must cover your nose and mouth.

2. While in the courtroom, you must sit in your assigned area and remain seated. You are not allowed to walk around the courtroom.

3. If you need to talk to someone, you must do so in the Atrium and respect social distancing guidelines.

4. Counsel seating area has been rearranged considering proper distancing. Moving chairs is not allowed.

5. Each time individuals speak from the lectern, they should use disinfecting wipes to clean the lectern's surface and the evidence presentation equipment.  DO NOT use the wipes to clean the screen located on top of the podium, the controls, or the plexiglass, as the content of the wipes might damage them.

6. Disposable microphone covers provided by Court personnel are to be used each time you speak from the lectern. Remember to remove them when leaving the area.

---

**Additional Resources and Who to Contact with Questions**

If you have any questions about this Notice of Hearing, about the January 19 Claim Objection Hearing, or about the Response Form, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico.  This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the status of your response, your claim, this notice, or your Response Form, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available).  Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.  Do not call the Court.

---

**Attachment 1**
**Claimant Response Form for January 19 Claim Objection Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>                  Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**RESPONSE FORM FOR CLAIMS TO BE HEARD
AT THE JANUARY 19 CLAIM OBJECTION HEARING**

Claim Number(s): _____

Claimant(s): _____

Attorney Name (if applicable): _____

Best Contact Information for Claimant:

Address:   _____

Telephone Number: _____

Email Address:   _____

[*Additional pages follow*]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5532-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

| **Please respond to the following questions by answering**<br>**-Yes *or* No -**<br>**on the line next to the question.** |
| --- |

I. <u>Attendance</u>

_____ I will attend the January 19 Claim Objection Hearing.

_____ I will not attend the January 19 Claim Objection Hearing.

_____ Please move the hearing for my claim to another date. I am requesting the change of date because: _____

II. <u>Interpreter Services</u>

_____ I do not need an interpreter.

_____ I do need an interpreter, and I intend to use the interpreter provided by the Debtors.

_____ I do need an interpreter, but I intend to bring my own certified Spanish-English interpreter.

III. <u>Documents and Information</u>

_____ I have attached additional documentation in support of my claim(s) to this Response Form.

_____ I do not have any additional documentation that I intend to use in support of my claim(s) at the January 19 Claim Objection Hearing beyond what I previously included with my claim(s) and what I filed with my response to the Omnibus Objection.

IV. <u>COVID-19 Vaccination Status</u>

_____ Fully vaccinated.

_____ One dose.

_____ Not vaccinated.

[Signature of the Claimant or the Claimant's Authorized Representative]

By: _____
[Printed Name]

3