**Exhibit B**

**Form of Notice (Español)**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| Re:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FISCAL PARA PUERTO RICO,<br><br>    como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO <u>et al.</u>,<br><br>    Deudores. | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

**NOTIFICACIÓN DE VISTA PARA ATENDER CIERTAS RECLAMACIONES SUJETAS A LAS PRIMERAS TRESCIENTAS OBJECIONES GLOBALIZADAS (NO DE ÍNDOLE SUSTANTIVA) POR PARTE DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, EL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO POR MOTIVO DE RECLAMACIONES DEFICIENTES MISCELÁNEAS**

      **FAVOR DE DARSE POR NOTIFICADOS** de que el Estado Libre Asociado de Puerto Rico (el "<u>ELA</u>"), la Autoridad de Carreteras y Transportación de Puerto Rico ("<u>ACT</u>") y el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("<u>SRE</u>"), conjuntamente con el ELA y la ACT, los "Deudores", por conducto de y mediate la Junta de Supervisión y Administración Fiscal para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante del ELA y el SRE conforme a la Sección 315(b) de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico ("<u>PROMESA</u>" por sus siglas en inglés),[1] radicaron las *Primeras Trescientas Objeciones Globalizadas (No de Índole Sustantiva) por parte del Estado Libre Asociado de Puerto Rico, el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico y La Autoridad de Carreteras y Transportación de Puerto Rico por Motivo de Reclamaciones Deficientes* ("la <u>Objeción Globalizada</u>") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal</u>").[2]

      **FAVOR DE DARSE POR ENTERADOS, ADEMÁS, DE QUE** si su(s) reclamación(es) se encuentra(n) incluida(s) en la lista del **Anexo A** en esta Notificación de Vista, entonces se estará celebrando una vista para atender su(s) reclamación(es) el **19 de enero de 2022** a las **9:30 a.m. Hora Estándar del Atlántico** (8:30 a.m. Hora Estándar del Este) ("<u>Vista del 19 de enero para</u>

---

[1] La Ley PROMESA se encuentra codificada en el Código de los EE.UU., 48 §§ 2101-2241.

[2] Los términos en mayúscula que se usen en este documento, pero no se definan en el mismo tendrán el sentido que se dispone en la Objeción Globalizada.

1

Ventilar Objeciones a las Reclamaciones") ante la Honorable Juez Laura Taylor Swain en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Calle Carlos Chardón, Edificio Federal, San Juan, Puerto Rico 00918-1767. Usted podrá comparecer y expresarse en esa Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero. Debe llenar y devolver el formulario de respuesta del reclamante (el "Formulario de Respuesta") que viene adjunto a esta Notificación de Vista como Documento Adjunto 1, para indicar si tiene la intención de asistir a la Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero.

---

### PUNTOS CLAVE

- **POR FAVOR VERIFIQUE QUE SU(S) RECLAMACIÓN(ES) SE ENCUENTRE(N) INCLUIDAS EN EL ANEXO A DE ESTA NOTIFICACIÓN.**

- Si su(s) reclamación(es) está(n) incluida(s) en el Anexo A de esta Notificación de Vista, entonces hay una vista señalada para el 19 de enero de 2022 a la hora indicada en el durante la cual se atenderá(n) su(s) reclamación(es) contra el ELA, la ACT y el SRE. Para indicar si tiene la intención de asistir a la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, por favor llene y devuelva el Formulario de Respuesta que se adjunta a esta Notificación de Vista como Documento Adjunto 1.

- Si su(s) reclamación(es) no está(n) incluida(s) en el Anexo A de esta Notificación de Vista, entonces USTED NO DEBE comparecer a la Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero.

- Si las condiciones de salud pública nos obligan a cancelar la vista, la Junta de Supervisión le extenderá una notificación de cancelación y se volverá a señalar la vista para otra fecha posterior.

- Habrá copias de las Objeciones Globalizadas y todas las otras radicaciones en el Case del Título III disponibles gratuitamente en línea a través de https://cases.primeclerk.com/puertorico.

- **Si tiene preguntas, favor de comunicarse con Prime Clerk LLC al (844) 822-9231 (sin costo para EE.UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionas), disponible de 10:00 a.m. a 7:00 p.m. (hora estándar del Atlántico) (español disponible). NO llame al Tribunal.**

---

**Vista del 19 de enero para ventilar las Objeciones Globalizadas**. Si su reclamación aparece en la lista del **Anexo A** de esta Notificación de Vista, se estará celebrando una vista para atender las Objeciones Globalizadas contra su reclamación el **19 de enero de 2022** a las **9:30 a.m. Hora Estándar del Atlántico** (8:30 a.m. Hora Estándar del Este) ante la Honorable Juez Laura Taylor Swain del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico. **Usted podrá comparecer y expresarse en esa Vista en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Calle Carlos Chardón, Edificio Federal, San Juan, Puerto Rico 00918-1767.**

**Disponibilidad de Servicios de Interpretación durante la Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero.** Los Deudores le proveerán un intérprete certificado del idioma español a cualquier reclamante que pudiese requerir servicios de interpretación en el idioma español. Cada reclamante también está en libertad de traer a la vista su propio intérprete certificado de inglés-español, pagando dichos servicios por sí mismo, si dicho reclamante no desea utilizar os servicios del intérprete que provean los Deudores.

**Formularios de Respuesta Para Someter Previo a la Vista para Ventilar Objeciones a las Reclamaciones del 19 de enero.** Para ayudar con los preparativos y el manejo de la asistencia a la vista, todo aquel cuya reclamación se encuentre incluida en la lista del **Anexo A** de esta Notificación de Vista debe presentar el Formulario de Respuesta. El Formulario de Respuesta le brindará información importante a los Deudores y al personal del Tribunal sobre aquellos reclamantes que tienen la intención de comparecer a la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, si dichos reclamantes tienen la intención de traer a sus propios intérpretes a la vista o dependerán de los intérpretes que proporcionen los Deudores, y si los reclamantes tienen la intención de presentar documentación adicional relacionada a sus reclamaciones.

El Formulario de Respuestas se le debe enviar al Prime Clerk para las **4:00 p.m. (hora estándar del Atlántico)** a más tardar el **12 de enero de 2022**. Usted puede enviarle su Formulario de Respuesta al Prime Clerk por correo postal o electrónico.

**Email**: puertoricoinfo@primeclerk.com
**Dirección postal**: Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue
Suite 412
Brooklyn, NY 11232.

**NO le envíe su Formulario de Respuesta al Tribunal. De hacerlo, se le podría retrasar el procesamiento e incluso quedar excluido de la participación en la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones.**

**Documentación adicional de apoyo a su(s) reclamación(es).** Si usted desea presentar alguna documentación adicional en apoyo a su reclamación durante la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, **tiene** que presentar la documentación junto con su Formulario de Respuesta.

**Medidas de Seguridad durante la Vista**. Los participantes y visitantes tendrán que seguir el siguiente protocolo que ha puesto en vigor el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico a observarse durante vistas y juicios presenciales mientras dure la pandemia del COVID-19. Los espacios dentro del edificio del Tribunal estarán sujetos a restricciones de capacidad y usted debe seguir las instrucciones del personal del Tribunal en cuanto a estas restricciones. Estas son las reglas que debe seguir en todo momento una vez llegue a los predios del Tribunal y mientras permanezca en ellos:

1. Debe usar mascarillas en todo momento. Las mascarillas tienen que cubrir la nariz y la boca.

2. Mientras se encuentre en la sala, debe sentarse en el área que se le asigne y permanecer sentado. No se permite estar caminando por dentro de la sala.

3. Si necesita hablar con alguien, debe hacerlo en el Atrio, respetando la distancia que se debe guardar entre personas.

4. El área donde se sientan los abogados se ha reorganizado tomando en cuenta las debidas distancias entre personas. No se permite mover las sillas.

5. Se le sugiere que cuando hable desde el podio use las toallitas desinfectantes para limpiar las superficies y el equipo de presentación de evidencias. NO use las toallitas desinfectantes para limpiar la pantalla que se encuentra en la parte superior del podio, los controles, o el plexiglás, ya que los líquidos que contienen las toallitas pueden dañar estos instrumentos.

6. Las cubiertas desechables para los micrófonos que le suministre el personal del Tribunal se tienen que usar cada vez que vaya a hablar desde el podio. Recuerde quitarlas y llevárselas cada vez que termine y se retire del lugar.

**Recursos Adicionales y Quién Puede Contestar sus Preguntas**

Si tiene preguntas sobre esta Notificación de Vista, sobre la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, o sobre el Formulario de Respuesta, favor de comunicarse con la **línea directa del Prime Clerk** al **(844) 822-9231**.

Todos los documentos que se radican en los Casos bajo el Título III, incluyendo copias de reclamaciones radicadas a través del sistema CM/ECF, están disponibles en línea gratuitamente a través de https://cases.primeclerk.com/puertorico. Este es un portal que mantiene Prime Clerk e incluye una base de datos abierta para búsquedas que puede ayudarle a localizar documentos.

Si necesita información adicional sobre el estatus de su respuesta, su reclamación, esta notificación, o su Formulario de Respuesta, por favor comuníquese con la línea directa del Prime Clerk al **(844) 822-9231** (sin costo para EE.UU. y Puerto Rico) o al **(646) 486-7944** (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (hora del Atlántico) (español disponible). También puede enviar sus preguntas por correo electrónico a puertoricoinfo@primeclerk.com. No llame al Tribunal.

**Documento Adjunto 1**
**Formulario de Respuesta del Reclamante para la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones**

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| Re:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FISCAL PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO et al.,<br><br>Deudores. [1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente) |

**FORMULARIO DE RESPUESTA PARA RECLAMACIONES A VENTILARSE DURANTE LA VISTA DEL 19 DE ENERO PARA VENTILAR OBJECIONES A LAS RECLAMACIONES**

Número(s) de Reclamación(es): _____
Reclamante(s): _____
Nombre del Abogado (si tiene alguno): _____

Información de contacto preferible para el Reclamante:
Dirección: _____
Número de teléfono: _____
Correo electrónico: _____

[*Le siguen páginas adicionales*]

---

[1] Los Deudores en estos casos bajo el Título III, con sus números de caso respectivos bajo el Título III y los últimos cuatro (4) dígitos de su seguro social patronal federal, según aplique, son: (i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3481); (ii) Corporación del Fondo de Interés Apremiante ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 8474); (iii) Autoridad de Carreteras y Transportación ("ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3808); (iv) Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico ("SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 9686); (v) Autoridad de Energía Eléctrica ("AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3747) y (vi) la Autoridad de Edificios Públicos de Puerto Rico ("AEE", y conjuntamente con el ELA, COFINA, ACT, SRE, y AEE, los "Deudores") (Caso de Quiebra Núm. 19-B-5532-LTS) 4780-LTS) (Últimos cuatro dígitos del Seguro Social Patronal federal: 3801) (Los números de caso bajo el Título III aparecen con los números de caso de Quiebra debido a las limitaciones de programación).

2

| **Favor de responder a las siguientes preguntas con un -Sí *o* No - en la línea al lado de la pregunta.** |
|---|

I. <u>Asistencia</u>

_____ Estaré asistiendo a la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones.

_____ No estaré asistiendo a la Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones.

_____ Favor de mover la vista para escuchar mi reclamación en otra fecha. Estoy pidiendo un cambio de fecha por la siguiente razón:

_____

II. <u>Servicios de Intérprete</u>

_____ No necesito intérprete.

_____ Necesito un intérprete y voy a usar el intérprete que proporcionen los Deudores.

_____ Necesito un intérprete, pero voy a traer mi propio intérprete certificado de inglés-español.

III. <u>Documentos e información</u>

_____ Estoy adjuntando a este Formulario de Respuesta documentación adicional en apoyo a mi(s) reclamación(es).

_____ No tengo documentación adicional que piense usar en apoyo a mi(s) reclamación(es) durante le Vista del 19 de enero para Ventilar Objeciones a las Reclamaciones, aparte de lo que ya haya incluido anteriormente con mi(s) reclamación(es) y lo que ya haya radicado con mi respuesta a la Objeción Globalizada.

IV. <u>Vacuna contra el COVID-19</u>

_____ Ya tengo todas mis vacunas.

_____ Solamente tengo una dosis.

_____ No estoy vacunado/a.

[Firma del Reclamante o su Representante Autorizado]

Por: _____
[Nombre en letra del molde]

3