# REPLICA DE OBJECION GLOBAL

## I. DATOS DE CONTACTO

Nombre: Sara W. Delgado Garcia

Dirección Postal: P.O. Box 8054
Ponce, P.R. 00732-8054

Teléfono de contacto res. N/A cel. 787-485-3407

## II. Epígrafe

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 = LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de reclamante 174501
   Ley #89 = Retribución Uniforme Efectiva el 12 de julio de 1979

   Número de reclamante 177757
   Ley #89 = Romerazo = Efectiva en 1 de julio de 1995

## III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes las cuales fueron aprobadas durante el periodo de los años que PRTC era una agencia del Gobierno (ELA)

Ley #89 = Retribución de Uniforme = 12 de julio de 1979
Ley #89 = Romerazo = Efectiva en 1 de julio de 1995

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el 1 de diciembre de 1970 hasta el 29 de enero de 1978 Culmine mi laborar como Operadora Larga Distancia. Reingrese el 13 de marzo 1995 hasta el 1 de abril del 2017.

en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se está reclamando por las leyes aplicables que cubren estos años de servicio.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Sara W. Delgado Garcia__
Nombre en letra de molde

__Sara W. Delgado García__
Firma