

PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

### SARA WILNA DELGADO GARCIA
### XXX-XX-6912

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 1ro de diciembre de 1970; tuvo una separación de servicio efectivo el 29 de enero de 1978; posterior tuvo un reingreso el 13 de marzo de 1995.

- Trabajó como empleada regular hasta el 01 de abril de 2017.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a miércoles, 08 de julio de 2020.

*Abigail Alejandro González*
Abigail Alejandro González
Oficial de Compensación
Compensación y Récords