Sara W. Delgado
P.O. Box 8054
Ponce, P.R. 00732-8054



**FIRST CLASS**

Tribunal Distrito de los Estados Unidos
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767

**FIRST CLASS**

RECEIVED AND FILED
CLERK'S OFFICE
U.S. [illegible] COURT
SAN J[illegible]