**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### EXTENSION OF TIME TO FILE EXHIBITS IN SPANISH LANGUAGE

**TO THE HONORABLE COURT:**

    **COMES NOW** creditor Suiza Dairy Corp. ("Suiza"), through the undersigned counsel and, very respectfully state, alleges and pray:

  1. Suiza filed a Motion in Compliance with Order on November 24th, 2021.

  2. Suiza also filed with its motion multiple exhibits.

  3. That Exhibit 9 that was used to support the aforementioned motion was submitted in the Spanish language.

  4. That we request this Honorable Court for fifteen (15) additional days to submit the translation of said exhibit.

5. Therefore, Suiza respectfully requests fourteen (14) days to submit translations of the aforementioned exhibit.

**WHEREFORE,** the appearing Debtors respectfully pray this Honorable Court grant them fifteen (15) additional days to submit translations of the aforementioned exhibit.

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that I filed the foregoing through the CM/ECF System which will give notice of this filing all parties in interest.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of December of 2021.

By: */s/ Rafael A. Gonzalez Valiente*
USDC NO. 225209
Counsel for FirstBank Puerto Rico
Godreau & Gonzalez Law, LLC
PO Box 9024176
San Juan, PR 00902-4176
Telephone: 787-726-0077
*rgv@g-glawpr.com*