Celenia Reyes Padilla
Edf. 15 Apt. 160
Res. Virgilio Dávila
Bayamón, P.R. 00961

The United States Bankruptcy
Court of Puerto Rico
Jose V. Toledo Federal Building &
U.S. Courthouse
300 Recinto Sur Street
San Juan, P.R. 00901

United States Postage
Pitney Bowes
$001.96
02 1P
0001924212   OCT 28 2021
MAILED FROM ZIP CODE 00961

