# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>　　　as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>　　　Debtors.<br><br>WAL-MART PUERTO RICO, INC.<br>Proof of Claim No. 160793<br><br>　　　Respondent. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS)<br><br>(Jointly Administered)<br><br>THREE HUNDRED THIRD OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO AND EMPLOYEES RETIREMENT SYSTEM (ERS) OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CLAIMS FOR WHICH THE COMMONWEALTH AND ERS ARE NOT LIABLE. |

## MOTION TO INFORM WAL-MART PUERTO RICO, INC.'S APPEARANCE AT THE DECEMBER 15-16, 2021 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

**COMES NOW** Wal-Mart Puerto Rico, Inc. (hereafter "Wal-Mart") as creditor in the instant Title III case, by and through the undersigned legal counsel, and respectfully submits this motion in compliance with the Court's *Order Regarding Procedures for December 15-16, 2021 Omnibus Hearing* (Dkt. No. 19430) (the "Scheduling Order"):

　　　1.　　Attorney Antonio Bauzá-Santos and/or Guillermo J. Silva-Wiscovich of Bauzá Brau Irizarry & Silva will appear on behalf of Wal-Mart at the December 15-16, 2021 Omnibus Hearing (the "Omnibus Hearing"), which will be conducted virtually via videoconferencing (Zoom) and telephonic platforms, in connection with

the *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable* (Dkt. No.16030) and *Wal-Mart's Opposition to the Three Hundred Third Omnibus Objection (Substantive)* (Dkt. No. 16413).

2. The email address of Mr. Bauzá-Santos is antonio.bauza@bioslawpr.com and the email address of Mr. Silva-Wiscovich is gsilva@bioslawpr.com. Further, Mr. Bauzá-Santos and Mr. Silva-Wiscovich hereby submit their Party Appearance Cover Sheet as **Exhibit A** to this motion.

3. Wal-Mart reserves the right to be heard and present oral argument on any matter identified in the agenda to be filed by the Oversight Board in connection with the Omnibus Hearing, or to address any statement or issue that may be raised by any party at the Omnibus Hearing related to the Title III cases or adversary proceedings which may affect the interests of Wal-Mart. Wal-Mart also reserves the right to amend this motion as needed.

WHEREFORE, Wal-Mart respectfully requests the Court to take note of the foregoing and deem it in compliance with the Scheduling Order.

RESPECTFULLY SUBMITTED.

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all attorneys of record.

- 3 -

In San Juan, Puerto Rico, this 10th day of December, 2021.

*/s/Guillermo J. Silva-Wiscovich*
GUILLERMO J. SILVA-WISCOVICH
USDC-PR NO. 210708
BAUZÁ BRAU IRIZARRY & SILVA
PO BOX 13669
SAN JUAN, PR 00908
TEL. (787) 710-8262/723-8743
FAX: (787) 282-3673
Email: gsilva@bioslawpr.com

*/s/Antonio Bauzá Santos*
ANTONIO BAUZÁ SANTOS
USDC-PR NO. 229206
BAUZÁ BRAU IRIZARRY & SILVA
PO BOX 13669
SAN JUAN, PR 00908
TEL. (787) 710-8262/723-8758
FAX: (787) 282-3673
Email: antonio.bauza@bioslawpr.com

*Counsel for Respondent*
*Wal-Mart Puerto Rico, Inc.*