**EXHIBIT A**

PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Wal-Mart Puerto Rico, Inc. |
| Party Name Abbreviation<br>  (For Use with Zoom) | Wal-Mart |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number, and<br>• Docket Entry No. for the Attorney's Notice of Appearance | Antonio Bauzá-Santos<br>antonio.bauza@bioslawpr.com<br>Bauzá Brau Irizarry & Silva<br>(787) 710-8262/723-8758<br>Docket Entry No. 16972<br><br>and/or<br><br>Guillermo J. Silva-Wiscovich<br>gsilva@bioslawpr.com<br>Bauzá Brau Irizarry & Silva<br>(787) 710-8262/723-8743<br>Docket Entry No. 16973 |
| Plan Objection Docket Entry No. | Docket Entry No. 16413[1] |

---

[1] Wal-Mart filed an *Opposition* (Docket Entry No. 16413) to the *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are not Liable* (Docket Entry No. 16030).