# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-03283 (LTS)<br><br>(Jointly Administered) |

## INFORMATIVE MOTION REGARDING ATTENDANCE AT DECEMBER 15-16, 2021 OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Goldman Sachs & Co. LLC and Citigroup Global Markets Inc. (collectively, the "Underwriter Banks") hereby submit this Informative Motion in compliance with the *Order Regarding Procedures for December 15-16, 2021, Omnibus Hearing* [ECF No. 19430], and respectfully INFORM:

1. Howard S. Steel of Goodwin Procter LLP will speak on behalf of the Underwriter Banks at the December 15-16, 2021 Omnibus Hearing, which will be conducted by videoconferencing via Zoom due to the ongoing public health crisis.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801).

2. Iván Lladó, of Morrell, Cartagena & Dapena LLC, as local counsel for the Underwriter Banks will appear at the December 15-16, 2021 Omnibus Hearing, but does not seek to be heard.

3. Mr. Steel reserves the right to be heard on any matter raised by any party at the December 15-16, 2021 Omnibus Hearing as it concerns the Underwriter Banks related to the Title III Cases or the interests of the Underwriter Banks. The required Party Appearance Sheet accompanies this Informative Motion as **Exhibit A**.

**WHEREFORE**, Counsel respectfully requests this Honorable Court to take notice of the information stated above.

RESPECTFULLY SUBMITTED,

Dated: December 10, 2021

**GOODWIN PROCTER LLP**
/s/ *Howard S. Steel*
Douglas H. Flaum (*Pro Hac Vice*)
Charles A. Brown (*Pro Hac Vice*)
Howard S. Steel (*Pro Hac Vice*)
Stacy A. Dasaro (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Facsimile: (212) 355-3333
E-mail: dflaum@goodwinlaw.com
E-mail: cbrown@goodwinlaw.com
E-mail: hsteel@goodwinlaw.com
E-mail: sdasaro@goodwinlaw.com

*Counsel for Goldman Sachs & Co. LLC*

**GOODWIN PROCTER LLP**
/s/ *Marshall H. Fishman*
Marshall H. Fishman (*Pro Hac Vice*)
Meghan K. Spillane (*Pro Hac Vice*)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
Fax: (212) 355-3333

**MORELL, CARTAGENA & DAPENA LLC**
/s/ *Ramón E. Dapena*
Ramón E. Dapena
USDC-PR No. 125005
Iván Lladó
USDC-PR No. 302002
PO Box 13399
San Juan, Puerto Rico 00908
Telephone: (787) 723-1233
Facsimile: (787) 723-8763
Email: ramon.dapena@mbcdlaw.com
Email: ivanllado@mbcdlaw.com

*Counsel for Goldman Sachs & Co. LLC and Citigroup Global Markets Inc.*

ACTIVE/113933090.1

E-mail: mfishman@goodwinlaw.com
E-mail: mspillane@goodwinlaw.com

*Counsel for Citigroup Global Markets Inc.*

ACTIVE/113933090.1

# EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| **Name of Party**: Goldman Sachs & Co. LLC and Citigroup Global Markets Inc. | |
| Party Name Abbreviation (For Use with Zoom) | Goldman/Citi |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party :<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (*See* December Omnibus Hearing Procedures Order, ¶ 8(a)) | **Name**: Howard S. Steel<br>**Email**: hsteel@goodwinlaw.com<br>**Firm**: Goodwin Procter LLP<br>**Phone Number**: (212) 813-8800<br>**Notice of Appearance**: 17143<br>**Zoom Screen Name**:<br>Goldman/Citi / Steel, Howard / Goodwin |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| Note: Pursuant to the December Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. | |

ACTIVE/113933090.1