**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                             Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 19430** |

**INFORMATIVE MOTION OF THE AD HOC GROUP OF CONSTITUTIONAL DEBTHOLDERS PURSUANT TO ORDER REGARDING PROCEDURES FOR DECEMBER 15-16, 2021, OMNIBUS HEARING**

The Ad Hoc Group of Constitutional Debtholders (the "Ad Hoc Group") hereby files this Informative Motion pursuant to the *Order Regarding Procedures for December 15-16, 2021, Omnibus Hearing* [Dkt. No. 19430] (the "December Omnibus Hearing Procedures").[2]

The following attorneys intend to appear via Zoom on behalf of the Ad Hoc Group at the hearing commencing on December 15, 2021 at 9:00 a.m. (Eastern Standard Time), and continuing from time to time thereafter in accordance with the December Omnibus Hearing Procedures:

- Gary S. Lee, glee@mofo.com

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (iv) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) Last Four Digits of Federal Tax ID: 3808); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the December Omnibus Hearing Procedures.

- Andrew Kissner, akissner@mofo.com

- Gerardo A. Carlo, gacarlo@carlo-altierilaw.com

Counsel will be prepared to respond to—and reserves the right to be heard with respect to—any matters raised by the Court or to any statements made by any party in connection with the above-captioned Title III proceedings or any adversary proceedings currently pending in the above-captioned Title III proceedings.

In accordance with the December Omnibus Hearing Procedures Order, annexed as **Exhibit A** hereto is a completed Party Appearance Cover Sheet.

Date: December 10, 2021

| G. CARLO-ALTIERI LAW OFFICES, LLC | MORRISON & FOERSTER LLP |
|---|---|
| By: */s/ Gerardo A. Carlo* <br> Gerardo A. Carlo <br> USDC PR No. 112009 <br> Telephone: (787) 247-6680 <br> gacarlo@carlo-altierilaw.com <br><br> 254 San Jose St., Third Floor <br> San Juan, Puerto Rico 00901 <br> Telephone: (787) 247-6680 <br> Facsimile: (787) 919-0527 | By: */s/ Gary S. Lee* <br> James M. Peck (admitted *pro hac vice*) <br> Gary S. Lee (admitted *pro hac vice*) <br> James A. Newton (admitted *pro hac vice*) <br> Andrew R. Kissner (admitted *pro hac vice*) <br> 250 West 55th Street <br> New York, New York 10019 <br> Telephone: (212) 468-8000 <br> Facsimile: (212) 468-7900 <br> jpeck@mofo.com <br> glee@mofo.com <br> jnewton@mofo.com <br> akissner@mofo.com |

*Counsel for the Ad Hoc Group of Constitutional Debtholders*

ny-2303338

# Exhibit A

## Party Appearance Cover Sheet

| Name of Party | Ad Hoc Group of Constitutional Debtholders |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | AHGCD |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | **Gary S. Lee**<br>glee@mofo.com<br>Morrison & Foerster LLP<br>(212) 468-8042<br>Dkt. No. 18766<br>AHGCD / Lee, Gary / Morrison & Foerster<br><br>**Andrew R. Kissner**<br>akissner@mofo.com<br>Morrison & Foerster LLP<br>(212) 336-4117<br>Dkt. No. 18766<br>AHGCD / Kissner, Andrew / Morrison & Foerster<br><br>**Gerardo A. Carlo**<br>gacarlo@carlo-altierilaw.com<br>G. Carlo-Altieri Law Offices, LLC<br>(787) 247-6680<br>Dkt. No. 18766<br>AHGCD / Carlo, Gerardo / G. Carlo-Altieri Law Offices, LLC |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the December Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time | |

ny-2303338