**Exhibit A**

**Party Appearance Cover Sheet**

| Name of Party | Ad Hoc Group of Constitutional Debtholders |
|---|---|
| Party Name Abbreviation (For Use with Zoom) | AHGCD |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | **Gary S. Lee**<br>glee@mofo.com<br>Morrison & Foerster LLP<br>(212) 468-8042<br>Dkt. No. 18766<br>AHGCD / Lee, Gary / Morrison & Foerster<br><br>**Andrew R. Kissner**<br>akissner@mofo.com<br>Morrison & Foerster LLP<br>(212) 336-4117<br>Dkt. No. 18766<br>AHGCD / Kissner, Andrew / Morrison & Foerster<br><br>**Gerardo A. Carlo**<br>gacarlo@carlo-altierilaw.com<br>G. Carlo-Altieri Law Offices, LLC<br>(787) 247-6680<br>Dkt. No. 18766<br>AHGCD / Carlo, Gerardo / G. Carlo-Altieri Law Offices, LLC |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |
| **Note:** Pursuant to the December Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time | |

ny-2303338