# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| **In re** | PROMESA <br> Title III |
| **THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,** | No. 17 BK 3283-LTS <br><br> **(Jointly Administered)** |
| As a representative of | |
| **THE COMMONWEALTH OF PUERTO RICO** *et al.*, | Re: Dkt. No. 19430 <br><br> **Telephonic Hearing date:** December 15, 2021 at 10:00 a.m. (Atlantic Standard Time) |
| **Debtors.**[1] | |

## INFORMATIVE MOTION OF THE FEE EXAMINER PURSUANT TO ORDER REGARDING PROCEDURES FOR DECEMBER 15-16, 2021 OMNIBUS HEARING

The Fee Examiner appointed in these proceedings files this Informative Motion of the Fee Examiner pursuant to *Order Regarding Procedures for December 15-16, 2021 Omnibus Hearing* [Dkt. No. 19430]. The Fee Examiner's Party Appearance Cover Sheet is attached to this Informative Motion as **Exhibit A**. The Fee Examiner further states that:

1. On November 1, 2021, the Fee Examiner filed the *Eighth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and, (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747) Puerto Rico Public Buildings Authority ("PBA") Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*of Expenses for the Period From April 1, 2021 Through September 30, 2021* [Dkt. No. 19004] (the "**Eighth Fee Application**"). The Eighth Fee Application attached a proposed order as Exhibit I, which order was also submitted to chambers in MS Word format pursuant to the Fifteenth Amended Case Management and Administrative Procedures [Dkt. No. 17127-1].

2. On December 8, 2021, the Fee Examiner filed the Fee Examiner's Second Supplemental Report on Uncontested Interim Fee Applications Recommended for Court Approval and Preliminary Guidance for Professionals on the Anticipated Final Fee Application Process [Dkt. No. 19470] (the "**Second Supplemental Report**").

3. The Second Supplemental Report outlines the Fee Examiner's recommendations for the Court's approval, with adjustments and on an uncontested basis, of a group of interim applications for the Twelfth Interim Compensation Period (February 1, 2021-May 31, 2021) and prior interim fee periods.

4. The Second Supplemental Report attached a proposed order approving the uncontested fee applications (the "Proposed Order"). Counsel also submitted the Proposed Order to chambers in MS Word format pursuant to the Fifteenth Amended Case Management and Administrative Procedures [Dkt. No. 17127-1].

5. Pursuant to the Second Amended Order Setting Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Dkt. No. 3269], if no objections are timely filed, fee applications may be approved by Court order without a hearing, *id.* at 2(j), and the Court has done so in the past.

6. The Fee Examiner and counsel plan to participate in *listen only* (muted and no camera/video) mode for the Zoom omnibus hearing; however, the Fee Examiner and counsel will

be prepared to "unmute" themselves if the Court has questions regarding the Second Supplemental Report or if an objection is received to the Eighth Fee Application.

Dated this 10th day of December, 2021.

WE HEREBY CERTIFY that on this date, we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all attorneys of record registered in the use of the CM/ECF system.

EDGE Legal Strategies, PSC

*s/ Eyck O. Lugo*
Eyck O. Lugo
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Telephone: (787) 522-2000
Facsimile: (787) 522-2010
*Puerto Rico Counsel for Fee Examiner*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, WI 53703
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler (*Pro Hac Vice*)

*Counsel for the Fee Examiner*

26382003.1

3

# Exhibit A

**EXHIBIT A**

FEE EXAMINER'S PARTY APPEARANCE SHEET

| Name of Party | Fee Examiner |
|---|---|
| Party Name Abbreviation (For Use with Zoom²) | Fee Examiner |
| Omnibus Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See December Omnibus Hearing Procedures Order, ¶ 8(a)) | Brady C. Williamson<br>bwilliam@gklaw.com<br><br>Katherine Stadler<br>kstadler@gklaw.com<br><br>Godfrey & Kahn, S.C.<br>(608) 284-2636 (Mr. Williamson)<br>(608) 284-2654 (Ms. Stadler)<br><br>The Fee Examiner was appointed through the *Order Pursuant to Promesa Sections 316 and 317 and Bankruptcy Code Section 105(a) Appointing a Fee Examiner and Related Relief* [Dkt. No. 1416].<br><br>Zoom Screen Names:<br>Fee Examiner/Williamson, Brady/Godfrey & Kahn, S.C.<br><br>Fee Examiner/Stadler, Katherine/Godfrey & Kahn, S.C. |

26000189.1