**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al*.,<br><br>   Debtors.[1] | PROMESA<br><br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered)<br><br><br>Re: ECF No. 19430[2] |

**QUEST DIAGNOSTICS OF PUERTO RICO, INC.'S INFORMATIVE MOTION REGARDING APPEARANCE AT THE DECEMBER 15-16, 2021 OMNIBUS HEARING**

In accordance with the Order Regarding Procedures for December 15-16, 2021, Omnibus Hearing [ECF No. 19430], Quest Diagnostics of Puerto Rico, Inc. ("Quest"), by and through undersigned counsel, respectfully states as follows:

1. Brett D. Fallon (brett.fallon@faegredrinker.com) and/or Roger A. Maldonado (roger.maldonado@faegredrinker.com) of Faegre Drinker Biddle & Reath LLP and Mariana Muñiz Lara (mariana.muniz@dlapiper.com) of DLP Piper (Puerto Rico) LLC will speak on behalf of Quest at the December 15-16, 2021 Omnibus Hearing, which will be conducted by videoconferencing via Zoom due to the ongoing public health crisis.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780- LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] "ECF No." refers to documents filed in Case No. 17-BK-3283-LTS, unless otherwise noted.

ACTIVE.134938050.01

2. Mr. Fallon, Mr. Maldonado, and Ms. Muñiz Lara reserve the right to be heard on any matter raised by any party at the December 15-16, 2021 Omnibus Hearing that may concern or impact the rights, claims, or interests of Quest. The Required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

**WHEREFORE**, Quest respectfully requests that the Court take notice of the foregoing.

Dated: December 10, 2021

> **DLA PIPER (PUERTO RICO) LLC**
>
> By: /s/*Mariana Muñiz Lara*
> Mariana Muñiz Lara
> PRDC Bar No. 231,706
> Calle de la Tanca #500, Suite 401
> San Juan, PR 00901-1969
> Tel: (787) 945-9106
> Fax: (939) 697-6141
> mariana.muniz@dlapiper.com
>
> -and-
>
> **FAEGRE DRINKER BIDDLE & REATH LLP**
> Brett D. Fallon (*pro hac vice*)
> Jaclyn C. Marasco (*pro hac vice*)
> 222 Delaware Avenue, Suite 1410
> Wilmington, Delaware 19801
> Telephone: (302) 467-4224
> Facsimile: (302) 467-4201
> brett.fallon@faegredrinker.com
> jaclyn.marasco@faegredrinker.com
>
> *Counsel to Quest Diagnostics of Puerto Rico, Inc.*

ACTIVE.134938050.01

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants in this case.

/s/*Mariana Muñiz Lara*
Mariana Muñiz Lara

ACTIVE.134938050.01

# EXHIBIT A

## Party Appearance Sheet

| | |
|---|---|
| Name of Party | Quest Diagnostics of Puerto Rico, Inc. |
| Party Name Abbreviation (For use with Zoom) | Quest |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See December Omnibus Hearing Procedures Order, ¶ 8(a)) | **Brett D. Fallon**<br>brett.fallon@faegredrinker.com<br>Faegre Drinker Biddle & Reath LLP<br>(302) 467-4224<br>ECF Nos. 18754 & 18835<br>Zoom Screen Name: Quest / Fallon, Brett / Faegre Drinker Biddle & Reath LLP<br><br>**Roger A. Maldonado**<br>roger.maldonado@faegredrinker.com<br>Faegre Drinker Biddle & Reath LLP<br>(612) 766-7642<br>ECF Nos. 19066 & 19070<br>Zoom Screen Name: Quest / Maldonado, Roger / Faegre Drinker Biddle & Reath LLP<br><br>**Mariana Muñiz Lara**<br>mariana.muniz@dlapiper.com<br>DLA Piper (Puerto Rico) LLC<br>(787) 945-9106<br>ECF No. 18560<br>Zoom Screen Name: Quest / Muñiz Lara, Mariana / DLP Piper (Puerto Rico) LLC |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |
| **Note**: Pursuant to the December 15-16, 2021 Omnibus Hearing Procedures Order ¶ 1, the Financial Oversight and Management Board for Puerto Rico and the Puerto Rico Fiscal Agency and Financial Advisory Authority shall each be limited to 4 attorneys appearing in the Zoom session at any given time, and each other party-in-interest shall be limited to 2 attorneys at any given time. ||

ACTIVE.134938050.01