## Exhibit A

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 130169 | INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) | Union Grievance | $0.00 |