**Ricoh Puerto Rico, Inc.**
**Accounts receivable from the Commonwealth of Puerto Rico**
As of November 30, 2021

| Customer account | Credit zone | Document | Name | Sum of Grand total |
|---|---|---|---|---:|
| | | | DEPARTAMENTO DE HACIENDA Total | 84,485.56 |
| | | | OFICINA DEL GOBERNADOR Total | 70,038.57 |
| | | | ADMINISTRACION DE TERRENOS Total | 2,501.50 |
| | | | OFICINA DEL COMISIONADO DE INST FINANCIERAS Total | 4,296.96 |
| | | | COMISION ESTATAL ELECCIONES Total | 46,711.65 |
| | | | LOTERIA TRADICIONAL Total | 248,632.54 |
| | | | LA FORTALEZA Total | 124,991.33 |
| | | | DEPT DE RECURSOS NATURALES Y AMBIENTALES Total | 15,537.82 |
| | | | DEPARTAMENTO DE LA VIVIENDA Total | 190,809.40 |
| | | | OFIC COMISIONADO DE SEGUROS Total | 9,309.71 |
| | | | DEPARTAMENTO DE ESTADO Total | 30,529.69 |
| | | | ADMINISTRACION DE SERVICIOS GENERALES - ASG Total | 11,582.59 |
| | | | AUTORIDAD PARA EL REDESARROLLO DE ROSSEVELT ROADS Total | 6,307.08 |
| | | | DEPARTAMENTO DE LA VIVIENDA-SEC DE GERENCIA Total | 26,616.01 |
| | | | FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO Total | 4,919.89 |
| | | | LOTERIA ELECTRONICA Total | 7,056.00 |
| | | | DEPARTAMENTO DE HACIENDA Total | 84,485.56 |
| | | | OFICINA DEL GOBERNADOR Total | 70,038.57 |
| | | | ADMINISTRACION DE TERRENOS Total | 2,501.50 |
| | | | OFICINA DEL COMISIONADO DE INST FINANCIERAS Total | 4,296.96 |
| | | | COMISION ESTATAL ELECCIONES Total | 46,711.65 |
| | | | LOTERIA TRADICIONAL Total | 248,632.54 |
| | | | LA FORTALEZA Total | 124,991.33 |
| | | | DEPT DE RECURSOS NATURALES Y AMBIENTALES Total | 15,537.82 |
| | | | DEPARTAMENTO DE LA VIVIENDA Total | 190,809.40 |
| | | | OFIC COMISIONADO DE SEGUROS Total | 9,309.71 |
| | | | DEPARTAMENTO DE ESTADO Total | 30,529.69 |
| | | | ADMINISTRACION DE SERVICIOS GENERALES - ASG Total | 11,582.59 |
| | | | AUTORIDAD PARA EL REDESARROLLO DE ROSSEVELT ROADS Total | 6,307.08 |
| | | | DEPARTAMENTO DE LA VIVIENDA-SEC DE GERENCIA Total | 26,616.01 |
| | | | LOTERIA ELECTRONICA Total | 7,056.00 |
| | | | CORP DEL CENTRO CARDIOVASCULAR DE PR Y EL CARIBE Total | 84,644.25 |
| | | | DEPARTAMENTO DE AGRICULTURA Total | 64,061.35 |
| | | | OMEP REGION SAN JUAN Total | 23,566.31 |
| | | | SERVICIO DE ALIMENTO Y NUTRICION Total | 23,325.55 |
| | | | ADM DE CORRECCION Y REHABILITACION Total | 273,334.12 |
| | | | ADMINISTRACION VIVIENDA PUBLICA Total | 66,917.18 |
| | | | AUTORIDAD ESCOLAR DE ALIMENTO Total | 60,658.30 |
| | | | ESCUELA DE ARTES PLASTICAS Total | 1,588.47 |
| | | | AGENCIA ESTATAL MANEJO DE EMERGENCIAS-AEMEAD Total | 17,786.92 |
| | | | INST DE CULTURA DE PR Total | 1,512.80 |
| | | | GUARDIA NACIONAL DE SALINAS Total | 8,581.82 |
| | | | JUNTA DE RELACIONES DE TRABAJO Total | 5,098.86 |
| | | | COMISION INV PROC Y APELACIONES (CIPA) Total | 1,282.88 |
| | | | JUNTA DE CALIDAD AMBIENTAL Total | 51,247.86 |
| | | | OFICINA DE GERENCIA Y PERMISOS - OGPE Total | 30,299.52 |
| | | | COMISION DE SERVICIO PUBLICO Total | 10,085.09 |
| | | | BANCO GUBERNAMENTAL DE FOMENTO SUS SUBSIDIARIAS Y AFILIADAS Total | 14,445.73 |
| | | | AUTORIDAD DE CARRETERAS Total | 22,467.89 |
| | | | JUNTA DE PLANIFICACION Total | 2,859.32 |
| | | | ADM SERVICIOS MEDICOS (ASEM) Total | 75,442.84 |
| | | | GUARDIA NACIONAL DE PUERTO RICO Total | 31,451.82 |
| | | | JUNTA LIBERTAD BAJO PALABRA Total | 7,791.74 |
| | | | AUTORIDAD DE TIERRAS Total | 6,795.45 |
| | | | JUNTA DE GOBIERNO DEL SERVICIO 911 Total | 941.78 |
| | | | O.A.T.R.H. Total | 18,248.29 |
| | | | ASUNTOS FEDERALES-DEPTO DE EDUCACION Total | 132,431.26 |
| | | | OFIC DE GERENCIA Y PRESUPUESTO (OGP) Total | 5,876.13 |
| | | | ADM DE DESARROLLO LABORAL Total | 12,962.46 |
| | | | OFICINA PARA EL DESARROLLO SOCIOECONÓMICO Y COMUNITARIO DE PUERTO RICO | 26,477.68 |
| | | | CONSEJO DE EDUCACION DE PUERTO RICO Total | 750.16 |
| | | | CONSORCIO MAYAGUEZ-LAS MARIAS Total | 6,031.00 |
| | | | RECURSOS HUMANOS DEPTO. EDUCACION Total | 10,200.00 |
| | | | FONDO INTEGRAL PARA DESARROLLO AGRICOLA Total | 868.57 |
| | | | OFIC PROCURADORA PERSONAS EDAD AVANZADAS Total | 35,249.13 |
| | | | DIVISION LEGAL- DEPTO. EDUCACION Total | 568.03 |

**Ricoh Puerto Rico, Inc.**
**Accounts receivable from the Commonwealth of Puerto Rico**
As of November 30, 2021

| Customer account | Credit zone | Document | Name | Sum of Grand total |
|---|---|---|---|---|
| | | | DEPT TRANSP OBRAS  PUBLICAS (DTOP) Total | 243,741.91 |
| | | | CORP DE LA SUPERVISION Y SEG DE COOP (COSSEC) Total | 6,518.47 |
| | | | REGION EDUCATIVA DE SAN JUAN Total | 3,396.35 |
| | | | OF COMISIONADO ASUNTOS MUNICIPAL-OCAM Total | 389.76 |
| | | | OMEP REGION HUMACAO Total | 1,284.00 |
| | | | SUPERINTENDENCIA DEL CAPITOLIO Total | 19,040.75 |
| | | | OFICINA SERVICIOS LEGISLATIVOS Total | 10,453.05 |
| | | | REGION EDUCATIVA DE ARECIBO Total | 2,490.00 |
| | | | REGION EDUCATIVA DE MAYAGUEZ Total | 6,899.89 |
| | | | REGION EDUCATIVA DE CAGUAS Total | 376.56 |
| | | | DIVISION DE PRESUPUESTO Total | 2,160.83 |
| | | | AREA LOCAL DE DESARROLLO LABORAL DEL SUROESTE Total | 21,293.09 |
| | | | OFICINA DE COMPRAS Y SEGUIMIENTO Total | 33,626.52 |
| | | | DEPTO EDUCACIÓN SECRETARIA AUX FINANZAS Total | 4,011.76 |
| | | | DEPT EDUCACION AREA DE FINANZAS Total | 902.80 |
| | | | AUTORIDAD DE LOS PUERTOS Total | 39,506.83 |
| | | | OFICINA DE AUDITORIA INTERNA-DEPT EDUCACION Total | 3,120.00 |
| | | | OFICINA DE EXENCION CONTRIBUTIVA INDUSTRIAL Total | 6,279.04 |
| | | | OMEP REGION BAYAMON Total | 16,311.80 |
| | | | OFICINA ESTATAL DE POLÍTICA PÚBLICA ENERGÉTICA(OEPPE) Total | 32,859.35 |
| | | | AUTORIDAD METROPOLITANA DE AUTOBUSES-AMA Total | 25,994.15 |
| | | | OFICINA INSPECTOR GENERAL Total | 9,415.84 |
| | | | AUTORIDAD DE TRANSPORTE MARITIMO DE PUERTO RICO Total | 101,551.15 |
| | | | CONSORCIO DEL NORESTE Total | 2,994.03 |
| | | | CORP DEL CENTRO DE LAS BELLAS ARTES LUIS A FERRE Total | 11,076.96 |
| | | | ADMINISTRACION DE SEGUROS DE SALUD DE PR - ASES Total | 95,899.90 |
| | | | DEPT DE EDUCACION - IMPRENTA Total | (1,288.05) |
| | | | ESCUELA MARIA DOLORES FARIA Total | 88.96 |
| | | | COMISION DE ENERGIA DE PUERTO RICO Total | 398.48 |
| | | | AUTORIDAD DE TRANSPORTE INTEGRADO Total | 14,379.76 |
| | | | DEPTO DESARROLLO ECONOMICO Y COMERCIO Total | 10,434.91 |
| | | | REGION EDUCATIVA PONCE Total | 4,532.00 |
| | | | INN CAPITAL HOUSING DIVISION JOINT VENTURE Total | 30,603.60 |
| | | | AREA LOCAL DE DESARRO LABORAL NOROESTE Total | 2.79 |
| | | | CORPORACIÓN DE PR PARA LA DIFUSIÓN PÚBLICA (WIPR) Total | 15,342.76 |
| | | | AMERICAN MANAGEMENT AND ADM CORPORATION Total | 749.08 |
| | | | AUTORIDAD PARA LAS ALIANZAS PUBLICO PRIVADAS DE P.R. Total | 970.36 |
| | | | SABANA GRANDE-PROG.HEAD START Total | 20,358.62 |
| | | | COMISION DE DERECHOS CIVILES Total | 3,305.56 |
| | | | AREA LOCAL DESARROLLO LABORAL MANATI-DORADO Total | 3,820.06 |
| | | | AUTORIDAD DE ASESORIA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO AAFAF Total | 68,177.96 |
| | | | Grand Total | 3,773,054.91 |