In re: The Financial Oversight and Management Board for Puerto Rico, as a representative of
The Commonwealth of Puerto Rico, et al.
PROMESA Title III No. 17 BK 3283-LTS

**Fourth - Twelfth Fee Period Applications Approved:**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Examiner's Recommended Fee Adjustments | Interim Expenses Requested | Fee Examiner's Recommended Expense Adjustments | Interim Fees Recommended for Approval | | Interim Expenses Recommended for Approval |
|---|---|---|---|---|---|---|---|---|---|
| | *Fourth Interim Fee Period (June 1 - September 30, 2018)* | | | | | | | | |
| | *Debtors' Consultant* | | | | | | | | |
| 1 | **Deloitte Consulting LLP [Dkt. No. 9274]** | 8/01 - 9/30/2018 | $ 653,692.09 | $ 17,929.27 | $ - | $ - | $ 635,762.82 | | $ - |
| | *Twelfth Interim Fee Period (February 1, 2021 - May 31, 2021)* | | | | | | | | |
| | *Puerto Rico Counsel to Special Claims Committee* | | | | | | | | |
| 2 | **Estrella, LLC [Dkt. No. 18130]** | 2/1/201 - 5/31/20021 | $ 194,048.00 | $ 20,079.20 | $ 1,754.01 | $ - | $ 173,968.80 | | $ 1,754.01 |
| | *Counsel to the Official Committee of Unsecured Creditors* | | | | | | | | |
| 3 | **Paul Hastings [Dkt. No. 17380]** | 2/1/2021 - 5/31/2021 | $ 1,916,538.50 | $ 54,537.55 | $ 78,760.38 | $ 200.00 | $ 1,862,000.95 | FN1 | $ 78,560.38 |

**FN1** - The Fee Examiner recommends that, for the eleventh interim fee period, and only this period, the foregoing stipulated fee reductions, other than $36,526.28, on account of certain negotiated reductions, be included within the overall 20 percent reduction, as agreed by Paul Hastings LLP, in total fees sought by Paul Hastings LLP as part of its final fee application, which fee application is subject to Court approval. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Paul Hastings LLP 80 percent of the fees in the amount of $1,639,166.95 (i.e., $1,916,538.50 minus (a) the aforementioned credit of $36,526.28 and (b) a credit of $240,845.28 for fee reductions pursuant to the orders approving Paul Hastings' Ninth and Tenth Interim Fee Applications).