# EXHIBIT 1

Servicentro Ciales, Inc.
Accounts Receivables form the Commonwealth of Puerto Rico
As of December 2021

| Lessor | Contract | Governmental Agency Lessee | Applicable month | Pending Amount per Contract |
|---|---|---|---|---|
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Nov-17 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Dec-17 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jan-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Feb-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Mar-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Apr-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | May-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jun-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jul-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Aug-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Sep-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Oct-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Nov-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Dec-18 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jan-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Feb-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Mar-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Apr-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | May-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jun-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jul-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Aug-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Sep-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Oct-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Nov-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Dec-19 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jan-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Feb-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Mar-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Apr-20 | 10,875.00 |

| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | May-20 | 10,875.00 |
| --- | --- | --- | --- | --- |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jun-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jul-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Aug-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Sep-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Oct-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Nov-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Dec-20 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jan-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Feb-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Mar-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Apr-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | May-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jun-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Jul-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Aug-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Sep-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Oct-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Nov-21 | 10,875.00 |
| Servicentro Ciales, Inc. | 122-2012-000223-A | Departamento de la Familia | Dec-21 | 10,875.00 |
| | | **Total Rent Owed** | | **543,750.00** |