UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER (I) REGARDING CLAIM OBJECTIONS TO BE HEARD AT DECEMBER 15, 2021, OMNIBUS HEARING AND (II) ADJOURNING CERTAIN CLAIM OBJECTIONS TO THE FEBRUARY 2, 2022, OMNIBUS HEARING

On December 8, 2021, the Court entered the *Order Regarding Adjourned Omnibus Objections to Claims* (Docket Entry No. 19461, the "Adjourned Omnibus Objection Order") which, among other things, scheduled Claim Objection Hearings[2] on Adjourned Claim Objections. Upon sufficient notice by the Oversight Board and good cause having been shown:

A. The Court will PROCEED with the following Adjourned Claim Objections at the December 15, 2021, Omnibus Hearing:

  1. Debtor's Three Hundred Seventy-Fourth Omnibus Objection to Claim Nos. 174661, 174604, and 174660. *Three Hundred Seventy-Fourth*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Adjourned Omnibus Objection Order.

   *Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims* (Docket Entry No. 17923).

2. <u>Debtor's Three Hundred Eighty-Eighth Omnibus Objection to Claim Nos. 51426 and 51476</u>. *Three Hundred Eighty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Filed by AEELA* (Docket Entry No. 17931).

B.  The Court hereby ADJOURNS the following Adjourned Claim Objections to the February 2, 2022, Omnibus Hearing:

- *Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable* (Docket Entry No. 16030), solely with respect to Claim Nos. 73613, 20507, and 160793;

- *Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Miscellaneous Deficient Claims* (Docket Entry No. 17085), solely with respect to Claim No. 174301;

- *Three Hundred Thirty-Sixth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth Is Not Liable* (Docket Entry No. 17101), solely with respect to Claim No. 21597;

- *Three Hundred Sixty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Debtors Are Not Liable* (Docket Entry No. 17929), solely with respect to Claim No. 10502;

- *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims* (Docket Entry No. 17923), solely with respect to Claim No. 62507;

- *Three Hundred Ninety-First Omnibus Objection (Substantive) of the*

*Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims* (Docket Entry No. 17974), solely with respect to Claim No. 20926; and

- *Objection of the Commonwealth of Puerto Rico to Proof of Claim of Vaquería Tres Monjitas, Inc. (Claim No. 42505)* (Docket Entry No. 17969).

SO ORDERED.

Dated: December 13, 2021

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge