# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| | Title III |
| THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| As representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY, | |
| Debtors. | |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

**COMES NOW** creditor Suiza Dairy Corp. ("Suiza"), through the undersigned counsel and, very respectfully state, alleges and pray:

1. Suiza will attend the Omnibus Hearing scheduled for December 15-16, 2021.
2. That the undersigned counsel will appear in representation of Suiza, but does not seek to be heard on any issue scheduled for the hearing.
3. Suiza reserves the right to speak on any matter raised by any party in the hearing that affects Suiza's claim or the confirmation of the Plan of Adjustment.

**WHEREFORE**, it is requested from this Honorable Court to take note of the above.

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on December 13th, 2021.

By: */s/ Rafael A. González Valiente*
USDC NO. 225209

**Godreau & González Law, LLC**
PO Box 9024176
San Juan, PR  00902-4176
Telephone:  787-726-0077
*rgv@g-glawpr.com*

**EXHIBIT A**[1]

<u>PARTY APPEARANCE SHEET</u>

| Name of Party | Suiza Dairy, Inc. |
|---|---|
| Party Name Abbreviation (For Use with Zoom[2]) | Suiza |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (<u>See</u> Confirmation Hearing Procedures Order, ¶ 9(a))<br>• | Rafael Gonzalez Valiente<br><br>rgv@g-glawpr.com<br><br>Godreau & Gonzalez Law, LLC<br><br>17,274<br><br>Suiza/Gonzalez-Valiente, Rafael/ Godreau & Gonzalez Law |

---

[1] This Party Appearance Sheet must be attached to a party-in-interest's Informative Motion as **Exhibit A**.

[2] <u>See</u> Confirmation Hearing Procedures Order, ¶ 9(a).

211014 EXHIBIT A. APPEARANCE SHEET                VERSION OCTOBER 14, 2021                1