UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA |
| The Financial Oversight and Management Board for Puerto Rico, | Title III |
| as representative of | No. 17-BK 3283-LTS |
| The Commonwealth of Puerto Rico, *et al*. | |
| Debtors[1]. | |

## SECOND INFORMATIVE MOTION OF GRISELL CUEVAS-RODRÍGUEZ REGARDING DECEMBER 15-16, 2021, OMNIBUS HEARING

To the Honorable United States District Court Judge Laura Taylor Swain:

Grisell Cuevas-Rodríguez (hereinafter "Ms. Cuevas" or the "Plaintiff"), through the undersigned attorney, hereby submits this informative motion in compliance with the Court's *Order Regarding Procedures for December 15-16, 2021, Omnibus Hearing* ("Order") [**Docket No. 19430**] and respectfully states as follows:

On December 7th, 2021, Ms. Cuevas informed her intent to participate at the December 15-16, 2021 Omnibus Hearing in connection with the August 20th, 2021 *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims* (hereinafter, "Three Hundred Seventy-Fourth Omnibus Objection") [**Docket No. 17923**] and Ms. Cuevas' September 15th, 2021 Response thereto [**Docket No. 18124**]. [**Docket No. 19440**].

Thereafter, on December 13th, 2021, the Court issued an Order specifically adjourning the Three Hundred Seventy-Fourth Omnibus Objection solely as to Ms. Cuevas's claim. [**Docket No. 19502**].

In view of the above, Ms. Cuevas will not participate in the December 15-16, 2021 Omnibus Hearing.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to take notice of the above.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of December, 2021.

I HEREBY CERTIFY that on this day, a true and exact copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

2

| | |
|---|---|
| P.O. Box 195343<br>San Juan, Puerto Rico<br>00919-5343 | Citibank Towers, Suite 500<br>252 Ponce de León Avenue<br>San Juan, Puerto Rico 00918 |

Tel. (787) 758-1400
Fax: (787) 758-1414

www.laborcounsels.com
pico@laborcounsels.com

S/ JAIME E. PICÓ-RODRÍGUEZ
Attorney for Grisell Cuevas-Rodríguez
USDCPR # 228113

3