exHibit A.

exHibit Numbered (1 To 45)



—here, June 29, 2018);

8:30 AM ✓



8:30 AM ✓

Fecha de la vista: 6 de octubre de 2021, a las 9:30 a.m. (AST)
Fecha límite para responder: 20 de septiembre de 2021 a las 4:00 p.m. (AST)

REVISE DETENIDAMENTE ESTA OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA
DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMACIÓN(ES)

8:30 AM ✓



Case:17-03283-LTS Doc#:19507-1 Filed:12/13/21 Entered:12/13/21 16:06:05 Desc:
CM/ECF LIVE - U.S. District Court for the Distr Exhibit A Page 4 of 46 eipt

3

## United States District Court

### District of Puerto Rico

## Notice of Electronic Filing

The following transaction was entered on 1/24/2020 at 9:26 AM AST and filed on 1/24/2020
Case Name:      Diaz-Oneill v. Estado Libre Asociado de PR et al
Case Number:    3:17-cv-02286
Filer:
Document Number: 35(No document attached)

Docket Text:
ORDER OF RECUSAL: This United States District Judge disqualifies himself from any
further proceeding in this case pursuant to Title 28, U.S.C. �455(a). The matter is referred
to the Clerk's Office to reassign this case to another district judge. Judge Raul M. Arias-
Marxuach recused. Signed by Judge Raul M. Arias-Marxuach on 01/24/2020.(dv)



5



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

Jaime A. Diaz-Oneill

_____

*Plaintiff(s)*

v.

Estado Libre Asociado de PR et. al.

_____

*Defendant(s)*

Civil Action No. 3:17-cv-02286-ADC

*[handwritten: Illegal SUMMONS as Hoax & Prva To False avros & Coov din-ted To NoT appear by deadline To Sbur-T proof of Obim June 29, 18 in favor of the defendarits and its legal Vepreser to Win by Aide dolcado Color]*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Estados Unidos de América
Donald Trump, President
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

*[handwritten: and Frances Nos de Moral NO Socrotery slayp]*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/11/2018

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-Oneill <br><br> *Plaintiff(s)* <br> v. <br> Estado Libre Asociado de PR et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:17-cv-02286-ADC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Estado Libre Asociado de Puerto Rico
Hon. Ricardo Rosello-Nevarez, Governor
Calle Olimpo, Esq. Axtmayer - P. O. Box 9020192
Pda. 11 Miramar
San Juan PR 00902-0192

*Illegal Summons as float prior to false arrest Coordinated to Not appear by deadline to Submit proof to obim*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

*Une 29, 18 in town of the defendants and its legal representation by Aida delgado Colon*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*and Francos Rios de Moran No Secretary Stamp*

*CLERK OF COURT*

Date: 06/11/2018 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-Oneill | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 3:17-cv-02286-ADC |
| | ) |
| Estado Libre Asociado de PR et. al. | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

_illegal SUMMONS as float_
_Prior to false arrest_
_Coordinated to Not appear by_

**SUMMONS IN A CIVIL ACTION** _dead line to Submi.T_
_Proof of Claim_

To: _(Defendant's name and address)_ Departamento de Justicia de Puerto Rico
Wanda Vazquez-Garced, Secretaria de Justicia
Calle Olimpo, Esq. Axtmayer - P. O. Box 9020192
Pda. 11 Miramar
San Juan PR 00902-0192

_June 29, 18_
_in favor of the_
_defendants and its_
_legal Representa t-Non_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

_by Ada delgado Colon_
_and Frances Rios de Marc_
_No Socrelan stamp_

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  06/11/2018

_Signature of Clerk or Deputy Clerk_

Case:17-03283-LTS Doc#:19507-1 Filed:12/13/21 Entered:12/13/21 16:06:05 Desc:
Case 3:17-cv-02286-ADC Exhibit A Page 10 of 46 06/11/18 Page 7 of 10

9

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| Jaime A. Diaz-Oneill<br><br>*Plaintiff(s)*<br>v.<br>Estado Libre Asociado de PR et. al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:17-cv-02286-ADC<br>)<br>)  *illegal Summons as Hoax*<br>)  *Prior to false arvast*<br>)  *Coordineted to Not appear* |

## SUMMONS IN A CIVIL ACTION

*by deadline To Submit*

To: *(Defendant's name and address)* Oficina de Administracion de los Tribunales
268 Avenida Muñoz Rivera - P. O. Box 190917
San Juan, PR 00918-1913

*proof of Claim June 29, 18
in favor of the
defendants and its
legal representation*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

*by Ayde delgado Colon
and Frances Rios de Mery
No Soverign stamp*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____ 06/11/2018 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

Jaime A. Diaz-Oneill

_____

*Plaintiff(s)*

v.

Estado Libre Asociado de PR et. al.

_____

*Defendant(s)*

Civil Action No. 3:17-cv-02286-ADC

*[handwritten:] Illegal Summons as, Host Prior To False arrest Coordinated To Not appear*

## SUMMONS IN A CIVIL ACTION

*[handwritten:] by deadline To Sub M. T Prost of Olalm June 29, 19 W town of J the defendants and its legal representation*

To: *(Defendant's name and address)* Policia de Puerto Rico
601 Ave Franklin Delano Roosevelt
San Juan PR, 00936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jaime A. Diaz-Oneill
P.O. Box 698
Time Square Station
New York, NY 10108

*[handwritten:] by Ayda delgado Colou and frances rios de Moryr No Secvetory stamp*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____06/11/2018_____          _____
*Signature of Clerk or Deputy Clerk*





# CLEM BURNSED'S
# TOWING & BODY SHOP

328 Old Pine Barren Road
Pooler, GA 31322

**(912) 748-4771**

Chatham County Jail

9204330

Acct: Chatham-98892      6/17/2018 6:38:32 AM
Bank Acct: Checking      Prior Balance:          $0.00

$1.50 CHRG

Checking Main Balance:          $0.00
Bus Ticket Fund Debt:           $1.50

(Monice Ridnely) Reception

Christopher, dotson (Coporol) 626 ①

Jason, Pentecost (Copnol) 632 ②      little girl, Rb-t 639③

Tomas, Carter (Otkial) 658 ④

OFFENSE (Other than above)   LOITERING/PROWLING
in Violation of Code Section   54-6(A)

REMARKS

You have been issued a traffic citation by the POOLER POLICE DEPARTMENT. Officer
POOLER POLICE Dept. ARE NOT authorized to SET or ACCEPT Cash Traffic Bond

If your violation is to be released to a member of a Court or Sheriff's Office, you will have
Bond Procedures explained to you by the accepting official.

If you were permitted to show your driver's license in lieu of Bail pursuant to Georgia Code
presentation of the license does not excuse you from appearing in court and answering the
against you.

Your failure to appear as directed shall result in the automatic suspension of your driver's lic
Georgia Department of Motor Vehicle Safety

A LICENSE MAY NOT BE DISPLAYED IN LIEU OF BAIL FOR THE FOLLOWING OFF

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | |
|---|---|---|---|---|
| Clear | Dry | Concrete | Light | Daylight |
| Cloudy | Wet | Blacktop | Medium | Darkness |
| Raining | Ice | Dirt | Heavy | Other |
| Other | Snow | Other | | |

1. Homicide by vehicle
2. Any felony in which a vehicle is used
3. Hit and Run or Leaving the scene of an accident
4. Racing
5. Using vehicle in fleeing or attempting to elude officer
6. Reckless driving
7. Feticide by vehicle
8. Serious injury by vehicle
9. Homicide or serious injury by interfering with traffic control device or railroad signs
10. Controlled substance or marijuana offenses pursuant to 40-5-75
11. Driving on suspended or revoked license
12. Driving under the influence of alcohol/drugs
13. Fraudulent or fictitious use of driver's license
14. Aggressive Driving

County of   CHATHAM   at or near   mile post

on   SUN TRUST BANK   or within (city)

OFFICER   LITTLE JOHN ROBERT   629

You are hereby ordered to appear in Court no later than Change on the   19   day of

2018   at   10:00   AM   PM in the   MUNICIPAL

100 US HIGHWAY 80 SW

City   POOLER   Georgia

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time
stated on this citation to dispose of the cited charges against you shall cause the designated Court to forward your
driver's license number to the Department of Motor Vehicle Safety, and your driver's license shall be suspended
(Georgia Code 17-6-11 and 40-5-56) The suspension shall remain in effect until such time as there is a
satisfactory disposition in this matter or the Court notifies the Department of Motor Vehicle Safety

LICENSE DISPLAYED IN LIEU OF BAIL   YES   NO   RELEASED TO
SIGNATURE ACKNOWLEDGES SERVICE of SUMMONS AND RECEIPT of COPY OF SAME

SIGNATURE

I FAIL TO APP
RREST AND Y
RTMENT DRIV

ttorney may

I, THE UNDERSIGNED, DO HEREBY ENTER MY WRITTEN, RATHER THAN PERSON
APPEARANCE IN THE COURT CASE RESULTING
FROM THE VIOLATION CHARGED ON THE OPPOSITE SIDE OF THIS CITATION
THAT BY PAYING MY FINE AND
APPEARING BEFORE THE COURT I AM WAIVING ANY RIGHT T

ARRESTING OFFICER'S CERTIFICATION

Jail georgia, USA

**UNIFORM TRAFFIC CITATION, SUMMONS AND ACCUSATION**

POOLER POLICE DEPARTMENT

18061 6101

**Court Case Number**    GA0256400

NCIC Number    No    639 000 13

Month   June   (Day) 16   (Year) 2018   22:14

Operator License No. XXXXXXXX

License Class or Type   State NY

Name ADIAZONELL   Endorsements

Address (Last)   JAIM   Expires ADIAZONETE

City BRONX   160 W 174TH ST BG

State NY   Zip Code 10453

DOB 09/24/1969   Hair BLK   Ht 1H   602 Wt 240

Veh Yr 1980   Make TOYOTA   Style COROLLA

Registration No. HE T1024

CDL ☐ YES ☒ NO   ACCIDENT ☐ YES ☒ NO   INJURIES ☐ YES ☒ NO   FATALITIES ☐ NO

☐ 2-LANE RD ☐ SCHOOL ZONE ☐ DRIVER REQUESTED ACCURACY CHECK ☐ LASER ☐ RADAR ☐ PATROL VEHICLE ☐ OTHER

Within the State of Georgia, did commit the following offense: SPEEDING - Clocked by _____ Calibration/Check

☐ DUI (Test Administered) ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER) DUI Test Results

TEST ADMINISTERED BY (if Applicable)

OFFENSE (Other than above)   **LOITERING / PROWLING**

in violation of Code Section 54-6 (A)

☒ State Law ☐ Local Ordinance

REMARKS

WEATHER ☐ Clear ☐ Cloudy ☐ Raining ☐ Other

(S) ROAD (B) ☐ Dry ☐ Wet ☐ Ice ☐ Other ☐ Concrete ☐ Blacktop ☐ Dirt ☐ Other

TRAFFIC ☐ Light ☐ Medium ☐ Heavy

LIGHTING ☐ Daylight ☐ Darkness ☐ Other

County of CHATHAM   and   miles   of (city)   POOLER

on _____ at or near _____ mile point _____ (or within city)

at/on (or nearby location)   SUN TRUST BANK

OFFICER (Print) **LITTLE JOHN, ROBERT**   Badge # 639

You are hereby ordered to appear in Court to answer this charge on the 19 day of _____

20 18   at 10:00 ☐ AM ☐ PM   MUNICIPAL Court

100 US HIGHWAY 80 SW

City **POOLER**   Georgia

NOTICE. This citation shall constitute official notice to you that failure to appear in Court at the date and time stated on this citation to dispose of the cited charge against you shall cause the determination Court to suspend your driver's license to the Department of Motor Vehicle Safety, and your driver's license shall be suspended until such time as there is a satisfactory disposition in this matter or the Court notifies the Department of Motor Vehicle Safety. (Georgia Code 17-6-11 and 40-5-56).

☐ RELEASED TO ☐ ARREST
☐ SUMMONS AND RECEIPT OF COPY OF SAME

ARRESTING OFFICER'S CERTIFICATION

VIOLATOR COPY

TO DISPOSE OF A TRAFFIC CITATION
City of Pooler Municipal Court
100 SW Hwy 80
Pooler, GA 31322
Phone 912-748-7333

To check the payment amount or pay by phone, please call
Phone: 1-855-719-8111
Payments are accepted in office by Cash, Cashier Check, Money Order or Visa/Mastercard
No personal checks accepted.

You can also pay your ticket online
www.PoolerPay.com

Our Office hours are 8:30AM to 5:00PM

IF YOU WISH TO PLEA NOT GUILTY:
PLEASE CALL (912) 748-7333 TO SET UP A HEARING DATE
If you are unable to appear because of illness, your representative or attorney may appear on the trial date and request a continuance.

**NOTICE**
YOU HAVE BEEN SERVED WITH A CITATION AND SUMMONS. IF YOU FAIL TO APPEAR TO ANSWER THE CHARGE, A WARRANT WILL BE ISSUED FOR YOUR ARREST AND YOUR DRIVER'S LICENSE SHALL BE SUSPENDED BY THE GEORGIA DEPARTMENT DRIVERS SERVICES

You have been issued a traffic citation by the POOLER POLICE DEPARTMENT. Officers of the POOLER POLICE Dept. ARE NOT authorized TO SET OR ACCEPT cash Traffic Bonds.

If your violation is to be released to a member of a Court or Sheriff's Office, you will have Bond Procedures explained to you by the accepting official

If you were permitted to show your driver's license in lieu of Bail pursuant to Georgia Code 17-6-11, presentation of the license does not excuse you from appearing in court and answering the charge against you.
Your failure to appear as directed shall result in the automatic suspension of your driver's license by Georgia Department of Motor Vehicle Safety

A LICENSEE MAY NOT BE RELEASED IN LIEU OF BAIL FOR THE FOLLOWING OFFENSES:

1. Homicide by vehicle
2. Any felony in which a vehicle is used.
3. Hit and Run or Leaving the scene of an accident
4. Racing
5. Using vehicle in fleeing or attempting to elude officer
6. Reckless driving
7. Felticide by vehicle
8. Serious injury by vehicle
9. Homicide or serious injury by interfering with traffic control device or railroad signal signs
10. Controlled substance or marijuana offenses pursuant to 40-5-75
11. Driving on suspended or revoked license
12. Driving under the influence of alcohol/drugs
13. Fraudulent or fictitious use of driver's license.
14. Aggressive Driving

I, THE UNDERSIGNED, DO HEREBY ENTER MY WRITTEN, RATHER THAN PERSONAL APPEARANCE IN THE COURT CASE RESULTING FROM THE VIOLATION CHARGED ON THE OPPOSITE SIDE OF THIS CITATION. I UNDERSTAND THAT BY PAYING MY FINE AND NOT PERSONALLY APPEARING BEFORE THE COURT I AM WAIVING ANY RIGHT THAT I MAY HAVE TO A TRIAL BY JURY.

Jail georgia, USA

3

**CLEM BURNSED'S**
**TOWING & BODY SHOP**

328 Old Pine Barren Road
Pooler, GA 31322

(912) 748-4771

am County Jail

9204330

Acct: Chatham-98892          6/17/2018 6:38:32 AM
Bank Acct: Checking    Prior Balance:        $0.00

$1.50 CHRG

Checking Main Balance:       $0.00
Bus Ticket Fund Debt:        $1.50

(Montee Rodriguez) Reception

cHristopHer, dotson (coporol) 626 ①

Jason, pentecost (coporol) 632 ②

Tomas, carter (ofical) 658 ④

little John, Robnt 639 ③

You have been issued a ...
POOLER POLICE Dept. ARE NOT authorized TO SET OR ACCEPT ...

If your violation is to be reviewed to a member of a Court or ...
Bond Procedures explained to you by the accepting officer.

If you were permitted to show your driver's license in lieu of Bail ...
presentation of the license does not excuse you from appearing in court ...
against you.
Your failure to appear as directed shall result in the automatic suspension ...
Georgia Department of Motor Vehicle Safety.

A ... WAIVED BOND OF BAIL FOR THE FOLLOWING ...

1. Homicide by vehicle
2. Any felony in which a vehicle is used
3. Hit and Run or Leaving the scene of an accident
4. Racing
5. Using vehicle in fleeing or attempting to elude officer
6. Reckless driving
7. Felracle by vehicle
8. Serious injury by vehicle
9. Homicide or serious injury by interfering with traffic control device or related signs ...
10. Controlled substance or marijuana offenses pursuant to 40-5-75.
11. Driving on suspended or revoked license
12. Driving under the influence of alcohol/drugs
13. Fraudulent or fictitious use of driver's license
14. Aggressive Driving

**WEATHER** / **ROAD** / **TRAFFIC** / **LIGHTING** / **COMMERCIAL ...**

County of CHATHAM      and      miles      of (city)      POOLER

at or near
as within (city)
SUN LOUISIANA

LITTLEJOHN, ROBERT      Badge #      639

You are hereby ordered to appear in Court to answer this charge on the      19      day of
2018      at      10.00      A.M.      MUNICIPAL

100 US HIGHWAY 80 SW

POOLER

NOTICE: This citation shall constitute official notice to you that failure to appear in Court at the date and time
stated on this citation to dispose of the charges against you ...
driver's license number in the Department of Motor Vehicle Safety, and your driver's license shall be ...
(George Code 17.6-11 and 40-5-56). The suspension shall remain in affect until such time as there is a
satisfactory disposition in this matter or the Court notifies the Department of Motor Vehicle Safety.      ARREST

NOTICE DISPLAYED IN LIEU OF BAIL      RELEASED TO
SIGNATURE ACKNOWLEDGES RECEIPT OF COPY OF SAME

ARRESTING OFFICERS CERTIFICATION

VIOLATOR COPY

NOTICE: This citation shall constitute official notice to you that failure to appear in Court ...

I, THE UNDERSIGNED, DO HEREBY ENTER MY WRITTEN, RATHER THAN PERSONAL,
APPEARANCE IN THE COURT CASE RESULTING
FROM THE VIOLATION CHARGED ON THE OPPOSITE SIDE OF THIS CITATION. I UNDERST ...
THAT BY PAYING MY FINE AND
NOT PERSONALLY APPEARING BEFORE THE COURT I AM WAIVING ANY RIGHT THAT I MI ...

Jail georgia, USA

29 de noviembre de 2005

Sr. Marcial Díaz Jiménez
Calle Villa Granada A-63
Urb. El Plantío
Toa Baja, P.R.   00949

Estimado señor Díaz Jiménez:

La señora Sonia Hernández Campos ha solicitado mis servicios
profesionales para tramitarle una petición de divorcio.  Según me
informa mi cliente, usted estaría en disposición de aceptar
divorciarse por consentimiento mutuo.

Si el divorcio se tramita por la causal de consentimiento mutuo,
habría que formalizar una serie de estipulaciones de las cuales le
envío un borrador para su consideración.

Como ustedes no procrearon hijos, no hay que hacer estipulació
sobre custodia y patria potestad de menores, ni sobre pensión d
alimentos.

En torno a los bienes, me indica ella que poseen un Toyota Camr
tablilla EVG 640 que usted usa y paga.  Ella me indica que usted
quedaría con este vehículo y seguiría pagando la cuenta.   Por
parte, ella interesa retener la guagua Toyota RAV4, tablilla E
014 y continuar pagando la misma.

En cuanto al inmueble, ella sugiere dos alternativas.  Que se ve
la misma al mejor postor y dividir el producto neto por par
iguales, o que usted le compre la parte ganancial que le perten
a ella.

El mobiliario del hogar puede dividirse según los intereses de c
cual.

Agradeceré que consulte con el abogado de su predilección y
éste se comunique conmigo para formalizar el proceso.   Si e
deseo, me puede llamar para coordinar el trámite a seguir.
mejor manera de conseguirme es a través de mi celular 787-385-

Cordialmente,

Guillermo Figueroa Prieto



Pooler, georgia Jail USA



Photo courtesy of Cementerio
Los Cipreses

# Wallis Rivera Rodriguez

BAYAMON

Sep 28, 1955 – Mar 12, 2007

## Full docket text for document 11:

ORDER granting [8] Motion requesting Order. The U.S. Marshall Service shall execute the service of process of the proposed summons at ECF No. 2-3, upon the issuance of the same by the Clerk of the Court. Signed by U.S. District Judge Aida M. Delgado-Colon on 7/30/2018. (cm)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/08/2021 13:38:49 | | | |
| **PACER Login:** | jaimeadiazoneill | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 3:17-cv-02286-JAG |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

19

PUBLIC ADVOCATE FOR THE CITY OF NEW YORK

# Letitia James

*New York City Public Advocate*

## Constituent Services/ Servicios de Constituyentes

Liah Fernandez
Deputy Director of
Constituent
Services

**Date/ Fecha:** July 31, 18

**Name/ Nombre:** Jaime A. Diaz O'Neill

**Address/ Dirección:** Po box 698 Nues square station **Apt./ Apto.**

**City/ Condado:** New York **Zip Code/ Código Postal:** 10108

**Date of Birth/ Fecha de Nacimiento:** 9-24-69

**Type of Housing/ Tipo de Vivienda:**

**Tel:** 787-447-2424 **Cell:**

**Email/ Correo Electrónico:** Jaimea Diaz ONeill @ yubil.com

**Description of the Problem/ Descripción del Problema:**

Persecocion Criminal, asesinato Mavelet Diaz (mente)
San Juan, PR, abuso de las agencias de la ciudad
Copias de Querellas radicadas, datos previos
Negativa Boucher de Viviendas, falcicacion de
Casos Policia NYPd, Buffalo Police dept.

(turn page over for more space/ voltee la página para más espacio)

**311 Complaint Number/ Numero de Queja:**

**If NYCHA, Ticket Number:**

**Case ID, Voucher, or Account Number/ Número de Caso o de Cuenta:**

| For office use only/ Solo para el uso del oficina |
| --- |
| Intake Specialist: |
| Case ID: |
| Event (If conducted offsite): |
| Agency Tag: |
| Supporting Documents Collected: Yes or No |
| HRA Authorization form: Yes or No |
| SSA Authorization form: Yes or No |
| HIPAA Release for medical related issues: Yes or No |
| Authorization for Release of Information: Yes or No |

Turn over/ Voltee

20

2s años solicitando, copia de todos los documentos (querellas), sometidas a esta ag en años previos, (public advocate)

el Departamento de Homeless Services se ha negado en entregarme copia de todos los grievance sometidos a esa agencia.

**dia Release (Check and sign if you consent/ Marque y firme si da su nsentimiento)**

__ I authorize the Public Advocate to use my testimony, and if provided, my to in publications or other media./ Autorizo a la Defensora del Pueblo a usar testimonio, y si la proporcioné, mi foto en publicaciones u otros medios.

ned/ Firma: _____   Date/ Fecha: _____
July 31, 18

3. On September 5, 2018, the Commonwealth defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12 (b) (6), on the ground of Eleventh Amendment immunity (Dkt. # 18). Plaintiff did not file an opposition to this motion.

4. On February 7, 2020, the district court entered an Order dismissing the *again* complaint with prejudice (Dkt. # 38). With regard to the Commonwealth defendants, *Now (off* the court dismissed on Eleventh Amendment immunity grounds. On that same date, the district court entered its Judgment (Dkt. # 40). Plaintiff filed his Notice of Appeal on February 24, 2020 (Dkt. # 42).

5. In this case, the facts adduced in the complaint first occurred on May 17, 2017, date in which the Plaintiff allegedly had an appointment with a police officer regarding the status of the investigation of his father's murder. Although the allegations are far from clear, Plaintiff in essence alleges that he was unlawfully detained and that unspecified criminal charges were filed against him.

6. On May 3, 2017, the Financial Oversight and Management Board, created by the federal act PROMESA, filed a petition for restructuring of debts before the United States District Court for the District of Puerto Rico, pursuant to Title III of PROMESA (In re Commonwealth of Puerto Rico, Case No. 17-1758). The Commonwealth is the debtor in the Petition pursuant to Section 301 (c)(2) of PROMESA, 48 U.S.C. § 2161(c)(2). Section 301(a) of PROMESA, 48 U.S.C. §

3





October 1, 2018

This motion is denied. Although afforded the opportunity to effectuate service through the United Marshals Service, the plaintiff has not done so. This case is dismissed for failure to effectuate service and because, upon review, the conclusory complaint state a claim upon which relief can be granted.

William L. Young
District Judge

Buffalo NY
Jail again
October 1, 18



# A PHILOSOPHER

## Hon. Jay Garcia-Gregory '66

BY TROY WATKINS



**S**o how does a high school student in San Juan, Puerto Rico, end up at a small liberal arts college in Worcester, Massachusetts, in the early 1960s? There was no Internet or social media, but there was a brochure about Catholic colleges, and Assumption College was the one that appealed to Jay Garcia-Gregory '66 and his high school friend, Luis Brau-Cebrian, Esq. '66.

Both young men were accepted to Assumption, and Garcia-Gregory set his sight on a career in foreign affairs. Assumption's reputation for preparing graduates to enter that arena was well respected.

"When I started at Assumption, I thought the foreign affairs curriculum would help me in a potential diplomatic career," he says. He credits Father Ernest Fortin's courses in political philosophy and psychology with developing his passion for understanding human conduct, his thirst for wisdom, and his decision to change his major to philosophy.

"My thirst for learning was fueled by the metaphysics of St. Thomas Aquinas and all the philosophy courses," Garcia-Gregory said. He also was fascinated by the theology and the classics courses, and was profoundly impacted by *The Confessions of St. Augustine*. The critical thinking, careful analysis and strong writing skills he honed, have served him well in his career as a lawyer and now as a judge in the U.S. District Court in Puerto Rico.

After his Assumption graduation, Garcia-Gregory studied philosophy at the graduate level in Spain, and then returned to Puerto Rico to study law at the University of Puerto Rico, graduating in 1972. He wanted to teach law, so he pursued further graduate studies at Columbia University Law School.

After returning to Puerto Rico and being admitted to practice, he clerked for the chief judge of the Federal District Court. Garcia-Gregory then joined the firm Fiddler, González and Rodriguez, where he practiced law for 25 years in areas such as federal litigation and appellate practice, banking, corporate, insurance, and the environment.

"My private practice career was varied and very interesting," stated Garcia-Gregory. "I regularly presented arguments to the U.S. Court of Appeals 1st Circuit in Boston. In one case, I helped inmates in the penal system get improvements that affected their health and well-being.

SERVING
JUSTICE

"WE
SHOULD
ALWAYS
REMEMBER
THAT GOD
PROPOSES
TRUTH TO
MANKIND...

ON THE BENCH

"I also worked on a civil case for the U.S. Department of Justice against the government of Puerto Rico in 2000–01. Mentally disabled children had been marginalized and abused by the system, and we managed to get most of them placed in foster homes. I'm proud of what we were able to accomplish."

In fact, Garcia-Gregory has received several honors during his distinguished career. He won a medal for service as editor-in-chief of the *Law Review*, and the West Publishing Award for outstanding achievement in Anglo-American studies.

At the end of 1999 he was approached and asked about his interest in becoming a Federal Court judge. "This was a dream come true for me," he said. Nominated by President Clinton in April 2000, he was sworn in by August.

His days are packed with deciding motions and presiding over civil and criminal cases. "It has been a fascinating learning experience," Garcia-Gregory explained. "Everyday I have occasion to decide motions and cases that impact people's lives. I approach my work with a sense of awe, humility and respect for each person's dignity.

"I believe our current federal legal system is unique and serves well the legal needs of citizens and non-citizens alike," stated Garcia-Gregory. "The constitutional guarantees of due process, presumption of innocence and confrontation with accusers are unique and serve the dignity of humans.

"Throughout the years, you develop a sense of discernment.

I believe our system could be improved through mandatory mediation and/or arbitration of almost all civil actions, especially tort and contract cases."

He was appointed by the chief justice of the U.S. Supreme Court to the Judiciary Committee of Rules of Conduct of the Judicial Conference, a committee that oversees and advises judges on ethical issues. Garcia-Gregory remarked on the importance of ethical conduct, a value that was fine tuned at Assumption.

"Doing what you have to do conscientiously, giving the best you can to please God and fellow humans, and doing your tasks with love is the best recipe for a successful professional career and a strong family," he said.

Garcia-Gregory and his wife of 43 years, Myrella, have two grown daughters who are married – Myrenchu will soon complete a master's degree in biogenetics, and Maite is in-house counsel for a Boston-based corporation.

He fondly remembers Fr. Denys Gonthier, A.A. as his most influential professor and mentor, and is proud to have received the Fr. Louis Dion, A.A. '35 Outstanding Achievement Award from the Assumption College Alumni Association.

"We should always remember that God proposes Truth to mankind; He never imposes it, and it is up to each person to accept it and apply it every day." And so each day Garcia-Gregory practices that philosophy. ◆

# FOMBPR || Press Release ||
## 🔔 30th Public Board Meeting

View this email in your browser



## September 15, 2021
## News from the Oversight Board

### Press Release: Oversight Board to Hold its 30th Public Meeting

The Financial Oversight and Management Board for Puerto Rico will hold its 30th Public Board Meeting on Friday, September 17, 2021. The meeting will take place at the Puerto Rico Convention Center, Room 209, beginning at 9:00 a.m. AST.



EN SAN JUAN

NotiCentro ▶ JUNTA BUSCA REDUCIR LA DEUDA
wapa.tv

# Junta de Supervisión Fiscal insiste en recortar pensiones

👤 Julio Rivera Saniel

🕐 hace 31 minutos



EN SAN JUAN

**NotiCentro** wapa.tv ▸ JUNTA BUSCA REDUCIR LA DEUDA

# Junta de Supervisión Fiscal insiste en recortar pensiones

   Julio Rivera Saniel

   **hace 31 minutos**





EN SAN JUAN

NotiCentro
wapa.tv ▸LOURDES RAMOS
REPRESENTANTE PNP

# Junta de Supervisión Fiscal insiste en recortar pensiones

👤 Julio Rivera Saniel

🕐 hace 31 minutos







**GOBIERNO DE PUERTO RICO**
GOVERNMENT OF PUERTO RICO
**NEGOCIADO DE LA POLICIA DE PUERTO RICO**
POLICE OF PUERTO RICO
**CERTIFICADO NEGATIVO DE ANTECEDENTES PENALES**
NEGATIVE CERTIFICATE OF PENAL RECORD

Certifico que: JAIME A DIAZ ONEILL
Certify that: JAIME A DIAZ ONEILL

Residente en: Carolina, Puerto Rico
Resident of: Carolina, Puerto Rico

Fecha de nacimiento: 24/09/1969
Date of birth: 09/24/1969

Natural de: SAN JUAN
Place of birth: SAN JUAN

Seguro Social: xxx-xx-5985
Social Security: xxx-xx-5985

Num. Solicitud: 11427550683053189887
Application num.: 11427550683053189887

Al momento de realizar el cotejo no aparece con antecedentes penales de la División de Expedición de Certificados de Antecedentes Penales de la Policía de Puerto Rico. Esta certificación se expide conforme a la ley 254 del 27 de julio de 1974, según enmendada por la ley 314 del 15 de septiembre de 2004, 34 L.P.R.A. Sección 1725. El cotejo se limita a las sentencias emitidas por los tribunales del Estado Libre Asociado de Puerto Rico. Este documento excluye información recibida de la jurisdicción federal u otro país, así como convicciones legalmente eliminadas del expediente penal e indultos, si alguno.

**No constituye una identificación de la persona a cuyo nombre se expide.**
**El receptor del documento debe verificar la identidad de la persona concernida.**

At the time of search did not appear with a penal record in the Division of Penal Records Certificate Expedition of the Police of Puerto Rico. This certificate is issued in compliance with Public Law 254 of July 27, 1974, as amended by Law 314 of September 15, 2004, 34 L.P.R.A. Section 1725. The search was limited only to the sentences emitted by the Courts of the Commonwealth of Puerto Rico. It excludes information received from federal jurisdiction and other countries, also convictions legally eliminated from penal records or pardons, if any.

**This document does not constitute an idenfication of bearer.**
**The receptor of this document should verify the identity of the person concerned.**

**Sello de Rentas Internas Cancelado**

Dado en San Juan, Puerto Rico hoy 19/08/2021
Issued in San Juan, Puerto Rico 08/19/2021

Comisionado del Negociado de la Policía de Puerto Rico
Commissioner of the Puerto Rico Police Bureau

A petición de:  JAIME A DIAZ ONEILL
Requested By: JAIME A DIAZ ONEILL

Comisionado Asociado del NPPR
NPPR Associate Commissioner

Para validar la información contenida en este certificado, favor acceder a:
To validate the information in this certificate, please access the URL:
https://servicios.pr.gov/validar/cap
* Favor de utilizar el núm. de solicitud como código de validación
* Please use the Application number as validation code.

ADVERTENCIA: Cualquier alteración anula este certificado y constituirá violación al artículo 292 del Código Penal.
WARNING: Any alteration voids this certificate and constitutes a violation of article 292 of the Penal Code.

rci / Elicnar

3/



ESTADO LIBRE ASOCIADO DE PUERTO RICO

POLICIA///

## EXPEDICION CERTIFICADOS ANTECEDENTES

**DIVISION Y/O SECCION A VISITAR:**   ◯ **ANALISIS**

◯ **ELIMINACION**

◯ **ADMINISTRACION**

**PROPOSITO:** ◯ **ELIMINAR RECORD**

◯ **ENTREGA FOTOS Y HUELLAS**

*Piso 7*

◯ **ENTREGAR DOCUMENTOS**

◯ **CERTIFICADO**

**FECHA:** 20/8/21

**AUTORIZADFO POR:**

FBI-GOV./NICS   Tirth   Resmas
Servicios Beckground   NICS fins costima   877.324.6427   787-781-2900   1100 ext.
787.672.6800   787-754-6000   1130 ext.
833-297-4357

NCIG   licencia National Crime information Center

(NICS) arma   National instant backround CHecH System

Policia   SijC-PR   Sistema de información de justicia Criminal

Police   Rci   Registro Criminal integrado
fsi-gov servicos cyis
edo.cyis.gov

POLICIA
Fecha: 8-20-21
Nombre: Jaime Diaz.
Lugar autorizado a visitar: Piso 7.
VISITANTE

Oficina de identificacion Criminal )

787-299-0922

Pedro J. Otero

**Fecha de la vista: 6 de octubre de 2021, a las 9:30 a.m. (AST)**

**Fecha límite para responder: 20 de septiembre de 2021 a las 4:00 p.m. (AST)**

**REVISE DETENIDAMENTE ESTA OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMACIÓN(ES).**

34

**Fecha de la vista: 6 de octubre de 2021, a las 9:30 a.m. (AST)**
**Fecha límite para responder: 20 de septiembre de 2021 a las 4:00 p.m. (AST)**

---

**REVISE DETENIDAMENTE ESTA OBJECIÓN Y LOS DOCUMENTOS ADJUNTOS PARA DETERMINAR SI LA OBJECIÓN AFECTA A SU(S) RECLAMACIÓN(ES).**

---

### TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
### PARA EL DISTRITO DE PUERTO RICO

| | |
|---|---|
| *In re*:<br><br>JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO,<br><br>como representante del<br><br>ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al.*,<br><br>Deudores.[1] | PROMESA<br>Título III<br><br>Núm. 17 BK 3283-LTS<br><br>(Administrado Conjuntamente)<br><br>**La presente radicación guarda relación con el ELA, COFINA, la ACT, el SRE y la AEP.** |

### TRICENTÉSIMA SEPTUAGÉSIMA CUARTA OBJECIÓN GLOBAL (SUSTANTIVA) DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO, DE LA CORPORACIÓN DEL FONDO DE INTERÉS APREMIANTE DE PUERTO RICO, DE LA AUTORIDAD DE CARRETERAS Y TRANSPORTACIÓN DE PUERTO RICO, DEL SISTEMA DE RETIRO DE LOS EMPLEADOS DEL GOBIERNO DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO Y DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS DE PUERTO RICO A RECLAMACIONES RADICADAS CON RETRASO

---

[1] Los Deudores en los presentes Casos de Título III, junto con el respectivo número de caso de Título III y los últimos cuatro (4) dígitos del número de identificación contributiva federal de cada Deudor, en su caso, son i) el Estado Libre Asociado de Puerto Rico (el "ELA") (Caso de Quiebra Núm. 17 BK 3283-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3481); ii) la Corporación del Fondo de Interés Apremiante de Puerto Rico ("COFINA") (Caso de Quiebra Núm. 17 BK 3284-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 8474); iii) la Autoridad de Carreteras y Transportación de Puerto Rico (la "ACT") (Caso de Quiebra Núm. 17 BK 3567-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3808); iv) el Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico (el "SRE") (Caso de Quiebra Núm. 17 BK 3566-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 9686); v) la Autoridad de Energía Eléctrica de Puerto Rico (la "AEE") (Caso de Quiebra Núm. 17 BK 4780-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3747); y vi) la Autoridad de Edificios Públicos de Puerto Rico (la "AEP", y junto con el ELA, COFINA, la ACT, el SRE y la AEE, los "Deudores") (Caso de Quiebra Núm. 19-BK-5523-LTS) (Últimos cuatro dígitos de la identificación contributiva federal: 3801) (Los números de los casos de Título III están enumerados como números de Casos de Quiebra debido a ciertas limitaciones en el programa informático). deadline 20 of September 2001



Deadline
20 of Sept of 2021

Call again Bayamon, PR)
18 of September of 2021

35

Hon. Pedro R. Pierluisi Urrutia
Gobernador

Hon. Domingo Emanuelli Hernández
Secretario de Justicia

## GOBIERNO DE PUERTO RICO

Departamento de Justicia

Mediante correo electrónico:
jaimeadiazoneill@ymail.com

20 de septiembre de 2021

Sr. Jaime A. Díaz O'Neill
P.O. Box 698
Time Square Station
New York, NY 10108

Estimado señor Díaz O'Neill:

Reciba un saludo cordial de parte del secretario de Justicia, Hon. Domingo Emanuelli Hernández,
y del personal que labora en la Oficina de Ayuda al Ciudadano del Departamento de Justicia.

El pasado 4 de agosto de 2021, usted presentó una queja en la Oficina de Ayuda al Ciudadano.
Solicitó una reunión con el secretario Emanuelli Hernández, para quejarse sobre alegada corrupción
del personal y casos pendientes en corte.

Su queja fue referida a la Oficina del Secretario, quien designó a la Jefa de los Fiscales del
departamento para atender su solicitud. A su vez se asignó al Lcdo. Orlando Velázquez, director
del CMID de San Juan, quien tuvo bajo su atención la misma. Luego de evaluada su queja, se
desprende que la querella 2005-07-311-18702, por el asesinato de Marcial Díaz Jiménez, en hechos
ocurridos el 3 de noviembre de 2005, en la Avenida Betances en Bayamón, la cual estuvo a cargo
del Agente Elías Guadalupe placa #13289 de la División de Homicidio de Bayamón del Negociado
de la Policía de Puerto Rico, para propósitos suyos, está esclarecida. Surge que el sospechoso,
identificado como, Jeremy Ocampo Giard fue asesinado el 26 de marzo de 2006.

Por otro lado, usted nos ha enviado correos electrónicos de documentos sobre demandas contra
funcionarios del Gobierno de Puerto Rico, radicadas por usted en el Tribunal Federal, Distrito de
PR. Sobre este asunto, el Departamento de Justicia no tiene nada que proveer.

Atendida su queja, damos por cerrada y archivada la misma. Estamos a su disposición para cualquier
otro asunto que requiera.

Cordialmente,

Miretza Díaz Rodríguez
Directora

SAC 8129

*[handwritten: Inside of the jail
20 of September of 2021]*

677 Calle Teniente César González esquina Ave. Jesús T. Piñero, San Juan, Puerto Rico 00918 / P.O. Box 9020192,
San Juan, Puerto Rico 0902-0192

787.721.2900   www.justicia.pr.gov

37

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

EL PUEBLO DE PUERTO RICO

VS.

JAIME A. DÍAZ O´NEILL
ACUSADO

CRIM NÚM.: K MG2017M0183-0184,
KFJ2017M0146

SOBRE:

ART. 241 C C.P. (2CS),
DESACATO CRIMINAL

Fecha y Lugar de los hechos:
16 de mayo de 2017 en San Juan
10 de noviembre de 2017 en San Juan

## SENTENCIA

Hoy, 21 de septiembre de 2021 señalados los casos de epígrafe para Vista Sobre el Estado de los Procedimientos y Vista de Desacato Criminal, compareció el Pueblo de Puerto Rico representado por su Fiscal, Marisol Flores Cortés. No compareció el acusado ni representación legal.

El Tribunal, luego de escuchados los planteamientos expuestos en corte abierta, ordena el archivo y sobreseimiento de los casos KMG2017M0183 y 0184 bajo las disposiciones de la Regla 247-A de las de Procedimiento Criminal y el caso KFJ2017M0146 bajo las disposiciones de la Regla 247-B de las de Procedimiento Criminal. Se ordena la excarcelación del acusado por los casos de epígrafe.

REGÍSTRESE Y NOTIFIQUESE.

En San Juan, Puerto Rico, a 21 de septiembre de 2021.

ELOÍNA TORRES CANCEL
JUEZ SUPERIOR

Num. Identificador SEN2021 ODD 26786



AC-PIP-12.3
"(Rev.02-18)"

GOBIERNO DE PUERTO RICO
Departamento de Corrección y Rehabilitación

## CERTIFICACION DE LIBERTAD

R247-A

EN VIRTUD DE _Orden del Tribunal (Regla)_

HA SIDO PUESTO EN LIBERTAD _Jaime A. Diaz Oneill_

EN BAYAMÓN, PUERTO RICO HOY _23 de septiembre de 2021_

SELLO OFICIAL:

705

_____
SUPERINTENDENTE O REPRESENTANTE
CENTRO INGRESO Y CLASIFICACION CORRECCIONAL
BAYAMÓN 705

_____
FIRMA TECNICO RECORD

INSdo The Jal Bayamon PR
23 of September of 2021

38



INSde The Jall BaYaMON PP
02 of SepTeMbeR of 2021



**UNITED STATES POSTAL SERVICE.**

SAN JUAN
585 AVE FD ROOSEVELT STE 202
SAN JUAN, PR 00936-9998
(800)275-8777

08/09/2021                                    04:55 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Box Renewal | | | $146.00 |

ZIP Code: 10108
Box #: 698
Rental Start Date: 09/01/2021
Next Renewal Date: 08/31/2022
Customer Name: JAMIE DIAZ ONEILL

Grand Total:                              $146.00

Cash                                        $146.00

*****************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 428469-0001
Receipt #: 840-50090118-8-6898148-1
Clerk: 15

Never Received Mail
From Prime clerk!



**UNITED STATES POSTAL SERVICE.**

SAN JUAN
585 AVE FD ROOSEVELT STE 202
SAN JUAN, PR 00936-9998
(800)275-8777

08/06/2021                                    01:30 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Box Renewal | | | $118.00 |

ZIP Code: 33119
Box #: 190124
Rental Start Date: 08/01/2021
Next Renewal Date: 07/31/2022
Customer Name: JAIME DIAZ ONEILL

Grand Total:                              $118.00

Debit Card Remitted                        $118.00
Card Name: VISA
Account #: XXXXXXXXXXXX0849
Approval #: 002913
Transaction #: 513
Receipt #: 045994
Debit Card Purchase: $118.00
AID: A0000000980840          Chip
AL: US DEBIT
PIN: Verified

*****************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

United States Postal Service
NOW HIRING NATIONWIDE
Career Path Positions with Benefits
Apply online at
www.usps.com/careers

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 428466-0001
Receipt #: 840-50090118-8-4985108-1

SEP 20, 2021

41



**UNITED STATES**
**POSTAL SERVICE** ®

managemymove.usps.com

**CONFIRMATION CODE:**

**2126 1124 7005 0600**

We will begin forwarding your mail to your NEW address on the START DATE you provided: **AUG 27, 2021** Your mail will be forwarded to the new address for EVERYONE at the old address with the following last name: **JAIME A DIAZ ONEILL**



000   1114   00010102   00013027   T   000036   00000080

JAIME A DIAZ ONEILL
PO BOX 9793
SAN JUAN PR 00908-0793



**Common Moving Questions**

## Jaime,
## Thank you for submitting your change-of-address.

This letter is to confirm that the US Postal Service has received your TEMPORARY change-of-address order. Please verify the following information is correct: address, dates, move type, and name. If you need to view, update, cancel, or extend this change-of-address order, please visit **managemymove.usps.com** and enter your confirmation code or case the QR Code® to get started.



**What should I do if I am not yet receiving mail at my new address?**
If you have not received forwarded mail (which would include a yellow or white sticker) 10 days from your start forwarding date, contact 1-800-ASK-USPS (1-800-275-8777).

**Are Postal Service regulations for temporary address changes different than permanent address changes?**
Yes, temporary address changes are different. The Postal Service will only forward magazine and newspaper subscriptions for **60 days**. If you don't ask your publisher to forward mail to your temporary address, your subscriptions will stop after 60 days. Your subscription will resume at your old address when your temporary change-of-address expires. Many financial institutions also request that their mail not be forwarded. Please notify all your mailers of your temporary address and how long it should be used.

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| JAIME A DIAZ ONEILL | JAIME A DIAZ ONEILL |
| PO BOX 698 | PO BOX 9793 |
| NEW YORK NY 10108-0698 | SAN JUAN PR 00908-0793 |



**How should I let my friends, family members, magazine publishers, and business correspondents know of my new address?**
Usually, magazines and business correspondence contain cards or instructions for telling them your new address and move date. Please alert your friends and family members about your new address.



*As required by law, the Postal Services does not provide customers names or addresses to third parties.*

1-20035920 000-00013027



SEP 03, 2021



**UNITED STATES POSTAL SERVICE** ®

managemymove.usps.com

**CONFIRMATION CODE:**

2124 5124 7000 8020

We will begin forwarding your mail to your NEW address on **AUG 27, 2021** as you requested. Your mail forwarding will end on **Aug 27, 2022**. Mail will be forwarded to the new address for THE FOLLOWING BUSINESS ONLY: **JAIME A DIAZ ONEILL**

**EXTENDED MAIL FORWARDING**



**Don't miss any mail!** Extend your Mail Forwarding End Date now for $19.95 for a 6-month extension, $29.95 for a 12-month extension, or $39.95 for an 18-month extension. To purchase Extended Mail Forwarding please go to **managemymove.usps.com**.*



000  1483  . 00010102  00000076  T  000001  00000001



JAIME A DIAZ ONEILL
PO BOX 9793
SAN JUAN PR 00908-0793

# Jaime,
# Welcome to the neighborhood!

This letter is to confirm that the US Postal Service has received your PERMANENT change-of-address order. Please verify the following information is correct: address, dates, move type, and name. If you need to view, update, cancel, or extend this change-of-address order, please visit **managemymove.usps.com** and enter your confirmation code or case the QR Code® to get started.





## Common Moving Questions

**What should I do if I am not yet receiving mail at my new address?**
If you have not received forwarded mail (which would include a yellow or white sticker) 10 days from your start forwarding date, contact 1-800-ASK-USPS (1-800-275-8777).

**How should I let my friends, family members, magazine publishers, and business correspondents know of my new address?**
Usually, magazines and business correspondence contain cards or instructions for telling them your new address and move date. Please alert your friends and family members about your new address.

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| JAIME A DIAZ ONEILL | JAIME A DIAZ ONEILL |
| PO BOX 190124 | PO BOX 9793 |
| MIAMI BEACH FL 33119-0124 | SAN JUAN PR 00908-0793 |

*Forwarding Never Received Mail from Prime Clerk!* (handwritten)

Our system indicates the NEW address you entered may be inaccurate. This could include new construction, missing or invalid information such as an apartment or suite number, directional information such as North(N), South(S), East(E), West(W), or street suffix such as AVE, DR, or ST.

Failure to confirm your address may result in mail being delayed or returned to sender. If the information on this page is NOT correct or if you did NOT authorize this change-of-address order, please contact COAHelp@usps.gov immediately.

*If unable to purchase Extended Mail Forwarding online, please take this letter to your local USPS location.
As required by law, the Postal Services does not provide customers names or addresses to third parties.

**How should a business handle receiving mail for individuals that no longer work at this address?**
An individual cannot complete a change-of-address from a business. To redirect these mail pieces, cross through the address and all barcodes (not the name) and write the correct address.

1-03042813 000-00000076

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

FIRST-CLASS
U.S. POSTAGE
PAID
MEMPHIS, TN
PERMIT NO. 78

**LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT/GENERAL COUNSEL.**

T 100 NFE 1     821C8011/02/21

DIAZ ONEILL JAIME A
PO BOX 9793
SAN JUAN PR 00908-0793

FWD     BC: 00908079393     *1047-08082-02-38

Never Received Doc # 17903

Never Received Doc # 16808

Never Received Doc # 16020

two documents from Prime clerk Since 12/17/20

Never received on 1/21/21

By forwarding

the only thing I Received

44

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| Diaz Oneill, Jaime A | 178966 | 12/17/2020 | Commonwealth of Puerto Rico | $100,000,000.00 |
| **Reason:** | Liabilities asserted on Claim to be Disallowed are duplicative of liabilities asserted on Remaining Claim. | | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|-------------------|----------------------|--------|-------------------------------|
| Diaz Oneill, Jaime A | 178966 | 12/17/2020 | Commonwealth of Puerto Rico | $100,000,000.00 |
| **Base para:** | Las obligaciones invocadas en el Reclamo que han de desestimarse son duplicados de responsabilidades formuladas en el Reclamo Remanente. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Diaz Oneill, Jaime A. | 178975 | 12/17/2020 | Commonwealth of Puerto Rico | $100,000,000.00 |
| Reason: | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Diaz Oneill, Jaime A. | 178975 | 12/17/2020 | Commonwealth of Puerto Rico | $100,000,000.00 |
| Base para: | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**