exHibit c

exHibit NUmbered (4 To 8)

Abogado - Notario

29 de noviembre de 2005

Sr. Marcial Díaz Jiménez
Calle Villa Granada A-63
Urb. El Plantío
Toa Baja, P.R.  00949

Estimado señor Díaz Jiménez:

La señora Sonia Hernández Campos ha solicitado mis servicios
profesionales para tramitarle una petición de divorcio.  Según me
informa mi cliente, usted estaría en disposición de aceptar
divorciarse por consentimiento mutuo.

Si el divorcio se tramita por la causal de consentimiento mutuo,
habría que formalizar una serie de estipulaciones de las cuales le
envío un borrador para su consideración.

Como ustedes no procrearon hijos, no hay que hacer estipulación
sobre custodia y patria potestad de menores, ni sobre pensión de
alimentos.

En torno a los bienes, me indica ella que poseen un Toyota Camry
tablilla EVG 640 que usted usa y paga.  Ella me indica que usted se
quedaría con este vehículo y seguiría pagando la cuenta.  Por su
parte, ella interesa retener la guagua Toyota RAV4, tablilla EL
014 y continuar pagando la misma.

En cuanto al inmueble, ella sugiere dos alternativas.  Que se venda
la misma al mejor postor y dividir el producto neto por partes
iguales, o que usted le compre la parte ganancial que le pertenece
a ella.

El mobiliario del hogar puede dividirse según los intereses de cada
cual.

Agradeceré que consulte con el abogado de su predilección y que
éste se comunique conmigo para formalizar el proceso.  Si esa es su
deseo, me puede llamar para coordinar el trámite a seguir.

Cordialmente,

Guillermo Figueros Prieto

