Exhibit D

Notification

Exhibit D

Notification

I Jaime A Drozenovall Hereby Certify under penalty of perjury that on 13 of December of 2021 I serve copies of objection to the Omnibus Doc#16080 Doc#17923 to the following parties:

United States District Court of Puerto Rico
Clerks Office
150 Federal Building
San Juan, PR 00918

Counsel for the Oversight Board
Proskauer Rose llp
eleven Times Square
New York, NY 10036
Att- Martin J. Bienenstock
Brian S. Rosen

Counsel for the Creditors Committee
Paul Hasting llp
200 Park Avenue
New York, NY 10166
Att. Luc A. Despins
James Bliss
James Worthington

Exhibit D

Notification

I Jaime A Diaz Ovalll Hereby Certify under Penalty of Perjury That on 13 of December of 2021 I serve copies of objection to the Omnibus Doc#16080 Doc#17923 To the following Parties:

United States District Court of Puerto Rico
Clerks Office
150 Federal Building
San Juan, PR 00918

Counsel for the Oversight Board
Proskauer Rose llp
Eleven Times Square
New York, NY 10036
Att. Martin J. Bredenstock
Brian S. Rosen

Counsel for the Creditors Committee
Paul Hasting llp
200 Park Avenue
New York, NY 10166
Att. Luc A. Despins
James Bliss
James Worthington