exhibit E

order proposed

United States District Court
For the District of Puerto Rico

| | | |
|---|---|---|
| The Financial Oversight Board and Management Board for Puerto Rico | Promesa Title III | 178966 178975 |
| as representative of | No. BK 3283-LTS | |
| The Commonwealth of Puerto Rico | Jointly Administered | |
| | This filing relates to The Commonwealth (PBA) | |

Order granting urgent Meeting and/or Mediation with the lawyers of the Oversight Board Proskauer Rose LLP for the purposes of stipulating the no objection to my claim remaining # 178975 Puerto Rico Aqueduct and Sewer Authority so that after meeting or mediating we can submit to the court a draft order to the court stipulated by both parties to reinstatement to my job as soon as possible without objection.

The debtors in those Title III cases, along with

each Debtor's respective Title III Case Number and the last four (4) digits of each debtor's federal Tax Identification Number, as applicable, are the (i) Commonwealth of Puerto Rico (the Commonwealth) (Bankruptcy Case No. 17-BK-3283-LTS) (last four Digits of federal Tax id: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Cofina) (Bankruptcy Case No. 17-BK-3284-LTS) (last four digits of federal Tax id: 8474); (iii) Puerto Rico Highways and Transportation Authority (HTA) (Bankruptcy Case No. 17 BK-3567-LTS) (last four Digits of federal Tax id: 3808); (iv) employees retirement System of the government of the Commonwealth of Puerto Rico (ERS) (Bankruptcy Case No. 17-BK-3566-LTS) (last four digits of federal Tax id: 9686; (v) Puerto Rico electric power Authority (prepa) (Bankruptcy Case No. 17-BK-4780-LTS) (last four digits of federal Tax id: 3747); and (vi) Puerto Rico Public Buildings Authority (PBA) (Bankruptcy Case No. 19-BK-5523-LTS) (last four digits of federal Tax id: 3801) (Title III Case Numbers are listed as Bankruptcy Case Numbers due to Software limitations.)

It is requested from the Honorable Court in accordance with this written objection to the omnibus Doc# 16020 Doc# 16824, Doc# 17923 grant order urgent to meeting and/or grant mediation with the lawyers of the oversight board Proskauer rose LLP for the purposes of stipulating the no objection to my claim remaining #178975 Puerto Rico Aqueduct and Sewer Authority so that after meeting or mediating we can submit to the court a draft order to the court stipulated by both parties to reinstatement to my job as soon is possible without objection.

I have submitted to the Honorable Court why a stipulation agreed in my remaining case with the debtors proceeds, we have before our analysis a unique case, atypical, that it is not usual to see it, that affects the good name of the judiciary of the United States for all of which me the plaintiff understand grant the order of urgent meeting and/or grant mediation as part of due process of law for stipulating the no objection to my remaining case #178975 it is in accordance with my constitutional rights and due process of law.

IT IS ordered that it be granted the urgent meeting and/or Media/Now with the lawyers of the Oversight Board proskauer rose llp for the purpose of stipulating the no objection to my claim remaining #178975 puerto Rico Aqueduct and Sewer Authority so that after meeting or media/ing we can submit to the court a draft order to the court stipulated by both parties to reinstatement to my job position as soon is posible without objection.

IT IS ordered that prime clerk does not delete my remaining claim #178975 from the claim register

IT IS ordered that this court retain jurisdiction to attend and resolve the totality of my claim, or arising from, or in relation to, implementation, interpretation, or execution of the present order, such other further relief as is just.

Date:

LAURA TAYLOR SWAIN
UNITED STATES District Judge