UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>            Debtors.* | PROMESA<br>Title III<br><br>No. 17-BK-3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>            Debtor. | PROMESA<br>Title III<br><br>No. 19-BK-5523-LTS<br><br>(Jointly Administered) |

**NOTICE OF PARTIAL ASSIGNMENT OF CLAIM**

---

\*   The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

TO THE HONORABLE COURT:

On December 13, 2021 Assured Guaranty Corp. ("Assured" or "Seller") sold, transferred and assigned unto U.S. Bank National Association and its successors and assigns (i) all of Seller's rights, title and interest in and to the claims (the "Claims") in the Title III Proceedings arising out of its interests in the bonds issued on October 24, 2002 by the Puerto Rico Public Buildings Authority ("PBA") and guaranteed by the Commonwealth of Puerto Rico (the "Commonwealth", and together with PBA, the "Debtors"), identified by CUSIP 745235RV5 and referred to as Puerto Rico Public Buildings Authority Government Facilities Revenue Ref. Bonds, Series F, excluding Seller's right to vote with respect to the Claims on the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (ECF No. 17627, as the same may be amended or modified) and Seller's right to receive certain "Consummation Costs" as defined in the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated November 28, 2021 (ECF No. 19365, as the same may be amended or modified), including as such Claims are evidenced in proof of claim numbers 57622 and 33081 filed on May 25, 2018 in the Commonwealth Title III Proceeding and proof of claim number 174210 filed on July 22, 2020 in the PBA Title III Proceeding. *See* Evidence of Partial Transfers of Claim, Exhibit 1; Proof of Claim Nos. 57622, 33081 and 174210, Exhibit 2.[1]

WHEREFORE, pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, Seller hereby requests the Honorable Court to take notice of Assured's assignment of

---

[1] Please note that proofs of claim 57622 and 33081 filed in the Commonwealth Title III Proceeding are identical and therefore only one copy of such proofs of claim has been included in Exhibit 2 hereto.

such Claims, including as evidenced by proof of claim numbers 57622, 33081 and 174210, as set forth in the document titled Evidence of Partial Transfers of Claim (Exhibit 1 hereto).

**RESPECTFULLY SUBMITTED.**

In New York, NY this 13th day of December, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Order Further Amending Case Management Procedures*. *See* ECF No. 17127.

Dated: December 13, 2021
New York, New York

| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
|---|---|
| By: /s/ Heriberto Burgos Pérez<br>Heriberto Burgos Pérez<br>USDC-PR No. 204,809<br>Ricardo F. Casellas-Sánchez<br>USDC-PR No. 203,114<br>Diana Pérez-Seda<br>USDC–PR No. 232,014<br>P.O. Box 364924<br>San Juan, PR 00936-4924<br>Tel.: (787) 756-1400<br>Fax: (787) 756-1401<br>E-mail: hburgos@cabprlaw.com<br>rcasellas@cabprlaw.com<br>dperez@cabprlaw.com | By: /s/ Casey J. Servais<br>Howard R. Hawkins, Jr.*<br>Mark C. Ellenberg*<br>William J. Natbony*<br>Thomas J. Curtin*<br>Casey J. Servais*<br>200 Liberty Street<br>New York, New York 10281<br>Tel.: (212) 504-6000<br>Fax: (212) 406-6666<br>Email: howard.hawkins@cwt.com<br>mark.ellenberg@cwt.com<br>bill.natbony@cwt.com<br>thomas.curtin@cwt.com<br>casey.servais@cwt.com |
| | * Admitted pro hac vice |
| *Counsel for Assured Guaranty Corp.* | *Counsel for Assured Guaranty Corp.* |