**<u>Exhibit 2 – Part 2</u>**

**Proof of Claim No. 174210**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | |
|---|---|
| [X] Puerto Rico Public Building Authority<br>El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523  Petition Date:<br>Sept 27, 2019 |

The Puerto Rico Public Building Authority has listed your claim in their Creditor List in Schedule [CreditorList] as a [CUD] claim in an $[ScheduleAmount] amount.  You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El Autoridad de Edificios Públicos de Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule [CreditorList] como un reclamo [CUD] por un monto de $ [ScheduleAmount]. Debe presentar una prueba de reclamación oportunamente o se le prohibira por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación       04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

Assured Guaranty Corp.

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor       See attached annex to proof of claim.
Otros nombres que el acreedor usó con el deudor

**2. Has this claim been acquired from someone else?**

**¿Esta reclamación se ha adquirido de otra persona?**

[X] No / No
[ ] Yes. From whom?
     Sí. ¿De quién? _____

| 3. **Where should notices and payments to the creditor be sent?** | Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|---|
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) <br><br> ¿A dónde deberían enviarse las notificaciones al acreedor? <br><br> Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | See Annex to Proof of Claim, including Assured Guaranty Corp. Terrence Workman 1633 Broadway New York, NY 10019 <br><br> (212)408-6053 <br> Contact phone / Teléfono de contacto <br> tworkman@agltd.com <br> Contact email / Correo electrónico de contacto | See Annex to Proof of Claim, including Assured Guaranty Corp. Terrence Workman 1633 Broadway New York, NY 10019 <br><br> (212)408-6053 <br> Contact phone / Teléfono de contacto <br> tworkman@agltd.com <br> Contact email / Correo electrónico de contacto |

| 4. **Does this claim amend one already filed?** <br><br> ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☒ No / No <br> ☐ Yes.  Claim number on court claims registry (if known)_____ <br>      Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____ <br>      Filed on / Presentada el _____(MM /DD/YYYY) / (DD/MM/AAAA) |
|---|---|

| 5. **Do you know if anyone else has filed a proof of claim for this claim?** <br><br> ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☒ No / No <br> ☐ Yes. Who made the earlier filing? <br>      Sí.  ¿Quién hizo la reclamación anterior?_____ |
|---|---|

| **Part 2 / Parte 2** | **Give Information About the Claim as of the Petition Date** <br> **Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.** |
|---|---|

| 6. **Do you supply goods and / or services to the government?** <br><br> ¿Proporciona bienes y / o servicios al gobierno? | ☒ No / No <br> ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación: <br><br> Vendor / Contract Number | Número de proveedor / contrato: _____ <br><br> List any amounts due after the Petition Date (listed above) but before June 30, 2017: <br> Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____ |
|---|---|

| 7. **How much is the claim?** <br><br> ¿Cuál es el importe de la reclamación? | $ See Attached Annex. _____ | **Does this amount include interest or other charges?** <br> **¿Este importe incluye intereses u otros cargos?** <br> ☐ No / No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). <br>      Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
|---|---|---|

| | |
|---|---|
| **8. What is the basis of the claim?**<br><br>**¿Cuál es el fundamento de la reclamación?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>See Attached Annex. |

| | |
|---|---|
| **9. Is all or part of the claim secured?**<br><br>**¿La reclamación está garantizada de manera total o parcial?** | ☐ No / No<br>☒ Yes. The claim is secured by a lien on property.<br>   Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☒ Other. Describe:<br>   Otro. Describir:   See Attached Annex.<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>See Attached Annex.<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:**   $ See Attached Annex.<br><br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $ See Attached Annex.<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $ See Attached Annex.<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ l Annex.<br><br>**Annual Interest Rate** (on the Petition Date)<br>_Tasa de interés anual_ (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?**<br><br>**¿Esta reclamación está basada en un arrendamiento?** | ☒ No / No<br>☐ Yes. **Amount necessary to cure any default as of the Petition Date.**<br>   Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $ _____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?**<br><br>**¿La reclamación está sujeta a un derecho de compensación?** | ☐ No / No<br>☒ Yes. Identify the property /<br>   Sí. Identifique el bien: See Attached Annex. |

| 12. | **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** <br><br> **¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?** | ☒ No / No <br><br> ☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.** <br><br> Sí. **Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.** | $_____ |

---

**Part 3 / Parte 3:**    Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☐ I am the creditor. / Soy el acreedor.

☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

**Signature:** *Holly Horn*
Holly Horn (Jul 22, 2020 16:08 EDT)

**Email:** HHorn@agltd.com
Signature / Firma _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

| Name | Holly Horn | | |
|---|---|---|---|
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |
| Title / Cargo | Senior Managing Director | | |
| Company / Compañía | Assured Guaranty Corp. | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. <br> Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador. | | |
| Address / Dirección | 1633 Broadway | | |
| | Number / Número     Street / Calle | | |
| | New York | NY | 10019 |
| | City / Ciudad | State / Estado | ZIP Code / Código postal |
| | Contact phone / Teléfono de contacto 212-339-3526 | Email / Correo electrónico | HHorn@agltd.com |

**Attach Supporting Documentation** (limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):

☒ **have supporting documentation.**
(attach below)

☐ I do **not** have supporting documentation.

Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                          12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

## How to fill out this form

- **Fill in all of the information about the claim as of the petition date.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or contact the Claims and Noticing Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), or by email at puertoricoinfo@primeclerk.com. You may view a list of filed claims in the Title III cases by visiting the Claims and Noticing Agent's website at https://cases.primeclerk.com/puertorico.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. § 503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the petition date, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. § 101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the petition date. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy or confidential information. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

---
**Do not file these instructions with your form**
---

**Secured claim under 11 U.S.C. § 506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of § 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the district court, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the district court that apply.

## Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

# Instrucciones para la Evidencia de reclamación

Tribunal de Quiebras de los Estados Unidos                                                                                    12/15

**Estas instrucciones y definiciones explican la ley de forma general. En ciertas circunstancias, tales como casos de quiebra que los deudores no presentan de forma voluntaria, se pueden aplicar excepciones a estas normas generales. Debe considerar la posibilidad de obtener el asesoramiento de un abogado, en especial si no conoce el proceso de quiebra y las reglamentaciones de privacidad.**

## Cómo completar este formulario

- **Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

- **Complete el título en la parte superior del formulario.**

- **Si la reclamación se ha adquirido de otra persona, indique la identidad de la última parte** que fue propietaria de la reclamación o fue titular de la reclamación y que la transfirió a usted antes de que se presente la reclamación inicial.

- **Adjunte cualquier documento de respaldo a este formulario.**
  Adjunte copias editadas de cualquier documento que demuestre que la deuda existe, que un gravamen garantiza la deuda, o ambos. (Ver la definición de *edición* en la siguiente página).

  También adjunte copias editadas de cualquier documento que demuestre el perfeccionamiento de un derecho de garantía o cualquier cesión o transferencia de la deuda. Además de los documentos, puede agregarse un resumen. Norma federal del procedimiento de quiebra (denominada "Norma de quiebra") 3001(c) y (d).

- **No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de examinarlos.**

- **Si la reclamación se basa en la prestación de bienes o servicios de atención médica, no divulgue información de atención médica confidencial. Omita o edite la información confidencial tanto en la reclamación como en los documentos adjuntos.**

- **El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo el año de la fecha de nacimiento de una persona.** Ver la Norma de quiebra 9037.

- **En el caso de un menor, complete solamente las iniciales del menor y el nombre completo y la dirección del padre o madre o el tutor del menor.** Por ejemplo, escriba *A.B., un menor* (*John Doe, padre, calle 123, ciudad, estado*). Ver la Norma de quiebra 9037.

## Confirmación de que se ha presentado la reclamación

Para recibir una confirmación de que se ha presentado la reclamación, puede adjuntar un sobre autodirigido y estampillado y una copia de este formulario o comunicarse con el representante de reclamaciones y notificaciones al (844) 822-9231 (número gratuito para EE. UU. y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), o por correo electrónico a puertoricoinfo@primeclerk.com. Para ver una lista de las reclamaciones presentadas en los casos del Título III, visite el sitio web del representante de reclamaciones y notificaciones en https://cases.primeclerk.com/puertorico.

## Comprenda los términos utilizados en este formulario

**Gastos administrativos:** En términos generales, gastos que se generan luego de presentar un caso de quiebra en relación con el manejo, la liquidación o la distribución del patrimonio de la quiebra.

Título 11 § 503 del Código de los Estados Unidos (U.S.C.).

**Reclamación:** El derecho de un acreedor a recibir un pago por una deuda del deudor a la fecha en la que el deudor solicitó la quiebra. Título 11 §101 (5) del U.S.C. Una reclamación puede estar garantizada o no garantizada.

**Reclamación de conformidad con el Título 11 § 503(b)(9) del U.S.C.:** Una reclamación que surge del valor de cualquier bien recibido por el Deudor dentro de los 20 días anterioresa la fecha en la que se presentó el caso , en el que los bienes se han vendido al Deudor en el transcurso normal de los negocios del Deudor. Adjunte la documentación que respalde dicha reclamación.

**Acreedor:** Una persona, una sociedad anónima u otra entidad con la que el deudor tiene una deuda que se contrajo en la fecha en la que el deudor solicitó la quiebra o con anterioridad. Título 11 § 101 (10) del U.S.C.

**Deudor:** Una persona, una sociedad anónima u otra entidad que está en quiebra. Utilice el nombre del deudor y el número de caso tal como se muestran en el aviso de quiebra que recibió. Título 11 § 101 (13) del U.S.C.

**Prueba de pasos adicionales:** La prueba de la realización de pasos adicionales para hacer valer un derecho de garantía puede incluir documentos que demuestren que se ha presentado o registrado un derecho de garantía, tal como una hipoteca, un derecho de retención, un certificado de propiedad o una declaración de financiamiento.

**Información que debe mantenerse en privado:** El formulario de *Evidencia de reclamación* y los documentos adjuntos solo deben mostrar los últimos 4 dígitos de un número de seguridad social, el número de identificación tributaria de una persona o un número de cuenta financiera, y solo las iniciales del nombre de un menor y el año de la fecha de nacimiento de una persona. Si una reclamación se basa en la prestación de bienes o servicios de atención médica, limite la divulgación de los bienes o servicios a fin de evitar la incomodidad o la divulgación de información de atención médica confidencial. Es posible que, más adelante, se le solicite que brinde más información si el síndico u otra persona de interés se opone a la reclamación.

**Evidencia de reclamación:** Un formulario que detalla el monto de la deuda que el deudor mantiene con un acreedor a la fecha de la presentación. El formulario debe ser presentado en el distrito donde el caso se encuentra pendiente de resolución.

**Edición de información:** Ocultamiento, corrección, o eliminación de cierta información para proteger la privacidad o la información confidencial. Quienes presenten la documentación deben editar u omitir información sujeta a **privacidad** en el formulario de *Evidencia de reclamación* y en cualquier documento adjunto.

**Reclamación garantizada en virtud el Título 11 § 506(a) del U.S.C.:** Una reclamación respaldada por un derecho de retención sobre un bien en particular del deudor. Una reclamación está garantizada en la medida que un acreedor tenga el derecho a recibir un pago proveniente del bien antes de que se les pague a otros acreedores. El monto de una reclamación garantizada generalmente no puede ser mayor que el valor del bien en particular sobre el cual el acreedor mantiene un derecho de retención. Cualquier monto adeudado a un acreedor que sea mayor que el valor del bien generalmente se lo considera una reclamación no garantizada. Sin embargo, existen excepciones; por ejemplo, el Título 11 § 1322(b) del U.S.C., y la oración final de § 1325(a).

Algunos ejemplos de derechos de retención sobre bienes incluyen una hipoteca sobre un inmueble o un derecho de garantía sobre un automóvil. Un derecho de retención puede ser otorgado de manera voluntaria por un deudor o puede obtenerse a través de un procedimiento judicial. En algunos estados, una resolución judicial puede ser un derecho de retención.

**Compensación:** Ocurre cuando un acreedor se paga a sí mismo con dinero que pertenece al deudor y que mantiene en su poder, o cuando el acreedor cancela una deuda que mantiene con el deudor.

**Reclamación no garantizada:** Una reclamación que no cumple con los requisitos de una reclamación garantizada. Una reclamación puede no estar garantizada en parte en la medida que el monto de la reclamación sea mayor que el valor del bien sobre la cual un acreedor tiene un derecho de retención.

## Ofrecimiento de compra de una reclamación

Algunas entidades compran reclamaciones por un monto menor que su valor nominal. Estas entidades pueden contactar a acreedores para ofrecerles la compra de sus reclamaciones. Algunas comunicaciones por escrito de estas entidades pueden confundirse fácilmente con documentación judicial oficial o con comunicaciones del deudor. Estas entidades no representan al tribunal de quiebras, al síndico de la quiebra, ni al deudor. Un acreedor no tiene obligación alguna de vender su reclamación. Sin embargo, si decide hacerlo, cualquier transferencia de esa reclamación está sujeta a la Norma de Quiebras 3001(e), a las correspondientes disposiciones del Código de Quiebras (Título 11 § 101 y subsiguientes del U.S.C.) y a cualquier resolución del tribunal de quiebras que corresponda al caso.

### Envíe la(s) Evidencia(s) de reclamación completa(s) a:

**Si por correo de primera clase:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**Si por el mensajero de una noche o la entrega de mensajero a mano:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

---

**No presente estas instrucciones con su formulario**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |
| ☒ Puerto Rico Public Building Authority<br>El Autoridad de Edificios Públicos de Puerto Rico | Case No. 19-bk-05523 | Petition Date:<br>Sept 27, 2019 |

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

**Assured Guaranty Corp.**

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor   **See attached annex to proof of claim.**

**2.** **Has this claim been acquired from someone else?**

**¿Esta reclamación se ha adquirido de otra persona?**

☒ No / No
☐ Yes. From whom?
    Sí. ¿De quién? _____

**3.** **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**¿A dónde deberían enviarse las notificaciones al acreedor?**

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

| Where should notices to the creditor be sent?<br>¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent?<br>(if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
|---|---|
| **See Annex to Proof of Claim, including Assured Guaranty Corp. Terence Workman** | **See Annex to Proof of Claim, including Assured Guaranty Corp. Terence Workman** |
| Name / Nombre | Name / Nombre |
| **1633 Broadway** | **1633 Broadway** |
| Number / Número     Street / Calle | Number / Número     Street / Calle |
| **New York**   **NY**   **10019** | **New York**   **NY**   **10019** |
| City / Ciudad   State / Estado   ZIP Code / Código postal | City / Ciudad   State / Estado   ZIP Code / Código postal |
| **(212)408-6053** | **(212)408-6053** |
| Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto |
| **tworkman@agltd.com** | **tworkman@agltd.com** |
| Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto |

**4.** **Does this claim amend one already filed?**

**¿Esta reclamación es una enmienda de otra presentada anteriormente?**

☒ No / No
☐ Yes.  Claim number on court claims registry (if known)
    Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
    Filed on / Presentada el _____(MM /DD/YYYY) / (DD/MM/AAAA)

**5.** **Do you know if anyone else has filed a proof of claim for this claim?**

**¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?**

☒ No / No
☐ Yes. Who made the earlier filing?
    Sí. ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**

**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6.** **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

**¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?**

☒ No / No
☐ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
    Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

    _____

**7.** **Do you supply goods and / or services to the government?**

**¿Proporciona bienes y / o servicios al gobierno?**

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

    Vendor / Contract Number | Número de proveedor / contrato: _____

    List any amounts due after the Petition Date (listed above) but before June 30, 2017:
    Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

---

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ __See Attached Annex.__ . **Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúna los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

__See Attached Annex.__

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No
☒ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☒ Other. Describe:
Otro. Describir: __See Attached Annex.__

**Basis for perfection / Fundamento de la realización de pasos adicionales:** __See Attached Annex.__

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

**Value of property / Valor del bien:** $ __See Attached Annex.__

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $ __See Attached Annex.__

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $ __See Attached Annex.__
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____
__See Attached Annex.__

**Annual Interest Rate** (on the Petition Date)
**Tasa de interés anual** (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☒ No / No
☐ Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

| | |
|---|---|
| 12. **Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☒ Yes. Identify the property /<br>Sí. Identifique el bien: _____ **See Attached Annex.** _____ |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.**  $ _____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

| | |
|---|---|
| **Part 3 / Parte 3:** | **Sign Below / Firmar a continuación** |

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☐ I am the creditor. / Soy el acreedor.

☒ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _____ 07/22/2020 _____ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____ *Holly Horn* _____

**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**

Name _____ Holly Horn _____
       First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _____ Senior Managing Director _____

Company / Compañía _____ Assured Guaranty Corp. _____
       Identify the corporate servicer as the company if the authorized agent is a servicer.
       Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____ 1633 Broadway _____
       Number / Número    Street / Calle

_____ New York _____ NY _____ 10019 _____
       City / Ciudad       State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto 212-339-3526    Email / Correo electrónico HHorn@agltd.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*, Debtor.[1] | PROMESA Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtor. | PROMESA Title III<br><br>No. 19 BK 5523-LTS<br><br>(Jointly Administered) |

**ANNEX TO PROOF OF CLAIM OF ASSURED GUARANTY CORP.**

This is an Annex to the proof of claim (the "Proof of Claim") filed by Claimant Assured Guaranty Corp. (including as assignee of or successor to CIFG Assurance North America, Inc. or Radian Asset Assurance Inc., as applicable, "AGC" or "Claimant"). Claimant is the holder of certain claims (collectively, and including any portion thereof, the "Claims") against the Puerto Rico Public Buildings Authority (the "PBA" or the "Debtor"), as described on the prefixed Proof of Claim to which this Annex relates and as set forth in further detail herein.

Nothing herein shall constitute a waiver of any of Claimant's rights or defenses against the Debtor, the Financial Oversight and Management Board for Puerto Rico ("FOMB"), or any other party in any litigation or disputes arising from or relating to Claimant's Claims.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

THIS ANNEX CONSTITUTES A PART OF THE PROOF OF CLAIM AND IS INCORPORATED THEREIN BY REFERENCE. Copies of certain supporting documents relating to the Claims are attached hereto and are incorporated by reference into this Proof of Claim. Because the relevant documents are voluminous, the Claimant has not attached documents that are in the possession of the Debtor or that are otherwise publicly available. Claimant will furnish the Debtor with copies of any additional pertinent documentation upon request or as otherwise required by order of the United States District Court for the District of Puerto Rico (the "Title III Court"), and all pertinent documentation is hereby incorporated into this Proof of Claim by reference. The descriptions provided herein are summaries of the underlying Claims and documentation supporting such Claims, and the failure to reference any specific provision within such documentation shall not constitute a waiver by Claimant as to the contents therein.

1.      Background and Basis for Claims: On September 27, 2019 (the "Petition Date"), FOMB, as representative of the Debtor, filed a voluntary petition for relief under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act ("PROMESA"), in the Title III Court. The Debtor's Title III case number is 19 BK 5523-LTS. The Debtor is obligated to Claimant for the Claims described herein, which arise, without limitation, under the transaction documents described herein, under other applicable law, or in equity.

PBA is an instrumentality of the Commonwealth of Puerto Rico (the "Commonwealth") created by Act No. 56-1958 (the "PBA Enabling Act") for the primary purpose of designing and constructing office buildings, quarters, courts, warehouses, shops, schools, health facilities, social welfare facilities, and related facilities for lease to the Commonwealth and its departments, agencies, instrumentalities, and municipalities, as well as other tenants. Pursuant to the PBA Enabling Act, PBA has issued bonds ("the PBA Bonds") under general bond resolutions (including any related or supplemental resolution, the "PBA Resolutions") adopted in 1970 and 1995. Claimant issued secondary market insurance policies (the "PBA Policies") that insure scheduled payments of principal of and interest on certain of the PBA Bonds (such PBA Bonds, to the extent insured by Claimant, the "Insured PBA Bonds") issued by PBA and guaranteed by the Commonwealth.[2] Claimant has Claims against the Debtor related to the Insured PBA Bonds, as set forth in greater detail below.

---

[2] The Commonwealth's guarantee obligations with respect to the PBA Bonds constitute "public debt" entitled to first-priority payment status under Article VI, Section 8 of the constitution of the Commonwealth (the "Commonwealth Constitution") and related statutes. In a fiscal year in which the Commonwealth's appropriations exceed its available resources, the public debt is entitled to payment before all other Commonwealth obligations. See P.R. Const. art. VI, § 8 (the "Constitutional Debt Priority Provision"). In the PBA Enabling Act, the Commonwealth covenanted that it would "not limit or alter the rights or powers . . . granted [PBA] until the [PBA Bonds] . . . , together with interest thereon, have been fully liquidated and retired." 22 L.P.R.A. § 910. For the avoidance of doubt, under the Constitutional Debt Priority Provision, excise taxes assigned by statute to the Puerto Rico Highways and Transportation Authority, the Puerto Rico Convention Center District Authority, and the Puerto Rico Infrastructure Financing Authority may only be used in a specific fiscal year to pay the public debt if all of the Commonwealth's available resources have been applied to the public debt and there is still a shortfall after that first application. Assured hereby incorporates by reference its other filings in these Title III cases, which more fulsomely describe the laws governing application of these excise taxes.

Pursuant to the PBA Enabling Act and the PBA Resolutions, PBA Bonds are secured by a pledge of the rentals (the "PBA Pledged Special Revenues")[3] of facilities financed or refinanced by PBA Bonds, owned by the PBA, and leased by the PBA, pursuant to certain leases (the "Leases"), to departments, agencies, instrumentalities, and municipalities of the Commonwealth, as well as other tenants. PBA Bondholders (defined below), including the Claimant, have a lien on the rental payments pledged to the payment of the PBA Bonds.

Pursuant to the PBA Policies, including the PBA Policies listed on Exhibit A hereto, Claimant insures no less than $121,565,664.94 of Insured PBA Bonds outstanding as of the Petition Date. As a result of defaults with respect to debt service payments due on Insured PBA Bonds on July 1, 2016; January 1, 2017; July 1, 2017; January 1, 2018; July 1, 2018; January 1, 2019; July 1, 2019; January 1, 2020; July 1, 2020, and as a result of the Debtor's failure to make payments on the Insured PBA Bonds from the rental payments that the Debtor should be receiving on account of the Leases, Claimant has paid no less than $57,770,264.94 in aggregate secondary market claims by holders of Insured PBA Bonds ("Insured PBA Bondholders"), including as set forth in greater detail in the schedule attached as Exhibit B hereto, and is now fully subrogated to the rights of the Insured PBA Bondholders, and has Claims against the Debtor, for the claims it paid and will pay in the future with respect to the Insured PBA Bonds.

As a result, Claimant has Claims against the Debtor related to the Insured PBA Bonds.

All failures by the Debtor to comply with its obligations under the PBA Policies and related insurance agreements (collectively, and including the PBA Policies, the "PBA Insurance Agreements") constitute breaches of the PBA Insurance Agreements and give rise to Claims of Claimant against the Debtor. All such breaches of the PBA Insurance Agreements or the PBA Resolutions, breaches of the Debtor's disclosure requirements under applicable securities regulations and laws, violations by the Debtor of any other law, and the making of any untrue statement in the Debtor's Official Statements for the PBA Bonds give rise to further Claims of Claimant against the Debtor for damages and for reimbursement for all charges, fees, costs, claims, losses, liabilities (including penalties), judgments, demands, damages, and expenses which Claimant may reasonably pay or incur, including for any professionals' fees. Furthermore, Claimant has Claims on account of the Debtor's agreement in the PBA Insurance Agreements to pay or reimburse Claimant any and all charges, damages, losses, penalties, fees, costs and expenses which Claimant or its officers, directors, employees, shareholders and each person, if any, who controls Claimant within the meaning of either Section 15 of the Securities Act of 1933 or Section 20 of the Securities Exchange Act of 1934 may reasonably pay or incur, including, but not limited to, reasonable fees and expenses of attorneys, accountants, consultants and auditors and reasonable costs of investigation, in connection with (i) any accounts established to facilitate payments under the PBA Policies; (ii) the administration, enforcement, defense or preservation of any rights in respect of a PBA Resolution or any other financing document including defending, monitoring or participating in any litigation or proceeding (including any bankruptcy proceeding in respect of the Debtor or any affiliate thereof) relating to a PBA Resolution, a PBA Insurance Agreement, or any other financing document; (iii) the foreclosure against, sale or other disposition of any collateral securing any obligations under a

---

[3] The PBA Pledged Special Revenues constitute "special revenues" as defined in section 902 of the Bankruptcy Code.

PBA Insurance Agreement or any other financing document, or the pursuit of any remedies under a PBA Resolution or any other financing document, to the extent such costs and expenses are not recovered from such foreclosure, sale or other disposition; or (iv) any amendment, waiver or other action with respect to, or related to a PBA Resolution, a PBA Insurance Agreement or any other financing document, whether or not executed or completed, with such costs and expenses to include a reasonable allocation of compensation and overhead attributable to the time of employees of Claimant spent in connection with the actions described in clauses (ii)-(iv) above.

In addition, beginning in or around November 2015, the Debtor has failed to apply the PBA Pledged Special Revenues (as defined below) to payment of the PBA Bonds as required by the PBA Resolutions and by contract, statute, and through a trust relationship, and instead has used the PBA Pledged Special Revenues for other purposes. Claimant has Claims against the Debtor for the full value of all PBA Pledged Special Revenues taken or otherwise used by the Debtor in contravention of Claimant's liens and applicable contracts and statutes, including, without limitation, Claims (i) for just compensation under the takings clause (the "U.S. Takings Clause")[4] of the Fifth Amendment of the U.S. Constitution and Article II, Section 9 of the Commonwealth Constitution (the "Commonwealth Takings Clause",[5] and together with the U.S. Takings Clause, the "Takings Clauses"); and (ii) under Section 407 of PROMESA.

2.    Total Amount of Claims:    Claimant's secured Claims total no less than $179,335,929.88 including (i) Claims of no less than $121,565,664.94 on account of amounts outstanding on Insured PBA Bonds as of the Petition Date, and (ii) Claims of no less than $57,770,264.94 on account of secondary market claims paid by Claimant under the PBA Policies. Claimant's Claims include all principal and interest on all Insured PBA Bonds and all claims paid to date under the PBA Policies. Claimant's Claims also include interest accruing after the Petition Date and any contingent or unliquidated claims not presently ascertainable. In addition, Claimant's Claims include all costs of enforcement, including professionals' fees.

The Insured PBA Bonds accrued and continue to accrue interest at the rates specified within the Insured PBA Bonds and related documents, and the Claims include all interest, fees, costs, charges, expenses, disbursements, liabilities, losses, damages, indemnification, reimbursement, or contribution, and other amounts, including, without limitation, legal fees, and expenses (including, without limitation, those incurred in connection with the preparation, filing, and prosecution of this Proof of Claim), that exist or arise before, as of, or after the date of the filing of this Proof of Claim with respect to the Insured PBA Bonds or the PBA Insurance Agreements, whether prior to, on, or subsequent to the Petition Date, in each case to the extent or as may be permitted, provided, or contemplated in the supporting documentation and under applicable law and/or in equity.

---

[4] The U.S. Takings Clause provides that "private property [shall not] be taken for public use, without just compensation." U.S. Const. amend. V.

[5] The Commonwealth Takings Clause provides that "[p]rivate property shall not be taken or damaged for public use except upon payment of just compensation and in the manner provided by law." P.R. Const. art. II, § 9.

In addition, Claimant has unsecured Claims totaling no less than $179,335,929.88 including Claims (i) arising under the Takings Clauses; and (ii) arising under Section 407 of PROMESA.

3.  <u>Security for Secured Claims</u>:  Pursuant to the PBA Enabling Act and the PBA Resolutions, PBA Bonds are secured by a pledge of the PBA Pledged Special Revenues.  Each PBA Resolution constitutes a contract between PBA and the holders (including Claimant, the "<u>PBA Bondholders</u>") of the PBA Bonds.  Each PBA Resolution also constitutes a "security agreement," including as defined in section 101(50) of the Bankruptcy Code.  11 U.S.C. § 101(50).  The liens on the PBA Pledged Special Revenues granted to the PBA Bondholders under the PBA Resolutions constitute "security interests," including as defined in section 101(51) of the Bankruptcy Code.  11 U.S.C. § 101(51).

The PBA Bondholders' liens on the PBA Pledged Special Revenues are perfected, including by the filing of UCC financing statements.[6]

Claimant's Claims are fully secured as set forth above.  The Claims of Claimant for amounts due and owing as of the Petition Date are unsecured Claims only to the extent of any deficiency, if any, following any exercise by Claimant of any rights of setoff Claimant may have against the Debtor.  Claimant hereby asserts any and all rights of setoff it may have in respect of the Claims, including, without limitation, the right to setoff its Claims against any claims that the Debtor (or any successor, assignee, purchaser, or person claiming through the Debtor) may assert against Claimant.

4.  <u>Credits</u>:  The amount of all payments on the Claims, if any, has been credited and deducted for purposes of making this Proof of Claim.  Moreover, (i) aggregate figures for claims paid by Claimant on account of its insurance policies and (ii) figures for claims paid by Claimant as reflected in the schedules attached as exhibits to this Proof of Claim, have been adjusted to reflect any reimbursements received by Claimant as of the date of the filing of this Proof of Claim.

5.  <u>Reservation of Rights</u>:  In filing this Proof of Claim, Claimant expressly reserves all rights and causes of action, including, without limitation, contingent or unliquidated rights that it may have against the Debtor.  The description and classification of Claims in this Proof of Claim is not a concession or admission as to the correct characterization or treatment of any such Claims or a waiver of any rights of Claimant.  Claimant expressly reserves its right to bring claims derivatively on behalf of PBA, or any other entity, and all such derivative claims constitute Claims encompassed and preserved by this Proof of Claim on behalf of Claimant and the applicable entity.

In addition to any and all other rights expressly reserved herein, Claimant also expressly reserves all rights to amend, modify, or supplement this Proof of Claim in any respect, including, without limitation, with respect to the filing of an amended proof of claim for the purpose of fixing and liquidating any contingent or unliquidated Claim set forth herein, or to file additional proofs of claim for additional claims, including, without limitation, claims for interest, fees, and

---

[6] Copies of such UCC financing statements are publicly available from the Puerto Rico Department of State, and are incorporated into this Proof of Claim by reference.

related expenses (including, without limitation, attorneys' fees) that it has not ascertained at this time.

This Proof of Claim is filed without prejudice to any and all of the rights of Claimant to assert that any and all Claims asserted in this Proof of Claim, including any portions thereof, are (i) entitled to administrative priority or (ii) not subject to treatment or discharge under a plan of adjustment, including (a) on the grounds that such Claims constitute postpetition claims; (b) on the grounds that such Claims do not constitute "claims" as defined in section 101 of the Bankruptcy Code (as incorporated by Section 301(a) of PROMESA); or (c) on the grounds that treatment or discharge of such Claims under a plan of adjustment would be contrary to PROMESA and/or unconstitutional. Further, this Proof of Claim is filed by Claimant without prejudice to its right to request payment of any additional administrative expense claims that it may have against the Debtor, including, without limitation, administrative expenses not described in this Proof of Claim, and Claimant reserves the right to request payment of such administrative expenses at a later date or when required by the Title III Court.

This Proof of Claim is filed without prejudice to the filing by Claimant or its affiliates of additional proofs of claim or requests for payment with respect to any other indebtedness, liability, or obligation of the Debtor. Claimant does not, by this Proof of Claim or any amendment or other action, waive any rights with respect to any scheduled claim.

By filing this Proof of Claim, Claimant does not waive any rights under Title III of PROMESA, or chapter 5 or any other provision of the Bankruptcy Code made applicable by virtue of Section 301(a) of PROMESA,[7] or under any other law or constitution of the United States or the Commonwealth.

In executing and filing this Proof of Claim, Claimant does not submit to the jurisdiction of the Title III Court for any purpose other than with respect to this Proof of Claim against the Debtor and does not waive or release: (i) any rights or remedies against any other person or entity that may be liable for all or part of the Claims set forth herein, whether an affiliate or subsidiary of the Debtor, an assignee, successor, purchaser, guarantor, or otherwise; (ii) any obligation owed to Claimant, or any right to any security that may be determined to be held by Claimant or for Claimant's benefit; (iii) any past, present or future defaults (or events of default) by the Debtor or others; or (iv) any right to the subordination, in favor of Claimant, of indebtedness or liens held by other creditors of the Debtor. The filing of this Proof of Claim is not, and shall not be construed as, an election of remedies or limitation of rights or remedies.

Nothing contained in this Proof of Claim, nor any subsequent appearance, pleading, claim, or suit is intended to be a waiver or release of: (i) the right of Claimant to have final orders in non-core matters entered only after de novo review by a court of competent jurisdiction (other than the Title III Court); (ii) the right of Claimant to a jury trial in any proceeding so triable, or in any case, any controversy, or any proceeding related hereto; (iii) the right of Claimant to have any unliquidated portions of its Claim determined by applicable state or Commonwealth courts; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Claimant is or may be entitled under agreements, documents, or instruments, in law or

---

[7] This includes any rights or defenses associated with Section 509(c) of the Bankruptcy Code.

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

6.    <u>Notices</u>:  All notices with respect to the Claims should be sent by e-mail, fax, certified mail, return receipt requested, or overnight courier service to:

> Assured Guaranty Corp.
> 1633 Broadway
> New York, NY 10019
> Attn:       Kevin Lyons, Esq.
>             Terence Workman, Esq.
>             Daniel Weinberg
> Email:      klyons@agltd.com
>             tworkman@agltd.com
>             dweinberg@agltd.com
> Phone:      212.339.3546 (Kevin Lyons)
>             212.408.6053 (Terence Workman)
>             212.893.2763 (Daniel Weinberg)
>
> with copies to:
>
> Cadwalader, Wickersham & Taft LLP
> 200 Liberty Street
> New York, NY 10281
> Attn:       Ivan Loncar, Esq.
>             Thomas J. Curtin, Esq.
>             Casey Servais, Esq.
> Phone:      212-504-6000
> Fax:        212-504-6666
> Email:      ivan.loncar@cwt.com
>             thomas.curtin@cwt.com
>             casey.servais@cwt.com

**EXHIBIT A**

**PBA POLICIES**

| Original Policy Number | Primary/ Secondary Market | CUSIPs | Gross Par (000s) |
|---|---|---|---|
| 303353I1 | SECONDARY | 745235VZ1 / 745235S77 | 310 |
| 303353I2 | SECONDARY | 745235VZ1 / 745235S77 | 10 |
| FMLI-0301-04162-PA | SECONDARY | 745235VR9 / 745235XG1 | 1,940 |
| FMLI-0301-04166-PA | SECONDARY | 745235VR9 / 745235XG1 | 2,000 |
| FMNI-0301-04162-NY | SECONDARY | 745235VR9 / 745235XG1 | 10,000 |
| FMNI-0301-08073-NY | SECONDARY | 745235B34 / 745235J28 | 7,710 |
| FMNI-0301-08085-NY | SECONDARY | 745235D65 / 745235J69 | 1,000 |
| FMSI-0301-08071-FL | SECONDARY | 745235B34 / 745235J28 | 5,000 |
| FMSI-0301-08073-FL | SECONDARY | 745235B34 / 745235J28 | 920 |
| FMSI-0301-08091-FL | SECONDARY | 745235D65 / 745235J69 | 14,000 |
| FMSI-0301-08092-FL | SECONDARY | 745235D65 / 745235J69 | 5,705 |
| CIFGNA-1 | SECONDARY | 745235QX2 / 745235RN3 | 4,980 |
| CIFGNA-34 | SECONDARY | 745235RZ6 / 745235TN1 | 7,225 |
| CIFGNA-35 | SECONDARY | 745235RZ6 / 745235TN1 | 5,000 |
| CIFGNA-36 | SECONDARY | 745235RV5 / 745235TT8 | 25,800 |
| CIFGNA-122 | SECONDARY | 745235SX0 / 745235UT6 | 1,180 |
| CIFGNA-127 | SECONDARY | 745235SX0 / 745235UT6 | 1,270 |
| CIFGNA-141 | SECONDARY | 745235RX1 / 745235UW9 | 1,000 |
| CIFGNA-146 | SECONDARY | 745235SX0 / 745235UT6 | 1,000 |

| CIFGNA-148 | SECONDARY | 745235SC6 / 745235UY5 | 6,535 |
| CIFGNA-149 | SECONDARY | 745235SA0 / 745235UX7 | 5,425 |
| CIFGNA-323 | SECONDARY | 745235YA3 / 745235RY9 / 745235YB1 | 5,235 |
| CIFGNA-348 | SECONDARY | 745235UW9 / 745235YF2 / 745235RX1 | 2,000 |
| CIFGNA-351 | SECONDARY | 745235UX7 / 745235YJ4 / 745235SA0 | 1,000 |
| CIFGNA-523 | SECONDARY | 745235YP0 / 745235SW2 | 355 |
| CIFGNA-530 | SECONDARY | 745235QA2 / 745235RQ6 | 3,000[8] |
| CIFGNA-532 | SECONDARY | 745235YS4 / 745235YT2 / 745235QB0 | 2,000 |
| SM-2004-3 | SECONDARY | 745235VR9 / 745235WA5 | 1,000 |
| SM-2006-12 | SECONDARY | 745235SA0 / 745235YZ8 | 585 |

---

[8] The unreimbursed par amount as of the Petition Date for CIFGNA-530 is $1,380,664.94.

## EXHIBIT B

## PBA CLAIMS PAID

| Official Policy | Primary / Secondary Market | Claim Date | Claim Type | Adjusted Gross Amount |
|---|---|---|---|---|
| 303353I1 | SECONDARY | 1/2017 | I - Interest | 8,137.50 |
| 303353I1 | SECONDARY | 7/2017 | I - Interest | 8,137.50 |
| 303353I1 | SECONDARY | 1/2018 | I - Interest | 8,137.50 |
| 303353I1 | SECONDARY | 7/2018 | I - Interest | 8,137.50 |
| 303353I1 | SECONDARY | 1/2019 | I - Interest | 8,137.50 |
| 303353I1 | SECONDARY | 7/2019 | I - Interest | 8,137.50 |
| 303353I1 | SECONDARY | 1/2020 | I - Interest | 8,137.50 |
| 303353I1 | SECONDARY | 7/2020 | I - Interest | 8,137.50 |
| 303353I2 | SECONDARY | 1/2017 | I - Interest | 262.50 |
| 303353I2 | SECONDARY | 7/2017 | I - Interest | 262.50 |
| 303353I2 | SECONDARY | 1/2018 | I - Interest | 262.50 |
| 303353I2 | SECONDARY | 7/2018 | I - Interest | 262.50 |
| 303353I2 | SECONDARY | 1/2019 | I - Interest | 262.50 |
| 303353I2 | SECONDARY | 7/2019 | I - Interest | 262.50 |
| 303353I2 | SECONDARY | 1/2020 | I - Interest | 262.50 |
| 303353I2 | SECONDARY | 7/2020 | I - Interest | 262.50 |
| CIFGNA-1 | SECONDARY | 1/2017 | I - Interest | 130,725.00 |
| CIFGNA-1 | SECONDARY | 7/2017 | I - Interest | 130,725.00 |
| CIFGNA-1 | SECONDARY | 1/2018 | I - Interest | 130,725.00 |
| CIFGNA-1 | SECONDARY | 7/2018 | I - Interest | 130,725.00 |
| CIFGNA-1 | SECONDARY | 1/2019 | I - Interest | 130,725.00 |
| CIFGNA-1 | SECONDARY | 7/2019 | I - Interest | 130,725.00 |
| CIFGNA-1 | SECONDARY | 1/2020 | I - Interest | 130,725.00 |
| CIFGNA-1 | SECONDARY | 7/2020 | I - Interest | 130,725.00 |
| CIFGNA-122 | SECONDARY | 1/2017 | I - Interest | 28,025.00 |
| CIFGNA-122 | SECONDARY | 7/2017 | I - Interest | 28,025.00 |
| CIFGNA-122 | SECONDARY | 1/2018 | I - Interest | 28,025.00 |
| CIFGNA-122 | SECONDARY | 7/2018 | I - Interest | 28,025.00 |
| CIFGNA-122 | SECONDARY | 1/2019 | I - Interest | 28,025.00 |
| CIFGNA-122 | SECONDARY | 7/2019 | I - Interest | 28,025.00 |
| CIFGNA-122 | SECONDARY | 1/2020 | I - Interest | 28,025.00 |
| CIFGNA-122 | SECONDARY | 7/2020 | I - Interest | 28,025.00 |
| CIFGNA-127 | SECONDARY | 1/2017 | I - Interest | 30,162.50 |
| CIFGNA-127 | SECONDARY | 7/2017 | I - Interest | 30,162.50 |
| CIFGNA-127 | SECONDARY | 1/2018 | I - Interest | 30,162.50 |
| CIFGNA-127 | SECONDARY | 7/2018 | I - Interest | 30,162.50 |

| Official Policy | Primary / Secondary Market | Claim Date | Claim Type | Adjusted Gross Amount |
|---|---|---|---|---|
| CIFGNA-127 | SECONDARY | 1/2019 | I - Interest | 30,162.50 |
| CIFGNA-127 | SECONDARY | 7/2019 | I - Interest | 30,162.50 |
| CIFGNA-127 | SECONDARY | 1/2020 | I - Interest | 30,162.50 |
| CIFGNA-127 | SECONDARY | 7/2020 | I - Interest | 30,162.50 |
| CIFGNA-141 | SECONDARY | 1/2017 | I - Interest | 26,250.00 |
| CIFGNA-141 | SECONDARY | 7/2017 | I - Interest | 26,250.00 |
| CIFGNA-141 | SECONDARY | 1/2018 | I - Interest | 26,250.00 |
| CIFGNA-141 | SECONDARY | 7/2018 | I - Interest | 26,250.00 |
| CIFGNA-141 | SECONDARY | 1/2019 | I - Interest | 26,250.00 |
| CIFGNA-141 | SECONDARY | 7/2019 | B - P&I | 1,026,250.00 |
| CIFGNA-146 | SECONDARY | 1/2017 | I - Interest | 23,750.00 |
| CIFGNA-146 | SECONDARY | 7/2017 | I - Interest | 23,750.00 |
| CIFGNA-146 | SECONDARY | 1/2018 | I - Interest | 23,750.00 |
| CIFGNA-146 | SECONDARY | 7/2018 | I - Interest | 23,750.00 |
| CIFGNA-146 | SECONDARY | 1/2019 | I - Interest | 23,750.00 |
| CIFGNA-146 | SECONDARY | 7/2019 | I - Interest | 23,750.00 |
| CIFGNA-146 | SECONDARY | 1/2020 | I - Interest | 23,750.00 |
| CIFGNA-146 | SECONDARY | 7/2020 | I - Interest | 23,750.00 |
| CIFGNA-148 | SECONDARY | 1/2017 | I - Interest | 171,543.75 |
| CIFGNA-148 | SECONDARY | 7/2017 | I - Interest | 171,543.75 |
| CIFGNA-148 | SECONDARY | 1/2018 | I - Interest | 171,543.75 |
| CIFGNA-148 | SECONDARY | 7/2018 | I - Interest | 171,543.75 |
| CIFGNA-148 | SECONDARY | 1/2019 | I - Interest | 171,543.75 |
| CIFGNA-148 | SECONDARY | 7/2019 | I - Interest | 171,543.75 |
| CIFGNA-148 | SECONDARY | 1/2020 | I - Interest | 171,543.75 |
| CIFGNA-148 | SECONDARY | 7/2020 | I - Interest | 171,543.75 |
| CIFGNA-149 | SECONDARY | 1/2017 | I - Interest | 142,406.25 |
| CIFGNA-149 | SECONDARY | 7/2017 | I - Interest | 142,406.25 |
| CIFGNA-149 | SECONDARY | 1/2018 | I - Interest | 142,406.25 |
| CIFGNA-149 | SECONDARY | 7/2018 | I - Interest | 142,406.25 |
| CIFGNA-149 | SECONDARY | 1/2019 | I - Interest | 142,406.25 |
| CIFGNA-149 | SECONDARY | 7/2019 | I - Interest | 142,406.25 |
| CIFGNA-149 | SECONDARY | 1/2020 | I - Interest | 142,406.25 |
| CIFGNA-149 | SECONDARY | 7/2020 | I - Interest | 142,406.25 |
| CIFGNA-323 | SECONDARY | 1/2017 | I - Interest | 137,418.75 |
| CIFGNA-323 | SECONDARY | 7/2017 | I - Interest | 137,418.75 |
| CIFGNA-323 | SECONDARY | 1/2018 | I - Interest | 137,418.75 |
| CIFGNA-323 | SECONDARY | 7/2018 | I - Interest | 137,418.75 |
| CIFGNA-323 | SECONDARY | 1/2019 | I - Interest | 137,418.75 |
| CIFGNA-323 | SECONDARY | 7/2019 | I - Interest | 137,418.75 |

| Official Policy | Primary / Secondary Market | Claim Date | Claim Type | Adjusted Gross Amount |
|---|---|---|---|---|
| CIFGNA-323 | SECONDARY | 1/2020 | I - Interest | 137,418.75 |
| CIFGNA-323 | SECONDARY | 7/2020 | B - P&I | 5,372,418.75 |
| CIFGNA-34 | SECONDARY | 1/2017 | I - Interest | 189,656.25 |
| CIFGNA-34 | SECONDARY | 7/2017 | I - Interest | 189,656.25 |
| CIFGNA-34 | SECONDARY | 1/2018 | I - Interest | 189,656.25 |
| CIFGNA-34 | SECONDARY | 7/2018 | I - Interest | 189,656.25 |
| CIFGNA-34 | SECONDARY | 1/2019 | I - Interest | 189,656.25 |
| CIFGNA-34 | SECONDARY | 7/2019 | I - Interest | 189,656.25 |
| CIFGNA-34 | SECONDARY | 1/2020 | I - Interest | 189,656.25 |
| CIFGNA-34 | SECONDARY | 7/2020 | I - Interest | 189,656.25 |
| CIFGNA-348 | SECONDARY | 1/2017 | I - Interest | 52,500.00 |
| CIFGNA-348 | SECONDARY | 7/2017 | I - Interest | 52,500.00 |
| CIFGNA-348 | SECONDARY | 1/2018 | I - Interest | 52,500.00 |
| CIFGNA-348 | SECONDARY | 7/2018 | I - Interest | 52,500.00 |
| CIFGNA-348 | SECONDARY | 1/2019 | I - Interest | 52,500.00 |
| CIFGNA-348 | SECONDARY | 7/2019 | B - P&I | 2,052,500.00 |
| CIFGNA-35 | SECONDARY | 1/2017 | I - Interest | 131,250.00 |
| CIFGNA-35 | SECONDARY | 7/2017 | I - Interest | 131,250.00 |
| CIFGNA-35 | SECONDARY | 1/2018 | I - Interest | 131,250.00 |
| CIFGNA-35 | SECONDARY | 7/2018 | I - Interest | 131,250.00 |
| CIFGNA-35 | SECONDARY | 1/2019 | I - Interest | 131,250.00 |
| CIFGNA-35 | SECONDARY | 7/2019 | I - Interest | 131,250.00 |
| CIFGNA-35 | SECONDARY | 1/2020 | I - Interest | 131,250.00 |
| CIFGNA-35 | SECONDARY | 7/2020 | I - Interest | 131,250.00 |
| CIFGNA-351 | SECONDARY | 1/2017 | I - Interest | 26,250.00 |
| CIFGNA-351 | SECONDARY | 7/2017 | I - Interest | 26,250.00 |
| CIFGNA-351 | SECONDARY | 1/2018 | I - Interest | 26,250.00 |
| CIFGNA-351 | SECONDARY | 7/2018 | I - Interest | 26,250.00 |
| CIFGNA-351 | SECONDARY | 1/2019 | I - Interest | 26,250.00 |
| CIFGNA-351 | SECONDARY | 7/2019 | I - Interest | 26,250.00 |
| CIFGNA-351 | SECONDARY | 1/2020 | I - Interest | 26,250.00 |
| CIFGNA-351 | SECONDARY | 7/2020 | I - Interest | 26,250.00 |
| CIFGNA-36 | SECONDARY | 1/2017 | I - Interest | 677,250.00 |
| CIFGNA-36 | SECONDARY | 7/2017 | B - P&I | 26,477,250.00 |
| CIFGNA-523 | SECONDARY | 1/2017 | I - Interest | 8,875.00 |
| CIFGNA-523 | SECONDARY | 7/2017 | I - Interest | 8,875.00 |
| CIFGNA-523 | SECONDARY | 1/2018 | I - Interest | 8,875.00 |
| CIFGNA-523 | SECONDARY | 7/2018 | I - Interest | 8,875.00 |
| CIFGNA-523 | SECONDARY | 1/2019 | I - Interest | 8,875.00 |
| CIFGNA-523 | SECONDARY | 7/2019 | I - Interest | 8,875.00 |

| Official Policy | Primary / Secondary Market | Claim Date | Claim Type | Adjusted Gross Amount |
|---|---|---|---|---|
| CIFGNA-523 | SECONDARY | 1/2020 | I - Interest | 8,875.00 |
| CIFGNA-523 | SECONDARY | 7/2020 | I - Interest | 8,875.00 |
| CIFGNA-530 | SECONDARY | 7/2016 | B - P&I | 1,380,664.94 |
| CIFGNA-532 | SECONDARY | 1/2017 | I - Interest | 57,500.00 |
| CIFGNA-532 | SECONDARY | 7/2017 | B - P&I | 2,057,500.00 |
| FMLI-0301-04162-PA | SECONDARY | 1/2017 | I - Interest | 48,500.00 |
| FMLI-0301-04162-PA | SECONDARY | 7/2017 | I - Interest | 48,500.00 |
| FMLI-0301-04162-PA | SECONDARY | 1/2018 | I - Interest | 48,500.00 |
| FMLI-0301-04162-PA | SECONDARY | 7/2018 | I - Interest | 48,500.00 |
| FMLI-0301-04162-PA | SECONDARY | 1/2019 | I - Interest | 48,500.00 |
| FMLI-0301-04162-PA | SECONDARY | 7/2019 | I - Interest | 48,500.00 |
| FMLI-0301-04162-PA | SECONDARY | 1/2020 | I - Interest | 48,500.00 |
| FMLI-0301-04162-PA | SECONDARY | 7/2020 | I - Interest | 48,500.00 |
| FMLI-0301-04166-PA | SECONDARY | 1/2017 | I - Interest | 50,000.00 |
| FMLI-0301-04166-PA | SECONDARY | 7/2017 | I - Interest | 50,000.00 |
| FMLI-0301-04166-PA | SECONDARY | 1/2018 | I - Interest | 50,000.00 |
| FMLI-0301-04166-PA | SECONDARY | 7/2018 | I - Interest | 50,000.00 |
| FMLI-0301-04166-PA | SECONDARY | 1/2019 | I - Interest | 50,000.00 |
| FMLI-0301-04166-PA | SECONDARY | 7/2019 | I - Interest | 50,000.00 |
| FMLI-0301-04166-PA | SECONDARY | 1/2020 | I - Interest | 50,000.00 |
| FMLI-0301-04166-PA | SECONDARY | 7/2020 | I - Interest | 50,000.00 |
| FMNI-0301-04162-NY | SECONDARY | 1/2017 | I - Interest | 250,000.00 |
| FMNI-0301-04162-NY | SECONDARY | 7/2017 | I - Interest | 250,000.00 |
| FMNI-0301-04162-NY | SECONDARY | 1/2018 | I - Interest | 250,000.00 |
| FMNI-0301-04162-NY | SECONDARY | 7/2018 | I - Interest | 250,000.00 |
| FMNI-0301-04162-NY | SECONDARY | 1/2019 | I - Interest | 250,000.00 |
| FMNI-0301-04162-NY | SECONDARY | 7/2019 | I - Interest | 250,000.00 |
| FMNI-0301-04162-NY | SECONDARY | 1/2020 | I - Interest | 250,000.00 |
| FMNI-0301-04162-NY | SECONDARY | 7/2020 | I - Interest | 250,000.00 |
| FMNI-0301-08073-NY | SECONDARY | 1/2017 | I - Interest | 192,750.00 |
| FMNI-0301-08073-NY | SECONDARY | 7/2017 | I - Interest | 192,750.00 |
| FMNI-0301-08073-NY | SECONDARY | 1/2018 | I - Interest | 192,750.00 |
| FMNI-0301-08073-NY | SECONDARY | 7/2018 | I - Interest | 192,750.00 |
| FMNI-0301-08073-NY | SECONDARY | 1/2019 | I - Interest | 192,750.00 |
| FMNI-0301-08073-NY | SECONDARY | 7/2019 | I - Interest | 192,750.00 |
| FMNI-0301-08073-NY | SECONDARY | 1/2020 | I - Interest | 192,750.00 |
| FMNI-0301-08073-NY | SECONDARY | 7/2020 | I - Interest | 192,750.00 |
| FMNI-0301-08085-NY | SECONDARY | 1/2017 | I - Interest | 26,250.00 |
| FMNI-0301-08085-NY | SECONDARY | 7/2017 | I - Interest | 26,250.00 |
| FMNI-0301-08085-NY | SECONDARY | 1/2018 | I - Interest | 26,250.00 |

| Official Policy | Primary / Secondary Market | Claim Date | Claim Type | Adjusted Gross Amount |
|---|---|---|---|---|
| FMNI-0301-08085-NY | SECONDARY | 7/2018 | I - Interest | 26,250.00 |
| FMNI-0301-08085-NY | SECONDARY | 1/2019 | I - Interest | 26,250.00 |
| FMNI-0301-08085-NY | SECONDARY | 7/2019 | I - Interest | 26,250.00 |
| FMNI-0301-08085-NY | SECONDARY | 1/2020 | I - Interest | 26,250.00 |
| FMNI-0301-08085-NY | SECONDARY | 7/2020 | I - Interest | 26,250.00 |
| FMSI-0301-08071-FL | SECONDARY | 1/2017 | I - Interest | 125,000.00 |
| FMSI-0301-08071-FL | SECONDARY | 7/2017 | I - Interest | 125,000.00 |
| FMSI-0301-08071-FL | SECONDARY | 1/2018 | I - Interest | 125,000.00 |
| FMSI-0301-08071-FL | SECONDARY | 7/2018 | I - Interest | 125,000.00 |
| FMSI-0301-08071-FL | SECONDARY | 1/2019 | I - Interest | 125,000.00 |
| FMSI-0301-08071-FL | SECONDARY | 7/2019 | I - Interest | 125,000.00 |
| FMSI-0301-08071-FL | SECONDARY | 1/2020 | I - Interest | 125,000.00 |
| FMSI-0301-08071-FL | SECONDARY | 7/2020 | I - Interest | 125,000.00 |
| FMSI-0301-08073-FL | SECONDARY | 1/2017 | I - Interest | 23,000.00 |
| FMSI-0301-08073-FL | SECONDARY | 7/2017 | I - Interest | 23,000.00 |
| FMSI-0301-08073-FL | SECONDARY | 1/2018 | I - Interest | 23,000.00 |
| FMSI-0301-08073-FL | SECONDARY | 7/2018 | I - Interest | 23,000.00 |
| FMSI-0301-08073-FL | SECONDARY | 1/2019 | I - Interest | 23,000.00 |
| FMSI-0301-08073-FL | SECONDARY | 7/2019 | I - Interest | 23,000.00 |
| FMSI-0301-08073-FL | SECONDARY | 1/2020 | I - Interest | 23,000.00 |
| FMSI-0301-08073-FL | SECONDARY | 7/2020 | I - Interest | 23,000.00 |
| FMSI-0301-08091-FL | SECONDARY | 1/2017 | I - Interest | 367,500.00 |
| FMSI-0301-08091-FL | SECONDARY | 7/2017 | I - Interest | 367,500.00 |
| FMSI-0301-08091-FL | SECONDARY | 1/2018 | I - Interest | 367,500.00 |
| FMSI-0301-08091-FL | SECONDARY | 7/2018 | I - Interest | 367,500.00 |
| FMSI-0301-08091-FL | SECONDARY | 1/2019 | I - Interest | 367,500.00 |
| FMSI-0301-08091-FL | SECONDARY | 7/2019 | I - Interest | 367,500.00 |
| FMSI-0301-08091-FL | SECONDARY | 1/2020 | I - Interest | 367,500.00 |
| FMSI-0301-08091-FL | SECONDARY | 7/2020 | I - Interest | 367,500.00 |
| FMSI-0301-08092-FL | SECONDARY | 1/2017 | I - Interest | 149,756.25 |
| FMSI-0301-08092-FL | SECONDARY | 7/2017 | I - Interest | 149,756.25 |
| FMSI-0301-08092-FL | SECONDARY | 1/2018 | I - Interest | 149,756.25 |
| FMSI-0301-08092-FL | SECONDARY | 7/2018 | I - Interest | 149,756.25 |
| FMSI-0301-08092-FL | SECONDARY | 1/2019 | I - Interest | 149,756.25 |
| FMSI-0301-08092-FL | SECONDARY | 7/2019 | I - Interest | 149,756.25 |
| FMSI-0301-08092-FL | SECONDARY | 1/2020 | I - Interest | 149,756.25 |
| FMSI-0301-08092-FL | SECONDARY | 7/2020 | I - Interest | 149,756.25 |
| SM-2004-3 | SECONDARY | 1/2017 | I - Interest | 25,000.00 |
| SM-2004-3 | SECONDARY | 7/2017 | I - Interest | 25,000.00 |
| SM-2004-3 | SECONDARY | 1/2018 | I - Interest | 25,000.00 |

| Official Policy | Primary / Secondary Market | Claim Date | Claim Type | Adjusted Gross Amount |
|---|---|---|---|---|
| SM-2004-3 | SECONDARY | 7/2018 | I - Interest | 25,000.00 |
| SM-2004-3 | SECONDARY | 1/2019 | I - Interest | 25,000.00 |
| SM-2004-3 | SECONDARY | 7/2019 | I - Interest | 25,000.00 |
| SM-2004-3 | SECONDARY | 1/2020 | I - Interest | 25,000.00 |
| SM-2004-3 | SECONDARY | 7/2020 | I - Interest | 25,000.00 |
| SM-2006-12 | SECONDARY | 1/2017 | I - Interest | 15,356.25 |
| SM-2006-12 | SECONDARY | 7/2017 | I - Interest | 15,356.25 |
| SM-2006-12 | SECONDARY | 1/2018 | I - Interest | 15,356.25 |
| SM-2006-12 | SECONDARY | 7/2018 | I - Interest | 15,356.25 |
| SM-2006-12 | SECONDARY | 1/2019 | I - Interest | 15,356.25 |
| SM-2006-12 | SECONDARY | 7/2019 | I - Interest | 15,356.25 |
| SM-2006-12 | SECONDARY | 1/2020 | I - Interest | 15,356.25 |
| SM-2006-12 | SECONDARY | 7/2020 | I - Interest | 15,356.25 |

# Electronic Proof of Claim_AXJWT27371

**Final Audit Report**                                                     2020-07-22

| | |
|---|---|
| Created: | 2020-07-22 |
| By: | Puerto Rico Claims (prclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAASCKhPZCz0zNmU3paDQxXadWDw7ommrYX |

## "Electronic Proof of Claim_AXJWT27371" History

Web Form created by Puerto Rico Claims (prclaims@primeclerk.com)
2020-07-22 - 8:00:43 PM GMT

Holly Horn (HHorn@agltd.com) uploaded the following supporting documents:
  Attachment
2020-07-22 - 8:08:46 PM GMT

Web Form filled in by Holly Horn (HHorn@agltd.com)
2020-07-22 - 8:08:46 PM GMT- IP address: 65.223.207.4

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; WOW64)
AppleWebKit/537.36 (KHTML, like Gecko) Chrome/81.0.4044.92 Safari/537.36)
2020-07-22 - 8:08:48 PM GMT- IP address: 65.223.207.4

Signed document emailed to Puerto Rico Claims (prclaims@primeclerk.com) and Holly Horn
(HHorn@agltd.com)
2020-07-22 - 8:08:48 PM GMT