# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

-----------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-----------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR THE HEARING ON DECEMBER 15–16, 2021 AT 10:00 A.M. AST

| | |
|---|---|
| **Time and Date of Hearing:** | **Wednesday, December 15, 2021**, from 10:00 a.m. to 12:50 p.m., from 3:10 p.m. to 5:00 p.m. and, if necessary, **Thursday, December 16, 2021**, from 9:30 a.m. to 1:00 p.m., and from 2:00 p.m. to 5:00 p.m. **(Atlantic Standard Time)** |
| | Honorable Laura Taylor Swain, United States District Judge Honorable Judith G. Dein, United States Magistrate Judge |
| **Location of Hearing:** | **The Hearing will be conducted virtually via videoconferencing and telephonic platforms.** |
| | Attorney Participation: Pursuant to the *Order Regarding Procedures for December 15–16, 2021, Omnibus Hearing* [Case No. 17-3283, ECF No. 19430], attached to this Agenda as **Exhibit A** (the "Procedures Order"), attorneys who have entered an appearance in the Title III cases |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

and **wish to participate as speakers** in the proceedings must file an Informative Motion in accordance with paragraph 3 of the Procedures Order and, upon receipt of an invitation to register their appearance from the Court, must respond to the invitation to register for Zoom access. The FOMB and AAFAF may each register up to four attorney appearances per day, and all other parties shall be limited to two attorney appearances per day.

Attorneys, Members of the Public and Press: Attorneys and members of the public and press **may listen to (but not view or participate in)** the proceedings by dialing (888) 363-4749 and entering the access code (7214978) and security code (6975) when prompted.

**Copies of Documents:**    Copies of all documents filed in these Title III cases are available free of charge (a) by visiting https://cases.primeclerk.com/puertorico or by calling +1 (844) 822-9231, and (b) on the Court's website at http://www.prd.uscourts.gov, subject to the procedures and fees set forth therein.

## I.   STATUS REPORTS:

### 1.   Report from the Oversight Board.

Description: Pursuant to the Procedures Orders, the Financial Oversight and Management Board for Puerto Rico (the "FOMB" or "Oversight Board") will file a written Status Report prior to the hearing. The FOMB will report on (i) the general status and activities of the Oversight Board, including measures taken in response to the COVID-19 pandemic, (ii) the general status of relations among the Oversight Board and the Commonwealth and federal governments, (iii) the general status of work toward plans of adjustment for PREPA and HTA, and (iv) the general status of the ADR and ACR processes, including the anticipated number of matters to be directed into the ADR process and anticipated timetable for initiation of ADR procedures with respect to such matters.

Speakers: Should the Court have questions or comments regarding the FOMB's Status Report, the names of counsel who intend to speak on the Status Report are Martin J. Bienenstock and Brian S. Rosen.

### 2.   Report from AAFAF.

Description: Pursuant to the Procedures Orders, the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") will file a written status Report prior to the hearing. AAFAF will provide a general status report on its status and activities, including an overview of the Commonwealth's ongoing response to the COVID-19 pandemic.

Speakers: Should the Court have questions or comments regarding AAFAF's Status Report, the name of counsel who intends to speak on the Status Report are Luis C. Marini-Biaggi and/or Carolina Velaz Rivero.

## II.   FEE APPLICATIONS:

1.  **Fee Application by Fee Examiner and Counsel to Fee Examiner.**[2] Eighth Interim and Consolidated Semiannual Application of the Fee Examiner and Godfrey & Kahn, S.C., Counsel to the Fee Examiner, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from April 1, 2021 through September 30, 2021 **[Case No. 17-3283, ECF No. 19004]**

    Description: Eighth interim and consolidated semiannual fee application by the Fee Examiner and counsel to Fee Examiner.

    Objection Deadline: November 22, 2021 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
        A.  None.

    Status: This matter is going forward.

    Estimated Time Required: N/A.

## III.   UNCONTESTED MATTERS:

1.  **Debtor's Motion for an Order Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027.**[3] Tenth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027 **[Case No. 17-3283, ECF No. 19276; Case No. 17-4780, ECF No. 2656]**

    Description: PREPA's motion for entry of an order pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure further enlarging the time within which to file notices of removal pursuant to Bankruptcy Rule 9027.

    Objection Deadline: December 1, 2021 at 4:00 p.m. (Atlantic Standard Time).

    Responses:
        A.  None.

---

[2] Katherine Stadler and Brady C. Williamson will be available to address questions, if any, related to this matter; otherwise, Katherine Stadler and Brady C. Williamson do not intend to speak.

[3] Ehud Barak will be available to address questions, if any, related to this matter; otherwise, the Oversight Board does not intend to speak on this matter.

Reply, Joinder & Statement Deadlines: December 7, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 8, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. None.

Related Documents:
    A. Certificate of No Objection Regarding Tenth Motion of the Puerto Rico Electric Power Authority for Entry of Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time Within Which to File Notices of Removal Pursuant to Bankruptcy Rule 9027 **[Case No. 17-4780, ECF No. 2663]**

Status: This matter is going forward.

Estimated Time Required: N/A.

## IV.   CONTESTED MATTERS:

1.  **Debtor's Three Hundred Seventy-Fourth Omnibus Objection to Claims Nos. 174661, 174604, and 174660**. Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims **[Case No. 17-3283, ECF No. 17923]**

Description: Objection by the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to claims filed by the Unión de Empleados de Oficina de la Autoridad de Edificios Públicos ("UEOPAEP") and Unión de Empleados de Autoridad de Edificios Públicos, Claim Nos. 174661, 174604, and 174660.

Objection Deadline: September 20, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
    A. Omnibus Response to Three Hundred Seventy Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico ...[sic] and Puerto Rico Public Buildings Authority to Late Filed Claims (Claims 174661, 174604, and 174660) **[Case No. 17-3283, ECF No. 18167]**

Reply, Joinder & Statement Deadlines: December 7, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 8, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
    A. Reply of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees

4

Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Response Filed by Union De Empleados de Oficina de la Autoridad de Edificios Publicos to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) to Late-Filed Claims **[Case No. 17-3283, ECF No. 19464]**

Related Documents:
  A. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the October 6, 2021 Omnibus Hearing to the December 15, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 18365]**

Status:  This matter is going forward.

Estimated Time Required:  10 minutes.

Order and Number of Speakers[4]:  The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
  A. Movants:
      1. **FOMB**: Brian S. Rosen and/or Laura Stafford, 2.5 minutes
  B. Objecting Parties:
      1. **UEOPAEP**: Roberto O. Maldonado Nieves, 5 minutes
  C. Movants:
      1. **FOMB**: Brian S. Rosen and/or Laura Stafford, 2.5 minutes

2. **Debtor's Three Hundred Eighty-Eighth Omnibus Objection to Claims Nos. 51426 and 51476.** Three Hundred Eighty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Filed by AEELA **[Case No. 17-3283, ECF No. 17931]**

Description:  Objection by the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to claims filed by Asociación de Empleados del ELA ("AEELA"), Claim Nos. 51426 and 51476.

Objection Deadline:  November 30, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. Response to the Three Hundred Eighty-Eighth [sic] Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees' Retirement System of the Government of the Commonwealth Puerto Rico to Claims Filed by AEELA **[Case No. 17-3283, ECF No. 18613]**

---

[4] The Oversight Board reached out to UEOPAEP's counsel in advance of filing this agenda to confirm their speaker information and time allocation but did not receive a response.

Reply, Joinder & Statement Deadlines: December 7, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and December 8, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
A. Reply of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Response Filed by AEELA to the Three Hundred Eighty-Eighth Omnibus Objection (Substantive) to Claims Filed by AEELA **[Case No. 17-3283, ECF No. 19465]**

Related Documents:
A. Motion for Extension of Time to Respond to Three Hundred Eighty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Filed by AEELA **[Case No. 17-3283, ECF No. 18112]**

B. Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the October 6, 2021 Omnibus Hearing to the December 15, 2021 Omnibus Hearing **[Case No. 17-3283, ECF No. 18365]**

C. Notice of Presentment of Proposed Order Granting the Three Hundred Eighty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Filed by AEELA (ECF No. 17931) **[Case No. 17-3283, ECF No. 18462]**

Status: This matter is going forward.

Estimated Time Required: 10 minutes.

Order and Number of Speakers: The names of counsel who intend to speak on this matter and time allocations for each party are listed below:
A. Movants:
1. **FOMB**: Brian S. Rosen and/or Laura Stafford, 2.5 minutes
B. Objecting Parties:
1. **AEELA**: Charles A. Cuprill-Hernández, 5 minutes
C. Movants:
1. **FOMB**: Brian S. Rosen and/or Laura Stafford, 2.5 minutes

## V.   ADJOURNED MATTERS

1. **Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service**. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) **[Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]**

Description: AAFAF, on behalf of itself and the Puerto Rico Sales Tax Financing Corporation ("COFINA"), objects to proofs of claim filed by the United States Department of the Treasury/Internal Revenue Service (Claims No. 168648 and 16885) against COFINA.

Objection Deadline: October 25, 2019 at 4:00 p.m. (Atlantic Standard Time).

Responses:
  A. United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim **[Case No. 17-3283, ECF No. 8993; Case No. 17-3284, ECF No. 686]**

Reply, Joinder & Statement Deadlines: December 24, 2019 at 4:00 p.m. (Atlantic Standard Time).

Replies, Joinders & Statements:
  A. COFINA's Reply to the United States' Response to COFINA's Objection to the Internal Revenue Service's Proofs of Claim [ECF No. 8993] **[Case No. 17-3283, ECF No. 9649; Case No. 17-3284, ECF No. 693]**

Related Documents:
  A. Stipulation and Agreed Order (A) Withdrawing Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 168648 and 168885); (B) Deeming Previously Filed Objection to Apply to Amended IRS Proof of Claim (Claim No. 169423); (C) Extending Deadline to Respond to the Objection; and (D) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 7927; Case No. 17-3284, ECF No. 662]**

  B. Stipulation and Agreed Order (A) Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim Nos. 169423); and (B) Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8466; Case No. 17-3284, ECF No. 666]**

  C. Stipulation and Agreed Order (A) Further Extending Deadline to Respond to AAFAF's Objection to the Proof of Claim of the United States Department of the Treasury/Internal Revenue Service (Claim No. 169423); and (B) Further Adjourning Hearing to Consider the Objection **[Case No. 17-3283, ECF No. 8688; Case No. 17-3284, ECF No. 678]**

  D. Informative Motion Regarding Extension of United States' Deadline to Respond to Claim Objection **[Case No. 17-3283, ECF No. 8839; Case No. 17-3284, ECF No. 684]**

  E. Informative Motion Regarding Extension of COFINA's Deadline to Reply to United States' Response to Claim Objection **[Case No. 17-3283, ECF No. 9330; Case No. 17-3284, ECF No. 688]**

F.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 10021; Case No. 17-3284, ECF No. 695]**

G.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 12550; Case No. 17-3284, ECF No. 702]**

H.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13122; Case No. 17-3284, ECF No. 709]**

I.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 13589; Case No. 17-3284, ECF No. 712]**

J.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14223; Case No. 17-3284, ECF No. 715]**

K.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 14768; Case No. 17-3284, ECF No. 719]**

L.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15320; Case No. 17-3284, ECF No. 722]**

M.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15682; Case No. 17-3284, ECF No. 724]**

N.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 15927; Case No. 17-3284, ECF No. 735]**

O.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16574; Case No. 17-3284, ECF No. 743]**

P.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 16895; Case No. 17-3284, ECF No. 748]**

Q.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 17498; Case No. 17-3284, ECF No. 751]**

R.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 18304; Case No. 17-3284, ECF No. 756]**

S.   Informative Motion Regarding Adjournment of Hearing on COFINA's Objection
to the Internal Revenue Service's Proofs of Claim [ECF No. 7419] **[Case No. 17-3283, ECF No. 19411; Case No. 17-3284, ECF No. 761]**

Status:  This matter has been adjourned to the February 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

2.   **Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for
Relief from Automatic Stay.** Motion of Atlantic Medical Center, Inc., Camuy Health
Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary
Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc.,
Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud
de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the
Court's Prior Order and (II) Relief from the Automatic Stay **[Case No. 17-3283, ECF No. 12918]**

Description:  Certain medical centers' motion seeking (a) to compel the Commonwealth to
pay certain amounts to the movants, (b) relief from the automatic stay to allow related
prepetition litigation to go forward, and (c) prospective enforcement of certain statutory
payments by the Commonwealth.

Objection Deadline:  February 24, 2021 at 5:00 p.m. (Atlantic Standard Time).

Responses:
A.   Opposition of the Financial Oversight and Management Board of Puerto Rico to
Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de
Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services,
Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud,
Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de
Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the
Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15883]**

Reply, Joinder & Statement Deadlines:  March 3, 2021 at 5:00 p.m. (Atlantic Standard
Time).

Replies, Joinders & Statements:
A.   Official Committee of Unsecured Creditors' Statement in Partial Support of Motion
of Atlantic Medical Center, Inc. and Other Health Service Providers for (I)
Enforcement of Court's Prior Order and (II) Relief from Automatic Stay **[Case No. 17-3283, ECF No. 13260]**

B. Reply of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. in Further Support of Motion to (I) Enforce the Court's Prior Order and (II) Obtain Relief from the Automatic Stay **[Case No 17-3283, ECF No. 15910]**

Related Documents:

A. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13279]**

B. Joint Stipulation and Order Regarding Atlantic Medical Center, Inc., et al.'s Motion for Relief from the Automatic Stay (ECF No. 12918) **[Case No. 17-3283, ECF No. 13303]**

C. Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14166]**

D. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14172]**

E. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14575]**

F. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 14581]**

G. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15237]**

H. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15270]**

I. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15599]**

J. Order Granting Urgent Consented Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 15608]**

K. Order Adjourning Motion of Atlantic Medical Center, Inc., Camuy Health Services, Inc., Centro de Salud Familiar Dr. Julio Palmieri Ferri, Inc., Ciales Primary Health Care Services, Inc., Corp. de Serv. Médicos Primarios y Prevención de Hatillo, Inc., Costa Salud, Inc., Centro de Salud de Lares, Inc., Centro de Servicios Primarios de Salud de Patillas, Inc., and Hospital General Castañer, Inc. Seeking (I) Enforcement of the Court's Prior Order and (II) Relief from the Automatic Stay **[Case No 17-3283, ECF No. 16002]**

Status:  Upon agreement of the parties and notice to the Court, this matter has been adjourned to the February 2, 2022 omnibus hearing.

Estimated Time Required:  N/A.

3. **PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements.** Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]**
Description:  Hearing on the portion of PREPA's motion for order authorizing its rejection of certain power purchase and operating agreements directed at the operational power purchase and operating agreements with Windmar Renewable Energy, Inc. and Windmar Renewable Energy, LLC.
Objection Deadline:  September 21, 2021 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: September 28, 2021 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and September 29, 2021 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. Declaration of Fernando M. Padilla in Respect of Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15179; Case No. 17-4780, ECF No. 2297]**

   B. Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15234; Case No. 17-4780, ECF No. 2307]**

   C. Order Granting Urgent Consensual Motion for Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15265; Case No. 17-4780, ECF No. 2309]**

   D. Certificate of No Objection Regarding Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power

11

Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15286; Case No. 17-4780, ECF No. 2312]**

E. Order Granting in Part Omnibus Motion of Puerto Rico Electric Power Authority for (A) Approval of Its Rejection of Certain Power Purchase and Operating Agreements, and (B) Related Relief **[Case No. 17-3283, ECF No. 15313; Case No. 17-4780, ECF No. 2318]**

F. Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15476; Case No. 17-4780, ECF No. 2344]**

G. Order Granting Urgent Consensual Motion for Second Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15478; Case No. 17-4780, ECF No. 2345]**

H. Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15579; Case No. 17-4780, ECF No. 2364]**

I. Order Granting Urgent Consensual Motion for Third Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15582; Case No. 17-4780, ECF No. 2366]**

J. Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15880; Case No. 17-4780, ECF No. 2379]**

K. Order Granting Urgent Consensual Motion for Fourth Extension of Certain Deadlines in Connection with Omnibus Motion of Puerto Rico Electric Power Authority for Order (A) Approving PREPA's Rejection of Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 15881; Case No. 17-4780, ECF No. 2380]**

L. Order Adjourning in Part Omnibus Motion of the Puerto Rico Electric Power Authority for Entry of an Order (A) Approving PREPA's Rejection of Certain

Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18133; Case No. 17-4780, ECF No. 2620]**

M. Informative Motion Regarding Adjournment of Hearing on PREPA's Omnibus Motion of Puerto Rico Electric Authority for Order (A) Authorizing PREPA to Reject Certain Power Purchase and Operating Agreements, and (B) Granting Related Relief **[Case No. 17-3283, ECF No. 18272; Case No. 17-4780, ECF No. 2623]**

Status: This matter has been adjourned to the February 2, 2022 omnibus hearing.

Estimated Time Required: N/A.

4. **Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim**. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim **[Case No. 17-3283, ECF No. 16331]**

Description: Motion of Fir Tree Capital Management, LP for entry of an order allowing and directing payment of its administrative expense claim against the Commonwealth of Puerto Rico.

Objection Deadline: January 18, 2022 at 4:00 p.m. (Atlantic Standard Time).

Responses:
   A. None.

Reply, Joinder & Statement Deadlines: January 25, 2022 at 4:00 p.m. (Atlantic Standard Time) for all parties other than the Debtors or Statutory Committees and January 26, 2022 at 4:00 p.m. (Atlantic Standard Time) for the Debtors and Statutory Committees.

Replies, Joinders & Statements:
   A. None.

Related Documents:
   A. None.

Status: Upon agreement of the parties and notice to the Court, this matter has been adjourned to the February 2, 2022 omnibus hearing.

Estimated Time Required: N/A.

5. **Community Health Foundation's Administrative Claim Motion.** Community Health Foundation of P.R. Inc.'s Motion for Allowance and Payment of Administrative Expense **[Case No. 17-3283, ECF No. 18602]**

13

<u>Description</u>: Community Health Foundation of P.R. Inc.'s motion for an order allowing payment of post-petition wraparound payments for services provided to residents of Puerto Rico.

<u>Objection Deadline</u>: January 14, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Responses</u>:
    A. None.

<u>Reply, Joinder & Statement Deadlines</u>: January 25, 2022 at 4:00 p.m. (Atlantic Standard Time).

<u>Replies, Joinders & Statements</u>:
    A. None.

<u>Related Documents</u>:
    A. Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19357]**

    B. Order Granting Urgent Consensual Motion for Extension of Deadlines **[Case No. 17-3283, ECF No. 19370]**

<u>Status</u>: This matter has been adjourned to the February 2, 2022 omnibus hearing.

<u>Estimated Time Required</u>: N/A.

6. **<u>Debtors' Omnibus Objections to Claims.</u>**

<u>Related Documents</u>:
    A. Order Regarding Adjourned Omnibus Objections to Claims **[Case No. 17-3283, ECF No. 19461]** (the "<u>First Adjourned Omnibus Objections Order</u>")

    B. Order (I) Regarding Claim Objections to be Heard at December 15, 2021, Omnibus Hearing and (II) Adjourning Certain Claim Objections to the February 2, 2022, Omnibus Hearing **[Case No. 17-3283, ECF No. 19502]** (the "<u>Second Adjourned Omnibus Objections Order</u>")

The following omnibus objections to claims were scheduled for hearing at the December 15, 2021, omnibus hearing but will be subject to forthcoming notices of presentment for final written orders of the Court.

Three Hundred Ninety-Second [ECF No. 17970]; Three Hundred Ninety-Sixth [ECF No. 18960]; Objection to Proof of Claim of National Geographic Partners, LLC (Claim No. 4349) [ECF No. 17971]; Objection to Proof of Claim of Medley Credit Opportunity Cayman Fund LP (Claim No. 28262) [ECF No. 17972].

Pursuant to the Second Adjourned Omnibus Objections Order, the following omnibus objections to claims have been adjourned to the February 2, 2022 omnibus hearing, solely with respect to the claims identified below.

Three Hundred Third [ECF No. 16030] (Claim Nos. 73613, 20507, and 160793); Three Hundred Thirty-Fourth [ECF No. 17085] (Claim No. 174301); Three Hundred Thirty-Sixth [ECF No. 17101] (Claim No. 21597); Three Hundred Sixty-Third [ECF No. 17929] (Claim No. 10502); Three Hundred Seventy-Fourth [ECF No. 17923] (Claim No. 62507); Three Hundred Ninety-First [ECF No. 17974] (Claim No. 20926); Objection to Proof of Claim of Vaqueria Tres Monjitas, Inc. (Claim No. 42505) [ECF No. 17969].

Pursuant to the First Adjourned Omnibus Objections Order, the following omnibus objections to claims have been adjourned to claim objection hearings on January 19-20, 2022 and February 16-17, 2022.

Two Hundred Eighty-First [ECF No. 15421]; Two Hundred Eighty-Eighth [ECF No. 15703]; Two Hundred Ninety-Fifth [ECF No. 15718]; Three Hundred First [ECF No. 16021]; Three Hundred Third [ECF No. 16030]; Three Hundred Fifth [ECF No. 16023]; Three Hundred Ninth [ECF No. 16027]; Three Hundred Twelfth [ECF No. 16641]; Three Hundred Sixteenth [ECF No. 16643]; Three Hundred Twenty-Third [ECF No. 16649]; Three Hundred Thirty-Fourth [ECF No. 17085]; Three Hundred Thirty-Seventh [ECF No. 17081]; Three Hundred Forty-First [ECF No. 17105]; Three Hundred Forty-Fifth [ECF No. 17108]; Three Hundred Forty-Seventh [ECF No. 17109]; Three Hundred Forty-Ninth [ECF No. 17092]; Three Hundred Fiftieth [ECF No. 17111]; Three Hundred Fifty-First [ECF No. 17112]; Three Hundred Fifty-Fifth [ECF No. 17096]; Three Hundred Fifty-Seventh [ECF No. 17102]; Three Hundred Sixtieth [ECF No. 17919]; Three Hundred Sixty-First [ECF No. 17921]; Three Hundred Sixty-Second [ECF No. 17927]; Three Hundred Sixty-Fifth [ECF No. 17932]; Three Hundred Sixty-Seventh [ECF No. 17933];Three Hundred Sixty-Eighth [ECF No. 17934]; Three Hundred Seventieth [ECF No. 17935]; Three Hundred Seventy-Second [ECF No. 17918]; Three Hundred Seventy-Fourth [ECF No. 17923]; Three Hundred Seventy-Seventh [ECF No. 17911]; Three Hundred Seventy-Ninth [ECF No. 17914]; Three Hundred Eightieth [ECF No. 17916]; Three Hundred Eighty-First [ECF No. 17917]; Three Hundred Eighty-Second [ECF No. 17920]; Three Hundred Eighty-Third [ECF No. 17922]; Three Hundred Eighty-Fifth [ECF No. 17925]; Three Hundred Ninetieth [ECF No. 17973]; Three Hundred Ninety-Third [ECF No. 17975]; Three Hundred Ninety-Fourth [ECF No. 18958]; Three Hundred Ninety-Fifth [ECF No. 18959]; Three Hundred Ninety-Seventh [ECF No. 18961].

The following omnibus objections to claims are pending final written orders of the Court pursuant to notices of presentment filed October 11, 2021.

Three Hundred Sixty-Fourth [ECF No. 17910]; Three Hundred Sixty-Sixth [ECF No. 17913]; Three Hundred Sixty-Ninth [ECF No. 17915]; Three Hundred Seventy-First [ECF No. 17936]; Three Hundred Seventy-Third [ECF No. 17937]; Three Hundred

Seventy-Fifth [ECF No. 17908]; Three Hundred Seventy-Sixth [ECF No. 17909]; Three Hundred Eighty-Fourth [ECF No. 17924]; Three Hundred Eighty-Sixth [ECF No. 17928]; Three Hundred Eighty-Seventh [ECF No. 17926]; and Three Hundred Eighty-Ninth [ECF No. 17930].

Estimated Time Required: N/A.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 13, 2021
    San Juan, Puerto Rico

Respectfully submitted,

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock
Brian S. Rosen
Paul V. Possinger
Ehud Barak
(Admission *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

## Exhibit A

**Order Regarding Procedures for December 15–16, 2021 Omnibus Hearing**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

----------------------------------------------------------x

In re:                                                                    PROMESA
                                                                          Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of                                      No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO                                            (Jointly Administered)
et al.,

           Debtors.[1]

----------------------------------------------------------x

ORDER REGARDING PROCEDURES FOR DECEMBER 15-16, 2021, OMNIBUS HEARING

      The Court will conduct an omnibus hearing on certain motions in the above-

captioned cases and related adversary proceedings (the "Hearing") beginning at **10:00 a.m.**

**(Atlantic Standard Time) (9:00 a.m. Eastern Standard Time)** on **December 15, 2021**. The

Hearing will be conducted on **December 15, 2021**, from **10:00 a.m.** to **12:50 p.m. (Atlantic**

**Standard Time)**, resume if necessary, from **3:10 p.m.** to **5:00 p.m**. **(Atlantic Standard Time)**,

and continue if necessary on **December 16, 2021**, beginning at **9:30 a.m. (Atlantic Standard**

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**Time)**. In light of the ongoing COVID-19 public health crisis, the Court will conduct the Hearing virtually using videoconferencing and telephonic platforms as set forth herein. The Hearing shall be governed by the following procedures.

**Registration for videoconference; Listen-In Facilities for attorneys, Members of Public and Press**

1. **Videoconferencing via Zoom**. The Court will conduct the Hearing using the audio and video features of the Zoom platform as a virtual courtroom. An invitation to register will be sent by the Court to Hearing participants who have registered their appearance by filing an Informative Motion in accordance with paragraph 3 below. Parties must respond to the invitation to register for Zoom access. Approved parties will receive the link and additional login information to join the virtual proceeding. To optimize performance of the Zoom platform and in the interest of avoiding excessive billing of fees, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") and the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") shall each be limited to four attorneys appearing in the Zoom session at any given time, and each other Party (as defined in paragraph 4(a) below) will be limited to two attorneys appearing at any given time. The Court will circulate the Zoom link prior to December 15, 2021, to persons properly registered to participate by Zoom. **Only persons who are identified in properly submitted Zoom registration documents, including a Party Appearance Sheet, will be permitted to appear at the Hearing**. Recording and retransmission of the proceedings by any means are prohibited. All proceedings will be conducted in the English language as required by law. 48 U.S.C. § 864. No interpretation services will be provided by the Court for the Hearing.

2. **Listen-Only Access to the Hearing**. Attorneys, members of the public, and press may **listen to but not view or participate in** the Hearing by dialing (888) 363-4749

and entering the access code (7214978) and security code (6975) when prompted.  This

telephonic access line for the press and the general public will be in listen-only mode at all times.

Recording and further broadcasting of the proceedings by any means remain prohibited.

       **3.**     **Registration to Participate in the Hearing via Zoom**.

      a.  <u>Parties-in-interest represented by counsel</u>.  Counsel for any party-in-interest

(each, a "Party") that wishes to participate in the Hearing must register an appearance by filing

an Informative Motion, no later than **December 10, 2021 at 1:00 p.m. (Atlantic Standard

Time)**, identifying (a) the Party for which they intend to appear, (b) the name(s) and email

address(es) of the attorney(s) who will appear, and (c) identify the Hearing matter(s) in

connection with which the party-in-interest may wish to be heard.  Counsel must annex a Party

Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A

to the informative motion.

      b.  <u>Parties not represented by counsel</u>.  Any individual Party not represented by

counsel who wishes to participate in the Hearing must file an Informative Motion, no later than

**December 10, 2021 at 1:00 p.m. (Atlantic Standard Time)**, identifying (a) the Party name, (b)

the name and email address of the individual appearing, and (c) the Hearing matter in connection

with which the party-in-interest may wish to be heard.  Each Party must annex a Party

Appearance Cover Sheet (the form of which is attached as Exhibit A to this Order) as Exhibit A

to its informative motion.

**<u>Pre-Hearing Filing Deadlines</u>**

      4.  **Party-in-interest Informative Motion and Party Appearance Cover Sheet**.

In accordance with paragraph 3, a party-in-interest must file an informative motion by

**December 10, 2021 at 1:00pm (Atlantic Standard Time)**.  Each Informative Motion must be

accompanied by a Party Appearance Cover Sheet, otherwise, the Party will not be registered to participate in the proceedings via Zoom.

5.   **Agenda.**  An agenda outlining the matters to be addressed and the projected timetable for the Hearing shall be filed by Debtors' counsel by **December 13, 2021**, in accordance with the Fifteenth Amended Case Management Procedures.  (See Docket Entry No. 17127-1 § III.M.)  The agenda shall also include (a) the names of the individuals who intend to appear and speak on behalf of each relevant party in connection with each motion or report, (b) the order in which the parties to the relevant motion shall present argument, and (c) time allocations for each party.  Debtors' counsel shall file a revised agenda on **December 14, 2021**, if circumstances have changed or if requested to do so by the Court.  Debtors' counsel shall email a proposed agenda, including preliminary time allocations, to the Court by **December 10, 2021**, at **5:00 p.m. (Atlantic Standard Time)**.

6.   **Exhibits or Demonstratives**.  To the extent that a Party intends to rely on exhibits and/or demonstratives at the Hearing, it shall file a separate informative motion using the Exhibit Cover Sheet (the form of which is attached as Exhibit B to this Order) by **3:00 p.m. (Atlantic Standard Time)** on **December 13, 2021**.  The informative motion must (i) include the Exhibit Cover Sheet and (ii) include each exhibit and/or demonstrative as a separate, text searchable attachment.  The naming convention of each exhibit must adhere to the specifications indicated on the Exhibit Cover Sheet.

7.   **Status Reports.**  Given the lack of physical public access to the Hearing and to further promote transparency and public access to accurate and current information, the Oversight Board and AAFAF shall file, by **5:00 p.m. (Atlantic Standard Time)** on **December 14, 2021**, written status reports.  The Oversight Board's report shall address (a) the general status

and activities of the Oversight Board, including measures taken in response to the COVID-19

pandemic, (b) the general status of relations among the Oversight Board and the Commonwealth

and federal governments, (c) the general status of work toward plans of adjustment for PREPA

and HTA, including anticipated timing, and (d) the general status of the ADR and ACR

processes, including the anticipated number of matters to be directed into the ADR process and

anticipated timetable for initiation of ADR procedures with respect to such matters.  AAFAF

shall provide a general status report on its status and activities, including an overview of the

Commonwealth's ongoing response to the COVID-19 pandemic.  At the Hearing, the Court will

ask counsel to the Oversight Board and AAFAF to respond to questions and comments, if any,

related to their respective status reports.

        8.  **Courtroom Formalities**.  All persons granted remote access to the

proceedings are reminded of the general prohibition against photographing, recording, and

rebroadcasting of court proceedings.  Violation of this prohibition may result in sanctions,

including removal of court issued media credentials, restricted entry to future hearings, denial of

entry to future hearings, or any other sanctions deemed necessary by the Court.  The formalities

of a courtroom must be observed.  When appearing by Zoom, each counsel or pro se party must

be situated in such a manner as to be able to view the video screen and be seen by the Court.

Each Party's camera must be turned on when addressing the Court or examining a witness (if

necessary).  Those appearing by Zoom may be removed from the virtual courtroom if they do not

comply with this Order.  During the Hearing, individuals who are registered to participate via

Zoom are directed to observe the following rules:

        a.  The following naming conventions must be used by Zoom participants for

           admission to the Zoom virtual courtroom. For example:

      i.   Attorney participants: [Party Represented (abbreviations may be used)] / [Last Name of Attorney, First Name of Attorney] / [Law Firm/Government Office].

          a.   PARTY A / Doe, John / ABC Law Firm, or

          b.   XYZ Agency/ Doe, Jane / Office of the ABC Government

      ii.   Pro se participants: Pro se / [Last Name, First Name].

          a.   For example: Pro se / Doe, Jane

b.  Identify yourself if asked to do so.

c.  Identify yourself by name each time you speak.

d.  Mute yourself when you are not speaking to eliminate background noise.

e.  Turn off your video unless you are speaking or otherwise directly involved in the argument or examination, unless the Court directs otherwise.

SO ORDERED.

Dated: December 7, 2021

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        United States District Judge