Case:17-03283-LTS   Doc#:19525-1   Filed:12/15/21   Entered:12/15/21 12:00:06   Desc:
PROMESA Cover Sheet   Page 1 of 2

DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

# PROMESA COVER SHEET
(Instructions on Reverse)

**CASE NUMBER** (Court Use Only)

*RECEIVED & FILED 2021 DEC 14 AM 11: 25 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR*

**PLAINTIFFS** (DEBTOR, if Title III Petition; ISSUER, if Title VI Application)
Juan Manuel Cruzado- Laureano
(PRO-SE)

**DEFENDANTS**
Office of the Comptroller of Puerto Rico

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
Juan M. Cruzado (PRO-SE)
P O Box 405, Vega Alta, PR
tel= (787) 371-4373

**ATTORNEYS** (If Known)
Gregory T. Usera, PO Box 9022487, San Juan PR 00902-2487

**PARTY** (Check One Box Only)
- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ U.S. Trustee/Bankruptcy Admin
- ☑ Other  *PLAINTIFF*

**PARTY** (Check One Box Only)
- ☐ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ U.S. Trustee/Bankruptcy Admin
- ☑ Other  *Defendant*

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Civil Complaint - 3:20-cv-01360 -FAB- US District Court of PR
Violation of Civil Rights-42 USC, Section 1983- Civil Action for Deprivation of Rights

## NATURE OF SUIT

☐ PROMESA Title III Petition  ☐ PROMESA Title VI Application for Approval of Modifications
☐ Other Federal Question  ☐ Adversary Proceeding  ☑ Demand $ *12 MILLIONS*

*If Adversary Proceeding is checked, number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc., below:*

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property – other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(7) – Injunctive Relief**
☑ 71-Injunctive relief - imposition of stay
☐ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

### TITLE III CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR | CASE NO. | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

DPR MODIFIED PROMESA B1040 (FORM 1040) (05/17)

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF<br>Juan M Cruzado-Laureano | DEFENDANT<br>Office of the Comptroller of PR | ADVERSARY PROCEEDING NO.<br>3:20-cv-01360 -FAB |
| DISTRICT IN WHICH CASE IS PENDING<br>district of Puerto-Rico | DIVISION OFFICE | NAME OF JUDGE<br>Francisco A Besosa |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>December 13, 2021 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Juan M. Cruzado (PRO-SE) | |

THIS FORM IS TO BE USED EXCLUSIVELY FOR FILINGS RELATING TO THE PUERTO RICO OVERSIGHT MANAGEMENT AND ECONOMIC STABILITY ACT (PROMESA). FOR ADMINISTRATION PURPOSES **ONLY**, THE PUBLIC DOCKETS FOR PROMESA PROCEEDINGS UNDER TITLE III AND ADVERSARY PROCEEDINGS WILL BE MAINTAINED ON THE CASE MANAGEMENT/ELECTRONIC CASE FILING (CM/ECF) SYSTEM OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. THESE CASES ARE UNDER THE JURISDICTION OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.