# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Set: 10:00 AM (AST)
Started: 10:02 AM(AST)
Ended: 10:50 AM (AST)

**MINUTES OF PROCEEDINGS**
**BEFORE JUDGE LAURA TAYLOR SWAIN**
**MAGISTRATE JUDGE JUDITH G. DEIN**
COURTROOM DEPUTY: Carmen Tacoronte
COURT REPORTER: Amy Walker

DATE: December 15, 2021

In Re:

The Financial Oversight and Management Board for Puerto Rico

*as representative of*

The Commonwealth of Puerto Rico, *et al*.
Debtors

3:17-BK-3283 (LTS)

PROMESA Title III

(Jointly Administered)

**Omnibus Hearing held.**

Amended Agenda filed at Case No. 17-3283; ECF No. 19516.

  I. **STATUS REPORT**

   1. Report from the Oversight Board. [Case No. 17-3283; ECF No. 19514]
   2. Report from AFAAF. [Case No. 17-3283; ECF No. 19515]

  II. **CONTESTED MATTERS**

   1. Debtors' Three Hundred Seventy-Fourth Omnibus Objection to Late-Filed Claims. [Case No. 17-3283, ECF No. 17923]
      - Omnibus Response to Three Hundred Seventy Fourth Omnibus Objection

3:17-BK-3283 (LTS)
Omnibus Hearing – December 15, 2021

> (Substantive) of the Commonwealth of Puerto Rico … [sic] and Puerto Rico Public Buildings Authority to Late Filed Claims (Claim Nos. 174661, 174604, and 174660) [Case No. 17-3283, ECF No. 18167]
> - Attorney Roberto Maldonado Nieves did not register for today's hearing.
> - The objection was sustained and the claims were expunged solely as to the Commonwealth of Puerto Rico. The expungement does not apply to the Public Buildings Authority.

2. Debtors' Three Hundred Eighty-Eighth Omnibus Objection to Claims Filed by AEELA. [Case No. 17-3283, ECF No. 17931]
   - Response to the Three Hundred Eighty-Eighth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees' Retirement System of the Government of the Commonwealth Puerto Rico to Claims Filed by AEELA (Claim Nos. 51426 and 51476) [Case No. 17-3283, ECF No. 18613]
   - Attorney Charles Cuprill heard.
   - The objection was sustained. The Claims were disallowed.
   - Proposed order to be submitted.

### III.    ADJOURNED MATTERS

1. Objection of Puerto Rico Sales Tax Financing Corporation to Proofs of Claim of the United States Department of the Treasury/Internal Revenue Service (Claims Nos. 168648 and 16885) [Case No. 17-3283, ECF No. 7419; Case No. 17-3284, ECF No. 643]
2. Atlantic Medical Center, Inc. et al.'s Motion to Enforce Court's Prior Order and for Relief from Automatic Stay. [Case No. 17-3283, ECF No. 12918]
3. PREPA's Omnibus Motion for Order Approving Its Rejection of Certain Power Purchase and Operating Agreements. [Case No. 17-3283, ECF No. 15178; Case No. 17-4780, ECF No. 2296]
4. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim. Motion of Fir Tree Capital Management, LP for Allowance and Payment of Administrative Expense Claim [Case No. 17-3283, ECF No. 16331]
5. Community Health Foundation's Administrative Claim Motion. [Case No. 17-3283, ECF No. 18602]
6. Debtors' Omnibus Objections to Claims.
   - See Amended Agenda.

3:17-BK-3283 (LTS)
Omnibus Hearing – December 15, 2021

**Hearing on Adjourned Omnibus Objections to Claims set for January 19, 2022 before Judge Laura Taylor Swain.**

                                                                                              s/Carmen Tacoronte
                                                                                              Carmen Tacoronte
                                                                                              PROMESA Case Administrator