UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

ORDER SCHEDULING BRIEFING CONCERNING VERIFIED
MOTION OF NTT DATA STATE HEALTH CONSULTING, LLC
FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

      The Court has received and reviewed the *Verified Motion of NTT Data State Health Consulting, LLC for Allowance of Administrative Expense Claim* (Docket Entry No. 19522 in Case No. 17-3283, the "Administrative Expense Motion"), filed by NTT DATA State Health Consulting, LLC (the "Movant"). Responsive papers to the Administrative Expense Motion, if any, must be filed by **December 29, 2021**, at **5:00 p.m. (Atlantic Standard Time)**. The Movant's reply must be filed by **January 5, 2022**, at **5:00 p.m. (Atlantic Standard Time)**. The Court will thereafter take the Administrative Expense Motion on submission, unless the Court determines that a hearing is necessary.

      SO ORDERED.

Dated: December 15, 2021

                                                                                           /s/ Laura Taylor Swain
                                                                                     LAURA TAYLOR SWAIN
                                                                                      United States District Judge

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).