UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

  as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Asir U. Ashraf, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On December 9, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Statement Service List attached hereto as **Exhibit A**:

- Fiftieth Monthly Fee Statement of Ankura Consulting Group, LLC July 13, 2021 to July 31, 2021

- Fiftieth Monthly Fee Statement of Ankura Consulting Group, LLC July 1, 2021 to July 31, 2021 (Invoice Remittance - 48 pgs.)

- Fiftieth Monthly Fee Statement of Ankura Consulting Group, LLC July 1, 2021 to July 31, 2021 (Invoice Remittance - 30 pgs.)

- Fiftieth (A) Monthly Fee Statement of Ankura Consulting Group, LLC July 13, 2021 to July 31, 2021

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Dated: December 15, 2021

*/s/ Asir U. Ashraf*
Asir U. Ashraf

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 15, 2021, by Asir U. Ashraf, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

**Exhibit A**

# Exhibit A

Fee Statement Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Bennazar, García & Milián, C.S.P. | Attn: A.J. Bennazar-Zequeira | Edificio Union Plaza PH-A Piso 18 | Avenida Ponce de León #416 | Hato Rey, San Juan | PR | 00918 | ajb@bennazar.org; bgm.csp@bennazar.org; hector.mayol@bennazar.org; francisco.delcastillo@bennazar.org | Overnight Mail and Email |
| Casillas, Santiago & Torres, LLC | Attn: Juan J. Casillas Ayala, Esq., Diana M. Batlle-Barasorda, Esq., Alberto J. E. Añeses Negrón, Esq., & Ericka C. Montull-Novoa, Esq. | El Caribe Office Building | 53 Palmeras Street, Ste. 1601 | San Juan | PR | 00901-2419 | jcasillas@cstlawpr.com; dbatlle@cstlawpr.com; aaneses@cstlawpr.com; emontull@cstlawpr.com | Overnight Mail and Email |
| Godfrey & Kahn S.C. | Attn: Brady C. Williamson; Katherine Stadler | One East Main Street | Suite 500 | Madison | WI | 53703-3300 | bwilliam@gklaw.com; kstadler@gklaw.com | Email |
| Jenner & Block, LLP | Attn: Robert Gordon & Richard Levin | 919 Third Ave | | New York | NY | 10022-3908 | rgordon@jenner.com; rlevin@jenner.com | Overnight Mail and Email |
| Jenner & Block, LLP | Attn: Melissa Root & Catherine Steege | 353 N. Clark Street | | Chicago | IL | 60654 | mroot@jenner.com; csteege@jenner.com | Overnight Mail and Email |
| O'Neill & Borges, LLC | Attn: Hermann Bauer, Esq., Ubaldo M. Fernández, Daniel J. Perez Refojos, & Carla García Benítez | American International Plaza | 250 Munoz Rivera Ave., Suite 800 | San Juan | PR | 00918-1813 | hermann.bauer@oneillborges.com; daniel.perez@oneillborges.com; ubaldo.fernandez@oneillborges.com; Carla.garcia@oneillborges.com; jspina@omm.com | Overnight Mail and Email |
| O'Melveny & Myers, LLP | Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Diana M. Perez, Esq., Peter Friedman, Esq., Daniel L. Cantor, Joseph A. Spina | 7 Times Square | | New York | NY | 10036 | jrapisardi@omm.com; suhland@omm.com; pfriedman@omm.com; dperez@omm.com; dcantor@omm.com | Overnight Mail and Email |
| Paul Hastings, LLP | Attn: Luc A. Despins, Esq., Andrew V. Tenzer, Esq., Leslie A. Plaskon, Esq., James R. Bliss, Esq., James B. Worthington, Esq., | 200 Park Avenue | | New York | NY | 10166 | lucdespins@paulhastings.com; andrewtenzer@paulhastings.com; leslieplaskon@paulhastings.com; jamesbliss@paulhastings.com; | Overnight Mail and Email |
| Proskauer Rose, LLP | Attn: Martin J. Bienenstock, Paul V. Possinger, Ehud Barak, Maja Zerjal, Lary Alan Rappaport, Michael A. Firestein, Stephen L. | Eleven Times Square | | New York | NY | 10036 | mbienenstock@proskauer.com; ppossinger@proskauer.com; ebarak@proskauer.com; mzerjal@proskauer.com; | Email |
| Proskauer Rose, LLP | Attn: Attn: Paul V. Possinger, Esq.; | 70 West Madison Street | | Chicago | IL | 60602 | | Overnight Mail |
| US Trustee for the District of Puerto Rico | Attn: Monsita Lecaroz Arribas, Guy G. Gebhardt, & Maria D. Giannirakis | Edificio Ochoa | 500 Tanca Street Suite 301 | San Juan | PR | 00901-1922 | USTP.Region21@usdoj.gov | Overnight Mail and Email |