# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## MOTION SUBMITTING TRANSLATION

**COMES NOW, Suiza Dairy,** through its undersigned counsel, respectfully states and prays:

1. On November 24th, 2021, Suiza Dairy filed a Motion in Compliance with Order. *Dkt. 19,361*.

2. One of the Exhibits to the Motion in Compliance with Order was in the Spanish Language. *Dkt. 19,361, Exhibit 9*.

3. Suiza Dairy requeted time to file a certified translation of the Exhibit and was granted until December 17, 2021. *Dkts. 19,362, 19,373, 19,476 & 19,492*.

4. Suiza Dairy hereby submits the certified translation of Exhibit 9 to the Motion in Compliance with Order. *Dkt. 19,361, Exhibit 9*.

**WHEREFORE**, Suiza Dairy requests that the Court take not of the above and deem Suiza Dairy in compliance with the rules and orders of this Court and to accept the certified translation of Exhibit

9 to Dkt. 19,361.

Respectfully submitted on this 17th of December, 2021.

*/s/ RAFAEL GONZÁLEZ VALIENTE*
USDC-PR 225209
Email: rgv@g-glawpr.com

**Godreau & González, LLC.**
PO Box 9024176
San Juan, PR 00902-4176
Tel. (787) 726-0077