# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred First Omnibus Objection**

Four Hundred First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | COLON OTERO, MYRNA L<br>#9 URB RAMOS ANTONINI<br>CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179579 | $ 75,000.00 | COLON OTERO, MYRNA L<br>#9 URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179584 | $ 75,000.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | GONZALEZ RIVERA, WILFREDO<br>URB. PUERTO NUEVO<br>1207 CALLE 16 NE<br>SAN JUAN, PR 00920 | 10/08/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 178366 | Undetermined* | GONZALEZ RIVERA, WILFREDO<br>URB. PUERTO NUEVO<br>1207 CALLE 16 NE<br>SAN JUAN, PR 00920 | 10/15/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177228 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | MERCADO BAEZ, SONIA<br>MANSION DEL SUR<br>SF22 CAMINO DE LA ZARZUELA<br>TOA BAJA, PR 00949 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 151144 | Undetermined* | MERCADO BAEZ, SONIA<br>CAMINO ZARZUELA<br>S F 22 MANSIONES SUR<br>TOA BAJA, PR 00949 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 109654 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | MIGNUCCI SANTIAGO, CARMEN SOFIA<br>PO BOX 367843<br>SAN JUAN, PR 00936 | 05/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17076 | Undetermined* | MIGNUCCI SANTIAGO, CARMEN SOFIA<br>PO BOX 367843<br>SAN JUAN, PR 00936-7843 | 05/18/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17518 | Undetermined* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | MIRANDA MAÑON, AIDA<br>URB. DORAVILLE<br>99 CALLE MALAGA<br>DORADO, PR 00646 | 02/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 173304 | $ 5,200.00* | MIRANDA MAÑON, AIDA<br>URB. DORAVILLE<br>99 CALLE MALAGA<br>DORADO, PR 00646 | 02/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 173576 | $ 5,200.00* |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | NAZARIO CALDERON, JUAN<br>75 CALLE YULIN<br>CONDOMINIO PUERTA DEL SOL<br>APT 610<br>SAN JUAN, PR 00926 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 89317 | $ 42,548.51* | NAZARIO CALDERON, JUAN<br>75 CALLE YULIN<br>CONDOMINIO PUERTA DEL SOL<br>APT 610<br>SAN JUAN, PR 00926 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 51700 | $ 42,548.51* |

Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim.