# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima primera objeción global**

## Cuadringentésima Primera Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | COLON OTERO, MYRNA L<br>#9 URB RAMOS ANTONINI<br>CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179579 | $ 75,000.00 | COLON OTERO, MYRNA L<br>#9 URB. RAMOS ANTONINI<br>CIDRA, PR 00739 | 09/13/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179584 | $ 75,000.00 |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | GONZALEZ RIVERA, WILFREDO<br>URB. PUERTO NUEVO<br>1207 CALLE 16 NE<br>SAN JUAN, PR 00920 | 10/08/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 178366 | Indeterminado* | GONZALEZ RIVERA, WILFREDO<br>URB. PUERTO NUEVO<br>1207 CALLE 16 NE<br>SAN JUAN, PR 00920 | 10/15/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 177228 | Indeterminado* |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | MERCADO BAEZ, SONIA<br>MANSION DEL SUR<br>SF22 CAMINO DE LA ZARZUELA<br>TOA BAJA, PR 00949 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 151144 | Indeterminado* | MERCADO BAEZ, SONIA<br>CAMINO ZARZUELA<br>S F 22 MANSIONES SUR<br>TOA BAJA, PR 00949 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 109654 | Indeterminado* |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | MIGNUCCI SANTIAGO, CARMEN SOFIA<br>PO BOX 367843<br>SAN JUAN, PR 00936 | 05/18/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17076 | Indeterminado* | MIGNUCCI SANTIAGO, CARMEN SOFIA<br>PO BOX 367843<br>SAN JUAN, PR 00936-7843 | 05/18/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17518 | Indeterminado* |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | MIRANDA MAÑON, AIDA<br>URB. DORAVILLE<br>99 CALLE MALAGA<br>DORADO, PR 00646 | 02/14/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 173304 | $ 5,200.00 | MIRANDA MAÑON, AIDA<br>URB. DORAVILLE<br>99 CALLE MALAGA<br>DORADO, PR 00646 | 02/14/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 173576 | $ 5,200.00* |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Cuadringentésima Primera Objeción Global
## Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6  NAZARIO CALDERON, JUAN<br>75 CALLE YULIN<br>CONDOMINIO PUERTA DEL SOL<br>APT 610<br>SAN JUAN, PR 00926 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 89317 | $ 42,548.51* | NAZARIO CALDERON, JUAN<br>75 CALLE YULIN<br>CONDOMINIO PUERTA DEL SOL<br>APT 610<br>SAN JUAN, PR 00926 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 51700 | $ 42,548.51* |

Base para: En la Evidencia de Reclamo se invocan obligaciones que son un duplicado de otra Evidencia de Reclamo presentada.