# EXHIBIT B

**Exhibit B**

| Claimant | Claim Number | Debtor | Date of Transfer |
|---|---|---|---|
| Ismael Purcell Soler; Alys Collazo | 8987 | PREPA | 13-Aug-21 |