# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Eighth Omnibus Objection**

## Four Hundred Eighth Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR00960 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12273 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. IN00512132 and IN00512169. The records of the Department of State show IN00512132 has been fully satisfied, pursuant to EFT# 00234171 dated 09/10/2018. Invoice IN00512169 was asserted in the proof of claim in an amount of $2,674.00. But, the invoice provided to the Department of State stated the amount as $2,082.65. $2,082.65 is the amount that the Department of State paid for invoice IN00512169, pursuant to EFT# 00234171 dated 09/10/2018. | | | | | |
| 2 | CANO RODRIGUEZ, SUCN EFRAIN A<br>COND EL MONTE NORTE<br>165 AVE HOSTOS APT630<br>SAN JUAN, PR 00918 | 5/29/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 34333 | $ 9,900.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 07/01/2017, 08/01/2017, 09/01/2017, 10/01/2017, 11/01/2017, 12/01/2017, 01/01/2018, 02/01/2018, 03/01/2018, 04/01/2018, 05/01/2018 and 06/01/2018. The records of the State Elections Commission show such invoices have been fully satisfied, pursuant to EFT Nos. 00280407, 00280406, 00203251, 00203250, 00203249, 00203248, 00203247, 00284098, 00284097, 00284096, 00284095 and 00284094 dated 06/08/2021, 06/08/2021, 08/07/2020, 08/07/2020, 08/07/2020, 08/07/2020, 08/07/2020, 06/18/2021, 06/18/2021, 06/18/2021, 06/18/2021 and 06/18/2021 respectively. | | | | | |
| 3 | CARLOS M FLORES LABAULT DBA C.E. & L.F.<br>P.O BOX 3092<br>BAYAMON, PR00960-0000 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12286 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. IN00515087. The records of the Telecommunications Regulatory Board show the invoice has been fully satisfied, pursuant to EFT# 00063181dated 02/02/2018. | | | | | |
| 4 | CARLOS M. FLORES LABAULT DBA CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR00960 | 5/7/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 12138 | Undetermined* |
| | Reason: Proof of Claim asserts liability on the basis of Invoice No. IN00506809. The records of the Planning Board show the invoice has been fully satisfied, pursuant to Check# 17C00006 dated 09/04/2016. | | | | | |
| 5 | DE LOS A MENDEZ, SUCN MARIA<br>REPTO OLIVERAS<br>21 SATURNO<br>CABO ROJO, PR 00623 | 5/16/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19566 | $ 12,870.00 |
| | Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 6302017, 7312017, 8312017, 9302017, 10312017, 11302017, 12312017, 1312018, 2282018, 3312018, 4302018, 5302018 and 6302018. The records of the State Elections Commission show such invoices have been fully satisfied pursuant to EFT Nos. 00041680, 00197890, 00197891, 00201636, 00201635, 00201766, 00201765, 00201764, 00272462, 00272458, 00272459, 00272460 and 00272461 dated 06/28/17, 07/17/2020, 07/17/2020, 08/06/2020, 08/06/2020, 08/06/2020, 08/06/2020, 08/06/2020, 05/17/2021, 05/17/2021, 05/17/2021, 05/17/2021 and 05/17/2021 respectively. | | | | | |
| 6 | FISA, S.E.<br>PO BOX 2286<br>GUAYAMA, PR00785-2286 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27599 | $ 80,042.63 |
| | Reason: Invoices totaling $80,042.63 were paid via EFT 00078919 and 00083837 on 5/18/2018 and 06/13/2018. | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Eighth Omnibus Objection
## Exhibit A - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | NUSTREAM COMMUNICATIONS INC.<br>HECTOR FIGUEROA VINCENTY ESQ<br>CALLE SAN FRANCISCO 310 STE. 32<br>SAN JUAN, PR 00901 | 4/30/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 8725 | $ 130.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice No. 9034. The records of the Controller's Office show the invoice has been fully satisfied, pursuant to EFT# TB26A0013 dated 04/26/2018.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | OSUNA RUIZ, MILAGROS<br>URB SANTA PAULA COLINAS93<br>GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 20550 | $ 28,215.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 07/01/2017, 08/01/2017, 09/01/2017, 10/01/2017, 11/01/2017, 12/01/2017, 01/01/2018, 02/01/2018, 03/01/2018, 04/01/2018, 05/01/2018 and 06/01/2018. The records of the State Elections Commission show such invoices have been fully satisfied, pursuant to EFT Nos. 00209106, 00209107, 00204804, 00204803, 00204847, 00204849, 00204850, 00272821, 00273170, 00273169, 00273168 and 00273167 dated 08/31/2020, 08/31/2020, 08/13/2020, 08/13/2020, 08/13/2020, 08/13/2020, 08/13/2020, 05/17/2021, 05/17/2021, 05/17/2021, 05/17/2021 and 05/17/2021 respectively.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | PLAZA LAS AMERICAS, INC.<br>G. CARLO-ALTIERI LAW OFFICES<br>254 CALLE SAN JOSE, THIRD FLOOR<br>SAN JUAN, PR 00901 | 6/6/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 39992 | $ 7,205,220.53* |

Reason: Proof of Claim asserts settlement agreement between HTA and creditor. HTA deposited funds with the Commonwealth court in compliance with the agreement, and the creditor fully withdrew those funds on October 4, 2021.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | SANTOS ORTIZ, MIGDALIA<br>21 LUIS LUGO URB FERNANDEZ<br>CIDRA, PR 00739 | 6/5/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 51334 | $ 9,990.00 |

Reason: Proof of Claim asserts liability on the basis of Invoice Nos. 07/01/2017, 08/01/2017, 09/01/2017, 10/01/2017, 11/01/2017, 12/01/2017, 01/01/2018, 02/01/2018, 03/01/2018 and 04/01/2018. The records of the State Elections Commission show such invoices have been fully satisfied, pursuant to EFT Nos. 00198310, 00198309, 00204820, 00204811, 00204808, 00204809, 00204810, 00273164, 00283984 and 00303448 dated 07/20/2020, 07/20/2020, 08/13/2020, 08/13/2020, 08/13/2020, 08/13/2020, 08/13/2020, 05/17/2021, 06/18/2021 and 08/27/2021 respectively.

| | | | | | TOTAL | $ 7,346,368.16* |
|---|---|---|---|---|---|---|

\* Indicates claim contains unliquidated and/or undetermined amounts