# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima octava objeción global**

## Cuadringentésima Octova Objeción Global
### Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | C E & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR00960 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12273 | Indeterminado* |
| | Base para: La Evidencia de Reclamo invoca una obligación fundada en las facturas nos. IN00512132 y IN00512169. Según indican los registros del Departamento de Estado, la facture IN00512132 fue pagada en su totalidad mediante transferencia electronica no. 00234171 con fecha 09/10/2018. La factura IN00512169 se incluyó en la evidence de reclamo por un importe de $2,674.00. Sin embargo, en la factura presentada por el Departamento de Estado figura un monto de $2,082.65, y $2,082.65 es el monto que el Departamento de Estado pagó por la factura IN00512169 mediante transferencia electrónica no. 00234171 con fecha 09/10/2018. | | | | | |
| 2 | CANO RODRIGUEZ, SUCN EFRAIN A<br>COND EL MONTE NORTE<br>165 AVE HOSTOS APT630<br>SAN JUAN, PR 00918 | 5/29/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 34333 | $ 9,900.00 |
| | Base para: La Evidencia de Reclamo invoca obligaciones sobre la base de las Facturas n.º 07/01/2017, 08/01/2017, 09/01/2017, 10/01/2017, 11/01/2017, 12/01/2017, 01/01/2018, 02/01/2018, 03/01/2018, 04/01/2018, 05/01/2018 y 06/01/2018. En los registros de la Comisión de Elecciones Estatales, dichas facturas aparecen abonadas en su totalidad, a través de las transferencias electrónicas n.º 00280407, 00280406, 00203251, 00203250, 00203249, 00203248, 00203247, 00284098, 00284097, 00284096, 00284095 y 00284094 con fecha 06/08/2021, 06/08/2021, 08/07/2020, 08/07/2020, 08/07/2020, 08/07/2020, 08/07/2020, 06/18/2021, 06/18/2021, 06/18/2021, 06/18/2021 y 06/18/2021 respectivamente. | | | | | |
| 3 | CARLOS M FLORES LABAULT DBA C.E. & L.F.<br>P.O BOX 3092<br>BAYAMON, PR00960-0000 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12286 | Indeterminado* |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º IN00515087. Los registros de la Junta Reglamentadora de Telecomunicaciones indican que dicha factura se abonó en su totalidad por medio de Transferencia Electrónica n.º 00063181 con fecha 02/02/2018. | | | | | |
| 4 | CARLOS M. FLORES LABAULT DBA CE & L FIRE EXTINGUISHERS<br>PO BOX 3092<br>BAYAMON, PR00960 | 5/7/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 12138 | Indeterminado* |
| | Base para: En la Evidencia de Reclamo, se formula la obligación sobre la base de la Factura n.º IN00506809. Los registros de la Junta de Planificación indican que la factura se ha pagado por completo, conforme al cheque n.º 17C00006 con fecha 09/04/2016. | | | | | |
| 5 | DE LOS A MENDEZ, SUCN MARIA<br>REPTO OLIVERAS<br>21 SATURNO<br>CABO ROJO, PR 00623 | 5/16/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19566 | $ 12,870.00 |
| | Base para: La Evidencia de Reclamación invoca la obligación sobre la base de las Facturas n.º 6302017, 7312017, 8312017, 9302017, 10312017, 11302017, 12312017, 1312018, 2282018, 3312018, 4302018, 5302018 y 6302018. En los registros de la Comisión de Elecciones Estatales, dichas facturas aparecen abonadas en su totalidad, a través de las transferencias electrónicas n.º 00041680, 00197890, 00197891, 00201636, 00201635, 00201766, 00201765, 00201764, 00272462, 00272458, 00272459, 00272460 y 00272461 con fecha 06/28/17, 07/17/2020, 07/17/2020, 08/06/2020, 08/06/2020, 08/06/2020, 08/06/2020, 08/06/2020, 05/17/2021, 05/17/2021, 05/17/2021, 05/17/2021 y 05/17/2021 respectivamente. | | | | | |
| 6 | FISA, S.E.<br>PO BOX 2286<br>GUAYAMA, PR00785-2286 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 27599 | $ 80,042.63 |
| | Base para: El 18 de mayo de 2018 y el 13 de junio de 2018 se pagaron $80,042,63 mediante transferencias electrónicas de fondos identificadas con números 00078919 y 00083837. | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados                                               Página 1 de 2

## Cuadringentésima Octova Objeción Global
### Anexo A - Reclamos pagados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 7 | NUSTREAM COMMUNICATIONS INC. HECTOR FIGUEROA VINCENTY ESQ CALLE SAN FRANCISCO 310 STE. 32 SAN JUAN, PR 00901 | 4/30/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 8725 | $ 130.00 |
| | Base para: La Evidencia de Reclamación invoca obligaciones sobre la base de la Factura n.º 9034. En los registros de la Oficina del Contralor, dicha factura aparece abonada en su totalidad, conforme a la transferencia electrónica de fondos n.º TB26A0013, con fecha 04/26/2018. | | | | | |
| 8 | OSUNA RUIZ, MILAGROS URB SANTA PAULA COLINAS93 GUAYNABO, PR 00969 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 20550 | $ 28,215.00 |
| | Base para: La Evidencia de Reclamo invoca una obligación sobre la base de las Factura n.º 07/01/2017, 08/01/2017, 09/01/2017, 10/01/2017, 11/01/2017, 12/01/2017, 01/01/2018, 02/01/2018, 03/01/2018, 04/01/2018, 05/01/2018 y 06/01/2018. En los registros de la Comisión de Elecciones Estatales, dichas facturas aparecen abonadas en su totalidad, a través de las transferencias electrónicas n.º 00209106, 00209107, 00204804, 00204803, 00204847, 00204849, 00204850, 00272821, 00273170, 00273169, 00273168 y 00273167 con fecha 08/31/2020, 08/31/2020, 08/13/2020, 08/13/2020, 08/13/2020, 08/13/2020, 08/13/2020, 05/17/2021, 05/17/2021, 05/17/2021, 05/17/2021 y 05/17/2021 respectivamente. | | | | | |
| 9 | PLAZA LAS AMERICAS, INC. G. CARLO-ALTIERI LAW OFFICES 254 CALLE SAN JOSE, THIRD FLOOR SAN JUAN, PR 00901 | 6/6/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 39992 | $ 7,205,220.53* |
| | Base para: La Evidencia de Reclamo invoca un acuerdo de conciliación entre ACT y el acreedor. La ACT depositó los fondos ante el tribunal del Estado Libre Asociado dando cumplimiento al acuerdo, y el acreedor retiró la totalidad de los fondos el 4 de octubre de 2021. | | | | | |
| 10 | SANTOS ORTIZ, MIGDALIA 21 LUIS LUGO URB FERNANDEZ CIDRA, PR 00739 | 6/5/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 51334 | $ 9,990.00 |
| | Base para: En la Evidencia de Reclamo se invoca una obligación con base en las facturas 07/01/2017, 08/01/2017, 09/01/2017, 10/01/2017, 11/01/2017, 12/01/2017, 01/01/2018, 02/01/2018, 03/01/2018 y 04/01/2018. En los registros de la Comisión de Elecciones Estatales, dichas facturas aparecen abonadas en su totalidad conforme a las transferencias electrónicas n.º 00198310, 00198309, 00204820, 00204811, 00204808, 00204809, 00204810, 00273164, 00283984 y 00303448 con fecha 07/20/2020, 07/20/2020, 08/13/2020, 08/13/2020, 08/13/2020, 08/13/2020, 08/13/2020, 05/17/2021, 06/18/2021 y 08/27/2021 respectivamente. | | | | | |
| | | | | | TOTAL | $ 7,346,368.16* |