# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Ninety-Eighth Omnibus Objection**

## Three Hundred and Ninety-Eighth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | GARAY MARRERO, JESSICA<br>HC 1 BOX 5057<br>COROZAL, PR 00783 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 114624 | Undetermined* | GARAY MARRERO, JESSICA<br>HC 1 BOX 5057<br>COROZAL, PR 00783 | 06/23/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179418 | $ 21,535.16 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |
| 2 | TOMASSINI, NORBERTO ET AL AND AYALA, IVAN ET AL, PLAINTIFF CREDITORS OF CONSOLIDATED JUDGMENT ENTERED ON APRIL 22, 2016 BY COURT OF FIRST INSTANCE OF AGUADILLA NORBERTO TOMASSINI ET AL (58 PLAINTIFFS) IVAN AYALA ET AL (78 PLAINTIFFS)<br>ATTN. IVONNE GONZALEZ MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12265 | $ 4,909,667.10 | TOMASSINI, NORBERTO ET ALS AND AYALA, IVAN ET ALS. PLAINTIFSS CREDITORS OF CONSOLIDATED JUDGMENT ENTERED APRIL 22, 2016 BY COURT FIRST INSTANCE. AGUADILLA.<br>ATTN: IVONNE GONZALEZ-MORALES<br>P O BOX 9021828<br>SAN JUAN, PR 00902-1828 | 10/01/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179637 | $ 5,832,721.95 |
| | Reason: Amended and superseded by a later filed Proof of Claim. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts