# ANEXO A

**Relación de reclamaciones objeto de la Tricentésima nonagésima octava objeción global**

## Tricentésima Nonagésima Octava Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 GARAY MARRERO, JESSICA<br>HC 1 BOX 5057<br>COROZAL, PR 00783 | 07/02/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 114624 | Indeterminado* | GARAY MARRERO, JESSICA<br>HC 1 BOX 5057<br>COROZAL, PR 00783 | 06/23/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179418 | $ 21,535.16 |
| Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |
| 2 TOMASSINI, NORBERTO ET AL AND AYALA, IVAN ET AL, PLAINTIFF CREDITORS OF CONSOLIDATED JUDGMENT ENTERED ON APRIL 22, 2016 BY COURT OF FIRST INSTANCE OF AGUADILLA NORBERTO TOMASSINI ET AL (58 PLAINTIFFS) VAN AYALA ET AL(78 PLAINTIFFS)<br>ATTN. IVONNE GONZALEZ MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 05/07/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 12265 | $ 4,909,667.10 | TOMASSINI, NORBERTO ET ALS AND AYALA, IVAN ET ALS. PLAINTIFSS CREDITORS OF CONSOLIDATED JUDGMENT ENTERED APRIL 22, 2016 BY COURT FIRST INSTANCE, AGUADILLA.<br>ATTN: IVONNE GONZALEZ-MORALES<br>P O BOX 9021828<br>SAN JUAN, PR 00902-1828 | 10/01/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179637 | $ 5,832,721.95 |
| Base para: Modificada y reemplazada por una Evidencia de Reclamo presentada con posterioridad. | | | | | | | | | |

\* Indica que la reclamación contiene montos por liquidar o indeterminados