# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Eleventh Omnibus Objection**

# FOUR HUNDRED ELEVENTH OMNIBUS OBJECTION
## Exhibit A – Duplicate Liabilities

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/ DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CONSOLIDATED WASTE SERVICES CO<br>P.O. BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 30610 | $26,629.64 | CONSOLIDATED WASTE SERVICES CO<br>PO BOX 1322<br>GURABO, PR 00778 | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 22066 | $26,629.64 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 2 | ISMAEL PURCELL SOLER Y ALYS COLLAZO<br>URB. JACARANDA, 35271 CALLE CLAVELINA<br>PONCE, PR 00730 | 7/22/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179459 | $50,700.00 | ISMAEL PURCELL SOLER Y ALYS COLLAZO<br>URB. JACARANDA, 35271 CALLE CLAVELINA<br>PONCE, PR 00730 | 8/9/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179486 | $50,700.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 3 | M SOLAR GENERATING, LLC<br>C/O ISMAEL H. HERRERO III<br>P.O. BOX 362159<br>SAN JUAN, PR 00936 | 10/18/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179658 | $465,919,723.00 | M SOLAR GENERATING, LLC<br>C/O ISMAEL H. HERRERO III<br>P.O. BOX 362159<br>SAN JUAN, PR 00936 | 10/18/2021 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179656 | $465,919,723.00 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 4 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 5/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 166470 | $214,604.27 | P.D.C.M. ASSOCIATES, S.E.<br>PO BOX 190858<br>SAN JUAN, PR 00919-0858 | 5/28/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 29610 | $214,604.27 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |
| 5 | VELEZ MELENDEZ, EMETERIO<br>617 CARR 733<br>CIDRA, PR 00739 | 8/30/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 177945 | $3,707.08 | VELEZ MELENDEZ, EMETERIO<br>617 CARR 733<br>CIDRA, PR 00739 | 8/30/2019 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 177571 | $3,707.08 |
| | Reason: Proof of Claim asserts liabilities which are duplicative of another filed Proof of Claim. | | | | | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.