# EXHIBIT A

**Schedule of Claims Subject to the Three Hundred Ninety-Ninth Omnibus Objection**

## Three Hundred and Ninety-Ninth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CARRASQUILLO, CARMEN D.<br>356 PARCELAS BLANCAS<br>CIDRA, PR 00739 | 9/9/2020 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 175239-1 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever. | | | | | |
| 2 | NEGRON GUZMAN, JOEL<br>EXT ESTONCIAS DEL MAGON 1<br>101 CALLE VINAZO<br>VILLALBA, PR 00766 | 6/1/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 71072-1 | Undetermined* |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever. | | | | | |
| 3 | TORRES RAMOS, LAURA<br>PO BOX 9746<br>CIDRA, PR 00739 | 9/8/2020 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175151-1 | $ 6,548.81 |
| | Reason: Proof of Claim fails to provide a basis for asserting a claim against Employees Retirement System of the Government of the Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever. | | | | | |
| | | | | | TOTAL | $ 6,548.81* |

\* Indicates claim contains unliquidated and/or undetermined amounts