## EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Thirteenth Omnibus Objection**

FOUR HUNDRED THIRTIENTH OMNIBUS OBJECTION

Exhibit A - Partially Satisfied / Partially No Liability Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTROL ASSOCIATES OF PR 475 CALLE C STE 503 GUAYNABO, PR 00969-4272 | 5/9/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 12801 | $139,566.05 | $123,223.06 | $320.00 | $16,022.99 |

Reason: Liabilities associated with the claim have been paid by PREPA in part.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LINDE GAS PUERTO RICO INC. PO BOX 363868 SAN JUAN, PR 00936-3868 | 4/2/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 5815 | $1,038,485.89 | $211,063.12 | $742,500.00 | $84,922.77 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because the claimant only provided quotes and not invoices. PREPA is unable to identify invoices using a quote.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 3 | LORD ELECTRIC COMPANY OF PUERTO RICO PO BOX 363408 SAN JUAN, PR 00936 | 6/18/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 166292 | $1,235,417.96 | $964,669.72 | $10,743.75 | $260,004.49 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because PREPA's record of certain of the invoices that have been paid are less than the invoices that were provided by the claimant.

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | SATISFIED AMOUNT | NO LIABILITY AMOUNT | REMAINING CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ROONEY RIPPIE & RATNASWAMY LLP JOHN RATNASWAMY ROONEY RIPPIE & RATNASWAMY LLP 350 W. HUBBARD ST., SUITE 600 CHICAGO, IL 60654 | 5/25/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 21683 | $494,988.95 | $452,450.04 | $7,676.36 | $34,862.55 |

Reason: Liabilities associated with the claim have been paid by PREPA in part. PREPA is not liable for a part of the liabilities associated with the claim because monies were held properly pursuant to Puerto Rico tax law.

\* - Indicates claim contains unliquidated and/or undetermined amounts.