# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima décima tercera objeción global**

## CUADRINGENTÉSIMA DÉCIMA TERCERA OBJECIÓN COLECTIVA

### Anexo A: Parcialmente Resueltas / Parcialmente Sin Reclamaciones de Responsabilidad

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA | MONTO RESUELTO | SIN MONTO DE RESPONSABILIDAD | RECLAMACION RESTANTE O RECLAMO RESTANTE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CONTROL ASSOCIATES OF PR<br>475 CALLE C STE 503<br>GUAYNABO, PR 00969-4272 | 5/9/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 12801 | $139,566.05 | $123,223.06 | $320.00 | $16,022.99 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. | | | | | | | | |
| 2 | LINDE GAS PUERTO RICO INC.<br>PO BOX 363868<br>SAN JUAN, PR 00936-3868 | 4/2/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 5815 | $1,038,485.89 | $211,063.12 | $742,500.00 | $84,922.77 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de las obligaciones asociadas con la reclamación porque el demandante solo proporciono cotizaciones y no facturas. PREPA es incapaz de identificar facturas usando cotizaciones. | | | | | | | | |
| 3 | LORD ELECTRIC COMPANY OF PUERTO RICO<br>PO BOX 363408<br>SAN JUAN, PR 00936 | 6/18/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 166292 | $1,235,417.96 | $964,669.72 | $10,743.75 | $260,004.49 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de las obligaciones asociadas con la reclamación por cause de que los registros de la PREPA sobre ciertas facturas que han sido pagadas son menos que las facturas proporcionadas por el demandante. | | | | | | | | |
| 4 | ROONEY RIPPIE & RATNASWAMY LLP<br>JOHN RATNASWAMY<br>ROONEY RIPPIE & RATNASWAMY LLP<br>350 W. HUBBARD ST., SUITE 600<br>CHICAGO, IL 60654 | 5/25/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 21683 | $494,988.95 | $452,450.04 | $7,676.36 | $34,862.55 |
| | Base para: Obligaciones asociadas con la reclamación han sido pagadas por la PREPA en parte. PREPA no es responsable por parte de las obligaciones asociadas con la reclamación porque fue apropiadamente retenida conforme a las leyes de impuestos de Puerto Rico. | | | | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados