# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Fifth Omnibus Objection**

## Four Hundred Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | GONZALEZ PEREZ, YOLANDA<br>BOX 893<br>SAN SEBASTIAN, PR 00685 | 07/02/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 122710 | Undetermined* | GONZALEZ PEREZ, YOLANDA<br>BOX 893<br>SAN SEBASTIAN, PR 00685 | 07/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 160082 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | GONZALEZ SANCHEZ, CARMEN<br>CORONEL IRIZARRY #12<br>CAYEY, PR 00736 | 06/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 86294 | Undetermined* | GONZALEZ SANCHEZ, CARMEN<br>CORONEL IRIZARRY #12<br>CAYEY, PR 00736 | 06/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 86363 | Undetermined* |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | GONZALEZ SOTO, JOCELYN<br>URB ISLAZUL<br>3335 CALLE BELICE<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66011 | Undetermined* | GONZALEZ SOTO, JOCELYN<br>URB ISLAZUL<br>3335 CALLE BELICE<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 66787 | $ 52,623.69 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | HERNANDEZ SANTANA, ROSA A.<br>CALLE 20 AB-9<br>VILLAS DE RIO GRANDE<br>RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 155526 | $ 30,000.00 | HERNANDEZ SANTANA, ROSA A.<br>C/20 AB-9 VILLAS DE RIO CORANDE<br>RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 147683 | $ 30,000.00 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | JUSINO FREYRE, MARILYN<br>PO BOX 1456<br>HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 17503 | $ 40,486.75 | JUSINO FREYRE, MARILYN<br>PO BOX 1456<br>HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 17253 | $ 40,486.75 |

Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico.

\* Indicates claim contains unliquidated and/or undetermined amounts

Four Hundred Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | LOPEZ VAZQUEZ, AURORA<br>URB. CIUDAD CENTRAL II<br>CALLE HERMANOS RUPPERT #705<br>CAROLINA, PR 00987 | 07/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 167730 | $ 8,000.00 | LOPEZ VAZQUEZ, AURORA<br>URB. CIUDAD CENTRAL II<br>CALLE HERMANOS RUPPERT # 705<br>CAROLINA, PR 00987 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 66876 | $ 7,000.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 7 | LUGO PEREZ, EDNA I<br>CALLE JUANA GONZALEZ 15<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 4257 | $ 50,000.00* | LUGO PEREZ, EDNA I<br>15 CALLE JUAN GONZALEZ<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 6428 | $ 50,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 8 | MANGUAL FERREIRA, LUISA<br>CONDOMINIO LOS CEDROS<br>1687 CALLE AMARILLO, APT 5102<br>SAN JUAN, PR 00926 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 73663 | $ 13,200.00* | MANGUAL FERREIRA, LUISA<br>CONDOMINIO LOS CEDROS<br>1687 CALLE AMARILLO, APT 5102<br>SAN JUAN, PR 00926 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 70015 | $ 13,200.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 9 | MANSO CEPEDA, WANDA L.<br>BO. MEDIANIA BAJA<br>PO BOX 177<br>LOIZA, PR 00772 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 92209 | $ 30,000.00 | MANSO CEPEDA, WANDA L.<br>BO. MEDIANIA BAJA<br>P.O. BOX 177<br>LOIZA, PR 00772 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 165307 | $ 30,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |

Four Hundred Fifth Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | MARQUEZ ALEJANDRO, ANA<br>BO JAGUAS<br>HC 1 BOX 8911<br>GURABO, PR 00778 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 134616 | $ 30,000.00 | MARQUEZ ALEJANDRO, ANA<br>BO JAGUAS HC-1 BOX 8911<br>GURABO, PR 00778 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 137398 | $ 30,000.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 11 | MARRERO SANTIAGO, GISELA<br>PO BOX 208<br>DORADO, PR 00646 | 06/26/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 84096 | $ 20,400.00* | MARRERO SANTIAGO, GISELA<br>PO BOX 208<br>DORADO, PR 00646 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 91667 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 12 | MELENDEZ ORTIZ, JOSE M.<br>BOX 334<br>NAGUABO, PR 00718 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 147572 | $ 30,000.00 | MELENDEZ ORTIZ, JOSE M.<br>BOX 334 NAGUABO<br>NAGUABO, PR 00718 | 06/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 154332 | $ 30,000.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 13 | MORALES FIGUEROA, BETSY L.<br>PO BOX 758<br>CIDRA, PR 00739 | 09/10/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 175359 | Undetermined* | MORALES FIGUEROA, BETSY L.<br>P.O. BOX 758<br>CIDRA, PR 00739 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95723 | $ 85,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 14 | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 INT C MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31075 | $ 88,799.48 | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 CALLE MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 23743 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |

## Four Hundred Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 | PEREZ IRIZARRY, ANA C. JARDINES DEL CARIBE 6623 CALLE 33 PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 117245 | Undetermined* | PEREZ IRIZARRY, ANA C JARDINES DEL CARIBE 6623 CALLE 33 PONCE, PR 00728 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 122355 | $ 21,645.12 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 16 | RIVERA MELENDEZ, MARIA DE LOS ANGELES PO BOX 8283 CAGUAS, PR 00726 | 02/08/21 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 179089 | $ 37,200.00 | RIVERA MELENDEZ, MARIA DE LOS ANGELES P.O. BOX 8283 CAGUAS, PR 00726 | 09/28/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 176138 | $ 75,000.00* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 17 | RODRIGUEZ ARROYO, JUAN B. 14 PEDRO DIAZ FONSECA URB. FERROMDEZ CIDRA, PR 00739 | 06/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 113090 | Undetermined* | RODRIGUEZ ARROYO, JUAN B. URB. FERNANDEZ 14 PEDRO DIAZ FONSECA CIDRA, PR 00739 | 09/11/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 175383 | $ 75,000.00 |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 18 | RODRIGUEZ DEL VALLE, HERIBERTO C/ TRINITARIA BUCON 1008 TOA BAJA, PR 00949 | 07/06/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 160581 | $ 10,989.48 | RODRIGUEZ DEL VALLE, HERIBERTO CALLE TRINITARIA BUZON 1008, CAMPANILLA TOA BAJA, PR 00949 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 71671 | $ 10,989.48* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 19 | ROMAN MARTINEZ, NAYDE I. 205-11 SANTANE ARECIBO, PR 00612 | 07/03/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 123222 | Undetermined* | ROMAN MARTINEZ, NAYDE I 205-11 SANTANA ARECIBO, PR 00612 | 07/03/18 | 17 BK 03567-LTS / Puerto Rico Highways and Transportation Authority | 123182 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Puerto Rico Highways and Transportation Authority. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

## Four Hundred Fifth Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | ROMAN ROMAN, MINERVA<br>PO BOX 1483<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 118346 | $ 10,000.00* | ROMAN ROMAN, MINERVA<br>PO BOX 1483<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 113619 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 21 | SANTIAGO GONEZ, HECTOR<br>HC 3 BOX 15404<br>JUANA DIAZ, PR 00795 | 07/26/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 177703 | $ 84,000.00 | SANTIAGO GONEZ, HECTOR<br>HC 3 BOX 15404<br>JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 95363 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |
| 22 | VELAZQUEZ ARIAS, MARITZA L.<br>P.O. BOX 1071<br>QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 174805 | Undetermined* | VELAZQUEZ ARIAS, MARITZA L.<br>P.O. BOX 1071<br>QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 174980 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico. | | | | | | | | | |