## ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima quinta objeción global**

## Cuadringentésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | GONZALEZ PEREZ, YOLANDA<br>BOX 893<br>SAN SEBASTIAN, PR 00685 | 07/02/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 122710 | Indeterminado* | GONZALEZ PEREZ, YOLANDA<br>BOX 893<br>SAN SEBASTIAN, PR 00685 | 07/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 160082 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 2 | GONZALEZ SANCHEZ, CARMEN<br>CORONEL IRIZARRY #12<br>CAYEY, PR 00736 | 06/25/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 86294 | Indeterminado* | GONZALEZ SANCHEZ, CARMEN<br>CORONEL IRIZARRY #12<br>CAYEY, PR 00736 | 06/25/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 86363 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 3 | GONZALEZ SOTO, JOCELYN<br>URB ISLAZUL<br>3335 CALLE BELICE<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 66011 | Indeterminado* | GONZALEZ SOTO, JOCELYN<br>URB ISLAZUL<br>3335 CALLE BELICE<br>ISABELA, PR 00662 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 66787 | $ 52,623.69 |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 4 | HERNANDEZ SANTANA, ROSA A.<br>CALLE 20 AB-9<br>VILLAS DE RIO GRANDE<br>RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 155526 | $ 30,000.00 | HERNANDEZ SANTANA, ROSA A.<br>C/20 AB-9 VILLAS DE RIO CORANDE<br>RIO GRANDE, PR 00745 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 147683 | $ 30,000.00 |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 5 | JUSINO FREYRE, MARILYN<br>PO BOX 1456<br>HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 17503 | $ 40,486.75 | JUSINO FREYRE, MARILYN<br>PO BOX 1456<br>HORMIGUEROS, PR 00660 | 05/22/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 17253 | $ 40,486.75 |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

Cuadringentésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 LOPEZ VAZQUEZ, AURORA<br>URB. CIUDAD CENTRAL II<br>CALLE HERMANOS RUPPERT #705<br>CAROLINA, PR 00987 | 07/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 167730 | $ 8,000.00 | LOPEZ VAZQUEZ, AURORA<br>URB. CIUDAD CENTRAL II<br>CALLE HERMANOS RUPPERT # 705<br>CAROLINA, PR 00987 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 66876 | $ 7,000.00 |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| 7 LUGO PEREZ, EDNA I<br>CALLE JUANA GONZALEZ 15<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 4257 | $ 50,000.00* | LUGO PEREZ, EDNA I<br>15 CALLE JUAN GONZALEZ<br>ISABELA, PR 00662 | 04/06/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 6428 | $ 50,000.00* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| 8 MANGUAL FERREIRA, LUISA<br>CONDOMINIO LOS CEDROS<br>1687 CALLE AMARILLO, APT 5102<br>SAN JUAN, PR 00926 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 73663 | $ 13,200.00* | MANGUAL FERREIRA, LUISA<br>CONDOMINIO LOS CEDROS<br>1687 CALLE AMARILLO, APT 5102<br>SAN JUAN, PR 00926 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 70015 | $ 13,200.00 |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| 9 MANSO CEPEDA, WANDA L.<br>BO. MEDIANIA BAJA<br>PO BOX 177<br>LOIZA, PR 00772 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 92209 | $ 30,000.00 | MANSO CEPEDA, WANDA L.<br>BO. MEDIANIA BAJA<br>P.O. BOX 177<br>LOIZA, PR 00772 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 165307 | $ 30,000.00* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

## Cuadringentésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 10 | MARQUEZ ALEJANDRO, ANA<br>BO JAGUAS<br>HC 1 BOX 8911<br>GURABO, PR 00778 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 134616 | $ 30,000.00 | MARQUEZ ALEJANDRO, ANA<br>BO JAGUAS HC-1 BOX 8911<br>GURABO, PR 00778 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 137398 | $ 30,000.00 |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 11 | MARRERO SANTIAGO, GISELA<br>PO BOX 208<br>DORADO, PR 00646 | 06/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 84096 | $ 20,400.00* | MARRERO SANTIAGO, GISELA<br>PO BOX 208<br>DORADO, PR 00646 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 91667 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 12 | MELENDEZ ORTIZ, JOSE M.<br>BOX 334<br>NAGUABO, PR 00718 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 147572 | $ 30,000.00 | MELENDEZ ORTIZ, JOSE M.<br>BOX 334 NAGUABO<br>NAGUABO, PR 00718 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 154332 | $ 30,000.00 |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 13 | MORALES FIGUEROA, BETSY L.<br>PO BOX 758<br>CIDRA, PR 00739 | 09/10/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 175359 | Indeterminado* | MORALES FIGUEROA, BETSY L.<br>P.O. BOX 758<br>CIDRA, PR 00739 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 95723 | $ 85,000.00* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 14 | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 INT C MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 31075 | $ 88,799.48 | NIEVES HERNANDEZ, BILLY<br>URB SANTIAGO IGLESIAS<br>1456 CALLE MANUEL TEXIDOR<br>SAN JUAN, PR 00921 | 05/22/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 23743 | Indeterminado* |
| | Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |

Cuadringentésima Quinta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 15 PEREZ IRIZARRY, ANA C<br>JARDINES DEL CARIBE<br>6623 CALLE 33<br>PONCE, PR 00728 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 117245 | Indeterminado* | PEREZ IRIZARRY, ANA C<br>JARDINES DEL CARIBE<br>6623 CALLE 33<br>PONCE, PR 00728 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 122355 | $ 21,645.12 |
| Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico.  Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 16 RIVERA MELENDEZ, MARIA DE LOS ANGELES<br>PO BOX 8283<br>CAGUAS, PR 00726 | 02/08/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179089 | $ 37,200.00 | RIVERA MELENDEZ, MARIA DE LOS ANGELES<br>P.O. BOX 8283<br>CAGUAS, PR 00726 | 09/28/20 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 176138 | $ 75,000.00* |
| Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico.  Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 17 RODRIGUEZ ARROYO, JUAN B.<br>14 PEDRO DIAZ FONSECA<br>URB. FERROMDEZ<br>CIDRA, PR 00739 | 06/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 113090 | Indeterminado* | RODRIGUEZ ARROYO, JUAN B.<br>URB. FERNANDEZ<br>14 PEDRO DIAZ FONSECA<br>CIDRA, PR 00739 | 09/11/20 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 175383 | $ 75,000.00 |
| Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico.  Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 18 RODRIGUEZ DEL VALLE, HERIBERTO<br>C/ TRINITARIA BUCON 1008<br>TOA BAJA, PR 00949 | 07/06/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 160581 | $ 10,989.48 | RODRIGUEZ DEL VALLE, HERIBERTO<br>CALLE TRINITARIA BUZON 1008, CAMPANILLA<br>TOA BAJA, PR 00949 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 71671 | $ 10,989.48* |
| Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico.  Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. | | | | | | | | | |
| 19 ROMAN MARTINEZ, NAYDE I.<br>205-11 SANTANE<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 123222 | Indeterminado* | ROMAN MARTINEZ, NAYDE I<br>205-11 SANTANA<br>ARECIBO, PR 00612 | 07/03/18 | 17 BK 03567-LTS / Autoridad de Carreteras y Transportación de Puerto Rico | 123182 | Indeterminado* |
| Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico.  Todas las obligaciones invocadas, en todo caso, existen entre el Demandante y Autoridad de Carreteras y Transportación de Puerto Rico. | | | | | | | | | |

## Cuadringentésima Quinta Objeción Global
### Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 20 | ROMAN ROMAN, MINERVA<br>PO BOX 1483<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 118346 | $ 10,000.00* | ROMAN ROMAN, MINERVA<br>PO BOX 1483<br>DORADO, PR 00646 | 06/28/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 113619 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | SANTIAGO GONEZ, HECTOR<br>HC 3 BOX 15404<br>JUANA DIAZ, PR 00795 | 07/26/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 177703 | $ 84,000.00 | SANTIAGO GONEZ, HECTOR<br>HC 3 BOX 15404<br>JUANA DIAZ, PR 00795 | 06/26/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 95363 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | VELAZQUEZ ARIAS, MARITZA L.<br>P.O. BOX 1071<br>QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 174805 | Indeterminado* | VELAZQUEZ ARIAS, MARITZA L.<br>P.O. BOX 1071<br>QUEBRADILLAS, PR 00678 | 08/14/20 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 174980 | Indeterminado* |

Base para: Presentación de un reclamo de obligación duplicado contra el Deudor – Estado Libre Asociado de Puerto Rico. Todas las obligaciones invocadas, de existir, serían entre el Demandante y el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico.