# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima sexta objeción global**

Cuadringentésima Sexta Objeción Global
Anexo A - Reclamos a ser desestimados

| | | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | CINTRON SERRANO, MARILYN<br>URB SAN CRISTOBAL I<br>257 CALLE REINA DE LAS FLORES<br>LAS PIEDRAS, PR 00771 | 05/16/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 16103 | $ 70,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")...<br>ATTN: IVONNE GONZALEZ-MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP")<br>CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120<br>C/O IVONNE GONZALEZ-MORALES<br>ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP<br>P.O. BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Sexta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 2 MUNOZ PEREZ, MARIA DE LOS A<br>VILLA NEVAREZ<br>1091 CALLE 3<br>SAN JUAN, PR 00927 | 05/18/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 20064 | $ 129,540.48 | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLANTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLANTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103072^ | $ 8,990,000.00* |
| | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NUM. 2016-05-1340<br>LCDA. IVONNE GONZALEZ MORALES<br>PO BOX 9021828<br>SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 32044 | $ 50,000,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otros contra el Departamento de Asuntos Familiares de Puerto Rico, N.° 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los Reclamos maestro Acevedo Camacho se presentan en nombre de los empleados del Departamento de la Familia (DOFA), quienes sostuvieron que DOFA retuvo ilegalmente pagos correspondientes a salarios y pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Serivcio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 103072 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Cuadringentésima Sexta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 3 RODRIGUEZ QUINONES, WANDA I. URB SAN ANTONIO E E-4 CALLE 5 COAMO, PR 00769 | 06/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 52071 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE "BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

Cuadringentésima Sexta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 4 SANCHEZ ROSADO, MARILYN HC 20 BOX 28385 SAN LORENZO, PR 00754 | 06/07/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 49734 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados

Cuadringentésima Sexta Objeción Global
Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|---|---|---|---|
| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN REMANENTE | | | | |
| 5 | TIRADO GARCIA, EDGAR HC 10 BOX 49489 CAGUAS, PR 00725 | 05/21/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 19200 | Indeterminado* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados     Página 5 de 6

Cuadringentésima Sexta Objeción Global
Anexo A - Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 6 TORRES ROSADO, BETHZAIDA BO. QUEBRADA CEIBA SECTOR LOYOLA HC-01 BOX 8226 PENUELAS, PR 00731 | 05/07/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 11839 | Indeterminado* | JEANNETTE ABRAMS-DIAZ ET AL (1084 PLAINTIFFS) COLLECTIVELY (THE "ABRAMS-DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 ABRAMS-DIAZ PLAINTIFF GROUP (1,084 PLAINTIFFS) LCDA IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 104127^ | $ 6,829,644.40* |
| | | | | | JEANETTE ABRAHAM DIAZ ET AL (1,084 PLAINTIFFS) COLLECTIVELY (THE "ABRAHAM DIAZ PLAINTIFF GROUP") CIVIL CASE NUM. K AC2005-5021 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/14/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 50221 | $ 43,400,081.58* |

Base para: Este reclamo es duplicado de los Reclamos maestros n°. Reclamos 50221 y 104127, interpuestos en nombre de todos los demandantes del litigio caratulado Jeannete Abrams Diaz y otros contra el Departamento de Transportación y Obras Públicas, N.° KAC2005-5021 (los "Reclamos maestros de Abrams Diaz"), por el abogado que representa a los demandantes en dicho litigio. Los demandantes en los casos Abrams Díaz y Abraham Gimenez son ex empleados del Departamento de Transportación y Obras Públicas ("DOTP") quienes sostuvieron que el DOTP retuvo indebidamente una proporción de sus salarios y pagos de pensiones como consecuencia del "Memorando General n°. 5-86" de la Oficina de Personal del Servicio Público. El Demandante es parte demandante en ese litigio y su reclamo invoca el litigio arriba indicado y/o las obligaciones asociadas con este litigio como fundamento.

^ Reclamo n°. 104127 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

* Indica que la reclamación contiene montos por liquidar o indeterminados