# EXHIBIT A

**Schedule of Claims Subject to the Four Hundred Seventh Omnibus Objection**

Four Hundred Seventh Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | CRESPO PENA, GLENDA J.<br>HC-56 BOX 5134<br>AGUADA, PR 00602 | 6/27/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 109470 | Undetermined* |
| | Reason: Proof of claim purports to assert liabilities associated the Commonwealth of Puerto Rico, but the claim and/or supporting documentation do not provide any basis for asserting liabilities against CW or any other Title III Debtor. | | | | | |
| 2 | IND LECHERAS DE P R INC<br>PO BOX 362949<br>SAN JUAN, PR 00936-2949 | 5/24/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 19908 | $ 488,855.00 |
| | Reason: Per the books and records of the Department of Agriculture, all invoices submitted by the Claimant under the Department of Agriculture's incentive program have been paid in full and there are no outstanding liabilities owed to the Claimant. | | | | | |
| 3 | TENS DEVELOPMENT, LLC.<br>CARR.#5 KM. 4.0 BO. PALMAS<br>CATANO, PR00962 | 5/24/2018 | 17 BK 03567-LTS | Puerto Rico Highways and Transportation Authority | 36151 | $ 11,257,410.00* |
| | Reason: Proof of Claim asserts liability associated with a litigation filed against the Puerto Rico Highways and Transportation Authority (HTA). However, the HTA's records show that the litigation asserted was dismissed. | | | | | |
| | | | | | TOTAL | $ 11,746,265.00* |

* Indicates claim contains unliquidated and/or undetermined amounts