## ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima séptima objeción global**

## Cuadringentésima Séptima Objeción Global
## Anexo A - Reclamos a ser desestimados

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|---|---|
| 1 | CRESPO PENA, GLENDA J.<br>HC-56 BOX 5134<br>AGUADA, PR 00602 | 6/27/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 109470 | Indeterminado* |
| | Base para: La Evidencia de reclamo pretende invocar obligaciones asociadas con el Estado Libre Asociado de Puerto Rico, pero omite proporcionar fundamentos o documentación de respaldo para invocar un reclamo contra el CW o algún otro Deudor al amparo del Título III. | | | | | |
| 2 | IND LECHERAS DE P R INC<br>PO BOX 362949<br>SAN JUAN, PR 00936-2949 | 5/24/2018 | 17 BK 03283-LTS | El Estado Libre Asociado de Puerto Rico | 19908 | $ 488,855.00 |
| | Base para: De acuerdo con los libros y registros del Departamento de Agricultura, todas las facturas presentadas por el Demandante conforme al programa de incentivo del Departamento de Agricultura se han pagado por completo y no hay obligaciones pendientes de pago al Demandante. | | | | | |
| 3 | TENS DEVELOPMENT, LLC.<br>CARR.#5 KM. 4.0 BO. PALMAS<br>CATANO, PR00962 | 5/24/2018 | 17 BK 03567-LTS | Autoridad de Carreteras y Transportación de Puerto Rico | 36151 | $ 11,257,410.00* |
| | Base para: La Evidencia de Reclamo invoca una obligación asociada con un litigio interpuesto contra la Autoridad de Transportación y Carreteras (ACT). Sin embargo, los registros de ACT indican que la causa invocada fue desestimada. | | | | | |
| | | | | | TOTAL | $ 11,746,265.00* |

\* Indica que la reclamación contiene montos por liquidar o indeterminados