# EXHIBIT A

**Schedule of Claims Subject to Four Hundred Ninth Omnibus Objection**

# FOUR HUNDRED NINTH OMNIBUS OBJECTION
## Exhibit A – Subsequently Amended Claims

### CLAIMS TO BE DISALLOWED — REMAINING AMENDED CLAIMS

| # | NAME | DATE FILED | CASE NUMBER/DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER/DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|------|-----------|-------------------|---------|--------------|------|-----------|-------------------|---------|--------------|
| 1 | ISMAEL L. PURCELL SOLER AND ALYS COLLAZO BOUGEOIS<br>C/O RAMÓN ORTIZ PALMIERI<br>PO BOX 331429<br>PONCE, PR 00733-1429<br><br>Reason: Amended and superseded by a later filed Proof of Claim | 5/3/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 8987 | $61,512.00 | ISMAEL PURCELL SOLER Y ALYS COLLAZO<br>URB. JACARANDA, 35271 CALLE CLAVELINA<br>PONCE, PR 00730 | 5/3/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 179486 | $50,700.00 |
| 2 | MARTINEZ GARCIA, JORGE<br>AVENIDA SANTA JUANITA<br>AK-12 SANTA JUANITA<br>BAYAMON, PR 00956<br><br>Reason: Amended and superseded by a later filed Proof of Claim | 5/22/2018 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 19895 | $10,000.00 | MARTINEZ GARCIA, JORGE<br>AVENIDA SANTA JUANITA<br>AK-12 SANTA JUANITA<br>BAYAMON, PR 00956 | 7/21/2020 | PUERTO RICO ELECTRIC POWER AUTHORITY<br>17-03283 | 177629 | $230,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts.