<u>**ANEXO A**</u>

**Relación de reclamaciones objeto de la Cuadringentésima novena objeción global**

CUADRINGENTÉSIMA NOVENA OBJECIÓN COLECTIVA
Anexo A – Reclamaciones Enmendadas Posteriormente

| | RECLAMACIONES A SER DESESTIMADAS | | | | | RECLAMACIÓN ENMENDADA REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 1 | ISMAEL L. PURCELL SOLER AND ALYS COLLAZO BOUGEOIS C/O RAMÓN ORTIZ PALMIERI PO BOX 331429 PONCE, PR 00733-1429 | 5/3/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 8987 | $61,512.00 | ISMAEL PURCELL SOLER Y ALYS COLLAZO URB. JACARANDA, 35271 CALLE CLAVELINA PONCE, PR 00730 | 5/3/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 179486 | $50,700.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |
| 2 | MARTINEZ GARCIA, JORGE AVENIDA SANTA JUANITA AK-12 SANTA JUANITA BAYAMON, PR 00956 | 5/22/2018 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 19895 | $10,000.00 | MARTINEZ GARCIA, JORGE AVENIDA SANTA JUANITA AK-12 SANTA JUANITA BAYAMON, PR 00956 | 7/21/2020 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO 17-03283 | 177629 | $230,000,000.00 |
| | Base para: Enmendada y reemplazada por una Evidencia de Reclamación presentada posteriormente | | | | | | | | | |

* - Indica que la reclamación contiene montos por liquidar o indeterminados

**Pagina 1 de 1**