# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Tenth Omnibus Objection**

# FOUR HUNDRED TENTH OMNIBUS OBJECTION

### Exhibit A – Incorrect Debtor

| | NAME | CLAIM # | ASSERTED DEBTOR | ASSERTED CLAIM AMOUNT | CORRECTED DEBTOR | CORRECTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | BRENDA L HUERTAS ACEVEDO<br>URB COSTA NORTE<br>118 CALLE PALMAS<br>HATILLO, PR 00659 | 7323 | PUERTO RICO ELECTRIC POWER AUTHORITY | $22,161.00 | COMMONWEALTH OF PUERTO RICO | $22,161.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | CRUZ RODRIGUEZ, SHEILA<br>CALLE ISABEL SEGUNDA M-13<br>ARECIBO, PR 00612 | 7913 | PUERTO RICO ELECTRIC POWER AUTHORITY | $60,000.00 | COMMONWEALTH OF PUERTO RICO | $60,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | RENTAS, RAFAEL<br>JOSEY A. RODRIGUEZ, ESQ.<br>PO BOX 310121<br>MIAMI, FL 33231 | 170240 | PUERTO RICO ELECTRIC POWER AUTHORITY | $1,000.00 | COMMONWEALTH OF PUERTO RICO | $1,000.00 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | RIVERA CRUZ, GAMALIEL<br>HC 01 BOX 2632<br>FLORIDA, PR 00650 | 62094 | PUERTO RICO ELECTRIC POWER AUTHORITY | $30,832.91 | COMMONWEALTH OF PUERTO RICO | $30,832.91 |

Reason: Claimant identifies as obligor the Puerto Rico Electric Power Authority, when the proof of claim at issue and/or supporting documentation provided for the claim show that any liability would reside, if at all, under the Commonwealth of Puerto Rico

\* - Indicates claim contains unliquidated and/or undetermined amounts.