# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima décima objeción global**

CUADRINGENTÉSIMA DÉCIMA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Contra el Deudor Incorrecto

| | NOMBRE | N.° DE RECLAMACIÓN | FORMULADAS DEUDOR | MONTO DE LA RECLAMACIÓN | CORREGIDO DEUDOR | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | BRENDA L HUERTAS ACEVEDO<br>URB COSTA NORTE<br>118 CALLE PALMAS<br>HATILLO, PR 00659 | 7323 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $22,161.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $22,161.00 |
| | Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico | | | | | |
| 2 | CRUZ RODRIGUEZ, SHEILA<br>CALLE ISABEL SEGUNDA M-13<br>ARECIBO, PR 00612 | 7913 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $60,000.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $60,000.00 |
| | Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico | | | | | |
| 3 | RENTAS, RAFAEL<br>JOSEY A. RODRIGUEZ, ESQ.<br>PO BOX 310121<br>MIAMI, FL 33231 | 170240 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $1,000.00 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $1,000.00 |
| | Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico | | | | | |
| 4 | RIVERA CRUZ, GAMALIEL<br>HC 01 BOX 2632<br>FLORIDA, PR 00650 | 62094 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | $30,832.91 | ESTADO LIBRE ASOCIADO DE PUERTO RICO | $30,832.91 |
| | Base para: Demandante identifica como deudor a la Autoridad de Energía Eléctrica de Puerto Rico, cuando la evidencia de reclamación y/o documentación secundaria proveída incluye documentación relacionadas con devoluciones de impuestos para el reclamo, demuestra que cualquier responsabilidad reside, si alguna, bajo el Estado Libre Asociado de Puerto Rico | | | | | |

\* - Indica que la reclamación contiene montos por liquidar o indeterminados

*Página 1 de 1*