# **EXHIBIT A**

**Schedule of Claims Subject to the Four Hundred Twelfth Omnibus Objection**

FOUR HUNDRED TWELFTH OMNIBUS OBJECTION

Exhibit A – Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ACOSTA RUIZ, ELISEO<br>29 CALLE MATIENZO CINTRON<br>YAUCO, PR 00698 | 7/23/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 174480 | $63,600.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 2 | ALICEA AYALA , JIMMY<br>URB PALACIO MARBELLA<br>1002 CALLE PALMAR<br>TOA ALTA, PR 00953 | 10/10/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 176498 | $6,500.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 3 | CASTILLO REYES, NEPHTALI<br>CALLE ARGENTINA 1184<br>PLAZA DE LA FUENTE<br>TOA ALTA, PR 00953 | 10/9/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 176450 | $5,500.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 4 | CINTRON ORTIZ, JOSE J<br>URB. LOS CAOBOS<br>3131 CALLE CAIMITO<br>PONCE, PR 00716 | 9/29/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 176282 | $56,400.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 5 | ENCARNACION DOMINGUEZ, JUAN<br>107 COND ANDALUCIA APT 3303<br>CAROLINA, PR 00987 | 10/9/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 176447 | $5,000.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 6 | ESPARRA MULERO, MYRA<br>ESTANCIAS DE METROPOLIS<br>500 AVE A APT 514<br>CAROLINA, PR 00987 | 3/6/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 1063 | $139.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

FOUR HUNDRED TWELFTH OMNIBUS OBJECTION

Exhibit A – Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | FREIRE ROLON, EDWIN A.<br>MONTECASINO HEIGHTS #465<br>TOA ALTA, PR  00953 | 10/13/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 176679 | $14,400.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 8 | GARCÍA MELÉNDEZ, CARMEN A.<br>HC-01 BOX 2330<br>MAUNABO, PR  00707 | 6/5/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 35497 | $450.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 9 | MALDONADO RODRIGUEZ, JORGE E.<br>2A3 CALLE 44 JARDS DEL CARIBE<br>PONCE, PR  00728 | 7/24/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 174505 | $4,800.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 10 | MARIA ANTONUCCI, SHIRLEY<br>1172 VIA DELLA COSTRELLA<br>HENDERSON, NV  89011 | 1/10/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 172971 | $50,000.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 11 | MARIN BAEZ, JOSE A.<br>URB.VILLA OLIMPIA<br>CALLE 4 D 4<br>YAUCO, PR  00698 | 10/3/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 176344 | Undetermined* |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 12 | MARTINEZ GARCIA, JORGE<br>AVENIDA SANTA JUANITA<br>AK-12 SANTA JUANITA<br>BAYAMON, PR  00956 | 10/27/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 177629 | $230,000,000.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.

FOUR HUNDRED TWELFTH OMNIBUS OBJECTION

Exhibit A – Deficient Claims

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | NIGAGLIONI MIGNUCCI, RUBEN T.<br>P.O BOX 9023865<br>SAN JUAN, PR 00902 | 5/29/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 36713 | $4,000.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 14 | PEREZ ATILES, BENIGNO<br>P.O. BOX 562<br>YABUCOA, PR 00767 | 4/16/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 6211 | $200,000.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 15 | RIVERA, ELDA ALBINO<br>QUINTAVALLE SUR<br>112 CALLE ACUARELLA APT 125<br>GUAYNABO, PR 00969-3588 | 5/15/2018 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 15338 | $100.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |
| 16 | SANCHEZ COLON, IVONNE I.<br>B-21 VILLA DEL CARIBE<br>SANTA ISABEL, PR 00757 | 7/28/2020 | 17-03283 | PUERTO RICO ELECTRIC POWER AUTHORITY | 174578 | $2,500.00 |
| | Reason: Claimant purports to assert liabilities owed by PREPA, but either (i) fails to provide any information identifying the nature or source of the obligations or explaining why PREPA or any other Title III Debtor is liable to the claimant, or (ii) identifies the nature or source of the obligation, but fails to explain how PREPA or any other Title III Debtor is liable to the claimant | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts.