# ANEXO A

**Relación de reclamaciones objeto de la Cuadringentésima décima segunda objeción global**

CUADRINGENTÉSIMA DÉCIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 1 | ACOSTA RUIZ, ELISEO<br>29 CALLE MATIENZO CINTRON<br>YAUCO, PR  00698 | 7/23/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 174480 | $63,600.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 2 | ALICEA AYALA , JIMMY<br>URB PALACIO MARBELLA<br>1002 CALLE PALMAR<br>TOA ALTA, PR  00953 | 10/10/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 176498 | $6,500.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 3 | CASTILLO REYES, NEPHTALI<br>CALLE ARGENTINA 1184<br>PLAZA DE LA FUENTE<br>TOA ALTA, PR  00953 | 10/9/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 176450 | $5,500.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 4 | CINTRON ORTIZ, JOSE J<br>URB. LOS CAOBOS<br>3131 CALLE CAIMITO<br>PONCE, PR  00716 | 9/29/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 176282 | $56,400.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 5 | ENCARNACION DOMINGUEZ, JUAN<br>107 COND ANDALUCIA APT 3303<br>CAROLINA, PR  00987 | 10/9/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 176447 | $5,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |

## CUADRINGENTÉSIMA DÉCIMA SEGUNDA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 6 | ESPARRA MULERO, MYRA<br>ESTANCIAS DE METROPOLIS<br>500 AVE A APT 514<br>CAROLINA, PR 00987 | 3/6/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 1063 | $139.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 7 | FREIRE ROLON, EDWIN A.<br>MONTECASINO HEIGHTS #465<br>TOA ALTA, PR 00953 | 10/13/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 176679 | $14,400.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 8 | GARCÍA MELÉNDEZ, CARMEN A.<br>HC-01 BOX 2330<br>MAUNABO, PR 00707 | 6/5/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 35497 | $450.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 9 | MALDONADO RODRIGUEZ, JORGE E.<br>2A3 CALLE 44 JARDS DEL CARIBE<br>PONCE, PR 00728 | 7/24/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 174505 | $4,800.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 10 | MARIA ANTONUCCI, SHIRLEY<br>1172 VIA DELLA COSTRELLA<br>HENDERSON, NV 89011 | 1/10/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 172971 | $50,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |

CUADRINGENTÉSIMA DÉCIMA SEGUNDA OBJECIÓN COLECTIVA

Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 11 | MARIN BAEZ, JOSE A.<br>URB.VILLA OLIMPIA<br>CALLE 4 D 4<br>YAUCO, PR 00698 | 10/3/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 176344 | Undetermined* |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 12 | MARTINEZ GARCIA, JORGE<br>AVENIDA SANTA JUANITA<br>AK-12 SANTA JUANITA<br>BAYAMON, PR 00956 | 10/27/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 177629 | $230,000,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 13 | NIGAGLIONI MIGNUCCI, RUBEN T.<br>P.O BOX 9023865<br>SAN JUAN, PR 00902 | 5/29/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 36713 | $4,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 14 | PEREZ ATILES, BENIGNO<br>P.O. BOX 562<br>YABUCOA, PR 00767 | 4/16/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 6211 | $200,000.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |
| 15 | RIVERA, ELDA ALBINO<br>QUINTAVALLE SUR<br>112 CALLE ACUARELLA APT 125<br>GUAYNABO, PR 00969-3588 | 5/15/2018 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 15338 | $100.00 |
| | Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante | | | | | |

## CUADRINGENTÉSIMA DÉCIMA SEGUNDA OBJECIÓN COLECTIVA

### Anexo A – Reclamaciones Deficientes

| | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO | DEUDOR | N.° DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
|---|---|---|---|---|---|---|
| 16 | SANCHEZ COLON, IVONNE I.<br>B-21 VILLA DEL CARIBE<br>SANTA ISABEL, PR  00757 | 7/28/2020 | 17-03283 | AUTORIDAD DE ENERGÍA ELECTRICA DE PUERTO RICO | 174578 | $2,500.00 |

Base para: La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con la PREPA, pero (i) no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra la PREPA o cualquiera de los otros deudores en virtud del Título III responsables al demandante, o (ii) identifica la naturaleza o fuente de la obligación, pero falla en explicar cómo la PREPA o cualquiera de los otros deudores en virtud del Título III son responsables al demandante