# **EXHIBIT C**

**Notice**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                      Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PREPA.** |

**NOTICE OF THE FOUR HUNDRED TWELFTH OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO ELECTRIC POWER AUTHORITY TO DEFICIENT CLAIMS**

> **IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, PREPA IS SEEKING TO DISALLOW YOUR CLAIM BECAUSE ITS RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**
>
> **THIS OMNIBUS OBJECTION SEEKS TO ALTER YOUR RIGHTS. ANY CLAIM THAT IS DISALLOWED WILL BE TREATED AS THOUGH IT WERE NEVER FILED.**
>
> **IF YOUR CLAIM IS LISTED ON <u>EXHIBIT A</u>, YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS IT WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

      **PLEASE TAKE NOTICE THAT**, on December 17, 2021, the Puerto Rico Electric Power Authority ("<u>PREPA</u>"), by and through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as the representative of PREPA pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("<u>PROMESA</u>"),[1] filed the *Four Hundred Twelfth Omnibus Objection (Non-Substantive) of the Puerto Rico Electric Power Authority to Deficient Claims* (the "<u>Omnibus Objection</u>") with the United States District Court for the District of Puerto Rico (the "<u>Court</u>").[2]

---

[1] PROMESA is codified at 48 U.S.C. §§ 2101-2241.

[2] Capitalized terms used but not defined herein shall have the meanings set forth in the Omnibus Objection.

> **OVERVIEW**
>
> - **PLEASE CHECK IF YOUR CLAIM(S) IS/ARE LISTED ON EXHIBIT A TO THE OMNIBUS OBJECTION.**
>
> - **If your claim(s) is/are NOT listed on Exhibit A, your claim will not be affected by the Omnibus Objection, and you DO NOT have to do anything.**
>
> - If your claim(s) is/are listed on Exhibit A to the Omnibus Objection, PREPA is seeking to disallow your claim(s) listed on Exhibit A because, as explained in the accompanying Omnibus Objection, PREPA's records show that your claim is deficient. The Omnibus Objection and Exhibit A to the Omnibus Objection provide additional details regarding the deficient claims at issue.
>
> - Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.
>
> - **If you have questions, please contact Prime Clerk, LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

> **IMPORTANT NOTICE PURSUANT TO LOCAL RULE 3007-1**
>
> Any party against whom this Omnibus Objection has been served, or any other party to the action who objects to the relief sought herein, shall serve and file a response to the Omnibus Objection with the clerk's office of the United States District Court for the District of Puerto Rico by **4:00 p.m. (Atlantic Time)** on **January 17, 2022**, unless otherwise extended, in writing, by PREPA. If no response is filed within the time allowed herein, the Omnibus Objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the Court may schedule a hearing.

**Critical Information for Claimants Choosing to File a Response**

**Who is Required to File a Response**. Any party who disputes the Omnibus Objection is required to file a response in accordance with the procedures set forth herein. If a party whose claim is subject to the Omnibus Objection does not file and serve a response in compliance with the procedures herein, the Court may grant the Omnibus Objection with respect to such claim without further notice to the claimant.

**Who is NOT Required to File a Response.** If you do not oppose the relief sought in the Omnibus Objection, then you do not need to file a written response to the Omnibus Objection and

2

you do not need to appear at the hearing on the Omnibus Objection (described below). Additionally, the Omnibus Objection only applies to the claims listed on Exhibit A to the Omnibus Objection, a copy of which is available free online at https://cases.primeclerk.com/puertorico. **If your claim is not listed on Exhibit A to the Omnibus Objection, no response is required**.

**Deadline for Filing a Response.** Your response will be deemed timely **only if** it is filed with the Court **and** served by **4:00 p.m. (Atlantic Time)** on **January 17, 2022**, unless otherwise extended, in writing, by PREPA, or upon written request to the Court and order of the Court extending the deadline.

> **The deadline for filing and serving a response is
> 4:00 p.m. (Atlantic Time) on January 17, 2022.**

**Hearing on the Omnibus Objection**. If a response is properly filed and served in accordance with this notice, a hearing on the Omnibus Objection and the response will be held at **9:30 a.m. (Atlantic Time) on February 2, 2022**, before The Honorable Laura Taylor Swain at the United States District Court for the District of Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. If you file a response to the Omnibus Objection, then you should plan to appear at the hearing on the Omnibus Objection. PREPA, however, reserves the right, on three (3) business days' notice, to adjourn the hearing with respect to the Omnibus Objection and the response.

PREPA may file a reply to your response or reply in oral argument at the hearing. PREPA is permitted to file its reply no later than seven (7) calendar days before the hearing on the Omnibus Objection and the response.

> **THE COURT WILL ONLY CONSIDER YOUR RESPONSE IF YOUR RESPONSE IS FILED AND SERVED BY THE RESPONSE DEADLINE IN ACCORDANCE WITH THE INSTRUCTIONS SET FORTH IN THIS NOTICE.**

**What to File with a Response**. Your response to the Omnibus Objection must contain the following information.

(i) **Contact Information**. The response must include a **name**, **address**, **telephone number**, and **email address** of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for PREPA should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

(ii) **Caption**. The response must contain a caption stating the name of the Court, the names of the Debtors, the case number, the title of the Omnibus Objection to which the response is directed, and the proof of claim number(s) related thereto from Prime Clerk (which are listed on Exhibit A to the Omnibus Objection and available free online at https://cases.primeclerk.com/puertorico).

3

(iii) **Reason(s) for Opposing the Omnibus Objection**. The response must contain a concise statement setting forth the reasons why the Court should not grant the Omnibus Objection with respect to your claim, including the factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection.

(iv) **Supporting Documentation**. To the extent not already included with the proof of claim, the response should include a copy of any other documentation or other evidence of the claim, upon which the claimant will rely in opposing the Omnibus Objection; provided, however, that the claimant need not disclose confidential, proprietary, or otherwise protected information in the response; and provided, further, that the claimant shall disclose to PREPA all information and provide copies of all documents that the claimant believes to be confidential, proprietary, or otherwise protected and upon which the claimant intends to rely in support of its claim, subject to appropriate confidentiality constraints.

(v) **Signature**. You must sign your response. If you do not sign your response, the clerk will not accept it for filing.

**Option to Respond Using Response Form for Objections Based on Deficient Claims.** If your claim relates to current or former employment with the Government of the Commonwealth of Puerto Rico, or if your claim relates to a pending or closed legal action, you may fill out the response form attached as Exhibit E to the Four Hundred Twelfth Omnibus Objection and file it as directed below. Please fill the form out in its entirety and sign it in the space indicated. If you do not sign your form, the clerk will not accept it for filing.

**Do not file this form if your claim does not arise from current or former employment with the Government of Puerto Rico, or if your claim does not relate to a pending or closed legal action.**

**IMPORTANT NOTICE REGARDING SENSITIVE INFORMATION CONTAINED IN A RESPONSE.**

All materials submitted to the Court in response to the Omnibus Objection may be publicly filed and accessible to any member of the public. Therefore, the response should **not include** sensitive documents or information, such as copies of driver's licenses, passports, birth certificates, Social Security cards, sensitive medical information or confidential business information. Sensitive information submitted to the Court in response to the Omnibus Objection must adhere to the following guidelines:

- Social Security numbers and taxpayer identification numbers should be redacted (that is, blacked out), except for their last four digits.

- Birthdays should be redacted, except for the year of an individual's birth.

- The name of any individual known to be a minor should be redacted, except for that person's initials.

- Financial account numbers should be redacted, except for their last four digits.

Any such sensitive or confidential information upon which a claimant relies in support of its claim must be provided directly to counsel for PREPA, and will be kept confidential. You may provide this information by mailing it to the following address:

>Counsel for the Oversight Board
>Proskauer Rose LLP
>Eleven Times Square
>New York, New York 10036-8299
>Attn: Martin J. Bienenstock
>Ehud Barak
>Paul V. Possinger

**Where and How to File and Serve a Response**. Every response should be filed electronically with the Court on the docket of *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS. There are two methods that you can use to file your response:

1. **Online**. Registered users of the Court's case filing system must file their response electronically in searchable portable document format.

2. **By Mail**. If you are not an attorney who is a registered user of the Court's case filing system, you may file and serve a response by mailing it to the Court's Clerk's office, the Oversight Board, and the Creditors' Committee at the following addresses:

>Clerk's Office
>United States District Court
>Room 150 Federal Building
>San Juan, Puerto Rico 00918-1767
>
>Counsel for the Oversight Board
>Proskauer Rose LLP
>Eleven Times Square
>New York, New York 10036-8299
>Attn: Martin J. Bienenstock
>Ehud Barak
>Paul V. Possinger
>
>Counsel for the Creditors' Committee
>Paul Hastings LLP
>200 Park Avenue
>New York, New York 10166
>Attn: Luc A. Despins
>James Bliss
>James Worthington
>G. Alexander Bongartz

5

YOUR RESPONSE must be mailed so as to be received by the Clerk's Office, the Oversight Board, and the Creditors' Committee no later than **4:00 p.m. (Atlantic Time)** on **January 17, 2022**, unless otherwise extended by PREPA, in writing, or upon a written request to the Court and order of the Court extending the deadline. Your response must be signed. If you do not sign your response, the clerk will not accept it for filing.

In the event that you are unable to file and serve a response online or by mail as specified above, you may file a response in person at the following address by no later than **4:00 p.m. (Atlantic Time)** on **January 17, 2022**, unless otherwise extended by PREPA in writing, or upon a written request to the Court and order of the Court extending the deadline:

> Clerk's Office
> United States District Court
> #150 Chardon Avenue
> Federal Building
> San Juan, Puerto Rico 00918

A certificate of service should be included with your response explaining how service was accomplished.

If you have any questions about filing and serving a response, including questions about the Court's case filing system, please contact the **Prime Clerk hotline** at **(844) 822-9231**.

**Reservation of Rights**. NOTHING IN THE OMNIBUS OBJECTION OR THIS NOTICE IS OR SHALL BE DEEMED TO CONSTITUTE A WAIVER OF ANY RIGHTS OF THE COMMONWEALTH, COFINA, HTA, ERS, PBA, PREPA, OR ANY OTHER PARTY IN INTEREST IN THE TITLE III CASES TO DISPUTE ANY CLAIMS, ASSERT COUNTERCLAIMS, RIGHTS OF OFFSET OR RECOUPMENT, OR DEFENSES, OBJECT TO CLAIMS (OR OTHER CLAIMS OR CAUSES OF ACTION OF A CLAIMANT) ON ANY GROUNDS NOT PREVIOUSLY RAISED IN AN OBJECTION, UNLESS THE COURT HAS ALLOWED A CLAIM OR ORDERED OTHERWISE, OR SEEK TO ESTIMATE ANY CLAIM AT A LATER DATE. AFFECTED PARTIES WILL BE PROVIDED APPROPRIATE NOTICE THEREOF AT SUCH TIME.

---

**Additional Resources and Who to Contact with Questions**

All documents filed in the Title III Cases, including copies of claims filed using CM/ECF, are available free online at https://cases.primeclerk.com/puertorico. This website is maintained by Prime Clerk and includes a searchable database to assist with locating documents.

If you require additional information regarding the Omnibus Objection, the status of your response, your claim, or this notice, please contact the Prime Clerk hotline at **(844) 822-9231** (toll free for U.S. and Puerto Rico) or **(646) 486-7944** (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Time) (Spanish available). Inquiries may also be sent via email to puertoricoinfo@primeclerk.com.

## **ANEXO C**

**Notificación**

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| *In re*: <br><br> JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO, <br><br> como representante del <br><br> ESTADO LIBRE ASOCIADO DE PUERTO RICO *et al*., <br><br> Deudores. | PROMESA <br> Título III <br><br> Núm. 17 BK 3283-LTS <br><br> (Administrado conjuntamente) <br><br> **La presente radicación guarda relación con la AEE.** |

**NOTIFICACIÓN DE LA CUADRINGENTÉSIMA DÉCIMA SEGUNDA OBJECIÓN GLOBAL (NO SUSTANTIVA) DE LA AUTORIDAD DE ENERGÍA ELÉCTRICA DE PUERTO RICO A RECLAMACIONES DEFICIENTES**

> **SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u> DE LA OBJECIÓN GLOBAL, LA AEE SOLICITA QUE SU RECLAMACIÓN SEA RECHAZADA, PUESTO QUE SUS DATOS INDICAN QUE SU RECLAMACIÓN ES DEFICIENTE.**
>
> **ESTA OBJECIÓN GLOBAL PRETENDE ALTERAR SUS DERECHOS. TODA RECLAMACIÓN QUE SEA RECHAZADA SE TRATARÁ COMO SI NUNCA SE HUBIERA RADICADO.**
>
> **SI SU RECLAMACIÓN APARECE EN EL <u>ANEXO A</u>, DEBERÁ LEER DETENIDAMENTE ESTA NOTIFICACIÓN Y LA OBJECIÓN GLOBAL, Y COMENTARLAS CON SU ABOGADO. SI NO TIENE ABOGADO, ES POSIBLE QUE DESEE ACUDIR A UNO.**

**OBSÉRVESE QUE** el 17 de diciembre de 2021, la Autoridad de Energía Eléctrica de Puerto Rico (la "<u>AEE</u>"), a través de la Junta de Supervisión y Administración Financiera para Puerto Rico (la "<u>Junta de Supervisión</u>"), como representante de la AEE conforme a la sección 315(b) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("<u>PROMESA</u>"),[1] radicó la *Cuadringentésima décima segunda objeción global (no sustantiva) de la Autoridad de Energía Eléctrica de Puerto Rico a Reclamaciones Deficientes* (la "<u>Objeción

---

[1] PROMESA ha sido codificada en el Título 48 U.S.C., §§ 2101-2241.

Global") ante el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "Tribunal").[2]

---

**SÍNTESIS**

- **COMPRUEBE SI SU(S) RECLAMACIÓN(ES) APARECE(N) EN EL ANEXO A DE LA OBJECIÓN GLOBAL.**

- **Si su(s) reclamación(es) NO aparece(n) en el Anexo A, la Objeción Global no afectará a su reclamación, por lo que NO tendrá que realizar ninguna acción.**

- Si su(s) reclamación(es) aparece(n) en el Anexo A de la Objeción Global, la AEE solicita que su(s) reclamación(es) que aparece(n) en el Anexo A sea(n) rechazada(s) porque, como se explicó en la Objeción Global que acompaña este documento, los datos de la AEE indican que su reclamación es deficiente. La Objeción Global y el Anexo A de la Objeción Global proporcionan detalles adicionales sobre las reclamaciones deficientes en cuestión.

- Copias de la Objeción Global, y todos los escritos radicados en el marco de los Casos de Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.

- **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 y las 19:00 (AST) (hablamos español).**

---

**SI NO CONTESTA CONFORME A LA PRESENTE NOTIFICACIÓN, EL TRIBUNAL PODRÁ CONCEDER EL REMEDIO SOLICITADO EN LA OBJECIÓN GLOBAL SIN OTRA NOTIFICACIÓN NI VISTA.**

---

**NOTIFICACIÓN IMPORTANTE CONFORME A LA REGLA LOCAL 3007-1**

Cualquiera de las partes a la que se haya notificado la presente Objeción Global, o cualquier parte de la acción que objete al remedio aquí solicitado, deberá radicar y enviar una réplica a la Objeción Global a la secretaría del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico antes de las **16:00 (AST)** del **17 de enero de 2022**, salvo extensión por escrito por parte de la AEE. Si no se radica ninguna réplica en el plazo mencionado, se considerará que no hay oposición a la Objeción Global, por lo que esta podrá ser concedida, salvo que: 1) el remedio solicitado esté legalmente prohibido; 2) el remedio solicitado sea contrario al orden público; o 3) a criterio del Tribunal, el interés de la justicia exija otra cosa. Si radica una réplica en los plazos establecidos, el Tribunal podrá convocar una vista.

---

[2] Los términos en mayúscula utilizados que no estén definidos en el presente documento tendrán el significado que les haya sido atribuido en la Objeción Global.

2

**Información muy importante para los reclamantes que elijan radicar una réplica**

**Quién tiene la obligación de radicar una réplica**. Cualquiera de las partes que impugne la Objeción Global tiene la obligación de radicar una réplica de conformidad con los procedimientos aquí establecidos. Si la parte cuya reclamación quede sujeta a la Objeción Global no radica ni notifica una réplica de conformidad con los procedimientos aquí establecidos, el Tribunal podrá conceder la Objeción Global en relación con tal reclamación sin más notificaciones al reclamante.

**Quién NO tiene la obligación de radicar una réplica**. Si usted no se opone al remedio solicitado en la Objeción Global, no tendrá que radicar ninguna réplica por escrito a la Objeción Global ni tendrá que comparecer en la vista sobre la Objeción Global (según se explica abajo). Además, la Objeción Global solo se aplica a las reclamaciones mencionadas en el Anexo A de la Objeción Global, cuya copia está disponible en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si su reclamación no aparece en el Anexo A de la Objeción Global, no será necesario radicar ninguna réplica.**

**Fecha límite para radicar una réplica.** Su réplica se considerará radicada dentro de los plazos establecidos **solo si** la radica ante el Tribunal **y** la notifica antes de las **16:00 (AST)** del **17 de enero de 2022**, salvo extensión por escrito por parte de la AEE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite.

> **La fecha límite para radicar y notificar una réplica se cumple a las 16:00 (AST) del 17 de enero de 2022**.

**Vista sobre la Objeción Global**. Si se radica y notifica una réplica de manera adecuada conforme a la presente notificación, se celebrará una vista sobre la Objeción Global y la réplica a las **09:30 (AST) del 2 de febrero de 2022** ante su señoría, Laura Taylor Swain, en el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, 150 Carlos Chardón Street, Federal Building, San Juan, Puerto Rico 00918-1767. Si radica una réplica a la Objeción Global, deberá planear comparecer en la vista sobre la Objeción Global. Sin embargo, la AEE se reserva el derecho, previa notificación con tres (3) días hábiles de antelación, a paralizar la vista en relación con la Objeción Global y la réplica.

La AEE podrá radicar una contestación a su réplica o contestación en un alegato oral durante la vista. La AEE podrá radicar su contestación en un plazo máximo de siete (7) días naturales antes de la celebración de la vista sobre la Objeción Global y la réplica.

> **EL TRIBUNAL SOLO TENDRÁ EN CONSIDERACIÓN SU RÉPLICA SI ESTA SE RADICA Y NOTIFICA ANTES DE LA FECHA LÍMITE PARA RESPONDER DE CONFORMIDAD CON LAS INSTRUCCIONES ESTABLECIDAS EN LA PRESENTE NOTIFICACIÓN.**

**Lo que hay que radicar con la réplica**. Su réplica a la Objeción Global deberá contener la siguiente información:

3

(i) **Datos de contacto**. La réplica deberá contener el **nombre**, la **dirección**, el **número de teléfono** y la **dirección de correo electrónico** 1) del reclamante que responda; 2) del abogado o representante designado del reclamante al que los abogados de la AEE deban notificar una contestación a la réplica, en su caso; o 3) de la parte con potestad para reconciliar, llegar a un acuerdo o de otro modo resolver la Objeción Global en nombre del reclamante.

(ii) **Epígrafe**. La réplica deberá contener un epígrafe que refleje el nombre del Tribunal, los nombres de los Deudores, el número de procedimiento, el Título de la Objeción Global con la que guarde relación la réplica, y el/los número(s) de las evidencias de reclamaciones relacionad(os) de Prime Clerk (que se mencionan en el Anexo A de la Objeción Global y están disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico).

(iii) **Motivo(s) para oponerse a la Objeción Global**. La réplica deberá contener una declaración concisa que establezca los motivos por los que el Tribunal no deba conceder la Objeción Global en relación con su reclamación, incluidas las bases de hecho y de derecho que el reclamante vaya a invocar al oponerse a la Objeción Global.

(iv) **Documentación justificativa**. En la medida en que ya no esté incluida en la evidencia de reclamación, la réplica deberá contener una copia de cualquier otra documentación u otras evidencias relativas a la reclamación que el reclamante vaya a invocar al oponerse a la Objeción Global; con la salvedad de que el reclamante no tendrá que revelar en la réplica información confidencial, reservada o protegida de cualquier otra forma; y también con la salvedad de que el reclamante revelará a la AEE toda la información y proporcionará copias de la totalidad de los documentos que considere que son confidenciales, reservados o protegidos de cualquier otra forma y que tenga la intención de invocar en apoyo de su reclamación, con sujeción a las restricciones de confidencialidad pertinentes.

(v) **Firma**. Usted deberá firmar su réplica. Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación.

**Opción para responder utilizando un formulario de réplica en el caso de las objeciones basadas en reclamaciones deficientes.** Si su reclamación guarda relación con el empleo en la actualidad o en el pasado en el Gobierno del Estado Libre Asociado de Puerto Rico, o si su reclamación guarda relación con una acción judicial pendiente de resolución o finalizada, podrá cumplimentar el formulario de réplica adjunto como Anexo E de la Cuadringentésima décima segunda objeción global y radicarlo como se describe abajo. Rogamos cumplimente el formulario en su totalidad y lo firme en el lugar que se indica. Si no lo hace, el secretario no aceptará el formulario a efectos de su radicación.

**No radique este formulario si su reclamación no surge de empleo actual o anterior en el Gobierno de Puerto Rico o si su reclamación no guarda relación con una acción judicial pendiente de resolución o finalizada.**

4

**NOTIFICACIÓN IMPORTANTE SOBRE INFORMACIÓN SENSIBLE CONTENIDA EN LAS RÉPLICAS.**

Todos los materiales sometidos al Tribunal en respuesta a la Objeción Global podrán radicarse públicamente y quedar accesibles para la población en general. En consecuencia, la réplica **no debe incluir** documentos ni información sensibles; por ejemplo, copias de licencias de conducir, pasaportes, partidas de nacimiento, tarjetas del Seguro Social, información médica sensible o información comercial confidencial. La información sensible sometida al Tribunal en respuesta a la Objeción Global debe cumplir con las siguientes directrices:

- Los números del Seguro Social y los números de identificación contributiva deben ocultarse (esto es, tacharse), salvo los últimos cuatro dígitos.

- Las fechas de nacimiento deben ocultarse, salvo el año de nacimiento de la persona.

- El nombre de cualquier persona que se sepa que es menor de edad debe ocultarse, salvo las letras iniciales de la persona.

- Los números de cuentas financieras deben ocultarse, salvo los últimos cuatro dígitos.

Dicha información sensible o confidencial que los reclamantes invoquen en apoyo de su reclamación debe proporcionarse directamente al abogado de la AEE, y se mantendrá en confidencialidad. Usted podrá proporcionar esta información enviándola por correo a la siguiente dirección:

> Abogados de la Junta de Supervisión (*Counsel for the Oversight Board*)
> Proskauer Rose LLP
> Eleven Times Square
> Nueva York, Nueva York 10036-8299
> A la atención de: Martin J. Bienenstock
> Ehud Barak
> Paul V. Possinger

**Dónde y cómo radicar y notificar una réplica**. Todas las réplicas deberán radicarse de forma electrónica ante el Tribunal con el nombre de expediente *In re: Estado Libre Asociado de Puerto Rico*, Caso núm. 17 BK 3283-LTS. Hay dos métodos que puede utilizar para radicar su réplica:

1. **En línea**. Los usuarios inscritos en el sistema de radicación de casos del Tribunal deberán radicar su réplica de forma electrónica en un formato pdf susceptible de búsqueda.

2. **Por correo postal**. Si usted no es un abogado que sea usuario inscrito en el sistema de radicación de casos del Tribunal, podrá radicar y notificar una réplica por correo postal dirigida a la Secretaría del Tribunal, a la Junta de Supervisión y al Comité de Acreedores a las siguientes direcciones:

      Secretaría (*Clerk's Office*)
      Tribunal de Distrito de los Estados Unidos (*United States District Court*)
      Sala 150 Edificio Federal (*Federal Building*)
      San Juan (Puerto Rico) 00918-1767

      Abogados de la Junta de Supervisión (*Counsel for the Oversight Board*)
      Proskauer Rose LLP
      Eleven Times Square
      Nueva York, Nueva York 10036-8299
      A la atención de: Martin J. Bienenstock
      Ehud Barak
      Paul V. Possinger

      Abogados del Comité de Acreedores (*Counsel for the Creditors' Committee*)
      Paul Hastings LLP
      200 Park Avenue
      Nueva York, Nueva York 10166
      A la atención de: Luc A. Despins
      James Bliss
      James Worthington
      G. Alexander Bongartz

SU RÉPLICA deberá enviarse por correo para ser recibida por la Secretaría, la Junta de Supervisión y el Comité de Acreedores a más tardar a las **16:00 (AST)** del **17 de enero de 2022**, salvo extensión por escrito por parte de la AEE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite. <u>Su réplica debe estar firmada</u>. <u>Si no lo hace, el secretario no aceptará la réplica a efectos de su radicación</u>.

Si no puede radicar y notificar una réplica en línea o por correo postal, según se especificó anteriormente, podrá radicar una réplica en persona en la siguiente dirección a más tardar a las **16:00 (AST)** del **17 de enero de 2022**, salvo extensión por escrito por parte de la AEE o previa solicitud por escrito dirigida al Tribunal y una orden del Tribunal que extienda la fecha límite:

      Secretaría (*Clerk's Office*)
      Tribunal de Distrito de los Estados Unidos (*United States District Court*)
      #150 Avenida Chardón
      Edificio Federal (*Federal Building*)
      San Juan (Puerto Rico) 00918

Su réplica deberá incluir un certificado de notificación que indique la forma en la que se ha efectuado la notificación.

Si tiene alguna pregunta sobre cómo radicar y notificar una réplica, incluidas preguntas sobre el sistema de radicación de casos del Tribunal, comuníquese con **Prime Clerk** llamando al **número directo (844) 822-9231**.

**Reserva de derechos**. NINGUNA DISPOSICIÓN CONTENIDA EN LA OBJECIÓN GLOBAL O EN LA PRESENTE NOTIFICACIÓN CONSTITUYE NI SE CONSIDERARÁ QUE CONSTITUYA UNA RENUNCIA A CUALESQUIERA DERECHOS DEL ELA, COFINA, LA ACT, EL SRE, LA AEP, LA AEE O DE CUALQUIER OTRA PARTE INTERESADA EN RELACIÓN CON LOS CASOS DE TÍTULO III, A IMPUGNAR CUALESQUIERA RECLAMACIONES; A HACER VALER CONTRARRECLAMACIONES, DERECHOS A COMPENSACIÓN O RECUPERACIÓN, O CONTESTACIONES; A OBJETAR A LAS RECLAMACIONES (O A OTRAS RECLAMACIONES O CAUSAS RADICADAS DE UN RECLAMANTE) O A CUALQUIER OTRO MOTIVO QUE NO SE HAYA ALEGADO PREVIAMENTE EN UNA OBJECIÓN, SALVO QUE EL TRIBUNAL HAYA CONCEDIDO UNA RECLAMACIÓN O HAYA ORDENADO OTRA COSA; O A SOLICITAR QUE SE CONCEDA CUALQUIER RECLAMACIÓN EN EL FUTURO. A SU DEBIDO TIEMPO, LAS PARTES AFECTADAS RECIBIRÁN LA NOTIFICACIÓN PERTINENTE DE TODO ELLO.

---

**Recursos adicionales y con quién comunicarse en el caso de que tenga que formular preguntas**

Todos los documentos radicados en el marco de los Casos de Título III, incluidas copias de las reclamaciones radicadas utilizando CM/ECF, se encuentran disponibles en línea, de manera gratuita, en https://cases.primeclerk.com/puertorico. El mantenimiento de dicho sitio web lo realiza Prime Clerk; el sitio web incluye una base de datos que permite efectuar búsquedas y que ayuda a localizar documentos.

Para obtener información adicional sobre la Objeción Global, el estado de su réplica, su reclamación o la presente notificación, comuníquese con Prime Clerk llamando a su número directo **(844) 822-9231** (número gratuito para Estados Unidos y Puerto Rico) o al **(646) 486-7944** (para llamadas desde el extranjero), disponibles entre las 10:00 y las 19:00 (AST) (hablamos español). También podrá enviar consultas a la siguiente dirección de correo electrónico: puertoricoinfo@primeclerk.com.

7