# EXHIBIT 7

  

# Supplemental Certificate of New Law Pursuant to 48 U.S.C. §2144(2)(B)

**Legislative Measure Number:**

- On August 19, 2020, the Government submitted a Section 204 Certification ("Certification") for Act 81 of 2020 ("Act 81"). As expressly stated in such Certification, the Government hereby supplements and updates the same, as well as the actuarial report.
- As previously discussed in the submitted Certification, Act 81 establishes an act to provide a "dignified retirement" for police officers, firefighters, custody officers and emergency technicians (collectively, "public safety employees"). In general, Act 81 amends the retirement benefits of certain public safety employees either under Act 447-1951 or Act 1-1990. The Act provides the following guaranteed pension (representing a percentage of their last salary) for those covered employees:

    - Employees covered by Act 447-1951
        - 55 years old= 50% of salary
        - 58 years old= 55% of salary

    - Employees covered by Act 1-1990
        - 55 years old= 45% of salary
        - 58 years old= 50% of salary

    - Permanent employer contribution of $100 for health insurance.

- The Retirement System Administration commissioned an updated actuarial report to Integrum LLC ("updated Integrum report") in order to assess the impact of Act 81 as enacted. See attached. According to the updated Integrum report, the implementation of said legislation could be satisfied by limiting the hiring of new recruits to fill the vacant posts or by hiring at lower rates. Thus, achieving budget neutrality. See attached. The updated breakdown is as follows:

    - Employees covered by Act 447-1951
        - Limiting hiring of new recruits for about $124 million over a period of 30 years.
    - Employees covered by Act 1-1990
        - Limiting hiring of new recruits for about $728 million over a period of 40 years.

1

  

**Estimate of Impact of the Legislative Measure on Expenditures and Revenues for the fiscal years covered by the Fiscal Plan:**

- Act 81 will be implemented in a budgetary neutral form, as recommended by the updated Integrum report. Specifically, the corresponding agencies will implement Act 81 by limiting the hiring of new recruits or by hiring at lower rates and, therefore, limiting new payroll expenditures for about $852 million during a period of 30-40 years.
- The Government of Puerto Rico will implement the legislation using budgeted resources for the pertinent fiscal years covered by the Fiscal Plan. In the event that a reprogramming of budgeted resources is needed, the appropriate agency will submit to the Financial Oversight and Management Board for Puerto Rico a formal request in accordance with the provisions of PROMESA.
- Act 81 has no impact on revenues.

**Determination of the Legislative Measure's Compliance with the Fiscal Plan:**

- Act 81 is not significantly inconsistent with the 2020 Fiscal Plan for Puerto Rico.