# EXHIBIT 32

# GOVERNMENT OF PUERTO RICO
## Puerto Rico Fiscal Agency and Financial Advisory Authority

**BY ELECTRONIC MAIL**

November 20, 2020

**Natalie Jaresko**
Executive Director
Financial Oversight and Management Board for Puerto Rico

*Re:   Acts 80-2020, 81-2020, and 82-2020 (collectively the "Retirement Acts")*

Dear Ms. Jaresko:

As you know, the Retirement Acts pursue social justice policies targeted at vulnerable and important components of the public employees sector. To date, the Government of Puerto Rico (the "Government") has responded to multiple Oversight Board requests for information and has provided thousands of documents to support the Government's conclusion that these acts represent billions of dollars in savings. As you know, the Government has even provided actuarial studies to the Oversight Board, which explain the savings provided for in the Retirement Acts. It is important to note these acts do not represent pension benefit increases, since the benefits will be paid out of the payroll line item budget of the different agencies, corporations and municipalities.

In light of the most recent actions and public comments by the Oversight Board, which threaten public employees that make use of the benefits of the Retirements Acts, we hereby confirm the Government of Puerto Rico (the "Government") will continue to identify the interested employees that wish to make use of the benefits of the Retirement Acts, as described in my previous correspondence regarding this matter. However, to ensure public employee's rights, and to provide certainty to the ongoing processes in the debt negotiation front, the Government will not implement the Retirement Acts until an agreement is reached with the Oversight Board concerning these important public policy acts.

As always, the Government of Puerto Rico is committed to collaborating with the Oversight Board to reach consensus on these matters for the benefit of the people of Puerto Rico.

Respectfully,

Omar J. Marrero Díaz
Executive Director

PO Box 42001 • San Juan, PR 00940-2001 • Telephone (787) 722-2525

