# EXHIBIT 33

# FINANCIAL OVERSIGHT & MANAGEMENT BOARD
# FOR PUERTO RICO



**Members**
Ana J. Matosantos
Andrew G. Biggs
Justin Peterson

David A. Skeel, Jr.
Chair

Natalie A. Jaresko
Executive Director

**BY ELECTRONIC MAIL**

November 23, 2020

Omar J. Marrero Díaz
Executive Director
Puerto Rico Fiscal Agency and
Financial Advisory Authority

Dear Mr. Marrero Díaz:

In respect of your letters dated November 18, 2020, and November 20, 2020, concerning Acts 80-2020, 81-2020, and 82-2020 (the "Acts"), I am writing to confirm the agreement we reached during the Oversight Board's public meeting on November 20, 2020: the Government will not implement the Acts until an agreement is reached with the Oversight Board concerning the Acts. Based on your November 20, 2020 letter and that agreement, the Oversight Board decided not to consider a resolution at the meeting authorizing the commencement of litigation against the Government concerning the Acts together with appropriate injunctive relief.

With respect to your letter dated November 18, 2020, the Oversight Board grants the Government's request that it have until November 25, 2020, to provide an update and appropriate time frame to collect the information requested by the Oversight Board in its November 9 letter.

We look forward to continuing to work together for the benefit of the people of Puerto Rico.

Sincerely,

Natalie A. Jaresko

CC: Hon. Wanda Vázquez Garced

**APPENDIX A**

(Page A-1)

(IF NEEDED)