# EXHIBIT 36

**GOVERNMENT OF PUERTO RICO**

Puerto Rico Fiscal Agency and Financial Advisory Authority

**BY ELECTRONIC MAIL**

January 15, 2021

**Natalie Jaresko**
Executive Director
Financial Oversight and Management Board for Puerto Rico

*Re: Acts 81-2020 and 82-2020*

Dear Ms. Jaresko:

As you know, in our letter dated November 20, 2020 ("November 20 Letter"), the Government of Puerto Rico ("Government") agreed to not implement the Retirement Acts[1] until an agreement is reached with the Oversight Board concerning these important public policy acts. See **Exhibit 1**. Per your request, we hereby confirm that—as we communicated in the November 20 Letter—the Government will not implement Acts 81-2020 and Acts 82-2020 until it reaches an agreement with the Oversight Board.

As always, the Government is committed to collaborating with the Oversight Board to reach consensus on these matters.

Respectfully,

Omar J. Marrero Díaz
Executive Director

---

[1] Defined therein as Acts 80-2020, 81-2020 and 82-2020.

PO Box 42001 • San Juan, PR 00940-2001 • Telephone (787) 722-2525

