# EXHIBIT 37

| | |
|---|---|
| **Subject:** | Act 80-2020 Implementation Data |
| **Attachments:** | Law 80 Data Analysis and Presentation.pdf; Consolidated Universal Report.xlsx; Universal Report Essentials - ERS.XLSX |

**From:** Fomb Reports (AAFAF) <fombreports@aafaf.pr.gov>
**Sent:** Tuesday, April 6, 2021 5:22 PM
**To:** Natalie Jaresko <natalie.jaresko@promesa.gov>; jaime.elkoury@promesa.gov; German Ojeda <german.ojeda@promesa.gov>
**Cc:** Juan C. Blanco Urrutia <juan.blanco@ogp.pr.gov>; lcollazo <lcollazo@retiro.pr.gov>; Yamin Rivera, Carlos M. (AAFAF) <Carlos.M.Yamin@aafaf.pr.gov>; Bayne Hernández, Julian M. (GDB) <Julian.Bayne@bgf.pr.gov>; Saavedra Gutiérrez, Carlos J. (AAFAF) <Carlos.Saavedra@aafaf.pr.gov>
**Subject:** Act 80-2020 Implementation Data

Greetings,

Attached please find information concerning Act 80-2020's implementation.

Regards,



CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Puerto Rico Fiscal Agency and Financial Advisory Authority, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Financial Oversight and Management Board for Puerto Rico, its subsidiaries and/or affiliates, which is confidential and/or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail or telephone that this message has been inadvertently transmitted to you and delete this e-mail from your system. If you have received this transmission in error, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful.