# **EXHIBIT 38**

# REPORTE DE IMPACTO FISCAL Y AHORROS LEY 80

*RESUMEN DEL UNIVERSO (GOBIERNO CENTRAL, MUNICIPIOS Y CORPORACIONES)*

| TIPO DE AGENCIA | TIPO DE LEY | CANTIDAD DE SOLICITUDES | EMPLEADO ESENCIAL | EMPLEADO NO ESENCIAL | AHORRO NETO ANUAL PROYECTADO |
|---|---|---|---|---|---|
| TODAS | Ley 447  3,643<br>Ley 1 6,910 | 10,553 | 6,564 | 3,989 | $ 268,800,422.82 |

| TIPO DE AGENCIA | TIPO DE LEY | CANTIDAD DE SOLICITUDES | EMPLEADO ESENCIAL | EMPLEADO NO ESENCIAL | AHORRO NETO ANUAL PROYECTADO |
|---|---|---|---|---|---|
| CORPORACIONES | Ley 447  912<br>Ley 1 2,893 | 3,805 | 2,193 | 1,612 | $ 142,240,687.23 |

| TIPO DE AGENCIA | TIPO DE LEY | CANTIDAD DE SOLICITUDES | EMPLEADO ESENCIAL | EMPLEADO NO ESENCIAL | AHORRO NETO ANUAL PROYECTADO |
|---|---|---|---|---|---|
| GOBIERNO CENTRAL | Ley 447  1,887<br>Ley 1 906 | 2,793 | 2,043 | 750 | $ 62,881,298.63 |

| TIPO DE AGENCIA | TIPO DE LEY | CANTIDAD DE SOLICITUDES | EMPLEADO ESENCIAL | EMPLEADO NO ESENCIAL | AHORRO NETO ANUAL PROYECTADO |
|---|---|---|---|---|---|
| MUNICIPIOS | Ley 447  844<br>Ley 1 3,111 | 3,955 | 2,328 | 1,627 | $ 63,678,436.96 |