# EXHIBIT 43



# FINANCIAL OVERSIGHT & MANAGEMENT BOARD
# FOR PUERTO RICO

David A. Skeel, Jr.
Chair

Members
Andrew G. Biggs
Arthur J. González
Antonio L. Medina
John E. Nixon
Justin M. Peterson
Betty A. Rosa

Natalie A. Jaresko
Executive Director

**BY ELECTRONIC MAIL**

December 17, 2021

Honorable Pedro Pierluisi Urrutia
Governor
Commonwealth of Puerto Rico

Honorable Omar J. Marrero Díaz
Executive Director
Fiscal Agency and Financial Advisory Authority

Dear Governor Pierluisi and Hon. Marrero Díaz:

The Oversight Board is gravely concerned by the Governor's signing into law Joint Resolution 33 of 2021, which purports to require the partial implementation of Act 80 within 30 business days. As you know, AAFAF and then-Governor Vázquez Garced agreed in November 2020 that Act 80 (as well as Acts 81 and 82) would not be implemented until the Oversight Board agreed.

Given that Joint Resolution 33 provides for the immediate implementation of Act 80, and given that the Title III Court is currently considering whether Acts 80-82 are preempted, please let us know immediately whether you will agree to:

1. Suspend any implementation of Joint Resolution 33 and Acts 80-82 until the validity of these laws is adjudicated in the Title III Court; and
2. Publicly announce such suspension to avoid any confusion on the part of the currently affected public employees.

Because time is of the essence, we require your written response by 1:00 PM AST on Sunday December 19, 2021.

We look forward to continuing to work together for the benefit of the people of Puerto Rico.

Sincerely,

*David Skeel*

David A. Skeel, Jr.