### UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO
RICO,

      as representative of

THE COMMONWEALTH OF PUERTO
RICO, *et al.*,

      Debtors.*

PROMESA
Title III
No. 17 BK 3283-LTS
(Jointly Administered)

## NOTICE OF PARTIAL ASSIGNMENT OF CLAIM

TO THE HONORABLE COURT:

On December 21, 2021, Assured Guaranty Municipal Corp. ("Assured" or "Seller")

sold, transferred and assigned unto U.S. Bank National Association and its successors and assigns

(i) all of Seller's rights, title and interest in and to the claims (the "Claims") in the Title III

Proceedings arising out of its interests in the bonds issued on October 7, 2004 by the

Commonwealth of Puerto Rico (the "Commonwealth" or "Debtor"), identified by CUSIP

---

* The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

74514LCU9 and referred to as Commonwealth of Puerto Rico Public Improvement Bonds of 2005,

Series A, excluding Seller's right to vote with respect to the Claims on the *Seventh Amended Title

III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (ECF

No. 17627, as the same may be amended or modified) and Seller's right to receive certain

"Consummation Costs" as defined in the *Modified Eighth Amended Title III Joint Plan of

Adjustment of the Commonwealth of Puerto Rico, et al.*, dated November 28, 2021 (ECF No.

19365, as the same may be amended or modified), including as such Claims are evidenced in proof

of claim number 27427, filed on May 25, 2018 in the above-captioned matter.  *See* Evidence of

Partial Transfer of Claim, Exhibit 1; Proof of Claim No. 27427, Exhibit 2.

WHEREFORE, pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy

Procedure, Seller hereby requests the Honorable Court to take notice of Assured's assignment of

such Claims, including as evidenced by proof of claim number 27427, as set forth in the document

titled Evidence of Partial Transfer of Claim (Exhibit 1 hereto).

**RESPECTFULLY SUBMITTED.**

In New York, NY, this 21st day of December, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all counsel of record, and will provide hard copies to the Court and United States

Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Order

Further Amending Case Management Procedures*.  *See* ECF No. 17127.

Dated:  December 21, 2021
       New York, New York


**CASELLAS ALCOVER & BURGOS P.S.C.**


By: /s/ Heriberto Burgos Perez
    Heriberto Burgos Pérez
    USDC-PR No. 204,809
    Ricardo F. Casellas-Sánchez
    USDC-PR No. 203,114
    Diana Pérez-Seda
    USDC–PR No. 232,014
    P.O. Box 364924
    San Juan, PR 00936-4924
    Tel.: (787) 756-1400
    Fax: (787) 756-1401
    E-mail:  hburgos@cabprlaw.com
            rcasellas@cabprlaw.com
            dperez@cabprlaw.com


*Counsel for Assured Guaranty Municipal Corp.*


**CADWALADER, WICKERSHAM &
TAFT LLP**


By: /s/   Casey J. Servais
    Howard R. Hawkins, Jr.*
    Mark C. Ellenberg*
    William J. Natbony*
    Thomas J. Curtin*
    Casey J. Servais*
    200 Liberty Street
    New York, New York 10281
    Tel.: (212) 504-6000
    Fax: (212) 406-6666
    Email:  howard.hawkins@cwt.com
           mark.ellenberg@cwt.com
           bill.natbony@cwt.com
           thomas.curtin@cwt.com
           casey.servais@cwt.com

* Admitted pro hac vice

*Counsel for Assured Guaranty Municipal
Corp.*