## Exhibit 1

**Evidence of Partial Transfer of Claim**

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States District Court for the District of Puerto Rico (the "Court")
Attn: Clerk

AND TO: The Commonwealth of Puerto Rico (the "Debtor")
Case No. 17-3283 (LTS) (Jointly Administered) (the "Case")

Proof of Claim Numbers 57622 and 33081

Assured Guaranty Corp. ("Seller") for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that, pursuant to that certain "Assignment of Bondholder Rights and Related Claims" agreement dated December 21, 2021 (the "Assignment Agreement"), it has unconditionally and irrevocably sold, transferred and assigned unto:

U.S. Bank National Association
100 Wall Street, 6th floor
New York, New York 10005
Attention: Elizabeth DiMarco
Email: Elizabeth.Dimarco@usbank.com
Tel: 212.951.8578

and its successors and assigns ("Buyer"), Seller's right, title and interest in the claims (the "Claims") in the Case arising out of its interests in the bonds issued on October 7, 2004 by the Debtor, identified by CUSIP 74514LCY1 and referred to as Commonwealth of Puerto Rico Public Improvement Bonds of 2005, Series A, excluding Seller's right to vote with respect to the Claims on the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (ECF No. 17627, as the same may be amended or modified) and Seller's right to receive certain Consummation Costs (as defined in the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated November 28, 2021 (ECF No. 19365 on the docket of the Commonwealth's Title III Proceeding, as the same may be amended or modified), including as such Claims are evidenced in proof of claim numbers 57622 and 33081 filed on May 25, 2018 in the above-captioned matter, in the aggregate principal amount of $12,000,000 (as further specified in the Assignment Agreement, the "Assigned Claim") against Debtor in the Case in the Court, or any other court with jurisdiction over the PROMESA proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 21, 2021.

ASSURED GUARANTY CORP.

By: *[signature: Jorge Gana]*
    Name: Jorge A. Gana
    Title: Senior Managing Director