UNITED STATES DISTRICT
COURT DISTRICT OF
PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>     as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>     Debtors.* | PROMESA<br>Title III<br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## NOTICE OF PARTIAL ASSIGNMENT OF CLAIM

TO THE HONORABLE COURT:

On December 21, 2021, Assured Guaranty Corp. ("Assured" or "Seller") sold, transferred and assigned unto U.S. Bank National Association and its successors and assigns (i) all of Seller's rights, title and interest in and to the claims (the "Claims") in the Title III Proceedings arising out of its interests in the bonds issued on May 7, 2008 by the Commonwealth of Puerto Rico (the "Commonwealth" or "Debtor"), identified by CUSIP 74514LTM9 and referred to as

---

* The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's Federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 04780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Commonwealth of Puerto Rico Public Improvement Refunding Bonds, Series 2008 A, excluding Seller's right to vote with respect to the Claims on the *Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated July 30, 2021 (ECF No. 17627, as the same may be amended or modified) and Seller's right to receive certain "Consummation Costs" as defined in the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.*, dated November 28, 2021 (ECF No. 19365, as the same may be amended or modified), including as such Claims are evidenced in proof of claim numbers 57622 and 33081 filed on May 25, 2018 in the above-captioned matter. *See* Evidence of Partial Transfer of Claim, Exhibit 1; Proof of Claim Nos. 57622 and 33081, Exhibit 2.[1]

WHEREFORE, pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, Seller hereby requests the Honorable Court to take notice of Assured's assignment of such Claims, including as evidenced by proof of claim numbers 57622 and 33081, as set forth in the document titled Evidence of Partial Transfer of Claim (Exhibit 1 hereto).

**RESPECTFULLY SUBMITTED.**

In New York, NY, this 21st day of December, 2021.

**WE HEREBY CERTIFY** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, and will provide hard copies to the Court and United States Trustee as soon as practical after the filing of the foregoing, consistent with the Court's *Order Further Amending Case Management Procedures*. *See* ECF No. 17127.

---

[1] Please note that proofs of claim 57622 and 33081 filed in the Commonwealth Title III Proceeding are identical and therefore only one copy of such proofs of claim has been included in Exhibit 2 hereto.

-3-

Dated: December 21, 2021
New York, New York

| | |
|---|---|
| **CASELLAS ALCOVER & BURGOS P.S.C.** | **CADWALADER, WICKERSHAM & TAFT LLP** |
| By: /s/ Heriberto Burgos Perez<br>　　Heriberto Burgos Pérez<br>　　USDC-PR No. 204,809<br>　　Ricardo F. Casellas-Sánchez<br>　　USDC-PR No. 203,114<br>　　Diana Pérez-Seda<br>　　USDC–PR No. 232,014<br>　　P.O. Box 364924<br>　　San Juan, PR 00936-4924<br>　　Tel.: (787) 756-1400<br>　　Fax: (787) 756-1401<br>　　E-mail: hburgos@cabprlaw.com<br>　　　　　　rcasellas@cabprlaw.com<br>　　　　　　dperez@cabprlaw.com<br><br>*Counsel for Assured Guaranty Corp.* | By: /s/ Casey J. Servais<br>　　Howard R. Hawkins, Jr.*<br>　　Mark C. Ellenberg*<br>　　William J. Natbony*<br>　　Thomas J. Curtin*<br>　　Casey J. Servais*<br>　　200 Liberty Street<br>　　New York, New York 10281<br>　　Tel.: (212) 504-6000<br>　　Fax: (212) 406-6666<br>　　Email: howard.hawkins@cwt.com<br>　　　　　　mark.ellenberg@cwt.com<br>　　　　　　bill.natbony@cwt.com<br>　　　　　　thomas.curtin@cwt.com<br>　　　　　　casey.servais@cwt.com<br><br>* Admitted pro hac vice<br><br>*Counsel for Assured Guaranty Corp.* |