# EXHIBIT A

**Schedule of Eighteenth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| Orlando Vega Lopez, Wanda Velazquez, Omar Vega, Orlando Vega, Kathleen Vega | 28667 | f | Litigation Claim | KDP2010-0586 | Initial Transfer |
| Caramá Construction Corp. | 56340 | e | Litigation Claim | KAC2008-0556 | Initial Transfer |
| Julio Rancel López | 166279 | c | Litigation Claim | GDP2013-0152 | Initial Transfer |
| Hipolito González Agosto | 78462 | e | Litigation Claim | SJ2017CV02679 | Initial Transfer |
| José Antonio Ortiz Morales | 8261 | d | Litigation Claim | KDP2016-0871 | Initial Transfer |
| Juanita Santiago Reyes on behalf of C.R.S a minor child | 9753 | d | Litigation Claim | 16-cv-3197 | Initial Transfer |
| Juanita Santiago Reyes on behalf of the Estate of Carlos Rodriguez-Bonilla | 9803 | e | Litigation Claim | 16-cv-3197 | Initial Transfer |

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.

| **Claim Amount Key** |
| --- |
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |