Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Miguel A. Cruz Acevedo_

Participant's Address: _PO BOX 1695 Victoria Station Aguadilla_
_P.R. 00605_

Participant's Email Address: _maribelcruz@live.com_

Name of Counsel: _N/A_

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _17 BK 3283 - LTS_

Nature of Claim: _The employees Retirement System_

By: _miguel a cruz_
Signature

_Miguel A. Cruz Acevedo_
Print Name

_____
Title (if Participant is not an individual)

_11/Noviembre/2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



Miguel A. Cruz Acevedo
PO Box 1695, Victoria Sta.
Aguadilla, P.R. 00605

RECEIVED & FILED
2021 DEC 17 PM 2:17
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

U.S. District Court
Clerk's Office
150 Ave. Chardon
Ste. 150
San Juan, P.R. 00918-1767

GO FOR BROKE
JAPANESE AMERICAN
SOLDIERS OF WWII
FOREVER USA

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Calos Rivera Fajardo_

Participant's Address: _HC 5 Box 46390 Vega Baja PR 00693_

Participant's Email Address: _crfajardo2610@gmail.com_

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: _57469_

Nature of Claim: _____

By: _Carlos R_____

Signature

_Carlos Rivera Fajardo_

Print Name

_____

Title (if Participant is not an individual)

_9/20/2021_

Date

RECEIVED & FILED
CLERK'S OFFICE
DEC 20 2021
US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Carlos Rivera
14 S Post 4e390
Vega Baja PR 01693

RECEIVED & FILED
CLERK'S OFFICE

DEC 20 2021

US DISTRICT COURT
SAN JUAN, PR

United State District Court Clerk
Office 150 Ale
Carlos Chardon 150 Ste
San Juan PR 00918 - 1767

27 SEP 2021  PM 4 L

MEMPHIS TN 380

FOREVER / USA

SRF 55923

Participant must provide all of the information below **in English**:

1.  Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: *Carmen Irizarry Valentin*

Participant's Address: *Jardines de Dorado B-1 Calle Jazmin*
*Dorado, P.R. 00646*

Participant's Email Address: *cavirival@gmail.com*

Name of Counsel: N/A

Address of Counsel: N/A

Email Address of Counsel: N/A

2.  Participant's Claim number and the nature of Participant's Claim:

Claim Number: *162412*

Nature of Claim: *Salario no pagado bajo diversas leyes*

By: *Carmen Irizarry Valentin*
Signature

*Carmen Irizarry Valentin*
Print Name


Title (if Participant is not an individual)

*diciembre 19, 2021*
Date

RECEIVED & FILED
CLERK'S OFFICE
DEC 20 2021
US DISTRICT COURT
SAN JUAN, PR

**Instructions for Filing Notice of Participation**:  If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline.  If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at:  United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Sra. Carme Irizarry Valent
Jardines de Dorado
B-1 Calle Jazmines
Dorado, P.R. 00646




U.S. POSTAGE PAID
FCM LG ENV
DORADO, PR
00646
DEC 16, 21
AMOUNT
**$1.56**
1000    00918    R2307M152654-10

RECEIVED & FILED
CLERK'S OFFICE
DEC 20 2021
US DISTRICT COURT
SAN JUAN, PR

Courts Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan, P.R. 00918-1767