Exhibit A

FORMULARIO DE RESPUESTA DEL RECLAMANTE

Claim No. 162412    Creditor Name: Irizarry Valentin, Carmen

| (1) Nombre Completo | Carmen Irizarry Valentin |
|---|---|
| (2) Número de teléfono | 310-920-6066 |
| (3) Número de empleado | Redacted |
| (4) Agencia para la cual trabaja(ó) y fecha. Si usted fue empleado en más de una agencia, por favor identifique la agencia o agencias relacionadas a su reclamación y las fechas en que estuvo empleado por cada agencia. | Departamento de Educación enero, 1971 - junio 2001<br>Sistema Retiro Maestros junio 2001 - diciembre 2021 |
| (5) Correo electrónico | caririval@gmail.com |
| (6) Número de seguro social (últimos cuatro dígitos) | 7186 |
| (7) Número de caso administrative o judicial, si aplica. | Incluya número de caso administrativo y/o judicial, si alguno, que haya radicado y que esté directamente relacionado a los beneficios reclamados en la Evidencia de Reclamación (Proof of Claim)<br>162412 |
| (8) Describa en detalle la naturaleza de su reclamación y los fundamentos por los cuales usted cree que tiene derecho al beneficio reclamado. **Incluya páginas adicionales si es necesario.** | Ley 89 de 1984 - Bonuaso<br>Desde 1984 hasta 2001 - 17 años<br>Cantidad Reclamada $20,400.00<br><br>Ley Costo de Vida Retiro para Maestros<br>Desde 2001 hasta 2021 - 20 años<br>Cantidad Reclamada $5,500.00 |

*** Attach any supporting documentation you may have related to your claim. ***



17032830019098

Exhibit A
Employee Response Letter

**Claim No. 162412**  **Creditor Name:** Irizarry Valentin , Carmen

| | |
|---|---|
| (1) Full Name | |
| (2) Telephone Number | |
| (3) Employee Number | |
| (4) Agency and Dates of Service (if you have been employed by more than one agency, or agencies related to your claim, include dates of employment at each agency). | |
| (5) Personal Email Address | |
| (6) Social Security Number (last four digits). | |
| (7) Case File Number, if applicable | (This includes any administrative and/or judicial complaint you filed in connection with the employee status/benefits requested in your Claim, **other than the Title III case.**) |
| (8) Describe in detail the nature and basis of your Claim. **Please add additional pages**, **if needed**. Include the nature of the claim and detail the reasons why you believe you are entitled to such benefit/stipend/wage increase/incentive | |

*** Attach any supporting documentation you may have related to your claim. ***



Eighth Administrative Reconciliation Status Notice

| Claim Number | Type of Claim (Pension/Retiree, Tax Refund, Public Employee, Grievance) | Date Transferred into ACR | Responsible Agency | Claim Review Started? (Y/N) | Explanation for Delay in Review (Over 60 Days) | Complete Administrative File? (Y/N) | Initial Determination Complete? (Y/N) | Explanation for Initial Determination Extension (Beyond 90 Days) | Claimant Appeal from Initial Determination? (Y/N) | Status of Appeal | ACR Claim Resolved? (Y/N) | Date of Resolution | Payment Date, if applicable (within 120 days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162412 | Public Employee | 7/13/2021 | Department of Education | Y | N/A | N | N | Information Request letter sent to claimant; awaiting response | N | N/A | N | TBD | TBD |

27 enero 2021, 12H - Adrian, correo electrónico

Adjunto documentación según requerida

Carmen Ojay Valentí

To view the Debtors' full Eighth Administrative Reconciliation Status Notice, please visit https://cases.primeclerk.com/puertorico/. To obtain an electronic or hard copy of the Eighth Administrative Reconciliation Status Notice, please contact Prime Clerk at (844) 822-9231 (toll Free for the U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PuertoRicoInfo@primeclerk.com.

***STAT PR 1845 SRF 58275 PackID: 9258 MMLID: 626606-P Claim Num: 162412 SVC: 8th ACR
Irizarry Valentin , Carmen
Jardines De Dorado
B 1 Calle 9
Dorado , PR 00646

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

MMLID: 1322592

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

RECEIVED 2018 JUN 27 A /16

## Modified Official Form 410 / Formulario Oficial 410 Modificado
## Proof of Claim / Evidencia de reclamación

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?
   ¿Quién es el acreedor actual?

   Carmen Irizarry Valentin
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

| | |
|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ _Desconoce, el que aplique por ley_ . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br><br>❏ No / No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>   Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Romero_ |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☑ No / No<br>❏ Yes. The claim is secured by a lien on property.<br>   Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>❏ Motor vehicle / Vehículos<br><br>❏ Other. Describe:<br>   Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:**    $_____<br><br>**Amount of the claim that is secured /**<br>**Importe de la reclamación que está garantizado:** $_____<br><br>**Amount of the claim that is unsecured /**<br>**Importe de la reclamación que no está garantizado:** $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____<br>_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>**Tasa de interés anual** (cuando se presentó el caso)_____%<br>❏ Fixed / Fija<br>❏ Variable / Variable |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>❏ Yes. Amount necessary to cure any default as of the Petition Date.<br>   Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |

Modified Official Form 410                                          Proof of Claim                                         page 3

United States District Court For The District of Puerto Rico

Room 150 Federal Building

San Juan, Puerto Rico 00918-1767

Debtors: Estado Libre Asociado de Puerto Rico

Gobierno de Puerto Rico

Departamento de Educación

No. 17BK 3283-LTS

<u>ONE HUNDRED TWELFTH</u> OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE COMMONWEALTHE OF PUERTO RICO, IN DEFFICIENT CLAIMS ASSEITING INTEREST BASED UPON UNSPECIFIED PUERTO RICO STATUS

DOC 8978-4

Proof of Claim: 90690
98519

Name and Address: Carmen Irizarry, Valentin
Jardines de Dorado
B-1 Calle Jazmines
Dorado, P.R. 00646
Tel. 310-920-6066  E-mail: cavirival@gmail.com

Reclama al Gobierno del Estado Libre Asociado de Puerto Rico; al Gobierno de Puerto Rico y Departamento de Educación de Puerto Rico. y Sistema de Retiro de Maestros de Puerto Rico

Ley 89 de 1984 – Romerazo

Años Reclamados <u>Desde 1984 hasta 2001 - 17 años</u>

Cantidad Reclamada <u>$20,400.00</u>

Ley Costo de Vida - Retiro de Maestras (3% cada dos años)

Años Reclamados <u>Desde 2001 hasta 2020 - 19 años</u>

Cantidad Reclamada <u>$5,330.44</u>

Página 2

Adjunto evidencia en réplica a la información solicitada:

1. Certificación Pensión Sistema de Maestros Gobierno de Puerto Rico

2. Informe renta anual vitalicia - Junta de Retiro de Maestros Gobierno de Puerto Rico

3. Certificación Años de Servicio Departamento de Educación de Puerto Rico

Solicito la adjudicación de mi petición, según corresponda a mis derechos por las Leyes anteriormente Especificadas.

Nombre: Carmen Irizarry Valentin

Firma: [signature] Fecha: 1/14/2020

# GOBIERNO DE PUERTO RICO
## Sistema de Retiro para Maestros

## CERTIFICACIÓN

Certifico la siguiente información referente a la pensión de la **Prof. Carmen Irizarry Valentin**, con número de seguro social que termina en **7186**.

| | |
|---|---|
| Fecha de Elegibilidad de la Pensión | 01 de junio de 2001 |
| Tiempo Cotizado para la Pensión | 26 años, 0 meses, 0 semana y 5 ½ días |
| Fecha de Efectividad de la Renuncia | 31 de mayo de 2001 |
| Fecha de Efectividad de la Pensión | 01 de junio de 2001 |
| Pensión Mensual Actual | $1,645.20 |

Esta certificación se expide hoy, **03 de enero de 2020** en **San Juan, Puerto Rico**.

Edgardo J. Negrón Ramírez
Supervisor
Área de Servicios de Retiro

235 Avenida Arterial Hostos · Edificio Capital Center · Torre Norte, Hato Rey · Puerto Rico 00918 P.O. Box 191879 · San Juan PR 00919-1879



SRM
Sistema de Retiro para Maestros
Gobierno de Puerto Rico
Protegemos la Aportación al Futuro

Modelo SC-1515 (IR-3)
14-mayo-71
Manual de Contabilidad

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**JUNTA DE RETIRO PARA MAESTROS**
**INFORME RENTA ANUAL VITALICIA**

.9% = $197.42

Redacted

**CARMEN IRIZARRY VALENTIN**

Núm. Reclamación: 36778
Sexo: F

**Tipo de Renta:**
- a- Años de Servicio y edad
  - Opcional ( X )
  - Obligatorio ( )
- b. Edad ( )
- c- Incapacidad
  - Ocupacional ( )
  - No Ocupacional ( )
- d- Diferida ( )

Fecha de Nacimiento: 1949 / 10 / 17 (Año / Mes / Día)

| Edad al Retirarse | Servicios Acreditados | Costo Anualidad | Fecha de Retiro |
|---|---|---|---|
| 51 Años 7 Meses 14 Días | 26 Años - Meses 1 Sem. 2 5½ Días | $ 34,180.35 | 2001 / 5 / 31 |

Fecha de Efectividad: 2001 / 6 / 1

Retiro Ley Núm. **44 DEL 2000**

**Cómputo de la Renta Anual:**
a- Sueldo promedio mensual más alto durante TRES años consecutivos a **$ 2,193.61**

X .018% X 26 años, 5½ días
(Por ciento)    (Tiempo Acreditado)

$ 1,027.23
-51.36
975.87

Menos el 5% de ajuste

*En caso de renta anual diferida, ésta comenzará al cumplir la edad de _____

( ) o a opción en fecha posterior si al retirarse tiene 25 años de servicios y menos de 55 años de edad

( ) o a opción en fecha posterior si al retirarse tiene 10 y menos de 25 años de servicios y menos de 60 años de edad

b. Ajuste para llegar al Mínimo Establecido por ley 89

| Años de Servicio | Edad | Incapacidad Física | Diferido | |
|---|---|---|---|---|
| $ _____ | $ _____ | $ 669.33 | $ _____ | 669.33 |

Diferencia Mínimo o Renta Sistema de Retiro

Renta Mensual Vitalicia: 1,645.20

Renta Anual Vitalicia: 19,742.40

| Computado: Annie Rivera | Fecha: 12/2/03 | Cotejado: Maria A. Torres Morales | Fecha: 12/2/03 |
| Recomendado: Gloria E. Navas Pérez, Directora, Area Serv. de Retiro | Fecha: 12/01/03 | Aprobado: 18/2/03 Irma A. Giménez López, Secretaria Ejecutiva | Fecha |

AGB



# DEPARTAMENTO DE EDUCACION
### Estado Libre Asociado de Puerto Rico
#### Secretaría Auxiliar de Recursos Humanos

**ATT:** Ley Promesa

10 de enero de 2020

# CERTIFICACION

| | | |
|---|---|---|
| Certifico que | : | CARMEN IRIZARRY VALENTIN |
| Seguro Social | : | Redacted |
| Categoría | : | DIRECTOR ESCUELA ELEMENTAL IV |
| Distrito Escolar | : | DORADO_ |
| Sueldo Mensual | : | $2,520.00 |
| Status | : | PERMANENTE |
| Observaciones | : | |
| Trabaja | : | N/A |
| Cesó | : | N/A |
| Renunció | : | Efectivo el 31 de mayo de 2001 |
| Otros | : | Presto servicios para el Departamento de Educación del Gobierno de Puerto Rico por un período de 24 años. Nuestro sistema de Recursos Humanos refleja que ocupó una plaza desde 01/25/1971. |

Cándida R. Chico Montañez
Supervisora
Archivo Docente

P.O. BOX 190759, SAN JUAN, PUERTO RICO 00919-0759 TEL. (787)759-2000 EXTS. 2164, 2165, 4165 FAX (787)765-5174

El Departamento de Educación no discrimina por razón de raza, color, sexo, nacimiento, origen nacional, condición social, ideas políticas o religiosas, edad o impedimento en sus actividades, servicios educativos y oportunidades de empleo.

Sra. Carme Irizarry Valentin
Jardines de Dorado
B-1 Calle Jazmines
Dorado, P.R. 00646



Courts Clerk's Office
United States District Court
Clerk's Office
150 Ave. Carlos Chardon
Ste 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
CLERK'S OFFICE
DEC 20 2021
US DISTRICT COURT
SAN JUAN, PR