**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

```
------------------------------------------------------------- x
                                                              :
In re                                                         :
                                                              :  PROMESA
THE FINANCIAL OVERSIGHT AND                                   :  Title III
MANAGEMENT BOARD FOR PUERTO RICO,                             :
                                                              :
     as representative of                                     :  Case No. 17-BK-3283 (LTS)
                                                              :
THE COMMONWEALTH OF PUERTO RICO,                              :  (Jointly Administered)
et al.,¹                                                      :
                                                              :
         Debtors.                                             :
                                                              :
------------------------------------------------------------- x
```

**[PROPOSED ORDER]** ORDER GRANTING MOTION FOR LEAVE TO FILE POSITION AS *AMICUS CURIAE* OF THE OFFICE OF THE COURTS ADMINISTRATION OF THE COMMONWEALTH OF PUERTO RICO

Upon the *Motion for Leave to File Position as Amicus Curiae of* the Office of the Courts Administration of the Commonwealth of Puerto Rico ("OAT"), (Docket Entry No. ___ in Case No. 17-03283, the "Motion"), and the Court having found that OAT has demonstrated a special and particularized interest in relation to the *Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico* (Docket Entry No. 19365), as modified pursuant to any revisions made at or subsequent to the Confirmation Hearing as set forth in the Proposed Confirmation Order, including the Plan Supplement (the "Revised Proposed Plan"), and the *Motion Submitting Corrected Response of the Financial Oversight and Management Board in*

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747).

*Accordance with Order Regarding Certain Aspects of Motion For Confirmation of Modified Eight Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.* (Docket Entry No. 19574) (the "Corrected Response"), and that no other or further notice is required, it is HEREBY ORDERED THAT:

1. Leave to file the position, as *amicus curiae*, is hereby granted to OAT, and
2. This Order resolves Docket Entry No. _____ .

SO ORDERED.

Date: _____

*/s/ Laura Taylor Swain*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE