UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:                                                      PROMESA
                                                            Title III
THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

          as representative of                              No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO,                            (Jointly Administered)
et al.,

                    Debtors.[1]

------------------------------------------------------------x

PRO SE NOTICES OF PARTICIPATION RECEIVED BY THE COURT
(DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT)

          The attached additional pro se Notices of Intent to Participate in Discovery

Concerning Confirmation of Commonwealth Plan of Adjustment have been received by the Court

on December 27, 2021 for filing in the above-captioned cases pursuant to the *Order Establishing

Preliminary Confirmation Submission and Discovery Procedures and Directing Notice to

Creditors of the Same* (Docket Entry No. 17431 in Case No. 17-3283).

---

[1]       The Debtors in these Title III Cases, along with each Debtor's respective Title III case
          number and the last four (4) digits of each Debtor's federal tax identification number, as
          applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy
          Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico
          Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS)
          (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation
          Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal
          Tax ID: 3808); (iv) Employees Retirement System of the Government of the
          Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last
          Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA")
          (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and
          (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-
          LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as
          Bankruptcy Case numbers due to software limitations).

Pro Se Notices of Participation Received by the Court (Discovery – Confirmation Plan)
December 28, 2021

1.  Maria M. Coss Martinez

2.  Aurora Santiago Rivera

Dated:  December 28, 2021