Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Maria M. Coss Martinez

Participant's Address: CC 1A St. 23, Urb. Villas de Castro, Caguas, P.R. 00725

Participant's Email Address: Maria.cm0001@gmail.com

Name of Counsel: None

Address of Counsel: None

Email Address of Counsel: None

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 136554

Nature of Claim: Salary and Pension

By: *[signature]*
Signature

Maria M. Coss Martinez
Print Name

_____
Title (if Participant is not an individual)

August 31, 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.



MARIA M. COSS MARTINEZ
URB. VILLAS DE CASTRO
CC-1A CALLE 23
CAGUAS, P.R. 00726

00918-170625

SAN JUAN PR 009
22 DEC 2021 PM 2 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE 150 AVE.
CARLOS CHARDON STE. 150
SAN JUAN, P.R. 00918-1767

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Aurora Santiago Rivera

Participant's Address: Urb. Punto Oro 3336, Calle Capitana Ponce P.R 00728-2030

Participant's Email Address: doris.santiago7@live.com

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 94075

Nature of Claim: Salary Adjustment

By: *Aurora Santiago Rivera*
Signature

Aurora Santiago Rivera
Print Name

_____
Title (if Participant is not an individual)

23 de diciembre de 2021
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Aurora Santiago Rivero
Urb. Bro. 3336, Calle La Capitana
Ponce, P.R. 00728-2030

SAN JUAN PR 009
23 DEC 2021 PM 1 L

00918-170399

United State District Court
Clerks Office, 150
Ave. Carlos Chardon Ste 150
San Juan, P.R. 00918-1767

FOREVER USA