IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS |

**OPPOSITION TO THE FISCAL PLAN AS IN DETRIMENT OF THE RIGHTS AND BENEFITS OF THE AFFILIATES AND THEIR RETIREMENT.**

Mr. José N. Tirado García APPEARS, as President of the United Firefighters Union of Puerto Rico (Sindicato de Bomberos Unidos de Puerto Rico), and by means of this letter he states his opposition to any detriment of the rights or labor benefits of our affiliates, specifically if it limits their retirement plan that correspond to them by the years of accumulated governmental service.

That the position of this Union, is recorded in accordance with the authorization of the Honorable Judge Laura Taylor Swain to present any opposition to the approval of the fiscal plan that limits the benefits and the rights acquired of public employees such as firefighters who have the right to organize under the law.

It is respectfully submitted, today, November 9, 2021, by certified mail to:

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767

José N. Tirado García
Presidente
Sindicato de Bomberos Unidos de Puerto Rico
PO Box 1838
Isabela, PR 00662
Tel. 787-447-5001
sindicatobomberos@hotmail.com