**SBUPR**
PO BOX 1838
ISABELA, PR 00662

CERTIFIED MAIL

7019 2280 0001 4075 8637

U.S. POSTAGE PAID
FCM LETTER
ISABELA, PR
00662
NOV 10, 21
AMOUNT
$7.38
R2304W121253-09

United States District Court
Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, PR 00918-1767