# **EXHIBIT A**

**Exhibit A**

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 179701 | FERNANDEZ SILVA, MIGDALIA | Public Employee | $14,400.00 |
| 179702 | FERNANDEZ SILVA, MIGDALIA | Union Grievance | $3,960.00 |
| 179703 | FERNANDEZ SILVA, MIGDALIA | Union Grievance | $122,760.00 |
| 22232 | HERNANDEZ SANCHEZ, JUAN R. | Pension/Retiree | $0.00 |
| 26685 | RIVERA COLON, FELIPE | Pension/Retiree | $0.00 |

1