Participant must provide all of the information below in **English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: _Elsa Iris Gómez Maldonado_

Participant's Address: _Ext. Santa Teresita #3329 Ave. Emilio Fagot - Ponce, P.R. 00730_

Participant's Email Address: _____

Name of Counsel: _n/a_

Address of Counsel: _n/a_

Email Address of Counsel: _n/a_

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: _80500_

Nature of Claim: _Aumento en Pensión de retirados_

By: _Elsa Iris Gómez Maldonado_
Signature

_Elsa Iris Gómez Maldonado_
Print Name

_Pensionada_
Title (if Participant is not an individual)

_23 de diciembre 2021_
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are <u>not</u> represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Elsa Iris Gómez Maldonado
Cmt. Santa Teresita
#3329 Ave. Emilio Fagot
Ponce, Puerto Rico 00730

SAN JUAN PR 009
24 DEC 2021 PM 1 L

Court's Clerk's Office
United States District Court,
Clerk's Office
150 Ave. Carlos Chardón Ste. 150
San Juan, P.R. 00918-1767

00918-170625