# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>    Debtors. | PROMESA<br>Title III<br><br>Case No. 17-BK-3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 9010-1(d)(3)(A), Brian E. Pastuszenski hereby withdraws his appearance as counsel for Goldman Sachs & Co. LLC in the above captioned cases. Goldman Sachs & Co. LLC will continue to be represented in the above-captioned cases by Douglas H. Flaum, Howard S. Steel, Charles A. Brown, and Stacy Dasaro of Goodwin Procter LLP as well as Ramon E. Dapena and Ivan J. Llado of Morell Cartagena & Dapena. There are no pending motions before the Court filed by or against Goldman Sachs & Co. LLC, and no trial or hearing date has been scheduled as to Goldman Sachs & Co. LLC.

Dated: December 30, 2021

Respectfully submitted,

*/s/ Brian E. Pastuszenski*
Brian E. Pastuszenski
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 813-8800
Fax: (212) 355-3333
Email: bpastuszenski@goodwinlaw.com

*/s/ Ramón E. Dapena*
Ramón E. Dapena
USDC-PR No. 125005
Iván Lladó
USDC-PR No. 302002
MORELL, CARTAGENA & DAPENA LLC
PO Box 13399
San Juan, Puerto Rico 00908
Telephone: (787) 723-1233
Facsimile: (787) 723-8763
Email: ramon.dapena@mbcdlaw.com
Email: ivanllado@mbcdlaw.com

*Counsel for Goldman Sachs & Co. LLC*

## CERTIFICATE OF SERVICE

I, Ramón Dapena, hereby certify that a true and correct copy of the foregoing Notice of Appearance, filed through the CM-ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 30, 2021.

*/s/ Ramón Dapena*
Ramón Dapena