# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :
THE FINANCIAL OVERSIGHT AND                     :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,               :
     as representative of                       :   Title III
                                                :
PUERTO RICO ELECTRIC POWER                      :   Case No. 17-4780 (LTS)
AUTHORITY (PREPA),                              :
              Debtor.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF WITHDRAWAL OF APPEARANCE OF MARK A. MCDERMOTT

PLEASE TAKE NOTICE that the appearance of Mark A. McDermott, Esq. on behalf of Vitol Inc. and Vitol S.A. in the above-captioned cases is hereby withdrawn, and service of pleadings and notices, including CM/ECF electronic notification, in these cases upon him should be discontinued.

PLEASE TAKE FURTHER NOTICE that notices and pleadings given or filed in these cases should now be given and served upon each of the following:

> Shana A. Elberg, Esq.
> Bram A. Strochlic, Esq.
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
> One Manhattan West
> New York, New York 10001
> Telephone: (212) 735-3000
> Fax: (212) 735-2000
> Shana.Elberg@skadden.com
> Bram.Strochlic@skadden.com

Dated: San Juan, Puerto Rico
January 3, 2022

        **McConnell Valdés LLC**
        270 Muñoz Rivera Avenue
        Hato Rey, Puerto Rico 00918
        P.O. Box 364225
        San Juan, Puerto Rico 00936-4225
        Telephone: (787) 250-5608 / 5813
        Fax: (787) 474-9207

        */s/ Eduardo A. Zayas-Marxuach*
        Eduardo A. Zayas-Marxuach
        USDC-PR 216112
        Email: ezm@mcvpr.com

        *Counsel for Vitol Inc. and Vitol S.A.*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the above captioned case.

This the 3rd day of January, 2022.

**McConnell Valdés LLC**
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Telephone: (787) 250-5608 / 5813
Fax: (787) 474-9207

*/s/ Eduardo A. Zayas-Marxuach*
Eduardo A. Zayas-Marxuach
USDC-PR 216112
Email: ezm@mcvpr.com