## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

    Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

### SUPPLEMENTAL CERTIFICATE OF SERVICE

    I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On December 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Marysol Hernandez Almodovar (MMLID#1656856), Urb. Villa Universitaria, R5 Calle 22, Humacao, PR, 00791:

- Notice of (A) Further Adjournment as to Claims Listed in Schedule B, (B) Withdrawal of Objection to Certain Claims, and (C) Submission of Amended Schedules for the Seventy-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico [Docket No. 11889]

    On December 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Oscar Cruz (MMLID# 2159452), 420 E 169th St., Apt 2B, Bronx, NY, 10456-1827:

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Notice of Adjournment of Omnibus Objections Scheduled for Hearing at the October 6, 2021 Omnibus Hearing to the December 15, 2021 Omnibus Hearing [Docket No. 18365]

On December 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Amauri Mulero Rodriguez (MMLID# 2043865), 12921 McFadden Way, San Antonio, TX, 78254-2172:

- Notice of Presentment of Proposed Order Granting the Three Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for which the Debtors are not Liable (ECF No. 17911) [Docket No. 18464]

On December 22, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Arthur Samodvitz (MMLID# 2140496), 120 Lasa Commons Cir., Apt 213, St. Augustine, FL, 32084-8784:

- Joint Status Report (ECF No. 19009) [Docket No. 19104]

- Notice of Submission of Debtors' Second Amended Final Exhibit List in Connection with Confirmation Hearing [Docket No. 19105]

- Motion Submitting Continued Exhibits of Debtors [Docket No. 19106]

- Motion Submitting Continued Exhibits of Debtors [Docket No. 19107]

- Motion Submitting Continued Exhibits of Debtors [Docket No. 19108]

Dated: December 30, 2021

/s/ Nuno Cardoso
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on December 30, 2021, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ JAMES A. MAPPLETHORPE
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 58797