**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

**INFORMATIVE MOTION OF THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO REGARDING ADJOURNED CLAIM OBJECTIONS SET FOR HEARING ON JANUARY 19-20, 2022**

To the Honorable United States District Judge Laura Taylor Swain:

    The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the Debtors pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA," and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] PROMESA is codified at 48 U.S.C. §§ 2101–2241.

informative motion (the "Informative Motion") in compliance with the Court's December 8, 2021 *Order Regarding Adjourned Omnibus Objections to Claims* [ECF No. 19461] (the "Adjourned Objection Hearing Procedures Order"), and in support of this Informative Motion, the Oversight Board respectfully states as follows:

1. On December 8, 2021, this Court entered the Adjourned Objection Hearing Procedures Order which, among other things, (*i*) scheduled hearings on Adjourned Claim Objections[3] for January 19-20, 2022, at 9:30 a.m. Atlantic Standard Time (the "January Adjourned Objection Hearing") and February 16-17, 2022, at 9:30 a.m. Atlantic Standard Time (the "February Adjourned Objection Hearing," and together with the January Adjourned Objection Hearing, the "Claim Objection Hearings") and (*ii*) directed the Oversight Board to file, at least 14 days in advance of the relevant Claim Objection Hearing, "an informative motion identifying the Adjourned Claim Objections, claimants, and claims that will be the subject of the applicable Claim Objection Hearings." Adjourned Objection Hearing Procedures Order at 1–2.

2. In compliance with the Adjourned Objection Hearing Procedures Order, the Oversight Board hereby identifies, on **Appendix A** and **B** hereto, the Adjourned Claim Objections, claimants, and claims scheduled for the January Adjourned Objection Hearing.

3. Contemporaneously with this Informative Motion, and in further compliance with the Adjourned Objection Hearing Procedures Order, the Oversight Board shall submit, solely with respect to the Adjourned Claim Objections, claimants, and claims scheduled for the January

---

[3] As defined in the Adjourned Objection Hearing Procedures Order, Adjourned Claim Objections consist of "pending claim objections, initially noticed for (or adjourned to) the December 15, 2021, Omnibus Hearing with respect to claims on account of which responses have been submitted by claimants (formally or informally)," Adjourned Objection Hearing Procedures Order at 1, but do not include claim objections subject to the *Order (I) Regarding Claim Objections to Be Heard at December 15, 2021, Omnibus Hearing and (II) Adjourning Certain Claim Objections to the February 2, 2022, Omnibus Hearing* [ECF No. 19502].

2

Adjourned Objection Hearing, (*i*) replies in support of the Adjourned Claim Objections, (*ii*) any portions of the respondent's response that were not filed on the docket, and (*iii*) certified translations of any Spanish-language portions of the respondent's response. *See* Adjourned Objection Hearing Procedures Order at 2.

[*Remainder of Page Intentionally Left Blank*]

## Appendix A

## Claimants Appearing at January 19, 2022 Adjourned Objection Hearing

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| Claimants Scheduled for January 19, 2022 9:30 a.m. (AST) | | | | |
| 1. | STANGLE, LOUIS AND MAE | 167957 | 295 | N/A |
| 2. | PEREZ-RODRIGUEZ, MARIA VICTOR | 7844 | 305 | 16370 |
| 3. | FLORES SANCHEZ, CARLOS M. | 3078 | 309 | 16346 |
| 4. | RIVERA MERCADO, BRUNILDA | 12902 | 323 | N/A |
| 5. | RIVERA VENTURA, HUMBERTO LUIS | 179148 | 334 | N/A |
| 6. | ACEVEDO VAZQUEZ, ALBA | 1592 | 337 | N/A |
| 7. | CABRERA VELILLA, CARLOS A. | 59789 | 337 | 17491 |
| 8. | MORALES VAZQUEZ, MARGARITA | 51119 | 337 | 17269 |
| 9. | TRICOCHE JESUS, LUZ N. | 13143 | 337 | 17475 |
| 10. | VALENCIA TOLEDO, SONIA M. | 49490 | 337 | N/A |
| 11. | VELAZQUEZ FLORES, SELMA I. | 28164 | 337 | 17586 |
| 12. | JIMENEZ BARRETO, EDWIN E. | 153120 | 374 | N/A |
| Claimants Scheduled for January 19, 2022 10:30 a.m. (AST) | | | | |
| 1. | GONZALEZ SERRANO, ZEIDIE W. | 174485 | 301 | 18260 |
| 2. | MANGUAL RODRIGUEZ, NORMA | 177692 | 301 | N/A |
| 3. | SEPULVEDA TORRES, MARIA E. | 176231 | 301 | 17268 |
| 4. | TORRES DELGADO, LUCIA | 175178 | 301 | N/A |
| 5. | LEBRON RODRIGUEZ, CARLOS RUBEN | 179122 | 312 | N/A |
| 6. | RUIZ GARCIA, CLAUDIO | 179128 | 312 | N/A |
| 7. | SANCHEZ, MARTIN | 179126 | 312 | N/A |
| 8. | SOTO LEBRON, BERNARDO | 179144 | 312 | N/A |
| 9. | MARTINEZ GOMEZ, ROSA | 4391 | 316 | 17153 |
| 10. | MELENDEZ FRAYUADA, EVA E. | 27339 | 316 | N/A |
| 11. | RIVERA BAEZ, EDGARDO | 15357 | 316 | 16911 |
| 12. | SANTIAGO SANTIAGO, EDGARDO L. | 5594 | 316 | 16808 |

4

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
|  | Claimants Scheduled for January 19, 2022 11:30 a.m. (AST) | | | |
| 1. | CONCEPCION PENA, NORMA I. | 157312 | 316 | N/A |
| 2. | DIAZ CHAPMAN, SANDRA I. | 45153 | 316 | 16868 |
| 3. | HERRERA BRAVO, DEBRA A. | 154228 | 316 | 16956 |
| 4. | BENITEZ DELGADO, ANA CELIA | 42868 | 341 | 17603 |
| 5. | CABRERA TORRES, SIGNA | 12310, 12337 | 341, 345 | 17476 |
| 6. | COLON TORRES, NEYSHA | 127701, 129809; 139753; 121773 | 337, 341, 345 | 17440 |
| 7. | GONZALEZ LEON, IVETTE | 12526, 12312 | 341, 345 | 17495 |
| 8. | MANGUAL FLORES, NILDA | 29762 | 341 | 17383 |
| 9. | RIVERA DOMINGUEZ, ELIZABETH | 32231 | 341 | 17327 |
| 10. | RIVERA, ZULMA LANDRAU | 29313 | 341 | 17441 |
| 11. | MUNIZ RUBERTE, RUBEN | 3398 | 345 | N/A |
| 12. | ROMAN OCASIO, CARMEN I. | 15520 | 345 | 17614 |
| 13. | NAVARRO CANCEL, IVELISSE | 28171 | 347 | N/A |
| 14. | VELEZ CRESPO, EDUARDO | 27235 | 347 | N/A |

**Appendix B**

**Claimants Appearing at January 20, 2022 Adjourned Objection Hearing**

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| **Claimants Scheduled for January 20, 2022 9:30 a.m. (AST)** | | | | |
| 1. | RIVERA CLEMENTE, FELIX | 7490 | 316 | N/A |
| 2. | COLLADO SANTIAGO, SANDRA | 54541 | 345 | N/A |
| 3. | FERRER MELENDEZ, SONIA I. | 23016 | 345 | 17442 |
| 4. | GONZALEZ VEGA, MIGDALIA | 106655 | 367 | 18107 |
| 5. | RUIZ DIAZ, CARMEN M. | 106293 | 345 | 17410 |
| 6. | RUIZ VILLEGAS, PEDRO | 9778 | 345 | N/A |
| 7. | VASQUEZ PAGAN, ANA Z. | 122933 | 345 | 17409 |
| 8. | ADORNO MARRERO, VILMA E. | 35262 | 349 | N/A |
| 9. | COLON MULERO, LYDIA R. | 42061; 168021 | 349; 351 | N/A |
| 10. | MALDONADO CRUZ, NANCY | 46270; 48743 | 349 | N/A |
| 11. | MALDONADO TORRES, ANA I. | 32722 | 349 | N/A |
| 12. | MARCANO GARCIA, LUIS | 26027 | 349 | 17493 |
| 13. | MENDEZ DOMINGUEZ, NEFTALI | 26316 | 349 | N/A |
| 14. | SOTO TOLEDO, JESUS | 15762 | 362 | N/A |
| **Claimants Scheduled for January 20, 2022 10:30 a.m. (AST)** | | | | |
| 1. | LOPEZ VALENTIN, JOSE R. | 178186; 4759 | 301; 350 | 16345 |
| 2. | TORRES RAMOS, MAYRA E. | 25360; 161653 | 347; 350 | 17485 |
| 3. | ALMEDINA QUIRINDONGO, JOAN | 34886 | 350 | N/A |
| 4. | ARROYO LOPEZ, VERONICA | 49587 | 350 | 17471 |
| 5. | CRESPO, MIGDALIA | 29640 | 350 | N/A |
| 6. | ECHEVARRIA LAZUS, AMPARO | 43828 | 350 | N/A |
| 7. | RODRIGUEZ RODRIGUEZ, SELENIA | 87823 | 350 | N/A |
| 8. | WILSON CRESPO, STEPHANIE H. | 87771; 94832; 87128 | 350 | 17385 |
| 9. | CRUZ IRIZARRY, ZULMA I. | 102255 | 351 | 17406 |
| 10. | MIRO RAMIREZ, EBED | 171318 | 351 | N/A |
| 11. | RIVERA RIVERA, YOLANDA | 10904 | 351 | 17435 |
| 12. | RUIZ DIAZ, CARMEN | 113880 | 351 | 17497 |

6

| # | Claimant | Proof of Claim Number | Omnibus Objection Number | ECF No. of Response (if available) |
|---|---|---|---|---|
| **Claimants Scheduled for January 20, 2022 11:30 a.m. (AST)** | | | | |
| 1. | CHEVERE FRAGUADA, ZORAIDA | 24315; 20600 | 345 | 17445 |
| 2. | BODNAR TRUST U/A DATED 12/28/2001 | 6850 | 355 | 18410 |
| 3. | GRAHAM, DIANA E. AND JOHNSON | 10607 | 357 | N/A |
| 4. | HENSON BUSQUETS, VICTOR O. | 33429 | 365 | 18251 |
| 5. | ECHEVARRIA CORDOVES, ANIBAL | 63198 | 383 | 18138 |
| 6. | ALLISON, SAM | 179591; 179592; 179600; 179602; 179605; 179606; 179607; 179608; 179609; 179610; 179613 | 397 | 19356 |
| 7. | RIVERA CLEMENTE, FELIX | 6725 | 345 351 | N/A |
| 8. | LUNA RIOS, ANA L. | 174092 | 351 | N/A |
| 9. | GONZALEZ CASTRO, LEONIDES | 179357 | 374 | N/A |
| 10. | LIZARDI ORTEGA, GUARIONEX EDUARDO | 179316 | 374 | N/A |
| 11. | MARTINEZ RIVERA, ANGEL LUIS | 179340 | 374 | N/A |
| 12. | ACEVEDO DE NUNEZ, MARITZA | 179423 | 374 | N/A |
| 13. | GONZALEZ VELAZGUEZ, AGUSTIN | 171214 | 374 379 | 18070 |
| 14. | ELAINE LYNN IRREVOCABLE TRUST | 179215 | 374 | 18139; 18377 |

7

Dated: January 5, 2022
      San Juan, Puerto Rico

Respectfully submitted,

/s/ Brian S. Rosen
Martin J. Bienenstock
Brian S. Rosen
Ehud Barak
Paul V. Possinger
(Admitted *Pro Hac Vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: mbienenstock@proskauer.com
       brosen@proskauer.com
       ebarak@proskauer.com
       ppossinger@proskauer.com

*Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

/s/ Hermann D. Bauer
Hermann D. Bauer
USDC No. 215205
Carla Carcía-Benítez
USDC No. 203708
Hermann D. Bauer
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
Email: Hermann.bauer@oneillborges.com

*Co-Attorneys for the Financial Oversight and Management Board as representative for the Debtors*

8