# EXHIBIT A

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Stangle, Louis and Mae | 167957 | 3/22/2018 | Commonwealth of Puerto Rico | $60000.00 |
| Reason: | Claim purports to assert, in part, liability based on an alleged ownership of COFINA Bonds, and thus seeks recovery for amounts for which the Commonwealth is not liable because the claims were (1) compromised and settled pursuant to the Settlement Order, | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Stangle, Louis and Mae | 167957 | 3/22/2018 | Commonwealth of Puerto Rico | $60000.00 |
| Base para: | El reclamo pretende invocar, en parte, una obligación fundada en la presunta titularidad de Bonos de la Cooperación del Fondo de Interés Apremiante (COFINA) y, por tanto, pretende recuperar montos que el Estado Libre Asociado no está obligado a pagar, pue | | | |

RECEIVED
FEB 17 2021
PRIME CLERK LLC

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*45,000 of my P.R. bonds have been called in. So, I know have 10,000 Electric and 5,000 Highway bonds for a total $15,000*

*Louis Stangle*

***CUST PR 1845 SRF 50401 PackID: 1 MMLID: 2137048-P Svc: 295
Stangle, Louis and Mae
9587 Weldon Circle
B101
Tamarac FL 33321

Louis and Mae Stangle
2587 Weldon Circle B101
Tamarac, FL 33321

RECEIVED
FEB 17 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
PO Box 4850
N.Y, N.Y 10163-4850