# EXHIBIT A

**Schedule of Nineteenth ADR Designated Claims**

# Exhibit A

| Name of Claimant | Proof of Claim Number | Claim Amount Range (a-f)[1] | Description of Claim Type | Forum/Case Number (if applicable) | ADR Status |
|---|---|---|---|---|---|
| GARCIA RIVERA, JORGE L. | 173880 | c | Litigation Claim | KPE-07-4359 | Initial Transfer |
| GIERBOLINI RODRIGUEZ, MARIO | 174038 | c | Litigation Claim | KPE-07-4359<br>KAC-2013-0403 | Initial Transfer |
| GONZALEZ SANTIAGO, MIRIAM | 173973 | c | Litigation Claim | KPE-07-4359 | Initial Transfer |
| SANTOS ORITZ, EDWIN | 173794 | c | Litigation Claim | KPE-07-4359 | Initial Transfer |
| TORO LOPEZ, ANA M | 173891 | c | Litigation Claim | KPE-07-4359 | Initial Transfer |

| Claim Amount Key |
|---|
| a: Unspecified |
| b: $1-$10,000 |
| c: $10,001-$100,000 |
| d: $100,001-$500,000 |
| e: $500,001-$1,000,000 |
| f: $1,000,001+ |

---

[1] For Claim Amount Ranges, please refer to the Claim Amount Key.