# EXHIBIT A

*Número de Evidencia de Reclamación*: 179122
*Reclamante*: Lebron Rodriguez, Carlos Ruben

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación. Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED
APR 23 2021
PRIME CLERK LLC

**Cuestionario**

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    *Lo que dicten las leyes federales*

Batch 17

990123401009497

Número de Evidencia de Reclamación: 179122
Reclamante: Lebron Rodriguez, Carlos Ruben

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. Responda preguntas 3(a)-(d).

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Corporación Azucarera

3(b). Identifique las fechas de su empleo con relación a su reclamación: 1975 – 1985

3(c). Últimos cuatro dígitos de su número de seguro social: 9269

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☒ Jubilación
   - ☐ Salarios impagos
   - ☒ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. Responda Preguntas 4(a)-(f).

4(a). Identifique el departamento o agencia que es parte de esta acción. United States Bankruptcy Court for District of Puerto Rico

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Prime Clerk Grand Central Station PoBox4850 new york

4(c). Número de caso: 17-03283

4(d). Título, epígrafe, o nombre del caso:

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

*Pendiente a resolución*

4(f). ¿Tiene usted una sentencia impaga? Sí / No̸ (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

_____

Carlos R. Lebrón Rodriguez
HC-01 Box 4498
Maunabo, Puerto Rico 00707

SAN JUAN PR 009
19 APR 2021 PM 1 L

Chien-Shiung Wu
Nuclear Physicist

Commonwealth of Puerto Rico Supplemental
Information Processing Center
c/o Prime Clerk LLC
Grand Central Station P.O. Box 4708
New York, NY 10163-4708

RECEIVED
APR 23 2021
PRIME CLERK LLC