# EXHIBIT A-1

*Proof of Claim Number:* **179122**
*Claimant:* **Lebron Rodriguez, Carlos Ruben**

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

## Instructions

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Act 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of an initial pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

| By Mail | Hand Delivery or Overnight Mail Service |
| --- | --- |
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

RECEIVED
APR 23 2021
PRIME CLERK LLC

## Questionnaire

**1. What is the basis of your claim?**

- ☒ A pending or closed legal action with or against the Puerto Rican government
- ☐ Current or former employment with the Government of Puerto Rico
- ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

_____

**2. What is the amount of your claim (how much money do you claim to be owed):**

   *Whatever the federal laws dictate*

Batch 17

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

990123401009497

*Proof of Claim Number:* **179122**
*Claimant:* **Lebron Rodriguez, Carlos Ruben**

3. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No. *Please continue to Question 4.*

    ☒ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
    _Sugar Corporation_

3(b). Identify the dates of your employment related to your claim:
    _1975 - 1985_

3(c). Last four digits of your social security number: _9269_

3(d). What is the nature of your employment claims (select all that apply):

    ☒ Retirement

    ☐ Unpaid Wages

    ☒ Sick Days

    ☐ Union Grievance

    ☐ Vacation

    ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

4. **Legal Action.** Does your claim relate to a pending or closed legal action?

    ☐ No.

    ☒ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.
    _United States Bankruptcy Court for District of Puerto Rico_

4(b). Identify the name and address of the court or agency where the action is pending:
    _Prime Clerk Grand Central Station PO Box 4850 New York_

4(c). Case number: _17-03283_

4(d). Title, Caption, or Name of Case:

Batch 17



2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **179122**
*Claimant:* **Lebron Rodriguez, Carlos Ruben**

4(e). Status of the case (pending, on appeal, or concluded):

 *Pending resolution*

4(f). Do you have an unpaid judgment? Yes / (No) (Circle one)

 If yes, what is the date and amount of the judgment?

Batch 17



3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Carlos R. Lebrón Rodríguez
HC-01 Box 4418
Maunabo, Puerto Rico 00707

SAN JUAN PR 009
19 APR 2021 PM 1 L

Chien-Shiung Wu, Nuclear Physicist
Earth April

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk LLC
Grand Central Station P.O. Box 4708
New York, NY 10163-4708

RECEIVED
APR 28 2021
PRIME CLERK LLC

10163-470809

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179122**

Signed this 12th day of August, 2021

_____
Andreea I. Boscor

