# EXHIBIT B

*Número de Evidencia de Reclamación*: Claim No. 179126
*Reclamante*: Sanchez, Martin

RECEIVED
APR 23 2021
PRIME CLERK

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

**Instrucciones**

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.
Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

**Cuestionario**

1. ¿Cuál es el fundamento de su reclamación?

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. ¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):

    $ 60,000 

Batch 17


99012340100954

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?

   □ No. *Pase a la Pregunta 4.*

   ■ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: _Cortador de Caña y Abono y Obrero de Campo_

3(b). Identifique las fechas de su empleo con relación a su reclamación: _Boneerazo Ley 89_

3(c). Últimos cuatro dígitos de su número de seguro social: _0991_

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):

   □ Jubilación

   ■ Salarios impagos

   □ Días por enfermedad

   □ Queja con el sindicato

   □ Vacaciones

   □ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

   _____
   _____

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?

   ■ No.

   □ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

   _____

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

   _____

4(c). Número de caso: _____

4(d). Título, epígrafe, o nombre del caso: _____

Batch 17

2



*Número de Evidencia de Reclamación:* **179126**
*Reclamante:* **Sanchez, Martin**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

Batch 17

3



PR 1845 SRF 52382 PackID: 16 MMLID: 12641946-P SVC: Batch 17
Sanchez, Martin
Paloseco Tumbao T-20
Maunabo PR 00707

Responda a esta carta el **29 de abril de 2021** o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.

Tenga en cuenta que solo necesita devolver **un formulario**, ya sea en inglés **o** español.

Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al **(844) 822-9231** (llamadas sin cargo desde Estados Unidos y Puerto Rico) o **(646) 486-7944 (para llamadas internacionales)**, disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico **PRClaimsInfo@primeclerk.com**.

Please respond to this letter on or before **April 29, 2021** by returning the enclosed questionnaire with the requested information and documentation.

Note, you only need to return **one** form, either in English **or** Spanish.

If you have any questions about this letter or your claim, please call: Prime Clerk LLC at **(844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers)**, available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email **PRClaimsInfo@primeclerk.com**.

**Batch 17**

Sanchez, Martin
Palo seco Tumbao T-20
Maunabo, PR 00707

SAN JUAN PR 009
20 APR 2021 PM 2 L

Prime Clerk LLC
Grand Central Station
PO Box 4850
New York NY 10163-4850

RECEIVED
APR 23 2021
PRIME CLERK LLC

10163-485050