# EXHIBIT D-1

*Proof of Claim Number:* **179144**
*Claimant:* **Soto Lebron, Bernardo**

RECEIVED
APR 26 2021
PRIME CLERK LLC

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

### Instructions

Please answer all four (4) questions and any applicable sub-questions.  Please include as much detail as possible in your responses**.  Your answers should provide <u>more</u> information than the initial proof of claim**.  For example, if you previously wrote "Act 96" as the basis for your claim, please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.  Additionally, if available and applicable to your claim, please provide:

- Copy of an initial pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

| By Mail | Hand Delivery or Overnight Mail Service |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Questionnaire

**1. What is the basis of your claim?**

☐ A pending or closed legal action with or against the Puerto Rican government
☒ Current or former employment with the Government of Puerto Rico
☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

_____

**2. What is the amount of your claim (how much money do you claim to be owed):**

   _$ 40,000_

Batch 17



*Certified to be a correct and true translation from the source text in Spanish to the target language English.
12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

*Proof of Claim Number:* **179144**
*Claimant:* **Soto Lebron, Bernardo**

3. <u>Employment.</u> Does your claim relate to current or former employment with the Government of Puerto Rico?

    ☐ No. *Please continue to Question 4*.

    ☒ Yes. **Answer Questions 3(a)-(d).**

3(a). Identify the specific agency or department where you were or are employed:
    *Sugarcane cutter, fertilizer, field worker*

3(b). Identify the dates of your employment related to your claim:
    *Romerazo, Act 89*

3(c). Last four digits of your social security number: *0425*

3(d). What is the nature of your employment claims (select all that apply):

   ☐ Retirement

   ☒ Unpaid Wages

   ☐ Sick Days

   ☐ Union Grievance

   ☐ Vacation

   ☐ Other (Provide as much detail as possible. Attach additional pages if necessary).


4. <u>Legal Action.</u> Does your claim relate to a pending or closed legal action?

    ☒ No.

    ☐ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is a party to the action.

4(b). Identify the name and address of the court or agency where the action is pending:

4(c). Case number:

4(d). Title, Caption, or Name of Case:


Batch 17                                                2



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number:* **179144**
*Claimant:* **Soto Lebron, Bernardo**

4(e). Status of the case (pending, on appeal, or concluded):

_____

4(f). Do you have an unpaid judgment? Yes / No (Circle one)

    If yes, what is the date and amount of the judgment?

_____

Batch 17                  3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PR 1845 SRF 52382 PackID: 18 MMLID: 12641948-P SVC: Batch 17
Soto Lebron, Bernardo
Barrio Tumbao
Buzon T 26
Maunabo PR 00707

Responda a esta carta el 29 de abril de 2021 o antes, devolviendo el cuestionario adjunto con la información y documentación solicitada.

Tenga en cuenta que solo necesita devolver **un formulario**, ya sea en inglés **o** español.

Si tiene alguna pregunta acerca de esta carta o su reclamación, llame al Prime Clerk LLC al (844) 822-9231 (llamadas sin cargo desde Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas internacionales), disponible de 10:00 a.m. a 7:00 p.m. (Hora Estándar del Atlántico) (español disponible), o dirección de correo electrónico PRClaimsInfo@primeclerk.com.

Please respond to this letter on or before April 29, 2021 by returning the enclosed questionnaire with the requested information and documentation.

Note, you only need to return **one** form, either in English **or** Spanish.

If you have any questions about this letter or your claim, please call: Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PRClaimsInfo@primeclerk.com.

**Batch 17**

```
Soto Lebron Bernardo                SAN JUAN PR  009
Barrio Tumbao                       21 APR 2021 PM 1 L
Buzon T 26
Maunabo P.R 00707
                                    Prime Clerk LLC
        RECEIVED                    Cerand Central Station
        APR 26 2021                 P O Box 4850
        PRIME CLERK LLC             New York NY 10163-4850

                    10163-485050
```

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

`` 



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179144**

Signed this 12th day of August, 2021

_____
Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

