# **EXHIBIT A**

**EXHIBIT A**

**Exhibit A**

| Claim Number | Creditor Name | ACR Procedures | Total Filed |
|---|---|---|---|
| 46270-1 | MALDONADO CRUZ, NANCY | Pension/Retiree | $0.00 |
| 174868 | BAEZ RIVERA, ADA R. | Public Employee & Pension/Retiree | $13,200.00 |

1