# EXHIBIT A

RECEIVED
JUN 07 2021
PRIME CLERK LLC

> IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA MERCADO, BRUNILDA | 12902 | 5/10/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $45,659.49 |
| Reason: | Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Further, to the extent claimant asserts liabilities for investment losses, claimant has not provided a basis for asserting such investment loss. To the extent Claimant seeks to assert any additional liabilities, the Claim is deficient, because it does not provide information sufficient to enable the Debtors to reconcile the Claim. | | | |

> SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA MERCADO, BRUNILDA | 12902 | 5/10/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $45,659.49 |
| Base para: | Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, el o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. | | | |

*[signature]*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

SEÑORES.

EL 18 DE Mayo de 2021

recibi comunicado sobre la reclamación adjunto de $45 659.49 que UBSMme desconto.Suscribiente retiró $18,000.quedando $63,000.Fueron descontando,logrando obtener $17,911.04.Me descontó $45,659.49.Actualmente Prime Clerk solicita rechazar la cantidad mencionada por lo que no estoy deacuerdo.Estoy dispuesta en que se haga un descuento de 25% de la cantidad.No tengo asesor legal,por tanto lo hago por derecho propio.

Att
Brunilda Rivera Mercado
Reclamacion#12902





Brunilda Rivera
113 Barcelona Court
Apt. 201 San Juan, P. Rico
00907

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**

EXPECTED DELIVERY DAY: 06/07/21

USPS TRACKING® #



9505 5162 0941 1154 7418 68

U.S. POSTAGE PAID
PM 3-Day
SAN JUAN, PR
00936
JUN 03, 21
AMOUNT
$7.95
R2303S100113-27

RECEIVED
JUN 07 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y
10163-4850

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.