# EXHIBIT A-1

RECEIVED
JUN 07 2021
PRIME CLERK LLC

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA MERCADO, BRUNILDA | 12902 | 5/10/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $45,659.49 |
| Reason: | Claimant appears to assert, per best effort reviewing proof of claim, supporting documentation, bond name(s) at issue, and/or the CUSIP information investments in one or more mutual funds that in turn may have invested in bonds issued by the Commonwealth. The claim thus seeks recovery for an amount for which the Commonwealth is not liable because the claimant is not a "creditor" of the Commonwealth and lacks standing to assert this derivative claim. Further, to the extent claimant asserts liabilities for investment losses, claimant has not provided a basis for asserting such investment loss. To the extent Claimant seeks to assert any additional liabilities, the Claim is deficient, because it does not provide information sufficient to enable the Debtors to reconcile the Claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA MERCADO, BRUNILDA | 12902 | 5/10/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $45,659.49 |
| Base para: | Conforme a un examen diligente de la Evidencia de Reclamo, la documentación de respaldo, o los nombres de los bonos en cuestión o la información del CUSIP, el Demandante parece reclamar inversiones en uno o más fondos comunes que, a su vez, pudieron haberse invertido en bonos emitidos por el Estado Libre Asociado. Por lo tanto, el reclamo busca recuperar un monto por el cual el Estado Libre Asociado no es responsable porque el Demandante no es «acreedor» del Estado Libre Asociado y carece de capacidad para formular este reclamo derivativo. Además, en la medida en que el demandante reclama obligaciones por pérdidas de inversión, no proporciona ningún fundamento para aseverar dicha pérdida. En la medida en que el Demandante reclama obligaciones adicionales, omite proporcionar información suficiente para permitirles a los Deudores conciliar el reclamo. | | | |

*[signature]*

*[barcode: 9901234010122901]*

Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

GENTLEMEN.

On May 18, 2021, I received notice of the attached claim for $45,659.49 that UBS deducted from my account. Subscriber withdrew $18,000, leaving $63,000. They were deducting, obtaining $17,911.04. $45,659.49 was deducted from me. Currently Prime Clerk is requesting to reject the amount mentioned above, with which I do not agree. I am willing to have a 25% deduction in the amount. I do not have legal counsel; therefore I am doing this on my own behalf.

Sincerely yours,
[*signature*]
Brunilda Rivera Mercado
Claim # 12902

Case:17-03283-LTS   Doc#:19677-2   Filed:01/05/22   Entered:01/05/22 18:37:06   Desc:
Exhibit A-1   Page 4 of 6

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 12902**

Signed this 11th day of August 2021



_____
Andreea I. Boscor

