# EXHIBIT A

RECEIVED

JUL 12 2021

PRIME CLERK

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ACEVEDO VAZQUEZ, ALBA | 1592 | 3/8/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $40,000.00 _Aproximado_ |
| **Reason:** | Proof of Claim asserts liability associated with pension adjustments that claimant asserts are payable by ERS. However, pursuant to the Post-Petition Legislation, the Commonwealth assumed any obligation to make payment to pensioners or other beneficiaries of ERS. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ACEVEDO VAZQUEZ, ALBA | 1592 | 3/8/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $40,000.00 |
| **Base para:** | La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | | |

1/Julio/2021.

Primer Clent

En Varias Ocasiones, me he tratado de
comunicar, con ustedes los teléfonos al dorso de esta
carta, no contestan y uno de ellos, pertenece a una
Persona que no tiene nada que ver con
promesa.

El Monto de la reclamación fue un Aproximado
no tiene qué ver con Cantidad, ustedes deciden
favor de llamar, para Orientación
al  (787) 607-1484. no entiendo (Please)

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

Acevedo Vazquez, Alba
Cond. Valencia Suite
Apt B5 322 Calle Badajoz
San Juan, PR 00923

SAN JUAN PR  009

6 JUL 2021    PM 1  L



RECEIVED

JUL 1 2 2021

PRIME CLERK

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050