# EXHIBIT A-1

[*Text in both English and Spanish*:]

RECEIVED

JUL 12 2021

PRIME CLERK

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ACEVEDO VAZQUEZ, ALBA | 1592 | 3/8/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $40,000.00 [handwritten:] *Approximately* |
| Reason: | Proof of Claim asserts liability associated with pension adjustments that claimant asserts are payable by ERS. However, pursuant to the Post-Petition Legislation, the Commonwealth assumed any obligation to make payment to pensioners or other beneficiaries of ERS. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ACEVEDO VAZQUEZ, ALBA | 1592 | 3/8/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $40,000.00 |
| Base para: | La Evidencia de Reclamo reclama una obligación asociada a ajustes de jubilación que el demandante señala que es adeudada por el ERS. Sin embargo, de acuerdo con la Legislación posterior a la petición, el Estado Libre Asociado asumió cualquier obligación de efectuar pagos a jubilados u otros beneficiarios del ERS. | | | |

[handwritten:]

*July 1, 2021*

*Prime Clerk*

*I have tried to contact you by telephone on several occasions, at the numbers on the back of this letter. There is no answer and one of the numbers has nothing to do with PROMESA.*

*The amount of the claim is approximate, it's not a matter of the amount, as that is something you decide. Please call me for orientation at this number: (787) 607-1484. I don't understand. (Please)*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[*Text in both English and Spanish*:]

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free Online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Acevedo Vazquez, Alba
Cond. Valencia Suite
Apt B5 322 Calle Badajoz
San Juan, PR 00923

SAN JUAN PR 009
6 JUL 2021   PM 1   L

RECEIVED
JUL 12 2021
PRIME CLERK

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

10163-485050

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 1592 (1)**

Signed this 10th day of August 2021

_____

Andreea I. Boscor

