# EXHIBIT B

RECEIVED

SEP 24 2021

PRIME CLERK

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Valencia Toledo, Sonia M.

Participant's Address: 41692 Overmyer Ter, Aldie, VA 20105

Participant's Email Address: svalencia2009@gmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 49490

Nature of Claim: Commonwealth of Puerto Rico, Case No. 17 BK-3283-LTS

By: *Sonia M. Valencia Toledo*
Signature

Sonia M. Valencia Toledo
Print Name

Title (if Participant is not an individual)

Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

210720V2 CONFIRMATION DISCOVERY PROCEDURES NOTICE    VERSION JULY 20, 2021    9

Número de Evidencia de Reclamación: **49490**
Reclamante: **Valencia Toledo, Sonia M.**

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☐ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $68,400.00 Sin incluir aumento por experiencia que está pendiente de adjudicación.

Batch 1


990123400324148

*Número de Evidencia de Reclamación:* 49490
*Reclamante:* Valencia Toledo, Sonia M.

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

   3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: Departamento de Educación.

   3(b). Identifique las fechas de su empleo con relación a su reclamación: Año 1980 en adelante a 2001 y luego el retiro.

   3(c). Últimos cuatro dígitos de su número de seguro social: 1541

   3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☒ Sí. **Responda Preguntas 4(a)-(f).**

   4(a). Identifique el departamento o agencia que es parte de esta acción. Departamento de educación.

   4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución: Commonwealth of Puerto Rico

   4(c). Número de caso: (CASE 2013-11-0224) (2013-04-1542) (2012-05-2084)

   4(d). Título, epígrafe, o nombre del caso: (Ley 109 2008) (Ley 96) (aumento por experiencia).

Batch 1      2

990123400324148

*Número de Evidencia de Reclamación:* **49490**
*Reclamante:* **Valencia Toledo, Sonia M.**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_Puerto Rico_

4(f). ¿Tiene usted una sentencia impaga? Sí / ~~No~~ (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

Trabajé en el Departamento de educación en Puerto Rico desde agosto de 1970 y me retiré en julio de 2001. 31 años.



**CERTIFIED MAIL**

From: Toledo
41692 Overmyer
Aldie, VA
20105

7020 2450 0000 2381 9526

1000    10166

U.S. POSTAGE PAID
FCM LETTER
CATHARPIN, VA
20143
AUG 10, 21
AMOUNT
$7.00
R2304N117333-02

Received
Aug 13, 2021
11:57

Edwards, Scott (6796)

INB0291503
Signature Required

Read

Office/Bldg
Deliver To
(Floor/Room)
Vendor
Toledo

Docume

To: Paul Hastings LLP
200 Park Ave
Nueva York, NY
10166