# EXHIBIT B

Prime Clerk LLC
Gran Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

RECEIVED
JUL 12 2021
PRIME CLERK

Re: Promesa
Title III
No. 17-BK 3283-LTS

Saludos cordiales:

Recientemente recibí folleto con información sobre objeción para determinar la reclamación sometida a ustedes. Desde el comienzo, toda la documentación solicitada por ustedes fue enviada de inmediato. Yo no he omitido ninguna información. Por la presente les solicito que mi solicitud sea re-evaluada y continuar con la reclamación.

Gracias anticipadas,

Sandra Collado Santiago.

Sandra Collato Santiago
Urb. Valle Verde 8-D-8
San German, P.R. 00683

SAN JUAN PR 009
6 JUL 2021 PM 1 L



RECEIVED
JUL 12 2021
PRIME CLERK

Prime Clerk, LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10163-485050

Spanish to English translation:

Best regards,

I recently received a brochure with information on objection to determine the claim submitted to you from the beginning, all the documentation requested by you was sent immediately. I have not omitted any information, hereby I request that my request be re-evaluated and continue with the claim.

Thank you,