# EXHIBIT B-1

*Prime Clerk LLC*  *July 5/2021*
*Grand Central Station*
*P.O. Box 4850*
*New York, N.Y. 10163-4850*

*Re: Promesa*
*Title III*
*No. 17 – BK3383 – LTS*

*Cordial greetings:*
*I recently received a brochure with information about an objection to the claim submitted to you. From the beginning, all the documentation requested by you was sent immediately. I have not omitted any information. I hereby request that my application be re-evaluated, and the claim be continued.*



*Thank you in advance,*
*Sandra Collado Santiago*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Spanish to English translation:

Best regards,

I recently received a brochure with information on objection to determine the claim submitted to you from the beginning, all the documentation requested by you was sent immediately. I have not omitted any information, hereby I request that my request be re-evaluated and continue with the claim.

Thank you,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 54541**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

