# EXHIBIT C

Estado Libre Asociado de Puerto Rico
Tribunal de Primera Instancia

| | |
|---|---|
| Ruben Muñiz Ruberte, | Civil num. J.D.P 2016-0350 |
| | Sala: 605 |
| Demandante, | |
| | Sobre: |
| Estado Libre Asociado de Puerto Rico, Centro Gubernamental ACAA | Daños y perjuicios |
| Demandado. | |

Received
NOV 0 1 2019
Prime Clerk LLC

Al centro Prime Clerk L.L.C,

— Comparece el Demandante de epígrafe por derecho propio, muy respetuosamente Expone, Alega y solicita.

— Que el demandante de epígrafe es un paciente confinado que actualmente se encuentra confinado en la Institución fase 3 sección-N, modulo-verde, celda 123.

— Que el demandante alega que entre la fecha 23 de Enero del 2019, a recibido una carta solicitandome una evidencia de la reclamación que se presento, el aquí epígrafe, contra el Gobierno de Puerto Rico A.C.A.A en los proceso que tramiten en virtud de la ley PROMEZA. De lo cual me an pedido una copia de la demanda que fue sometida contra A.C.A.A; por lo cual fue enviado por el aquí epígrafe a la dirreccion señalada en la siguiente escala entre la fecha de enero 23 de 2019, junto con el numero de caso: JDP 2016-0350
— Dirección Brooklyn, N.Y. 11232; 850 3rd Avenue Suite 412; Prime Clerk LLC.

— Que el demandante de epígrafe alega de que se tenga en cuenta de que la demanda asia el Estado Libre Asociado de Puerto Rico, Centro Gubernamental A.C.A, fue ponchado y enviada el 7 de septiembre del 2016 y sometida el 17 de noviembre por el Tribunal de Primera Istancia antes que la Ley PROMESA fuera firmanda (o) que existiera.

— Y que el demandante alega que el caso esta pendiente de resolución mas en espera de un estatus de la misma.

Aquí está junto con el nombre, la dirección en la siguiente escala:

Estado libre Asociado de P.R.
Tribunal de Primera Instancia
Sala superior de Ponce

Direccion: (ACAA)

P.O. Box 364847
San Juan P.R. 00936-4847

firma: Rubén Muñiz Ruberté

Hoy Dia 23/oct/2019

Ruben Muñoz
Inst. Fase 3 Ponce by Pass
3699 Ponce BYP, N-V-123
Ponce P.R. 00728-1500



RECEIVED
NOV 01 2019
PRIME CLERK LLC

Prime Clerk LLC
830 Third Avenue, 9th floor
New York, N.Y 10022