# EXHIBIT C-1

[All text is handwritten.]

Commonwealth of Puerto Rico<br>Trial Court

| | |
|---|---|
| Ruben Muñiz Ruberté | Civil No. T.D.P. 2016 – 0350 |
| Plaintiff | |
| | Courtroom 605 |
| Commonwealth of Puerto Rico, ACAA Government Center | In re: Damages |
| Defendant | [Stamp:] Received NOV 01, 2019<br>Prime Clerk LLC |

To the Prime Clerk LLC Center:

    The plaintiff referred to above appears on his own behalf and respectfully submits, alleges and requests as follows.

    That the plaintiff referred to above is a confined patient currently confined in the Institution phase 3 section N, green module, cell 123.

    That the plaintiff alleges that around January 23, 2019, he received a letter requesting proof of a claim that was filed against the Government of Puerto Rico A.C.A.A. in the proceedings under the PROMESA law. A copy of the complaint that was filed against A.C.A.A. has been requested of me; same was sent by the Plaintiff to the address indicated in the following scale on the date of January 23, 2019, together with the case number: JDP 2016 - 0350. Address Brooklyn, No. 11232; 850 3rd Avenue, Suite 412; Prime Clerk LLC.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

    That the plaintiff in the above-captioned matter alleges that the claim against the Commonwealth of Puerto Rico, Government Center A.C.A., was filed and sent on September 7, 2016, and submitted on November 17, 2016 by the Trial Court before the PROMESA Law was signed or existed.

    And that the plaintiff alleges that the case is pending resolution, awaiting a status of the same.

    Here it is, along with the name and the address on the following line:

        Commonwealth of Puerto Rico
        Trial Court
        Superior Court of Ponce

Address: (ACAA)

        P.O. Box 364847
        San Juan P.R. 00936 – 4847

Signature: Rubén Muñiz Ruberté

[stamp:] Phase III Institution Ponce
Commonwealth of Puerto Rico
Criminal Record
[initials] 23 Oct 19

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Rubén Muniz Roberte
Inst. Fase 3 Ponce by Pass
3699 Ponce BYP, N-V-123
Ponce P.R. 00728-1500



RECEIVED
NOV 01 2019
PRIME CLERK LLC

Prime Clerk LLC
830 Third Avenue, 9th floor
New York, N.Y 10022

100236569 C345

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 3398**

Signed this 10th day of August 2021

_____

Andreea I. Boscor

American Translators Association
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

