# EXHIBIT D

(1)

Tribunal de Distrito de los Estados Unidos
Para el Distrito de Puerto Rico

RECEIVED

AUG 20 2021

PRIME CLERK LLC

Sr. Pedro Ruiz Villegas
Peticionario

Caso Número 17-3823-LTS

Vs

Distrito de los Estados Unidos
Para Distrito de Puerto Rico
Peticionado.

Por: Prueba de Reclamo
Sobre Demanda bajo
Titulo III Promesa
Promesa Proof of Claim #9778
Sobre: Mocion en Solicitud
y Requerimiento de Informa
cion.

Mocion en Solicitud y Requerimientos de
Información del Distrito de los Estados Unidos
para el Distrito de Puerto Rico

Al Honorable Tribunal:

[   ] Date Stamped Copy Returned
[   ] No Self-Addressed Stamped Envelope
[ U ] No Copy Provided
FR

Comparece el Peticionario muy Respetuosamente
ante este Honorable Tribunal; Expone que para
la fecha del 6 de Julio del 2021, la Abogada que
estaba encargada del Caso, envió un documento al
que esta Adjunto a esta Mocion que redacta
lo Siguiente:

1) Que el Peticionario muy Respetuosamente
ante este Honorable Tribunal; deja Saber que
la Representante legal del Caso, no es mi Abogada
Actual y le Informo a este Honorable Tribunal
que desde el recibo de esta Mocion en
Solicitud y Requerimientos de Información
esperamos que toda Notificación ú Orden

sea enviada directamente al Peticionario
de epigrafe el Sr. Pedro Ruiz Villa
Institución Correccional 216 s-H
Edif - 2
HC-01 Box 71671
Sabana Hoyos. P.R. 00688

2) Que el Peticionario Muy Respetuosamente
ante este Honorable Tribunal. Expone que
el Documento que la Licda; Sonia S. Sierra
Sepúlveda me hizo entrega via Correo
expecifica que llego un Documento Adjunto
relacionado al Proof of claim radicado
por este Peticionario ante la Corte de
quiebras en el caso de Promesa y este
Documento Tambien especifica que el
Estado Persigue que la reclamación enviada
por este Servidor sea denegada. bajo un
Argumento de que el Peticionario omitió
Proporsionar Pruebas evidentes para
apoyar un reclamo Asegurado. Y por lo
espuesto de la Licda; Sonia S. Sierra no
a Intervenido en el Proceso y por lo cual
se pide que este Honorable Tribunal pueda
brindar una Representación Legal que pueda
Proseguir los prosedimientas legales del caso
devido a que el Peticionario no puede
Costear una Representación Legal Privada
por las Condiciones economicas que esta
enfrentando, el cual carece de Bienes y
fortuna que puedan Sufragar los gastos
que ocasiona una Representación Legal
Adecuada por lo Tanto se pide que este
Honorable Tribunal Solicite en Motivo de
Indigencia una Representación Legal

③

su Concecuencia se pueda proceder con los Estatutos del Caso.

3) Que el Peticionario muy Respetuosamente este Honorable Tribunal: Expone que los Documentos que han sido enviados por el Honorable Tribunal le han llegado al Peticionario en Tiempo retrazado devido que han sido enviados directamente al exrepresentante Legal la Licda: Sonia S. Sierra Sepulveda y Todos los Documentos que este Honorable Tribunal enviaba al Peticionario llegaban a sus oficinas y despues la licda: Sonia me enviaba dichos Documento y Cuando el Departamento de Correccion me los entregaba no tenia el Tiempo suficiente Para poder cumplir con los Estatutos de limita cion y por tal Motivo es que estoy dejando saber a este Honorable Tribunal y que Puedan Tener Conocimiento de algun retraso y que Respetablemente me Reconcideren y que pueda proseguir los procedimientos de este Caso.

4) Que el Peticionario muy Respetuosamente ante este Honorable Tribunal: Expone que la Licda: Sonia S. Sierra, expecifica en la Carta que recibi el 6 de Julio del 2021 en Donde hay un Argumento de que el Peticionar onitio proporcionar pruebas evidentes Para apoyar un reclamo asegurado. Respetablemente el Peticionario cumplio con esos requisitos de pruebas: Los Cuales fueron los Siguientes:

1) Proof of claim so as to be Actually received on or Before The Aplicable Bar Date: General Bar Day: May 27, 2018 at 4:00 pm  y eso fue enviado para Marzo, 2018

2) Tribunal de Apelaciones, sobre Revisión Administrativa  caso # PA-1413-14 Codificada P-16.  Sobre cobro de Nominas - 31/8/2016 fue cuando se sometio el Remedio Administrtvo

3) El Peticionario envio el Informe de transacciones del Confinado Desde la Fecha del 6/07/2013 hasta 1/17/2014 en el cual se refleja (7) Nominas. y son las Siguientes:

1) Nom: Junio, 2013  —  $49.06
2) Nom: Julio, 2013  —  $16.00
3) Nom:
4) Nom: Agosto, 2013 — $16.80
5) Nom: Especial, Mayo, 2013 — $95.00
6) Nom: Ebanisteria, Noviembre, 2013 — $46.50
7) Nom: Septiembre, 2013 — $100.00

4) El Peticionario sometio un Remedio Administra- tivo para la fecha del 16 de Julio del 2014 en donde especificaba la reclamación del Pago como Albañil y me informan que me pagaron como Trabajador de Mantenimiento. en el cual me tienen que pagar el restante de lo que esta estipulado como Trabajador. y el Teniente acargo mas el jefe de mi Trabajo me informa que habian Areglado la problematica y que es Cuestión de Espera y llevo más de (6) años en Espera. del proceso.

5) Que el Peticionario muy Respetuosamente ante este Honorable Tribunal: Alega que las condiciones a Nivel Federal las Mociones que han sido Sometidas Tienen que ser Certificadas Lenguage del English.

Muy Respetablemente ante este Honorable Tribunal, el Peticionario deja saber que no tiene los Conocimientos de Poder Certificar la Mocion en el idioma en Ingles y le pide a este Honorable Tribunal que le Asigne un Personal que Represente al Peticionario y pueda Traducir los Documentos Sometidos por el Peticionario devido a que el Peticionario Carece de Bienes y fortuna que puedan Susfragar los Costos de honorarios que Causa esta Mocion por Motivos de Indigencia.

6) Que el Peticionario muy Respetuosamente ante este Honorable Tribunal: Le informa que para la fecha 16 de Julio del 2014, el Peticionario Sometio los Remedios Administrativos y Todo lo que esta relacionado en este Caso de Reclamo de los Pagos de Trabajo Realisados por el Confinado Peticionario. y Además se esta enviando la Dirrección exacta donde este Honorable Tribunal puede enviar las Notificaciones ó Resolucignes de Orden que emita este Honorable Tribunal.

7) Que este Peticionario muy Respetuosamente ante este Honorable Tribunal: Solicita que este Caso sea Evaluado detalladamente y que en Consideración se proceda los procedimientos y que pueda excusar al Peticionario de las Tardanzas que han Surgido Anteriormente

Por el Cual se dijo Saber y Esperamos que
Surja más inconvenientes, al igual
Solicita que esta Honorable Corte
entere que el Estado esta Rechamandose
Bajo la Ley (Promesa) de Quiebras, Cuando
le Solicitan al Departamento de Corrección
que Tienen que hacer un Trabajo de
Construcción é USAN Confinados para dichos
Trabajos y el dinero esta Asignado con
Anticipación, en el Cual si una Compañia
Privada finaliza el Trabajo, les otorgan los
pagos Correspondientes, ¿ Por que si un Confinado
es quien hace el Trabajo no le pagan y dicen
que no hay dinero disponible, Cuando ese
dinero ya ha sido Asignado y USAN Como
excusa que la Junta de Control Fiscal no
quiere enviar el dinero y Hacienda se limita
a pagar. Por Todo lo Cual esperamos que se
Tome una Investigación sobre el Trabajo que
fue realizado y quien otorgo dichos permisos
el cual Respetablemente Tiene que Cumplir
Con los pagos Correspondientes ó que hicieron
Con el dinero Asignado.

Por todo lo Cual Pedimos a Este Honorable
Tribunal que Con lo Planteado se pueda resolver
este Asunto y en su Concecuencia emitir una
Orden "Ha lugar" y que le otorguen los pagos
Correspondientes.

Certifico que lo expuesto en esta Moción
es fiel, exacto y Verdadero y que se le envie
Copia a las partes Pertinentes de la desición
Tomada por este Honorable Tribunal.

## Suplica

Que el Peticionario muy Respetuosamente ante este Honorable Tribunal pide que otorgue una Vista de Comparecencia a las Partes si, es Necesario y que pueda otorgar una Representación Legal al Peticionario por Motivos de Indigencia y que otorgue lo que por ley proceda bajo las leyes del Estado Libre Asociado de Puerto Rico.

Muy Respetuosamente Sometido:

Hoy 29 de Julio del 2021 en Sabana Hoyos P.R. 00688

Respetablemente:

* Pedro Ruiz Villegas
Confinado

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). /**
**Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

MMLID: 503343

| | | | |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED

AUG 2 0 2021

PRIME CLERK

721

## Modified Official Form 410 / Formulario Oficial 410 Modificado
# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| **Part 1 / Parte 1** | **Identify the Claim / Identificar la reclamación** |
|---|---|

| | |
|---|---|
| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | RUIZ VILLEGAS, PEDRO<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor |

721

2. Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
**¿A dónde deberian enviarse las notificaciones al acreedor?**

RUIZ VILLEGAS, PEDRO
LCDA. SONIA SIERRA SEPULVEDA
PO BOX 331031
PONCE, PR 00733-1031

787 - 841 - 0150
787 - 841 - 1055
Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
(if different)
**¿A dónde deberian enviarse los pagos al acreedor?** (En caso de que sea diferente)

721

Pedro Ruiz Villegas
Name / Nombre

50 carr # unit 501 - 1A
Number / Número        Street / Calle

Industrial Luchetti Bayamon PR
City / Ciudad        State / Estado        ZIP Code / Código postal
                     00961 - 7403

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes.  Claim number on court claims registry (if known)
   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
   Sí.  ¿Quién hizo la reclamación anterior?_____

---

**Part 2 / Parte 2:**   Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

   Institucion correccional de P.R.

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

   Vendor / Contract Number | Número de proveedor / contrato:   INt. correccional.

   List any amounts due after the Petition Date (listed above) but before June 30, 2017:
   Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ 300.00

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ 300.00 . Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?

☑ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

---

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Prestacion de Servicios._

---

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir:   _pago de nominas_

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

_____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:**   $_____

**Amount of the claim that is secured /**
**Importe de la reclamación que está garantizado:** $___300.00___

**Amount of the claim that is unsecured /**
**Importe de la reclamación que no está garantizado:** $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
**Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $_____
_____

**Annual Interest Rate** (on the Petition Date)
**_Tasa de interés anual** (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

---

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. **Amount necessary to cure any default as of the Petition Date.**
Sí. **Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso** $_____

---

**12.** Is this claim subject to a right of setoff?

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property /
Sí. Identifique el bien: _pago de domina por m tachago es pereiel._

**13.** Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Pedro Ruiz Villegas_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Pedro_  _Roberto_  _Ruiz Villegas_
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo _confinado_

Company / Compañía _Institucion Correccional P.R_
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _50 carr 5th unit 501_
Number / Número    Street / Calle
_Industrial Luchetti_  _Bayamon P.R-00961-7403_
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto_____ Email / Correo electrónico_____

---

***CUST PR 1845 SRF 54642 PackID: 240 MMLID: 503343-P Svc: 345
RUIZ VILLEGAS, PEDRO
LCDA. SONIA SIERRA SEPULVEDA
PO BOX 331031
PONCE PR 00733-1031

JUN 2 8 2021

2

Anl 0 2

BDN Puerto Rico 1845 SRF 22380 SVC: MML PACK ID: 33716 MML ID: 503343

F2R4-0033721
RUIZ VILLEGAS, PEDRO
LCDA. SONIA SIERRA SEPULVEDA
PO BOX 331031
PONCE, PR 00733-1031

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE
APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time

Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand
delivery/Para enviar por mensajería o
entrega al siguiente día:**

Refer to "Section 6 -- Where and How
to File" in the enclosed notice for
additional locations in the
Commonwealth accepting hand
delivery of completed proof of claim
forms.

Consulte la "Sección 6: Para ver dónde
y cómo presentar su formulario"
del aviso adjunto. Habran varias
ubicaciones en el Commonwealth
donde se aceptara la entrega de estos
formularios de prueba de reclamo
completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944
(international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un
correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RUIZ VILLEGAS, PEDRO | 9778 | 5/1/2018 | Commonwealth of Puerto Rico | $300.00 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RUIZ VILLEGAS, PEDRO | 9778 | 5/1/2018 | Commonwealth of Puerto Rico | $300.00 |
| Base para: | El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

From: Pedro Ruiz Villegas 2-H10
Inf. Cor. 216 S-H
HC-01 Box 11671
Sabana Hoyos, PR. 00688

**Drug Free USA**

**FOREVER**

**RECEIVED**

**AUG 20 2021**

**PRIME CLERK LLC**

To: Commwealth of Puerto Rico
Claims Processing Center
C/o: Prime Clerk LLC
Grand Central Station P.O.Box 4708
New York, NY 10163-4708

1016384208 8068

(1)

*United States District Court*

*for the District of Puerto Rico*

[stamp:] RECEIVED
**AUG 20 2021**
PRIME CLERK LLC

[seal:]
Sabana Hoyos Correctional Institution
Commonwealth of Puerto Rico
DEPARTMENT OF CORRECTION
AND REHABILITATION
PUERTO RICO
216
Criminal Record

*Mr. Pedro Ruiz Villegas*

*Petitioner*

*Case No. 17-3823-LTS*

*vs.*

*United States District [Court]*

*For the District of Puerto Rico*

*Respondent*

*For: Proof of Claim on Lawsuit under Title III,*

*PROMESA [Puerto Rico Oversight, Management,*

*and Economic Stability Act]*

*PROMESA Proof of Claim # 9778*

*on Motion on Petition and Request for*

*Information*

[barcode:]
170328380104701

*Motion on Petition and Requests for Information from the United States District [Court]*
*for the District of Puerto Rico*

*To the Honorable Court*

**[  ] Date Stamped Copy Returned**
**[  ] No Self-Addressed Stamped Envelope**
**[ ✓ ] No Copy Provided**

*The Petitioner now most respectfully appears before this Honorable Court. He states that on*
*July 6, 2021, the attorney who was in charge of the case sent a document which is attached to this motion.*
*This motion reads as follows:*

*1) The Petitioner most respectively informs this Honorable Court that the legal representative of*
*the case is not my current attorney, and I hereby inform this Honorable Court that as of the receipt of this*
*Motion on Petition and Request for Information we expect all notifications or orders*

(2)

*to be sent directly to the Petitioner identified in the caption,*

*Mr. Pedro Ruiz Villegas*

*Institución Correccional 216 S.H.*

*Edif. – 2*

*HC-01 Box 71671*

*Sabana Hoyos, PR 00688*

[seal:]
Sabana Hoyos Correctional Institution
Commonwealth of Puerto Rico
DEPARTMENT OF CORRECTION
AND REHABILITATION
PUERTO RICO
216
Criminal Record

*2) The Petitioner most respectfully states to this Honorable Court that the document Attorney Sonia S. Sierra Sepúlveda sent me by mail specifies that an attached document arrived related to the Proof of Claim filed by this Petitioner with the Bankruptcy Court in the PROMESA case, and said document also specifies that the Commonwealth is seeking to disallow the claim I sent, by arguing the Petitioner failed to provide prima facie evidence to support a secured claim. According to what Attorney Sonia S. Sierra stated, she has not intervened in the case. It is therefore requested that this Honorable Court provide a legal representation that will be able to pursue the appropriate legal procedures, due to the fact that the Petitioner cannot afford the cost of Private Legal Representation, on account of the economic conditions he is facing. He has no assets or wealth to defray the expenses occasioned by an adequate legal representation. He therefore petitions that this Honorable Court, based on Indigency, request a legal representation*

(3)

[seal:]
Sabana Hoyos Correctional Institution
Commonwealth of Puerto Rico
DEPARTMENT OF CORRECTION
AND REHABILITATION
PUERTO RICO
216
Criminal Record

*and thus be able to proceed with the applicable Statutes* [sic].

*3) The Petitioner most respectfully appears before this Honorable Court and states that the documents that have been sent by the Honorable Court have been received by the Petitioner with a delay in time, because they have been sent directly to the legal representative, Attorney Sonia S. Sierra Sepúlveda, and all the documents this Honorable Court was sending to the Petitioner arrived at her offices. And after that Attorney Sonia would send those documents to me. And when the Department of Correction would give them to me, I did not have sufficient time to comply with the Statutes of Limitation. For that reason, I am making it known to this Honorable Court and so that you may be aware of any delay, and that you respectfully reconsider me, and allow me to pursue the procedures in this case.*

*4) The Petitioner most respectfully states to this Honorable Court that Attorney Sonia S. Sierra makes a statement in the letter I received on July 6, 2021, where there is an argument that the Petitioner failed to provide prima facie evidence to support a secured claim.*

*Respectfully, the Petitioner met those evidentiary requirements:*

*Which were as follows:*

(4)

[seal:]
Sabana Hoyos Correctional Institution
Commonwealth of Puerto Rico
DEPARTMENT OF CORRECTION
AND REHABILITATION
PUERTO RICO
216
Criminal Record

*(1) Proof of Claim so as to be Actually Received on or Before the Aplicable* [sic] *Bar Date: General Bar Day: May 29, 2018 at 4:00 p.m. It was sent on March 2, 2018.*

*(2) Court of Appeals, regarding Administrative Review, Case # PA-9413-94, Codified P-16, regarding collection of Payroll – 8/31/16, which is when the Administrative Remedy was submitted.*

*(3) The Petitioner sent the Report of Transactions of the Inmate as of 6/07/2013 and up until 1/17/2014, which reflects (7) payroll periods, which are as follows:*

*1) Payroll: June 2013 – $49.16*
*2) Payroll: July 2013 – $16.00*
*3) Payroll:*
*4) Payroll: August 2013 – $16.80*
*5) Payroll: Special, May 2013 – $95.00*
*6) Payroll: Carpentry, November 2013 – $46.50*
*7) Payroll: September 2013 – $100.00*

*(4) The Petitioner submitted an Administrative Remedy on July 16, 2014, which specified a claim for payment as a construction worker, and I was informed that I was paid as a maintenance worker, on which they have to pay me the rest of what is stipulated as a worker, and the Lieutenant in charge plus the boss for my work are telling me that they had fixed the problem, and that it's a matter of waiting, and I've been waiting for more than (6) years of the process.*

(5)

[seal:]
Sabana Hoyos Correctional Institution
Commonwealth of Puerto Rico
DEPARTMENT OF CORRECTION
AND REHABILITATION
PUERTO RICO
216
Criminal Record

5) The Petitioner most respectfully alleges to this Honorable Court that the conditions at the Federal level of motions that have been submitted have to be certified in the English language.

The Petitioner most respectfully makes known to you that he does not have the knowledge to be able to certify the Motion in the English language, and he asks this Honorable Court to assign a person to him to represent the Petitioner and be able to translate the documents submitted by the Petitioner, given that the Petitioner lacks the assets and wealth to be able to defray the costs of the professional fees generated by this Motion, due to Indigency.

6) The Petitioner most respectfully informs this Honorable Court that on July 16, 2014, the Petitioner submitted the Administrative Remedies and everything related to this case of a Claim for Payment of Work performed by the inmate Petitioner. I am also sending the exact address where this Honorable Court can send the Notifications or Order Decisions issued by this Honorable Court.

7) The Petitioner most respectfully requests of this Honorable Court that this case be evaluated in detail, and that in consideration thereof, the procedures go forward, and that the Petitioner may be excused for the lateness that has occurred before,

(6)

[seal:]
Sabana Hoyos Correctional Institution
Commonwealth of Puerto Rico
DEPARTMENT OF CORRECTION
AND REHABILITATION
PUERTO RICO
216
Criminal Record

*of which I informed you, and we hope that more problems do not occur. It is also requested that this Honorable Court become aware that the Commonwealth is making a claim under the law (PROMESA) on bankruptcy. When the Department of Correction is asked that they have to do construction work and they use inmates for that work, and the money is allocated in advance, on which, if a private company finishes the work, they give them the corresponding payments. Why, if an inmate is the one that does the work, don't they pay him? And they say that there is no money available, when that money has already been allocated, and they use, as an excuse, that the Fiscal Control Board does not want to send the money and the Treasury limits itself in paying. For all these reasons we hope that an investigation will be made on the work that was done and who granted these permits and respectfully has to make the corresponding payments, or what did they do with the allocated money?*

*For all of the foregoing reasons, we ask this Honorable Court, with what is stated above, to decide this matter, and, as a consequence, issue an order "finding merit," and granting the corresponding payments.*

*I certify that what is set forth in this motion is true, accurate, and correct, and [ask] that a copy of the decision taken by this Honorable Court be sent to the pertinent parties.*

(7)

*Prayer for Relief*

*The Petitioner most respectfully prays to this Honorable Court that it grant a hearing for the Parties to appear, if necessary, and to be able to grant the Petitioner a Legal Representation on the Grounds of Indigency, and to grant what is legally appropriate under the laws of the Commonwealth of Puerto Rico.*

*Most respectfully submitted.*

*This 29<u>th</u> day of <u>July</u> of 2021*

*in Sabana Hoyos PR 00688*

[seal:]
Sabana Hoyos Correctional Institution
Commonwealth of Puerto Rico
DEPARTMENT OF CORRECTION
AND REHABILITATION
PUERTO RICO
216
Criminal Record

*Respectfully,*

*\* <u>Pedro Ruiz Villegas</u>*

*<u>Inmate</u>*

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). | | | |
|---|---|---|---|
| ☑ | Commonwealth of Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

MMLID: 503343

[stamp:] RECEIVED
**AUG 20 2021**
PRIME CLERK

721

Modified Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact information** that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after being analyzed. If the documents are not available, explain in an attachment.

**Fill in all the information about the claim as of the Petition Date.**

**Fill in all the information about the claim as of the Petition Date.**

| Part 1 | Identify the Claim |
|---|---|
| 1. **Who is the current creditor?** | RUIZ VILLEGAS, PEDRO<br>Name of the current creditor (the person or entity to be paid for this claim)          721<br><br>Other names the creditor used with the debtor |

Modified Official Form 410                 Proof of Claim                 page 1

| 2. | Has this claim been acquired from someone else? | ☑ No<br>❑ Yes. From whom? _____ | |
|---|---|---|---|

| 3. | Where should notices and payments to the creditor be sent? | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|---|---|
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | RUIZ VILLEGAS, PEDRO<br>LCDA. SONIA SIERRA SEPULVEDA<br>PO BOX 331031 | 721<br>*Pedro Ruiz Villegas* _____<br>Name |
| | **Where should notices and payments to the creditor be sent?** | PONCE, PR 00733-1031 | *50 Carr # Unit 501-1-A* _____<br>Number          Street |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | *787-841-0150*<br>*787-841-1055* _____<br>Contact phone | *Industrial Luchetti Bayamon PR 00961-7403*<br>City          State          ZIP Code<br><br>_____<br>Contact phone |
| | | _____<br>Contact email | _____<br>Contact email |

| 4. | Does this claim amend one already filed? | ☑ No<br>❑ Yes. Claim number on court claims registry (if known) _____<br>Filed on _____ (MM/DD/YYYY) |
|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>❑ Yes. Who made the earlier filing? _____ |
|---|---|---|

| **Part 2** | **Give Information About the Claim as of the Petition Date**<br>Fill in all information about the claim as of the petition date. |
|---|---|

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico? | ❑ No<br>☑ Yes. Identify the agency or department and contact name (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primaclerk.com/puertorico/).<br>Yes. Identify the agency or department and name of the representative. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/).<br><br>*Correctional Institution of Puerto Rico* _____ |
|---|---|---|

| 7. | Do you supply goods and / or services to the government? | ☑ No<br><br>❑ Yes. Provide the additional information set forth below<br><br>Vendor / Contract Number: *Correctional Institution* _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>$ *300.00* |
|---|---|---|

| | |
|---|---|
| **8.  How much is the claim?** | $ *300.00* | **Does this amount include interest or other charges?**<br>☑ No<br><br>❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). Yes. Attach a statement with itemized interest, as well as professional fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**9.  What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

*Provision of services*

**10. Is all or part of the claim secured?**

❑ No

☑ Yes. The claim is secured by a lien on property.

  **Nature of property:**

  ❑ Motor vehicle / Vehicles

  ❑ Other. Describe: *payment of payroll*

  **Basis for perfection** _____

  _____

  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  **Value of property:** $_____

  **Amount of the claim that is secured** $ *300.00*

  **Amount of the claim that is unsecured** $_____
  (The sum of the secured and unsecured amounts should match the amount in line 7.)

  **Amount necessary to cure any default as of the Petition Date** $ _____

  **Annual Interest Rate** (on the Petition Date) ____%
  ❑ Fixed
  ❑ Variable

**11
  Is this claim based on a lease?**

☑ No

❑ Yes. **Amount necessary to cure any default as of the Petition Date** $ _____

| 12. Is this claim subject to a right of setoff? | ❏ No<br>☑ Yes, Identify the property *Payment of payroll for special work.* |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No<br>❏ Yes. **Indicate the amount of your claim arising from the value of any goods $ _____**<br>**received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.** |

| Part 3 | Sign below |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>**The person completing this proof of claim must sign and date it. FRBP 9011(b).**<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes the court to establish local rules specifying what is deemed to constitute a signature. | *Check the appropriate box*<br><br>☑ I am the creditor.<br>❏ I am the creditor's attorney or authorized agent.<br>❏ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.<br>❏ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>I have read the information in this *Proof of Claim* and I have reasonable grounds to assume that the information es true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date / Executed on _____ (MM/DD/YYYY)<br><br>      Signature [signature] _____<br><br>**Print the name of the person who is completing and signing this claim:**<br><br>Name _____<br>             *Pedro*         *Roberto*       *Ruiz Villegas*<br>             First name       Middle name      Last name<br><br>Title _____*inmate*_____<br><br>Company _____*Correctional Institution, Puerto Rico*_____<br>              Identify the corporate servicer as the company if the authorized agent is a servicer.<br><br>Address *50 Carr # Unit 501-1-A*_____<br>       Number       Street<br><br>     *Industrial Luchetti*     *Bayamon*      *PR 00961-7403*<br>        City           State         ZIP Code<br><br>Contact phone _____ Email _____ |

\*\*\*CUST PR 1845 SRF 54642 PackID: 240 MMLID: 503343-P Svc: 345
RUIZ VILLEGAS, PEDRO
LCDA. SONIA SIERRA SEPULVEDA
PO BOX 331031
PONCE PR 00733-1031

JUN 28 2021

2

MAR 02

BDN Puerto Rico 1845 SRF 22380 SVC: MML PACK ID: 33716 MML ID: 503343

F2R4-0033721
RUIZ VILLEGAS, PEDRO
LCDA. SONIA SIERRA SEPULVEDA
PO BOX 331031
PONCE, PR 00733-1031

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE
APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time

Please send completed Proof(s) of Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery:**

Refer to "Section 6 -- Where and How to
File" in the enclosed notice for additional
locations in the Commonwealth accepting
hand delivery of completed proof of claim
forms.

Refer to "Section 6: To See Where and How
to File your Form." There will be several
locations in the Commonwealth where the
delivery of these proof of claim form will be
accepted.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944 (international),
email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|------------------------|
| RUIZ VILLEGAS, PEDRO | 9778 | 5/1/2018 | Commonwealth of Puerto Rico | $300.00 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copies of the Omnibus Objection and all filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have a question, contact Prime Clerk LLC by calling (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for overseas callers), available 10:00 a.m. to 7:00 p.m. (AST) (we speak Spanish).**

