# EXHIBIT E

martes 27 de Julio del 2021

Reclamación 6725

No incluye las reclamenciones 7490 ni la 7415, las cantidades no estan duplicadas.

De: Félix Rivera Clemente

A: Prime Clerk LLC

RECEIVED
JUL 1 2 2021
PRIME CLERK

Asunto: Demanda de Félix Rivera Clemente contra el Departamento de Transportación y Obras Públicas Div. Regulación de Transito (Gobierno de Puerto Rico).

Por Traslado involuntario por escribirle un memorando al Rotulista Angel Rafael Boria Figueroa yo siendo su supervisor en mayo 7 del 2007

Félix Rivera Clemente (Supervisor de Talleres de Rotulos.) en el Departamento de Transportación y obras Públicas.

Radicación de Demanda:
fue radicada en el Departamento del Trabajo en la Calle San Justo en el viejo San Juan que se encuentra ahora entre la Avenida Luis Muñoz Rivera y Ave. Juan Ponce DeLeon en HatoRey Piso 6.

Si en el Departamento de Transportación
y Obras Publicas (División de Regulación de
Transito en la Avenida José De Diego intersección
Calle Bori ) no quieres pertenecer al
Punto de venta de Drogas antes en la calle
8838.

1) Te fabrican casos
2) Te persiguen para que renuncies a
   Regulación de Transito.


Falta Documento
que me enviarón de la Oficina de
Recursos Humano piso 5 Torre Sur
del Departamento de Transportación y
Obras Publicas Gobierno Estatal
Adonde un Siquiatra o Sicologa
Para un examen para que indicara
Si yo estaba preparado para ser supervisor
del Taller de Rotulos.

La Demanda de Traslado involuntario
Se radico en el Departamento del Trabajo
de la Calle San Justo en el viejo San Juan
por Traslado involuntario contra el
Departamento de Transportación y Obras
Publicas División Regulación de Transito

Nos enviaron a: ORHELA
Oficina de Recursos Humanos
del Estado libre Asociado P.O. Box 8476
San Juan, Puerto Rico 00910-8476
Metro Office Park
Calle 1 Lote 18
Guaynabo, Puerto Rico
Tel. (787) 781-4300
Sarah, Irizarry Cruz
    Mediadora

Regresamos sin acuerdo al Depto. del Trabajo
que nos enviaron nuevamente para ver medio
rapido a:

La Comisión Apelativa del Servicio Publico
en la Avenida Ponce De Leon intersección
calle Hipodromo Parada 20 en Santurce
San Juan, Puerto Rico 00919-2394.
Hasta el presente. Tel. 787-721-5739.

Reclamación 67/96

Se encuentra la Resolución en:

Estado libre Asociado de Puerto Rico

Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Público

Avenida Juan Ponce De León 268 Hato Rey Center Suite 600

P.O. Box 192394, San Juan, P.R. 00919-2394

Tel. 787-721-5739 fax 787-725-1242

http.//www.casarh.gobierno.pr.

Número de Caso: 2007-05-1167

Traslado involuntario

Felix Rivera Clemente
        V.S.

Departamento de Transportación y Obras Públicas Gobierno Estatal

División de Regulación de Transito
   Tel. 787-751-2025
       ext. 33223 y 33222

A           :      Comisión Apelativa del Servicio Público del
                   Estado Libre Asociado de Puerto Rico
                   P.O. Box 41149
                   San Juan, PR 00940-1149
                   (787) 723-4242 - 723-4699
                   http://www.casp.pr.gov

DE          :      Félix Rivera Clemente vs. D.T.O.P.

SOBRE       :      Caso #2007-05-1167 - Traslados

FECHA       :      14 de octubre de 2011

## MOCIÓN INFORMATIVA

Solicitando vista para solicitar el cierre y sentencia con perjuicio del caso de referencia, porque la parte apelada no cumplió con lo ordenado por la Honorable Comisionada Asociada Carmen T. Lugo Somolinos, solicitado por escrito el 14 de julio de 2011.

Solicito el cierre del caso, la sentencia y la resolución del caso y que le ordene al D.T.O.P. me pague lo solicitado al D.T.O.P. - $60,000,000.00.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

8 de mayo de 2007

Sr. Angel R. Boria Figueroa
Rotulista

Manuel Salcedo Ortega, PE
Director Interino
Oficina Regulación de Tránsito

Arthur Dones Negrón
Jefe, Area de Construcción
Oficina Regulación de Tránsito

Félix Rivera Clemente
Supervisor del Taller de Rótulos

**INSUBORDINACION**

Uso excesivo del celular en horas de trabajo.

Desaparecerse del taller ocasionalmente sin autorización.

Amenaza.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

# MINUTA DE REUNIÓN

**FECHA :**   18 de julio de 2007
**HORA :**   9:50 AM
**LUGAR :**   Oficina del Sr. Félix Rivera Clemente

**PRESENTES:**

**Ing. Manuel Salcedo Ortega – Director Interino**
**Sr. Benjamín Rivera Ramos – Jefe Administrativo**
**Sr. Félix Rivera Clemente– Supervisor Taller de Rotulación**
**Sra. Minerva Valentín Miranda – Secretaria del Director**

**ASUNTOS:**   **ACCIÓN SEGÚN SEÑALADA POR EL
PROGRAMA AYUDA AL EMPLEADO**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

❖

El Ing. Manuel Salcedo comenzó la reunión indicando que el 17 de julio de 2007 recibió una llamada de la Sra. Aida Rossy, Trabajadora Social de PAE, donde le informa que estaba trabajando el caso del Sr. Félix Rivera Clemente vs. Trabajadores del Taller de Rotulación. Se señaló, por esta persona, que dadas las circunstancias emitidas por esta oficina y las partes envueltas, que la acción pertinente es mover del taller al Sr. Félix Rivera Clemente para evitar sucesos contraproducentes, según palabras de la Sra. Rossy. Esta acción debe mantenerse hasta que el caso se vea en su fondo en los foros pertinentes. ¿Estamos claros?, preguntó el Ing. Salcedo.

El Sr. Félix Rivera contestó: -"Cómo debe haber problemas si ellos están en el Taller y yo no les doy directrices a ellos. Es Carlos Román el que les da las instrucciones. No se está siguiendo el procedimiento como se debe seguir. Todos van donde Carlos Román, no vienen donde mí. No se está haciendo como se escribió. Me

*MINUTA DE REUNIÓN*                                          **( 2 de 2 )**
*18 DE JULIO DE 2007*

dan las cosas por escrito, se escriben unas cosas y se están haciendo otras.  No me
voy para la oficina de Edgardo.  No tengo nada que ver con ellos.   No tengo
interferencia con ellos"-.

El Ing. Salcedo le contestó: -"Ella me lo dijo, yo sólo sigo instrucciones"-.

El Sr. Félix Rivera indicó que la Sra. Rossy es ☎ de Boria, o que hay una relación
familiar.  Que estaban haciendo todo a lo loco.  El Ing. Salcedo y el Sr. Benjamín
Rivera indicaron que desconocían que fueran familia.  El Ing. Salcedo quedó en
informarse con relación a esa situación.

*[handwritten: prima y vecina]*

Luego el Ing. Salcedo indicó que los trabajos del Taller se van a mantener con la
misma condición de que el Sr. Félix Rivera canalizará los trabajos a
través del Sr. Carlos Román.

El Ing. Salcedo procedió a explicarle al Sr. Félix Rivera que: -"los trabajos del 25 de
Julio no pasaron por tus manos, eso fue responsabilidad mía.  Yo fui quien lo hice"-.
Y le volvió a aclarar: -"dada la circunstancia todo debe pasar por tus manos a través
de Carlos Román"-.

El Sr. Félix Rivera le indicó al Ing. Salcedo:  -"Me quedo en mi oficina porque yo no
estoy dándole instrucciones a ellos"-.

El Ing. Salcedo le contestó: -"Son instrucciones de Recursos Humanos, no se puede
violentar las instrucciones"-.

Se dió por finalizada la reunión a las 10:10 AM

❖

*MSO/MVM/lar*

**Miércoles 1 de agosto de 2007**

Oficina de Ética Gubernamental
Sra. Wanda M. Sierra Nieves
Oficial Ejecutivo I.


     Yo Félix Rivera Clemente Supervisor del Taller de Rótulos del Departamento de Transportación y Obras Públicas División de Regulación de Tránsito quiero hacer una querella para que se investigue decisión tomada por Aida Iris Rossy Trabajadora Social de la Oficina de Relaciones Industriales PAE con relación a situación ocurrida el lunes 7 de mayo de 2007 en el Taller de Rótulos debido a que en el rotulista con quien fue la situación es primo de ella, las abuelas maternas de Angel R. Boria Rotulista y la Sra. Aida Iris Rossy son hermanas y ella debió de excluirse del caso y no tomar ninguna decisión y menos la de sacarme de mi oficina del Taller de Rótulos para complacer a Boria por memo que yo le escribiera el martes 7 de mayo de 2007 de lo cual incluyo copia.

Ética Gubernamental
Oficina de Auditoria Interna
Tel. (787) 722-2929
ext. 2531 o' 2164
entregue Oficina de etica
a/Sr.                el/miercoles 8 de Agosto 0-

ORHELA-CMC-6
Mayo 2006

✠ORHELA

Estado Libre Asociado de Puerto Rico
### OFICINA DE RECURSOS HUMANOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO
Centro de Mediación de Conflictos
PO Box 8476, San Juan, PR 00910-8476

## NOTIFICACION PARA MEDIACION

| | |
|---|---|
| Félix Rivera Clemente<br>Apelante | **2007-05-1167-465**<br>NUM. CASO CMC |
| **Vs.** | **2007-05-1167**<br>NUM. CASO CASARH |
| DTOP<br>Apelada | 19 de julio de 2007<br>Fecha |

Félix Rivera Clemente
Apelante
HC-01 Box 9045,
Loiza, PR  00772

Sarah D. Irizarry
Nombre Mediador(a) del Caso

Estimado(a) señor(a) Rivera:

Este caso fue referido por la CASARH a nuestro Centro de Mediación.  Le estamos citando para la reunión de mediación del proceso para el **16 de agosto de 2007**, a la(s) **10:00 a.m**. en nuestras facilidades.

Si usted no puede asistir a esta cita, si resuelve la situación antes de la misma o si tiene alguna duda puede comunicarse al Centro a través del **(787) 781-4300, extensiones 2201 ó 3050.**

Cordialmente,

Sarah D. Irizarry Cruz, Mediadora
Director(a) Auxiliar del Centro
o  Persona Autorizada

| PARA USO DEL CENTRO DE MEDIACION DE CONFLICTOS | |
|---|---|
| **Enviado por:** ☐ Correo   ☐ Personal   ☐ Otro_____ | |
| ☐ No se remitió al Centro nombre de representante legal alguno por parte de la persona citada. | |
| ☐ Se remitió copia de esta citación al representante legal de la persona a la siguiente dirección: | |
| _____<br>_____ | |



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

17 de julio de 2007

**Confidencial**

Sr. Félix Rivera Clemente
Supervisor de Taller de Rótulos y Señales de Tránsito
Oficina de Señales de Tránsito

Señor Rivera Clemente:

El 27 de junio de 2007, usted asistió a una investigación informal en esta Oficina debido a varias situaciones ocurridas con personal del Taller de Rótulos. Realizado el análisis de los hechos presentados tanto por usted cómo por empleados de la Oficina de Señales de Tránsito, se demuestra que usted presenta problemas en la ejecución de sus tareas. Por cuanto, hemos determinado referirlo al Programa de Ayuda al Empleado. Con el propósito de que sea referido a un Médico Ocupacional que nos indique si está capacitado para desempeñar las funciones esenciales de su puesto.

Esta determinación está basada en lo establecido en el Artículo 6, Sección 6.6, Disposiciones sobre Retención, Inciso 9(b) de la Ley Número 184 del 3 de agosto de 2004, según enmendada.

De usted no estar de acuerdo con esta determinación podrá solicitar vista administrativa en o antes de diez (10) días laborables. Contados a partir del recibo de esta comunicación.

Atentamente,

Marta E. Dávila Torres
Directora Interina
Oficina de Recursos Humanos

FIRMA: _Félix Rivera Clemente_
FECHA: _2/8/07_
TESTIGO: _____
FAVOR DEVOLVER ESTA COPIA A LA OFICINA DE RECURSOS HUMANOS, UNA VEZ EL EMPLEADO HAYA FIRMADO



ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

9 de noviembre de 2007

Sr. Félix Rivera Clemente
Supervisor de Señales de Tránsito
Oficina Regulación de Tránsito

Ing. Wilson Avilés Larriuz
Director
Oficina Regulación de Tránsito

Marta E. Dávila Torres
Directora
Oficina de Recursos Humanos

***CITACION***

El 6 de noviembre de 2007, se suscitó un incidente con Usted en la Oficina de Regulación de Transito que llamar a la Policía de Puerto Rico. Por el cual fue necesario y se radicó la querella núm. Q- 2007- 1- 162-143665. Este incidente provocó que los empleados de dicha Oficina se sintieran inseguros para ejecutar sus tareas.

Velando por la seguridad y el clima laboral adecuado para los empleados de Regulación y Tránsito, lo estamos citando previo a reportarse a sus labores, a esta Oficina donde será atendido por esta servidora y la Sra. Gladys N. Fuentes Cruz de la Sección de Estudios Especiales.

Su asistencia es una compulsoria.

*Martes 6 de Noviembre 07 a las 3:00 P.M.*

APARTADO 41269, SAN JUAN, PUERTO RICO 00940 - 1269 • TEL. (787) 722-2929 FAX: (787) 728-8963

Ext. 2184



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

9 de noviembre de 2007

Sr. Félix Rivera Clemente
HC- 01 Box 7630
Loíza, PR 00772-9743

**CITACION**

El 6 de noviembre de 2007, se suscitó un incidente con Usted en la Oficina de Regulación de Transito que llamar a la Policía de Puerto Rico.  Por el cual fue necesario y se  radicó la querella núm. Q- 2007- 1- 162-143665.  Este incidente provocó que los empleados de dicha Oficina se sintieran inseguros para ejecutar sus tareas.

Velando por la seguridad y el clima laboral adecuado para los empleados de Regulación y Tránsito, lo estamos citando previo a reportarse a sus labores, a esta Oficina donde será atendido por esta servidora y la Sra. Gladys N. Fuentes Cruz de la Sección de Estudios Especiales.

Su asistencia es una compulsoria.

Cordialmente,

Marta E. Dávila Torres
Directora
Oficina de Recursos Humanos



Estado Libre Asociado de Puerto Rico
**COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL SERVICIO PÚBLICO**
PO Box 9023990, San Juan, PR 00902-3990
Tel. 787-721-5739 Fax. 787-725-1242
http://www.casarh.gobierno.pr

*Félix Rivera Clemente*
Nombre y Dos Apellidos

Número de Caso: *2007-05-1167*

*Estatal* vs.
*Departamento de Transportación*
*y Obras Públicas (Div. Requlación Transito)*
*Estatal*
Nombre de la Agencia o Municipio

Materia: *Traslado luego de hacer*
*meno o empleado*
*(me quita ven derechos Adquiridos)*

### NO ACEPTACIÓN DE SERVICIO DE MEDIACIÓN

La Comisión Apelativa provee los servicios de mediación, en ocasiones, en conjunto con la Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico, ("ORHELA") preferiblemente en las áreas de clasificación, retribución, reclutamiento y selección, ascenso, traslado, descenso y retención, para acogerse a este servicio rápido, imparcial, confidencial y sin costo, favor de llenar la solicitud a continuación.

**A LA HONORABLE COMISIÓN:**

Comparece la parte *1* de epígrafe y muy respetuosamente expone, alega y solicita lo siguiente:

1) Yo, *Félix* , *Rivera Clemente* , en la apelación de epígrafe, no intereso acogerme al Programa de Mediación según regulado por el Reglamento #6993. Reconozco y entiendo que es un proceso confidencial, rápido, imparcial y sin costo.

2) Solicito que mi apelación continúe bajo el procedimiento ordinario establecido en el Reglamento Procesal #7313.

**CERTIFICO** que notifiqué en este mismo día copia del presente escrito a la otra parte de epígrafe a su dirección de record.

**RESPETUOSAMENTE SOMETIDO**

En *San Juan* , Puerto Rico a *24 Junio 07* .

*Félix Rivera Clemente*
**Firma**

Nombre *Félix Rivera Clemente*
Dirección: *HC-01 Box 9845*
*Loiza, P.R. 00772*
Teléfono: *787-358-5967* Facsímile: _____
Correo electrónico: _____

Revisado en Abril de 2007



**Estado Libre Asociado de Puerto Rico**
**COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE**
**RECURSOS HUMANOS DEL SERVICIO PÚBLICO**
PO Box 9023990
San Juan,  PR 00902-3990
Tel: (787) 721-5739
Internet: http:www.casarh.gobierno.pr

---

FELIX RIVERA CLEMENTE

Apelante

CASO NUM. 2007-05-1167

Vs.

DEPTO DE TRANSPORTACIÓN Y
OBRAS PÚBLICAS
Apelado

TRASLADOS

Materia

## - O R D E N -

**A LA PARTE APELADA:**

La Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Público, tuvo ante su consideración la apelación de epígrafe y acordó:

"El Artículo 13.13(8) de la Ley Núm. 184 de 3 de agosto de 2004, según enmendada, establece que la Comisión fomentará el uso de métodos alternos de solución de disputas como mecanismo para resolver controversias que surjan de este capítulo. La Comisión Apelativa llegó a un acuerdo con la Oficina de Recursos Humanos del E.L.A. (O.R.H.E.L.A.) para proveer dicho servicio en las apelaciones radicadas en varias materias a partir del 1 de enero de 2005. La presente apelación cualifica para el proceso.

Por la presente se le ordena que en un término de quince (15) días calendarios, a partir del archivo en autos de la presente, llene y radique la parte del formulario anejado que seleccionen, a saber: "Solicitud Voluntaria de Servicio de Mediación" o el de "No Aceptación de Servicio de Mediación".  También podrán obtener los formularios en nuestra página de Internet www.casarh.gobierno.pr, y en la Secretaría de la Comisión. Para información relacionada refiérase al Reglamento del Programa de Mediación #6983 y al Memorando Especial 2-2006 también disponibles en nuestra página de Internet y en la Secretaría.

Se le apercibe que el injustificado incumplimiento de lo ordenado, puede dar lugar a la imposición de sanciones económicas de treinta ($30) dólares hasta trescientos ($300) dólares por cada imposición separada a la parte o a su abogado, e inclusive proceder con la desestimación y archivo **con perjuicio,** al amparo de las disposiciones del Reglamento Procesal #7313 de la Comisión Apelativa, Artículo 2.9, Sección 13.9(9) y 13.9(11) de la Ley Núm. 184 del 3 de agosto de 2004, según enmendada y la Sección 3.21 de la Ley Núm. 170 de 12 de agosto de 1988, según enmendada. "

**NOTIFIQUESE.**

En San Juan, Puerto Rico, a  22 de mayo de 2007.

ORHELA-CMC-
Abril 2006

Estado Libre Asociado de Puerto Rico
OFICINA DE RECURSOS HUMANOS DEL ESTADO LIBRE ASOCIADO DE PUERTO RICO
Centro de Mediación de Conflictos
PO Box 8476, San Juan, PR 00910-8476

## INFORME SOBRE RESULTADO DE SERVICIO DE MEDIACION

Félix Rivera Clemente vs. DTOP
2007-05-1167
**NUM. CASO CASARH**

2007-05-1167-465
**NUM. CASO CMC**

Agencia o Entidad:     DTOP

Representante:          Lcdo. Ariel Félix

**Nombre Participantes del Caso:**

**Sr. Félix Rivera Clemente (apelante)**

Lcdo. Ariel Félix (Repres.Apelada)

En relación con el caso de epígrafe y conforme a los reglamentos de la CASARH y de la ORHELA, dicho caso:

- [ ] Caso orientado sin llegar a mediación

- [ ] Una de las partes o ninguna asistió a la orientación

- [X] Caso cerrado y mediado sin acuerdo

- [ ] Caso archivado (no completó la mediación)

- [ ] Otro:_____

- [ ] Caso cerrado y mediado con acuerdo
  Explique:

**Las partes se reunieron en el proceso de mediación, pero no pudieron llegar a un acuerdo.**
**Se devuelve el caso a la CASARH como mediado sin acuerdo.**

**Firma del (los) Mediador (es):**

Sarah D. Irizarry Cruz, Mediadora

29 de agosto de 2007

**Certifico correcto:**

Lcdo. Yamil Marrero Viera
Firma Director(a) Auxiliar del Centro

29 de agosto de 2007
Fecha

COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE
RECURSOS HUMANOS DEL SERVICIO PÚBLICO
PO Box 9023990
San Juan, PR 00902-3990
Tel: (787) 721-5739
Internet: http:www.casarh.gobierno.pr

RECIBIDO

JUN 27 AM 9 31

FELIX RIVERA CLEMENTE

Apelante

Vs.

DEPTO DE TRANSPORTACIÓN Y
OBRAS PÚBLICAS
Apelado

CASO NUM. 2007-05-1167

TRASLADOS

Materia

## - ORDEN DE DESVÍO AL PROGRAMA DE MEDIACIÓN-

A LAS PARTES DE EPÍGRAFE:

La Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Público, ("CASARH"), tuvo ante su consideración la apelación de epígrafe y acordó:

El 30 de mayo de 2007, la parte apelante de epígrafe solicitó los servicios del Programa de Mediación, a tenor con el Reglamento #6983 se evaluó la referida solicitud con la correspondiente apelación, y se ordena el desvío de la presente apelación a partir del 30 de junio de 2007 al Centro de Mediación de la Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico (ORHELA) para la celebración de la reunión inicial con las partes. Se ordena además transferir el expediente original con todos sus documentos a la ORHELA para el trámite de la apelación. El proceso de mediación deberá concluir en un término no mayor de sesenta (60) días, a partir de la fecha de notificación del referido, sin embargo la CASARH junto con la ORHELA podrá, por iniciativa propia o a moción de parte, ampliar o acortar este término por justa causa. De no llegarse a algún tipo de acuerdo o de alguna de las partes, luego de la reunión inicial, optar por no continuar con el proceso de mediación, el expediente será traído a la atención de la Comisión Apelativa para la continuación de los trámites según establecido en el Reglamento Procesal 7313 y la Ley 170 del 12 de agosto de 1988, conocida como Ley de Procedimiento Administrativo Uniforme del Estado Libre Asociado de Puerto Rico.

Se le apercibe que el injustificado incumplimiento con lo ordenado, constituirá un allanamiento para que se le imponga una sanción económica o procesal a la parte o a su abogado, si éste último es el responsable del incumplimiento, de conformidad con lo dispuesto en la Sección 13.9(9) y 13.9(11) de la Ley para la Administración de los Recursos Humanos, Ley 184 del 3 de agosto de 2004, según enmendada, el Reglamento Procesal Núm. 7313 de la Comisión Apelativa y la Sección 3.21 de la Ley de Procedimiento Administrativo Uniforme, Ley Núm. 170 de 12 de agosto de 1988, según enmendada.

## NOTIFIQUESE.

En San Juan, Puerto Rico, a 21 de junio de 2007.



ORHELA

_Sarah Irizarry Cruz_
MEDIADORA
CENTRO PARA LA MEDIACIÓN DE CONFLICTOS

ESTADO LIBRE ASOCIADO DE PUERTO RICO
OFICINA DE RECURSOS HUMANOS
DEL ESTADO LIBRE ASOCIADO

PO Box 8476
San Juan, Puerto Rico 00910-8476
METRO OFFICE PARK
CALLE 1 LOTE 18
GUAYNABO, PUERTO RICO

Teléfonos: (787) 781-43
Exts. 30
X4039,2201,30
FAX: (787) 706-56
Email: sirizarry@orhela.gobierno

**CERTIFICO** que hoy,    de            de        , archivé en los autos de la apelación el original de esta Orden y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

GRYMARYS DE JESÚS AFANADOR
SECRETARIA DE LA COMISIÓN

APELADA:
DEPTO TRANSPORTACION Y OBRAS PÚBLICAS
DIVISION LEGAL
PO BOX 41269
SAN JUAN, PR 00940-1269

APELANTE:
FELIX  RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

MCBV/emr



**GUIA INFORMATIVA PARA RADICAR
CORRECTAMENTE UNA SOLICITUD DE APELACION**

*** Lea cuidadosamente el Artículo II del reglamento procesal de la Comisión***
(Disponible de forma gratuita en nuestra página de Internet www.casarh.gobierno.pr.  A la venta en Secretaría
por $11.50 pagaderos con cheque o giro postal a nombre del "Secretario de Hacienda")

I.   Toda solicitud de apelación o querella a radicarse por derecho propio, sin representación legal, podrá utilizar el formulario de apelación disponible en la Secretaría y en nuestra página de Internet.  Los formularios disponibles son:

  - Solicitud de Apelación

  - Solicitud de Apelación con Servicio de Mediación

   - Solicitud de Apelación con alegaciones de discrimen **y** reclamo de daños y perjuicios

II.   Aquellos apelantes que comparezcan por derecho propio o representados por abogado, deberán radicar su escrito dando cumplimiento a los requisitos de forma establecidos en los reglamentos aplicables, entre los siguientes:

  - Reglamento Procesal

  - Reglamento para atender Apelaciones de Discrimen con Daños y Perjuicios

  - Reglamento del Programa de Mediación de Conflictos

III.   La solicitud de apelación estará sujeta a una etapa de investigación para verificar que cumpla con los requisitos de radicación establecidos en el Reglamento Procesal, de cumplirse con los mismos será identificada y tramitada como apelación, de lo contrario, será devuelta a la parte que radicó la solicitud.

IV.   Entre los requisitos generales que debe contener la solicitud de escrito de apelación, y sujeto a lo establecido en el Reglamento Procesal como requisitos de forma, se encuentran los siguientes:

  1) La apelación tiene que ser radicada dentro de los (30) días consecutivos desde que usted tenga conocimiento de la acción en su contra, desde que fue notificado, o contados a partir del vencimiento del término de sesenta (60) días, desde que se le hizo un reclamo por escrito a la autoridad nominadora y éste no le contestara.

  2) Para determinar la fecha de radicación se atenderá únicamente el sello de la Secretaría de la Comisión, independientemente del medio utilizado para la radicación del mismo. De haber expirado dicho término la apelación será archivada por falta de jurisdicción.

  3) Nombre completo de la parte apelante, su dirección física y postal, número de teléfono, de correo electrónico, fax, y el estatus como empleado o ciudadano solicitante a empleo. De estar representado por abogado, se consignará en dicho escrito el nombre completo del abogado, número de colegiado, dirección postal, número de teléfono, correo electrónico y facsímil.



**GUIA INFORMATIVA PARA RADICAR
CORRECTAMENTE UNA SOLICITUD DE APELACION**

4) La apelación expondrá los hechos constitutivos del reclamo o infracción, los fundamentos de ley o reglamento en que se basa y el remedio que se solicita.

5) Debe notificar si tiene o tuvo algún otro caso radicado en la Comisión (Incluya el número del caso), o en otro foro (Incluya foro, partes, numero de caso y materia).

6) Tiene que notificar si está cobijado por la Ley de Sindicalización de Empleados Públicos, si su puesto pertenece a unidad apropiada, si ejerció su derecho a afiliarse, y si existe convenio colectivo vigente que lo cobije.

7) Tiene que someter copia de la determinación final de la autoridad nominadora, o del reclamo no contestado por ésta, de la notificación de cargos, y de cualquier otro documento que ayude a determinar la jurisdicción del foro.

8) Cuando un apelante solicite un remedio a la Comisión alegando la existencia de cualquier tipo de discrimen la petición deberá detallar en forma clara los hechos específicos que dan margen a su alegación. La Comisión sólo asumirá jurisdicción sobre la controversia cuando del escrito de apelación surjan alegaciones específicas que establezcan de su faz la existencia de la actuación discriminatoria. Si la apelación incluye solicitud de daños y perjuicios, deberá cumplir con lo establecido en el "Reglamento para atender Apelaciones de Discrimen con Daños y Perjuicios".

9) El recurso tiene que estar firmado por usted y su abogado.

10) La parte apelante deberá notificar a la parte apelada dentro del término de (30) dias para radicar la solicitud de apelación, personalmente o por correo certificado, y así evidenciarlo a la Comisión.

V. Otros Asuntos:

- Cualquier cambio de información relacionada a, entre otros asuntos, dirección, correo electrónico, facsímile o de teléfono que tenga lugar dentro del curso de los procedimientos, deberá notificarse a la Comisión. Si las partes o su abogado no notifican el cambio y se le enviare dichas notificaciones de acuerdo a la información que surge de récord, no se aceptará como defensa o excusa que dicha notificación no fue recibida por las partes.

- Cualquier información procesal sobre su caso está disponible a través de nuestra página de Internet. También podrá ser solicitada por ESCRITO a la Secretaría de la Comisión. Incluya su nombre completo y su número de caso.

- Siendo este el foro que adjudicará su controversia, el personal de Secretaría y los funcionarios de la agencia **no están autorizados en asesorarlo legalmente** sobre su causa de acción o remedio. Recomendamos utilice los servicios de un abogado de su confianza.

- En la eventualidad de que se emita una orden durante el proceso de apelación para que se cumpla con lo solicitado, el incumplimiento de la Orden puede acarrear el archivo de la apelación.

- De tener representación legal toda comunicación, como norma general, se hará a través éste/ésta.



*(handwritten: Secretario.)*

Estado Libre Asociado de Puerto Rico
## COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL SERVICIO PÚBLICO
PO Box 9023990, San Juan, PR 00902-3990
Tel. 787-721-5739 Fax. 787-725-1242
http://www.casarh.gobierno.pr

*Félix Rivera Clemente*
**Nombre y Dos Apellidos**

*Estatal* vs.

*Departamento de Transportación y Obras Públicas (Div. Regulación Transito) Estatal*
**Nombre de la Agencia o Municipio**

**Número de Caso:** *2007-05-1167*

**Materia:** *Traslado luego de hacer mención o empleado (me quita vén derechos Adquividos)*

### NO ACEPTACIÓN DE SERVICIO DE MEDIACIÓN

La Comisión Apelativa provee los servicios de mediación, en ocasiones, en conjunto con la Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico, ("ORHELA") preferiblemente en las áreas de clasificación, retribución, reclutamiento y selección, ascenso, traslado, descenso y retención, para acogerse a este **servicio rápido, imparcial, confidencial y sin costo,** favor de llenar la solicitud a continuación.

### A LA HONORABLE COMISIÓN:

Comparece la parte _____/_____ de epígrafe y muy respetuosamente expone, alega y solicita lo siguiente:

1) Yo, _____*Félix*_____, _____*Rivera Clemente*_____, en la apelación de epígrafe, no intereso acogerme al Programa de Mediación según regulado por el Reglamento #6993. Reconozco y entiendo que es un proceso confidencial, rápido, imparcial y sin costo.

2) Solicito que mi apelación continúe bajo el procedimiento ordinario establecido en el Reglamento Procesal #7313.

**CERTIFICO** que notifiqué en este mismo día copia del presente escrito a la otra parte de epígrafe a su dirección de record.

### RESPETUOSAMENTE SOMETIDO

En _____*San Juan*_____, Puerto Rico a _____*24 Junio 07*_____.

_____*Félix Rivera Clemente*_____
**Firma**

Nombre _____*Félix Rivera Clemente*_____
Dirección: _____*HC-01 Box 9045*_____
_____*Loiza, P.R. 00772*_____
Teléfono: _____*787-358-5969*_____ Facsímile: _____
Correo electrónico: _____

Revisado en Abril de 2007



Estado Libre Asociado de Puerto Rico
**COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE
RECURSOS HUMANOS DEL SERVICIO PÚBLICO**
Ave. Ponce de León 268 Hato Rey Center Suite 600
PO Box 192394, San Juan, PR 00919-2394
Tel. 787-721-5739 Fax. 787-725-1242
http://www.casarh.gobierno.pr

*Félix Rivera Clemente*

Nombre y Dos Apellidos

Número de Caso: *2007-05-1167*

vs.

*Depto. de Transportación y
Obras Públicas Estatal*

Materia: *Traslado*

Nombre de la Agencia o Municipio

## MOCIÓN EN CUMPLIMIENTO DE ORDEN

**A LA HONORABLE COMISIÓN:**

Comparece por derecho propio, la parte apelante de epígrafe *Félix Rivera
Clemente* y muy respetuosamente expone, alega y solicita:

1) Que recibí orden de la siguiente fecha _____ relacionada a
_____

2) Que por este medio notifico el cumplimiento de la referida orden de la siguiente manera:

*Por este medio quiero notificarle que
tengo interés en seguir el caso y
a si se lo notificare a mi representante
legal para que se comunique con esta
comisión Lcda. Edwee Vincenty
Tel. 787-757-25-90.*

**POR TODO LO CUAL,** respetuosamente solicito de esta Honorable Comisión Apelativa que
tome conocimiento de lo anterior, se de por cumplida la orden de referencia, y emita aquella
determinación que en derecho proceda.

**CERTIFICO,** que he enviado en esta misma fecha copia de esta moción a la otra parte a su
dirección de récord, utilizando el siguiente mecanismo: ☐ personalmente  ☐ correo regular
o correo certificado con acuse de recibo a la siguiente dirección: _____

☐ Otro: _____

**RESPETUOSAMENTE SOMETIDO**

En *San Juan* , Puerto Rico a *30 Septiembre/10.*

Estado Libre Asociado de Puerto Rico
**COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE
RECURSOS HUMANOS DEL SERVICIO PÚBLICO**
PO Box 9023990
San Juan, PR 00902-3990
Tel: (787) 721-5739
Internet: http:www.casarh.gobierno.pr

| | |
|---|---|
| FELIX RIVERA CLEMENTE | |
| Apelante | CASO NUM. 2007-05-1167 |
| Vs. | |
| DEPTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS Apelado | TRASLADOS |
| | Materia |

## - O R D E N -

A LAS PARTES DE EPÍGRAFE:

La Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Público, ("CASARH"), tuvo ante su consideración la apelación de epígrafe y acordó:

La apelación de epígrafe fue referida al Servicio de Mediación de la Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico quien nos notifica que las partes han optado por no recibir dichos servicios. A tenor con lo anterior se ordena la continuación de los procedimientos de la apelación de epígrafe ante la Comisión Apelativa a tenor con las disposiciones del Reglamento Procesal #7313.

**NOTIFIQUESE.**

En San Juan, Puerto Rico, a 11 de septiembre de 2007.

**CERTIFICO** que hoy, 11 de _septiembre_ de _2007_, archivé en los autos de la apelación el original de esta Orden y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

GRYMARYS DE JESÚS AFANADOR
SECRETARIA DE LA COMISIÓN

APELADA:
LCDO. ARIEL FELIX CINTRON
APARTADO 42007
SAN JUAN, PR 00940-2007

APELANTE:
FELIX  RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

MCBV/emr

**Estado Libre Asociado de Puerto Rico**
**COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL SERVICIO PÚBLICO**
PO Box 192394, San Juan, PR 00919-2394
268 Ave. Ponce de León, Edif. Hato Rey Center, Suite 600, Piso 6
Tel. (787) 721-5739
Internet: http://www.casarh.gobierno.pr

| | |
|---|---|
| **FELIX RIVERA CLEMENTE** | |
| Apelante | CASO NUM. 2007-05-1167 |
| vs. | |
| DEPTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS | TRASLADOS |
| Apelado | Materia |

# O R D E N

**A LAS PARTES DE EPIGRAFE:**

La Oficial Examinadora, Lcda. Itzel Aguilar Pérez, tuvo ante su consideración la apelación de epígrafe y dispuso:

**AL APELANTE:** Se le ordena, que en el término de veinte (20) días calendarios, a partir del archivo en autos de la presente, muestre causa por la cual no debamos imponerle una sanción económica por **abandono y falta de interés**.

De no cumplir en dicho término, se procederá automáticamente con la imposición de una sanción económica por la cantidad de cincuenta ($50) dólares, la cual deberá pagar en el término de cinco (5) días.

De tener interés cumpla con la siguiente orden:

**A LAS PARTES:** De conformidad con el Artículo IV Sección 4.1 del Reglamento Procesal se ordena a las partes que en un término de **treinta (30)** días calendarios, contados a partir del archivo en autos de la presente, las partes se reúnan para entre otros:

1) Auscultar la posibilidad de llegar a un acuerdo que ponga fin a la controversia.

2) Identificar y simplificar la controversia o controversias a ser adjudicadas o presentadas.

3) Estipular y relacionar los hechos no sujetos a controversia, los cuales podrán ser admitidos siempre que la Comisión u Oficial Examinador determine que ello sirve a los mejores intereses públicos.

4) Identificar la prueba documental pertinente, y de ser posible la admisión de aquellas que no conllevará oposición alguna.

5) Las partes y sus abogados deben marcar los documentos a ser utilizados en el caso previo a someterlos, así como un listado de la prueba estipulada.

6) Intercambiar una relación de los testigos que se proponen utilizar en la vista pública y una breve indicación del propósito, relevancia y alcance de su declaración.

7) Proponer a la Comisión o al Oficial Examinador cualquier otro mecanismo que en armonía con el debido proceso de

---

Contamos con herramientas disponibles a través de nuestra página de Internet http://www.casarh.gobierno.pr para obtener información, status y formularios relacionados a los procesos ante la CASARH. Entre otros, se encuentran: **(1)** Ley #184 de 3 de agosto de 2004, según enmendada, **(2)** Reglamentos aplicables al foro tales como: Reglamento Procesal, de Programa de Mediación de Conflictos, de Reclamaciones de Discrimen; **(3)** formularios para apelantes sin representación legal, entiéndase: Moción Solicitando Desistimiento con Perjuicio, Informe de Conferencia con Antelación a Vista Pública, Moción en Solicitud de Orden, Moción Informativa, Solicitud de Apelación, Solicitud de Reclamación de Discrimen y Solicitud para Mediación; **(4)** calendario de vistas públicas; **(5)** estatus de casos; y **(6)** resoluciones con informes de Oficial Examinador de CASARH desde 2005 al presente, clasificadas por materias.

indicado. La imposibilidad de las partes para celebrar la conferencia con antelación a la vista y/o rendir un informe conjunto, no será causa justificada para suspender vistas señaladas.

Se apercibe a las partes de epígrafe que el injustificado incumplimiento de alguna de éstas para con lo anterior, podrá dar lugar a la desestimación de la apelación, a declarar con lugar la misma o cualquier otro remedio que estime la Comisión Apelativa necesario incluyendo la posible imposición de sanciones económicas de $30 hasta $300 por cada imposición separada, y/o sanciones procesales según la facultad concedida y lo dispuesto en la Ley 184 del 3 de agosto de 2004, según enmendada, Reglamento Procesal #7313, y la Ley de Procedimiento Administrativo Uniforme.

Se apercibe a las partes que el incumplimiento de las órdenes emitidas por esta Comisión, la suspensión de vistas debidamente señaladas, y la concesión de prórrogas constituyen circunstancias excepcionales que impiden el cumplimiento del término provisto por la Sección 3.13(g) de la Ley de Procedimiento Administrativo Uniforme, Ley Núm. 170 del 12 de agosto de 1988, según enmendada.

Se apercibe a las partes de su derecho a comparecer ante este foro mediante representación legal o por derecho propio, sujeto a lo establecido en el Artículo II, Sección 2.4 del Reglamento Procesal #7313 de la Comisión Apelativa del Sistema de Administración de Recursos Humanos del Estado Libre Asociado de Puerto Rico.

**NOTIFIQUESE Y ARCHIVESE.**

En San Juan, Puerto Rico, a  22 de septiembre de 2010.

**ITZEL AGUILAR PEREZ**
Oficial Examinador

        **CERTIFICO** que hoy,   27 de septiembre de 2010, archivé en los autos de la apelación el original de esta Orden y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

CIAMARA TORRES RODRIGUEZ
Secretaria Interina

APELADA:
LCDO. ARIEL FELIX CINTRON
APARTADO 42007
SAN JUAN, PR 00940-2007

APELANTE:
FELIX  RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772


IAP/pas

COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE
RECURSOS HUMANOS DEL SERVICIO PÚBLICO
PO Box 9023990
San Juan,  PR 00902-3990
Tel: (787) 721-5739
Internet: http:www.casarh.gobierno.pr

FELIX RIVERA CLEMENTE

Apelante

Vs.

DEPTO DE TRANSPORTACIÓN Y
OBRAS PÚBLICAS
Apelado

CASO NUM. 2007-05-1167

TRASLADOS

Materia

## - O R D E N   I N I C I A L -

A LAS PARTES DE EPÍGRAFE:

La Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Público, tuvo ante su consideración la apelación de epígrafe y acordó:

El 30 de mayo de 2007 la parte apelante radicó **Solicitud de Apelación y Solicitud Voluntaria de Servicio de Mediación** al amparo de la Ley Núm. 184 de 3 de agosto de 2004, según enmendada, en cumplimiento con el Reglamento Procesal, habiendo sido notificada a la parte apelada el 16 de mayo de 2007, según evidencia recibida en la Comisión.  El número asignado a dicha reclamación es el que surge de epígrafe.

Al amparo del Reglamento Procesal y conforme los términos allí establecidos, y procurando una solución justa, rápida y económica del asunto ante nuestra consideración, se emite la presente Orden  Inicial:

### I.       Radicación de escritos ante la Comisión Apelativa

Al radicar cualquier escrito relacionado al asunto de epígrafe, se debe incluir el número de apelación y el epígrafe, y cumplir con los requisitos establecidos en el Reglamento Procesal.  Todo documento será firmado e incluirá la información actualizada de la parte que lo radica.  Toda radicación por correo electrónico o facsímile está sujeta a la radicación del documento original en o antes de (3) días laborables siguientes al envío del mismo, en cuyo caso la fecha de radicación se retrotraerá a la del recibo por correo electrónico o facsímile, de no recibirse el original en este término el documento recibido se  tendrá por no radicado.   Los abogados y las partes deben evitar que se sobrecarguen los expedientes con mociones informativas o con asuntos que se puedan resolver entre éstas.

### II.      Contestación del Escrito de Apelación

La parte apelada tendrá que contestar el escrito de apelación interpuesto por la parte apelante y radicarlo en la Secretaría de la Comisión en un término de quince (15) días consecutivos a partir de la notificación de la apelación.  Ésta parte suministrará a la Comisión copia fiel y exacta de cualquier documento que sea relevante o indispensable para la adjudicación de la controversia, o del cual pueda tomarse conocimiento oficial.  Cualquier alegación adecuada en la apelación no negada por la contestación se podrá considerar admitida por la parte apelada y la Comisión subsiguientemente podrá hacer conclusiones de hecho y de ley basadas en tal admisión.   En los casos de reclutamiento y de cesantías en periodo probatorio donde la determinación de la autoridad nominadora se base en una investigación confidencial, la parte apelada incluirá con la contestación, copia de dicho Informe de Investigación Confidencial de forma **censurada** protegiendo la identidad de las partes.  La  contestación del Escrito de Apelación, tiene que haberse radicado (15) días a partir de la notificación, y nunca

Solicitudes de prórroga por justa causa o incumplimientos con las disposiciones de los Reglamento aplicables o las órdenes dictadas, la complejidad de los asuntos traídos ante el foro, expedientes incompletos, consentimiento de las partes, consolidaciones, causas justificadas, el número de apelantes, atendiendo las circunstancias particulares de cada apelación, escasez de recursos humanos y económicos de la Comisión, serán consideraciones que podrán constituir circunstancias excepcionales o causa justificada para no resolver el procedimiento adjudicativo en los términos directivos de la Ley de Procedimiento Administrativo Uniforme.

### IX. Apercibimiento

Se apercibe a las partes que el injustificado incumplimiento de lo ordenado o de los términos dispuestos en el Reglamento Procesal, podrá constituir un allanamiento para que decretemos el archivo de la apelación por incumplimiento de orden, abandono y falta de interés, la anotación de rebeldía a la parte apelada, u otra imposición de sanciones procesales o económicas al amparo de las disposiciones del Reglamento Procesal #7313 de la Comisión Apelativa, la facultad concedida en las secciones 13.9(9) y 13.9(11) de la Ley para la Administración de Recursos Humanos del Servicio Público, Ley Núm. 184 de 3 de agosto de 2004, según enmendada y por la Sección 3.21 de la Ley de Procedimiento Administrativo Uniforme, Ley Núm. 170 del 12 de agosto de 1988, según enmendada.

### NOTIFIQUESE.

En San Juan, Puerto Rico, a 11 de octubre de 2007.

**CERTIFICO** que hoy, 11 de octubre de 2007, archivé en los autos de la apelación el original de esta Orden y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

POR:

**GRYMARYS DE JESÚS AFANADOR**
**SECRETARIA DE LA COMISIÓN**

APELADA:
LCDO. ARIEL FELIX CINTRON
APARTADO 42007
SAN JUAN, PR 00940-2007

APELANTE:
FELIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

MCBV/ctr

**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
PO Box 41149, San Juan, PR 00940-1149
Ave. Ponce de León 1409, Parada 20, Edificio CEM
Sexto Piso, Santurce, Puerto Rico 00907
Tel. (787) 723-4242/Fax (787) 723-4699
Internet: http://www.casp.pr.gov

| | |
|---|---|
| **FELIX RIVERA CLEMENTE** | |
| **Apelante** | **CASO NÚM. 2007-05-1167** |
| **vs.** | |
| **DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS** | **TRASLADOS** |
| **Apelado** | **Materia** |

### O R D E N

**A LAS PARTES DE EPÍGRAFE**:

La Comisión Apelativa del Servicio Público, tuvo ante su consideración la apelación de epígrafe y acordó:

Atendida la "Moción de Renuncia de Representación Legal", radicada por la parte apelada el 23 de febrero de 2011, se toma conocimiento de la misma.

Se releva a la Lcda. Antonia I. García Matos de la representación legal de la parte apelada.

Se ordena a Secretaría de esta Comisión y a la parte apelante que todo escrito relacionado al caso de epígrafe, le sea notificado a:

**LCDA MARIA ELENA VÁZQUEZ GRAZIANI
EDIFICIO DORAL BANK
CALLE RESOLUCIÓN #33, SUITE 805
SAN JUAN PR 00902-2717.**

Atendida la Moción Asumiendo Representación Legal y en Solicitud de Prórroga para Cumplir con Orden emitida en relación a Informe de Conferencia, radicada por la parte apelada el 22 de febrero de 2011, la misma se declara: **Ha Lugar**.

Se ordena a las partes de epígrafe que en el término improrrogable de treinta (30) días calendarios, contados a partir del archivo de la notificación de la presente, sometan a esta Comisión su Informe Conjunto de Conferencia con Antelación a la Vista Pública.

Se les ordena además, que en el término aquí dispuesto informen la posibilidad de resolver la presente apelación, mediante acuerdo transaccional y de ser así, sometan el mismo.

Se les apercibe que el injustificado incumplimiento con lo ordenado, dentro del término concedido, constituirá un allanamiento para que se le imponga sanción procesal o sanción económica no menor de treinta dólares ($30) ni mayor de trescientos dólares ($300) por cada imposición separada a la parte o a su abogado, si éste último es el responsable del incumplimiento, de conformidad con lo dispuesto en la Sección 13.9(9) y 13.9(11) de la Ley para la Administración de los Recursos Humanos, Ley 184 del 3 de agosto de 2004, según enmendada, el Artículo III y la Sección 8.14 del Reglamento Procesal Núm. 7313 de la Comisión

FELIX RIVERA CLEMENTE
2007-05-1167
**ORDEN**

Apelativa y la Sección 3.21 de la Ley de Procedimiento Administrativo Uniforme, Ley Núm. 170 de 12 de agosto de 1988, según enmendada.

**NOTIFÍQUESE Y ARCHÍVESE.**

En San Juan, Puerto Rico, a 18 de mayo de 2011.

*Evelyn R f f R-f*

**EVELYN D. REYES RÍOS**
Comisionada Asociada

**CERTIFICO** que hoy, 7 de mayo de 2011, archivé en los autos de la apelación el original de esta Orden y que envié copia fiel y exacta de la misma a las partes, a sus direcciones en récord.

**FRANCISCO J. VALLS FERRERO**
Secretario

APELADA:
LCDA. ANTONIA GARCÍA MATOS
PO BOX 41269
DEPT. DE TRANSPORTACIÓN
SAN JUAN, PR 00940-1269

LCDA MARÍA ELENA VÁZQUEZ GRAZIANI
LCDA. GLORIMAR ACEVEDO CRUZ
EDIF. DORAL BANK 805
CALLE RESOLUCIÓN #33
SAN JUAN, PR 00920-2717

APELANTE:
FELIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

EDRR/pas

GOBIERNO DE PUERTO RICO
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
PO Box 41149, San Juan, Puerto Rico 00940-1149
Ave. Ponce de León 1409, Parada 20, Edificio CEM, Sexto Piso
Santurce, Puerto Rico 00907
Tel. (787) 723-4242/Fax (787) 723-4699
http://www.casp.pr.gov

**FELIX RIVERA CLEMENTE**

**Apelante**                    **CASO NÚM. 2007-05-1167**

**vs.**

**DEPARTAMENTO DE**              **TRASLADOS**
**TRANSPORTACIÓN Y OBRAS**
**PÚBLICAS**
**Apelado**                      **Materia**

## O R D E N

**A LA PARTE APELADA**:

La Comisionada Asociada Carmen T. Lugo Somolinos, tuvo ante su consideración la apelación de epígrafe y acordó:

Indique en el término de **cinco (5) días**, por que no ha cumplido con Ordene emitida el 18 de mayo de 2011.

Se le apercibe que el injustificado incumplimiento con lo ordenado, dentro del término concedido, constituirá un allanamiento para que se le imponga sanción procesal o sanción económica no menor de treinta dólares ($30) ni mayor de trescientos dólares ($300) por cada imposición separada a la parte o a su abogado, si éste último es el responsable del incumplimiento, de conformidad con lo dispuesto en la Sección 13.9(9) y 13.9(11) de la Ley para la Administración de los Recursos Humanos, Ley 184 del 3 de agosto de 2004, según enmendada, el Artículo III y la Sección 8.14 del Reglamento Procesal Núm. 7313 de la Comisión Apelativa y la Sección 3.21 de la Ley de Procedimiento Administrativo Uniforme, Ley Núm. 170 de 12 de agosto de 1988, según enmendada.

**NOTIFÍQUESE Y ARCHÍVESE.**

En San Juan, Puerto Rico, a _13_ de julio de 2011.

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**CERTIFICO** que hoy, _14_ de julio de 2011, archivé en los autos de la apelación el original de esta **Orden** y que envié copia fiel y exacta de la misma a las Partes, a sus direcciones en record.

FRANCISCO J. VALLS FERRERO
Secretario

**ABOGADA APELADA**:
LCDA. MARÍA ELENA VÁZQUEZ GRAZIANI
EDIFICIO DORAL BANK
CALLE RESOLUCION #33 SUITE 805
SAN JUAN, PR 00920-2717

**APELANTE**:
FELIX RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

CTLS/mpa

Gobierno de Puerto Rico
COMISIÓN APELATIVA DEL SERVICIO PÚBLICO
PO Box 13934, San Juan, PR 00908-3934
Tel. (787) 723-4242
Internet: http://www.casp.pr.gov

**FELIX RIVERA CLEMENTE**

**Apelante**

**vs.**

**DEPARTAMENTO DE
TRANSPORTACIÓN Y OBRAS
PÚBLICAS**
**Apelado**

**CASO NÚM. 2007-05-1167**

**TRASLADOS**

**Materia**

## O R D E N

**A LA PARTE APELADA**:

La Comisión Apelativa del Servicio Público, tuvo ante su consideración la apelación de epígrafe y acordó:

A la Moción Solicitando Desestimación con Perjuicio, No Ha Lugar.

**A LAS PARTES DE EPIGRAFE**:

Se les ordena que en el término de **veinticinco (25)** días calendario, contados a partir del archivo en autos de la presente, cumplir con la Orden de 22 de septiembre de 2010, so pena de sanciones económicas.

Se le apercibe que el injustificado incumplimiento con lo ordenado, dentro del término concedido, constituirá un allanamiento para que se le imponga sanción procesal o sanción económica no menor de treinta dólares ($30) ni mayor de trescientos dólares ($300) por cada imposición separada a la parte o a su abogado, si éste último es el responsable del incumplimiento, de conformidad con lo dispuesto en la Sección 13.9(9) y 13.9(11) de la Ley para la Administración de los Recursos Humanos, Ley 184 del 3 de agosto de 2004, según enmendada, el Artículo III y la Sección 8.14 del Reglamento Procesal Núm. 7313 de la Comisión Apelativa y la Sección 3.21 de la Ley de Procedimiento Administrativo Uniforme, Ley Núm. 170 de 12 de agosto de 1988, según enmendada.

Se le apercibe que el incumplimiento de las órdenes emitidas por esta Comisión, la suspensión de vistas debidamente señaladas, y la concesión de prorrogas constituyen circunstancias excepcionales que impiden el cumplimiento del término provisto por la Sección 5.3(e) y 8.17 del Reglamento Procesal Núm. 7313 de la Comisión Apelativa y la Sección 3.13(g) de la Ley de Procedimiento Administrativo Uniforme, Ley Núm. 170 del 12 de agosto de 1988, según enmendada.

**NOTIFÍQUESE Y ARCHÍVESE.**

En San Juan, Puerto Rico, a  26 de enero de 2011.

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**COMISION APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**

| | |
|---|---|
| **FELIX RIVERA CLEMENTE** | **CIVIL NUM:  2007-05-1167** |
| **DEMANDANTE** | |
| **VS.** | |
| **DEPARTAMENTO  DE  TRANSPORTACION Y OBRAS PUBLICAS** | **SOBRE:  TRASLADO** |
| **DEMANDADO** | |

**MOCION DE RENUNCIA A LA REPRESENTACION LEGAL**

**A LA  HONORABLE COMISION APELATIVA:**

**COMPARECE** el abogado que suscribe y muy respetuosamente **EXPONE Y SOLICITA:**

1.    El abogado que suscribe ostenta la representación legal de la parte apelante.

2.    El abogado suscribiente concluyó su intervención para el asunto por el cual fue contratado por el apelante, por lo que solicita de esta Honorable Comisión le releve de cualquier responsabilidad profesional futura en torno a ésta.

3.    El apelante no ha adelantado al suscribiente suma alguna por concepto de  honorarios  de  abogado.  El  suscribiente  certifica  además,  haber  cumplido estrictamente con el Canon 20 de los de Ética Profesional.

4.    La dirección postal del demandado es la siguiente:

**HC-01 Box 9045**
**Loiza, P.R.  00772**

5.    Se solicita de esta Honorable Comisión Apelativa releve al abogado suscribiente de cualquier responsabilidad profesional futura en torno a ésta.

**EN MERITO DE LO CUAL,** se solicita muy respetuosamente de esta Honorable Comisión Apelativa, que en su día y previo los trámites pertinentes de ley, releve al abogado suscribiente de cualquier responsabilidad profesional futura en torno a ésta.

**CERTIFICO** haber enviado copia fiel y exacta de esta Moción a la Lcda. Maria Elena Vázquez Graziani, Vázquez Graziani & Rodríguez, Oficial Legal, C.S.P., Edificio Doral Bank, Suite 805, Calle Resolución #33, San Juan, P.R.  00920-2717.

**RESPETUOSAMENTE SOMETIDO,** en San Juan, Puerto Rico, a 27 de enero de 2014.

**LCDO. GILBERTO E. PADÚA TRABAL**
**RUA NUM. 9,111**
**1111 AVE. JESUS T. PIÑERO**
**SAN JUAN, PUERTO RICO 00920-5605**
**TEL: 787-765-6515  FAX. 787-793-3535**
**E. MAIL: paduagiberto@hotmail.com**



Estado Libre Asociado de Puerto Rico
**COMISIÓN APELATIVA DEL SISTEMA DE ADMINISTRACIÓN DE RECURSOS HUMANOS DEL SERVICIO PÚBLICO**
PO Box 9023990, San Juan, PR 00902-3990
Tel. 787-721-5739 Fax. 787-725-1242
http://www.casarh.gobierno.pr

_Félix Rivera Clemente_
Nombre y Dos Apellidos

vs.                                                     Número de Asunto: _____

_Depto. Transportación y obras_
_Publicas Div. Regulación de Transito_
Nombre de la Agencia o Municipio

### SOLICITUD DE APELACIÓN Y SOLICITUD VOLUNTARIA DE SERVICIO DE MEDIACIÓN
### (POR DERECHO PROPIO)

La Comisión Apelativa provee los servicios de mediación, en ocasiones, en conjunto con la Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico, ("ORHELA") preferiblemente en las áreas de clasificación, retribución, reclutamiento y selección, ascenso, traslado, descenso y retención, para acogerse a este **servicio rápido, imparcial, confidencial y sin costo**, favor de llenar la solicitud a continuación. Refiérase al Reglamento del Programa de Mediación.

**A LA HONORABLE COMISIÓN:**

Comparece la parte apelante de epígrafe y muy respetuosamente expone, alega y solicita lo siguiente:

1) Soy, empleado/a _de carrera_ , Ciudadano/a solicitante ☒ , otro ☐ .

2) ¿Está su puesto dentro de una unidad apropiada o cobijada por la Ley de Sindicalización de Empleados Públicos? _NO_ .

3) Organización Sindical que representa la unidad apropiada:

_N/A_

4) Ejerció su derecho a organizarse sindicalmente _NO_ , Si contesta en la negativa,

Explique: _Gerencial_

5) Está su puesto cobijado por un convenio colectivo _NO_ .

Explique: _____

6) Indique si ha presentado recurso, apelación, demanda o querella en algún otro foro relacionado con la controversia presentada a la Comisión _NO_. Si contestó en la afirmativa indique: Nombre del Foro: _____

Número de Caso: _____ , Fecha de Radicación: _____ .

7) Indique para cada apelación activa ante la Comisión, en la que usted comparecce como parte apelante, las partes, número de caso y materia:

_____

ESTADO LIBRE ASOCIADO DE PUERTO RICO
COMISION APELATIVA DEL SISTEMA DE ADMINISTRACION
DE RECURSOS HUMANOS DEL SERVICIO PUBLICO

| | |
|---|---|
| **FELIX RIVERA CLEMENTE**<br><br>**APELANTE**<br><br>**VS.**<br><br>**DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PUBLICAS**<br><br>**APELADO** | **CIVIL NUM. : 2007-05-1167**<br><br><br>**TRASLADOS**<br><br>**MATERIA** |

*MOCION SOLICITANDO DESESTIMACION CON PERJUICIO*

**A LA HONORABLE COMISION APELATIVA:**

Comparece el Departamento de Transportación y Obras Públicas, en adelante denominado el DTOP, por conducto de su representación legal que suscribe y ante este Honorable Foro respetuosamente **EXPONE, ALEGA Y SOLICITA:**

1. El 15 de mayo de 2007 el Sr. Félix Rivera Clemente radicó documento denominado Solicitud de Apelación y Solicitud Voluntaria de Servicio de Mediación (Por Derecho Propio).

2. En el expositivo undécimo (11) sobre acción impugnada alegó el apelante lo siguiente: "Traslado, cambio en las funciones".

3. En el expositivo duodécimo (12) titulado Súplica o Remedio Solicitado indica: "Que se me devuelvan las funciones antes adquiridas".

4. El 23 de julio de 2007 el Lcdo. Ariel Félix Cintrón presenta ante la Honorable Comisión Apelativa del Sistema de Administración de Recursos Humanos del Servicio Público, en adelante denominada CASARH una Moción Informativa en Solicitud de Documentos.

5. El 29 de agosto de 2007 la Oficina de Recursos Humanos del Estado Libre Asociado de Puerto Rico, Centro de Mediación de Conflictos emite Informe Sobre Resultado de Servicio de Mediación. El Caso fue cerrado y mediado sin acuerdo. Firma el documento el Sr. Félix Rivera Clemente, apelante, el Lcdo. Ariel Félix Cintrón, representante del apelado DTOP, la Sra. Sarah D. Irizarry Cruz  mediadora y el



**ESTADO LIBRE ASOCIADO DE PUERTO RICO**
**DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS**
**OFICINA DE RECURSOS HUMANOS**

12 de junio de 2007

**<u>Confidencial y Personal</u>**

Sr. Félix Rivera Clemente
Supervisor Talleres de Rótulos
Oficina Regulación del Tránsito

Ivette M. Cartagena Rivera
Directora
Oficina de Recursos Humanos

**CITACION**

Mediante comunicación del 25 de mayo de2007, usted sometió a esta Oficina una situación ocurrida el 8 de mayo de 2007, con el Sr. Ángel R. Boria. Con el propósito de investigar la misma, lo estamos citando a la Sección de Estudios Especiales de esta Oficina el miércoles, 27 de junio de 2007 a las 10: 00 a.m.

De no poder asistir en la fecha antes indicada podrá comunicarse con la Sra. Gladys N. Fuentes Cruz al (787) 722-2929 ext. 2184.

gfc

*llego a Regulación de Transito el viernes 15 de Junio 07*
*se me entrego el miércoles 27 de Junio 07 por*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

25 de mayo de 2007

Sra. Ivette Cartagena Rivera
Directora
Oficina de Recursos Humanos

Félix Rivera Clemente
Supervisor Taller de Rótulos
Oficina Regulación de Tránsito

**REFERIDO DE DECISION ADMINISTRATIVA**

El 8 de mayo de 2007 le escribo memo a Angel R. Boria por insubordinación, uso excesivo del celular en horas de trabajo, desaparecerse o ausentarse del taller ocasionalmente sin autorización y amenaza.   Después de esta situación el Director Manuel Salcedo Ortega, toma la desición administrativa que yo Félix Rivera Clemente, Supervisor del Taller de Rótulos no le puedo dar instrucciones a los Rotulistas, le tengo que dar las instrucciones a Carlos R. Román Vizcarrondo que esta en la oficina de Benjamín Rivera haciendo labores de cierre de proyectos para que el venga al Taller de Rótulos a darle las instrucciones a los rotulistas.

Espero su pronta intervención con este caso.

c.f.:  Ing. Manuel Salcedo Ortega

APARTADO 41269, SAN JUAN, PUERTO RICO 00940 - 1269 • TEL. (787) 722-2929 FAX: (787) 728-8963



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

14 de mayo de 2007

Fernando I. Pont
Secretario Interino
Departamento de Transportación y Obras Públicas

Manuel Salcedo Ortega, P.E.
Director Interino
Oficina Regulación del Tránsito

Félix Rivera Clemente
Supervisor Taller de Rótulos
Oficina Regulación del Tránsito

**DECISIÓN ADMINISTRATIVA**

Quiero notificar que el 11 de mayo de 2007 el ingeniero Manuel Salcedo Ortega, me entregó un memo en donde dice que efectivo el 14 de mayo de 2007  el señor Carlos Román Vizcarrondo supervisaría el personal del taller de rótulo en cuanto a asistencia y producción y este servidor se encargaría del desarrollo técnico de la producción de rótulos y otros menesteres administrativos sobre el material necesario.  Decisión con la que yo no estoy de acuerdo ya que la tomaron sin mi presencia.



ESTADO LIBRE ASOCIADO DE PUERTO RICO

DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

14 de mayo de 2007

Manuel Salcedo Ortega, P.E.
Director Interino
Oficina Regulación del Tránsito

Félix Rivera Clemente
Supervisor Taller de Rótulos
Oficina Regulación del Tránsito

## DECISIÓN ADMINISTRATIVA

Contestando a su memorando del 11 de mayo de 2007 notifico que no estoy de acuerdo con la decisión tomada ya que se hizo sin mi presencia a parte de que atrasa la producción y la calidad del trabajo.

También quiero notificar que desde hoy 14 de mayo de 2007, no voy hacer mas la función de Operador de Maquina de Diseñar Letras.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

5 de julio de 2007

Manuel Salcedo Ortega, PE
Director Interino
Oficina Regulación del Tránsito

Félix Rivera Clemente
Supervisor de Rótulos
Oficina Regulación del Tránsito

**MEMO A ANGEL R. BORIA FIGUEROA**

El lunes 2 de julio 2007, en el semáforo de la Int. 176 con 8838 que esta Burger King a la derecha, viro a la izquierda en el semáforo 4 vehículos después del señor Boria me estaciono en el parking de afuera de los vehículos oficiales de acervo el se estaciona en el donde están los vehículos oficiales que es al otro lado de la calle yo cruzo llego al ponchador a las 7:01 a.m. y hablo con Jaime Carvajal y busco la tarjeta y se la entrego. No entro al área del ponchador luego Angel Boria entra al taller por la puerta del lado del taller. (Rolling Door) no entro al área del ponchador.

Martes 3 de julio de 2007, llegó a ponchar mi tarjeta 7:07 a.m. nuevamente la de Angel Boria Figueroa esta ponchada 6:56 a.m. su vehículo no esta en el estacionamiento no entra al área del ponchador y luego entra por la puerta del lado del taller.

## PRACTICAS ILÍCITAS DEL PATRONO

Intervenir coartar, restringir a sus empleados de sus derechos.

No aceptar o cumplir un laudo de arbitraje.

Negarse a someter quejas y agravios y otras controversias a los procedimientos establecidos en el Convenio.

Discriminar contra un empleado porque este haya formulado una querella.

Dejo de mantener una actitud neutral.

Suspende pago.

Persecución y Persecución Política.

Invadir mi privacidad.

Hostigamiento laboral.

Discrimen por:

Edad, raza, color, condición social

Ideas políticas, acecho

Por todo este discrimen y maltrato desde diciembre del del 2000 hasta el presente, pido al Secretario de Obras Públicas, Carlos J. González Miranda, Ph.D.

*$60,000,000*

**ACUSO AL PATRONO Y AL DIRECTOR DE LA REGIONAL**

*y a Luis R. Fuster Quintana*

Construir en propiedad privada.

En el local del antiguo Pueblo Extra nos tenían sin aire acondicionado, dentro del baño estaba la planta eléctrica y el baño no mandaban conserjes a limpiarlo.

En las oficinas del Taller de Rótulos nunca se puso a funcionar el aire acondicionado, eramos los únicos sin aire allí.

En el Taller donde nos mudamos también se dañó el aire central, lo mandaron a arreglar, se dañó nuevamente y no volvieron a arreglarlo.

Se instaló un aire acondicionado de pared que tuve que instalarlo yo mismo.



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

## C E R T I F I C A C I Ó N

### LICENCIA DE VACACIONES Y ENFERMEDAD

Los balances hasta el **30 de junio de 2007** son los siguientes:

Nombre empleado (a) :   **Félix Rivera Clemente**

Seguro Social:   **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**

Oficina:   **Regulación del Tránsito**

Vacaciones:   **0**
Durante el cierre gubernamental le cedieron días, adeuda 2 ½ días por vacaciones.

Enfermedad:   **95 ½**

Dada hoy   **9 de julio de 2007**,  en San Juan, Puerto Rico.

Certifico Correcto:

Ivette M. Cartagena Rivera
Directora
Oficina de Recursos Humanos

PRR–adm

APARTADO 41269, SAN JUAN, PUERTO RICO 00940 - 1269 • TEL. (787) 722-2929 FAX: (787) 728-8963



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

17 de julio de 2007

**Confidencial**

Sr. Félix Rivera Clemente
Supervisor de Taller de Rótulos y Señales de Tránsito
Oficina de Señales de Tránsito

Señor Rivera Clemente:

El 27 de junio de 2007, usted asistió a una investigación informal en esta Oficina debido a varias situaciones ocurridas con personal del Taller de Rótulos. Realizado el análisis de los hechos presentados tanto por usted cómo por empleados de la Oficina de Señales de Tránsito, se demuestra que usted presenta problemas en la ejecución de sus tareas. Por cuanto, hemos determinado referirlo al Programa de Ayuda al Empleado. Con el propósito de que sea referido a un Médico Ocupacional que nos indique si está capacitado para desempeñar las funciones esenciales de su puesto.

Esta determinación está basada en lo establecido en el Artículo 6, Sección 6.6, Disposiciones sobre Retención, Inciso 9(b) de la Ley Número 184 del 3 de agosto de 2004, según enmendada.

De usted no estar de acuerdo con esta determinación podrá solicitar vista administrativa en o antes de diez (10) días laborables. Contados a partir del recibo de esta comunicación.

Atentamente,

Marta E. Dávila Torres
Directora Interina
Oficina de Recursos Humanos



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

13 de agosto de 2009

Sr. Félix Rivera Clemente
Supervisor de Zona

Arthur Dones Negrón, EIT
Director
Área Regulación de Tránsito

María M. Trinidad Quiñones
Directora, Oficina Recursos Humanos
Secretaria Auxiliar de Administración

### NOTIFICACION DE DESCUENTO
### AUSENCIA SIN AUTORIZAR

El **3 de julio de 2009**, alegadamente usted se ausentó sin la autorización del Supervisor Inmediato, el Sr. Arthur Dones Negrón, incumpliendo así con su jornada regular de trabajo.

El Reglamento Interno de Normas de Conducta y Medidas Disciplinarias del Departamento en la Infracción Núm. 11, establece lo siguiente:

"**Ausentarse del trabajo sin Autorización**. Se entenderá por ausencia sin autorización cuando: el empleado no se comunica con el Supervisor en el día de incurrida la ausencia para notificar la razón de la misma, tampoco lo comunica en las primeras dos (2) horas a partir de su hora de entrada por la mañana del día de la ausencia, o cuando el supervisor no considera justificada la ausencia. Cuando el empleado incurra en ausencia sin autorizar, el caso se referirá a la Oficina de Recursos Humanos para el inicio del proceso de descuento de salario".

Estoy notificando la intención de descontar como ausencia sin autorizar el periodo de 7:45 a.m. a 9:18 a.m. del día antes señalado. De no estar de acuerdo con esta determinación, a usted le asiste el derecho de solicitar una vista administrativa informal dentro del periodo de diez (10) días laborables contados a partir del recibo de esta comunicación.

MTQ/lplm

APARTADO 41269, SAN JUAN, PUERTO RICO 00940 - 1269 • TEL. (787) 722-2929 FAX: (787) 728-8963

**POLICIA DE PUERTO RICO**

**INFORME DE INCIDENTE**

# DE ORI: PR-PPR-00N-1

# DE INCIDENTE: 2007-1-162-14365

TIPO DE INFORME: ☒ INFORME INICIAL ☐ SUPLEMENTO

SITUACION: ☐ INFUND. ☐ ESCLARECIDO POR: ☐ ARRESTO ☐ EXCEPCIONAL

INCIDENTE:
- A ☐ MUERTE DEL DELINCUENTE
- B ☐ SE REHUSA ENJUICIAMIENTO
- C ☐ SE DENIEGA EXTRADICION
- D ☐ SE NEGO A COLABORAR
- E ☐ MENOR DE EDAD, SIN CUSTODIA
- N ☐ NO APLICA

DENUNCIANTE: (Apellidos, Nombre, Segundo Nombre) Aviles Lariu Wilson

S.S.: 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  TELEFONO: (Domicilio) 751-2025

DIRECCION: Carretera 8838 Sector 5 Obras publicas

TELEFONO: (Trabajo) ( )

LUGAR DEL INCIDENTE: (Dirección Exacta) Obras publicas regulacion de Transito Carretera 8838 sector 5

DELITO:
| | (Marcar si fue motivado por prejuicio) | DELINCUENTE: |
|---|---|---|
| 1. | 1. ☐ | 1. |
| 2. | 2. ☐ | 2. |
| 3. | 3. ☐ | 3. |

CODIGO DE DELITO UCR:
1.
2.
3.

FECHA(S) DEL INCIDENTE:
1.
2. 06-11-2007
3.

HORA DEL INCIDENTE:
1.
2. 17
3.

## MOTIVACION DE PREJUICIO: (Marcar una para delito # 1)

**RACIAL:**
- 11 ☐ ANTI-BLANCO
- 12 ☐ ANTI-NEGRO
- 13 ☐ ANTI-INDIO AMERICANO/NATIVO DE ALASKA
- 14 ☐ ANTI-ASIATICO/ISLEÑO DEL PACIFICO
- 15 ☐ ANTI-GRUPO MULTIRACIAL

**GRUPO ETNICO/ORIGEN NACIONAL**
- 31 ☐ ANTI-ARABE
- 32 ☐ ANTI-HISPANO
- 33 ☐ ANTI-OTRO GRUPO ETNICO/ORIGEN NACIONAL

**RELIGIOSO:**
- 21 ☐ ANTI-JUDIO
- 22 ☐ ANTI-CATOLICO
- 23 ☐ ANTI-PROTESTANTE
- 24 ☐ ANTI-ISLAMICO/MUSULMAN
- 25 ☐ ANTI-OTRA RELIGION
- 26 ☐ ANTI-GRUPO MULTIRELIGIOSO
- 27 ☐ ANTI-ATEISMO/AGNOSTICISMO

**SEXUAL:**
- 41 ☐ ANTI-HOMBRE HOMOSEXUAL
- 42 ☐ ANTI-MUJER HOMOSEXUAL
- 43 ☐ ANTI-HOMOSEXUAL (Hombres y Mujeres)
- 44 ☐ ANTI-HETEROSEXUAL
- 45 ☐ ANTI-BISEXUAL

INDICAR EL CODIGO DE MOTIVACION SI ES DISTINTO A DELITO #1:
# 2 [ ]
# 3 [ ]

SITUACION DE DELITO: (Marcar sólo una por delito)
1. ☐ INTENTO  2. ☐ INTENTO  3. ☐ INTENTO
1. ☐ COMPLETO  2. ☐ COMPLETO  3. ☐ COMPLETO

DELINCUENTE) USO: (Marcar todas las que apliquen)
- A ☐ ALCOHOL
- C ☐ EQUIPO DE COMPUTADORA
- B ☐ DROGAS
- N ☐ NO APLICA

(Sólo para robos) NUM. DE LOCALES ALLANADOS: ____
METODO DE ENTRADA:
- F ☐ A LA FUERZA
- N ☐ SIN FUERZA

**LUGAR DEL DELITO:** (Marcar sólo una) (Indicar núm. de código para delito #2 _____ y #3 _____)
- 01 ☐ TERMINAL AEREO/DE AUTOBUS/DE TREN
- 02 ☐ BANCO/AHORRO Y PRESTAMO
- 03 ☐ CANTINA/CLUB NOCTURNO
- 04 ☐ IGLESIA/SINAGOGA/TEMPLO
- 05 ☐ EDIFICIO COMERCIAL/DE OFICINA
- 06 ☐ SITIO DE CONSTRUCCION
- 07 ☐ FERRETERIA
- 08 ☐ TIENDA POR DEPARTAMENTO/DE DESCUENTO
- 09 ☐ FARMACIA/CONSULTORIO DE MEDICO/HOSPITAL
- 10 ☐ CAMPO/BOSQUE
- 11 ☐ EDIFICIOS DEL GOBIERNO/PUBLICOS
- 12 ☐ TIENDA DE COMESTIBLES/SUPERMERCADO
- 13 ☐ CARRETERA/CALLE/CALLEJON
- 14 ☐ HOTEL/MOTEL/ETC.
- 15 ☐ CARCEL/PRISION
- 16 ☐ LAGO/VIA ACUATICA
- 17 ☐ TIENDA DE LICORES
- 18 ☐ ESTACIONAMIENTO/GARAJE
- 19 ☐ CENTRO DE ALQUILER DE ALMACENAMIENTO
- 20 ☐ RESIDENCIA/HOGAR
- 21 ☐ RESTAURANTE
- 22 ☐ ESCUELA/UNIVERSIDAD
- 23 ☐ GASOLINERA
- 24 ☐ TIENDA ESPECIALIZADA
- 25 ☐ OTRO/DESCONOCIDO

**TIPO DE ACTIVIDAD CRIMINAL:** (Marcar hasta tres)
- B ☐ COMPRAR/RECIBIR
- C ☐ CULTIVAR/FABRICAR/PUBLICAR
- D ☐ DISTRIBUIR/VENDER
- E ☐ EXPLOTAR A NIÑOS
- O ☐ OPERAR/PROMOVER/ASISTIR
- P ☐ POSEER/OCULTAR
- T ☐ TRANSPORTAR/TRANSMITIR/IMPORTAR
- U ☐ USAR/CONSUMIR

**TIPO DE ARMA/FUERZA INVOLUCRADA:** (Marcar hasta tres) (Ingresar A en casilla si es automática)
- 11 ☐ ARMA DE FUEGO (Tipo no identificado)
- 12 ☐ PISTOLA
- 13 ☐ RIFLE
- 14 ☐ ESCOPETA
- 15 ☐ OTRA ARMA DE FUEGO
- 20 ☐ CUCHILLO/INSTRUMENTO CORTANTE
- 30 ☐ OBJETO DESAFILADO
- 35 ☐ VEHICULO DE MOTOR
- 40 ☐ ARMAS PERSONALES
- 50 ☐ VENENO
- 60 ☐ EXPLOSIVOS
- 65 ☐ FUEGO/INCENDIARIO
- 70 ☐ NARCOTICOS/DROGA
- 85 ☐ ASFIXIA
- 90 ☐ OTRA
- 95 ☐ DESCONOCIDA
- 99 ☐ NINGUNA

VICTIMA #1: (Apellidos, nombre, segundo nombre)

TELEFONO: (Casa)

DIRECCION: (Calle, ciudad, código postal)

**TIPO DE VICTIMA:** (Marcar sólo una)
- I ☐ INDIVIDUO
- N ☐ NEGOCIO
- F ☐ FINANCIERO
- G ☐ GOBIERNO
- R ☐ RELIGIOSO
- S ☐ SOCIEDAD/PUBLICO
- O ☐ OTRO
- D ☐ DESCONOCIDO

**RAZA:**
- B ☐ BLANCA
- N ☐ NEGRA
- I ☐ INDIO AMERICANO/NATIVO DE ALASKA
- A ☐ ASIATICA
- H ☐ HAWAIIANA
- D ☐ DESCONOCIDA

**SEXO:**
- M ☐ MASCULINO
- F ☐ FEMENINO
- D ☐ DESCONOCIDO

**CONDICION DE RESIDENCIA:**
- R ☐ RESIDENTE
- N ☐ NO RESIDENTE
- D ☐ DESCONOCIDA

**GRUPO ETNICO:**
- H ☐ HISPANO
- N ☐ NO HISPANO
- D ☐ DESCONOCIDO

EDAD: ____
FECHA DE NAC. ____
NUM. DE VICTIMAS ____

**CIRCUNSTANCIAS DE AGRESION GRAVE/HOMICIDIO:** (Marcar hasta dos)
- 01 ☐ DISCUSION
- 02 ☐ AGRESION CONTRA AGENTE DE LA POLICIA
- 03 ☐ VENTA DE DROGAS
- 04 ☐ CRIMEN ORGANIZADO
- 05 ☐ PANDILLAS JUVENILES
- 06 ☐ PELEA ENTRE AMANTES
- 07 ☐ EUTANACIA
- 08 ☐ OTRO DELITO INVOLUCRADO
- 09 ☐ OTRAS CIRCUNSTANCIAS
- 10 ☐ CIRCUNSTANCIAS DESCONOCIDAS

**TIPO DE LESION:** (Marcar hasta cinco)
- N ☐ NINGUNA
- H ☐ HUESOS
- L ☐ POSIBLES LESIONES INTERNAS
- D ☐ DESGARRADURA SEVERA
- M ☐ LESION MENOR
- O ☐ LESION MAYOR
- D ☐ PERDIDA DE DIENTES
- C ☐ PERDIDA DE CONOCIMIENTO

**VICTIMA RELACIONADA CON NUM. DE DELITO INDICADO MAS ARRIBA:**
1 ☐
2 ☐
3 ☐

**RELACION DE VICTIMA A DELINCUENTE:** (Para relaciones de delincuente múltiples, ingresar número(s) de delincuente en el espacio)
- SE ___ CONYUGE
- CS ___ CONYUGE POR ACUERDO CONSENSUAL
- PA ___ PADRE
- SB ___ HERMANO(A)
- CH ___ HIJO(A)
- GP ___ ABUELO(A)
- GF ___ NIETO(A)
- IL ___ PARIENTE POLITICO
- SP ___ PADRASTRO/MADRASTRA
- SH ___ HIJASTRO(A)
- SS ___ HERMANASTRO(A)
- OF ___ OTRO FAMILIAR
- AQ ___ CONOCIDO(A)
- FR ___ AMIGO(A)
- NE ___ VECINO(A)
- BE ___ NIÑO CUIDADO POR NIÑERA
- BG ___ NOVIO(A)
- CF ___ HIJO(A) DE "BG"
- HH ___ PARIENTE HOMOSEXUAL
- XS ___ EX-CONYUGE
- EE ___ EMPLEADO(A)
- ER ___ PATRONO
- OK ___ OTRO CONOCIDO(A)
- ST ___ DESCONOCIDO
- VO ___ LA VICTIMA FUE EL DELINCUENTE
- RU ___ RELACION DESCONOCIDA

Página 1 de 4

| TIPO DE PERDIDA DE BIENES/ETC. | CODIGO | CANTIDAD | DESCRIPCION DE BIENES (Incluir marca, modelo, tamaño/tipo, núm. de serie, color, etc.) | LOR | FECHA EN QUE SE RECUPERARON |
|---|---|---|---|---|---|
| 1 ☐ NINGUNA | | | | | |
| 2 ☐ QUEMADOS | | | | | |
| 3 ☐ FALSIFICADOS | | | | | |
| 4 ☐ DAÑADOS | | | | | |
| 5 ☐ RECUPERADO | | | | | |
| 6 ☐ DECOMISADOS | | | | | |
| 7 ☐ ROBADOS | | | | | |
| 8 ☐ DESCONOCIDA | | | | | |

**B I E N E S**

CUADRO DE CODIGOS DE DESCRIPCION DE BIENES: (Ingresar número de código en la columna correspondiente arriba)

| | | |
|---|---|---|
| 01 ☐ AERONAVE | 15 ☐ EQUIPOS DE CONSTRUCCION PESADO/ INDUSTRIAL | 28 ☐ VEHICULOS DE RECREACION |
| 02 ☐ ALCOHOL | 16 ☐ BIENES CASEROS | 29 ☐ ESTRUCTURAS-VIVIENDAS UNIFAMILIAR |
| 03 ☐ AUTOMOVILES | 17 ☐ JOYAS/METALES PRECIOSOS | 30 ☐ ESTRUCTURAS-OTRAS VIVIENDAS |
| 04 ☐ BICICLETAS | 18 ☐ GANADO | 31 ☐ ESTRUCTURAS-COMERCIALES |
| 05 ☐ AUTOBUSES | 19 ☐ MERCANCIAS | 32 ☐ ESTRUCTURAS-INDUSTRIALES/MANUFACTURA |
| 06 ☐ ROPA | 20 ☐ DINERO | 33 ☐ ESTRUCTURAS-PUBLICAS/COMUNITARIAS |
| 07 ☐ EQUIPO/PROGRAMAS DE COMPUTADORA | 21 ☐ INSTRUMENTOS NEGOCIABLES | 34 ☐ ESTRUCTURAS-ALMACENAMIENTO |
| 08 ☐ BIENES CONSUMIBLES | 22 ☐ INSTRUMENTOS NO NEGOCIABLES | 35 ☐ ESTRUCTURAS-OTRAS |
| 09 ☐ TARJETAS DE CREDITO/DEBITO | 23 ☐ EQUIPOS DE OFICINA | 36 ☐ HERRAMIENTAS ELECTRICAS/MANUALES |
| 10 ☐ DROGAS/NARCOTICOS | 24 ☐ OTROS VEHICULOS DE MOTOR | 37 ☐ CAMIONES |
| 11 ☐ EQUIPOS DE DROGAS/NARCOTICOS | 25 ☐ CARTERAS/BOLSOS/BILLETERAS | 38 ☐ PIEZAS/ACCESORIOS DE VEHICULOS |
| 12 ☐ EQUIPOS AGRICOLAS | 26 ☐ RADIOS/TELEVISORES/GRABADORAS DE VIDEO | 39 ☐ EMBARCACIONES |
| 13 ☐ ARMAS DE FUEGO | 27 ☐ GRABACIONES-AUDIOVISUAL | 77 ☐ OTROS |
| 14 ☐ EQUIPOS DE JUEGO | | 88 ☐ EN ESPERA DE INVENTARIO |
| | | 99 ☐ (_____) |

**D E L I N C U E N T E S**

NUMERO DE DELINCUENTES:

**1.**

| | | | SEGURO SOCIAL: | DIRECCION: (Calle, ciudad, estado, código postal) |
|---|---|---|---|---|

| EDAD: | SEXO: M ☐ MASCULINO F ☐ FEMENINO D ☐ DESCONOCIDO | RAZA: B ☐ BLANCA N ☐ NEGRA I ☐ INDIO AMERICANO | A ☐ ASIATICA H ☐ HAWAIIANO D ☐ DESCONOCIDA | FECHA/LUGAR NACIMIENTO: | ESTATURA: | PESO: | OJOS: | CABELLO: | ROPA: |
|---|---|---|---|---|---|---|---|---|---|

**2.**

| | | | SEGURO SOCIAL: | DIRECCION: (Calle, ciudad, estado, código postal) |
|---|---|---|---|---|

| EDAD: | SEXO: M ☐ MASCULINO F ☐ FEMENINO D ☐ DESCONOCIDO | RAZA: B ☐ BLANCA N ☐ NEGRA I ☐ INDIO AMERICANO | A ☐ ASIATICA H ☐ HAWAIIANO D ☐ DESCONOCIDA | FECHA/LUGAR NACIMIENTO: | ESTATURA: | PESO: | OJOS: | CABELLO: | ROPA: |
|---|---|---|---|---|---|---|---|---|---|

**3.**

| | | | SEGURO SOCIAL: | DIRECCION: (Calle, ciudad, estado, código postal) |
|---|---|---|---|---|

| EDAD: | SEXO: M ☐ MASCULINO F ☐ FEMENINO D ☐ DESCONOCIDO | RAZA: B ☐ BLANCA N ☐ NEGRA I ☐ INDIO AMERICANO | A ☐ ASIATICA H ☐ HAWAIIANO D ☐ DESCONOCIDA | FECHA/LUGAR NACIMIENTO: | ESTATURA: | PESO: | OJOS: | CABELLO: | ROPA: |
|---|---|---|---|---|---|---|---|---|---|

**D E T E N I D O**

NUMERO DE DETENIDOS: _____

INDICADOR DE ESCLARECIMIENTO MULTIPLE:
M ☐ MULTIPLE   C ☐ CONTAR A DETENIDO   N ☐ NO SE APLICA

**1.**

| | | | SEGURO SOCIAL: | DIRECCION: (Calle, ciudad, estado, código postal) |
|---|---|---|---|---|

| EDAD: | SEXO: M ☐ MASCULINO F ☐ FEMENINO D ☐ DESCONOCIDO | RAZA: B ☐ BLANCA N ☐ NEGRA I ☐ INDIO AMERICANO | A ☐ ASIATICA H ☐ HAWAIIANO D ☐ DESCONOCIDA | FECHA/LUGAR NACIMIENTO: | GRUPO ETNICO: H ☐ HISPANO N ☐ NO HISPANO D ☐ DESCONOCIDO | CONDICION DE RESIDENCIA: R ☐ RESIDENTE N ☐ NO RESIDENTE D ☐ DESCONOCIDA |
|---|---|---|---|---|---|---|

EL DETENIDO ESTABA ARMADO CON: (Marcar hasta dos) (Ingresar A en casilla si es automática)

| | | |
|---|---|---|
| 01 ☐ NO ARMADO | 14 ☐ ESCOPETA | TIPO DE DETENCION: V ☐ EN EL ACTO |
| 11 ☐ ARMA DE FUEGO (Tipo no identificado) | 15 ☐ OTRA ARMA DE FUEGO | C ☐ CITADO |
| 12 ☐ PISTOLA | 16 ☐ INSTRUMENTO DE CORTE LETAL | L ☐ LLEVADO BAJO CUSTODIA |
| 13 ☐ RIFLE | 17 ☐ MANOPLA (Otro objeto contundente) | |

DISPOSICION DE DETENIDO
MENOR DE 18 AÑOS:
M ☐ TRAMITADO DENTRO DEL DEPARTAMENTO
R ☐ RECOMENDADO A OTRA AUTORIDAD

| ESTATURA: | PESO: | OJOS: | CABELLO: | NUM. DE DETENCION: | FECHA DE DETENCION: | CODIGO DE DELITO DE DETENCION UCR: |
|---|---|---|---|---|---|---|

**T E S T I G O**

| NOMBRE: (Apellidos, nombre, segundo nombre) | DIRECCION: (Calle, ciudad, estado, código postal) | TELEFONO RESIDENCIAL.: | TELEFONO DE TRABAJO: |
|---|---|---|---|
| **1.** | | | |
| **2.** | | | |

**R E L A T O**

Se oriento al querellante de como obtener una Orden 408 en el tribunal de San Juan.

**F I R M A S**

| DENUNCIANTE: | | FECHA: |
|---|---|---|
| PREPARADO POR: Agte. George Toledo Mendez | PLACA: 26455 | FECHA: 06-11-2007 |
| SUPERVISOR: | PLACA: 11731 | FECHA: 06-11-2007 |

☐ Continúa en suplemento

Página 2 de 2



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

# C E R T I F I C A C I Ó N

## LICENCIA DE VACACIONES Y ENFERMEDAD

Los balances hasta el **30 de junio de 2007** son los siguientes:

Nombre empleado (a) :   **Félix Rivera Clemente**

Seguro Social:   **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**

Oficina:   **Regulación del Tránsito**

Vacaciones:       **0**
Durante el cierre gubernamental le cedieron días, adeuda 2 ½ días por vacaciones.

Enfermedad:   **95 ½**

Dada hoy **9 de julio de 2007**,  en San Juan, Puerto Rico.

*fue mi regalo de cumpleaños*

Certifico Correcto:

Ivette M. Cartagena Rivera
Directora
Oficina de Recursos Humanos

PRR-adm



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
Directoría de Obras Públicas
Oficina de Regulación de Tránsito



## BALANCE DE VACACIONES
## DE LOS EMPLEADOS REGULARES
## SECCION ROTULACIÓN Y PINTURA

| Nombre | VACACIONES REGULARES | VACACIONES ENFERMEDAD | COMPENSATORIOS | DIAS USADOS DE VACACIONES |
|---|---|---|---|---|
| . Andújar Adorno, José V. | 22½ | 1 | 5hor. | 10½ |
| . Andujar Reyes , Rafael | 29 | 34 | 1½ dia | 11 |
| . Arroyo  Rivera , Omar | 22½ | 8 | 7   dia | 4 |
| . Canales  Nazario, Luis  Y. | 42½ | 21 | 1  dias | 10 |
| . Birriel Calo , Edgardo | 39½ | 41½ | - | 11 |
| . Bultrón Escalera, Adalberto | 43 | 96 | - | 9 |
| . Bultrón Robles , Carlos I. | 25½ | 77½ | - | 14 |
| . Clemente Rivera, Rafael | 51½ | 64 | 5 horas | 15 |
| . Fraguada Abril, Luis M. | 6 | 6½ | 4 dias | 10½ |
| . Gonzalez  Montes , Manuel | 39 | 30 | 2 dias | 1 |
| . Moreno Clemente, Armado | 40 | 87½ | 2 dias | 11 |
| . Nuñez  Ramírez, Manuel | 6½ | - | 1 dia | 9 |
| . Ocasio López, Wilfredo | 26½ | 95 | - | 17 |
| . Ofarril  Rivera , Jose R. | 15 | 13 | 1 dia | 9 |
| . Ortiz Garcia , Francisco | 10 | 2 | 6 horas | 12 |
| . Perez  Rosado ,  Hector | 12½ | 2½ | - | 10 |
| . Pizarro Caraballo , Juan | 2 | 1½ | - | 5 |
| . Rivera Clemente, Félix | 27½ | 94 | 1 dia | 15 |
| . Rivera Cruz, Juan | 11 | 13 | 2 dias | 4 |
| . Román Vizcarrondo, Carlos R. | 23 | 96 | - | 11½ |
| . Torres Feliciano ,   Francisco | 12½ | 4½ | 4 dias | 6 |
| . Torres Nieves, Luis D. | 5½ | 14½ | 4 dias | 6½ |

Preparado por:   ANA R. BERRÍOS

FECHA :  30 DE ABRIL DEL 2007

1




ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS
Directoría de Obras Públicas
Oficina de Regulación de Tránsito

## BALANCE DE VACACIONES
## DE LOS EMPLEADOS REGULARES
## SECCION ROTULACIÓN Y PINTURA

| Nombre | VACACIONES REGULARES | VACACIONES ENFERMEDAD | COMPENSATORIOS | DIAS USADOS DE VACACIONES |
|---|---|---|---|---|
| ndújar Adorno, José V. | 22½ | 1 | 5 hor. | |
| ndújar Reyes , Rafael | 30 | 33 | 1 hor. | |
| rroyo  Rivera , Omar | 18 | 5 | - | |
| anales  Nazario, Luis  Y. | 42½ | 19 | - | |
| rriel Calo , Edgardo | 40½ | 39½ | 1 hora | 5½ |
| ultrón Escalera, Adalberto | 43½ | 93 | - | 5 |
| ultrón Robles , Carlos I. | 28½ | 74½ | - | 6 |
| emente Rivera, Rafael | 50 | 62 | 3 dias | 11½ |
| aguada Abril, Luis M. | 4½ | 6½ | 4dias | 7 |
| onzalez  Montes , Manuel | 34 | 29½ | 2 dias | 1 |
| oreno Clemente, Armado | 41 | 84½ | - | 5 |
| ñez  Ramírez, Manuel | 7½ | 1 | 2 dia | 3 |
| asio López, Wilfredo | 28½ | 93 | - | 10 |
| arril  Rivera , Jose R. | 15 | 13 | 1 hor. | 5 |
| iz Garcia , Francisco | 7 | 14½ | 5 dias | 10 |
| ez  Rosado , Hector | 13½ | 1½ | - | 4 |
| arro Caraballo , Juan | 1 | 1 | 1 dia | 5 |
| era Clemente, Félix | 28½ | 91 | - | 9 |
| era Cruz, Juan | 6 | 12 | 3dias. | 4 |
| nán Vizcarrondo, Carlos R. | 24½ | 93 | - | 5 |
| es Feliciano ,  Francisco | 12½ | 1½ | 1 hor. | 1 |
| es Nieves, Luis D. | 3½ | 19 | 1 dia | 4½ |

Preparado por: __ANA R. BERRÍOS

FECHA : 28 DE FEBRERO DEL 2007

1

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

**FELIX RIVERA CLEMENTE**

**Apelante**                                         **CASO NÚM. 2007-05-1167**

**vs.**

ON
'ᴀ⁵

| | | |
|---|---|---|
| A | : | Carmen T. Lugo Somolinos<br>Comisión Apelativa del Servicio Público |
| DE | : | Félix Rivera Clemente<br>Supervisor de Rótulos del Depto. De Transportación y Obras |
| Públicas | | |
| | | División de Regulación de Tránsito del<br>Gobierno Estatal de P.R. |
| ASUNTO | : | Caso Núm. 2007-05-1167<br>Traslado Involuntario, aumentos de sueldo, méritos por años de<br>servicio y cambios al mínimo federal dejados de recibir. |
| FECHA | : | 14 de febrero de 2012 |

        Pido a esta Honorable Comisión que ordene al Departamento de Transportación y
Obras Públicas por represalias tomadas por este Departamento, por recomendaciones para
aumentos de sueldos por méritos, por años de servicio, revisión a mi sueldo y cambios al
mínimo federal, dicte y ordene a el D.T.O.P. que me envíen nuevamente a la Oficina del
Taller de Rótulos, me paguen los aumentos recomendados por el Director entonces en
esta división, revisiones a mi sueldo que deben llevan por los documentos que ya les e
enviado y me paguen la cantidad de dinero que le estoy reclamando por los perjuicios
cometidos contra este servidor y se me entregue resolución del caso.


cc:     Lcda. María E. Vázquez Graziani
        Sr. Francisco J. Valls Ferrero

**CERTIFICO** que hoy, _23_ de enero de 2012, archivé en los autos de la apelación el original de esta **Orden** y que envié copia fiel y exacta de la misma a las Partes, a sus direcciones en récord.



**FRANCISCO J. VALLS FERRERO**
Secretario   por (.....)

**ABOGADA APELADA**:
LCDA. MARÍA ELENA VÁZQUEZ GRAZIANI
EDIF. DORAL BANK 805
CALLE RESOLUCIÓN # 33, SUITE 805
SAN JUAN, PR 00920-2717

**APELANTE**:
FELIX  RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772

CTLS/mpa

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| **FELIX RIVERA CLEMENTE** | |
| Apelante | **CASO NÚM. 2007-05-1167** |
| vs. | |
| **DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS** | **TRASLADOS** |
| Apelado | **Materia** |

## O R D E N

**A LA PARTE APELADA**:

La Comisionada Asociada Carmen T. Lugo Somolinos, tuvo ante su consideración la apelación de epígrafe y acordó:

A la Moción en Cumplimiento de Orden y en Solicitud de Reconsideración Sanciones. **Como se pide**, **se deja sin efecto las sanciones impuestas**.

**A LA PARTE APELANTE**:

En término de **veinte (20) días** deberá someter su parte del Informe de Conferencia con Antelación a Vista, ya que la parte apelada sometió su parte ante la Comisión.

Se le apercibe que el injustificado incumplimiento con lo ordenado, dentro del término concedido, constituirá un allanamiento para que se le imponga una sanción procesal o económica no menor de treinta dólares ($30) ni mayor de trescientos dólares ($300) por cada imposición separada a la parte o a su abogado, si este último es el responsable del incumplimiento, de conformidad con lo dispuesto en el Artículo 16 del Plan de Reorganización Núm. 2-2010 y la Sección 8.14 del Reglamento Procesal de la Comisión Núm. 7313 de 7 de marzo de 2007.

**NOTIFÍQUESE Y ARCHÍVESE.**

En San Juan, Puerto Rico, a 29 de marzo de 2012.

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**CERTIFICO** que hoy, 30 de marzo de 2012, archivé en los autos de la apelación el original de esta **Orden** y que envié copia fiel y exacta de la misma a las Partes, a sus direcciones en récord.

**FRANCISCO J. VALLS FERRERO**
Secretario



FELIX RIVERA CLEMENTE
2007-05-1167
**ORDEN**

**ABOGADA APELADA**:
LCDA. MARÍA ELANA VÁZQUEZ GRAZIANI
EDIF. DORAL BANK
CALLE RESOLUCIÓN 33, SUITE 805
SAN JUAN, PR 00920-2717

**APELANTE**:
FÉLIX  RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772-9662

CTLS/mpa

**GOBIERNO DE PUERTO RICO**
**COMISIÓN APELATIVA DEL SERVICIO PÚBLICO**
**SAN JUAN, PUERTO RICO**
www.casp.pr.gov

| | |
|---|---|
| **FELIX RIVERA CLEMENTE** | |
| Apelante | **CASO NÚM. 2007-05-1167** |
| vs. | |
| **DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS** | **TRASLADOS** |
| Apelado | **Materia** |

**O R D E N**

**A LA PARTE APELANTE**:

La Comisionada Asociada Carmen T. Lugo Somolinos, tuvo ante su consideración la apelación de epígrafe y acordó:

A la carta de 14 de febrero de 2012, radicada el 15 de febrero de 2012, **ENTERADO**.

**A LA PARTE APELADA**:

Se le impone una segunda sanción económica a la parte apelada de doscientos ($200.00) dólares por el Incumplimiento de las Ordenes de la Comisión la cual deberá pagar en el término de **veinte (20) días**.

Se le apercibe que el injustificado incumplimiento con lo ordenado, dentro del término concedido, constituirá un allanamiento para que se le imponga una sanción procesal o económica no menor de treinta dólares ($30) ni mayor de trescientos dólares ($300) por cada imposición separada a la parte o a su abogado, si este último es el responsable del incumplimiento, de conformidad con lo dispuesto en el Artículo 16 del Plan de Reorganización Núm. 2-2010 y la Sección 8.14 del Reglamento Procesal de la Comisión Núm. 7313 de 7 de marzo de 2007.

**NOTIFÍQUESE Y ARCHÍVESE.**

En San Juan, Puerto Rico, a 23 de febrero de 2012.

**CARMEN T. LUGO SOMOLINOS**
Comisionada Asociada

**CERTIFICO** que hoy, 24 de febrero de 2012, archivé en los autos de la apelación el original de esta **Orden** y que envié copia fiel y exacta de la misma a las Partes, a sus direcciones en récord.

**FRANCISCO J. VALLS FERRERO**
Secretario



FELIX RIVERA CLEMENTE
2007-05-1167
**ORDEN**

**APELADA**:
HON. RUBÉN A. HERNÁNDEZ GREGORAT
SECRETARIO
**DEPARTAMENTO DE TRANSPORTACION
Y OBRAS PÚBLICAS**
PO BOX 41269, MINILLAS STATION
SAN JUAN, PR 00940-1269

**ABOGADA APELADA**:
LCDA. MARÍA ELANA VÁZQUEZ GRAZIANI
EDIF. DORAL BANK
CALLE RESOLUCIÓN 33, SUITE 805
SAN JUAN, PR 00920-2717

**APELANTE**:
FÉLIX  RIVERA CLEMENTE
HC-01 BOX 9045
LOÍZA, PR 00772-9662

CTLS/mpa



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

8 de mayo de 2007

Sr. Angel R. Boria Figueroa
Rotulista

Manuel Salcedo Ortega, PE
Director Interino
Oficina Regulación de Tránsito

Arthur Dones Negrón
Jefe, Area de Construcción
Oficina Regulación de Tránsito

Félix Rivera Clemente
Supervisor del Taller de Rótulos

**INSUBORDINACION**

Uso excesivo del celular en horas de trabajo.

Desaparecerse del taller ocasionalmente sin autorización.

*se le añadió
amenaza*



ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

8 de mayo de 2007

Sr. Angel R. Boria Figueroa
Rotulista

Manuel Salcedo Ortega, PE
Director Interino
Oficina Regulación de Tránsito

Arthur Dones Negrón
Jefe, Area de Construcción
Oficina Regulación de Tránsito

Félix Rivera Clemente
Supervisor del Taller de Rótulos

**INSUBORDINACION**

Uso excesivo del celular en horas de trabajo.

Desaparecerse del taller ocasionalmente sin autorización.

Amenaza.

A               :        Lcda. Edmée Vincenty

DE              :        Félix Rivera Clemente

ASUNTO          :        Retención de Cheque de Pago del
                         Lunes 15 de diciembre, 2008

FECHA           :        23 de diciembre de 2008


        Hacer reclamación a:

                Ivette M. Cartagena Rivera
                Directora Oficina de Recursos Humanos
                Edif. Sur, Minilla,
                Santurce, PR
                5to. Piso
                Apartado 41269
                San Juan, PR 00940-1269

                Benjamín Rivera
                Jefe Administrativo
                Oficina de Regulación de Tránsito

                Ana Berríos
                Calcula y lleva la cuenta de los días de vacaciones y enfermedad y
                descuento de salidas parciales y tardanzas.

        Es la segunda vez que debido a la ineptitud de la Sra. Ana Berríos en ese puesto
me han retenido el cheque de la quincena, dos (2) veces, porque la forma en que ella
calcula las media horas .5 y los medio .5 los tres cuartas de hora .75, son equivocados, en
vez de .30, .30 y .45.  Yo tomé unos seminarios de como calcular el tiempo en el horario
de uso en los parking para cobrar las horas en MBTI y el método que ella utiliza es
incorrecto.

Ana Berríos calcula mal el tiempo que utilizamos de vacaciones, permisos a tiempo parcial, tardanzas y enfermedad.  Ella utiliza .5 en vez de .30, ahí son ya .20 minutos de más al igual que 1.5 horas.

Yo trabajo 7.30 diaria, no es 7.5 y medio día de trabajo no son 3.65 horas son 3.45 horas.  Así también como 80 minutos en vez de 1 hora y 20 minutos y así los números de ella no cuadran con los míos y así me han dejado sin días de vacaciones.  Le reclamo al Señor Benjamín Rivera y envían los números de ellos a la Oficina de Recursos Humanos y ella certifica que ella está correcta y yo estoy incorrecto.  Ahora el lunes 15 de diciembre volvieron y me retuvieron el cheque de pago por errores de ellos.

A            :       Lcda. Edmée Vincenty

DE           :       Félix Rivera Clemente

ASUNTO       :       Retención de Cheque de Pago del
                     Lunes 15 de diciembre, 2008

FECHA        :       23 de diciembre de 2008

Hacer reclamación a:

Ivette M. Cartagena Rivera
Directora Oficina de Recursos Humanos
Edif. Sur, Minilla,
Santurce, PR
5to. Piso
Apartado 41269
San Juan, PR 00940-1269

Benjamín Rivera
Jefe Administrativo
Oficina de Regulación de Tránsito

Ana Berríos
Calcula y lleva la cuenta de los días de vacaciones y enfermedad y
descuento de salidas parciales y tardanzas.

Es la segunda vez que debido a la ineptitud de la Sra. Ana Berríos en ese puesto
me han retenido el cheque de la quincena, dos (2) veces, porque la forma en que ella
calcula las media horas .5 y los medio .5 los tres cuartas de hora .75, son equivocados, en
vez de .30, .30 y .45. Yo tomé unos seminarios de como calcular el tiempo en el horario
de uso en los parking para cobrar las horas en MBTI y el método que ella utiliza es
incorrecto.

-1-

Ana Berríos calcula mal el tiempo que utilizamos de vacaciones, permisos a tiempo parcial, tardanzas y enfermedad.  Ella utiliza .5 en vez de .30, ahí son ya .20 minutos de más al igual que 1.5 horas.

Yo trabajo 7.30 diaria, no es 7.5 y medio día de trabajo no son 3.65 horas son 3.45 horas.  Así también como 80 minutos en vez de 1 hora y 20 minutos y así los números de ella no cuadran con los míos y así me han dejado sin días de vacaciones.  Le reclamo al Señor Benjamín Rivera y envían los números de ellos a la Oficina de Recursos Humanos y ella certifica que ella está correcta y yo estoy incorrecto.  Ahora el lunes 15 de diciembre volvieron y me retuvieron el cheque de pago por errores de ellos.





ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE TRANSPORTACIÓN Y OBRAS PÚBLICAS

2  de septiembre de  2009

Sr. Félix Rivera Clemente
Supervisor del Taller de Rótulos

Arthur Dones Negrón
Director
Oficina Regulación de Tránsito

María M. Trinidad Quiñones
Directora, Oficina de Recursos Humanos
Secretaria Auxiliar de Administración

*VISTA ADMINISTRATIVA INFORMAL*

En comunicación del 13 de agosto de 2009, se le notificó la intención de descontar de su sueldo el día 3 de julio de 2009. No obstante no se le indicó que el período a descontar sería el correspondiente a las 7:45 a.m. -9:18 a.m., para un total de 33 minutos, como ausencia sin autorizar.

Usted solicitó Vista Administrativa Informal en la cual expondrá las razones por las cuales no se le debe realizar el descuento. La Vista Administrativa Informal se llevará a cabo el **15 de septiembre de 2009, a las 10:00 a.m**., en el Edificio Roberto Sánchez Vilella en la Oficina de Recursos Humanos, ubicada en el Piso 5.

De existir algún inconveniente que le impida asistir, podrá comunicarse con la Sra. Nora Liz Pérez Matos, Analista de Recursos Humanos I, al número: (787) 722-2929, ext. 2175 ó vía fax al: (787) 727-1247.

MTQ/nprn

*fue comunicada para el Jueves 17 de Sept./09*

APARTADO 41269, SAN JUAN, PUERTO RICO 00940 - 1269 • TEL. (787) 722-2929 FAX: (787) 728-8963

**Estado Libre Asociado de Puerto Rico**
049 - Depto. Transport. y Obras Publ

| Grupo de Pago: | SM -Quincenal | # Cheque: | 05965041 |
|---|---|---|---|
| Desde: | 07/01/2012 | | |
| Hasta: | 07/15/2012 | Fecha: | 06/19/2012 |

FELIX RIVERA CLEMENTE
HC 1 BOX 9045
LOIZA PR  00772

SS:   XXX-XX-6753

| # Empleado: | XXXXX6753 |
|---|---|
| Dept: | 049120-Area de Tr nsito |
| Oficina: | Sec Sem foros Por Computadora |
| Titulo: | Super Taller R tulos Se al Tr |
| Sueldo: | $1,960.00 Monthly |

| DATA IMP: | Federal | PR |
|---|---|---|
| Estado Civil: | Married | Married |
| Concesiones: | 0 | 5 |
| Pct. Adcl.: | | |
| Cant. Adcl.: | | |

### HORAS E INGRESOS

| | | ---- Corriente ---- | | ---- Acumulado ---- | |
|---|---|---|---|---|---|
| Descripcion | Sueldo | Horas | Ingresos | Horas | Ingresos |
| Pago de Salarios Regulares | | 0.00 | 975.00 | 11,760.00 | |
| | | | | | |
| Total: | | 0.00 | 975.00 | 11,760.00 | |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed MED/EE | 0.00 | 170.52 |
| Fed OASDI/EE | 0.00 | 493.92 |
| Total: | 0.00 | 664.44 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan de Retiro | 0.00 | 973.20 |
| Total: | 0.00 | 973.20 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| AE-Asoc Emp ELA-Prest Regular | 0.00 | 2,341.12 |
| CO-COOP OBRAS PUBLICAS | 0.00 | 2,859.19 |
| DM-FONDOS UNIDOS | 0.00 | 32.50 |
| RC-Pres Pers Ret Cen-E Clasif | 0.00 | 1,594.97 |
| AE-Seguro por Muerte Asoc ELA | 0.00 | 45.60 |
| AS-UITICE | 0.00 | 6.50 |
| AS-ASOC EMP GER Y SUP DTOP | 0.00 | 52.00 |
| Ahorros-AEELA | 0.00 | 352.80 |
| Total: | 0.00 | 7,284.68 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SM-First Medical Health Plan | 600.00 | 998.00 |
| GPR Plan de Retiro | 0.00 | 1,090.80 |
| FSED Disability Plan | 0.00 | 764.40 |
| SM-NATIONAL LIFE | 0.00 | 280.00 |

\* Tributable

### TOTAL BRUTO

| Corriente: | 0.00 |
|---|---|
| Acumulado: | 11,760.00 |

### TOTAL IMPUESTOS

| | 0.00 |
|---|---|
| | 664.44 |

### DEDUCCIONES TOTALES

| | 0.00 |
|---|---|
| | 8,257.88 |

### PAGA NETA

| | 0.00 |
|---|---|
| | 3,237.68 |

### PTO HORAS    ACUM

| Balance Inicial: | 0.0 |
|---|---|
| + Acumulado: | |
| - Utilizado: | |
| - Donada: | |
| + Ajustes: | |
| Balance Final: | 0.0 |

### DISTRIBUCION PAGA NETA

| Total: | 0.00 |
|---|---|

**MENSAJE:**

---

🔒 Ver al dorso para detalles de los mecanismos de seguridad / See reverse side for complete security features.

Modelo SC 784.1
Nov. 09 2005

**DEPARTAMENTO DE HACIENDA**
Edificio Intendente Ramirez
San Juan PR 00902-4140

**Estado Libre Asociado de Puerto Rico**
049 - Depto. Transport. y Obras Publ

**Cheque No.
05965041**

**Fecha: 06/19/2012**          **Importe:**          **$0.00 \*\*\*\*\*\*\*\*\***

Paguese
A la
Orden De

\*\*\*\*NO CON 00/100 DOLARES\*\*\*\*

**FELIX RIVERA CLEMENTE**
HC 1 BOX 9045
LOIZA PR  00772

Localizacion: Sec Sem foros Por Computadora

No es valido seis meses despues de su emision

Secretario de Hacienda

**BGF**

⑈059650416⑈ ⑆02150211⑈ 32501016⑈

Féliz Rivera Clemente
IC 2 P.O. Box 9045
Loiza, P.R. 00772-9662



**PRIORITY MAIL** **TRACKED INSURED**

UNITED STATES POSTAL SERVICE®
For Domestic Use Only          Label 107R, July 2013



UNITED STATES POSTAL SERVICE®      Retail

**P**  US POSTAGE PAID
**$9.10**   Origin: 009?1
07/08/21
428472000?10

PRIORITY MAIL 3-DAY®

0 Lb 14.80 Oz
10?6

EXPECTED DELIVERY DAY: 07/10/21

B097

SHIP
TO:  PO BOX 4850
New York NY 10163-4850

USPS TRACKING® #

9505 5106 9023 1187 3434 59

RECEIVED
JUL 12 2021
PRIME CLERK LLC

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850