# EXHIBIT A

Número de Evidencia de Reclamación: 179316
Reclamante: Lizardi Ortega, Guarionex Eduardo

RECEIVED

AUG 1 6 2021

PRIME CLERK LLC

## INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial.** A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| Por Correo | Entrega en Mano o Service de Correo Postal de 24 Horas |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

RECEIVED

AUG 1 6 2021

PRIME CLERK LLC

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

   ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

   ☑ Empleo actual o anterior en el gobierno de Puerto Rico

   ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

   Bono de Navidad 2014

Batch 19



Número de Evidencia de Reclamación: 179316
Reclamante: Lizardi Ortega, Guarionex Eduardo

3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☑ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó:
AEE

3(b). Identifique las fechas de su empleo con relación a su reclamación:
1986 - 2016

3(c). Últimos cuatro dígitos de su número de seguro social: 6017

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☐ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☑ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).
   Bono de Navidad 2014

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☐ No.
   - ☑ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.
AEE

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:
Corte Quiebras

4(c). Número de caso: 179316

4(d). Título, epígrafe, o nombre del caso:
_____

Batch 19

2



*Número de Evidencia de Reclamación:* **179316**
*Reclamante:* **Lizardi Ortega, Guarionex Eduardo**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):

　　　Pendiente

4(f). ¿Tiene usted una sentencia impaga? Sí ( No ) (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?

Batch 19

3



Escaneado con CamScanner



FINAL TOYS R US LIQUIDATION VENDOR TALKING POINTS (/lightning/r/ka01N000000g2XyQAI/view)
000001067   Work In Progress   Last Published   May 5, 2018, 5:45 AM
FINAL TOYS R US LIQUIDATION VENDOR TALKING POINTS AS OF 4_17_2018

TK HOLDINGS - FAQ FOR TKH SUPPLIERS (/lightning/r/ka01N000000g2XAQAY/view)
000001057   Work In Progress   Last Published   May 5, 2018, 5:11 AM
TK HOLDINGS - FAQ FOR TKH SUPPLIERS (revised as of 8/11/2017)

CENVEO CASE UPDATE AS OF APRIL 4, 2018 – BAR DATE NOTICE (/lightning/r/ka01N000000g1f1QAA/view)
000001021   Work In Progress   Last Published   May 4, 2018, 11:13 AM
CENVEO CASE UPDATE AS OF APRIL 4, 2018 – BAR DATE NOTICE

PATRIOT NATIONAL CASE UPDATES (/lightning/r/ka01N000000g2VJQAY/view)
000001034   Work In Progress   Last Published   May 5, 2018, 3:09 AM
PATRIOT NATIONAL CASE UPDATES AS OF MARCH 28, 2018 – BAR DATE NOTICE

AEROGROUP INTERNATIONAL CASE UPDATE (/lightning/r/ka01N000000g2YNQAY/view)
000001072   Work In Progress   Last Published   May 5, 2018, 6:13 AM
AEROGROUP INTERNATIONAL CASE UPDATE AS OF NOVEMBER 28, 2017 - NOTICE OF BAR DATE FOR SECURED, PRIORITY, AND 503(B)(9) CLAIMS

BONT - VENDOR TALKING POINTS & FAQ (/lightning/r/ka01N000000g2WvQAI/view)
000001054   Work In Progress   Last Published   May 5, 2018, 5:00 AM

---

**Feed**   Details

Post   Email   Internal Comment   Change Status   Close the Case   Change Priority

Share an update...   [Share]

Most Recent Activity ▼                                           🔍 Search this feed...

**All Updates**   Emails   Text Posts   Status Changes



Raul Andrade (/lightning/r/0053I0000097zS1AAI/... 22h ago (/lightning/r/0D53I00006dbANGCA2/...
(/lightning/r/0053I0000097zS1AAI/vi...w):Ticket updated

Workflow: A blank value to Pending Document Upload

💬 Comment

Raul Andrade (/lightning/r/0053I0000097zS1AAI/... 22h ago (/lightning/r/0D53I00006dbANFCA2/...
(/lightning/r/0053I0000097zS1AAI/vi...w):Ticket updated

Ticket Owner: Raul Andrade to Document Uploads

💬 Comment

Raul Andrade (/lightning/r/0053I0000097zS1AAI/... 22h ago (/lightning/r/0D53I00006dbAYGCA2/...
(/lightning/r/0053I0000097zS1AAI/vi...w):To: ramonitapagan21

Saludos,
Adjunto cuestionario para reclamación número:179316

🕒 History   📝 Notes   » Macros   ◯ Omni-Channel (Offline)

This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

📄 CamScanner 08-1...

↩ Reply   ↩ Reply All   → Forward   💬 Comment

---

**Raul Andrade** (/lightning/r/005l0000097zS1AAI/...   22h ago (/lightning/r/0D53l00006dbAYFCA2/...
(/lightning/r/005l0000097zS1AAI/vi_w) Ticket created

Subject: [EXTERNAL] INFORMACIÓN SOLICITADA
Status: New
Ticket Number: 00928656
Company Name: PR Claims Info
Contact Name: Pagan Ramonita
Contact Phone:
Ticket Owner: Raul Andrade

💬 Comment

---

🕐 History   📝 Notes   ⟫ Macros   ⭕ Omni-Channel (Offline)