# EXHIBIT C

*Número de Evidencia de Reclamación*:
*Reclamante*: **GONZALEZ CASTRO, LEONIDES**

SEP 08 2021
RECEIVED

# INFORMACIÓN SOLICITADA PARA PROCESAR SU RECLAMACIÓN

### Instrucciones

Responda las cuatro (4) preguntas y sub-preguntas aplicables. Incluya el mayor nivel de detalle posible en sus respuestas. **Sus respuestas deben proporcionar más información de la que se incluye en la evidencia de reclamación inicial**. A modo de ejemplo, si usted escribió previamente como fundamento de su reclamación "Ley 96," tenga a bien explicar ahora en qué leyes específicas pretende basar su reclamación, el año en que se aprobó la ley en cuestión, y cómo y por qué cree que esta ley en particular constituye un fundamento para su reclamación.

Asimismo, si estuviera disponible y fuera aplicable a su reclamación, proporcione:

- Copia de un escrito inicial, como por ejemplo una Demanda o Respuesta;
- Una sentencia o acuerdo de conciliación sin pagar;
- Notificación por escrito de su intención de radicar una reclamación con constancia de envío por correo;
- Toda documentación que, a su juicio, fundamente su reclamación.

Envíe el formulario completado y documentos de apoyo por **correo electrónico** a PRClaimsInfo@primeclerk.com, o por **correo postal o entrega en mano** a la siguiente dirección:

| **Por Correo** | **Entrega en Mano o Service de Correo Postal de 24 Horas** |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk, LLC Grand Central Station, PO Box 4708 New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

### Cuestionario

1. **¿Cuál es el fundamento de su reclamación?**

    ☐ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este

    ☒ Empleo actual o anterior en el gobierno de Puerto Rico

    ☐ Otro (indique con el mayor nivel de detalle. Adjunte páginas adicionales de ser necesario.)

    _____

2. **¿Cuál es el monto de su reclamación (cuánto dinero reclama que se le adeuda):**

    $ 30,000.00

**Batch 19**



3. **Empleo.** ¿Su reclamo se relaciona con un empleo actual o anterior en el gobierno de Puerto Rico?
   - ☐ No. *Pase a la Pregunta 4.*
   - ☒ Sí. **Responda preguntas 3(a)-(d).**

3(a). Identifique el organismo o departamento específico en el que trabaja o trabajó: ___Depto. de la Vivienda___

3(b). Identifique las fechas de su empleo con relación a su reclamación: ___1999___

3(c). Últimos cuatro dígitos de su número de seguro social: ___8170___

3(d). Cuál es la naturaleza de sus reclamaciones de empleo (seleccione todo lo que sea aplicable):
   - ☐ Jubilación
   - ☒ Salarios impagos
   - ☐ Días por enfermedad
   - ☐ Queja con el sindicato
   - ☐ Vacaciones
   - ☐ Otro (Proporcione el mayor nivel de detalle posible. Adjunte páginas adicionales de ser necesario).

4. **Acción legal.** ¿Su reclamación se relaciona con una acción judicial ya cerrada o pendiente de resolución?
   - ☒ No.
   - ☐ Sí. **Responda Preguntas 4(a)-(f).**

4(a). Identifique el departamento o agencia que es parte de esta acción.

4(b). Identifique el nombre y la dirección del tribunal o agencia donde la acción está pendiente de resolución:

4(c). Número de caso:

4(d). Título, epígrafe, o nombre del caso:



*Número de Evidencia de Reclamación*: 179357
*Reclamante*: **GONZALEZ CASTRO, LEONIDES**

4(e). Estado del caso (pendiente de resolución, en apelación, o cerrado):
_____

4(f). ¿Tiene usted una sentencia impaga? Sí / No (Marque una)

De ser así, ¿cuál es la fecha y el monto de la sentencia?
_____

**Batch 19**

3





**Ticket Comments (0)** (/lightning/r/Case/5003l00001EZlahAAD/related/CaseComments/view)

**Ticket History (3+)** (/lightning/r/5003l00001EZlahAAD/related/Histories/view)

| | |
|---|---|
| Date: | 9/8/2021, 10:45 AM |
| Field: | Description |
| User: | Chantal Delos Santos (/lightning/r/0053l00000DzYHqAAN/view) |
| Original Value: | |
| New Value: | |
| Date: | 9/8/2021, 10:45 AM |
| Field: | Ticket Owner |
| User: | Chantal Delos Santos (/lightning/r/0053l00000DzYHqAAN/view) |
| Original Value: | Chantal Delos Santos |
| New Value: | Document Uploads |
| Date: | 9/8/2021, 10:45 AM |
| Field: | Workflow |
| User: | Chantal Delos Santos (/lightning/r/0053l00000DzYHqAAN/view) |
| Original Value: | |
| New Value: | Pending Document Upload |

View All (/lightning/r/Case/5003l00001EZlahAAD/related/Histories/view)

**Articles (0)** (/lightning/r/Case/5003l00001EZlahAAD/related/CaseArticles/view)

**Files (0)** (/lightning/r/Case/5003l00001EZlahAAD/related/AttachedContentDocuments/view)

⬆ Upload Files

**Open Activities (0)** (/lightning/r/Case/5003l00001EZlahAAD/related/OpenActivities/view)

**Activity History (1)** (/lightning/r/Case/5003l00001EZlahAAD/related/ActivityHistories/view)

Email: [EXTERNAL] Reclamación 179357 (/lightning/r/02s3l00001Gm2K6AAJ/view) ▼
Name:
Task:
Due Date: 9/8/2021

View All (/lightning/r/Case/5003l00001EZlahAAD/related/ActivityHistories/view)

**Attachments (1)** (/lightning/r/Case/5003l00001EZlahAAD/related/CombinedAttachments/view)

Reclamación 179357 Leónides González Castro .pdf
Sep 8, 2021 • Attachment

View All (/lightning/r/Case/5003l00001EZlahAAD/related/CombinedAttachments/view)

History  Notes  Macros  Omni-Channel (Offline)



