# EXHIBIT D-1

*Proof of Claim Number*: **179423**
*Plaintiff*: **Acevedo de Núñez, Maritza**

# INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. **Your answers should provide more information than the initial proof of claim**. For example, if you previously wrote as the basis for your claim "Act 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of an initial pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via **email** to PRClaimsInfo@primeclerk.com, or by **mail or hand delivery** to the following address:

| **By Mail** | **Hand Delivery or Overnight Mail Service** |
|---|---|
| Commonwealth of Puerto Rico<br>Supplementational<br>Information Processing Center<br>c/o Prime Clerk, LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico<br>Supplementational<br>Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

RECEIVED
AUG 17 2021
PRIME CLERK

**Questionnaire**

**1. What is the basis of your claim?**

□ A pending or closed legal action with or against the Puerto Rican government
✖ Current or former employment with the Government of Puerto Rico
□ Other (Provide as much detail as possible below. Attach additional pages if needed.)

*During this entire time, the government of Puerto Rico has denied us all of the increases to which we are entitled by law, and has damaged or taken away a % of our retirement.*

**2. What is the amount of your claim (how much money do you claim to be owed): 00**

*I think it is around 40,000, more or less.*

Batch 19

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number*: **179423**
*Plaintiff*: **Acevedo de Núñez, Maritza**

1. **Employment. Is your claim related to current or previous employment in the government of Puerto Rico?**

   ☐ No. *Move to question 4.*
   ✖ Yes. **Answer questions 3(a)-(d).**

3(a). Identify the specific body or department in which you work or worked:

*Dept. of Health, Demographic Registry Division.*

3(b). Identify the dates of your employment in relation to your claim:

*From 2004 in the Demographic Registry; From 1993-August 2004, Vaccination Division.*

3(c). Last four digits of your social insurance number: *0370*

3(d). What is the nature of your employment claims (select everything that applies):

✖ Retirement - *(The %) retirement percentage has been very low.*
☐ Unpaid wages
☐ Sick days
☐ Complaint with the union
☐ Vacations
✖ Other (Provide as much detail as possible. Attach additional pages if necessary).

*When we retire, the percentage will be 29%. Five-year term payments, step increases, salary raises. It's been 14 years that we haven't had any raises, step increases, or five-year term payments.*

2. **Legal action. Is your claim related to a legal action already closed or awaiting a ruling?**

   ✖ No
   ☐ Yes. **Answer Questions 4(a)-(f).**

4(a). Identify the department or agency that is part of this action.

______________________________

4(b). Identify the name and address of the court or agency where the action is awaiting a ruling:

______________________________

4(c). Case number: ______________________________

4(d). Title, heading, or case name:

______________________________

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim Number*: **179423**
*Plaintiff*: **Acevedo de Núñez, Maritza**

4(e). Case status (pending, on appeal, or concluded):

---

4(f). Do you have an unpaid judgment? Yes / No (Circle one)
If so, what is the date and amount of the judgment?

---

*Claim:*
*I, Maritza Acevedo de Núñez, am filing a claim with the government of PR for a salary increase which for 14 years I did not receive. I am also claiming the step increases and the five-year term payments which are offered, and I haven't received. For years, I have requested reclassification in my current position, and I have been denied. Thank you for your attention to this matter.*
[*Signature*]

*Note: When I receive my retirement at 65 years of age, it will be 29%. I am also claiming that my retirement should be 50%.*

Batch 19

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

RECEIVED
AUG 17 2021
PRIME CLERK

**Respond to this letter by or before August 06, 2021, returning the attached questionnaire with the requested information and documentation**.

Send the completed form and supporting documentation by email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following addresses:

| By Mail | Hand Delivery or Overnight Mail |
|---|---|
| Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>Grand Central Station, PO Box 4708<br>New York, NY 10163-4708 | Commonwealth of Puerto Rico Supplemental Information Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

If you do not respond to this request and do not provide the requested information and documentation to support your claim, the Debtors may be required to object to your claim.

**If you have any question regarding this letter or claim, call Prime Clerk LLC at (844) 822-9231 (calls free-of-charge from the United States and Puerto Rico) or (646) 486-7944 (for international calls), available from 10:00 a.m. to 07:00 p.m. (Atlantic Standard Time) (Spanish available), or email address PRClaimsInfo@primeclerk.com.**

NOTE: Prime Clerk, LLC is the claims and notifications agent in the Title III Cases, and it cannot provide legal or financial advice.

Yours faithfully,

Prime Clerk, LLC

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SRF 54980

Supplemental Information Processing Center
of the Commonwealth of Puerto Rico
Grand Central Station, PO Box 4708
New York, NY 10163-4708
Tel.: (844) 822-9231
PRClaimsInfo@primeclerk.com

***** Response Required *****

**THIS LETTER RELATES TO A PROOF OF CLAIM THAT WAS FILED AGAINST THE GOVERNMENT OF PUERTO RICO IN THE PROCEEDINGS UNDER THE PUERTO RICO OVERSIGHT, MANAGEMENT AND ECONOMIC STABILITY ACT.**

**READ THIS LETTER CAREFULLY AND RESPOND ACCORDING TO THE INSTRUCTIONS BELOW. IF YOU DO NOT RESPOND, THE DEBTORS MAY TAKE LEGAL MEASURES TO HAVE YOUR CLAIM FULLY OR PARTIALLY DISMISSED.**

July 07, 2021

Subject: Proof of claim by virtue of the PROMESA Act
*In the Commonwealth of Puerto Rico Case* No. 17-03283
United States District Court for the District of Puerto Rico

Dear Sir/Madam:

This letter relates to a proof of claim that you filed in the Title III cases (the "Title III Cases") against the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, or the Puerto Rico Electric Power Authority (jointly, the "Debtors"). Prime Clerk LLC keeps the official records of claims in the Title III Cases for the United States District Court for the District of Puerto Rico (the "Court"), and communicates with you in representation of the Debtors.

The Debtor's records show that you have filed a proof of claim that has been marked by Prime Clerk LLC with Proof of Claim number **179423**. You may download a copy of your claim by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Additional information is required for the Debtors to continue evaluating your claim. With the information that you have provided, the Debtors cannot determine the grounds, the nature, or the claim amount that you seek against one or more of the Debtors. In response to this letter, make sure that you provide all the requested information and all the detail possible regarding your claim. The descriptions that you included in your proof of claim are too vague for the Debtors to fully understand the claim that you are trying to lodge; for this reason, please provide more information and do not limit yourself to simply copying the same information.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

RECEIVED

AUG 17 2021

PRIME CLERK

Commonwealth of Puerto Rico Supplemental
Information Processing Center
c/o Prime Clerk, LLC
Grand Central Station,
P.O. Box 4708
New York, NY 10163-4708

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 179423**

Signed this 21st day of December 2021

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

_______________________

Andreea I. Boscor

