# EXHIBIT E

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Jimenez Barreto, Edwin E. | 153120 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $92,234.87 |
| Reason: | | | Proof of claim was not timely filed, as claimant filed the claim after the applicable deadline set by the Bar Date Orders. | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Jimenez Barreto, Edwin E. | 153120 | 7/6/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $92,234.87 |
| Base para: | | | La Evidencia de reclamo no se presentó dentro de los plazos estipulados, ya que el demandante presentó el reclamo después de la fecha límite aplicable fijada por la Resolución sobre Fechas Límite. | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

RECEIVED

SEP 29 2021

PRIME CLERK



***CUST PR 1845 SRF 56088 PackID: 436 MMLID: 2119207-P Svc: 374
Jimenez Barreto, Edwin E.
HC-01 BOX 11363
CAROLINA PR 00987

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRÓN VALENTÍN, ASTRID M. AGOSTO FERNÁNDEZ, LILLIAM ALMEYDA IBAÑEZ Y OTROS<br><br>Querellantes<br><br>v.<br><br>AUTORIDAD DE EDIFICIOS PUBLICOS DE PUERTO RICO y LCDA. LEILA HERNÁNDEZ UMPIERRE, en su carácter oficial como Directora Ejecutiva de la Autoridad de Edificios Públicos<br><br>Querellados | CIVIL NUM: K PE2007-4359 (803)<br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS, AUMENTO POR MÉRITO APROBADO POR LA JUNTA DE DIRECTORES PARA LOS AÑOS 2005, 2006 Y 2007; DÍA POR PROCLAMA CON PAGA A TIPO DOBLE Y SIN CARGO LICENCIA ALGUNA, Y RELAMACIÓN DE HORAS EXTRAS |

**MOCIÓN ACOMPAÑANDO QUERELLA ENMENDADA**

AL HONORABLE TRIBUNAL:

Comparece LA ASOCIACIÓN DE EMPLEADOS GERENCIALES DE LA AUTORIDAD DE EDIFICIOS PÚBLICOS por conducto de la representación legal que suscribe, y muy respetuosamente expone, alega y solicita:

Se informa que según ordenado en la vista del 9 de junio de 2011, se somete la Querella Enmendada, la cual solamente incorpora nuevos querellantes. Estos son:

- JUAN ALVAREZ ROSA
- ALEX A. ANDUJAR CARRERO
- MARITZA APONTE MEDINA
- FELIPE ARROYO MORET
- JAIME BELGODERE MARIETTI
- JOSE R. BERRIOS RIVERA
- MONICA CARMONA COLON
- GILDA CASTILLO SANTIAGO
- ROSA G. COLON PANTOJA
- LIRIO COLON SANCHEZ

41

- LOURDES M. CUADRADO ARROYO
- JOSE L. DAVILA ESTRADA
- VICTOR A. DE LA CRUZ CASTELLANO
- JORGE L. DIAZ DIAZ
- JOSE L. GIRONA MARQUEZ
- MIGUEL A. GONZALEZ VARGAS
- KAREN E. LOPEZ PEREZ
- JOSE A. MALDONADO ORTIZ
- NILDA MARCHANY MORALES
- IVELISSE MARTINEZ SOTO
- RUPERTO MARTINEZ SOTOMAYOR
- LUIS F. MATTA DAVILA
- JEANNETTE MONTAÑEZ RAMOS
- MARIA DEL C. NEGRON GARCIA
- SANTOS NEGRON VARGAS
- MAYRA NUÑEZ RIOS
- CARMEN G. OCASIO FELICIANO
- NELLY Y. ORTIZ CESARIO
- ANTHONY OTERO SANTANA
- SANDRA I. PAGAN RIVERA
- IVELISSE PEREZ MIRANDA
- HECTOR QUILES DE JESUS
- ALBERTO I. QUIROS GOMEZ
- NANCY RAMOS RAMIREZ
- OLGA RAMPOLLA MARQUEZ
- MELVIN N. RENOVALES CRUZ
- ALEXA RIOS NEGRON
- MARYMER RIVERA MARTINEZ
- ANA V. RODRIGUEZ COLON
- JORGE R. RODRIGUEZ VAZQUEZ

CIVIL NUM. K2007-4959 (803)
Moción Acompañando Querella Enmendada

Pág. 2

- RAMON M. ROMAN MENDEZ
- ANTONIO DIMAS SANCHEZ CRUZ
- CARLOS A. SANTALIZ PORRATA
- ILIA M. SANTOS LOPEZ
- OSVALDO TIRADO NEGRON
- DALIA TORRES BERRIOS
- ISRAEL TORRES SANTIAGO
- IVELISSE VAZQUEZ MERCED
- JUAN E. VELEZ ARROYO
- ROBERTO VELEZ CINTRON

POR TODO LO CUAL, se solicita respetuosamente que este Honorable Tribunal tome conocimiento de todo lo anterior y acepte la querella enmendada para añadir los nuevos querellantes antes indicados.

RESPETUOSAMENTE SOMETIDA.

En San Juan, Puerto Rico, 29 de junio de 2011.

**CERTIFICO:** Haber enviado copia de la presente moción al **Lcdo. Gerardo L. Santiago Puig, Lcdo. Roberto Ruiz Comas**, RC LEGAL & LITIGATION SERVICES PSC, Doral Bank Plaza Suite 801, Calle Resolución 33, San Juan, PR 00920; **Lcda. Esthermari Ortiz Rodríguez**, Veredas del Parque, Apto. 1302, Carolina, PR 00987; y **Lcdo. Pedro Joel Landrau López**, P O Box 29407, San Juan, PR 00929-0407.

HARRY ANDUZE MONTAÑO-4617
JOSÉ A. MORALES BOSCIO-15296
1454 Avenida Fernández Juncos
San Juan PR 00909
Tel. (787) 723-7171
Fax. (787) 723-7278

Por: _____
JOSÉ A. MORALES BOSCIO-15296

lvf/
G:/JAM/Mociones/1945-Moción Acomp Querella Enmdda

43

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| ALBERTO AGRON VALENTIN<br>ASTRID N. AGOSTO FERNANDEZ<br>LILLIAM ALMEYDA IBAEZ<br>LYDIA E. ALBERTORIO<br>RICARDO ALONSO FORTIER<br>JOSE H. ANTUNEZ QUILES<br>IRIS N. ARROYO MONJICA<br>PEDRO ALVES PIEIRO<br>NILDA I. BARRETO HERNANDEZ<br>MELVIN E. BERRIOS DAVID<br>EDWIN BORRERO ALAMO<br>JULIA I. BUENO<br>RAFAEL E. BOU PADILLA<br>KENNETH BURGOS CORA<br>NORMA M. CANCEL AYALA<br>DHALIA N. CANCEL NIEVES<br>ELVIN CASIANO BELLO<br>JESUS R. COLLAZO CLAS<br>MILAGROS COLON PEREZ<br>JOSE A. CARABALLO PADILLA<br>SONIA CARABALLO DELGADO<br>NEVADA E. CARRION DIAZ<br>ISMAEL CASTRO NEGRON<br>JULIO CINTRON ESPINELL<br>JAVIER CLAUDIO VELEZ<br>LESLIE CORTES SANCHEZ<br>JORGE IVAN CORA RIVERA<br>CELEDONIO CRESPO SEPULVEDA<br>JUAN R. CRUZ BERRIOS<br>NYDIA CRUZ MONTES<br>HECTOR CRUZ VELAZQUEZ<br>FELIX A. DIAZ BURGOS<br>EDNA L. DIAZ DIAZ<br>AUREA ENCARNACION RIVERA<br>FELIX A. FALCON RIVERA<br>RAYMOND FERGELEC CINTRON<br>ELIA J. FIGUEROA CARRILLO<br>MAXIMINO FIGUEROA RIVERA<br>MARIA DE LOS ANGELES FONTANEZ COSME<br>JOSE I. FONTANEZ ORTIZ<br>SONIA FUSTER GONZALEZ<br>RUBEN GARCIA ACEVEDO<br>JORGE L. GARCIA RIVERA<br>GERARDO GARCIA VARELA<br>RAFAEL GAZTAMBIDE VAZQUEZ<br>MARIO GIERBOLINI RODRIGUEZ<br>JOSE A. GOMEZ RIVERA<br>MARIO GONZALEZ GONZALEZ<br>ANDERSON GONZALEZ CONTRERAS<br>BRENDA L. GONZALEZ DIAZ<br>ROBERTO GONZALEZ<br>JOSE D. GONZALEZ RAMOS<br>DAMARIS GONZALEZ SANTIAGO<br>LUIS O. GONZALEZ SANTIAGO<br>MIRIAM GONZALEZ SANTIAGO<br>SANDRA GREGORY RIVERA | CIVIL NÚM.: K PE2007-4359 (803)<br><br><br>SOBRE:<br><br>RECLAMACIÓN DE SALARIOS,<br>AUMENTO POR MÉRITO APROBADO<br>POR LA JUNTA DE DIRECTORES<br>PARA LOS AÑOS 2005, 2006 Y 2007;<br>DÍA POR PROCLAMA A TIPO DOBLE Y<br>SIN CARGO LICENCIA ALGUNA, Y<br>RECLAMACIÓN DE HORAS EXTRAS. |

MARIA DE L. GOMEZ DE JESUS
PEDRO L. HERNANDEZ CONDE
ANTONIO HERNANDEZ MERCADO
LUZ M. HERNANDEZ GONZALEZ
MARIA DE L. IGLESIAS
ANGEL A. IRLANDA ALVARADO
EDWIN E. JIMENEZ BARRETO
MIGUEL A. JORDAN GONZALEZ
HECTOR L. LANDRUA MALDONADO
LUIS IVAN LEBRON ALVARADO
MIGUEL A. LEDESMA SOSA
EDUARDO LOPEZ RIVERA
CARLOS L. LORENZO NIEVES
NIXON LUGO FELICIANO
WILFREDO LOPEZ GONZALEZ
LUIS MIGUEL LOPEZ RODRIGUEZ
LIZETTE LOPEZ LOPEZ
ERMELINDO LUCIANO DEL VALLE
HECTOR I. MAESTRE GONZALEZ
ROSANA MEDINA PERAZA
NOE MARIN RESTO
LUZ E. MARTI CORREA
JOSE MARTIN BELLO
EFREN MOLINA RIVERA
WILNERIS MATEO AVILA
JORGE A. MARTINEZ GONZALEZ
HECTOR RAFAEL MARTINEZ SOLIS
AURELIO MARTINEZ REMEDIOS
MELISSA MARRERO DIAZ
IVONNE MAYSONET RUIZ
DANIEL MERCADO SOTO
DAISY MORALES MILLAN
GLADYS E. MORALES MONZON
LUIS R. MATOS ORTIZ
JUAN E. MERCED PEREZ
ERIC MONTALVO PEREZ
SYLVIANNE D. MORALES CRUZ
ALFREDO MORALES MALDONADO
JOAN MORALES NIEVES
JOSE E. MORALES RODRIGUEZ
JUAN R. MORALES RAMIREZ
SANTOS MORAN RUIZ
EDUARDO MUÑIZ ORENGO
LUIS A. MUÑOZ DE JESUS
JOSE A. NAVARRO MOYET
ALFREDO NAZAR TEJADA
CARMEN NIEVES FIGUEROA
CARLOS H. NIEVES PASTRANA
LUIS G. NIEVES RIOS
ELME J. NODAR GAUD CARMEN
ROSA OCASIO ROSARIO
JOSE M. OLIVO OJEDA
AIDA OLMEDA RODRIGUEZ
GASPAR ORENGO AVILES
CARMELO ORTIZ CLEMENTE
VICTOR M. ORTIZ DAVID
JUAN R. ORTIZ CINTRON
JUAN A. ORTIZ MEDERO
JUAN ORTIZ GONZALEZ
EGBERTO ORTIZ POMALES
MIGUEL A. PAGAN ORTIZ

AURELIO PAGAN MARRERO
JOSE M. PADILLA MORALES
FELIPE PADILLA VAZQUEZ
ASDRUBAL PASCUAL RODRIGUEZ
DEXTER J. PASSALACQUA MATOS
JOSE PEDRAZA CAMACHO
PIERRE PELET BORDONADA
RICARDO PEREZ ORTEGA
ABRAHAM PORTALATIN RODRIGUEZ
ENID M. QUETELL DELGAGO
AIDA QUILES DE JESUS
RAMON E. RAMIREZ NUÑEZ
EDWIN RAMOS CARRASQUILLO
ANTONIO JUAN RAMOS TORRES
HELSONE RAMOS VALLES
MARITZA RESTO CRUZ
VILMA RIVERA COLON
GLORIA A. RIVERA FIGUEROA
ANDRES RIVERA MARTINEZ
AWILDA RIVERA ORTIZ
CARLOS J. RAMOS GONZALEZ
ROBERTO RIVERA BRAÑA
HAYDEE RIVERA GARCIA
ANGEL E. RAMOS GARAU
ALEA N. RIVERA LOPEZ
ALMA I. ROBLES ADORNO
PABLO E. RODRIGUEZ
CARMELO RODRIGUEZ OCASIO
GRISELLE RODRIGUEZ RODRIGUEZ
GERARDO RODRIGUEZ SANTIAGO
WILLIAM JOSE ROIG RODRIGUEZ
MARIA DE LOURDES ROLON RIVERA
HUMBERTO ROSA NUÑEZ
ILIANA ROSADO RODRIGUEZ
MARIA A. ROSADO SOTO
MARIA V. ROSARIO CUEVAS
VIVIAN ROSARIO GUZMAN
JOSE A. ROSARIO DIAZ
JOSE N. ROSARIO PIÑERO
ANTONIO SANTOS MARIN
EDWIN SANTOS ORTIZ
SONIA M. SALINAS
WANDA SALAZAR CARRASQUILLO
RAUL E. SANCHEZ SANTIAGO
LUIS O. SANJURJO NUEZ
ANTONIO R. SANTA RIVERA
MARIA J. SANTIAGO SILVA
RICARDO L. SANTIAGO MIRANDA
RAUL SERRANO MALDONADO
DAHLIA A. SELLES IGLESIAS
JESSICA SIERRA MORALES
MARGARITA SOSA BERRIOS
MEFTALI A. SOTO PADRO
ANA N. TORO LOPEZ
NORA E. TORRES BURGOS
AXEL L. TORRES SERRANO
ANGEL E. TORRES GARAU
EDGAR FELIX TORRES
FERNANDO VALLS FERRERO
SAMUEL VALENTIN VEGA
ANA C. VAZQUEZ MATOS

JOSE VICENTE VAZQUEZ PEÑA
JOSE D. VAZQUEZ RODRIGUEZ
JOSE A. VAZQUEEZ FUENTES
SAMUEL VELAZQUEZ ROSARIO
PABLO VELEZ SALDAÑA
JOSE S. VIRELLA ROJAS
ADRIAN E. ZAMOT ROJAS
ISMAEL ZAYAS GONZALEZ
DIANA ZAYAS RAMIREZ
JUAN ALVAREZ ROSA
ALEX A. ANDUJAR CARRERO
MARITZA APONTE MEDINA
FELIPE ARROYO MORET
JAIME BELGODERE MARIETTI
JOSE R. BERRIOS RIVERA
MONICA CARMONA COLON
GILDA CASTILLO SANTIAGO
ROSA G. COLON PANTOJA
LIRIO COLON SANCHEZ
LOURDES M. CUADRADO ARROYO
JOSE L. DAVILA ESTRADA
VICTOR A. DE LA CRUZ CASTELLANO
JORGE L. DIAZ DIAZ
JOSE L. GIRONA MARQUEZ
MIGUEL A. GONZALEZ VARGAS
KAREN E. LOPEZ PEREZ
JOSE A. MALDONADO ORTIZ
NILDA MARCHANY MORALES
IVELISSE MARTINEZ SOTO
RUPERTO MARTINEZ SOTOMAYOR
LUIS F. MATTA DAVILA
JEANNETTE MONTAÑEZ RAMOS
MARIA DEL C. NEGRON GARCIA
SANTOS NEGRON VARGAS
MAYRA NUÑEZ RIOS
CARMEN G. OCASIO FELICIANO
NELLY Y. ORTIZ CESARIO
ANTHONY OTERO SANTANA
SANDRA I. PAGAN RIVERA
IVELISSE PEREZ MIRANDA
HECTOR QUILES DE JESUS
ALBERTO I. QUIROS GOMEZ
NANCY RAMOS RAMIREZ
OLGA RAMPOLLA MARQUEZ
MELVIN N. RENOVALES CRUZ
ALEXA RIOS NEGRON
MARYMER RIVERA MARTINEZ
ANA V. RODRIGUEZ COLON
JORGE R. RODRIGUEZ VAZQUEZ
RAMON M. ROMAN MENDEZ
ANTONIO DIMAS SANCHEZ CRUZ
CARLOS A. SANTALIZ PORRATA
ILIA M. SANTOS LOPEZ
OSVALDO TIRADO NEGRON
DALIA TORRES BERRIOS
ISRAEL TORRES SANTIAGO
IVELISSE VAZQUEZ MERCED
JUAN E. VELEZ ARROYO
ROBERTO VELEZ CINTRON

47

27 de septiembre de 2021

RECEIVED
SEP 29 2021
PRIME CLERK

Prime Clerk LLC
Commonwealth of Puerto Rico
Claims Processing Center
Grand Central Station
PO Box 4708
New York, NY 10163-4708

A quien pueda interesar:

**CASO: (803) KPE07-4359**
**CENTRO JUDICIAL DE SAN JUAN**
**TRIBUNAL DE PRIMERA INSTANCIA**
**SALA SUPERIOR 803**

En comunicación recibida con relación a la reclamación Número 153120, someto evidencia de la correspondencia que se envió en la fecha requerida y con el acuse de recibo.

Por lo antes expuesto, solicito se realice una reevaluación de esta, ya que los documento fueron sometidos dentro de la fecha estipulada.

Anejos

Muchas Gracias.

Cordialmente,

*[firma]*

Edwin Jiménez Barreto
HC 1 Box 11363
Carolina, PR 00987

**UNITED STATES POSTAL SERVICE**

May 8, 2020

Dear Edwin Jimenez:

The following is in response to your request for proof of delivery on your item with the tracking number: **EJ28 2393 148U S**.

| Item Details | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | April 23, 2020, 11:21 am |
| Location: | NEW YORK, NY 10017 |
| Postal Product: | Priority Mail Express 1-Day® |
| Extra Services: | Insured |
| | PO to Addressee |
| | Up to $100 insurance included |
| Actual Recipient Name: | P CLERK |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 2.0oz |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

