# EXHIBIT B

8 junio 2021

A quien le corresponde:

Buenos días. Saludos lo que no ha entrado the Financial Oversight and Management Board for Puerto Rico no es lo que yo estoy reclamando sino educación. Es un error muchas Gracias Solo tiene para reclamar educación.

RECEIVED
JUN 22 2021
PRIME CLERK

Gracias Sra Migdelia Crespo

Spanish to English translation:

Good morning greetings,

To the person who sent me the financial oversight and management board for Puerto Rico is not what I am claiming but for education. It is a mistake. Thank you very much I just filled out the claim for education.

Crespo Migdalia
558 Est. De Membrillo
Camuy P.R. 00627



SAN JUAN PR
RECEIVED 11 JUN 2021 PM 2

JUN 22 2021
PRIME CLERK

Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

10028-004399