# EXHIBIT B-1

*June 8, 2021*

To Whom It May Concern:

Good day, greetings. What was sent to me from the Financial Oversight and Management Board for Puerto Rico is not what I'm claiming, but for education. It is a mistake. Thank you very much, I only filled out the education claim.

*Thank you,*

*Mrs. Migdalia Crespo*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Spanish to English translation:

Good morning greetings,

To the person who sent me the financial oversight and management board for Puerto Rico is not what I am claiming but for education. It is a mistake. Thank you very much I just filled out the claim for education.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Crespo Migdalia
558 Est. De Membrillo
Camuy P.R. 00627

SAN JUAN PR
RECEIVED 11 JUN 2021 PM 2

JUN 22 2021
PRIME CLERK

PRime CLerk LLC
GRand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850

10028-004399

Certified to be a correct and true translation from the source text in Spanish to the target language English.
16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 29640**

Signed this 16th day of August, 2021

_____

Andreea I. Boscor

