# EXHIBIT C

RECEIVED
JUL 19 2021
PRIME CLERK

Es para rogarles que reconsideren mi caso y evaluen el mismo. Tengo Interes en el. adjunto documentación recivida por ustedes.

att. Echevarria Jazus Amparo

## Tricentésima Quincuagésima Objeción Global
### Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 172 ECHEVARRIA LAZUS, AMPARO<br>CALLE 127 BW-38<br>JARD DE C CLUB<br>CAROLINA PR<br>SAN JUAN, PR 00630 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 43828 | Indeterminado* | PRUDENCIO ACEVEDO AROCHO ET AL (1,601 PLAINTIFFS) COLLECTIVELY (THE "ACEVEDO AROCHO PLAINTIFF GROUP") CIVIL CASE NUM. K AC 2005-5022 LCDA. IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103035^ | $ 5,034,400.00* |
| | | | | | PRUDENCIO ACEVEDO AROCHO ET AL (1,379 PLAINTIFFS) COLLECTIVELY (THE "ACEVEDO-AROCHO PLAINTIFF GROUP")CIVIL CASE NUM. K AC 2005-5022 IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 51013 | $ 28,000,000.00* |

Base para: Este reclamo es un duplicado de los reclamos maestros n.° Reclamos 51013 y 103035, que fueron presentados en nombre de todos los demandantes del litigio caratulado Acevedo Arocho y otros contra el Departamento de Hacienda, N.° KAC2005-5022 (los "Reclamos maestros de Acevedo Arocho"), por el abogado que representa a los demandantes en dicho litigio. Los demandantes de este pleito son ex empleados del Departamento de Hacienda ("DOT"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación, como resultado del "Memorándum general N.° 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio.

^ Reclamo n°. 103035 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

| 173 ENCARNACION LOPEZ, LIDUVINA<br>X-16 CALLE YORKSHIRE<br>PARK GARDENS<br>SAN JUAN, PR 00926 | 06/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 38968 | Indeterminado* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29477 | $ 150,000.00 |

Base para: Este reclamo es un duplicado del Reclamo maestro n.° 29477, que fue interpuesto en nombre de todos los demandantes de la causa caratulada Rosa Lydia Velez contra el Departamento de Educación de Puerto Rico KPE1980-1738 (el "Reclamo maestro de Velez"), por los abogados apoderados de los demandantes en dicho pleito. Los demandantes del pleito son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educción ("DE"), que pretendían exigirle a dicho departamento que cumpliera con determinadas obligaciones federales y estatales relacionadas con programas de educación especial. El demandante es un actor de ese litigio y su reclamo invoca como fundamento el litigio y las obligaciones asociadas a este referidas más arriba.

* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Quincuagésima Objeción Global
### Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | |
|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 174 ENCARNACION VASQUEZ, BELKIS COND. DOS ALMENDROS PLAZA I APTO 703 SAN JUAN, PR 00924 | 06/08/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 74579 | $ 95,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. K AC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 93199^ | $ 15,283,000.00* |

Base para: Este reclamo es un duplicado de los reclamos maestros n.° 179140 y 93199, presentados en nombre de todos los demandantes del pleito caratulado Francisco Beltrán Cintrón y otros contra el Departamento de Asuntos Familiares N.° KAC2009-0809 (los "Reclamos maestros de Beltrán Cintrón"), por el abogado que representa a los demandantes en dicho pleito. Los demandantes de este litigio son ex empleados del Departamento de Asuntos Familiares ("DOFA") que alegaron que este departamento retuvo de manera indebida una proporción de sus salarios y pagos de jubilación, como consecuencia del "Memorándum General" N.° 5-86 de la Oficina del Personal de Servicios Públicos. El demandante es un actor de ese litigio y su reclamo invoca como fundamento el litigio y las obligaciones asociadas a este referidas más arriba.

^ Reclamo n°. 93199 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

\* Indica que la reclamación contiene montos por liquidar o indeterminados

## Tricentésima Quincuagésima Objeción Global
### Anexo A: Reclamos a ser desestimados

| | RECLAMACIONES A SER DESESTIMADAS | | | | RECLAMACIÓN REMANENTE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN | NOMBRE | FECHA DE PRESENTACIÓN | NÚMERO DE CASO/DEUDOR | N.º DE RECLAMACIÓN | MONTO DE LA RECLAMACIÓN |
| 172 ECHEVARRIA LAZUS, AMPARO<br>CALLE 127 BW-38<br>JARD DE C CLUB<br>CAROLINA PR<br>SAN JUAN, PR 00630 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 43828 | Indeterminado* | PRUDENCIO ACEVEDO AROCHO ET AL (1,601 PLAINTIFFS) COLLECTIVELY (THE "ACEVEDO AROCHO PLAINTIFF GROUP") CIVIL CASE NUM. K AC 2005-5022 LCDA. IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103035^ | $ 5,034,400.00* |
| | | | | | PRUDENCIO ACEVEDO AROCHO ET AL (1,379 PLAINTIFFS) COLLECTIVELY (THE "ACEVEDO-AROCHO PLAINTIFF GROUP")CIVIL CASE NUM. K AC 2005-5022 IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 51013 | $ 28,000,000.00* |

Base para: Este reclamo es un duplicado de los reclamos maestros n.º Reclamos 51013 y 103035, que fueron presentados en nombre de todos los demandantes del litigio caratulado Acevedo Arocho y otros contra el Departamento de Hacienda, N.º KAC2005-5022 (los "Reclamos maestros de Acevedo Arocho"), por el abogado que representa a los demandantes en dicho litigio. Los demandantes de este pleito son ex empleados del Departamento de Hacienda ("DOT"), que alegaron que dicho departamento retuvo salarios y pagos de jubilación, como resultado del "Memorándum general N.º 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio.

^ Reclamo n°. 103035 también incluido en el Anexo A a la Objeción Global n° 337 por reclamos clasificados erróneamente

| 173 ENCARNACION LOPEZ, LIDUVINA<br>X-16 CALLE YORKSHIRE<br>PARK GARDENS<br>SAN JUAN, PR 00926 | 06/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 38968 | Indeterminado* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29477 | $ 150,000.00 |

Base para: Este reclamo es un duplicado del Reclamo maestro n.º 29477, que fue interpuesto en nombre de todos los demandantes de la causa caratulada Rosa Lydia Velez contra el Departamento de Educación de Puerto Rico KPE1980-1738 (el "Reclamo maestro de Velez"), por los abogados apoderados de los demandantes en dicho pleito. Los demandantes del pleito son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Edución ("DE"), que pretendían exigirle a dicho departamento que cumpliera con determinadas obligaciones federales y estatales relacionadas con programas de educación especial. El demandante es un actor de ese litigio y su reclamo invoca como fundamento el litigio y las obligaciones asociadas a este referidas más arriba.

\* Indica que la reclamación contiene montos por liquidar o indeterminados

varria Jagus Amparo
2 Box 14361
olina PR 00987



CERTIFIED MAIL

USPS
FCM LETTER
CAROLINA, PR
00983
JUL 13, 21
AMOUNT
**$6.45**
R2304E105975-15



FOREVER USA

7020 1290 0001 9115 3876

To: SRF 54595
Prime Clerk LLC
Grand Central Station
P.O Box 4850
New York N.Y 10163-4850

JUL 19 2021

**RECEIVED**
JUL 19 2021
**PRIME CLERK**