# EXHIBIT C-1

**RECEIVED**
**JUL 19 2021**
**PRIME CLERK**

This is to beg you to please reconsider my case and to evaluate it. I have an interest in it. I am attaching documentation received by you all.

*att Echevarria Jozur [signature]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

**Three Hundred Fiftieth Global Objection**
**Attachment A: Claims to be Dismissed**

| | CLAIMS TO BE DISMISSED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE SUBMITTED | CASE NUMBER/ DEBTOR | CLAIM NUMBER | AMOUNT OF CLAIM | NAME | DATE SUBMITTED | CASE NUMBER/ DEBTOR | CLAIM NUMBER | AMOUNT OF CLAIM |
| 172 ECHEVARRIA LAZUS, AMPARO CALLE 127 BW-38 JARD DE C CLUB CAROLINA PR SAN JUAN, PR 00630 | 05/24/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 43828 | Unknown | PRUDENCIO ACEVEDO AROCHO ET AL (1,601 PLAINTIFFS) COLLECTIVELY (THE "ACEVEDO AROCHO PLAINTIFF GROUP") CIVIL CASE NUM. K AC 2005-5022 LCDA. IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | 103035^ | $ 5,034,400.00* |
| | | | | | PRUDENCIO ACEVEDO AROCHO ET AL (1,379 PLAINTIFFS) COLLECTIVELY (THE "ACEVEDO-AROCHO PLAINTIFF GROUP")CIVIL CASE NUM. K AC 2005-5022 IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/22/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 51013 | $ 28,000,000.00* |

Basis for:  This claim is a duplicate of master claims nos. 51013 and 103035, which were submitted in the name of all plaintiffs in the case captioned Acevedo Arocho et al. v. Departamento de Hacienda, No.KAC2005-5022 (the "Acevedo Arocho Master Claims") by the attorney who represents them in that case.  The plaintiffs in this case are former employees of the Department of Finance ("DOT") who allege that that department withheld salaries and retirement payments as a result of "General Memorandum No. 5-86" from the Office of Public Service Personnel.  The plaintiff is a plaintiff in that case and his/her claim is based on the litigation referred to above and the liabilities associated with this litigation.

^Claim No. 103035 also included in Attachment A to Omnibus Objection No. 337 for Misclassified Claims.

| 173 ENCARNACION LOPEZ, LIDUVINA X-16 CALLE YORKSHIRE PARK GARDENS SAN JUAN, PR 00926 | 06/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 38968 | Undetermined* | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29477 | $ 150,000.00 |

Basis for:  This claim is a duplicate of master claims no. 29477, which was filed in the name of all plaintiffs in the case captioned Rosa Lydia Velez v. Departamento de Educacion de Puerto Rico KPE1980-1738 (the "Velez Master Claim") by the attorneys representing the plaintiffs in that case.  The plaintiffs are parents of minor children who belong to the special education program in the Department of Education ("DE") who seek to require that department to meet certain federal and state obligations relating to special education programs.  The plaintiff is a party in that litigation and her claim is based on the litigation and liabilities associated with it as referred to above.

\* The claim contains amounts that are to be liquidated or are undetermined.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

Three Hundred Fiftieth Omnibus Objection
Attachment A: Claims to be Dismissed

| CLAIMS TO BE DISMISSED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE SUBMITTED | CASE NUMBER/ DEBTOR | CLAIM NUMBER | AMOUNT OF CLAIM | NAME | DATE SUBMITTED | CASE NUMBER/ DEBTOR | CLAIM NUMBER | AMOUNT OF CLAIM |
| 174  ENCARNACION VASQUEZ, BELKIS COND. DOS ALMENDROS PLAZA I APTO 703 SAN JUAN, PR 00924 | 06/08/18 | 17 BK 03283-LTS / El Commonwealth of Puerto Rico | 74579 | $ 95,000.00* | FRANCISCO BELTRAN ET ALL (4,493 PLAINTIFFS) COLLECTIVELY (THE BELTRAN CINTRON PLAINTIFF GROUP")... ATTN: IVONNE GONZALEZ-MORALES PO BOX 9021828 SAN JUAN, PR 00902 | 03/05/21 | 17 BK 03283-LTS / El Commonwealth of Puerto Rico | 179140 | $ 105,000,000.00* |
| | | | | | FRANCISCO BELTRAN ET AL (4,593 PLAINTIFFS) COLLECTIVELLY (THE "BELTRAN CINTRON PLAINTIFF GROUP") CIVIL CASE NUM. KAC2009-0805/TSPR AC 2016-0120 C/O IVONNE GONZALEZ-MORALES ATTORNEY FOR BELTRAN CINTRON PLAINTIFF GROUP P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 93199^ | $ 15,283,000.00* |

Basis for:  This claim is a duplicate of master claims nos. 179140 and 93199, which were submitted in the name of all plaintiffs in the case captioned Francisco Beltran Cintron et al. v. Departamento de Asuntos Familiares No. KAC2009-0809 (the "Beltran Cintron Master Claims") by the attorney who represents them in that case.  The plaintiffs in this case are former employees of the Department of Family Affairs ("DOFA") who allege that that department withheld salaries and retirement payments as a result of "General Memorandum No. 5-86" from the Office of Public Service Personnel.  The plaintiff is a plaintiff in that case and his/her claim is based on the litigation referred to above and the liabilities associated with this litigation.

^Claim No. 93199 also included in Attachment A to Omnibus Objection No. 337 for Misclassified Claims.



* The claim contains amounts that are to be liquidated or are undetermined.

Certified to be a correct and true translation from the source text in Spanish to the target language English.
12/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436
By Targem Translations Inc.

Three Hundred Fiftieth Global Objection
Attachment A: Claims to be Dismissed

| | | CLAIMS TO BE DISMISSED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE SUBMITTED | CASE NUMBER/ DEBTOR | CLAIM NUMBER | AMOUNT OF CLAIM. | NAME | DATE SUBMITTED | CASE NUMBER/ DEBTOR | CLAIM NUMBER | AMOUNT OF CLAIM |
| 172 ECHEVARRIA LAZUS, AMPARO CALLE 127 BW-38 JARD DE C CLUB CAROLINA PR SAN JUAN, PR 00630 | 05/24/18 | 17 BK 03283-LTS / El Commonwealth of Puerto Rico | 43828 | Undetermined | PRUDENCIO ACEVEDO AROCHO ET AL (1,601 PLAINTIFFS) COLLECTIVELY (THE "ACEVEDO AROCHO PLAINTIFF GROUP") CIVIL CASE NUM. K AC 2005-5022 LCDA. IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Sistema Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 103035^ | $ 5,034,400.00¹ |
| | | | | | PRUDENCIO ACEVEDO AROCHO ET AL (1,379 PLAINTIFFS) COLLECTIVELY (THE "ACEVEDO-AROCHO PLAINTIFF GROUP")CIVIL CASE NUM. K AC 2005-5022 IVONNE GONZALEZ-MORALES P.O. BOX 9021828 SAN JUAN, PR 00902-1828 | 06/22/18 | 17 BK 03283-LTS / El Commonwealth of Puerto Rico | 51013 | $ 28,000,000.00* |

Basis for: This claim is a duplicate of master claims nos. 51013 and 103035, which were submitted in the name of all plaintiffs in the case captioned Acevedo Arocho et al. v. Departamento de Hacienda, No.KAC2005-5022 (the "Acevedo Arocho Master Claims") by the attorney who represents them in that case. The plaintiffs in this case are former employees of the Department of Finance ("DOT") who allege that that department withheld salaries and retirement payments as a result of "General Memorandum No. 5-86" from the Office of Public Service Personnel. The plaintiff is a plaintiff in that case and his/her claim is based on the litigation referred to above and the liabilities associated with this litigation.

^Claim No. 103035 also included in Attachment A to Global Objection No. 337 for Misclassified Claims.

| 173 ENCARNACION LOPEZ, LIDUVINA X-16 CALLE YORKSHIRE PARK GARDENS SAN JUAN, PR 00926 | 06/26/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 38968 | Unknown | VELEZ ROSA LYDIA Y OTROS KPE 1980-1738 (805), TPI SAN JUAN GEORGETTI 78 SAN JUAN, PR 00925 | 05/29/18 | 17 BK 03283-LTS / El Estado Libre Asociado de Puerto Rico | 29477 | $ 150,000.00 |

Basis for: This claim is a duplicate of master claim no. 29477, which was filed in the name of all plaintiffs in the case captioned Rosa Lydia Velez v. Departamento de Educacion de Puerto Rico KPE1980-1738 (the "Velez Master Claim") by the attorneys representing the plaintiffs in that case. The plaintiffs are parents of minor children who belong to the special education program in the Department of Education ("DE") who seek to require that department to meet certain federal and state obligations relating to special education programs. The plaintiff is a party in that litigation and her claim is based on the litigation and liabilities associated with it as referred to above.

\* The claim contains amounts that are to be liquidated or are undetermined.

Certified to be a correct and true translation from the source text in Spanish to the target language English.
12/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436
By Targem Translations Inc.



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Matthew Bouillon Mascareñas, ATA-certified Spanish-English #505436, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

> the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 43828**

Signed this 12th day of August 2021

Matthew Bouillon Mascareñas

Verify at www.atanet.org/verify

