# EXHIBIT D

Fecha: 1ro de julio 2021

Para: Junta de Supervisión y Administración Financiera para Puerto Rico

Promesa Título III
Núm.: 17 BK 3283 - LTS

RECEIVED
JUL 07 2021
PRIME CLERK

De: José Ramón López Valentín

Asunto:
La presente es para informarle que cuando pagaron la primera demanda para el año 2009-2010, el dinero de la segunda demanda estaba para pagarla. Para ese entonces a mi me debían la cantidad de 55,524.37. De la noche a la mañana ese dinero desaparece y nos dicen que entre más tiempo pase más intereses nos tienen que pagar, nos estaban engañando. Con los intereses la cantidad es de $75,168.30. Por lo tanto yo quiero el dinero que me deben, que lo trabajé pero nunca me lo pagaron que son los $55,524.37. Me gustaría saber donde está ese dinero y para que lo usaron, ese dinero es de los pobres trabajadores mal pagados, mientras tanto los ladrones de cuello blanco se dan buena vida perjudicando al trabajador responsable y decente.
Yo quiero el dinero que me corresponde por mi trabajo que son $55,524.37. Ese dinero no es regalado es trabajado. Yo quiero lo que me corresponde $55,524.37



Atte:

José Ramón López Valentín
Urb. Monte Olivo
Calle Poseidon #347
Guayama, P.R. 00784
S/D

CERTIFIED MAIL

7020 0640 0000 6188 9526



RECEIVED
JUL 07 2021
PRIME CLERK LLC

U.S. POSTAGE PAID
FCM LETTER
GUAYAMA, PR
00784
JUL 01, 21
AMOUNT
$6.45
R2305E125717-31

Prime Clerk, LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850