# EXHIBIT D-1

Date: July 1, 2021

To: Financial Oversight and Management Board for Puerto Rico

Promesa Title III
No. 17BK 3283 – LTS

[stamp:] RECEIVED
JUL 07 2021
PRIME CLERK

From: José Ramón López Valentín

Subject:

    This is to inform you that when the first claim for the year 2009-2010 was paid, the money from the second claim was there to pay it. At that time, I was owed the amount of 55,524.37. From one day to the next, that money disappeared, and they told us that as more time would pass, they would have to pay us more interest, but they were deceiving us. With interest, the amount is $75,168.30. Therefore, I want the money that is owed to me, that I worked for but that was never paid to me, which is the $55,524.37. I would like to know where that money is and what it was used for. That money belongs to the poor underpaid workers. Meanwhile the white-collar thieves are living it up to the detriment of responsible and decent workers.

    I want the money that is due me because of my work, which is $55,524.37. That money was not gifted, but earned through work. I want that $55,524.37 that is due to me.

[signature]
Sincerely



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 4759**

Signed this 9th day of August 2021

_____

Andreea I. Boscor

American Translators Association
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

