# EXHIBIT E



24 de Mayo de 2021

Prime Clerk
830 Third Ave, 9th Floor
New York, N.Y. 10022
Re: Selenia Rodriguez Rodriguez
Claim # 87823 — New Phone # — 787-309-9333
S. Sec. — XXX-XX-4916

RECEIVED
JUN 15 2021
PRIME CLERK LLC

Saludos:

Les someto documentos requeridos por ustedes con fecha del 23-01-19 y los cuales debieron ser enviados en o antes del 23-02-19.

Me es necesario indicarles que al momento de recibirlos, no tuve una compresión correcta del propósito de los mismos al pensar que se referiría o era repetitivo a los enviados inicialmente el 18-06-18. Por tal motivo, de forma incorrecta e involuntariamente, no se los remití. Les ruego acepten mis disculpas, por lo cual estoy profundamente apenada por no haberlos cumplimentado, según se requería. Sé que fecha está caducada por lo que les solicito, de ser posible, me envíen otros con fecha actualizada.

Muy respetuosamente, Selenia Rodriguez Rodriguez

L-HR-U

Prime Clerk LLC
Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
850 3rd Avenue, Suite 412
Brooklyn, NY 11232
T: (844) 822-9231
PRClaimsInfo@primeclerk.com

*** Se requiere respuesta ***

23 de enero de 2019

Ref:  Evidencia de reclamación en virtud de la ley PROMESA
En el caso No. 17-03283 del Estado Libre Asociado de Puerto Rico,
Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico

Estimado/a:

ESTA CARTA SE RELACIONA CON UNA EVIDENCIA DE RECLAMACIÓN QUE PRESENTÓ CONTRA EL GOBIERNO DE PUERTO RICO EN LOS PROCESOS QUE TRAMITAN EN VIRTUD DE LA LEY PROMESA.

LEA ATENTAMENTE ESTA CARTA Y RESPONDA DE ACUERDO CON LAS INSTRUCCIONES QUE SE INCLUYEN A CONTINUACIÓN.

EL NO PRESENTAR UNA RESPUESTA PUEDE RESULTAR EN ACCIÓN LEGAL PARA DESACTIVAR TOTALMENTE O PARCIALMENTE SU RECLAMACIÓN.

Prime Clerk mantiene el registro oficial de reclamaciones del tribunal en los casos al amparo de la ley PROMESA y se comunica con usted en esta oportunidad para obtener información adicional importante sobre su reclamación, registrada bajo el Número de reclamación 87823. Para acceder a su reclamación, visite el sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

Favor de responder a esta carta devolviendo el cuestionario adjunto en inglés o en español **hasta el 22 de febrero de 2019 inclusive**, e indique si su reclamación se refiere a lo siguiente:

(i) una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este; y/o
(ii) su empleo actual o anterior en El Estado Libre Asociado de Puerto Rico u otra división del gobierno de Puerto Rico;

Así mismo, complete el formulario adjunto y proporcione la siguiente información:

PARA UNA ACCIÓN LEGAL:

- Proporcione información sobre la acción legal, que incluya lo siguiente:
    - el número de caso;
    - el nombre y la dirección del tribunal o el organismo;
    - el estado del caso, por ejemplo si el caso está pendiente de resolución, en instancia de apelación o concluido;
    - si no ha iniciado una acción legal, proporcione una notificación por escrito de su intención de formular una reclamación, junto con la prueba de envío por correo e información de contacto para su abogado, si está disponible.
- Indíquenos el monto en dólares de su reclamación;
- Proporcione copia de un escrito presentado en la acción legal, tal como una demanda o una contestación; y
- Si la acción legal está concluida, indique si tiene una sentencia que aún no ha sido pagada y, de ser así, proporcione una copia de la sentencia. Si no posee una copia de la sentencia, indique la fecha y el monto de la sentencia.

PARA EL EMPLEO ACTUAL O ANTERIOR:

- Indique el organismo o departamento específico en el que trabaja o trabajó;
- Háganos saber el período específico en el que estuvo, o está empleado, en relación con la reclamación;
- Indíquenos el monto en dólares de su reclamación;
- Indique los últimos cuatro dígitos de su número de seguro social;
- Indique si su reclamación está relacionada con su pensión, con salarios impagos, días por enfermedad, una queja con el sindicato, y/o una acción legal pendiente de resolución o cerrada**; y
- En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

**Si su acción está relacionada con una acción legal pendiente de resolución o cerrada, indique toda la información y documentación que se solicita en la sección "PARA UNA ACCIÓN LEGAL", arriba.**

**Responda a esta carta hasta el 22 de febrero de 2019 inclusive**, con la información y la documentación solicitadas por correo electrónico a PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones. Si usted no responde a esta solicitud ni proporciona la información y documentación que respalda su reclamación, los Deudores pueden verse obligados a formular una objeción contra su reclamación.

Si tiene alguna pregunta sobre esta carta o su reclamación, llame al 844-822-9231 o envíe un correo electrónico a PRClaimsInfo@primeclerk.com.

TENGA PRESENTE que Prime Clerk LLC es el agente de reclamaciones y avisos en los casos del gobierno de Puerto Rico, iniciados al amparo del Título III de la Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico. Por lo tanto, no podemos proporcionar asesoramiento legal ni financiero.

Muchas gracias.

Prime Clerk



L-HR-U

Prime Clerk LLC
(844) 822-9231·PRClaimsInfo@primeclerk.com

NÚMERO DE EVIDENCIA DE RECLAMACIÓN EN VIRTUD DE LA LEY PROMESA: **87823**
Nombre del Reclamante: **Rodriguez Rodriguez, Selenia**

**Complete y envíe este formulario hasta el 22 de febrero de 2019 inclusive** por correo electrónico a PRClaimsInfo@primeclerk.com o por correo postal, entrega en mano o correo con entrega en 24 horas a la siguiente dirección:

Centro de procesamiento de información complementaria del Estado Libre Asociado de Puerto Rico 850 3rd Avenue, Suite 412,
Brooklyn, NY 11232

Toda la información complementaria que proporcione se adjuntará a su reclamación y aparecerá en el registro oficial de reclamaciones.

FUNDAMENTO DE LA RECLAMACIÓN:

- ☒ Una acción legal pendiente de resolución o concluida con el gobierno de Puerto Rico o en contra de este
- ☐ Empleo actual o anterior en el gobierno de Puerto Rico
- ☐ Otro (describir): _____

PARA UNA ACCIÓN LEGAL:

Ha comenzado una acción legal? (S) / N

Si respondió afirmativamente, complete las secciones a continuación. Si la respuesta es No, adjunte un aviso por escrito de su intención de presentar una reclamación, junto con el comprobante de correo y la información de contacto del abogado, si está disponible.

Identifique el departamento o agencia que es parte de la acción: _Dpto. De La Familia - ADSEF_

Identifique el nombre y la dirección de la corte o agencia donde la acción está pendiente: _Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico_

Número del Caso: _17-03283_

Título, subtítulo o nombre del caso: _Francisco Beltrán Cintrón y otros_

Estado del caso (pendiente, en apelación o concluido): _Pendiente Tribunal Federal_

¿Tiene algún juicio pendiente de pago? S / N, de ser así, indique la fecha y el monto de la sentencia. _Vista-Julio-2021_

PARA EL EMPLEO ACTUAL O ANTERIOR:

El organismo o departamento específico en el que trabaja o trabajó: _Departamento De La Familia-ADSEF Desde el 20-Octubre-1987 - hasta el 15-Junio-2015_

Período específico en el que estuvo, o está empleado en relación con la reclamación: _20-10-87 al 15-06-2015_

Los últimos cuatro dígitos de su número de seguro social: _XXX-XX-4916_

[Continúa al dorso]

Naturaleza de la reclamación relacionada con empleo:

☐ Jubilación   ☐ Queja con el sindicato

☑ Salarios impagos   ☑ Acción legal pendiente o cerrada — Sobre Salarios

☐ Días por enfermedad   ☑ Otra: Refiérase Casos y Documentos

☐ Vacaciones

Con Relación a: Francisco Beltrán Cintrón y otros

El monto de su reclamación: No lo sé: Pendiente en Tribunal Supremo Federal de E.U. — Desconozco el Monto Total —

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

**Si su acción está relacionada con una acción legal pendiente de resolución o cerrada, indique toda la información y documentación que se solicita en la sección "PARA UNA ACCIÓN LEGAL", arriba.**

PARA OTRO TIPO DE RECLAMACIÓN:

Describa el fundamento de su reclamación: N — A

El monto de su reclamación: N — A

En la medida que posea documentación de respaldo de su reclamación, incluya dichos documentos en su respuesta.

# MEMORANDO

| | | |
|---|---|---|
| A | : | TODOS LOS **DEMANDANTES CASO FRANCISCO BELTRAN Y OTROS V. DEPTO FAMILIA,** **ARV y AIJ, CASO CASP num. 2021-01-0345** (antes caso num: (TPI) K AC 2009-0809; TA Num: KLAN 2015-01434 y (TS) AC 2016-0110) |
| DE | : | **LCDA IVONNE GONZALEZ MORALES** |
| FECHA | : | 20 DE MAYO DE 2021 |
| ASUNTO: | | **URGENTE - INSTRUCCIONES PARA CONTESTAR REQUERIMIENTO DEL TRIBUNAL FEDERAL SOLICITANDO DOCUMENTOS PARA SUSTENTAR SU RECLAMACION SALARIAL - (CONFIDENCIAL)** |

Estamos recibiendo múltiples llamadas de personas que han recibido cartas del tribunal federal, donde les solicitan remitan información y documentos, para establecer su reclamación salarial, en o antes del miércoles, **26 de mayo de 2021**.

Por tal razón, y para ayudarlos e informarle donde pueden localizar los documentos que sostienen su reclamación salarial, adjunto incluimos formulario, que deben cumplimentar y remitir, antes de la fecha limite a la dirección que se le indica, en la carta que recibieron.

Deben asegurarse incluir con la contestación: **(1) la comunicación que le remitieron (dos páginas) y FIRMAR Y ESCRIBIR SU NOMBRE EN LETRA DE MOLDE EN EL DOCUMENTO** y **(2) contestar las 3 preguntas del formulario que les incluimos. En el mismo se informa dónde pueden localizar los documentos que les solicitan. También indicar la cantidad estimada, que Usted reclama. Para calcular la cantidad que usted reclamada, debe considerar el puesto que ocupa, los años de servicio y que sea una cantidad razonable.**

Se les aclara que la comunicación que algunos demandantes han recibido, se refiere al **"PROOF OF CLAIM"**, que **ustedes** radicaron por su cuenta, ante el tribunal federal para el 2018 y que se relaciona al caso de Francisco Beltrán Cintrón, al cual ustedes pertenecen.

En dicho caso se solicitó que se les corrigiera el salario y se les pagara el ajuste salarial que les corresponde, por haber el Departamento de la Familia, ARV y AIJ, implantado ilegalmente el salario minimo federal. [NOTA: si no se acuerda, puede obtener copia del documento que radicaron por internet, en el site de PRIME CLERK PROMESA, escribiendo el número de "reclamación designada" [CLAIM"], que se le notifica en la carta que recibieron]

**Por otro lado, se les informa que si no recibieron la carta del PRIME CLERK** – no se deben preocupar, pues próximamente estaremos radicando, una Moción ante el Tribunal Federal, bajo la REGLA 3018 (a), del Código de Quiebras. En dicha escrito, solicitaremos se estime la suma que corresponde a cada reclamante, según su historial de servicio y de forma de que se les permita votar para aprobar o no, el plan fiscal propuesto. De esa forma, y con la ayuda y cooperación de cada uno de ustedes, lograremos que el Gobierno no continúe discriminando injustamente, en la asignación de sus salarios. ¡Juntos somos más!

**INSTRUCCION IMPORTANTE:**

1. **EL FORMULARIO ADJUNTO SOLO DEBEN USARLO LOS DEMANDANTES CASO FRANCISCO BELTRAN CINTRON.**
2. **LOS DEMANDANTES QUE RECIBIERON LA CARTA DEL TRIBUNAL FEDERAL, TIENEN QUE CONTESTARLA.**
3. **EL FORMULARIO QUE SE ANEJA, LO TIENEN QUE ENVIAR A LA DIRECCION QUE SE LE INDICA EN LA CARTA QUE RECIBIERON DEL TRIBUNAL FEDERAL Y GUARDAR COPIA PARA USTED.**

CASO: FRANCISCO BELTRAN-CINTRON, et als. v. DEPTO. DE LA FAMILIA, ARV y AIJ
CASP NUMERO: 2021-01-0345 (antes, TPI caso K AC 2009-0809)

1. ___Selenia Rodriguez Rodriguez___
   Nombre en letra molde, con dos apellidos.

2. ___# 87823___
   Número reclamo designado (según se indica en la carta que recibieron)

3. Soy reclamante en el caso de FRANCISCO BELTRAN-CINTRON, et als. v. Departamento de la Familia, ARV y AIJ. Caso: CASP 2021-01-0345 (antes TPI caso K AC 2009-0809)

4. Para los documentos que acreditan mi reclamación, favor remitirse al <u>CLAIM No. 179140.</u>

5. $ ___Se desconoce. Desde - 20-oct-1987 hasta 15-06-15___
   (cantidad estimada de mi reclamación)

6. Toda vez que, el Código de Quiebras federal me garantiza el derecho a votar para la confirmación del plan fiscal, al tener una reclamación salarial válida, solicito que en conformidad a la Regla 3018 (a), se estime el valor de mi reclamación. Se aclara, que este requerimiento es de fácil cumplimiento, pues durante el proceso seguido en el caso K AC 2009-0809 el (DF, ARV y NIJ) realizaron auditorias de los puestos incluidos en la demanda de referencia, y poseen toda la información pertinente sobre el valor estimado de los salarios que se retuvieron en violación de la ley y de mi contrato de empleo. Esto, siguiendo los parámetros establecidos mediante las sentencias dictadas en los casos de *Carmen Socorro Cruz Hernández et als,v DF et als*, caso num.1991-0665; *Nilda Agosto et als v DF*, caso num: K PE2005-0608 y *Santiago Declet v DF*, 153 DPR 208 (2001).

   Tan pronto se cumplan con las disposiciones de la Regla 3018 (a) y se me notifique el valor de mi reclamación, someteremos nuestra propuesta de estipulación de mi caso.

7. Toda vez que la causa de acción radicada en mi caso se refiere a una reclamación salarial que surge dentro del curso ordinario del empleo, y donde se violaron estatutos laborales locales y federales, así como las disposiciones de mi contrato de trabajo, procede tramitar mi caso bajo el "ACR Procedure" y de esa forma, se me garantice el debido proceso y la igual aplicación de la ley.

8. Favor comunicarse con mi abogada, en relación a mi caso y asunto de referencia: Lcda. Ivonne González Morales, PO Box 902-1828, San Juan, PR 00902-1828 Teléfono: 787- 410-0119; Email: ivonnegm@prw.net

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

**Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ☒ | Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | May 3, 2017 |
| ☐ | Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | May 5, 2017 |
| ☐ | Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | May 21, 2017 |
| ☐ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | May 21, 2017 |
| ☐ | Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación     04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

**Part 1 / Parte 1    Identify the Claim / Identificar la reclamación**

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   _Selenia Rodriguez Rodriguez_
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

| | | |
|---|---|---|
| 2. Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☒ No / No<br>☐ Yes. From whom?<br>  Sí. ¿De quién? _____ | |

3. Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

Selenia Rodriguez Rodriguez
Name / Nombre

P.O. Box 560652
Number / Número    Street / Calle

Guayanilla, P.R. 00656
City / Ciudad    State / Estado    ZIP Code / Código postal

787-404-2904
Contact phone / Teléfono de contacto

selenia.sr@gmail.com
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

_____
Name / Nombre

_____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

_____
Contact phone / Teléfono de contacto

_____
Contact email / Correo electrónico de contacto

4. Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☒ No / No
☐ Yes. Claim number on court claims registry (if known)
  Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
  Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

5. Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☒ No / No
☐ Yes. Who made the earlier filing?
  Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:** Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☒ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

Departamento de la Familia - ADSEF

7. Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☒ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: Retirada Pensionado NO
(Retirada Incapac.) del E.L.A.

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Modified Official Form 410                Proof of Claim                page 2

| | | |
|---|---|---|
| 8. How much is the claim?<br><br>¿Cuál es el importe de la reclamación? | $ _Se desconoce_ . Does this amount include interest or other charges?<br>¿Este importe incluye intereses u otros cargos?<br>☐ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). | |
| 9. What is the basis of the claim?<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>_Caso: Francisco Beltrán Cintrón y Otros_<br>_17 BK-3283-LTS- Retribución_ | |
| 10. Is all or part of the claim secured?<br><br>¿La reclamación está garantizada de manera total o parcial? | ☒ No / No<br>☐ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:**       $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable | |
| 11. Is this claim based on a lease?<br><br>¿Esta reclamación está basada en un arrendamiento? | ☒ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $_____ | |

Modified Official Form 410          Proof of Claim          page 3

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☒ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☒ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received  $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).**

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☒ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _15-Junio-2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _[signature]_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _Selenia Rodríguez Rodríguez_
First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido

Title / Cargo _Retirado Pensionado del E.L.A._ — Retirada por Incapacidad

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número      Street / Calle

_____
City / Ciudad                    State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto _____  Email / Correo electrónico _____



Selenia Rodriguez Rodriguez
P.O. Box 560652
Guayanilla, P.R. 00656

RECEIVED
JUN 15 2021
PRIME CLERK

Prime Clerk
60 E 42 ST. #1440
NYC. 10165

U.S. POSTAGE PAID
FCM LETTER
GUAYANILLA, PR
00656
MAY 24, 21
AMOUNT
$6.65
R2305K134650-8

CERTIFIED MAIL
7020 1810 0000 0806 9473

FORWARDED