# EXHIBIT A

20 de Sept. 2021

Yo Jesús A. Soto Toledo declaro el caso que se menciona en una cursiva a mi nombre en una decisión final del Caso titulo III ley de quiebra del E.L.A y sus componentes económicos. En mi Reclamación (15762) en este caso yo trabajaba para la Administración de Corrección y reclamé por una demanda que se ganó y los fondos fueron consignados, pero no se nos informó y los dineros fueron devueltos al fondo general, un Abogado me ayudó para elaborar la solicitud, Pues yo no trabajaba para un ente Privado, Solo reclamando unos aumentos por demandas que nunca quisieron responder, la prioridad adm. no corresponde a lo que yo hize apelación

ATT: Jesús A. Soto Toledo
Jesús A. Soto Toledo

RECEIVED
SEP 29 2021
PRIME CLERK LLC

Jesus A. Seto Toledo
Box-33 6461
Ponce Pto. Rico
00733

RECEIVED

SEP 29 2021

PRIME CLERK LLC

CERTIFIED MAIL

7020 0640 0001 7903 7994

U.S. POSTAGE PAID
FCM LETTER
ADJUNTAS, PR
00601
SEP 20, 21
AMOUNT
$6.80
R2305K134225-23

To: Prime clerk LLC
Grand Central Station
P.O. Box 4850
New York, N.Y. 10163-4850