# EXHIBIT A-1

[handwritten:] *Sept. 20, 2021*

*I, Jesús A. Soto Toledo, am pleading the case listed in italics in my name, in a final decision of the Commonwealth Title III Bankruptcy Act and its financial components. In my claim (15762) in this case I worked for the Correctional Administration and made a claim for a lawsuit that was won and the funds were appropriated, but we were not informed and the monies were returned to the general fund. A lawyer helped me to prepare the application, as I did not work for a private entity. Just claiming increases for claims that they never wanted to answer, the adm. priority does not correspond to what I did appeal. [sic]*

*RESPECTFULLY: Jesús A. Soto Toledo*
[signature:] *Jesús A. Soto Toledo*

RECEIVED

SEP 2 9 2021

PRIME CLERK LLC

990123401013750

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Jesus A. Soto Toledo
Box-33 6461
Ponce Pto.Rico
00733
RECEIVED

SEP 2 9 2021

PRIME CLERK LLC

CERTIFIED MAIL

7020 0640 0001 7903 7994

10163-485050

To: Prime Clerk LLC
Grand Central Station
Po.Box 4850
New York, N.Y. 10163-4850

U.S. POSTAGE PAID
$6.80



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK CITY corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 15762**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

