# Exhibit D

## Budget and Staffing Plan

**Exhibit D-1**

**Budget Plan for the Compensation Period**

| Matter No. | Matter | February 2021 | | March 2021 | | April 2021 | | May 2021 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees | Actual Fees | Estimated Fees |
| 33260.0002 | PROMESA TITLE III: COMMONWEALTH | $ 2,599,001.30 | $ 2,750,000.00 | $ 2,689,196.10 | $ 2,750,000.00 | $ 2,882,432.10 | $ 2,850,000.00 | $ 2,968,592.50 | $ 2,900,000.00 |
| 33260.0034 | COMMONWEALTH TITLE III - HEALTHCARE | $ 52,306.70 | $ 50,000.00 | $ 61,854.50 | $ 50,000.00 | $ 18,680.70 | $ 50,000.00 | $ 8,956.50 | $ 50,000.00 |
| 33260.0036 | COMMONWEALTH TITLE III - UPR | $ 426.50 | $ - | $ 511.80 | $ - | $ 78,902.50 | $ 10,000.00 | $ 6,944.40 | $ 15,000.00 |
| 33260.0039 | COMMONWEALTH TITLE III - RULE 2004 | $ 190,259.20 | $ 200,000.00 | $ 159,241.60 | $ 200,000.00 | $ 69,106.10 | $ 175,000.00 | $ 54,415.90 | $ 175,000.00 |
| 33260.0040 | COMMONWEALTH TITLE III - COOPERATIVAS | $ - | $ - | $ 1,876.60 | $ - | $ - | $ - | $ - | $ 2,000.00 |
| 33260.0041 | COMMONWEALTH TITLE III - MISCELLANEOUS | $ 148,802.10 | $ 175,000.00 | $ 153,280.80 | $ 175,000.00 | $ 145,163.30 | $ 175,000.00 | $ 40,924.90 | $ 170,000.00 |
| 33260.0072 | COMMONWEALTH TITLE III - GO & GUARANTEED BONDS LIEN | $ 45,298.30 | $ 50,000.00 | $ - | $ 50,000.00 | $ - | $ 50,000.00 | $ - | $ - |
| 33260.0073 | COMMONWEALTH TITLE III - AMBAC/PRIFA STAY-RELIEF MOTION | $ 20,425.80 | $ 20,000.00 | $ 2,559.00 | $ 20,000.00 | $ - | $ 20,000.00 | $ - | $ 3,000.00 |
| 33260.0077 | COMMONWEALTH TITLE III - COOPERATIVAS V. COSSEC | $ 34,658.30 | $ 45,000.00 | $ 3,582.60 | $ 25,000.00 | $ 4,139.50 | $ 25,000.00 | $ 61,203.20 | $ 50,000.00 |
| 33260.0081 | COMMONWEALTH TITLE III - LAW 29 ACTION | $ - | $ - | $ 1,364.80 | $ - | | $ - | $ - | $ 2,200.00 |
| 33260.0089 | ACTION OBJECTING TO PROOFS OF CLAIM FILED BY PRIFA BONDHOLDERS | $ 137,365.00 | $ 200,000.00 | $ 266,817.10 | $ 275,000.00 | $ 267,170.50 | $ 360,000.00 | $ 202,909.00 | $ 300,000.00 |
| 33260.0090 | ACTION OBJECTING TO PROOFS OF CLAIM FILED BY CCDA BONDHOLDERS | $ 88,578.50 | $ 100,000.00 | $ 160,261.60 | $ 175,000.00 | $ 138,306.40 | $ 110,000.00 | $ 86,796.10 | $ 195,000.00 |
| 33260.0093 | CW-HTA REVENUE BOND COMPLAINT | $ 173,054.20 | $ 200,000.00 | $ 370,150.30 | $ 400,000.00 | $ 451,207.50 | $ 525,000.00 | $ 348,799.40 | $ 500,000.00 |
| 33260.0094 | CHALLENGES RE: CERTAIN LAWS AND ORDERS | $ 22,572.30 | $ 25,000.00 | $ 57,184.10 | $ 40,000.00 | $ 137,760.40 | $ 35,000.00 | $ 77,114.10 | $ 65,000.00 |
| 33260.0097 | AMBAC BANKRUPTCY LAW CHALLENGE | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,706.00 | $ - |
| 33260.0100 | COMMONWEALTH TITLE III CHALLENGE TO PENSION LAWS | $ 268,097.90 | $ 280,000.00 | $ 124,369.40 | $ 130,000.00 | $ 119,763.20 | $ 100,000.00 | $ 94,938.90 | $ 100,000.00 |
| 33260.0101 | COMMONWEALTH TITLE III – SECTION 203 NONCOMPLAINT | $ 9,809.50 | $ 10,000.00 | $ 21,495.60 | $ 10,000.00 | $ 2,644.30 | $ - | $ - | $ - |
| 33260.0103 | COMMONWEALTH TITLE III – FINCA MATILDE | $ 18,766.00 | $ 25,000.00 | $ 12,506.90 | $ 20,000.00 | $ 34,205.30 | $ 20,000.00 | $ - | $ 5,000.00 |
| 33260.0104 | SECTION 204 CORRESPONDENCE | $ 277,480.90 | $ 300,000.00 | $ 157,465.60 | $ 150,000.00 | $ 151,318.00 | $ 75,000.00 | $ 176,324.00 | $ 205,000.00 |
| 33260.0106 | SEC INVESTIGATION | $ 27,302.00 | $ - | $ 19,308.90 | $ 20,000.00 | $ - | $ 30,000.00 | $ - | $ 20,000.00 |
| 33260.0107 | LA LIGA DE CIUDADES | $ - | $ - | $ 20,642.50 | $ - | $ 129,318.80 | $ 100,000.00 | $ 118,001.50 | $ 25,000.00 |
| 33260.0108 | COMMONWEALTH TITLE III - ACT 167 | $ - | $ - | $ 259,994.40 | $ 265,000.00 | $ 194,227.50 | $ 190,000.00 | $ 42,052.90 | $ 100,000.00 |
| **Commonwealth TOTAL** | | $ 4,114,204.50 | $ 4,430,000.00 | $ 4,543,664.30 | $ 4,755,000.00 | $ 4,824,346.10 | $ 4,900,000.00 | $ 4,289,679.30 | $ 4,882,200.00 |
| **ESTIMATED FEES Compensation Period (February 2021 - May 2021) TOTAL:** | | | | | | | | | $18,967,200.00 |
| **ACTUAL FEES Compensation Period (February 2021 - May 2021) TOTAL:** | | | | | | | | | $17,771,894.20 |
| **Percent Variance (Actual vs. Budgeted Fees)** | | | | | | | | | 6.3% below budget |

**Exhibit D-2**

**Staffing Plan for the Compensation Period**

**Staffing Plan for the Compensation Period**[1]

| Category of Timekeeper[2] | Number of Timekeepers Expected to Work on The Matter During the Budget Period[3] | Average Hourly Rate[4] |
|---|---|---|
| Partners | 32 | $853 |
| Senior Counsel | 7 | $853 |
| Associates | 50 | $853 |
| e-Discovery Attorneys | 8 | $421 |
| Paraprofessionals | 22 | $291 |
| **Total:** | **119** | |

---

[1] The actual number of timekeepers who worked on this matter during the Compensation Period was 132, and thus 13 more than anticipated. Additional team members were needed to assist with negotiating and drafting the amended Title III joint plan of adjustment for the Commonwealth, ERS and PBA (the "Plan"), which was filed on February 28, 2021 and subsequently amended on March 8, 2021, May 11, 2011, and June 29, 2021. Different timekeepers with different areas of expertise were consulted to provide specialized assistance in connection with the Plan and related mediation and discovery matters. To respond to these demands, Proskauer increased its staffing to ensure diligent and timely representation was provided to the Oversight Board.

[2] Attorney Practice Groups: BSGR&B, Tax, Health Care, Labor & Employment, Litigation, and Corporate.

[3] The chart reflects Proskauer's staffing plan for the designated period based on currently foreseeable activities. Actual staffing needs, including additional attorneys, may vary materially based on actual facts and circumstances arising in the designated period, including as a result of currently unanticipated disputes. The staffing plan currently includes attorneys from the BSGR&B; Tax; Health Care; Labor & Employment; Litigation; and Corporate practice groups. The expertise of attorneys from other specialized areas is likely to be required during the course of these PROMESA Title III cases.

[4] Pursuant to the Engagement Letter, Proskauer's rates increased 4% effective January 1, 2021, yielding a new flat rate for attorneys (partners, senior counsel, and associates) of $853 per hour, for e-discovery attorneys of $421 per hour, and for paraprofessionals of $291 per hour. Rates have not increased during this Compensation Period.