## Exhibit C

**Task Code Time Breakdown**

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0022 PREPA - General** | | | | | |
| **201** | **Partner** | Ehud Barak | $853.00 | 15.70 | $13,392.10 |
| | | Martin J. Bienenstock | $853.00 | 5.70 | $4,862.10 |
| | | Paul M. Hamburger | $853.00 | 0.10 | $85.30 |
| | | Paul Possinger | $853.00 | 2.70 | $2,303.10 |
| | | Timothy W. Mungovan | $853.00 | 11.20 | $9,553.60 |
| | **Partner Total** | | | **35.40** | **$30,196.20** |
| | **Associate** | Elliot Stevens | $853.00 | 0.30 | $255.90 |
| | | Michelle M. Ovanesian | $853.00 | 2.70 | $2,303.10 |
| | **Associate Total** | | | **3.00** | **$2,559.00** |
| **201 Total** | | | | **38.40** | **$32,755.20** |
| **202** | **Associate** | Adam L. Deming | $853.00 | 0.70 | $597.10 |
| | | Elliot Stevens | $853.00 | 11.40 | $9,724.20 |
| | | Jordan Sazant | $853.00 | 11.40 | $9,724.20 |
| | | Joseph Hartunian | $853.00 | 2.60 | $2,217.80 |
| | | Libbie B. Osaben | $853.00 | 16.60 | $14,159.80 |
| | | Megan R. Volin | $853.00 | 12.40 | $10,577.20 |
| | | Michael Wheat | $853.00 | 38.30 | $32,669.90 |
| | | Michelle M. Ovanesian | $853.00 | 23.10 | $19,704.30 |
| | | Shiloh Rainwater | $853.00 | 0.80 | $682.40 |
| | **Associate Total** | | | **117.30** | **$100,056.90** |
| **202 Total** | | | | **117.30** | **$100,056.90** |
| **203** | **Partner** | Hadassa R. Waxman | $853.00 | 7.50 | $6,397.50 |
| | **Partner Total** | | | **7.50** | **$6,397.50** |
| | **Associate** | Elliot Stevens | $853.00 | 1.20 | $1,023.60 |
| | | Jordan Sazant | $853.00 | 1.00 | $853.00 |
| | **Associate Total** | | | **2.20** | **$1,876.60** |
| **203 Total** | | | | **9.70** | **$8,274.10** |
| **204** | **Partner** | Ehud Barak | $853.00 | 3.40 | $2,900.20 |
| | | Paul Possinger | $853.00 | 8.20 | $6,994.60 |
| | **Partner Total** | | | **11.60** | **$9,894.80** |
| | **Associate** | Adam L. Deming | $853.00 | 1.30 | $1,108.90 |
| | | Javier Sosa | $853.00 | 0.50 | $426.50 |
| | | Jordan Sazant | $853.00 | 0.60 | $511.80 |
| | | Laura Stafford | $853.00 | 1.00 | $853.00 |
| | **Associate Total** | | | **3.40** | **$2,900.20** |
| **204 Total** | | | | **15.00** | **$12,795.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **205** | **Partner** | Ehud Barak | $853.00 | 4.20 | $3,582.60 |
| | | Martin J. Bienenstock | $853.00 | 1.10 | $938.30 |
| | | Paul Possinger | $853.00 | 6.70 | $5,715.10 |
| | | Timothy W. Mungovan | $853.00 | 20.50 | $17,486.50 |
| | **Partner Total** | | | **32.50** | **$27,722.50** |
| | **Associate** | Elliot Stevens | $853.00 | 0.10 | $85.30 |
| | | Marc Palmer | $853.00 | 2.80 | $2,388.40 |
| | | Michelle M. Ovanesian | $853.00 | 0.50 | $426.50 |
| | **Associate Total** | | | **3.40** | **$2,900.20** |
| **205 Total** | | | | **35.90** | **$30,622.70** |
| **206** | **Partner** | Ehud Barak | $853.00 | 31.60 | $26,954.80 |
| | | Guy Brenner | $853.00 | 7.00 | $5,971.00 |
| | | Hadassa R. Waxman | $853.00 | 8.20 | $6,994.60 |
| | | Jonathan E. Richman | $853.00 | 3.60 | $3,070.80 |
| | | Margaret A. Dale | $853.00 | 1.40 | $1,194.20 |
| | | Martin J. Bienenstock | $853.00 | 33.40 | $28,490.20 |
| | | Michael A. Firestein | $853.00 | 0.20 | $170.60 |
| | | Paul Possinger | $853.00 | 28.50 | $24,310.50 |
| | | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **114.10** | **$97,327.30** |
| | **Associate** | Corey I. Rogoff | $853.00 | 0.50 | $426.50 |
| | | Daniel Desatnik | $853.00 | 115.80 | $98,777.40 |
| | | Elliot Stevens | $853.00 | 10.10 | $8,615.30 |
| | | Jennifer L. Jones | $853.00 | 0.30 | $255.90 |
| | | Jordan Sazant | $853.00 | 75.00 | $63,975.00 |
| | | Joseph Hartunian | $853.00 | 15.90 | $13,562.70 |
| | | Laura Stafford | $853.00 | 4.70 | $4,009.10 |
| | | Marc Palmer | $853.00 | 18.60 | $15,865.80 |
| | | Michael Wheat | $853.00 | 130.70 | $111,487.10 |
| | | Michelle M. Ovanesian | $853.00 | 5.70 | $4,862.10 |
| | **Associate Total** | | | **377.30** | **$321,836.90** |
| **206 Total** | | | | **491.40** | **$419,164.20** |
| **207** | **Partner** | Lary Alan Rappaport | $853.00 | 0.10 | $85.30 |
| | | Margaret A. Dale | $853.00 | 0.30 | $255.90 |
| | | Michael A. Firestein | $853.00 | 0.60 | $511.80 |
| | | Paul Possinger | $853.00 | 0.60 | $511.80 |
| | **Partner Total** | | | **1.60** | **$1,364.80** |
| | **Associate** | Daniel Desatnik | $853.00 | 0.30 | $255.90 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | Frances P. Kelley | $853.00 | 2.00 | $1,706.00 |
| | | Jennifer L. Jones | $853.00 | 0.90 | $767.70 |
| | | Marc Palmer | $853.00 | 0.40 | $341.20 |
| | | Michelle M. Ovanesian | $853.00 | 1.60 | $1,364.80 |
| | **Associate Total** | | | **5.20** | **$4,435.60** |
| **207 Total** | | | | **6.80** | **$5,800.40** |
| **210** | **Partner** | Ehud Barak | $853.00 | 184.60 | $157,463.80 |
| | | Guy Brenner | $853.00 | 30.00 | $25,590.00 |
| | | Hadassa R. Waxman | $853.00 | 37.60 | $32,072.80 |
| | | James P. Gerkis | $853.00 | 6.60 | $5,629.80 |
| | | John E. Roberts | $853.00 | 1.40 | $1,194.20 |
| | | Lary Alan Rappaport | $853.00 | 0.80 | $682.40 |
| | | Margaret A. Dale | $853.00 | 35.70 | $30,452.10 |
| | | Mark Harris | $853.00 | 2.20 | $1,876.60 |
| | | Michael A. Firestein | $853.00 | 1.30 | $1,108.90 |
| | | Michael T. Mervis | $853.00 | 2.30 | $1,961.90 |
| | | Myron D. Rumeld | $853.00 | 0.70 | $597.10 |
| | | Paul M. Hamburger | $853.00 | 13.40 | $11,430.20 |
| | | Paul Possinger | $853.00 | 205.20 | $175,035.60 |
| | | Steven O. Weise | $853.00 | 0.80 | $682.40 |
| | | Timothy W. Mungovan | $853.00 | 23.10 | $19,704.30 |
| | **Partner Total** | | | **545.70** | **$465,482.10** |
| | **Associate** | Adam L. Deming | $853.00 | 44.10 | $37,617.30 |
| | | Alexandra V. Bargoot | $853.00 | 1.30 | $1,108.90 |
| | | Aliza H. Bloch | $853.00 | 9.30 | $7,932.90 |
| | | Brooke H. Blackwell | $853.00 | 0.20 | $170.60 |
| | | Corey I. Rogoff | $853.00 | 77.00 | $65,681.00 |
| | | Daniel Desatnik | $853.00 | 95.60 | $81,546.80 |
| | | David A. Munkittrick | $853.00 | 0.20 | $170.60 |
| | | Elliot Stevens | $853.00 | 38.70 | $33,011.10 |
| | | Erica T. Jones | $853.00 | 19.00 | $16,207.00 |
| | | Frances P. Kelley | $853.00 | 1.50 | $1,279.50 |
| | | Jennifer L. Jones | $853.00 | 41.20 | $35,143.60 |
| | | Jordan Sazant | $853.00 | 18.40 | $15,695.20 |
| | | Joseph Hartunian | $853.00 | 3.60 | $3,070.80 |
| | | Laura Stafford | $853.00 | 56.80 | $48,450.40 |
| | | Libbie B. Osaben | $853.00 | 36.80 | $31,390.40 |
| | | Lucy Wolf | $853.00 | 0.20 | $170.60 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Marc Palmer | $853.00 | 33.20 | $28,319.60 |
| | | Matthew A. Skrzynski | $853.00 | 0.40 | $341.20 |
| | | Mee R. Kim | $853.00 | 0.10 | $85.30 |
| | | Megan R. Volin | $853.00 | 2.30 | $1,961.90 |
| | | Michael Wheat | $853.00 | 26.60 | $22,689.80 |
| | | Michelle M. Ovanesian | $853.00 | 98.60 | $84,105.80 |
| | | Nicole. Sockett | $853.00 | 1.70 | $1,450.10 |
| | | Sarah Hughes | $853.00 | 1.20 | $1,023.60 |
| | | William D. Dalsen | $853.00 | 0.70 | $597.10 |
| | **Associate Total** | | | **608.70** | **$519,221.10** |
| **210 Total** | | | | **1,154.40** | **$984,703.20** |
| **212** | **E-Discovery Attorney** | Yvonne O. Ike | $421.00 | 0.50 | $210.50 |
| | **E-Discovery Attorney Total** | | | **0.50** | **$210.50** |
| | **Legal Assistant** | Alexander N. Cook | $291.00 | 13.40 | $3,899.40 |
| | | Angelo Monforte | $291.00 | 5.00 | $1,455.00 |
| | | Anna Brodskaya | $291.00 | 6.50 | $1,891.50 |
| | | Dennis T. Mcpeck | $291.00 | 11.00 | $3,201.00 |
| | | Elliot R. Cohen | $291.00 | 7.00 | $2,037.00 |
| | | Griffin M. Asnis | $291.00 | 1.70 | $494.70 |
| | | Javier Santiago | $291.00 | 0.50 | $145.50 |
| | | Joan K. Hoffman | $291.00 | 5.10 | $1,484.10 |
| | | Lawrence T. Silvestro | $291.00 | 33.70 | $9,806.70 |
| | | Lela Lerner | $291.00 | 0.50 | $145.50 |
| | | Natasha Petrov | $291.00 | 5.10 | $1,484.10 |
| | | Shealeen E. Schaefer | $291.00 | 35.50 | $10,330.50 |
| | | Tal J. Singer | $291.00 | 3.20 | $931.20 |
| | **Legal Assistant Total** | | | **128.20** | **$37,306.20** |
| | **Practice Support** | Abigail G. Rubin | $291.00 | 8.50 | $2,473.50 |
| | | Connor C. Sakmar | $291.00 | 0.50 | $145.50 |
| | | Rachel L. Fox | $291.00 | 0.10 | $29.10 |
| | **Practice Support Total** | | | **9.10** | **$2,648.10** |
| **212 Total** | | | | **137.80** | **$40,164.80** |
| **213** | **Partner** | Paul M. Hamburger | $853.00 | 18.10 | $15,439.30 |
| | | Paul Possinger | $853.00 | 1.10 | $938.30 |
| | | Scott A. Faust | $853.00 | 2.50 | $2,132.50 |
| | **Partner Total** | | | **21.70** | **$18,510.10** |
| **213 Total** | | | | **21.70** | **$18,510.10** |
| **215** | **Partner** | Ehud Barak | $853.00 | 39.40 | $33,608.20 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Guy Brenner | $853.00 | 7.00 | $5,971.00 |
| | | Hadassa R. Waxman | $853.00 | 15.90 | $13,562.70 |
| | | James P. Gerkis | $853.00 | 26.80 | $22,860.40 |
| | | Karen J. Garnett | $853.00 | 3.00 | $2,559.00 |
| | | Lary Alan Rappaport | $853.00 | 0.30 | $255.90 |
| | | Margaret A. Dale | $853.00 | 0.80 | $682.40 |
| | | Martin J. Bienenstock | $853.00 | 4.10 | $3,497.30 |
| | | Michael T. Mervis | $853.00 | 0.60 | $511.80 |
| | | Paul Possinger | $853.00 | 16.70 | $14,245.10 |
| | | Timothy W. Mungovan | $853.00 | 6.30 | $5,373.90 |
| | **Partner Total** | | | **120.90** | **$103,127.70** |
| | **Associate** | Aaron D. Quint | $853.00 | 0.30 | $255.90 |
| | | Alyson C. Tocicki | $853.00 | 102.00 | $87,006.00 |
| | | Brooke H. Blackwell | $853.00 | 26.40 | $22,519.20 |
| | | Corey I. Rogoff | $853.00 | 5.00 | $4,265.00 |
| | | Daniel Desatnik | $853.00 | 70.50 | $60,136.50 |
| | | Elliot Stevens | $853.00 | 40.90 | $34,887.70 |
| | | Erica T. Jones | $853.00 | 5.80 | $4,947.40 |
| | | Jennifer L. Jones | $853.00 | 3.70 | $3,156.10 |
| | | Jordan Sazant | $853.00 | 4.00 | $3,412.00 |
| | | Joshua A. Esses | $853.00 | 0.90 | $767.70 |
| | | Laura Stafford | $853.00 | 11.50 | $9,809.50 |
| | | Libbie B. Osaben | $853.00 | 61.70 | $52,630.10 |
| | | Lucy Wolf | $853.00 | 7.20 | $6,141.60 |
| | | Marc Palmer | $853.00 | 0.30 | $255.90 |
| | | Megan R. Volin | $853.00 | 115.90 | $98,862.70 |
| | | Michael Wheat | $853.00 | 37.00 | $31,561.00 |
| | | Sarah Hughes | $853.00 | 75.30 | $64,230.90 |
| | | Seok Whee (Jason) Nam | $853.00 | 0.50 | $426.50 |
| | | Seth H. Victor | $853.00 | 3.60 | $3,070.80 |
| | | Shannon D. McGowan | $853.00 | 9.80 | $8,359.40 |
| | | Yena Hong | $853.00 | 0.50 | $426.50 |
| | **Associate Total** | | | **582.80** | **$497,128.40** |
| **215 Total** | | | | **703.70** | **$600,256.10** |
| **216** | **Associate** | Elliot Stevens | $853.00 | 1.50 | $1,279.50 |
| | | Jordan Sazant | $853.00 | 0.70 | $597.10 |
| | **Associate Total** | | | **2.20** | **$1,876.60** |
| **216 Total** | | | | **2.20** | **$1,876.60** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **217** | **Partner** | Richard M. Corn | $853.00 | 11.70 | $9,980.10 |
| | **Partner Total** | | | **11.70** | **$9,980.10** |
| **217 Total** | | | | **11.70** | **$9,980.10** |
| **218** | **Partner** | Ehud Barak | $853.00 | 1.90 | $1,620.70 |
| | **Partner Total** | | | **1.90** | **$1,620.70** |
| | **Associate** | Megan R. Volin | $853.00 | 1.90 | $1,620.70 |
| | **Associate Total** | | | **1.90** | **$1,620.70** |
| | **Legal Assistant** | Natasha Petrov | $291.00 | 36.10 | $10,505.10 |
| | **Legal Assistant Total** | | | **36.10** | **$10,505.10** |
| **218 Total** | | | | **39.90** | **$13,746.50** |
| **219** | **Partner** | Martin J. Bienenstock | $853.00 | 7.40 | $6,312.20 |
| | | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **7.60** | **$6,482.80** |
| **219 Total** | | | | **7.60** | **$6,482.80** |
| **220** | **Partner** | Margaret A. Dale | $853.00 | 0.80 | $682.40 |
| | | Timothy W. Mungovan | $853.00 | 0.80 | $682.40 |
| | **Partner Total** | | | **1.60** | **$1,364.80** |
| | **Associate** | Mee R. Kim | $853.00 | 3.00 | $2,559.00 |
| | **Associate Total** | | | **3.00** | **$2,559.00** |
| **220 Total** | | | | **4.60** | **$3,923.80** |
| **Grand Total** | | | | **2,798.10** | **$2,289,112.50** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0030  PREPA -  Puerto Rico** | | | | | |
| **207** | **Partner** | Martin J. Bienenstock | $853.00 | 2.10 | $1,791.30 |
| | **Partner Total** | | | **2.10** | **$1,791.30** |
| **207 Total** | | | | **2.10** | **$1,791.30** |
| **Grand Total** | | | | **2.10** | **$1,791.30** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0054  PREPA -  PREC** | | | | | |
| **206** | **Associate** | Laura Stafford | $853.00 | 1.30 | $1,108.90 |
| | **Associate Total** | | | **1.30** | **$1,108.90** |
| **206 Total** | | | | **1.30** | **$1,108.90** |
| **210** | **Partner** | Ehud Barak | $853.00 | 0.70 | $597.10 |
| | | Margaret A. Dale | $853.00 | 1.30 | $1,108.90 |
| | **Partner Total** | | | **2.00** | **$1,706.00** |
| | **Associate** | Laura Stafford | $853.00 | 2.50 | $2,132.50 |
| | **Associate Total** | | | **2.50** | **$2,132.50** |
| **210 Total** | | | | **4.50** | **$3,838.50** |
| **Grand Total** | | | | **5.80** | **$4,947.40** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | | | | |
| **MATTER 33260.0055 PREPA -  Vitol** | | | | | |
| | | | | | |
| **201** | **Associate** | Marc Palmer | $853.00 | 0.40 | $341.20 |
| | **Associate Total** | | | **0.40** | **$341.20** |
| **201 Total** | | | | **0.40** | **$341.20** |
| **202** | **Partner** | Michael A. Firestein | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **0.30** | **$255.90** |
| | **Associate** | Kelly M. Curtis | $853.00 | 3.40 | $2,900.20 |
| | | Laura Stafford | $853.00 | 1.00 | $853.00 |
| | **Associate Total** | | | **4.40** | **$3,753.20** |
| **202 Total** | | | | **4.70** | **$4,009.10** |
| **203** | **Partner** | Jeffrey W. Levitan | $853.00 | 1.20 | $1,023.60 |
| | | Lary Alan Rappaport | $853.00 | 1.70 | $1,450.10 |
| | | Margaret A. Dale | $853.00 | 9.30 | $7,932.90 |
| | **Partner Total** | | | **12.20** | **$10,406.60** |
| | **Associate** | John A. Peterson | $853.00 | 1.00 | $853.00 |
| | | Kelly M. Curtis | $853.00 | 1.80 | $1,535.40 |
| | | Marc Palmer | $853.00 | 5.10 | $4,350.30 |
| | **Associate Total** | | | **7.90** | **$6,738.70** |
| **203 Total** | | | | **20.10** | **$17,145.30** |
| **206** | **Partner** | Chantel L. Febus | $853.00 | 45.90 | $39,152.70 |
| | | Jeffrey W. Levitan | $853.00 | 3.70 | $3,156.10 |
| | | Lary Alan Rappaport | $853.00 | 25.70 | $21,922.10 |
| | | Margaret A. Dale | $853.00 | 23.10 | $19,704.30 |
| | | Martin J. Bienenstock | $853.00 | 15.10 | $12,880.30 |
| | | Michael A. Firestein | $853.00 | 1.80 | $1,535.40 |
| | | Timothy W. Mungovan | $853.00 | 19.70 | $16,804.10 |
| | **Partner Total** | | | **135.00** | **$115,155.00** |
| | **Associate** | Kelly M. Curtis | $853.00 | 73.50 | $62,695.50 |
| | | Laura Stafford | $853.00 | 84.80 | $72,334.40 |
| | | Marc Palmer | $853.00 | 74.80 | $63,804.40 |
| | **Associate Total** | | | **233.10** | **$198,834.30** |
| **206 Total** | | | | **368.10** | **$313,989.30** |
| **207** | **Partner** | Lary Alan Rappaport | $853.00 | 0.20 | $170.60 |
| | | Michael A. Firestein | $853.00 | 0.60 | $511.80 |
| | | Timothy W. Mungovan | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **1.30** | **$1,108.90** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | Associate | Laura Stafford | $853.00 | 0.30 | $255.90 |
| | | Marc Palmer | $853.00 | 0.40 | $341.20 |
| | **Associate Total** | | | **0.70** | **$597.10** |
| **207 Total** | | | | **2.00** | **$1,706.00** |
| **210** | **Partner** | Chantel L. Febus | $853.00 | 1.00 | $853.00 |
| | | Jeffrey W. Levitan | $853.00 | 0.20 | $170.60 |
| | | Lary Alan Rappaport | $853.00 | 28.10 | $23,969.30 |
| | | Margaret A. Dale | $853.00 | 53.00 | $45,209.00 |
| | | Martin J. Bienenstock | $853.00 | 0.40 | $341.20 |
| | | Michael A. Firestein | $853.00 | 0.60 | $511.80 |
| | | Timothy W. Mungovan | $853.00 | 2.30 | $1,961.90 |
| | **Partner Total** | | | **85.60** | **$73,016.80** |
| | Associate | Kelly M. Curtis | $853.00 | 31.70 | $27,040.10 |
| | | Laura Stafford | $853.00 | 19.20 | $16,377.60 |
| | | Lucy Wolf | $853.00 | 3.40 | $2,900.20 |
| | | Marc Palmer | $853.00 | 26.40 | $22,519.20 |
| | **Associate Total** | | | **80.70** | **$68,837.10** |
| **210 Total** | | | | **166.30** | **$141,853.90** |
| **212** | **Legal Assistant** | Alexander N. Cook | $291.00 | 1.20 | $349.20 |
| | | Joan K. Hoffman | $291.00 | 62.80 | $18,274.80 |
| | | Shealeen E. Schaefer | $291.00 | 75.90 | $22,086.90 |
| | **Legal Assistant Total** | | | **139.90** | **$40,710.90** |
| **212 Total** | | | | **139.90** | **$40,710.90** |
| **Grand Total** | | | | **701.50** | **$519,755.70** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0056  PREPA -  UTIER CBA** | | | | | |
| 202 | Partner | Seetha Ramachandran | $853.00 | 2.20 | $1,876.60 |
| | **Partner Total** | | | **2.20** | **$1,876.60** |
| | Associate | Javier Sosa | $853.00 | 1.50 | $1,279.50 |
| | | Matthew J. Morris | $853.00 | 7.70 | $6,568.10 |
| | **Associate Total** | | | **9.20** | **$7,847.60** |
| **202 Total** | | | | **11.40** | **$9,724.20** |
| 204 | Partner | Paul Possinger | $853.00 | 0.40 | $341.20 |
| | | Seetha Ramachandran | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.60** | **$511.80** |
| | Associate | Javier Sosa | $853.00 | 0.20 | $170.60 |
| | | Matthew J. Morris | $853.00 | 9.30 | $7,932.90 |
| | **Associate Total** | | | **9.50** | **$8,103.50** |
| **204 Total** | | | | **10.10** | **$8,615.30** |
| 206 | Partner | Jonathan E. Richman | $853.00 | 303.90 | $259,226.70 |
| | | Martin J. Bienenstock | $853.00 | 6.80 | $5,800.40 |
| | | Michael A. Firestein | $853.00 | 0.40 | $341.20 |
| | | Paul Possinger | $853.00 | 0.50 | $426.50 |
| | | Scott P. Cooper | $853.00 | 42.20 | $35,996.60 |
| | | Seetha Ramachandran | $853.00 | 99.80 | $85,129.40 |
| | **Partner Total** | | | **453.60** | **$386,920.80** |
| | Senior Counsel | Julia D. Alonzo | $853.00 | 0.60 | $511.80 |
| | **Senior Counsel Total** | | | **0.60** | **$511.80** |
| | Associate | Aliza H. Bloch | $853.00 | 11.30 | $9,638.90 |
| | | Javier Sosa | $853.00 | 172.80 | $147,398.40 |
| | | Matthew J. Morris | $853.00 | 109.30 | $93,232.90 |
| | | Mee R. Kim | $853.00 | 11.50 | $9,809.50 |
| | | William D. Dalsen | $853.00 | 15.40 | $13,136.20 |
| | **Associate Total** | | | **320.30** | **$273,215.90** |
| **206 Total** | | | | **774.50** | **$660,648.50** |
| 207 | Partner | Jonathan E. Richman | $853.00 | 2.50 | $2,132.50 |
| | | Michael A. Firestein | $853.00 | 0.40 | $341.20 |
| | | Scott P. Cooper | $853.00 | 0.10 | $85.30 |
| | | Seetha Ramachandran | $853.00 | 6.20 | $5,288.60 |
| | **Partner Total** | | | **9.20** | **$7,847.60** |
| | Associate | Aliza H. Bloch | $853.00 | 5.70 | $4,862.10 |
| | | Matthew J. Morris | $853.00 | 3.80 | $3,241.40 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | William D. Dalsen | $853.00 | 1.90 | $1,620.70 |
| | **Associate Total** | | | **11.40** | **$9,724.20** |
| **207 Total** | | | | **20.60** | **$17,571.80** |
| **210** | **Partner** | Jonathan E. Richman | $853.00 | 5.00 | $4,265.00 |
| | | Michael A. Firestein | $853.00 | 0.40 | $341.20 |
| | | Scott P. Cooper | $853.00 | 8.00 | $6,824.00 |
| | | Seetha Ramachandran | $853.00 | 9.70 | $8,274.10 |
| | **Partner Total** | | | **23.10** | **$19,704.30** |
| | **Associate** | Aliza H. Bloch | $853.00 | 6.50 | $5,544.50 |
| | | Javier Sosa | $853.00 | 1.20 | $1,023.60 |
| | | Matthew J. Morris | $853.00 | 9.70 | $8,274.10 |
| | | Mee R. Kim | $853.00 | 15.90 | $13,562.70 |
| | | William D. Dalsen | $853.00 | 1.00 | $853.00 |
| | **Associate Total** | | | **34.30** | **$29,257.90** |
| **210 Total** | | | | **57.40** | **$48,962.20** |
| **212** | **E-Discovery Attorney** | Yvonne O. Ike | $421.00 | 0.50 | $210.50 |
| | **E-Discovery Attorney Total** | | | **0.50** | **$210.50** |
| | **Legal Assistant** | Joan K. Hoffman | $291.00 | 205.10 | $59,684.10 |
| | | Lawrence T. Silvestro | $291.00 | 5.70 | $1,658.70 |
| | | Shealeen E. Schaefer | $291.00 | 44.70 | $13,007.70 |
| | **Legal Assistant Total** | | | **255.50** | **$74,350.50** |
| | **Practice Support** | Eric R. Chernus | $291.00 | 1.20 | $349.20 |
| | **Practice Support Total** | | | **1.20** | **$349.20** |
| **212 Total** | | | | **257.20** | **$74,910.20** |
| **215** | **Associate** | Javier Sosa | $853.00 | 1.00 | $853.00 |
| | **Associate Total** | | | **1.00** | **$853.00** |
| **215 Total** | | | | **1.00** | **$853.00** |
| **Grand Total** | | | | **1,132.20** | **$821,285.20** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | | | | |
| **MATTER 33260.0059  PREPA – Miscellaneous** | | | | | |
| | | | | | |
| **208** | **Associate** | Steve Ma | $853.00 | 3.90 | $3,326.70 |
| | **Associate Total** | | | **3.90** | **$3,326.70** |
| **208 Total** | | | | **3.90** | **$3,326.70** |
| **210** | **Partner** | Margaret A. Dale | $853.00 | 0.80 | $682.40 |
| | **Partner Total** | | | **0.80** | **$682.40** |
| | **Associate** | Daniel Desatnik | $853.00 | 5.90 | $5,032.70 |
| | **Associate Total** | | | **5.90** | **$5,032.70** |
| **210 Total** | | | | **6.70** | **$5,715.10** |
| **212** | **Legal Assistant** | Alexander N. Cook | $291.00 | 1.60 | $465.60 |
| | | Angelo Monforte | $291.00 | 41.10 | $11,960.10 |
| | **Legal Assistant Total** | | | **42.70** | **$12,425.70** |
| | **Lit. Support** | Laurie A. Henderson | $291.00 | 2.80 | $814.80 |
| | **Lit. Support Total** | | | **2.80** | **$814.80** |
| **212 Total** | | | | **45.50** | **$13,240.50** |
| **219** | **Partner** | Dietrich L. Snell | $853.00 | 131.10 | $111,828.30 |
| | | Ehud Barak | $853.00 | 58.60 | $49,985.80 |
| | | Hadassa R. Waxman | $853.00 | 1.20 | $1,023.60 |
| | | Jeffrey W. Levitan | $853.00 | 1.20 | $1,023.60 |
| | | John E. Roberts | $853.00 | 58.50 | $49,900.50 |
| | | Lary Alan Rappaport | $853.00 | 33.40 | $28,490.20 |
| | | Margaret A. Dale | $853.00 | 11.10 | $9,468.30 |
| | | Mark Harris | $853.00 | 42.30 | $36,081.90 |
| | | Martin J. Bienenstock | $853.00 | 98.00 | $83,594.00 |
| | | Michael A. Firestein | $853.00 | 3.70 | $3,156.10 |
| | | Paul Possinger | $853.00 | 32.20 | $27,466.60 |
| | | Timothy W. Mungovan | $853.00 | 10.80 | $9,212.40 |
| | **Partner Total** | | | **482.10** | **$411,231.30** |
| | **Associate** | Adam L. Deming | $853.00 | 58.20 | $49,644.60 |
| | | Daniel Desatnik | $853.00 | 277.20 | $236,451.60 |
| | | Jennifer L. Jones | $853.00 | 1.70 | $1,450.10 |
| | | Jordan Sazant | $853.00 | 0.20 | $170.60 |
| | | Joseph Hartunian | $853.00 | 118.20 | $100,824.60 |
| | | Michael Wheat | $853.00 | 39.60 | $33,778.80 |
| | | Michelle M. Ovanesian | $853.00 | 0.20 | $170.60 |
| | | Reut N. Samuels | $853.00 | 8.30 | $7,079.90 |
| | | Shiloh Rainwater | $853.00 | 87.90 | $74,978.70 |

13

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | | William G. Fassuliotis | $853.00 | 4.10 | $3,497.30 |
| | **Associate Total** | | | **595.60** | **$508,046.80** |
| **219 Total** | | | | **1,077.70** | **$919,278.10** |
| **Grand Total** | | | | **1,133.80** | **$941,560.40** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| | | **MATTER 33260.0085  PREPA – Cobra Acquisition LLC** | | | |
| **202** | **Associate** | Matthew A. Skrzynski | $853.00 | 7.50 | $6,397.50 |
| | **Associate Total** | | | **7.50** | **$6,397.50** |
| **202 Total** | | | | **7.50** | **$6,397.50** |
| **204** | **Partner** | Paul Possinger | $853.00 | 1.10 | $938.30 |
| | **Partner Total** | | | **1.10** | **$938.30** |
| **204 Total** | | | | **1.10** | **$938.30** |
| **206** | **Partner** | Ehud Barak | $853.00 | 3.50 | $2,985.50 |
| | | Paul Possinger | $853.00 | 2.80 | $2,388.40 |
| | | Timothy W. Mungovan | $853.00 | 0.30 | $255.90 |
| | **Partner Total** | | | **6.60** | **$5,629.80** |
| | **Associate** | Elliot Stevens | $853.00 | 17.00 | $14,501.00 |
| | | Matthew A. Skrzynski | $853.00 | 2.40 | $2,047.20 |
| | | Michael Wheat | $853.00 | 1.90 | $1,620.70 |
| | **Associate Total** | | | **21.30** | **$18,168.90** |
| **206 Total** | | | | **27.90** | **$23,798.70** |
| **207** | **Partner** | Paul Possinger | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **0.50** | **$426.50** |
| **207 Total** | | | | **0.50** | **$426.50** |
| **208** | **Partner** | Ehud Barak | $853.00 | 2.80 | $2,388.40 |
| | | Hadassa R. Waxman | $853.00 | 1.90 | $1,620.70 |
| | | Michael A. Firestein | $853.00 | 0.30 | $255.90 |
| | | Paul Possinger | $853.00 | 1.50 | $1,279.50 |
| | | Scott P. Cooper | $853.00 | 9.10 | $7,762.30 |
| | **Partner Total** | | | **15.60** | **$13,306.80** |
| | **Associate** | Elliot Stevens | $853.00 | 0.30 | $255.90 |
| | | Matthew A. Skrzynski | $853.00 | 11.90 | $10,150.70 |
| | **Associate Total** | | | **12.20** | **$10,406.60** |
| **208 Total** | | | | **27.80** | **$23,713.40** |
| **210** | **Partner** | Ehud Barak | $853.00 | 4.70 | $4,009.10 |
| | | Hadassa R. Waxman | $853.00 | 13.00 | $11,089.00 |
| | | Paul Possinger | $853.00 | 4.50 | $3,838.50 |
| | | Scott P. Cooper | $853.00 | 1.90 | $1,620.70 |
| | **Partner Total** | | | **24.10** | **$20,557.30** |
| | **Associate** | Brooke H. Blackwell | $853.00 | 0.10 | $85.30 |
| | | Elliot Stevens | $853.00 | 5.70 | $4,862.10 |
| | | Matthew A. Skrzynski | $853.00 | 6.40 | $5,459.20 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | | Michael Wheat | $853.00 | 0.50 | $426.50 |
| | **Associate Total** | | | **12.70** | **$10,833.10** |
| **210 Total** | | | | **36.80** | **$31,390.40** |
| **Grand Total** | | | | **101.60** | **$86,664.80** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|--------------|---------------|
| **MATTER 33260.0095  PREPA –  Insurance Coverage Advice** | | | | | |
| **205** | Partner | Marc E. Rosenthal | $853.00 | 0.60 | $511.80 |
| | **Partner Total** | | | **0.60** | **$511.80** |
| **205 Total** | | | | **0.60** | **$511.80** |
| **Grand Total** | | | | **0.60** | **$511.80** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|------|------|
| **MATTER 33260.00102  PREPA – Catesby Jones** | | | | | |
| **202** | **Partner** | Lary Alan Rappaport | $853.00 | 4.00 | $3,412.00 |
| | | Michael A. Firestein | $853.00 | 6.30 | $5,373.90 |
| | **Partner Total** | | | **10.30** | **$8,785.90** |
| | **Senior Counsel** | Julia D. Alonzo | $853.00 | 1.20 | $1,023.60 |
| | **Senior Counsel Total** | | | **1.20** | **$1,023.60** |
| | **Associate** | John A. Peterson | $853.00 | 29.30 | $24,992.90 |
| | | Shiva Pedram | $853.00 | 8.80 | $7,506.40 |
| | **Associate Total** | | | **38.10** | **$32,499.30** |
| **202 Total** | | | | **49.60** | **$42,308.80** |
| **204** | **Partner** | Jeffrey W. Levitan | $853.00 | 2.50 | $2,132.50 |
| | | Lary Alan Rappaport | $853.00 | 4.00 | $3,412.00 |
| | | Michael A. Firestein | $853.00 | 1.00 | $853.00 |
| | | Paul Possinger | $853.00 | 1.70 | $1,450.10 |
| | **Partner Total** | | | **9.20** | **$7,847.60** |
| | **Senior Counsel** | Julia D. Alonzo | $853.00 | 1.40 | $1,194.20 |
| | **Senior Counsel Total** | | | **1.40** | **$1,194.20** |
| | **Associate** | John A. Peterson | $853.00 | 4.90 | $4,179.70 |
| | **Associate Total** | | | **4.90** | **$4,179.70** |
| **204 Total** | | | | **15.50** | **$13,221.50** |
| **206** | **Partner** | Jeffrey W. Levitan | $853.00 | 17.90 | $15,268.70 |
| | | Lary Alan Rappaport | $853.00 | 79.10 | $67,472.30 |
| | | Martin J. Bienenstock | $853.00 | 15.40 | $13,136.20 |
| | | Michael A. Firestein | $853.00 | 19.10 | $16,292.30 |
| | | Paul Possinger | $853.00 | 3.60 | $3,070.80 |
| | **Partner Total** | | | **135.10** | **$115,240.30** |
| | **Senior Counsel** | Julia D. Alonzo | $853.00 | 100.90 | $86,067.70 |
| | **Senior Counsel Total** | | | **100.90** | **$86,067.70** |
| | **Associate** | Brooke C. Gottlieb | $853.00 | 1.40 | $1,194.20 |
| | | John A. Peterson | $853.00 | 24.40 | $20,813.20 |
| | | Joshua A. Esses | $853.00 | 3.40 | $2,900.20 |
| | | Shiva Pedram | $853.00 | 3.10 | $2,644.30 |
| | **Associate Total** | | | **32.30** | **$27,551.90** |
| **206 Total** | | | | **268.30** | **$228,859.90** |
| **207** | **Partner** | Jeffrey W. Levitan | $853.00 | 1.30 | $1,108.90 |
| | | Lary Alan Rappaport | $853.00 | 1.00 | $853.00 |
| | | Michael A. Firestein | $853.00 | 0.70 | $597.10 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | **Partner Total** | | | **3.00** | **$2,559.00** |
| | Senior Counsel | Julia D. Alonzo | $853.00 | 4.00 | $3,412.00 |
| | **Senior Counsel Total** | | | **4.00** | **$3,412.00** |
| | Associate | John A. Peterson | $853.00 | 11.80 | $10,065.40 |
| | **Associate Total** | | | **11.80** | **$10,065.40** |
| **207 Total** | | | | **18.80** | **$16,036.40** |
| **208** | Partner | Michael A. Firestein | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **0.40** | **$341.20** |
| **208 Total** | | | | **0.40** | **$341.20** |
| **210** | Partner | Ehud Barak | $853.00 | 0.10 | $85.30 |
| | | Jeffrey W. Levitan | $853.00 | 5.40 | $4,606.20 |
| | | Lary Alan Rappaport | $853.00 | 36.50 | $31,134.50 |
| | | Michael A. Firestein | $853.00 | 21.10 | $17,998.30 |
| | | Paul Possinger | $853.00 | 0.90 | $767.70 |
| | **Partner Total** | | | **64.00** | **$54,592.00** |
| | Senior Counsel | Julia D. Alonzo | $853.00 | 6.70 | $5,715.10 |
| | **Senior Counsel Total** | | | **6.70** | **$5,715.10** |
| | Associate | John A. Peterson | $853.00 | 10.10 | $8,615.30 |
| | | Shiva Pedram | $853.00 | 0.50 | $426.50 |
| | **Associate Total** | | | **10.60** | **$9,041.80** |
| **210 Total** | | | | **81.30** | **$69,348.90** |
| **212** | Legal Assistant | Alexander N. Cook | $291.00 | 0.40 | $116.40 |
| | | Angelo Monforte | $291.00 | 1.40 | $407.40 |
| | | Joan K. Hoffman | $291.00 | 33.00 | $9,603.00 |
| | | Lawrence T. Silvestro | $291.00 | 1.40 | $407.40 |
| | **Legal Assistant Total** | | | **36.20** | **$10,534.20** |
| **212 Total** | | | | **36.20** | **$10,534.20** |
| **Grand Total** | | | | **470.10** | **$380,650.90** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0105  PREPA – PV Properties, Inc.** | | | | | |
| 204 | Partner | Margaret A. Dale | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **0.40** | **$341.20** |
| | Associate | Jennifer L. Jones | $853.00 | 1.70 | $1,450.10 |
| | | John A. Peterson | $853.00 | 2.40 | $2,047.20 |
| | **Associate Total** | | | **4.10** | **$3,497.30** |
| **204 Total** | | | | **4.50** | **$3,838.50** |
| 206 | Partner | Ehud Barak | $853.00 | 4.50 | $3,838.50 |
| | | Margaret A. Dale | $853.00 | 4.30 | $3,667.90 |
| | | Paul Possinger | $853.00 | 8.20 | $6,994.60 |
| | **Partner Total** | | | **17.00** | **$14,501.00** |
| | Associate | Jennifer L. Jones | $853.00 | 28.40 | $24,225.20 |
| | | John A. Peterson | $853.00 | 47.20 | $40,261.60 |
| | **Associate Total** | | | **75.60** | **$64,486.80** |
| **206 Total** | | | | **92.60** | **$78,987.80** |
| 207 | Associate | Jennifer L. Jones | $853.00 | 1.70 | $1,450.10 |
| | | John A. Peterson | $853.00 | 1.60 | $1,364.80 |
| | **Associate Total** | | | **3.30** | **$2,814.90** |
| **207 Total** | | | | **3.30** | **$2,814.90** |
| 210 | Partner | Ehud Barak | $853.00 | 0.50 | $426.50 |
| | | Hadassa R. Waxman | $853.00 | 1.10 | $938.30 |
| | | Margaret A. Dale | $853.00 | 3.40 | $2,900.20 |
| | | Paul Possinger | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **5.20** | **$4,435.60** |
| | Associate | Jennifer L. Jones | $853.00 | 16.60 | $14,159.80 |
| | | John A. Peterson | $853.00 | 4.90 | $4,179.70 |
| | **Associate Total** | | | **21.50** | **$18,339.50** |
| **210 Total** | | | | **26.70** | **$22,775.10** |
| 212 | Legal Assistant | Joan K. Hoffman | $291.00 | 9.40 | $2,735.40 |
| | | Lawrence T. Silvestro | $291.00 | 3.20 | $931.20 |
| | | Tal J. Singer | $291.00 | 2.10 | $611.10 |
| | **Legal Assistant Total** | | | **14.70** | **$4,277.70** |
| **212 Total** | | | | **14.70** | **$4,277.70** |
| **Grand Total** | | | | **141.80** | **$112,694.00** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **MATTER 33260.0110  PREPA – UTIER/ LUMA Adversary Proceeding** | | | | | |
| **201** | **Partner** | Martin J. Bienenstock | $853.00 | 0.80 | $682.40 |
| | | Timothy W. Mungovan | $853.00 | 1.20 | $1,023.60 |
| | **Partner Total** | | | **2.00** | **$1,706.00** |
| **201 Total** | | | | **2.00** | **$1,706.00** |
| **202** | **Partner** | Michael A. Firestein | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.20** | **$170.60** |
| | **Associate** | Anastasia S. Gellman | $853.00 | 1.90 | $1,620.70 |
| | | Jordan Sazant | $853.00 | 6.40 | $5,459.20 |
| | | Kyle C. Hansen | $853.00 | 5.40 | $4,606.20 |
| | | Reut N. Samuels | $853.00 | 3.50 | $2,985.50 |
| | **Associate Total** | | | **17.20** | **$14,671.60** |
| **202 Total** | | | | **17.40** | **$14,842.20** |
| **203** | **Partner** | Ehud Barak | $853.00 | 3.40 | $2,900.20 |
| | | Jeffrey W. Levitan | $853.00 | 2.30 | $1,961.90 |
| | | Margaret A. Dale | $853.00 | 3.30 | $2,814.90 |
| | | Martin J. Bienenstock | $853.00 | 2.00 | $1,706.00 |
| | | Michael A. Firestein | $853.00 | 1.40 | $1,194.20 |
| | | Paul Possinger | $853.00 | 1.80 | $1,535.40 |
| | | Timothy W. Mungovan | $853.00 | 1.40 | $1,194.20 |
| | **Partner Total** | | | **15.60** | **$13,306.80** |
| | **Associate** | Jennifer L. Jones | $853.00 | 1.40 | $1,194.20 |
| | | Jordan Sazant | $853.00 | 0.40 | $341.20 |
| | | Laura Stafford | $853.00 | 1.40 | $1,194.20 |
| | **Associate Total** | | | **3.20** | **$2,729.60** |
| **203 Total** | | | | **18.80** | **$16,036.40** |
| **204** | **Partner** | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.20** | **$170.60** |
| **204 Total** | | | | **0.20** | **$170.60** |
| **205** | **Partner** | Timothy W. Mungovan | $853.00 | 4.00 | $3,412.00 |
| | **Partner Total** | | | **4.00** | **$3,412.00** |
| | **Associate** | Laura Stafford | $853.00 | 0.40 | $341.20 |
| | **Associate Total** | | | **0.40** | **$341.20** |
| **205 Total** | | | | **4.40** | **$3,753.20** |
| **206** | **Partner** | Ehud Barak | $853.00 | 45.70 | $38,982.10 |
| | | Jonathan E. Richman | $853.00 | 48.20 | $41,114.60 |
| | | Margaret A. Dale | $853.00 | 5.00 | $4,265.00 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| | | Martin J. Bienenstock | $853.00 | 14.60 | $12,453.80 |
| | | Michael A. Firestein | $853.00 | 0.30 | $255.90 |
| | | Myron D. Rumeld | $853.00 | 2.80 | $2,388.40 |
| | | Paul Possinger | $853.00 | 12.80 | $10,918.40 |
| | | Timothy W. Mungovan | $853.00 | 17.80 | $15,183.40 |
| | **Partner Total** | | | **147.20** | **$125,561.60** |
| | **Associate** | Daniel Desatnik | $853.00 | 0.90 | $767.70 |
| | | Elliot Stevens | $853.00 | 20.30 | $17,315.90 |
| | | Jennifer L. Jones | $853.00 | 0.50 | $426.50 |
| | | John A. Peterson | $853.00 | 5.20 | $4,435.60 |
| | | Jordan Sazant | $853.00 | 17.50 | $14,927.50 |
| | | Kyle C. Hansen | $853.00 | 2.50 | $2,132.50 |
| | | Laura Stafford | $853.00 | 32.00 | $27,296.00 |
| | | Marc Palmer | $853.00 | 3.20 | $2,729.60 |
| | | Matthew J. Morris | $853.00 | 12.80 | $10,918.40 |
| | | William D. Dalsen | $853.00 | 1.20 | $1,023.60 |
| | **Associate Total** | | | **96.10** | **$81,973.30** |
| **206 Total** | | | | **243.30** | **$207,534.90** |
| **207** | **Partner** | Ehud Barak | $853.00 | 2.40 | $2,047.20 |
| | | Jeffrey W. Levitan | $853.00 | 0.50 | $426.50 |
| | | Jonathan E. Richman | $853.00 | 0.50 | $426.50 |
| | | Lary Alan Rappaport | $853.00 | 0.50 | $426.50 |
| | | Margaret A. Dale | $853.00 | 0.90 | $767.70 |
| | | Martin J. Bienenstock | $853.00 | 5.20 | $4,435.60 |
| | | Michael A. Firestein | $853.00 | 1.20 | $1,023.60 |
| | | Myron D. Rumeld | $853.00 | 0.70 | $597.10 |
| | | Paul M. Hamburger | $853.00 | 0.60 | $511.80 |
| | | Paul Possinger | $853.00 | 8.10 | $6,909.30 |
| | | Steven O. Weise | $853.00 | 17.10 | $14,586.30 |
| | | Timothy W. Mungovan | $853.00 | 7.20 | $6,141.60 |
| | **Partner Total** | | | **44.90** | **$38,299.70** |
| | **Associate** | Elliot Stevens | $853.00 | 3.20 | $2,729.60 |
| | | Jennifer L. Jones | $853.00 | 7.30 | $6,226.90 |
| | | John A. Peterson | $853.00 | 1.90 | $1,620.70 |
| | | Jordan Sazant | $853.00 | 2.40 | $2,047.20 |
| | | Laura Stafford | $853.00 | 5.20 | $4,435.60 |
| | | Marc Palmer | $853.00 | 0.30 | $255.90 |
| | | Matthew J. Morris | $853.00 | 6.00 | $5,118.00 |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | William D. Dalsen | $853.00 | 2.50 | $2,132.50 |
| | **Associate Total** | | | **28.80** | **$24,566.40** |
| **207 Total** | | | | **73.70** | **$62,866.10** |
| **210** | **Partner** | Ehud Barak | $853.00 | 47.20 | $40,261.60 |
| | | Jonathan E. Richman | $853.00 | 20.30 | $17,315.90 |
| | | Margaret A. Dale | $853.00 | 75.50 | $64,401.50 |
| | | Martin J. Bienenstock | $853.00 | 4.00 | $3,412.00 |
| | | Michael A. Firestein | $853.00 | 1.30 | $1,108.90 |
| | | Myron D. Rumeld | $853.00 | 12.00 | $10,236.00 |
| | | Paul Possinger | $853.00 | 37.20 | $31,731.60 |
| | | Steven O. Weise | $853.00 | 13.60 | $11,600.80 |
| | | Timothy W. Mungovan | $853.00 | 19.60 | $16,718.80 |
| | **Partner Total** | | | **230.70** | **$196,787.10** |
| | **Associate** | Anastasia S. Gellman | $853.00 | 0.20 | $170.60 |
| | | Daniel Desatnik | $853.00 | 5.10 | $4,350.30 |
| | | Elliot Stevens | $853.00 | 15.10 | $12,880.30 |
| | | Erica T. Jones | $853.00 | 0.40 | $341.20 |
| | | Genesis G. Sanchez Tavarez | $853.00 | 3.10 | $2,644.30 |
| | | Jennifer L. Jones | $853.00 | 52.50 | $44,782.50 |
| | | Jordan Sazant | $853.00 | 18.80 | $16,036.40 |
| | | Kyle C. Hansen | $853.00 | 1.50 | $1,279.50 |
| | | Laura Stafford | $853.00 | 26.10 | $22,263.30 |
| | | Libbie B. Osaben | $853.00 | 1.80 | $1,535.40 |
| | | Marc Palmer | $853.00 | 0.50 | $426.50 |
| | | William D. Dalsen | $853.00 | 2.90 | $2,473.70 |
| | **Associate Total** | | | **128.00** | **$109,184.00** |
| **210 Total** | | | | **358.70** | **$305,971.10** |
| **212** | **Legal Assistant** | Elliot R. Cohen | $291.00 | 10.60 | $3,084.60 |
| | | Joan K. Hoffman | $291.00 | 1.10 | $320.10 |
| | | Lawrence T. Silvestro | $291.00 | 16.10 | $4,685.10 |
| | | Shealeen E. Schaefer | $291.00 | 1.60 | $465.60 |
| | **Legal Assistant Total** | | | **29.40** | **$8,555.40** |
| **212 Total** | | | | **29.40** | **$8,555.40** |
| **213** | **Partner** | Myron D. Rumeld | $853.00 | 3.30 | $2,814.90 |
| | | Paul M. Hamburger | $853.00 | 75.80 | $64,657.40 |
| | | Scott A. Faust | $853.00 | 34.50 | $29,428.50 |
| | **Partner Total** | | | **113.60** | **$96,900.80** |
| **213 Total** | | | | **113.60** | **$96,900.80** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **219** | **Partner** | Lary Alan Rappaport | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.20** | **$170.60** |
| **219 Total** | | | | **0.20** | **$170.60** |
| **Grand Total** | | | | **861.70** | **$718,507.30** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|--------------|
| MATTER 33260.0111  PREPA – SREAEE v.  Pierluisi-Urrutia | | | | | |
| 201 | Partner | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
|  | Partner Total | | | **0.20** | **$170.60** |
| 201 Total | | | | **0.20** | **$170.60** |
| 206 | Associate | Marc Palmer | $853.00 | 0.90 | $767.70 |
|  | Associate Total | | | **0.90** | **$767.70** |
| 206 Total | | | | **0.90** | **$767.70** |
| 207 | Partner | Jonathan E. Richman | $853.00 | 0.30 | $255.90 |
|  | | Lary Alan Rappaport | $853.00 | 0.50 | $426.50 |
|  | | Margaret A. Dale | $853.00 | 1.20 | $1,023.60 |
|  | | Michael A. Firestein | $853.00 | 0.30 | $255.90 |
|  | | Paul Possinger | $853.00 | 1.00 | $853.00 |
|  | | Timothy W. Mungovan | $853.00 | 1.80 | $1,535.40 |
|  | Partner Total | | | **5.10** | **$4,350.30** |
|  | Associate | Jennifer L. Jones | $853.00 | 0.40 | $341.20 |
|  | | Jordan Sazant | $853.00 | 2.70 | $2,303.10 |
|  | | Marc Palmer | $853.00 | 0.80 | $682.40 |
|  | Associate Total | | | **3.90** | **$3,326.70** |
| 207 Total | | | | **9.00** | **$7,677.00** |
| 210 | Partner | Jonathan E. Richman | $853.00 | 1.40 | $1,194.20 |
|  | | Lary Alan Rappaport | $853.00 | 0.30 | $255.90 |
|  | | Margaret A. Dale | $853.00 | 3.00 | $2,559.00 |
|  | | Paul Possinger | $853.00 | 0.70 | $597.10 |
|  | | Timothy W. Mungovan | $853.00 | 1.60 | $1,364.80 |
|  | Partner Total | | | **7.00** | **$5,971.00** |
|  | Senior Counsel | Justin S. Alex | $853.00 | 0.70 | $597.10 |
|  | Senior Counsel Total | | | **0.70** | **$597.10** |
|  | Associate | Elliot Stevens | $853.00 | 0.20 | $170.60 |
|  | | Laura Stafford | $853.00 | 0.60 | $511.80 |
|  | | Matthew J. Morris | $853.00 | 0.20 | $170.60 |
|  | Associate Total | | | **1.00** | **$853.00** |
| 210 Total | | | | **8.70** | **$7,421.10** |
| 212 | Legal Assistant | Lawrence T. Silvestro | $291.00 | 2.40 | $698.40 |
|  | Legal Assistant Total | | | **2.40** | **$698.40** |
| 212 Total | | | | **2.40** | **$698.40** |
| 213 | Partner | Paul M. Hamburger | $853.00 | 8.40 | $7,165.20 |
|  | Partner Total | | | **8.40** | **$7,165.20** |

PROMESA TITLE III: PREPA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|------|-------|------|------|-------------|---------------|
| **213 Total** | | | | **8.40** | **$7,165.20** |
| **Grand Total** | | | | **29.60** | **$23,900.00** |