## **Exhibit B**

**Monthly Statements**

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

 

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO SEVENTEENTH MONTHLY FEE APPLICATION OF
PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD FEBRUARY 1, 2021 THROUGH FEBRUARY 28, 2021**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF
PUERTO RICO**

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP ("Proskauer") |
| Authorized to Provide Professional Services to: | Financial Oversight and Management Board, as Representative for the Debtor Pursuant to PROMESA Section 315(b) |
| Period for which compensation and reimbursement for fees and services is sought: | February 1, 2021 through February 28, 2021 |
| Amount of compensation sought as actual, reasonable and necessary: | **$12,010.20** |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | **$0.00** |
| Total Amount for these Invoices: | **$12,010.20** |

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's 17th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for February 2021.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On March 31, 2021 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn:  John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

**Summary of Legal Fees for the Period February 2021**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 7.90 | $6,738.70 |
| 210 | Analysis and Strategy | 5.00 | $4,265.00 |
| 212 | General Administration | 0.30 | $87.30 |
| 218 | Employment and Fee Applications | 2.00 | $919.20 |
| | **Total** | **15.20** | **$12,010.20** |

**Summary of Legal Fees for the Period February 2021**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $853.00 | 2.30 | $1,961.90 |
| Marc E. Rosenthal | Partner | Litigation | $853.00 | 4.60 | $3,923.80 |
| Paul Possinger | Partner | BSGR & B | $853.00 | 0.70 | $597.10 |
| Joshua A. Esses | Associate | BSGR & B | $853.00 | 5.30 | $4,520.90 |
| Megan R. Volin | Associate | Corporate | $853.00 | 0.60 | $511.80 |
| | | | **TOTAL** | **13.50** | **$11,515.50** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $291.00 | 1.40 | $407.40 |
| Tal J. Singer | Legal Assistant | BSGR & B | $291.00 | 0.30 | $87.30 |
| | | | **TOTAL** | **1.70** | **$494.70** |

| SUMMARY OF LEGAL FEES | Hours 15.20 | Fees $12,010.20 |
|---|---|---|

**Summary of Disbursements for the period February 2021**

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| N/A | $0.00 |
| TOTAL | $0.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of <u>$10,809.18</u>, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of <u>$0.00</u>) in the total amount <u>$10,809.18</u>.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 30 Mar 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21027041 |

### Task Summary

| Task | Hours | Fees Incurred |
|---|---|---|
| 206 Documents Filed on Behalf of the Board | 7.90 | 6,738.70 |
| 210 Analysis and Strategy | 5.00 | 4,265.00 |
| 212 General Administration | 0.30 | 87.30 |
| 218 Employment and Fee Applications | 2.00 | 919.20 |
| **Total Fees** | **15.20** | **$ 12,010.20** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 30 Mar 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21027041 |

### Description of Services Rendered

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **Documents Filed on Behalf of the Board – 206** | | | | | |
| 13 Feb 2021 | Esses, Joshua A. | 206 | Draft PBA TSP settlement motion. | 0.40 | 341.20 |
| 14 Feb 2021 | Esses, Joshua A. | 206 | Draft TSP settlement agreement (1.10). | 1.10 | 938.30 |
| 15 Feb 2021 | Esses, Joshua A. | 206 | Draft PBA settlement motion for Triple S (1.60). | 1.60 | 1,364.80 |
| 16 Feb 2021 | Rosenthal, Marc Eric | 206 | Review and revise motion to approve Triple S insurance settlement. | 1.40 | 1,194.20 |
| 16 Feb 2021 | Esses, Joshua A. | 206 | Draft TSP settlement motion. | 0.10 | 85.30 |
| 17 Feb 2021 | Rosenthal, Marc Eric | 206 | Review Board approval of Triple S settlement. | 0.40 | 341.20 |
| 17 Feb 2021 | Esses, Joshua A. | 206 | Review correspondence on PBA 9019 Triple S motion. | 0.20 | 170.60 |
| 18 Feb 2021 | Rosen, Brian S. | 206 | Review and revise Triple S motion (0.30); Memorandum to J. Esses regarding same (0.10); Review J. Esses memorandum regarding changes (0.10); Memorandum to J. Esses regarding same (0.10). | 0.60 | 511.80 |
| 18 Feb 2021 | Rosenthal, Marc Eric | 206 | Review and revise motion for approval of Triple S insurance settlement. | 0.70 | 597.10 |
| 18 Feb 2021 | Esses, Joshua A. | 206 | Draft PBA 9019 settlement with Triple S. | 1.40 | 1,194.20 |
| **Documents Filed on Behalf of the Board Sub-Total** | | | | **7.90** | **$6,738.70** |
| | | | | | |
| **Analysis and Strategy – 210** | | | | | |
| 04 Feb 2021 | Possinger, Paul V. | 210 | Review e-mails regarding PBA Triple-S settlement (0.10). | 0.10 | 85.30 |
| 04 Feb 2021 | Rosen, Brian S. | 210 | Review S. Ma memorandum regarding Triple S settlement and exhibit (0.20); Memorandum to S. Ma, et al regarding same (0.10). | 0.30 | 255.90 |
| 05 Feb 2021 | Rosen, Brian S. | 210 | Memorandum to E. Barak regarding Triple S motion (0.20). | 0.20 | 170.60 |
| 07 Feb 2021 | Rosen, Brian S. | 210 | Memorandum to J. Esses regarding Triple S motion (0.10); Review J. Esses memorandum regarding same (0.10). | 0.20 | 170.60 |
| 08 Feb 2021 | Possinger, Paul V. | 210 | E-mails with O'Neill and M. Rosenthal regarding insurance settlement. | 0.30 | 255.90 |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 30 Mar 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21027041 |

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 08 Feb 2021 | Rosen, Brian S. | 210 | Review C. Garcia memorandum regarding Triple S claim (0.10); Memorandum to C. Garcia regarding same (0.10); Review claim response (0.10); Memorandum to L. Stafford regarding same (0.10); Memorandum to J. Esses regarding status of Triple S motion (0.10). | 0.50 | 426.50 |
| 08 Feb 2021 | Esses, Joshua A. | 210 | Review correspondence regarding PBA settlement. | 0.50 | 426.50 |
| 09 Feb 2021 | Rosenthal, Marc Eric | 210 | Review Triple S insurance settlement letter and related correspondence with P. Possinger and E. Barak (0.50); Correspondence with J. Esses regarding motion and order for approval of settlement (0.20). | 0.70 | 597.10 |
| 12 Feb 2021 | Rosen, Brian S. | 210 | Memorandum to J. Esses regarding Triple S settlement (0.10). | 0.10 | 85.30 |
| 16 Feb 2021 | Possinger, Paul V. | 210 | Review Triple-S settlement agreement (0.10); E-mails with M. Rosenthal and B. Rosen regarding same (0.20). | 0.30 | 255.90 |
| 16 Feb 2021 | Rosen, Brian S. | 210 | Review P. Possinger memorandum regarding Triple S (0.10); Review M. Rosenthal comments regarding same (0.20); Memorandum to P. Possinger regarding same (0.10). | 0.40 | 341.20 |
| 16 Feb 2021 | Rosenthal, Marc Eric | 210 | Review Triple S settlement agreement (0.60); Correspondence with J. Esses and B. Rosen regarding motion and order approving insurance settlement (0.50). | 1.10 | 938.30 |
| 18 Feb 2021 | Rosenthal, Marc Eric | 210 | Correspondence with B. Rosen and J. Esses regarding approval motion. | 0.30 | 255.90 |
| **Analysis and Strategy Sub-Total** | | | | **5.00** | **$4,265.00** |
| | | | | | |
| **General Administration – 212** | | | | | |
| 13 Feb 2021 | Singer, Tal J. | 212 | E-mails with J. Esses regarding filing logistics of 9019 motion (0.10); Correspond with Document Services regarding same (0.20). | 0.30 | 87.30 |
| **General Administration Sub-Total** | | | | **0.30** | **$87.30** |

**Client Name**    FOMB *(33260)*         **Invoice Date**    30 Mar 2021
**Matter Name**    PROMESA TITLE III: PBA *(0083)*    **Invoice Number**    21027041

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| **Employment and Fee Applications – 218** | | | | | |
| 05 Feb 2021 | Petrov, Natasha B. | 218 | Prepare exhibits for Proskauer third interim fee application. | 0.60 | 174.60 |
| 10 Feb 2021 | Petrov, Natasha B. | 218 | Revise Proskauer third interim fee application and exhibits per M. Volin's comments. | 0.80 | 232.80 |
| 15 Feb 2021 | Volin, Megan R. | 218 | Review and revise draft fee application (0.60). | 0.60 | 511.80 |
| **Employment and Fee Applications Sub-Total** | | | | **2.00** | **$919.20** |

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** 30 Mar 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** 21027041 |

**Timekeeper Summary**

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Partner** | | | |
| Possinger, Paul V. | 0.70 | 853.00 | 597.10 |
| Rosen, Brian S. | 2.30 | 853.00 | 1,961.90 |
| Rosenthal, Marc Eric | 4.60 | 853.00 | 3,923.80 |
| **Total Partner** | **7.60** | | **$ 6,482.80** |
| **Associate** | | | |
| Esses, Joshua A. | 5.30 | 853.00 | 4,520.90 |
| Volin, Megan R. | 0.60 | 853.00 | 511.80 |
| **Total Associate** | **5.90** | | **$ 5,032.70** |
| **Legal Assistant** | | | |
| Petrov, Natasha B. | 1.40 | 291.00 | 407.40 |
| Singer, Tal J. | 0.30 | 291.00 | 87.30 |
| **Total Legal Assistant** | **1.70** | | **$ 494.70** |
| **Professional Fees** | **15.20** | | **$ 12,010.20** |
| **Total Billed** | | | **$ 12,010.20** |

## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

      Debtors.[1]

------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

      as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

      Debtor.

------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO EIGHTEENTH MONTHLY FEE APPLICATION OF
PROSKAUER ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD MARCH 1, 2021 THROUGH MARCH 31, 2021**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF PUERTO RICO**

Name of Applicant:                              Proskauer Rose LLP ("Proskauer")

Authorized to Provide
Professional Services to:                       Financial Oversight and Management Board, as
                                                Representative for the Debtor Pursuant to
                                                PROMESA Section 315(b)

Period for which compensation
and reimbursement for fees and services
is sought:                                      March 1, 2021 through March 31, 2021

Amount of compensation sought
as actual, reasonable and necessary:            **$8,062.20**

Amount of expense reimbursement
sought as actual, reasonable and necessary:     **$0.00**

Total Amount for these Invoices:                **$8,062.20**

This is a: _X_ monthly __ interim __ final application.

This is Proskauer's 18th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for March 2021.


Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On May 17, 2021 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn:  Professor Arthur J. Gonzalez
        FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of
Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
        Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured
Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn:  Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn:  Juan J. Casillas Ayala, Esq.
        Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
        Suzzanne Uhland, Esq.
        Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
        Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block  LLP
919 Third Avenue
New York, NY 10022-3908
Attn.:  Robert Gordon, Esq.
        Richard Levin, Esq.

Jenner & Block  LLP
353 N. Clark Street
Chicago, IL 60654
Attn.:  Catherine Steege, Esq.
        Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.:  A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
        Central Accounting
        Omar E. Rodríguez Pérez, CPA, Assistant
        Secretary of Central Accounting
        Angel L. Pantoja Rodríguez, Deputy Assistant of
        Internal Revenue and Tax Policy
        Francisco Parés Alicea, Assistant Secretary of
        Internal Revenue and Tax Policy
        Francisco Peña Montañez, CPA, Assistant
        Secretary of the Treasury

4

**Summary of Legal Fees for the Period March 2021**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 206 | Documents Filed on Behalf of the Board | 6.10 | $5,203.30 |
| 210 | Analysis and Strategy | 1.10 | $938.30 |
| 218 | Employment and Fee Applications | 6.60 | $1,920.60 |
| | **Total** | **13.80** | **$8,062.20** |

5

**Summary of Legal Fees for the Period March 2021**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $853.00 | 1.10 | $938.30 |
| Marc E. Rosenthal | Partner | Litigation | $853.00 | 4.70 | $4,009.10 |
| Joshua A. Esses | Associate | BSGR & B | $853.00 | 1.40 | $1,194.20 |
| | | | **TOTAL** | **7.20** | **$6,141.60** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $291.00 | 6.60 | $1,920.60 |
| | | | **TOTAL** | **6.60** | **$1,920.60** |

| SUMMARY OF LEGAL FEES | Hours 13.80 | Fees $8,062.20 |
|---|---|---|

**Summary of Disbursements for the period March 2021**

ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---|
| N/A | $0.00 |
| TOTAL | $0.00 |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of <u>$7,255.98</u>, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of <u>$0.00</u>) in the total amount <u>$7,255.98</u>.

**Professional Certification**

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.


*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

# **Exhibit A**

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date**  30 Apr 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number**  21033716 |

### Task Summary

| Task | Hours | Fees Incurred |
|---|---|---|
| 206 Documents Filed on Behalf of the Board | 6.10 | 5,203.30 |
| 210 Analysis and Strategy | 1.10 | 938.30 |
| 218 Employment and Fee Applications | 6.60 | 1,920.60 |
| **Total Fees** | **13.80** | **$ 8,062.20** |

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** 30 Apr 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** 21033716 |

### Description of Services Rendered

| Date | Timekeeper | Task | Description | Hours | Amount |
|------|-----------|------|-------------|-------|--------|
| **Documents Filed on Behalf of the Board – 206** | | | | | |
| 01 Mar 2021 | Rosenthal, Marc Eric | 206 | Correspondence with J. Esses, PBA (L. Harini, C. Valaz), B. Rosen and P. Possinger regarding Triple S motion and settlement (0.40). | 0.40 | 341.20 |
| 01 Mar 2021 | Esses, Joshua A. | 206 | Review PBA 9019 insurance stipulation. | 0.20 | 170.60 |
| 12 Mar 2021 | Rosenthal, Marc Eric | 206 | Revise motion for approval of Triple S settlement agreement. | 1.00 | 853.00 |
| 14 Mar 2021 | Esses, Joshua A. | 206 | Draft 9019 TSP motion. | 0.30 | 255.90 |
| 15 Mar 2021 | Rosenthal, Marc Eric | 206 | Review Triple S insurance policies and revisions to Motion to Approve settlement (1.40); Correspondence with J. Esses regarding motion and exhibits (0.50). | 1.90 | 1,620.70 |
| 15 Mar 2021 | Esses, Joshua A. | 206 | Draft PBA settlement motion. | 0.20 | 170.60 |
| 16 Mar 2021 | Rosenthal, Marc Eric | 206 | Review motion for approval of TSP settlement and exhibits. | 0.40 | 341.20 |
| 16 Mar 2021 | Esses, Joshua A. | 206 | Draft PBA settlement motion. | 0.30 | 255.90 |
| 26 Mar 2021 | Rosenthal, Marc Eric | 206 | Review and revise final motion to approve Triple S settlement. | 1.00 | 853.00 |
| 29 Mar 2021 | Esses, Joshua A. | 206 | Finalize 9019 settlement motion with respect to TSP properties. | 0.40 | 341.20 |
| **Documents Filed on Behalf of the Board Sub-Total** | | | | **6.10** | **$5,203.30** |
| | | | | | |
| **Analysis and Strategy – 210** | | | | | |
| 16 Mar 2021 | Rosen, Brian S. | 210 | Review J. Esses memorandum Triple S motion/policies (0.10); Memorandum to J. Esses regarding same (0.10). | 0.20 | 170.60 |
| 17 Mar 2021 | Rosen, Brian S. | 210 | Review Alvarez Marsal letter regarding PBA claim analysis (0.30); Memorandum to J. Herriman regarding same (0.10). | 0.40 | 341.20 |
| 23 Mar 2021 | Rosen, Brian S. | 210 | Review P. Possinger memorandum regarding PBA professionals (0.10); Memorandum to P. Possinger regarding same (0.10). | 0.20 | 170.60 |

| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 30 Apr 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21033716 |

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 29 Mar 2021 | Rosen, Brian  S. | 210 | Review J. Esses memorandum regarding Triple S settlement (0.10); Memorandum to J. Esses regarding same (0.10); Review J. Esses memorandum to team regarding same (0.10). | 0.30 | 255.90 |
| **Analysis and Strategy Sub-Total** | | | | **1.10** | **$938.30** |
| **Employment and Fee Applications – 218** | | | | | |
| 01 Mar 2021 | Petrov, Natasha  B. | 218 | Review Proskauer January monthly statement for Proskauer fourth interim fee application. | 0.30 | 87.30 |
| 04 Mar 2021 | Petrov, Natasha  B. | 218 | Revise Proskauer third interim fee application and notice of filing per new filing date. | 0.30 | 87.30 |
| 12 Mar 2021 | Petrov, Natasha  B. | 218 | Revise third interim fee application. | 0.20 | 58.20 |
| 18 Mar 2021 | Petrov, Natasha  B. | 218 | Revise Proskauer third interim fee application and exhibits per M. Bienenstock, M. Volin, and E. Barak. | 1.40 | 407.40 |
| 19 Mar 2021 | Petrov, Natasha  B. | 218 | Revise Proskauer tenth interim fee application per additional comments from client and M. Volin (0.40); Revise notice of filing of same (0.40); Finalize fee application and exhibits in preparation for filing (0.50). | 1.30 | 378.30 |
| 31 Mar 2021 | Petrov, Natasha  B. | 218 | Analyze Proskauer monthly statements for Proskauer fourth interim fee application (1.10); Perform calculations for same (1.20); Draft same (0.80). | 3.10 | 902.10 |
| **Employment and Fee Applications Sub-Total** | | | | **6.60** | **$1,920.60** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 30 Apr 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21033716 |

### Timekeeper Summary

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Partner** | | | |
| Rosen, Brian  S. | 1.10 | 853.00 | 938.30 |
| Rosenthal, Marc Eric | 4.70 | 853.00 | 4,009.10 |
| **Total Partner** | **5.80** | | **$ 4,947.40** |
| **Associate** | | | |
| Esses, Joshua  A. | 1.40 | 853.00 | 1,194.20 |
| **Total Associate** | **1.40** | | **$ 1,194.20** |
| **Legal Assistant** | | | |
| Petrov, Natasha  B. | 6.60 | 291.00 | 1,920.60 |
| **Total Legal Assistant** | **6.60** | | **$ 1,920.60** |
| **Professional Fees** | **13.80** | | **$ 8,062.20** |
| **Total Billed** | | | **$ 8,062.20** |

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

PUERTO RICO PUBLIC BUILDINGS
AUTHORITY,

     Debtor.

-------------------------------------------------------------x

PROMESA
Title III

No. 19 BK 5523-LTS

(Joint Administration Requested)

**COVER SHEET TO NINETEENTH MONTHLY FEE APPLICATION OF PROSKAUER
ROSE LLP AS ATTORNEYS TO THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO, AS REPRESENTATIVE OF DEBTOR,
PUERTO RICO PUBLIC BUILDINGS AUTHORITY ("PBA")
FOR THE PERIOD APRIL 1, 2021 THROUGH APRIL 30, 2021**

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

**ALL FEES IN THIS MONTHLY FEE STATEMENT WERE INCURRED OUTSIDE OF
PUERTO RICO**

Name of Applicant:                              <u>Proskauer Rose LLP ("Proskauer")</u>

Authorized to Provide
Professional Services to:                      Financial Oversight and Management Board, as
Representative for the Debtor Pursuant to
<u>PROMESA Section 315(b)</u>

Period for which compensation
and reimbursement for fees and services
is sought:                                     <u>April 1, 2021 through April 30, 2021</u>

Amount of compensation sought
as actual, reasonable and necessary:        **<u>$7,920.70</u>**

Amount of expense reimbursement
sought as actual, reasonable and necessary:    **<u>$0.00</u>**

Total Amount for these Invoices:              **<u>$7,920.70</u>**

This is a: <u> X </u> monthly __ interim __ final application.

This is Proskauer's 19th monthly fee application in these cases.

**Principal Certification**

I hereby authorize the submission of this Monthly Fee Statement for April 2021.


_____
Jaime A. El Koury
General Counsel to the Financial Oversight and
Management Board for Puerto Rico

On May 28, 2021 sent to:

**FOMB:**
Financial Oversight and Management Board
40 Washington Square South
Office 314A
New York, NY 10012
Attn: Professor Arthur J. Gonzalez
     FOMB Board Member

O'Neill & Borges LLC
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918
Attn: Hermann D. Bauer, Esq.

**Office of United States Trustee**
Office of the United States Trustee for the District of Puerto Rico
Edificio Ochoa, 500 Tanca Street, Suite 301
San Juan, PR 00901
(In re: Commonwealth of Puerto Rico)

Office of the United States Trustee for Region 21
75 Spring Street, SW, Room 362
Atlanta, GA 30303
Attn: Guy G. Gebhardt
     Acting United States Trustee (Region 21)
(In re: Commonwealth of Puerto Rico)

**Co-Counsel for the Official Committee of Unsecured Creditors:**
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Attn: Luc. A. Despins, Esq.

Casillas, Santiago & Torres, LLC
El Caribe Office Building
53 Palmeras Street, Ste. 1601
San Juan, Puerto Rico 00901-2419
Attn: Juan J. Casillas Ayala, Esq.
     Alberto J. E. Añeses Negrón, Esq.

**Co-Counsel for the Fee Examiner**
Godfrey & Kahn S.C.
One East Main Street, Suite 500
Madison, WI 53703
Attn: Katherine Stadler

EDGE Legal Strategies, PSC
252 Ponce de León Avenue
Citibank Tower, 12th Floor
San Juan, PR 00918
Attn: Eyck O. Lugo

**Co-Counsel for AAFAF:**
O'Melveny & Myers LLP,
Times Square Tower
7 Times Square
New York, NY 10036
Attn: John J. Rapisardi, Esq.
     Suzzanne Uhland, Esq.
     Diana M. Perez, Esq.

Marini Pietrantoni Muñiz LLC
MCS Plaza, Suite 500
255 Ponce de León Ave
San Juan, PR 00917
Attn: Luis C. Marini-Biaggi, Esq.
     Carolina Velaz-Rivero, Esq.

**Co-Counsel for the Official Committee of Retirees:**
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
Attn.: Robert Gordon, Esq.
     Richard Levin, Esq.

Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
Attn.: Catherine Steege, Esq.
     Melissa Root, Esq.

Bennazar, García & Milián, C.S.P.
Edificio Union Plaza, PH-A
416 Avenida Ponce de León
Hato Rey, PR 00918
Attn.: A.J. Bennazar-Zequeira, Esq.

**Puerto Rico Department of Treasury**
PO Box 9024140
San Juan, PR 00902-4140
Attn: Reylam Guerra Goderich, Deputy Assistant of
     Central Accounting
     Omar E. Rodríguez Pérez, CPA, Assistant
      Secretary of Central Accounting
     Angel L. Pantoja Rodríguez, Deputy Assistant of
      Internal Revenue and Tax Policy
     Francisco Parés Alicea, Assistant Secretary of
      Internal Revenue and Tax Policy
     Francisco Peña Montañez, CPA, Assistant
      Secretary of the Treasury

**Summary of Legal Fees for the Period April 2021**

| PBA - General | | | |
|---|---|---|---|
| **Task Code** | **Matter Description** | **Total Billed Hours** | **Total Fees Requested** |
| 204 | Communications with Claimholders | 0.80 | $682.40 |
| 206 | Documents Filed on Behalf of the Board | 2.70 | $2,303.10 |
| 210 | Analysis and Strategy | 3.50 | $2,985.50 |
| 212 | General Administration | 4.30 | $1,251.30 |
| 218 | Employment and Fee Applications | 2.40 | $698.40 |
| | **Total** | **13.70** | **$7,920.70** |

**Summary of Legal Fees for the Period April 2021**

### ACROSS ALL PBA-RELATED MATTERS

| Professional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Brian S. Rosen | Partner | BSGR & B | $853.00 | 1.50 | $1,279.50 |
| Marc E. Rosenthal | Partner | Litigation | $853.00 | 1.90 | $1,620.70 |
| Paul Possinger | Partner | BSGR & B | $853.00 | 1.50 | $1,279.50 |
| Joshua A. Esses | Associate | BSGR & B | $853.00 | 2.10 | $1,791.30 |
| | | | **TOTAL** | **7.00** | **$5,971.00** |

| Paraprofessional | Position/Title | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Natasha Petrov | Legal Assistant | BSGR & B | $291.00 | 2.40 | $698.40 |
| Nicole K. Oloumi | Legal Assistant | Corporate | $291.00 | 2.50 | $727.50 |
| Tal J. Singer | Legal Assistant | Litigation | $291.00 | 1.80 | $523.80 |
| | | | **TOTAL** | **6.70** | **$1,949.70** |

| SUMMARY OF LEGAL FEES | Hours 13.70 | Fees $7,920.70 |
|---|---|---|

6

**Summary of Disbursements for the period April 2021**

### ACROSS ALL PBA-RELATED MATTERS

| EXPENSE CATEGORY | AMOUNTS |
|---|---:|
| N/A | $0.00 |
| TOTAL | **$0.00** |

Proskauer requests payment of fees and reimbursement of expenses in accordance with the procedures set forth in the Interim Compensation Order (*i.e.*, payment of ninety percent (90%) of the compensation sought, in the amount of $7,128.63, and reimbursement of one-hundred percent (100%) of expenses incurred, in the amount of $0.00) in the total amount $7,128.63.

## Professional Certification

I hereby certify that no public servant of the Department of Treasury is a party to or has any interest in the gains or benefits derived from the contract that is the basis of this invoice.  The only consideration for providing services under the contract is the payment agreed upon with the authorized representatives of the Financial Oversight and Management Board for Puerto Rico.  The amount of this invoice is reasonable.  The services were rendered and the corresponding payment has not been made.  To the best of my knowledge, Proskauer Rose LLP does not have any debts owed to the Government of Puerto Rico or its instrumentalities.

I further certify that, with respect to the fees and services rendered pursuant to this monthly fee statement, (i) Proskauer Rose LLP was not doing business in Puerto Rico and (ii) the services rendered by Proskauer Rose LLP were not performed in Puerto Rico.

*/s/ Martin J. Bienenstock*
Martin J. Bienenstock (*pro hac vice*)

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

9

# **Exhibit A**

| | | |
|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date**        25 May 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number**     21039139 |

**Task Summary**

| Task | Hours | Fees Incurred |
|---|---|---|
| 204 Communications with Claimholders | 0.80 | 682.40 |
| 206 Documents Filed on Behalf of the Board | 2.70 | 2,303.10 |
| 210 Analysis and Strategy | 3.50 | 2,985.50 |
| 212 General Administration | 4.30 | 1,251.30 |
| 218 Employment and Fee Applications | 2.40 | 698.40 |
| **Total Fees** | **13.70** | **$ 7,920.70** |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 25 May 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21039139 |

**Description of Services Rendered**

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| **Communications with Claimholders – 204** | | | | | |
| 08 Apr 2021 | Rosen, Brian S. | 204 | Teleconference with S. Kirpalani regarding Triple S claim (0.20); Review D. Lawton memorandum regarding same (0.20); Memorandum to J. Esses regarding same (0.10). | 0.50 | 426.50 |
| 19 Apr 2021 | Rosen, Brian S. | 204 | Review Lehman transfer of claim (0.20); Memorandum to S. Ma regarding same (0.10). | 0.30 | 255.90 |
| **Communications with Claimholders Sub-Total** | | | | **0.80** | **$682.40** |
| **Documents Filed on Behalf of the Board – 206** | | | | | |
| 08 Apr 2021 | Esses, Joshua A. | 206 | Review proposed order language for settlement motion. | 0.30 | 255.90 |
| 15 Apr 2021 | Possinger, Paul V. | 206 | Finalize edits to insurance settlement order to address creditor comments (0.50). | 0.50 | 426.50 |
| 15 Apr 2021 | Rosenthal, Marc Eric | 206 | Review proposed revisions to 9019 order approving Triple S settlement (0.30); Correspondence with P. Possinger regarding revised order (0.30). | 0.60 | 511.80 |
| 15 Apr 2021 | Esses, Joshua A. | 206 | Draft PBA removal extension motion (0.20); Draft revised proposed order of TSP settlement motion (0.40). | 0.60 | 511.80 |
| 16 Apr 2021 | Esses, Joshua A. | 206 | Finalize removal extension motion. | 0.40 | 341.20 |
| 21 Apr 2021 | Esses, Joshua A. | 206 | Draft PBA CNO for 9019 motion. | 0.30 | 255.90 |
| **Documents Filed on Behalf of the Board Sub-Total** | | | | **2.70** | **$2,303.10** |
| **Analysis and Strategy – 210** | | | | | |
| 05 Apr 2021 | Rosen, Brian S. | 210 | Memorandum to J. Esses regarding notices of removal (0.10). | 0.10 | 85.30 |
| 05 Apr 2021 | Esses, Joshua A. | 210 | Correspond with B. Rosen regarding removal motion. | 0.10 | 85.30 |

| Client Name | FOMB *(33260)* | | Invoice Date | 25 May 2021 |
| Matter Name | PROMESA TITLE III: PBA *(0083)* | | Invoice Number | 21039139 |

| **Date** | **Timekeeper** | **Task** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 08 Apr 2021 | Rosen, Brian S. | 210 | Review C. Rivero memorandum regarding litigation removal (0.10); Memorandum to C. Rivero regarding same (0.10); Review L. Stafford memorandum regarding same (0.10). | 0.30 | 255.90 |
| 12 Apr 2021 | Esses, Joshua A. | 210 | Follow up on PBA removal issue. | 0.10 | 85.30 |
| 13 Apr 2021 | Possinger, Paul V. | 210 | Call with M. Rosenthal regarding insurance settlement (0.20); Call with GO creditor group regarding insurance settlement motion (0.50); Follow-up e-mails with M. Rosenthal and team regarding same (0.30). | 1.00 | 853.00 |
| 13 Apr 2021 | Rosenthal, Marc Eric | 210 | Conference with GO creditor group regarding Triple S settlement 9019 order (0.50); Call with P. Possinger regarding same (0.20); Review and revise proposed order (0.30); Correspondence with P. Possinger and S. Rosen regarding 9019 order (0.30). | 1.30 | 1,108.90 |
| 14 Apr 2021 | Esses, Joshua A. | 210 | Review schedule of pending litigations. | 0.30 | 255.90 |
| 16 Apr 2021 | Rosen, Brian S. | 210 | Review J. Esses memorandums regarding removal motion/notice (0.20); Memorandum to J. Esses regarding same (0.10). | 0.30 | 255.90 |
| **Analysis and Strategy Sub-Total** | | | | **3.50** | **$2,985.50** |

**General Administration – 212**

| **Date** | **Timekeeper** | **Task** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 05 Apr 2021 | Singer, Tal J. | 212 | E-mail with J. Esses regarding deadline to file notices of removal. | 0.30 | 87.30 |
| 08 Apr 2021 | Singer, Tal J. | 212 | Draft fourth motion and proposed order to extend time to file notices of removal (1.30); E-mails with J. Esses regarding same (0.20). | 1.50 | 436.50 |
| 13 Apr 2021 | Oloumi, Nicole K. | 212 | Retrieve Acuerdo PBA y Triple-S 9019 motion as filed (0.30); Correspond with J. Esses regarding same (0.20). | 0.50 | 145.50 |
| 15 Apr 2021 | Oloumi, Nicole K. | 212 | Draft notice of revised proposed order regarding Acuerdo PBA y Triple-S 9019 motion as filed. | 0.80 | 232.80 |

| | | | | | |
|---|---|---|---|---|---|
| **Client Name** | FOMB *(33260)* | | | **Invoice Date** | 25 May 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | | | **Invoice Number** | 21039139 |

| <u>Date</u> | <u>Timekeeper</u> | <u>Task</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 21 Apr 2021 | Oloumi, Nicole K. | 212 | Draft certificate of no objection regarding revises order for Acuerdo PBA y Triple-S 9019 motion as filed (0.60); Revise same (0.30); Correspond with J. Esses regarding same (0.20); E-mail exhibit regarding same (0.10). | 1.20 | 349.20 |
| **General Administration Sub-Total** | | | | **4.30** | **$1,251.30** |

**Employment and Fee Applications – 218**

| | | | | | |
|---|---|---|---|---|---|
| 01 Apr 2021 | Petrov, Natasha B. | 218 | Analyze Proskauer monthly statements for Proskauer fourth interim fee application (0.80); Draft same (1.60). | 2.40 | 698.40 |
| **Employment and Fee Applications Sub-Total** | | | | **2.40** | **$698.40** |

| | | | |
|---|---|---|---|
| **Client Name** | FOMB *(33260)* | **Invoice Date** | 25 May 2021 |
| **Matter Name** | PROMESA TITLE III: PBA *(0083)* | **Invoice Number** | 21039139 |

## Timekeeper Summary

| Timekeeper | Hours | Rate | Fees Amount |
|---|---|---|---|
| **Partner** | | | |
| Possinger, Paul V. | 1.50 | 853.00 | 1,279.50 |
| Rosen, Brian S. | 1.50 | 853.00 | 1,279.50 |
| Rosenthal, Marc Eric | 1.90 | 853.00 | 1,620.70 |
| **Total Partner** | **4.90** | | **$ 4,179.70** |
| **Associate** | | | |
| Esses, Joshua A. | 2.10 | 853.00 | 1,791.30 |
| **Total Associate** | **2.10** | | **$ 1,791.30** |
| **Legal Assistant** | | | |
| Oloumi, Nicole K. | 2.50 | 291.00 | 727.50 |
| Petrov, Natasha B. | 2.40 | 291.00 | 698.40 |
| Singer, Tal J. | 1.80 | 291.00 | 523.80 |
| **Total Legal Assistant** | **6.70** | | **$ 1,949.70** |
| **Professional Fees** | **13.70** | | **$ 7,920.70** |
| **Total Billed** | | | **$ 7,920.70** |