## **Exhibit C**

**Task Code Time Breakdown**

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0083 PBA - General** | | | | | |
| 204 | Partner | Brian S. Rosen | $853.00 | 0.80 | $682.40 |
| | **Partner Total** | | | **0.80** | **$682.40** |
| **204 Total** | | | | **0.80** | **$682.40** |
| 206 | Partner | Brian S. Rosen | $853.00 | 0.60 | $511.80 |
| | | Marc E. Rosenthal | $853.00 | 7.80 | $6,653.40 |
| | | Paul Possinger | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **8.90** | **$7,591.70** |
| | Associate | Joshua A. Esses | $853.00 | 7.80 | $6,653.40 |
| | **Associate Total** | | | **7.80** | **$6,653.40** |
| **206 Total** | | | | **16.70** | **$14,245.10** |
| 210 | Partner | Brian S. Rosen | $853.00 | 3.50 | $2,985.50 |
| | | Marc E. Rosenthal | $853.00 | 3.40 | $2,900.20 |
| | | Paul Possinger | $853.00 | 1.70 | $1,450.10 |
| | **Partner Total** | | | **8.60** | **$7,335.80** |
| | Associate | Joshua A. Esses | $853.00 | 1.00 | $853.00 |
| | **Associate Total** | | | **1.00** | **$853.00** |
| **210 Total** | | | | **9.60** | **$8,188.80** |
| 212 | Legal Assistant | Nicole K. Oloumi | $291.00 | 2.50 | $727.50 |
| | | Tal J. Singer | $291.00 | 2.10 | $611.10 |
| | **Legal Assistant Total** | | | **4.60** | **$1,338.60** |
| **212 Total** | | | | **4.60** | **$1,338.60** |
| 218 | Associate | Megan R. Volin | $853.00 | 0.60 | $511.80 |
| | **Associate Total** | | | **0.60** | **$511.80** |
| | Legal Assistant | Natasha Petrov | $291.00 | 10.40 | $3,026.40 |
| | **Legal Assistant Total** | | | **10.40** | **$3,026.40** |
| **218 Total** | | | | **11.00** | **$3,538.20** |
| **Grand Total** | | | | **42.70** | **$27,993.10** |