## Exhibit C

**Task Code Time Breakdown**

PROMESA TITLE III: HTA

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0009 HTA - General** | | | | | |
| 201 | Partner | Martin J. Bienenstock | $853.00 | 0.80 | $682.40 |
| | **Partner Total** | | | **0.80** | **$682.40** |
| **201 Total** | | | | **0.80** | **$682.40** |
| 202 | Partner | Michael A. Firestein | $853.00 | 0.60 | $511.80 |
| | **Partner Total** | | | **0.60** | **$511.80** |
| | Associate | Elliot Stevens | $853.00 | 6.10 | $5,203.30 |
| | | Libbie B. Osaben | $853.00 | 8.10 | $6,909.30 |
| | **Associate Total** | | | **14.20** | **$12,112.60** |
| **202 Total** | | | | **14.80** | **$12,624.40** |
| 204 | Partner | Ehud Barak | $853.00 | 2.50 | $2,132.50 |
| | **Partner Total** | | | **2.50** | **$2,132.50** |
| **204 Total** | | | | **2.50** | **$2,132.50** |
| 205 | Partner | Timothy W. Mungovan | $853.00 | 3.20 | $2,729.60 |
| | **Partner Total** | | | **3.20** | **$2,729.60** |
| **205 Total** | | | | **3.20** | **$2,729.60** |
| 206 | Partner | Martin J. Bienenstock | $853.00 | 2.90 | $2,473.70 |
| | **Partner Total** | | | **2.90** | **$2,473.70** |
| **206 Total** | | | | **2.90** | **$2,473.70** |
| 207 | Partner | Lary Alan Rappaport | $853.00 | 0.20 | $170.60 |
| | | Michael A. Firestein | $853.00 | 0.50 | $426.50 |
| | | Michael T. Mervis | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **1.10** | **$938.30** |
| **207 Total** | | | | **1.10** | **$938.30** |
| 210 | Partner | Carlos E. Martinez | $853.00 | 0.50 | $426.50 |
| | | Ehud Barak | $853.00 | 7.60 | $6,482.80 |
| | | Jeffrey W. Levitan | $853.00 | 6.80 | $5,800.40 |
| | | Steven O. Weise | $853.00 | 8.60 | $7,335.80 |
| | **Partner Total** | | | **23.50** | **$20,045.50** |
| | Associate | Elliot Stevens | $853.00 | 5.20 | $4,435.60 |
| | | Joshua A. Esses | $853.00 | 21.60 | $18,424.80 |
| | | Laura Stafford | $853.00 | 5.60 | $4,776.80 |
| | | Mee R. Kim | $853.00 | 0.40 | $341.20 |
| | | Shiloh Rainwater | $853.00 | 3.20 | $2,729.60 |
| | **Associate Total** | | | **36.00** | **$30,708.00** |
| **210 Total** | | | | **59.50** | **$50,753.50** |
| 212 | Legal Assistant | Angelo Monforte | $291.00 | 10.30 | $2,997.30 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Tal J. Singer | $291.00 | 0.20 | $58.20 |
| | **Legal Assistant Total** | | | **10.50** | **$3,055.50** |
| | Lit. Support | Laurie A. Henderson | $291.00 | 0.40 | $116.40 |
| | **Lit. Support Total** | | | **0.40** | **$116.40** |
| | Practice Support | Abigail G. Rubin | $291.00 | 1.40 | $407.40 |
| | **Practice Support Total** | | | **1.40** | **$407.40** |
| **212 Total** | | | | **12.30** | **$3,579.30** |
| 215 | Partner | Brian S. Rosen | $853.00 | 0.90 | $767.70 |
| | | Ehud Barak | $853.00 | 13.80 | $11,771.40 |
| | | Guy Brenner | $853.00 | 4.80 | $4,094.40 |
| | | Hadassa R. Waxman | $853.00 | 2.60 | $2,217.80 |
| | | Jeffrey W. Levitan | $853.00 | 7.30 | $6,226.90 |
| | | Martin J. Bienenstock | $853.00 | 0.50 | $426.50 |
| | | Timothy W. Mungovan | $853.00 | 11.60 | $9,894.80 |
| | **Partner Total** | | | **41.50** | **$35,399.50** |
| | Associate | Corey I. Rogoff | $853.00 | 5.40 | $4,606.20 |
| | | Elliot Stevens | $853.00 | 4.60 | $3,923.80 |
| | | Erica T. Jones | $853.00 | 0.10 | $85.30 |
| | | Joshua A. Esses | $853.00 | 4.10 | $3,497.30 |
| | | Marc Palmer | $853.00 | 10.50 | $8,956.50 |
| | | Shannon D. McGowan | $853.00 | 4.10 | $3,497.30 |
| | **Associate Total** | | | **28.80** | **$24,566.40** |
| **215 Total** | | | | **70.30** | **$59,965.90** |
| 218 | Associate | Megan R. Volin | $853.00 | 1.70 | $1,450.10 |
| | **Associate Total** | | | **1.70** | **$1,450.10** |
| | Legal Assistant | Natasha Petrov | $291.00 | 23.80 | $6,925.80 |
| | **Legal Assistant Total** | | | **23.80** | **$6,925.80** |
| **218 Total** | | | | **25.50** | **$8,375.90** |
| 219 | Partner | Ehud Barak | $853.00 | 1.00 | $853.00 |
| | | Jeffrey W. Levitan | $853.00 | 30.70 | $26,187.10 |
| | | John E. Roberts | $853.00 | 103.50 | $88,285.50 |
| | | Lary Alan Rappaport | $853.00 | 3.70 | $3,156.10 |
| | | Mark Harris | $853.00 | 1.10 | $938.30 |
| | | Martin J. Bienenstock | $853.00 | 14.40 | $12,283.20 |
| | | Matthew Triggs | $853.00 | 2.10 | $1,791.30 |
| | | Michael A. Firestein | $853.00 | 30.60 | $26,101.80 |
| | | Michael T. Mervis | $853.00 | 11.70 | $9,980.10 |
| | | Steven O. Weise | $853.00 | 116.20 | $99,118.60 |

2

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Timothy W. Mungovan | $853.00 | 3.00 | $2,559.00 |
| | **Partner Total** | | | **318.00** | **$271,254.00** |
| | Associate | Adam L. Deming | $853.00 | 81.30 | $69,348.90 |
| | | Elliot Stevens | $853.00 | 56.40 | $48,109.20 |
| | | Joshua A. Esses | $853.00 | 0.70 | $597.10 |
| | | Libbie B. Osaben | $853.00 | 0.20 | $170.60 |
| | | William D. Dalsen | $853.00 | 42.20 | $35,996.60 |
| | | William G. Fassuliotis | $853.00 | 10.20 | $8,700.60 |
| | **Associate Total** | | | **191.00** | **$162,923.00** |
| **219 Total** | | | | **509.00** | **$434,177.00** |
| **Grand Total** | | | | **701.90** | **$578,432.50** |

3

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0051 HTA - Peaje** | | | | | |
| **201** | **Partner** | Lary Alan Rappaport | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.20** | **$170.60** |
| **201 Total** | | | | **0.20** | **$170.60** |
| **205** | **Partner** | Lary Alan Rappaport | $853.00 | 0.10 | $85.30 |
| | **Partner Total** | | | **0.10** | **$85.30** |
| **205 Total** | | | | **0.10** | **$85.30** |
| **206** | **Partner** | Lary Alan Rappaport | $853.00 | 3.80 | $3,241.40 |
| | | Michael A. Firestein | $853.00 | 1.40 | $1,194.20 |
| | | Timothy W. Mungovan | $853.00 | 0.10 | $85.30 |
| | **Partner Total** | | | **5.30** | **$4,520.90** |
| **206 Total** | | | | **5.30** | **$4,520.90** |
| **207** | **Partner** | Michael A. Firestein | $853.00 | 0.30 | $255.90 |
| | | Timothy W. Mungovan | $853.00 | 0.10 | $85.30 |
| | **Partner Total** | | | **0.40** | **$341.20** |
| **207 Total** | | | | **0.40** | **$341.20** |
| **210** | **Partner** | Lary Alan Rappaport | $853.00 | 1.40 | $1,194.20 |
| | | Michael A. Firestein | $853.00 | 0.40 | $341.20 |
| | | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **2.00** | **$1,706.00** |
| **210 Total** | | | | **2.00** | **$1,706.00** |
| **Grand Total** | | | | **8.00** | **$6,824.00** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0053 HTA - Miscellaneous** | | | | | |
| 212 | Legal Assistant | Angelo Monforte | $291.00 | 6.50 | $1,891.50 |
| | **Legal Assistant Total** | | | **6.50** | **$1,891.50** |
| | Lit. Support | Laurie A. Henderson | $291.00 | 0.30 | $87.30 |
| | **Lit. Support Total** | | | **0.30** | **$87.30** |
| **212 Total** | | | | **6.80** | **$1,978.80** |
| 219 | Partner | Dietrich L. Snell | $853.00 | 12.90 | $11,003.70 |
| | | Ehud Barak | $853.00 | 164.90 | $140,659.70 |
| | | Jeffrey W. Levitan | $853.00 | 13.30 | $11,344.90 |
| | | John E. Roberts | $853.00 | 15.30 | $13,050.90 |
| | | Lary Alan Rappaport | $853.00 | 0.90 | $767.70 |
| | | Mark Harris | $853.00 | 10.70 | $9,127.10 |
| | | Martin J. Bienenstock | $853.00 | 2.80 | $2,388.40 |
| | | Michael A. Firestein | $853.00 | 13.00 | $11,089.00 |
| | | Paul Possinger | $853.00 | 0.30 | $255.90 |
| | | Steven O. Weise | $853.00 | 5.30 | $4,520.90 |
| | | Timothy W. Mungovan | $853.00 | 1.00 | $853.00 |
| | **Partner Total** | | | **240.40** | **$205,061.20** |
| | Associate | Elliot Stevens | $853.00 | 66.70 | $56,895.10 |
| | | Shiloh Rainwater | $853.00 | 6.00 | $5,118.00 |
| | **Associate Total** | | | **72.70** | **$62,013.10** |
| **219 Total** | | | | **313.10** | **$267,074.30** |
| **Grand Total** | | | | **319.90** | **$269,053.10** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0082 HTA - Assured Motion to Lift Stay** | | | | |
| 208 | Partner | Michael A. Firestein | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **0.70** | **$597.10** |
| **208 Total** | | | | **0.70** | **$597.10** |
| 210 | Partner | Michael A. Firestein | $853.00 | 0.70 | $597.10 |
| | **Partner Total** | | | **0.70** | **$597.10** |
| **210 Total** | | | | **0.70** | **$597.10** |
| 212 | Legal Assistant | Angelo Monforte | $291.00 | 4.50 | $1,309.50 |
| | **Legal Assistant Total** | | | **4.50** | **$1,309.50** |
| **212 Total** | | | | **4.50** | **$1,309.50** |
| 219 | Partner | Ehud Barak | $853.00 | 10.70 | $9,127.10 |
| | | Jeffrey W. Levitan | $853.00 | 3.80 | $3,241.40 |
| | | John E. Roberts | $853.00 | 10.60 | $9,041.80 |
| | | Lary Alan Rappaport | $853.00 | 4.00 | $3,412.00 |
| | | Mark Harris | $853.00 | 0.20 | $170.60 |
| | | Martin J. Bienenstock | $853.00 | 9.70 | $8,274.10 |
| | | Matthew Triggs | $853.00 | 0.80 | $682.40 |
| | | Michael A. Firestein | $853.00 | 5.70 | $4,862.10 |
| | | Michael T. Mervis | $853.00 | 36.10 | $30,793.30 |
| | | Steven O. Weise | $853.00 | 11.60 | $9,894.80 |
| | | Timothy W. Mungovan | $853.00 | 1.40 | $1,194.20 |
| | **Partner Total** | | | **94.60** | **$80,693.80** |
| | Associate | Adam L. Deming | $853.00 | 8.20 | $6,994.60 |
| | | David A. Munkittrick | $853.00 | 1.60 | $1,364.80 |
| | | Elliot Stevens | $853.00 | 15.00 | $12,795.00 |
| | **Associate Total** | | | **24.80** | **$21,154.40** |
| **219 Total** | | | | **119.40** | **$101,848.20** |
| **Grand Total** | | | | **125.30** | **$104,351.90** |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | **MATTER 33260.0087  HTA - GDB DRA HTA Lift Stay** | | | | |
| 204 | Associate | Elliot Stevens | $853.00 | 1.30 | $1,108.90 |
| | **Associate Total** | | | **1.30** | **$1,108.90** |
| **204 Total** | | | | **1.30** | **$1,108.90** |
| 206 | Partner | Ehud Barak | $853.00 | 12.20 | $10,406.60 |
| | | Jeffrey W. Levitan | $853.00 | 13.70 | $11,686.10 |
| | | Lary Alan Rappaport | $853.00 | 0.10 | $85.30 |
| | | Michael A. Firestein | $853.00 | 3.90 | $3,326.70 |
| | **Partner Total** | | | **29.90** | **$25,504.70** |
| **206 Total** | | | | **29.90** | **$25,504.70** |
| 207 | Partner | Michael A. Firestein | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **0.50** | **$426.50** |
| | Associate | Elliot Stevens | $853.00 | 1.00 | $853.00 |
| | **Associate Total** | | | **1.00** | **$853.00** |
| **207 Total** | | | | **1.50** | **$1,279.50** |
| 208 | Partner | Brian S. Rosen | $853.00 | 2.90 | $2,473.70 |
| | | Ehud Barak | $853.00 | 2.40 | $2,047.20 |
| | | Jeffrey W. Levitan | $853.00 | 2.30 | $1,961.90 |
| | | Lary Alan Rappaport | $853.00 | 4.70 | $4,009.10 |
| | | Michael A. Firestein | $853.00 | 2.20 | $1,876.60 |
| | **Partner Total** | | | **14.50** | **$12,368.50** |
| | Senior Counsel | Julia D. Alonzo | $853.00 | 0.30 | $255.90 |
| | **Senior Counsel Total** | | | **0.30** | **$255.90** |
| | Associate | Elliot Stevens | $853.00 | 2.50 | $2,132.50 |
| | **Associate Total** | | | **2.50** | **$2,132.50** |
| **208 Total** | | | | **17.30** | **$14,756.90** |
| 210 | Partner | Brian S. Rosen | $853.00 | 5.80 | $4,947.40 |
| | | Ehud Barak | $853.00 | 15.50 | $13,221.50 |
| | | Jeffrey W. Levitan | $853.00 | 29.70 | $25,334.10 |
| | | Lary Alan Rappaport | $853.00 | 0.20 | $170.60 |
| | | Matthew Triggs | $853.00 | 0.20 | $170.60 |
| | | Michael A. Firestein | $853.00 | 10.80 | $9,212.40 |
| | | Steven O. Weise | $853.00 | 135.70 | $115,752.10 |
| | **Partner Total** | | | **197.90** | **$168,808.70** |
| | Associate | Elliot Stevens | $853.00 | 4.50 | $3,838.50 |
| | | Joshua A. Esses | $853.00 | 12.90 | $11,003.70 |
| | | Laura Stafford | $853.00 | 0.30 | $255.90 |

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | Associate Total | | | 17.70 | $15,098.10 |
| 210 Total | | | | 215.60 | $183,906.80 |
| 212 | Legal Assistant | Alexander N. Cook | $291.00 | 1.80 | $523.80 |
| | | Angelo Monforte | $291.00 | 0.40 | $116.40 |
| | Legal Assistant Total | | | 2.20 | $640.20 |
| 212 Total | | | | 2.20 | $640.20 |
| 215 | Associate | Joshua A. Esses | $853.00 | 1.20 | $1,023.60 |
| | Associate Total | | | 1.20 | $1,023.60 |
| 215 Total | | | | 1.20 | $1,023.60 |
| 219 | Partner | Steven O. Weise | $853.00 | 2.70 | $2,303.10 |
| | Partner Total | | | 2.70 | $2,303.10 |
| 219 Total | | | | 2.70 | $2,303.10 |
| Grand Total | | | | 271.70 | $230,523.70 |