# Exhibit C

## Task Code Time Breakdown

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| **MATTER 33260.0007 ERS - General** | | | | | |
| 204 | Partner | Jeffrey W. Levitan | $853.00 | 3.10 | $2,644.30 |
| | | Margaret A. Dale | $853.00 | 7.90 | $6,738.70 |
| | | Martin J. Bienenstock | $853.00 | 2.10 | $1,791.30 |
| | | Paul Possinger | $853.00 | 1.20 | $1,023.60 |
| | | Steven O. Weise | $853.00 | 0.50 | $426.50 |
| | **Partner Total** | | | **14.80** | **$12,624.40** |
| | **Senior Counsel** | Jennifer L. Roche | $853.00 | 6.00 | $5,118.00 |
| | **Senior Counsel Total** | | | **6.00** | **$5,118.00** |
| | **Associate** | Joshua A. Esses | $853.00 | 0.80 | $682.40 |
| | | William D. Dalsen | $853.00 | 5.80 | $4,947.40 |
| | **Associate Total** | | | **6.60** | **$5,629.80** |
| **204 Total** | | | | **27.40** | **$23,372.20** |
| 205 | Partner | Timothy W. Mungovan | $853.00 | 0.20 | $170.60 |
| | **Partner Total** | | | **0.20** | **$170.60** |
| **205 Total** | | | | **0.20** | **$170.60** |
| 206 | Partner | Brian S. Rosen | $853.00 | 0.30 | $255.90 |
| | | Margaret A. Dale | $853.00 | 2.70 | $2,303.10 |
| | **Partner Total** | | | **3.00** | **$2,559.00** |
| | **Senior Counsel** | Jennifer L. Roche | $853.00 | 13.20 | $11,259.60 |
| | **Senior Counsel Total** | | | **13.20** | **$11,259.60** |
| | **Associate** | Joshua A. Esses | $853.00 | 22.00 | $18,766.00 |
| | | William D. Dalsen | $853.00 | 8.40 | $7,165.20 |
| | **Associate Total** | | | **30.40** | **$25,931.20** |
| **206 Total** | | | | **46.60** | **$39,749.80** |
| 207 | Partner | Jeffrey W. Levitan | $853.00 | 0.30 | $255.90 |
| | | Lary Alan Rappaport | $853.00 | 0.10 | $85.30 |
| | | Margaret A. Dale | $853.00 | 1.70 | $1,450.10 |
| | **Partner Total** | | | **2.10** | **$1,791.30** |
| **207 Total** | | | | **2.10** | **$1,791.30** |
| 208 | Partner | Jeffrey W. Levitan | $853.00 | 5.20 | $4,435.60 |
| | **Partner Total** | | | **5.20** | **$4,435.60** |
| **208 Total** | | | | **5.20** | **$4,435.60** |
| 210 | Partner | Brian S. Rosen | $853.00 | 0.50 | $426.50 |
| | | Jeffrey W. Levitan | $853.00 | 111.80 | $95,365.40 |
| | | Lary Alan Rappaport | $853.00 | 0.10 | $85.30 |
| | | Margaret A. Dale | $853.00 | 59.00 | $50,327.00 |
| | | Michael A. Firestein | $853.00 | 1.00 | $853.00 |

PROMESA TITLE III: ERS

| TASK | TITLE | NAME | RATE | HOURS BILLED | AMOUNT BILLED |
|---|---|---|---|---|---|
| | | Steven O. Weise | $853.00 | 46.10 | $39,323.30 |
| | | Timothy W. Mungovan | $853.00 | 0.40 | $341.20 |
| | **Partner Total** | | | **218.90** | **$186,721.70** |
| | **Senior Counsel** | Jennifer L. Roche | $853.00 | 41.90 | $35,740.70 |
| | **Senior Counsel Total** | | | **41.90** | **$35,740.70** |
| | **Associate** | Joshua A. Esses | $853.00 | 29.60 | $25,248.80 |
| | | Laura Stafford | $853.00 | 0.50 | $426.50 |
| | | Mee R. Kim | $853.00 | 32.20 | $27,466.60 |
| | | William D. Dalsen | $853.00 | 18.90 | $16,121.70 |
| | **Associate Total** | | | **81.20** | **$69,263.60** |
| **210 Total** | | | | **342.00** | **$291,726.00** |
| 212 | E-Discovery Attorney | Yvonne O. Ike | $421.00 | 2.50 | $1,052.50 |
| | **E-Discovery Attorney Total** | | | **2.50** | **$1,052.50** |
| | **Legal Assistant** | Alexander N. Cook | $291.00 | 13.00 | $3,783.00 |
| | | Lawrence T. Silvestro | $291.00 | 4.60 | $1,338.60 |
| | | Shealeen E. Schaefer | $291.00 | 9.00 | $2,619.00 |
| | **Legal Assistant Total** | | | **26.60** | **$7,740.60** |
| **212 Total** | | | | **29.10** | **$8,793.10** |
| 215 | **Partner** | Jeffrey W. Levitan | $853.00 | 9.50 | $8,103.50 |
| | | Martin J. Bienenstock | $853.00 | 2.20 | $1,876.60 |
| | **Partner Total** | | | **11.70** | **$9,980.10** |
| | **Associate** | Joshua A. Esses | $853.00 | 6.90 | $5,885.70 |
| | | Mee R. Kim | $853.00 | 18.20 | $15,524.60 |
| | | William D. Dalsen | $853.00 | 0.20 | $170.60 |
| | **Associate Total** | | | **25.30** | **$21,580.90** |
| **215 Total** | | | | **37.00** | **$31,561.00** |
| 218 | **Partner** | Ehud Barak | $853.00 | 2.10 | $1,791.30 |
| | **Partner Total** | | | **2.10** | **$1,791.30** |
| | **Associate** | Megan R. Volin | $853.00 | 1.80 | $1,535.40 |
| | **Associate Total** | | | **1.80** | **$1,535.40** |
| | **Legal Assistant** | Natasha Petrov | $291.00 | 19.20 | $5,587.20 |
| | **Legal Assistant Total** | | | **19.20** | **$5,587.20** |
| **218 Total** | | | | **23.10** | **$8,913.90** |
| 219 | **Partner** | Lary Alan Rappaport | $853.00 | 0.10 | $85.30 |
| | | Steven O. Weise | $853.00 | 2.70 | $2,303.10 |
| | **Partner Total** | | | **2.80** | **$2,388.40** |
| **219 Total** | | | | **2.80** | **$2,388.40** |
| **Grand Total** | | | | **515.50** | **$412,901.90** |