**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

-----------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

       Debtors.[1]

-----------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

    On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Louis and Mae Stangle (MMLID: 2137048), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Two Hundred Ninety-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and Incorrect Debtor Bondholder Claims (in English and Spanish)

- Exhibit A - Claims to Be Heard at the January 19, 2022 Claim Objection Hearing (the "***January 19 Hearing Claims Exhibit***")

    At my direction and under my supervision, employees of Prime Clerk caused the following documents to be served (1) on December 17, 2021, via first class mail on the 301st

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Notice List attached hereto as **Exhibit A**; and (2) on December 20, 2021, via email on the 301st
Service List attached hereto as **Exhibit B**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred First Omnibus
  Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees
  Retirement System of the Government of the Commonwealth of Puerto Rico, and the
  Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims
  (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January
19 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021,
via first class mail on the 305th Notice List attached hereto as **Exhibit C**; and (2) on December
20, 2021, via email on the 305th Service List attached hereto as **Exhibit D**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Fifth Omnibus
  Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Incorrect Debtor
  Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January
19 Hearing Claims Exhibit and the following document to be served on Carlos M. Flores
Sanchez (MMLID: 73242), on December 17, 2021, via first class mail, at an address that has
been redacted in the interest of privacy, and on December 20, 2021, via email, at an address that
has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Ninth Omnibus
  Objection (Substantive) of the Commonwealth of Puerto Rico to Claims that are Partially
  Deficient and Partially Based on GDB Bonds (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime
Clerk caused the January 19 Hearing Claims Exhibit and the following document to be served
via first class mail on the 312th Service List attached hereto as **Exhibit E**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Twelfth Omnibus
  Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees
  Retirement System of the Government of the Commonwealth of Puerto Rico to
  Miscellaneous Deficient Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January
19 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021,
via first class mail on the 316th Notice List attached hereto as **Exhibit F**; and (2) on December
20, 2021, via email on the 316th Service List attached hereto as **Exhibit G**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixteenth Omnibus
  Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways
  and Transportation Authority, and the Employees Retirement System of the Government
  of the Commonwealth of Puerto Rico to Misclassified Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 19 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 316th Second Notice List attached hereto as **Exhibit H**; and (2) on December 20, 2021, via email on the 316th Second Service List attached hereto as **Exhibit I**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 19 Hearing Claims Exhibit and the following document to be served via first class mail on Brunilda Rivera Mercado (MMLID: 964573), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Twenty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate, Deficient, and/or No Liability Bond Claims (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 19 Hearing Claims Exhibit and the following document to be served via first class mail on Humberto Luis Rivera Ventura (MMLID: 2237255), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Miscellaneous Deficient Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 19 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 337th Notice List attached hereto as **Exhibit J**; and (2) on December 20, 2021, via email on the 337th Service List attached hereto as **Exhibit K**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 19 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 341st Notice List attached hereto as **Exhibit L**; and (2) on December 20, 2021, via email on the 341st Service List attached hereto as **Exhibit M**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 19 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 345th Service List attached hereto as **Exhibit N**; and (2) on December 20, 2021, via email on Carmen I Roman Ocasio (MMLID: 626520), at an email address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 19 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 347th Notice List attached hereto as **Exhibit O**; and (2) on December 20, 2021, via email on the 347th Service List attached hereto as **Exhibit P**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Jose R Lopez Valentin (MMLID: 2221823), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims (in English and Spanish)

- Exhibit A - Claims to Be Heard at the January 20, 2022 Claim Objection Hearing (the "***January 20 Hearing Claims Exhibit***")

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 316th Third Service List attached hereto as **Exhibit Q**; and (2) on

4

December 20, 2021, via email on Felix Rivera Clemente (MMLID: 443779), at an email address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served via first class mail on (1) the Combined Notice List attached hereto as **Exhibit R**; and (2) Zoraida Chevere Fraguada (MMLID: 1495561), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor (in English and Spanish)

On December 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served via email on (1) the Combined Service List attached hereto as **Exhibit S**; and (2) Zoraida Chevere Fraguada (MMLID: 1495561), at an email address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served via first class mail (1) the Combined Notice List attached hereto as **Exhibit T**; and (2) on Zoraida Chevere Frasuada (MMLID: 88983), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims (the "***345th Omnibus Hearing Notice***") (in English and Spanish)

On December 20, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and 345th Omnibus Hearing Notice to be served via email on (1) the Combined Service List attached hereto as **Exhibit S**; and (2) Zoraida

Chevere Frasuada (MMLID: 88983) at an email address that has been redacted in the interest of privacy.

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and 345th Omnibus Hearing Notice to be served (1) on December 17, 2021, via first class mail on the 345th Notice List attached hereto as **Exhibit U**; and (2) on December 20, 2021, via email on the 345th Second Service List attached hereto as **Exhibit V**.

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 347th Second Service List attached hereto as **Exhibit W**; and (2) on December 20, 2021, via email on Mayra E. Torres Ramos (MMLID: 924143), at an email address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 349th Notice List attached hereto as **Exhibit X**; and (2) on December 20, 2021, via email on the 349th Service List attached hereto as **Exhibit Y**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 350th Notice List attached hereto as **Exhibit Z**; and (2) on December 20, 2021, via email on the 350th Service List attached hereto as **Exhibit AA**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 351st Service List attached hereto as **Exhibit BB**; and (2) on December 20, 2021, via email on Lydia R. Colon Mulero (MMLID: 1046721), at an email address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 351st Second Service List attached hereto as **Exhibit CC**; and (2) on December 20, 2021, via email on Ebed Miro Ramirez (MMLID: 2157380), at an email address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit, 345th Omnibus Hearing Notice and the following document to be served (1) on December 17, 2021, via first class mail on the Combined Second Service List attached hereto as **Exhibit DD**; and (2) on December 20, 2021, via email on Felix Rivera Clemente (MMLID: 1204597) at an email address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims (the "*351st Omnibus Hearing Notice*") (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit, 351st Omnibus Hearing Notice and the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit EE**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims (the "*374th Omnibus Hearing Notice*") (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served on Bodnar Trust U/A Dated

7

12/28/2001 (MMLID: 1449665) via first class mail on December 17, 2021, and via email on December 20, 2021, at an address and email address that have been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Fifty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Partial Duplicate, Deficient, No Liability, and Incorrect Debtor Bond Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served on Diana E. and Johnson Graham (MMLID: 1461873) via first class mail on December 17, 2021, and via email on December 20, 2021, at an address and email addresses that have been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Puerto Rico Sales Tax Financing Corporation to Duplicate, Deficient, and/or No Liability Bond Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit, 374th Omnibus Hearing Notice and the following document to be served (1) on December 17, 2021, via first class mail on the Second Notice Parties Service List attached hereto as **Exhibit FF**; and (2) on December 20, 2021, via email on the Notice Parties Second Service List attached hereto as **Exhibit GG**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Public Buildings Authority, and the Puerto Rico Sales Tax Financing Corporation to Deficient Claims (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit, 374th Omnibus Hearing Notice and the following document to be served via first class mail on Maritza Acevedo de Nunez (MMLID: 2248080), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to Which Deficient Mailing Responses Were Received (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served

via first class mail on Jesus Soto Toledo (MMLID: 677808), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served (1) on December 17, 2021, via first class mail on the 365th Service List attached hereto as **Exhibit HH**; and (2) on December 20, 2021, via email on Victor O. Henson Busquets (MMLID: 585776), at an email address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served via first class mail on Migdalia Gonzalez Vega (MMLID: 1964101), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employment-Related Claims Asserted Against the Incorrect Debtor (in English and Spanish)

On December 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit, 374th Omnibus Hearing Notice and the following document to be served via first class mail on Agustin Gonzalez Velazguez (MMLID: 2157503), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventy-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial No Liability Litigation Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served on Anibal Echevarria Cordoves (MMLID: 1725852) via first class mail on December 17, 2021, and via email on December 20, 2021, at an address and email address that have been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Eighty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee

Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit, 374th Omnibus Hearing Notice and the following document to be served (1) on December 17, 2021, via first class mail on the Claimant Service List attached hereto as **Exhibit II**; and (2) on December 20, 2021, via email on Elaine Lynn Irrevocable Trust (MMLID: 2241615), at an email address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Eighty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Partial Duplicate, Deficient, No Liability, and Incorrect Debtor Bond Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the January 20 Hearing Claims Exhibit and the following document to be served on Sam Allison (MMLID: 2581651) via first class mail on December 17, 2021, and via email on December 20, 2021, at an address and email address that have been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims (in English and Spanish)


Dated: January 5, 2022

*/s/ Nicholas Vass*
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 5, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 58700

**<u>Exhibit A</u>**

Exhibit A

301st Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 2199021 | Baez Rivera, Ada R. | Address on File | | | |
| 2196173 | Gonzalez Serrano, Zeidie W. | Address on File | | | |
| 2219388 | Mangual Rodriguez, Norma | Address on File | | | |
| 2219388 | Mangual Rodriguez, Norma | Address on File | | | |
| 2207651 | Sepulveda Torres, Maria E. | Address on File | | | |
| 2202781 | Torres Delgado, Lucia | Address on File | | | |

**<u>Exhibit B</u>**

Exhibit B

301st Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2199021 | Baez Rivera, Ada R. | Address on File |
| 2196173 | Gonzalez Serrano, Zeidie W. | Address on File |
| 2219388 | Mangual Rodriguez, Norma | Address on File |

**<u>Exhibit C</u>**

## Exhibit C

305th Notice List

Served via first class mail

| MMLID | NAME | | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 863514 | Perez-Rodriguez, Maria | Victor | Address on File | | | |
| 863514 | Perez-Rodriguez, Maria | Victor | Address on File | | | |
| 863514 | Perez-Rodriguez, Maria | Victor | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                     Page 1 of 1

**Exhibit D**

Exhibit D

305th Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 863514 | Perez-Rodriguez, Maria  Victor | Address on File |
| 863514 | Perez-Rodriguez, Maria  Victor | Address on File |

**Exhibit E**

Exhibit E

312th Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2235580 | Lebron Rodriguez, Carlos Ruben | Address on File | | | |
| 2235632 | Ruiz Garcia, Claudio | Address on File | | | |
| 2235600 | Sanchez, Martin | Address on File | | | |
| 2236716 | Soto Lebron, Bernardo | Address on File | | | |

**Exhibit F**

Exhibit F

316th Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 309224 | MARTINEZ GOMEZ, ROSA | Address on File | | | |
| 1551936 | MELENDEZ FRAYUADA, EVA E | Address on File | | | |
| 442120 | Rivera Baez, Edgardo | Address on File | | | |
| 1327476 | SANTIAGO SANTIAGO, EDGARDO L | Address on File | | | |
| 1327476 | SANTIAGO SANTIAGO, EDGARDO L | Address on File | | | |

**Exhibit G**

Exhibit G

316th Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 309224 | MARTINEZ GOMEZ, ROSA | Address on File |
| 1551936 | MELENDEZ FRAYUADA, EVA E | Address on File |
| 442120 | Rivera Baez, Edgardo | Address on File |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                                   Page 1 of 1

**Exhibit H**

## Exhibit H

316th Second Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 1072339 | CONCEPCION PENA, NORMA I. | Address on File | | | |
| 1072339 | CONCEPCION PENA, NORMA I. | Address on File | | | |
| 1545792 | Diaz Chapman, Sandra I | Address on File | | | |
| 2092023 | Herrera Bravo, Debra A. | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit I</u>**

Exhibit I

316th Second Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 1072339 | CONCEPCION PENA, NORMA I. | Address on File |
| 1072339 | CONCEPCION PENA, NORMA I. | Address on File |
| 1545792 | Diaz Chapman, Sandra I | Address on File |

**<u>Exhibit J</u>**

Exhibit J

337th Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1158925 | ACEVEDO VAZQUEZ, ALBA | Address on File | | | |
| 1694972 | CABRERA VELILLA, CARLOS A. | Address on File | | | |
| 1027397 | CAMACHO PEREZ, JUDITH | Address on File | | | |
| 1571084 | Gierbolini Rodriguez, Mario | Address on File | | | |
| 2119207 | Jimenez Barreto, Edwin E. | Address on File | | | |
| 1631179 | Morales Vazquez, Margarita | Address on File | | | |
| 885293 | Pascual Rodriguez , Asdrubal | Address on File | | | |
| 918590 | TRICOCHE JESUS, LUZ  N. | Address on File | | | |
| 918590 | TRICOCHE JESUS, LUZ  N. | Address on File | | | |
| 1605880 | Valencia Toledo, Sonia  M. | Address on File | | | |
| 850402 | VELAZQUEZ FLORES, SELMA I | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**Exhibit K**

Exhibit K

337th Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 1158925 | ACEVEDO VAZQUEZ, ALBA | Address on File |
| 2119207 | Jimenez Barreto, Edwin E. | Address on File |
| 1631179 | Morales Vazquez, Margarita | Address on File |
| 1605880 | Valencia Toledo, Sonia  M. | Address on File |
| 850402 | VELAZQUEZ FLORES, SELMA I | Address on File |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                    Page 1 of 1

**<u>Exhibit L</u>**

## Exhibit L

341st Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1628433 | BENITEZ DELGADO, ANA CELIA | Address on File | | | |
| 1628433 | BENITEZ DELGADO, ANA CELIA | Address on File | | | |
| 1146935 | CABRERA TORRES, SIGNA | Address on File | | | |
| 1124855 | COLON TORRES, NEYSHA | Address on File | | | |
| 1011070 | GONZALEZ LEON, IVETTE | Address on File | | | |
| 1502368 | Mangual Flores, Nilda | Address on File | | | |
| 986328 | RIVERA DOMINGUEZ, ELIZABETH | Address on File | | | |
| 1376931 | RIVERA, ZULMA LANDRAU | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                    Page 1 of 1

**<u>Exhibit M</u>**

Exhibit M

341st Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 1124855 | COLON TORRES, NEYSHA | Address on File |
| 986328 | RIVERA DOMINGUEZ, ELIZABETH | Address on File |

**<u>Exhibit N</u>**

Exhibit N

345th Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 835188 | Muniz Ruberte, Ruben | Address on File | | | |
| 835188 | Muniz Ruberte, Ruben | Address on File | | | |
| 626520 | ROMAN OCASIO, CARMEN I | Address on File | | | |

**Exhibit O**

Exhibit O

347th Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1221573 | NAVARRO CANCEL, IVELISSE | Address on File | | | |
| 1534254 | Velez Crespo, Eduardo | Address on File | | | |

**Exhibit P**

Exhibit P

347th Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 1221573 | NAVARRO CANCEL, IVELISSE | Address on File |
| 1534254 | Velez Crespo, Eduardo | Address on File |

**<u>Exhibit Q</u>**

Exhibit Q

316th Third Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|--------|------|---------|------|-------|-------------|
| 443779 | RIVERA CLEMENTE, FELIX | Address on File | | | |
| 443779 | RIVERA CLEMENTE, FELIX | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                    Page 1 of 1

**Exhibit R**

Exhibit R

Combined Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 1155823 | CHEVERE FRAGUADA, ZORAIDA | Address on File | | | |
| 1124855 | COLON TORRES, NEYSHA | Address on File | | | |

**<u>Exhibit S</u>**

Exhibit S

Combined Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 1155823 | CHEVERE FRAGUADA, ZORAIDA | Address on File |
| 1124855 | COLON TORRES, NEYSHA | Address on File |

**Exhibit T**

Exhibit T

Combined Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1155823 | CHEVERE FRAGUADA, ZORAIDA | Address on File | | | |
| 1124855 | COLON TORRES, NEYSHA | Address on File | | | |

**Exhibit U**

Exhibit U

345th Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 1658671 | Collado Santiago, Sandra | Address on File | | | |
| 2065525 | Colon Torres, Neysha M | Address on File | | | |
| 1511538 | Ferrer Melendez, Sonia I. | Address on File | | | |
| 795429 | GONZALEZ VEGA, MIGDALIA | Address on File | | | |
| 1966119 | Ruiz Diaz, Carmen M. | Address on File | | | |
| 503343 | Ruiz Villegas, Pedro | Address on File | | | |
| 1975645 | Vásquez Pagán, Ana Z. | Address on File | | | |
| 1975645 | Vásquez Pagán, Ana Z. | Address on File | | | |

**<u>Exhibit V</u>**

Exhibit V

345th Second Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 2065525 | Colon Torres, Neysha M | Address on File |
| 1511538 | Ferrer Melendez, Sonia I. | Address on File |
| 1966119 | Ruiz Diaz, Carmen M. | Address on File |

**<u>Exhibit W</u>**

## Exhibit W

347th Second Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 924143 | TORRES RAMOS, MAYRA E | Address on File | | | |
| 924143 | TORRES RAMOS, MAYRA E | Address on File | | | |

**Exhibit X**

Exhibit X

349th Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1584521 | Adorno Marrero, Vilma E | Address on File | | | |
| 1046721 | COLON MULERO, LYDIA R | Address on File | | | |
| 1046721 | COLON MULERO, LYDIA R | Address on File | | | |
| 1580945 | MALDONADO CRUZ, NANCY | Address on File | | | |
| 1581187 | MALDONADO CRUZ, NANCY | Address on File | | | |
| 293399 | MALDONADO TORRES, ANA I. | Address on File | | | |
| 295463 | Marcano Garcia, Luis | Address on File | | | |
| 295463 | Marcano Garcia, Luis | Address on File | | | |
| 1123393 | MENDEZ DOMINGUEZ, NEFTALI | Address on File | | | |

**Exhibit Y**

Exhibit Y

349th Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 1046721 | COLON MULERO, LYDIA R | Address on File |
| 1580945 | MALDONADO CRUZ, NANCY | Address on File |
| 293399 | MALDONADO TORRES, ANA I. | Address on File |
| 295463 | Marcano Garcia, Luis | Address on File |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                     Page 1 of 1

**Exhibit Z**

Exhibit Z

350th Notice List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 16077 | ALMEDINA QUIRINDONGO, JOAN | Address on File | | | |
| 1592195 | Arroyo Lopez, Veronica | Address on File | | | |
| 1548790 | Crespo, Migdalia | Address on File | | | |
| 146129 | ECHEVARRIA LAZUS, AMPARO | Address on File | | | |
| 146129 | ECHEVARRIA LAZUS, AMPARO | Address on File | | | |
| 1018517 | LOPEZ VALENTIN, JOSE | Address on File | | | |
| 1881428 | Rodriguez Rodriguez, Selenia | Address on File | | | |
| 924144 | TORRES RAMOS, MAYRA  E | Address on File | | | |
| 1790720 | Wilson Crespo, Stephanie H. | Address on File | | | |

**<u>Exhibit AA</u>**

Exhibit AA

350th Service List

Served via email

| MMLID | NAME | EMAIL |
|---|---|---|
| 16077 | ALMEDINA QUIRINDONGO, JOAN | Address on File |
| 1592195 | Arroyo Lopez, Veronica | Address on File |
| 1548790 | Crespo, Migdalia | Address on File |
| 146129 | ECHEVARRIA LAZUS, AMPARO | Address on File |
| 1881428 | Rodriguez Rodriguez, Selenia | Address on File |
| 924144 | TORRES RAMOS, MAYRA  E | Address on File |
| 1790720 | Wilson Crespo, Stephanie H. | Address on File |

**Exhibit BB**

Exhibit BB

351st Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1046721 | COLON MULERO, LYDIA R | Address on File | | | |
| 1046721 | COLON MULERO, LYDIA R | Address on File | | | |

**Exhibit CC**

Exhibit CC

351st Second Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1969755 | Cruz Irizarry, Zulma I. | Address on File | | | |
| 2157380 | Miro Ramirez, Ebed | Address on File | | | |
| 1465110 | RIVERA RIVERA, YOLANDA | Address on File | | | |
| 974645 | RUIZ DIAZ, CARMEN | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                    Page 1 of 1

**Exhibit DD**

Exhibit DD

Combined Second Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 1204597 | RIVERA CLEMENTE, FELIX | Address on File | | | |
| 1204597 | RIVERA CLEMENTE, FELIX | Address on File | | | |

**<u>Exhibit EE</u>**

Exhibit EE

Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 22611 | LUNA RIOS, ANA L | Address on File | | | |
| 22611 | LUNA RIOS, ANA L | Address on File | | | |

**Exhibit FF**

Exhibit FF

Second Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2247763 | GONZALEZ CASTRO, LEONIDES | Address on File | | | |
| 2246267 | Lizardi Ortega, Guarionex Eduardo | Address on File | | | |
| 2247535 | Martinez Rivera, Angel Luis | Address on File | | | |

**Exhibit GG**

## Exhibit GG

Notice Parties Second Service List

Served via email

| MMLID | NAME | EMAIL |
|-------|------|-------|
| 2247763 | GONZALEZ CASTRO, LEONIDES | Address on File |
| 2247535 | Martinez Rivera, Angel Luis | Address on File |

**<u>Exhibit HH</u>**

Exhibit HH

365th Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|--------|------|---------|------|-------|-------------|
| 585776 | HENSON BUSQUETS, VICTOR O | Address on File | | | |
| 585776 | HENSON BUSQUETS, VICTOR O | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 1

**<u>Exhibit II</u>**

Exhibit II

Claimant Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2241615 | Elaine Lynn Irrevocable Trust | Address on File | | | |
| 2241615 | Elaine Lynn Irrevocable Trust | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)                                              Page 1 of 1