**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

Transmittal of Abbreviated Record to the Court of Appeals

**DATE:** January 10, 2022

BK Case: 17-bk-3283-LTS
Related USCA Cases: 18-1850
Related Civil Cases: 3:16-cv-03150-DRD

**CASE CAPTION:** In re: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative of THE COMMONWEALTH OF PUERTO RICO, *et al.*

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD:**

**DOCUMENTS:**

**Docket Entry 19669:** Memorandum Order Granting in Part and Denying in Part Motion for Relief from the Automatic Stay.

**Docket Entry 19480:** Motion for Relief from Automatic Stay filed by IMO Investment S.E., Israel Santiago Lugo, Celenia Reyes Padilla, Jadon Santiago Rosado, Israel Santiago Rosado, Daniel Santiago Rosado, pro se.

I HEREBY CERTIFY that the enclosed documents contained herein are the pleadings as described above and constitute the abbreviated supplemental record on appeal in the case.

Maria Antongiorgi-Jordan, Esq.
Clerk of the Court

S/ Marian B. Ramirez-Rivera
Marian B. Ramirez-Rivera
Deputy Clerk

.