**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **In re:** <br><br> **THE FINANCIAL OVERSIGHT MANAGEMENT BOARD FOR PUERTO RICO** <br><br> **as representative of** <br><br> **THE COMMONWEALTH OF PUERTO RICO, ET ALS.** <br><br> DEBTORS | PROMESA <br> TITLE III <br><br> NO. 17 BKT 3283-LTS |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE DISTRICT COURT JUDGE LAURA TAYLOR SWAIN:**

**COMES NOW, Morovis Community Health Center, Inc. ("MCHC"),** through the undersigned attorneys and very respectfully states, alleges and prays as follows:

1. Pursuant to Local Rule 162 (a), the undersigned attorneys, Victor M. Rivera-Torres, and Victor M. Rivera-Rios, members of the Bar of this Honorable Court, hereby notifies that they will be appearing in this case as counsel of record on behalf of MCHC.

**WHEREFORE**, it is respectfully requested from this Honorable Court to 1) **NOTE** this Notice of Appearance and Request for Notice, 2) **ORDER** that all orders, motions and pleadings in this case be served to the undersigned attorneys, and 3) **ORDER** any and all other relief to which the Defendant may be justly entitled.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED**: In San Juan, Puerto Rico, on this 10th day of January, 2022.

*/S/VICTOR M. RIVERA-TORRES*
VICTOR M. RIVERA-TORRES
USDC BAR NUMBER 126511
1420 FERNANDEZ JUNCOS AVE
SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
E-Mail: victor.rivera@rcrtrblaw.com

*/S/VICTOR M. RIVERA-RIOS*
VICTOR M. RIVERA-RIOS
USDC BAR NUMBER 301202
1420 FERNANDEZ JUNCOS AVE
SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
E-Mail: victorriverarios@rcrtrblaw.com