IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.<br><br>Debtors[1] | PROMESA<br>Title III<br><br>Case No. 17-BK-3283 (LTS) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br>   as representative of<br><br>THE EMPLOYEE'S RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO,<br><br>Debtor. | PROMESA<br>Title III<br><br>Case No. 17-BK-3566 (LTS) |

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations.)

# NOTICE OF WITHDRAWAL OF "NOTICE OF INTENT TO PARTICIPATE IN LITIGATION FOR OBJECTIONS TO ERS BOND CLAIMS" (DOCKET ENTRIES NOS. 9239, 9241 and 9243) AND CONFIRMATION OF THE COMMONWEALTH PLAN OF ADJUSTMENT"

PLEASE TAKE NOTICE that Highfields Capital I LP, Highfields Capital II LP, and Highfields Capital III LP (collectively, "Highfields") hereby withdraw their "*Notice of Intent to Participate in in Litigation of Objections to ERS Bond Claims*" (Docket Nos. 9239, 9241, and 9243). Highfield further gives notice that it has no intent to further participate in these proceedings nor to object to the Confirmation of the Commonwealth Plan of Adjustment.

**WHEREFORE**, Highfield respectfully requests that the Court take notice of the foregoing and that it accepts its withdrawal from the captioned PROMESA proceedings.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 10th day of January 2022.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify all parties registered through their attorneys of record.

Respectfully submitted.

**MCCONNELL VALDÉS LLC**
Attorneys for Highfields Capital I LP;
Highfields Capital II LP; and Highfields Capital III LP
270 Muñoz Rivera Avenue, Suite 7
San Juan, Puerto Rico 00918
Telephone: 787-250-5628
Facsimile: 787-759-8282

*By: s/Leslie Y. Flores-Rodríguez*
USDC-PR No. 223601
Leslie Y. Flores-Rodríguez, Esq
lfr@mcvpr.com