## Exhibit A

## Affirmative Consent

| Real Property Leases Under Affirmative Consent- CW | | | |
|---|---|---|---|
| CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER | PROPERTY ADDRESS |
| OCHOA ROIG,INC | DEPARTMENT OF HEALTH | 2017-DS0240 | CALLE ACOSTA #1 CAGUAS, PR 00725 |
| JOHNNY RAMOS ORTIZ | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950464 | CALLE 15 A C 2-43 URB.REXVILLE BAYAMON, PR 009570000 |
| Santiago Gonzalez Rivera | TRANSPORTATION AND PUBLIC WORKS | 2014-000040 | Apartado 1737, Utuado PR 00641 |
| LOYAL INVESTMENT CORP | COURT OF FIRST INSTANCE | 2014-000095 | PO BOX 10089 SAN JUAN, PR 00908 |
| ACADEMIA LA MILAGROSA | STATE ELECTIONS COMMISSION | | PO BOX 373338 CAYEY, PR 00737 |
| ADMINISTRACION DE TERRENOS DE PUERTO RICO | NATIONAL GUARD OF PUERTO RICO | 2017-000050 | PO BOX 363767   SAN JUAN, PR, 00936-3767 |
| CARIBBEAN CITY BUILDERS, INC. | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2015-000526 | CARRETERA #PR-5 KM. 4.0 CATAÑO, PR 00962 |
| CENTERPLEX INC | DEPARTMENT OF FAMILY | 2015-000305 | CARR #2 KM 133.5 EDIFICIO CENTERPLEX, AGUADA, PR 00602 |
| CENTERPLEX INC | HOUSE OF REPRESENTATIVES | 2017-000626 | CARR #2 KM 133.5 EDIFICIO CENTERPLEX, AGUADA, PR 00602 |
| CENTRO AUDIOLOGICO E INTERDISCIPLINARIO ISAMAR GON | DEPARTMENT OF HEALTH | 2017-DS0423 | CARR 651 KM. 5.2 BO. DOMINIGUITO, ARECIBO, PR 00612 |
| CENTRO DE PIEZAS PATILLAS INCORPORADO | DEPARTMENT OF HEALTH | 2013-DS0742 | CARR 3 KM 122.9, PATILLAS, PR 00723 |
| COMMUNICATIONS LEASING CORPORATION | OFFICE OF COURT ADMINISTRATION | 2018-000004 | 326 AVENIDA JESUS T PINERO, SAN JUAN, PR 00927-3907 |
| CORPORACION DEL CENTRO DE BELLAS ARTES | OFFICE OF THE COMMISSIONER OF FINANCIAL INSTITUTIONS | 2017-000009 | MINILLA STATION PO BOX 41287  SAN JUAN, PR, 00940-1287 |
| CORPORACION PARA EL DESARROLLO ECONOMICO DE TRUJIL | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2015-950826 | P O BOX 1685   TRUJILLO ALTO, PR, 00977 |
| CSO FOOD ENTERPRISES | DEPARTMENT OF SPORTS AND RECREATION | 2017-000250 | 840 CALLE ANASCO SUITE 335, SAN JUAN, PR 00925 |
| DR. FERNANDO ORTIZ MALDONADO | DEPARTMENT OF FAMILY | 2015-000036 | PO BOX 1725   JUNCOS, PR, 00777 |
| EDUCON MANAGEMENT, CORP. | TRANSPORTATION AND PUBLIC WORKS | 2016-000163 | CARR 189 KM 9 BO MAMEY, GURABO Q, PR 00778 |
| EMPRESAS PUCHO INC | DEPARTMENT OF HEALTH | 2018-DS0260 | CARR 417 KM 3.0 BO MALPASO AGUADA, PR 00602 |
| ERASTO RODRIGUEZ GARCIA | FAMILY AND CHILDREN ADMINISTRATION | 582408334 | P O BOX 5077 AGUADILLA, PR 00605 |
| ERNESTO VAZQUEZ | DEPARTMENT OF FAMILY | | P O BOX 2021 GUAYAMA, PR 00785 |
| ES FITNESS PERFORMANCE | DEPARTMENT OF SPORTS AND RECREATION | 2016-000581 | CALLE A 106 BASE RAMEY  AGUADILLA, PR 00603 |
| FASAA CORPORATION | DEPARTMENT OF HOUSING | 2014-000231 | UNIV INTERAMERICANA  RECINTO DE CUPEY  SAN JUAN, PR 00920 |
| FASAA CORPORATION | DEPARTMENT OF TREASURY | 2016-000210 | UNIV INTERAMERICANA  RECINTO DE CUPEY  SAN JUAN, PR 00920 |
| FASAA CORPORATION | SUPERINTENDENT OF THE CAPITOL | 2012-000083 | UNIV INTERAMERICANA  RECINTO DE CUPEY  SAN JUAN, PR 00920 |
| FISA S.E. | DEPARTMENT OF FAMILY | 2015-000037 | P O BOX 2286   GUAYAMA, PR, 00785-2286 |
| FISA S.E. | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2017-000490 | P O BOX 2286   GUAYAMA, PR, 00785-2286 |
| FISA S.E. | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2015-000034 | P O BOX 2286   GUAYAMA, PR, 00785-2286 |
| FISA S.E. | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2015-000034 | P O BOX 2286   GUAYAMA, PR, 00785-2286 |
| FISA S.E. | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2015-000034 | P O BOX 2286   GUAYAMA, PR, 00785-2286 |
| FISA S.E. | STATE EMERGENCY AND DISASTER MANAGEMENT AGENCY | 2015-000034 | P O BOX 2286   GUAYAMA, PR, 00785-2286 |
| FRANCARMICH, INC. | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2016-000653 | GAUTIER BENITEZ ESQ HOSPITAL, ARECIBO, PR 00612 |
| GALERIA 100,ESTATE,CORP | DEPARTMENT OF HEALTH | 2016-DS0843 | CARR #100 KM 6.6  CABO ROJO, PR 00623 |
| GON-RES CORP. | OFFICE OF LEGISLATIVE SERVICES | 2018-000029 | COND MARBELLA DEL CARIBE ESTE APT 812 CAROLINA, PR 00979 |
| GUANICA 1929 INC | FUTURE ENTREPRENEURS AND WORKERS TRAINING ADMINISTRATION | 2005-000013 | CARR 901 INTERSECCION 9911 INTERIOR BO CAMINO NUEVO YABUCOA, PR 00647 |
| HECTOR L RIVERA ROSARIO Y ENELIA RUSSE | DEPARTMENT OF FAMILY | | HC 02 BOX 6617 MOROVIS, PR 00687 |
| HIMA SAN PABLO PROPERTIES, INC | DEPARTMENT OF HEALTH | 2016-DS0634 | AVE LUIS MUÑOZ MARIN # 100 CAGUAS, PR 00726 |
| HIMA SAN PABLO PROPERTIES, INC | DEPARTMENT OF HEALTH | 2016-DS0634 | AVE LUIS MUÑOZ MARIN # 100 CAGUAS, PR 00726 |
| HOGAR CREA INC | FUTURE ENTREPRENEURS AND WORKERS TRAINING ADMINISTRATION | 2008-000021 | CARR 848 KM .07  SAINT JUST, PR 00978-0000 |
| HORIZONE PARKING SYSTEM CORP. | DEPARTMENT OF JUSTICE | 2017-000003 | MARGINAL VISTA AZUL CALLE PRINCIPAL D-4  ARECIBO, PR 00612 |
| INFOKEEPERS OF PUERTO RICO INC | INDUSTRIAL TAX EXEMPTION | 2018-000002 | P O BOX 2358   TOA BAJA, PR, 00951 |
| JENNYMAR CORPORATION | Deparment of Education | 081-2002-0107 | |
| JENNYMAR CORPORATION | Departamento de la Familia | 2012-000215A | |
| JENNYMAR CORPORATION | DEPARTMENT OF HEALTH | 2015-DS0001 | CARR. 345 KM 164 BO. LAVADERO  HORMIGUEROS, PR 00660 |
| JENNYMAR CORPORATION | DEPARTMENT OF HEALTH | 2017-DS0236 | CARR. 345 KM 164 BO. LAVADERO  HORMIGUEROS, PR 00661 |
| JENNYMAR CORPORATION | DEPARTMENT OF NATURAL AND ENVIRONMENTAL RESOURCES | 2011-000104 | CARR. 345 KM 164 BO. LAVADERO  HORMIGUEROS, PR 00662 |
| JENNYMAR CORPORATION | Hon. Carlos Bianchi | 2018-000076 | |
| JENNYMAR CORPORATION | HOUSE OF REPRESENTATIVES | 2018-000076 | CARR. 345 KM 164 BO. LAVADERO HORMIGUEROS, PR 00660 |
| JENNYMAR CORPORATION | Office of Courts Administration | 2016-000066 | |
| JENNYMAR CORPORATION | OFFICE OF THE OMBUDSMAN | 2012-000021 | CARR. 345 KM 164 BO. LAVADERO  HORMIGUEROS, PR 00663 |
| JENNYMAR CORPORATION | OFFICE OF THE OMBUDSMAN | 2012-000021 | CARR. 345 KM 164 BO. LAVADERO  HORMIGUEROS, PR 00663 |
| JUAN A. NEGRON BERRIOS | DEPARTMENT OF HEALTH | 2016-DS0807 | PO BOX 1291  OROCOVIS, PR, 00720 |
| JUAN A. NEGRON BERRIOS | DEPARTMENT OF HEALTH | 2018-DS0146 | PO BOX 1291  OROCOVIS, PR, 00720 |
| JUAN A. NEGRON BERRIOS | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950279 | PO BOX 1291  OROCOVIS, PR, 00720 |
| JUNCOS DEL RIO LIMITED PARTNERSHIP S.E. | DEPARTMENT OF HOUSING | 2006-000787 | P O BOX 362536   SAN JUAN, PR, 00936-2536 |
| KLAP REALTY AND MANAGEMENT CORPORATION | OFFICE OF THE OMBUDSMAN - WOMEN | 2012-000001 | CARR 695 KM 0.5, BARRIO HIGUILLAR, DORADO, PR, 00646 |
| LA TERRAZA DEL CONDADO INC | DEPARTMENT OF SPORTS AND RECREATION | 2016-001162 | AVE MAGDALENA 1406 SAN JUAN, PR 00907 |
| Laboratorio Clinico Mercado (Juan A. Negro | VOCATIONAL REHABILITATION ADMINISTRATION | 2019-000061 | PO BOX 1291  OROCOVIS, PR, 00720 |
| LADERAS RIO ELDERLY LIMITED PARTNERSHIP | DEPARTMENT OF HOUSING | | P O BOX 195288 SAN JUAN, PR 00919-5288 |
| LATIN PARKING SYSTEM, INC. | STATE HISTORIC CONSERVATION OFFICE | 2011-155060 | 43 COSMOS LOS ANGELES CAROLINA, PR 00979 |
| LUIS FRANCISCO RODRIGUEZ GOTAY | DEPARTMENT OF HEALTH | 2014-DS0751 | EDIF. ORO OFFICE CENTER, SUITE 4 AVE. MUÑOZ MARIN OROCOVIS, PR 00720 |
| LUIS HIRAM VILLAFANE CRUZ | DEPARTMENT OF HEALTH | 2015-DS0879 | P O BOX 203  UTUADO, PR, 00641 |

| CONTRACTOR | NAME OF ENTITY | CONTRACT NUMBER | PROPERTY ADDRESS |
|---|---|---|---|
| MARGARO LOPEZ, INC. | DEPARTMENT OF FAMILY | 2016-000283 | 77 JESUS T PIÑERO LAS PIEDRAS, PR 00771 |
| MARGARO LOPEZ, INC. | STATE ELECTIONS COMMISSION | 2016-000123 | 77 JESUS T PIÑERO LAS PIEDRAS, PR 00771 |
| MUNICIPIO DE HORMIGUEROS | PR FIREFIGHTERS | | PO BOX 97 HORMIGUEROS, PR 00660 |
| OCHOA ROIG,INC | DEPARTMENT OF LABOR AND HUMAN RESOURCES | 2017-000626 | CALLE ACOSTA #1 CAGUAS, PR 00725 |
| OFFICE PARK, INC. | COOPERATIVE DEVELOPMENT COMMISSION | 2014-000016 | 1 CALLE 65 DE INFANTERIA NTE, STE# 2 LAJAS, PR 00667 |
| OFFICE PARK, INC. | DEPARTMENT OF HEALTH | 2017-DS0461 | 1 CALLE 65 DE INFANTERIA NTE, STE# 2 LAJAS, PR 00667 |
| PIFORS & CO., INC. | CONTROLLER'S OFFICE | 2016-000088 | URB. BUCARÉ CALLE TOPACIO NÚM. 2057 GUAYNABO, PR 00969 |
| PIFORS & CO., INC. | CONTROLLER'S OFFICE | 2016-000088 | URB. BUCARÉ CALLE TOPACIO NÚM. 2057 GUAYNABO, PR 00969 |
| PRIME VENTURE CORPORATION | DEPARTMENT OF HEALTH | 2014-DS0295 | 316 AVE. DE LA CONSTITUCIÓN SAN JUAN, PR 00901 |
| PROFESSIONAL RECORDS OF INFORMATION MANAGEMENT INC | DEPARTMENT OF TREASURY | 2018-000141 | SAN MARCOS 10100 CAROLINA, PR 00982-0000 |
| PUNTA BORINQUEN GOLF AND COUNTRY CLUB, INC. | DEPARTMENT OF SPORTS AND RECREATION | 2016-000005 | CALLE GOLF, RAMEY AGUADILLA, PR 00604 |
| PUNTA BORINQUEN SHOPPING CENTER, INC. | DEPARTMENT OF TREASURY | 2016-000209 | CALLE BELT BASE RAMEY AGUADILLA, PR 00604 |
| PUNTA BORINQUEN SHOPPING CENTER, INC. | TRANSPORTATION AND PUBLIC WORKS | 2015-000014 | CALLE BELT BASE RAMEY AGUADILLA, PR 00604 |
| RIDELVA, CORP | PR MEDICAL EMERGENCY ENTITY | 2018-000016 | CIM TOTTE I, STE 709 100 CARR 165 GUAYNABO, PR 00968 |
| RRD CASH & CARRY, INC. | VOCATIONAL REHABILITATION ADMINISTRATION | 2016-000058 | BOX 140189 ARECIBO, PR 00614-0189 |
| SAN JUAN SURF CLUB & INFORMATION CENTER INC. | DEPARTMENT OF SPORTS AND RECREATION | 2017-001026 | PARQUE LUIS MUÑOZ RIVERA SAN JUAN, PR 00902 |
| SANTOS VELEZ SANCHEZ | DEPARTMENT OF HEALTH | 2015-DS1107 | 2770 AVE HOSTO EDF SANTOS VELEZ SUITE 201 MAYAGUEZ, PR, 00681 |
| SR. WILFREDO FONTANEZ CENTENO | DEPARTMENT OF FAMILY | 2013-000314 | PO BOX 3274 CAROLINA, PR, 00984 |
| SUCESION NORBERTO MARRERO GONZALEZ | MENTAL HEALTH SERVICES AND ADDICTION CONTROL ADMINISTRATION | 2017-950450 | PO BOX 3630 BAYAMON, PR 00958 |
| THE FRANCIS VILLAGE ELDERLY, SE | DEPARTMENT OF HOUSING | 2013-000229 | AVE. 65TH. INFANTERIA NUM. 67 ANASCO, PR 00610 |
| THE FRANCIS VILLAGES ELDERLY LIMITED | DEPARTMENT OF HOUSING | | PARTNERSHIP SE VILLA NEVARES 1122 CALLE 5 SAN JUAN, PR 00927 |
| VIEQUES ELDERLY APARTMENT | DEPARTMENT OF HOUSING | | PO BOX 362536 SAN JUAN, PR 00936-2536 |
| EGIDA DEL PERPETUO SOCORRO | DEPARTMENT OF HOUSING | | P O BOX 191694 SAN JUAN, PR 00919-1694 |
| MUNICIPIO DE UTUADO | TRANSPORTATION AND PUBLIC WORKS | 2017-000118 | PO Box 190, Utuado, PR 00641 |

| Real Property Leases Under Affirmative Consent- PREPA | | |
|---|---|---|
| CONTRACTOR | CONTRACT NUMBER | PROPERTY ADDRESS |
| Keller Holdings, LLC | 2017-P00006 | Calle McKinley #108 Esquina Doctor Vadí, Barrio Cristy, Mayaguez |