3 de enero del 2021
San Sebastián, PR

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
LEGAL NOTICE ENCLOSED
DIRECT TO
PO BOX 4850
NEW YORK, NY 10163-4850
NUM DE CASO
17 BK 3283-LTS
Estimados Señores:

Lamentablemente yo no puedo asistir el 20 de enero de 2022 a la vista ya que soy
paciente de cáncer terminal en etapa IV.  Les solicito de favor el enviarme reclamación
a mi dirección postal:

*VÍCTOR O. HENSON BOUSQUETS*
*PO BOX 78*
*CALLE 5 -J -7*
*SAN SEBASTIAN, PR 00685*
*TEL: 787-609-6720*
*939-865-4070*

*NOTA: Recuerdo que mi reclamación es por $ 12,000,000.00*



VICTOR O. HENSON BOUSQUETS
P.O. BOX 78
SAN SEBASTIAN P.R. 00685

RECEIVED & FILED
2022 JAN 10  PM 5: 38
CLERK'S OFFICE
U.S. DISTRICT COURT

SAN JUAN PR  009
5 JAN 2022  PM 1 L
FOREVER / USA

00918-1*70999

HONORABLE JUEZ LAURA TAYLOR SWAIN
TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO
150 CALLE CARLOS CHARDÓN, EDIFICIO FEDERAL
SAN JUAN, PUERTO RICO 00918-1767