

4 de enero de 2022

Secretaría
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767

Abogados de la Junta de Supervision
Attn: Martin J. Bienenstock
      Brian S. Rosen
Proskauer Rose LLP
Eleven Times Square
Nueva York, Nueva York 10036-8299

Abogados del Comité de Acreedores
Attn: Luc. A. Despins
      James Bliss
      James Worthington
      G. Alexander Bongartz
Paul Hastings LLP
200 Park Avenue
Nueva York, Nueva York 10166

**RE: Reclamación 71072-1/ Joel Negrón Guzmán
      Num. Caso: 17 BK 03283-LTS
      Deudor: Estado Libre Asociado de Puerto Rico
      Fecha de Presentación: 6/1/2018
      Tricentésima Nonagésima Novena Objeción Global**

A quien pueda interesar:

Por este medio yo radico una réplica a la Objeción Global de que mi solicitud sea rechazada. Entiendo que la misma no debe ser rechazada ya que considero que mi reclamación es correcta y justa. Yo trabajé para el Departamento de Corrección (Administración de Instituciones Juveniles) desde 1998 hasta el 2012. Mi solicitud está relacionada con "El Romerazo" ya que entiendo hubo unos aumentos de salario y unos pagos de dietas que no se me concedieron mientras estuve trabajando a los cuales tenía derecho.

Toda la evidencia relacionada a mi caso ya la entregué cuando hice la solicitud inicial, por lo que entiendo ya ustedes la tienen.

Espero que el Tribunal no conceda la Objeción Global en relación a mi reclamación. A continuación les dejo mis datos de contacto:
Nombre y dirección:

> Joel Negrón Guzmán
> Ext. 101 Calle Vinaza
> Villalba, PR 007766

Correo electrónico y teléfonos de contacto:

> kperezroman@yahoo.com
> Tel.: 787-319-2836
> 939-456-4936 (esposa)

Atentamente,

*[firma]*

Joel Negrón Guzmán