Joel Negrón Guzman
Ext. Estancias del Mayoral
101 Calle Vinaza
Villalba, PR 00766

SAN JUAN PR 009
6 JAN 2022 PM 2 L

2022 JAN 10 PM 5: 48
CLERK'S OFFICE
U.S. DISTRICT C...
SAN JU...
RECEIVED & ...

Secretaría
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan, PR 00918-1767

00918-999955