Jorge Martinez Garcia
Avenida Santa Juanita
AK-12 Santa Juanita
Bayamon P.R. 00956

RECEIVED & FILED
2022 JAN 10 PM 5:53
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Clerks Office
United States District Court
150 Chardon Ave
Federal Building
San Juan P.R. 00918