Average Christmas bonus paid until december 2013.

| JIMMY ALICEA-AYALA | | SECUENCIA | GRUPO PAGO | EMPLEADO | DESCRIPCION | CONTR/DED | ACUMULACION ANUAL |
|---|---|---|---|---|---|---|---|
| | | 4670 | 467 | 11754 | SS | 389.89 | 5090.45 |
| DESCRIPCION | HORAS | INGRESOS | | ACUMULACION ANUAL | MEDICARE | 91.18 | 1190.51 |
| LIC ENFERMEDAD | | 0.00 | | 215.78 | (PR) SIT | 628.84 | 13105.74 |
| LIC VACACIONES EX | | 0.00 | | 6473.27 | APORTACION RETIRO | 0.00 | 5499.94 |
| LIC VACACIONES | | 0.00 | | 294.32 | CAMPANA BENEFICA | 0.00 | 25.00 |
| COMP ADICIONAL | | 0.00 | | 6990.00 | | | |
| SALARIO BASICO | | 0.00 | | 46960.38 | | | |
| TIEMPO COMP | | 0.00 | | 14781.80 | | | |
| BONO NAVIDAD | | 6288.43 | | 6288.43 | | | |
| BONO RIESGO | | 0.00 | | 100.00 | | | |

| CORRIENTE | INGRESOS | CONTRIBUCIONES | DEDUCCIONES | PAGA NETA | FECHA PERIODO PAGO | | CANTIDAD DEL CHEQUE |
|---|---|---|---|---|---|---|---|
| | 6288.43 | 1109.91 | 0.00 | 5178.52 | 07-DEC-2013 | | 5178.52 |
| A LA FECHA | 82103.98 | 19386.70 | 5524.94 | 57192.34 | | INFORME DE SUELDOS PAGOS Y DEDUCCIONES | |
| BALANCES LICENCIAS | ANUAL | 318.62 | ENFERMEDAD | 804.78 | ACUMULACION RETIRO | | 91807.31 |



AUTORIDAD DE ENERGÍA ELÉCTRICA
DEPARTAMENTO DE NÓMINA
APARTADO 364267
SAN JUAN, PUERTO RICO 00936-4267

FECHA DE EMISION  06-DEC-2013

NOMBRE DEL BANCO        DEPOSITO CUENTA        CANTIDAD
BANCO POPULAR DE PUERTO RICO-    REDACTED 4892      5178.52

NOMBRE DEL EMPLEADO
JIMMY ALICEA-AYALA
11754

HEMOS DEPOSITADO EN SU CUENTA DE BANCO LA CANTIDAD INDICADA QUE REPRESENTA EL IMPORTE NETO SEGÚN EL INFORME DE PAGO Y DEDUCCIONES QUE SE ACOMPAÑA

**AVISO DE DEPÓSITO DIRECTO**            **NO NEGOCIABLE**

*New Christmas bonus paid starting on december 2014.*

| JIMMY ALICEA-AYALA | | SECUENCIA | EMPLEADO | | DESCRIPCION | CONTR/DED | ACUMULACION ANUAL |
|---|---|---|---|---|---|---|---|
| | | 4670 | 467 | 11754 | Medicare EE Withheld | 8.70 | 1052.66 |
| DESCRIPCION | HORAS | INGRESOS | ACUMULACION ANUAL | | SS EE Withheld | 37.20 | 4501.04 |
| BONO NAVIDAD | 0.00 | 600.00 | 600.00 | | SIT Withheld | 60.00 | 11286.54 |
| COMP ADICIONAL | 0.00 | 0.00 | 6990.00 | | APORTACION RETIRO | 0.00 | 5499.94 |
| TIEMPO COMP | 0.00 | 0.00 | 10963.73 | | CAMPANA BENEFICA | 0.00 | 25.00 |
| SALARIO BASICO | 0.00 | 0.00 | 48646.31 | | | | |
| LIC ENFERMEDAD | 0.00 | 0.00 | 1078.88 | | | | |
| LIC VACACIONES | 0.00 | 0.00 | 3.74 | | | | |
| LIC VACACIONES EXC | 0.00 | 0.00 | 4214.82 | | | | |
| BONO RIESGO | 0.00 | 0.00 | 100.00 | | | | |

| | INGRESOS − | CONTRIBUCIONES − | DEDUCCIONES = | PAGA NETA | FECHA PERIODO PAGO | | CANTIDAD DEL CHEQUE |
|---|---|---|---|---|---|---|---|
| CORRIENTE | 600.00 | 105.90 | 0.00 | 494.10 | 06-DEC-2014 | | 494.10 |
| A LA FECHA | 72597.48 | 16840.24 | 5524.94 | 50232.30 | | INFORME DE SUELDOS PAGOS Y DEDUCCIONES | |
| BALANCES LICENCIAS | ANUAL | 396.98 | ENFERMEDAD | 909.8 | ACUMULACION RETIRO | | 101776.9 |



**AUTORIDAD DE ENERGÍA ELÉCTRICA**
DEPARTAMENTO DE NÓMINA
APARTADO 364267
SAN JUAN, PUERTO RICO 00936-4267

FECHA DE EMISION  05-DEC-2014

NOMBRE DEL BANCO
BANCO POPULAR DE PUERTO RICO-021502011

DEPOSITO CUENTA
REDACTED 4892

CANTIDAD
494.10

NOMBRE DEL EMPLEADO
JIMMY ALICEA-AYALA
11754

HEMOS DEPOSITADO EN SU CUENTA DE BANCO LA CANTIDAD INDICADA QUE REPRESENTA EL IMPORTE NETO SEGÚN EL INFORME DE PAGO Y DEDUCCIONES QUE SE ACOMPAÑA

**AVISO DE DEPÓSITO DIRECTO**

**NO NEGOCIABLE**

| JIMMY ALICEA-AYALA | | | | SECUENCIA | GRUPO PAGO | EMPLEADO | DESCRIPCION | CONTR/DED | ACUMULACION ANUAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 4670 | 467 | 11754 | Medicare EE Withheld | 45.18 | 1097.84 |
| DESCRIPCION | HORAS | INGRESOS | ACUMULACION ANUAL | | | | SS EE Withheld | 193.18 | 4694.22 |
| COMP ADICIONAL | 0.00 | 210.00 | 7200.00 | | | | SIT Withheld | 527.43 | 11813.97 |
| TIEMPO COMP | 26.00 | 748.02 | 11711.75 | | | | APORTACION RETIRO | 0.00 | 5499.94 |
| SALARIO BASICO | 45.00 | 1294.65 | 49940.96 | | | | CAMPANA BENEFICA | 1.00 | 26.00 |
| LIC VACACIONES EXC | 30.00 | 863.10 | 5077.92 | | | | | | |
| BONO NAVIDAD | 0.00 | 0.00 | 600.00 | | | | | | |
| LIC ENFERMEDAD | 0.00 | 0.00 | 1078.88 | | | | | | |
| LIC VACACIONES | 0.00 | 0.00 | 3.74 | | | | | | |
| BONO RIESGO | 0.00 | 0.00 | 100.00 | | | | | | |

| | INGRESOS − | CONTRIBUCIONES − | DEDUCCIONES = | PAGA NETA | FECHA PERIODO PAGO | | CANTIDAD DEL CHEQUE |
|---|---|---|---|---|---|---|---|
| CORRIENTE | 3115.77 | 765.79 | 1.00 | 2348.98 | 20-DEC-2014 | | 2348.98 |
| A LA FECHA | 75713.25 | 17606.03 | 5525.94 | 52581.28 | | INFORME DE SUELDOS PAGOS Y DEDUCCIONES | |
| BALANCES LICENCIAS | ANUAL | 375.63 | ENFERMEDAD | 710.77 | ACUMULACION RETIRO | | 101776.9 |



**AUTORIDAD DE ENERGÍA ELÉCTRICA**
DEPARTAMENTO DE NÓMINA
APARTADO 364267
SAN JUAN, PUERTO RICO 00936-4267

FECHA DE EMISION   18-DEC-2014

NOMBRE DEL BANCO           DEPOSITO CUENTA           CANTIDAD
BANCO POPULAR DE PUERTO RICO-021502011      REDACTED 4892      2348.98

NOMBRE DEL EMPLEADO
JIMMY ALICEA-AYALA
11754

HEMOS DEPOSITADO EN SU CUENTA DE BANCO LA CANTIDAD INDICADA QUE REPRESENTA EL IMPORTE NETO SEGÚN EL INFORME DE PAGO Y DEDUCCIONES QUE SE ACOMPAÑA

**AVISO DE DEPÓSITO DIRECTO**         **NO NEGOCIABLE**

## Response to Four Hundred Twelfth Omnibus Objection

Case: 17-03283-LTS

Doc#: 19559-6

Claim#: 176498

Evidence that the Christmas bonus($6,288) was not paid at **full** on past December 2014 as legally it should have happened, is included in these documents. I received $600 instead. Last full Christmas bonus payment was on past December 2013 as it was paid during the previous years.

Years 2015-2020(last December being a P.R.E.P.A. employee), should also be paid at full if apply.

*Jimmy Alicea Ayala*
Jimmy Alicea Ayala

12/26/2021.

| Manual Administrativo de la Autoridad de Energía Eléctrica |
| --- |
| Capítulo 100 – Personal |

### 130 Beneficios Marginales

La Autoridad concede a sus empleados beneficios marginales que fomentan la satisfacción y las buenas relaciones en el empleo y proveen al empleado un ingreso adicional a su sueldo. De esa forma, se contribuye al incremento en la productividad y a la eficiencia en el servicio que se presta. Los beneficios marginales que ofrece la Autoridad a sus empleados están sujetos a la disponibilidad económica y a las condiciones reglamentarias correspondientes.

### 130.1 Sistema de Retiro

El Sistema de Retiro provee un fondo de pensiones para los empleados. Para más información, refiérase al Capítulo 250, Sistema de Retiro.

### 130.2 Plan Médico

La Autoridad provee a sus empleados y jubilados un plan de servicios médicos, según lo permitan las condiciones económicas de la Autoridad. Para más información, refiérase al Capítulo 200, Salud y Seguridad Ocupacional.

### 130.3 Bono de Navidad

Se concede un Bono de Navidad a cada empleado en el servicio de carrera y de confianza que estuviera empleado al cierre del año fiscal y tenga por lo menos seis meses de servicio, al cierre del año fiscal.

La Autoridad otorga un 8% del total del salario devengado por el empleado regular hasta un máximo de $60,000 anuales, más el 4% del exceso de $60,000.

Las horas de licencia por enfermedad que se liquiden al momento de la jubilación se consideran como salario devengado a los fines de computar el Bono de Navidad. Esta norma también aplica a los casos de fallecimiento de un empleado antes de su jubilación.

La Autoridad otorga un Bono de Navidad de acuerdo con las disposiciones de ley a los empleados temporeros que cumplan con el mínimo de 960 horas trabajadas dentro de los 12 meses comprendidos desde el 1 de diciembre del año anterior hasta el 30 de noviembre del año en que se concede.

**Aquellos empleados pertenecientes a una unidad apropiada de las existentes en la Autoridad que hayan adquirido el beneficio del Bono de Navidad regular y se les otorgue un nombramiento gerencial temporal, tienen derecho a recibir el Bono de Navidad regular, siempre y cuando estuvieran empleados al cierre del año fiscal.**

### 130.4 Seguro de Vida para Empleados Regulares Gerenciales en Servicio Activo

La Autoridad concede un seguro de vida por la cantidad de $30,000 a los beneficiarios de los empleados regulares gerenciales que fallezcan en servicio activo. La Autoridad provee este beneficio y el Sistema de Retiro lo administra.

El empleado debe llenar el formulario *Designación de Beneficiarios del Seguro de Vida Empleados Regulares Gerenciales* (AEE 020.0-369) y enviarlo a la Sección de Pensiones y Beneficios del Sistema de Retiro.