Jimmy Alia A...
Urb. Palacios de Marbella
1002 Calle del Palomar
Toa Alta P.R. 00953

CERTIFIED MAIL

7021 0950 0000 2127 4402

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, P.R. 00918-1767




U.S. POSTAGE PAID
FCM LETTER
NARANJITO, PR
00719
JAN 05, 22
AMOUNT
$7.58
R2304-M111636-24

