## REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre: Alicia Ceniguez Toro

Dirección Postal: 16304 Scaup Duck Ave Brooksville Fl.

Teléfono de contacto res.: 856-777-3222

**II. Epígrafe**

# Reclamación: 175665

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo:

Ley 89 - Julio - 1979 - Retribucion uniforme

#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995

#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

**III.** El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

Ley 89 - Julio - 1979 - Retribucion uniforme
Ley 89 Romerazo – Efectiva en 1 de julio de 1995

Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

\# Reclamo: 175665

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __Marzo__ de __26__ de __1979__ hasta el __Mayo__ de __1__ de __2012__. Culmine mi laborar como __asignadora__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

Alicia Beniquez Toro   1-5-2022
Nombre en letra de molde

Alicia Beniquez Toro
Firma

P.S. La P.R.T.CO. era una agencia de Gobierno hasta 1979, cuando el Gobernador de turno Dr. Pedro Roselló la vendió. El fundamento de mi reclamo esta basado en un dinero adeudado por concepto de aumentos, de unas leyes que se firmaron durante años que la P.R.T.CO. pertenecía al Estado Libre Asociado de P.R.. Espero me reconsideren mi Reclamo.