

PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

### ALICIA BENIQUEZ TORO
### XXX-XX- 5258

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

➢ Ingresó a PRT/Claro efectivo el 03/26/1979.

➢ Trabajó como emplead(o)(a) regular hasta 05/01/2012.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal.  En Guaynabo, Puerto Rico a 9/10/2020.

Abigaíl Alejandro

González

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords