Alicia Benitez Toro
16304 Scaup Duck are
Brooksville Fl. 54604

7021 1970 0000 9528 2502

Clerks Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767