IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

                    Debtors.[3]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---

## NOTICE OF INTENT TO PARTICIPATE IN DISCOVERY FOR CONFIRMATION OF COMMONWEALTH PLAN OF ADJUSTMENT

**If this Notice is filed on or before August 15, 2021, you may be granted access to documents in the Plan Depository, where information and documents concerning the Plan are kept, and you will also be able to serve your own discovery requests. If you file this Notice after August 15, 2021, but on or before October 19, 2021, you may be granted access to documents in the Plan Depository, but you will not be able to serve your own discovery requests. Please note that access to the information in the Plan Depository may also require complying with the Debtors' access requirements. If this Notice is filed after October 19, 2021, you will not be permitted to participate in discovery. If you do not file this Notice, you will still be able to vote on the Plan, if you are otherwise qualified to vote.**

The party identified below (the "Participant") hereby advises the Debtors that it intends to participate in discovery in connection with confirmation of the Debtors' proposed Plan.

---

[3] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Sr. William Román Morales

Participant's Address: Inst. Correccional Facility HC-01 Box 71671 Sabana Hoyos P.R. 00688

Participant's Email Address: _____

Name of Counsel: _____

Address of Counsel: _____

Email Address of Counsel: _____

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: 17 BK 3283-LTS

Nature of Claim: Civil Right Violation for improper Medical Condition

By: William Ro[man]
Signature

WILLIAM ROMÁN MORALES
Print Name

_____
Title (if Participant is not an individual)

5/January/2022
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico*, Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Date 4/January/2022

I am Mr. William Roman Morales and I recieved this Notice Today, and I send the information requesting. Please Contact Me at

Inst. Correccional Sabana Hoyos 216
Edif 2-E-4
HC-01 Box 71671
Sabana Hoyos P.R. 10688

regard to this claim and let me know what happen to this case. status.

# William Roman Morales

Date 4/January/2022.

El codemandante por motibos de la pandemia de Covi-19 por la que esta pasando el pais recibio esta carta hoy 4 de Enero de 2022 por lo cual la no abia contestado antes la solicitud echa por este tribunal y le solicita a este honorable tribunal si es posible que cualquier documento enbiado a este ser en Español para contestar lo antes posible si es posible se lo agradesere mucho gracias

William Roman Morales

SAN JUAN P.R. 009

7 JAN 2022 PM 1 L

UNITED STATES DISTRICT COURT
CLERK'S OFFICE, 150
AVE. Carlos Chardón STE.
150 SAN JUAN, P.R. 00918
1702

Wilkam Roman MORALES
IUS. SABAUA HOYOS 216
EDIF. 2 SECSIÓN-E CAMA-4
ARECIbo P.R. 00688-1671

CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, PR

2022 JAN 10 PM 5:58

RECEIVED & FILED

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Blanca D. Latorre vda. de Stoddard. + Suc. Wm H. Stoddard.

Participant's Address:

Participant's Email Address: P.O. Box 3277 - Aguadilla, P.R. 00605

Name of Counsel: UBS.

Address of Counsel: P.R. Investment Center

Email Address of Counsel: 250 Muñoz Rivera Ave. San Juan, P.R. 00918-9998

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Blanca # 6F 22354-QR + Suc. # 6F38697-45

Nature of Claim: Please send me in spanish. Promesa III

By: [signature]
Signature

Blanca D. Latorre Stoddard
Print Name

Title (if Participant is not an individual)

1/5/22
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are not represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Mrs. Blanca LaTorre-Stoddard
PO Box 3277
Aguadilla PR 00605

8 JAN 2022  PM 2  L

RECEIVED & FILED

2022 JAN 10 PM 5:47

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

Court's Clerk's Office
United States District Court Clerk's
Office 150 Ave Carlos Chardón Ste 150
San Juan, P.R. 00918-1767

00918-170625

Participant must provide all of the information below **in English**:

1. Participant's contact information, including email address, and that of its counsel, if any:

Participant's Name: Manuel Almonte Castro

Participant's Address: Urb. Puerto Nuew calle 4 SE #1004 SJ PR 00921

Participant's Email Address: malmonte_15@hotmail.com

Name of Counsel:

Address of Counsel:

Email Address of Counsel:

2. Participant's Claim number and the nature of Participant's Claim:

Claim Number: Promesa Titlle III

Nature of Claim: 17 BK 3283-LTS

By: maltt
Signature

Manuel Almonte Castro
Print Name

Title (if Participant is not an individual)

08/2/21
Date

**Instructions for Filing Notice of Participation**: If you are represented by counsel, this Notice must be filed electronically with the Court on the docket using the CM/ECF docket event Notice of Intent to Participate in Discovery for Commonwealth Plan Confirmation, in *In re Commonwealth of Puerto Rico,* Case No. 17 BK 3283-LTS, through the Court's case filing system on or before the applicable deadline. If you are **not** represented by counsel, you may instead mail this Notice to the Court's Clerk's Office at: United States District Court, Clerk's Office, 150 Ave. Carlos Chardon Ste. 150, San Juan, P.R. 00918-1767.

Manuel Amorle Castro
Urb. Puerto Nuevo
Calle 4 S.E. #1004
San Juan, PR 00921

NORTH TEXAS TX P&DC
DALLAS TX 750
4 JAN 2022 PM 10 L

United States District Court, Clerk's Office
150 Ave. Carlos Chardon Ste. 150
San Juan, P.R. 00918-1767

RECEIVED & FILED
2022 JAN 10 PM 5:47
CLERK'S OFFICE
US DISTRICT COURT

00918-176525