# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **In re:** | : | PROMESA |
| | : | Title III |
| **THE FINANCIAL OVERSIGHT AND** | : | |
| **MANAGEMENT BOARD FOR PUERTO RICO.** | : | Case No. 17-3283 (LTS) |
| as representative of | : | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO et al., | : | |
| Debtors[1]. | : | |
| _____ | | |
| **THE SPECIAL CLAIMS COMMITTEE OF THE** | : Adv. Proc. No. 19-00202 | |
| **FINANCIAL OVERSIGHT AND MANAGEMENT** | : | |
| **BOARD FOR PUERTO RICO, ACTING BY AND** | : | |
| **THROUGH ITS MEMBERS,** | : | |
| and | : | |
| **THE OFFICIAL COMMITTEE OF UNSECURED** | : | |
| **CREDITORS OF THE COMMONWEALTH OF** | : | |
| **PUERTO RICO** | : | |
| as co-trustees respectively, of | : | |
| **THE COMMONWEALTH OF PUERTO RICO,** | : | |

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808), (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA")(Bankruptcy Case No. 19-BK-5523 (LTS)) (Last Four Digits of Federal Tax ID: 3801). (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

1

| | |
|---|---|
| **Plaintiffs** | **:** |
| **v.** | **:** |
| **INTERNATIONAL SURVEILLANCE SERVICES** | **:** |
| **CORPORATION,** | **:** |
| **Defendant.** | **:** |

_____

### INTERNATIONAL SURVEILLANCE SERVICES CORPORATION'S NOTICE OF FILING MOTION FOR RELIEF FROM STAY PURSUANT TO COURT ORDER AT DKT. NO. 31 AND NOTICE OF HEARING THEREON

**PLEASE TAKE NOTICE** that on January 11, 2022, International Services Corporation ("ISSC"), filed a Motion for Relief from the Stay (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion ("Objections") must be in writing, must conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and must be filed with the Court (a) by registered users of the Court's case filing system, electronically in accordance with rule 5 of the Local Rules for the District of Puerto Rico (the "Local District Court Rules"), and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF), and served on (i) counsel for the Oversight Board, Proskauer Rose LLP, Eleven Times Square, New York, New York 10036-8299 (Attn: Martin J. Bienenstock and Stephen L. Ratner), and O'Neill & Borges LLC, 250 Muñoz Rivera Ave., Suite 800, San Juan, PR 00918-1813 (Attn: Hermann D. BauerEsq.); (ii) the Puerto Rico Fiscal Agency and Financial Advisory Authority, Roberto Sáchez Vilella (Minillas) Government Center, De Diego Ave. Stop 22, San Juan, Puerto Rico 00907; (iii) counsel for the Puerto Rico Fiscal Agency and Financial Advisory Authority,

2

**O'Melveny & Myers LLP, 7 Times Square, New York, New York 10036 (Attn: John J. Rapisardi, Esq., Suzzanne Uhland, Esq., Peter Friedman, Esq., and Diana M. Perez, Esq.), and Law Offices of Andrés W. López, Esq., 902 Fernández Juncos Ave., San Juan, PR 09007 (Attn: Andrés W. López, Esq.); (iv) the Office of the United States Trustee for Region 21, Edificio Ochoa, 500 Tanca Street, Suite 301, San Juan, PR 00901-1922; and (v) on the parties in the Master List maintained pursuant to the First Amended Case Management Procedures [ECF No. 262] and found at https://cases.primeclerk.com/puertorico/Home-Index. PLEASE TAKE NOTICE that the date and time of the applicable objection deadline for the Motion is January 18, 2022, and any reply must be filed by January 25, 2022.**

**PLEASE TAKE NOTICE that the date of the hearing at which the Motion shall be considered by the Court is at the Omnibus hearing on February 2, 2022, at 9:30 a.m. at the Clemente Ruiz Nazario United States Courthouse, at 150 Carlos Chardon Avenue, San Juan, Puerto Rico.**

**PLEASE TAKE NOTICE that the relief requested in the Motion may be granted by the Court without a hearing if no objection is timely filed and served in accordance with the Court's First Amended Case Management Procedures [ECF No. 262].**

RESPECTFULLY SUBMITTED.

San Juan, Puerto Rico, this 11th day of January 2022.

I HEREBY CERTIFY that the foregoing motion was filed with the clerk of the US Bankruptcy Court for the District of Puerto Rico electronically using the CM/ECF system, which automatically serves notification of the filing to all parties in interest.

    <u>/s/ Nelson Robles Díaz</u>
NELSON ROBLES-DIAZ LAW OFFICES, P.S.C.

SDCPR NO. 204410
*Counsel for Defendant International Surveillance Services Corporation*

P. O. Box 192302

San Juan, Puerto Rico 00919-2302

Tel.: (787) 294-9518

Fax: (787) 294-9519

E-mail: nroblesdiaz@gmail.com

4