UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:                                                                            PROMESA
                                                                                 Title III

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

       as representative of                               No. 17 BK 3283-LTS

THE COMMONWEALTH OF PUERTO RICO              (Jointly Administered)
et al.,

                     Debtors.[1]

-------------------------------------------------------------x

ORDER REGARDING PROPOSED NONSUBSTANTIVE
MODIFICATIONS TO CONFIRMATION ORDER MATERIALS

              In connection with this Court's *Order Regarding Plan Modifications Necessary to the Entry of an Order Confirming Plan of Adjustment for the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority* (Docket Entry No. 19721 in Case No. 17-3283) (the "Modifications Order"),[2] and to facilitate consistency between the forthcoming Sixth Modified Eighth Amended Plan and any ensuing findings of fact and conclusions of law and confirmation order, the drafts of which have been attached to the Modifications Order (together, the "Draft Orders"), the Oversight Board may file, no later than **January 14, 2022**, at **11:59 p.m. (Atlantic Standard Time)**, an informative motion identifying any nonsubstantive proposed changes or corrections to the Draft Orders, together with enclosed proposed redlined versions of the Draft

---

[1]     The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]     Capitalized terms used but not otherwise defined herein have the meanings given to them in the Modifications Order.

Orders.  Such proposed changes or corrections must comply with the requirements of the Modifications Order.

       SO ORDERED.

Dated: January 11, 2022

                                                                                  /s/ Laura Taylor Swain
                                                                                 LAURA TAYLOR SWAIN
                                                                                  United States District Judge