# **EXHIBIT A**

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

------------------------------------------------------------------------ x
                                                                                                      :

In re:                                                               :

THE FINANCIAL OVERSIGHT AND         :   PROMESA
MANAGEMENT BOARD FOR PUERTO RICO,    :   Title III
                                                               :

        as representative of                :   Case No. 17-BK-3283 (LTS)
                                                               :

THE COMMONWEALTH OF PUERTO RICO *et al.,*  :   (Jointly Administered)
                                                                :

        Debtors.[1]                                           :
------------------------------------------------------------------------ x

**CERTIFICATION OF LUC A. DESPINS IN SUPPORT OF NOTICE OF PAUL HASTINGS LLP, COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS, OF RATE ADJUSTMENTS EFFECTIVE FEBRUARY 1, 2022**

I, Luc A. Despins, hereby certify the following:

1. I am an attorney admitted and in good standing to practice in the State of New York. I am a partner with the law firm of Paul Hastings LLP ("Paul Hastings"), located at, among other offices worldwide, 200 Park Avenue, New York, New York 10166.

2. I am authorized to submit this certification in support of the *Notice of Paul Hastings LLP, Counsel to the Official Committee of Unsecured Creditors, of Rate Adjustments Effective February 1, 2022* (the "Notice"), filed contemporaneously herewith. Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

3. Paul Hastings' retention order [Docket No. 999] specifically authorizes Paul Hastings to charge its regular hourly rates in effect from time to time, as such rates may be increased periodically.

4. In accordance with the *Order Imposing Additional Presumptive Standards: Rate Increases and the Retention of Expert Witnesses or Other Sub-Retained Professionals* [Docket No. 7678] ("Additional Presumptive Standards Order"), the Committee has authorized the following rate adjustments, both with respect to the February 1, 2022 effective date and on a timekeeper-by-timekeeper basis:[2]

| Timekeeper Name | Position (in 2022) | 2021 Rate[3] | 2022 Rate[3] |
|---|---|---|---|
| Despins, Luc A.[4] | Partner | $1,280.00 | $1,360.00 |
| Bassett, Nicholas A. | Partner | $1,080.00 | $1,180.00 |
| Bongartz, Alex | Counsel | $1,080.00 | $1,180.00 |
| Traxler, Katherine A. | Counsel | $736.00 | $776.00 |
| Barron, Douglass E. | Associate | $876.00 | $956.00 |
| Lopez, Leah H. | Associate | $612.00 | $720.00 |
| Sutton, Ezra | Associate | $560.00 | $648.00 |

5. Paul Hastings' rate schedule for associates in New York (by class year) is as follows:

---

[2] The chart sets forth the 2021 and 2022 hourly rates for timekeepers who billed more than 5 hours in the most recent fee period and who are expected to continue to work on the Title III cases. The hourly rates of timekeepers not specifically listed are changing in line with these rates. The hourly rates of non-attorney timekeepers (paralegals, librarians, project specialists, etc.) will generally increase by $12 to $16 per hour (net of the 20% end-of-case reduction).

[3] For illustrative purposes, the rates in this chart have been adjusted, on a *pro forma* basis, to reflect Paul Hastings' agreement to reduce its total fees by an amount equal to 20% of the total fees sought to be paid in connection with our final fee application. Nothing herein alters Paul Hastings' agreement to reduce its total fees by an amount equal to 20% of the total fees sought to be paid in connection with our final fee application, with the precise fees to be waived to attain the 20% reduction to be designated by Paul Hastings (in its sole discretion) in connection with the final fee application process.

[4] As a courtesy to the Committee and the Debtors, Paul Hastings is voluntarily agreeing to increase the hourly rate of Luc Despins for the Puerto Rico matter only to the 2021 standard rate.

|  | **2021 Rate**[5] | **2022 Rate**[5] |
|---|---|---|
| Entering | $544.00 | $580.00 |
| 1st Year | $560.00 | $596.00 |
| 2nd Year | $612.00 | $648.00 |
| 3rd Year | $684.00 | $720.00 |
| 4th Year | $764.00 | $800.00 |
| 5th Year | $828.00 | $872.00 |
| 6th Year | $860.00 | $904.00 |
| 7th Year | $876.00 | $936.00 |
| 8th Year | $896.00 | $956.00 |
| 9th Year | $900.00 | $960.00 |

6. On an annual basis, Paul Hastings evaluates the hourly rates charged by its billing professionals to determine whether those rates should be increased based on a timekeepers' developing skills and experience, and consistent with changes in market hourly rates. In making this evaluation, Paul Hasting obtains third party consultant information to assist it in determining an appropriate rate schedule for its billing professionals.

7. The 2022 rates charged by the billing professionals working on these Title III cases were set through this process, and are consistent, both in amount and timing, with rates for Paul Hastings timekeepers not working on these Title III cases.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief formed after reasonable inquiry.

Dated: January 11, 2022

/s/ Luc A. Despins
Luc A. Despins

---

[5] For illustrative purposes, the rates have been adjusted, on a *pro forma* basis, to reflect Paul Hastings' agreement to reduce its total fees by an amount equal to 20% of the total fees sought to be paid in connection with our final fee application.