**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

                  Debtors.[1]

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

---------------------------------------------------------------x

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On January 7, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on Arthur Samodovitz (MMLID#2140496), 140 Lasa Dr., Apt. 204, St. Augustine, FL 32084-8740:

- Informative Motion Regarding the Status of House Bill 1003 [Docket No. 18701]

- Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. [Docket No. 19053]

- Informative Motion of Financial Oversight and Management Board for Puerto Rico Regarding Amended Witness Declarations [Docket No. 19054]

- Notice of Filing of Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. [Docket No. 19055]

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Declaration of Christina Pullo of Prime Clerk LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on Seventh Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. [Docket No. 19056]

- Supplemental Declaration of Gaurav Malhotra of Ernst & Young LLP in Respect of Confirmation of Eighth Amended Title III Joint Plan of Adjustment for the Commonwealth of Puerto Rico, *et al*. [Docket No. 19057]

- Supplemental Declaration of Natalie Jaresko in Respect of Confirmation of Eighth Amended Title III Joint Plan of Adjustment for the Commonwealth of Puerto Rico, *et al*. [Docket No. 19058]

- Supplemental Declaration of Sheva R. Levy in Respect of Confirmation of Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. [Docket No. 19059]

- Supplemental Declaration of Juan Santambrogio in Respect of Confirmation of Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. [Docket No. 19060]

- Notice of Filing of Revised Proposed Order and Judgment Confirming Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al*. [Docket No. 19061]

- Notice of Submission of Amended Plan Supplement and Plan Related Documents by the Commonwealth of Puerto Rico, *et al*. [Docket No. 19062]

- Joint Informative Motion Regarding Participation in Opening Arguments [Docket No. 19067]

- Objection of Financial Oversight and Management Board to AMPR's Pretrial Informative Motion [Docket No. 19073]

- Urgent Consensual Motion for Thirteenth Extension of Deadlines Regarding Motion of Whitefish Energy Holdings, LLC for Allowance of Administrative Expense Claim [Docket No. 19076]

- Twelfth Interim Fee Application of Ankura Consulting Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors to Puerto Rico Electric Power Authority ("PREPA") for the Period February 1, 2021 through May 31, 2021 [Docket No. 19189]

- Eighth Interim Application of Ileana C. Cardona Fernandez, Esq., Local Conflicts Counsel to the Financial Oversight and Management Board, Acting through its Special Claims Committee, for Professional Compensation and Reimbursement of Expenses for

the Thirteenth Interim Fee Period from June 1, 2021 through September 30, 2021 [Docket No. 19191]

- Notice of Filing of Eighth Interim Application of Ileana C. Cardona Fernandez, Esq., Local Conflicts Counsel to the Financial Oversight and Management Board, Acting Through its Special Claims Committee, for Professional Compensation and Reimbursement of Expenses for the Thirteenth Interim Fee Period from June 1, 2021 through September 30, 2021 [Docket No. 19192]

- Eighth Interim Application of DiCicco, Gulman & Company LLP, Financial Advisor to the Financial Oversight and Management Board, Acting through its Special Claims Committee, for Professional Compensation and Reimbursement of Expenses for the Thirteenth Interim Fee Period from June 1, 2021 through September 30, 2021 [Docket No. 19195]

- Notice of Filing of Eighth Interim Application of DiCicco, Gulman & Company LLP, Financial Advisor to the Financial Oversight and Management Board, for Professional Compensation and Reimbursement of Expenses for the Thirteenth Interim Fee Period from June 1, 2021 through September 30, 2021 [Docket No. 19196]

- Urgent Unopposed Motion of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority for Leave to File Omnibus Reply to Objections to Requested Rulings Regarding Act 53-2021 Relating to the Modified Eighth Amended Joint Plan of Adjustment of No More than 35 Pages [Docket No. 19205]

- Thirteenth Interim Application of Phoenix Management Services, LLC, Financial Advisor to the Mediation Team, for Allowance of Compensation for Services Rendered for the Period May 31, 2021 through October 3, 2021 [Docket No. 19209]

- Notice of Hearing on Thirteenth Interim Application of Phoenix Management Services, LLC, Financial Advisor to the Mediation Team, for Allowance of Compensation for Services Rendered for the Period May 31, 2021 through October 3, 2021 [Docket No. 19210]

- Thirteenth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Compensation and Reimbursement of Expenses for the Period from June 1, 2021 through September 30, 2021 [Docket No. 19215]

- Notice of Filing of Thirteenth Interim Application of Luskin, Stern & Eisler LLP, as Special Counsel to the Financial Oversight and Management Board for Puerto Rico for Professional Compensation and Reimbursement of Expenses for the Period from June 1, 2021 through September 30, 2021 [Docket No. 19216]

3

- Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board for Puerto Rico as Representative of the Commonwealth of Puerto Rico from June 1, 2021 through September 30, 2021 [Docket No. 19239]

- Notice of Filing of Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico as Representative of the Debtor, the Commonwealth of Puerto Rico for the Period from June 1, 2021 through September 30, 2021 [Docket No. 19240]

- Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board for Puerto Rico as Representative of the Employee Retirement System of the Government of the Commonwealth of Puerto Rico from June 1, 2021 through September 30, 2021 [Docket No. 19241]

- Notice of Filing of Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Employee Retirement System of the Government of the Commonwealth of Puerto Rico for the Period from June 1, 2021 through September 30, 2021 [Docket No. 19242]

- Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board for Puerto Rico as Representative of the Puerto Rico Highways and Transportation Authority from June 1, 2021 through September 30, 2021 [Docket No. 19243]

- Notice of Filing of Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Highways and Transportation Authority for the Period from June 1, 2021 through September 30, 2021 [Docket No. 19244]

- Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Advisor to the Financial Oversight and Management Board for Puerto Rico as Representative of the Puerto Rico Buildings Authority from June 1, 2021 through September 30, 2021 [Docket No. 19245]

- Notice of Filing of Tenth Interim Fee Application of Alvarez & Marsal North America, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred

- as Advisor for the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtor, the Puerto Rico Buildings Authority of the Commonwealth of Puerto Rico for the Period from June 1, 2021 through September 30, 2021 [Docket No. 19246]

- Omnibus Reply of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Objections to Requested Rulings Regarding Act 53-2021 Relating to the Modified Eighth Amended Joint Plan of Adjustment [Docket No. 19249]

- Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* [Docket No. 19365]

- Notice of (I) Filing Proposed Findings of Fact and Conclusions of Law in Connection with Confirmation of the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* and (II) Deadline for Objections Thereto [Docket No. 19366]

- Notice of Filing of Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* [Docket No. 19367]

- Notice of Filing of Revised Proposed Order and Judgment Confirming Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, *et al.* [Docket No. 19368]

- Second Urgent Omnibus Consented Motion for Extension of Deadlines [Docket No. 19372]

- Eighth Joint Status Report of the Commonwealth of Puerto Rico and Consul-Tech Caribe, Inc. [Docket No. 19377]

- Informative Motion Regarding Adjournment of Hearing on COFINA's Objection to the Internal Revenue Service's Proofs of Claim (ECF No. 7419) [Docket No. 19411]

- Twelfth Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of Debtors, for the Period of February 1, 2021 through May 31, 2021 [Docket No. 19412]

- Notice of Filing of Twelfth Interim Application of O'Neill & Borges LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Attorneys to the Financial Oversight and Management Board for Puerto Rico, as Representative of the Debtors, for the Period of February 1, 2021 through May 31, 2021 [Docket No. 19413]

On January 7, 2022, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on (1) Graciana Acevedo Cardona (MMLID#2163913), at an address that has been redacted for the interest of privacy; and (2) Smallwood Brother Arecibo Inc. (MMLID#2164370), 1357 Ave Ashford, Ste 1, San Juan, PR 00907-1403:

- Fourth Extension of Deadline for Commonwealth of Puerto Rico to Assume or Reject Unexpired Nonresidential Leases Under Title III Proceedings, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit A**

On January 7, 2022, at my direction and under my supervision, employees of Prime Clerk caused a request for additional claim information, in the form of customized letters, a blank copy of which is attached hereto as **Exhibit B**, to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit C**.

Dated: January 11, 2022

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 11, 2022, by Nuno Cardoso, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

**Exhibit A**



December 10, 2021

**BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

**Re:** **Fourth Extension of Deadline for the Commonwealth of Puerto Rico
to Assume or Reject Unexpired Nonresidential Leases under Title III Proceeding**
*Cuarta Extensión de Fecha para el Gobierno de Puerto Rico Asumir o Rechazar Contratos
No Residenciales que No Hayan Expirado conforme al Procedimiento bajo Título III*

Dear Landlord:
*Estimado Arrendador:*

You are receiving this letter because our records show that the below-named landlord currently leases certain nonresidential real property to the Commonwealth of Puerto Rico, including its agencies (the "Commonwealth"), pursuant to the lease(s) listed below.
*Usted ha recibido esta carta porque nuestros récords indican que el arrendador identificado abajo actualmente arrienda ciertos bienes inmuebles no residenciales al Gobierno de Puerto Rico, incluyendo sus agencias (el "Gobierno"), conforme a los siguientes contratos de arrendamiento.*

| Lease ID<br>*Número de Control* | Landlord<br>*Arrendador* | Tenant<br>*Arrendatario* | Effective Date of Lease<br>*Fecha de Efectividad del Arrendamiento* | Office of the Controller Registration Number<br>*Número de Registro de la Oficina del Contralor* |
|---|---|---|---|---|
|  |  |  |  |  |

On May 3, 2017, the Commonwealth, represented by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), filed for relief under Title III of PROMESA (the "Title III Proceeding"). Pursuant to Section 365(d) of the Bankruptcy Code, made applicable to the Title III Proceeding pursuant to Section 301 of PROMESA, and order of the United States District Court for the District of Puerto Rico, the Oversight Board has until January 1, 2022, to assume or reject all nonresidential real property leases, unless the corresponding landlords provide their consent to extend such deadline. Any nonresidential real property lease for which the landlord does not provide its consent to extend such deadline will be deemed rejected on January 1, 2022.

*El 3 de mayo de 2017, el Gobierno, representado por la Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión"), radicó una petición para acogerse al Título III de PROMESA (el "Procedimiento de Título III"). Conforme a la Sección 365(d) del Código de Quiebras, que es aplicable al Procedimiento de Título III conforme a la Sección 301 de PROMESA, y la orden del Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico, la Junta de Supervisión tiene hasta el 1 de enero de 2022 para asumir o rechazar los contratos de arrendamiento para bienes inmuebles no residenciales, a menos que los arrendadores correspondientes provean su consentimiento para extender dicha fecha. Cualquier arrendamiento de bien inmueble no residencial para el cual el arrendador no provea su consentimiento para extender dicha fecha se considerará rechazado efectivo el 1 de enero de 2022.*

In order to avoid the rejection of the above-listed leases, we hereby request your consent to further extend the deadline to assume or reject the above-listed lease(s), and any other leases between the above-named landlord, as landlord, and the Commonwealth, as tenant, until the earlier of (i) January 1, 2023, (ii) the date of expiration or termination of such lease(s) pursuant to its(their) own terms, or (iii) the effective date of the plan of adjustment under the Title III Proceeding. Such extension is not intended to affect any of the parties' respective rights or remedies under said lease(s) or the Title Proceeding.

*Para evitar que los arrendamientos listados arriba sean rechazados, solicitamos su consentimiento para extender nuevamente la fecha límite para asumir o rechazar los arrendamientos indicados arriba, y cualquier otro arrendamiento entre el arrendador indicado arriba, como arrendador, y el Gobierno, como arrendatario, hasta lo primero que ocurra entre: (i) el 1 de enero de 2023, (ii) la fecha de expiración o terminación de dicho(s) arrendamiento(s) conforme a sus propios términos, o (iii) la fecha de efectividad del plan de ajuste bajo el Procedimiento de Título III. Dicha extensión no pretende afectar ninguno de los derechos o remedios respectivos de las partes bajo dicho(s) arrendamiento(s) o el Procedimiento de Título III.*

If you do not wish to extend the date for the assumption or rejection of the above-listed lease(s), and any other leases between the above-named landlord, as landlord, and the Commonwealth, as tenant, as provided above, please contact the following counsel to the Puerto Rico Fiscal Agency and Financial Advisory Authority ("AAFAF") by mail, telephone, or email **on or before December 20, 2021**:

*Si usted no desea extender la fecha límite para que se asuman o rechacen los arrendamientos indicados arriba y cualquier otro arrendamiento entre el arrendador indicado arriba, como arrendador, y el Gobierno, como arrendatario, favor de comunicarse con los siguientes representantes legales de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico ("AAFAF") por correo, teléfono o correo electrónico en o antes del **20 de diciembre de 2021**:*

      Lcdo. Luis Marini Biaggi
Marini, Pietrantoni & Muñiz
787-705-2171
lmarini@mpmlawpr.com
250 Ponce de León Ave, Suite 900
San Juan, PR 00918

If you do not respond to this letter by **December 20, 2021** by mail, telephone, or email at the address, number, or email provided above, it will be understood that the above-named landlord has granted its consent to extend the deadline for the assumption or rejection of all the above-listed lease(s), and any other leases between the above-named landlord, as landlord, and the Commonwealth, as tenant, without waiving any rights and remedies that the landlord may have under said leases.

*Si no responde a esta carta en o antes del **20 de diciembre de 2021** por correo, teléfono o correo electrónico mediante la dirección, número o correo electrónico provisto arriba, se considerará que el arrendador indicado arriba ha provisto su consentimiento para extender la fecha para asumir o rechazar todos los arrendamientos indicados arriba, y cualquier otro arrendamiento entre el arrendador indicado arriba, como arrendador, y el Gobierno, como arrendatario, sin perjuicio de los derechos y remedios que el arrendador pudiese tener bajo dicho(s) arrendamiento(s).*

If you have any questions regarding the foregoing, you or your counsel (if you are represented by counsel) may contact AAFAF's counsel at the address, number, or email provided above.

*Si tiene cualquier pregunta con respecto a lo anterior, usted o su representante legal (en la medida que tenga representación legal) puede comunicarse con los representantes legales de AAFAF a la dirección, número o correo electrónico indicados arriba.*

Very truly yours,
*Cordialmente,*

**PUERTO RICO FISCAL AGENCY
AND FINANCIAL ADVISORY AUTHORITY**

By:
Name: Javier Tirado Polo
Title: General Counsel of the Puerto Rico Fiscal Agency and Financial Advisory Authority

**Exhibit B**

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| **Name** | **ClaimNumber** | **Date Filed** | **Debtor** | **Asserted Claim Amount** |
| **Treatment:** | **Claim to be Disallowed** | | | |
| **Reason:** | **OMNI Reason** | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| **Name** | **ClaimNumber** | **Date Filed** | **Debtor** | **Asserted Claim Amount** |
| **Tratamiento:** | **Reclamo a ser desestimado** | | | |
| **Base para:** | **Spanish Reason** | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

2

**Static Line**
**Name**
**Address1**
**Address2**
**Address3**
**Address4**
**City, State PostalCode**
**Country**

2

**Exhibit C**

# Exhibit C

Notice Parties Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 2149449 | Arroya Alomar, Rosael | 4018 Calle Aquarium | #4018 | Santa Isabel | PR | 00757-3283 |
| 2206193 | Herrera Camacho, Victor M. | Urb Puerto Nuevo | 1200 Calle Cardenas | San Juan | PR | 00920-5146 |
| 2206193 | Herrera Camacho, Victor M. | Urb Puerto Nuevo | 1200 Calle Cardenas | San Juan | PR | 00920-5146 |
| 2207343 | Mason Velez, Norma I | PO Box 3855 | | Bayamon | PR | 00958-0855 |
| 2202681 | Mason Velez, Norma I. | PO Box 3855 | | Bayamon | PR | 00958-0855 |

In re: The Commonwealth of Puerto Rico, *et al.*
Case No. 17-03283 (LTS)

Page 1 of 1