UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | No. 17 BK 3283-LTS<br>(Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO,<br>et al., | |
| Debtors. | |

-------------------------------------------------------------------x

**[Related to Docket #19720]**

**INFORMATIVE MOTION – JANUARY 19-20, 2022 AND FEBRUARY 16-17, 2022 HEARINGS**

Dated: January 12, 2022

**INFORMATIVE MOTION – JANUARY 19-20, 2022 AND FEBRUARY 16-17 2022 HEARINGS**

      Peter C. Hein, pro se, an individual bondholder, hereby files this Informative Motion in response to the Court's Order regarding Procedures (#19720). It appears from the Court's Order regarding Procedures ( #19720) that the January 19-20, 2022 and February 16-17, 2022 hearings will only involve argument on certain omnibus claims objections that do not involve or concern me. If so, I may not participate. However, since I need to file this informative motion prior to receiving an agenda of the matters to be addressed at the January 19-20, 2022 and February 16-17, 2022 hearings, I am filing this informative motion to preserve my right to be heard at these hearings on any matters on the agenda that concern me. I am attaching a Party Appearance Cover Sheet as Exhibit A.

      January 12, 2022

      Respectfully Submitted,

/s/ Peter C. Hein
Peter C. Hein, pro se
101 Central Park West, Apt. 14E
New York, NY 10023
petercheinsr@gmail.com

917-539-8487

# EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| Name of Party | Peter C. Hein |
| Party Name Abbreviation (For Use with Zoom) | Pro se / Hein, Peter |
| Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br><br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of<br><br>Or<br><br>Party-in-interest Not Represented by Counsel:<br><br>• Name, Email, Phone Number, Proof of Claim Number (if any) | Peter C. Hein<br>petercheinsr@gmail.com<br>9175398487 |
| If a Party files a supplemental Party appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | |

**NOTE:** If the January 19-20, 2022 and February 16-17, 2022 hearings are limited to certain omnibus claim objections and do not pertain to any matters to which I am a party or that concern me, I may not appear at the hearing.

## Certificate of Service

I, Peter C. Hein, certify that I have caused "Informative Motion – January 19-20, 2022 and February 16-17, 2022 Hearings" to be served via the Court's CM/ECF system.

January 12, 2022

                                                     /s/ Peter C. Hein
                                                     Peter C. Hein