# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO *et al.,*<br><br>    Debtors. | PROMESA Title III.<br><br>Case No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF IYEN A. ACOSTA

**TO THE HONORABLE BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** the undersigned counsel for and on behalf of creditor MOROVIS COMMUNITY HEALTH CENTER, INC. for all purposes in connection with this case is hereby withdrawn, and service of pleadings and notices, including CM/ECF electronic notification, in this case upon her should be discontinued.

**PLEASE TAKE FURTHER NOTICE** that notices and pleadings given or filed in this case should now be given and served upon each of the following:

VICTOR M. RIVERA-TORRES
VICTOR M. RIVERA-RIOS
1420 FERNANDEZ JUNCOS AVE SAN JUAN, PR 00909
Telephone: (787) 727-5710
Facsimile: (787) 268-1835
E-Mail: victor.rivera@rcrtrblaw.com
E-Mail: victorriverarios@rcrtrblaw.com

Respectfully submitted,

/s/ María Celeste Rodríguez Miranda
María Celeste Rodríguez Miranda
D.P.R. Bar No. 213113
Bufete Rodríguez Miranda, C.S.P.
P.O. Box 365072
San Juan, PR 00936-5072
(787) 408-0808 (tel)
mcrm100@msn.com

/s/Iyen A. Acosta
Iyen A. Acosta*
Reno & Cavanaugh, PLLC
455 Massachusetts Avenue, NW
Suite 400
Washington, DC 20001
(202) 349-2470 (office)
(202) 349-2471 (fax)
iacosta@renocavanaugh.com
*Admitted *pro hac vice*

Attorneys Morovis Community Health Center, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2022 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/Iyen A. Acosta
Iyen A. Acosta