# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>The Financial Oversight and Management Board for Puerto Rico,<br><br>      as representative of<br><br>The Commonwealth of Puerto Rico, *et al.*,<br><br>          Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br>(Jointly Administered) |

## MOTION TO INFORM TRANSFER OF CLAIM

**COMES NOW** certain funds for which Taconic Capital Advisors L.P. serves as investment manager (hereafter "Taconic"), by and through the undersigned legal counsel, and respectfully informs and requests the Court as follows:

1.      On May 3, 2017, the Commonwealth of Puerto Rico ("Commonwealth"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the Commonwealth's representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"), filed a petition with the United States District Court for the District of Puerto Rico (the "District Court") under title III of PROMESA).

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("**COFINA**") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("**HTA**") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("**ERS**") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("**PREPA**") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("**PBA**") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

KL2 3266109.2

2.      On May 25, 2018, National Public Finance Guarantee Corporation ("National") filed Proof of Claim No. 27883 in the amount of $199,145,000.00 (the "Claim") against the Commonwealth of Puerto Rico in Bankruptcy Case No. 17 BK 3283-LTS.

3.      On January 12, 2022, National irrevocably assigned and transferred a portion of the Claim to Taconic in the principal amount of $60,210,000.00 (the "Transferred Claim"), as described in further detail in the *Evidence of Partial Transfer of Claim* annexed as **Exhibit A** hereto.

4.      Based on the foregoing, Taconic hereby submits and files its *Evidence of Partial Transfer of Claim* with regards to the transfer of the Transferred Claim.  See, **Exhibit A**.

WHEREFORE, Taconic respectfully requests the Court to take note of the foregoing, to allow the transfer of the Transferred Claim, and to make the appropriate corrections and clarifications in the Court's records (including the claim registry maintained by Prime Clerk) regarding the transfer of the Transferred Claim to Taconic.

*[Remainder of Page Intentionally Left Blank]*

2

KL2 3266109.2

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, today January 12, 2022.

<table>
<tr>
<td>

**TORO COLÓN MULLET P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*/s/ Manuel Fernández-Bared*
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcm.law

*/s/ Linette Figueroa-Torres*
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcm.law

*/s/ Nayda Perez-Roman*
NAYDA PEREZ-ROMAN
USDC–PR No. 300,208
E-mail: nperez@tcm.law

*Counsel for Taconic*

</td>
<td>

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Tel.: (212) 715-9100
Fax: (212) 715-8000

*/s/ Douglas Buckley*
AMY CATON*
THOMAS MOERS MAYER*
ALICE J. BYOWITZ*
DOUGLAS BUCKLEY*
Email:  acaton@kramerlevin.com
        tmayer@kramerlevin.com
        abyowitz@kramerlevin.com
        dbuckley@kramerlevin.com
*Admitted Pro Hac Vice*

*Counsel for Taconic*

</td>
</tr>
</table>

3

KL2 3266109.2