---

**Manual Administrativo de la Autoridad de Energía Eléctrica
Capítulo 100 - Personal**

---

130    **Beneficios Marginales**

La Autoridad concede a sus empleados beneficios marginales que fomentan la satisfacción y las buenas relaciones en el empleo y proveen al empleado un ingreso adicional a su sueldo. De esa forma, se contribuye al incremento en la productividad y a la eficiencia en el servicio que se presta. Los beneficios marginales que ofrece la Autoridad a sus empleados están sujetos a la disponibilidad económica y a las condiciones reglamentarias correspondientes.

130.1    **Sistema de Retiro**

El Sistema de Retiro provee un fondo de pensiones para los empleados. Para más información, refiérase al Capítulo 250, Sistema de Retiro.

130.2    **Plan Médico**

La Autoridad provee a sus empleados y jubilados un plan de servicios médicos, según lo permitan las condiciones económicas de la Autoridad. Para más información, refiérase al Capítulo 200, Salud y Seguridad Ocupacional.

130.3    **Bono de Navidad**

Se concede un Bono de Navidad a cada empleado en el servicio de carrera y de confianza que estuviera empleado al cierre del año fiscal y tenga por lo menos seis meses de servicio, al cierre del año fiscal.

La Autoridad otorga un 8% del total del salario devengado por el empleado regular hasta un máximo de $60,000 anuales, más el 4% del exceso de $60,000.

Las horas de licencia por enfermedad que se liquiden al momento de la jubilación se consideran como salario devengado a los fines de computar el Bono de Navidad. Esta norma también aplica a los casos de fallecimiento de un empleado antes de su jubilación.

La Autoridad otorga un Bono de Navidad de acuerdo con las disposiciones de ley a los empleados temporeros que cumplan con el mínimo de 960 horas trabajadas dentro de los 12 meses comprendidos desde el 1 de diciembre del año anterior hasta el 30 de noviembre del año en que se concede.

**Aquellos empleados pertenecientes a una unidad apropiada de las existentes en la Autoridad que hayan adquirido el beneficio del Bono de Navidad regular y se les otorgue un nombramiento gerencial temporal, tienen derecho a recibir el Bono de Navidad regular, siempre y cuando estuvieran empleados al cierre del año fiscal.**

130.4    **Seguro de Vida para Empleados Regulares    Gerenciales    en Servicio Activo**

La Autoridad concede un seguro de vida por la cantidad de $30,000 a los beneficiarios de los empleados regulares gerenciales que fallezcan en servicio activo. La Autoridad provee este beneficio y el Sistema de Retiro lo administra.

El empleado debe llenar el formulario *Designación de Beneficiarios del Seguro de Vida Empleados Regulares Gerenciales* (AEE 020.0-369) y enviarlo a la Sección de Pensiones y Beneficios del Sistema de Retiro.

**Secciones 130 a 130.4
Rev. 10/24/06**

**NEPHTALI CASTILLO—REYES**

| | SECUENCIA | GRUPO PAGO | EMPLEADO |
|---|---|---|---|
| | 4680 | 468 | 13453 |

| DESCRIPCION | HORAS | INGRESOS | ACUMULACION ANUAL |
|---|---|---|---|
| BONO NAVIDAD | 0.00 | 600.00 | 600.00 |
| COMP ADICIONAL | 0.00 | 0.00 | 9660.00 |
| TIEMPO COMP | 0.00 | 0.00 | 26528.21 |
| SALARIO BASICO | 0.00 | 0.00 | 39223.80 |
| LIC ENFERMEDAD | 0.00 | 0.00 | 169.80 |
| LIC VACACIONES EXC | 0.00 | 0.00 | 3056.40 |
| BONO RIESGO | 0.00 | 0.00 | 100.00 |

| DESCRIPCION | CONTR/DED | ACUMULACION ANUAL |
|---|---|---|
| Medicare EE Withheld | 8.70 | 1150.40 |
| SS EE Withheld | 37.20 | 4918.97 |
| SIT Withheld | 60.00 | 9852.90 |
| APORTACION RETIRO | 0.00 | 4669.50 |
| SEGURO DE VIDA SSS | 0.00 | 360.00 |
| PREST PERS RET II | 0.00 | 2987.25 |

| CORRIENTE A LA FECHA | INGRESOS | CONTRIBUCIONES | DEDUCCIONES | PAGA NETA | FECHA PERIODO PAGO | | CANTIDAD DEL CHEQUE |
|---|---|---|---|---|---|---|---|
| | 600.00 | 105.90 | 0.00 | 494.10 | | | 494.10 |
| | 79338.21 | 15922.27 | 8016.75 | 55399.19 | 06—DEC—2014 | INFORME DE SUELDOS PAGOS Y DEDUCCIONES | |
| BALANCES LICENCIAS | ANUAL | | 516.35 | ENFERMEDAD | 924.8 | ACUMULACION RETIRO | 57794.58 |



**AUTORIDAD DE ENERGÍA ELÉCTRICA**
DEPARTAMENTO DE NÓMINA
APARTADO 364267
SAN JUAN, PUERTO RICO 00936-4267

FECHA DE EMISION   05—DEC—2014

NOMBRE DEL BANCO
BANCO POPULAR DE PUERTO RICO—021502011

DEPOSITO CUENTA
7556

CANTIDAD
494.10

NOMBRE DEL EMPLEADO
NEPHTALI CASTILLO-REYES
13453

HEMOS DEPOSITADO EN SU CUENTA
DE BANCO LA CANTIDAD INDICADA
QUE REPRESENTA EL IMPORTE
NETO SEGÚN EL INFORME DE PAGO
Y DEDUCCIONES QUE SE ACOMPAÑA

# AVISO DE DEPÓSITO DIRECTO

**NO NEGOCIABLE**

**NEPHTALI CASTILLO-REYES**

| | SECUENCIA | GRUPO PAGO | EMPLEADO | | | | CONTIDAD | ACUMULACION ANUAL |
|---|---|---|---|---|---|---|---|---|
| | 4680 | 468 | 13453 | | | | | |

| DESCRIPCION | HORAS | INGRESOS | ACUMULACION ANUAL | DESCRIPCION | | CONTIDAD | ACUMULACION ANUAL |
|---|---|---|---|---|---|---|---|
| LIC VACACIONES EX | | 0.00 | 2377.20 | SS | | 332.67 | 4403.28 |
| LIC ENFERMEDAD | | 0.00 | 509.40 | MEDICARE | | 77.80 | 1029.80 |
| SALARIO BASICO | | 0.00 | 39563.40 | (PR) SIT | | 536.58 | 6646.83 |
| COMP ADICIONAL | | 0.00 | 8070.00 | APORTACION RETIRO | | 0.00 | 4669.50 |
| TIEMPO COMP | | 0.00 | 14934.93 | PREST PERS RET II | | 0.00 | 2967.75 |
| BONO RIESGO | | 0.00 | 200.00 | SEGURO DE VIDA SSS | | 0.00 | 360.00 |
| BONO NAVIDAD | | 5365.75 | 5365.75 | | | | |

| | INGRESOS | CONTRIBUCIONES | DEDUCCIONES | PAGA NETA | FECHA PERIODO PAGO | | | CANTIDAD DEL CHEQUE |
|---|---|---|---|---|---|---|---|---|
| CORRIENTE A LA FECHA | 5365.75 | 947.05 | 0.00 | 4418.70 | | | | 4418.70 |
| | 71020.68 | 12079.91 | 7997.25 | 50943.52 | 07-DEC-2013 | | INFORME DE SUELDOS PAGOS Y DEDUCCIONES | |
| BALANCES LICENCIAS | ANUAL | | 448.85 | ENFERMEDAD | 789.78 | ACUMULACION RETIRO | | 50524.16 |



**AUTORIDAD DE ENERGÍA ELÉCTRICA**
DEPARTAMENTO DE NÓMINA
APARTADO 364267
SAN JUAN, PUERTO RICO 00936-4267

FECHA DE EMISION  06-DEC-2013

| NOMBRE DEL BANCO | DEPOSITO CUENTA | CANTIDAD |
|---|---|---|
| BANCO POPULAR DE PUERTO RICO | 7556 | 4418.7 |

HEMOS DEPOSITADO EN SU CUENTA
DE BANCO LA CANTIDAD INDICADA
QUE REPRESENTA EL IMPORTE
NETO SEGÚN EL INFORME DE PAGO
Y DEDUCCIONES QUE SE ACOMPAÑA

**NOMBRE DEL EMPLEADO**
**NEPHTALI CASTILLO-REYES**
13453

# AVISO DE DEPÓSITO DIRECTO

## NO NEGOCIABLE