7020 2450 0001 9308 4212



**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

AT RATE ENVELOPE
RATE ■ ANY WEIGHT

ACKED ■ INSURED

To schedule free Package Pickup scan the QR code.



USPS.COM/PICKUP



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

**FROM:**

Nephtali Castillo Reyes
Plaza de la Fuente
Argen-tise 1184
Toa Alta PR
00953

**TO:**

Clerk's Office (sala 150)
United States District Court
#150 Avenida Chardón
Edificio Federal
San Juan PR
00918