# REPLICA DE OBJECION GLOBAL

I. DATOS DE CONTACTO

Nombre: Irma Colón Vega

Dirección Postal: HC 3 BOX 15476 Calle Caguax, Juana Díaz, P.R. 00795

Teléfono de contacto res. _—_  cel. 787-638-9366

Número de reclamación: 139162
                       140270
II. Epígrafe          143397

A. Secretaria (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

   Número de las evidencias por reclamo:

   #49762 - Ley #89 – Romerazo – Efectiva en 1 de Julio de 1995

   #94057 - Ley de Escala Salarial - Pasos, del 6 de Junio de 2008

   #96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002
           Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes:

   Ley 89 Romerazo – Efectiva en 1 de Julio de 1995

   Ley de Escala Salarial – Pasos del 6 de Junio de 2008

   Ley #96 (2002) del Dr. Pedro Rosello – efectivo Julio de 2002

   Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone Company, Ponce, Puerto Rico desde el __8__ de __diciembre__ de __1988__ hasta el __1__ de __enero__ de __2011__. Culmine mi laborar como __Representante de Servicio III__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

__Irma Colón Vega__
Nombre en letra de molde

__Irma Colón Vega__
Firma

Fecha: Enero 8, 2022

P.D. La Puerto Rico Telephone Company es una agencia que pertenecía a el Estado Libre Asociado de Puerto Rico hasta el año 1999. Fué en ese año que se concretó la venta, cuando el gobernante, Dr. Pedro Rosello, con todo y un paro general en contra de la privatización de la empresa, la vendió. Fué entonces que la agencia pasó a ser una entidad privada.

En el plano personal, se me requirió una carta de recomendación de la representante del área sur, del partido político que estaba en el poder; cuando sometí la solicitud de empleo en P.R.T.c.

Por tales razones, no estoy de acuerdo en que se considere desestimar mi reclamo; debido a que el fundamento de mi reclamo es de un dinero adeudado por concepto de aumentos de unas leyes firmadas durante el período que la Puerto Rico Telephone era una agencia del Estado Libre Asociado de Puerto Rico. Muchas gracias por la atención al respecto.