**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Colon Vega, Irma | 139162 | 8/7/2018 | Commonwealth of Puerto Rico | $4,800.00 |
| Treatment: | Claim to be Disallowed | | | |
| Reason: | Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Puerto Rico Telephone Company which is not part of the Title III proceedings. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Colon Vega, Irma | 139162 | 8/7/2018 | Commonwealth of Puerto Rico | $4,800.00 |
| Tratamiento: | Reclamo a ser desestimado | | | |
| Base para: | La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo indican una obligación entre el Demandante y la Telefónica de Puerto Rico, que no forma parte de los procedimientos iniciados al amparo del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICACION

**IRMA VEGA**
XXX-XX-0432

Para la ex empleada de referencia certificamos lo siguiente:

- Ingresó a PRT/Claro efectivo el 05 de diciembre de 1988.
- Trabajó como empleada regular hasta el 01 de enero de 2011.
- A la fecha de su baja devengaba un salario por hora de $19.10.

Esta certificación tiene sello oficial a relieve que confirma que la información fue obtenida de nuestro sistema de información personal. En Guaynabo, Puerto Rico a lunes, 03 de febrero de 2020.

Abigail Alejandro González
Oficial de Compensación
Compensación y Récords



**TELEFONICA**
DE PUERTO RICO

P.O. Box 360998, San Juan, P.R. 00936-0998

22 de julio de 1993

## VERIFICACION DE EMPLEO

A petición del solicitante nombrado a continuación procedemos a certificarles la siguiente información relacionada con su empleo.

NOMBRE: __Irma Vega__

NUM. DE EMP. __9672__   NUM. SEG. SOCIAL _____

FECHA DE EMPLEO: __5 de diciembre de 1988__

POSICION: __Operadora de Tráfico III__

SALARIO: $ __6.15__       __X__ POR HORA

                         _____ ANUAL

ES EMPLEADO:

   PROBATORIO _____        JORNADA COMPLETA __X__

   REGULAR __X__            JORNADA MEDIA _____

   TEMPORERO _____

Bono de navidad es igual al 8% de los salarios devengados en un período de doce meses.

*Sonia Reyes*
SONIA REYES ROSA
GERENTE
DIVISION RECORDS
& ESTADISTICAS

INFORMACION AUTORIZADA POR EL SOLICITANTE