Irma Colón Vega
HC 3 Box 15476
Juana Diaz, P.R.
00795

U.S. POSTAGE PAID
FCM LG ENV
JUANA DIAZ, PR
00795
JAN 08, 22
AMOUNT
$1.36
R2304M110228-12

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico
00918-1767