# REPLICA DE OBJECION GLOBAL

**I. DATOS DE CONTACTO**

Nombre *María Teresa Ydrack Vivone*

Dirección Postal *P.O. Box-7 9844 Carolina Puerto Rico  00 984 - 9844*

Teléfono de contacto res. _____   cel. *(787) 3900395*

*#reclamo - 175538*
II. Epígrafe

A. Secretaría (Clerk's Office)
   Tribunal de Distrito de los Estados Unidos
   Room 150 Federal Building
   San Juan Puerto Rico 00918-1767

B. Estado Libre Asociado de Puerto Rico y otros (Deudores)

C. Número de Procedimiento: 17 BK 3283 – LTS

D. Objeción Global referente a la solicitud de dineros no pagados por el Estado Libre Asociado de Puerto Rico:

Número de las evidencias por reclamo: *Sueldo - Julio - 1973*
*Ley 134 - Aumento*
#49762 - Ley #89 – Romerazo - Efectiva en 1 de julio de 1995
*Ley 89 Retribución - Uniforme*
#94057 - Ley de Escala Salarial - Pasos, del 6 de junio de 2008

#96621 – Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002
   Ley #164 (2004) de la Sra. Sila Calderón - efectiva enero 2004

III. El Tribunal no debe declarar la Objeción Global, debido a que son dineros adeudados mediante la aprobación por el gobierno del Estado Libre Asociado de Puerto Rico de las siguientes leyes: *Ley 134 - Aumento Sueldo - Julio 1973*

*Ley 89* Romerazo – Efectiva en 1 de julio de 1995 *Uniforme - Julio 1979*
*Ley 89 Retribución*
Ley de Escala Salarial – Pasos del 6 de junio de 2008

Ley #96 (2002) del Dr. Pedro Rosello – efectivo julio de 2002

Ley #164 (2004) de la Sra. Sila M. Calderón efectiva enero 2004

PD: La Puerto Rico Telephone Co.
fue una Agencia del gobierno
del E.L.A. de P.R. hasta el
1999 cuando el gobernante
de turno el Dr. Pedro Rosselló
la vendió y pasó a ser
una Agencia privada
Por lo tanto no estoy de
Acuerdo a que se desestime
mi reclamo ya que las
leyes se firmaron durante
los años de Servicios que
estoy reclamando. La
PRTC. pertenecía al Gobierno
de P.R. el Estado Libre Asociado

## IV. Documentación Justificativa

Se incluyen documentos que evidencian los años de servicio con Puerto Rico Telephone _Cuteño_ Company, ~~Ponce,~~ Puerto Rico desde el __2__ de __Abril__ de __1973__ hasta el __7__ de __Mayo__ de __1999__. Culmine mi laborar como __Oficinista Dactilografo H__ en Puerto Rico Telephone Company, Ponce, Puerto Rico, ELA. Se esta reclamando por las leyes aplicables que cubren estos años de servicio ~~educativo~~.

Se incluyen documentos que evidencian este reclamo.

Debido a la reciente situación de emergencia por terremotos y COVID-19 en Puerto Rico, se están enviando las réplicas en esta fecha. De necesitar información o documentos adicional, favor comunicarse con la que suscribe.

MARIA TERESA YDRACH VIVONI

Nombre en letra de molde

_María Teresa Ydrach Vivoni_

Firma

PS: La Puerto Rico Telephone Co. fue una agencia del gobierno del Estado Libre Asociado de P.R. hasta el 1999. Cuando el gobernante de turno el Sr. Pedro Rosselló la vendió y pasó a ser una agencia privada... Por lo tanto no estoy de acuerdo a que se desestime mi reclamo ya que las leyes se firmaron estoy reclamando un dinero adeudado por concepto de aumento de sueldos por leyes de pensión. Durante los años que la Telefónica fue gobierno.