## Eighth Administrative Reconciliation Status Notice

| Claim Number | Type of Claim (Pension/Retiree, Tax Refund, Public Employee, Grievance) | Date Transferred into ACR | Responsible Agency | Claim Review Started? (Y/N) | Explanation for Delay in Review (Over 60 Days) | Complete Administrative File? (Y/N) | Initial Determination Complete? (Y/N) | Explanation for Initial Determination Extension (Beyond 90 Days) | Claimant Appeal from Initial Determination? (Y/N) | Status of Appeal | ACR Claim Resolved? (Y/N) | Date of Resolution | Payment Date, if applicable (within 120 days) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 175538 | Public Employee | 5/4/2021 | Puerto Rico Telephone Company | Y | N/A | N | N | Information Request letter sent to claimant; response received and being reviewed. | N | N/A | N | TBD | TBD |

To view the Debtors' full Eighth Administrative Reconciliation Status Notice, please visit https://cases.primeclerk.com/puertorico/. To obtain an electronic or hard copy of the Eighth Administrative Reconciliation Status Notice, please contact Prime Clerk at (844) 822-9231 (toll Free for the U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or email PuertoRicoInfo@primeclerk.com.



PRT/CLARO
P.O. Box 360998
San Juan PR  00936-0998

## CERTIFICACION

## MARIA T. YDRACH VIVONI
## XXX-XX- 1814

Para (el)(la) ex emplead(o)(a) de referencia certificamos lo siguiente:

➤ Ingresó a PRT/Claro efectivo el 04/02/1973.

➤ Trabajó como emplead(o)(a) regular hasta 03/01/1999.

Esta certificación confirma que la información fue obtenida de nuestro sistema de información personal.  En Guaynabo, Puerto Rico a miércoles, 09 de septiembre de 2020.

*Abigaíl Alejandro González*

Abigaíl Alejandro González
Oficial de Compensación
Compensación y Récords

 *Estado Libre Asociado de Puerto Rico*
*ADMINISTRACION DE LOS SISTEMAS DE RETIRO*
*DE LOS EMPLEADOS DEL GOBIERNO Y LA JUDICATURA*
*Apartado 42003, Estación Minillas, Santurce, P.R. 00940*

**APR  8 1996**

SRA MARIA T YDRACH VIVONI
PO BOX 1843
OLD SAN JUAN STATION
SAN JUAN PR    00902

AGENCIA: P.R.TELEPHONE
SEGURO SOCIAL:

Estimada señora Yorach:

Nos referimos a su comunicación- en la cual solicita información de este Sistema respecto a sus años de servicios.

Conforme a la evidencia en nuestro poder, al 30 de junio de 1995 usted tiene acreditados en este Sistema 22.50 años de servicios.

Períodos cubiertos:

Del 2 de abril de 1973 al 30 de junio de 1995

De no haber interrupciones en sus servicios posteriores al 30 de junio de 1995, el 30 de septiembre de 2002 completará 30.00 años de servicios.

Agradeceremos se comunique con este Sistema a la brevedad posible en caso de que esta información no coincida con sus récords.

Cordialmente,

Nancy Carmona Rodríguez
Jefe Interina
División de Participantes

Nilda Rojas Rojas (mt)
Nilda Rojas Rojas
Supervisora Interina
Sección Estado de Cuenta

/sbs

Ave. Ponce de León #437, esq. Matienzo Cintrón, Parada 32 1/2, Hato Rey, P.R.