

Maria T. Ydrach
PO Box 79844
Carolina, PR 00984-9844



Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767