10 de enero de 2022.

Commonwealth of Puerto Rico
ACR Processing Center
c/o Prime Clerk, LLC

A quien pueda interesar:

Le escribo en respuesta a la carta que recibí donde me indican que parte de mi reclamación es de la Asociación de Empleados del ELA, (AEELA).

Deseo informarles que todo mi tiempo incluido en la reclamación fue con el Departamento de Educación bajo el Estado Libre Asociado de P.R. (ELA). Nunca trabajé para la Asociación de Empleados del ELA, (AEELA)

Espero que ACR considere en su totalidad la reclamación como empleada retirada del ELA.

Gracias por su interés y cooperación a este asunto.

Atentamente,

Carmen D. Carrasquillo
Carmen D. Carrasquillo
# 175239-1

Para mas información
Tel. 787-647-5782

Adjunto:
Copia de la Carta
Copia de Cheques del ELA.