| IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW. |
|---|

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Carrasquillo, Carmen D. | 175239-1 | 9/9/2020 | Commonwealth of Puerto Rico | $0.00 |
| Treatment: | Claim to be Disallowed ||||
| Reason: | Proof of Claim fails to provide a basis for asserting a claim against Commonwealth of Puerto Rico. Proof of Claim and supporting documentation only show liability between Claimant and Asociacion de Empleados Del ELA (AEELA), which is not part of the Title III proceedings. A portion of this claim has been transferred into the Administrative Claims Reconciliation (ACR) process and will be resolved consistent with the ACR procedures. Because this objection does not constitute an objection to the portion of the claim in the ACR process, the Debtors' reserve their rights to object to the remaining portion of the claim on any other grounds whatsoever. ||||

| SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO. |
|---|

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Carrasquillo, Carmen D. | 175239-1 | 9/9/2020 | Commonwealth of Puerto Rico | $0.00 |
| Tratamiento: | Reclamo a ser desestimado ||||
| Base para: | La Evidencia de Reclamo no presenta fundamentos para invocar un reclamo contra el Estado Libre Asociado de Puerto Rico. La Evidencia de Reclamo y la documentación de respaldo solo exponen una obligación entre el Demandante y la Asociación de Empleados Del ELA (AEELA), que no forma parte de los procedimientos iniciados al amparo del Título III. Una parte de este reclamo se transfirió al proceso de Conciliación de Reclamos Administrativos (ACR, por sus siglas en inglés) y se resolverá de conformidad con los procedimientos de la ACR. Dado que esta objeción no constituye una objeción a los Reclamos Remanentes, los Deudores se reservan el derecho de objetar los Reclamos Remanentes fundándose en cualquier causal. ||||

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).

## ESTADO LIBRE ASOCIADO DE PUERTO RICO – INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** CARMEN D CARRASQUILLO
**IDENTIFICACION:** A08374
**PERIODO QUE TERMINA EN:** 31 12 74
**NUMERO DE COMPROBANTE:** 43665
**NUMERO DE CHEQUE:** 60785837

### DEDUCCIONES

**ESPECIFICAS — ACUMULADO AÑO NATURAL**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORRO SEGURO |
|---|---|---|---|---|
| 481 | 8026 | | | |

**MES CORRIENTE**

| | | | | |
|---|---|---|---|---|
| | 1026 | | | |

**MISCELANEAS**

| CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD | CLAVE | CANTIDAD |
|---|---|---|---|---|---|---|---|

| SUELDO BRUTO DEVENGADO (ACUMULADO DURANTE EL AÑO NATURAL) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra. QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 1372.38 | 1,372.38 | 175.48 | 175.48 | 125.00 | 135.26 | 40.22 |

MES CORRIENTE

VEASE CLAVES AL DORSO

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

---

## ESTADO LIBRE ASOCIADO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** CARMEN D CARRASQUILLO
**IDENTIFICACION:**
**PERIODO QUE TERMINA EN:** 30 04 86
**NUMERO DE COMPROBANTE:** 059856
**NUMERO DE CHEQUE:** 574583535

### DEDUCCIONES

**ESPECIFICAS — ACUMULADO DURANTE EL AÑO NATURAL**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS SEGURO |
|---|---|---|---|---|
| 4964 | 12040 | 7580 | | |

**MISCELANEAS**

| CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|
| 07 | 2777 | | | | |

**MES CORRIENTE**

| | | | | |
|---|---|---|---|---|
| 1241 | 3010 | 1895 | 1263 | |

| SUELDO BRUTO DEVENGADO (ACUMULADO DURANTE EL AÑO NATURAL) | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 168400 | 168400 | 42100 | 42100 | 15900 | 10186 | 16014 |

MES CORRIENTE

VEASE CLAVES AL DORSO

---

## GOBIERNO DE PUERTO RICO
### INFORME DE SUELDOS Y DEDUCCIONES

**NOMBRE:** CARMEN D CARRASQUILLO
**IDENTIFICACION:**
**PERIODO QUE TERMINA EN:** 31 0799
**NUMERO DE COMPROBANTE:** 411325
**NUMERO DE CHEQUE:** 631514142

### DEDUCCIONES

**ESPECIFICAS — ACUMULADO DURANTE EL AÑO NATURAL**

| CONTRIBUCION SOBRE INGRESOS | SEGURO SOCIAL | RETIRO | SERVICIOS MEDICOS | ASOCIACION DE EMPLEADOS AHORROS SEGURO |
|---|---|---|---|---|
| 12614 | 45787 | 39900 | | |

**MISCELANEAS**

| CLAVE | IMPORTE | CLAVE | IMPORTE | CLAVE | IMPORTE |
|---|---|---|---|---|---|
| 10 | 8000 | | | | |

**MES CORRIENTE**

| | | | | |
|---|---|---|---|---|
| 1802 | 6541 | 5700 | 2565 | |

| SUELDO BRUTO DEVENGADO | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO TRIBUTABLE SEGURO SOCIAL | SUELDO BRUTO DEVENGADO | ADELANTO SUELDO 1ra QUINCENA | TOTAL DEDUCCIONES | PAGA NETA |
|---|---|---|---|---|---|---|
| 598500 | 598500 | 85500 | 85500 | 30400 | 24608 | 30492 |

ACUMULADO DURANTE EL AÑO NATURAL — MES CORRIENTE

VEASE CLAVES AL DORSO