Carmen D. Carrasquillo
356 Parcelas Blancas
Cidra, P.R. 00739



RECEIVED
2022 JAN 12 PM 2:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN

Clerk's Office
United States District Court
Room 150 Federal Building
San Juan, Puerto Rico 00918-1767