IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>AS REPRESENTATIVE OF<br><br>THE COMMONWEALTH OF PUERTO RICO, et al.,<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| --- | --- |

MOTION IN RESPONSE – CLAIMS RECONCILIATION NOTICE

To the Honorable United States District Judge Laura Taylor Swain:

Now comes claimant Rojo Construction Corporation (1964) (claim number 16874) represented by its undersigned counsel and very respectfully responds to the *Eighth Administrative Claims Reconciliation Status Notice* as fllows:

1. On January 7th, upon returning to Puerto Rico after a month's absence, the undersigned retrieved the reconciliation notice mentioned above in which the attachment referring the above-mentioned claim states "Information Request letter sent to claimant, awaiting response".

2. The "Information Request letter", was dated September 15, 2021 and the undersigned does not know on what date it was delivered. On November 17, 2021, the undersigned dsent a letter of response including the completed information requested was sent to the Commonwealth of Puerto Rico/ACR Porcessing Center c/o Prime Clerk, LLC. The letter included an explanation of the reasons for the delay in response. Exhibit 1.

3. On November 24th, 2021, the undersigned sent a Supplemental Statement to clarify and supplement the reasons for delay. This statement was sent by electronic mail the Prime Clerk and receipt was acknowledged in return. Exhibit 2. In the transmittal letter, a request for admission of the delayed response was made.

4. The circumstances set out in the explanations justify the incurring of delay in response and show matters beyond the control of the undersigned.

WHEREFORE, it is very respectfully requested the circumstances explained in the delayed response be accepted as reasonable and that the delayed response of the claimant in claim number 16874 be admitted.

I hereby certify I have sent a true copy of the foregoing Response to:

By priority mail to Herman D. Bauer and Carla Benitez at O' Neil and Borges, 250 Munoz Rivera Ave. Suite 800, San Juan, PR 00918-1813 and to Martin J. Bienenstock, Brian S. Rosen, Laura Stafford, Proskauer Rose, LLP, Eleven Times Square, New York NY 10036, and electronically to the Prime Clerk at pracprocess@primeclerk.com.

Respectfully submitted today, the 11th of January, 2022.

Lcdo. Lawrence E. Duffy
USDC 122304
701 Ponce de Leon Ave.
Suite 407
San Juan, PR 00907-3248
(787) 504-8962
duffyponsa@hotmail.com

LAWRENCE E. DUFFY
PO BOX 13615
SAN JUAN PR 00908-3615

November 17, 2021

Commonwealth of Puerto Rico\ACR Processing Center
c/o Prime Clerk, LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

Re: Submission of Form and Request for Delayed Acceptance
      Claim 16874

This refers to the letter of the Commonwealth of Puerto Rico dated September 15,
2021 which includes a form to be filled out and returned by October 5, 2021.
Attached is the completed form along with supporting documentation.

The reason for the delayed response is that the undersigned suffered a heart attack
on September 13th and was operated on September 15th. Due to an error during the
initial cardiac procedure, the undersigned suffered a life-threatening post-operation
complication for which he was hospitalized a second time and has been receiving
additional therapy and treatment which is still underway. Upon reviewing pending
matters on this date, it was discovered that the above-mentioned letter had been
inadvertently misfiled in the wrong file. For this reason, the undersigned did not see
the letter until this date.

It is suggested the delay has not caused damage to any party and that the delayed
submission be accepted.

LAWRENCE E. DUFFY, ESQ.
TEL: 787-504-8962
duffyponsa@hotmail.com

Exhibit 1 -
(15pp)

**CLAIMANT'S RESPONSE FORM**

Claim No. **16874**

Claimant Name: **ROJO CONSTRUCTION CORPORATION**

| (1) | Full Name | *LAWRENCE E. DUFFY* |
|---|---|---|
| (2) | Telephone Number | *(787) 504 8962* |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | *2011* |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | *n/a* |
| (5) | Social security number for individuals/ EIN number, as applicable | *66-0776557* |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | *n/a* |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. Include additional pages if necessary. | |

The claim is for the refund of excess withholding taxes turned over to the PR Treasury Department as required by law together with statutory interest accumulated. Attached is a copy of the stamped return filed calculating the tax and the amount of the refund including stamped copies of the withholding amount delivered to the Treasury Department. No assessment of any deficiency was made within the statutory four-year period that must be made according to law. No objection or counterclaim has been made to the refund claim on any basis at any time. Having complied with the requirements of law, the claimant has the right to the refund of its excess amounts paid along with the statutory interest accumulated.

170328300196488

Form 480.20 Rev. 03.12

**COPY**

| Liquidator: | Reviewer: | **2011** | GOVERNMENT OF PUERTO RICO DEPARTMENT OF THE TREASURY | **2011** | Serial Number |
|---|---|---|---|---|---|

Field audited by:

Date ___/___/___

R M N

## Corporation Income Tax Return

*TAXABLE YEAR BEGINNING ON* 1/1 2011 *AND ENDING ON* 12/31 2011

☐ AMENDED RETURN

Payment Stamp

| Taxpayer's Name | Employer Identification Number |
|---|---|
| ROJO CONSTRUCTION CORP (1944) | *9947 |

| Postal Address #701 AVE. PONCE DE LEON STE 407 | Department of State Registry No. |
|---|---|

| | Industrial Code | Municipal Code |
|---|---|---|

| SAN JUAN PR Zip Code 00907 | Merchant's Registration Number |
|---|---|

"Place Label here".

| Location of Principal Industry or Business - Number, Street, City #701 AVE. PONCE DE LEON STE 407 SAN JUAN PR 00907 | Telephone Number - Extension ( ) - | Receipt No. Amount |
|---|---|---|

| Type of Principal Industry or Business (i.e. Hardware, Cafeteria, etc.) | Date Incorporated Day ___/ Month ___/ Year ___ | Type of Entity **CORPORATION** |
|---|---|---|

| Check the corresponding box, if applicable | CHANGE OF ADDRESS | Place Incorporated | Indicate if you are member of a group of related entities |
|---|---|---|---|
| ☐ First return  ☒ Last return | ☐ Yes  ☒ No | | ☐ Yes  ☒ No |
| Contracts with Governmental Entities | 2012 RETURN | E-mail Address of the contact person | Group Number |
| ☐ Yes  ☐ No | ☐ Spanish  ☒ English | | |

| | | | |
|---|---|---:|---|
| 1. | Net operating income (or loss) (From Part V, line 47) | (1) | 2,478,201 00 |
| 2. | Less: Net operating loss deduction from preceding year (Submit detail) | (2) | 0 00 |
| 3. | Net income (or loss) | (3) | 2,478,201 00 |
| 4. | Less: Dividends received from domestic corporations (See instructions) | (4) | 0 00 |
| 5. | Net income subject to normal tax (Subtract line 4 from line 3) | (5) | 2,478,201 00 |
| 6. | Less: Surtax net income deduction (Check here if comes from Form SC 2652 ☐) | (6) | 750,000 00 |
| 7. | Net income subject to surtax (Subtract line 6 from line 5) | (7) | 1,728,201 00 |
| 8. | Normal tax (Multiply line 5 by 20%) | (8) | 495,640 00 |
| 9. | Surtax (See instructions) (Net income subject to 5% $ 0) | (9) | 86,410 00 |
| 10. | Total Tax (Add lines 8 and 9) | (10) | 582,050 00 |
| 11. | Alternative Tax – Capital Gains and Preferential rates (Schedule D Corporation, Part V, line 39) | (11) | 0 00 |
| 12. | Tax Determined (Line 10 or 11, whichever is smaller) | (12) | 582,050 00 |
| 13. | Recapture of credit claimed in excess (Schedule B Corporation, Part I, line 3) | (13) | 0 00 |
| 14. | Tax credits (Schedule B Corporation, Part II, line 26) | (14) | 0 00 |
| 15. | Tax liability before alternative minimum tax (Subtract line 14 from the sum of lines 12 and 13) | (15) | 582,050 00 |
| 16. | Alternative minimum tax (Schedule A Corporation, Part V, line 35) | (16) | 0 00 |
| 17. | Branch profits tax (Form AS 2879, line 11) | (17) | 0 00 |
| 18. | Total Tax Liability (Add lines 15 through 17) | (18) | 582,050 00 |
| 19. | Less: Other Payments and Withholdings (Schedule B Corporation, Part III, line 10) | (19) | 744,826 00 |
| 20. | Credit for the payment of additional duties on luxury automobiles under Act 42-2005 (See instructions) | (20) | 0 00 |
| 21. | Balance of tax due (If line 18 is larger than the sum of lines 19 and 20, enter the difference here, otherwise, on line 23) | | |
| | a) Tax (21a) | | 0 00 |
| | b) Interest (21b) | | 0 00 |
| | c) Surcharges (21c) | | 0 00 |
| | d) Total (Add lines 21(a) through 21(c)) | (21d) | 0 00 |
| 22. | Addition to the Tax for Failure to Pay Estimated Tax (Schedule T Corporation, Part II, line 21) | (22) | 0 00 |
| 23. | Excess of tax paid or withheld (See instructions) | (23) | 162,776 00 |
| 24. | Amount paid with this return (Add lines 21(d), and 22 less line 23) | (24) | 0 |
| 25. | Amount overpaid (Subtract lines 19 and 20 from the sum of lines 18 and 22. Distribute line 25 between line A, B C or D): | | |
| | A. To be credited to estimated tax for 2012 | (25A) | 0 00 |
| | B. Contribution to the San Juan Bay Estuary Special Fund | (25B) | 0 00 |
| | C. Contribution to the Special Fund for the University of Puerto Rico | (25C) | 0 00 |
| | D. To be refunded | (25D) | 162,776 00 |

*Stamp:* ESTADO LIBRE ASOCIADO DE PUERTO RICO DEPARTAMENTO DE HACIENDA RECIBIDO 9 MAYO 2012 SUB CAJAS SECRETARIO DE HACIENDA

Retention Period: Ten (10) years

Reproducido por CEGsoft (EPRT)

Form 480.20 Rev. 03.12

Corporation – Page 2

**Part IV**

| | | | |
|---|---|---|---|
| 1. Net sales | (1) | | 4,381,069 00 |
| Less: Cost of goods sold or direct costs of production | | | |
| 2. Inventory at the beginning of the year ☐ 'C' ☐ 'C' or 'MV' | | | |
| (a) Materials | (2a) | 0 00 | |
| (b) Goods in process | (2b) | 0 00 | |
| (c) Finished goods or merchandise | (2c) | 0 00 | |
| 3. Purchase of materials or merchandise | (3) | 0 00 | |
| 4. Direct wages | (4) | 0 00 | |
| 5. Other direct costs (Detail in Part VI) | (5) | 0 00 | |
| 6. Total cost of goods available for sale (Add lines 2 through 5) | (6) | 0 00 | |
| 7. Less: Inventory at the end of the year ☐ 'C' ☐ 'C' or 'MV' | | | |
| (a) Materials | (7a) | 0 00 | |
| (b) Goods in process | (7b) | 0 00 | |
| (c) Finished goods or merchandise | (7c) | 0 00 | 0 00 |
| 8. Gross profit on sales or production (Subtract the result of line 6 less line 7, from line 1) | (8) | | 4,381,069 00 |
| 9. Net capital gain (Schedule D Corporation, Part IV, line 22) | (9) | | 0 00 |
| 10. Net gain (or loss) from the sale of property other than capital assets (Schedule D Corporation, Part VI, line 40) | (10) | | 0 00 |
| 11. Rent | (11) | | 0 00 |
| 12. Interest | (12) | | 0 00 |
| 13. Income from services or commissions | (13) | | 0 00 |
| 14. Dividends from corporations: (a) Domestic _____0_____ (b) Foreign _____0_____ | (14) | | 0 00 |
| 15. Distributable share on net income from partnerships and special partnerships (Schedule R Corporation, Part II, line 12) | (15) | | 0 00 |
| 16. Taxable farming profit (Schedule S Corporation, Part I, line 9) | (16) | | 0 00 |
| 17. Freight and fares | (17) | | 0 00 |
| 18. Miscellaneous income | (18) | | 0 00 |
| 19. Total gross income (Add lines 8 through 18) | (19) | | 4,381,069 00 |

**Part V**

| | | |
|---|---|---|
| 20. Compensation to officers (See instructions for Part X) | (20) | 0 00 |
| 21. Salaries, commissions and bonuses to employees | (21) | 0 00 |
| 22. Commissions to businesses | (22) | 0 00 |
| 23. Social security tax (FICA) | (23) | 0 00 |
| 24. Unemployment tax | (24) | 0 00 |
| 25. State Insurance Fund premiums | (25) | 0 00 |
| 26. Medical or hospitalization insurance | (26) | 0 00 |
| 27. Insurances | (27) | 0 00 |
| 28. Interest (See instructions) | (28) | 0 00 |
| 29. Rent | (29) | 0 00 |
| 30. Property tax: (a) Personal _____0_____ (b) Real _____0_____ | (30) | 0 00 |
| 31. Other taxes, patents and licenses (See instructions) | (31) | 0 00 |
| 32. Losses from fire, storm, other casualties or theft | (32) | 0 00 |
| 33. Motor vehicle expenses (Mileage _____0_____ )(See instructions) | (33) | 0 00 |
| 34. Other motor vehicle expenses (See instructions) | (34) | 0 00 |
| 35. Meal and entertainment expenses (Total _____0_____ )(See instructions) | (35) | 0 00 |
| 36. Travel expenses | (36) | 0 00 |
| 37. Professional services | (37) | 1,902,868 00 |
| 38. Contributions to pension or other qualified plans (See instructions. Submit Schedule F Corporation) | (38) | 0 00 |
| 39. Depreciation and amortization (See instructions. Submit Schedule E) | (39) | 0 00 |
| 40. Bad debts (See instructions) | (40) | 0 00 |
| 41. Charitable contributions (See instructions) | (41) | 0 00 |
| 42. Repairs (See instructions) | (42) | 0 00 |
| 43. Deduction for employers who employ handicapped persons (See instructions) | (43) | 0 00 |
| 44. Contributions to educational contribution accounts for the employees' beneficiaries (See instructions) | (44) | 0 00 |
| 45. Other deductions (See instructions) | (45) | 0 00 |
| 46. Total deductions (Add lines 20 through 45) | (46) | 1,902,868 00 |
| 47. Net operating income (or loss) for the year (Subtract line 46 from line 19. Enter here and in Part I, line 1) | (47) | 2,478,201 00 |

**Part VI**

| Item | | Amount | Item | | Amount |
|---|---|---|---|---|---|
| 1. Salaries, wages and bonuses | (1) | 0 00 | 8. Repairs | (8) | 0 00 |
| 2. Social security tax (FICA) | (2) | 0 00 | 9. Utilities | (9) | 0 00 |
| 3. Unemployment tax | (3) | 0 00 | 10. Rent | (10) | 0 00 |
| 4. State Insurance Fund premiums | (4) | 0 00 | 11. Depreciation (Submit Schedule E) | (11) | 0 00 |
| 5. Medical or hospitalization insurance | (5) | 0 00 | 12. Other expenses (Submit detail) | (12) | 0 00 |
| 6. Other insurance | (6) | 0 00 | 13. Total other direct costs (Add lines 1 through 12. Same as Part IV, line 5) | (13) | 0 00 |
| 7. Excise taxes / Use taxes | (7) | 0 00 | | | |

Retention Period: Ten (10) years

Reproducido por CEGsoft (EPRT)

Form 480.20 Rev. 03.12

Corporation - Page 3

## Corporation - Comparative Balance Sheet �37

| Assets | Beginning of the Year Total | Ending of the Year Total |
|---|---|---|
| 1. Cash on hand and in banks (1) | 0 00 | 2,589,575 00 |
| 2. Accounts receivable (2) | 0 00 | 0 00 |
| 3. Less: Reserve for bad debts (3) | 0 00 | 0 00 |
| 4. Notes receivable (4) | 0 00 | 163,776 00 |
| 5. Inventories (5) | 0 00 | 0 00 |
| 6. Investments (6) | 0 00 | 0 00 |
| 7. Depreciable assets (7) | 0 00 | 0 00 |
| 8. Less: Reserve for depreciation (8) | 0 00 | 0 00 |
| 9. Land (9) | 0 00 | 0 00 |
| 10. Other assets (10) | 0 00 | 0 00 |
| 11. Total Assets (11) | 0 00 | 2,753,351 00 |

### Liabilities and Stockholder's Equity
#### Liabilities

| | Beginning | Ending |
|---|---|---|
| 12. Accounts payable (12) | 0 00 | 856,200 00 |
| 13. Accrued expenses (13) | 0 00 | 0 00 |
| 14. Notes payable (14) | 0 00 | 0 00 |
| 15. Other liabilities (15) | 0 00 | 0 00 |
| 16. Total Liabilities (16) | 0 00 | 856,200 00 |

#### Stockholder's Equity

| | Beginning | Ending |
|---|---|---|
| 17. Capital stock | | |
| (a) Preferred stocks (17a) | 0 00 | 0 00 |
| (b) Common stocks (17b) | 0 00 | 1,000 00 |
| 18. Additional paid in capital (18) | 0 00 | 0 00 |
| 19. Retained earnings (19) | 0 00 | 0 00 |
| 20. Reserve (20) | 0 00 | 1,896,151 00 |
| 21. Total Stockholder's Equity (21) | 0 00 | 1,897,151 00 |
| 22. Total Liabilities and Stockholder's Equity (22) | 0 00 | 2,753,351 00 |

## Reconciliation of Net Income (or Loss) per Books with Net Taxable income (or Loss) per Return �38

1. Net income (or loss) per books (1) — 1,896,151 00
2. Income tax per books (2) — 582,050 00
3. Excess of capital losses over capital gains (3) — 0 00
4. Taxable income not recorded on books this year (Itemize, use schedule if necessary)
 (a) 0
 (b) 0
 (c) 0
 (d) 0
 Total (4) — 0 00
5. Expenses recorded on books this year not claimed on this return (Itemize, use schedule if necessary)
 (a) Meal and entertainment (amount not claimed) 0
 (b) Depreciation 0
 (c) Motor vehicles (in excess of the limit) 0
 (d) Vessels, airships and property located out of P.R. 0
 (e) 0
 Total (5) — 0 00
6. Total (Add lines 1 through 5) (6) — 2,478,201 00

7. Income recorded on books this year not included on this return (Itemize, use schedule if necessary)
 (a) Exempt interest 0
 (b) 0
 (c) 0
 (d) 0
 Total (7) — 0 00
8. Deductions on this tax return not charged against book income this year (Itemize, use schedule if necessary)
 (a) Depreciation 0
 (b) 0
 (c) 0
 (d) 0
 Total (8) — 0 00
9. Total (Add lines 7 and 8) (9) — 0 00
10. Net taxable income (or loss) per return (Subtract line 9 from line 6) (10) — 2,478,201 00

## Analysis of Retained Earnings per Books �39

1. Balance at the beginning of the year (1) — 0 00
2. Net income per books (2) — 1,896,151 00
3. Other increases (Itemize, use schedule if necessary) 0 / 0 / 0 (3) — 0 00
4. Total (Add lines 1, 2 and 3) (4) — 1,896,151 00
5. Distributions:
 (a) Cash (5a) — 0 00
 (b) Property (5b) — 0 00
 (c) Stocks (5c) — 0 00
6. Other decreases (Use schedule if necessary) (6) — 0 00
7. Total (Add lines 5 and 6) (7) — 0 00
8. Balance at end of year (Subtract line 7 from line 4) (8) — 1,896,151 00

Retention Period: Ten (10) years

Reproducido por CEGsoft (EPRT)

Form 480.20 Rev. 03.12

Corporation - Page 4

## Compensation to Officers

| Name of officer | Social security number | Percentage of time devoted to industry or business | Percentage of stocks owned | | Compensation |
|---|---|---|---|---|---|
| | | | Common | Preferred | |
| | | 0 % | 0 % | 0 % | 0 00 |
| | | 0 % | 0 % | 0 % | 0 00 |
| | | 0 % | 0 % | 0 % | 0 00 |
| | | 0 % | 0 % | 0 % | 0 00 |
| | | | | | 00 |
| Total compensation to officers (Enter in Part V, line 20) .................. | | | | | 0 00 |

*Part X*

## Questionnaire ㊷

*Part XI*

|  | | Yes | No |
|---|---|---|---|
| 1. If a foreign corporation, indicate if the trade or business in Puerto Rico was held as a branch .................... (1) | | | X |
| 2. If a branch, indicate the percent that represents the income from sources within Puerto Rico from the total income of the corporation: 0 % | | | |
| 3. Did the corporation keep any part of its records on a computerized system during this year? .................... (3) | | X | |
| 4. The corporation's books are in care of: Name C/O THE CORPORATION Address SEE PAGE 1 | | | |
| Correo electrónico (E-mail) | | | |
| Telephone | | | |
| 5. Indicate the accounting method used for book (tax) purposes: ☐ Cash ☒ Accrual ☐ Other (specify): | | | |
| 6. Did the corporation file the following documents?: | | | |
| (a) Informative Return (Forms 480.5, 480.6A, 480.6B) ........... (6a) | | X | |
| (b) Withholding Statement (Form 499R-2/W-2PR) ............... (6b) | | | X |
| 7. If the gross income of the entity or of the controlled group exceeds $3,000,000, are financial statements audited by a CPA licensed in Puerto Rico included with this return? .................... (7) | | X | |
| 8. Number of employees during the year: 0 | | | |
| 9. Did the corporation claim expenses connected to the ownership, use, maintenance and depreciation of: | | | |
| (a) Vehicles? .................... (9a) | | | X |
| (b) Vessels? .................... (9b) | | | X |
| (1) Did more than 80% of the total income was derived from activities exclusively related to fishing or transportation of passengers or freight or lease? .................... (9b1) | | | X |

|  | | Yes | No |
|---|---|---|---|
| (c) Airships? .................... (9c) | | | X |
| (1) Did more than 80% of the total income was derived from activities exclusively related to fishing or transportation of passengers or freight or lease? .................... (9c1) | | | X |
| d) Residential property out of Puerto Rico? .................... (9d) | | | X |
| (1) Did more than 80% of the total income was derived from activities exclusively related to the lease of property to non related persons? ... (9d1) | | | X |
| 10. Did the corporation claim expenses connected to: | | | |
| a) Housing (except business employees) .................... (10a) | | | X |
| b) Employees attending conventions or meetings outside Puerto Rico or the United States? .................... (10b) | | | X |
| 11. Did the corporation distribute dividends other than stock dividends or distributions in liquidation in excess of the corporation's current and accumulated earnings? .................... (11) | | | X |
| 12. Is the corporation a partner in any special partnership? (If more than one, submit detail) .................... (12) | | | X |
| Name of the special partnership | | | |
| Employer identification number | | | |
| 13. Did you receive exempt income? (Submit Schedule (E Corporation) .......... (13) | | N | A |
| 14. Enter the amount corresponding to charitable contributions to municipalities included in Part V, line 41: 0 | | | |
| 15. Indicate if insurance premiums were paid by an unauthorized insurer .................... (15) | | N | A |
| 16. Employer's number assigned by the Department of Labor and Human Resources: | | | |
| 17. Number of stockholders: 0 | | | |

## OATH

We, the undersigned, president (or vice-president, or other principal officer) and treasurer (or assistant treasurer), or agent of the corporation for which this income tax return is made, each for himself declare under penalty of perjury, that this return (including schedules and statements attached) has been examined by us, and to the best of our knowledge and belief, is a true, correct, and complete return, made in good faith, pursuant to the Puerto Rico Internal Revenue Code of 2011, as amended, and the Regulations thereunder.

President's or vice-president's signature

Agent    5/29/2013

Treasurer's or assistant treasurer's signature

## SPECIALIST'S USE ONLY

I declare under penalty of perjury that this return (including schedules and statements attached) has been examined by me, and to the best of my knowledge and belief is a true, correct, and complete return. The declaration of the person who prepares this return is with respect to the information received, and this information may be verified.

| Specialist's name (Print) | Registration number | Date | Self-employed Specialist |
|---|---|---|---|
| Jorge N Boni | 5 0 7 3 | | ☐ |
| Firm's name | | | Employer identification number |
| JLM & CO., LLP | | | 6 6 0 4 7 9 1 1 6 |
| Specialist's signature | Address P O BOX 190476, SAN JUAN, PR. | Zip Code 00918-0476 | |

## NOTE TO TAXPAYER

Indicate if you made payments for the preparation of your return: ☐ Yes ☐ No. If you answered "Yes", require the Specialist's signature and registration number.
Retention Period: Ten (10) years

Reproducido por CEGsoft (EPRT)

**Schedule A Corporation**
Rev 03.12

# ALTERNATIVE MINIMUM TAX

Taxable year beginning on ___1/1___ ___2011___ and ending on ___12/31___ ___2011___

**Ⓐ** **2011**

| Taxpayer's Name | |
|---|---|
| ROJO CONSTRUCTION CORP (1964) | Employer Identification Number  66-0776557 |

**Part I — Adjustments in the Computation of the Alternative Minimum Net Income Before Books Adjustments and Operating Losses**

| | | |
|---|---|---|
| 1. Net income subject to normal tax without considering net operating loss from preceding years and excluding the net capital gain that you had elected to pay taxes at the special rates (See instructions).................................................. (1) | | 2,478,201 | 00 |
| 2. Adjustments: a. Flexible depreciation............................................................. (2a) | 0 | 00 | |
| b. Installment sales..................................................................... (2b) | 0 | 00 | |
| c. Long-term contracts................................................................ (2c) | 0 | 00 | |
| d. Expenses related with exempt interest.................................. (2d) | 0 | 00 | |
| e. Accelerated depreciation...................................................... (2e) | 0 | 00 | |
| f. Expenses incurred or paid to a related person for services rendered outside of Puerto Rico.. (2f) | 0 | 00 | |
| g. Total adjustments (Add lines 2(a) through 2(f))................................................... (2g) | | 0 | 00 |
| 3. Alternative minimum net income before the adjustments of Part II and the operating loss (Add lines 1 and 2(g)).................. (3) | | 2,478,201 | 00 |

**Part II — Adjustment for the Excess of the Net Income per Books over the Alternative Minimum Net Income Before Adjustments**

| | | | | |
|---|---|---|---|---|
| 4. Net income (or loss) per books................................................ (4) | 1,898,151 | 00 | | |
| 5. Goodwill amortization expense................................................ (5) | 0 | 00 | | |
| 6. Income tax expense per books................................................ (6) | 582,050 | 00 | | |
| 7. Add lines 4, 5 and 6......................................................... (7) | | | 2,478,201 | 00 |
| 8. Exempt interest income net of related expenses................................. (8) | 0 | 00 | | |
| 9. Dividends and profit distributions received from domestic corporations or partnerships, or from industrial or tourism development income.......................... (9) | 0 | 00 | | |
| 10. Industrial development income, exempt tourism development income or bona fide agricultural business income....................... (10) | 0 | 00 | | |
| 11. Income (or loss) recognized under the equity method.......................... (11) | 0 | 00 | | |
| 12. Reserve for catastrophic losses............................................ (12) | 0 | 00 | | |
| 13. Net long-term capital gain (See instructions)............................... (13) | 0 | 00 | | |
| 14. Add lines 8 through 13...................................................... (14) | | | 0 | 00 |
| 15. Subtract line 14 from line 7................................................ (15) | | | 2,478,201 | 00 |
| 16. Subtract line 3 from line 15. If line 3 is larger than line 15, enter zero ... (16) | | | 0 | 00 |
| 17. Adjustment for the excess of the adjusted net income per books over the alternative minimum net income of line 3 (Multiply line 16 by 50%)................ (17) | | | 0 | 00 |

**Part III — Computation of the Alternative Minimum Net Income**

| | | |
|---|---|---|
| 18. Alternative minimum net income before the net operating loss (Add lines 3 and 17)........... (18) | 2,478,201 | 00 |
| 19. Net operating loss to determine the alternative minimum tax (See instructions. Submit detail)...... (19) | 0 | 00 |
| 20. Subtract line 19 from line 18 (Enter here the difference, but not less than 10% of line 18)........ (20) | 2,478,201 | 00 |
| 21. Exempt amount (See instructions)......................................................... (21) | 0 | 00 |
| 22. Alternative minimum net income (Subtract line 21 from line 20)............................. (22) | 2,478,201 | 00 |

**Part IV — Computation of the Alternative Minimum Credit for Foreign Taxes Paid**

| | | | | |
|---|---|---|---|---|
| 23. Tentative minimum tax (Multiply line 22 by 22%)................................... (23) | | | 495,640 | 00 |
| 24. Alternative minimum net income before net operating loss deduction (Line 18)..... (24) | 2,478,201 | 00 | | |
| 25. Allowable exempt amount without considering the net operating loss (See instructions)..... (25) | 0 | 00 | | |
| 26. Subtract line 25 from line 24................................................. (26) | 2,478,201 | 00 | | |
| 27. Multiply line 26 by 20% ...................................................... (27) | 495,640 | 00 | | |
| 28. Multiply line 27 by 10%....................................................... (28) | | | 49,564 | 00 |
| 29. Credit limitation (Subtract line 28 from line 23).............................. (29) | | | 446,076 | 00 |
| 30. Alternative minimum credit for foreign taxes paid (This amount cannot exceed the amount on line 29. See instructions)................................................. (30) | | | 0 | 00 |

**Part V — Computation of the Alternative Minimum Tax**

| | | | |
|---|---|---|---|
| 31. Tentative minimum tax after alternative minimum credit for foreign taxes paid (Subtract line 30 from line 23)........ (31) | | 495,640 | 00 |
| 32. One percent (1%) of the purchases value of personal property of a related person (See instructions)...... (32) | | 0 | 00 |
| 33. Tentative minimum tax (Enter the larger between lines 31 and 32)......................... (33) | | 495,640 | 00 |
| 34. Adjusted regular tax (See instructions)................................................ (34) | | 582,050 | 00 |
| 35. Alternative minimum tax (Subtract line 34 from line 33. If line 34 is larger than line 33, enter zero, otherwise, enter the difference on Form 480.20, Part III, line 16)............................ (35) | | 0 | 00 |

Retention Period: Ten (10) years

Reproducido por CEGsoft (EPRT)

**Schedule B Corporation**

Rev. 03 12

## RECAPTURE OF CREDIT CLAIMED IN EXCESS, TAX CREDITS, AND OTHER PAYMENTS AND WITHHOLDINGS

**2011**

Taxable year beginning on ___1/1___ ___2011___ and ending on ___12/31___ ___2011___

Ⓑ

| Taxpayer's Name | Employer Identification Number |
|---|---|
| ROJO CONSTRUCTION CORP (1964) | 66-0776557 |

**Part I**    Recapture of Credit Claimed in Excess    Ⓑ1

| | Column A | Column B | Column C |
|---|---|---|---|
| Name of entity: | | | |
| Employer identification No: | | | |
| Credit for: | | | |

| | | Col A | | Col B | | Col C |
|---|---|---|---|---|---|---|
| Tourism Development | 1 ☐ | | 1 ☐ | | 1 ☐ | |
| Solid Waste Disposal | 2 ☐ | | 2 ☐ | | 2 ☐ | |
| Capital Investment Fund | 3 ☐ | | 3 ☐ | | 3 ☐ | |
| Theatrical District of Santurce | 4 ☐ | | 4 ☐ | | 4 ☐ | |
| Film Industry Development | 5 ☐ | | 5 ☐ | | 5 ☐ | |
| Housing Infrastructure | 6 ☐ | | 6 ☐ | | 6 ☐ | |
| Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families | 7 ☐ | | 7 ☐ | | 7 ☐ | |
| Acquisition of an Exempt Business that is in the Process of Closing its Operations in Puerto Rico | 8 ☐ | | 8 ☐ | | 8 ☐ | |
| Conservation Easement | 9 | | 9 | | 9 | |
| Economic Incentives (Research and Development) | 10 ☐ | | 10 ☐ | | 10 ☐ | |
| Economic Incentives (Strategic Projects) | 11 ☐ | | 11 ☐ | | 11 ☐ | |
| Economic Incentives (Industrial Investment) | 12 ☐ | | 12 ☐ | | 12 ☐ | |
| Green Energy Incentives (Research and Development) | 13 ☐ | | 13 ☐ | | 13 ☐ | |
| Other: | 14 ☐ | | 14 ☐ | | 14 ☐ | |

1. Total credit claimed in excess ........................................................................................ (1) | 0|00
2. Recapture of credit claimed in excess paid in previous year, if applicable ................... (2) | 0|00
3. Recapture of credit claimed in excess paid this year (Enter on Form 480.20, Part III, line 13. See instructions) ......................................................................................... (3) | 0|00
4. Excess of credit due next year, if applicable (Subtract lines 2 and 3 from line 1. See instructions) .......... (4) | 0|00

**Part II**    Tax Credits (Do not include estimated tax payments. Refer to Part III of this Schedule)    Ⓑ2

1. Credit for taxes paid to the United States, its possessions and foreign countries (Schedule C Corporation, Part III, line 6(b)) ........................................................................................ (1) | 0|00
2. Credit for increase in investment (See instructions) ................................................... (2) | 0|00
3. Credit attributable to losses or for investment in Capital Investment, Tourism or other funds (Submit Schedules Q and Q1) ............... (3) | 0|00
4. Credit for alternative minimum tax paid in previous years (See instructions) ............. (4) | 0|00
5. Credit for the purchase of tax credits (Complete Part IV) (See instructions) ............. (5) | 0|00
6. Credit for investment on Film Industry Development: ☐ Film Project and/or ☐ Infrastructure Project (See instructions) (6) | 0|00
7. Credit for investment in Housing Infrastructure (See instructions) ............................ (7) | 0|00
8. Credit for investment in the Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families (See instructions) ................................................... (8) | 0|00
9. Credit to investors in an exempt business that is in the process of closing its operations in Puerto Rico (See instructions) ............. (9) | 0|00
10. Credit for purchases of products manufactured in Puerto Rico and Puerto Rican agricultural products (Schedule B1 Corporation, Part IV, line 8) ....................................................... (10) | 0|00
11. Credit for contributions to Santa Catalina's Palace Patronage (See instructions) ....... (11) | 0|00
12. Credit for the establishment of an eligible conservation easement or donation of eligible land (See instructions) ............... (12) | 0|00
13. Credit for construction investment in urban centers (See instructions) ..................... (13) | 0|00
14. Credit for merchants affected by urban centers revitalization (See instructions) ....... (14) | 0|00
15. Exemption for persons that operate as publisher (See instructions) .......................... (15) | 0|00
16. Exemption for persons that operate as printer (See instructions) .............................. (16) | 0|00
17. Exemption for persons that operate as bookseller (See instructions) ........................ (17) | 0|00
18. Credit for the 2006 Extraordinary Tax (See instructions) .......................................... (18) | 0|00
19. Credit for investment Act 73-2008 (See instructions) ............................................... (19) | 0|00
20. Credit for investment Act 83-2010 (See instructions) ............................................... (20) | 0|00
21. Employee retention credit (Submit Schedule B3 Corporation) .................................. (21) | 0|00
22. Credits carried from previous years (Submit detail) .................................................. (22) | 0|00
23. Other credits not included on the preceding lines (Submit detail) (See instructions) .. (23) | 0|00
24. Total Tax Credits (Add lines 1 through 23) ................................................................ (24) | 0|00
25. Total tax determined (Form 480.20, Part III, line 12) ................................................ (25) | 582,050|00
26. Credit to be claimed (The smaller of line 24 or 25. Enter on Form 480.20, Part III, line 14) ..... (26) | 0|00
27. Carryforward credits (Submit detail) ......................................................................... (27) | 0|00

Retention Period: Ten (10) years

Reproducido por CEGsoft (EPRT)

Rev. 03.12

Schedule B Corporation - Page 2

| Part III | Other Payments and Withholdings | | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 1. | Tax paid with automatic extension of time | (1) | 0 | 00 |
| 2. | Estimated tax payments for 2011 | (2) | 744,826 | 00 |
| 3. | Tax paid in excess on previous years credited to estimated tax (See instructions) | (3) | 0 | 00 |
| 4. | Tax withheld at source | (4) | 0 | 00 |
| 5. | Services rendered (Form 480.6B) | (5) | 0 | 00 |
| 6. | Tax withheld at source on distributable share to partners of special partnerships (Form 480.6 SE) | (6) | 0 | 00 |
| 7. | Tax withheld at source on distributable share to partners of partnerships (Form 480.6S) | (7) | 0 | 00 |
| 8. | Tax withheld at source on eligible interest | (8) | 0 | 00 |
| 9. | Other payments and withholdings not included on the preceding lines (Submit detail) | (9) | 0 | 00 |
| 10. | *Total Other Payments and Withholdings* (Add lines 1 through 9. Enter on Form 480.20, Part III, line 19) | (10) | 744,826 | 00 |

| Part IV | Breakdown of the Purchase of Tax Credits | | |
|---|---|---|---|

Check the block corresponding to the act (or acts) under which you acquired the credit and enter the amount:

| | | | | |
|---|---|---|---|---|
| 1 | ☐ Tourism Development | (1) | 0 | 00 |
| 2 | ☐ Solid Waste Disposal | (2) | 0 | 00 |
| 3 | ☐ Capital Investment Fund | (3) | 0 | 00 |
| 4 | ☐ *Theatrical District of Santurce* | (4) | 0 | 00 |
| 5 | ☐ Film Industry Development | (5) | 0 | 00 |
| 6 | ☐ Housing Infrastructure | (6) | 0 | 00 |
| 7 | ☐ Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families | (7) | 0 | 00 |
| 8 | ☐ Acquisition of an Exempt Business that is in the Process of Closing its Operations in Puerto Rico | (8) | 0 | 00 |
| 9 | ☐ Conservation Easement | (9) | 0 | 00 |
| 10 | ☐ Urban Centers Revitalization | (10) | 0 | 00 |
| 11 | ☐ Economic Incentives (Research and Development) | (11) | 0 | 00 |
| 12 | ☐ Economic Incentives (Strategic Projects) | (12) | 0 | 00 |
| 13 | ☐ Economic Incentives (Industrial Investment) | (13) | 0 | 00 |
| 14 | ☐ Green Energy Incentives (Research and Development) | (14) | 0 | 00 |
| 15 | ☐ Other: _____ | (15) | 0 | 00 |
| 16 | Total credit for the purchase of tax credits (Same as Part II, line 5) | (16) | 0 | 00 |

*Retention Period: Ten (10) years*

Reproducido por CEGsoft (EPRT)



PO BOX 190476
SAN JUAN PR 00919-0476

Tel. (787) 764-6365
Fax (787) 766-1275

## INDEPENDENT AUDITORS' REPORT

To the Board of Director
ROJO CONSTRUCTION CORP. (1964)

We have audited the accompanying balance sheet of ROJO CONSTRUCTION CORP. (1964) as of December 31, 2011, the related statements of income and retained earnings, and cash flows for the year then ended.  These financial statements are the responsibility of the Company's management.  Our responsibility is to express an opinion on these financial statements based on our audit.

We conducted our audit in accordance with auditing standards generally accepted in the United States of America.  Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement.  An audit includes consideration of internal control over financial reporting as a basis for designing audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control over financial reporting.  Accordingly, we express no such opinion.  An audit also includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements.  An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation.  We believe that our audit provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of ROJO CONSTRUCTION CORP. (1964)  as of December 31, 2011 and the results of its operations and cash flows for the year then ended, in conformity with accounting principles generally accepted in the United States of America.

San Juan, Puerto Rico
April 12, 2011

Stamp No. 2639346   e Puerto Rico
Society of         ccountants
was adher          of this report.

1

Modelo SC 2644
Form AS
Rev. 29 feb 12

COPY ●

COPY

| Liquidador |
| Revisor |

GOBIERNO DE PUERTO RICO · GOVERNMENT OF PUERTO RICO
Departamento de Hacienda · Department of the Treasury
SOLICITUD DE PRORROGA PARA RENDIR LA PLANILLA DE CONTRIBUCION SOBRE INGRESOS
Request for Extension of Time to File the Income Tax Return

Número de Serie

Año comienza el ___ de _____ de ___ y termina el ___ de _____ de ___
Year beginning on  1/1  of 2011  and ending on  12/31  of 2011

### Parte - Part I: Información del Contribuyente - Taxpayer Information

Número de Seguro Social
Social Security Number

Número de Identificación Patronal
Employer Identification Number

6 6 5 7

| Nombre del individuo Individual's First Name | Inicial Initial | Apellido Paterno Last Name | Apellido Materno Second Last Name |

Nombre de la Corporación, Sociedad, Sucesión o Fideicomiso · Name of the Corporation, Partnership, Estate or Trust
**ROJO CONSTRUCTION CORP (1944)**

Dirección Postal - Postal Address
#781 AVE. PONCE DE LEON STE 407

SAN JUAN, PR          Código Postal - Zip Code  00907

Código Municipal

Teléfono Residencia - Residential Telephone          Teléfono Oficina - Office Telephone

Sello de Pago

Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA
Oficina de Correspondencia y Archivo
RECIBIDO
07 ABR. 2012
PLANILLA SIN PAGO
SECRETARIO DE HACIENDA

Número de recibo: _____
Importe: _____

Ocupación / Negocio
Occupation / Business

### Parte - Part II: Información del (de los) Patrono(s) para quien(es) Trabaja (Aplica a prórroga automática y adicional)
Information of the Employer(s) for whom you Work (Applies to automatic and additional extension of time)

| Nombre del Patrono - Employer's Name | Dirección - Address | Número de Identificación Patronal - Employer Identification Number |
|---|---|---|
| 1. | Código Postal - Zip Code | |
| Nombre del Patrono - Employer's Name | Dirección - Address | Número de Identificación Patronal - Employer Identification Number |
| 2. | Código Postal - Zip Code | |

### Parte - Part III: Ingresos (Aplica a prórroga automática y adicional) - Income (Applies to automatic and additional extension of time)

1. Ingreso según Comprobante de Retención o Ingreso Estimado .................................................
   Income as per Withholding Statement or Estimated Income                      0    0  0

2. Otros Ingresos ......................................................................................................
   Other Income                                                                 0    0  0

3. Total de Ingreso Bruto Sujeto a Contribución ...........................................................
   Total Gross Income Subject to Tax                                            0    0  0

### Parte - Part IV: Importe Incluido con esta Solicitud (Aplica solo a prórroga automática)
Amount Included with this Request (Applies only to automatic extension of time)

1. Cantidad pagada con esta solicitud aplicable al total no pagado de la contribución (responsabilidad contributiva total)
   Amount paid with this request applicable to the amount of tax due (total tax liability)          0    0  0

2. Cantidad pagada con esta solicitud aplicable a la Contribución Adicional Especial (Anejo N Incentivos)
   Amount paid with this request applicable to the Special Surtax (Schedule N Incentives) ... (CIFRA DE INGRESO 0215)    0    0  0

3. Cantidad pagada con esta solicitud aplicable al Prepago del Impuesto sobre Repatriación (Formulario 480.3(DI), Parte III)
   Amount paid with this request applicable to the Prepayment of Tollgate Tax (Form 480.30(DI), Part III) .. (CIFRA DE INGRESO 0242)    0    0  0

Modelo SC 2644, Rev. 29 feb 12 - Página 2

---

**Parte - Part V: Solicitud de Prórroga Automática - Request for Automatic Extension of Time**

Clase de contribuyente - Type of taxpayer

1. Individuo - Individual

2. Sucesión - Estate

3. Fideicomiso - Trust

X  4. Corporación - Corporation

9. Sociedad Especial - Special Partnership

5. Corporación bajo el Programa de Incentivos
Contributivos de Puerto Rico - Corporation under the Puerto
*Rico Tax Incentives Program*

10. Organización Sin Fines de Lucro - Not for Profit Organization

11. Compañía Inscrita de Inversión - Registered Investment Company

6. Corporación Especial Propiedad de Trabajadores
Employee-Owned Special Corporation

12. Fideicomiso para Beneficio del Fideicomitente - Grantor Trust

7. Corporación de Individuos - Subchapter N Corporation

13. Corporación extranjera que no tiene oficina en Puerto Rico - Foreign corporation
that does not have an office in Puerto Rico

8. Sociedad - Partnership

3 meses
months

14. Marque aquí si es socio en una sociedad sujeta a tributación bajo el Código de Rentas Internas Federal (Véanse instrucciones)
Check here if you are a partner of a partnership subject to tax under the Federal Internal Revenue Code (See instructions)

6 meses
months

15. Fideicomiso de Empleados - Employee Trust

Decimoquinto (15) día del décimo mes siguiente
al cierre del año contributivo.
Fifteenth (15) day of the tenth month following the
close of the taxable year

**Parte - Part VI: Solicitud de Prórroga Adicional (Solamente si se encuentra fuera de Puerto Rico. Véanse instrucciones)**
Request for Additional Extension of Time (Only if taxpayer is outside of Puerto Rico. See instructions)

3 meses
months

Clase de contribuyente: - Type of taxpayer:

1. Individuo - Individual

2. Sucesión - Estate

3. Fideicomiso - Trust

Marque si: - Check if:

Para Uso Interno
(Razones)
For Internal Use
(Reasons)

Contribuyente se encuentra fuera de Puerto Rico. - Taxpayer is outside of Puerto Rico.

Contribuyente acompaña evidencia demostrando que se encuentra fuera de Puerto Rico. - Taxpayer submits evidence that he/she is outside of Puerto Rico.

A          D

---

**Juramento - Oath**

Declaro bajo penalidad de perjurio que he examinado la información aquí suministrada y que según mi mejor información y creencia la misma es cierta, correcta y completa.

I hereby declare under penalty of perjury, that I have examined the information herein and to the best of my knowledge and belief it is true, correct and complete.

CPA
_____
Título - Title

4/16/12
_____
Fecha - Date

Nombre del contribuyente
Taxpayer's name

Claudia Caicedo

Nombre del representante autorizado
Duly authorized agent's name

Firma del contribuyente
Taxpayer's signature

Firma del representante autorizado
Duly authorized agent's signature

Dirección del representante autorizado - Duly authorized agent's address

P O BOX 190478, SAN JUAN, PR, 00919-0478

Teléfono - Telephone   (787) 764-8365

ESTA PRORROGA NO EXTIENDE EL PAGO DE LA CONTRIBUCION O CUALQUIER PLAZO DE LA MISMA, POR LO QUE CUALQUIER BALANCE PENDIENTE DE PAGO GENERARA INTERESES Y RECARGOS DESDE LA FECHA DE VENCIMIENTO DE LA PLANILLA. ES IMPORTANTE QUE COMPLETE TODOS LOS ENCASILLADOS. RECUERDE INCLUIR LA INFORMACION DE SU PATRONO Y EL INGRESO BRUTO QUE DEVENGO EN EL AÑO. THIS EXTENSION DOES NOT EXTEND THE TIME FOR PAYMENT OF THE TAX OR ANY INSTALLMENT THEREOF. THEREFORE, ANY BALANCE DUE WILL GENERATE INTEREST AND SURCHARGES FROM THE DUE DATE OF THE RETURN. IT IS IMPORTANT THAT YOU COMPLETE ALL BOXES. REMEMBER TO INCLUDE YOUR EMPLOYER'S INFORMATION AND THE GROSS INCOME RECEIVED DURING THE YEAR.

Conservación: Diez (10) años - Retention. Ten (10) years

Reproducido por CEGsoft (EPRT)

**BANCO POPULAR.**

BANCO POPULAR DE PUERTO RICO
PO Box 362708 San Juan, Puerto Rico 00936-2708
Supermax De Diego                        332 20111216

Payee: SECRETARIO DE HACIENDA

Remitter: ROJO CONSTRUCTION CORP

332 PR42621    0736 12/16/2011 15:45  BankChecksSAVG

**OFFICIAL CHECK
CUSTOMER RECEIPT
AND AGREEMENT**

Check No. 103133200003656

Date:        12/16/2011

| | |
|---|---|
| Amount: | $744,826.00 |
| Fee: | $8.00 |
| Total: | $744,834.00 |

**NOTICE TO CUSTOMERS:**
You usually cannot stop payment of the attached check
after you send it to the payee. If it is lost, stolen, or
destroyed, notify Source Bank immediately. You may be
required to buy an indemnity or surety bond before a
replacement or refund is issued.

CHK-001 / 05-08

THIS DOCUMENT HAS A VOID PANTOGRAPH - BORDER CONTAINS MICROPRINTING AND A TRUE WATERMARK - HOLD TO LIGHT TO VERIFY WATERMARK

**BANCO POPULAR.**

BANCO POPULAR DE PUERTO RICO
PO Box 362708 San Juan, Puerto Rico 00936-2708
Supermax De Diego                        332 20111216

**OFFICIAL CHECK**

Check No. 103133200003656
Date: 12/16/2011

PAY:    SEVEN HUNDRED FORTY FOUR THOUSAND
EIGHT HUNDRED TWENTY SIX DOLLARS AND
00/100

$744,826.00

TO THE        SECRETARIO DE HACIENDA
ORDER OF

REMITTER: ROJO CONSTRUCTION CORP
FDIC Member and Federal Reserve System        10557

Authorized Signature

⑈33200003656⑈ ⑆021502011⑆ 000⑈010316⑈



**480.E-1**
Rev. 98.00
Rep 08.02

Estado Libre Asociado de Puerto Rico - Commonwealth of Puerto Rico
Departamento de Hacienda - Department of the Treasury

**COMPROBANTE DE PAGO DE CONTRIBUCION ESTIMADA**
Estimated Tax Payment Voucher

SELLO DE PAGO
Payment Stamp

**ROJO CONSTRUCTION CORP. (1964)**
NOMBRE - Name

**701 AVE. PONCE DE LEON, SUITE 407**
DIRECCION - Address
**SAN JUAN PR    00907**

CODIGO POSTAL - Zip Code

CODIGO - 1- INDIVIDUO - Individual
Code - 2- CORPORACION O SOCIEDAD
PLANILLA - Corporation or Partnership

| COLECTURIA Collectors Office | FECHA DE PAGO Payment Date | | | NUMERO DE SEGURO SOCIAL O IDENTIFICACION PATRONAL Social Security or Employer's Identification Number | CODIGO CONTRIBUTIVO Tax Year Code | IMPORTE PAGADO Amount Paid |
|---|---|---|---|---|---|---|
| | AÑO Year | MES Month | DIA Day | | | |
| | | | | 6 5 5 7 | 2 2   11 0 0 | 7 4 4 8 2 6 0 0 |

Rojo

CASE NUMBER 17-BK-03283 Commonwealth of Puerto Rico

Creditor: ROJO CONSTRUCTION CORPORATION (1964)

BASIS OF CLAIM: STAUTORY RIGHTS TO:

1. REFUND OF EXCESS PAID
2. INTEREST ON AMOUNT OF REFUND

STATUTORY BASIS: SECTION 6025.03 OF THE PUERTO RICO INTERNAL REVENUE CODE.

Section 6025.03 –
Interest on Payments in Excess.
    (a)    Credits or refunds granted administratively or judicially under this Subtitle shall earn interest at an annual rate of six percent (6%), computed from the date of payment of the taxes related to the credit or refund and until a date that precedes the date of the refund check by not more than thirty (30) days or, in the case of a credit, until the date on which the Secretary notifies to the taxpayer that the credit has been granted.
    (b)    Refunds granted in connection with taxes or levies paid correctly in transactions made with or by tax-exempt persons shall not earn interest.
    (c)    The amount of such credits or refunds with interest thereon, and the costs, if any, shall be credited or paid by the Secretary, chargeable to funds to which credit the product of such taxes had been originally covered into, and in the event of insufficiency in one fund, or when it impracticable to prorate such charge against various funds, chargeable to the General Fund of the Public Treasury

Refund total: $162,776.00
Payment date: 20 December 2011
Interest rate: 6% per annum

| | |
|---|---|
| $162,776.00 X .06 = $9,766.56 year. ($813.88 mo.) ($27.13 day) | $162,776.00 |
| Dec. 20, 2011 to Dec. 20, 2017 = 6 years X $9,766.56 = $58,599.36 | 58,599.00 |
| Dec. 20, 2017 to May 20, 2018 = 3 months X $813.88 = $2,441.64 | 2,441.00 |
| Total as of May 20, 2018 | **$223,816.00** |

| | |
|---|---|
| Debt as of the filing of the proceeding: | |
| Refund amount paid on Dec. 20, 2011 = | $162,776.00 |
| Dec. 20, 2011 to Dec. 20, 2016 = 5 years X $9,766.56 = | $48,832.00 |
| Dec. 20, 2016 to April 20, 2017 = 4 mo. X $813.88 = | $3,255.00 |
| April 20, 2017 to May 3, 2017 = 13 days X $27.13 = | $352.00 |
| Total owed as of the filing on May 3, 2017 = | $215,215.00 |

| | |
|---|---|
| Total Interest accumulated from May 3, 2017 to June 17, 2017: | |
| 47 days X $27.13 daily interest = | $1,275.00 |
| Total owed by June 17, 2017 ($215,215.00 + $1,275.00) = | $216,490.00 |

**From:** PRACR Process
**Sent:** Friday, November 26, 2021 12:39 PM
**To:** duffyponsa@hotmail.com
**Subject:** RE: [EXTERNAL] CLAIM NUMBER 16874


Thank you for your email.

Please allow this email to confirm that we have received your submission and it will be processed accordingly.

Prime Clerk is the designated Claims and Notifications agent in Title III cases of the Commonwealth of Puerto Rico and affiliated Debtors. As such, we are not allowed to provide legal or financial advice.

Regards,

_____
Prime Clerk Inquiries
Prime Clerk LLC, A Kroll Business
850 Third Avenue
Suite 412
Brooklyn, NY 11232
www.krollbusinessservices.com


--------------- Original Message ---------------
**From:** Lawrence Duffy [duffyponsa@hotmail.com]
**Sent:** 11/24/2021, 2:28 PM
**To:** pracrprocess@primeclerk.com
**Subject:** [EXTERNAL] CLAIM NUMBER 16874



PLEASE SEE ATTACHED




This email is confidential and subject to important disclaimers and conditions, including those regarding confidentiality, legal privilege and certain legal entity disclaimers, available at https://www.kroll.com/disclosure. Our Privacy Policy is available at https://www.kroll.com/en/privacy-policy.

ref:_00D1N1ulqY._500311E9Fqw:ref

ExRibit 2
(3 pp)

## CLAIM NUMBER 16874

SUPPLEMENTAL STATEMENT

THE PRESENT STATEMENT IS MADE TO SUPPLEMENT THE STATEMENT INCLUDED IN THE COPY OF THE ATTACHED FORM.

24 NOV 2021

IN ADDITION, TO CLARIFY AND SUPPLEMENT THE STATEMENT PROVIDED ON THE FORM, THE REASON FOR THE INADVERTENT FILING OF THE NOTICE IN THE WRONG FILE AROSE DUE TO THE METHOD OF NOTIFICATION BY THE PRIME CLERK, LLC. AND THE CIRCUMSTANCES OF THE UNDERSIGNED.

In both notices concerning the referral of the claims by the court to the existing procedures of the local agencies made in June and July, claimants were advised that if an initiative were not received **from the local "agency"** it should be reported by telephone. In the present case, no such initiatives were received and the phone calls were made by the undersigned. For this reason, the undersigned understood that a notice or initiative was to be received from the local agency, not the Prime Clerk, in this case, the Puerto Rico Department of Treasury.

When the initiative/notice from Puerto Rico Treasury requiring a response in 20 days from the date of the letter arrived, it came in an envelope from the Prime Clerk with no indication on the envelope that it contained a time-sensitive notice from the local agency. For this reason, it was filed together in the file containing other notices and correspondence from the Prime Clerk not related to the question of the referral of claims to the local agencies. Since the undersigned had no other matter pending with the Prime Clerk and was hospitalized with a life-threatening complication after heart surgery, the envelope received from the Prime Clerk was opened only recently and it was discovered to contain the notice from the local agency with the 20-day period already expired.

(The initial period of hospitalization of the undersigned for a cardiac operation was from the 15th to the 20th of September, released to bed rest and medication on September 20th. Emergency re-hospitalization occurred on September 27th due to increasing post-operation complications; inflammation of the pericardial sac and pneumonia.. Released from intensive care on October 5th, the deadline for response.)

Lcdo. Lawrence E. Duffy
PO Box 13615
San Juan, PR 00908-3615
(787) 504-8962
duffyponsa@hotmail.com

**CLAIMANT'S RESPONSE FORM**

Claim No. **16874**

Claimant Name: **ROJO CONSTRUCTION CORPORATION**

| | | |
|---|---|---|
| (1) | Full Name | *LAWRENCE E. DUFFY* |
| (2) | Telephone Number | (787) 504 8962 |
| (3) | Tax year for which you claimed a tax refund or a tax credit in the Proof of Claim. | 2011 |
| (4) | If a tax refund or tax credit is claimed for more than one tax year, please specify the amount claimed per tax year in the Proof of Claim. | n/a |
| (5) | Social security number for Individuals/ EIN number, as applicable | 66-0776557 |
| (6) | If your Claim has been subject to an administrative or judicial process (not related to Title III), provide the case number. | n/a |
| (7) | Provide a duly stamped copy of the tax returns directly related to the tax refund and/or tax credit claimed in the Proof of Claim and any other documentation that supports your claim. | |
| (8) | Provide a detailed description of the nature of your claim and the reason you are entitled to the tax return and/or tax credit claimed. Include additional pages if necessary. | |

The claim is for the refund of excess withholding taxes turned over to the PR Treasury Department as required by law together with statutory interest accumulated. Attached is a copy of the stamped return filed calculating the tax and the amount of the refund including stamped copies of the withholding amount delivered to the Treasury Department. No assessment of any deficiency was made within the statutory four-year period that must be made according to law. No objection or counterclaim has been made to the refund claim on any basis at any time. Having complied with the requirements of law, the claimant has the right to the refund of its excess amounts paid along with the statutory interest accumulated.

17032830019648B