**EXHIBIT A**

# EXHIBIT A

Party Appearance Sheet

| Name of Party | Assured Guaranty Corp. and Assured Guaranty Municipal Corp. |
|---|---|
| Party Name Abbreviation (For use with Zoom[1]) | Assured |
| January Omnibus Claim Objections Hearing Participant<br><br>Attorney(s) Representing Party<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name (See Hearing Procedures Order, ¶ 7(a)) | **1. William J. Natbony**<br>bill.natbony@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504 6351<br>Notice of Appearance: ECF No. 3676<br>Zoom Screen Name: Assured / Natbony, Bill / Cadwalader, Wickersham & Taft LLP<br><br>**2. Casey J. Servais**<br>casey.servais@cwt.com<br>Cadwalader, Wickersham & Taft LLP<br>(212) 504-6193<br>Notice of Appearance: ECF No. 143<br>Zoom Screen Name: Assured / Servais, Casey / Cadwalader, Wickersham & Taft LLP |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet. | N/A |

---

[1] See Hearing Procedures Order ¶ 7(a).