UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

---------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

   as representative of

THE COMMONWEALTH OF PUERTO RICO
et al.,

        Debtors.[1]

---------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

ORDER CLARIFYING THE HEARING DATE FOR THE THREE HUNDRED
SEVENTY-FOURTH OMNIBUS OBJECTION WITH RESPECT TO PROOF OF CLAIM NO. 62507

      The Court having received and reviewed the *Motion to Clarify* (Docket Entry No. 19759 in Case No. 17-3283) filed by Ms. Cuevas,[2] the Court directs the parties to paragraph B of this Court's order dated December 13, 2021 (Docket Entry No. 19502), which states that the Three Hundred Seventy-Fourth Omnibus Objection (Docket Entry No. 17923) is adjourned to the February 2, 2022, Omnibus Hearing, solely with respect to Ms. Cuevas's claim (No. 62507).

      This Order resolves Docket Entry No. 19759 in Case No. 17-3283.

      SO ORDERED.

Dated: January 14, 2022

                        /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
                        United States District Judge

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Capitalized terms used but not defined herein have the meanings given to them in the Motion.