**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

-------------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

     as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*,

     Debtors.[1]

-------------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

**INFORMATIVE MOTION REGARDING OMNIBUS CLAIM**
**OBJECTIONS TO BE HEARD AT JANUARY 19–20, 2022 HEARING**

To the Honorable United States District Judge Laura Taylor Swain:

Pursuant to the Court's *Order Regarding Procedures for Hearings on January 19–20,*
*2022, and February 16–17, 2022* [Case No. 17-3283, ECF No. 19720] (the "Procedures Order"),
the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole
Title III representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto
Rico Sales Tax Financing Authority ("COFINA"), the Puerto Rico Highways and Transportation
Authority ("HTA"), and the Puerto Rico Public Buildings Authority ("PBA," and together with
the Commonwealth, COFINA, and HTA, the "Debtors") pursuant to section 315(b) of the *Puerto*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico ("Commonwealth") (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] respectfully submits this informative motion[3]:

      1.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Two Hundred Ninety-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability and Incorrect Debtor Bondholder Claims* [Case No. 17-3283, ECF No. 15718] (the "Two Hundred Ninety-Fifth Omnibus Objection") with respect to Proof of Claim No. 167957, as well as any and all related objections, responses, statements, joinders, and replies to the Two Hundred Ninety-Fifth Omnibus Objection:

          a.   Movants

             i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

          b.   Objecting Parties

             i.   Louis and Mae Stangle (*pro se*): Louis and Mae Stangle did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

      2.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Incorrect Debtor Claims* [Case No. 17-3283, ECF No. 16023] (the "Three Hundred Fifth Omnibus Objection") with respect to Proof of Claim No. 7844, as well

---

[2] PROMESA has been codified at 48 U.S.C. §§ 2101–2241.

[3] The Oversight Board is not aware of any other counsel that intends to participate in the January 19–20, 2022 hearings.

as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fifth Omnibus Objection:

     a.  <u>Movants</u>

         i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

     b.  <u>Objecting Parties</u>

         i.  Maria Victor Perez Rodriguez (*pro se*): Maria Victor Pérez Rodríguez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

3.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Claims That Are Partially Deficient and Partially Based on GDB Bonds* [Case No. 17-3283, ECF No. 16027] (the "<u>Three Hundred Ninth Omnibus Objection</u>") with respect to Proof of Claim No. 3078, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninth Omnibus Objection:

     a.  <u>Movants</u>

         i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

     b.  <u>Objecting Parties</u>

         i.  Carlos M. Flores Sánchez (*pro se*): Carlos M. Flores Sánchez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

4.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–

20, 2022 hearing on the *Three Hundred Twenty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate, Deficient, and/or No Liability Bond Claims* [Case No. 17-3283, ECF No. 16649] (the "Three Hundred Twenty-Third Omnibus Objection") with respect to Proof of Claim No. 12902, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Twenty-Third Omnibus Objection:

    a. Movants

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. Objecting Parties

        i. Brunilda Rivera Mercado (*pro se*): Brunilda Rivera Mercado did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

5.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Thirty-Fourth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Miscellaneous Deficient Claims* [Case No. 17-3283, ECF No. 17085] (the "Three Hundred Thirty-Fourth Omnibus Objection") with respect to Proof of Claim No. 179148, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Thirty-Fourth Omnibus Objection:

    a. Movants

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  <u>Objecting Parties</u>

    i.  Humberto Luis Rivera Ventura (*pro se*): Humberto Luis Rivera Ventura has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

6.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor* [Case No. 17-3283, ECF No. 17081] (the "Three Hundred Thirty-Seventh Omnibus Objection") with respect to Proof of Claim No. 1592, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Thirty-Seventh Omnibus Objection:

a.  Movants

    i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  Objecting Parties

    i.  Alba Acevedo Vázquez (*pro se*): Alba Acevedo Vázquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

7.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Thirty-Seventh Omnibus Objection with respect to Proof of Claim No. 59789, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Thirty-Seventh Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.  Carlos Cabrera Velilla (*pro se*): Carlos Cabrera Velilla did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

8.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Thirty-Seventh Omnibus Objection with respect to Proof of Claim No. 51119, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Thirty-Seventh Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.  Margarita Morales Vázquez (*pro se*): Margarita Morales Vázquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

9.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Thirty-Seventh Omnibus Objection with respect to Proof of Claim No. 13143, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Thirty-Seventh Omnibus Objection:

    a.  <u>Movants</u>

        i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.  <u>Objecting Parties</u>

        i.   Luz Tricoche Jesus (*pro se*): Luz Tricoche Jesus did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

10.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Thirty-Seventh Omnibus Objection with respect to Proof of Claim No. 49490, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Thirty-Seventh Omnibus Objection:

   a.  <u>Movants</u>

        i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.  <u>Objecting Parties</u>

        i.   Sonia Valencia Toledo (*pro se*): Sonia Valencia Toledo has indicated that they do not intend to attend the Hearing, therefore no time has been allocated to them.

11.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Thirty-Seventh Omnibus Objection with respect to Proof of Claim No. 28164, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Thirty-Seventh Omnibus Objection:

   a.  <u>Movants</u>

        i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  Objecting Parties

i.  Selma Velázquez Flores (*pro se*): Selma Velázquez Flores did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

12.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims* [Case No. 17-3283, ECF No. 17923] (the "Three Hundred Seventy-Fourth Omnibus Objection") with respect to Proof of Claim No. 153120, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

a.  Movants

i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  Objecting Parties

i.  Edwin Jiménez Barreto (*pro se*): Edwin Jiménez Barreto did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

13.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the*

8

*Commonwealth of Puerto Rico, and the Puerto Rico Highways and Transportation Authority to Miscellaneous Deficient Claims* [Case No. 17-3283, ECF No. 16021] (the "<u>Three Hundred First Omnibus Objection</u>") with respect to Proof of Claim No. 174485, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred First Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Zeidie Serrano González (*pro se*): Zeidie Serrano González did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

14.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred First Omnibus Objection with respect to Proof of Claim No. 177692, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred First Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Norma Mangual Rodríguez (*pro se*): Norma Mangual Rodríguez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

15.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred First Omnibus Objection with respect to Proof of Claim No. 176231, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred First Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Maria Sepúlveda Torres (*pro se*): Maria Sepúlveda Torres did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

16.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred First Omnibus Objection with respect to Proof of Claim No. 175178, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred First Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Lucia Torres Delgado (*pro se*): Lucia Torres Delgado did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

17.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Twelfth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Miscellaneous Deficient Claims* [Case No. 17-3283, ECF No. 16641] (the "Three Hundred Twelfth Omnibus Objection") with respect to Proof of Claim No. 179122, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Twelfth Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

        i.  Carlos Ruben Lebrón Rodríguez (*pro se*): Carlos Ruben Lebrón Rodríguez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

18.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Twelfth Omnibus Objection with respect to Proof of Claim No. 179128, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Twelfth Omnibus Objection:

    a.  Movants

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

      i.    Claudio Ruíz García (*pro se*): Claudio Ruíz García did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

19.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Twelfth Omnibus Objection with respect to Proof of Claim No. 179126), as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Twelfth Omnibus Objection:

    a.  <u>Movants</u>

      i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

      i.    Martin Sanchez (*pro se*): Martin Sanchez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

20.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Twelfth Omnibus Objection with respect to Proof of Claim No. 179144, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Twelfth Omnibus Objection:

    a.  <u>Movants</u>

      i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.    Bernardo Soto Lebron (*pro se*): Bernardo Soto Lebron did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

21.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* [Case No. 17-3283, ECF No. 16643] (the "Three Hundred Sixteenth Omnibus Objection") with respect to Proof of Claim No. 4391, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixteenth Omnibus Objection:

    a.  Movants

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  Objecting Parties

       i.    Rosa Martínez Gómez (*pro se*): 10 minutes

    c.  Movants

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

22.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Sixteenth Omnibus Objection with respect to Proof of Claim No. 27339, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixteenth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b. <u>Objecting Parties</u>

        i. Eva Meléndez Fraguada (*pro se*): 10 minutes

    c. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

23.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Sixteenth Omnibus Objection with respect to Proof of Claim No. 15357, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixteenth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b. <u>Objecting Parties</u>

        i. Edgardo Rivera Baez (*pro se*): 10 minutes

    c. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

24.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Sixteenth Omnibus Objection with respect to Proof of Claim No. 5594, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixteenth Omnibus Objection:

    a. <u>Movants</u>

       i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.   Edgardo Santiago Santiago (*pro se*): Edgardo Santiago Santiago has indicated that they do not intend to attend the hearing, therefore no time has been allocated to them.

25. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Sixteenth Omnibus Objection with respect to Proof of Claim No. 157312, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixteenth Omnibus Objection:

    a.  <u>Movants</u>

       i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.   Norma Concepción Peña (*pro se*): Norma Concepción Peña did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

26. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Sixteenth Omnibus Objection with respect to Proof of Claim No. 45153, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixteenth Omnibus Objection:

    a.  <u>Movants</u>

       i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  Objecting Parties

i.  Sandra Díaz Chapman (*pro se*): Sandra Díaz Chapman did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

27.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19– 20, 2022 hearing on the Three Hundred Sixteenth Omnibus Objection with respect to Proof of Claim No. 154228, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixteenth Omnibus Objection:

a.  Movants

i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  Objecting Parties

i.  Debra Herrera Bravo (*pro se*): Debra Herrera Bravo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

28.  The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19– 20, 2022 hearing on the *Three Hundred Forty-First Omnibus Objection (Non-Substantive) of the Puerto Rico Public Buildings Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Cross-Debtor Duplicate Claims* [Case No. 17-3283, ECF No. 17105] (the "Three Hundred Forty-First Omnibus Objection") with respect to Proof of Claim No. 42868, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-First Omnibus Objection:

   a.  <u>Movants</u>

      i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.  <u>Objecting Parties</u>

      i.  Ana Celia Benitez Delgado (*pro se*): Although Ana Celia Benitez Delgado submitted a response form, it is not clear whether Ms. Benitez Delgado intends to attend the hearing, therefore no time has been allocated to Ms. Benitez Delgado.  In the event that Ms. Benitez Delgado attends the hearing, the Oversight Board respectfully requests that 10 minutes of time be allocated to Ms. Benitez Delgado.

29.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-First Omnibus Objection with respect to Proof of Claim No. 12310 and the *Three Hundred Forty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* [Case No. 17-3283, ECF No. 17108] (the "<u>Three Hundred Forty-Fifth Omnibus Objection</u>") with respect to Proof of Claim No. 12337, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-First Omnibus Objection and Three Hundred Forty-Fifth Omnibus Objection:

   a.  <u>Movants</u>

      i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

   b.  <u>Objecting Parties</u>

        i.    Signa Cabrera Torres (*pro se*): 10 minutes

   c.  <u>Movants</u>

        i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

30.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Thirty-Seventh Omnibus Objection with respect to Proof of Claim No. 121773, Three Hundred Forty-First Omnibus Objection with respect to Proof of Claim No. 127701, and Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of Claim Nos. 129809, 139753, 121773, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Thirty-Seventh Omnibus Objection, Three Hundred Forty-First Omnibus Objection, and Three Hundred Forty-Fifth Omnibus Objection:

   a.  <u>Movants</u>

        i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.  <u>Objecting Parties</u>

        i.    Neysha Colón Torres (*pro se*): Neysha Colón Torres did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

31.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-First Omnibus Objection with respect to Proof of Claim No. 12526 and the Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of Claim No. 12312, as well as any and all related objections, responses, statements, joinders, and

18

replies to the Three Hundred Forty-First Omnibus Objection and Three Hundred Forty-Fifth Omnibus Objection:

      a. <u>Movants</u>

         i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

      b. <u>Objecting Parties</u>

         i. Ivette González De León (*pro se*): 10 minutes

      c. <u>Movants</u>

         i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

32.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-First Omnibus Objection with respect to Proof of Claim No. 29762, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-First Omnibus Objection:

      a. <u>Movants</u>

         i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

      b. <u>Objecting Parties</u>

         i. Nilda Mangual Flores (*pro se*): Nilda Mangual Flores did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

33.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-First Omnibus Objection with respect to Proof of

Claim No. 32231, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-First Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Elizabeth Rivera Domínguez (*pro se*): Elizabeth Rivera Domínguez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

34.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-First Omnibus Objection with respect to Proof of Claim No. 29313, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-First Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b. <u>Objecting Parties</u>

        i. Zulma Landrau Rivera (*pro se*): 10 minutes

    c. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

35.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of

Claim No. 15520, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Fifth Omnibus Objection:

   a.   <u>Movants</u>

      i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.   <u>Objecting Parties</u>

      i.   Carmen Roman Ocasio (*pro se*): Carmen Roman Ocasio did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

36.   The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims* [Case No. 17-3283, ECF No. 17109] (the "<u>Three Hundred Forty-Seventh Omnibus Objection</u>") with respect to Proof of Claim No. 28171, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Seventh Omnibus Objection:

   a.   <u>Movants</u>

      i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.   <u>Objecting Parties</u>

      i.   Ivelisse Navarro Cancel (*pro se*): Ivelisse Navarro Cancel did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

37.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Seventh Omnibus Objection with respect to Proof of Claim No. 27235, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Seventh Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Eduardo Velez Crespo (*pro se*): Eduardo Velez Crespo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

38.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Sixteenth Omnibus Objection with respect to Proof of Claim No. 7490, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixteenth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

        i.  Felix Rivera Clemente (*pro se*): 10 minutes

    c.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

39.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of Claim No. 54541, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Fifth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Sandra Collado Santiago (*pro se*): Sandra Collado Santiago did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

40.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of Claim No. 23016, well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Fifth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

        i.  Sonia Ferrer Melendez (*pro se*): 10 minutes

    c.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

41.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employment-Related Claims Asserted Against the Incorrect Debtor* [Case No. 17-3283, ECF No. 17933] (the "Three Hundred Sixty-Seventh Omnibus Objection") with respect to Proof of Claim No. 106655, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixty-Seventh Omnibus Objection:

    a.    Movants

        i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.    Objecting Parties

        i.    Migdalia González Vega (*pro se*): Migdalia González Vega did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

42.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of Claim No. 106293, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Fifth Omnibus Objection:

    a.    Movants

        i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.    Objecting Parties

        i.    Carmen Ruíz Díaz (*pro se*): 10 minutes

c. <u>Movants</u>

i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

43.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of Claim No. 9778, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Fifth Omnibus Objection:

a. <u>Movants</u>

i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b. <u>Objecting Parties</u>

i.   Pedro Ruiz Villegas (*pro se*): Pedro Ruiz Villegas did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

44.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of Claim No. 122933, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Fifth Omnibus Objection:

a. <u>Movants</u>

i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

b. <u>Objecting Parties</u>

i.   Ana Vázquez Pagán (*pro se*): 10 minutes

c. <u>Movants</u>

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

45.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims* [Case No. 17-3283, ECF No. 17092] (the "Three Hundred Forty-Ninth Omnibus Objection") with respect to Proof of Claim No. 35262, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Ninth Omnibus Objection:

    a.  Movants

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  Objecting Parties

       i.    Vilma Adorno Marrero (*pro se*): Vilma Adorno Marrero did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

46.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Ninth Omnibus Objection with respect to Proof of Claim No. 42061 and *Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims* [Case No. 17-3283, ECF No. 17112] (the "Three Hundred Fifty-First Omnibus Objection") with respect to Proof of Claim No. 168021, as well as any and all related

objections, responses, statements, joinders, and replies to the Three Hundred Forty-Ninth Omnibus Objection and Three Hundred Fifty-First Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Lydia Colon Mulero (*pro se*): Lydia Colon Mulero did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

47. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Ninth Omnibus Objection with respect to Proof of Claim Nos. 46270 and 48743, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Ninth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Nancy Maldonado Cruz (*pro se*): Nancy Maldonado Cruz did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

48. The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Ninth Omnibus Objection with respect to Proof of

Claim No. 32722, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Ninth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Ana Maldonado Torres (*pro se*): Ana Maldonado Torres did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

49.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Ninth Omnibus Objection with respect to Proof of Claim No. 26027, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Ninth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Luis Marcano Garcia (*pro se*): Luis Marcano Garcia did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

50.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Ninth Omnibus Objection with respect to Proof of

Claim No. 26316, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Ninth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Neftali Mendez Domínguez (*pro se*): Neftali Mendez Domínguez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

51.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* [Case No. 17-3283, ECF No. 17927] (the "<u>Three Hundred Sixty-Second Omnibus Objection</u>") with respect to Proof of Claim No. 15762, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixty-Second Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Jesus Soto Toledo (*pro se*): Jesus Soto Toledo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

52.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred First Omnibus Objection with respect to Proof of Claim No. 178186 and the *Three Hundred Fiftieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims* [Case No. 17-3283, ECF No. 17111] (the "Three Hundred Fiftieth Omnibus Objection") with respect to Proof of Claim No. 4759, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred First Omnibus Objection and Three Hundred Fiftieth Omnibus Objection:

      a. Movants

            i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

      b. Objecting Parties

            i. Jose López Valentín (*pro se*): Jose López Valentín did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

53.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Seventh Omnibus Objection with respect to Proof of Claim No. 25360 and the Three Hundred Fiftieth Omnibus Objection with respect to Proof of Claim No. 161653, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Seventh Omnibus Objection and Three Hundred Fiftieth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Mayra Torres Ramos (*pro se*): Mayra Torres Ramos did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

54.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fiftieth Omnibus Objection with respect to Proof of Claim No. 34886, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fiftieth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Joan Almedina Quirindongo (*pro se*): Joan Almedina Quirindongo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

55.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fiftieth Omnibus Objection with respect to Proof of Claim No. 49587, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fiftieth Omnibus Objection:

    a. <u>Movants</u>

      i.     Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.   <u>Objecting Parties</u>

      i.     Veronica Arroyo López (*pro se*): Veronica Arroyo López did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

56.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fiftieth Omnibus Objection with respect to Proof of Claim No. 29640, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fiftieth Omnibus Objection:

    a.   <u>Movants</u>

      i.     Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.   <u>Objecting Parties</u>

      i.     Migdalia Crespo (*pro se*): Migdalia Crespo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

57.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fiftieth Omnibus Objection with respect to Proof of Claim No. 43828, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fiftieth Omnibus Objection:

    a.   <u>Movants</u>

      i.     Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

       i.  Amparo Echevarria Lazus (*pro se*): 10 minutes

    c.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

58.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fiftieth Omnibus Objection with respect to Proof of Claim No. 87823, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fiftieth Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.  Selenia Rodriguez Rodriguez (*pro se*): Selenia Rodríguez Rodríguez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

59.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fiftieth Omnibus Objection with respect to Proof of Claim Nos. 87771, 94832 and 87128, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fiftieth Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.    Stephanie Wilson Crespo (*pro se*): Stephanie Wilson Crespo did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

60.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fifty-First Omnibus Objection with respect to Proof of Claim No. 102255, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fifty-First Omnibus Objection:

    a.  <u>Movants</u>

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

       i.    Zulma Cruz Irizarry (*pro se*): 10 minutes

    c.  <u>Movants</u>

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

61.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fifty-First Omnibus Objection with respect to Proof of Claim No. 171318, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fifty-First Omnibus Objection:

    a.  <u>Movants</u>

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

       i.    Ebed Miro Ramirez (*pro se*): 10 minutes

    c.   Movants

        i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

62.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fifty-First Omnibus Objection with respect to Proof of Claim No. 10904, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fifty-First Omnibus Objection:

    a.   Movants

        i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.   Objecting Parties

        i.   Yolanda Rivera Rivera (*pro se*): Yolanda Rivera Rivera did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

63.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fifty-First Omnibus Objection with respect to Proof of Claim No. 113880, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fifty-First Omnibus Objection:

    a.   Movants

        i.   Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.   Objecting Parties

        i.   Carmen Ruíz Díaz (*pro se*): 10 minutes

    c.   Movants

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

64.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of Claim Nos. 24315 and 20600, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Fifth Omnibus Objection:

    a.  <u>Movants</u>

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.    Zoraida Chevere Fraguada (*pro se*): Zoraida Chevere Fraguada did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

65.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Fifty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Puerto Rico Highways and Transportation Authority to Partial Duplicate, Deficient, No Liability, and Incorrect Debtor Bond Claims* [Case No. 17-3283, ECF No. 17096] (the "<u>Three Hundred Fifty-Fifth Omnibus Objection</u>") with respect to Proof of Claim No. 6850, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fifty-Fifth Omnibus Objection:

    a.  <u>Movants</u>

       i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  <u>Objecting Parties</u>

i.  Bodnar Trust U/A Dated 12/28/2001 (*pro se*): Bodnar Trust U/A Dated 12/28/2001 did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

66.   The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Puerto Rico Sales Tax Financing Corporation to Duplicate, Deficient, and/or No Liability Bond Claims* [Case No. 17-3283, ECF No. 17102] (the "Three Hundred Fifty-Seventh Omnibus Objection") with respect to Proof of Claim No. 10607, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fifty-Seventh Omnibus Objection:

a.  Movants

i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

b.  Objecting Parties

i.  Diana and Johnson Graham (*pro se*): Diana and Johnson Graham did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

67.   The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Sixty-Fifth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims* [Case No. 17-3283, ECF No. 17932] (the "Three Hundred Sixty-Fifth Omnibus Objection") with respect to Proof of Claim

No. 33429, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Sixty-Fifth Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Victor Henson Busquets (*pro se*): Victor Henson Busquets indicated that he would not be able to attend the hearing, therefore no time has been allocated to him.

68.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Eighty-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors* [Case No. 17-3283, ECF No. 17922] (the "<u>Three Hundred Eighty-Third Omnibus Objection</u>") with respect to Proof of Claim No. 63198, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Eighty-Third Omnibus Objection:

    a. <u>Movants</u>

        i. Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b. <u>Objecting Parties</u>

        i. Anibal Echevarria Cordoves (*pro se*): Anibal Echevarria Cordoves did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

38

69.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the *Three Hundred Ninety-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims* [Case No. 17-3283, ECF No. 18961] (the "Three Hundred Ninety-Seventh Omnibus Objection") with respect to Proofs of Claim Nos. 179591, 179592, 179600, 179602, 179605, 179606, 179607, 179608, 179609, 179610, and 179613, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Ninety-Seventh Omnibus Objection:

     a.  Movants

         i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

     b.  Objecting Parties

         i.  Sam Allison (*pro se*): Sam Allison has indicated that they do not intend to attend the hearing, therefore no time has been allocated to them.

70.     The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Forty-Fifth Omnibus Objection with respect to Proof of Claim No. 6725 and the Three Hundred Fifty-First Omnibus Objection with respect to Proof of Claim No. 6725, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Forty-Fifth Omnibus Objection and the Three Hundred Fifty-First Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 3 minutes

    b.  <u>Objecting Parties</u>

        i.  Felix Rivera Clemente (*pro se*): 10 minutes

    c.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 2 minutes

71.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Fifty-First Omnibus Objection with respect to Proof of Claim No. 174092, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Fifty-First Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Ana Luna Ríos (*pro se*): Ana Luna Ríos did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

72.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 179357, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

      i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.    Objecting Parties

      i.    Leonides González Castro (*pro se*): Leonides Gonzalez Castro did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

73.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 179316, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

   a.    Movants

      i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

   b.    Objecting Parties

      i.    Guarionex Eduardo Lizardi Ortega (*pro se*): Guarionex Eduardo Lizardi Ortega did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

74.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 179340, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

   a.    Movants

      i.    Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.  Angel Luis Martínez Rivera (*pro se*): Angel Luis Martínez Rivera did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

75.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 179423, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

       i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

       i.  Maritza Acevedo De Núñez (*pro se*): Maritza Acevedo De Núñez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

76.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 171214 and the *Three Hundred Seventy-Ninth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial No Liability Litigation Claims* [Case No. 17-3283, ECF No. 17914] (the "<u>Three Hundred Seventy-Ninth Omnibus Objection</u>") with respect to Proof of Claim No. 171214, as well as any and all related objections, responses, statements, joinders, and

replies to the Three Hundred Seventy-Fourth Omnibus Objection and the Three Hundred Seventy-Ninth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Agustín González Velázquez (*pro se*): Agustín González Velázquez did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

77.    The following individuals may appear to speak on behalf of the parties, listed in the order in which the parties shall present along with proposed time allocations, at the January 19–20, 2022 hearing on the Three Hundred Seventy-Fourth Omnibus Objection with respect to Proof of Claim No. 179215, as well as any and all related objections, responses, statements, joinders, and replies to the Three Hundred Seventy-Fourth Omnibus Objection:

    a.  <u>Movants</u>

        i.  Oversight Board: Brian S. Rosen, and/or Laura Stafford, 5 minutes

    b.  <u>Objecting Parties</u>

        i.  Elaine Lynn Irrevocable Trust (*pro se*): Elaine Lynn Irrevocable Trust did not indicate whether they intend to attend the hearing, therefore no time has been allocated to them.

Dated: January 14, 2022
San Juan, Puerto Rico

Respectfully submitted,

*/s/ Brian S. Rosen*
Martin J. Bienenstock
Brian S. Rosen
Laura Stafford
(Admission *pro hac vice*)
**PROSKAUER ROSE LLP**
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900

*Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

*/s/ Hermann D. Bauer*
Hermann D. Bauer
USDC No. 215205
**O'NEILL & BORGES LLC**
250 Muñoz Rivera Ave., Suite 800
San Juan, PR 00918-1813
Tel: (787) 764-8181
Fax: (787) 753-8944
*Co-Attorneys for the Financial Oversight and
Management Board as representative for the
Debtors*

**<u>Exhibit A</u>**

Party Appearance Cover Sheet

PARTY APPEARANCE COVER SHEET

| Name of Party | Financial Oversight and Management Board for Puerto Rico |
|---|---|
| Party Name Abbreviation<br>  (For Use with Zoom) | FOMB |
| Hearing Participant<br><br>Attorney(s) Representing Party (provide the listed information for each attorney who may appear for the Party):<br>• Name,<br>• Email,<br>• Law Firm,<br>• Phone Number<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | Brian S. Rosen<br>brosen@proskauer.com<br>Proskauer Rose LLP<br>212-969-3380<br>Docket Entry No. 1902<br>FOMB/ Rosen, Brian/ Proskauer Rose LLP<br><br>Laura Stafford<br>lstafford@proskauer.com<br>Proskauer Rose LLP<br>617-526-9714<br>Docket Entry No. 4967<br>FOMB/ Stafford, Laura/ Proskauer Rose LLP |