# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*<br><br>                    Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### INFORMATIVE MOTION OF THE OFFICIAL COMMITTEE OF RETIRED EMPLOYEES OF THE COMMONWEALTH OF PUERTO RICO REGARDING JANUARY 19-20, 2022, OMNIBUS HEARING

The Official Committee of Retired Employees of the Commonwealth of Puerto Rico (the "**Retiree Committee**") hereby submits this informative motion in response to this Court's *Order Regarding Procedures for Hearings on January 19-20, 2022 and February 16-17, 2022* [Dkt. 19720] ("**Hearing Procedures Order**"). The Retiree Committee respectfully states as follows:

Robert Gordon (rgordon@jenner.com) and Melissa Root (mroot@jenner.com) of Jenner & Block LLP will appear on behalf of the Retiree Committee by Zoom videoconference at the January 19-20, 2022, omnibus hearing. Mr. Gordon or Ms. Root do not currently intend to speak

---

[1] The Debtors in these jointly-administered PROMESA title III cases, along with each Debtor's respective title III case number listed as a bankruptcy case number due to software limitations and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are: (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation (Bankruptcy Case No. 17 BK 3284) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric and Power Authority (Bankruptcy Case No. 17 BK 4780) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority (Bankruptcy Case No. 19-BK-5233-LTS) (Last Four Digits of Federal Tax ID: 3801).

at the hearing but reserve the right to respond as necessary to any statements made by any party in connection with the above-captioned Title III cases.

Attached as Exhibit A to this Informative Motion is the completed Party Appearance Sheet required under the Hearing Procedures Order.

(*Signature page follows.*)

WHEREFORE, the Retiree Committee respectfully requests that the Court take notice of the foregoing.

| | |
|---|---|
| January 14, 2022 | Respectfully submitted, |
| JENNER & BLOCK LLP | BENNAZAR, GARCÍA & MILIÁN, C.S.P. |
| By: | By: |
| */s/ Robert Gordon* | */s/ A.J. Bennazar-Zequeira* |
| Robert Gordon (admitted *pro hac vice*) | A.J. Bennazar-Zequeira |
| Richard Levin (admitted *pro hac vice*) | Héctor M. Mayol Kauffmann |
| Carl Wedoff (admitted *pro hac vice*) | Francisco del Castillo Orozco |
| 919 Third Avenue | Edificio Union Plaza 1701 |
| New York, NY 10022-3908 | Avenida Ponce de León #416 |
| rgordon@jenner.com | Hato Rey, San Juan |
| rlevin@jenner.com | Puerto Rico 00918 |
| cwedoff@jenner.com | ajb@bennazar.org |
| 212-891-1600 (telephone) | hector.mayol@bennazar.org |
| 212-891-1699 (facsimile) | francisco.delcastillo@bennazar.org |
| | 787-754-9191 (telephone) |
| Catherine Steege (admitted *pro hac vice*) | 787-764-3101 (facsimile) |
| Melissa Root (admitted *pro hac vice*) | |
| Landon Raiford (admitted *pro hac vice*) | *Counsel for The Official Committee of Retired Employees of Puerto Rico* |
| 353 N. Clark Street | |
| Chicago, IL 60654 | |
| csteege@jenner.com | |
| mroot@jenner.com | |
| lraiford@jenner.com | |
| 312-222-9350 (telephone) | |
| 312-239-5199 (facsimile) | |