## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     Clerk, United States District Court for the District of Puerto Rico; and

The Commonwealth of Puerto Rico, a debtor in the Title III Case in the United States District Court for the District of Puerto Rico (Case No. 17-BK-03283) (LTS)

Proof of Claim Number:  27883
Transferred Principal Amount:  $61,035,000

NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION, a New York insurance company, located at 1 Manhattanville Road, Suite 301, Purchase, NY 10577 ("National") and MBIA Insurance Corporation ("MBIA", and together with National, "Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of an Assignment of Claim Agreement dated as of December 24, 2021, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation and its respective successors and assigns (collectively "Buyer"), Seller's rights, title and interest in and to Seller's proof of claim number 27883, solely to the extent such proof of claim is on account of or related to the bonds identified on Schedule I hereto or payments made by Seller under its insurance policies in respect thereof, (so limited, the "Assigned Claim"), filed against the Commonwealth of Puerto Rico in its Title III Case in the United States District Court for the District of Puerto Rico (the "Court").

Seller hereby waives any objection to the transfer of its ownership interest in and to the Assigned Claim assigned to Buyer hereby on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing Buyer as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes.  Seller further directs the Debtor, the Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to Buyer.

*[signature page follows]*

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer by their duly authorized representatives as of the <u>13th</u> day of January 2022.

NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION

By: _____
Name: Christopher H Young
Title: CFO

MBIA INSURANCE CORPORATION

By: _____
Name: Anthy / Mckieon
Title: Chairm + CFO

CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____
Name:
Title:
Address: Mail Code: DE3-4127
         500 Stanton Christiana Rd., NCC5, Floor 01
         Newark, DE 19713

Attention: Brian M. Ercolani
Telephone: 302-634-1486
Email: CLS_Notices@jpmchase.com

[Signature Page to Evidence of Transfer]

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer by their duly authorized representatives as of the 15th day of January 2022."

NATIONAL PUBLIC FINANCE GUARANTEE CORPORATION

By: _____
Name:
Title:

MBIA INSURANCE CORPORATION

By: _____
Name:
Title:

CHASE LINCOLN FIRST COMMERCIAL CORPORATION

By: _____
Name: Brian M. Ercolani
Title: Operations Manager
Address: Mail Code: DE3-4127
          500 Stanton Christiana Rd., NCC5, Floor 01
          Newark, DE 19713
Attention: Brian M. Ercolani
Telephone: 302-634-1486
Email: CLS_Notices@jpmchase.com

Schedule I

| Year Issued | Series | CUSIP | Coupon | Par Amount |
|---|---|---|---|---|
| 2004 | OO/PP | 74526QCE0 | 3.75% | $300,000 |
| 2004 | OO/PP | 74526QCF7 | 3.80% | $310,000 |
| 2004 | OO/PP | 74526QCG5 | 3.90% | $320,000 |
| 2004 | OO/PP | 74526QCH3 | 4.00% | $335,000 |
| 2004 | OO/PP | 74526QCJ9 | 4.125% | $345,000 |
| | | **Total** | | **$1,610,000** |

| Year Issued | Series | CUSIP | Coupon | Par Amount |
|---|---|---|---|---|
| 2002 | MM | 7452688C9 | 5.00% | $21,010,000 |
| 2005 | SS | 74526QEF5 | 3.875% | $170,000 |
| 2005 | SS | 74526QEL2 | 5.00% | $38,245,000 |
| | | **Total** | | **$59,425,000** |