UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

<u>Order Directing Redacted Filings</u>

The Court has received and reviewed the *Motion Submitting Certified Translations in Connection with Docketed Claim Objection Responses to Be Heard at the January 19-20, 2022 Adjourned Objection Hearing* (Docket Entry No. 19670 in Case No. 17-3283),[2] *Notice of Correspondence Regarding the Three Hundred Sixteenth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims* (Docket Entry No. 19676), *Notice of Correspondence Regarding the Three Hundred Forty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified and Overstated Claims* (Docket Entry No. 19681), *Notice of Correspondence Regarding the Three Hundred Forty-Ninth Omnibus Objection (Non-Substantive) of the*

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17-BK-3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2] Unless otherwise specified, all docket entry references are to entries in Case No. 17-3283.

*Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Duplicate Litigation Claims* (Docket Entry No. 19684), *Notice of Correspondence Regarding the Three Hundred Fifty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Partial Duplicate Litigation Claims* (Docket Entry No. 19686), *Notice of Correspondence Regarding the Three Hundred Fifty-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Highways and Transportation Authority, and Puerto Rico Sales Tax Financing Corporation to Duplicate, Deficient, and/or No Liability Bond Claims* (Docket Entry No. 19687, collectively "the Submissions"), filed by the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"). The Submissions attach various English-language translations of Spanish-language documents that will be considered in connection with matters scheduled for the January 19-20, 2022 Adjourned Claim Objection Hearing.

In compliance with Rule 9037(a) of the Federal Rules of Bankruptcy Procedure, counsel is required to redact personally identifiable information before filing documents to the public docket. Accordingly, it is hereby ORDERED that:

1. The Submissions, currently filed at (i) Docket Entry No. 19670, (ii) Docket Entry No. 19676, (iii) Docket Entry No. 19681, (iv) Docket Entry No. 19684, (v) Docket Entry No. 19686, and (vi) Docket Entry No. 19687, shall be sealed.

2. The Debtors are directed to separately re-file the Submissions subject to the redactions required by Rule 9037(a) of the Federal Rules of Bankruptcy Procedure, by **Tuesday January 18, 2022 at 12:00 p.m. (Atlantic Standard Time)**.

SO ORDERED.

Dated: January 14, 2022

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge