# EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| **Name of the Party**: Individual plaintiffs, Pedro José Nazario Serrano; Joel Rivera Morales; María de Lourdes Gómez Pérez; Héctor Cruz Villanueva; Lourdes Rodríguez y Luis M. Jordán Rivera, all of them Retirees/Beneficiaries and Plaintiffs in a claim for damages described below that is currently pending in the Commonwealth of Puerto Rico Court of First Instance, San Juan Part (the "Commonwealth Court") | |
| Party Name Abbreviation (For use of Zoom) | Individual Retirees |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party:<br><br>• Name<br>• Email,<br>• Law Firm,<br>• Phone Number and,<br>• Docket Entry No. for the Attorneys Notice of Appearance<br>• Zoom Name | **Name**: Harold D. Vicente<br>**Email**: hvicente@vclawpr.com<br>**Firm:** Vicente & Cuebas<br>**Phone Number**: 787-751-8000<br>**Notice of Appearance**: 7066<br>**Zoom Screen Name**: Vicente, H / Individual Retirees |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which must be clearly marked as a "Supplemental" Party Appearance Sheet | N/A |

ACTIVE/114593161.1