# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

-------------------------------------------------------------x

In re:

THE FINANCIAL OVERSIGHT AND
MANAGEMENT BOARD FOR PUERTO RICO,

    as representative of

THE COMMONWEALTH OF PUERTO RICO, *et al.*

Debtors.[1]

-------------------------------------------------------------x

PROMESA
Title III

No. 17 BK 3283-LTS

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Nicholas Vass, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the solicitation, notice, and claims agent for the Debtors in the above-captioned cases under Title III of the Puerto Rico Oversight, Management, and Economic Stability Act (PROMESA).

On December 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Maria R. Carron Vega (MMLID: 111231), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Thirty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Pension-Related Claims Asserted Against the Incorrect Debtor (in English and Spanish)

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, And the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims (the "***Three Hundred Sixty-Second Omnibus***") (in English and Spanish)

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

- Exhibit A - Claims to Be Heard at the February 16, 2022 Claim Objection Hearing (the "***February 16 Hearing Claims Exhibit***")

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on Gladys Minguela Vazquez (MML IDs: 334816 & 1210234), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on the 360th Service List attached hereto as **Exhibit A**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixtieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Public Buildings Authority, And the Puerto Rico Sales Tax Financing Corporation to Deficient Claims (in English and Spanish)

On December 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following document to be served via first class mail an on the 361st Service List attached hereto as **Exhibit B**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixty-First Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Deficient Claims with Respect to Which Deficient Mailing Responses Were Received (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on the 362nd Email Service List attached hereto as **Exhibit C**, and (2) on December 23, 2021 via first class mail on the 362nd First Class Mail Service List attached hereto as **Exhibit D**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, And the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Misclassified Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on 367th Email Service List attached hereto as **Exhibit E**, and (2) on December 23, 2021 via first class mail on the 367th First Class Mail Service List attached hereto as **Exhibit F**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixty-Seventh Omnibus Objection (Non-Substantive) of the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employment-Related Claims Asserted Against the Incorrect Debtor (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on Todd Hauck (MML ID 1461315), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on Todd Hauck (MML ID 1461315), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Sixty-Eighth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Satisfied Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on William Roman Morales (MML ID 2247855), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on William Roman Morales (MML ID 2247855), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventieth Omnibus Objection (Non-Substantive) Of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on Torcos Inc. (MMLID: 1479363), at torcoscorp@gmial.com, and (2) on December 23, 2021 via first class mail on Torcos Inc. (MMLID: 1479363), PO Box 29708 San Juan, PR 00929:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventy-Second Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico to Partially Satisfied and Partially No Liability Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on Karine Lafontant Bessonat (MML ID: 1819836), at email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on the 367th First Class Mail Service List attached hereto as **Exhibit G**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on 374th 1030 Email Service List attached hereto as **Exhibit H**, and (2) on December 23, 2021 via first class mail on the 374th 1030 First Class Mail Service List attached hereto as **Exhibit I**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on 374th 1130 Email Service List attached hereto as **Exhibit J**, and (2) on December 23, 2021 via first class mail on the 374th 1130 First Class Mail Service List attached hereto as **Exhibit K**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and Puerto Rico Public Buildings Authority to Late-Filed Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on Sara Wilna Delgado Garcia (MMLID: 2196274), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on Sara Wilna Delgado Garcia (MMLID: 2196274), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors (in English and Spanish)

On December 23, 2021, at my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following document to be served via first class mail on Sara Wilna Delgado Garcia (MMLID: 2219646) at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are Not Title III Debtors (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on Jose A Rios Collazo (MMLID: 2253728), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on Jose A Rios Collazo (MMLID: 2253728), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Ninety-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Late-Filed Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on Eva E Melendez Fraguada (MMLID: 2219535), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on Eva E Melendez Fraguada (MMLID: 2219535), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Ninety-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are not Title III Debtors (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 16 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on Evelyn Ramirez Montes (MMLID: 1331595), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on Evelyn Ramirez Montes (MMLID: 1331595), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Ninety-Fifth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims Asserting Duplicate Liabilities (in English and Spanish)

On December 23, 2021, at my direction and under my supervision employees of Prime Clerk caused the following documents to be served via first class mail on Ricardo A Herrera de La Vega (MML ID: 437019), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Claims for Which the Commonwealth and ERS are Not Liable (in English and Spanish)

- Exhibit A - Claims to Be Heard at the February 17, 2022 Claim Objection Hearing (the "*February 17 Hearing Claims Exhibit*")

At my direction and under my supervision, employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the following documents to be served (1) on December 22, 2021, via email on Zobeida Medina Serrano (MML ID: 2249783), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on the 370th and 374th Service List attached hereto as **Exhibit L**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventieth Omnibus Objection (Non-Substantive) of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Duplicate Claims (in English and Spanish)

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventy-Fourth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, Puerto Rico Sales Tax Financing Authority, Puerto Rico Highways and Transportation Authority, Employees Retirement System of the Government of the Commonwealth of Puerto Rico, And Puerto Rico Public Buildings Authority to Late-Filed Claims (the "*Three Hundred Seventy-Fourth Omnibus*") (in English and Spanish)

On December 23, 2021, at my direction and under my supervision employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the Three Hundred Seventy-Fourth Omnibus to be served via first class mail on the 374th Service List attached hereto as **Exhibit M**.

On December 23, 2021, at my direction and under my supervision employees of Prime Clerk caused the following documents to be served via first class mail on Edwin Ortiz Vazquez (MML ID: 983604), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Seventy-Seventh Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, The Puerto Rico

Highways and Transportation Authority, and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico To Claims for Which the Debtors Are Not Liable (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the following document to be served (1) on December 22, 2021, via email on Julio M Lopez Alvarez (MML ID: 2159935), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on the 380th Service List attached hereto as **Exhibit N**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Employee Claims asserting Liabilities Owed by Entities That are not Title III Debtors (in English and Spanish)

On December 23, 2021, at my direction and under my supervision employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the following document to be served via first class mail on the 380th 1030 Service List attached hereto as **Exhibit O**:

- Notice of Hearing as To Certain Claims Subject to the Three Hundred Eightieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, the Puerto Rico Highways and Transportation Authority, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the following document to be served (1) on December 22, 2021, via email on Myriam S. Gandia (MML ID: 2186341), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on Myriam S. Gandia (MML ID: 2186341), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, And the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities That Are Not Title III Debtors (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the following document to be served (1) on December 22, 2021, via email on the 381st 1030 Email Service List attached hereto as **Exhibit P**, and (2) on December 23, 2021 via first class mail on the 381st 1030 First Class Mail Service List attached hereto as **Exhibit Q**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities that are not Title III Debtors (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the following document to be served (1) on December 22, 2021, via email on the 381st Email 1130 Service List attached hereto as **Exhibit R**, and (2) on December 23, 2021 via first class mail on the 381st First Class Mail 1130 Service List attached hereto as **Exhibit S**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Eighty-First Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico, the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, and the Puerto Rico Public Buildings Authority to Employee Claims Asserting Liabilities Owed by Entities that are not Title III Debtors (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the following document to be served (1) on December 22, 2021, via email on the 382nd Email Service List attached hereto as **Exhibit T**, and (2) on December 23, 2021 via first class mail on the 382nd First Class Mail Service List attached hereto as **Exhibit U**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Eighty-Second Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Employee Claims Asserting Liabilities Owed by Entities that are not Title III Debtors (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the following document to be served (1) on December 22, 2021, via email on Roy Jorgensen (MML ID: 1416322), at an email address that has been redacted in the interest of privacy, and (2) on December 23, 2021 via first class mail on the Roy Jorgensen (MML ID: 1416322), at an address that has been redacted in the interest of privacy:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Ninetieth Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico to No Liability Claims (in English and Spanish)

At my direction and under my supervision, employees of Prime Clerk caused the February 17 Hearing Claims Exhibit and the following document to be served (1) on December 22, 2021, via email on the 393rd Email Service List attached hereto as **Exhibit V**, and (2) on December 23, 2021 via first class mail on the 393rd First Class Mail Service List attached hereto as **Exhibit W**:

- Notice of Hearing as to Certain Claims Subject to the Three Hundred Ninety-Third Omnibus Objection (Substantive) of the Commonwealth of Puerto Rico and the Employees Retirement System of the Government of the Commonwealth of Puerto Rico to Late-Filed Claims (in English and Spanish)

Dated: January 14, 2022

/s/ Nicholas Vass
Nicholas Vass

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 14, 2022, by Nicholas Vass, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ KELSEY LYNNE GORDON
Notary Public, State of New York
No. 01GO6405463
Qualified in Kings County
Commission Expires March 9, 2024

SRF 58795

**<u>Exhibit A</u>**

Exhibit A

360th Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 334816 | MINGUELA VAZQUEZ, GLADYS | Address on File | | | |
| 1210234 | MINGUELA VAZQUEZ, GLADYS | Address on File | | | |

**Exhibit B**

Exhibit B

361st Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|--------|------|---------|------|-------|-------------|
| 1003353 | VILLALONGO ORTIZ, HECTOR M | Address on File | | | |
| 1003353 | VILLALONGO ORTIZ, HECTOR M | Address on File | | | |

**<u>Exhibit C</u>**

Exhibit C

362nd Email Service List

Served via email

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|
| 1967604 | Clemente Rosa, Maria A. | Address on File | | | | |
| 1465168 | Feliciano Rosado, Maira  I | Address on File | | | | |

**<u>Exhibit D</u>**

## Exhibit D

362nd First Class Mail Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 1967604 | Clemente Rosa, Maria A. | Address on File | | | |
| 1465168 | Feliciano Rosado, Maira  I | Address on File | | | |

**<u>Exhibit E</u>**

Exhibit E

367th Email Service List

Served via email

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|-------|------|---------|------|-------|-------------|-------|
| 1498932 | Franco Soto, Maria | Address on File | | | | |
| 1458749 | Lopez Baez, Sonia N | Address on File | | | | |

**Exhibit F**

Exhibit F

367th First Class Mail Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1498932 | Franco Soto, Maria | Address on File | | | |
| 1458749 | Lopez Baez, Sonia N | Address on File | | | |

**<u>Exhibit G</u>**

## Exhibit G

374th Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 1819836 | Lafontant Besson, Karine | Address on File | | | |
| 1982585 | Soto Sanchez, Eric Josue | Address on File | | | |

**<u>Exhibit H</u>**

Exhibit H

374th 1030 Email Service List

Served via email

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|-------|------|---------|------|-------|-------------|-------|
| 1891520 | Abigail Williams, Zoe | Address on File | | | | |
| 2080520 | Arocho Gonzalez, Ana Maria | Address on File | | | | |
| 1839659 | COLON MALDONADO, CARMEN G. | Address on File | | | | |
| 1056488 | GODEN IZQUIERDO, MARILYN | Address on File | | | | |
| 2136815 | Martin Cervera, Antonio | Address on File | | | | |
| 1948954 | MARTINEZ SANCHEZ, GADIEL | Address on File | | | | |
| 1943757 | RIVERA COLLAZO, VICTOR L. | Address on File | | | | |
| 1877196 | RUIZ VAZQUEZ, MILDRED | Address on File | | | | |
| 2052008 | SANCHEZ RIVERA, MADELINE | Address on File | | | | |
| 1968270 | Vargas, Ivan L. Noriega, Judith Garcia, Janitza Noriega | Address on File | | | | |
| 1930836 | Williams Perez, Zoe A | Address on File | | | | |

**Exhibit I**

Exhibit I

374th 1030 First Class Mail Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 1891520 | Abigail Williams, Zoe | Address on File | | | |
| 2119115 | Agostini Aviles, Edith | Address on File | | | |
| 2080520 | Arocho Gonzalez, Ana Maria | Address on File | | | |
| 1839659 | COLON MALDONADO, CARMEN G. | Address on File | | | |
| 1056488 | GODEN IZQUIERDO, MARILYN | Address on File | | | |
| 1949195 | Irizarry Irizarry, Alejandro Jesus | Address on File | | | |
| 1949195 | Irizarry Irizarry, Alejandro Jesus | Address on File | | | |
| 2136815 | Martin Cervera, Antonio | Address on File | | | |
| 1948954 | MARTINEZ SANCHEZ, GADIEL | Address on File | | | |
| 1943757 | RIVERA COLLAZO, VICTOR L. | Address on File | | | |
| 2033421 | RODRIGUEZ CARCANO, DAMARIS | Address on File | | | |
| 1877196 | RUIZ VAZQUEZ, MILDRED | Address on File | | | |
| 1877196 | RUIZ VAZQUEZ, MILDRED | Address on File | | | |
| 2052008 | SANCHEZ RIVERA, MADELINE | Address on File | | | |
| 1968270 | Vargas, Ivan L. Noriega, Judith Garcia, Janitza Noriega | Address on File | | | |
| 1930836 | Williams Perez, Zoe A | Address on File | | | |

**Exhibit J**

Exhibit J

374th 1130 Email Service List

Served via email

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|-------|------|---------|------|-------|-------------|-------|
| 2184358 | Galano, John F | Address on File | | | | |
| 2137214 | Garcia Santiago, Iris | Address on File | | | | |
| 2136817 | Maria T Soto Villares (Maiden) / Maria Teresita Martin (Passport) | Address on File | | | | |
| 328228 | MERCADO DEJESUS, JACK | Address on File | | | | |
| 343332 | MORALES CAMACHO, SERGIO | Address on File | | | | |
| 2185819 | Oswald, Wesley | Address on File | | | | |
| 950421 | PEREZ NIEVES, AMILDA | Address on File | | | | |
| 2187178 | Rosario Cuevas, Maria Vianey | Address on File | | | | |
| 2138717 | Vazquez, Nydia Febo | Address on File | | | | |
| 2138717 | Vazquez, Nydia Febo | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**Exhibit K**

Exhibit K

374th 1130 First Class Mail Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2184358 | Galano, John F | Address on File | | | |
| 2137214 | Garcia Santiago, Iris | Address on File | | | |
| 2220342 | Johnson, Obe E. | Address on File | | | |
| 2223685 | Johnson, Obe E | Address on File | | | |
| 2142419 | Lugo Ruberte, Juan Pablo | Address on File | | | |
| 2172077 | Lugo Santana, Ines M. | Address on File | | | |
| 2136817 | Maria T Soto Villares (Maiden) / Maria Teresita Martin (Passport) | Address on File | | | |
| 328228 | MERCADO DEJESUS, JACK | Address on File | | | |
| 343332 | MORALES CAMACHO, SERGIO | Address on File | | | |
| 343332 | MORALES CAMACHO, SERGIO | Address on File | | | |
| 2157399 | Ortiz Solis, Jose Rafael | Address on File | | | |
| 2185819 | Oswald, Wesley | Address on File | | | |
| 950421 | PEREZ NIEVES, AMILDA | Address on File | | | |
| 2137131 | Plaza Cruz, Miriam E. | Address on File | | | |
| 2247731 | Roman Morales, William | Address on File | | | |
| 2231048 | Roman Morales, William | Address on File | | | |
| 2187178 | Rosario Cuevas, Maria Vianey | Address on File | | | |
| 2138717 | Vazquez, Nydia Febo | Address on File | | | |
| 2138717 | Vazquez, Nydia Febo | Address on File | | | |

**<u>Exhibit L</u>**

Exhibit L

370th and 374th Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|-------|------|---------|------|-------|-------------|
| 2249783 | MEDINA SERRANO, ZOBEIDA | Address on File | | | |
| 2249783 | MEDINA SERRANO, ZOBEIDA | Address on File | | | |

**Exhibit M**

Exhibit M

374th Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2252391 | Berrios Castrodad, Roberto | Address on File | | | |
| 2231501 | Diaz Oneill, Jaime A. | Address on File | | | |
| 2250624 | Gandia, Myriam S. | Address on File | | | |
| 2239686 | Martinez Colon, Facunda | Address on File | | | |
| 769855 | Medina Serrano, Zobeida | Address on File | | | |
| 769855 | Medina Serrano, Zobeida | Address on File | | | |
| 2241613 | Melvin Lynn Revocable Trust | Address on File | | | |
| 2241613 | Melvin Lynn Revocable Trust | Address on File | | | |
| 2250973 | Rodriguez Gonzalez, Hermenegildo | Address on File | | | |
| 2249801 | Santiago Ortiz, Celia Pilar | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**<u>Exhibit N</u>**

### Exhibit N

380th Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2160803 | Ayala Cruz, Eliud | Address on File | | | |
| 2140921 | Colon Felez, Jorge A. | Address on File | | | |
| 2159935 | Lopez Alvarez, Julio M | Address on File | | | |
| 2144327 | Luna Santiago, Julio Cesar | Address on File | | | |

**<u>Exhibit O</u>**

Exhibit O

380th 1030 Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2161437 | Ayala Cruz, Natanael | Address on File | | | |
| 2161464 | Silva Rivera, Geraldo | Address on File | | | |
| 2162216 | Silva Rivera, Wilfredo | Address on File | | | |

**Exhibit P**

Exhibit P

381st 1030 Email Service List

Served via email

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|
| 2193060 | Asencio Bernardini, Brenda T. | Address on File | | | | |
| 2195456 | Castro, Elia E | Address on File | | | | |
| 2192236 | Garcia, Marlene | Address on File | | | | |
| 2196907 | Laboy Christian, Elena | Address on File | | | | |
| 2195548 | Martinez Quiñones, Lucinda | Address on File | | | | |
| 2195654 | Pagan Duran, Wilfredo | Address on File | | | | |
| 2196769 | Rodriquez Arroyo, Jose | Address on File | | | | |
| 2195731 | Vazquez Colon, Hiramary | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**Exhibit Q**

Exhibit Q

381st 1030 First Class Mail Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2193060 | Asencio Bernardini, Brenda T. | Address on File | | | |
| 2195456 | Castro, Elia E | Address on File | | | |
| 2192236 | Garcia, Marlene | Address on File | | | |
| 2196907 | Laboy Christian, Elena | Address on File | | | |
| 2180876 | Lebron Crespo, Gloria Maria | Address on File | | | |
| 2195548 | Martinez Quiñones, Lucinda | Address on File | | | |
| 2191179 | Ortiz Ortiz, Jose Orlando | Address on File | | | |
| 2195654 | Pagan Duran, Wilfredo | Address on File | | | |
| 2196769 | Rodriquez Arroyo, Jose | Address on File | | | |
| 2171050 | Silva Rivera, Luciano | Address on File | | | |
| 2195731 | Vazquez Colon, Hiramary | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

**Exhibit R**

Exhibit R

381st Email 1130 Service List

Served via email

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|---|---|---|---|---|---|---|
| 2201698 | Ortiz Castellano, Brenda I. | Address on File | | | | |
| 2204916 | Reyes Miranda, Angel R | Address on File | | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)

Page 1 of 1

**<u>Exhibit S</u>**

Exhibit S

381st First Class Mail 1130 Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|--------|------|---------|------|-------|-------------|
| 2201698 | Ortiz Castellano, Brenda I. | Address on File | | | |
| 2204916 | Reyes Miranda, Angel R | Address on File | | | |

**Exhibit T**

Exhibit T

382nd Email Service List

Served via email

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|-------|------|---------|------|-------|-------------|-------|
| 2209198 | Cruz Roman, Hilda L. | Address on File | | | | |
| 2207749 | Martinez Centeno, Damaris | Address on File | | | | |
| 2205746 | Martinez Centeno, Elizabeth | Address on File | | | | |
| 2205505 | Ramos Perez, Millie M | Address on File | | | | |
| 2207426 | Ruiz, Ann M. | Address on File | | | | |

**<u>Exhibit U</u>**

Exhibit U

382nd First Class Mail Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2209198 | Cruz Roman, Hilda L. | Address on File | | | |
| 2207749 | Martinez Centeno, Damaris | Address on File | | | |
| 2205746 | Martinez Centeno, Elizabeth | Address on File | | | |
| 2205505 | Ramos Perez, Millie M | Address on File | | | |
| 2221375 | Roca Troche, Maria Enid | Address on File | | | |
| 2222778 | Rodriguez, Aixa Edmee | Address on File | | | |
| 2220980 | Rosado Colón, Jacqueline | Address on File | | | |
| 2207426 | Ruiz, Ann M. | Address on File | | | |
| 2195467 | Santana Velazquez, Amarilis | Address on File | | | |
| 2221625 | Velazquez Pierantoni, Wilson | Address on File | | | |

In re:  The Commonwealth of Puerto Rico, *et al.*

Case No. 17-03283 (LTS)                                        Page 1 of 1

**<u>Exhibit V</u>**

Exhibit V

393rd Email Service List

Served via email

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE | EMAIL |
|-------|------|---------|------|-------|-------------|-------|
| 2252683 | Colon Cosme, Janet | Address on File | | | | |
| 2252743 | Galan Kercado, Carlos E. | Address on File | | | | |
| 1103497 | MALDONADO MORALES, WILLIAM | Address on File | | | | |

**<u>Exhibit W</u>**

Exhibit W

393rd First Class Mail Service List

Served via first class mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 2252683 | Colon Cosme, Janet | Address on File | | | |
| 2252743 | Galan Kercado, Carlos E. | Address on File | | | |
| 1103497 | MALDONADO MORALES, WILLIAM | Address on File | | | |