# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 03283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE EMPLOYEES RETIREMENT SYSTEM OF THE COMMONWEALTH OF PUERTO RICO ("ERS"),<br><br>Debtor. | PROMESA<br>Title III<br><br>No. 17 BK 03566-LTS |

**INFORMATIVE MOTION REGARDING ATTENDANCE AT JANUARY 19-20, 2022 OMNIBUS HEARING**

---

[1] The Debtors in these Title III cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK- 3283 (LTS)) (Last Four Digits of Federal Tax ID: 3481); (ii) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566 (LTS)) (Last Four Digits of Federal Tax ID: 9686); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567 (LTS)) (Last Four Digits of Federal Tax ID: 3808); (iv) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284 (LTS)) (Last Four Digits of Federal Tax ID: 8474); and (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17-BK-4780) (Last Four Digits of Federal Tax ID: 3747) (Title III case numbers are listed as bankruptcy case numbers due to software limitations.).

To the Honorable United States District Court Judge Laura Taylor Swain:

UBS Financial Services of Puerto Rico, Inc. ("UBS Financial") hereby submits this Informative Motion in compliance with the *Order Regarding Procedures for Hearings on January 19-20, 2022, and February 16-17, 2022* [ECF No 19720], and respectfully INFORM:

1. Paul J. Lockwood, of Skadden, Arps, Slate, Meagher & Flom LLP will speak on behalf of UBS Financial at the January 19-20, 2022 hearing (the "Hearing"), which will be conducted by videoconferencing via Zoom due to the ongoing public health crisis.

2. Mr. Lockwood seeks to be heard on the Urgent Objection of the Individual Plaintiffs Retirees and Beneficiaries of the ERS Trust to the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al. [ECF No. 19766], the Reply in Opposition to the Urgent Objection of the Individual Plaintiffs Retirees and Beneficiaries of the ERS Trust to the Modified Eighth Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.[ECF No. 19782], and the Motion to Inform Attendance at January 19-20, 2022 Omnibus Hearing filed by Harold D. Vicente Gonzalez [ECF No. 19783] and any matter raised by any party at the Hearing as it concerns these matters or the interests of UBS Financial. The required Party Appearance Sheet accompanies this Informative Motion as Exhibit A.

WHEREFORE, UBS Financial respectfully requests that the Honorable Court take notice of the information stated above.

Respectfully Submitted:

In San Juan, Puerto Rico, this 15th day of January, 2022.

| | |
|---|---|
| OF COUNSEL: | McCONNELL VALDÉS LLC |
| | 270 Muñoz Rivera Ave. |
| SKADDEN, ARPS, SLATE MEAGHER & FLOM | Hato Rey, Puerto Rico 00918 |
| | Tel.: (787) 250-2631 |
| Paul J. Lockwood (*admitted pro hac vice*) | Fax: (787) 759-9225 |
| Nicole A. DiSalvo (*admitted pro hac vice*) | |
| Elisa M.C. Klein (*admitted pro hac vice*) | By:  *s/Roberto C. Quiñones-Rivera* |
| One Rodney Square |       Roberto C. Quiñones-Rivera, Esq. |
| P.O. Box 636 |       USDC-PR Bar No. 211512 |
| Wilmington, Delaware 19899 |       rcq@mcvpr.com |
| Tel.: (302) 651-3000 | |
| Fax: (302) 651-3001 | *Counsel for Defendants UBS Financial Services Incorporated of Puerto Rico* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on this same date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to the parties of record and to all interested subscribed users.

Respectfully Submitted:

In San Juan, Puerto Rico, this 15th day of January, 2022.

By: *s/Roberto C. Quiñones-Rivera*
Roberto C. Quiñones-Rivera, Esq.
USDC-PR Bar No. 211512
rcq@mcvpr.com

*Counsel for Defendant UBS Financial Services Incorporated of Puerto Rico*

# EXHIBIT A
## PARTY APPEARANCE SHEET

| | |
|---|---|
| **NAME OF PARTY:** UBS Financial Services Inc. of Puerto Rico | |
| Party Name Abbreviation (For Use with Zoom) | UBS Financial |
| Confirmation Hearing Participant<br><br>Attorney(s) Representing Party:<br>• Name<br>• Email<br>• Law Firm<br>• Phone Number and<br>• Docket Entry No. for the Attorney's Notice of Appearance<br>• Zoom Screen Name | Name: Paul J. Lockwood<br>Email: Paul.Lockwood@skadden.com<br>Firm: Skadden, Arps, Slate, Meagher & Flom LLP<br>Phone Number: 302-651-3000<br>Notice of Appearance: 7709<br>Zoom Screen Name: UBS Financial / Lockwood, Paul / Skadden |
| If a Party files a supplemental Party Appearance Sheet, the Party must include the Docket Entry No. of the original appearance sheet in the new filing which mustbe clearly marked as a Supplemental Party Appearance Sheet | N/A |

4

906145-WILSR01A - MSW