# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>   as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>                            Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to the Commonwealth, ERS, and HTA.** |

[stamp: RECEIVED AND FILED CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR — 2021 APR -6 PM 5:00]

# CLAIMANT'S RESPONSE TO THE THREE HUNDRED AND FIRST OMNIBUS OBJECTION

**Instructions**

1. You should fill out and file this response form only if your claim relates to current or former employment with the government of Puerto Rico, or if your claim relates to a pending or closed legal action. If your claim does not arise from current or former employment with the Government of Puerto Rico, or if your claim does not relate to a pending or closed legal action, your response must be filed in accordance with the procedures detailed in pages 3-4 of the Notice accompanying the Three Hundred First Omnibus Objection.

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

2. Please file a separate response form for each proof of claim to which the Debtors have objected. Do not file a single response form addressing more than one claim.

3. Please answer all questions and any applicable sub-questions.

4. Please include as much detail as possible in your responses.

    a. **Your answers should provide <u>more</u> information than the initial proof of claim**. For example, if you previously wrote "Act 96" as the basis for your claim, please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim.

    b. If available and applicable to your claim, please provide:
    - Copy of a pleading, such as a Complaint or an Answer;
    - Any unpaid judgment or settlement agreement;
    - Written notice of intent to file a claim with proof of mailing; and
    - Any and all documentation you believe supports your claim.

5. If you do not have a copy of your claim, you may download a copy by visiting Prime Clerk's website at: https://cases.primeclerk.com/puertorico/Home-ClaimInfo.

6. You must sign your response where indicated below. If you do not sign your response, the clerk will not accept it for filing.

7. Please file the completed form and any supporting documents as directed in the Notice accompanying the Omnibus Objection to your claim.

**Questionnaire**

1. Please provide a name, address, telephone number, and email address of either (1) the responding claimant; (2) the claimant's attorney or designated representative to whom the attorneys for the Commonwealth, the ERS, or the HTA should serve a reply to the response, if any; or (3) the party with authority to reconcile, settle, or otherwise resolve the Omnibus Objection on the claimant's behalf.

    ☐ **Name**:  *José Ramón López Valentín*

    ☐ **Address**:  *Urb. Monte Olivo 347 Calle Poseidon, Guayama, PR 00784-6639*

    ☐ **Telephone number**:  *(787) 866-6021*

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:19792-1 Filed:01/17/22 Entered:01/17/22 14:35:28 Desc:
Exhibit 1 Page 4 of 8

Case:17-03283-LTS Doc#:16345 Filed:04/06/21 Entered:04/07/21 10:56:41 Desc: Main
Document Page 3 of 4

Case:17-03283-LTS Doc#:16021-6 Filed:03/12/21 Entered:03/12/21 15:19:30 Desc:
Exhibit E Page 9 of 10

☐ **Email address**: _joselo195303@gmail.com_

2. **Your Proof of Claim number**: _17 BK 3283-LTS - 3481_

3. **The Debtors have objected to your Proof of Claim because it does not provide sufficient information for the Debtors to understand the basis for your claim. Please check the box to which your Proof of Claim relates and explain the reason why you oppose the objection by explaining the basis for your claim. Attach additional pages if needed.**

    ☑ A pending or closed legal action with or against the Puerto Rican government

    ☐ Current or former employment with the Government of Puerto Rico

    _There is a lawsuit under appeal by Alejo Cruz Santos Plaintiff Group, Claim 29642_

    **Please attach a copy of any other documentation or other evidence in support of your claim.**

4. **What is the amount of your claim (how much money do you claim to be owed):**
    _$75,168.30_

5. **Employment.** Does your claim relate to current or former employment with the Government of Puerto Rico?
    ☐ No. *Please continue to Question 6*.
    ☑ Yes. **Answer Questions 5(a)-(d).**

5(a). Identify the specific agency or department where you were or are employed:

   _Department of Transportation and Public Works_

5(b). Identify the dates of your employment related to your claim:

   _1984 - 2014_

5(c). Last four digits of your social security number: _9641_

5(d). What is the nature of your employment claims (select all applicable):
   ☐ Pension
   ☑ Unpaid Wages
   ☐ Sick Days
   ☐ Union Grievance
   ☐ Vacation

3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:16345 Filed:04/06/21 Entered:04/07/21 10:56:41 Desc: Main
Case:17-03283-LTS Doc#:16086 Document Filed:03/12/21 Page 4 of 4 Entered:03/12/21 15:19:30 Desc:
Exhibit E Page 10 of 10

☐ Other (Provide as much detail as possible. Attach additional pages if necessary).

_____

_____

**6. Legal Action.** Does your claim relate to a pending or closed legal action?

   ☐    No.

   ✓    Yes. **Answer Questions 6(a)-(f).**

6(a). Identify the department or agency that is a party to the action.
    _Department of Transportation and Public Works_

6(b). Identify the name and address of the court or agency where the action is pending:
    _Appellate Commission_

6(c). Case number: _Claim 29642_

6(d). Title, Caption, or Name of Case: _Alejo Cruz Santos Plaintiff Group_

6(e). Status of the case (pending, on appeal, or concluded): _On appeal_

6(f). Do you have an unpaid judgment? Yes / No (Circle one)
    If yes, what is the date and amount of the judgment? _Yes, $75,168.30_

**PLEASE SIGN YOUR RESPONSE BELOW**

_[signature]_
**Signature**

_José Ramón López Valentín_
**Printed Name**

_April 1, 2021_
**Date**

4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Copy Case:17-03283-LTS Doc#:16345-1 Filed:04/06/21 Entered:04/07/21 10:56:41 Desc:
Case:17-03283-LTS Doc#:3505 Exhibit 07/13/18 Page 1 of 1 07/13/18 11:30:34 Desc: Main
Document Page 25 of 50

| Name | Address | | Amount |
|---|---|---|---|
| LOPEZ BONILLA LUIS ROBERTO | BARRIO PALMAR AGUADILLA, PR 00603 | $ | 32,914.43 |
| LOPEZ CASTRO, WILSON | HC-11 BOX 12155, HUMACAO, PR 00791 | $ | 43,066.77 |
| LOPEZ CASTRO, WILSON | | $ | 31,347.08 |
| LÓPEZ COLÓN, JOSÉ D. | HC-71 BOX #1286, NARANJITO, PR 00719 | $ | 9,911.40 |
| LOPEZ DE JESUS, CARMEN L. | URB. APRIL GARDENS C/12 H 28 LAS PIDRAS, PR | $ | 694.82 |
| LOPEZ DE NEGRON, MARCELINA | DAMASCO F-12, ALTURAS VILLA DEL REY CAGUAS, PR 00727 | $ | 21,552.04 |
| LOPEZ FUENTES, ANTONIO | HC-04 BOX 15440, MOCA, PR 00676 | $ | 30,871.83 |
| LOPEZ FUENTES, JAVIER | - | $ | 6,682.63 |
| LOPEZ LOPEZ, JULIA | 21 SECTOR FARALLON, BARRANQUITAS, PR 00794 | $ | 47,441.44 |
| LOPEZ ORTIZ, MARIA ESTHER | AVE. ANDALUZ #2-D-24, LOMAS VERDES BAYAMON, PR 00956 | $ | 12,241.86 |
| LÓPEZ PINET, GERMÁN | HC-01 BOX 4324, MEDIANIA ALTA LOIZA, PR 00772 | $ | 3,342.62 |
| LÓPEZ RIVERA, PABLO | EDIF. #50 APT. 617, RES. VISTA HERMOSA | $ | 6,875.04 |
| LOPEZ RIVERA, PABLO | | $ | 7,836.77 |
| LOPEZ RODRIGUEZ, LAURA | PO BOX 9023418, SAN JUAN, PR 00902-3418 | $ | 83,530.43 |
| LOPEZ VALENTIN, JOSE R. | CALLE POSEIDON #347, URB. MONTE OLIVO GUAYAMA, PR 00784 | $ | 43,821.22 |
| LÓPEZ VALENTÍN, JOSÉ R. | | $ | 31,347.08 |
| LÓPEZ VARGAS, LUIS A. | CALLE N. SERRANO #2431, PARC. NUEVA VIDA PONCE, PR 00728 | $ | 25,105.00 |
| LOYOLA TORRES, JESÚS | HC - 2 BUZON #6136, PEÑUELAS, PR 00624 | $ | 19,729.33 |
| LOZADA GONZALEZ, EDWARD | CALLE J-II-1 ALTURAS DE RIO GRANDE RIO GRANDE PR 00745 | $ | 41,659.03 |
| LOZADA GONZALEZ, EDWARD | | $ | 23,510.31 |
| LOZADA LOZADA, VICTOR M. | HC-01 BOX 7827, BO. TEJAS LAS PIEDRAS, PR 00771 | $ | 27,820.42 |
| LOZADA RODRÍGUEZ, MARTA | CARRION MADURO 859, PDA. 22 SANTURCE, PR 00909 | $ | 37,873.74 |
| LOZANO ADORNO, MARIA DEL CARMEN. | URB. VILLA DEL CANEY CALLE OROCOVIS K=10-A URB. TRUJILLO ALTO, PR 00976 | $ | 49,906.73 |
| LOZANO ADORNO, MARIA DEL CARMEN. | | $ | 31,347.08 |
| LUCCIONI REYES, PEDRO P. | HC-01 BUZON 11085 | $ | 7,126.98 |
| LUGO ALVAREZ, ELSIE E. | BO. GUAYABO, CALLE POMAROSA #37 ISABELA, P.R. 00662 | $ | 33,474.80 |
| LUGO ÁLVAREZ, ELSIE E. | | $ | 23,510.31 |
| LUGO LUGO, JOSE R. | - | $ | 46,133.16 |
| LUCO SERRANO, LUIS M. | APARTAMENTO #272, SABANA HOYOS, PR 00668 | $ | 880.21 |
| LUYANDO CARMONA, DAVID | | $ | 26,184.85 |
| MADERA BORRERO, ANNA R. | HC-4 BOX 6836, Y ABUCOA, P.R. 00767 | $ | 782.41 |
| MALARET PAGAN, WILLIAM | COND VIZCAYA 200 CALLE 535, APTO. 225 CAROLINA, PR 00985 | $ | 32,116.41 |
| MALDONADO HERNANDEZ, ANTONIA | CALLE ARISTIDES DE CHAVIER #115 APT. B-2 URB. FRONTERAS BAYAMON, PR 00961 | $ | 84,707.91 |
| MANGUAL RODRÍGUEZ, ERNESTO | PO BOX 1303, AÑASCO, PR 00610 | $ | 11,187.36 |
| MARQUEZ FELICIANO, MARIA M. | EDIF. #115 APT. 2155 | $ | 56,856.34 |

*This amount wages that were unpaid, but worked*

20

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 178186 ECF No. 16345**

Signed this 17th day of August 2021

_____
Andreea I. Boscor

