# EXHIBIT 2

# RESPONSE TO OMNIBUS OBJECTION

I. CONTACT INFORMATION

Name: _Maria E. Sepúlveda Torres_

Address: _Urb. Los Caobos, Calle Caimito 3131, Ponce, Puerto Rico 00716_

Contact Telephone: Home _787-842-3728_ Cell _____

II. Title

A. Clerk's Office
   United States District Court
   Room 150 Federal Building
   San Juan, Puerto Rico 00918-1767

B. Commonwealth of Puerto Rico, et al. (Debtors)

C. Case Number: 17 BK 3283 – LTS

D. Omnibus Objection in reference to the request for unpaid money by the Commonwealth of Puerto Rico:

   Proofs of Claim Numbers:
   *Act 89 – Uniform Compensation, July 1979*
   #49762 – Act #89 – Romerazo – Effective July 1, 1995

   #94057 – Pay Scale Act – Steps, of June 6, 2008.

   #96621 – Act #96 (2002) of Dr. Pedro Roselló – Effective July 2002.
             Act #164 (2004) of Mrs. Sila Calderón – Effective January 2004

III. The Court must not grant the Omnibus Objection, since this is money that is owed due to the following laws being passed by the government of the Commonwealth of Puerto Rico:

*Act 89 – Uniform Compensation, July 1979*
Act #89 – Romerazo – Effective July 1, 1995

Pay Scale Act – Steps, of June 6, 2008.

Act #96 (2002) of Dr. Pedro Roselló – Effective July 2002

Act #164 (2004) of Mrs. Sila Calderón – Effective January 2004

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

IV. Supporting Documentation

Please find enclosed documents that serve as evidence of the years of service with Puerto Rico Telephone Company, Ponce, Puerto Rico, from <u>March 2, 1975</u> to <u>January 2, 1998</u>. I retired from my job as <u>Service Representative III      </u>, at the Puerto Rico Telephone Company, Ponce, Puerto Rico, Commonwealth. The claim made is for the laws that cover these years of ~~educational~~ service.

I have enclosed documents that serve as evidence of this claim.

We are sending the response on this date due to the recent emergency situation caused by earthquakes and COVID-19 in Puerto Rico. If you need additional information or documents, please contact the undersigned.

_María E. Sepúlveda Torres_
Print Name

_María E. Sepúlveda Torres - 6/29/2021_
Signature and Date

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Proof of Claim: <CLAIM NUMBER> 176231
Claimant: <CLAIMANT NAME> Maria E Sepulveda Torres

RECEIVED
JUL 16 2021
PRIME CLERK

## INFORMATION REQUESTED TO PROCESS YOUR CLAIM

**Instructions**

Please answer all four (4) questions and any applicable sub-questions. Please include as much detail as possible in your responses. Your answers should provide **more** information than the initial proof of claim. For example, if you previously wrote as the basis for your claim "Ley 96," please elaborate as to the specific laws on which you are purporting to rely, the year the law at issue was enacted, and how and why you believe such particular law provides a basis for your claim. Additionally, if available and applicable to your claim, please provide:

- Copy of a pleading, such as a Complaint or an Answer;
- Any unpaid judgment or settlement agreement;
- Written notice of intent to file a claim with proof of mailing;
- Any and all documentation you believe supports your claim.

Please send the completed form and any supporting documents via email to PRClaimsInfo@primeclerk.com, or by mail or hand delivery to the following address:

Commonwealth of Puerto Rico Supplemental Information Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

**Questionnaire**

1. What is the basis of your claim?
   - ☒ A pending or closed legal action with or against the Puerto Rican government
   - ☒ Current or former employment with the Government of Puerto Rico
   - ☐ Other (Provide as much detail as possible below. Attach additional pages if needed.)

   _Money owed for raises – Promesa Act_

2. What is the amount of your claim (how much money do you claim to be owed):
   $26,400.00

3. Employment. Does your claim relate to current or former employment with the Government of Puerto Rico?
   - ☐ No. Please continue to Question 4.
   - ☒ Yes. Answer Questions 3(a)-(d).

3(a). Identify the specific agency or department where you were or are employed:
_Puerto Rico Telephone Co., PR Commonwealth – Service Representative III_

3(b). Identify the dates of your employment related to your claim:
_From March 2, 1975 to January 2, 1998_

3(c). Last four digits of your social security number: 5025

Certified to be a correct and true translation from the source text in Spanish to the target language English.
12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

3(d). What is the nature of your employment claims (select all applicable):

- ☐ Pension
- ☒ Unpaid Wages
- ☐ Sick Days
- ☐ Union Grievance
- ☐ Vacation
- ☒ Other (Provide as much detail as possible. Attach additional pages if necessary).

*Act 89 of July, 1979 – Uniform Compensation, and Act 89 of July, 1995 – "El Romerazo"*

4. **Legal Action.** Does your claim relate to a pending or closed legal action?
   - ☒ No.
   - ☐ Yes. Answer Questions 4(a)-(f).

4(a). Identify the department or agency that is a party to the action. __N/A__

4(b). Identify the name and address of the court or agency where the action is pending: __N/A__

4(c). Case number: __N/A__

4(d). Title, Caption, or Name of Case: __N/A__

4(e). Status of the case (pending, on appeal, or concluded): __N/A__

4(f). Do you have an unpaid judgment? Yes / No (Circle one) __N/A__
If yes, what is the date and amount of the judgment? __N/A__

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

CLAIMANT: _Maria E. Sepúlveda Torres_

CASE NUMBER: 17 BK 3283-LTS

CLAIM NUMBER: _176231_

*Telephone Number: 787-842-3728*

*Employee Number:* ▮

Claim for money owed from laws approved that apply to me for my years of service since _March 2, 1975_ to _January 2, 1998_ as a _Service Representative III_ with the Puerto Rico Telephone Company – Commonwealth.

1. ~~Act 89, July 1995 ROMERAZO     AMOUNT $~~ _____

As well as any other laws that may be applicable to me and for which I was not granted the corresponding compensation.

Thank you for your attention to this matter.

Regards,

_Maria E. Sepúlveda Torres_
Print Name

_Mari E Sepulveda Torres 6/29 2021_
Signature and Date

|  | | Amount Owed |
|---|---|---|
| 1) | Act 89, July 1979 – Uniform Compensation | $ 22,800.00 |
| 2) | Act 89, July 1995 – El Romerazo | $ 3,600.00 |
| | Grand Total | $ 26,400.00 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CLAIMANT: _Maria E. Sepúlveda Torres_

ADDRESS: _Urb. Los Caobos, Calle Caimito 3131, Ponce, Puerto Rico 00716_

Claim Number: _176231_

Date of Filing (Mailing): _June 29, 2021_

I hereby include the following documents with my claim filed on _June 29, 2021_:

1. Proof of employment with Puerto Rico Telephone Company, in Ponce, Puerto Rico – Commonwealth, as _Service Representative III_, from _March 2, 1975_ to _January 2, 1998_. (See attached evidence)

2. The amount owed in my claim is $ _26,400.00_ .

Thank you for your prompt attention to my petition.

Regards,

_Maria E. Sepúlveda Torres_
Print Name

_María E. Sepúlveda Torres 6/29 - 2021_
Signature and Date

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

## CERTIFICATION

**MARIA E. SEPULVEDA**
**XXX-XX- 5025**

Regarding the above-referenced former employee, we certify as follows:

- ➢ She joined PRT/Claro on 02/03/1975.

- ➢ She worked as a regular employee until 02/01/1998

This certification confirms that the information was obtained from our personnel information system. In Guaynabo, Puerto Rico, on Monday, June 14, 2021.

*Abigail Alejandro González*
Abigall Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 176231 ECF No. 17268**

Signed this 12th day of August, 2021



_____
Andreea I. Boscor