# EXHIBIT 3

Case: 17-03283-LTS Doc#:18260 Filed: 09/27/21 Entered:09/28/21 08:34:45 Desc.: Main Document Page 1 of 2

*#174485*

OMNIBUS OBJECTION REPLY

I. Contact Information

Name: *Zeidie W. Gonzalez Serrano*

Address: *Box 424*

*Peñuelas P.R. 00624*

Contact Phone: - residence *N/A*

- cell *787-2213-3499*

II. Heading

A.- Secretariat (Clerk office)

United States District Court

#150 Avenida Chardon

Federal Building

San Juan, PR 00918-1767

B- Commonwealth of Puerto Rico and other debtors

C- Procedure Number: 17-BK-3283-LTS

D. Omnibus Objection referring to request for money not paid by the

Commonwealth of PR

Reference Number for claim: 178024 – Act 89 - July 1995 - Romerazo

[stamp]
RECEIVED & FILED
2021 SEP 27 PM 4:43
[illegible] OFFICE
DISTRICT COURT
SAN JUAN P.R.

III. The Court must not declare the omnibus objection because it is money owed through the enactment by the government of the Commonwealth of PR of laws that were passed in the period when the P.R.T.C. was government. The P.R.T.C. belonged to the 1999 Commonwealth which arranged the sale of Telefónica.

IV. Supporting documentation which includes documents that prove the years of Service with P.R.T.C. Ponce PR from *October 31, 1998* to *June 1, 2019.* I finished my work as P.R.T.C. Frame Worker.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/December/2021 – PHILLIP BERRYMAN-ATA-certified Spanish-English # 432118.*
*By Targem Translations Inc*

(Ponce PR) (Commonwealth)  Claim is being made for the laws applied covering the years of service in which P.R.T.C. belonged to the PR government. Additional evidence is included; please communicate with the undersigned:

*Zeidie W. Gonzales*
*Zeidie  W. González Serrano*

*Signature Zeidie W. Gonzalez Serrano.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/December/2021 – PHILLIP BERRYMAN-ATA-certified Spanish-English # 432118.*
*By Targem Translations Inc*

[logo]

PRT/CLARO
P.O. Box 360998
San Juan PR 00936-0998

CERTIFICATION

ZEIDIE W. GONZALEZ SERRANO
XXX-XX-7349

For the aforementioned former employee, we certify as follows:

- ➢ She entered PRT/Claro as of October 31, 1988.
- ➢ She worked as a regular employee until June 1, 2019.

This certification confirms that the information was obtained from our personnel information system.  In Guaynabo, Puerto Rico on Wednesday, July 22, 2020.

[signature]
Abigaíl Alejandro González
Compensation Officer
Compensation and Records

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/December/2021 – PHILLIP BERRYMAN-ATA-certified Spanish-English # 432118.*
*By Targem Translations Inc*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*21/December/2021 – PHILLIP BERRYMAN-ATA-certified Spanish-English # 432118.*
*By Targem Translations Inc*



T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, PHILLIP BERRYMAN, ATA-certified Spanish-English #432118, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 174485 ECF No 18260

Signed this 21st day of December 2021



Phillip Berryman

