# EXHIBIT 5

April 1, 2021

Secretary (Clerk's Office)

United States District Court
#150 Avenida Chardón
Federal Building
San Juan (Puerto Rico) 00918-1767

RE: Objection to Claim # 3078

I hereby file an objection to my previous claim for Case # 17-03283-LTS

And Case # 17-03566-LTS, since the Commonwealth of Puerto Rico mentions that Ownership or any other pretext as to these Bonds not being the Responsibility of this entity, and they were the ones who created this Company or Entity to Administer the same (The Bonds) and they did not file any objection. They issued the Bonds, received the money loaned by us the Creditors, and they misused the same or the money and did not know how to Administer it and now they do not want to be responsible for the same and they do not want to pay. Let them be responsible.

I have noticed something from people who lose their Properties in the United States that go for Loss Mitigation, the Bank recovers all the debt, Principal, Interest and any additional Penalty, all this Financed at a better interest rate, and they recover all their debt, and no one raises any objection to it. I understand that the Banks are no better than us Creditors who loaned money to the Commonwealth of Puerto Rico to help with its Infrastructure and have additional money for Capital improvements. They accepted it, they wasted it improperly, and now they do not want to pay, so let them be responsible.

| QUANTITY | CASE | CUSIP |
|---|---|---|
| $22,006.80 | 17BK-03283-LTS | 745177FB6 |
| | (Government Development B Tax SR H RV) | |
| $41,808.00 | 17BK-03566-LTS | 29216MAF7 |
| | (Employees Retirement Sys SR A RV) | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case # 17-03283-LTS                                              Claim # 3078

The Amounts objected to herein present unearned or unpaid interest by the Commonwealth of Puerto Rico; they have never mentioned whether they will pay since these commitments were acquired prior to their Bankruptcy Claim.

Evidence is submitted as to which Company was Responsible for the purchase of these Bonds if there were any problems with the Ownership of the Bonds.

Thank you very much for allowing me to formally file my objection and for your willingness to exclude me from my original claim in Federal Court.

I file this objection before the Honorable United States Federal Court Judge Laura Taylor Swain.


SINCERELY,

[Signature]
Carlos M. Flores Sánchez
Estancias de Bairoa
E3 Tulip Street
Caguas PR 00727

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Página Page 21

| UBS FINANCIAL SERVICES INC. | Detalles para las partidas informadas en las Formas 480.6D / Details for Items Reported on Forms 480.6D | | | Número de cuenta: Account number: |

**Línea 8 Intereses sobre Obligaciones del Estado Libre Asociado de Puerto Rico**
**Line 8 Interest upon Obligations from the Commonwealth of Puerto Rico**

| Descripción / Description | CUSIP y/o símbolo / CUSIP and/or symbol | Fecha / Date | Actividad / Activity | Cantidad / Amount | CBA / ABT | Enmendado / Amended |
|---|---|---|---|---|---|---|
| EMPLOYEES RETIREMENT SYS SR A RV BE/R/ 5.850 070123 DTD 013108 | 29216MAF7 | 01/01/16 | Interest | 195.00 | | |
| | | 02/01/16 | Interest | 195.00 | | |
| | | 03/01/16 | Interest | 195.00 | | |
| | | 04/01/16 | Interest | 195.00 | | |
| | | 05/01/16 | Interest | 195.00 | | |
| | | 06/01/16 | Interest | 195.00 | | |
| | | 07/01/16 | Interest | 195.00 | | |
| | | 08/01/16 | Interest | 195.00 | | |
| | | 09/01/16 | Interest | 195.00 | | |
| | | 10/01/16 | Interest | 195.00 | | |
| | | 11/01/16 | Interest | 195.00 | | |
| | | 12/01/16 | Interest | 195.00 | | |
| | | Total- Total | | 2,340.00 | | |
| GOVERNMENT DEVELOPMENT B TAX SR H RV BE/R/ 4.150 080117 DTD 122811 | 745177FB6 | 01/01/16 | Interest | 69.17 | | |
| | | 02/01/16 | Interest | 69.17 | | |
| | | 03/01/16 | Interest | 69.17 | | |
| | | 04/01/16 | Interest | 69.17 | | |
| | | 05/01/16 | Interest | 69.17 | | |
| | | 06/01/16 | Interest | 69.17 | | |
| | | 07/01/16 | Interest | 69.17 | | |
| | | Total- Total | | 484.19 | | |
| | | Línea 8 Total- Line 8 Total | | 2,824.19 | | |

003635 UADDF-J01 048176

Certified to be a correct and true translation from the source text in Spanish to the target language English.
09/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Carlos M. Flores Sánchez
Estancias de Bairoa
E3 Calle Tulipan
Caguas PR 00727

SAN JUAN PR  009

5 APR 2021   PM 2   L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 APR -6  PM 5:00

Secretaria (Clerk's Office)
United States District Court
#150 Avenida Chardón
Edificio Federal (Federal Building)
San Juan (Puerto Rico) 00918-1767

00918-170625

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*09/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**718.384.8040**
**TargemTranslations.com**
**projects@targemtranslations.com**
**185 Clymer St. Brooklyn, NY 11211**

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:
the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 3078 ECF No. 16346**

Signed this 9th day of August 2021



_____
Andreea I. Boscor

