# EXHIBIT 7

May 26, 2021


Proskauer Rose LLP, Counsel for the Oversight Board
Eleven Times Square
New York, NY 10036-8299
Attn: Martin J. Bienenstock, Brian S. Rosen

Dear Sirs:

We are referencing Complaint Number 45153 that is before the Honorable Court for consideration. This complaint consists of a Class Action regarding remuneration and/or compensation for sixteen employees of the Retirement Systems Administration, now the Retirement Board.

Our claim is active before the Public Service Appellate Commission (CASP) under Case Number AQ-13-385 on behalf of Consuelo Navarro Smith and the other 15 individuals, as we have been informed by the Commission itself.  By 2016, our claim was in the negotiation stage after our employer recognized and accepted that the jobs and functions for which compensation was requested were performed.  Even so, our employer attempted to block and boycott the negotiation process through every medium when they arbitrarily added four co-workers who had already been reclassified in another proceeding and were never part of our complaint.  In light of this action, the negotiation process was delayed and postponed time after time until the bankruptcy of the Retirement System, our employer, was finally decreed.

The sixteen employees who make up this class action are aware that this process could and had to be completed before the change in administration in 2017.  It was our employer who deliberately interfered so that it would not finish and who eventually informed us that the case had been closed, causing confusion among the employees who knew that the case was still active.

Based on the foregoing, we are urgently requesting that our case be heard through this forum and that we be provided with all the protection that the Law can provide us.


Cordially,


[*Signature*]
Sandra Díaz Chapman

Enclosed: Consuelo Navarro Smith and the other 15 individuals

msc



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case Number 45153: Consuelo Navarro Smith and the other 15 individuals

1. Consuelo Navarro Smith [*Signature*]
2. Sandra Díaz Chapman [*Signature*]
3. Sophya Rojas Correa [*Signature*]
4. Waleska Carrasco Ayala [*Signature*]
5. Luis Ayala Laureano [*Signature*]
6. Mitzy Viera Rodríguez [*Signature*]
7. Marilyn Velázquez Cruz [*Signature*]
8. Glenda Jiménez Vélez [*Signature*]
9. Janette Nazario Aponte
10. Mabel Sánchez Caraballo [*Signature*]
11. Maritza Colón Rivera [*Signature*]
12. Teresita Mercado Bigio [*Signature*]
13. Suheil Isaac Cruz – was reclassified
14. Marvin Torres González – was reclassified, waived Voluntary Transition Program
15. Johanna Maduro Santana - was reclassified, waived Voluntary Transition Program
16. Ana I. Díaz Cardona – was reclassified, waived Law 211 Pre-Retirement

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Diaz Chapman, Sandra I | 45153 | 5/30/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $25,000.00 |
| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☑ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

## Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarse. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. Who is the current creditor?

   ¿Quién es el acreedor actual?

   _____
   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   Other names the creditor used with the debtor _____
   Otros nombres que el acreedor usó con el deudor

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 4 of 76

October/28/2012

To: General Workers Union

On July 1, 2004, I started as a regular employee as a Technician in the Disability Determination Department. In said position, my functions were to verify and analyze all of the medical evidence attached to the files of Retirement System participants. I would prepare a detailed Report on the computer and review the final decision in each case with the physicians who worked in said department.

On October 10, 2009, they transferred me to the Participant Benefits department, giving me the functions of an Analyst without my having any knowledge or training in the aforementioned department. The Participant Benefits department is a lot more complex, as are the tasks performed here. As a Participant Benefit Analyst, my functions have been: To verify all the documentation attached to the participants' files necessary to work on them, write emails to some agencies about whether the evidence is incomplete (also printing from the Web), get copies of the necessary documents, work on more than twenty (20) items on the computer that include the Account Statement, Services not covered (military, F.S.E., day worker, regular, temporary, agencies, etc.), Pensions, Reimbursements, Reform, Community Property, and Transfers (Incoming and Outgoing). All of them are pure analysis and numerical calculations in order to know the total to be charged for Contribution Insufficiencies, Reimbursements, etc., Pension Work (Age and Years of Service, Deferred and Merit), manual pension readjustment when they have already been made in the Tax Inspection Department. The Account Statements are first done manually to determine the participant's service year period, then all of the information is entered into the computer, which results in a letter with the same. One has to send the cases that have loans to that unit. All of the documents worked on are printed and signed. I draft letters using various letter templates for each particular situation.

In addition, since October 15, 2010, I have been assigned to perform work on the first Act 70 Project that is ongoing until the present date and currently in its fifth phase, as well as on various other special jobs. I have had a series of trainings among which are the Death Benefits training to work on said cases. On various cases, I have provided support in trainings for co-workers hired by the Agency starting in February 2012, helping them with their concerns and questions. I prepare a daily Report of all of the cases worked on and the same has to be delivered to the immediate supervisor. With all of these extra and complex functions that I do that are unlike the ones that I did previously in my position as Disability Determination Technician, I have still not received my new ASR 16. Therefore, in light of the foregoing, I am requesting that I be compensated from 2009 to the present date. Thus, the collective bargaining agreement in its Article XVII section 4, Article XX section II, and Law 187 6.57, 6.1, 8.32, and 8.2 will not be violated.

Thank you.


Sincerely,
[*Signature*]
Janet Nazario Aponte

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



AFFILIATED



### GENERAL WORKERS UNION
Calle Niza #611, Esq. Verona, Urb. Villa Capri, Río Piedras, PR
PO Box 29247, Estación 65 de Infantería, Río Piedras, PR 00929
Tel.: (787) 760-5050 Fax: (787) 761-5830 Email: info@ugtpr.org
Website: www.ugtpr.org

## COMPLAINT PROCEEDING

First Step [ ]   Second Step [ ]   Third Step [ ]   _____

                                                   Date

To: _Melissa Hernandez Gonzalez_          _Director of Human Resources_
     Name of the Employer Representative            Position or Classification

_Retirement Systems Admin._
           Agency or Company

              _Consuelo Navarro, Suheil Isaac, Mitzy Viera, Teresita Mercado_,
Names of the Complainant(s): _Ana Díaz, Luis Ayala, Maritza Colón, Sophya Rojas, Marilyn_
_Velázquez, Marvin Torres, Johanna Maduro, Waleska Carrasco,_     _Benefit Analyst_
_Janette Nazario, Mabel Sánchez, Glenda Jiménez, Sandra Díaz_    Complainant Position or Classification
_Retirement Systems Admin._
        Place of Employment                 Municipality

## COMPLAINT SUMMARY (BRIEFLY EXPLAIN)
Indicate which articles of the Collective Bargaining were violated

_Since October 15, 2010, the participating department that consists of two different [illegible]_
_(1) account payment – where funds are paid out and includes Pensions, Reimbursement, Undue_
_Deductions, BXM, and Transfers (etc.)_
_(2) Account maintenance, which includes Account Statements, Services not covered, Transfers_

**We do not agree with the action taken in the case in question.  We are requesting that a meeting be scheduled to discuss this complaint.  Thus, we are meeting the provisions in the Complaints and Grievances Procedure of the Collective Bargaining Agreement in effect.**

      UGT Official and/or Representative                Received by:

             Date                          Time

  Original: Employer      1st Copy: File       2nd Copy: Representative    3rd Copy: Complainant

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._



### *GENERAL WORKERS UNION*

Calle Niza #611, Esq. Verona, Urb. Villa Capri, Río Piedras, PR
PO Box 29247, Estación 65 de Infantería, Río Piedras, PR 00929
Tel.: (787) 760-5050 Fax: (787) 761-5830 Email: info@ugtpr.org
Website: www.ugtpr.org



**AFFILIATED**

## COMPLAINT PROCEEDING

First Step [ ]   Second Step [ ]   Third Step [ ]   _____

Date

To: _____          _____

Name of the Employer Representative                     Position or Classification

_____

Agency or Company

Names of the Complainant(s): _____

_____          _____

Complainant Position or Classification

_____          _____

Place of Employment                                      Municipality

## COMPLAINT SUMMARY (BRIEFLY EXPLAIN)

Indicate which articles of the Collective Bargaining were violated

*A series of training has been held and both departments have associated this with tasks of greater complexity, more functions, and broad responsibility in the department and assigned cases, in addition to a greater number of tasks to complete.  An ASR 16 has been requested that specifies the tasks that we must complete*

_____

_____

_____

**We do not agree with the action taken in the case in question.  We are requesting that a meeting be scheduled to discuss this complaint.  Thus, we are meeting the provisions in the Complaints and Grievances Procedure of the Collective Bargaining Agreement in effect.**

_____          _____

UGT Official and/or Representative                       Received by:

_____          _____

Date                                                     Time

Original: Employer          1st Copy: File          2nd Copy: Representative          3rd Copy: Complainant

*Certified to be a correct and true translation from the source text in Spanish to the target text in English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



### GENERAL WORKERS UNION

Calle Niza #611, Esq. Verona, Urb. Villa Capri, Río Piedras, PR
PO Box 29247, Estación 65 de Infantería, Río Piedras, PR 00929
Tel.: (787) 760-5050 Fax: (787) 761-5830 Email: info@ugtpr.org
Website: www.ugtpr.org

**AFFILIATED**



## COMPLAINT PROCEEDING

First Step [   ]   Second Step [   ]   Third Step [   ]   _____

Date

To: _____          _____

Name of the Employer Representative          Position or Classification

_____

Agency or Company

Names of the Complainant(s): _____

_____          _____

Complainant Position or Classification

_____          _____

Place of Employment          Municipality

### COMPLAINT SUMMARY (BRIEFLY EXPLAIN)
Indicate which articles of the Collective Bargaining were violated

_and it still has not been provided to us.  Due to the foregoing, we are requesting that we be considered and compensated with a wage increase or differential for the additional work that we are doing._

_In addition, two co-workers Johanna Maduro and Marvin Torres were named Analyst I and have performed Analyst II functions in all of the [illegible]_

_____

_____

**We do not agree with the action taken in the case in question.  We are requesting that a meeting be scheduled to discuss this complaint.  Thus, we are meeting the provisions in the Complaints and Grievances Procedure of the Collective Bargaining Agreement in effect.**

_____          _____

UGT Official and/or Representative          Received by:

_____          _____

Date          Time

Original: Employer          1st Copy: File          2nd Copy: Representative          3rd Copy: Complainant

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

Arbitrator



# *GENERAL WORKERS UNION*

Calle Niza #611, Esquina Verona Urb. Villa Capri Río Piedras, Puerto Rico 00924 P.O.
Box 29247, Estación 65 Infantería, Río Piedras, P.R. 00929
Tel.: (787) 760-5050 * Fax: (787) 761-5830
Teleservice (787) 675-0167 web:www.ugtpr.org

*AFFILIATED*



*SEIU*

*Count on your Union!*

Friday, September 09, 2016

| Name: | CONSUELO NAVARRO AND 15 OTHER INDIV. |
|---|---|
| Address: | CALLE DOMENGO CRUZ #620 URB. VILLA PRADES |
| | |
| SAN JUAN | 00924 |

Re: Case# AQ-13-385

SYSTEMS ADMINISTRATION

The arbitration hearing regarding your complaint has been scheduled for the date, time, and place listed at the end of this communication.

As soon as you receive this letter, you must contact us to coordinate an interview with the legal advisor who will attend to your arbitration case. The interview will be for the preparation of your case, which requires you to bring all the documents that you have in your possession related to said case. If you are going to use a witness, it is important that they accompany you to this interview.

Your attendance is very important. If you cannot be present on the scheduled date, you must notify us immediately. If you do not contact us and also do not attend the hearing, the arbitrator will believe that you do not have any interest in your case and may decide to do the following:

1. Close the case
2. Hold the hearing without your presence and issue a decision
3. Make any other decision to resolve the dispute

Below are the details regarding the arbitration hearing:

> **Date: Tuesday, October 25, 2016**
> **Time: 9:00:00 AM**
> **Place: Public Service Appellate Commission**
> **Address:** Ave Ponce de León 1409, CEM Building Parada 20, Santurce PR Tel. (787)723-4242

The Union's telephone numbers are the following 787-760-5050/787-675-0167

Cordially,

Arbitration Division
General Workers Union

CC: Case File
     Service Officer

*[hw:]* *939-645-5205*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## 10th Floor Analyst Complaint
### Elba Rivera Estrada

**Sent:**   Monday, May 20, 2013 11:03
**To:**   Jon Pinder
**CC:**   Sandra Díaz Chapman; Elba Rivera Estrada; Joel Betancourt Lanzo; Ruben Oliveras Ramos; vicky@ugtpr.org

---

Greetings:

As I indicated today in the morning at 9:27 AM (duration of 4 minutes and 8 seconds); a group of 10th floor analysts are being called to meet so that, due to the service need, they can work by intervening in cases or in other words as a tax inspector.  Please remember that there is a complaint regarding that detail where we are demanding that these co-workers who are performing the functions be reclassified or given a differential or paid for performing that work. When we met with Ivelisse Hernández and you were present, there was talk of paying them for this work ($500.00) or reclassifying them.  When they answered in writing, the complaint was entirely the opposite of what was agreed upon, there was no differential -  now they were [deemed] not qualified for the tax inspector position, and much less so to be paid for the time that they spent performing the tasks where the employer took advantage of their knowledge without paying them for same (Article 16 of the Commonwealth Constitution, equal work for equal pay). In addition to this, the Department Director, Mr. Pedro Vázquez Pesquera met with them separately to indicate that he got them a differential of $150.00, even when the complaint took months and had not concluded, because you were evaluating and took a long time to do so and we in good faith provided you with the time that you needed to resolve the matter and that was not the differential amount that had been spoken of.  To everyone's surprise, you hired temporary employees for this position and did not take the employees who were already performing those functions into consideration.

The co-workers indicated to me that the Assistant Administrator, Ms. Wanda Santiago, met with them on Friday to ask them for cooperation as they are going to give them compensatory time and an incentive plan that is very good. The co-workers indicated to her regarding the complaint that they had that Ms. Santiago's answer did not have anything to do with it.  I encourage the Management personnel to be well oriented, since the complaint is the same matter about which Ms. Santiago was speaking; there is no difference.  What we can understand is that the Agreement is not being observed and the bad faith by the Employer who after we gave them months, so that they could come up with a resolution and they informed us of a differential amount then when the written answer arrived, it was entirely to the contrary without the differential of which had been spoken.  Remember that according to the Collective Bargaining Agreement that is in effect today, Article XLIV, General Provisions, section 3 "The Administration will not execute an agreement or contract with its employees, individually or collectively that in any way was in conflict with this Agreement's provisions.  Any Agreement of that nature shall be null and void." Therefore, there is a complaint regarding this detail and we request that the existing Collective Bargaining Agreement be observed.

I request that you answer me in writing regarding this matter as soon as possible.

Elba Rivera
ASR-UGT Representative

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*[handwritten:] s-School*

  *(14-)*

*Training-*

*Bonus Award-*

*I do not know if I can do with [illegible] because I know that you have to do something*

   *Submitted to the Admin a 500.00 differential for the ones who appear [illegible]*

*the complaint*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case 1: Exhibit 2 - Debtors' Fourteenth Omnibus Objection (Non-Subst Page 14 of 68

|  |  | 2/25/2012 |
|--|--|-----------|
|  | *Jon Pender* |  |
|  | *Ivelisse Hernandez* |  |
|  | *Elba* |  |
|  | *[Illegible] Medino* |  |
|  | *Sophya Rojas* |  |
|  | *Sandra Diaz* |  |
|  |  |  |
|  | *Complaint 11/21/2012* |  |
|  |  |  |
|  | *Analyst [illegible]* |  |
|  |  |  |
|  |  |  |
|  | *I Mario III* |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | *Disability – change in duties their tasks* |  |
|  |  |  |
|  |  |  |
|  | *Benefit Analyst II* |  |
|  |  |  |
|  |  |  |
|  | *Lose* |  |
|  | *This is a [illegible]* |  |
|  | *leaves them* |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

February 25, 2013

| | | | |
|---|---|---|---|
| | | | *2:00 pm-3:15 pm* |
| | | | *12th Floor Meeting with the Director of Personnel (Ivelisse Hernández) with* |
| | | | *Pindel and Elba* |
| | | | |
| | | | *Sandra* |
| | | | *Johana*           *Representation of the employees* |
| | | | *Sophya* |
| | | | |
| | | | *-Complaint (Nov-21-2012)* |
| | | | |
| | | | *Explanation: Eliminate specialized jobs* |
| | | | |
| | | *Complaint* | *-Analyst I's became II effective March 2013* |
| | | | |
| | | | |
| | | | *Disability Analysts* |
| | | | |
| | | | *-or are returned to Disability* |
| | | | *-or stay in equally compensated position* |
| | | | |
| | | | *Options:* |
| | | | |
| | | | *-Differential* |
| | | | *-Productivity bonus* |
| | | | |

*Complaint*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 13 of 76

|  |  |  | March 1, 2013 |
|---|---|---|---|
| | *Training: (They are requesting to help)* | | *10:31 am* |
| | | | *Meeting:* |
| | *-Work Areas per item:* | | |
| | *- 2 hours weekly* | | *-Mr. Rivera        –Johana Maduro* |
| | *- Saturdays* | | *-Sandra Díaz* |
| | | | *-Sophya Rojas* |
| | | | |
| | *Important* | | *-Deduction maintenance and account payment* |
| | | | *- Accounts at Ponce   (notify of information)* |
| | *Appointment: Friday, March 1, 2013* | | *- Payment* |
| | *Time: 10:30 am* | | |
| | | | *-Request classification questionnaires* |
| | *Person expert in complaints and personnel reclassification* | *Copy* | *-ASR 16* |
| | *plans* | | |
| | | | |
| | *Place: Outside of the agency (TC)* | | *- Wage Scales* |
| | | | *- 2008 Retention and Classification Plan* |
| | | | |
| | | | *Act 184 Supplemental Right* |
| | | | |
| | | | *-Request that they audit the position [illegible]* |
| | | *Disab* | *certify the functions of [illegible]* |
| | | | |
| | | | *-list of wages* |
| | | | *-Change Reports* |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 14 of 76

| | |
|---|---|
| | *February 25, 2013* |
| | |
| | *Meeting 12th floor* |
| | *2:00 pm* |
| | |
| | *With Ivelisse Hernández* |
| | *Sandra Díaz* |
| | *Sophya Rojas* |
| | *Johana Maduro* |
| | *Pindel* |
| | |
| | *21-November-2012 Complaint* |
| | |
| | *All of the Items* |
| | |
| | *1-March – Disability Determination Analyst I* |
| | *Benefit Analyst* |
| | *return to Disability or [illegible] Mabel, Wale, and Janet Lazario* |
| *Scale* | |
| *14* | |
| *Analyst* | *Productivity Bonus for the Analysts II* |
| | *amount determined for each person $500.00* |
| | |
| | *By Friday* |
| | *Answer to the complaint* |
| | |
| | |
| | |
| | |
| | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 15 of 76

| Code | Work Unit Name | Analysts | Items |
|------|----------------|----------|-------|
| 003 | Reimbursement | Reimbursement Registry | 20 |
| | | Law 3 Reimbursement Registry | 1020 |
| | | Undue Deduction | SNC (Uncov. Serv.) Overpayment |
| | | | Interest Overpayment |
| | | | Complete Supplementation Plan |
| | | | Regular Contribution Excess |
| | | | Global Vacation Payment |
| | | | Transitory, Provisional, Emergency Appoint. |
| | | | Marginal Benefits |
| | | | Transfer Excess |
| | | | Differentials |
| | | Contribution Lien | ASR Contribution Lien |
| | | | Defined Cooperative Law |
| | | | Defined BPPR |
| | | Ethics Debt | |
| 004 | Pension Calculation | Pension Calculation | Merit |
| | | | Age and Years of Service |
| | | | Deferred |
| | | | IO |
| | | | INO |
| | | Law 3 Pension Calculation | [*hw:*] *Supplemental* |
| | | Special Laws | [*hw:*] [Illegible] – R 200 |
| | | Pension Readjustment | [*hw:*] [Illegible] – 1003 |
| | | Calculation of Complete Debt Supplement | [*hw:*] [Illegible] *Act 90* [*unclear number*] |
| | | Contribution Insufficiency Debt Calculation | |
| | | Supplemental Pension | |
| 009 | Account Statement | Regular Account Statement | |
| | | Law 3 Account Statement Registry | |
| 011 | Transfers | Transfer Registry | |
| | | Law 3 Transfer Registry | |
| | | Reimbursement Transfer Cost | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 16 of 76

| 012 | Services not covered | SNC Registry | |
| | | Act 97 SNC Registry | |
| | | SNC Change Reopening | |
| | | SNC Payment Reopening | |
| | | Complete SNC Supplement Registry | |
| | | Complete SNC Plan Supplement Reopening | |
| | | Comp SNC Payment Plan Supplement Reopening | |
| 014 | Active Death Benefits | | |
| 031 | Entry Transfer | Details and Analysis | |
| | | Debt | |
| 070 | R 2000 Account Statement | | |
| 071 | Savings Account Refund | | |
| 073 | Savings Account Exit Transfers | | |
| 074 | R 2000 Death Benefits | Active Death Benefit Registry | |
| | | Act 3 Active Death Benefit Registry | |
| 088 | Informational Account Statements | Informational A C Registry | |
| 200 | SIP Consults | | |
| | **JUDICIARY MODULE** | Transfers Pensions | |
| Code | Work Unit Name | Office Clerks | Items |
| 002 | Application Oversight | Application Registry | |
| | | Status History | |
| | | Status Update | |
| | | Balance Consultations | |
| | | Document Validation | |
| | | Act 3 Exception | |
| 006 | Document and File Oversight | | |
| Code | Work Unit Name | Loan | |
| 008 | Loan | | |
| Code | Work Unit Name | Tax Inspectors | Items |
| 005 | Tax Inspectors | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS    Doc#:16868-1    Filed:06/02/21    Entered:06/02/21 15:22:52    Desc:
Exhibit    Page 17 of 76

# PARTICIPANT SERVICES DEPARTMENT
# POSITION DIAGRAM

## DIRECTOR'S OFFICE

Participant Services Director (680)
Assistant Participant Services Director (168v)
Executive Officer (252v)
Office Systems Administrator (248)
Reconsideration Analyst (571)
Office Systems Technician II (050)
Information Entry Equipment Operator (183, 389v, 407)
Office Systems Assistant (364v)
Office Clerk II (706)

## ACCOUNT MAINTENANCE DIVISION

### DIVISION HEAD'S OFFICE

Division Manager (170)
Administrative Official II (262)
Office Systems Technician II (414)

## RETIREMENT SAVINGS ACCOUNT DIVISION

### DIVISION HEAD'S OFFICE

Division Manager (655)
Office Systems Technician II (438v, 731)
Office Clerk II (694)

### SERVICES NOT COVERED SECTION

Section Supervisor (370v)
Benefit Determination Analyst II (228, 260v, 489, 493v, 644)
Office Systems Assistant (204v)
Office Clerk II (292, 479)
Office Clerk I (596v)

### ACCOUNT STATEMENT SECTION

Section Supervisor (015)
Benefit Determination Analyst II (231v, 258, 299v, 300, 337v)
Benefit Determination Analyst I (193v, 758)
Office Systems Technician I (214)
Office Clerk II (480)
Office Clerk I (216v, 569v)

### SAVINGS RETURN SECTION

Section Supervisor (371)
Benefit Determination Analyst II (187)
Benefit Determination Analyst I (609)
Office Clerk II (248)
Office Clerk I (029)

### ACCOUNT STATEMENT AND ANNUITY PAYMENT SECTION

Section Supervisor (134V)
Benefit Determination Analyst II (297)
Benefit Determination Analyst I (681)
Information Entry Equipment Operator (236)
Office Clerk I (139)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 18 of 76

PARTICIPANT SERVICES DEPARTMENT

**ACCOUNT PAYMENT DIVISION**

**DIVISION HEAD'S OFFICE**

Division Manager (335v)
Administrative Official II (023)
Office Systems Technician II (178v)

**PENSION CALCULATION
SECTION**

Section Supervisor (245v)
Benefit Determination Analyst II (184, 189, 353v, 405,
422, 584)

**REIMBURSEMENT SECTION**

Section Supervisor (110)
Benefit Determination Analyst II (097, 232v,
255v, 459v, 493v)
Benefit Determination Analyst I (094)
Office Systems Technician I (409)
Office Clerk I (565)
Office Clerk II (404)

v = Vacant Position

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Commonwealth of Puerto Rico**
**PUBLIC SERVICE APPELLATE COMMISSION**
SAN JUAN, PUERTO RICO
www.casp.pr.gov

| | |
|---|---|
| **GOVERNMENT AND JUDICIARY EMPLOYEE RETIREMENT SYSTEM ADMINISTRATION (DEFENDANT)** <br><br> **AND** <br><br> **GENERAL WORKERS UNION (PETITIONER)** | **CASE NO.: AQ-13-0385** <br><br> **RE: RECLASSIFICATION/ DIFFERENTIAL** <br> **Consuelo Navarro Smith** <br> **And the Other 15** <br><br> **FILED** <br> [Signature] 8/6/16 |

**NOTICE NO. 2**

In accordance with Article VII of the Regulations of the Public Service Labor Relations Commission, it is requested that you appear on **October 25, 2016,** at **9:00 a.m.** before Arbitrator **Noel Hernández López.** The hearing will be held on the sixth floor of the Commission's facilities located at Avenida Ponce de León# 1409, Parada 20, Santurce, Puerto Rico.

The parties are warned that if they do not appear at the arbitration hearing, the arbitrator may, among other things:

1. Proceed to close the case without prejudice.
2. Proceed to hold the hearing and issue a ruling only based on the evidence submitted.
3. Take the action that they deem appropriate consistent with the fastest and most effective adjudication of the dispute.

In San Juan, Puerto Rico, on June 2, 2016.

[*Signature*]
Ihomara A. Quiñones Reyes
Director
Alternative Dispute Resolution
Methods Division

**RECEIVED**
JUNE 06 2016
**UGT**

*Certified to be a correct and true translation from the source text in Spanish to the target text English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Arbitrator *Noel Hernández*

# GENERAL WORKERS UNION

Calle Niza #611, Esquina Verona Urb. Villa Capri Río Piedras, Puerto Rico 00924 P.O.
Box 29247, Estación 65 Infantería, Río Piedras, P.R. 00929
Tel.: (787) 760-5050 * Fax: (787) 761-5830
Teleservice (787) 675-0167 web:www.ugtpr.org

*Count on your Union!*

AFFILIATED SEIU

Friday, September 09, 2016

| Name: | CONSUELO NAVARRO AND THE OTHER 15 INDIV. |
| Address: | CALLE DOMENGO CRUZ #620 URB. VILLA PRADES |
| | | Re: Case# AQ-13-385 |
| SAN JUAN | 00924 | SYSTEMS ADMINISTRATION |

The arbitration hearing regarding your complaint has been scheduled for the date, time, and place listed at the end of this communication.

As soon as you receive this letter, you must contact us to coordinate an interview with the legal advisor who will attend to your arbitration case.  The interview will be for the preparation of your case, which requires you to bring all the documents that you have in your possession related to said case.  If you are going to use a witness, it is important that they accompany you to this interview.

Your attendance is very important.  If you cannot be present on the scheduled date, you must notify us immediately.  If you do not contact us and also do not attend the hearing, the arbitrator will believe that you do not have any interest in your case and may decide to do the following:

1. Close the case
2. Hold the hearing without your presence and issue a decision
3. Make any other decision to resolve the dispute

Below are the details regarding the arbitration hearing:

> **Date: Tuesday, October 25, 2016**
> **Time: 9:00:00 AM**
> **Place: Public Service Appellate Commission**
> **Address:** Ave Ponce de León 1409, CEM Building Parada 20, Santurce PR Tel. (787)723-4242

The Union's telephone numbers are the following 787-760-5050/787-675-0167

Cordially,

Arbitration Division
General Workers Union

CC: Case File
    Service Officer

[*hw:*]   939-645-5205

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

April 27, 2016

Mr. Ricardo Díaz

Re: Certifications

Dear Sirs:

In accordance with your specifications, the ASR Certifications are being delivered for Case No.:
AQ-13-385 of the following employees:

1. Glendalee Jiménez Vélez
2. Maritza Colón Rivera
3. Mabel Sánchez Caraballo
4. Waleska Carrasco Ayala
5. Marilyn Velázquez Cruz
6. Mitzy Viera Rodríguez
7. Luis Ayala Laureano
8. Teresita Mercado Bigio
9. Consuelo Navarro Smith
10. Sandra Díaz Chapman
11. Sofía Rojas Correa

[*Signature*]
*Served*
*07/4/2016*
*11:30*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ASP-DMA-001

COMMONWEALTH OF PUERTO RICO
PUBLIC SERVICE APPELLATE COMMISSION
WWW.CASP.PR.GOV

| | |
|---|---|
| | **RECEIVED**<br>JUNE 15 2015<br>**UGT** |

GOVERNMENT AND
JUDICIARY
EMPLOYEE RETIREMENT
SYSTEM ADMINISTRATION
(RESPONDENT)

AND

GENERAL WORKERS
UNION
(PETITIONER)

CASE NO.: AQ-13-0385

RE: RECLASSIFICATION/
    DIFFERENTIAL
Consuelo Navarro Smith
And the Other 15

| |
|---|
| **FILED**<br>[Signature] 1/7/15 |

NOTICE OF APPLICATION FOR COMPLAINT AND GRIEVANCE ARBITRATION SERVICES

On April 29, 2013, the General Workers Union submitted to the Public Service Appellate Commission (Commission) an *Application for Complaint and Grievance Arbitration Services*.

It is requested that you appear at an arbitration hearing on **February 11, 2016,** at **9:00 a.m.,** before the neutral hearing officer **Carlos Román Espada.** The hearing will be held at the Commission's facilities located on the 6th floor of the CEM Building at Avenida Ponce de León No. 1409, Santurce, Puerto Rico (Parada 20).

The Arbitration hearing procedures are governed by the provisions of Article VII of the Commission's Regulations (No. 6385), which are available on the Commission's website (www.casp.pr.com). The parties may appear at the arbitration represented by their attorney or a representative who does not have to be an attorney.

The Government and Judiciary Employee Retirement Systems Administration may submit an answer to the same within the five (5) days following the filing of the receipt of this *Notification*. During the same period, the parties must inform the Commission of the suitability of submitting the dispute to a Mediation proceeding.

The parties are warned that if they do not appear at the arbitration hearing, the arbitrator among other things may:

1. Proceed to close the case without prejudice.
2. Proceed to hold the hearing and issue a ruling only based on the evidence submitted.
3. Take the action that they deem appropriate consistent with the fastest and most effective adjudication of the dispute.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
PUBLIC SERVICE APPELLATE COMMISSION
www.casp.pr.gov

| | |
|---|---|
| GOVERNMENT AND JUDICIARY EMPLOYEE RETIREMENT SYSTEM ADMINISTRATION (AGENCY)<br><br>and<br><br>GENERAL WORKERS UNION (UGT) (UNION) | CASE NO.: AQ-13-0385<br><br><br><br>**RE: Reclassification/ Differential**<br>Consuelo Navarro Smith and 15 Others |

**FILED**
[Signature] [illegible]/19/16

**RESOLUTION**

On February 11, 2016, the above-named parties agreed to convert the Arbitration hearing into a mediation session. As part of the proceedings, the above-named parties are summoned to continue with the mediation proceedings by next March 9, 2016, at 9:00 am at the Public Service Appellate Commission's facilities.

In San Juan, Puerto Rico, on February 16, 2016.

[*Signature*]
**Carlos M. Román Espada**
Neutral Hearing Officer
Alternative Conflict Resolution
Methods Division

**RECEIVED**
FEB 19 2016
**UGT**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
PUBLIC SERVICE APPELLATE COMMISSION
www.casp.pr.gov

| | |
|---|---|
| **GOVERNMENT AND JUDICIARY EMPLOYEE RETIREMENT SYSTEM ADMINISTRATION (AGENCY)** | **Case No.: AQ-13-0385** |
| | **In re: Reclassification/Differential** |
| **-AND-** | **(Ms. Consuelo Navarro, et al.)** |
| **GENERAL WORKERS UNION PUBLIC EMPLOYEE DIVISION (UNION)** | **Arbitrator: Noel A. Hernández López** |

### RESOLUTION

In relation to the October 21, 2016, Motion Requesting a Status Hearing submitted by the AGENCY, it is resolved:

1. To replace the arbitration hearing scheduled for October 25, 2016, at 9:00 a.m., with a pre-hearing conference as set forth in section 7.08 of the Commission's Regulations.
2. Only the legal representatives of each party will appear at the pre-hearing conference. The claimant employees will remain in their respective work areas. The UNION legal representative will keep the employees informed of the proceedings in the case.
3. At the pre-hearing conference, the number of witnesses, the length of time their statements will take, any dispute related to the documents, and the possibility of stipulating as to facts will be analyzed.
4. The parties will submit their respective submission plans.
5. Any matter necessary for the just, quick, and economical resolution of the dispute will be attended to.

**TO BE FILED AND SERVED.**

In San Juan, Puerto Rico, on October 24, 2016

[*Signature*]

Noel A. Hernández López
Arbitrator

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 25 of 76

# CERTIFICATION

**I CERTIFY** that I have sent by regular mail a copy of these **Pre-Hearing Conference Minutes** to the following parties.

| | |
|---|---|
| **Wanda I. Alvelo Maldonado, Esq.** | **Mr. Ángel F. Ferrer Cruz** |
| Judiciary and Government | **Edwin Rivera Cintrón, Esq.** |
| Employee Retirement System | General Worker Union |
| Administration | PO Box 29247 |
| Legal Affairs Office | Estación 65 de Infantería |
| PO Box 42003, Estación Minillas | Río Piedras, Puerto Rico 00929 |
| San Juan, Puerto Rico 00940-2003 | |

In San Juan, Puerto Rico, today, October 31, 2016.

[*Signature*]
**Ángel R. González Rodríguez**
Secretary
Alternative Methods Division

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Commonwealth of Puerto Rico**
**PUBLIC SERVICE APPELLATE COMMISSION**
SAN JUAN, PUERTO RICO
www.casp.pr.gov

| | |
|---|---|
| **GOVERNMENT AND JUDICIARY EMPLOYEE RETIREMENT SYSTEM ADMINISTRATION (DEFENDANT)** **AND** **GENERAL WORKERS UNION (PETITIONER)** | **CASE NO.: AQ-13-0385** **RE: RECLASSIFICATION/ DIFFERENTIAL** **Consuelo Navarro Smith and 15 Others** |

> **FILED**
> [Signature] 8/6/16

## NOTICE NO. 2

In accordance with Article VII of the Regulations of the Public Service Labor Relations Commission, it is requested that you appear on **October 25, 2016,** at **9:00 a.m.** before the Arbitrator **Noel Hernández López.** The hearing will be held on the sixth floor of the Commission's facilities located at Avenida Ponce de León# 1409, Parada 20, Santurce, Puerto Rico.

The parties are warned that if they do not appear at the arbitration hearing, the arbitrator among other things may:

1. Proceed to close the case without prejudice.
2. Proceed to hold the hearing and issue a ruling only based on the evidence submitted.
3. Take the action that they deem appropriate consistent with the fastest and most effective adjudication of the dispute.

In San Juan, Puerto Rico, on June 2, 2016.

[Signature]
Ihomara A. Quiñones Reyes
Director
Alternative Dispute Resolution
Methods Division

> **RECEIVED**
> JUNE 06 2016
> **UGT**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Requests for Adjournment or Later Rotation must be submitted in writing at least five (5) business days prior to the hearing date.  If requesting an adjournment of a hearing, the request must contain three (3) alternative dates on which all of the parties must be available.  If an agreement on the dates is not achieved, the request must so indicate.  All communications written to the Communication must have a copy of it sent to the opposing party as notification.

In San Juan, Puerto Rico, today, June 12, 2015.

[*Signature*]
Ihomara A. Quiñones Reyes
Director
Alternative Dispute Resolution Methods Division

## CERTIFICATION

I CERTIFY: That I have sent a copy of this Notification by regular mail to:

**Francisco del Castillo Orozco, Esq.**
Acting Administrator
Retirement Systems Administration
PO Box 42003 Estación Minillas
San Juan, Puerto Rico 00940-2203

**Mr. Ángel F. Ferrer Cruz**
Complaints and Grievances Office Director
General Workers Union
Public Service Employees Division
PO Box 29247
Estación 65 de Infantería
Río Piedras, Puerto Rico 00929

**Mayda Velázquez Bello, Esq.**
Legal Affairs Office Director
Retirement Systems Administration
PO Box 42003 Estación Minillas
San Juan, Puerto Rico 00940-2203

In San Juan, Puerto Rico, today, June 12, 2015.

[*Signature*]
**Ángela R. González Rodríguez**
Office Systems Technician
Alternative Conflict Resolution Methods Division

/arg

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

WA

RETIREMENT SYSTEMS ADMIN.
LEGAL AFFAIRS OFFICE

NOV 1 2016 11:32 AM

COMMONWEALTH OF PUERTO RICO
PUBLIC SERVICE APPELLATE COMMISSION
www.casp.pr.gov

|  |  |
|---|---|
| GOVERNMENT AND JUDICIARY EMPLOYEE RETIREMENT SYSTEM ADMINISTRATION (AGENCY) | Case No.: AQ-13-0385 |
| -AND- | In re: Reclassification/Differential (Ms. Consuelo Navarro, et al.) |
| GENERAL WORKERS UNION PUBLIC EMPLOYEE DIVISION (UNION) | Arbitrator: Noel A. Hernández López |

**PRE-HEARING CONFERENCE MINUTES**

This past October 25, 2016, a pre-hearing conference was held. Edwin Rivera, Esq., appeared representing the UNION.  For the AGENCY, Wanda I. Alvelo Maldonado, Esq., appeared.

We disclosed to the parties that we will take official notice of Law No. 184-2004, Letter 1-2005, and the AGENCY's Classification and Redistribution Plan.

The UNION established that there are 16 claimant employees in this case.

The parties agreed at the hearing that in a period of 45 days, the AGENCY will notify the UNION's legal representative of its position with respect to the fact and document stipulation proposal.

It was agreed that another pre-hearing conference would be held.

In accordance with Article VII of the Regulations of the Public Service Labor Relations Commission, it is requested that they appear on **December 9, 2016**, at **10:00 a.m.**  The pre-hearing conference will be held at the Commission's facilities located at Avenida Ponce de León# 1409, Parada 20, Santurce, Puerto Rico.  At the pre-hearing conference, the number of witnesses, the length of time their statements will take, any dispute related to the documents, and the possibility of stipulating facts will be analyzed.

AC-13-0385
RETIREMENT AND UGT
Resolution
Page 2 of 2

Any matter necessary for the just, quick, and economical resolution of the dispute will be attended to.

Only the legal representatives of each party will appear at the pre-hearing conference. The claimant employees will remain in their respective work areas. The UNION legal representative will keep the employees informed of the proceedings in the case.

**TO BE FILED AND SERVED.**

In San Juan, Puerto Rico, on October 31, 2016

[*Signature*]
Noel A. Hernández López
Arbitrator

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

*I certify* that at the end of June 2011, the assessment of pending requests to be worked on corresponding to the First and Second Election Period under Act 70-2010 became a part of the items assigned to the Participant Services Department. Ms. Ana I. Díaz Cardona, Benefit Determination Analyst I in the Participant Services Department, was assigned regular current and Act 70-2010 cases for the analysis and calculation of account statements, services not covered, contribution transfers, contribution reimbursements, and pensions. Later, and while completing the reengineering mission, she was trained in the following tasks: pension readjustments, beneficiary pensions, Undue Deductions, and active death benefits. These tasks are similar to the ones performed by Benefit Determination Analysts II.

Ms. Díaz Cardona demonstrated that she works well as part of a team. In addition, she demonstrated that she adequately accepts instructions from her supervisors and can work overtime. She is a cooperative, trustworthy, and honest employee, qualities that stand out in her performance.

Certified on this date, May 9, 2016, in San Juan, Puerto Rico.

[*Signature*]
Wanda G. Sánchez Ortiz
Assistant Director
Participant Services Department
Government and Judiciary Employees'
Retirement System Administration

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

*I certify* that on October 18, 2010, work was started on the Act 70 Project at the Retirement Systems Administration under the direct supervision of Ms. Maribel Alicea, Division Manager.  The work team for this assignment consisted of office clerks, technicians, inspectors, and a management group.  Ms. Johanna Maduro Santana, Benefit Determination Analyst I in the Participant Services Department was selected to participate in this project, which included the analysis and calculation of account statements, Services not covered, contribution transfers to be received and paid out, defined and 2000 Reform law contributions, and pensions.  Later, and while completing the reengineering mission, she was trained in the following tasks: Undue Deductions, active death benefits, account statements, and Judiciary Retirement System contribution transfers, among others.  These tasks are similar to the ones performed by Benefit Determination Analysts II.

Ms. Maduro Santana demonstrated that she works well as part of a team and can work under pressure and on a flexible schedule.  In addition, she demonstrated that she adequately accepts instructions from her superiors, and submits suggestions.  She is a responsible, trustworthy, and honest employee, qualities that stand out in her performance.

Having completed the Act 70 Project tasks, Ms. Maduro Santana continued working in the Participant Services Department.

Certified on this date, May 9, 2016, in San Juan, Puerto Rico.

[*Signature*]
Wanda G. Sánchez Ortiz
Assistant Director
Participant Services Department
Government and Judiciary Employee
Retirement System Administration

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787-250-7251
www.retiro.pr.gov



RETIREMENT
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

I certify that based on Act Number 7 of March 9, 2009 (Act 7), and as part of the Reengineering process started at the Retirement Systems Administration of the Commonwealth of Puerto Rico that same year, Teresita Mercado Bigio, an employee who occupied the position of Benefits Analyst II in the Pension Calculation Section, had to complete training sessions in order to work on other items in other sections, among them: Services not covered, Reimbursements, Death Benefits, Account Statements, among others, in compliance with the Administration's Reengineering mission. The employee did so without receiving an additional compensation for performing functions in addition to those inherent to their position.

Ms. Mercado Bigio not only learned to work on other items satisfactorily, but she also could work under pressure and with a flexible schedule given the volume of cases that were worked on in the Participant Services Department. Ms. Mercado Bigio possessed vast experience and always distinguished herself due to her professionalism and commitment to the job. Ms. Mercado Bigio also distinguished herself due to her great team spirit, since she always was able to transmit her acquired knowledge to new co-workers who were starting work in the Participant Services Department.

Currently, Ms. Mercado Bigio is separated from public service and is receiving a System pension. The effective date of her retirement was February 4, 2014.

This certification is issued on this date, April 4, 2016, at the petition of Ms. Teresita Mercado Bigio.

Hereby certified.
[*Signature*]
Carlos A. Vélez Marrero
Manager
Savings Accounts/Hybrid Program

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

*I certify* that on November 9, 2009, and as part of the process Reengineering initiative instituted at the Retirement Systems Administration (RSA), the employee Maritza Colón Rivera, Benefit Determination Analyst II in the Pensioner Services Department, was transferred to the Pension Calculation Section, Account Payment Division of the Participant Services Department to execute the tasks related to the analysis and calculation of the pensioner death benefits. This change was evidenced in change report 2010-080 of November 12, 2009. Later, and while completing the reengineering mission, she was trained in the following tasks: analysis and calculation of pensions, special laws, account statements, and active participant death benefits.

At the end of 2010, and due to the demands of the schedule outlined by Act 70/2010, she was part of the Act 70 and Pension Work Plan, on this occasion, she worked on the calculation of pensions for beneficiaries, thus supporting the regular current process. In addition, she offered training in the pensioner death benefit granting process to employees of the Retirement System for Teachers designated by the ASR. Occasionally, overtime assistance from her was required.

Ms. Colón Rivera performs her tasks with relative independence and possesses vast knowledge of her work. She is an employee who works very well as part of a team, is responsible, analytical, precise, and accurate; qualities that stand out in her performance.

Certified on this date, March 31, 2016, in San Juan, Puerto Rico.

[*Signature*]
Wanda G. Sánchez Ortiz
Assistant Director
Participant Services Department
Government and Judiciary Employee
Retirement System Administration



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

*I certify* that in October 2009, and as part of the Process Reengineering initiative started at the Retirement Systems Administration, Mabel Sánchez Caraballo, a Disability Determination Technician, was designated by the Participant Services Department to perform the tasks of a Benefit Determination Analyst I in the Account Statements Section. Later, and while completing the reengineering mission, she was trained in the following tasks: analysis and calculation of pensions, special laws, readjustments, services not covered, contribution reimbursements, Undue Deductions, active death benefits, contribution transfers, among others. These tasks are similar to those performed by Benefit Determination Analysts II.

In October 2012, Ms. Sánchez Caraballo was selected to participate in the Phase IV work of the Act 70 Project at the Retirement Systems Administration under the direct supervision of Ms. Yamilet Amador, Division Supervisor, and under the care of Ms. Dagmar Santiago, Division Manager.

Starting on September 1, 2013, Ms. Sánchez Caraballo was designated to analyze, submit recommendations, and/or make final decisions regarding Reconsideration requests. These constitute a forum that attends to all of the requests denied by the Administration related to the following services: disability pensions, pensions on their own behalf and for beneficiaries and readjustments. In addition, she attends to denied contribution reimbursement, undue deduction, services not covered, and active participant death benefit requests as well as denied requests for pensioner death benefits and debt due to various items, especially due to undue pension debt.

Ms. Sánchez Caraballo demonstrates a high capacity to follow her superiors' instructions, assume responsibilities, and execute her tasks with relative independence. In addition, she demonstrates a good attitude and willingness to collaborate on the execution of her functions, and occasionally offers suggestions regarding current processes. She is an employee who works very well as part of a team, is responsible, trustworthy, cooperative, and honest, qualities that stand out in her performance.

Certified on this date, Monday, March 28, 2016, in San Juan, Puerto Rico.

[*Signature*]
Wanda G. Sánchez Ortiz
Assistant Director
Participant Services Department
Government and Judiciary Employee
Retirement System Administration


**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

I certify that based on Act Number 7 of March 9, 2009 (Act 7), and as part of the Process Reengineering initiative started at the Retirement Systems Administration of the Commonwealth of Puerto Rico that same year, Mitzy Viera Rodríguez, an employee who held the position of Benefits Analyst II in the 2000 Reform Section, had to complete training sessions in order to work on other items in other sections, among which: Analysis and Calculation of Account Statements, Services not covered, Regular Contribution Reimbursements, Undue Deductions, Active Death Benefits, Contribution Transfers, and Pension Calculation, in compliance with the Administration Reengineering mission. The employee did so without receiving an additional compensation for performing functions in addition to those inherent to her position.

Ms. Viera Rodríguez not only learned to work on other items satisfactorily, but she also could work under pressure and with a flexible schedule given the volume of cases that were worked on in the Participant Services Department. Ms. Viera Rodríguez has always showed a willingness to collaborate on the projects that have been implemented in the Participant Services Department and has demonstrated great commitment to the Agency.

Certification issued on this date, April 4, 2016, at the petition of Ms. Viera Rodríguez.

Hereby certified.

[*Signature*]
Carlos A. Vélez Marrero
Manager
Savings Accounts/Hybrid Program

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

I certify that based on Act Number 7 of March 9, 2009 (Act 7), and as part of the Process Reengineering initiative started at the Retirement Systems Administration of the Commonwealth of Puerto Rico that same year, Marilyn Velázquez Cruz, an employee who held the position of Benefits Analyst II in the Services not Covered Section, had to complete training sessions in order to work on other items in other sections, among them: Contribution Transfers, 2000 Reform Reimbursements and Account Statements, Regular Reimbursements, and Pension, in compliance with the Administration Reengineering mission. She also had to offer trainings to employees so that they could work on Services not Covered due to her experience in this area. The employee did so without receiving an additional compensation for performing functions in addition to those inherent to her position.

On October 15, 2010, work started on the Act 70/2010 Project at the Administration, and Ms. Velázquez Cruz was selected to work on same. During said period, Ms. Velázquez had to work on a high volume of Act 70 requests, work that she did efficiently. Occasionally, she had to work outside of her regular schedule. Ms. Velázquez has demonstrated a high commitment to the jobs that she has been assigned and has distinguished herself due to her professionalism, responsibility, and integrity.

Certification issued on this date, April 4, 2016, at the petition of Ms. Velázquez Cruz.

Hereby certified.

[*Signature*]
Carlos A. Vélez Marrero
Manager
Savings Accounts/Hybrid Program

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

*I certify* that on November 9, 2009, and as part of the process Reengineering initiative instituted at the Retirement Systems Administration, Glendalee Jiménez Vélez, a Benefit Determination Analyst II in the Pensioner Services Department, was transferred to the Pension Calculation Section, Account Payment Division of the Participant Services Department to execute the tasks related to the analysis and calculation of the pensioner death benefits. This change was evidenced in change report 2010-081 of November 12, 2009. Later, and while completing the reengineering mission, she was trained in the following tasks: analysis and calculation of pensions, special laws, readjustments, account statements, and active participant death benefits.

At the end of 2010, and due to the demands of the schedule outlined by Act 70/2010, she was part of the Act 70 and Pension Work Plan, on this occasion, she worked part-time (mornings) on the calculation of general current pensions on their own behalf, and in the afternoon, she worked on Act 70 account statements. In addition, she offered training in the pensioner death benefit granting process to employees of the Retirement System for Teachers designated by the SRA. Overtime assistance was occasionally required of her.

Ms. Jiménez Vélez executes her tasks with relative independence, and possesses vast knowledge of her work. She is an employee who works very well as part of a team and is responsible, analytical, precise, and accurate; qualities that stand out in her performance.

Certified on this date, Thursday, March 31, 2016, in San Juan, Puerto Rico.

[*Signature*]
Wanda G. Sánchez Ortiz
Assistant Director
Participant Services Department
Government and Judiciary Employee
Retirement System Administration

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

I certify that based on Act Number 7 of March 9, 2009 (Act 7), and as part of the Process Reengineering initiative started at the Retirement Systems Administration of the Commonwealth of Puerto Rico that same year, the employee Luis Ayala Laureano, who occupied the position of Benefits Analyst II in the 2000 Reform Section, had to complete training sessions in order to work on other items in other sections, among them: Analysis and Calculation of Account Statements, Services not covered, Regular Contribution Reimbursements, Undue Deductions, Active Death Benefits, Contribution Transfers, and Pension Calculation, in compliance with the Administration Reengineering mission.  In turn, he had to offer training for his co-workers from the Participant sections on how to work the 2000 Reform cases so that they could work on those cases.  The employee did so without receiving an additional compensation for performing functions in addition to those inherent to his position.

Mr. Ayala Laureano not only learned to work on other items satisfactorily, but he also could work under pressure and with a flexible schedule given the volume of cases that were worked on in the Participant Services Department.  Mr. Ayala Laureano has always distinguished himself for demonstrating great commitment to the Agency, for going the extra mile on special projects, and his sense of responsibility.

Certification issued on this date, April 4, 2016, at the petition of Mr. Ayala Laureano.

Hereby certified.

[*Signature*]
Carlos A. Vélez Marrero
Manager
Savings Accounts/Hybrid Program

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

*I certify* that in October 2009, and as part of the Process Reengineering initiative started at the Retirement Systems Administration, the employee Waleska Carrasco Ayala, Disability Determination Technician, was designated by the Participant Services Department to execute the tasks of a Benefit Determination Analyst I in the Pensions Section. Initially, she started by analyzing and performing the calculation of pension readjustments and special laws payable to widows and other beneficiaries. Later, and while completing the reengineering mission, she was trained in the following tasks: analysis and calculation of account statements, contribution reimbursements, undue deductions, pensioner death benefits, among others. These tasks are similar to those performed by Benefit Determination Analysts II.

In May 2014, Ms. Carrasco Ayala was assigned the task of analyzing, submitting recommendations, and/or making final decisions regarding Reconsideration requests. These constitute a forum that attends to all of the requests denied by the Administration related to the following services: disability determination, pensions on their own behalf and for beneficiaries and readjustments. In addition, she attends to denied contribution reimbursement, undue deduction, uncovered service, and active participant death benefit requests as well as denied requests for pensioner death benefits and debt due to various items, especially due to undue pension debt. She also offered training in the readjustment granting process, special laws, and supplemental pension for new Pension Section employees.

Ms. Carrasco Ayala demonstrates a high ability to follow her superiors' instructions, assume responsibilities, and execute her tasks with relative independence. In addition, she demonstrates a good attitude and willingness to collaborate on performing her functions, and occasionally offers suggestions regarding current processes. She is an employee who works very well as part of a team, is responsible, trustworthy, cooperative, and honest, qualities that stand out in her performance.

Certified on this date, Friday, April 1, 2016, in San Juan, Puerto Rico.

[*Signature*]
Wanda G. Sánchez Ortiz
Assistant Director
Participant Services Department
Government and Judiciary Employee
Retirement System Administration

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax: 787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

I certify that based on Act Number 7 of March 9, 2009 (Act 7), and as part of the Process Reengineering initiative started at the Retirement Systems Administration of the Commonwealth of Puerto Rico that same year, Consuelo Navarro Smith, an employee who held the position of Benefits Analyst II in the Account Statements Section, had to complete training sessions in order to work on other items in other sections, among them: Services not covered, Regular Contribution Reimbursements, Undue Deductions, Active Death Benefits, Contribution Transfers, and Pension Calculation, in compliance with the Administration Reengineering mission.  In turn, she had to offer training for her co-workers on preparing Account Statements so that they could work on those cases.  The employee did so without receiving an additional compensation for performing functions in addition to those inherent to his position.

Ms. Navarro Smith not only learned to work on other items satisfactorily, but she also could work under pressure and with a flexible schedule given the volume of cases that were worked on in the Participant Services Department.  Ms. Navarro Smith has distinguished herself for commitment to the job, for her excellent work, and her willingness to learn and continue to grow within the Agency.

Certification issued on this date, April 4, 2016, at the petition of Ms. Navarro Smith.

Hereby certified.

[*Signature*]
Carlos A. Vélez Marrero
Manager
Savings Accounts/Hybrid Program

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

I certify that based on Act Number 7 of March 9, 2009 (Act 7), and as part of the Process Reengineering initiative started at the Retirement Systems Administration of the Commonwealth of Puerto Rico that same year, the employee Sandra Díaz Chapman, who occupied the position of Benefits Analyst II in the Reimbursements Section, had to complete training sessions in order to work on other items in other sections, among them: Services not covered, Contribution Transfers, 2000 Reform Reimbursements, and Pension Calculation, in compliance with the Administration Reengineering mission. The employee did so without receiving an additional compensation for performing functions in addition to those inherent to his position.

On October 15, 2010, work was started on the Act 70/2010 Project at the Administration, and Ms. Díaz Chapman was selected to work on same. During said period, Ms. Díaz Chapman had to work on a high volume of Act 70 requests, provide trainings, and work outside of her regular schedule. Ms. Díaz Chapman is an employee who is enthusiastic about and committed to the job that she is doing, fundamental characteristics for high performance. Her enthusiasm increases the motivation within the work environment, she maintains a positive attitude, and knows how to adequately handle the emotions between her co-workers. She is a leader who has distinguished herself due to her professionalism, responsibility, and vast knowledge of her job, qualities that have helped her professional growth within the System.

Certification issued on this date, April 4, 2016, at the petition of Ms. Diaz Chapman.

Hereby certified.

[*Signature*]
Carlos A. Vélez Marrero
Manager
Savings Accounts/Hybrid Program

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



GOVERNMENT OF
**PUERTO RICO**
Government and Judiciary Employee Retirement
System Administration

# CERTIFICATION

I certify that based on Act Number 7 of March 9, 2009 (Act 7), and as part of the Process Reengineering initiative started at the Retirement Systems Administration of the Commonwealth of Puerto Rico that same year, the employee Sofia Rojas Correa, who occupied the position of Benefits Analyst II in the Pensions Section, had to complete training sessions in order to work on other items in other sections, among them: Services not covered, Contribution Transfers, 2000 Reform Reimbursements, and Account Statements, in compliance with the Administration Reengineering mission. In turn, Ms. Rojas Correa was asked to offer training to her co-workers regarding the Calculation of Pensions so that they could work on those cases. The employee did so without receiving an additional compensation for performing functions in addition to those inherent to his position.

On October 15, 2010, work was started on the Act 70/2010 Project at the Administration, and Ms. Rojas Correa was selected to work on same. During said period, Ms. Rojas Correa had to work on a high volume of Act 70 requests, and occasionally had to work overtime. Ms. Rojas Correa has always distinguished herself due to her high professionalism, efficiency, and demonstrated commitment to the Agency, since she has been available to collaborate when her knowledge has been required.

Certification issued on this date, April 4, 2016, at the petition of Ms. Rojas Correa.

Hereby certified.

[Signature]
Carlos A. Vélez Marrero
Manager
Savings Accounts/Hybrid Program

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545, Fax:
787-250-7251
www.retiro.pr.gov



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# RETIREMENT

COMMONWEALTH OF PUERTO RICO

April 5, 2013

Ms. Elba B. Rivera Estrada
General Representative

Dear Rivera Estrada:

## RE: ANSWER TO COMPLAINT IN THIRD STEP

On November 21, 2012, we received a complaint filed on behalf of the following employees: Consuelo Navarro Smith, Suheil Isaac Cruz, Mitzy Viera Rodríguez, Teresita Mercado Bigio, Ana I. Díaz Cardona, Luis Ayala Laureano, Maritza Colón Rivera, Sophya Rojas Correa, Sandra Díaz Chapman, Marilyn Velázquez Cruz, Glenda Jiménez Vélez, Marvin Torres González, Johanna Madura Santana, Waleska Carrasco Ayala, Jannette Nazario Aponte, and Mabel Sánchez Caraballo, requesting a salary increase for these employees or that a differential be granted.

In order to adequately process and attend to the same, an agreement between the parties was signed in accordance with Article X, Section 3, <u>Complaints and Grievances Procedure</u> of the 2011-2013 ASR-UGT Collective Bargaining Agreement.  In accordance with the process, the required meeting was held.

In said complaint, a violation of Article XVII, Seniority, Section 4 and Article XX, Personnel Development and Learning Opportunities, Section 11 of the Collective Bargaining Agreement, Article XV, Sections 1 and 2; Act No. 184 of August 3, 2004, as amended, "*Act for the Human Resources Administration of the Public Service of the Commonwealth of Puerto Rico,*" subsection 6, sections 5, 6.1, 7, 8.2, and 8.3 (2A) is alleged.  In addition, a violation of the Commonwealth's Constitution, Article 16, and any other article that applies.

After performing the corresponding analysis, it was determined that the following co-workers would be reclassified: Marvin Torres González, Johanna Maduro Santana, Ana Díaz Cardona, and Suheil Isaac Cruz from Benefit Determination Analyst I to Benefit Determination Analyst II, by promotion, effective January 7, 2013.

GOVERNMENT AND JUDICIARY EMPLOYEE RETIREMENT SYSTEM ADMINISTRATION

PO Box 42003, San Juan, PR 00940-2203 • Plaza Retiro 437 Ave. Ponce de León Pda. 32 ½, San Juan, P.R. 00913-3211
Tel. 787.777.1500 • www.retiro.pr.gov

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**RETIREMENT**
COMMONWEALTH OF PUERTO RICO

With this human resources action, the public policy of fairly paying employees is met.

In order to perform the foregoing, during the next few days, the RSA shall file a petition for authorization before the Secretary of the Interior and the Office of Management and Budget in accordance with the established Public Policy.

The terms and conditions to grant the <u>proposed differential</u> shall be subject to the determination made by the aforementioned office.

We are very willing to answer any questions that may arise in this respect.

Cordially,


[*Signature*]
Ivelisse Hernandez Gonzalez
Director
Office of Human Resources
and Labor Relations

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

2

\*\*\*CUST PR 1845 SRF 53397 PackID: 57 MMLID: 1545792-P Svc: 316
Díaz Chapman, Sandra I
620 Calle Desmergo Cruz
Villa Prades
San Juan PR 00924

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 2, 2012


GENERAL WORKERS UNION

Since November 8, 2010, I have performed my duties as a Benefit Determination Analyst II in the Account Payments department, Pensions Section. I perform all the tasks in my department, even those that are more complicated and entail more detailed knowledge, such as:

    Merit Pensions
    Pensions based on Age and Years of Service
    Disability Pensions
    Pensions under Special Laws like Act 4, Act 8, and Act 127
    Pension Readjustments
    Determining, calculating, and charging insufficiencies to the Complete Supplementation Plan

I also worked in the Account Statements Section, performing tasks related to the department, such as:

    SABI System Account Statements
    Calculating contributions and adding them to the System
    Verifying contributions in the System paystubs

In addition, I have worked on Contribution Reimbursement, Active Death Benefit, and Pensioner Death Benefit cases.

I have taken various training sessions regarding the work performed in Participant Accounts.

I currently hold the position of Disability Determination Technician, tenured position since July 1996. I performed the inherent functions of that position until November 2010, when the administrative change was implemented, due to the service need, as I was then informed. At Disability, I performed the functions of:

    Evaluating Disability Applications in light of the Laws and Regulations of the ASR
    Evaluating medical evidence submitted by the applicant in accordance with the List of Medical Conditions for the RSA's Awarding of Disability
    Writing the Technical-Medical report, an instrument used by the consulting doctors as a guide for case decisions
    Making recommendations to approve or deny disability
    Recommending medical appointments to external consultants
    Reevaluating pensions (already approved pensions) with the case analysis, with medical evidence, and a recommendation if Disability Benefits will continue or not to be received

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

In light of the foregoing, I request that the Retirement Systems Administration compensate me for all the work that I am doing.  I am also requesting that I officially be changed to the Participants Department, without it being a detriment or damaging to my current salary scale.


[*Signature*]
Waleska Carrasco Ayala

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 2, 2012

Sandra I. Díaz Chapman
Services not covered

### ***GENERAL WORKERS UNION***

I belong to the Department in charge of Services not covered; I am currently a Benefit Determination Analyst II, and I perform all the tasks within my department even those that are more complex and entail more detailed and precise knowledge such as:

> Services not covered
>> Military
>> Funds
>> Day and Irregular
>> Temporary and Agencies

The participant department consists of two different accounts:

- Account Payment – where money is paid out
  > Pensions
  > Reimbursement
  > Reform

- Account Maintenance
  > Account Statement
  > Services
  > Transfers

Since October 15, 2010, with the first phase of Act 70, I have completed various trainings in all of the departments to which I do not belong.

The Tasks that I perform now belong to both participant accounts.  These are more complex, different, with greater additional functions with greater responsibility and case complexity, since they are funds disbursements, they are:

1. Contribution Reimbursement
2. Undue deductions and are derived from different items
3. Pensions (differed, age, supplemental, disability, merit, and Judges)
4. Reform Reimbursements
5. Transfers
6. Global Reform Payments
7. Regular and Judges' Account Statements

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

8.   Active Death Benefits

I have also performed the tasks of a supervisor, trained co-workers, and since February 2012, employees hired by Retirement.

In September 2012, I was administratively designated as Inspector, a task that entails considerable responsibility and complexity in the analysis and review of documents for the approval of calculations and legality in the granting of benefits.

I am performing more functions, have offered trainings regarding my department that I have worked at since the beginning, Reimbursements, and they still have not provided the ASR 16 to me where it specifies my functions.

Due to the foregoing, I am requesting that I be considered for and compensated with a wage increase or a differential for the additional work that I have been doing since 2010 and (before) until the present.  It is my understanding that the Collective Bargaining Agreement Article XVII, Section 4, Article XX, Section II, section V, and Act 184 Subsection 6, Section 5 and 7, 6.1, Section 8.3.2(a), and 8.2, Article XV, section I and II, are being violated.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 2, 2012

### *GENERAL WORKERS UNION*

I am currently a Benefit Determination Analyst II in the Department in charge of Services not covered; I perform all the tasks within my department even those that are more complex and entail more detailed knowledge, such as:

> Services not covered
>> Military
>> Funds
>> Day and Irregular
>> Temporary and Agencies
>> Etc.

The participant department consists of two different accounts:

- Account Payment – where money is paid out

> Pensions
> Reimbursement
> Reform

- Account Maintenance

> Account Statement-summary of the years of service in government
> Services not covered
> Transfers of Contributions to other Retirement Systems or ira Accounts

I have completed various trainings in different items in other departments to which I do not belong.

The Tasks that I perform are from both participant accounts with greater complexity with different and greater functions, since they are fund disbursements, they are:

1. Contribution Reimbursement
2. Undue deductions and are derived from different items
3. Pensions (differed, age, supplemental, disability, merit, and Judges)
4. Reform Reimbursements
5. Manual Transfers
6. Account Statements

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

In addition, I have trained co-workers.  (Tasks of a supervisor)

We have been performing more functions and with new more complex trainings and have not been provided our new ASR 16's.

Due to the foregoing, we are requesting that we be compensated for the work that we are doing, even more so since 2010 with Act 70.

Due to the foregoing situation, I am requesting that you consider us for a wage increase or a differential under the following collective bargaining agreement articles: Article XVII, Section 4, Article XX, Section II, and Act 184 6.5.7, 6.1, 8.3.2(a), and 8.2.

I appreciate all of your attention on this matter.

[*Signature*]
Consuelo Navarro Smith
Benefit Determination Analyst II

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 52 of 76

November 2, 2012


GENERAL WORKERS UNION

Since November 20, 2009, I have performed my duties as a Benefit Determination Analyst II in the Account Payments department, Pensions Section.  I perform all the tasks in my department, even those that are more complicated and entail more detailed knowledge like:

    Merit Pensions
    Pensions based on Age and Years of Service
    Disability Pensions
    Pensions for Special Laws like Act 4, Act 8, and Act 127
    Pension Readjustments
    Determining, calculating, and charging insufficiencies to the Complete Supplementation Plan

I also worked in the Account Statements Unit, performing the tasks related to the department, such as:

    SABI System Account Statements
    Calculating contributions and add them to the System
    Verifying contributions in the System paystubs
    Making Entry Transfers from other retirement systems

In addition, I have worked on Contribution Reimbursement, Active Death Benefit, and Pensioner Death Benefit cases.  I worked on Phase I of Act 70 and I am currently working on Phase V.

I have completed trainings on Services not covered.

I currently hold the position of Disability Determination Technician, tenured position since January 2003.  I performed the inherent functions of that position until November 2009, when the administrative change was implemented, due to the service need, as I was then informed.   At Disability, I performed the functions of:

    Evaluating Disability Applications in light of the Laws and SRA Regulations
    Evaluating the medical evidence submitted by the applicant in accordance with the List of Medical Conditions for the SRA's Awarding of Disability
    Writing the Technical-Medical report, an instrument used by the consulting doctors as a guide for case decisions
    Making recommendations for approving and denying the disability
    Recommending medical appointments to external consultants

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

11/02/12 Letter Continued

In light of the foregoing, I request that the Retirement Systems Administration compensate me for all the work that I am doing.  I am also requesting that I officially be changed to the Participants Department, without it being a detriment or damaging to my current salary scale.


[*Signature*]
Mabel Sánchez Caraballo

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 2, 2012


[*Signature*]
Teresita Mercado Bigio
Pensions

## ***GENERAL WORKERS UNION***


I belong to the Pensions department, I am currently a Benefit Determination Analyst II, and I perform all the tasks within my department even those that are more complex and entail more detailed and precise knowledge like:

> Pensions
>> Merit
>> Age and Years of Service
>> Disability
>> Special Laws (8, 4, 169, MO 447, MO 127)
>> Supplemental Pensions
>> Re-Entries
>> Readjustments

The participant department consists of two different accounts:

- Account Payment – where money is paid out
  Pensions
  Reimbursement
  Reform

- Account Maintenance
  Account Statement
  Services
  Transfers

Since October 15, 2010, with the first phase of Act 70, I have completed various trainings in all of the departments to which I do not belong.

The Tasks that I perform now belong to both participant accounts.  These are more complex, different, with some greater additional functions with greater responsibility and case complexity, since they are funds disbursements, they are:

1. Contribution Reimbursement
2. Regular Account Statements
3. Active Death Benefits

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

I have also performed the tasks of a supervisor, and trained co-workers in the area of Laws and Disabilities.

However, an ASR 16 specifying my duties has still not been provided to me.

Due to the foregoing, I am requesting that I be considered for and compensated with a wage increase or a differential for the additional work that I have been doing since 2010 and (before) until the present. It is my understanding that the Collective Bargaining Agreement Article XVII, Section 4, Article XX, Section II, and Act 184 Subsection 6, Section 5 and 7, 6.1, Section 8.3.2(a), and 8.2 are being violated.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 2, 2012


[*Signature*]
Marilyn Velásquz Cruz
Participant Services

### GENERAL WORKERS UNION

I currently hold the position of Benefits Analyst II in the Account Statements Section (I have attached a copy of my paystub as evidence. I am performing all of the tasks within my department even those that are more complex and entail more detailed and precise knowledge such as:

1.  Account Statements, Incoming and Outgoing Transfers, Community Property, Judges, and Court Reinstatement

The participants department consists of two Divisions, namely:
I.   Account Maintenance
     1.  Account Statements
     2.  Services not covered
II.  Account Payments (where money is paid out)
     1.  Services not covered
     2.  Pensions
     3.  Contribution Reimbursement
     4.  2000 Reform

Since October 15, 2010, with the first phase of Act 70, I have completed various trainings in all of the departments to which I do not belong.

The tasks that I perform now belong to both Participant Divisions. These are more complex, different, with greater functions with greater responsibility and case complexity, since they involve funds disbursements, namely:
1.  Contribution reimbursement, Undue Deductions, Death Benefits
2.  Merit, Age and Years of Services, Deferred, and Pension Readjustment Pensions
3.  2000 Reform: Account Statements, Contribution Reimbursement, Outgoing Transfers, and Global Payment
4.  Services not covered and all related items (in total 21 items)

I have also performed the tasks of a supervisor, trained co-workers, and since February 2012, employed hired by Retirement.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

In September 2012, I was administratively designated as Inspector, a task that entails considerable responsibility and complexity in the analysis and review of documents for the approval of calculations and legality in granting benefits.

I am performing more functions, have offered trainings regarding my department with a greater degree of complexity, and I still have not received an ASR 16 specifying same.

Due to the foregoing, I am requesting that I be considered for and compensated with a wage increase or a differential for the additional work that I have been doing from 2010 until the present. It is my understanding that the Collective Bargaining Agreement Article XVII, Section 4, Article XX, Section II, and Act 184 Subsection 6, Section 5 and 7, 6.1, Section 8.3.2 (a), and 8.2 are being violated.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 2, 2012


TO: GENERAL WORKERS UNION

I belong to the Savings Account department (2000 Reform) as a Benefit Determination Analyst II. The position belongs to the Participants Department. I perform all the tasks within my department even those that are more complex and entail a more detailed knowledge. I participated in the Act 7 project. I have collaborated on other Account Statement Division, Pension Calculation, and Reimbursement projects.

I am performing tasks such as:

- Savings Accounts under Act 305
  Contribution Reimbursement
  Account Statements
  Death Benefits
  Undue Deductions
  Individual Account Transfers
  Governmental Withdrawal Transfers
  Global Payment
  Occupational and Non-Occupational Disability

In addition, I have been given supervisory tasks that consist of training Teacher Retirement System co-workers as well as our co-workers in this Retirement System. In addition to working on each item in the Savings Account Division, I generate the cases and send them to the corresponding units.

Since October 15, 2010, with the entry of the first phase of Act 70, I have completed various trainings in different items from other departments, also under Act 447 and Act 1 of other departments to which I do not belong, such as:

- Services not covered
  Military
  Fund
  Day and Irregular
  Temporary and Agencies

- Contribution Reimbursement
  BXM

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- Account Maintenance
  - Account Statement

The tasks to be performed now are from both participant accounts with greater complexity, with different and greater additional functions, some with greater responsibility and case complexity, being the following:

- Cases that entail funds disbursements:

  - Reimbursements
  - Pension Calculation
  - Savings Accounts (2000 Reform)

On the regular current ones we are working with all of the items under Acts 305, 447, and 1:

- Services not covered
  - Military
  - Fund
  - Day and Irregular
  - Temporary and Agencies

- Account Payment
  - Pensions
  - Reimbursements
  - Reform

- Account Maintenance
  - Account Statement
  - Services
  - Transfers

We have been performing more functions with new more complex trainings and we have not received a new ASR 16.

This is in Violation of Article XVII Section 4, Article XX Section II, and Act 184 6.5.7, 6.1, 8.3.2, 8.2, of the collective bargaining agreement.

Due to the foregoing, I am requesting that you compensate us for the tasks that we are performing with an increase in salary and a differential.

[*Signature*]
Mitzy Viera Rodríguez

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 60 of 76

November 2, 2012

TO: GENERAL WORKERS UNION

I belong to the Savings Account department (2000 Reform) as a Benefit Determination Analyst II. The position belongs to the Participants Department. I perform all the tasks within my department even those that are more complex and entail more detailed knowledge. I participated in the Act 7 project. I have collaborated on other Account Statement Division, Pension Calculation, and Reimbursement projects.

I am performing tasks such as:

- Savings Accounts under Act 305
  Contribution Reimbursement
  Account Statements
  Death Benefits
  Undue Deductions
  Individual Account Transfers
  Governmental Withdrawal Transfers
  Global Payment
  Occupational and Non-Occupational Disability

In addition, I have been given supervisory tasks that consist of training Teacher Retirement System co-workers as well as our co-workers in this Retirement System. In addition to working on each item in the Savings Account Division, I generate the cases and send them to the corresponding units.

Since October 15, 2010, with the entry of the first phase of Act 70, I have completed various trainings in different items from other departments, also under Act 447 and Act 1 of other departments to which I do not belong, such as:

- Services not covered
  Military
  Fund
  Day and Irregular
  Temporary and Agencies

- Contribution Reimbursement
  BXM

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- Account Maintenance
    - Account Statement

The tasks to be performed now are from both participant accounts with greater complexity, with different and greater additional functions, some with greater responsibility and case complexity, being the following:

- Cases that entail funds disbursements:

    Reimbursements
    Pension Calculation
    Savings Accounts (2000 Reform)

On the regular current ones we are working with all of the items under Acts 305, 447, and 1:

- Services not covered
    Military
    Fund
    Day and Irregular
    Temporary and Agencies

- Account Payment
    Pensions
    Reimbursements
    Reform

- Account Maintenance
    Account Statement
    Services
    Transfers

We have been performing more functions with new more complex training and have not received a new ASR 16.

This is a violation of Article XVII Section 4, Article XX Section II, and Act 184 6.5.7, 6.1, 8.3.2, 8.2, of the collective bargaining agreement.

Due to the foregoing, I am requesting that you compensate us for the tasks that we are doing with an increase in salary and a differential.

[*Signature*]
Luis Ayala Laureado

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 2, 2012

## ***GENERAL WORKERS UNION***

I belong to the Participant Services department, I am currently a Benefit Determination Analyst II, and I perform all the tasks within my department, even those that are more complex and entail more detailed and precise knowledge such as:

The participant department consists of:

- Account Payment – where money is paid out
    Pensions
    Reimbursement
    Readjustment
    Special Laws
    Death Benefit- Active and Pensioner

- Account Maintenance
    Account Statement
    Services not covered
    Transfers

Since October 15, 2010, with the first phase of Act 70, I have completed various training in all of the departments to which I do not belong.

The Tasks that I perform now belong to both participant accounts.  These are more complex, different, with greater additional functions, some with greater responsibility and case complexity, since they are funds disbursements, they are:

1. Contribution Reimbursement
2. Undue deductions and are derived from different items
3. Pensions (differed, age, supplemental, disability, merit)
4. Regular Account Statements
5. Active and Pensioner Death Benefits
6. Readjustments
7. Special Laws

-2-

Due to the foregoing, I am requesting that I be considered for and compensated with a wage increase or a differential for the additional work that I have been doing since 2010 and (before) until the present.  It is my understanding that the Collective Bargaining Agreement Article XVII, Section 4, Article XX, section II, and Act 184 Subsection 6, Section 5 and 7, 6.1, Section 8.3.2(a), and 8.2, Article XV, section I and II, are being violated.


[*Signature*]
Maritza Colón Rivera
Pension Calculation

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 1, 2012


Name: Sophya Rojas Correa

Department: Pension Calculation


On April 1, 2001, I was a Benefits Determination Analyst I in the Participant Services Department. Under said appointment, I performed the analysis, calculation, and computation of the following items:

- Merit, Age, Differed, and Supplemental Pensions
- Mayor and Judge Pensions
- Occupational and Non-Occupational Disability Pensions
- Special Law and Occupational Death Benefits
- Pension and Special Law Readjustments
- Contribution Insufficiency and Complete Supplement Plan Difference

Among the aforementioned items there are functions that corresponded to a level II Analyst. However, it was not until September 1, 2008 that a Classification and Compensation Plan was set up where I was classified as the Benefit Determination Analyst II position.

The Participant Services Department consists of two different accounts

- Account Payment – where funds are paid out form the departments of Pension Calculation, Contribution Reimbursement, and 2000 Reform.
- Account Maintenance – where Account Statements, Services not covered, and Transfers are certified and generated.

On the August 1, 2010, I was selected to work on the Act 70 Project where I received training on the following items:

- Contribution Reimbursement
- Cost of Services not covered
- 2000 Reform
- Account Statements
- Incoming and Outgoing Transfers

This means that we are currently working for both participant accounts.  I believe that we now have more functions, and that our work is more complex and has greater responsibility.  In addition, I have trained co-workers hired by the agency, when said functions corresponded to a supervisor.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Finally, during the month of September 2012, I was administratively designated as an Inspector. During this period, I performed jobs of greater complexity and responsibility in the analysis and revision of documents for the approval of calculations and legality in granting benefits and pensions, among others.  I was designated to perform this work due to my experience in the application of laws, rules, and regulations that grant benefits and rights to our participants and pensioners.

Therefore, I am requesting that the Retirement Systems compensate me for the new work that I am doing.  In addition, that I be provided with the ASR 16 indicating my position's functions.

This is a violation of Article XVII Section 4, Article XX Section II, and Act 184 6.5.7, 6.1, 8.3.2a, 8.2, of the collective bargaining agreement.


Sincerely,

[*Signature*]

Sophya Rojas Correa

November 2, 2012


### *GENERAL WORKERS UNION*


I belong to the Participant Services department, I am currently a Benefit Determination Analyst II, and I perform all the tasks within my department even those that are more complex and entail more detailed and precise knowledge.

The participant department consists of:

- Account Payment – where money is paid out
  Pensions
  Reimbursement
  Readjustment
  Special Laws
  Death Benefit- Active and Pensioner

- Account Maintenance
  Account Statement
  Services not covered
  Transfers

Since October 15, 2010, with the first phase of Act 70, I have completed various trainings in all of the departments to which I do not belong.

The Tasks that I perform now belong to both participant accounts.  These are more complex, different, with greater additional functions, some with greater responsibility and case complexity, since they are funds disbursements, and are:

1. Contribution Reimbursement
2. Undue deductions and are derived from different items
3. Pensions (differed, age, supplemental, disability, merit)
4. Regular Account Statements
5. Active and Pensioner Death Benefits
6. Readjustments
7. Special Laws

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 67 of 76

-2-

Due to the foregoing, I am requesting that I be considered for and compensated with a wage increase or a differential for the additional work that I have been doing since 2010 and (before) until the present.  It is my understanding that the Collective Bargaining Agreement Article XVII, Section 4, Article XX, section II, section V, and Act 184 Subsection 6, Section 5 and 7, 6.1, Section 8.3.2(a), and 8.2, are being violated

[*Signature*]
Glendalee Jiménez Vélez
Pension Calculation

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 68 of 76

November 2, 2012


TO: GENERAL WORKERS UNION (UGT)


I belong to the Contribution Reimbursement department as indicated on my duties sheet with my position number.   I am currently a Benefits Analyst I.   When I started in the Participants department, I was in the Pensions department.  Then I was transferred to the Account Statement department, where I performed all the tasks within my department even those that are more complex and entail more detailed knowledge, such as:

    *Account Maintenance

        Account Statements

        Outgoing Transfers

        Incoming Transfers

        Ethics Reports

        Community Property

    *Account Payment-where funds are paid out

        Pensions

        Reimbursement

        Reform

Account Maintenance and Account Payment are the two different participant department accounts.

    Services not covered

        Military

        Funds

        Day and Irregular

        Temporary and Agencies


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Since October 15, 2010, with the first phase of Act 70, we have completed various training in all of the departments to which I do not belong.  The Tasks that I perform now belong to both participant accounts with greater case complexity, since they are funds disbursements, namely:

**Reimbursement

**Pensions

**Reform

We have been performing more functions with new more complex training and we have not been provided with a new ASR 16.

Due to the foregoing, we are requesting that we be compensated for the work that we have been performing from 2010 to  present.

This is in violation of Article XVII section 4, Article XX Section II, and Act 184 6.5, 8.3.2 (a), 8.2 of the collective bargaining agreement.


Thank you in advance, I await your response.

[*Signature*]
Ana I. Díaz Cardona

Benefits Analyst I

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 2, 2012

TO: GENERAL WORKERS UNION

From July 2, 2007, to present, I have had to work as a Benefit Determination Analyst I. The position belongs to the Participants Department in the Savings Account Division (2000 Reform), Savings Refund Section where I perform all the tasks within my department even those that are more complex and entail more detailed knowledge. I participated in the Act 7 project. I have collaborated on other Account Statement Division, Pension Calculation, and Reimbursement projects.

I am performing tasks such as:

- Savings Accounts under Act 305
     Contribution Reimbursement
     Account Statements
     Death Benefits
     Undue Deduction
     Individual Account Transfers
     Governmental Withdrawal Transfers
     Global Payment
     Occupational and Non-Occupational Disability

In addition, I have been given supervisory tasks that consist of training Teacher Retirement System co-workers as well as our co-workers in this Retirement System. In addition to working on each item in the Savings Account Division, I generate the cases and send them to the corresponding units.

Since October 15, 2010, with the entry of the first phase of Act 70, I have completed various training in different items from other departments, also under Law 447 and Law 1 of other departments to which I do not belong, such as:

- Services not covered
     Military
     Fund
     Day and Irregular
     Temporary and Agencies

- Contribution Reimbursement
     BXM

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

- Account Maintenance
    - Account Statement

The tasks to be performed now are from both participant accounts with greater complexity, with different and greater additional functions, some with greater responsibility and case complexity, these are as follows:

- Cases that entail funds disbursements:

    Reimbursements
    Pension Calculation
    Savings Accounts (2000 Reform)

On the regular current ones we are working with all of the items under Acts 305, 447, and 1:

- Services not covered
    Military
    Fund
    Day and Irregular
    Temporary and Agencies

- Account Payment
    Pensions
    Reimbursements
    Reform

- Account Maintenance
    Account Statement
    Services
    Transfers

We have been performing more functions with new more complex training and we have not been provided with a new ASR 16.

This is in violation of Article XVII section 4, Article XX Section II, and Act 184 6.5 7, 6.1, 8.3.2, 8.2 of the collective bargaining agreement.

Due to the foregoing, I am requesting that you compensate us for the tasks that we are performing with an increase in salary and a differential.

Suheil Isaac Cruz
[*Signature*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 72 of 76

October 26, 2012

General Workers Union

During the period spanning July 1, 2007, to September 30, 2010, I have been assigned to work as a Benefit Determination Analyst I in the Participant Department, Account Statement Section.

My tasks at that time were the following:

1. Account Statements in the Mechanized and manual System.
2. Income Transfer and regular Outgoing Transfers
3. Reentries
4. Financial Account Statements for Governmental Ethics.
5. Community Property

Also, the Tasks of a Benefit Determination Analyst II are:

1. Account Statements of Judges and Outgoing Transfers of Judges.

When there is a high volume of Pensions in that Section, I work on merit and deferred Pensions as well as Pension Readjustments.

Since I started on the Act 70 project starting in October 2020, I have had other additional tasks that were assigned to me, which are the following:

1. Services not covered
2. Reimbursements of Contributions under the Law, defined as those of Act 447 and Act 1.
3. 2000 Reform Reimbursement, Global 2000 Reform Payment, Transfers to another System or Individual 2000 Reform Account.
4. Active Death Benefits.
5. Training my co-workers who are Analysts I and II to work with Incoming and Outgoing Transfers
6. Clarifying the concerns of Inspectors in relation to Incoming and Outgoing Transfers
7. Training Auditors to work on Incoming Transfers for the Act 70 project.
8. Merit and differed pensions, pension readjustments, and judge pensions.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:16868-1   Filed:06/02/21   Entered:06/02/21 15:22:52   Desc:
Exhibit   Page 73 of 76

This is in violation of Article XVII section 4, Article XX Section II, and Act 184 6.5 7, 6.1, 8.3.2, 8.2 of the collective bargaining agreement.

Due to the foregoing, I am requesting that you consider me for a Benefit Determination Analyst II position, since I have been performing the tasks of said position for more than two years.  I hope my request is favorably considered.

I appreciate the help that you providing to me.

Respectfully,


[*Signature*]
Malvín Torres González
Benefit Determination Analyst I

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

October 26, 2012

General Workers Union

During the period spanning July 1, 2007, to September 30, 2010, I have been assigned to work as a Benefit Determination Analyst I in the Participant Department, Account Statement Section.

My tasks at that time were the following:

1. Account Statements in the Mechanized and manual System.
2. Income Transfer and regular Outgoing Transfers
3. Reentries
4. Financial Account Statements for Governmental Ethics.
5. Community Property

Also, the Tasks of a Benefit Determination Analyst II are:

1. Account Statements of Judges and Outgoing Transfers of Judges.

When there is a high volume of Pensions in that Section, I work on merit and deferred Pensions as well as Pension Readjustments.

Since I started on the Act 70 project starting in October 2020, I have had other additional tasks that were assigned to me, which are the following:

1. Services not covered
2. Reimbursements of Contributions under the Law, defined as those of Law 447 and Law 1.
3. 2000 Reform Reimbursement, Global 2000 Reform Payment, Transfers to another System or Individual 2000 Reform Account.
4. Active Death Benefits.
5. Training my co-workers who are Analysts I and II to work with Incoming and Outgoing Transfers
6. Clarifying the concerns of Inspectors in relation to Incoming and Outgoing Transfers
7. Training Auditors to work on Incoming Transfers for the Act 70 project.
8. Merit and differed pensions, pension readjustments, and judge pensions.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Supervisor Functions:

1. Correcting Outgoing Transfers to other poorly serviced system.


This is in violation of Article XVII section 4, Article XX Section II, and Act 184 6.57, 6.1, 8.3.2, 8.2 of the collective bargaining agreement.

Due to the foregoing, I am requesting that you consider me for a Benefit Determination Analyst II position, since I have been performing the tasks of said position for more than two years.  I hope my request is favorably considered.

I appreciate the help that you providing to me.

Respectfully,

[*Signature*]
Johanna R. Maduro Santana
Benefit Determination Analyst I

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

May 17, 2013

RETIREMENT SYSTEMS ADMIN.
HUMAN RESOURCES OFFICE
2013 MAY 17 PM 2:26

Mr. Pedro Vázquez
Participant Department Director

Mr. Vázquez

At the meeting held on April 3, 2013, where a differential was offered to me in the amount of $150.00 to be part of a "team leader" group to train incoming staff, and same was voluntary.

At that time, I indicated that I would cease from same.

Yesterday, a change report arrived for me informing me of a change in my differential wages.

I hereby advise you that I withdraw from same.

Respectfully,


[*Signature*]
Sandra I. Díaz Chapman

Benefit Determination Analyst II


CC: Ileana Vázquez


[Signature]
received-100 min
May 17, 2013

[Signature]
received-100 min
5/17

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 45153 ECF No. 16868**

Signed this 16th  day of August  2021

_____

Andreea I. Boscor

