# EXHIBIT 8

Case:17-03283-LTS Doc#:16911 Filed:06/08/21 Entered:06/09/21 16:18:57 Desc: Main
Document Page 1 of 1

Edgardo Rivera Baez
*HC 74 Buzón 28816 Cayey PR 00736-9473*
Tel. 787-738-4566 Cell. 787-642-7195
e-mail: edgardo6259@gmail.com

Commonwealth of Puerto Rico
Case Number: 17 BK 3283-LTS

Claim Number: 15357

RECEIVED [ILLEGIBLE]
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN -8 PM 5:23

TO WHOM IT MAY CONCERN

We are requesting a response to our case because by mistake it was stated that the claim was eligible for administrative priority, which I was told is not correct. What I am claiming is a Savings Note with the number 2011-0013013. It should have been paid on November 19, 2016, and due to the PROMESA Act I have not been paid.

Cordially

[*signature*]
Edgardo L. Rivera Baez

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF **PUERTO RICO** SAVINGS NOTE RECEIPT

# SAVINGS NOTES
ECONOMIC COOPERATION AGREEMENT WITH PUERTO RICO. SERIES A

| | |
|---|---|
| **Note Number:** | 2011-001303 |
| **Date Issued:** | September 19, 2011 |
| **Expiration Date:** | September 19, 2016 |
| **Amount:** | $5,000.00 |
| **Purchaser's Name:** | Edgardo L. Rivera Baez |
| **Beneficiary Name:** | Lydia E. Cruz Rodrigues |
| **Social Security Number:** | xxx-xx-1712 |
| **Mailing Address:** | HC74 Mailbox 28816 |
| | Bo cedro |
| | Cayey, Puerto Rico 00736 |
| **Authorized Agent:** | LUZ H. ROBLES VELAZQUEZ |

[*stamp and coat of arms*]
DEPARTMENT OF TREASURY
COMMONWEALTH OF PUERTO RICO

SAVINGS NOTES ARE OBLIGATIONS THAT PERTAIN EXCLUSIVELY TO THE GOVERNMENT OF PUERTO RICO AND ARE NOT GUARANTEED BY ANY OTHER ENTITY OR AGENCY OF THE GOVERNMENT OF PUERTO RICO OR THE GOVERNMENT OF THE UNITED STATES OF AMERICA. SAVINGS NOTES ARE NOT A BANK DEPOSIT. THEREFORE, THEY ARE NOT INSURED BY THE FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC) AND, IN THE CASE OF COOPERATIVES, THEY ARE NOT INSURED BY THE PUBLIC CORPORATION FOR THE SUPERVISION AND INSURANCE OF COOPERATIVES OF PUERTO RICO (COSSEC).

The purchaser of this Savings Note represents, warrants and/or certifies as follows:
1. I acknowledge receipt of the Savings Notes Prospectus dated May 1, 2009, which contains valuable information relating to the offer and sale of the Savings Notes.
2. As of the date of acquisition of this Savings Note, the beneficiary thereof is a bona fide resident of the Commonwealth of Puerto Rico.
3. I acknowledge that the beneficiary of this Savings Note is prevented from transferring this Savings Note to a third party, except in the event of death, according to the procedure set forth in the Savings Note Prospectus.
4. Once this Savings Note has been purchased, the purchase shall be final, and the beneficiary of this Savings Note may only redeem it in accordance with the provisions contained in the Savings Note Prospectus.
5. The Savings Notes have been issued pursuant to the provisions of Act No. 7 of March 9, 2009, "Special Act Declaring a State of Fiscal Emergency and Establishing a Comprehensive Fiscal Stabilization Plan to Save the Credit of Puerto Rico," and the Regulations "on the Issuance, Sale, Collection, Redemption and Accounting of the Savings Notes of the Commonwealth of Puerto Rico," approved by the Puerto Rico Treasury Department.
6. This document is not a negotiable Instrument.

[*signature*]  
Authorized Agent Signature

[*signature*]  
Purchaser's Signature

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Certified to be a correct and true translation from the source text in Spanish to the target language English.
11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 15357 ECF No. 16911**

Signed this 11th day of August 2021



_____
Andreea I. Boscor

