# EXHIBIT 9

[*stamp*]
RECEIVED …
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
JUNE 11, 2021 – 5:11 p.m.

June 1, 2021

Debra A. Herrera Bravo

P.O. Box 1224

Isabela, P.R. 00662

Tel. 787-669-4383

e-mail: debbieherrera3@gmail.com

Greetings,

Financial Oversight and Management Board for Puerto Rico. # 17BK3283 LTS. Promesa – claim number 154228. # Priority status 503 (b) (9). I am hereby asking for "the Romerazo"[1] and the reclassification of the position never granted by the governments of Puerto Rico. The PROMESA Act requires the government to pay for the retirement of employees of the government of the Commonwealth of Puerto Rico.

Thanking you in advance,

[*signature*]
Debra A. Herrera Bravo

---

[1] Act no. 89

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Text cut off] Doc#:16956-1 Filed:06/11/21 Entered:06/11/21
Envelope Page 1 of 1

Debra Herrera
PO Box 1224
Isabela, PR
00662

SAN JUAN PR 009
3 JUN 2021 PM 1 L

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUN 11 PM 5:11

Clerk's Office
Tribunal de Distrito de los Estados Unidos
Sala 150 Edificio Federal
San Juan Puerto Rico 00918-1767

0091839999
0091881703

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TARGEM TRANSLATIONS**
T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:
the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 154228 ECF No. 16956**

Signed this 17th day of August, 2021

_____
Andreea I. Boscor

American Translators Association
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

