# EXHIBIT 13

[illegible stamp-CLERK'S OFFICE, US DISTRICT COURT]

[Handwritten:] *Claim Number 13143*
*I. Contact Information*

*Luz Natividad* [*illegible*] *de Jesus*
*Calle Princesa* [*illegible*] *# 10810*
*Rio Grande Estate, Rio Grande*
*Puerto Rico 00745*
[*illegible*]*08@gmail.com*

*II. Caption*
*Financial Oversight Board for Puerto Rico*
*As representative of the Commonwealth of Puerto Rico et al.*
*Promesa Title III*
*Number 17BK03283 L.T.S.*
[*illegible*]-*seventh Omnibus Objection*

*III. Reasons for the opposition to the objection in light of the situation presented by* [*illegible*] *Omnibus Objection.* [*illegible*]*the decision made by the Hon. Judge Taylor Swain*

                                                         *Very Respectfully,*
                                                         *Luz* [*illegible*]
                                                         *July 18, 2021*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*It is my interest to add to this claim before the Honorable Judge Taylor Swain that the Department of the Family has acted in a discriminatory manner against the ADFAN management group since the other group in this department* [remainder illegible].

*Respectfully yours*
*[signature].*
*July 18, 2021*
*#13143*
*[illegible]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:17475-1   Filed:07/22/21   Entered:07/23/21 10:21:23   Desc: Exhibit   Page 1 of 4

Case;17-03283-LTS Doc#:17081-2 Filed:06/18/21 Entered:06/18/2113:55:43 Desc: Exhibit A Page 102 of 109

Three hundred thirty-seventh Omnibus Objection

Annex A: Claims to be reclassified

| | | ALLEGED | | | CORRECTED | | |
|---|---|---|---|---|---|---|---|
| NAME | CLAIM NO. | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 521 TORRES GONZALEZ, JAIME CAW 152 KM 4.0 BO. QUEBRIDILLAS BARRANQUITAS, PR 0079 | 15223 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |
| | | | | | Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* |
| | | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* | | Subtotal | Undetermined* |
| | | | Subtotal | Undetermined* | | | |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |
| 522 TORRES GONZALEZ, E-27 CALLE ABACOA CAGUAS, PR 00725 | 14421 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | $26,215.14 | Commonwealth of Puerto Rico | 503(b)(9) | $26,215.14 |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |
| 523 TORRES PAGAN, AMNERISL P.O. BOX 305 JUANA DIAZ, PR 00795 | 50949 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |
| | | | | | Commonwealth of Puerto Rico | Guaranteed | Undetermined* |
| | | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | Guaranteed | Undetermined* | | Subtotal | Undetermined* |
| | | | Subtotal | Undetermined* | | | |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |
| 524 TORRES ROSARIO, LOURDES PMB 170 RR 5 DOX 4999 BAYAMON, PR 00956 | 32233 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* | Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by the ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |

* Indicates that the claim contains unliquidated or undetermined amounts                Page 101 of 108

Certified to be a correct and true translation from the source text in Spanish to the target language English.
10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Case:17-03283-LTS   Doc#:17475-1   Filed:07/22/21   Entered:07/23/21 10:21:23   Desc: Exhibit   Page 2 of 4

Case:17-03283-LTS Doc#:17081-2 Filed:06/18/21 Entered:06/18/21 13:55:43 Desc: Exhibit A Page 103 of 109

Three hundred thirty-seventh Omnibus Objection

Annex A: Claims to be reclassified

| NAME | CLAIM NO. | ALLEGED DEBTOR | PRIORITY STATUS | AMOUNT | CORRECTED DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|
| 525 TORRES SANCHEZ, LUIS<br>PO BOX 40219<br>SAN JUAN, PR 00940 | 7473 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | Not Guaranteed | $87,216.04 | Commonwealth of Puerto Rico | Not Guaranteed | $87,216.04 |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |
| 526 TORRES SANTIAGO, JUAN ARIEL<br>HC-01 BOX 5414<br>BARRANQUITAS, PR 00794 | 144192 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* | Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |
| 527 TORRES SERRANO, AXELL<br>URB. EXT. LA MARGARITA B-1<br>SALINAS, PR 00751 | 138083 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* | Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |
| 528 TORRES TORRES, VICTOR MANUEL 131385<br>QUINTAS DE CANOVANAS<br>CALLE 2 #219<br>CANOVANAS, PR 00729 | 131385 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* | Commonwealth of Puerto Rico | 503(b)(9) | Undetermined* |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |
| 529 TORRES. EDGAR FELIX<br>C-5CALLE 9<br>GUAYAMA, PR 00784 | 18317 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* | Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |
| 530 TRICOCHE JESUS, LUZ N.<br>URB. RIO GRANDE EST<br>10810 CALLE PRINCESA DIANA<br>RIO GRANDE, PR 00745-5222 | 13143 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* | Commonwealth of Puerto Rico | Not Guaranteed | Undetermined* |
| Basis for: The Proof of Claim claims an obligation associated with retirement adjustments that the plaintiff states is owed by ERS. However, under the Post-Petition Legislation, the Commonwealth assumed any obligation to make payments to retirees or other ERS beneficiaries. | | | | | | | |

* Indicates that the claim contains unliquidated or undetermined amounts         Page 102 of 108

Certified to be a correct and true translation from the source text in Spanish to the target language English.
10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Case:17-03283-LTS Doc #:7269-2 Filed:06/06/19 Entered:06/06/19 16:32:34 Desc: ' Exhibit A Page 72 of 79

Four hundred Sixth Collective Objection

Annex A: Amended Claims

| | CLAIMS TO BE DISMISSED | | | | RESIDUAL CLAIM | | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE OF PRESENTATION | CASE/DEBTOR NO. | CLAIM NO. | AMOUNT OF CLAIM | NAME | DATE OF PRESENTATION | CASE/DEBTOR NO. | CLAIM NO. | AMOUNT OF CLAIM |
| 349 TORRES ROSA. MIRIAM CALLE D-22 URBANIZACION SAN FERNANDO BAYAMON, PR00957 | 06/28/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 68130 | $86,618.73 | TORRES ROSA. MIRIAM CALLE D-22 URBANIZACION SAN FERNANDO BAYAMON, PR00957 | 06/28/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 60299 | $86,618.73 |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |
| 350 TORRES ROSARIO, CESAR J F-20 AVE. RICKY SEDA, VALLETOLIMA CAGUAS, PR 00725 | 06/14/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 44741 | $72,201.64 | TORRES ROSARIO, CESAR J F-20 AVE. RICKY SEDA, VALLETOLIMA CAGUAS, PR 00725 | 06/21/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 45251 | $46,051.10 |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |
| 351 TRABAJACOOP PO BOX 21346 SAN JUAN, PR 00928 | 06/25/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 36203 | $4,410.08 | TRABAJACOOP PO BOX 21346 SAN JUAN, PR 00928 | 06/25/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 70397 | $4,410.08 |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |
| 352 TRICOCHE JESUS, LUZ N. URB RIO GRANDB EST 10810 CALLE PRINCESA DIANA RIO GRANDE, PR 00745-5222 | 05/08/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 13141 | $41,879.28 | TRICOCHE JESUS, LUZ N. URB RIO GRANDB EST 10810 CALLE PRINCESA DIANA RIO GRANDE, PR 00745-5222 | 05/08/18 | The Commonwealth of Puerto Rico 17 BK 03283-LTS | 13536 | $41,879.28 |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |
| 353 TRUJILLO ARJEMI, ELIBEL L BOSQUE DE LOS PINOS 329 CALLE ECHINATA BAYAMON, PR00956-9266 | 06/07/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 31821 | $50,000.00 | TRUJILLO ARJEMI, ELIBEL LAURA BOSQUE DE LOS PINOS 329 CALLE ECHINATA BAYAMON, PR00956-9266 | 06/28/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 69433 | $42,480.60* |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |

\* Indicates that the claim contains unliquidated or undetermined amounts

Page 71 of 78

Certified to be a correct and true translation from the source text in Spanish to the target language English.
10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Case:17-03283-LTS Doc#:7269-2 Filed:06/06/19 Entered:06/06/19 16:32:34 Desc: • Exhibit A Page 73 of 79

Four hundred Sixth Collective Objection

Annex A: Amended Claims

| | CLAIMS TO BE DISMISSED | | | | | RESIDUAL CLAIM | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE OF PRESENTATION | CASE/DEBTOR NO. | CLAIM NO. | AMOUNT OF CLAIM | NAME | DATE OF PRESENTATION | CASE/DEBTOR NO. | CLAIM NO. | AMOUNT OF CLAIM |
| 354 TRUJILLO ARJEMI, ELIBEL L BOSQUE DE LOS PINOS 329 CALLE ECHINATA BAYAMON, PR00956 | 06/28/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 64501 | $50,000.00* | TRUJILLO ARJEMI, ELIBEL L BOSQUE DE LOS PINOS 329 CALLE ECHINATA BAYAMON, PR00956-9266 | 06/28/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 69433 | $42,480.60* |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |
| 355 UJAQUE DE JESUS, WALESKA E. RE 05 250023 CALLE ISABEL AÑASCO, PR 00610 | 06/29/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 78805 | $51,415.67 | UJAQUE DE JESUS, WALESKA E. RR 05 250023 CALLE ISABEL AÑASCO, PR 00610 | 06/29/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | **81356** | $51,415.67 |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |
| 356 VALDIVIA HERNANDEZ, ALEX JAVIER 704 CAMINO DE LOS CEDROS, VEREDAS GURABO, PR 00778 | 06/29/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 80388 | $ 17,465.00 | VALDIVIA HERNANDEZ, ALEX JAVIER 704 CAMINO DE LOS CEDROS, VEREDAS GURABO, PR 00778 | 06/29/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 75681 | $42,922.54 |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |
| 357 VARGAS FONTANEZ, PEDRO A C/BOHIO G-14 REPARTO CAGUAX CAGUAS, PR 00725-3310 | 06/27/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 59386 | $ 14,887.12 | VARGAS FONTANEZ, PEDRO A C/BOHIO G-14 REPARTO CAGUAX CAGUAS, PR 00725-3310 | 06/27/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 56891 | $ 14,887.30* |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |
| 358 VARGAS FONTANEZ, PEDRO A G14 CALLE BOHIO REPARTO CAGUAX CAGUAS, PR 00725-3310 | 06/28/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 62451 | $1,800.00 | VARGAS FONTANEZ, PEDRO A G14 CALLE BOHIO RBPTO CAGUAX CAGUAS, PR 00725-3310 | 06/28/18 | Employee Retirement System of the Government of the Commonwealth of Puerto Rico 17 BK 03566-LTS | 43664 | $1,800.00 |
| Basis for: Amended and superseded by a subsequently filed Proof of Claim. | | | | | | | | | |

\* Indicates that the claim contains unliquidated or undetermined amounts               Page 72 of 78

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Certified to be a correct and true translation from the source text in Spanish to the target language English.
10/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 13143 ECF No. 17475**

Signed this 10th day of August 2021

_____
Andreea I. Boscor

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

