# EXHIBIT 14

Case: 17-03283-LTS Doc#: 17327 Filed: 07/13/21 Entered: 07/14/21 08:58:11 Desc: Main
Document Page 1 of 1

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA DOMINGUEZ, ELIZABETH | 32231 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA DOMINGUEZ, ELIZABETH | 32231 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | |

[*hw:*]
Elizabeth Rivera Domínguez                                              *939-245-8662*
*Brisas de Loiza*                                              *elizarobotina51e@hotmail.com*
*225 Calle Libra*
*Canovanas PR 00729*

*I would like for my claim to continue to be considered. All evidence was sent in 2018. I have a valid claim to receive the sum of money owed to me pursuant to the judgment entered in case KPE 2005-0608. I do not wish to be eliminated from any consideration or list pending. It would not be fair for my claim to be dismissed, something that was won in the Superior Court of San Juan. I do not know why, on the list of names with the amount of the claim, it states that the amount is "Undetermined", because I sent the amount of the claim for monies owed to me to the Financial Oversight and Management Board in 2018.*

[*Signature*]
*Elizabeth Rivera Domínguez*
*July 12, 2021*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Three Hundred and Forty-First Omnibus Objection
Exhibit A - Claims to Be Disallowed

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
| 77 | REYES SANTIAGO, NELSON A BO COCO VIEJO 133 E CALLE PALES MATOS SALINAS, PR 00751 | 05/25/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25025 | Undetermined* | REYES SANTIAGO, NELSON A 133 E PALES MATOS COCO VIEJO SALINAS, PR 00751 | 05/25/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 29819 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 78 | RIVERA DOMINGUEZ, ELIZABETH BRISAS DE LOIZA 225 CALLE LIBRA CANOVANAS, PR 00729-2987 | 05/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 32231 | Undetermined* | RIVERA DOMINGUEZ, ELIZABETH BRISAS DE LOIZA 225 CALLE LIBRA CANOVANAS, PR 00729-2987 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 31275 | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 79 | RIVERA ENCARNACION, MADELINE PO BOX 20135 SAN JUAN, PR 00928-0135 | 05/23/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 19439 | Undetermined* | RIVERA ENCARNACION, MADELINE PO BOX 20135 SAN JUAN, PR 00928-0135 | 05/24/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 20306^ | Undetermined* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| | ^ Claim #20306 also contained on Exhibit A to the 351st Omnibus Claims Objection for Partially Duplicative Claims | | | | | | | | | |
| 80 | RIVERA RODRIGUEZ, NAYDA URB VISTAMAR 162 CALLE CATALUNA CAROLINA, PR 00983-1843 | 05/08/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 13675 | $ 39,000.00* | RIVERA RODRIGUEZ, NAYDA L. CATALUNA 162 VISTAMAR CAROLINA, PR 00983 | 05/08/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 12341 | $ 39,000.00* |
| | Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico.  All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

* Indicates claim contains unliquidated and/or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 5/22/2018
Proof of Claim No.: 31275

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

ELIZABETH RIVERA DOMINGUEZ
BRISAS DE LOIZA
225 CALLE LIBRA
CANOVANAS, PR 00729-2987

---

**Prime Clerk**
830 Third Ave, 9th Floor
New York, NY 10022

In re Commonwealth of Puerto Rico
Case No. 17-03283
United States Bankruptcy Court for the District of Puerto Rico (San Juan)

**PRIME CLERK RECEIVED YOUR
PROOF OF CLAIM.**

Date Filed: 5/22/2018
Proof of Claim No.: 32231

For additional information, please visit
http://cases.primeclerk.com/puertorico, or
call us at 844.822.9231.

ELIZABETH RIVERA DOMINGUEZ
BRISAS DE LOIZA
225 CALLE LIBRA
CANOVANAS, PR 00729-2987

---

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.<br><br>Debtors | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly administered)<br><br>**This filing is in relation to the PBA and ERS.** |

**NOTICE OF THE THREE HUNDRED AND FORTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO AND OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE CLAIMS BY RECIPROCAL DEBTORS**

---

**IF YOUR CLAIM IS LISTED IN <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, IT IS BECAUSE YOU HAVE ALSO SUBMITTED EVIDENCE OF A DUPLICATED CLAIM IN RELATION TO THE SAME ASSERTED LIABILITY AGAINST THE COMMONWEALTH. YOU DO NOT HAVE TO RESPOND TO THE OMNIBUS CLAIM TO DEFEND YOUR RIGHTS AS ASSERTED AGAINST THE COMMONWEALTH. ITS EVIDENCE OF A DUPLICATED CLAIM WILL BE RETAIN FOR PURPOSES TO BE DETERMINED AT A FUTURE DATE, AND YOU WILL RECEIVE NOTIFICATION RELATING TO ANY ADDITIONAL PROCEDURES.**

**THE OMNIBUS OBJECTION SEEKS TO ALTER YOUR RIGHTS IN RELATION TO CLAIMS THAT SHOULD BE DISMISSED, AS LISTED IN EXHIBIT A. ALL CLAIMS TO BE DISMISSED SHALL BE TREATED AS THOUGH THEY HAD NEVER BEEN FILED.**

**IF YOUR CLAIM IS LISTED IN EXHIBIT A, YOU MUST READ THIS NOTICE CAREFULLY AND MAKE ANY COMMENTS IN RELATION TO IT TO YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT WITH ONE.**

---

**PLEASE TAKE NOTICE THAT** on 18 June 2021, the Public Buildings Authority of Puerto Rico (the "<u>PBA</u>") and the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (the "<u>ERS</u>" and, together with the PBA, the "<u>Debtors</u>"), through the Financial Oversight and Management Board for Puerto Rico (the "<u>Oversight Board</u>"), as representative of

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>**THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,**<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO, AND THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |

### NOTICE OF FILING OF DISCLOSURE STATEMENT FOR THE THIRD AMENDED TITLE III JOINT PLAN OF ADJUSTMENT OF THE COMMONWEALTH OF PUERTO RICO, *ET AL.* AND HEARING THEREON

**PLEASE TAKE NOTICE** that, on May 11, 2021, the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole representative of the Commonwealth of Puerto Rico (the "Commonwealth"), the Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS"), and the Puerto Rico Public Buildings Authority ("PBA"), pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA")[2] (the Oversight Board, in its capacity as sole representative of the Commonwealth, ERS, and PBA, is referred to as the "Debtors"), filed with the United States District Court for the District of Puerto Rico (the "Court"):

      (i)   the *Third Amended Title III Joint Plan of Adjustment of the Commonwealth of Puerto Rico, et al.,* [ECF No. 16740] (as the same may be amended or modified, including all exhibits and attachments thereto, the "Plan"), and

---

[1]  The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (Bankruptcy Case No. 17-BK-3283- LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17-BK-3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17-BK-3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17-BK-3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17- BK-4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

SRF 54595

Response Deadline: July 19, 2021, at 4:00PM (Atlantic Standard Time)
Hearing Date: August 4, 2021, at 9:30AM (Atlantic Standard Time)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered)<br><br>**This filing relates to PBA and ERS.** |

## THREE HUNDRED FORTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUERTO RICO PUBLIC BUILDINGS AUTHORITY AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO CROSS-DEBTOR DUPLICATE CLAIMS

The Puerto Rico Public Buildings Authority ("PBA"), and the Employees Retirement

System of the Government of the Commonwealth of Puerto Rico ("ERS," and together with PBA,

the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801) (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case: 17-03283-LTS Doc#: 17327-1 Filed: 07/13/21 Entered: 07/14/21 08:58:11 Desc:
Exhibit Page 6 of 8
Case: 17-03283-LTS Doc#: 17105-3 Filed: 06/18/21 Entered: 06/18/21 18:59:34 Desc:
Exhibit Page 6 of 9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO<br><br>As representative of<br><br>THE COMMONWEALTH OF PUERTO RICO et al.<br><br>Debtors.[1] | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly administered)<br><br>**This filing is in relation to the PBA and ERS.** |

**STATEMENT BY JAY HERRIMAN IN SUPPORT OF THE THREE HUNDRED AND FORTY-FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE PUBLIC BUILDINGS AUTHORITY OF PUERTO RICO AND OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO DUPLICATE CLAIMS BY RECIPROCAL DEBTORS**

---

[1] The Debtors in these Title III cases, together with the respective Title III case number and the last four (4) digits of the Federal Tax ID no. of each Debtor, where applicable, are i) the Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case no. 17 BK 3283-LTS) (last four digits of Federal Tax ID no. 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (last four digits of Federal Tax ID no.: 8474); (iii) the Roads and Traffic Authority of Puerto Rico (the "RTA") (Bankruptcy Case no. 17 BK 3284-LTS) (last four digits of Federal Tax ID no.: 3808); iv) the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico (the "ERS") (Bankruptcy Case no. 17 BK 3566-LTS) (last four digits of Federal Tax ID no.: 9686); v) the Puerto Rico Electric Power Authority (the "PREPA") (Bankruptcy Case no. 17 BK 4780-LTS) (last four digits of Federal Tax ID no.: 3747); and iv) the Public Buildings Authority of Puerto Rico (the "PBA", and, together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors" (Bankruptcy Case no. 19-BK-5523-LTS) (last four digits of Federal Tax ID no.: 3801). (The Title III case numbers are listed as case bankruptcy numbers due to certain software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**ACUERDO DE REPRESENTACION Y AUTORIZACION PARA ACTUAR COMO AGENTE ADMINISTRATIVO**

YO, _Elizabeth Rivera Dominguez_ mayor de edad, ☐casado ☐soltero, ☐empleado, ☒retirado y vecino de _Bernardo no. 1285 (anillos) 3 PR_ telefono(s) _939-395-8662_ y correo electrónico(s) _rivera_eluva9@hotmail.com_ declaro que soy acreedor en el caso: **Nilda Agosto Maldonado vs. ELA, KPE 2005-0608, Sentencia del Tribunal de Primera Instancia, Sala de San Juan, por reclamación de salarios.**

Por la presente designo a la Lcda. Ivonne González Morales, P O Box 9021828, San Juan, Puerto Rico 00902-1828, telephone: 787-410-0119, ivonnegm@prw.net, y a la Lcda. Milagros Acevedo Colón, Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, telephone: 787-422-7622, maclegaljc@gmail.com, para que me representen legalmente en el caso The Financial Oversight and Management Board for Puerto Rico, et al. as representative of The Commonwealth of Puerto Rico, Title III, No. 17BK 3283- LTS ante el Tribunal de Quiebras de Puerto Rico y para que realicen todas las gestiones, determinaciones y roles que sean necesarias para cobrar y distribuir cualquier suma de dinero que me corresponde en pago de la sentencia dictada en el caso K PE 2005-0608. A los efectos, ratifico el contrato de servicios profesionales suscrito por mí y expresamente autorizo al síndico del Título III a pagar directamente a mis abogadas, Ivonne González Morales y Milagros Acevedo Colón, el 25% de todo pago que reciba en el caso No. 17BK 3283- LTS. Reconozco haber recibido un adelanto de la sentencia y de existir balance de honorarios adeudados por mí, autorizo a debitar el importe correspondiente. De igual modo, acuerdo pagar todos los gastos, costas y peritos en que se incurra en la tramitación del caso No. 17BK 3283- LTS, dentro del término de 30 días contados a partir del recibo de requerimiento del pago.

Certifico que he recibido Memorando y orientación relacionada a la presente autorización y que he tenido oportunidad de estudiar y discutir su contenido y estoy conforme con sus términos, por lo que firmo de forma libre y voluntaria.

_24-4-2018_            _Elizabeth Rivera_            _24-4-2018_
Firma                                                    Fecha

**AGREEMENT FOR REPRESENTATION AND TO SERVE AS ADMINISTRATIVE AGENT**

I, _Elizabeth Rivera Dominguez_ of legal age, ☐single ☒married, ☐employed, ☐retired and resident of _Briande (anillos) 3 Calle Ave Caristiano, PR_ telephone(s): _939-395-8662_ and e-mail _rivera_eluva9@hotmail.com_ hereby state that I am a claimant in civil case IN RE: The Financial Oversight and Management Board of Puerto Rico, PROMESA Title III, case Number 17BK 3283-LTS.

I hereby declare that I was awarded a back pay judgment in the case **Nilda Agosto Maldonado vs. ELA, KPE 2005-0608** entered by the Superior Court of San Juan, PR, due to the Commonwealth's violation of wage laws and regulations.

To represent me in the Bankruptcy case and to perform any role and determinations that would be necessary to collect and distribute any money due to me in the case K PE 2005-0608, I hereby appoint Ivonne González Morales, Esq. at P O Box 9021828, San Juan, Puerto Rico 00902-1828, tel.: 787-410-0119, ivonnegm@prw.net, and Milagros Acevedo Colón, Esq. at Cond. Colina Real, Ave. Felisa Rincón 2000, Box 1405, San Juan, Puerto Rico 00926, tel.: 787-422-7622, maclegaljc@gmail.com.

Also, I herein ratify the legal service contract subscribed by me and expressly authorize the Title III Trustee to pay directly 25% from the payments that I will receive in case No. 17BK 3283-LTS to my attorneys Ivonne González Morales and Milagros Acevedo Colón. I also agree to pay the expenses, costs and fees that will be incurred in the case No. 17BK 3283- LTS, as they become due and within 30 days of receiving the payment request.

As to this date, I have received partial payment(s) of approximately 25% and/or partial liquidation of the amount corresponding to me in the case of K PE 2005-0608, and I authorize to deduct any amount owed from the payment to be received as stipulated in the professional services contract. In case of non-compliance, I agree to submit to the jurisdiction of the Superior Court of San Juan, PR.

I certify that I have received an Explanatory Memorandum from my attorneys, that I was guided on its document content and have had the opportunity to study and discuss it; I declare my agreement with the terms expressed and sign this authorization freely and voluntarily.

_24-4-2018_            _Elizabeth Rivera_
Date                                    Signed

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## EXPLANATORY MEMORANDUM

TO:          CASE PLAINTIFFS
NILDA AGOSTO MALDONADO, ET AL. V. THE COMMONWEALTH (K PE 2005-0608)

FROM:     IVONNE GONZALEZ MORALES, ESQ.
MILAGROS ACEVEDO COLON, ESQ.

Date:       April 9, 2018

SUBJECT:   The PROMESA Law. Case: The Financial Oversight and Management Board for Puerto Rico et al. as representative of the Commonwealth of Puerto Rico, Title III, No. 17 BK 3283-LTS.

As representative of the Commonwealth of Puerto Rico, Title III, No. 17 BK 3283-LTS.

As previously indicated, on May 3, 2017 the Commonwealth filed a petition with the Federal Bankruptcy Court of the District Court of Puerto Rico.

Later, on August 30, 2017, the Commonwealth filed with the Bankruptcy Court a Matrix List of creditors that identifies the claim in *Nilda Agosto Maldonado v. The Commonwealth, K PE 2005-0608* in Schedule H – Litigation Related Obligations (Docket 1215-14).

Subsequently, on February 15, 2018 (Docket 2521-2), the Bankruptcy Court ordered the creditors of the Commonwealth to submit their claim by filing the "Proof of claim" with the Bankruptcy Court on or before May 29, 2018. To date, most of you must have received an order from the Bankruptcy Court notifying you of the deadline to present your Proof of Claim.

To claim payment under the judgment in the NILDA AGOSTO MALDONADO case, we attach a document on the AGREEMENT ON REPRESENTATION AND AUTHORIZATION TO ACT AS AN ADMINISTRATIVE AGENT. Please sign it in both languages and sent via REGULAR MAIL (not certified mail) on or before April 20, 2018 with a money order or certified check for $100 to cover expenses to:

Ivonne González Morales, Esq. / Milagros Acevedo Colon, Esq.
Condominio Colina Real
Ave. Felisa Rincón 2000 Box 1405
San Juan, Puerto Rico 00926

Due to the complexity of the case before the Bankruptcy Court, this litigation that can take years to be resolved. Therefore, it is **VERY IMPORTANT** to ensure that your address, telephone numbers, and e-mail addresses are up to date at all times, and that you provide us with correspondence that bears the name, address, telephone numbers, and e-mail address of a contact person. We will not be held liable if your details are out of date. For subsequent communications, please use the following e-mail addresses: ivonnegm@prw.net – maclegaljo@gmail.com

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Clerk's Office*
*United States District Court*
*Room 150, Federal Building*
*San Juan, PR 00918-1767*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: Claim No. 32231 ECF No. 17327

Signed this 16th day of August, 2021

_____

Andreea I. Boscor

