# EXHIBIT 15

Case: 17-03283-LTS Doc#: 17383 Filed: 07/15/21 Entered: 07/16/21 09:43:40 Desc: Main
Document Page 1 of 1



June 10, 2021
Carolina, PR

*Clerk's Office*
*United States District Court*
*Room 150, Federal Building*
*San Juan, PR 00918-1767*

*Re: Nilda Mangual Flores*
[*illegible*]
*Carolina, PR 00985*
*Telephone: 787-550-4673*
*SS: 6524*

*Claim #26526*
*17BK03283LTS*
*#29762*
*17BK03566LTS*

*To the Honorable Court*

*I request that my claims be considered and evaluated and secured in relation to the minimum salary, and that any adjustment take into account my pension, merit-based step increases, interest, and social security.*
*I wish to remain involved in the PROMESA Law case, and to be paid what I am owed.*

*Kind regards,*
*Nilda Mangual Flores*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:17383-1 Filed:07/15/21 Entered:07/16/21 09:43:40 Desc: Exhibit Page 1 of 1
Case:17-03283-LTS Doc#:17105-1 Filed:06/18/21 Entered:06/18/21 18:59:34 Desc: Exhibit A Page 13 of 27

### Three Hundred and Forty-First Omnibus Objection
### Exhibit A - Claims to Be Disallowed

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 50 LOPEZ VALENTIN, CARIDAD HC-01 BOX 3807 CALLE JONES LARES, PR 00669 | 06/28/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 66474 | Undetermined* | LOPEZ VALENTIN, CARIDAD HC-01 BOX 3807 CALLEJONES LARES, PR 00669 | 06/28/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 66138 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 51 LUGO ORTIZ, WANDA I URB FLAMBOYANES 1622 CALLE LILAS PONCE, PR 00716 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 25146 | Undetermined* | LUGO ORTIZ, WANDA I. VILLAS DEL LAUREL II 1412 BOULEVARD COTO LAUREL, PR 00780 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 26526 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 52 MANGUAL FLORES, NILDA CALLE 1 113 ESTANCIAS SAN FDO. CAROLINA, PR 00985 | 05/22/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 29762 | Undetermined* | MANGUAL FLORES, NILDA CALLE I13 ESTANCIAS SAN FDO. CAROLINA, PR 00985 | 05/22/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 18462 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 53 MARCIAL MATTEI, REINALDO #25 BRANDEN ENSENADA, PR 00647 | 05/29/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 46919 | Undetermined* | MARCIAL MATTEI, REINALDO CALLE BRANDON #25 ENSENADA, PR 00647 | 05/29/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 35154 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |
| 54 MARTINEZ COLLAZO, ANGELA PO BOX 3056 JUNCOS, PR 00777 | 06/13/18 | 17 BK 03566-LTS / Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 64864 | Undetermined* | MARTINEZ COLLAZO, ANGELA P.O. BOX 3056 JUNCOS, PR 00777 | 06/13/18 | 17 BK 03283-LTS / Commonwealth of Puerto Rico | 59591 | Undetermined* |
| Reason: Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | | | | | | | |

\* Indicates claim contains unliquidated and/or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 29762 ECF No. 17383**

Signed this 16th day of August 2021

_____
Andreea I. Boscor

