# EXHIBIT 17

Wednesday, July 14, 2021
Carolina, Puerto Rico

Secretaria (Clerk Office)

Tribunal de Distrito de los Estados Unidos

(United States District Court)

Sala 150 Edificio Federal (Federal Building)

San Juan, Puerto Rico 00918-1767

**Re:** Zulma Landrau Rivera
**Address**: Ruta Rural 1 Box 35
Carolina, Puerto Rico 00983
**Tel. No.** 787-938-0715
**Case No**. 29313
**Social Security**: 5174

Dear Clerk:

I wish to have this honorable court reconsider my claim for a salary adjustment as per the judgment, for my claim not to be dismissed, and to be secured. I have been waiting to receive the salary adjustment owed to me for around 10 years.

Furthermore, I have filed an appeal with the Department of the Family for a salary adjustment on the basis of merit and interest. I request that they evaluate and adjust my pension, social security, and any other debt pending to date.

I wish to remain an active party in the case under the PROMESA Act, that my claim be considered, as well as reviewed and secured so that I am paid what I am owed for all of these years.

Please find evidence attached. May justice be served.

Thanking you in advance,

Sincerely,

[*signature*]
Zulma Landrau Rivera

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19792-17   Filed:01/17/22   Entered:01/17/22 14:35:28   Desc:
Exhibit 17   Page 3 of 14

Case: 17-03283-LTS Doc#: 17441-1 Filed: 07/20/21 Entered: 07/21/21 10:05:23 Desc:
Exhibit Page 1 of 8

Case:17-03283-LTS   Doc#:17105-2   Filed:06/18/21   Entered:06/18/21 18:59:34   Desc:
Exhibit A   Page 21 of 27

Three Hundredth and Forty First Omnibus Objection
Exhibit A: Claims to be Dismissed

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT |
| 83 | RIVERA, ZULMA LANDRAU RR 1 BOX 35 CAROLINA, PR 00983 | 05/22/18 | 17 BK 03566-LTS / Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 29313 | Undetermined* | RIVERA, ZULMA LANDRAU RR 1 BOX 35 CAROLINA, PR 00983 | 05/22/18 | 17 BK 03566-LTS / The Commonwealth of Puerto Rico | 23761 | Undetermined* |

Reason: Duplicate claim for obligation filed against the Debtor, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted claims, if any, would be between the plaintiff and the Commonwealth of Puerto Rico.

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT |
| 84 | RODRÍGUEZ GONZÁLEZ, TANYA PO BOX 13871 SAN JUAN, PR 00908-3871 | 05/24/18 | 17 BK 03566-LTS / Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 18897 | Undetermined* | RODRÍGUEZ GONZÁLEZ, TANYA PO BOX 13871 SAN JUAN, PR 00908-3871 | 05/24/18 | 17 BK 03566-LTS / The Commonwealth of Puerto Rico | 19945 | Undetermined* |

Reason: Duplicate claim for obligation filed against the Debtor, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted claims, if any, would be between the plaintiff and the Commonwealth of Puerto Rico.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT |
| 85 | RODRÍGUEZ HERNANDEZ, ROBERTO CALLE 60 21 20 URB. METROPOLIS CAROLINA, PR 00987 | 06/13/18 | 17 BK 03566-LTS / Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 60053 | Undetermined* | RODRÍGUEZ HERNANDEZ, ROBERTO CALLE 60 21 20 URB. METROPOLIS CAROLINA, PR 00987 | 06/13/18 | 17 BK 03566-LTS / The Commonwealth of Puerto Rico | 56020 | Undetermined* |

Reason: Duplicate claim for obligation filed against the Debtor, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted claims, if any, would be between the plaintiff and the Commonwealth of Puerto Rico.

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT |
| 86 | RODRÍGUEZ LOPEZ, RAQUEL PO BOX 7307 CAROLINA, PR 00986-7307 | 05/22/18 | 17 BK 03566-LTS / Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 24589 | $48,821.92 | RODRÍGUEZ LOPEZ, RAQUEL PO BOX 7307 CAROLINA, PR 00986-7307 | 05/22/18 | 17 BK 03566-LTS / The Commonwealth of Puerto Rico | 28152^ | $48,821.92 |

Reason: Duplicate claim for obligation filed against the Debtor, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted claims, if any, would be between the plaintiff and the Commonwealth of Puerto Rico.
^ Claim no. 28152 also included in Exhibit A to Omnibus Objection No. 345 for incorrectly classified claims

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT |
| 87 | RODRÍGUEZ RODRÍGUEZ, CARLOS R CALLE 3 856 URB. SAN MARTÍN PATILLAS, PR 00723 | 05/25/18 | 17 BK 03566-LTS / Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 24512 | Undetermined* | RODRÍGUEZ RODRÍGUEZ, CARLOS R CALLE 3 856 URB. SAN MARTÍN PATILLAS, PR 00723 | 05/25/18 | 17 BK 03566-LTS / The Commonwealth of Puerto Rico | 45793 | Undetermined* |

Reason: Duplicate claim for obligation filed against the Debtor, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted claims, if any, would be between the plaintiff and the Commonwealth of Puerto Rico.
* This indicates that the claim contains amounts pending payment or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### Three Hundredth and Forty First Omnibus Objection
### Exhibit A: Claims to Be Dismissed

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT |
| 79 | RIVERA ENCARNACIÓN, MADELINE PO BOX 20135 SAN JUAN, PR 00928-0135 | 05/23/18 | 17 BK 03566-LTS / Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 19439 | Undetermined* | RIVERA ENCARNACIÓN, MADELINE PO BOX 20135 SAN JUAN, PR 00928-0135 | 05/23/18 | 17 BK 03566-LTS / The Commonwealth of Puerto Rico | 20306^ | Undetermined* |

Reason: Duplicate claim for obligation filed against the Debtor, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted claims, if any, would be between the plaintiff and the Commonwealth of Puerto Rico.

^ Claim no. 20306 also included in Exhibit A to Omnibus Objection No. 351 for incorrectly classified claims

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT |
| 80 | RIVERA RODRÍGUEZ, NAYDA URB. VISTAMAR 162 CALLE CATALINA CAROLINA, PR 00983-1843 | 05/08/18 | 17 BK 03566-LTS / Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 13675 | $39,000.00* | RIVERA RODRÍGUEZ, NAYDA URB. VISTAMAR 162 CALLE CATALINA CAROLINA, PR 00983-1843 | 05/08/18 | 17 BK 03566-LTS / The Commonwealth of Puerto Rico | 12341 | $39,000.00* |

Reason: Duplicate claim for obligation filed against the Debtor, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted claims, if any, would be between the plaintiff and the Commonwealth of Puerto Rico.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT |
| 81 | RIVERA TORRES, JOSÉ J. B-11 URB. TIERRA SANTA VILLALBA, PR 00766 | 05/29/18 | 17 BK 03566-LTS / Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 45585 | Undetermined* | RIVERA TORRES, JOSÉ J. B-11 URB. TIERRA SANTA VILLALBA, PR 00766 | 05/29/18 | 17 BK 03566-LTS / The Commonwealth of Puerto Rico | 43761 | Undetermined* |

Reason: Duplicate claim for obligation filed against the Debtor, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted claims, if any, would be between the plaintiff and the Commonwealth of Puerto Rico.

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT | NAME | DATE FILED | CASE/DEBTOR NO. | CLAIM NO. | CLAIM AMOUNT |
| 82 | RIVERA VELÁZQUEZ, WANDA I. URB. VILLA SERENA – BUZON 76 SANTA ISABEL, PR 00757 | 06/05/18 | 17 BK 03566-LTS / Employees' Retirement System of the Government of the Commonwealth of Puerto Rico | 48391 | Undetermined* | RIVERA VELÁZQUEZ, WANDA I. URB. VILLA SERENA – BUZON 76 SANTA ISABEL, PR 00757 | 06/05/18 | 17 BK 03566-LTS / The Commonwealth of Puerto Rico | 56103 | Undetermined* |

Reason: Duplicate claim for obligation filed against the Debtor, the Employees' Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted claims, if any, would be between the plaintiff and the Commonwealth of Puerto Rico.

* This indicates that the claim contains amounts pending payment or undetermined amounts

Page 19 of 26

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Mailing Address:
RR 1 BOX 35
Carolina PR, 00983
787-983-0715

October 5, 2020

Hon. Orlando López Belmonte
Secretary, Department of the Family

Warm greetings to you.

RE: REQUEST FOR "STATUS" OF APPEAL FOR A CORRECTION OF PAYMENTS UNDER THE ZULMA LANDRAU V. THE DEPARTMENT OF THE FAMILY CASE, K PE 2005-0608

I recently saw, on a list extracted from the PRIMECLERK PROMESA website, which contains the names of all plaintiffs (including the Zulma Landrau Rivera case), the amount appropriated to me in said case: $13,876.34.

It should be noted that, from that amount appropriated, one could infer that the Department of the Family in the last eight years has not at all considered the appeal I filed by way of a letter sent to Mrs. María L. Torres Colón, the Assistant Secretary for Human Resources and Industrial Relations, on November 9, 2012, a copy of which I have enclosed. No response or notice in relation to this letter was ever received from the Department of the Family regarding my appeal, which I thought was, in fact, under review. At the time, the gross amount of the claim was $5,272.95, an amount equivalent to 25% of total pay; I later deducted the social security and pension contributions withholdings from this amount. The above figure of $13,876.34 represents less than the remaining 75% that they alleged to have owed me.

In summary, as I explained in my 2012 letter, my appeal is based on the fact that my colleagues at Technical Assistance, who are now retired and had a service and classification history similar to mine, have received compensation pursuant to this claim well in excess of what I have received (up to three times as much) according to my information at the time, and which was confirmed to me again upon seeing the list mentioned above.

I will send a copy of this letter to Ms. Glenda Gerena Rios, the Administrator at ADFAN, in case she is able to provide assistance with this matter or part thereof.

[Handwriting reads: [*illegible*] – October 9, 2020 – 3:55pm]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

I wish to have my application received, and to be informed of (or have delivered to me) the calculations performed in relation to my case. I hope that this decision is re-evaluated, and for justice to be done for me. When I filed my appeal in 2012, a copy was sent to the attorneys who represent plaintiffs and to Pro-Sol (the union). I will also send a copy of this letter to these parties.

Kind regards,

[signature]
Zulma Landrau Rivera
SS xxx-xx-5174

Cc: Ms. Glenda Gerena Rios, Administrator ADFAN

Enclosure:    Copy of request for appeal; November 9, 2012
              Copy of pension readjustment request

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

November 9, 2012

**María L. Torres Colón**
Assistant Secretary, Human Resources and Industrial Relations

**RE: Nilda Agosto Maldonado**
**CIVIL case no. KPE 2005-0608**

[stamp:] HUMAN RESOURCES AND LABOR RELATIONS NOV 13, 2012 12:50 PM

The purpose of this letter is to request an appeal in relation to the payment received on November 9, 2012, as I am not in agreement with it.

In 1979, I joined the Agency as a temporary employee and, in 1989, I became a regular employee (Technical Service Assistant). It is worth noting that there are employees who started at the Agency recently or who have been in the employ of the Agency for less time but have received much more.

I need my file to be reviewed: in my 31 years with the Agency, I have only ever received five-year increment raises.

In light of the foregoing, I hereby file an appeal on the grounds that I do not agree with the amount received.

[*signature*]
**Zulma Landrau Rivera**
Family Technical Service Assistant
Carolina I
(Postal address: RR 1 Box 35, Carolina, PR 00983)

Cc:   **Ivonne González Morales, Esq.**
PO Box 9021828
San Juan, PR 00902-1828

**Milagros Acevedo Colón**
Cond. Colina Real
2000 Ave. Felisa Rincon
Box 1405
San Juan, PR 00926

**Manuel Díaz Lugo**
PO Box 9020192
San Juan, PR 00902-0192

[Handwriting reads:] This letter is to inform you that I have filed an appeal and that I am owed this amount, plus interest

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**DEPARTMENT OF THE FAMILY**

Office of the Assistant Secretary for
Human Resources and Industrial Relations

                                        COPY
                                        [*signature-*] *S. Perez Nov. 13  2:10pm*

November 2, 2012

Landrau Rivera, Zulma
Family and Children Administration

                                        **Re: Nilda Agosto et al. KPE-2005-0608**

Dear colleague:

You are named as a plaintiff in the case of Nilda Agosto et al. versus the Department of the Family in relation to the Federal Minimum Wage.

Notwithstanding the above, and with a view to reducing the debt that is the product of a claim filed in 2005, the Puerto Rico Office of Management and Budget has identified entries in the savings of the Department of the Family to credit you pursuant to the claim in question. Please find enclosed with this letter a check for the sum of $5,272.95, an amount equal to 25% of the total payment to which you are entitled in accordance with the stipulations of the judgment. Only social security and contributions are being deducted from this check.

We recognize that this advance payment does not represent payment for the full amount owed, but a payment made in good faith in order to reduce the amount owed.

If you do not agree with the amount received, you will have 10 days in which to file a claim with the Office of the Assistant Secretary for Human Resources and Industrial Relations.

Cordially,

[*signature*]
María Luisa Torres Colón
Auxiliary Clerk

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Edificio Lila Mayoral, Ave. Barbosa 306
P O Box 11398, San Juan, PR 00910-1398 / Tel. (787) 294-4900 Exts: 2358 / 2359 / Fax (787) 765-1743

JUDGMENT
K PE 2005-0608
PAGE 20

| # | Name | # | Name |
|---|---|---|---|
| 307. | HERNANDEZ MENDOZA, ZORAIDA | 308. | HERNANDEZ MORALES, ARMANDO |
| 309. | HERNANDEZ ORTIZ, ELBA N. | 310. | HERNANDEZ RAMIREZ, CARMEN DEL S. |
| 311. | HERNANDEZ RIOS, MYRIAM | 312. | HERNANDEZ RIVERA, MARIA I |
| 313. | HERNANDEZ RIVERA, RAMON | 314. | HERNANDEZ RODRIGUEZ, UBALDO |
| 315. | HERNANDEZ SOTO, GILMA M. | 316. | HERNANDEZ TORRES, ROSA T. |
| 317. | HERNANDEZ VALLEJO, ADOLFO | 318. | HERNANDEZ VAZQUEZ, MIGDALIA |
| 319. | IRIZARRY FRASQUERI, WILFREDO | 320. | JIMENEZ OLIVIERI, ALINA |
| 321. | JIMENEZ PIMENTEL, IVIS I. | 322. | JOUBERT TANCO, AWILDA |
| 323. | LACEN REMIGIO, JULIA A. | 324. | LANDRAU RIVERA, ZULMA |
| 325. | LASALLE CONCEPCION, MARIA S. | 326. | LEBRON DELGADO, ELSA |
| 327. | LEBRON LEBRON, MARY | 328. | LEON DAVILA, CARMEN ANA |
| 329. | LOPEZ BURGOS, MARILYN J. | 330. | LOPEZ CAMACHO, EVELYN |
| 331. | LOPEZ CORDERO, ZULMA A. | 332. | LOPEZ ESCALERA, NATASCHA |
| 333. | LOPEZ FLORES, IVAN | 334. | LOPEZ LUGO, ISABEL MARGARET |
| 335. | LOPEZ QUILES, ILEANA | 336. | LOPEZ RAMOS, MARIA J. |
| 337. | LOPEZ RAMOS, ZULMA | 338. | LOPEZ RODRIGUEZ, SANDRA I. |
| 339. | LOPEZ SANTOS, MARIA DE LOS A. | 340. | LOPEZ VAZQUEZ, MARITZA |
| 341. | LORENZANA ACOSTA, LYDIA | 342. | LORENZO DE EFRERE, ROSA J. |
| 343. | LOZADA AQUINO, SANTA A. | 344. | LOZADA DE HERNANDEZ, MARIA I. |
| 345. | LOZADA ORTIZ, RAUL | 346. | LOZADA RODRIGUEZ, MARGARITA |
| 347. | LUGO MALDONADO, NORMA I. | 348. | LUGO PEREZ, VIVIAN |
| 349. | LLANOS CARRION, LUIS M. | 350. | LLANOS SANCHEZ, CARMEN L. |
| 351. | MACHADO DE LA ROSA, ANA L. | 352. | MAISONET LOPEZ, ALEJANDRO |
| 353. | MALAVE CARDENALES, JOSE M. | 354. | MALDONADO COLON, MARGARITA |
| 355. | MALDONADO MEDINA, BLANCA E. | 356. | MALDONADO REYES, YOLANDA |
| 357. | MALDONADO RIVERA, YOLANDA | 358. | MANGUAL RAMIREZ, ELIZABETH |
| 359. | MANSO CEPEDA, JUANA E. | 360. | MANZANO MELENDEZ, MINERVA |
| 361. | MARCANO CUADRADO, MYRIAM | 362. | MARCANO FIGUEROA, WILLIAM |
| 363. | MARINA RIVERA, ORLANDO | 364. | MARRERO COLON, AILSABEL |
| 365. | MARRERO MUNICH, NOELIA | 366. | MARRERO REYES, ESTEBAN |
| 367. | MARTINEZ CORDERO, CARMEN | 368. | MARTINEZ CRUZ, RIGOBERTO |
| 369. | MARTINEZ DIAZ, MARIA C. | 370. | MARTINEZ MARTINEZ, ARACELIS |
| 371. | MARTINEZ MERCED, CARMEN SONIA | 372. | MARTINEZ NUÑEZ, CARMEN L. |
| 373. | MARTINEZ ROSARIO, SANTOS A. | 374. | MARTINEZ SANCHEZ, ANA IVETTE |
| 375. | MARTINEZ UMPIERRE, MARIA DEL C. | 376. | MARTINEZ VAZQUEZ, PEDRO |
| 377. | MARTINEZ VELAZQUEZ, CARLOS | 378. | MATANZO PEREZ, MARIA R. |
| 379. | MATIAS MATIAS, ROSA D. | 380. | MATIAS NIEVES, LAURA E. |
| 381. | MATOS CRUZ, ADELAIDA | 382. | MATOS CRUZ, YOLANDA |
| 383. | MATOS ORTIZ, SONIA E. | 384. | MATOS SANCHEZ, MARIA E. |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:17441-1 Filed:07/20/21 Entered:07/21/21 10:05:23 Desc:
Exhibit Page 8 of 8

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| RIVERA, ZULMA LANDRAU | 29313 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Reason: | Duplicate liability filed against Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico. All asserted liabilities, if any would be between the Claimant and the Commonwealth of Puerto Rico. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| RIVERA, ZULMA LANDRAU | 29313 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $0.00 |
| Base para: | Reclamo de una obligación duplicada interpuesto contra el Sistema de Retiro de Empleados del Gobierno del Estado Libre Asociado de Puerto Rico. Todas las responsabilidades invocadas, si las hubiere, tendrían lugar entre el Reclamante y el Estado Libre Asociado de Puerto Rico. | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 29313 ECF No. 17441**

Signed this 17th day of August 2021

_____
Andreea I. Boscor

