# EXHIBIT 21

[*handwritten*:]

*July 16, 2021*

*In accordance with amended Form 410, attached please find the documents regarding Mr. William Ruíz Díaz (deceased), a former Lieutenant-Colonel of the Puerto Rico police.*

*This department forced him to request his resignation from the agency. Moreover, it has not paid him amounts owed for hours and public holidays worked.*

*His direct relatives are still waiting for payment of said amounts owed.*

*Cordially,*

*Carmen M. Ruíz*

*Representative of the family*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[*handwritten*:]

*To whom it may concern:*

*I, Ana S. Vázquez Pagán, authorize Ms. Carmen M. Ruíz to deliver form 410-M*

*Thank you.*

*Sincerely,*

*Ana S. Vázquez Pagán*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

TES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL PUERTO RICO

| in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☐ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

**Part 1 / Parte 1** — **Identify the Claim / Identificar la reclamación**

| | |
|---|---|
| **1. Who is the current creditor?**<br>**¿Quién es el acreedor actual?** | *Ana S. Vargas Pagan, widow of William Ruiz Diaz*<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br>Other names the creditor used with the debtor / Otros nombres que el acreedor usó con el deudor: *Ana S. Vargas Pagan* |

*Certified to be a correct and true translation from the source text in Spanish to the target language English. 17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556 By Targem Translations Inc.*

TES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL PUERTO RICO

**in this information to identify the case (Select only one Debtor per claim form). / Llena esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).**

| | Debtor | Case No. | Petition Date |
|---|---|---|---|
| ❑ | Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ❑ | Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ❑ | Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ❑ | Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ❑ | Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

**Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.**

**Quienes presenten la documentación deben omitir o editar** información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

**Part 1 / Parte 1** — **Identify the Claim / Identificar la reclamación**

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

*Carmen M. Ruiz Diaz, [illeg.] of Mr. William Ruiz Diaz*

Name of the current creditor (the person or entity to be paid for this claim)
Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor *Carmen M. [illeg.]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Vásquez Pagán, Ana Z. | 122933 | 6/27/2018 | Commonwealth of Puerto Rico | $163,124.00 |
| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. Additionally, the claimant also failed to provide prima facie evidence to support a secured claim. Accordingly, claim has been reclassified in whole as a general unsecured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Vásquez Pagán, Ana Z. | 122933 | 6/27/2018 | Commonwealth of Puerto Rico | $163,124.00 |
| Base para: | El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. Además, el demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. En consecuencia, el reclamo se reclasificó en su totalidad como un reclamo no asegurado general. | | | |

[*handwritten:*]

*Please sign and return:* ______________________

*July 19, 2021*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

EL VOCERO, Thursday 26 August 2010

MILLIONS IN COMPENSATION
[*illegible text*]

**Retirement Comes at a Heavy Price**

Former CRB bodyguard to receive almost $4 million

**Miguel Rivera Puig**
EL VOCERO

A police officer due to retire in the next few days will receive the handsome sum of $230,000 for years of service. Of this amount, $211,000 will be for overtime worked while working as a bodyguard to the former governor, Carlos Romero Barceló.

The police officer, who was recently promoted to commander, had recently sought payment for 9,300 hours of service, confirmed Leandro Peña, Assistant Superintendent for Management Affairs.

Although Mr. Peña did not identify the officer, EL VOCERO sources have indicated that the officer in question is Héctor Cotto, who worked for many years as a bodyguard to Romero Barceló and is now Deputy Commander for the Region of Bayamon.

Mr. Peña said that the payment to be made to the officer is in response to an intervention by the United States Department of Labor. As a result of this intervention, 518 members of the Puerto Rico police would receive the payment for in excess of 480 hours of overtime accumulated.

The case has dragged on from previous administrations. According to Mr. Peña, since July 31, 2010, if the Police Department does not pay, the federal agency will refer the case to the court demanding that the compensation payable be tripled.

According to Mr. Peña, in accordance with instructions from Superintendent José Figueroa Sancha, $3.3 million has come from funds assigned by the legislature last year. All checks were issued and deposited at the overtime office, from where payments have been made once confirmation of hours claimed has been received.

Many of the 518 officers who qualified under the administrative lawsuit have received $5,000, $7,000, and more. However, the officer case is an exception, Mr. Peña pointed out.

The United States Department of Labor concluded that, while Cotto was an officer when he worked for former governor Romero Barceló, he has in fact worked as a bodyguard as though he were an officer.

Other members of Romero Barceló's personal detail have already been paid less for overtime than the amount received by Cotto, who had supposedly not claimed same until the federal intervention.

According to Mr. Peña, officers from the thirteen police regions have already been paid and certification of the hours for the other four is pending.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

September 10, 2004

Agustín Cartagena Díaz
Police Superintendent

Dear Mr. Cartagena Díaz:

I hope this letter finds you well on this day, and blessings to your family.

With regard to your letter NRH-2-4-10-234 dated July 22, 2004, postmarked August 20, 2004 (see enclosed copy), and received on August 21, 2004, I hereby request that you thoroughly **RECONSIDER** your decision that "I do not qualify for the benefit sought".

The above request is based on the provisions of Section 53 of the Puerto Rico Police Act of June 10, 1996 (as amended), specifically Article 10, Subsection c), under which members of the Force are required to work hours in excess of the workday established in law.

The overtime for which I am claiming payment includes hours worked in operational and investigative roles, attending to instances of force majeure and meeting the needs of (or for the benefit of) the department, following orders from superiors at all times. That is the fact of the matter.

As a police officer, I worked on average over  ten (10) hours per day on administrative duties, not executive or professional duties. However, my claim does not relate to this overtime done for the community.

I would like to take the opportunity to request payment for two public holidays owed to me by the Agency and one day of regular leave; I have been paid 59 days' leave and my total entitlement was 60 days. I also request payment for nine days of sick leave; I have received payment for 103.50 days of leave, whereas as of September 30, 2003, I had accumulated 112.50 days.

If you should deem it necessary, I am prepared to engage in a dialogue to clarify any of the information above, and to submit documentation.

Thank you for your time.

[*signature*]

William Ruíz Díaz

Former Lieutenant-Colonel of Police (2-5846)

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**THE COMMONWEALTH OF PUERTO RICO**
**APPEALS COMMISSION FOR THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION SYSTEM**
**PO BOX 9023990, SAN JUAN, PR 00902-3990**
**787-721-5739**

**WILLIAM RUÍZ DÍAZ**
APPELLANT

**VS.** **CASE NO. T-04-09-0479**

**THE PUERTO RICO POLICE**
APPELLEE

**PLEADING IN COMPLIANCE WITH ORDER**

**TO THE HONORABLE COMMISSION:**

The APPELLANT appears on his own behalf and respectfully **ALLEGES, STATES, AND REQUESTS:**

**1. That at 1:25pm on September 12, 2008, I received via mail the order issued by this Honorable Commission stipulating that I have 20 days in which to respond to the answer to appeal filed by the Appellant on August 12, 2008.**
**2. In the present document, I am referring to the pleading filed in accordance with the order dated November 8, 2004, to which Exhibits I and II are attached.**
**3. I have incorporated the arguments set forth therein into the present document. These arguments demonstrate that I have complied with the terms for filing an appeal.**
**4. That same confirm that the requirement to serve the defendant was met on November 8, 2004. See copies of the certified letter sent. (Exhibit 1)**
**5. Copies of the certified letter sent to the Police Superintendent are enclosed, along with return receipt, signed as received on September 22, 2004. This demonstrates that, as the Appellant, I exercised the right to appeal within the term prescribed in law. (Exhibit 2)**
**6. The defendant states that they are unaware of the allegations made in this case, but then contradicts this statement when it says that the Appellant is claiming an amount for overtime. This clearly demonstrates that the defendant is aware of the allegations made by the Appellant.**
**7. On September 10, 2004, I requested that the Police Superintendent (Exhibit 3) reconsider the decision he issued by way of letter NRII-2-4-10-234 dated July 22, 2004, and received by mail on August 21, 2004, in an envelope stamped August 20, 2004.**

**Continued…**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Page 2**

**8. That I waited with great patience and hope for a response from the Police, but it never came.**

**9. That on September 19, 2004, I prepared an appeal petition for JASAP on my own behalf (Exhibit 4) wherein I stated that I did not agree with his decision of the Superintendent, requesting that the Honorable Board assume jurisdiction.**

**10. I waited one more day to send said appeal, but as I did not receive a response from the Police (Appellee), once 30 days had passed (i.e., within thirty (30) consecutive days) since learning of the decision of the Superintendent, I sent the appeal via certified mail with return receipt to the JASAP on September 20, 2004; I also sent it to the Police Superintendent (see Exhibits 5 and 6). In conclusion, I gave the Police until the eleventh hour to respond to my request for reconsideration, but it did not. The department could have responded via mail or by sending a colleague to deliver the response to my place of residence, which is known to virtually everyone, in particular to the Ponce Area Police.**

**11. The appellant believes Defendant's Argument no. 9, as represented by Brendairin Cruz Santiago, Esq., does not reflect what actually took place: that I in fact complied with the deadline, as per the foregoing. Even so, and furthermore, I submit a copy of the piece of paper on which the JASAP address was written down (Exhibit 7), which has a note from this Appellant that lends weight to argument 3 of the petition sent by the Appellant on November 8, 2004.**

**12. The case cited by the Appellee in its pleading or statement 12 validates the position of the Appellant, in particular the "Tahir Erk v. Glen L. Martin Co." case cited.**

**13. In view of the arguments put forward by this Appellant and the Exhibits presented (see copies), this appeal complies with the regulations established and this Honorable Commission can assume jurisdiction because such jurisdiction affirmatively exists and is not subject to discretion. Moreover, the appeal stands on its merits.**

**14. The Appellant is convinced that he acted correctly in filing appeal in the absence of a response from the Police (Appellee), which never materialized and as a result of which the Appellant waited for the time indicated above in this petition, which was jurisdictional, as has been stated. Had the Appellee been able to put forth the argument that it had not been able to determine my mailing address, this argument would have been overcome by the fact that the defendant no doubt has the resources to contact me at my place of residence, as has already been explained by this Appellant. On the other hand, although the defendant has said that the courts have an obligation to respect legislative intent as expressed in a statute, when a case is evaluated, public policy is an important measure to consider.**

**Continued…**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**I was taught to respect the law and laws are not, nor will be, a product exclusively of the legislative intent. This is why there are public hearings, the Constitution, public opinion, legislative conferences, and the Governor's chambers to sign off on laws. Laws also tend to be amended for a number of reasons, including omissions by the legislator that must be amended.**

**15. The Appellant maintains that to the best of his knowledge, he acted in accordance with established regulations for appeals. It should be noted that the appeal was sent to the JASAP at the time, and that no known regulation was evaded, but rather, the contrary.**

**16. The exhibits provided by the defendant are legal mechanisms or elements that do not disprove the Appellant's honest appeal. The Appellant has set forth his case in simple terms, giving the Appellee (who did not show the courtesy to respond) sufficient time, filing his appeal within the 30 days stipulated in law at the time, and explaining in simple terms the reasons for the action taken. Moreover, the correspondence from the Appellant to JASAP makes no reference to a violation of rights or to the fact that he did not agree with the decision of the defendant that the Appellant does not qualify to receive the overtime accumulated and the two public holidays foregone.**
**My claim now is the same as it was then, and the Appellant has no objection to the legal terms used to identify my claim. On the contrary, I accept them as declared by this Honorable Commission.**

**17. The Appellant considers that it is important to mention that this correspondence does not relate to the claim for overtime accumulated and for the two public holidays foregone, and that these items do not arise in the appeal. This Appellant requested to be compensated for overtime during the time worked at the Office of the Deputy Superintendent for Inspections and at the Office of the Deputy Superintendent for Public Integrity. On both occasions, I was denied by my superiors. Given the amount of time that has passed, I have not been able to get a hold of correspondence on this point, which puts me at a disadvantage as I am not able to present same as exhibits. However, these petitions are genuine, so help me God.**

**18. An attempt has been made to justify the grounds cited by the Appellee to refuse my claim using the mechanism referred to in General Order 86-7. In its argument 4, the Appellee argues that the Appellant is claiming overtime worked, despite the fact that by that time the appellant held the position of Lieutenant-Colonel.**

**Continued…**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Exhibit Page 9 of 30

**Page 4**

**Article 10, Section c of Act 53 of June 10, 1996 (the Puerto Rico Police Act), as amended, does not establish differences on the basis of rank for the accumulation of overtime: it merely states, and we quote: "where the member of the Force is required…," end quote. Without a doubt, these two characteristics are what the legislator incorporated into the law: 1. The obligation to work overtime in emergency situations or for the benefit and good of the community; and 2. The absence of any distinction on the grounds of rank.**

**19. With regards to this point, the Appellant echoes the case of José A. Rodríguez Rosado v. ELA, etc., civil case no. JPE1998-0104, which in its conclusions of law states, and we quote: "This case raises an issue of constitutional rooting. In relation to this matter, section 16 of article II of our Charter of Rights states that": "All employees are recognized as having the right to choose and retire from their profession freely, to receive equal pay for equal work, to receive a reasonable salary, to receive protection against risks to their health or personal integrity in their work or employment, and to work a reasonable shift that does not exceed eight hours. Workers may only be permitted to work in excess of this number of hours upon payment of extraordinary compensation, which will not be less than one point five times their ordinary salary, as set forth in the law".**

**"The above provision is applicable to all employees; it does not draw distinctions between types of employees. To deny the plaintiff this constitutional right is not only contrary to our legal order, but would also promote inequity," conclude the citations in the case. In the judgment, the Honorable Court ordered the payment of hours worked in excess of the legal workday.**

**20. The Appellant also echoes the case of Emilio Roldán Serrano v. the Commonwealth, etc., civil case number GPE-93-0055, relating to an application for compensatory time, in which the parties agreed to compromise, and the Court ordered the defendant to allow the plaintiff to take the compensatory hours. As a result, and pursuant to letter ASJ-1-9-673 dated July 14, 1994, for the purposes of the court order, compensatory time was authorized for Commander Emilio Roldan from July 18, 1995, to December 31, 1998.**

**21. The Appellant further echoes the case of Clemente Marrero Reyes v. the Superintendent and the Commonwealth, in which the Honorable Court upheld the claim, ordering the payment of overtime accumulated as well as public holidays foregone.**

**continued**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**22. Paragraph two of Regulatory Summary of case 102DPR231 of May 1974 states that "the purpose of administrative law is to establish a system that is just, practical, and flexible for the adjudication of laws in agencies of the executive branch".**

**23. That the Appellant is confident that this Honorable Commission shall also apply in my case the same decisions as entered in cases echoed by the appellant and that, acting in a fair manner, and in light of all that has been revealed this appeal, it shall uphold my claim, which is justified in all of its merits.**

**24. In my request for reconsideration to the Superintendent (see Paragraph 7 of this document), I explain that the 455.5 hours of overtime and two public holidays foregone for which I am claiming payment were a product of official operational and investigation roles, attending to instances of force majeure, and meeting (public) service needs (or for the benefit of same), following orders from superiors at all times. That is the fact of the matter. (See Exhibit 8.)**

**25. That said time and all the time worked was entered in the ATTENDANCE REPORT provided by the Appellee for these purposes (and which is still valid).**

**In this report, there is a space for the signature of the Unit Head, certifying that the information contained therein is correct, that the overtime was authorized, and that this overtime has not been paid, nor any compensation given for the same. My superiors always signed that certification, and if they ever refused to do so they never told me. Therefore, this would represent an omission on their part.**

**26. The appellant is convinced that the motion to dismiss and/or motion to close the appeal by the Appellee, the document of which at the top of page 2, et seq. contains the foundations of his exhibit ("Dismissal due to lack of jurisdiction"), IS INADMISSIBLE.**

**In virtue of what the appellant has expressed, and with great respect, I request that our appeal BE GRANTED and that the Appellee (the Puerto Rico Police) be ordered to pay for the overtime and public holidays claimed.**

**In Ponce, Puerto Rico, September 30, 2008.**

**I certify that on this date (October 1, 2008), I sent a true and accurate copy of this petition to the Legal Division of the Puerto Rico Police at the following address: Estado Libre Asociado, Policia de Puerto Rico, PO Box 70166, San Juan, P.R., 00936-8166.**

**William Ruíz Díaz**
**Appellant**
**Calle Santa Luisa 4403**
**Ext. Santa Teresita**
**Ponce, P.R., 00730-4640**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**THE COMMONWEALTH OF PUERTO RICO**
**APPEALS COMMISSION FOR THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION SYSTEM**
**PO BOX 9023990, SAN JUAN, PR 00902-3990**
**787-721-5739**

**WILLIAM RUÍZ DÍAZ**
APPELLANT

**VS.** **CASE NO. T-04-09-0479**

**THE PUERTO RICO POLICE**
APPELLEE

---

## PLEADING IN COMPLIANCE WITH ORDER

**TO THE APPEALS COMMISSION FOR THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION SYSTEM:**

The **APPELLANT** appears on his own behalf and respectfully **ALLEGES, STATES, AND REQUESTS:**

1. That on October 27, 2004, I received an ORDER from this Honorable Commission specifying a timeframe within which to appear and show cause as to why my appeal should not be dismissed due to lack of jurisdiction, on the grounds that I filed my appeal outside the term of thirty days according to the Public Service Human Resources Administration Act.

2. I was also ordered to provide the grounds for my allegations and explain my rights under the Public Service Human Resources Administration Act (Act 184 of August 3, 2004) had been violated (also within this timeframe).

3. That the appeal filed was submitted within the timeframe established in law, i.e., by September 20, 2004. However, it was sent to the address provided to us by personnel at the Ponce Area Administrative Hearing Office (an address that proved incorrect: as a result, the post office returned the document sent to my address). Enclosed please find a copy of the envelope,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[Seal reading: The Commonwealth of Puerto Rico - APPEALS COMMISSION FOR THE PUBLIC SERVICE HUMAN RESOURCES ADMINISTRATION SYSTEM – 2004 – Fast, Affordable Justice]

*The Commonwealth of Puerto Rico*
*Appeals Commission for the Public Service Human Resources Administration System*
PO Box 9023990, San Juan, PR 00902-3990
787-721-5739

**WILLIAM RUÍZ DÍAZ**
Appellant

**VS.** **CASE NO. T-04-09-0479**

**THE PUERTO RICO POLICE**
Appellee

---

**ORDER**

TO THE APPELLANT:

The Appeals Commission for the Public Service Human Resources Administration System has had the above-captioned appeal under its consideration and decided as follows:

The Appellant is ordered, within ten (10) business days of the filing of this document, to provide evidence for the allegations and explain how his rights under the Public Service Human Resources Administration Act (Act 184 of August 3, 2004) have been violated.

The Appellant is further ordered, within the term of ten (10) business days, to show cause as to why his appeal should not be dismissed or closed due to jurisdiction, on the grounds that the appeal was filed outside the term of thirty (30) days to appeal, as stipulated in the Public Service Human Resources Administration Act.

Appellant is hereby advised that failure to comply with these instructions within the timeframe provided shall constitute an avenue for us to proceed as described above.

**TO BE SERVED.**

In San Juan, Puerto Rico, on October 25, 2004.

I CERTIFY that on this date, OCT 26, 2004, I filed the original of this Order in the records of the appeal and sent a true and exact copy of the same to the parties at their respective addresses on record.

[*signature*]
*For:* [*illegible*]
WANDA FONTANEZ RUÍZ
Clerk

NOTICE SENT TO:
The Puerto Rico Police
Legal Division
PO Box 71200
San Juan PR00936

Mr William Ortiz
Urb. Santa Teresita
BM 33 Calle E
Ponce, PR 00731

/jjg

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[…] evidence of the mailing certification and postage payment as Exhibit I to this pleading.

4. That, as one can conclude from the enclosed evidence, this Appellant exercised his right to appeal within the timeframe prescribed in law; however, due to an involuntary error by personnel at the Southern Region Administrative Hearing Office, the document did not arrive within the desired timeframe, a fact that cannot be attributed to carelessness or a lack of interest on the part of the Appellant in exercising his right in accordance with the regulations of this Commission.

5. That with regard to the payments outstanding for public holidays (2 days), one day of regular leave, and nine days' sick leave, a request was made for a Certification (Exhibit 1) for this leave with the Office of the Deputy Superintendent for Public Integrity on September 28, 2003. To date, no certification has been received, which is why I cannot exercise my right of appeal in full.

6. That with regards to the payment outstanding for the overtime claimed (455.5 hours), I am claiming this payment in accordance with the provisions of the Puerto Rico Police Act, 25 LPRA §3101, which recognizes the right of members of the police department to be paid or receive compensatory time for overtime worked in excess of their regular shifts. In my case in particular, the overtime worked corresponds to operational and investigative activities; therefore, I have the right to be compensated for same.

In virtue of the foregoing, I respectfully request that my appeal **BE GRANTED** and that the Puerto Rico police be **ORDERED** to pay the amounts claimed, including overtime spent working on operational and investigative activities.

In San Juan, Puerto Rico, November 8, 2004.

I certify that on this date (November 8, 2004), I sent a copy of this pleading to the Legal Division of the Puerto Rico Police, PO Box 71200, San Juan, PR, 00936.

**WILLIAM RUÍZ DÍAZ**
**APPELANT**
**URB. SANTA TERESITA**
**BM 33 CALLE E**
**PONCE, PR, 00731**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

THE GOVERNMENT OF PUERTO RICO
THE PUERTO RICO POLICE
**OFFICE OF THE DEPUTY SUPERINTENDENT FOR GENERAL INSPECTIONS**

**ATTENDANCE REPORT**

ASGI-1-6-17                                    January 11, 2000

Regarding Lieutenant-Colonel William Ruíz Díaz, Deputy Inspector-General for the areas of Ponce and Guayama, Office of the Deputy Superintendent for General Inspections.

We have enclosed SC-1511 forms for the periods of November 1st through 28th and November 29th through December 26th of 1999, so that these may be included in the file for these purposes.

[*signature*]
**Col. Pablo Santiago González**
Deputy Superintendent for General Inspections

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case: 17-03283-LTS Doc#: 17409-1 Filed: 07/19/21 Entered: 07/19/21 11:08:54 Desc: Exhibit Page 15 of 30

SC-1511
REV. 20 FEB. [illegible]

THE GOVERNMENT OF PUERTO RICO
THE PUERTO RICO POLICE

DATE
FROM: NOV 29, 1999
TO: DEC 26, 1999

ATTENDANCE REPORT

[illegible]
*General Inspections*
*Ponce and Guayama*
*Section*
*ASGI*

| NAME OF EMPLOYEE | BADGE NO. | SOCIAL SECURITY | Rank |
|---|---|---|---|
| *Ruíz Díaz, William* | [redacted] | *3412* | *Lieutenant-Colonel* |

| GROSS SALARY | | EXEMPT PERSONNEL | YES x / NO | CIVILIAN / POLICE | x | HOURS ACCUMULATED PREVIOUS MONTH NOT PAID | 539.75 |
|---|---|---|---|---|---|---|---|

| DATE | WORKDAY E | S | E | S | T | OVERTIME E | S | T | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29NOV99 | | | | | RL | | | | | | | |
| 30NOV99 | | | | | / | | | | | | | |
| 1DEC99 | | | | | / | | | | | | | |
| 2DEC99 | | | | | / | | | | | | | |
| 3DEC99 | | | | | / | | | | | | | |
| 4DEC99 | | | | | / | | | | | | | |
| 5DEC99 | | | | | RL | | | | | | | |
| TOTAL | | | | | | | | | | | | |
| DATE 23DEC 99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE | SIGNATURE (HEAD OF UNIT) | |

| DATE | WORKDAY E | S | E | S | T | OVERTIME E | S | T | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6DEC99 | 7:45am | 10am | 11:15am | 5pm | 8RL | | | | 8K | | Col. Santiago | [illegible] – Meeting with Col. Santiago |
| 7DEC99 | | | | | RL | | | | | | | |
| 8DEC99 | | | | | / | | | | | | | |
| 9DEC99 | | | | | / | | | | | | | |
| 10DEC99 | | | | | / | | | | | | | |
| 11DEC99 | | | | | / | | | | | | | |
| 12DEC99 | | | | | RL | | | | | | | |
| TOTAL | | | | | | | | | | | | |
| DATE 23DEC 99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DAT SIGNATURE (HEAD OF UNIT) | | |

| DATE | WORKDAY E | S | E | S | T | OVERTIME E | S | T | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13DEC99 | | | | | RL | | | | | | | |
| 14DEC99 | | | | | / | | | | | | | |
| 15DEC99 | | | | | / | | | | | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| 16DEC99 | | | | | / | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17DEC99 | | | | | / | | | | | | | |
| 18DEC99 | | | | | / | | | | | | | |
| 19DEC99 | | | | | RL | | | | | | | |
| TOTAL | | | | | | | | | | | | |
| DATE 23DEC 99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | DATE | | SIGNATURE (HEAD OF UNIT) | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| 20DEC99 | | | | | RL | | | | | | | |
| 21DEC99 | | | | | RL | | | | | | | |
| 22DEC99 | | | | | RL | | | | | | | |
| 23DEC99 | 7:50am | 12pm | 1pm | 5:30pm | 8 | | | | | | | |
| 24DEC99 | 7am | 10:15am | | | 8 | | | | | | | |
| 25DEC99 | | | | | DO | | | | | | | |
| 26DEC99 | | | | | DO | | | | | | | |
| TOTAL | | | | | 16 | | | | | | | |
| DATE 27DEC 99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE | SIGNATURE (HEAD OF UNIT) | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | |
| DATE | SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | DATE | SIGNATURE (HEAD OF UNIT) | | |

Totals for month

| WORKDAY | 124 | TOTAL HOURS ACCUMULATED DURING THE MONTH | 8 | TOTAL |
|---|---|---|---|---|
| TOTAL HOURS OVERTIME MULTIPLIED BY 1.5 (WHERE APPLICABLE) | | PLUS HOURS ACCUMULATED THE PREVIOUS MONTH | 539.75 | 547.75 |
| | | MINUS HOURS COMPENSATED | | 0 |
| TOTAL OVERTIME PAYABLE | | HOURS ACCUMULATED THE FOLLOWING MONTH | | 547.75 |
| I CERTIFY THAT:<br><br>1. I WORKED THE WORKDAY AND OVERTIME INDICATED ABOVE.<br>2. I RECEIVED THE HOURS INDICATED ABOVE IN COMPENSATORY TIME<br><br>DATE: DEC 27, 1999 SIGNATURE [Signature]<br>EMPLOYEE | | I CERTIFY THAT:<br><br>THE INFORMATION PROVIDED IS CORRECT, THAT THE OVERTIME WORKED WAS AUTHORIZED, AND THAT SAID OVERTIME HAS NOT BEEN COMPENSATED OR PAID.<br><br>DATE: DEC 30, 1999<br><br>SIGNATURE [Signature] [illegible]<br>HEAD OF UNIT | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

\

SC-1511 (POLICE)
REV. 20 FEB. [illegible]

THE GOVERNMENT OF PUERTO RICO
POLICE OF PUERTO RICO

DATE
FROM: NOV 1, 1999
TO: NOV 28, 1999

ATTENDANCE REPORT

[illegible]
*General Inspections*
*Ponce and Guayama*
*Section*
*ASGI*

| NAME OF EMPLOYEE | BADGE NO. | SOCIAL SECURITY | Rank |
|---|---|---|---|
| *Ruíz Díaz, William* | [redacted] | *412* | *Lieutenant-Colonel* |

| GROSS SALARY | | EXEMPT PERSONNEL | YES x | CIVILIAN | | HOURS ACCUMULATED PREVIOUS MONTH NOT PAID | 532.75 |
|---|---|---|---|---|---|---|---|
| | | | NO | POLICE | x | | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| 1NOV99 | 9am | 12pm | 1pm | 6:10pm | 8 | | | | | | | |
| 2NOV99 | 7:30am | 12pm | 1pm | 5:15pm | 8 | | | | | | | |
| 3NOV99 | 7am | 12pm | 1pm | 4:10pm | 8 | | | | | | | |
| 4NOV99 | 8am | 12pm | 1pm | 5pm | 8 | | | | | | | |
| 5NOV99 | 7:30am | 12pm | 1pm | 5pm | 8 | | | | | | | |
| 6NOV99 | | | | | DO | | | | | | | |
| 7NOV99 | | | | | DO | | | | | | | |
| TOTAL | | | | | 40 | | | | | | | |
| DATE 8NOV 99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE | SIGNATURE (HEAD OF UNIT) | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| 8NOV99 | 8:15am | 3:40pm | | | 7RL | | | | 7K | | Col. Santiago | Conclude [illegible] |
| 9NOV99 | | | | | RL | | | | | | | |
| 10NOV99 | | | | | / | | | | | | | |
| 11NOV99 | | | | | / | | | | | | | |
| 12NOV99 | | | | | / | | | | | | | |
| 13NOV99 | | | | | / | | | | | | | |
| 14NOV99 | | | | | RL | | | | | | | |
| TOTAL | | | | | 7 | | | | | | | |
| DATE 23DEC 99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE | SIGNATURE (HEAD OF UNIT) | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| 15NOV99 | | | | | RL | | | | | | | |
| 16NOV99 | | | | | / | | | | | | | |
| 17NOV99 | | | | | / | | | | | | | |
| 18NOV99 | | | | | / | | | | | | | |
| 19NOV99 | | | | | / | | | | | | | |
| 20NOV99 | | | | | / | | | | | | | |
| 21NOV99 | | | | | RL | | | | | | | |
| TOTAL | | | | | | | | | | | | |
| DATE 23DEC 99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE | SIGNATURE (HEAD OF UNIT) | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| 22NOV99 | | | | | RL | | | | | | | |
| 23NOV99 | | | | | / | | | | | | | |
| 24NOV99 | | | | | / | | | | | | | |
| 25NOV99 | | | | | / | | | | | | | |
| 26NOV99 | | | | | / | | | | | | | |
| 27NOV99 | | | | | / | | | | | | | |
| 28NOV99 | | | | | RL | | | | | | | |
| TOTAL | | | | | | | | | | | | |
| DATE 23DEC 99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE | SIGNATURE (HEAD OF UNIT) | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | |
| DATE SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE | SIGNATURE (HEAD OF UNIT) | |

Totals for month

| WORKDAY | 147 | TOTAL HOURS ACCUMULATED DURING THE MONTH | 7 | TOTAL |
|---|---|---|---|---|
| TOTAL HOURS OVERTIME MULTIPLIED BY 1.5 (WHERE APPLICABLE) | | PLUS HOURS ACCUMULATED THE PREVIOUS MONTH | 532.75 | 539.75 |
| | | MINUS HOURS COMPENSATED | | 0 |
| TOTAL OVERTIME PAYABLE | | HOURS ACCUMULATED THE FOLLOWING MONTH | | 539.75 |
| I CERTIFY THAT:<br><br>1. I WORKED THE WORKDAY AND OVERTIME INDICATED ABOVE.<br>2. I RECEIVED THE HOURS INDICATED ABOVE IN COMPENSATORY TIME<br><br>DATE: 23 DEC 1999 SIGNATURE [Signature]<br>EMPLOYEE | | I CERTIFY THAT:<br><br>THE INFORMATION PROVIDED IS CORRECT, THAT THE OVERTIME WORKED WAS AUTHORIZED, AND THAT SAID OVERTIME HAS NOT BEEN COMPENSATED OR PAID.<br><br>DATE: 30 DEC 1999<br><br>SIGNATURE [Signature] [illegible]<br>HEAD OF UNIT | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SC-1511 (POLICE)
REV. 20 FEB. [illegible]

THE GOVERNMENT OF PUERTO RICO
THE PUERTO RICO POLICE

DATE
FROM: NOV 1, 1999
TO: NOV 28, 1999

ATTENDANCE REPORT

[illegible]
*General Inspections*
*Ponce and Guayama Section*
*ASGI*

| NAME OF EMPLOYEE | BADGE NO. | SOCIAL SECURITY | Rank |
|---|---|---|---|
| Ruíz Díaz, William | [redacted] | 412 | Lieutenant-Colonel |

| GROSS SALARY | | EXEMPT PERSONNEL | YES x / NO | CIVILIAN / POLICE | x | HOURS ACCUMULATED PREVIOUS MONTH NOT PAID | 523.75 |
|---|---|---|---|---|---|---|---|

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| 30AUG99 | 7:30am | 12pm | 1pm | 5pm | 8 | 5pm | 7pm | | 2M | | [illegible] | Investigation |
| 31AUG99 | 7:10am | 12pm | 1pm | 5:30pm | 8 | | | | | | | |
| 1SEP99 | 7:10am | 12pm | 1pm | 5:20pm | 8 | | | | | | | |
| 2SEP99 | 7:30am | 12pm | 1pm | 5:30pm | 8 | | | | | | | |
| 3SEP99 | 7:20am | 1:55pm | | | 6.5 | | | | | 1.5R | Col. Santiago | |
| 4SEP99 | | | | | DO | | | | | | | |
| 5SEP99 | | | | | DO | | | | | | | |
| TOTAL | | | | | 38.5 | | | | 2 | | | |
| DATE 7SEP99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE 05OCT99 SIGNATURE [Signature] (HEAD OF UNIT) | | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| 6SEP99 | | | | | DF | | | | | | Col. Santiago | |
| 7SEP99 | 7:30am | 12pm | 1pm | 5pm | 8 | 5pm | 6pm | | 1N | | Col. Santiago | [illegible] and investigation |
| 8SEP99 | 7pm | 12pm | 1pm | 4pm | 8 | 4pm | 5:50pm | | 1N | | Col. Santiago | Investigation |
| 9SEP99 | 7:10am | 12pm | 1pm | 5pm | 8 | 5pm | 6:05pm | | 1N | | [illegible] | Investigation |
| 10SEP99 | 7:30am | 12pm | 1pm | 5:10pm | 8 | | | | | | | |
| 11SEP99 | | | | | DO | | | | | | | |
| 12SEP99 | | | | | DO | | | | | | | |
| TOTAL | | | | | 40 | | | | | | | |
| DATE 13SEP99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE 05OCT99 SIGNATURE [Signature] (HEAD OF UNIT) | | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| 13SEP99 | 7:15am | 12pm | 1pm | 5:15pm | 8 | | | | | | | |
| 14SEP99 | 8:45am | 12pm | | | 8 | | | | | | | |
| 15SEP99 | 7:30am | 12pm | 1pm | 5:15pm | 8 | | | | | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16SEP99 | 7:30am | 12pm | 1pm | 5:20pm | 8 | | | | | | | |
| 17SEP99 | 8am | 12pm | 1pm | 5pm | 8 | | | | | | | |
| 18SEP99 | | | | | DO | | | | | | | |
| 19SEP99 | | | | | DO | | | | | | | |
| TOTAL | | | | | 40 | | | | | | | |
| DATE 20SEP99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | DATE 05OCT99 SIGNATURE [Signature] (HEAD OF UNIT) | | | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| 20SEP99 | 7:30am | 12pm | 1pm | 5pm | 8 | | | | | | | |
| 21SEP99 | 7:30am | 12pm | 1pm | 5:30pm | 8 | | | | | | | |
| 22SEP99 | 7:30am | 12pm | 1pm | 5pm | 8 | 5pm | 8:30pm | | 3.5N | | Col. Santiago | Investigation |
| 23SEP99 | 7:30am | 12pm | 1pm | 5pm | 8 | | | | | | | |
| 24SEP99 | 7:15am | 12pm | 1pm | 5:10pm | 8 | | | | | | | |
| 25SEP99 | | | | | DO | | | | | | | |
| 26SEP99 | | | | | DO | | | | | | | |
| TOTAL | | | | | 40 | | | | 3.5 | | | |
| DATE 27SEP99 SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | | DATE 05OCT99 SIGNATURE [Signature] (HEAD OF UNIT) | | |

| DATE | WORKDAY | | | | | OVERTIME | | | HOURS ACCUM. | COMP. LEAVE | SUPERVISOR | REASON |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | E | S | E | S | T | E | S | T | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | |
| DATE | SIGNATURE [Signature] (HEAD OF UNIT) | | | | | | | | | DATE | SIGNATURE (HEAD OF UNIT) | |

Totals for month

| WORKDAY | 158.5 | TOTAL HOURS ACCUMULATED DURING THE MONTH | 8.5 | TOTAL |
|---|---|---|---|---|
| TOTAL HOURS OVERTIME MULTIPLIED BY 1.5 (WHERE APPLICABLE) | | PLUS HOURS ACCUMULATED THE PREVIOUS MONTH | 523.75 | 532.25 |
| | | MINUS HOURS COMPENSATED | | 1.50 |
| TOTAL OVERTIME PAYABLE | | HOURS ACCUMULATED THE FOLLOWING MONTH | | 530.75 |
| I CERTIFY THAT:<br><br>1. I WORKED THE WORKDAY AND OVERTIME INDICATED ABOVE.<br>2. I RECEIVED THE HOURS INDICATED ABOVE IN COMPENSATORY TIME<br><br>DATE: 27 SEP 1999 SIGNATURE [Signature] EMPLOYEE | | I CERTIFY THAT:<br><br>THE INFORMATION PROVIDED IS CORRECT, THAT THE OVERTIME WORKED WAS AUTHORIZED, AND THAT SAID OVERTIME HAS NOT BEEN COMPENSATED OR PAID.<br><br>DATE: 5 OCT 1999<br><br>SIGNATURE [Signature] [illegible]<br>HEAD OF UNIT | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

The Government of Puerto Rico
Puerto Rico Police
Mr. Pedro A. Toledo
SUPERINTENDENT

COL. RUÍZ:

PLEASE READ THIS LETTER, OS-1-003, DATED NOVEMBER 10, 1997, FROM MR. PEDRO A. TOLEDO DÁVILA, SUPERINTENDENT OF THE PUERTO RICO POLICE, IN RELATION TO THE AMENDMENT TO GENERAL ORDER 86-7. SEE ARTICLE IV, SUBPARAGRAPH "C" OF SAID PETITION.
[Signature]
COL. PABLO SANTIAGO GONZÁLEZ 1-3322
DEPUTY SUPERINTENDENT FOR GENERAL INSPECTIONS

Note: See seal on reverse side

OS-1-1-003

November 10, 1997

TO ALL EMPLOYEES
Police of Puerto Rico
[Signature]
Mr. Pedro A. Toledo Dávila
Superintendent

***AMENDMENT TO GENERAL ORDER NO. 86-7 (REGULATIONS AND PROCEDURES FOR PAYMENT OF OVERTIME WORKED BY MEMBERS OF THE POLICE FORCE)***

*Pursuant to letter OS-1-1-002, we have reviewed the directive in relation to compensatory time and overtime for Puerto Rico Police employees. Said letter indicated that all exempt employees are ineligible for overtime or compensatory time.*

*We emphasize that in accordance with applicable laws and regulations, any official or civil servant in an executive, administrative, or professional role, as set out in General Order no. 86-7, is ineligible for overtime pay. Nor are these officials or civil servants eligible to accumulate compensatory time.*

*Paragraph 53 of the Puerto Rico Police Act of June 10, 1996 (as amended) states that the rank of sergeant constitutes the first line of supervision in the uniform ranking system. Therefore, any official with a rank of sergeant and above is exempt from overtime pay and compensatory time.*

*In light of the foregoing, Section IV of the General Order referenced above is amended to read as follows:*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*November 10, 1997*
*Page 2*
*OS-1-1-003*

[Seal reading: JUN 14, 2000 – [*hw:*] *Received WPD – Brought by Sgt. Díaz*]

*"IV. Personnel Excluded from the Overtime Pay Provisions:*

*A. Federal regulations and legislation exclude executive, administrative, and professional employees from receiving payment for overtime worked. Exempt employee status shall be confirmed once all of the requirements set forth in the definition of executive, administrative, and professional personnel have been met.*

*B. Members of the police department who are subject to training courses offered or sponsored by the Police shall be excluded from provisions relating to overtime. It is the responsibility of the Police Superintendent to set their respective schedules and to grant them leave.*

*C. Anyone exempt, including (but not limited to) deputy superintendents, section managers, area, zone, district, and precinct commanders, and the dean of the academy, as well as auxiliary personnel of these persons, as well as office, division, section, and work unit directors, will be ineligible for payment for overtime worked. Nor will such employees accumulate compensatory time."*

*All prior correspondence that is inconsistent with this decision is repealed.*

*The Planning and Studies Office will incorporate this amendment into General Order no. 86-7 for distribution to all personnel.*

*Strict compliance with this directive is ordered.*

[*Initials*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

THE COMMONWEALTH OF PUERTO RICO
THE PUERTO RICO POLICE

NRH-2-4-1-4

DIRECT ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT
PO BOX 70166
SAN JUAN, PUERTO RICO, 00936-8166
Ph. 793-1234

January 30, 1996

Deputy Superintendents, Office, Division, and
Section Directors, Area, Zone, District, and
Precinct Police Commanders
[Signature]
Mr. Aníbal Torres Rivera
Associate Superintendent

– [Seal reading: JUN 14, 2000 – [*hw:*] *Received WPD brought by Sgt. Díaz*]

**AMENDMENT TO GENERAL ORDER NO. 86-7 REGULATIONS AND PROCEDURES FOR PAYMENT OF OVERTIME WORKED BY MEMBERS OF THE POLICE**

The purpose of General Order no. 86-7 ("Regulations and Procedures for Payment of Overtime Worked by Members of the Police Force") is to establish the regulations and procedures that will govern the process of accumulation and compensation of overtime worked in excess of the legal workday.

By way of this letter, Sections VI (Attendance record) and VIII (Overtime Pay Procedures) are thus amended.

B. Each month, the commander or director of the work unit will certify on form SC-1511 (Monthly attendance report) the total number of hours worked by each employee, corroborating the accuracy of the information contained in said certificate. The member of the Police Force shall be required to sign the attendance record. This original document shall be sent to the Deputy Superintendent, the Police Area Commander, the Office, Section of Division Director (as appropriate), who will retain the original for one calendar year.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

– [Seal reading: JUN 14, 2000 – [*hw:*] *Received WPD brought by Sgt. Díaz*]

Once this year has passed, these officials shall be responsible for sending said reports (monthly attendance reports) to the Document Administration Division of the Technical Services Section, which shall store them for the next two years. When these reports are sent to the Document Administration Division, they must be sent in binders identified with the badge number. Once these reports have been held in storage with the Document Administration Division for two years, the Director of this division will arrange for the SC-1511 reports to be sent to the General Archive for Inactive Documents until they have been in storage for a total period of six years, in accordance with Regulation no. 23 of the Department of Treasury. Once this time has passed, the Director of Documents shall be authorized to decommission these documents if they are not required for audit by the Office of the Comptroller.

When overtime pay is contemplated, the report shall be processed in accordance with the provisions of Section VIII, Subparagraph C, as provided below.

In addition, Subparagraph C is created within section VI itself. This subparagraph reads as follows:

C. For each original of the SC-1511 report prepared, a copy shall be kept in each employee's personnel file (operational file) for six years. This document (SC-1511) shall be kept separate from other personal documents in said file, in a binder identified with the badge number of the employee. At the end of this period, the work unit to which the member of the department has been assigned shall send it to the Document Administration Division for decommissioning in accordance with the regulations referred to above.

Section VIII (Overtime Pay Procedure) has been amended to read as follows:

C. Original SC-1511 (PPR) forms (Monthly attendance report), listing overtime pay shall be sent via written communication within the following five days of each month to the Deputy Superintendent, the Police Area Commander, or the Office Director or Section Director (as appropriate). Said written communication must specify the names of people entitled to receive payment. The officials shall confirm that the SC-1511 reports are complete and that police personnel from all work units under their supervision have provided their reports as appropriate. They will send the forms to the Human Resources Section, Overtime Section,

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

within the next five business days, confirming in their correspondence that they have carried out the required matching process.

They are instructed to comply with the provisions described above in a timely manner. These provisions shall enter into force with immediate effect.

The Planning and Studies Office shall incorporate these amendments to General Order no. 86-7 for distribution to all personnel.

This communication repeals memorandum SAIAD-2-1-657 of October 3, 1989, in relation to the matter.

– [Seal reading: JUN 14, 2000 – [*hw:*] *Received WPD brought by Sgt. Díaz*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

ASGI
Ponce

– [Seal reading: JUN 14, 2000 – [*hw:*] *Received WPD brought by Sgt. Díaz*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PPR-145
Rev. 8-78

THE COMMONWEALTH OF PUERTO RICO
THE PUERTO RICO POLICE

INDIVIDUAL RECORD OF PUBLIC HOLIDAYS ACCUMULATED AND TAKEN BY MEMBERS OF THE POLICE FORCE

Name: *William Ruíz Díaz* Rank: *Sergeant* Badge: [redacted]
Unit: Precinct *158 (Ponce)* Calendar Year: *1986*

| Official Public Holidays | Date Celebrated | Date Taken | Folio no. |
|---|---|---|---|
| 1. New Year's Day | January 1 | Regular leave | |
| 2. Three Kings' Day | January 6 | Regular leave | |
| 3. Birth of Eugenio M. de Hostos | January 11 | June 26, 1986 | |
| 4. Birth of George Washington | February 17 | May 27, 1986 | |
| 5. Slavery Abolition Day | March 22 | January 1, 1987 | Fol. 246 |
| 6. Good Friday | March 28 | January 6, 1987 | Fol. 182 |
| 7. Birth of José de Diego | April 16 | September 7 | Fol. 24 |
| 8. Memorial Day | May 26 | October 13 | Fol. 198 |
| 9. US Independence Day | July 4 | January 12, 1987 | Fol. 288 |
| 10. Birth of Luis Muñoz Rivera | July 17 | July 25, 1986 | |
| 11. Puerto Rico Constitution Day | July 25 | January 19, 1989 | |
| 12. Birth of José C. Barbosa | July 27 | April 17, 1987 | |
| 13. Labor Day | September 1 | May 25, 1987 | |
| 14. Discovery of America | October 12 | October 13, 1986 | |
| 15. Veterans' Day | November 11 | November 2, 1987 | |
| 16. General Election Day | - | - | - |
| 17. Discovery of Puerto Rico Day | November 19 | Regular leave | |
| 18. Thanksgiving Day | November 27 | Regular leave | |
| 19. Christmas Day | December 25 | Regular leave | |

Sgt. William Ruíz Díaz
[Signature]
Signature of Member of the Police Force

Date

Lt. Luis A Pérez
[Signature]
Signature of Head of Unit

Date

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PPR-145 THE COMMONWEALTH OF PUERTO RICO
Rev. 8-78 THE PUERTO RICO POLICE

INDIVIDUAL RECORD OF PUBLIC HOLIDAYS ACCUMULATED AND TAKEN BY MEMBERS OF THE POLICE DEPARTMENT

Name: *William Ruíz Díaz* Rank: *Sergeant* Badge: [redacted]
Unit: Precinct *158 (Ponce)* Calendar Year: *1987*

| Official Public Holidays | Date Celebrated | Date Taken | Folio no. |
|---|---|---|---|
| 1. New Year's Day | January 1 | January 11, 1988 | Folio 176 |
| 2. Three Kings' Day | January 6 | January 3, 1988 | |
| 3. Birth of Eugenio M. de Hostos | January 11 | March 24, 1989 | 89 Rambla |
| *Martin Luther King* | *January 19* | *September 4, 1989* | 231 Rambla |
| 4. Birth of George Washington | February 16 | October 9, 1989 | 38 Rambla |
| 5. Slavery Abolition Day | March 22 | February 19, 1990 | 136 Admin. Invest. |
| 6. Good Friday | April 17 | March 22, 1990 | 136 Admin. Invest. |
| 7. Birth of José de Diego | April 16 | April 13, 1990 | 136 Admin. Invest. |
| 8. Memorial Day | May 26 | April 16, 1990 | 136 Admin. Invest. |
| 9. US Independence Day | July 4 | May 11, 1990 | 136 Admin. Invest. |
| 10. Birth of Luis Muñoz Rivera | July 17 | May 28, 1990 | 136 Admin. Invest. |
| 11. Puerto Rico Constitution Day | July 25 | | |
| 12. Birth of José C. Barbosa | July 27 | | |
| 13. Labor Day | September 7 | | |
| 14. Discovery of America | October 12 | Regular leave | |
| 15. Veterans' Day | November 11 | | |
| 16. General Election Day | - | - | - |
| 17. Discovery of Puerto Rico Day | November 19 | - | |
| 18. Thanksgiving Day | November 27 | - | |
| 19. Christmas Day | December 25 | Day off | |

Sgt. William Ruíz Díaz
[Signature]
Signature of Member of the Police Force

Date

Lt. Luis A Pérez
[Signature]
Signature of Head of Unit

Date

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PPR-231 THE COMMONWEALTH OF PUERTO RICO
5-69 THE PUERTO RICO POLICE

ASGI-1-1-1.380 COVER NOTE

5 October 1999

TO: 1. Lt. Col. William Ruíz Díaz
Auxiliary Inspector-General
2. Ponce and Guayama
3.

FROM: [Signature]
Col. Pablo Santiago González 1-3322
Deputy superintendent for General Inspections

SUBJECT: MONTHLY COMPENSATION

CORRESP.: NRH-2-2-14-365 DATE: September 20, 1999

- □ Respond for signature of the Superintendent
- □ Respond for signature of the Lieutenant-Colonel
- □ Respond for signature of the Colonel
- □ Submit recommendations
- □ Respond directly
- □ Sign and return
- □ Acknowledge receipt
- □ Read and send to file
- □ Process
- □ Read and return
- □ Discuss with me

REMARKS: For your reference.

[*hw:*]
*2,821.00*
*125.00 January 2000*
*2,946.00*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

THE COMMONWEALTH OF PUERTO RICO
THE PUERTO RICO POLICE

NRH-2-2-14-365
SUPERINTENDENT

DIRECT ALL OFFICIAL CORRESPONDENCE TO THE

PO BOX 70166
SAN JUAN, PUERTO RICO, 00936-8166
HEADQUARTERS
Ph. (787) 793-1234

September 20, 1999

Mr. William Ruíz Díaz
Lieutenant-Colonel No. 2-5846
P/C Deputy Superintendent for General Inspections

Dear Mr Ruíz Díaz:

Effective as of July 1, 1999, your monthly compensation will be $2,821.00 due to annual increases for each year of service for the July 1, 1998 to July 1, 1999, period. You will continue to receive $55.00 in additional compensation in recognition of personnel recruitment and training difficulties.

We have sent the Payroll Division the documentation required to ensure the correct adjustment is made to your monthly compensation.

Cordially,

[*Signature*]
Pablo Rodriguez Guzman
Section Director
Human Resources

"HUMAN RESOURCES SECTION
COMMITTED TO SERVING YOU"

[Seal reading: THE PUERTO RICO POLICE – 1899-1999 – CELEBRATING ITS 1ST CENTENARY]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**P0569858**

The Commonwealth of Puerto Rico
P0569858
530 – Retirement Pensioners Office

| Pay group: | SM-Biweekly | Check no. | ■5802 |
|---|---|---|---|
| From: | 02/16/2004 | | |
| To: | 02/29/2004 | Date: | 02/27/20 |

| WILLIAM RUÍZ DÍAZ EXT. SANTA TERESITA BM33 CALLE E PONCE PR 00731 SS: | Employee no. | | TAX DATA: | Federal | PR |
|---|---|---|---|---|---|
| | Dept. | 530100-Merit-Age-Svc-Optional-001 | Marital status: | Married | Married |
| | Office: | Law 447 of 15 May 1951 | Exemptions: | 0 | 0 |
| | Title: | Pensioner | Add'l Pct.: | | |
| | Wage: | $2,414.81 monthly | Add'l Amt.: | | |

| HOURS AND INCOME | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Desc. | Current | | | Accumulated | | Desc. | Curr. | Accum. |
| | Wage | Hours | Income | Hours | Income | | | |
| Regular Pay | | | 1,207.41 | 315.00 | 4,829.64 | | | |
| [hw:] *RECEIVED Feb. 26, 2004* | | | | | | | | |
| Total: | | | 1,207.41 | 315.00 | 4,829.64 | Total: | 0.00 | 0 |
| DEDUCTIONS | | | GENERAL DEDUCTIONS | | | EMPLOYEE BENEFITS PAID | | |
| Desc. | Curr. | Accum. | Desc. | Curr. | Accum. | Desc. | Curr. | Accum. |
| | | | | | | | | |
| Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 | Total: | 0.00 | 0.00 |
| TOTAL (GROSS) | | | TOTAL TAXES | | | TOTAL DEDUCTIONS | | NET PAID |
| Current: | 1,207.41 | | | 0.00 | | 0.00 | | 1,207.41 |
| Accum. | 4,829.64 | | | 0.00 | | 0.00 | | 4,829.64 |

| PTO HOURS | ACCUM. | DISTRIBUTION OF NET AMOUNT PAID | |
|---|---|---|---|
| Initial balance:<br>+ Accumulated:<br>- Taken:<br>- Donated:<br>+ Adjustments | 0.0 | Check: #■8024 | 1,207.41 |
| Final balance: | 0.00 | Total: | 1,207.41 |

MESSAGE:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case: 17-03283-LTS Doc#: 17409-1 Filed: 07/19/21 Entered: 07/19/21 11:08:54 Desc: Exhibit Page 29 of 30

THE COMMONWEALTH OF PUERTO RICO
THE PUERTO RICO POLICE

PPR-152

(Rev. 6-94)

DIRECT ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT
PO BOX 70166
SAN JUAN, PUERTO RICO, 00936-8166
Ph. 793-1234

February 15, 1995

TO: Director, Payroll Division
Police of Puerto Rico
[*Signature*]
FROM: *Commander William Ruíz Díaz 4-5846*

SUBJECT: **AUTHORIZATION TO DISCONTINUE PAYMENT OF MEMBERSHIP FEE TO GROUPS THAT REPRESENT EMPLOYEES OF THE PUERTO RICO POLICE**

* I request that the deduction of $13.00 made from my paycheck each month for Police Association dues or membership (name of group) be discontinue.

I am assigned to the *Ponce General Command*
Work Unit

*Office of the Deputy Superintendent for Field Operations*
(relevant superintendency, section, or area)

My mailing address *is Calle E, BM-33, Ext. Santa Teresita, Ponce, PR.*

My (badge) (social security) number is______________________________
I hope that my request is processed as soon as possible.

[*Signature*]
William Ruíz Díaz
Signature

CDR 3/17/95

DISTRIBUTION
Original – Payroll Division
1st copy – Payroll Division (to be submitted to the Group)
2nd copy – Employee
3rd copy – Archive section
* Submit one request per Group

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

PPR-692
(6-94)

THE COMMONWEALTH OF PUERTO RICO
THE PUERTO RICO POLICE

NP: ______________________

*February 17, 1995*
Date

NOTICE FOR CANCELLATION OF GROUP MEMBERSHIP FEE PAYMENT

Dear Mr. President:

| | | | |
|---|---|---|---|
| | National FBI Academy Association | | Public Order Confederation |
| | Puerto Rico Association of Criminologists | | Police Savings and Loans Cooperative |
| **X** | Police Association | | Organized Puerto Rico Police Corps |
| | Secretaries and Classified Personnel Association | | Puerto Rico Police Association |
| | Police Veterans' Association | | United Front of Organized Police |
| | Puerto Rico Police Officers' Club | | Other |
| | Cayey Police Club | | |

WITH REGARDS TO REQUEST FOR WITHDRAWAL OF AUTHORIZATION FOR THE DEDUCTION OF

**X** Membership fees _ Savings _ Share purchases
_ Cancelation or release of pledged shares
_ Repayment of loans, due to alleged repayment of all principal and interest, or the cancellation or forgiveness of debt.

Other:

On ***February 17, 1995***, the **X** employee _ retiree Commander William Ruíz Díaz (4-5846) submitted to us the abovementioned request, a copy of which is enclosed you so that you can inform us whether you object to the withdrawal entering into force sixty (60) days after the date of submission of the same.

You must inform the Director of the Payroll Division of the Puerto Rico Police of your response within ten (10) business days so that this division can take the appropriate action within the abovementioned timeframe of sixty (60) days. If we do not receive your response within ten (10) business days, it shall be deemed that you have no objections and will proceed to implement said withdrawal.

We would appreciate your prompt attention to this matter.

Kind regards,
Director, Payroll Division
Personnel Section
Police of Puerto Rico

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**For the exclusive use of the group**

To: ______________________________ ______________________________
Director, Payroll Division Date

______________________________
Employee Name

[ ] The member has been a member of the group created under Act 134 of July 19, 1960 for less than one year. Therefore, we cannot cancel the deduction for membership until ______________________________ (date). In the case of the Police Association, the Police Veterans' Association, and the Police Savings and Loans Cooperative, which are governed by Act 94 of July 9, 1995, this does not apply.

[ } The member has a debt outstanding to this group. Therefore, we cannot cancel the deduction until ______________________________ (date). This does not apply to membership fees.

[ ] Authorization is given to discontinue the deduction of membership fees from ______________________________ (date).

[ ] Other

DISTRIBUTION
Original – Group
1st copy – Payroll Division
2nd copy – Employee
3rd copy – Archive section

______________________________
Name of Group President

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 122933 ECF No. 17409**

Signed this 17th day of August 2021

American Translators Association
ata
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator
Verify at www.atanet.org/verify

Andreea I. Boscor

