# EXHIBIT 24



*July 12, 2021*
*Urb. Jardines de C. Club*
*Calle 12 R-1*
*Carolina 00983*

*Re:*

*Zoraida Chevere Fraguada*

*SS: 2905 – Tel. 787 988 – 9360*

*Honorable Court:*

*I would like this Honorable Court to reconsider my salary adjustment and not dismiss my case. For 10 years we have been waiting for the payment of 75% of what is owed to me. The Honorable Superior Judge Rebecca de Leon ordered the employer to pay all claimants, and in 2012 I received a partial payment of 25% of the above-mentioned salary of which 75% is owed me.*

*It is worth pointing out that*

*Page 2*

*merit steps are evaluated for salary adjustments, SS readjustments, and my pension. For this reason, I continue as an active participant in this case under the Promesa Act. Take my claim into account to be evaluated so that I can be paid what is owed to me. I am sending proof that the total owed is 35,000.00.*

*The case is Nelda A. Agosto Maldonado v. Commonwealth of Puerto Rico, Department of the Family, et al., Civil Case no. KPE 2005-0608, In re:  Salary Claim.*

*Zoraida Chevere Fraguada*

*787 – 988 - 9360*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| CHEVERE FRAGUADA, ZORAIDA | 20600 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,000.00 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| CHEVERE FRAGUADA, ZORAIDA | 20600 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,000.00 |
| Base para: | El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**\*\*\*CUST PR1845 SRF 54642 PackID: 51 MMLID: 1155823-P Svc: 345**
**CHEVERE FRAGUADA, Z0RA1DA**
**JARD DE COUNTRY CLUB**
**R1 CALLE 12**
**CAROLINA PR 00983-1759**

[handwritten:] *Official Retiree Committee - Pensioners*
*Elvira Gereva*
*For the Board*
*Miguel J Fabre Ramirez, Esq.*

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

MMLID: 88983

EPOC ID: 170328300875862

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED 2018 MAY 22 A 11:0...

CDS 57 22 18

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E -- Employee Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount.  You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E -- Obligaciones de Empleados como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado.  Debe presentar una prueba de reclamación oportunamente o se le prohíba por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

**Modified Official Form 410 / Formulario Oficial 410 Modificado**

# Proof of Claim / Evidencia de reclamación

COPY

04/16

**Read the instructions before filling out this form.** This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. **No adjunte documentos originales,** ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

**Fill in all the information about the claim as of the Petition Date.**

**Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.**

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

RECEIVED MAY 23 2018

24315
Claim No.
Initials KL 14/3

| 1. Who is the current creditor?<br>¿Quién es el acreedor actual? | CHEVERE FRASUADA, ZORAIDA | PRIME CLERK LLC | RECEIVED<br>MAY 24 2018 |
|---|---|---|---|
| | Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación) | | 289 |
| | Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor | PRIME CLERK LLC | |



Certified to be a correct and true translation from the source text in Spanish to the target language English.
12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom? _____
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

CHEVERE FRASUADA, ZORAIDA
CALLE 12 R-1
JARDINES DE COUNTRY CLUB
CAROLINA, PR  00983

Contact phone / Teléfono de contacto  SONIA Sierra  *daughter*

Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?**
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

289  ZoRaida Chévere Frasuada
Name / Nombre
uRb. jardines C. Club Calle 12 R-1
Number / Número   Street / Calle
CaRolina PR.    00983
City / Ciudad        State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto  987-988-9360-276-0627

ZoRy Chevere 2613@smail.com
Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes.  Claim number on court claims registry (if known)
Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

---

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☑ Yes.  Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí.  Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/.)

_Administration of Family and Children – Department of the Family, Secretary of the Department of the Family_

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ 35,000.00

**Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☑ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Salary adjustment claim*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir: *adjustment of salary by hours*

Basis for perfection / Fundamento de la realización, de pasos adicionales:

*I am attaching letters showing the measures taken*

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

Value of property / Valor del bien:      $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizada: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

Modified Official Form 410                    Proof of Claim                    page 3

U0505 v.01 02.15.2018



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☑ Yes. Identify the property / *See Judgment*<br>Sí. Identifique el bien: |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☑ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.  $_____<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**  Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☐ I am the creditor. / Soy el acreedor.
☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el    *March 9, 2018*    MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma  _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name  Zobaida   Chévere   Frasuada
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo  *Creditor*

Company / Compañía  *Administration of Families and Children*
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección  R-1   12 Jardines C. Club
Number / Número    Street / Calle
Carolina    PR    00983
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto 787-988-9360 Email / Correo electrónico Zory Chévere 2013 @ s.mail.com

Modified Official Form 410                  Proof of Claim                  page 4

U0506 v.01 02.15.2018

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SRF 54595

**Response Deadline: July 19, 2021, at 4:00 PM (Atlantic Standard Time)**
**Hearing Date: August 4, 2021, at 9:30 AM (Atlantic Standard Time)**

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO
TO DETERMINE WHETHER THE OBJECTION AFFECTS YOUR CLAIM(S).**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | No. 17 BK 3283-LTS |
| as representative of | (Jointly Administered) |
| THE COMMONWEALTH OF PUERTO RICO, *et al.*, | **This filing relates to the<br>Commonwealth, HTA and ERS.** |
| Debtors.[1] | |

---

### THREE HUNDRED FORTY-FIFTH OMNIBUS OBJECTION (SUBSTANTIVE) OF THE COMMONWEALTH OF PUERTO RICO, THE PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, AND THE EMPLOYEES RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO MISCLASSIFIED CLAIMS

---

To the Honorable United States District Court Judge Laura Taylor Swain:

The Commonwealth of Puerto Rico (the "Commonwealth"), the Puerto Rico Highways

and Transportation Authority ("HTA"), and the Employees Retirement System of the Government

---

[1] The Debtors in these Title III Cases, along with each Debtor's respective Title III case number and the last four (4) digits of each Debtor's federal tax identification number, as applicable, are the (i) Commonwealth of Puerto Rico (the "Commonwealth") (Bankruptcy Case No. 17 BK 3283-LTS) (Last Four Digits of Federal Tax ID: 3481); (ii) Puerto Rico Sales Tax Financing Corporation ("COFINA") (Bankruptcy Case No. 17 BK 3284-LTS) (Last Four Digits of Federal Tax ID: 8474); (iii) Puerto Rico Highways and Transportation Authority ("HTA") (Bankruptcy Case No. 17 BK 3567-LTS) (Last Four Digits of Federal Tax ID: 3808); (iv) Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") (Bankruptcy Case No. 17 BK 3566-LTS) (Last Four Digits of Federal Tax ID: 9686); (v) Puerto Rico Electric Power Authority ("PREPA") (Bankruptcy Case No. 17 BK 4780-LTS) (Last Four Digits of Federal Tax ID: 3747); and (vi) Puerto Rico Public Buildings Authority ("PBA", and together with the Commonwealth, COFINA, HTA, ERS, and PREPA, the "Debtors") (Bankruptcy Case No. 19-BK-5523-LTS) (Last Four Digits of Federal Tax ID: 3801)  (Title III case numbers are listed as Bankruptcy Case numbers due to software limitations).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

of the Commonwealth of Puerto Rico ("ERS," and together with the Commonwealth and HTA, the "Debtors"), by and through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as sole Title III representative pursuant to section 315(b) of the *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[2] files this three hundred forty-fifth omnibus objection (the "Three Hundred Forty-Fifth Omnibus Objection") to the misclassified proofs of claim listed on **Exhibit A** hereto, and in support of the Three Hundred Forty-Fifth Omnibus Objection, respectfully represent as follows:

### JURISDICTION

1.      The United States District Court for the District of Puerto Rico has subject matter jurisdiction to consider this matter and the relief requested herein pursuant to PROMESA section 306(a).

2.      Venue is proper in this district pursuant to PROMESA section 307(a).

### BACKGROUND

**A.    The Bar Date Orders**

3.      On May 3, 2017, the Oversight Board issued a restructuring certification pursuant to PROMESA sections 104(j) and 206 and filed a voluntary petition for relief for the Commonwealth of Puerto Rico (the "Commonwealth") pursuant to PROMESA section 304(a), commencing a case under Title III thereof (the "Commonwealth Title III Case").   On May 21, 2017, the Oversight Board issued restructuring certifications pursuant to PROMESA sections 104(j) and 206 and filed voluntary petitions for relief for HTA and ERS pursuant to PROMESA section 304(a), commencing cases under Title III thereof (respectively, the "HTA Title III Case"

---

[2]  PROMESA is codified at 48 U.S.C. §§ 2101-2241.

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

May 15, 2018

Commonwealth of Puerto Rico Claims Processing Center
c/o Prime Clerk LLC Grand Central Station
PO Box 4708
New York, NY 10163-4708

Promesa Title III
Case No. 17 BK 3283-LTS

Dear Officials:

I, the undersigned, Zorayda Chevere Fraguada, of legal age, American citizen and currently retired from the Administration of Families and Children (ADFAN), Department of the Family of the Commonwealth of Puerto Rico, hereby state that I am a party among those listed as plaintiffs, in the case of Nilda A. Agosto Maldonado V. Commonwealth of Puerto Rico, Department of the Family, et al., (Civil No. KPE 2005-0608), regarding wage claims.

I also put on record that on September 16, 2018, the Hon. Superior Judge, Rebecca de León Ríos, ordered the employer to pay all the plaintiffs the wages owed, and it was not until November 2012, that we received a partial payment of 25%, of said salary as reported by the Dept. of the Family. No calculation or official document was ever shown to us in this regard.

For the record, I hereby submit:
1. Copy of the judgment entered on September 16, 2010, by the Hon. Superior Judge of San Juan, ordering the payment of the salaries owed to the plaintiffs with the Addendum that includes the list of the names of the plaintiffs, where, on page 17, my name appears as #128.
2. Evidence of payment received for 25% of the debt, showing in the document indicating the number of the check issued, amount of the payment received with the corresponding deductions applied.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

3.  Letter sent on August 25, 2016, to Hon. Jesus Manuel Ortiz, Secretary for the Office of Public Affairs at La Fortaleza, requesting his intervention in ensuring that the remaining 75% of the salaries owed to us are paid.
4.  A copy of this letter was also taken for the same purpose to the offices of Hon. Senator Roxana Lopez, with whom we met in the office of Marangely Medina, Esq., Director of Labor Affairs at La Fortaleza, and with Lilliam Pecunia Esq., Director of Social Welfare Affairs, to no avail.

It is important to note that once the payment due to us is made, this will affect the pension amounts and social security we receive. In addition, the interest accrued on this money during the applicable years should be calculated since it is also owed to us. I request that I be paid merit steps that I was recommended for and were never granted, per diems, vacations and any other debt that is pending payment.

For this purpose, I am submitting the claim documents corresponding to "Schedule D and Schedule E-Case No -17 bk-03283" and "Schedule E-Case No.17-bk- 03566."

Although the attorneys in the Wage Claim lawsuit received a Schedule H notice which they will be filing and documenting to send, I am submitting this letter and filing the above-mentioned Schedule claims because I am interested in continuing as an active party in the Promesa Act case and having my claim considered.

Sincerely yours,

[*signature*]
Zorayda Chevere Fraguada
Social Security: XXX-XX-2905
Telephone: 787-988-9360

Mailing Address
Calle #12, R-1
Jardines C. C, Carolina, PR. 00983

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# FAMILY

**Assistant Secretary**
**Human Resources and Labor Relations**

November *2,* 2012

Chévere Fraguada, Zoraida
Administration of Family and Children

**Re: Nilda Agosto and Others KPE-2005-0608**

Dear Colleague:

You are a plaintiff in the case of Nilda Agosto, et al. v. Department of the Family, Federal Minimum Wage Case.

Notwithstanding the foregoing, and in order to reduce the debt resulting from this claim originated in the year 2005, the Office of Management and Budget has identified some items within the savings accounts of the Department of the Family to be credited to your claim in the lawsuit referred to above. Enclosed with this notice you will receive a check in the amount of $11,734.03 equivalent to 25% of the total payment to which you are entitled under the terms of the judgment. Only Social Security and Contributions are being deducted from this check.

We acknowledge that this advance does not represent full payment, but rather a good faith payment for the purpose of reducing the amount owed.

If you do not agree with the amount received, you will have 10 days to file a claim with the Assistant Secretary for Human Resources and Labor Relations.

Cordially yours,

[*signature*]
Maria Luisa Torres Colon
Assistant Secretary

**Lila Mayoral Building, 306 Barbosa Ave.**
**P O Box 11398, San Juan, PR 00910-1398 / Tel. (787) 294-4900 Exts.: 2358 / 2359 / Fax (787) 765-1743**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|-----------|--------|----------------------|
| CHEVERE FRAGUADA, ZORAIDA | 20773 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,000.00 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| CHEVERE FRAGUADA, ZORAIDA | 20773 | 5/22/2018 | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $35,000.00 |
| Base para: | El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| *In re:*<br>FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of the<br><br>COMMONWEALTH OF PUERTO RICO *et al.,*<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17BK 3283-LTS<br><br>(Jointly administered)<br><br>**The present filing is related to the SRE.** |

**NOTICE OF THE THREE HUNDRED AND THIRTY-SEVENTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION OF THE EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE COMMONWEALTH OF PUERTO RICO TO PENSION-RELATED CLAIMS ASSERTED AGAINST THE INCORRECT DEBTOR**

---

**IF YOUR CLAIM APPEARS IN <u>EXHIBIT A</u> OF THE OMNIBUS OBJECTION, THE SRE REQUESTS THAT YOUR CLAIM BE RECLASSIFIED TO BE ASSERTED AGAINST THE COMMONWEALTH OF PUERTO RICO.**

**YOU DO NOT HAVE TO FILE A RESPONSE TO THE OMNIBUS OBJECTION TO DEFEND YOUR CLAIM AGAINST THE COMMONWEALTH. THE OMNIBUS OBJECTION WILL PRESERVE YOUR CLAIM AS AN ALLEGED CLAIM AGAINST THE COMMONWEALTH, AS INDICATED IN THE COLUMN ENTITLED "CORRECTED" IN <u>EXHIBIT A</u> TO THE OMNIBUS OBJECTION, FOR PURPOSES OF DETERMINATION AT A LATER DATE, AND YOU WILL RECEIVE NOTICE REGARDING ANY FURTHER PROCEEDINGS.**

**IF YOUR CLAIM IS LISTED IN <u>EXHIBIT A</u> TO THE 337TH OMNIBUS OBJECTION, YOU SHOULD READ THIS NOTICE AND THE OMNIBUS OBJECTION CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO HIRE ONE.**

---

**BE IT FURTHER NOTED THAT** on June 18, 2021, the Government Employees' Retirement System of the Commonwealth of Puerto Rico (the "SRE" or the "Debtor"), through the Financial Oversight and Management Board for Puerto Rico (the "Oversight Board"), as the sole Title III representative of the SRE pursuant to section 315(b) of the Puerto Rico Retirement System Act (the "*Act*"), as the sole Title III representative of the SRE pursuant to section 315(b) of the Puerto Rico Retirement System Act [cut off]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19792-24   Filed:01/17/22   Entered:01/17/22 14:35:28    Desc:
Exhibit 24   Page 19 of 23
Case:17-03283-LTS Doc#:17445-1 Filed:07/20/21 Entered:07/21/21 10:40:42 Desc:
Exhibit Page 16 of 18

Case:17-03283-LTS Doc#:17081-4 Filed:06/18/21 Entered:06/18/2113:55:43 Desc: Exhibit C
Page 9 of 17

## **EXHIBIT C**

**Notice**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**\*\*\*CUST PR1845 SRF 54642 PackID: 52 MMLID: 1495561-P Svc: 345**
**CHEVERE FRAGUADA, ZORAIDA**
**JARD DE COUNTRY CLUB**
**R1 CALLE 12**
**CAROLINA PR 00983-1759**

**2**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*JUDGMENT*
*K PE 2005-0608*
*PAGE 17 --* [handwritten:] *No. 128*

| | | | |
|---|---|---|---|
| 73. | BETANCOURT RIVERA, GLENDA LIZ | 74. | BETANCOURT RODRÍGUEZ, ROSA E. |
| 75. | BIRRIEL URDAZ , NURI I. | 76. | BLANCO SOTO, MARIA A. |
| 77. | BONILLA CHISTIAN, ZAIDA | 78. | BORGOS DIAZ, MYRNA L. |
| 79. | BORGOS LEÓN LAURA | 80. | BORIA CLEMENTE, SAMUEL |
| 81. | BORIA GASTON, CARMEN R. | 82. | BOURDONY BAEZ, VICTOR M. |
| 83. | BRACERO RABASSA, RAFAEL | 84. | BRUNO RIVERA, GLADYS E. |
| 85. | BUNKER PEREZ, OSCAR | 86. | BURGOS MORALES, BRENDA LIZ |
| 87. | BURGOS RIVERA, JUAN JOSE | 88. | CABALLERO MAISONET, MYRNA |
| 89. | CABAN ACEVEDO, JULIA A. | 90. | CABAN ARROYO, HERIBERTO |
| 91. | CABEZA HERNÁNDEZ, ÁNGEL | 92. | CABEZUDO PEREZ, IVONNE |
| 93. | CABRERA TORRES, SIGNA MAGALY: | 94. | CALDERON CARRASQUILLO, CARMEN V. |
| 95. | CALDERON CRUZ, CARMEN B. | 96. | CALDERON CRUZ, ENRIQUE |
| 97. | CALDERON DAVILA, CARLOS | 98. | CALDERON ILARRAZA, CARMEN |
| 99. | CALO BIRRIEL, MILAGROS | 100. | CAMACHO GOMEZ, GLORIMY |
| 101. | CAMACHO PEREZ, JUDITH | 102. | CAMARERO COLON, JOSE L. |
| 103. | CANTRES APONTE, CARMEN S. | 104. | CARABALLO ORTIZ, LUIS A. |
| 105. | CARDONA MEDINA, WILSON | 106. | CARDONA SANTANA., GAMALIER |
| 107. | CARDONA SERRANO, ROSA I. | 108. | CARRASCO BAQUERO,  MARIA L. |
| 109. | CARRASQUILLO DIAZ, YOLANDA | 110. | CARRASQUILLO MULERO, ROSITA |
| 111. | CARRASQUILLO PACHECO, LOYDA G. | 112. | CARRASQUILLO ROMAN , SONIA |
| 113. | CARRASQUILLO SANTIAGO, CARMEN R. | 114. | CARRERO LOPEZ, DAVID |
| 15. | CARRILLO FIGUEROA, ELIZABETH | 116. | CARRION CASTRO, MARGARITA I. |
| 117. | CARRION CEDEÑO, MARGARITA | 118. | CARRION SANTIESTEBAN, ARLENE |
| 119. | CARTAGENA MERCED, LUZ M. | 120. | CASTILLO ROMAN, SYLVIA |
| 121. | CASTRO CANALES, MIRTA | 122. | CASTRO CARRION, BLANCA  I. |
| 123. | CASTRO LAGUERRA, ANA VEDA | 124. | CASTRO RODRÍGUEZ, ELIZABETH |
| 125. | CAY MORALES, MARIA | 126. | CEDEÑO ROMERO, EVELYN |
| 127. | CENTENO FONTANEZ, ROSA I. | 128. | CHEVERE FRAGUADA, ZORAIDA |
| 129. | CHEVERE IZQUIERDO, SANDRA | 130. | CINTRON DE BORRALI, LILLIAM |
| 131. | CINTRON DIAZ, ADELMA DEL C. | 132. | CINTRON MORALES, JOSE A. |
| 133. | CINTRON RODRÍGUEZ, ANGELITA | 134. | CINTRON SANTANA, JARVIS |
| 135. | CLAUDIO ROSADO, EDUARDO | 136. | COLLAZO GONZALEZ, CARMEN |
| 137. | COLON ARROYO, ANA A. | 138. | COLON DE OTERO, LETICIA |
| 139. | COLON DIAZ, RAFAEL | 140. | COLON ORTEGA, CARMEN |
| 141. | COLON RAMOS, RAMON L. | 142. | COLON RIVERA, ANA M. |
| 143. | COLON ROSARIO, MARGARITA | 144. | COLON SANTOS, KARITZA |
| 145. | COLON TORRES, NEYSHA M. | 146. | CONCEPCION LAGUER, MARGARITA |
| 147. | CONCEPCION QUIÑONES, JOSEFINA | 148. | CONCEPCION RODRÍGUEZ, MARIA DEL C. |
| 149. | CORDERO AVILA, ÁNGEL G. | 150. | CORDERO FERNANDEZ, MARIA J. |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*12/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

## TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:
the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 20600 ECF No. 17445**

Signed this 12th day of August, 2021

American Translators Association
atu
Andreea Boscor
Spanish into English
Certification #525556
Certified Translator

Verify at www.atanet.org/verify

_____
Andreea I. Boscor