# EXHIBIT 25

Claim Number: 15520
Claimant: Carmen I Roman Ocasio
Retired Employee of the Commonwealth of Puerto Rico
Telephone: 787-607-0563 or 787-930-9321

July 26, 2021

For the years of 1977 to 1989, the Honorable Carlo Romero Barcelo, Governor of Puerto Rico, granted a permanent salary increase to Government employees, Law No. 89, known as the "ROMERAZO" [Uniform Compensation Act]. This increase was granted in 1989. This increase was never [granted] by the Commonwealth of Puerto Rico.

I worked for the Department of Health for 30 years, from 1970 to 2000, [taking] retirement for years of service, in view of which the amount of my Pension was affected due to this Salary increase not having been [granted].

Due to the above, I do not [agree] with the objection of the court [clerk's] office, given that the complaint sent thereby demonstrates that it was filed with the court of first Instance, Superior Court of Caguas, PR.

Having reexamined the calculations, my understanding is that the debt would be approximately $18,900.00.

I am sending this claim belatedly, on July 15, 2021, given that I had to prepare this letter in order to certify this evidence, which I am sending on the aforementioned date.

Thank you for your consideration in this regard.
Sincerely,

[Signature]
CARMEN I. ROMAN OCASIO
Reparto Valenciano A 2 Calle A
Juncos, PR. 00777-2919



Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436
By Targem Translations Inc.

Case:17-03283-LTS Doc#:19792-25 Filed:01/17/22 Entered:01/17/22 14:35:28 Desc:
Exhibit 25 Page 3 of 15
Case:17-03283-LTS Doc#:17614-1 Filed:07/28/31 Entered:07/30/21 10:09:21 Desc:
Notice of Defective Pleading Page 1 of 2
Case:17-03283-LTS Doc#:308 Filed:07/16/21 Entered:07/16/21 14:00:46 Desc: Main
Document Page 1 of 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: Financial Oversight & Management Board for Puerto Rico | 3:17-BK-3283 (LTS) |
| | PROMESA Title III |
| as representative of | |
| | (Jointly Administrated) |
| The Commonwealth of Puerto Rico, *et al.* | |
| Debtors | |

## NOTICE OF DEFECTIVE PLEADING
*(Notificación de Documento Defectuoso)*

The Clerk of Court has received your pleading on July 15, 2021. However, the deficiencies listed below have prevented us from filing the same in the case docket. You must submit a corrected pleading if you want it to form part of the record.

La Secretaría del Tribunal recibió su escrito el 15 de julio del 2021. No obstante, las deficiencias que abajo se señalan nos impiden aceptarlo y entrarlo en el sumario del caso. Debe usted someter un escrito debidamente corregido si quiere que el mismo forme parte del expediente.

*Carmen Pown Ocasio*

Page 1 of 2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:19792-25 Filed:01/17/22 Entered:01/17/22 14:35:28 Desc:
Exhibit 25 Page 4 of 15
Case:17-03283-LTS Doc#:17614-1 Filed:07/29/21 Entered:07/29/21 10:09:21 Desc:
Notice of Defective Pleading Page 2 of 2
Case:17-03283-LTS Doc#:388 Filed:07/16/21 Entered:07/16/21 14:00:46 Desc: Main
Document Page 2 of 2

NOTICE OF DEFECTIVE PLEADING
(Notificación de Documento Defectuoso)
3:17-BK-3283 (LTS)

| 1 |   | Pleading is illegible. L.Civ.R. 10<br>(El escrito radicado es ilegible o no cumple con la R.L.Civ. 10) |
|---|---|---|
| 2 | X | Lacks proper signature. Documents presented to the court in paper require a handwritten signature. L.Civ.R. 11<br>(Documento no está firmado adecuadamente. Los documentos sometidos en papel tienen que estar firmados a mano. R.L.Civ. 11) |
| 3 |   | PROMESA Cover Sheet for Adversary Proceedings (DPR Modified PROMESA B1040) was not included. L.Bkcy.R. 7003-1<br>http://www.prd.uscourts.gov/promesa/forms-attorneys<br>(No se incluyó la Hoja de Trámite para Casos Adversarios (DPR Modified PROMESA B1040).) |
| 4 |   | Failure to pay the filing fee in the amount of $402.00. See, L.Cv.R. 3(a). Payment shall be made within 24 hours in person at the Clerk's Office U.S. District Court with copy of the complaint /notice of removal.<br>(Incumplimiento con el pago de la cuota de radicación por la cantidad de $400.00. El pago debe hacerse personalmente dentro de 24 horas en la Secretaría del Tribunal Federal de Distrito adjuntando una copia de la demanda / notificación de remoción.) |
| 5 |   | The attached document is non-compliant with Fed. R. Civ. P. 5(d)(3)(A) and L. Cv. R. 5(a). Counsel is required to file the document electronically via CM/ECF. |
| 6 |   | Other:<br>Pleading or document is not in the English language and filer has not moved for permission to file pleading in the Spanish language. L.Civ.R. 5.<br>(La petición o el documento no está en el idioma inglés y el/la solicitante no ha solicitado permiso para radicar la petición en el idioma español. R.L.Civ. 5.) |

Date: July 16, 2021
MARIA ANTONGIORGI-JORDAN, ESQ.
Clerk of Court
By: s/ Carmen Tacoronte
Carmen Tacoronte
Deputy Clerk

sc: to filer with original filing attached

Page 2 of 2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| ROMAN OCASIO, CARMEN I | 15520 | 5/15/2018 | Commonwealth of Puerto Rico | $15,000.00 |
| Reason: | The claimant failed to provide prima facie evidence to support a secured claim. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| ROMAN OCASIO, CARMEN I | 15520 | 5/15/2018 | Commonwealth of Puerto Rico | $15,000.00 |
| Base para: | El demandante omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. | | | |

*Carmen I. Roman Ocasio* (signature)



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
COURT OF FIRST INSTANCE
SUPERIOR DIVISION OF CAGUAS

RIVERA, SONIA T.
    PLAINTIFF
VS.
DEPARTMENT OF HEALTH
    DEFENDANT

CASE NO.: E CD2000-0352
SALON: 0404

COLLECTION OF MONEY
    CAUSE OF ACTION OR OFFENSE

ROHAN OCASIO, CARMEN IRIS
ACASIA A2
REPARTO VALENCIANO
JUNCOS PR                        00777

NOTICE OF JUDGMENT

    I, THE UNDERSIGNED COURT CLERK, HEREBY INFORM YOU THAT THIS COURT ISSUED JUDGMENT IN THE ABOVE-CAPTIONED CASE ON OCTOBER 14, 2003; THAT IT WAS DULY ENTERED AND FILED IN THE RECORDS OF THIS CASE WHERE YOU CAN CONSULT THE DETAILS OF THE TERMS THEREOF.

    AND, YOU BEING, OR REPRESENTING, THE PARTY AGAINST WHOM THIS JUDGMENT IS ISSUED, AGAINST WHICH YOU MAY FILE AN APPEAL, I ADDRESS THIS NOTICE TO YOU, HAVING FILED A COPY OF THIS JUDGMENT IN THE RECORDS OF THIS CASE ON OCTOBER 28, 2003.

MORALES RODRIGUEZ ANGEL LUIS
PO BOX 192483

SAN JUAN PR
00919-2483

RODRIGUEZ PARILLA RAFAEL
D DE JUSTICIA
SAN JUAN PR

PO BOX 9020192
00902-0192

    [SEAL:] [ILLEGIBLE]
ACEVDEO [sic] DELGADO, JUAN R.
ALTURAS DE VILLA DEL REY
CAGUAS PR

CALLE 28 A9
00725

CARRION DE LEON, JOSE LUIS
HC3 BOX 7096

JUNCOS PR 00777

    [Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

CASE NO.: E 002000-0352

COURTROOM: 0404

| | |
|---|---|
| CLAUDIO AYALA, RAMON<br>VILLA ESPERANZA<br>CAGUAS PR | ESPERANZA 177<br>00725 |
| GONZALEZ RODRIQUEZ, SOCORRO<br>PO BOX 1180 | LAS PIEDRAS PR<br>00771 |
| RODRIQUEZ MATOS, ANTONIO<br>PO BOX 145 | CIDRA PR<br>00739-0145 |
| ROSA RIVERA, CARMEN DELIA<br>BO SANTIAGO LIMA<br>NAGUABO PR | BOX 50<br>00718 |
| ROSADO CARMONA, ELENA<br>HC 02 BOX 4886 | LAS PIEDRAS PR<br>00771 |
| SANCHEZ COLLAZO, RAMON<br>HC 04 BOX 49778<br>CAGUAS | CAGUAS PR<br>00725 |

PUERTO RICO, OCTOBER 28, 2003

ATTY. ANABELY BARETTY TORRES
-------------------------------------------------------------------------------------------------
COURT CLERK

BY: GRISELLE VELAZQUEZ [Signature]
-------------------------------------------------------------------------------------------------
DEPUTY COURT CLERK

O.A.T. [Court Administration Office] 704 - NOTICE OF JUDGMENT

[Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

# COMMONWEALTH OF PUERTO RICO
# GENERAL COURT OF JUSTICE
# Court of First Instance
# Superior Court of Caguas

| | |
|---|---|
| **SONIA RIVERA** *et al.*<br><br>*Plaintiff*<br><br>vs.<br><br>**DEPARTMENT OF HEALTH** *et al.*<br><br>*Defendant* | *Civil No.* **E CD2000-0352**<br><br>*Courtroom:* **404**<br><br>*Re:* **COLLECTION OF MONEY** |

# JUDGMENT

Having heard the Motion for summary judgment, filed by the Department of Health of the Commonwealth of Puerto Rico, it is *GRANTED*. To such end, by virtue of Rules 36 and 43.2 of Civil Procedure of Puerto Rico, we issue Judgment, dismissing the Complaint and ordering that such dismissal be *with prejudice.*

*ORDERED TO BE ENTERED AND SERVED*

In Caguas, Puerto Rico, on *October 14, 2003.*

[Signature]
*TERESA MEDINA MONTESERIN*
**Superior Court Judge**

[Signature]

Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436
By Targem Translations Inc.

**COMMONWEALTH OF PUERTO RICO**
**COURT OF FIRST INSTANCE**
**SUPERIOR COURT OF CAGUAS**

| | |
|---|---|
| SONIA T RIVERA *et al.* | Civil No.: ECD 2000-0352 (404) |
| PLAINTIFF | RE: |
| vs. | PAYMENT ORDER, ACT OF AUGUST 27, 1982 AND ACT 84 OF JULY 6, 1983, COLLECTION OF MONEY |
| DEPARTMENT OF HEALTH *et al.* | |
| DEFENDANTS | |

### RESPONSE TO INTERROGATORIES

TO: The defendant - Department of Health

C/O: Atty. Vivian Gonzalez Mendez
Department of Justice
Division of Tax Affairs and
Debtors to the State

From: The [Plaintiff]

C/O: Atty. Angel L. Morales Rodríguez

Comes now the plaintiff who most respectfully submits the answers to the submitted Interrogatory.

1. In relation to the person answering this interrogatory, she states:

    a. Full name

    Carmen Román Ocasio.

    b. Place and date of birth

    ▇▇▇▇▇▇ 1948, Gurabo.

    c. Marital status and Social Security Number

    Married.

    d. Full home address

    Urb. Reparto Valenciano Calle Acasia A-2 Juncos, Puerto Rico.

    e. Identify the sources of Information you used to answer this interrogatory.

    First-hand Knowledge.

    f. In relation to each particular question, specify whether your knowledge in answering each question is first hand, or by reference or information.

    First-hand Knowledge.

    [Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

g. Specify your relationship with the party on whose behalf you are acting in answering this interrogatory.

N/A.

2. If you are married, please indicate the following information in relation to your spouse:

   a. Full name

   Angel L. Rojas Díaz.

   b. His/her trade, profession, or business.

   Retired.

   c. Home address.

   Urb. Reparto Valenciano Calle Acacia A-2 Juncos, Puerto Rico.

   d. Address where he/she practices his/her profession or trade, or runs his/her business.

   N/A.

   e. If he/she is an employee, name and address of employer.

   N/A.

   f. Social security number.

3. If you practice any profession or trade, or have a business, please provide the following details:

   a. Nature, type, or category of your profession, trade, or business.

   Retired.

   b. Exact location where it is exercised or practiced.

   c. If an employee, name and address of your current employer.

   d. Time working in this job.

   e. Salary you earn in said job,

4. Relationship with each of the persons comprising the plaintiff party, specifying:

   a. Full name:

   Angel L. Rojas Díaz.

   b. Social Security Number.

   [Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

    c.    Physical and mailing address.

        Same as above.

    d.    Agency where you have been working from 1982 to date. Specify the date on which you held said positions.

        Regional Hospital.

    e.    Positions held from 1982 to date. Specify the date when you held said positions.

        Typing Office since 1971.

    f.    If you worked for the Department of Health, specify the exact date on which you stopped working for the Department of Health.

        June 1999 – *Dec. 1999*

    g.    Amount you claim you are owed and for what.

    h.    Written undertakings—attach copy—and/or oral undertakings with your supervisor, supervisor [sic] and/or persons in charge of payroll, in relation to the facts indicated in the complaint. Specify the name of the persons with whom said undertakings were performed.

        N/A.

5.    The legislature passed Acts 12 of August 27, 1982, and 83 and 84 of June 4, 1983, which entitle me to a special bonus of $190.00, a salary increase of $30.00, and a pay scale adjustment. The Department of Health never made said payments to me; therefore, they owe me salaries, retroactive to the date on which said Acts were approved.

6.    The defendant was my employer when the acts mentioned in answer number 5 were approved and, therefore, it was obligated to pay me all the benefits I was entitled to under said laws.

7.    All the persons specified as plaintiffs in the complaint.

8.    The first-hand knowledge of the plaintiffs is that none of them received any of the benefits to which they were entitled under the acts mentioned in answer number 5.

9.    No.

10.    All the plaintiffs.

    [Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

11. We declare that we are entitled to receive the benefits and salary increases in accordance with the aforementioned acts and that the Department of Health as not made the outstanding payment.

12. At present, we do not have actual and objective documentary evidence in our possession, save the Memorandum signed by Former Governor Carlos Romero Barceló, dated April 12, 1983, attached hereto.

13. See above answer.

14. The calculation is based on the special bonus of $190.00, the salary increase of $30.00, retroactive to October 1, 1983, and a salary adjustment that should have been applied after April 1, 1984, in accordance with the new pay scale. These calculations vary for each employee and can be completed once the pertinent documentation is obtained from the Department of Health.

15. Experts have not been consulted.

16. No.

In Caguas, Puerto Rico, on November     , 2002.

## OATH

I, **Carmen Román Ocasio**, of legal age, married, retired, and resident of Juncos, Puerto Rico, declare under oath:

1. That my personal information is as stated above.

2. That I have read the answers to the above interrogatory and they are true and correct.

In witness whereof, I provide this Answer under oath, in Caguas, Puerto Rico on NOV 18, 2002            2002.

[Signature]
**DECLARANT**

**Transcript No. _____**

Sworn and signed before me by *Carme Román*, resident of *Juncos*, whom I attest to personally knowing, in Caguas, Puerto Rico, on NOV 18, 2002  2001
[Illegible]
INT. REGIONAL CLERK
**NOTARY PUBLIC**
[Initials]
DENNISE CASTRILLO TORRES
DEPUTY COURT CLERK

[Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*

**I CERTIFY THAT:** That, on today's date, I sent a copy of this Answer to the Interrogatory to **Atty. Vivían González Méndez**, Department of Justice, Division of Tax Affairs and State Debtors, P.O. Box 9020192, San Juan, Puerto Rico 00902-0192.

**ATTY. ÁNGEL L. MORALES RODRÍGUEZ**
Bar No. 8756

P.O. Box 192483
San Juan, Puerto Rico 00919-2483
Tel.  (787) 314-9309
       (787) 704-2370

[Signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436*
*By Targem Translations Inc.*



Certified to be a correct and true translation from the source text in Spanish to the target language English.
20/AUGUST/2021 – Matthew Bouillon Mascareñas ATA-certified Spanish-English #505436
By Targem Translations Inc.



**T** 718.384.8040
**W** TargemTranslations.com
**E** projects@targemtranslations.com
**A** 185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Matthew Bouillon Mascareñas, ATA-certified Spanish-English #505436, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No 15520 ECF No. 17614**

Signed this 20th day of August 2021

_____
Matthew Bouillon Mascareñas

Verify at www.atanet.org/verify

