# EXHIBIT 26

July 13, 2021

**CLERK, UNITED STATES DISTRICT COURT**
**ROOM 150 FEDERAL BUILDING**
**SAN JUAN, PUERTO RICO 00918 – 1767**

RE:    **CLAIM NUMBER (28179) GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM**
       **CLAIM NUMBER (25360) MINIMUM FEDERAL WAGE**
       **CLAIMS NUMBER (27280) (161653) CONTINGENT CLAIMS**

The reason for my Claim against the Employees' Retirement System is that the Government of Puerto Rico used my contributions into the Retirement System without formal authorization or request, including to pay its creditors.

Also, [this was done] without any prior notice and without authorization or consent, in gross violation and to the detriment of public employees, rendering said System inoperative. This was done in gross violation of our rights, jeopardizing our future livelihoods. The account statement issued by the Retirement Systems Administration (sent along with the claim and on subsequent occasions) contains evidence of the contributions made. The additional basis for our claim and the timeframe involved, in terms of the Government of Puerto Rico's use of our Retirement contributions, are also detailed in the enclosed documents.

**Act No. 3-2013**, whereby the [retirement] systems were reformed, was enacted as a result of said actions and bad practices, freezing the pensions at the June 30, 2013 levels, and eliminating benefits that had been acquired under Act 447 of Retirement Systems and Act No. 1-1990, thus creating dislocation and inequity among public employees.

On the other hand, the Government of Puerto Rico, in gross violation of the legislation and regulations on compensation of public employees **(Act No. 5-1975, Act No. 89-1979, Act No. 184-2014, and Act No. 8-2017)** and equal pay for equal work, failed to implement pay scales to adjust them to the minimum wages granted as of 1986, keeping them inoperative. Regarding this claim, we have received no notifications whatsoever about the Salary Adjustment.

I very respectfully request that this money be returned.

Mayra E. Torres Ramos
Urb. Ciudad Señorial calle Noble #73
San Juan, Puerto Rico 00926
Mobile: 787-243-1785
E-mail: beba_2163@yahoo.com

*Certified to be a correct and true translation from the source text in Spanish to the target text in English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Proof of Claim:* **28179**
*Claimant:* **Torres Ramos, Mayra E.**

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box. Please return this completed form and any additional documentation in support of your pension amount or independent claim, via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM No. 28179

_____   I/we DO NOT dispute the amount of my/our pension that I claimed under Proof of Claim No. **28179,** and DO NOT have an independent claim against the ERS unrelated to my/our pension benefits. I/we understand that there is no further action for the ERS to take, and that the ERS will consider my claim resolved.

### OR

__X__   I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim No. **28179,** or DO have an independent claim against the ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary and include any and all supporting documentation.):

_____

_____

_____

**Claimant Name:**   _Mayra E. Torres Ramos_

**Claimant Signature:** _Mayra E. Torres Ramos_

**Date:**   _July 13, 2021_

---

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*


170328300014573

*Proof of Claim:* **28179**
*Claimant:* **Torres Ramos, Mayra E**

## INFORMATION REQUEST FORM

Please confirm whether or not you dispute the amount of your pension payment by completing the "Claimant Response" box below and following the instructions laid out in the box. Please return this form and any additional documentation via email to: PRACRprocess@primeclerk.com, or by mail, hand delivery, or overnight mail to: Commonwealth of Puerto Rico ACR Processing Center, c/o Prime Clerk, LLC, 850 3rd Avenue, Suite 412, Brooklyn, NY 11232.

---

### CLAIMANT RESPONSE REGARDING PROOF OF CLAIM NO 28179

_____ I/we DO NOT dispute the amount of my/our pension that I claimed in Proof of Claim No. **28179** and DO NOT have an independent claim against ERS unrelated to my/our pension benefits. I/we understand that there is no further action for ERS to take, and that ERS will consider my claim resolved.

### OR

_____ I/we DO dispute the amount of my/our pension that I claimed in Proof of Claim. No. **28179** or DO have an independent claim against ERS unrelated to my/our pension benefits because (provide as much detail as needed. Attach additional pages if necessary, and include any and all supporting documentation.):

_____

_____

_____

**Claimant Name:**_____

**Claimant Signature:**_____

**Date:**_____

---

3



170328300014573

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | | MMLID: 924143 EPOC ID: 170356600413134 |
|---|---|---|---|
| ☒ Commonwealth of Puerto Rico El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 | |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 | |
| ☐ Puerto Rico Highways and Transportation Authority La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 | |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 | |
| ☐ Puerto Rico Electric Power Authority La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 | |

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G – Other Participant and Pension Liabilities as a Contingent, Unliquidated general unsecured claim in the amount of $442.16. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G – Otros pasivos de participantes y pensiones como un reclamo Contingente, Sin liquidez no asegurado por un monto de $442.16. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do **not** use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 603.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 603 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

¿Quién es el acreedor actual?

MAYRA E TORRES RAMOS

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor



Modified Official Form 410                                   Proof of Claim                                   page 1

U0503-v.01 02.15.2018



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| 2. | Has this claim been acquired from someone else?<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>　SÍ. ¿De quién? _____ |
|---|---|---|

**3.** Where should notices and payments to the creditor be sent?

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

MAYRA E TORRES RAMOS
73 CALLE NOBLE
SAN JUAN PR 00926

(787) 243-1785
Contact phone / Teléfono de contacto

beba-2163@yahoo.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent?
(if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número　Street / Calle

City / Ciudad　State / Estado　ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

| 4. | Does this claim amend one already filed?<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☐ No / No<br>☑ Yes. Claim number on court claims registry (if known).<br>　SÍ. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) **2016-05-1340**<br>Filed on / Presentada el **05-09-96 / 30-06-17** (MM/DD/YYYY) / (DD/MM/AAAA)　*Group III*<br>*Case: Madeline Acevedo Camacho　　Has not been paid* |
|---|---|---|

| 5. | Do you know if anyone else has filed a proof of claim for this claim?<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☐ No / No<br>☑ Yes. Who made the earlier filing?<br>　SÍ. ¿Quién hizo la reclamación anterior? *Atty. Ivonne Gonzalez Morales &*<br>　　*Atty. Madeline Acevedo Colon* |
|---|---|---|

**Part 2 / Parte 2:**　Give Information About the Claim as of the Petition Date
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>　SÍ. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>　*Department of the Family* |
|---|---|---|

| 7. | Do you supply goods and / or services to the government?<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ **151,200** |
|---|---|---|

| Modified Official Form 410 | Proof of Claim | page 2 |
|---|---|---|

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**8. How much is the claim?**     $ _151,200_

¿Cuál es el importe de la reclamación?

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?
- ☐ No / No
- ☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
  Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Minimum Federal Wage_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

- ☐ No / No
- ☑ Yes. The claim is secured by a lien on property.
  Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

  **Nature of property / Naturaleza del bien:**
  - ☐ Motor vehicle / Vehículos

  - ☑ Other. Descr be:
    Otro. Describir:     _Said debt was recognized and /unintelligible/_

  **Basis for perfection / Fundamento de la realización de pasos adicionales:**   _Group I was paid in full. Group II was paid 25%_

  Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

  Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

  **Value of property / Valor del bien:**     $ _151,200_

  **Amount of the claim that is secured /**
  **Importe de la reclamación que está garantizado:** $ _151,200_

  **Amount of the claim that is unsecured /**
  **Importe de la reclamación que no está garantizado:** $ _151,200_
  (The sum of the secured and unsecured amounts should match the amount in line 7.)
  (La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

  **Amount necessary to cure any default as of the Petition Date /**
  **Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso :** $ _____

  **Annual Interest Rate (on the Petition Date)**
  **Tasa de interés anual (cuando se presentó el caso)** _____ %
  - ☐ Fixed / F ja
  - ☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

- ☑ No / No
- ☐ Yes. Amount necessary to cure any default as of the Petition Date.
  Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| 12. Is this claim subject to a right of setoff? | ☐ No / No |
| ¿La reclamación está sujeta a un derecho de compensación? | ☑ Yes, Identify the property / Sí. Identifique el bien: _Compensation material_ |

| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☐ No / No |
| | ☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim. | $ _157,200_ |
| ¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _19-05-2018_ (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _Mayra L. Jones Ramos_

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

| Name | _Mayra_ | _Eliz_ | _Torres_ | _Ramos_ |
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido | |

Title / Cargo _Administrative Officer III_

Company / Compañía _Department of the Family_

Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _Urb. Ciudad Señorial calle noble #73_

Number / Número    Street / Calle

_San Juan_    _P.R._    _00926_

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _787-243-7785_    Email / Correo electrónico _beba_2463@yahoo.com_

Modified Official Form 410                Proof of Claim                page 4

U0506 v.01 02.15.2018

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

### IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| TORRES RAMOS, MAYRA E | 25360 | 5/22/2018 | Commonwealth of Puerto Rico | $453,600.00 |
| Reason: | Claimant asserted administrative priority under 11 U.S.C. § 503(b)(9), but proof of claim is not for goods sold and as such claimant is not entitled to administrative priority. The claimant also failed to provide prima facie evidence to support a secured claim. In addition, claimant asserted a total claim amount of $151,200.00. Accordingly, claim has been reclassified in whole as a general unsecured claim in the amount of $151,200.00. | | | |

### SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| TORRES RAMOS, MAYRA E | 25360 | 5/22/2018 | Commonwealth of Puerto Rico | $453,600.00 |
| Base para: | El Demandante reclamó una prioridad administrativa en virtud del título 11 del Código de los Estados Unidos, sección 503(b)(9), pero la evidencia de reclamo no corresponde a bienes vendidos y, por lo tanto, el demandante no tiene derecho ella. El demandante también omitió proporcionar pruebas evidentes para apoyar un reclamo asegurado. Además, el demandante reclamó un monto total de $151.200,00. Por tal motivo, el reclamo se reclasificó en su totalidad como un reclamo general no asegurado de $151.200,00. | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



[DEPARTMENT OF THE FAMILY/
GOVERNMENT OF PUERTO RICO]

## CERTIFICATION

I hereby certify that Mrs. Mayra E. Torres Ramos, bearer of social security number XXX-XX-5056, has worked at the Department of the Family – Administration for Families and Children, since September 5, 1996.

Her job title is Administrative Officer III, with Career – Regular status. She earns a salary of $3,503.00 per month.

This certification is issued at the request of Mrs. Torres, on this date, January 16, 2020, according to the information contained in the Automated Human Resources System (RHUM) of the Department of Treasury.

Carmín Rodríguez Negrón
Assistant Human Resources Administrator

Edif. Roosevelt Plaza 185 ● PO Box 11398, San Juan, PR 00910-1398 ● 787.294-4900 ext.1666
Corresponding Administration • Office of Origin • Program

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**GOVERNMENT OF PUERTO RICO**
Puerto Rico Government and Judiciary Employees
Retirement Systems Administration

# ESTIMATED ACCOUNT STATEMENT

January 16, 2020

**Agency: 407 – ADMINISTRATION FOR FAMILIES AND CHILDREN**

MAYRA E TORRES RAMOS                                    Social Security: XXX-XX-5056
URB CUIDAD [sic] SEÑORIAL
73 CALLE NOBLE
SAN JUAN, PR 00926

Based on the information in our records, as of January 16, 2020, you have:

Date of Birth: ▮▮▮▮▮▮▮ 1963                            Gender: Female
Date of Entry into Public Service: July 16, 1998
Contribution Start Date: July 16, 1998

| Act 1 as of June 30, 2013 | Act 3-2013 as of June 30, 2017 | Act 106 |
|---|---|---|
| Years Credited:        15 | Time Worked:        4 | Time Worked:        2.42 |
| | Contributions: 13,899.40 | Contributions: 7,308.43 |
| | Interest:    1,122.93 | Interest:        0.00 |
| | Bookkeeping Expenses:        0.00 | Bookkeeping Expenses:        0.00 |
| **Uncontributed Service** | | |
| Paid:        38.69 | | |
| Time:        4.25 | | |
| **Balance Accrued: 36,779.28** | **Total Contributions: 15,022.33** | **Total Contributions: 7,308.43** |
| **Benefit:        628.81** | **Benefit:        79.23** | **Benefit:        0.00** |

The balances reflected herein for Individual Contribution and Years of Service are subject to review.

In the event that the information does not match your records, you should contact the Coordinator for Retirement Affairs of your Agency, Municipality, or entity.

We remind you that prior to filing a pension application, you must request your official Account Statement through your Coordinator.

Cordially,

Account Statement Unit
Participants Area



Centro Gubernamental Minillas, Torre Norte, Piso 7, San Juan, PR 00940 • PO Box 42003 San Juan, P.R. 00940-2203
☎ 787.754.4545 • 🖳 www.retiro.pr.gov

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



## Commonwealth of Puerto Rico (17-03283)   CHANGE CASE

Case Info    Docket    **Claims**    Submit a Claim    Submit a Claim    Submit Inquiry

Master Claims Filter

| Schedule | Claim # | Filed Date | Creditor Name | Debtor Name | Claim Value |
|----------|---------|-----------|---------------|-------------|-------------|
| 69442 | 21265 | 05/25/2018 | TORRES RAMOS, ANGEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| 432653 | 19886 | 05/25/2018 | TORRES RAMOS, ANGEL | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 0.00 |
| | 55060 | 06/27/2018 | TORRES RAMOS, ARNALDO | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 113,065.34 |
| 602850 | 30268 | 05/25/2018 | TORRES RAMOS, DENNIS | Commonwealth of Puerto Rico | $ 12,600.00 |
| 602850 | 31927 | 05/25/2018 | TORRES RAMOS, DENNIS | Commonwealth of Puerto Rico | $ 0.00 |
| | 23301 | 05/25/2018 | TORRES RAMOS, DIANA V | Commonwealth of Puerto Rico | $ 150,000.00 |
| | 47255 | 06/24/2018 | Torres Ramos, Diana V. | Commonwealth of Puerto Rico | $ 150,000.00 |
| | 33622 | 05/25/2018 | Torres Ramos, Juan A | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 3,600.00 |
| 1101382 | 7012 | 04/23/2018 | Torres Ramos, Juan L. | Commonwealth of Puerto Rico | $ 0.00 |
| 155361 | 24048 | 05/29/2018 | TORRES RAMOS, MARGARITA | Puerto Rico Sales Tax Financing Corporation (COFINA) | $ 300,000.00 |
| | 31465 | 05/29/2018 | Torres Ramos, Margarita | Puerto Rico Electric Power Authority | $ 10,000.00 |
| | 35493 | 05/29/2018 | TORRES RAMOS, MARGARITA | Commonwealth of Puerto Rico | $ 170,000.00 |
| 549668 | 28179 | 05/22/2018 | Torres Ramos, Mayra E | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 168,236.64 |
| | 27280 | 05/22/2018 | Torres Ramos, Mayra E | Commonwealth of Puerto Rico | $ 1,326.48 |
| 413134 | 25360 | 05/22/2018 | TORRES RAMOS, MAYRA E | Commonwealth of Puerto Rico | $ 453,600.00 |
| | 13400 | 05/08/2018 | TORRES RESTO, GERMAN | Commonwealth of Puerto Rico | $ 300.00 |
| | 37820 | 06/20/2018 | Torres Reyes, Dahimar | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 26,880.83 |
| | 44301 | 06/20/2018 | Torres Reyes, Dahimar | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | $ 26,880.83 |
| | 40556 | 05/29/2018 | Torres Reyes, Jose E | Commonwealth of Puerto Rico | $ 0.00 |
| | 38400 | 05/29/2018 | Torres Reyes, Lydia | | $ 166,800.00 |

Contact 844.822.9231    Client Login

Search Docket    Search Claim

Q Enter number or name

Select scope

Claims Only

Claim Number(s)(e.g. 1,3,5-7)

Schedule Number

Creditor name

Debtor(s)

Commonwealth of Puerto Rico(17-03283)

Select Classification

Select an Option

Select Search Operator

Select an Option

Amount

Date from          Date to

Search Claim

Reset

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Prime Clerk   Commonwealth of …

MENU

case info / claims

+ Case Navigation

+ Quick Links

| 161653 | advanced | 🔍 |

« ‹ Page 1 of 1 » ›

| Schedule | 413135 |
| Claim # | 161653 |
| Filed Date | 08/01/2018 |
| Creditor Name | TORRES RAMOS, MAYRA E |
| Debtor Name | Commonwealth of Puerto Rico |
| Claim Value | $0.04 |

« ‹ Page 1 of 1 » ›

terms of use     privacy notice     team     🐦 🔗     © 2019 Prime Clerk. All rights reserved.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Prime Clerk LLC
(844) 822-9231   PRClaimsInfo@primeclerk.com

PROOF OF CLAIM UMBER UNDER PROMESA: **161653**
Claimant's Name: **TORRES RAMOS, MAYRA E**

**Please  send the completed form by February 22, 2019**, via email to PRClaimsInfo@primeclerk.com,
or by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Any additional information you may provide will be attached to your claim and will appear in the official
claims register.

BASIS FOR YOUR CLAIM:

□   A pending or closed legal action with or against the government of Puerto Rico
□   Current or former employment with the Government of Puerto Rico
□   Other (please describe):  _____ *Schedule G – Contingent Claim* _____

FOR A LEGAL ACTION
Have you initiated a legal action?  Y / _N_

If the answer is yes, please fill out the sections below. If the answer is No, attach a written notice of your
intent to file a claim, along with proof of mailing and contact information for your attorney, if available.

Identify the department or agency that is a party to the action:  _____ *Department of the Family,*
  _Administration for Families and Children_ _____

Identify the name and address of the court or agency where the action is pending: _____

_____

Case Number: _____

Title, Caption, or Name of Case: _____

Status of the Case (pending, on appeal, or concluded): _____

Do you have an unpaid judgment? Yes  /  No.  If yes, what is the date and amount of the judgment?

_____

FOR CURRENT OR PRIOR EMPLOYMENT:

Specific agency or department where you were or are employed:  _Department of the Family,_
  _Administration for Families and Children_ _____

Specific period of prior or present employment related to your claim:  _____ *Current* _____

Last four digits of your social security number: _____

*[continues on back]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Nature of your employment claim:

☐ Retirement

☐ Unpaid Wages

☐ Sick Days

☐ Vacation

☐ Union Grievance

✖ Other:  _Schedule G – Contingent_
_Claim_ _____

To the extent you have documentation to support your claim, please include such documents with your response.

**If your action relates to a pending or closed legal action, indicate all the information and documentation requested in the section "FOR A LEGAL ACTION" above.***

FOR OTHER TYPES OF CLAIMS:

Describe the basis for your claim: _____

_____

To the extent you have documentation to support your claim, please include such documents with your response.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

MMLID: 1387985

**Claim # 27280**

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 |
| ☐ Employees Retirement System of the Government of the<br>Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado<br>Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 |

RECEIVED 2018 MAY 22 A 10: 20

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

| 1. Who is the current creditor?<br>¿Quién es el acreedor actual? | |
|---|---|
| | MAYRA E TORRES RAMOS |
| | Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre al acreedor actual (la persona o la entidad a la que se le pagará la reclamación) |
| | Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

Modified Official Form 410                    Proof of Claim                    page 1

U0513 v.01 02.15.2018

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

| 2. | Has this claim been acquired from someone else? | ☑ No / No |
| | ¿Esta reclamación se ha adquirido de otra persona? | ☐ Yes. From whom? Sí. ¿De quién? _____ |

| 3. | Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? ¿A dónde deberían enviarse las notificaciones al acreedor? | Where should payments to the creditor be sent? (if different) ¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente) |
| | Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) ¿A dónde deberían enviarse las notificaciones al acreedor? Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g) | MAYRA E TORRES RAMOS URB CUIDAD SENORIAL 73 CALLE NOBLE SAN JUAN PR 00926 | Name / Nombre _____ Number / Número    Street / Calle _____ City / Ciudad    State / Estado    ZIP Code / Código postal _____ |
| | | (787) 243-1785 Contact phone / Teléfono de contacto | Contact phone / Teléfono de contacto _____ |
| | | beba_2163 @ yahoo.com Contact email / Correo electrónico de contacto | Contact email / Correo electrónico de contacto _____ |

| 4. | Does this claim amend one already filed? | ☐ No / No |
| | ¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☑ Yes.  Claim number on court claims registry (if known)   *Schedule-G* Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |

| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☐ No / No |
| | ¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ Yes. Who made the earlier filing? Sí. ¿Quién hizo la reclamación anterior? *Contingent Claim* |

| **Part 2 / Parte 2:** | Give Information About the Claim as of the Petition Date Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |

| 6. | Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico? | ☐ No / No |
| | ¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☑ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.) Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/). *Debtor  commonwealth  of  P.R.* _____ |

| 7. | Do you supply goods and / or services to the government? | ☑ No / No |
| | ¿Proporciona bienes y / o servicios al gobierno? | ☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación: Vendor / Contract Number | Número de proveedor / contrato: _____ List any amounts due after the Petition Date (listed above) but before June 30, 2017: Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ *442-16* |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| **8. How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $ 442.16 . **Does this amount include interest or other charges?**<br>¿Este importe incluye intereses u otros cargos?<br>☑ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?**<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.<br><br>*Contingent Claim* |
| **10. Is all or part of the claim secured?**<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☑ Other. Describe:<br>Otro. Describir:    *Contingent Claim*<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:**<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiera, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.<br><br>**Value of property / Valor del bien:** $ 442.16<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $ 442.16<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $ 442.16<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $<br><br>**Annual Interest Rate (on the Petition Date)**<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fja<br>☐ Variable / Variable |
| **11. Is this claim based on a lease?**<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ |

Modified Official Form 410          **Proof of Claim**          page 3

U0515 v.01 02.15.2018

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☑ Yes. Identify the property. / Sí, identifique el bien: _Contingent Claim_ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title 11 case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $ 442.16<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | Check the appropriate box / Marque la casilla correspondiente:<br><br>☑ I am the creditor. / Soy el acreedor.<br><br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br><br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br><br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.<br><br>I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el ___19-05-2018___ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _Mayra E Torres Ramos_<br><br>Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:<br><br>Name _Mayra_ _E.diz_ _Torres_ _Ramos_<br>First name / Primer nombre   Middle name / Segundo nombre   Last name / Apellido<br><br>Title / Cargo _Administrative Officer III_<br><br>Company / Compañía _Department of the Family_<br>Identify the corporate servicer as the company if the authorized agent is a servicer. / Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección _Urb. Ciudad Señorial calle noble #73_<br>Number / Número   Street / Calle<br>_San Juan_   _P.R_   _00926_<br>City / Ciudad   State / Estado   ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto _787-243-1785_   Email / Correo electrónico _beba__2863@yahoo.com_ |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97076

Legal Documents Enclosed –
Please direct to the attention
of the Addressee,
Legal Department or President.

Address Service Requested

PR2 POC 2-26-2018 (MERGE2,TXNUM2)
000 0036641 00000000 0001 0005 07329 INS: 0 0
****4000357060****BAR(23) MAIL ID *** 000125955053 ***
MAYRA E TORRES RAMOS
73 CALLE NOBLE
SAN JUAN PR 00926

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G -- Other Participant and Pension Liabilities  as a Contingent, Unliquidated general unsecured claim in the amount of $442.16.  You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G -- Otros pasivos de participantes y pensiones como un reclamo Contingente, Sin liquidez no asegurado por un monto de $442.16. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time
Please send completed Proof(s) to Claim to:

**If by first class mail:**
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

**If by overnight courier or hand delivery/Para enviar por por mensajería o entrega al siguiente dia:**

Refer to "Section 6 -- Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms.

Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptara la entrega de estos formularios de prueba de reclamo completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944, (international), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envíe un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170356600413134
U0501 v.01 02.15.2018



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



TARGEM
TRANSLATIONS

T  718.384.8040
W  TargemTranslations.com
E  projects@targemtranslations.com
A  185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 161653 ECF No. 17485**

Signed this 17th day of August, 2021

_____

Andreea I. Boscor

Verify at www.atanet.org/verify

