# EXHIBIT 27

July 16, 2021

[Seal reading: RECEIVED & FILED CLERK'S OFFICE –
JUL 22, 2021 – US DISTRICT COURT SAN JUAN, PR]

**CLERK, UNITED STATES DISTRICT COURT**
**ROOM 150 FEDERAL BUILDING**
**SAN JUAN, PUERTO RICO 00918-1767**

**RE: CLAIM NUMBER (28177) GOVERNMENT EMPLOYEE RETIREMENT SYSTEM**
**CLAIM NUMBER (26027) FEDERAL MINIMUM SALARY**
**CLAIM NUMBER (27812) CONTINGENT (DAYS FOR SICK LEAVE)**

The reason for my claim against the employees' retirement system is that the Government of Puerto Rico used my contributions to the retirement system without obtaining authorization or submitting a formal request, including for payments to its creditors.

Furthermore, these actions, which it undertook without notice and without requesting authorization or consent from us, were a gross violation of (and detrimental to) public employees, rendering the system inoperative. With this clear violation of our rights, the government jeopardized our future security. Evidence of our contributions can be found in the statement issued by the retirement systems administration sent in the claim and thereafter. This additional basis for our claim and the period it covers are also described in documents we have included under the terms for the use of retirement contributions by the government of Puerto Rico.

As a consequence of these actions and poor practices, **Act no. 2-2013** was passed. This law reformed the systems, freezing pensions at the June 30, 2013 levels and eliminating benefits acquired under Act 447 on retirement systems and Act no. 1-1990, creating displacement and inequity among public employees.

On the other hand, the government of Puerto Rico, in gross violation of law and regulations relating to the compensation of public employees (**Act no. 5-1975, Act no. 89-1979, Act no. 184-2014**, and **Act no. 8-2017**) and equal pay for equal work, did not put pay scales in place to temper them to the minimum salaries paid from 1986 onwards, keeping them inoperative. We have not received any request from the wage adjustment department in relation to this claim.

I very respectfully request to the Court that this money be returned.

(Signed)
Luis Marcano García                                    CLERK, UNITED STATES
839 Calle Añasco Apto. 811                         DISTRICT COURT
San Juan, Puerto Rico 00925-2455              ROOM 150
Cell: 787-547-4619                                       FEDERAL BUILDING
E-mail: lmelmajete42@gmail.com                SAN JUAN, P.R. 00918-1767

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS Doc#:17493-1 Filed:07/22/21 Entered:07/23/21 14:07:37 Desc:
You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | MMLID: 283888 |
|---|---|---|
| ☐ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 / Petition Date: May 3, 2017 | |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 / Petition Date: May 5, 2017 | |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 / Petition Date: May 21, 2017 | CDS 05/22/18 |
| ☑ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 / Petition Date: May 21, 2017 | |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 / Petition Date: July 2, 2017 | RECEIVED 2018 MAY 22 A 10: 14 |

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarios. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

RECEIVED
MAY 24 2018
PRIME CLERK LLC

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**

**¿Quién es el acreedor actual?**

LUIS E. MARCANO GARCIA

Name of the current creditor (the person or entity to be paid for this claim) / Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

45d

Other names the creditor used with the debtor / Otros nombres que el acreedor usó con el deudor _____

**Claim Number: 28177**

Proof of Claim

170328380008536

page 1

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

| | | | |
|---|---|---|---|
| 2. | **Has this claim been acquired from someone else?**<br><br>¿Esta reclamación se ha adquirido de otra persona? | ☑ No / No<br>☐ Yes. From whom?<br>   Sí. ¿De quién? _____ | |

| | | | |
|---|---|---|---|
| 3. | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)<br><br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g | **Where should notices to the creditor be sent?**<br>¿A dónde deberían enviarse las notificaciones al acreedor?<br><br>LUIS E. MARCANO GARCIA<br>LUIS E. MARCANO GARCIA (DERECHO PROPIO)<br>839 CALLE AÑASCO<br>APT. 811<br>SAN JUAN, PR 00925-2455<br><br><br>Contact phone / Teléfono de contacto _____<br><br>Contact email / Correo electrónico de contacto | **Where should payments to the creditor be sent?** (if different)<br>¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)<br><br>454<br><br>*Luis E. Marcano García*<br>*839 Calle Añasco Apt. 811*<br>*San Juan, PR 00925*<br>*Contact phone: (787) 547 4619*<br>*Contact e-mail :*<br>*lmelmajete42@gmail.com* | |

| | | |
|---|---|---|
| 4. | **Does this claim amend one already filed?**<br><br>¿Esta reclamación es una enmienda de otra presentada anteriormente? | ☑ No / No<br>☐ Yes.  Claim number on court claims registry (if known)<br>   Sí.  Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____<br>   Filed on / Presentada el _____ (MM /DD/YYYY) / (DD/MM/AAAA) |
| 5. | **Do you know if anyone else has filed a proof of claim for this claim?**<br><br>¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación? | ☑ No / No<br>☐ Yes. Who made the earlier filing?<br>   Sí. ¿Quién hizo la reclamación anterior?_____ |

| **Part 2 / Parte 2:** | **Give Information About the Claim as of the Petition Date**<br>**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.** |
|---|---|

| | | |
|---|---|---|
| 6. | **Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**<br><br>¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico? | ☐ No / No<br>☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)<br>   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).<br><br>*Department of the Family* |
| 7. | **Do you supply goods and / or services to the government?**<br><br>¿Proporciona bienes y / o servicios al gobierno? | ☑ No / No<br>☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:<br><br>Vendor / Contract Number | Número de proveedor / contrato: _____<br><br>List any amounts due after the Petition Date (listed above) but before June 30, 2017:<br>Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ *102,758.25* |

Modified Official Form 410                         Proof of Claim                         page 2

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify the property /
Si. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☑ No / No

☐ Yes. Indicate the amount of your claim arising from the value of any goods received    $_____
by the debtor within 20 days before the Petition Date in these Title III case(s), in
which the goods have been sold to the debtor in the ordinary course of such
debtor's business. Attach documentation supporting such claim.

Si. Indique el importe de la reclamación que surge del valor de cualquier bien
recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos
casos del Título III, en el que los bienes se han vendido al deudor en el transcurso
normal de los negocios del deudor. Adjunte la documentación que respalda dicha
reclamación.

## Part 3 / Parte 3:

### Sign Below / Firmar a continuación

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que completa esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

*Check the appropriate box / Marque la casilla correspondiente:*

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente
autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro
codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating
the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que
al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para
saldar la deuda

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is
true and correct.

He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la
información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que
lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el    *May 15, 2018*    (MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de
la persona que completa y firma esta reclamación:

Name    *Luis E. Marcano Garcia*
First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido

Title / Cargo    *Director, Human Resources Department*
*Department of the Family*

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.

Address / Dirección _____
Number / Número    Street / Calle

_____
City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto _____ Email / Correo electrónico _____

Modified Official Form 410    Proof of Claim    page 4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ *102,758.73*

**Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☑ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

*Contributions to the Retirement system*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☑ Other. Describe:
Otro. Describir:   *Monthly deductions for retirement contributions*

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:** $ *102,758.73*

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $ *102,718.73*

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $ *102,758.73*
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

**Annual Interest Rate (on the Petition Date)**
Tasa de interés anual (cuando se presentó el caso)_____%

☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

Modified Official Form 410      Proof of Claim      page 3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**FedEx Express** — *International Air Waybill*

**1 From**

Date 05/29/18

Sender's FedEx Account Number

Sender's Name

Company — Prime Clerk

Address — Calle

Address

City — San Juan

Country — PR

ZIP/Postal Code

Email Address

Internal Billing Reference

Express Tracking Number: 8120 6424 3200 041

**4 Express Package Service**
NOTE: Service order has changed. Please select carefully.

- 01 FedEx Intl. First
- 01 FedEx Intl. Priority
- 03 FedEx Intl.

**5 Packaging**
- 05 FedEx Envelope
- 02 FedEx Pak
- 03 FedEx Box
- 04 FedEx
- 15 FedEx 10kg Box
- 25 FedEx 25kg Box
- 01 Other

**6 Special Handling and Delivery Signature Options**
- 01 HOLD at FedEx Location
- 03 SATURDAY Delivery
- 10 Direct Signature
- 34 Indirect Signature

**2 To**

Recipient's Name

Phone 4 725 74 781

Company PRIME CLERK

Address

**Received MAY 24 2018 Prime Clerk LLC**

Address 850 3RD AVE STE 412

City BROOKLYN    State/Province NY

Country US    ZIP/Postal Code 11232

Email Address

Recipient's Tax ID Number for Customs Purposes

**7 Payment**

Bill transportation charges to:
- 1 Sender
- 2 Recipient
- 3 Third Party
- 4 Credit Card

**3 Shipment Information**

Total Packages / Total Weight

Commodity Description: Legal Documents

**8 Required Signature**

Sender's Signature
Recipient's Signature

CDS 05 / 22 / 18

**Prime Clerk**
830 3RD AVE FL 9
NEW YORK NY 10022-6561

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUN:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Prime Clerk
A **KROLL** BUSINESS

## Creditor Data Details – Claim # 28177

**Creditor**
MARCANO GARCIA, LUIS E

**Debtor Name**
Employees Retirement System of the Government of the Commonwealth of Puerto Rico

**Date Filed**
05/22/2018

**Claim Number**
28177

**Schedule Number**
n/a

## Claim Amounts

| Claim Nature | General Unsecured |
|---|---|
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $102,758.73 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $102,758.73 |
| Claim Status | Subject to ACR |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

U*

F*

**Current Claim Value**

**Claim Status**

**Claim Nature**                   Secured

**Schedule Amount**

C*

U*

D*

**Asserted Claim Amount**          $102,758.73

C*

U*

F*

**Current Claim Value**            $102,758.73

**Claim Status**                   Subject to ACR

**Claim Nature**                   503(b)(9) Admin Priority

**Schedule Amount**

C*

U*

D*

**Asserted Claim Amount**

C*

U*

F*

**Current Claim Value**

**Claim Status**

**Claim Nature**                   Admin Priority

**Schedule Amount**

C*

U*

D*

**Asserted Claim Amount**

C*

U*

F*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Current Claim Value | | | |
|---|---|---|---|
| Claim Status | | | |
| Claim Nature | Total | | |
| Schedule Amount | $0.00 | | |
| C* | | | |
| U* | | | |
| D* | | | |
| Asserted Claim Amount | $205,517.46 | | |
| C* | | | |
| U* | | | |
| F* | | | |
| Current Claim Value | $205,517.46 | | |
| Claim Status | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case: 17-03283-LTS Doc#: 17493-1 Filed: 07/22/21 Entered: 07/23/21 14:07:37 Desc:
Exhibit Page 10 of 37

THE COMMONWEALTH OF PUERTO RICO
Government and Judiciary Employees' Retirement System Administration

March 14, 2018          <u>ESTIMATED STATEMENT OF ACCOUNT</u>

**Agency: 406 – DEPARTMENT OF THE FAMILY**

LUIS MARCANO GARCÍA                    Social security number: XXX-XX-7098
COND. PLAZA UNIVERSIDAD
2000, TORRE B APT 811
SAN JUAN, PR 00925

Based on the information in our records, as of 14 March 2018 you had:

**Date of Birth:** ▮▮▮▮ **1968**                    **Sex: Male**
**Date of Entry into Public Service: 1 July 1996**
**Start Date of Contributions: 1 July 1996**

**Act No. 1 as of 30 June 2013**                    **Act No. 3 as of 30 June 2017**

Years accredited: 16.75                    Time worked: 4.07
Contributions: $59,712.93                    Contributions: $28,003.10
Interest: $13,149.76                    Interest: $1,892.94
Bookkeeping costs: $0.00                    Bookkeeping costs: $0.00
Total contributions: $72,897.45                    Total contributions: $29,896.04
SNC paid: $0.00                    Benefit: $0.00
SNC time: $0.00
Benefit: $0.00

It is important to point out that the balance of the individual contribution stated is the accumulation of the amount contributed to retirement as of the date of the most recent payroll processed in the system. The individual contribution and years of service balances provided here are subject to review.

If the information provided does not match that contained in your records, you must inform the Retirement Affairs Coordinator of your agency, or your municipal council. You can also access this information via the Online Services section of the Retirement website: http://www.retiro.pr.gov.

**We remind you that before submitting a pension claim, you must request an official statement through your Coordinator.**

Cordially,

Statement of Accounts Unit
Participants section

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

THE COMMONWEALTH OF PUERTO RICO
Government and Judiciary Employees' Retirement System Administration

CERTIFICATION OF ESTIMATED CONTRIBUTION BALANCES

RE: LUIS MARCANO GARCIA                    Social security number: XXX-XX-7098
COND. PLAZA UNIVERSIDAD
2000, TORRE B APT 811
SAN JUAN, PR 00925

The information below is based on data obtained from our computer systems as of the date of this certification.

It is important to point out that the balance of the individual contribution stated is the accumulation of the amount contributed to ASR as of the date of the most recent payroll processed in the system; therefore, it is subject to review. If the information provided does not match that contained in the client's records, the client must inform the Retirement Affairs Coordinator of their agency, corporation, or municipal council.

CORPORATION: DEPARTMENT FOR FAMILY AFFAIRS
Years of Service: -
Contribution Balance: $102,758.73

This certification was issued on March 14, 2018.

The Government and Judiciary Employees' Retirement System Administration shall not be held liable for information provided or not provided by the employer.

Certification number: ASR2018031436009858

To verify the validity of this certification, visit the portal of the government of Puerto Rico (http://www.pr.gov/validacionelectronica/) or our portal (http://www.retiro.pr.gov).

Plaza Retiro, 437 Ave. Ponce de León, San Juan, PR 00917-3711
PO Box 42003, San Juan, PR 00940-2203
Tel: 787-754-4545
www.retiro.pr.gov



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM BECAUSE THEIR RECORDS SHOW THAT YOUR CLAIM IS DEFICIENT.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Marcano Garcia, Luis | 27812 | 5/22/2018 | Commonwealth of Puerto Rico | $20,000.00 |
| Reason: | Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO, PUESTO QUE LOS DATOS INDICAN QUE SU RECLAMO ES DEFICIENTE.**

| NOMBRE | N.° DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Marcano Garcia, Luis | 27812 | 5/22/2018 | Commonwealth of Puerto Rico | $20,000.00 |
| Base para: | La evidencia de reclamación tiene la intención de formular las responsabilidades asociadas con el Estado Libre Asociado de Puerto Rico, pero no proporciona los fundamentos ni la documentación de respaldo para formular una reclamación contra el Estado Libre Asociado de Puerto Rico, de manera que los Deudores no pueden determinar si el reclamante tiene una reclamación válida contra el Estado Libre Asociado de Puerto Rico o cualquiera de los otros deudores en virtud del Título III. | | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico.  **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m.  (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico.  **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

***CUST PR 1845 SRF 38154 PackID: 198 MMLID: 295463 SVC: 121st Omni
Marcano Garcia, Luis
Plaza Universidad 2000
839 Calle Anasco Apt 811
San Juan, PR 00925

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

One Hundred and Twenty-First Omnibus Objection
Exhibit A - Deficient

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 159 | MANON RODRIGUEZ, SANTIAGO BO SABANA LLANA 470 CALLE LAS FLORES SAN JUAN, PR 00923 | 3/29/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 3090 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 160 | MANUEL CORA VEGA, EDGAR CALLE 10 - 729 BARRIO OBRERO SANTURCE, PR 00915 | 5/22/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 18946 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 161 | MANUEL TORRES TAPIA URB LOS MAESTROS 760 CALLE TEODORO AGUILAR SAN JUAN, PR 00923-2437 | 3/13/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 2348 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 162 | MANZANO PEREZ, MARITZA P.O.BOX 10003 SUITE 148 CAYEY, PR 00737 | 5/8/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 12311 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 163 | MANZO NIEVES, JUANA VILLA PALMERAS 229 CALLE AMPARO SAN JUAN, PR 00915 | 6/11/2018 | 17 BK 03566-LTS | Employees Retirement System of the Government of the Commonwealth of Puerto Rico | 63772 | Undetermined* |

Reason: Proof of claim purports to assert liabilities associated with the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Employees Retirement System of the Government of the Commonwealth of Puerto Rico or any of the other Title III debtors

| | NAME | DATE FILED | CASE NUMBER | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 164 | MARCANO GARCIA, LUIS PLAZA UNIVERSIDAD 2000 839 CALLE ANASCO APT 811 SAN JUAN, PR 00925 | 5/22/2018 | 17 BK 03283-LTS | Commonwealth of Puerto Rico | 27812 | $ 20,000.00* |

Reason: Proof of claim purports to assert liabilities associated with the Commonwealth of Puerto Rico, but fails to provide any basis or supporting documentation for asserting a claim against the Commonwealth of Puerto Rico, such that the Debtors are unable to determine whether claimant has a valid claim against the Commonwealth of Puerto Rico or any of the other Title III debtors

* Indicates claim contains unliquidated and/or undetermined amounts

Page 26 of 163

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione solo un deudor por formulario de reclamación). | | | MMLID: 295463 |
|---|---|---|---|
| ☒ Commonwealth of Puerto Rico El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 | EPOC ID: 17032830075227 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 | GDB 05 22 18 |
| ☐ Puerto Rico Highways and Transportation Authority La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 | |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 | |
| ☐ Puerto Rico Electric Power Authority La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 | |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G – Income Tax Refunds - Corporations and Individuals as a Contingent general unsecured claim in the amount of $683.00. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G – Reembolso de impuestos - Empresas y Individuos como un reclamo Contingente no asegurado por un monto de $683.00. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ Photocopy Provided

RECEIVED

MAY 2 4 2018

PRIME CLERK LLC

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

**1. Who is the current creditor?**
¿Quién es el acreedor actual?

MARCANO GARCIA, LUIS

Name of the current creditor (the person or entity to be paid for this claim)
Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

Other names the creditor used with the debtor
Otros nombres que el acreedor usó con el deudor _____

Claim Number: 27812

170328300752276

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Case:17-03283-LTS   Doc#:17493-1   Filed:07/22/21   Entered:07/23/21 14:07:37   Desc:
Exhibit   Page 16 of 37

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☒ No / No
☐ Yes. From whom?
   Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

028

MARCANO GARCIA, LUIS
PLAZA UNIVERSIDAD 2000
839 CALLE ANASCO APT 811
SAN JUAN, PR  00925

787 - 547 - 4619
Contact phone / Teléfono de contacto

mermaxde2@gmail.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número          Street / Calle

City / Ciudad       State / Estado     ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☐ Yes. Claim number on court claims registry (if known)
   Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)_____
   Filed on / Presentada el _____  (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☐ Yes. Who made the earlier filing?
   Sí. ¿Quién hizo la reclamación anterior?_____

Part 2 / Parte 2: Give Information About the Claim as of the Petition Date

Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
   Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_Department of the Family_

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

**8. How much is the claim?** $ _20,000.00_  . Does this amount include interest or other charges?
¿Esta importe incluye intereses u otros cargos?

¿Cuál es el importe de la reclamación?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Si. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

¿Cuál es el fundamento de la reclamación?

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

| |
|---|
| _Sick leave days accumulated_ |

**10. Is all or part of the claim secured?**

☐ No / No
☐ Yes. The claim is secured by a lien on property.
Si. La reclamación está garantizada por un derecho de retención sobre un bien.

¿La reclamación está garantizada de manera total o parcial?

**Nature of property / Naturaleza del bien:**
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir:

| |
|---|
| _Sick leave days accumulated        [illeg.] 05/15/2018_ |

**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____

| |
|---|
| _Sick leave days accumulated_ |

example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.

**Value of property / Valor del bien:**  $ _20,000.00_

**Amount of the claim that is secured /**
Importe de la reclamación que está garantizado: $ _20000.00_

**Amount of the claim that is unsecured /**
Importe de la reclamación que no está garantizado: $ _20,000.00_
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

**Amount necessary to cure any default as of the Petition Date /**
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $ _____

**Annual Interest Rate (on the Petition Date)**
Tasa de Interés anual (cuando se presentó el caso) _____ %   _0.1%_
☐ Fixed / Fija
☐ Variable / Variable

**11. Is this claim based on a lease?**

☐ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
Si. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

¿Esta reclamación está basada en un arrendamiento?

| Modified Official Form 410 | Proof of Claim | page 3 |
|---|---|---|

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:17493-1   Filed:07/22/21   Entered:07/23/21 14:07:37   Desc:
Exhibit    Page 18 of 37

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☑ Yes. Identify the property / Sí. Identifique el bien:<br><br>*Compensation for sick leave days accumulated [illeg.]* |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.   $ ___N/A___<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**    Sign Below / Firmar a continuación

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>☐ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el  15-05-70_B_ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma<br><br>Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación: |

| | | |
|---|---|---|
| Name | Luis / Araujo / Garcia |  |
| | First name / Primer nombre | Middle name / Segundo nombre | Last name / Apellido |
| Title / Cargo | *Director, Human Resources Department* | |
| Company / Compañía | *Department of the Family* | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador. | |
| Address / Dirección | 839 | Ave | Apt. 31 |
| | Number / Número | Street / Calle | |
| | San Juan | PR | 00925 |
| | City / Ciudad | State / Estado | ZIP Code / Código postal |
| Contact phone / Teléfono de contacto | 787-547-Y0/9 | Email / Correo electrónico | nelnel.e.tov.ro. |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**FedEx** Express  *International Air Waybill*

8120 6424 3200    04

Legal Documents

PRIME CLERK

MAY 2 4 2018

Received

Prime Clerk LLC

850 3RD AVE STE 412

BROOKLYN  NY

11232

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

CDS 05 122 118

**Prime Clerk**
830 3ᴿᴰ AVE FL 9
NEW YORK NY 10022-6561

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUN

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Prime Clerk
A KROLL BUSINESS

Creditor Data Details - Claim # 27812

**Creditor**
Marcano Garcia, Luis

**Debtor Name**
Commonwealth of Puerto Rico

**Date Filed**
05/22/2018

**Claim Number**
27812

**Schedule Number**
n/a

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

6/8/2021                                    https://cases.primeclerk.com/puertorico/Home-ClaimDetails?id=MTI3MzEzOQ==

U*

F*

Current Claim Value

Claim Status

Claim Nature                    Secured

Schedule Amount

C*

U*

D*

Asserted Claim Amount           $20,000.00

C*                              C

U*                              U

F*

Current Claim Value             $20,000.00

Claim Status                    Subject to ADR

Claim Nature                    503(b)(9) Admin Priority

Schedule Amount

C*

U*

D*

Asserted Claim Amount

C*

U*

F*

Current Claim Value

Claim Status

Claim Nature                    Admin Priority

Schedule Amount

C*

U*

D*

Asserted Claim Amount

C*

U*

F*

https://cases.primeclerk.com/puertorico/Home-ClaimDetails?id=MTI3MzEzOQ==                                      2/4

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

| | |
|---|---|
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Total |
| Schedule Amount | $0.00 |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | $20,000.00 |
| C* | |
| U* | |
| F* | |
| Current Claim Value | $20,000.00 |
| Claim Status | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

## Objection History

| | |
|---|---|
| Date Filed | 12/12/2019 |
| Objection Motion | Debtor's Omnibus Objection to Claims - One Hundr... |
| Date Filed | 01/13/2021 |
| Objection Order | ORDER GRANTING 9572 ONE HUNDRED TWENTY-FIRST OMNI... |
| Basis | Deficient |
| Status | Ordered |

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of
doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-
priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute
an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to
recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their
Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute,
on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed
against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or
to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Prime Clerk
A KROLL BUSINESS

Creditor Data Details - Claim # 26027

**Creditor**
Marcano Garcia, Luis

**Debtor Name**
Commonwealth of Puerto Rico
**Date Filed**
05/22/2018

**Claim Number**
26027
**Schedule Number**
752276

## Claim Amounts

| | |
|---|---|
| Claim Nature | General Unsecured |
| Schedule Amount | $683.00 |
| C* | C |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |
| U* | |
| F* | |
| Current Claim Value | |
| Claim Status | |
| Claim Nature | Priority |
| Schedule Amount | |
| C* | |
| U* | |
| D* | |
| Asserted Claim Amount | |
| C* | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**U***

**F***

**Current Claim Value**

**Claim Status**

**Claim Nature**                        Secured

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**          $30,000.00

**C***                              C

**U***                              U

**F***

**Current Claim Value**            $30,000.00

**Claim Status**                   Asserted

**Claim Nature**                   503(b)(9) Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**

**C***

**U***

**F***

**Current Claim Value**

**Claim Status**

**Claim Nature**                   Admin Priority

**Schedule Amount**

**C***

**U***

**D***

**Asserted Claim Amount**

**C***

**U***

**F***

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

| Current Claim Value | | | |
|---|---|---|---|
| Claim Status | | | |
| Claim Nature | Total | | |
| Schedule Amount | $683.00 | | |
| C* | | | |
| U* | | | |
| D* | | | |
| Asserted Claim Amount | $30,000.00 | | |
| C* | | | |
| U* | | | |
| F* | | | |
| Current Claim Value | $30,000.00 | | |
| Claim Status | | | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements") filed in the bankruptcy case/s of the Debtor/s. Nothing contained on this Site or in the Debtors' Schedules and Statements shall constitute an admission or a waiver of any of the Debtors' rights to assert claims or defenses. Any failure by a Debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated." For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E as "priority," on Schedule F as "non-priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract. Each Debtor reserves the right to amend their Schedules and Statements as necessary or appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their Schedules or filed against a Debtor, including objecting to the amount, liability, classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS  Doc#:17493-1  Filed:07/22/21  Entered:07/23/21 14:07:37  Desc:
Exhibit Page 28 of 37

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/EPOC-Index

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | | MMLID: 295463 |
|---|---|---|---|
| ☑ Commonwealth of Puerto Rico<br>El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date:<br>May 3, 2017 | EPOC ID: 17032830075227 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date:<br>May 5, 2017 | CDS 05/22/18 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date:<br>May 21, 2017 | |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date:<br>May 21, 2017 | |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date:<br>July 2, 2017 | |

Debtor Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule G -- Income Tax Refunds –Corporations and Individuals as a Contingent general unsecured claim in the amount of $683.00. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule G -- Reembolso de Impuestos - Empresas y Individuos como un reclamo Contingente no asegurado por un monto de $683.00. Debe presentar una prueba de reclamación oportunamente o se le prohibirá por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

## Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada con prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

☐ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☑ No Copy Provided

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación | RECEIVED |
|---|---|---|
| 1. Who is the current creditor?<br>¿Quién es el acreedor actual? | MARCANO GARCIA, LUIS<br>Name of the current creditor (the person or entity to be paid for this claim)<br>Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor | MAY 2 4 2018<br>PRIME CLERK LLC 825 |

Claim Number: 26027

||||||||||||| |||| | ||||||| ||||||| |||||||||
170328300752276

Proof of Claim

page 1

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
Sí. ¿De quién? ___ N/A

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

Where should notices to the creditor be sent?
¿A dónde deberían enviarse las notificaciones al acreedor?

MARCANO GARCIA, LUIS
PLAZA UNIVERSIDAD 2000
839 CALLE AÑASCO APT 811
SAN JUAN, PR 00925

757 - 547 - 4619
Contact phone / Teléfono de contacto

melxajetz@gmail.com
Contact email / Correo electrónico de contacto

Where should payments to the creditor be sent? (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

N/A

Name / Nombre

Number / Número        Street / Calle

City / Ciudad        State / Estado        ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☑ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) 2016-05-1340

*Case-Madeline Acevedo [illegible]      Group III has not received payment*

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior?

*Atty. Ivonne Gonzalez Morales*

*Atty. Milagros Acevedo Colon*

---

**Part 2 / Parte 2:**

**Give Information About the Claim as of the Petition Date**
Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

*Department of the Family*

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: ___ N/A

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anota la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ ___ 30,000.00

---

Modified Official Form 410                        Proof of Claim                        page 2

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$ *30,000.00*

Does this amount include interest or other charges?
¿Este importe incluye intereses u otros cargos?
☐ No / No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

_Federal Minimum Wage (completing Basic Scale wages)_

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No
☑ Yes. The claim is secured by a lien on property.
Sí. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos
☑ Other. Describe:
Otro. Describir:

_Debt incurred by the Agency (Third Complaint), Group III_

Basis for perfection / Fundamento de la realización de pasos adicionales: *la presente* *Reg demanda al Grupo I y al Grupo II pago el 25% de la deuda*

_The agency made payments under the complaint filed by Group I and Group II; it paid 25% of the debt --?_

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien: $ *30,000.00*

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $ *30,000.00*

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $ *30,000.00*
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____ %
☐ Fixed / Fija
☐ Variable / Variable

*NA*

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No
☐ Yes. Amount necessary to cure any default as of the Petition Date.
Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____

Modified Official Form 410

| | |
|---|---|
| **12. Is this claim subject to a right of setoff?**<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br>☑ Yes. Identify the property /<br>Sí. Identifique el bien:<br><br>_Compensation Matter_<br><br>_Federal Minimum Wage ([illegible] scale)_ |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.    $ _N/A_<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

### Part 3 / Parte 3:

**Sign Below / Firmar a continuación**

| | |
|---|---|
| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>☐ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera una acknowledgment que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el _05-15-2018_ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _____<br><br>**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**<br><br>Name _Luis E. Medrano García_<br>   First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido<br><br>Title / Cargo _Director, Human Resources Department_<br>Company / Compañía _Department of the Family_<br>Identify the corporate servicer as the company if the authorized agent is a servicer.<br>Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección _839 Calle Araso Apt. 811_<br>   Number / Número     Street / Calle<br>   _San Juan PR 00925_<br>   City / Ciudad     State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto _787-547-4619_ Email / Correo electrónico _melmajek4ra@gmail.com_ |

Modified Official Form 410        Proof of Claim        page 4

*Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.*

**FedEx** International Air Waybill
Express

**1 From**

Date

Sender's FedEx Account Number

Sender's Name

Phone

Company

Address

Address

City

State / Province

Country

ZIP / Postal Code

Internal Billing Reference

**2 To**

Recipient's Name

28 □ Residential Delivery

Phone

Company PRIME CLERK

Received

MAY 24 2018

Prime Clerk LLC

Address 850 3RD AVE STE 412

City BROOKLYN

State / Province NY

Country US

ZIP / Postal Code 11232

Email Address

Recipient's Tax ID Number for Customs Purposes

**3 Shipment Information**

Total Packages

Total Weight

DIM

Commodity Description

Legal Documents

FedEx Tracking Number 8120 6424 3200 04

**4 Express Package Service** NOTE: Service order has changed. Please select carefully.

06 □ FedEx Intl. First
01 □ FedEx Intl. Priority
03 □ FedEx

**5 Packaging**

04 □ FedEx Envelope
02 □ FedEx Pak
03 □ FedEx Box
04 □ Fed
15 □ FedEx 10kg Box
25 □ FedEx 25kg Box
01 □ Other

**6 Special Handling and Delivery Signature Options**

01 □ HOLD at FedEx Location
03 □ SATURDAY Delivery

10 □ Direct Signature
30 □ Indirect Signature

**7 Payment**

1 □ Sender
2 □ Recipient
3 □ Third Party
4 □ Credit Card

1 □ Sender
2 □ Recipient
3 □ Third Party
5 □ Cash/Check

**8 Required Signature**

Sender's Signature

Recipient's Signature

CDS 05/22/18

**Prime Clerk** ○
830 3ᴿᴰ AVE FL 9
NEW YORK NY 10022-6561

LEGAL NOTICE ENCLOSED. DIRECT TO ATTENTION OF ADDRESSEE OR PRESIDENT / GENERAL COUN

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Marcano Garcia, Luis | 26027 | 5/22/2018 | Commonwealth of Puerto Rico | $30,000.00 |
| Reason: | | This claim is duplicative of Master Claim nos. 32044 and 103072, which were filed on behalf of all plaintiffs in the litigation captioned Madeline Acevedo Camacho et al. v. Puerto Rico Department of Family Affairs, No. 2016-05-1340 (the "Acevedo Camacho Master Claims"), by the attorney representing plaintiffs in that litigation. The Acevedo Camacho Master Claims are filed on behalf of the "Acevedo Camacho Plaintiff Group" and assert approximately $50 million in liabilities associated with alleged back pay and allegedly unpaid pension contributions. The plaintiffs in this litigation are former DOFA employees who alleged that DOFA illegally sequestered wages and pension payments as a result of the Office of Public Service Personnel's "General Memorandum No. 5-86." Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. | | |

## SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Marcano Garcia, Luis | 26027 | 5/22/2018 | Commonwealth of Puerto Rico | $30,000.00 |
| Base para: | | Este reclamo es un duplicado de los reclamos maestros n.º 32044 y 103072, interpuestos en nombre de todos los demandantes del pleito caratulado Madeline Acevedo Camacho y otras contra el Departamento de Asuntos Familiares de Puerto Rico, N.º 2016-05-1340 (los "reclamos maestros de Acevedo Camacho"), por el abogado patrocinante de los demandantes en dicho pleito. Los reclamos maestros de Acevedo Camacho se presentan en nombre del "Grupo de demandantes de Acevedo Camacho" y reclaman cerca de $50 millones en obligaciones relacionadas con un supuesto pago retroactivo y supuestos aportes de jubilación impagos. Los demandantes de este pleito son los ex empleados del DOFA que alegaron que DOFA retuvo de manera ilegal salarios y pagos de jubilación, como resultado del "Memorándum general N.º 5-86" de la Oficina del Personal de Servicio Público. El demandante es parte demandante de dicho pleito y su reclamo invoca como fundamento el litigio referido más arriba o las obligaciones asociadas al presente litigio. | | |

Copies of the Omnibus Objection and all other filings in the Title III Cases are available free online at https://cases.primeclerk.com/puertorico. **If you have questions, please contact Prime Clerk LLC at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available).**

Copias de la Objeción global, y todos los escritos radicados en el marco de las causas conforme al Título III, están disponibles, de manera gratuita, en https://cases.primeclerk.com/puertorico. **Si tiene alguna pregunta, comuníquese con Prime Clerk LLC llamando al (844) 822-9231 (número gratuito para Estados Unidos y Puerto Rico) o (646) 486-7944 (para llamadas desde el extranjero), disponible entre las 10:00 a.m. y las 07:00 p.m. (AST) (hablamos español).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## Three Hundred and Forty-Ninth Omnibus Objection
## Annex A: Claims to be dismissed

| | Claims to be dismissed | | | | | Residual claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE SUBMITTED | CASE/DEBTOR NO. | CLAIM NO. | AMOUNT OF CLAIM | NAME | DATE SUBMITTED | CASE/DEBTOR NO. | CLAIM NO. | AMOUNT OF CLAIM |
| 253 | LUIS MARCANO GARCÍA PLAZA UNIVERSIDAD 2000 839 CALLE AÑASCO APT 811 SAN JUAN, PR 00925 | 05/22/18 | 17 BK 03283-LTS / The Commonwealth of Puerto Rico | 26027 | $30,000.00* | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NO. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Retirement system for government employees of the Commonwealth of Puerto Rico | 103072^ | $8,990,000.00 |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NO. 2016-05-1340 MS. IVONNE GONZÁLEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / The Commonwealth of Puerto Rico | 32044 | $50,000,000.00 |

Note: This claim is a duplicate of master claims nos. 32044 and 103072 filed on behalf of all claimants in the lawsuit labelled Madeleine Acevedo Camacho et al. against the Department the Family of Puerto Rico no. 2016-05-1340 (the "master claims of Acevedo Camacho") filed by the lawyer of the claimants in said lawsuit. The master claims of Acevedo Camacho have been filed on behalf of the "Acevedo Camacho Plaintiff Group" and are claiming close to $50 million in obligations relating to a supposed retrospective payment and supposedly unpaid retirement contributions. The claimants in this lawsuit are the former employees of the DOFA who allege that the DOFA illegally withheld salaries and retirement payments as a result of "General Memorandum no. 5-86" issued by the Public Service Personnel Office. The claimant is a claimant in said lawsuit, and their claim cites as a basis for their case the dispute referred to above or the obligations associated with this dispute.

^Claim no. 103072 also included in Exhibit A of Omnibus Objection No. 337 for incorrectly classified claims.

* This indicates that the claim contains amounts pending payment or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case: 17-03283-LTS Doc#: 17493-1 Filed: 07/22/21 Entered: 07/23/21 14:07:37 Desc:

Exhibit Page 37 of 37
Case: 17-03283-LTS Doc#: 17092-2 Filed: 06/18/21 Entered: 06/18/21 16:19:16 Desc:
Exhibit A Page 255 of 566

## Three Hundred and Forty-Ninth Omnibus Objection
### Annex A: Claims to be dismissed

| | Claims to be dismissed | | | | | Residual claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE SUBMITTED | CASE/DEBTOR NO. | CLAIM NO. | AMOUNT OF CLAIM | NAME | DATE SUBMITTED | CASE/DEBTOR NO. | CLAIM NO. | AMOUNT OF CLAIM |
| 254 | MARÍN MÁRQUEZ, CYNTHIA CALLE DALIA #33 B BUZÓN 179 BUENA VENTURA CAROLINA, PR 00987 | 06/25/18 | 17 BK 03283-LTS / The Commonwealth of Puerto Rico | 91136 | $40,606.98 * | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NO. 2016-05-1340 PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/29/18 | 17 BK 03566-LTS / Retirement systems for government employees of the Commonwealth of Puerto Rico | 103072 ^ | $8,990,000.00 |
| | | | | | | MADELINE ACEVEDO CAMACHO ET AL. (2,818 PLAINTIFFS) (COLLECTIVELY THE "ACEVEDO CAMACHO PLAINTIFF GROUP"); CASP CASE NO. 2016-05-1340 MS. IVONNE GONZÁLEZ MORALES PO BOX 9021828 SAN JUAN, PR 00902-1828 | 06/04/18 | 17 BK 03283-LTS / The Commonwealth of Puerto Rico | 32044 | $50,000,000.00 |

Note: This claim is a duplicate of master claims nos. 32044 and 103072 filed on behalf of all claimants in the lawsuit labelled Madeleine Acevedo Camacho et al. against the Department for Family Affairs of Puerto Rico no. 2016-05-1340 (the "master claims of Acevedo Camacho") filed by the lawyer of the claimants in said lawsuit. The master claims of Acevedo Camacho have been filed on behalf of the "Acevedo Camacho Plaintiff Group" and are claiming close to $50 million in obligations relating to a supposed retrospective payment and supposedly unpaid retirement contributions. The claimants in this lawsuit are the former employees of the DOFA who allege that the DOFA illegally withheld salaries and retirement payments as a result of "General Memorandum no. 5-86" issued by the Public Service Personnel Office. The claimant is a claimant in said lawsuit, and their claim cites as a basis for their case the dispute referred to above or the obligations associated with this dispute.
^Claim no. 103072 also included in Exhibit A of Omnibus Objection No. 337 for incorrectly classified claims.

* This indicates that the claim contains amounts pending payment or undetermined amounts

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



| | 718.384.8040 |
|---|---|
| | TargemTranslations.com |
| | projects@targemtranslations.com |
| | 185 Clymer St. Brooklyn, NY 11211 |

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 26027 ECF No. 17493**

Signed this 17th day of August 2021



Verify at www.atanet.org/verify

_____

Andreea I. Boscor

