# EXHIBIT 28

Stephanie H. Wilson Crespo  (Mother)


9915 Cypress Creek Prkw  #1606

Houston, TX 77070

(936) 207-2791


Stephaniewilsoncrespo42@gmail.com


Debtor's name: Commonwealth of Puerto Rico, 17-DK-03283 (LTS)

Department of Education

Claim # 87128, 87771, 94832

Omnibus Objection, 30050


Reason: (/illegible/ document)


Services denied from the Department of Education (87771)

Services denied to my children, Haddasaliz Velazquez Wilson, Armando
Velazquez Wilson (94832)


Good morning!


I am requesting that my claims not be removed from the system. I would
like to continue with my claims.

Thank you!


Stephanie H. Wilson Crespo

7/7/2021

Stephanie H. Wilson Crespo

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| Wilson Crespo, Stephanie H | 94832 | 6/29/2018 | Commonwealth of Puerto Rico | $160,000.00 |
| Reason: | This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| Wilson Crespo, Stephanie H | 94832 | 6/29/2018 | Commonwealth of Puerto Rico | $160,000.00 |
| Base para: | Este reclamo es un duplicado del Reclamo maestro n.º 29477, que fue interpuesto en nombre de todos los demandantes de la causa caratulada Rosa Lydia Velez contra el Departamento de Educación de Puerto Rico KPE1980-1738 (el "Reclamo maestro de Velez"), por los abogados apoderados de los demandantes en dicho pleito. Los demandantes del pleito son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación ("DE"), que pretendían exigirle a dicho departamento que cumpliera con determinadas obligaciones federales y estatales relacionadas con programas de educación especial. El demandante es un actor de ese litigio y su reclamo invoca como fundamento el litigio y las obligaciones asociadas a este referidas más arriba. | | | |

|   |   |
|---|---|
|   | #   (/illegible/) |
|   | (29477) |
| 1,185 | /illegible/ |
|   | (Other) |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.**

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|------|---------|------------|--------|----------------------|
| Wilson Crespo, Stephanie H | 87771 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as its basis. | | | |

**SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.**

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|--------|--------------------|-----------------------|--------|--------------------------------|
| Wilson Crespo, Stephanie H | 87771 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | Este reclamo es un duplicado del Reclamo maestro n.º 29477, que fue interpuesto en nombre de todos los demandantes de la causa caratulada Rosa Lydia Velez contra el Departamento de Educación de Puerto Rico KPE1980-1738 (el "Reclamo maestro de Velez"), por los abogados apoderados de los demandantes en dicho pleito. Los demandantes del pleito son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación ("DE"), que pretendían exigirle a dicho departamento que cumpliera con determinadas obligaciones federales y estatales relacionadas con programas de educación especial. El demandante es un actor de ese litigio y su reclamo invoca como fundamento el litigio y las obligaciones asociadas a este referidas más arriba. | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

IF YOUR CLAIM IS LISTED HERE, ONE OR MORE OF THE DEBTORS ARE SEEKING
TO DISALLOW YOUR CLAIM FOR THE REASON LISTED BELOW.

| NAME | CLAIM # | DATE FILED | DEBTOR | ASSERTED CLAIM AMOUNT |
|---|---|---|---|---|
| Wilson Crespo, Stephanie H. | 87128 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Reason: | This claim is duplicative of Master Claim no. 29477, which was filed on behalf of all plaintiffs in the litigation captioned Rosa Lydia Velez v. Puerto Rico Department of Education, KPE1980-1738 (the "Velez Master Claim"), by the attorney representing plaintiffs in that litigation. The plaintiffs in the litigation are parents of minors belonging to the Special Education Program of the Department of Education ("DE") who sought to compel the DE to comply with certain federal and state obligations relating to special education programs. Claimant is a plaintiff in that litigation, and his/her claim asserts the above-referenced litigation and/or liabilities associated with this litigation as this basis. | | | |

SI SU RECLAMO ESTÁ INCLUIDO AQUÍ, UNO O MÁS DE LOS DEUDORES SOLICITAN
QUE SU RECLAMO SEA RECHAZADO POR LA RAZÓN INDICADA AQUÍ ABAJO.

| NOMBRE | N.º DE RECLAMACIÓN | FECHA DE PRESENTACIÓN | DEUDOR | MONTO DE LA RECLAMACIÓN ALEGADA |
|---|---|---|---|---|
| Wilson Crespo, Stephanie H. | 87128 | 6/29/2018 | Commonwealth of Puerto Rico | $0.00 |
| Base para: | Este reclamo es un duplicado del Reclamo maestro n.º 29477, que fue interpuesto en nombre de todos los demandantes de la causa caratulada Rosa Lydia Velez contra el Departamento de Educación de Puerto Rico KPE1980-1738 (el "Reclamo maestro de Velez"), por los abogados apoderados de los demandantes en dicho pleito. Los demandantes del pleito son padres de menores que pertenecen al Programa de Educación Especial del Departamento de Educación ("DE"), que pretendían exigirle a dicho departamento que cumpliera con determinadas obligaciones federales y estatales relacionadas con programas de educación especial. El demandante es un actor de ese litigio y su reclamo invoca como fundamento el litigio y las obligaciones asociadas a este referidas más arriba. | | | |

*/1,185)*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

L-HR-U

Prime Clerk LLC

(844) 822-9231   PRClaimsInfo@primeclerk.com

PROOF OF CLAIM NUMBER UNDER PROMESA: **[Redacted]**
Claimant's Name: **[Redacted]**

**Please send the completed form by February 22, 2019**, via email to PRClaimsInfo@primeclerk.com,
or by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Any additional information you may provide will be attached to your claim and will appear in the official
claims register.

BASIS FOR YOUR CLAIM:

- ☐ A pending or closed legal action with or against the government of Puerto Rico
- ☐ Current or former employment with the Government of Puerto Rico
- ☑ Other (please describe): *Claim for Damages against the Department of Education and the Government of Puerto Rico (Special Education Lawsuit)*
- ☐

FOR A LEGAL ACTION

Have you initiated a legal action? ⓨ/ N

If the answer is yes, please fill out the sections below. If the answer is No, attach a written notice of your
intent to file a claim, along with proof of mailing and contact information for your attorney, if available.

Identify the department or agency that is a party to the action: *Department of Education and Government of Puerto Rico*

Identify the name and address of the court or agency where the action is pending: *Trial Court of San Juan, Room 805*

Case Number:  *KPE 1980-1738*

Title, Caption, or Name of Case: *Rosa Lydia Vélez et al v. Dept. of Education et al (Special Ed Lawsuit)*

Status of the Case (pending, on appeal, or concluded):   *Pending*

Do you have an unpaid judgment? Yes  /ⓝⓞ  If yes, what is the date and amount of the judgment?

FOR CURRENT OR PRIOR EMPLOYMENT:

Specific agency or department where you were or are employed: _____

Specific period of prior or present employment related to your claim: _____

Last four digits of your social security number:_____

*[continues in the back]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Nature of your employment claim:

☐  Retirement                          ☐  Union Grievance

☐  Unpaid Wages                        ☐  Pending or closed legal action

☐  Sick Days                           ☐  Other: _____

☐  Vacation                            _____

The amount of your claim: _____

To the extent you have documentation to support your claim, please include such documents with your response.

**If your action relates to a pending or closed legal action, indicate all the information and documentation requested in the section "FOR A LEGAL ACTION" above.***

FOR OTHER TYPES OF CLAIMS:

Describe the basis for your claim:    *Damages and Harm, IDEA Federal Act and State Law 51-1996*

_____

The amount of your claim:  *$150,000.00 per claimant*_____

*To the extent you have documentation to support your claim, please include such documents with your response.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

L-HR-U

Prime Clerk LLC
(844) 822-9231   PRClaimsInfo@primeclerk.com

PROOF OF CLAIM NUMBER UNDER PROMESA: **[Redacted]**

Claimant's Name: **[Redacted]**

**Please fill out and send the completed form by February 22, 2019, inclusive**, via email to PRClaimsInfo@primeclerk.com, or by mail, hand delivery, or overnight mail to the following address:

> Commonwealth of Puerto Rico Supplemental Information Processing Center
> 850 3rd Avenue, Suite 412
> Brooklyn, NY 11232

Any additional information you may provide will be attached to your claim and will appear in the official claims register.

BASIS FOR YOUR CLAIM:

- ☐ A pending or closed legal action with or against the government of Puerto Rico
- ☐ Current or former employment with the Government of Puerto Rico
- ☑ Other (please describe): *Claim for Damages against the Department of Education and the Government of Puerto Rico (Special Education Lawsuit)*
- ☐

FOR A LEGAL ACTION

Have you initiated a legal action? Ⓨ/ N

If the answer is yes, please fill out the sections below. If the answer is No, attach a written notice of your intent to file a claim, along with proof of mailing and contact information for your attorney, if available.

Identify the department or agency that is a party to the action: *Department of Education and Government of Puerto Rico*

Identify the name and address of the court or agency where the action is pending: *Trial Court of San Juan, Room 805*

Case Number: *KPE 1980-1738*

Title, Caption, or Name of Case: *Rosa Lydia Vélez et al v. Dept. of Education et al (Special Ed Lawsuit)*

Status of the Case (pending, on appeal, or concluded): *Pending*

Do you have an unpaid judgment? Yes / Ⓝⓞ  If yes, what is the date and amount of the judgment?

FOR CURRENT OR PRIOR EMPLOYMENT:

Specific agency or department where you were or are employed: _____

Specific period of prior or present employment related to your claim: _____

Last four digits of your social security number: _____

*[continues in the back]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Nature of your employment claim:

□ Retirement

□ Unpaid Wages

□ Sick Days

□ Vacation

□ Union Grievance

□ Pending or closed legal action

□ Other: _____

_____

The amount of your claim: _____

To the extent you have documentation to support your claim, please include such documents with your response.

**If your action relates to a pending or closed legal action, indicate all the information and documentation requested in the section "FOR A LEGAL ACTION" above.***

FOR OTHER TYPES OF CLAIMS:

Describe the basis for your claim:   *Damages and Harm, IDEA Federal Act and State Law 51-1996*

_____

The amount of your claim:  *$150,000.00 per claimant*_____

*To the extent you have documentation to support your claim, please include such documents with your response.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**ROSA LYDIA VÉLEZ ET AL**
Plaintiff
v.
**DEPARTMENT OF EDUCATION
ET AL**
Defendants

CIVIL No.: **K PE1980-1738 (805)**

SUBJECT:

**CLASSIC INJUNCTION
DAMAGES
SPECIAL EDUCATION CASE**

**CLAIM**

DAMAGES PHASE ROSA LYDIA VÉLEZ v. DEPR

**To the Special Commissioner:**
**Mr. Carlos Rivera Martínez**
**Commissioner**
PO Box 1713 Caguas,
Puerto Rico 00726-1713
E-mail: comisionado.ed.especial@gmail.com

**Name of special education child or youth:**
ARMANDO SANGENIS VELAZQUEZ WILSON

**Registration number (if known):**
3352

**Student Information System (SIE) Number:**
8036

**Date of Birth:**
-2000

**Name of School:**
PADRE RUFO FERNANDEZ BAYAMON
Bayamon

**Mother:**
STEPHANIE H. WILSON CRESPO

**Father:**
ARMANDO VELAZQUEZ ALLENDE

**Guardian:**
Mother

**Caregiver:**
Mother

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Relationship of Caregiver**
MOTHER

**Address:**
CALLE 21X14 URB. MAGNOLIA GARDENS BAYAMON

**Address 2:**
SAME

**Municipality:**
Bayamon

**State/Country:**
Puerto Rico

**Zip Code:**
00956

**Telephone:**
(787) 9068992

**Fax:**
(787) 3804971

**Email:**
WILSONSTEPHANIE62@gmail.com

**Brief Summary:**
MY SON HAS NOT RECEIVED SPECIAL EDUCATION THERAPY FOR TWO YEARS SINCE HE MOVED FROM THE OTHER SCHOOL. THEY DENIED HIM THE HEARING TEST BECAUSE THEY WOULDN'T PAY FOR IT. HE IS SEEN AT APS, TAKING MEDICATION FOR HIS CONDITION. HE IS UNDER THE CARE OF A PSYCHOLOGIST AND PSYCHIATRIST. HE IS HYPERACTIVE AND AGGRESSIVE. HE HAS FAILED TWICE. SINCE VERY YOUNG HE HAS BEEN IN EARLY INTERVENTION AND TREATMENTS. EVERY THERAPY ASSESSMENT TAKES MORE THAN A YEAR. HIS ASSESSMENTS HAVE TAKEN TOO LONG. HE HAS BEEN AT A PSYCHIATRIC HOSPITAL DUE TO HIS AGGRESSION.

**Diagnosis**
Emotional Disturbances
Hearing Impaired
Speech and Language Issues
Specific Learning Disability

**Educational services not provided:**
Reassessment

**Therapies (not received)**
Occupational

TAKES MEDICATION AT APS. DEPRESSION, HYPERACTIVITY, COMPULSIVENESS/

Financial losses

Special Education Children and Youth

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Submission Date        10-27-2016 12:15:25

## COMMONWEALTH OF PUERTO RICO
## TRIAL COURT
## SUPERIOR COURT OF SAN JUAN

| | |
|---|---|
| ROSA LYDIA VÉLEZ ET AL<br>Plaintiff<br>v.<br>DEPARTMENT OF EDUCATION<br>ET AL<br>Defendants | CIVIL No.: K PE1980-1738 (805)<br><br>SUBJECT:<br><br>CLASSIC INJUNCTION<br>DAMAGES<br>SPECIAL EDUCATION CASE |

### CLAIM
DAMAGES PHASE ROSA LYDIA VÉLEZ v. DEPR

**To the Special Commissioner:**
**Mr. Carlos Rivera Martínez**
**Commissioner**
PO Box 1713
Caguas, Puerto Rico 00726-1713
E-mail: comisionado.ed.especial@gmail.com

1. Name
**Name of special education child or youth:**        HADASSALIZ VELAZQUEZ WILSON

**Registration number:**        █8013

**Student Information System (SIE) Number:**        █3098

2. Date of Birth

**Date of Birth**        █-2001

**Name of School**        PADRE RUFO FERNANDEZ BAYAMON

**Municipality**        Bayamon

3. Other Claimants

Full name of mother, father, guardian or Caregiver who are also claimants:

**Mother**        STEPHANIE H. WILSON CRESPO

**Father**        ARMANDO VELAZQUEZ ALLENDE

**Guardian**        MOTHER

**Caregiver**        MOTHER

**Relationship of Caregiver**        MOTHER

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| **Address** | CALLE 21 X 14 URB. MAGNOLIA GARDENS BAYAMON PR |
| **Address 2** | SAME |
| **Municipality** | Bayamón |
| **State/Country** | Puerto Rico |
| **Zip Code** | 00956 |
| **Telephone** | (787) 9068992 |
| **Fax** | (787) 3804971 |
| **Email** | WILSONSTEPHANIE62@gmail.com |

5. Brief Summary

Brief summary of the child's or youth's condition, including diagnosis and direct or related special education services that have not been or are not being provided.

| **Brief Summary** | MY DAUGHTER HAS NOT RECEIVED THERAPY FOR TWO YEARS SINCE SHE MOVED FROM THE OTHER SCHOOL. THE PAPERWORK WAS PROCESSED OVER A YEAR AGO. SHE HAS BEEN IN EARLY INTERVENTION SINCE VERY YOUNG DUE TO HER CONDITION (SHE HAD AUTISTIC FEATURES). SHE IS CURRENTLY UNDER THE CARE OF A PSYCHOLOGIST AND PSYCHIATRIST AT APS AND TAKES MEDICATION. SHE FAILED THREE TIMES. SHE HAD NO SPECIAL EDUCATION TEACHER AT SCHOOL. |
| **Diagnosis** | Emotional Disturbances |
| **Educational services not provided:** | Assessment |
| **Therapies (not received)** | Speech and language Psychological Occupational Other |

6. Damages claimed…

Damages claimed on behalf of the special education child or youth, as well as damages to the father, mother, guardian, or Caregiver. You must specify the damages suffered by each claimant. Select and specify.

Claimants (you may select more than one)

> Special Education Children and Youth
> Mother
> Caregiver / Guardian

---

> Physical Damages

Specify    FAILED THREE YEARS. THEY DID NOT WANT TO ADMINISTER PLACEMENT TESTS.

> Mental and/or emotional distress

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Specify | TAKES MEDICATION AT APS. DEPRESSION, HYPERACTIVITY, COMPULSIVENESS |
|---|---|
| Select all that apply | Economic losses |
| Learning Damages: | Delayed graduation date<br>Learning delays |
| Expenses: | Transportation expenses. |

## 7. Identify your representation

**Identify your legal representation (Choose an alternative)**   The class representatives in the injunctive phase are authorized to represent us in the damages phase.

**Any requests that (1) are postmarked (if mailed via postal service) or dated (if sent via email) after October 31, 2016, and/or (2) fail to contain all the information requested herein, shall not be accepted for inclusion into the damages claim.**

**Your claim will be sent to the email address of the Special Commissioner, Mr. Carlos Rivera Martínez. By submitting the form, you will also receive a confirmation sent to your email address (if included), and a PDF file of the form received.**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Submission Date      10-27-2016 11:52:24

**COMMONWEALTH OF PUERTO RICO**
**TRIAL COURT**
**SUPERIOR COURT OF SAN JUAN**

| | |
|---|---|
| ROSA LYDIA VÉLEZ ET AL<br>Plaintiff<br>v.<br>DEPARTMENT OF EDUCATION<br>ET AL<br>Defendants | CIVIL No.: K PE1980-1738 (805)<br><br>SUBJECT:<br><br>CLASSIC INJUNCTION<br>DAMAGES<br>SPECIAL EDUCATION CASE |

**CLAIM**
DAMAGES PHASE ROSA LYDIA VÉLEZ v. DEPR

**To the Special Commissioner:**
**Mr. Carlos Rivera Martínez**
**Commissioner**
PO Box 1713
Caguas, Puerto Rico 00726-1713
E-mail: comisionado.ed.especial@gmail.com

1. Name
**Name of special education child or youth:**      ARMANDO SANGENIS VELAZQUEZ WILSON

**Registration number:**      ███3352

**Student Information System (SIE) Number:**      ███8036

2. Date of Birth

**Date of Birth**      ███-2000

**Name of School**      PADRE RUFO FERNANDEZ BAYAMON

**Municipality**      Bayamon

3. Other Claimants

Full name of mother, father, guardian or Caregiver who are also claimants:

**Mother**      STEPHANIE H. WILSON CRESPO

**Father**      ARMANDO VELAZQUEZ ALLENDE

**Guardian**      MOTHER

**Caregiver**      MOTHER

**Relationship of Caregiver**      MOTHER

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| **Address** | CALLE 21 X 14 URB. MAGNOLIA GARDENS BAYAMON |
| **Address 2** | SAME |
| **Municipality** | Bayamon |
| **State/Country** | Puerto Rico |
| **Zip Code** | 00956 |
| **Telephone** | (787) 9068992 |
| **Fax** | (787) 3804971 |
| **Email** | WILSONSTEPHANIE62@gmail.com |

5. Brief Summary

Brief summary of the child's or youth's condition, including diagnosis and direct or related special education services that have not been or are not being provided.

| | |
|---|---|
| **Brief Summary** | MY SON HAS NOT RECEIVED SPECIAL EDUCATION THERAPY FOR TWO YEARS SINCE HE MOVED FROM THE OTHER SCHOOL. THEY DENIED HIM THE HEARING TEST BECAUSE THEY WOULDN'T PAY FOR IT. HE IS SEEN AT APS, TAKING MEDICATION FOR HIS CONDITION. HE IS UNDER THE CARE OF A PSYCHOLOGIST AND PSYCHIATRIST. HE IS HYPERACTIVE AND AGGRESSIVE. HE HAS FAILED TWICE. SINCE VERY YOUNG HE HAS BEEN IN EARLY INTERVENTION AND TREATMENTS. EVERY THERAPY ASSESSMENT TAKES MORE THAN A YEAR. HIS ASSESSMENTS HAVE TAKEN TOO LONG. HE HAS BEEN AT A PSYCHIATRIC HOSPITAL DUE TO HIS AGGRESSIVENESS. |
| **Diagnosis** | Emotional Disturbances<br>Hearing Impaired<br>Speech and Language Issues<br>Specific Learning Disability |

**Educational services not provided:**  Reassessment

| | |
|---|---|
| **Therapies (not received)** | Occupational |

6. Damages claimed…

Damages claimed on behalf of the special education child or youth, as well as damages to the father, mother, guardian, or Caregiver. You must specify the damages suffered by each claimant. Select and specify.

Claimants (you may select more than one)

> Special Education Children and Youth
> Mother
> Caregiver / Guardian

---

> Physical Damages

| | |
|---|---|
| Specify | FAILED TWICE |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Select all that apply          Economic losses

Learning Damages:             Delayed graduation date
                              Academic delay
                              Learning delays

Expenses:                     Transportation expenses.


7. Identify your representation

**Identify your legal representation**   The class representatives in the injunctive phase are authorized to
**(Choose an alternative)**              represent us in the damages phase.

**Any requests that (1) are postmarked (if mailed via postal service) or dated (if sent via email) after October 31, 2016, and/or (2) fail to contain all the information requested herein, shall not be accepted for inclusion into the damages claim.**

**Your claim will be sent to the email address of the Special Commissioner, Mr. Carlos Rivera Martínez. By submitting the form, you will also receive a confirmation sent to your email address (if included), and a PDF file of the form received.**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| **ROSA LYDIA VÉLEZ ET AL**<br>Plaintiff<br>v.<br>**DEPARTMENT OF EDUCATION**<br>**ET AL**<br>Defendants | CIVIL No.: **K PE1980-1738 (805)**<br><br>SUBJECT:<br><br>**CLASSIC INJUNCTION**<br>**DAMAGES**<br>**SPECIAL EDUCATION CASE** |

**CLAIM**

DAMAGES PHASE ROSA LYDIA VÉLEZ v. DEPR

**To the Special Commissioner:**
**Mr. Carlos Rivera Martínez**
**Commissioner**
PO Box 1713 Caguas,
Puerto Rico 00726-1713
E-mail: comisionado.ed.especial@gmail.com

**Name of special education child or youth:**
HADASSALIZ VELAZQUEZ WILSON

**Registration number (if known):**
8013

**Student Information System (SIE) Number:**
3098

**Date of Birth:**
-2001

**Name of School:**
PADRE RUFO FERNANDEZ BAYAMON
Bayamón

**Mother:**
STEPHANIE H. WILSON CRESPO

**Father:**
ARMANDO VELAZQUEZ ALLENDE

**Guardian:**
MOTHER

**Caregiver:**
MOTHER

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Relationship of Caregiver**
MOTHER

**Address:**
CALLE 21 X14 URB. MAGNOLIA GARDENS BAYAMON PR

**Address 2:**
SAME

**Municipality:**
Bayamón

**State/Country:**
Puerto Rico

**Zip Code:**
00956

**Telephone:**
(787) 9068992

**Fax:**
(787) 3804971

**Email:**
WILSONSTEPHANIE62@gmail.com

**Brief Summary:**
MY DAUGHTER HAS NOT RECEIVED THERAPY FOR TWO YEARS SINCE SHE MOVED FROM THE OTHER SCHOOL. THE PAPERWORK WAS PROCESSED OVER A YEAR AGO. SHE HAS BEEN IN EARLY INTERVENTION SINCE VERY YOUNG DUE TO HER CONDITION (SHE HAD AUTISTIC FEATURES). SHE IS CURRENTLY UNDER THE CARE OF A PSYCHOLOGIST AND PSYCHIATRIST AT APS AND TAKES MEDICATION. SHE FAILED THREE TIMES. SHE HAD NO SPECIAL EDUCATION TEACHER AT SCHOOL.

**Diagnosis**
Emotional Disturbances

**Educational services not provided:**
Assessment

**Therapies (not received)**
Speech and Language
Psychological
Occupational
Others

TAKES MEDICATION AT APS

Economic losses

Special Education Children and Youth
Mother
Caregiver / Guardian

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Select all that apply**

**Learning Damages:**

Delayed graduation date
Academic delay
Learning delays


**Expenses:**

Transportation expenses.


**Identify your legal representation (Choose an alternative)**
The class representatives in the injunctive phase are authorized to represent us in the damages phase.

**Other legal representation**


**Confirmation Number:**

353394125281606364

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Mother
Caregiver / Guardian

**Select all that apply**

**Learning Damages:**

Delayed graduation date
Learning delays

**Expenses:**

Transportation expenses.


**Identify your legal representation (Choose an alternative)**
The class representatives in the injunctive phase are authorized to represent us in the damages phase.

**Other legal representation**


**Confirmation Number:**

353392744281841651

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*15/DECEMBER/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11211

**TRANSLATOR'S CERTIFICATE OF TRANSLATION**

Translation from: Spanish (Puerto Rico) into English (US)

TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 87771 DN 17385**

Signed this 15th day of December, 2021

_____

Andreea I. Boscor

Verify at www.atanet.org/verify

