# EXHIBIT 29



[handwritten:] *New evidence is attached as requested in Amended Official Form 410:*

1. *Memorandum, June 8, 2001*

   *Pierre E. Vivoni, Superintendent*

2. *Calculations*

3. *List of Structure that shall apply for the Police of Puerto Rico beginning on June 1, 2002*

   *(see page 3)*

   *Office Systems Assistant I, II, III*

4. *August 3, 2015 Letter from Mr. Pedro Toledo*

   *Signed by: Ramón Ortega Rodríguez CPA*

   *Assistant Superintendent*

5. *Letter AP-31-1-613, October 21, 2005*

   *Review of Position No. 9505*

   *(See paragraph No. 3)*

   *Requesting review of monthly salary*

   *I did not receive a reply.*

                              [signature]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19792-29   Filed:01/17/22   Entered:01/17/22 14:35:28   Desc:
Exhibit 29   Page 3 of 48
Case:17-03283-LTS   Doc#:17406   Filed: 07/19/21   Entered: 07/19/21 10:20:39   Desc:
Exhibit   Page 1 of 45
Case:17-03283-LTS   Doc#:17406-1   Filed:07/19/21   Entered:07/19/21 10:20:39   Desc:
Exhibit   Page 1 of 45

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL
DISTRITO DE PUERTO RICO

| Fill in this information to identify the case (Select only one Debtor per claim form). / Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación). | | |
|---|---|---|
| ☒ Commonwealth of Puerto Rico<br>El Estado Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA)<br>La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority<br>La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico<br>El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority<br>La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |



Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|
| 1. Who is the current creditor?<br><br>¿Quién es el acreedor actual? | _Zulma L Cruz Lizang_<br>Name of the current creditor (the person or entity to be paid for this claim) / Nombre el acreedor actual (la persona o la entidad a la que se le pagará la reclamación)<br><br>Other names the creditor used with the debtor<br>Otros nombres que el acreedor usó con el deudor _____ |

Modified Official Form 410                          Proof of Claim                          page 1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19792-29   Filed:01/17/22   Entered:01/17/22 14:35:28   Desc:
Exhibit 29   Page 4 of 48
Case:17-03283-LTS   Doc#:17406   Filed: 07/19/21   Entered: 07/19/21 10:20:39   Desc:
Exhibit   Page 2 of 45
Case:17-03283-LTS   Doc#:17406-1   Filed:07/19/21   Entered:07/19/21 10:20:39   Desc:
Exhibit   Page 2 of 45

**2. Has this claim been acquired from someone else?**

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom?
Sí. ¿De quién? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

_Zulma I. Cruz Irizarry_
Name / Nombre

_P. O. Box 800598_
Number / Número   Street / Calle

_Coto Laurel P.R. 00780_
City / Ciudad   State / Estado   ZIP Code / Código postal

_1-939-222-9950_
Contact phone / Teléfono de contacto

_zulmacruz619@gmail.com_
Contact email / Correo electrónico de contacto

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Name / Nombre

Number / Número   Street / Calle

City / Ciudad   State / Estado   ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4. Does this claim amend one already filed?**

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☐ No / No
☑ Yes. Claim number on court claims registry (if known) _102255_
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo)
Filed on / Presentada el _06/27/2018_ (MM /DD/YYYY) / (DD/MM/AAAA)

**5. Do you know if anyone else has filed a proof of claim for this claim?**

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☑ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

**Part 2 / Parte 2:**   **Give Information About the Claim as of the Petition Date**
**Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso.**

**6. Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?**

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☑ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

**7. Do you supply goods and / or services to the government?**

¿Proporciona bienes y / o servicios al gobierno?

☑ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017  $ _____

Modified Official Form 410                     Proof of Claim                                    page 2

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

Case:17-03283-LTS   Doc#:19792-29   Filed:01/17/22   Entered:01/17/22 14:35:28   Desc:
Exhibit 29   Page 5 of 48
Case:17-03283-LTS   Doc#:17406   Filed: 07/19/21   Entered: 07/19/21 10:20:39   Desc:
Exhibit   Page 3 of 45
Case:17-03283-LTS   Doc#:17406-1   Filed:07/19/21   Entered:07/19/21 10:20:39   Desc:
Exhibit   Page 3 of 45

| | |
|---|---|
| **8. How much is the claim?**<br><br>¿Cuál es el importe de la reclamación? | $ *105,600.00*   **Does this amount include interest or other charges?**<br>¿Este importe incluye intereses u otros cargos?<br>☑ No / No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).<br>Sí. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A). |
| **9. What is the basis of the claim?**<br><br>¿Cuál es el fundamento de la reclamación? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Por ejemplo: Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica. |

| | |
|---|---|
| **10. Is all or part of the claim secured?**<br><br>¿La reclamación está garantizada de manera total o parcial? | ☐ No / No<br>☑ Yes. The claim is secured by a lien on property.<br>Sí. La reclamación está garantizada por un derecho de retención sobre un bien.<br><br>**Nature of property / Naturaleza del bien:**<br>☐ Motor vehicle / Vehículos<br><br>☐ Other. Describe:<br>Otro. Describir: _____<br><br>**Basis for perfection / Fundamento de la realización de pasos adicionales:** _____<br>_____<br><br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br>Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)<br><br>**Value of property / Valor del bien:** $_____<br><br>**Amount of the claim that is secured /**<br>Importe de la reclamación que está garantizado: $_____<br><br>**Amount of the claim that is unsecured /**<br>Importe de la reclamación que no está garantizado: $_____<br>(The sum of the secured and unsecured amounts should match the amount in line 7.)<br>(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)<br><br>**Amount necessary to cure any default as of the Petition Date /**<br>Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____<br><br>**Annual Interest Rate** (on the Petition Date)<br>Tasa de interés anual (cuando se presentó el caso)_____%<br>☐ Fixed / Fija<br>☐ Variable / Variable |
| **11. Is this claim based on a lease?**<br><br>¿Esta reclamación está basada en un arrendamiento? | ☑ No / No<br><br>☐ Yes. Amount necessary to cure any default as of the Petition Date.<br>Sí. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso $ _____ |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19792-29   Filed:01/17/22   Entered:01/17/22 14:35:28   Desc:
Exhibit 29   Page 6 of 48
Case:17-03283-LTS   Doc#:17406   Filed: 07/19/21   Entered: 07/19/21 10:20:39   Desc:
Exhibit   Page 4 of 45
Case:17-03283-LTS   Doc#:17406-1   Filed:07/19/21   Entered:07/19/21 10:20:39   Desc:
Exhibit   Page 4 of 45

| 12. Is this claim subject to a right of setoff?<br><br>¿La reclamación está sujeta a un derecho de compensación? | ☐ No / No<br><br>☐ Yes. Identify the property /<br>Sí. Identifique el bien: _____ |
|---|---|
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?<br><br>¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.? | ☐ No / No<br><br>☐ Yes. Indicate the amount of your claim arising from the value of any goods received          $ _____<br>by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of such debtor's business. Attach documentation supporting such claim.<br><br>Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en el que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación. |

**Part 3 / Parte 3:**

**Sign Below / Firmar a continuación**

| The person completing this proof of claim must sign and date it. FRBP 9011(b).<br><br>If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.<br><br>La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).<br><br>Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma. | *Check the appropriate box / Marque la casilla correspondiente:*<br><br>☒ I am the creditor. / Soy el acreedor.<br>☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.<br>☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.<br>☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.<br><br>I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>Comprendo que una firma autorizada en esta *Evidencia de reclamación* se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda.<br><br>I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.<br><br>He leído la información en esta *Evidencia de reclamación* y tengo motivos razonables para suponer que la información es verdadera y correcta.<br><br>I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.<br><br>Executed on date / Ejecutado el _____ (MM/DD/YYYY) / (DD/MM/AAAA)<br><br>Signature / Firma _____<br><br>**Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:**<br><br>Name _____<br>      First name / Primer nombre    Middle name / Segundo nombre    Last name / Apellido<br><br>Title / Cargo _____<br><br>Company / Compañía _____<br>    Identify the corporate servicer as the company if the authorized agent is a servicer.<br>    Identifique al recaudador corporativo como la compañía si el agente autorizado es un recaudador.<br><br>Address / Dirección _____<br>    Number / Número    Street / Calle<br><br>    City / Ciudad    State / Estado    ZIP Code / Código postal<br><br>Contact phone / Teléfono de contacto_____ Email / Correo electrónico_____ |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Epiq Bankruptcy Solutions, LLC
PO Box 4470
Beaverton, OR 97076

Address Service Requested

**Legal Documents Enclosed –**
Please direct to the attention
of the Addressee,
Legal Department or President.

PR2 POC 2-26-2018 (MERGE2,TXNUM2)
000 0007041 00000000 0001 0005 01409 INS: 0 0
****4000027778****BAR(23) MAIL ID *** 000125618912 ***

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E – Pension Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E – Obligaciones de Pensión como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohíbra por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

PLEASE SEND COMPLETED PROOF(S) OF CLAIM SO AS TO BE ACTUALLY RECEIVED ON OR BEFORE THE APPLICABLE BAR DATE:

**General Bar Date:** May 29, 2018 at 4:00 p.m., Atlantic Standard Time
Please send completed Proof(s) to Claim to:

If by first class mail:
Commonwealth of Puerto Rico
Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, PO Box 4708
New York, NY 10163-4708

If by overnight courier or hand delivery/Para enviar po por mensajería o entrega al siguiente día:

Refer to "Section 6 – Where and How to File" in the enclosed notice for additional locations in the Commonwealth accepting hand delivery of completed proof of claim forms.

Consulte la "Sección 6: Para ver dónde y cómo presentar su formulario" del aviso adjunto. Habran varias ubicaciones en el Commonwealth donde se aceptará la entrega de estos formularios de prueba de reclamo completados.

If you have questions about this notice, please call (844) 822-9231 (US toll free), (646) 486-7944, (International), email PuertoRicoInfo@primeclerk.com, or visit https://cases.primeclerk.com/puertorico

Si tiene preguntas acerca de este aviso, llame al (844) 822-9231 (local), (646) 486-7944 (internacional), envie un correo electrónico a PuertoRicoInfo@PrimeClerk.com, o visite https://cases.primeclerk.com /puertorico

You may also submit your claim electronically by visiting https://cases.primeclerk.com/puertorico/EPOC-Index

También puede enviar su reclamo electrónicamente visitando http://cases.primeclerk.com/puertorico/EPOC-Index

EPOC ID: 170356600084792
U0501 v.01 02.15.2018

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case:17-03283-LTS   Doc#:19792-29   Filed:01/17/22   Entered:01/17/22 14:35:28   Desc:
Exhibit 29   Page 8 of 48
Case:17-03283-LTS   Doc#:17406   Filed: 07/19/21   Entered: 07/19/21 10:20:39   Desc:
Exhibit   Page 6 of 45
Case:17-03283-LTS   Doc#:17406-1   Filed:07/19/21   Entered:07/19/21 10:20:39   Desc:
Exhibit   Page 6 of 45

Commonwealth of Puerto Rico                    June 27, 2018
Claims Processing Center
c/o Prime Clerk, LLC
850 Third Avenue, Suit 412
Brooklyn, N.Y. 11232

To whom it may concern:

Accompany documents to be evaluated
for the Epiq Bankruptcy Solutions, LLC.

They are some to prove of the
salaries that are not paying
correctly, in the Agency of Police
Department and we appreciate to
this evaluation and pay for
the justice salaries and pension
that we have correctly.

Thanks for the attention
of this claims from (410).

_Zulma & Cruz Irizarry_
R.

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

COMMONWEALTH OF PUERTO RICO
POLICE OF PUERTO RICO   [seal:] POLICE OF PUERTO RICO

September 5, 2000

SEND ALL
OFFICIAL CORRESPONDENCE
TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

HEADQUARTERS
Phone 793 1234

All Civilian Personnel

[signature]
**Mr. Pedro A. Toledo**
Superintendent

**CLASSIFICATION AND COMPENSATION PLAN**

On December 12, 1997, the Police of Puerto Rico hired the technical advisory services of the Central Labor Advisory and Human Resources Administration Office (OCALARH), in order to conduct a study of occupied and vacant positions at our Agency, and to develop new Position Classification and Compensation Plans for both Career service and Public Trust employees.

After conducting the corresponding study, OCALARH submitted the new Classification Plan for our consideration. Consistent with OCALARH recommendations, the Fiscal Affairs Department, in coordination with the Human Resources Department, conducted a budget analysis and evaluated various fiscal alternatives. These were discussed with the Management and Budget Office, which authorized implementation of the results of the aforementioned study in stages.

The first stage will take effect on September 7, 2000, and it will begin with the adoption of the first phase of the new pay structures to be developed for both services. As a result of the implementation of the first stage, each employee will receive a pay raise of $150.00 per month. In the remaining upcoming stages, wages will be increased until they reach the corresponding amount based on the adjustment to projected wage.

[seal:] POLICE OF PUERTO RICO
[illegible]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Wages Increased for Police Civilian Workers*

By Tomás de Jesús Mangual Editor – EL VOCERO

Police Superintendent Pedro Toledo Dávila announced Friday that the more than two thousand police civilian workers will begin to receive a $300 monthly raise in their paychecks retroactively to September 7. Toledo Dávila expressed this minutes before inaugurating the agency's first mobile command center together with Miguel A. Santino, executive director of the State Emergency Management Agency.

Regarding the pay raises for civilian employees of the Police, Toledo Dávila claimed to have some $4 million given by the Budget Office to honor these raises, which according to him would result in these employees' pay being raised to over $842.00 per month.

The civilian employees of the Police have historically been the worst paid among all government agencies, and the raises were announced after these employees make the decision to unionize to demand pay raises and better working conditions, like those that their colleagues, i.e., police officers, currently enjoy.

As Toledo Dávila explained to several hundred civilian employees that met with him in the auditorium of the Police Headquarters, they will being to be receive the pay raise in their next paychecks in the amount of $150 twice monthly.

The Superintendent finished by saying, "[W]e are expecting OCAP to give us a $12 million loan to implement among civilian employees the classification plan that will result in larger pay raises", while offering the "good news" to these employees on Friday.

**The mobile AEMEAD center**

Regarding the inauguration of the first mobile AEMEAD center, this took place in the parking area of the Police Headquarters in Hato Rey. The Command Post, as the unit was named, measures 38 feet long, as three air conditioners, one photocopier, one fax machine with cellular communication, and one 15-foot 3,000-watt lighting tower.

In addition, it includes communications

equipment that allows modulation with all security and public safety agencies, eight stations to install and operate the same number of laptop computers, apart from the fact that the unit can operate in any weather conditions. The Command Post will be used as an center for public education, as it will be brought to different points on the island to explain to the community and work and function of this government agency.

[*photograph*]

[*unrelated newspaper notice, partially truncated*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[photograph]

# Raise for Civilian Employees of the Police

[unrelated advertisement]

**By Carmen E. Torres**
El Nuevo Día

Civilian employees of the Police received a pay raise of $150 per month which, while gladly received by the workers, turned out to be less than they expected.

At a meeting he called last Friday with civilian employees, Superintendent Pedro Toledo announced implementation of the first stage of the compensation plan, whereby some 2,200 civil employees will receive the pay raise.

Toledo indicated that he signed the order authorizing the raise last Thursday September 7, just before the election period restrictions took effect.

For all civilian employees, the minimum raise will be $300 per month, but given the lack of funds to cover the entire pay raise, the administration of the Police opted to divide the raises into various steps.

In the first stage of the pay raises, $4 million were set aside from the general police budget for these payments, Toledo said.

However, that figure is just one-third of the $12 million needed to fully implement the compensation plan for civilian employees.

**The head of the Police opted to divide the pay raise into various stages**

Last week, Toledo had explained to the press that he was in talks with the Budget and Management Office in order to allocate the $12 million, but that in the event they did not allocate the full amount, he would have to separate the raises into stages. That was precisely

what occurred.

Toledo said that the next stages of the raises would take approximately five months. However, he hinted that it would be the next administration that will have to authorize the next increases.

With the raise announced by Toledo, civilian Police employees will not qualify this year to receive a $100 pay raise included in the platform of Governor Pedro Rosselló for all public employees, Lieutenant Coronel José Ramos, an assistant to the Superintendent, explained.

Toledo explained that only part of the compensation plan took effect, and not the position classification plan, which will remain under review by the General Labor Administration and Human Resources Office.

Civilian employees have been demanding for the past two years that the classification and compensation plan take effect. They accused Toledo of dragging his feet in adopting the plan.

## Pedestrian dies in Coamo

**By Mario Santana**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
POLICE OF PUERTO RICO

[seal:] POLICE OF
PUERTO RICO

SEND ALL
OFFICIAL CORRESPONDENCE
TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166
Phone 793 1234

February 27, 2002-02-27

TO ALL CIVILIAN PERSONNEL          [signatures and initials]
[handwritten:] *2/27/02*

[signature]

**Mr. Miguel Pereira**
Superintendent

SUBJECT: JOB CLASSIFICATION AND COMPENSATION PLAN IMPLEMENTATION

The purpose of this letter is to clarify the last paragraph of the third (3rd) page of to the letter informing all civilian employees of the effect of the implementation of the Position Classification and Compensation Plans, in the positions they hold, as well as on their salary.

If your position is included within the appropriate unit, you may use the process for **Complaints, Grievances and Arbitration**, as established in the Collective Agreement of the civilian employees of the Police of Puerto Rico, within a period of **15 working days** from notice of the administrative review. On the other hand, if your position is excluded from the appropriate unit, you may appeal to the **Personnel Administration System Appeals Board** (JASAP, in Spanish), as indicated in the aforementioned letter.

[handwritten:] *3:30 PM*

[ink stamp:] 28 FEB 2002

[handwritten:] *Purchasing*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMPLAINT FORM**
**COMPLAINTS, GRIEVANCES AND ARBITRATION PROCEDURE**
**POLICE OF PUERTO RICO**
**AND**
**ORGANIZED CIVILIAN EMPLOYEES (E.C.O.) UNION**

To be used in Police Areas, University Colleges, and Headquarters

| | |
|---|---|
| [handwritten:] *Zulma I. Cruz Irizarry*<br><br>COMPLAINANT<br><br>VS.<br><br>__Police of Puerto Rico__<br><br>RESPONDENT | AREA __Ponce__<br><br>DATE __August 8, 2003__<br><br>O-__2003-3-006__<br><br>SUBJECT: __Job Classification__<br><br>__and Compensation__ |

**COMPLAINT**

DATES AND FACTS THAT OCCURRED AND RESULTED IN THE COMPLAINT

1. February 27, 2002 (Implementation of Classification and Compensation)

2. March 11, 2002 (Administrative Review Request)

3. August 19, 2003 (Notification on Administrative Review)

   The latter is dated April 2, 2003, but was received on August 19, 2003.

SECTION OF THE AGREEMENT OR LEGAL PROVISION THAT WAS ALLEGEDLY VIOLATED

Art. III and IV, Art. VII Sec. 2, Art. VIII Sec. 1, Art. IX Sec. 1, Art. X Par. 2 and 3, Art. XII Number 2.3, Art. XIV Sec. 2 and 4, Art. XIX Sec. 5, Personnel Act #5, Personnel Regulations, Uniform Compensation Regulations Sec. 4.4 (3) and 4.6 Number 2.3, 5.6, and 8, Sec. 4.8, Art. 2 Sec. 1 and 2 and Art. 9 Personnel Regulations; Merit Principle Sec. 6 (1), (2), (3), and (4), and Art. 4, Personnel Act.

REMEDY REQUESTED BY THE EMPLOYEE OR UNION

1. I request an EMERGENCY AUDIT, that my position be audited and my classification and compensation be corrected, so that my position be recognized at a higher scale and classification; that it be consistent with the level of complexity and responsibility of the job that I do, because of the higher hierarchical level. That this be retroactive. 2. That the Adm. Asst. I classification be voided and that I be included in the [handwritten:] *Office Systems Asst. III* level. 3. The audit that I am requesting was already requested by the Union and the Human Resources Department in March 2003 from the Union.

[ink stamp:] SEP 09 [illegible] [initials]

__September 8, 2003__                                    [signature]

DATE                                    SIGNATURE OF COMPLAINANT

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### *AUTHORIZATION AND REQUEST FOR DELIVERY*
### *PERSONAL FILE DOCUMENTS*

I, [handwritten:] *Zulma I. Cruz Irizarry*, Social Security No. [handwritten:] *2556*, employee of the Police of Puerto Rico and/or Safety Commission of the [handwritten:] *Ponce* area hereby request, in accordance with Section 1348 of the Personnel Act, that I be provided with a copy of my appointment and all OP-15s that are in my <u>Personnel File</u>, and any other document that may shed light on the pay raises that I was given during my employment.

I thank you for your prompt attention to my request.

On _____ of _____ of 200

*[signature]*

EMPLOYEE SIGNATURE

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### PROFESSIONAL SERVICES CONTRACT
### POLICE OF PUERTO RICO EMPLOYEES

I, [handwritten:] Zulma I. Cruz Irizarry             hereby hire Mrs. Ivonne González Morales and Mrs. Adela L. Torruella, to represent me in my salary and COMPENSATION SCALES claim in the Trial Court of Puerto Rico. I understand that the fees will be contingent on the success of my claim, whether by settlement and/or judgment, at a rate of 25% of the sum I receive. I am issuing an advance of $20.00 dollars for expenses in filing the claim and investigation. I am attaching the amount of $   to the contract.

In [handwritten:] Ponce    , Puerto Rico, today, the     of        of

[signature]

Legal Representative                                  Signature of the Employee

### EMPLOYEE'S PERSONAL INFORMATION

1. Name: [handwritten:] **Zulma I. Cruz Irizarry**
2. Mailing Address: [handwritten:] **PO Box 800598 Coto Laurel PR 00780**
3. Social Security: [redacted] [handwritten:] **2556**        Phone **(989) 222-9950**
4. Division or Office where you work: [handwritten:] **Juana Diaz Dept.**
5. Town where you work: [handwritten:] **Ponce**
6. Date when you started working at the Police of PR [handwritten:] **February 13, 1981**
7. Position you are officially appointed to. Indicate level of position (I, II, **III**, etc.) and date of appointment: [handwritten:] **January 1, 2002**
8. If you are performing other functions that are not those of your position, explain (for example, acting position, administrative assignment, staff shortage):
Date you started     of        of
9. Monthly salary that you receive:
10. Do you receive any differential wage? YES _____ NO **X** Amount

11. Level of education: [handwritten:] **Bachelor's – Management**
12. Have you ever received merit-based and/or service-based steps? YES _____ NO **X** How many steps?
13. Have steps that you had ever been eliminated? Explain
14. What is your daily work schedule (7 ½ or 8 hours)
15. Do you have any claim for overtime pay? YES _____ NO __ _     Amount:      Number of hours:
16. Do you receive fixed per diem allowances? YES _____ NO **X** Date you started to receive them
           Are you owed allowances?         Amount             and provide evidence
17. Within a reasonable period of time, provide your Legal Counsel with copies of the OP-15 forms, Special Change Report, pay raises received by you, and bimonthly pay stubs for the period of your claim.

Certified to be a correct and true translation from the source text in Spanish to the target language English.
17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

BEFORE THE BOARD OF APPEALS OF THE PERSONNEL
ADMINISTRATION SYSTEM

DELFINA LOPEZ ROSARIO ET AL.

    Appellants                   CASE No.: T-01-10-372

         v.

POLICE OF PUERTO RICO ET AL.

    Appellees

**PETITION FOR JOINDER IN APPEAL**

I, [handwritten:] _Zulma I. Cruz Irizarry_, civilian employee of the Police of Puerto Rico, hereby petition the Honorable Appeals Board of the Personnel Administration System to authorize the joinder of my claim on violation of the Uniform Compensation Act and FLSA, due to improper withholding of wages, as I am similarly situated. To this end, I appoint Ivonne González, Esq. to represent me.

RESPECTFULLY SUBMITTED.

In            , Puerto Rico, on the     of     of 2004.

[signature]

SIGNATURE OF PETITIONER
MAILING ADDRESS AND PHONE

[handwritten:] _PO Box 800598_
_Coto Laurel PR 00780_

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

# *A U T O R I Z A T I O N*

The undersigned ___Zulma I. Cruz Irizarry___ a civilian employee of the Police Department of the Commonwealth of Puerto Rico, and/or Public Protection and Security Commission and the similarly situated of defendant employer, consents to become a party plaintiff in the present action.

_Zulma I. Cruz Irizarry_
SIGNATURE

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

### AUTHORIZATION AND REQUEST FOR DELIVERY
### PERSONAL FILE DOCUMENTS

I, [handwritten:] <u>*Zulma I. Cruz Irizarry*</u>, Social Security No. [redacted] [handwritten:] *2556*, employee of the Police of Puerto Rico and/or Safety Commission of the police area of [handwritten:] *Ponce*   hereby request, in accordance with Section 1348 of the Personnel Act, that I be provided with a copy of my appointment and all OP-15s that are in my <u>Personnel File</u>, and any other document that may shed light on the pay raises that I was given during my employment.

I thank you for your prompt attention to my request.

On _____ of                of [handwritten:] *2004*

<u>*[signature]*</u>

EMPLOYEE SIGNATURE

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| | |
|---|---|
| PO BOX 9021629 | GALLARDO BLDG |
| SAN JUAN | SUITE 306 |
| PUERTO RICO 00902-1828 | 001 RECINTO SUR ST |
| PHONE (787) 724-5323 | OLD SAN JUAN, PUERTO RICO |
| FAX (787) 724-5323 | |

*February 17, 2004*

*RE: Case: Delfina López Rosario v. Police of P.R.*

*Dear Clients:*

*After nearly 10 years since we started the wage claim against the agency where we work, we have obtained a favorable ruling in one of the cases where we put forward similar disputes. We are, therefore, calling a meeting for __all__ employees that we represent to clarify the rumors and to personally share with you the accomplishments achieved and inform you on the procedural status of your case.*

*The meeting will be on Saturday March 6, 2004 at 9:30 at the PALACIO DE LOS TRABAJADORES of the Sindicato Empleados Equipo Pesado [Heavy Equipment Operators' Union] "LOS TIGRES DE LA MONTAÑA", Highway No. 1 from Rio Piedras to Caguas, Kilometer 17.8 (near the Blue Cross building at the intersection with Avenida Las Cumbres).*

*Your attendance is important, as we have to update the information that we have on your personnel file and obtain the documents we need to request the resolution of your case.[1]*

*I want to thank you for the trust you have placed in me as an attorney to serve as an instrument to achieve wage justice for you.*

*Your attendance is important.*

*Cordially,*

*[signature]*

*Ivonne González Morales*

[initials]

---

[1] NOTE:

Bring evidence of raises received, for example, pay stubs if you have them, and the OP-15s (special salary change report, which shows all raises given during employment).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Commonwealth of Puerto Rico*

POLICE OF PUERTO RICO       [seal:] POLICE OF

June 8, 2001                            PUERTO RICO

SEND ALL
OFFICIAL CORRESPONDENCE
TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

HEADQUARTERS
Phone (787) 793 1234

**TO ALL CIVILIAN PERSONNEL
THAT FORM PART
OF THE POLICE OF PUERTO RICO**

[signature]
**PIERRE E. VIVONI**
Superintendent

**CLASSIFICATION AND COMPENSATION PLANS**

As an essential part of my role as Superintendent of the Police of Puerto Rico, I have appointed a committee that is evaluating the project of the Classification and Compensation Plans developed by the Central Labor Advisory and Human Resources Administration Office (OCALARH, in Spanish), in coordination with our Human Resources Department. As soon as this committee issues its report, we will meet with the representatives of the OCALARH in order to make the corresponding changes and adjustments to the project. Our goal is to make these plans appropriate to properly classify occupied and vacant positions. For obvious reasons, there is a need to use effective work instruments to administer the human resources of our Agency in a just manner consistent with the applicable laws and regulations.

As soon as the evaluations process and the corresponding adjustments are completed, I will inform you of everything relating to the adoption and implementation of the new Classification and Compensation Plans. This must be, of course, as soon as possible, but never sacrificing the quality of the work. We estimate that no later than July the process will be completed.

However, it is necessary to clarify the statements made recently by some sectors unrelated to our Agency in various media outlets, suggesting that the money allocated for implementation of the new plans was used to pay for overtime. This information is completely false and has the effect of creating unrest and confusion among our civilian employees. We hereby deny that version as well as other negative versions relating to this matter and we clarify that the funds allocated to the Plans will be used only for these purposes.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:]                                       1933   [illegible]   2008

Office Sys. Asst. III                                      - 1933          2012

                                                          - 1538          996

                                                        255 x 12 = 6

        Act 89 –        2018          6 $ 1938

                        1933 – 18     3   1651
        Romerazo         40

            150     2018
                    2002 x

Pay Scale           16 x 150

Auto 175 [illegible]  2018
                    2004
                    14 x 175

I      By 2002, they should have been on Scale 6, the position should have been 1933,
       they have not even received this amount as a retiree. Their current salary is 1538.

                Calculation        1933

                                   - 1538

                                   395

                                   x  12

                                   4740

                                   x  10

                                   47,400

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:]

II     *Romerazo*     –          *40 x 12 =  480*

                                              *x 6*

      *I should have received this          2,880*

      *compensation*

III    *Pay scale promised in three stages and only 2 were given. According to how much*

       *all retirees [illegible] was 300, and of the lesser they only gave 150, with 150*

       *remaining owed (2002)*

                          *150*

                          *x 12*

                          *1,800*

                          *X 16*

*Should receive     28,800*

IV    *When 175 was promised by Union in the year 2004 (14 years)*

                          *$ 175*

                          *x  12*

                          *2,100*

                          *x  14*

                          *29,400*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:]

*Page 2*

*June 19, 2018*

*8. Letter from the Administrative System Administration Board ([illegible])*

    *Case No.: T-01-10-372*

    *Delfina López Rosario et al.*

    *Appellants v. Police of P.R. et al.*

    *Appellees (Petition for Joinder in Appeal)*

*9. Professional Services Contract, Civilian Employees of the Police of P.R. (2004) authorizing the González-Arranza Firm with mention of advance payment of $[illegible] for expenses*

*10. Letter from Ivonne González Morales, Esq. advising, through the Police of P.R., that the case filed by Delfina López received a favorable ruling for the civilian employees*

*11. Letter from Mr. Pedro Toledo August 12, 2008 SADC-NRH-DCR-6-229, clarifying new salary according to pay scale study.*

*12. Contract Form for Ivonne González on improper implementation of federal minimum wage.*

*13. Administrative Review Request Form*

*14. Complaint (Form) Dates and Facts comprising the complaint, continuance of remedy requested by the employee*

*15. Notification of appointment and oath*

[handwritten:]

*Page 3*

*June 19, 2018*

*15. Letter dated February 27, 2002-6227 from Mr. Miguel Pereira, Superintendent, Subject: Implementation of Position Classification and Compensation Plan*

*16. Letter AP-28-4-151 of March 7, 2002 Subject: Request for Administrative Review Implementation of Position Classification and Compensation Plan (2 pages)*

*17. Letter from February 27, 2002 sent to María Pagán Suares and Carmen Ruiz with the same position and different salary, to be compared, received by both on February 28, 2002*

*18. Letter from Mr. Pierre Vivoni, Superintendent addressing topic of Classification and Compensation Plans, together with Administrative Review Request Form*
*a) Form OP-14 – Position Classification Questionnaire*

*19. Act setting a raise of $100.00 for public employees (3rd Ordinary Assembly)*

*20. Form Mr. Pedro Toledo from September 5, 2000 subject Classification and Compensation Plan, together with [illegible] copy in this regard.*

*21. Notice of Appointment and Oath*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:]

*Page 4*

*Comments:*

*These documents are attached for review and to assist in demonstrating that fair wages have not been in place from the year 2000 to 2018, that we were notified about some studies and that these studies were not completed. This was because of a conflict of interests in each Agency Superintendent or Head.*

*Our question is about pay raises that in all these years we have not received:*

    *a) Act 89*

    *b) Romerazo*

    *c) 175.00 promised*

    *d) 3rd pay scale*

*All of this may have a calculation between $20,000 and 25,000 dollars, for which we do not have evidence and is not reflected in the pension, which must be adjusted.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:]

*Total approximate calculation*

*$105,600*

*Should be compensated in this amount*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Commonwealth of Puerto Rico**
**POLICE OF PUERTO RICO**
**San Juan, Puerto Rico**

**SALARY STRUCTURE TO APPLY**
**TO THE POLICE OF PUERTO RICO**
**BEGINNING JANUARY 1, 2002**

**CAREER SERVICE**

| Scale No. | INTERMEDIATE STEPS | | | | | | | | | Maximum Step |
|---|---|---|---|---|---|---|---|---|---|---|
| | Minimum Step | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
| 1 | 1000 | 1045 | 1092 | 1141 | 1193 | 1246 | 1302 | 1361 | 1422 | 1486 |
| 2 | 1054 | 1101 | 1151 | 1203 | 1257 | 1313 | 1373 | 1434 | 1499 | 1566 |
| 3 | 1111 | 1161 | 1213 | 1268 | 1325 | 1384 | 1447 | 1512 | 1580 | 1651 |
| 4 | 1171 | 1224 | 1279 | 1336 | 1396 | 1459 | 1525 | 1593 | 1665 | 1740 |
| 5 | 1234 | 1290 | 1348 | 1408 | 1472 | 1538 | 1607 | 1679 | 1755 | 1834 |
| 6 | 1301 | 1359 | 1420 | 1484 | 1551 | 1621 | 1694 | 1770 | 1850 | 1933 |
| 7 | 1371 | 1433 | 1497 | 1565 | 1635 | 1709 | 1785 | 1866 | 1950 | 2037 |
| 8 | 1445 | 1510 | 1578 | 1649 | 1723 | 1801 | 1882 | 1967 | 2055 | 2147 |
| 9 | 1523 | 1592 | 1663 | 1738 | 1816 | 1898 | 1983 | 2073 | 2166 | 2263 |
| 10 | 1605 | 1678 | 1753 | 1832 | 1914 | 2001 | 2091 | 2185 | 2283 | 2386 |
| 11 | 1692 | 1768 | 1848 | 1931 | 2018 | 2109 | 2203 | 2303 | 2406 | 2515 |
| 12 | 1783 | 1864 | 1948 | 2035 | 2127 | 2222 | 2322 | 2427 | 2536 | 2650 |
| 13 | 1880 | 1964 | 2053 | 2145 | 2242 | 2342 | 2448 | 2558 | 2673 | 2793 |
| 14 | 1981 | 2070 | 2164 | 2261 | 2363 | 2469 | 2580 | 2696 | 2817 | 2944 |
| 15 | 2088 | 2182 | 2280 | 2383 | 2490 | 2602 | 2719 | 2842 | 2970 | 3103 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
POLICE OF PUERTO RICO
San Juan, Puerto Rico

First Assignment of Position Categories Included in the New Job Classification Plan adopted for the Career Service of the Police of Puerto Rico, pursuant to the provisions from Section 4.2 of the amended Public Service Personnel of Puerto Rico Act Number 5 of October 14, 1975.

In adherence to the provisions from Articles 2, 3, and 5 of the amended Uniform Compensation Act Number 89 of July 12, 1979, we have assigned the position categories included in the new Job Classification Plan adopted for the Career Service of the Police of Puerto Rico to the pay scales established to take effect beginning January 1, 2002.

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 5721 | ATTORNEY I | 8 MONTHS | 2716-4037 | 20 |
| 5722 | ATTORNEY II | 8 MONTHS | 3018-4484 | 22 |
| 5723 | ATTORNEY III | 8 MONTHS | 3652-4982 | 24 |
| 2451 | ASSISTANT DOCUMENT ADMINISTRATOR | 6 MONTHS | 1445-2147 | 8 |
| 2461 | DOCUMENT ADMINISTRATOR | 8 MONTHS | 1692-2515 | 11 |
| 2241 | OFFICE SYSTEMS ADMINISTRATOR I | 6 MONTHS | 1692-2515 | 11 |
| 2242 | OFFICE SYSTEMS ADMINISTRATOR II | 6 MONTHS | 1783-2650 | 12 |
| 2311 | BUYER AGENT | 5 MONTHS | 1371-2037 | 7 |
| 4311 | BUDGET ANALYST I | 7 MONTHS | 1605-2386 | 10 |
| 4312 | BUDGET ANALYST II | 7 MONTHS | 1783-2650 | 12 |
| 4313 | BUDGET ANALYST III | 7 MONTHS | 1981-2944 | 14 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 6211 | INFORMATION SYSTEMS ANALYST | 6 MONTHS | 2088-3101 | 15 |
| 5211 | SYSTEMS AND PROCEDURES ANALYST I | 8 MONTHS | 1605-2386 | 10 |
| 5212 | SYSTEMS AND PROCEDURES ANALYST II | 8 MONTHS | 1783-2650 | 12 |
| 5213 | SYSTEMS AND PROCEDURES ANALYST III | 8 MONTHS | 1981-2944 | 14 |
| 5131 | HUMAN RESOURCES ADMINISTRATION ANALYST I | 6 MONTHS | 1605-2386 | 10 |
| 5132 | HUMAN RESOURCES ADMINISTRATION ANALYST II | 6 MONTHS | 1783-2650 | 12 |
| 5133 | HUMAN RESOURCES ADMINISTRATION ANALYST III | 6 MONTHS | 1981-2944 | 14 |
| 1611 | GUNSMITH | 6 MONTHS | 1301-1933 | 6 |
| 1541 | GRAPHIC ARTIST | 6 MONTHS | 1445-2147 | 8 |
| 4411 | AUDITOR I | 8 MONTHS | 1605-2386 | 10 |
| 4412 | AUDITOR II | 8 MONTHS | 1783-2650 | 12 |
| 4413 | AUDITOR III | 8 MONTHS | 2088-3103 | 15 |
| 2411 | ADMINISTRATIVE ASSISTANT I | 6 MONTHS | 1523-2263 | 9 |
| 2412 | ADMINISTRATIVE ASSISTANT II | 6 MONTHS | 1692-2515 | 11 |
| 2121 | PROPERTY ASSISTANT | 5 MONTHS | 1111-1651 | 3 |
| 6111 | INFORMATION TECHNOLOGY SERVICES ASSISTANT | 6 MONTHS | 1111-1651 | 3 |
| 4131 | ACCOUNTING ASSISTANT I | 6 MONTHS | 1371-2037 | 7 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 4132 | ACCOUNTING ASSISTANT II | 6 MONTHS | 1445-2147 | 8 |
| 4133 | ACCOUNTING ASSISTANT III | 6 MONTHS | 1605-2386 | 10 |
| 5311 | STATISTICS ASSISTANT I | 7 MONTHS | 1371-2037 | 7 |
| 5312 | STATISTICS ASSISTANT II | 7 MONTHS | 1445-2147 | 8 |
| 5861 | MEDICAL ASSISTANT | 6 MONTHS | 2716-4037 | 20 |
| 6161 | INFORMATION SYSTEMS SECURITY ASSISTANT | 6 MONTHS | 1783-2650 | 12 |
| 2211 | OFFICE SYSTEMS ASSISTANT I | 6 MONTHS | 1111-1651 | 3 |
| 2212 | OFFICE SYSTEMS ASSISTANT II | 6 MONTHS | 1171-1740 | 4 |
| 2213 | OFFICE SYSTEMS ASSISTANT III | 6 MONTHS | 1301-1933 | 6 |
| 1411 | KITCHEN ASSISTANT | 4 MONTHS | 1000-1486 | 1 |
| 1251 | ASSISTANT TO EXPERT ELECTRICIAN | 4 MONTHS | 1234-1834 | 5 |
| 5421 | LIBRARIAN | 8 MONTHS | 1605-2386 | 10 |
| 1231 | CARPENTER | 4 MONTHS | 1234-1834 | 5 |
| 6141 | MEDIA LIBRARIAN | 6 MONTHS | 1234-1834 | 5 |
| 1421 | COOK | 3 MONTHS | 1054-1566 | 2 |
| 1521 | DRIVER MESSENGER | 4 MONTHS | 1171-1740 | 4 |
| 1111 | JANITOR | 3 MONTHS | 1000-1486 | 1 |
| 4141 | ACCOUNTANT I | 8 MONTHS | 1692-2515 | 11 |
| 4142 | ACCOUNTANT II | 8 MONTHS | 1981-2944 | 14 |



2012
1998

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 6151 | COMPUTER LABORATORY COORDINATOR | 8 MONTHS | 1981-2944 | 14 |
| 2191 | POLICE ATHLETIC LEAGUE COORDINATOR | 6 MONTHS | 1605-2386 | 10 |
| 1781 | TELECOMMUNICATIONS COORDINATOR | 6 MONTHS | 1523-2263 | 9 |
| 5462 | ASSOCIATE DEAN | 8 MONTHS | 3018-4484 | 22 |
| 5461 | ASSISTANT DEAN | 8 MONTHS | 2863-4255 | 21 |
| 5821 | DIETICIAN | 6 MONTHS | 1880-2793 | 13 |
| 2331 | ASSISTANT DIRECTOR OF PURCHASING | 6 MONTHS | 1692-2515 | 11 |
| 2441 | ASSISTANT DIRECTOR OF PAYROLL | 8 MONTHS | 1692-2515 | 11 |
| 4321 | ASSISTANT DIRECTOR OF BUDGET | 9 MONTHS | 2201-3271 | 16 |
| 6341 | ASSISTANT DIRECTOR  OF INFORMATION TECHNOLOGY | 8 MONTHS | 2863-4255 | 21 |
| 5941 | ASSISTANT DIRECTOR OF THE FAMILY AND VICTIM SUPPORT PROGRAM | 6 MONTHS | 2716-4037 | 20 |
| 4521 | ASSISTANT DIRECTOR FOR FEDERAL PROJECTS | 12 MONTHS | 2088-3103 | 15 |
| 3331 | ASSISTANT DIRECTOR OF TECHNICAL SERVICES | 6 MONTHS | 2445-3634 | 18 |
| 5221 | ASSISTANT DIRECTOR OF SYSTEMS AND PROCEDURES | 8 MONTHS | 2088-3103 | 15 |
| 5141 | DIRECTOR OF TRAINING | 6 MONTHS | 2320-3447 | 17 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1891 | ASSISTANT DIRECTOR FOR COMMUNICATIONS SYSTEMS | 6 MONTHS | 1692-2515 | 11 |
| 1881 | ART AND REPRODUCTION DIRECTOR | 6 MONTHS | 1783-2650 | 12 |
| 5431 | LIBRARY DIRECTOR | 7 MONTHS | 1692-2515 | 11 |
| 2341 | DIRECTOR OF PURCHASING | 6 MONTHS | 1880-2793 | 13 |
| 5451 | ACADEMIC DEPARTMENT DIRECTOR | 8 MONTHS | 2088-3103 | 15 |
| 5151 | HUMAN RESOURCES DIVISION DIRECTOR I | 8 MONTHS | 2201-3271 | 16 |
| 5152 | HUMAN RESOURCES DIVISION DIRECTOR II | 8 MONTHS | 2320-3447 | 17 |
| 5153 | HUMAN RESOURCES DIVISION DIRECTOR III | 8 MONTHS | 2716-4037 | 20 |
| 5951 | PSYCHOLOGY AND SOCIAL WORK DIVISION DIRECTOR | 8 MONTHS | 3018-4484 | 22 |
| 5331 | STATISTICS DIRECTOR | 7 MONTHS | 2201-3271 | 16 |
| 4211 | DIRECTOR OF FINANCE | 8 MONTHS | 2863-4255 | 21 |
| 3151 | PHOTOGRAPHY LABORATORY DIRECTOR | 8 MONTHS | 1783-2650 | 12 |
| 2481 | DIRECTOR OF PAYROLL | 8 MONTHS | 1880-2793 | 13 |
| 4331 | DIRECTOR OF BUDGET | 9 MONTHS | 2863-4255 | 21 |
| 6351 | DIRECTOR OF INFORMATION SYSTEMS SERVICES | 6 MONTHS | 2088-3103 | 15 |
| 2471 | DIRECTOR OF GENERAL SERVICES | 7 MONTHS | 1692-2515 | 11 |
| 5891 | MEDICAL DIRECTOR | 12 MONTHS | 3652-4982 | 24 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1241 | CABINETMAKER | 4 MONTHS | 1234-1834 | 5 |
| 1252 | ELECTRICIAN | 4 MOUNTS | 1371-2037 | 7 |
| 2131 | WEAPON OWNERSHIP CONTROL MANAGER | 6 MONTHS | 1234-1834 | 5 |
| 1221 | STABLE MANAGER | 3 MONTHS | 1171-1740 | 4 |
| 2141 | PROPERTY MANAGER | 5 MONTHS | 1234-1834 | 5 |
| 1331 | VEHICLE MAINTENANCE MANAGER | 4 MONTHS | 1301-1933 | 6 |
| 5841 | MEDICAL SERVICES MANAGER | 6 MONTHS | 1692-2515 | 11 |
| 5812 | GENERAL NURSE | 6 MONTHS | 1605-2386 | 10 |
| 5811 | LICENSED NURSE PRACTITIONER | 4 MONTHS | 1371-2037 | 7 |
| 5921 | COUNSELING AND GUIDANCE SPECIALIST | 8 MONTHS | 2445-3634 | 18 |
| 5881 | WORK HEALTH AND SAFETY SPECIALIST | 8 MONTHS | 1880-2793 | 13 |
| 6311 | INFORMATION SYSTEMS SPECIALIST | 8 MONTHS | 2201-3271 | 16 |
| 5321 | STATISTICIAN I | 8 MONTHS | 1605-2386 | 10 |
| 5322 | STATISTICIAN II | 8 MONTHS | 1692-2515 | 11 |
| 5323 | STATISTICIAN III | 7 MONTHS | 1783-2650 | 12 |
| 2181 | FILE EVALUATOR I | 6 MONTHS | 1234-1834 | 5 |
| 2182 | FILE EVALUATOR II | 6 MONTHS | 1301-1933 | 6 |
| 2183 | FILE EVALUATOR III | 6 MONTHS | 1445-2147 | 8 |
| 1531 | PHOTOGRAPHER | 3 MONTHS | 1301-1933 | 6 |
| 5161 | HUMAN RESOURCES ASSISTANT MANAGER | 8 MONTHS | 2863-4255 | 21 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 2151 | STOREKEEPER I | 5 MONTHS | 1111-1651 | 3 |
| 2152 | STOREKEEPER II | 5 MOUNTS | 1171-1740 | 4 |
| 1311 | TRANSPORT SERVICES ASSISTANT INSPECTOR | 6 MONTHS | 1301-1933 | 6 |
| 1321 | TRANSPORT SERVICES INSPECTOR | 6 MONTHS | 1445-2147 | 8 |
| 1621 | TOWER AND ANTENNA INSTALLER I | 6 MONTHS | 1605-2386 | 10 |
| 1622 | TOWER AND ANTENNA INSTALLER II | 6 MONTHS | 1692-2515 | 11 |
| 5411 | MARTIAL ARTS AND PERSONAL DEFENSE INSTRUCTOR | 6 MONTHS | 1783-2650 | 12 |
| 5413 | FIRST AID INSTRUCTOR | 6 MONTHS | 1783-2650 | 12 |
| 1211 | GARDENER | 4 MONTHS | 1111-1651 | 3 |
| 1291 | BOAT MECHANIC | 4 MONTHS | 1371-2037 | 7 |
| 1281 | MOTOR VEHICLE MECHANIC I | 4 MONTHS | 1371-2037 | 7 |
| 1282 | MOTOR VEHICLE MECHANIC II | 4 MONTHS | 1445-2147 | 8 |
| 5851 | GENERAL PHYSICIAN | 8 MONTHS | 3018-4484 | 22 |
| 1511 | COURIER | 4 MONTHS | 1111-1651 | 3 |
| 2321 | PURCHASING OFFICER I | 5 MONTHS | 1523-2263 | 9 |
| 2322 | PURCHASING OFFICER II | 5 MONTHS | 1605-2386 | 10 |
| 5511 | INVESTIGATIONS OFFICER | 6 MONTHS | 1692-2515 | 11 |
| 5111 | APPOINTMENTS AND CHANGES OFFICER | 6 MONTHS | 1523-2263 | 9 |
| 2431 | PAYROLL OFFICER I | 4 MONTHS | 1371-2037 | 7 |
| 2432 | PAYROLL OFFICER II | 5 MONTHS | 1523-2263 | 9 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 2171 | PROPERTY OFFICER | 5 MONTHS | 1301-1933 | 6 |
| 5611 | COMMUNICATIONS OFFICER | 6 MOUNTS | 1783-2650 | 12 |
| 2491 | EXECUTIVE OFFICER I | 8 MONTHS | 2201-3271 | 16 |
| 2492 | EXECUTIVE OFFICER II | 8 MONTHS | 2445-3634 | 18 |
| 2493 | EXECUTIVE OFFICER III | 8 MONTHS | 2863-4255 | 21 |
| 6171 | INFORMATION SYSTEMS SECURITY OFFICER | 8 MONTHS | 1981-2944 | 14 |
| 2111 | OFFICE WORKER I | 4 MONTHS | 1111-1651 | 3 |
| 2112 | OFFICE WORKER II | 4 MONTHS | 1171-1740 | 4 |
| 2113 | OFFICE WORKER III | 4 MONTHS | 1371-2037 | 7 |
| 4111 | ACCOUNTING OFFICE WORKER | 5 MONTHS | 1171-1740 | 4 |
| 1711 | TELEPHONE SWITCHBOARD OPERATOR | 5 MONTHS | 1111-1651 | 3 |
| 6121 | INFORMATION ELECTRONIC EQUIPMENT OPERATOR I | 6 MONTHS | 1171-1740 | 4 |
| 6122 | INFORMATION ELECTRONIC EQUIPMENT OPERATOR II | 6 MONTHS | 1234-1834 | 5 |
| 1761 | MICROFILM EQUIPMENT OPERATOR I | 6 MONTHS | 1234-1834 | 5 |
| 1762 | MICROFILM EQUIPMENT OPERATOR II | 6 MONTHS | 1301-1933 | 6 |
| 1763 | MICROFILM EQUIPMENT OPERATOR III | 8 MONTHS | 1371-2037 | 7 |
| 1721 | PRINTING EQUIPMENT OPERATOR I | 4 MONTHS | 1171-1740 | 4 |
| 1722 | PRINTING EQUIPMENT OPERATOR II | 4 MONTHS | 1234-1834 | 5 |
| 1731 | SIGNATURE PRINTER OPERATOR | 4 MONTHS | 1111-1651 | 3 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1741 | BULLET RELOADING MACHINE OPERATOR | 4 MONTHS | 1111-1651 | 3 |
| 1751 | RADIOTELEPHONE OPERATOR | 4 MONTHS | 1234-1834 | 5 |
| 1261 | PLUMBER | 4 MONTHS | 1301-1933 | 6 |
| 6221 | INFORMATION SYSTEMS PROGRAMMER I | 6 MONTHS | 1783-2650 | 12 |
| 6222 | INFORMATION SYSTEMS PROGRAMMER II | 6 MONTHS | 1880-2793 | 13 |
| 6223 | INFORMATION SYSTEMS PROGRAMMER III | 6 MONTHS | 1981-2944 | 14 |
| 4121 | ASSISTANT COLLECTOR | 4 MONTHS | 1301-1933 | 6 |
| 4123 | COLLECTIONS OFFICER | 6 MONTHS | 1445-2147 | 8 |
| 5441 | REGISTRAR | 8 MONTHS | 2445-3634 | 18 |
| 5961 | PSYCHOLOGIST I | 8 MONTHS | 2445-3634 | 18 |
| 5962 | PSYCHOLOGIST II | 8 MONTHS | 2716-4037 | 20 |
| 5981 | PSYCHIATRIST | 8 MONTHS | 3180-4727 | 23 |
| 5931 | FAMILY AND VICTIM SUPPORT PROGRAM SUPERVISOR | 8 MONTHS | 2577-3830 | 19 |
| 1811 | JANITORIAL SUPERVISOR | 5 MONTHS | 1234-1834 | 5 |
| 2421 | FILE EVALUATOR SUPERVISOR | 6 MONTHS | 1605-2386 | 10 |
| 1841 | ARMORY SUPERVISOR | 6 MONTHS | 1371-2037 | 7 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1861 | MOTOR VEHICLE MECHANIC SUPERVISOR | 5 MONTHS | 1523-2263 | 9 |
| 6321 | ELECTRONIC INFORMATION EQUIPMENT OPERATOR SUPERVISOR | 6 MONTHS | 1301-1933 | 6 |
| 1831 | PRINTING EQUIPMENT OPERATOR SUPERVISOR | 6 MONTHS | 1301-1933 | 6 |
| 1851 | RADIO TELEPHONE OPERATOR SUPERVISOR | 5 MONTHS | 1301-1933 | 6 |
| 1821 | CABINETMAKING AND CARPENTRY WORKSHOP SUPERVISOR | 6 MONTHS | 1301-1933 | 6 |
| 1871 | COMMUNICATIONS BACKUP GENERATOR TECHNICIAN SUPERVISOR | 6 MONTHS | 1523-2263 | 9 |
| 3111 | CRIMINAL PHOTOGRAPHY TECHNICIAN | 8 MONTHS | 1301-1933 | 6 |
| 3211 | FINGERPRINT TECHNICIAN I | 5 MONTHS | 1371-2037 | 7 |
| 3212 | FINGERPRINT TECHNICIAN II | 5 MONTHS | 1445-2147 | 8 |
| 3213 | FINGERPRINT TECHNICIAN III | 5 MONTHS | 1783-2650 | 12 |
| 3131 | PHOTOGRAPHY LABORATORY TECHNICIAN I | 8 MONTHS | 1234-1834 | 5 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 3132 | PHOTOGRAPH LABORATORY TECHNICIAN II | 8 MONTHS | 1371-2037 | 7 |
| 1631 | COMMUNICATIONS BACKUP GENERATOR TECHNICIAN | 6 MONTHS | 1445-2147 | 8 |
| 6131 | INFORMATION SYSTEMS TECHNICIAN | 3 MONTHS | 1445-2147 | 8 |
| 1771 | COMMUNICATIONS EQUIPMENT TECHNICIAN I | 6 MONTHS | 1371-2037 | 7 |
| 1772 | COMMUNICATIONS EQUIPMENT TECHNICIAN II | 6 MONTHS | 1523-2263 | 9 |
| 1773 | COMMUNICATIONS EQUIPMENT TECHNICIAN III | 6 MONTHS | 1605-2386 | 10 |
| 1271 | REFRIGERATION TECHNICIAN. | 5 MONTHS | 1371-2037 | 7 |
| 5911 | PSYCHOSOCIAL RELATIONS TECHNICIAN | 8 MONTHS | 1605-2386 | 10 |
| 5871 | OCCUPATIONAL HEALTH AND SAFETY TECHNICIAN | 6 MONTHS | 1605-2386 | 10 |
| 2221 | OFFICE SYSTEMS TECHNICIAN I | 4 MONTHS | 1301-1933 | 6 |
| 2222 | OFFICE SYSTEMS TECHNICIAN II | 4 MONTHS | 1445-2147 | 8 |
| 2223 | OFFICE SYSTEMS TECHNICIAN III | 4 MONTHS | 1605-2386 | 10 |
| 5711 | LEGAL TECHNICIAN | 6 MONTHS | 2577-3830 | 19 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1121 | WORKER | 3 MONTHS | 1000-1486 | 1 |
| 1131 | PRESERVATION AND MAINTENANCE WORKER | 3 MOUNTS | 1054-1566 | 2 |
| 5971 | SOCIAL WORKER I | 8 MONTHS | 2201-3271 | 16 |
| 5972 | SOCIAL WORKER II | 8 MONTHS | 2320-3447 | 17 |
| 5973 | SOCIAL WORKER III | 8 MONTHS | 2445-3634 | 18 |
| 2231 | ADMINISTRATIVE INVESTIGATIONS TRANSCRIPTIONIST | 6 MONTHS | 1605-2386 | 10 |

As evidence of our approval of the contents of this document, we hereby sign the list of job categories which indicates the class number and title, the probationary period, the pay scale assigned to each category and the number of that scale.

This document includes twelve (12) pages containing one hundred and eighty-four (184) job categories, to which we have affixed our corresponding initials and signatures.

In San Juan, Puerto Rico on [ink stamp:] **JUNE 24 2002**

[signature]_____
Emmalind García García
Administrator
Central Labor Advisory
and Human Resources
Administration Office

[signature]_____
Miguel A. Pereira
Superintendent
Police of Puerto Rico

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico

[seal:] POLICE **Police of Puerto Rico**
OF PUERTO RICO

August 30, 2005

Mr./Ms. Zulma I. Cruz Irizarry

Dear Mr./Ms. Cruz Irizarry:

Effective January 1, 2002, our Agency implemented the new Position Classification and Compensation Plans, corresponding to the Career Service, developed by the Central Labor Advisory and Human Resources Administration Office (OCALARH), now called the Human Resources Office of the Commonwealth of Puerto Rico (ORHELA), in coordination and collaboration with technical specialized personnel from the Human Resources Department.

With regard to the position you hold at this Agency, we informed you of the results of said study, and you did not agree with them, resulting in your request for the corresponding administrative review.

After an objective and weighted evaluation and analysis of the arguments contained in your request, the configuration of existing positions, the values and hierarchies related to these positions, the organizational and functional structure of the Agency, prevailing lines of command and supervision, and the contents of the documents comprising the new Position Classification and Compensation Plans, we inform you of the results of the administrative review that we conducted in the enclosed ADDENDUM.

In the event that you are not satisfied with this final decision and your position **is not included** in the Appropriate Unit (as this term is defined in the Collective Bargaining Agreement established between the Police of Puerto Rico and Organized Civilian Employees [ECO]), you are hereby advised of your right to appeal to the ***Public Service Human Resources Administration System Appeals Commission (CASARHSP)***, located at Calle San Justo #153, Viejo San Juan, (Mailing Address PO Box 9023990, Viejo San Juan, PR 00902), within a period of thirty (30) calendar days from receipt of this notification. On the other hand, if your position **is included** in the Appropriate Unit, we advise you of your right to access the ***Complaints, Grievances and Arbitration Procedure***, as established in the aforesaid Collective Bargaining Agreement, within a period of fifteen (15) working days from receipt of this notification.

Cordially,

Mr. Pedro Toledo Dávila
Superintendent
[signature]
Ramón Ortega Rodríguez CPA
Associate Superintendent

August 29, 2005
**SEND ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, PO BOX 70166 SAN JUAN PR 00936-8166 – PHONE 787-793-1234**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# REPORT ON DECISION MADE

**EMPLOYEE NAME: Zulma I. Cruz Irizarry**

**SOC. SEC. NUMBER:** Redacted

**POSITION NUMBER: 9505**

**[X] 1.** Your administrative review request was analyzed, and therefore, I **approve** the following adjustments, effective January 1, 2002, on which date the new Position Classification and Compensation Plans were fully implemented.

| *Identified Areas* | *With the Study* | *After Review* |
|---|---|---|
| **Classification Title** | **Office Systems Assistant II** | **Office Systems Assistant III** |
| **Monthly Salary** | **$1,336.00** | **$1,359.00** |
| **Supplemental Comp.** | **$55.00** | **$55.00** |
| **Differential** | | |
| **Scale Number** | **4** | **6** |
| **Minimum Rate** | **$1,171.00** | **$1,301.00** |
| **Maximum Rate** | **$1,740.00** | **$1,933.00** |

[  ] 2. I am not approving your administrative review request, based on the following criteria:

[  ] a. The level of responsibility, complexity, and authority that the duties of your position at the Agency entail is correctly within the class and level established in the original study.

[initials]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[   ] b. Your education level and experience, which may be more than required to occupy the position, is not a criterion that is considered for the classification and level assigned to the position.

[   ] c. Aspiring to a higher salary does not alter the classification and level established for the position, and so the requested review is not justified based on this compensation element.

[   ] d. The additional information that you provided with your administrative review request does not justify assignment of the position class to a higher compensation value (pay scale).

[   ] e. The additional information that you provided with your administrative review request does not alter the classification that was established for the position or the compensation assigned.

[   ] f. The administrative reviews that we are processing in this stage of the process are related to the implementation of the new Position Classification and Compensation Plans, based mainly on the "Position Description" that the employee completed during the study conducted. The topic of your request concerns another aspect relating to the administration of a Classification Plan that is already operational, which involves a different procedure which requires recommendation from the immediate supervisor through the established channels, accompanied arguments supporting the request; as well as a study and analysis of the position on the part of the Human Resources Department with the corresponding audit.

[   ] 3. Other:

[initials]

2

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

The Human Resources Department will be available to offer any other information relating to administrative review requests, according to the scope of this Department.

_____

Mr. Pedro Toledo Dávila
Superintendent

_____
[signature]

Ramón Ortega Rodríguez, CPA
Associated Superintendent

3

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*COMMONWEALTH OF PUERTO RICO*
*POLICE OF PUERTO RICO*
*PONCE AREA*

SEND ALL
OFFICIAL CORRESPONDENCE
TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

HEADQUARTERS
Phone 793 1234

[seal:] POLICE OF PUERTO RICO
PROTECTION
INTEGRITY

JUANA DIAZ DISTRICT
837-2016/837-2020

AP-31-1-613

October 21, 2005

Mr. Pedro A. Toledo Dávila
Superintendent of the Police of Puerto Rico

[signature]
Zulma I. Cruz Irizarry
Office Systems Ass. III
Juana Díaz District

POSITION REVIEW
NUMBER 9505


I am respectfully addressing you to indicate that on October 7, 2005, at the Ponce Area General Command, I received a letter advising me, by way of Report on Decision Made for reclassification of position number 9505, effective January 1, 2002, that I was reclassified to Office Systems Assistant III.

I thank you for the decision made on January 1, 2002. However, I am again asking that the duties I perform to be reviewed, as these duties are more complex; in addition to the fact that my level of education changed in 2003, when I obtained a Bachelor's in Business Administration and Management, Magna Cum Laude.

In addition, I am requesting review of my monthly salary, because both on January 1, 2002 and at present it is higher than the one that has been assigned to me, and so I am requesting that I be moved to the maximum amount on the pay scale.

**Essential Functions of the Position:**

1.  Secretary for District Commander

2.  Transcribing memoranda (typed):

    a.  District Commander

    b.  Assistant Commander

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

AP-31-1-613                                                                                                    - 2 -
October 21, 2005

      c.   Sergeants
      d.   Officers

3.   Drafting reports, endorsements, and transcribing.

4.   Transcribing Work Plans (typing).

5.   Processing and dispatching documents from the Juana Díaz District.

6.   Taking dictation of letters and/or messages.

7.   Coordinating the activities of the Juana Díaz District Commander.

8.   Responsible for guiding secretary staff regarding their work.

9.   Receiving and distributing all correspondence for the Juana Díaz District.

10.  Receiving and distributing paychecks for the Juana Díaz District.

11.  Guiding the public on the requirements of Security Guard Requests and process everything relating to these requests.

12.  Receiving and managing telephone calls and forwarding them to personnel.

13.  Photocopying documents.

14.  Preparing exemptions for the Courts.

15.  Custodianship of General Orders, managing the index, tracking changes, giving notice and making copies when needed by staff and filing them.

16.  Custodianship of Regulations, managing the index, tracking changes, giving notice and making copies when needed by staff and filing them.

**Additional Functions of the Position:**

1.   Weekly Reports

      a.   One-way Tints
      b.   Work Plan Checkpoints

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

AP-31-1-613                                                                                                           - 3 -
October 21, 2005

    2.   Monthly Reports

        a.   Work performed in Special Communities
        b.   Crime Rate in Special Communities
        c.   Anti-crime Plan Achievements
        d.   Tobacco and Alcohol Intervention
        e.   Disarmed personnel
        f.   Regulation Weapon Decommission Breakdown
        g.   School Quality of Life Program Records
        h.   PPR-146 Weapon and Munitions Replacement
        i.   Marine Accidents
        j.   Strikes and Protests
        k.   Documents Received
        l.   Local Academy Letter
        m.   Public Integrity Referral
        n.   Female Officer of the Month
        o.   Male Officer of the Month

    2.   Quarterly Reports

        a.   Postage Stamps

    3.   Biannual Reports

        a.   Regulation Weapon Certification

    4.   Annual Reports

        a.   Property List
        b.   Sergeant of the Year
        c.   Civilian of the Year
        d.   Manuel A. Pérez Prize
        e.   OSHA Report


**Minimum knowledge, Abilities, and skills**

Microsoft Word, Excel
Principles of Typing I and II
Business Correspondence I and II

**Education**

Bachelor's in Business Administration
Management – **Magna Cum Laude**
Universidad Interamericana – Ponce Campus
June 5, 2003

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

AP-31-1-613                                                                                    - 4 -
October 21, 2005


Associate in Applied Sciences
Business Administration – **Magna Cum Laude**
Universidad Interamericana – Ponce Campus
May 30, 2001

Fourth Year – Business Course
Escuela Superior Luis Llorens Torres
May 1979


Zic

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*17/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



718.384.8040
TargemTranslations.com
projects@targemtranslations.com
185 Clymer St. Brooklyn, NY 11111

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 102255 ECF No. 17406**

Signed this 17th day of August  2021



Verify at www.atanet.org/verify

_____

Andreea I. Boscor

