# EXHIBIT 30

[handwritten:]        July 15, 2021

Clerk,

United States District Court

Room 150, Federal Building

San Juan, Puerto Rico

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR
2021 JUL 19 PM 5:15

RE:     Yolanda Rivera Rivera

          Cond. Paeo De Las Cumbres

          345 carr. 850 Apdo. 117

          Trujillo Alto, Puerto Rico 00976

          787-510-8546

          Yoda 106@live.com

Heading

    A.   United States District Court for the District of Puerto Rico

    B.   Commonwealth of Puerto Rico, Bankruptcy Case No. 17BK3283 LTS

    C.   Federal Tax ID - 3481

    This is to request that this response (10904) be continued under the Dept. of the Family as it has a legal judgment to benefit employees and former employees of a salary not received for years and that the Dept. has caused damages.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



This judgment was entered prior to the Promesa Act. The same entity, the Dept. of the Family has defaulted on the judgment since 2012 (after several appeals) and at that time had the funds available in that year's budget.

The Dept. of the Family began to grant the 25% during that year, and they reported that in subsequent months they would honor the total payment. This agreement was not honored, I felt there was a lack of ethics and of respect for the employees. All evidence of the above was sent to Prime Clerk in 2018 as they requested it be filled out on a form and I did so. All these years went by and no answer has been received.

I served the Department of the Family for 33 years (the first 3 years I worked under contract) with loyalty, commitment, professionalism and providing excellent services to my island, Puerto Rico. When I retired, I was proud to complete this life cycle with joy. I did so in 2009. Then began the new stage of adulthood to old age with peace of mind since I would receive my pension as a retiree with rights.

I am also informing you that, in 2015 I requested that my pension be readjusted according to the legal judgment issued.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*This response is number (10792) and I believe that the application should be assessed accordingly. The Dept. of the Family determined (at the time) that it would not assess the pension until it received full payment of the claim, which it never did.*

*For all of the above reasons, I do not agree that all debtors should be joined under the Commonwealth since each agency has its own motives.*

*I currently do not have the funds to pay for attorneys to represent me and advise me on these petitions. My income is adequately used so that I am not dependent on government agencies (which I do not qualify for, nor do I qualify for nutritional assistance) or family. All of this information I would state on my own behalf. I reiterate my interest in receiving the benefits that I am entitled to under the judgment in the lawsuit and the readjustment of my pension. Thank you.*

*Cordially,*

*Yolanda Rivera Rivera*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*11/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*





T 718.384.8040
W TargemTranslations.com
E projects@targemtranslations.com
A 185 Clymer St. Brooklyn, NY 11211

# TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 10904 ECF No. 17435**

Signed this 11th day of August 2021

_____

Andreea I. Boscor

