# EXHIBIT 31

July 20, 2021



PRIME CLERK


CARMEN MARIA RUIZ DIAZ
CENTRAL RETIREMENT DECEMBER 31, 2009
CLAIM NUMBER 113880

I AM SUBMITTING A CLAIM FOR THE AMOUNT NOT RECEIVED UNDER ROMERAZO[;] WAGE
INCREASE OF $40.00 GIVEN BY GOVERNOR CARLOS ROMERO BARCELO, NOT RECEIVED DURING
MY YEARS OF SERVICE SINCE SEPTEMBER 19, 1983[.] I WORKED IN THE SOCIAL SERVICES
DEPARTMENT, NOW THE DEPARTMENT OF THE FAMILY, AND RETIRED FROM THE POLICE OF
PUERTO RICO.
ESTIMATED AMOUNT $12,000.00.

I AM SUBMITTING MY CLAIM UNDER ACT 89 ON RECLASSIFICATION FOR FEDERAL MINIMUM WAGE
INCREASE AFFECTING US AS CAREER EMPLOYEES WHO DID NOT RECEIVE THE BENEFIT.
ALTHOUGH I FILED A CLAIM FOR THIS CASE I DO NOT HAVE EVIDENCE OF THIS CLAIM HAVING
BEEN ACCEPTED; I DO NOT KNOW THE CLAIM NUMBER, OR IF IT WAS ACCEPTED AND APPROVED. I
HAVE NOT RECEIVED ANY PAYMENT UNDER THIS DELFINA VELAZQUEZ CASE. I HAVE NO
INTENTION OF BEING DUPLICITOUS. I AM REQUESTING HELP, AND FOR THIS SITUATION TO BE
CLARIFIED WITH AN INVESTIGATION. I AM REQUESTING TO CONTINUE THIS PROCESS WITH
PRIMER CLERK. ESTIMATED AMOUNT $

CLAIM FOR PAY RAISE OF $175.00 ESTABLISHED BY THE COLLECTIVE BARGAINING AGREEMENT OF
JULY 1, 2004. JORGE MENDEZ REFERRED THIS CASE AND INDICATED TO US THAT IT WAS WON IN
THE PUBLIC SERVICE LABOR RELATIONS COMMISSION. WE HAVE NOT RECEIVED THE AMOUNT OF
THIS PAY RAISE. ESTIMATED AMOUNT $11,530.00

I ACKNOWLEDGE THAT THE ASSIGNED PENSION MUST BE UPDATED BY THE POLICE OF PUERTO
RICO.

I HAVE SUBMITTED THE NECESSARY EVIDENCE TO COLLABORATE WITH PRIME CLERK AND I HAVE
REQUESTED THAT THEY UPDATE MY MAILING ADDRESS TO CALLE EL CAOBO 722 URB. SOMBRAS
DEL REAL COTO LAUREL PUERTO RICO 00780 TO CONTINUE RECEIVING CORRESPONDENCE.


[*signature*]

CARMEN MARÍA RUIZ DÍAZ
camarudifashion@gmail.com
camarudi@yahoo.com


*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

July 20, 2021

PRIMER CLERK (submitted by email to Prime Clerk on July 20, 2021)

My mailing address: Calle El Caobo 722 Urb Sombras del Real Coto Laurel Puerto Rico 00780. I did not receive these documents. On July 16, I received a copy of this document. I called and they advised me that there is a double claim in the Delfina case (Atty. González). I never received a reply from the González Firm on the claim. There is a list of names and my name is not there. In June 2018, I sent Prime Clerk evidence of what the Agencies I worked for owe me. I maintain my claim because I never received money under Act 89. I never received money under Romerazo. I did not receive the $175.00 pay raise under the July 2004 collective bargaining agreement. According to the ECO Union, this case was won. I need you to update my mailing address so that I can continue receiving correspondence from you.

Carmen María Ruiz Díaz
camarudifashion@gmail.com
camarudi@yahoo.com

*******

I informed you of my new mailing address to continue receiving correspondence from Prime Clerk. I am requesting my case be reconsidered at Prime Clerk, I submitted a copy of the attempts to be included in the suit of the Delfina Velázquez case, but I have no evidence, addressed in my name, of having been accepted in the suit and no communication with my name that these claims were won. I am not even included in the list that was submitted to the employees. In 2004, the Police of Puerto Rico Organized Civilian Employees (ECO) Union reported a favorable decision in this case, and at the request of ECO we submitted a claim. I included a copy of these documents. Neither Police of Puerto ECO nor the Brotherhood of Workers of the Social Services Department provided any evidence that my case was accepted. In 2018, ECO again met with us to process the documents for Prime Clerk. They advised us as retired workers receiving pension to fill out the documents and deliver them ourselves, because I am not in the appropriate unit. They did not inform me about my case at that time either. On March 3, 2021, Jorge Méndez ECO advised us to submit cases to Mr. González. I will write to him that I am not interested. I want to continue with Prime Clerk.

I am requesting an investigation of this double claim and of who has the cases, and why I have not received any notice. Someone should advise the Union of the actions that result in duplicated cases. Thank you.


[*signature*]
Carmen María Ruiz Díaz
Police of Puerto Rico
Retired and Pension Recipient
camarudifashion@gmail.com
camarudi@yahoo.com

You may also submit your claim electronically by visiting http://cases.primeclerk.com/puertorico/POC-Index

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO / TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO DE PUERTO RICO**

MMLID: 974645
EPOC ID: 170356600087069

Fill in this information to identify the case (Select only one Debtor per claim form). /
Llene esta información para identificar el caso (seleccione sólo un deudor por formulario de reclamación).

| | | |
|---|---|---|
| ☑ Commonwealth of Puerto Rico / El Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03283 | Petition Date: May 3, 2017 |
| ☐ Puerto Rico Sales Tax Financing Corporation (COFINA) / La Corporación del Fondo de Interés Apremiante de Puerto Rico | Case No. 17-bk-03284 | Petition Date: May 5, 2017 |
| ☐ Puerto Rico Highways and Transportation Authority / La Autoridad de Carreteras y Transportación de Puerto Rico | Case No. 17-bk-03567 | Petition Date: May 21, 2017 |
| ☐ Employees Retirement System of the Government of the Commonwealth of Puerto Rico / El Sistema de Retiro de los Empleados del Gobierno del Estado Libre Asociado de Puerto Rico | Case No. 17-bk-03566 | Petition Date: May 21, 2017 |
| ☐ Puerto Rico Electric Power Authority / La Autoridad de Energía Eléctrica de Puerto Rico | Case No. 17-bk-04780 | Petition Date: July 2, 2017 |

Debtor Employees Retirement System of the Government of the Commonwealth of Puerto Rico has listed your claim in their Creditor List on Schedule E – Pension Obligations as a Contingent, Unliquidated general unsecured claim in an Undetermined amount. You must timely file a proof of claim or be forever barred from participating or sharing in any distribution or being treated as a claim for purposes of voting or distribution.

El deudor Employees Retirement System of the Government of the Commonwealth of Puerto Rico ha listado su reclamación en la lista de acreedores en el Schedule E – Obligaciones de Pensión como un reclamo Contingente, Sin liquidez no asegurado por un monto Indeterminado. Debe presentar una prueba de reclamación oportunamente o se le prohíbra por siempre participar o compartir en cualquier distribución o ser tratado como un reclamo para fines de votación o distribución.

Modified Official Form 410 / Formulario Oficial 410 Modificado

# Proof of Claim / Evidencia de reclamación

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a Title III case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy or subject to confidentiality on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

Lea las instrucciones antes de completar este formulario. Este formulario está diseñado para realizar una reclamación de pago en un caso en virtud del Título III. No utilice este formulario para solicitar el pago de un gasto administrativo que no sea una reclamación que reúna los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b) (9) del U.S.C. Ese tipo de solicitud debe realizarse de conformidad con el Título 11 § 503 del U.S.C.

Quienes presenten la documentación deben omitir o editar información que reúna los requisitos para ser tratada con privacidad o confidencialidad en este formulario o en cualquier otro documento adjunto. Adjunte copias editadas de cualquier otro documento que respalde la reclamación, tales como pagarés, órdenes de compra, facturas, balances detallados de cuentas en funcionamiento, contratos, resoluciones judiciales, hipotecas y acuerdos de garantías. No adjunte documentos originales, ya que es posible que los documentos adjuntos se destruyan luego de analizarlos. En caso de que los documentos no estén disponibles, explique los motivos en un anexo.

Fill in all the information about the claim as of the Petition Date.

Complete toda la información acerca de la reclamación a la fecha en la que se presentó el caso.

☐ Date Stamped Copy Returned
☐ Self-addressed Stamped Envelope
☐ Copy Enclosed

| Part 1 / Parte 1 | Identify the Claim / Identificar la reclamación |
|---|---|

1. **Who is the current creditor?**

   ¿Quién es el acreedor actual?

   CARMEN RUIZ DIAZ          *Carmen Maria Ruiz Diaz*

   Name of the current creditor (the person or entity to be paid for this claim)
   Nombre del acreedor actual (la persona o la entidad a la que se le pagará la reclamación)

   RECEIVED

   Other names the creditor used with the debtor
   Otros nombres que el acreedor usó con el deudor _____

   JUN 2 9 2018

   PRIME CLERK LLC

**Claim Number: 113880**          Proof of Claim          page 1

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**2.** Has this claim been acquired from someone else?

¿Esta reclamación se ha adquirido de otra persona?

☑ No / No
☐ Yes. From whom? / Sí. ¿De quién?

**3.** Where should notices and payments to the creditor be sent?

¿A dónde deberían enviarse las notificaciones al acreedor?

**Where should notices to the creditor be sent?**
¿A dónde deberían enviarse las notificaciones al acreedor?

**Where should payments to the creditor be sent?** (if different)
¿A dónde deberían enviarse los pagos al acreedor? (En caso de que sea diferente)

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

¿A dónde deberían enviarse las notificaciones al acreedor?

Norma federal del procedimiento de quiebra (FRBP, por sus siglas en inglés) 2002(g)

CARMEN RUIZ DIAZ
~~PO BOX 800047~~
~~COTO LAUREL PR 00780-0047~~
Calle El Gobo 722
Urb Sombras del Real
Coto Laurel PR 00780

Name / Nombre

Number / Número    Street / Calle

City / Ciudad    State / Estado    ZIP Code / Código postal

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

Contact phone / Teléfono de contacto

Contact email / Correo electrónico de contacto

**4.** Does this claim amend one already filed?

¿Esta reclamación es una enmienda de otra presentada anteriormente?

☑ No / No
☐ Yes. Claim number on court claims registry (if known)
Sí. Número de reclamación en el registro de reclamaciones judiciales (en caso de saberlo) _____
Filed on / Presentada el _____ (MM/DD/YYYY) / (DD/MM/AAAA)

**5.** Do you know if anyone else has filed a proof of claim for this claim?

¿Sabe si alguien más presentó una evidencia de reclamación para esta reclamación?

☐ No / No
☐ Yes. Who made the earlier filing?
Sí. ¿Quién hizo la reclamación anterior? _____

| Part 2 / Parte 2: | Give Information About the Claim as of the Petition Date |
|---|---|
| | Complete toda la información acerca de la reclamación desde la fecha en la que se presentó el caso. |

**6.** Do you have a claim against a specific agency or department of the Commonwealth of Puerto Rico?

¿Tiene una reclamación en contra de algún organismo o departamento específico del Estado Libre Asociado de Puerto Rico?

☐ No / No
☐ Yes. Identify the agency or department and contact name. (A list of Commonwealth of Puerto Rico agencies and departments is available at: https://cases.primeclerk.com/puertorico/.)
Sí. Identifique el organismo o departamento y nombre del representante. (Una lista de agencias y departamentos del Estado Libre Asociado de Puerto Rico está disponible en: https://cases.primeclerk.com/puertorico/).

_____

**7.** Do you supply goods and / or services to the government?

¿Proporciona bienes y / o servicios al gobierno?

☐ No / No
☐ Yes. Provide the additional information set forth below / Sí. Proporcionar la información adicional establecida a continuación:

Vendor / Contract Number | Número de proveedor / contrato: _____

List any amounts due after the Petition Date (listed above) but before June 30, 2017:
Anote la cantidad que se le debe después de la fecha que se presentó el caso (mencionados anteriormente), pero antes del 30 de junio de 2017 $ _____

Modified Official Form 410    Proof of Claim    page 2

U0504 v 01 02.15 2018

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**8. How much is the claim?**

¿Cuál es el importe de la reclamación?

$_____

**Does this amount include interest or other charges?**
¿Este importe incluye intereses u otros cargos?

☐ No / No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).
SI. Adjunte un balance con intereses detallados, honorarios, gastos u otros cargos exigidos por la Norma de Quiebras 3001(c)(2)(A).

**9. What is the basis of the claim?**

¿Cuál es el fundamento de la reclamación?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Por ejemplo. Venta de bienes, préstamo de dinero, arrendamiento, prestación de servicios, lesiones personales u homicidio culposo, o tarjetas de crédito. Adjunte copias editadas de cualquier documento que respalde la reclamación conforme a lo exigido por la Norma de Quiebras 3001(c). Limite la divulgación de información que reúne los requisitos para ser tratada con privacidad, tal como información sobre atención médica.

[handwritten:] *Wages and raises claimed and unpaid*
*Romerazo 12,000.00 Others: 11,530.00*

**10. Is all or part of the claim secured?**

¿La reclamación está garantizada de manera total o parcial?

☐ No / No

☑ Yes. The claim is secured by a lien on property.
SI. La reclamación está garantizada por un derecho de retención sobre un bien.

Nature of property / Naturaleza del bien:
☐ Motor vehicle / Vehículos

☐ Other. Describe:
Otro. Describir:

Basis for perfection / Fundamento de la realización de pasos adicionales: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Adjunte copias editadas de documentos, si los hubiere, que demuestre la realización de pasos adicionales para hacer valer un derecho de garantía (por ejemplo, una hipoteca, un derecho de retención, un certificado de propiedad, una declaración de financiamiento u otro documento que demuestre que se ha presentado o registrado un derecho de retención.)

Value of property / Valor del bien:       $_____

Amount of the claim that is secured /
Importe de la reclamación que está garantizado: $_____

Amount of the claim that is unsecured /
Importe de la reclamación que no está garantizado: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)
(La suma del importe garantizado y no garantizado debe coincidir con el importe de la línea 7.)

Amount necessary to cure any default as of the Petition Date /
Importe necesario para compensar toda cesación de pago a la fecha que se presentó el caso : $_____

Annual Interest Rate (on the Petition Date)
Tasa de interés anual (cuando se presentó el caso)_____%
☐ Fixed / Fija
☑ Variable / Variable

**11. Is this claim based on a lease?**

¿Esta reclamación está basada en un arrendamiento?

☑ No / No

☐ Yes. Amount necessary to cure any default as of the Petition Date.
SI. Importe necesario para compensar toda cesación de pago a partir de la que se presentó el caso$ _____

Modified Official Form 410                    Proof of Claim                    page 3

U0505 • 01 02 15 2018

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**12. Is this claim subject to a right of setoff?**

¿La reclamación está sujeta a un derecho de compensación?

☐ No / No

☑ Yes. Identify property /
Sí. Identifique el bien: _____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

¿La reclamación, total o parcial, cumple los requisitos para ser tratada como prioridad administrativa conforme al Título 11 § 503(b)(9) del U.S.C.?

☐ No / No

☑ Yes. Indicate the amount of your claim arising from the value of any goods received by the debtor within 20 days before the Petition Date in these Title III case(s), in which the goods have been sold to the debtor in the ordinary course of the debtor's business. Attach documentation supporting such claim.   $_____

Sí. Indique el importe de la reclamación que surge del valor de cualquier bien recibido por el deudor dentro de los 20 días anteriores a la fecha de inicio en estos casos del Título III, en que los bienes se han vendido al deudor en el transcurso normal de los negocios del deudor. Adjunte la documentación que respalda dicha reclamación.

---

**Part 3 / Parte 3:** | **Sign Below / Firmar a continuación**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

La persona que complete esta evidencia de reclamación debe firmar e indicar la fecha. FRBP 9011(b).

Si presenta esta reclamación de manera electrónica, la FRBP 5005(a)(2) autoriza al tribunal a establecer normas locales para especificar qué se considera una firma.

Check the appropriate box / Marque la casilla correspondiente:

☑ I am the creditor. / Soy el acreedor.

☐ I am the creditor's attorney or authorized agent. / Soy el abogado o agente autorizado del acreedor.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. / Soy el síndico, el deudor o su agente autorizado. Norma de quiebra 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. / Soy el garante, fiador, endosante u otro codeudor. Norma de quiebra 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

Comprendo que una firma autorizada en esta Evidencia de reclamación se considera como un reconocimiento de que al calcular el importe de la reclamación, el acreedor le proporcionó al deudor crédito para todo pago recibido para saldar la deuda

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

He leído la información en esta Evidencia de reclamación y tengo motivos razonables para suponer que la información es verdadera y correcta.

I declare under penalty of perjury that the foregoing is true and correct. / Declaro bajo pena de perjurio que lo que antecede es verdadero y correcto.

Executed on date / Ejecutado el _June 27, 2018_____ MM/DD/YYYY) / (DD/MM/AAAA)

Signature / Firma _____

Print the name of the person who is completing and signing this claim / Escriba en letra de imprenta el nombre de la persona que completa y firma esta reclamación:

Name _____
First name / Primer nombre     Middle name / Segundo nombre     Last name / Apellido

Title / Cargo _____

Company / Compañía _____
Identify the corporate servicer as the company if the authorized agent is a servicer.
Identifique al recaudador corporativo como la compañía si si agente autorizado es un recaudador.

Address / Dirección _____
Number / Número     Street / Calle

City / Ciudad _____ State / Estado ____ ZIP Code / Código postal ____

Contact phone / Teléfono de contacto_____ Email / Correo electrónico_____

---

Modified Official Form 410 | Proof of Claim | page 4

U0506 v 01 02 15 2018



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: | PROMESA<br>Title III |
| THE FINANCIAL OVERSIGHT AND<br>MANAGEMENT BOARD FOR PUERTO RICO, | |
| as representative of | Case No. 17 BK 3283-LTS |
| THE COMMONWEALTH OF PUERTO RICO, *et al.* | (Jointly Administered) |
| Debtors. | |

## NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM

**TO ALL CREDITORS OF THE DEBTORS, AND TO OTHER PARTIES IN INTEREST,
PLEASE TAKE NOTICE OF THE FOLLOWING:**

The Financial Oversight and Management Board for Puerto Rico (the "Oversight Board") has filed voluntary petitions under section 304(a) of *Puerto Rico Oversight, Management, and Economic Stability Act* ("PROMESA"),[1] initiating Title III cases under PROMESA (each, a "Title III Case" and collectively, the "Title III Cases") for the debtors listed below (each, a "Debtor" and collectively, the "Debtors"). **You may be a creditor of one of the Debtors, and you may be required to file a proof of claim ("Proof of Claim").**

A list of the names of the Debtors, their case numbers, and the commencement date of the Debtors' Title III Cases is as follows:

| Title III Cases | Federal Tax ID No. | Case No. | Commencement Date |
|---|---|---|---|
| Commonwealth of Puerto Rico | 3481 | 17 BK 3283 | May 3, 2017 |
| Puerto Rico Sales Tax Financing Corporation ("COFINA") | 8474 | 17 BK 3284 | May 5, 2017 |
| Employees Retirement System of the Government of the Commonwealth of Puerto Rico ("ERS") | 9686 | 17 BK 3566 | May 21, 2017 |
| Puerto Rico Highways and Transportation Authority ("HTA") | 3808 | 17 BK 3567 | May 21, 2017 |
| Puerto Rico Electric Power Authority ("PREPA") | 3747 | 17 BK 4780 | July 2, 2017 |

---

[1]   PROMESA is codified at 48 U.S.C. §§ 2101-2241.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



## OVERVIEW – KEY POINTS

- This document is a legal notice concerning the Title III Cases of the Debtors (listed above). This document is being sent to all parties that may be owed money by the Debtors (known as "creditors").

- **The Overview on this page describes the key terms of this document. Please read the entire document carefully for further details.**

- In a Title III proceeding under PROMESA, creditors may be required to file claim forms stating the amount of money owed to them as of the day the Title III proceeding was filed. This document explains how to file claims.

- **Many creditors in the Title III Cases <u>are not required</u> to file a claim.** This document explains who is required to file a claim and who is not required to file a claim. **Please see Section 2 of this document for a complete list of parties <u>not</u> required to file a claim.**

- **If you are not required to file a claim, you do not need to complete and return a claim form,** and you will still keep your rights to vote on a plan of adjustment and receive payments under the plan. A plan of adjustment is a document that explains how a Debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount you may receive under the plan also will be determined later.

- **If you are required to file a claim against any of the Debtors**, you must do so by **<u>May 29, 2018 at 4:00 p.m., Atlantic Standard Time</u>.** A form that you may use to file your claim is provided with this document.

- Claims may be filed by (a) electronically filing on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index, or (b) mail or hand delivery to the addresses provided in Section 6 of this document.

- After reading this document, if you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com. Please note that the people answering the phone number are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Section 1 – The Bar D**

On February 15, 2018, the United States District Court for the District of Puerto Rico (the "District Court") entered an order (the "Bar Date Order") in the above-captioned Title III Cases in accordance with Bankruptcy Rule 3003(c) fixing the following deadlines to file Proofs of Claim (collectively, the "Bar Dates"):

(a) **General Bar Date**: **4:00 p.m. (Atlantic Standard Time) on May 29, 2018**, is the deadline (the "General Bar Date") for filing proofs of claim (as defined in Bankruptcy Code section 101(5)), against the Debtors on account of (i) claims arising, or deemed to have arisen, prior to the respective commencement dates for their Title III Cases, including, for the avoidance of doubt, bond claims and claims arising under Bankruptcy Code section 503(b)(9), and (ii) claims asserted by governmental units (as defined in Bankruptcy Code section 101(27));

(b) **Rejection Bar Date**: Except as otherwise set forth in any order authorizing the rejection of an executory contract or unexpired lease, **4:00 p.m. (Atlantic Standard Time) on the date that is the later of (i) the General Bar Date and (ii) the first business day that is thirty-five (35) calendar days after the entry of an order by the Court authorizing such rejection** is the deadline for a party to any such rejected executory contract or unexpired lease to file proofs of claim relating to the rejection of such contract or lease (the "Rejection Bar Date," and together with the General Bar Date, the "Bar Dates"); and

(c) **Bar Date if Creditor List is Amended or Supplemented**: If, after the Bar Date Notice is served, any Debtor (a) amends its respective Creditor List to reduce a claim and/or to change the classification, nature or characterization of a claim, or (b) supplements its respective Creditor List, such Debtor shall give notice of any amendment or supplement to the holders of claims reduced or changed thereby, and advise such holders they shall each have until the **later of (i) the General Bar Date and (ii) thirty-five (35) days from the date of such notice** to file a proof of claim, or an amended proof of claim, if applicable, or be barred from so doing.

As used in this Notice, a "claim," as defined in section 101(5) of the Bankruptcy Code, whenever arising, includes in each case any claims against any of the Debtors based upon the Debtors' primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal, or equitable liability or otherwise, including, for the avoidance of doubt, claims arising under section 503(b)(9) of the Bankruptcy Code (each, a "Claim").

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Section 2 – Who Is <span style="background:black">NOT</span> Required To File a Proof of Claim** 

THE FACT THAT YOU RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM AGAINST THE DEBTORS OR THAT THE DEBTORS BELIEVE YOU HAVE A CLAIM.

The following persons and entities are <u>not</u> required to file a Proof of Claim on or before the applicable Bar Date:

A. <u>Allowed Claims</u>:  Any person or entity whose claim was previously allowed by an order of this Court entered on or before the applicable Bar Date;

B. <u>Paid Claims</u>:  Any person or entity whose claim was paid in full by a Debtor, including claims paid by a Debtor after the commencement date of its respective Title III Case;

C. <u>Proofs of Claim Already Filed</u>:  Any person or entity who already properly filed a proof of claim, which substantially conforms to the Proof of Claim Form, in these Title III Cases with the Court or the Debtors' claims and noticing agent;

D. <u>Claims Properly Listed and Categorized on Creditor Lists</u>:  Any person or entity whose claim is listed on one of the Creditor Lists and (i) the claim is not listed as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount and nature of the claim as set forth on the applicable Creditor List, and (iii) the person or entity does not dispute that the claim is an obligation of the subject Debtor;

E. <u>PREPA Customers</u>:  Customers of PREPA in connection with the disposition of their deposits or any individual billing or service disputes; <u>provided, however</u>, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

F. <u>Pension Claims</u>:  With respect to pension benefits and any and all other post-retirement benefits, any retiree, active employee, and former employee of a Title III Debtor (including any former employee of a Title III Debtor receiving early pension, financial incentive, or other benefits provided under Act No. 70-2010 or Act No. 211-2015 or similar laws or programs), or any person who is or was a participant in a pension plan administered by a Title III Debtor, and any beneficiary of any the foregoing persons; <u>provided, however</u>, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

G. <u>Union or Non-Union Employee Claims</u>:  Any union-represented or non-union represented employee, furloughed employee, or former employee for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits or workers' compensation claims ("<u>Compensation Claims</u>"); <u>provided, however</u>, that Compensation Claims shall not include claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment-related common law, statutory law, or regulation even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

claimant; and (vi) substantially conform to the Proof of Claim Form approved by the Bar Date Order. If you file a summary of the supporting documentation because they are voluminous, you must transmit the supporting documentation to (a) the Claims Agent and (b) the applicable Debtor within ten days after the date of a written request by the Debtors for such documents.

The Proof of Claim Form can be obtained, as well as filed, on the website established and maintained by the Claims Agent at https://cases.primeclerk.com/puertorico/.

## Section 6 – Where and How to File

All Proofs of Claim, except as otherwise provided for or specifically excepted in Section 2 above, shall be filed with the claims and noticing agent, Prime Clerk LLC (the "Claims Agent") pursuant to the procedures provided herein **so as to actually be received** on or before the applicable Bar Date, depending upon the nature of the Claim.

Proofs of Claim may be filed through any of the following methods:

(i)     completing the electronic Proof of Claim on the Claims Agent's website at https://cases.primeclerk.com/puertorico/EPOC-Index,

(ii)    if delivered **by first class mail**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708,

(iii)   if **by overnight courier**, at the following address: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or

(iv)    if **by hand delivery**, at any of the following locations: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232, or (b) the following locations in the Commonwealth, available during the listed dates and times:

| Locations in the Commonwealth Accepting Proofs of Claim by Hand Delivery All locations are available from February 27, 2018 to May 29, 2018 (except weekends and Court Holidays) | |
| --- | --- |
| Address | Hours (AST) |
| José V. Toledo Federal Building & US Courthouse Clerk's Office 300 Recinto Sur Street San Juan, PR 00901 | M-F 8:00 a. m. to 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse Clerk's Office 150 Carlos Chardón Street, San Juan, Puerto Rico, 00918-1767 | M-F 8:30 a. m. to 4:30 p. m. |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| **Locations in the Commonwealth** **Accepting Proofs of Claim by Hand Delivery** All locations are available from February 27, 2018 to May 29, 2018 (except weekends and Court Holidays) | |
| --- | --- |
| Address | Hours (AST) |
| MCS Building, Suite 222 A Bankruptcy Court Clerk's Office 880 Tito Castro Avenue Ponce, PR 00716-4732 | M-F 8:00 a. m. to 5:00 p. m. |
| Aerotek Añasco Bianca Convention Center Carr 2 KM 143, Suite 3 Añasco, PR 00610 | M-F 8:30 a. m. to 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | M-F 8:30 a. m. to 5:00 p. m. |
| CoSpazio 53 Calle Las Palmeras, 4th Floor San Juan, PR 00901 | M-F 8:30 a. m. to 5:00 p. m. |

Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission will **not** be accepted; provided, however, they may be submitted through Prime Clerk's website: https://cases.primeclerk.com/puertorico/EPOC-Index.

### Section 7 – Additional Information

The Debtors' Creditor Lists and the Bar Date Order may be downloaded and examined free of charge from the Claims Agent website, https://cases.primeclerk.com/puertorico/. Any creditor that relies on the Debtors' Creditor Lists bears responsibility for determining that its Claim is accurately listed therein.

If you require additional information regarding this Notice, you may contact the Claims Agent at (844) 822-9231 (toll free for U.S. and Puerto Rico) or (646) 486-7944 (for international callers), available 10:00 a.m. to 7:00 p.m. (Atlantic Standard Time) (Spanish available), or by email at puertoricoinfo@primeclerk.com.

Additional information regarding the claims filing process is also available on the website for the statutory creditors' committee appointed in the Title III cases at www.creditorspr.com, www.prcreditorscommittee.com, or www.comitedeacreedoresdePR.com.

Dated: February 15, 2018

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[*English version contained in previous pages*]

## Sección 1. Las Fechas límite

El 15 de febrero de 2018, el Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico (el "<u>Tribunal de Distrito</u>") emitió una resolución (la "<u>Orden de fechas límite</u>") para los Casos en virtud del Título III mencionados anteriormente de conformidad con la Norma de quiebra 3003(c) en la que se establecen los siguientes plazos para presentar Evidencias de reclamaciones (en conjunto, las "<u>Fechas límite</u>"):

(a) **<u>Fecha límite general</u>: 4:00 p. m. (hora estándar del Atlántico) del 29 de mayo de 2018**. Este es el plazo (la "<u>Fecha límite general</u>") para presentar evidencias de reclamaciones (según se definen en el artículo 101(5) del Código de Quiebras), en contra de los Deudores en concepto de (i) reclamaciones que surgieron o se considera que surgieron antes de las respectivas fechas de inicio de los Casos en virtud del Título III, incluidos, a fin de disipar dudas, reclamaciones en forma de bonos y reclamaciones que surgieron de conformidad con el artículo 503(b)(9) del Código de Quiebras, y (ii) reclamaciones alegadas por entidades gubernamentales (según se definen en el artículo 101(27) del Código de Quiebras).

(b) **<u>Fecha límite de rechazos</u>**: salvo que se estipule lo contrario en alguna orden que autorice el rechazo de un contrato de ejecución pendiente o un arrendamiento vigente, las **4:00 p. m. (hora estándar del Atlántico) de la fecha que sea posterior entre (i) la Fecha límite general y (ii) el primer día hábil después de los treinta y cinco (35) días calendario posteriores a la emisión de la orden por parte del Tribunal que autorice dicho rechazo** es el plazo para que una parte del contrato de ejecución pendiente o arrendamiento vigente rechazados presente evidencias de reclamaciones relacionadas con el rechazo de dicho contrato o arrendamiento (la "<u>Fecha límite de rechazos</u>" y, junto con la Fecha límite general, las "<u>Fechas límite</u>").

(c) **<u>Fecha límite si se modifica o complementa la Lista de acreedores</u>**: si, una vez entregado el Aviso de la Fecha límite, algún Deudor (a) modifica su respectiva Lista de acreedores para reducir una reclamación o cambiar la clasificación, naturaleza o caracterización de una reclamación, o (b) complementa su respectiva Lista de acreedores, dicho Deudor deberá notificar sobre cualquier modificación o complemento a los titulares de las reclamaciones reducidas o modificadas por estos cambios, e informarles a estos titulares que tendrán hasta **(i) la Fecha límite general y (ii) treinta y cinco (35) días desde la fecha de dicho** aviso, la fecha que sea posterior, para presentar una evidencia de reclamación o una evidencia de reclamación modificada, si corresponde, o se les prohibirá hacerlo.

Según su uso en este Aviso, una "reclamación", tal como se define en el artículo 101(5) del Código de Quiebras, siempre que surge, incluye, en cada caso, cualquier reclamación en contra de alguno de los Deudores basado en la responsabilidad primaria, secundaria, directa, indirecta, fija, garantizada, no garantizada, eventual, asegurada, impugnada, no impugnada, liquidada, no liquidada, vencida, no vencida, legal o conforme al sistema del Equity de los Deudores o de alguna otra manera, incluidos, a fin de disipar dudas, las reclamaciones que surjan de conformidad con el artículo 503(b)(9) del Código de Quiebras (cada uno de ellos, una "<u>Reclamación</u>").

## Sección 2. Quiénes NO deben presentar Evidencias de reclamaciones

**EL HECHO DE QUE HAYA RECIBIDO ESTE AVISO NO IMPLICA QUE USTED TENGA UNA RECLAMACIÓN EN CONTRA DE LOS DEUDORES NI QUE LOS DEUDORES CONSIDEREN QUE USTED TIENE UNA RECLAMACIÓN.**

A las siguientes personas y entidades <u>no</u> se les exige presentar una Evidencia de reclamaciones en la Fecha límite correspondiente o con anterioridad:

A. <u>Reclamaciones permitidas</u>: cualquier persona o entidad cuya reclamación se haya permitido anteriormente mediante una orden de este Tribunal emitida en la Fecha límite correspondiente o con anterioridad.

B. <u>Reclamaciones pagadas</u>: cualquier persona o entidad cuya reclamación se haya pagado totalmente por parte de un Deudor, incluidas las reclamaciones pagadas por un Deudor después de la fecha de inicio de su respectivo Caso en virtud del Título III.

C. <u>Evidencias de reclamaciones ya presentadas</u>: cualquier persona o entidad que ya presentó correctamente una evidencia de reclamación, que respeta sustancialmente el Formulario de evidencia de reclamación, en estos Casos en virtud del Título III ante el Tribunal o el agente de reclamaciones y avisos de los Deudores.

D. <u>Reclamaciones correctamente mencionados y categorizados en las Listas de acreedores</u>: cualquier persona o entidad cuya reclamación figure en una de las Listas de acreedores y (i) si la reclamación no se menciona como "impugnada", "eventual" o "no liquidada", (ii) si la persona o la entidad no impugnan el monto y la naturaleza de la reclamación, tal como se establece en la Lista de acreedores correspondiente, y (iii) si la persona o la entidad no disputan que la reclamación es una obligación del Deudor en cuestión.

E. <u>Clientes de PREPA</u>: los clientes de PREPA en relación con la disposición de sus depósitos o disputas individuales de servicio o facturación; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

F. <u>Reclamaciones por pensión</u>: con respecto a beneficios de pensión y cualquier otro beneficio posterior a la jubilación, cualquier jubilado, empleado activo y exempleado de un Deudor según el Título III (incluyendo a cualquier ex empleado de un Deudor de Título III que reciba una pensión anticipada, un incentivo financiero u otros beneficios provistos bajo la Ley Núm. 70-2010 o la Ley Núm. 211-2015 o leyes o programas similares), o cualquier persona que participe o haya participado de un plan de pensiones administrado por un Deudor según el Título III, y cualquier beneficiario de las personas mencionadas anteriormente; <u>sin embargo</u>, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

G. <u>Reclamaciones de empleados sindicalizados o no sindicalizados</u>: cualquier empleado, empleado con licencia o exempleado representados por un sindicato o no representados por un sindicato para la indemnización y los beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales ("Reclamaciones de <u>indemnización</u>"); <u>sin embargo</u>, las reclamaciones de indemnización no deben incluir

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

reclamaciones ██████ se alegaron o se alegarán en una causa ██████ un procedimiento administrativo sobre la base de agravio o derecho consuetudinario, derecho estatutario o reglamentaciones no relacionados con el empleo, incluso cuando dichas reclamaciones se alegan como daños o derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

H. **Reclamaciones de miembros de sindicatos individuales**: cualquier persona o entidad titular de una reclamación se limita a obligaciones en virtud de sus respectivos convenios colectivos de trabajo, incluidas, entre otras, las quejas o reclamaciones que surgen de su relación laboral actual o anterior con Commonwealth; sin embargo, dicho titular debe alegar (i) una reclamación que no esté exceptuada, de alguna otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A o O de esta sección o (ii) una reclamación por una queja que se resolvió y liquidó mediante un arreglo o laudo arbitral al 28 de febrero de 2018, y, para ello, debe presentar una evidencia de reclamaciones con respecto a la reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

I. **Reclamaciones de tenedores de bonos individuales que surgen de bonos que no tienen un fiduciario, agente fiscal, o agente o designado similares**: cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros montos que pueden surgir conforme al respectivo acuerdo de fideicomiso o documento del bono que no estipulan un fiduciario, agente fiscal, o agente o designado similares que podrían presentar una Evidencia de reclamaciones principal; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

J. **Reclamaciones de tenedores de bonos individuales cubiertos por evidencias de reclamaciones principales de deudas en bonos presentadas oportunamente**: cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el fiduciario, agente fiscal, o agente o designado similares pertinentes presenten una Evidencia de reclamaciones principal de una deuda en bonos en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todas las reclamaciones en forma de bonos en contra del Deudor pertinente en virtud del respectivo acuerdo de fideicomiso o documento del bono; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de reclamaciones con respecto a esta otra reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

K. **Reclamaciones de prestamistas de contratos de préstamos individuales**: cualquier persona o entidad titular de una reclamación que se limita al pago de capital, intereses y otros cargos y gastos, en la medida en que el agente pertinente, si existiera, presente una Evidencia de reclamaciones principal por un contrato de préstamo en contra del Deudor pertinente en la Fecha límite general o con anterioridad en concepto de todas las reclamaciones del prestamista en contra del Deudor pertinente conforme al respectivo contrato de préstamo; sin embargo, dicho titular debe alegar una reclamación que no esté exceptuada, de alguna u otra manera, de la presentación de una evidencia de reclamaciones según los párrafos A a O de esta sección, para lo cual debe presentar una evidencia de

██ción es con respecto a esta otra reclam████ en la Fecha límite general o con anterioridad para evitar el rechazo de la otra reclamación.

L.   Reclamaciones intergubernamentales: (i) cualquier municipio, departamento u organismo de Commonwealth que no sea un Deudor ni un "organismo territorial cubierto" (según se define en la ley PROMESA) que alegue una reclamación en contra de un Deudor por un monto menor que $200 millones, o (ii) cualquier Deudor u "organismo territorial cubierto". A fin de disipar dudas, cualquier entidad descrita en la cláusula anterior (i) que alegue una reclamación en contra de un Deudor igual o superior a $200 millones debe presentar una evidencia de reclamaciones con respecto a dicha reclamación en la Fecha límite general o con anterioridad para evitar el rechazo de dicha reclamación.

M.   Gastos administrativos: cualquier titular de una reclamación permisible en virtud de los artículos 503(b) y 507(a)(2) del Código de Quiebras como gasto administrativo (**que no sea** una reclamación en virtud del artículo 503(b)(9) del Código de Quiebras).

N.   Evidencias de reclamaciones con plazos independientes: cualquier titular de una reclamación para el cual este Tribunal fije un plazo o haya fijado un plazo independiente.

O.   Reclamaciones administrativas de profesionales: profesionales que alegan reclamaciones administrativas por honorarios y gastos sujetos a la aprobación del Tribunal de conformidad con el artículo 316 de la ley PROMESA.

Sin embargo, en caso de que el Tribunal de Distrito fije una fecha antes de la cual deban presentarse las reclamaciones descritas anteriormente en los párrafos A a O, usted recibirá oportunamente una notificación de dicha fecha límite.

## Sección 3. Quiénes DEBEN presentar Evidencias de reclamaciones

Usted **DEBE** presentar una **Evidencia de reclamaciones** para votar en cualquier plan de ajuste presentado por la Junta de Supervisión en nombre de los Deudores o para participar en las distribuciones de los Deudores si tiene una reclamación que surgió antes de las fechas de inicio y que no corresponde a uno de los tipos de reclamaciones descritos anteriormente en los párrafos A a O de la Sección 2.

**Un titular de una posible reclamación en contra de los Deudores debe consultar con un abogado si tiene preguntas relacionadas con este Aviso, entre ellas, si dicho titular debe presentar una Evidencia de reclamación.**

## Sección 4. Consecuencias de no presentar una Evidencia de reclamaciones antes de la Fecha límite correspondiente

**A TODO TITULAR DE UNA RECLAMACIÓN QUE NO ESTÉ EXIMIDA DE LOS REQUISITOS DE LA ORDEN DE FECHAS LÍMITE, TAL COMO SE INDICÓ ANTERIORMENTE EN LOS PÁRRAFOS A-O DE LA SECCIÓN 2, Y QUE NO PRESENTE DE MANERA OPORTUNA UNA EVIDENCIA DE RECLAMACIONES EN EL FORMULARIO APROPIADO SE LE PROHIBIRÁ A PERPETUIDAD (SALVO QUE EL TRIBUNAL RESUELVA LO CONTRARIO) ALEGAR DICHA RECLAMACIÓN EN CONTRA DE LOS DEUDORES, VOTAR EN CUALQUIER PLAN DE AJUSTE PRESENTADO EN ESTOS CASOS EN VIRTUD DEL TÍTULO III Y PARTICIPAR DE CUALQUIER DISTRIBUCIÓN EN ESTOS CASOS EN VIRTUD DEL TÍTULO III EN CONCEPTO DE DICHA RECLAMACIÓN.**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



### Sección 5. Qué se debe presentar

SI ALEGARÁ UNA RECLAMACIÓN EN CONTRA DE MÁS DE UN DEUDOR, DEBE PRESENTAR EVIDENCIAS DE RECLAMACIONES SEPARADAS EN CONTRA DE CADA DEUDOR Y DEBE IDENTIFICAR EN SU EVIDENCIA DE RECLAMACIONES EL DEUDOR ESPECÍFICO EN CONTRA DEL CUAL SE ALEGA SU RECLAMACIÓN Y EL NÚMERO DE CASO DEL CASO EN VIRTUD DEL TÍTULO III DE ESE DEUDOR.

Cada Evidencia de reclamación, para presentarse correctamente de conformidad con este Aviso, deberá: (i) estar escrita en inglés o en español; (ii) estar denominada en moneda de curso legal de los Estados Unidos a la fecha de inicio del Caso pertinente en virtud del Título III; (iii) establecer específicamente el fundamento legal y fáctico de la reclamación alegada; (iv) incluir una copia de la documentación de respaldo (o, si esta documentación es demasiado extensa, debe adjuntar un resumen de dicha documentación) o una explicación de por qué la documentación no está disponible, y la documentación, el resumen o la explicación deben proporcionarse en inglés o en español; (v) incluir una firma original o electrónica del reclamante o un representante autorizado del reclamante, y (vi) respetar sustancialmente el Formulario de evidencia de reclamaciones aprobado por la Orden de fechas límite. Si presenta un resumen de la documentación de respaldo porque es muy extensa, debe enviar esta documentación (a) al Agente de reclamaciones y (b) al Deudor pertinente en un plazo de diez días posteriores a la fecha de una solicitud escrita de dichos documentos por parte de los Deudores.

El Formulario de evidencia de reclamaciones se puede obtener, así como presentar, en el sitio web que establece y mantiene el Agente de reclamaciones en https://cases.primeclerk.com/puertorico/.

### Sección 6. Dónde y cómo realizar la presentación

Todas las Evidencias de reclamaciones, salvo que se indique lo contrario o se eximan específicamente en la sección 2 incluida anteriormente, deberán presentarse ante el Agente de reclamaciones y avisos, Prime Clerk LLC, (el "Agente de reclamaciones") de conformidad con los procedimientos descritos en el presente documento **para que se reciban efectivamente** en la Fecha límite correspondiente o con anterioridad, según la naturaleza de la reclamación.

Las Evidencias de reclamaciones pueden presentarse a través de cualquiera de los siguientes métodos:

(i)   Completar la Evidencia de reclamaciones en formato electrónico en el sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index.

(ii)  Realizar el envío **por servicio de correo "first class"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk LLC, Grand Central Station, PO Box 4708, New York, NY 10163-4708.

(iii) Enviar mediante **servicio de correo "overnight"** a la siguiente dirección: Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232.

(iv)  Realizar la **entrega personalmente** en cualquiera de las siguientes ubicaciones: (a) Commonwealth of Puerto Rico, Claims Processing Center, c/o Prime Clerk, LLC, 850 Third Avenue, Suite 412, Brooklyn, NY 11232. o (b) las direcciones de Commonwealth que se indican a continuación, disponibles durante las fechas y los horarios señalados:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Ubicaciones de Commonwealth donde se acepta la entrega personalmente de las Evidencias de reclamaciones Todas las ubicaciones están abiertas desde el 27 de febrero de 2018 al 29 de mayo de 2018 (excepto los fines de semana y los feriados judiciales) | |
| --- | --- |
| **Dirección** | **Horarios (AST)** |
| José V. Toledo Federal Building & US Courthouse Clerk's Office 300 Calle Recinto Sur San Juan, PR 00901 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Federico Degetau Federal Building and Clemente Ruiz Nazario U.S. Courthouse Clerk's Office 150 Avenida Carlos Chardón San Juan, Puerto Rico, 00918-1767 | De lun. a vier. de 8:30 a. m. a 4:30 p. m. |
| MCS Building, Suite 222 A Bankruptcy Court Clerk's Office 880 Avenida Tito Castro Ponce, PR 00716-4732 | De lun. a vier. de 8:00 a. m. a 5:00 p. m. |
| Aerotek Añasco Bianca Convention Center Carr 2 KM 143, Suite 3 Añasco, PR 00610 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| Oceana HUB Center 2 Calle Acerina Caguas, PR 00725 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |
| CoSpazio 53 Calle Las Palmeras, 4to Piso San Juan, PR 00901 | De lun. a vier. de 8:30 a. m. a 5:00 p. m. |

**No** se aceptarán las Evidencias de reclamaciones enviadas por facsímil, telecopia o transmisión por correo electrónico; **sin embargo**, **pueden** enviarse a través del sitio web de Prime Clerk: https://cases.primeclerk.com/puertorico/EPOC-Index.

**Sección 7. Información adicional**

Las Listas de acreedores de los Deudores y la Orden de fechas límite pueden descargarse y revisarse sin cargo en el sitio web del Agente de reclamaciones, https://cases.primeclerk.com/puertorico/. Todo acreedor que se base en las Listas de acreedores de los Deudores asume la responsabilidad de determinar que su reclamación figure correctamente en dichas listas.

Si necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com.

También se encuentra disponible información adicional sobre el proceso de presentación de reclamos en el sitio web para el comité de acreedores estatutarios designado en los casos del Título III en www.creditorspr.com, www.prcreditorscommittee.com o www.comitedeacreedoresdePR.com.

Fecha: 15 de febrero de 2018

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE PUERTO RICO**

| | |
|---|---|
| En la causa:<br><br>LA JUNTA DE SUPERVISIÓN Y ADMINISTRACIÓN FINANCIERA PARA PUERTO RICO.<br><br>como representante de<br><br>EL ESTADO LIBRE ASOCIADO DE PUERTO RICO, Y OTROS<br><br>Deudores. | PROMESA<br>Título III<br><br><br>Caso n.º 17 BK 3283-LTS<br><br>(Administrados en forma conjunta) |

**AVISO DE PLAZOS PARA LA PRESENTACIÓN
DE EVIDENCIAS DE RECLAMACIONES**

**A TODOS LOS ACREEDORES DE LOS DEUDORES Y OTRAS PARTES INTERESADAS,
TENGA A BIEN NOTIFICARSE:**

La Junta de Supervisión y Administración Financiera para Puerto Rico (la "Junta de Supervisión") presentó peticiones voluntarias en virtud del artículo 304(a) de la *Ley para la Supervisión, Administración y Estabilidad Económica de Puerto Rico* ("PROMESA"),[2] que inician casos en virtud del Título III de PROMESA (cada uno de ellos, un "Caso en virtud del Título III" y, en conjunto, los "Casos en virtud del Título III") para los deudores que se mencionan a continuación (cada uno de ellos, un "Deudor" y, en conjunto, los "Deudores"). **Usted podría ser acreedor de uno de los Deudores y es posible que deba presentar una evidencia de reclamación ("Evidencia de reclamación").**

La lista de los nombres de los Deudores, sus números de caso y la fecha de inicio de los Casos en virtud del Título III de los Deudores es la siguiente:

| Casos en virtud del Título III | N.º de id. tributaria federal | Caso n.º. | Fecha de inicio |
|---|---|---|---|
| ...do Libre Asociado de Puerto Rico ("Commonwealth") | 3481 | 17 BK 3283 | 3 de mayo de 2017 |
| ...oración del Fondo de Interés Apremiante de Puerto ... ("COFINA") | 8474 | 17 BK 3284 | 5 de mayo de 2017 |
| ...ma de Retiro de los Empleados del Gobierno de ...monwealth de Puerto Rico ("SRE") | 9686 | 17 BK 3566 | 21 de mayo de 2017 |
| ...ridad de Carreteras y Transportación de Puerto Rico ...T") | 3808 | 17 BK 3567 | 21 de mayo de 2017 |
| ...ridad de Energía Eléctrica de Puerto Rico ("PREPA") | 3747 | 17 BK 4780 | 2 de julio de 2017 |

---

[2]   PROMESA está codificada en el Título 48, artículos 2101-2241 del Código de los Estados Unidos (U.S.C.).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## INFORMACIÓN GENERAL: PUNTOS CLAVE

- Este documento es un aviso legal con respecto a los Casos en virtud del Título III de los Deudores (mencionados anteriormente). El documento se enviará a todas las partes con las cuales los Deudores posiblemente tengan deudas en dinero (conocidas como "acreedores").

- **En la información general de esta página, se describen los términos clave del documento. Lea detenidamente todo el documento para obtener más detalles.**

- En los procedimientos según el Título III conforme a la ley PROMESA, es probable que se les exija a los acreedores que presenten formularios de evidencia de reclamaciones que indiquen el monto adeudado hasta el día en que se presentó el procedimiento según el Título III. En este documento, se explica cómo presentar sus reclamaciones.

- **A muchos acreedores de Casos en virtud del Título III <u>no se les exige</u> presentar una reclamación.** En este documento, se indica quiénes deben presentar una reclamación y quiénes no deben presentarla. **Consulte la Sección 2 de este documento para obtener una lista completa de las partes que <u>no</u> deben presentar una reclamación.**

- **Si usted no se le exige presentar una reclamación, no es necesario que complete y devuelva un formulario de evidencia de reclamación,** y seguirá manteniendo sus derechos de votar con respecto a un plan de ajuste y recibir pagos en virtud del plan. Un plan de ajuste es un documento en el que se explica la manera en que un Deudor propone pagar los montos adeudados a sus acreedores. Una vez presentado, este plan estará disponible para que lo revisen los acreedores. En una fecha posterior, se determinará quién votará en el plan. El monto que puede recibir en virtud del plan también se determinará más adelante.

- **Si debe presentar una reclamación en contra de alguno de los Deudores,** debe hacerlo antes del **<u>29 de mayo de 2018 a las 4:00 p. m., hora del Atlántico</u>.** Con este documento, se proporciona un formulario que puede usar para presentar su reclamación.

- Las reclamaciones pueden presentarse (a) de manera electrónica, realizando la presentación en el sitio web del Agente de reclamaciones en https://cases.primeclerk.com/puertorico/EPOC-Index, o (b) por correo postal o entrega personalmente en las direcciones indicadas en la Sección 6 de este documento.

- Si, después de leer este documento, necesita información adicional sobre este Aviso, puede comunicarse con el Agente de reclamaciones al (844) 822-9231 (línea gratuita para los EE. UU y Puerto Rico) o al (646) 486-7944 (para llamadas internacionales), de 10:00 a. m. a 7:00 p. m. (hora del Atlántico) (disponible en español), o por correo electrónico a la dirección puertoricoinfo@primeclerk.com. Tenga en cuenta que las personas que responden las llamadas no pueden brindar asesoramiento legal. Si tiene preguntas sobre sus derechos legales, entre ellos, si necesita presentar una reclamación, debe hablar con un abogado.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# AVISO LEGAL IMPORTANTE PARA RECLAMANTES PENSIONISTAS, JUBILADOS Y EMPLEADOS

El Tribunal de Distrito de los Estados Unidos para el Distrito de Puerto Rico emitió una resolución (la "Orden de fechas límite") que establece un plazo para que los acreedores aleguen reclamaciones en contra de cualquiera de los siguientes Deudores según el Título III: (i) Estado Libre Asociado de Puerto Rico, (ii) el Sistema de Retiro de los Empleados del Gobierno de la Commonwealth de Puerto Rico, (iii) la Autoridad de Carreteras y Transportación de Puerto Rico, (iv) la Corporación del Fondo de Interés Apremiante de Puerto Rico y (v) la Autoridad de Energía Eléctrica de Puerto Rico.

De conformidad con la Orden de fechas límite, a usted **no** se le exige presentar una evidencia de reclamación con respecto a las reclamaciones que tiene por pensiones acumuladas y cualquier otro beneficio posterior a la jubilación que se le adeude ("Beneficios de pensiones"). Sin embargo, en caso de tener una reclamación que no sea por Beneficios de pensiones en contra de alguno de los Deudores según el Título III mencionados anteriormente, entonces, debe presentar una evidencia de reclamación con respecto a dicha reclamación a las **4:00 p.m. (hora estándar del Atlántico) del 29 de mayo de 2018**, o con anterioridad, para evitar que se rechace dicha reclamación.

Además, como empleado, empleado con licencia o exempleado, **no** se le exige presentar una evidencia de reclamación para indemnizaciones y beneficios de empleo, incluidos, entre otros, los sueldos, salarios, beneficios médicos para empleados, o beneficios de seguros o reclamaciones de indemnización por accidentes laborales, **sino que debe** presentar las reclamaciones que se alegaron o se alegarán en una causa judicial o un procedimiento administrativo por agravio o por derecho consuetudinario, derecho estatutario o reglamentaciones no relacionadas con el empleo, incluso cuando dichas reclamaciones se aleguen como daños o derecho a recibir sueldos, salarios, beneficios médicos para empleados o beneficios de seguros.

Finalmente, **no** se le exige presentar una evidencia de reclamación que se limita a obligaciones en virtud de un convenio colectivo de trabajo, incluidas, entre otras, las quejas o reclamaciones que surgen de la relación laboral actual o anterior con el Estado; **sin embargo**, si alega una reclamación por una o más quejas que se resolvieron y liquidaron mediante un arreglo o laudo arbitral al 28 de febrero de 2018, **debe** presentar una evidencia de reclamación.

Todos los documentos presentados en los Casos en virtud del Título III, incluida la Orden de fechas límite y el Formulario Evidencia de Reclamación, están disponibles sin cargo en el sitio web https://cases.primeclerk.com/puertorico/. Para obtener información adicional para jubilados, ingrese en www.porturetiro.com.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# IMPORTANT LEGAL NOTICE TO PENSION, RETIREE, AND EMPLOYEE CLAIMANTS

The United States District Court for the District of Puerto Rico entered an order (the "Bar Date Order") establishing a deadline for creditors to assert claims against any of the following title III debtors: (i) the Commonwealth of Puerto Rico; (ii) the Employees Retirement System of the Government of the Commonwealth of Puerto Rico; (iii) the Puerto Rico Highways and Transportation Authority; (iv) the Puerto Rico Sales Tax Financing Corporation; and (v) the Puerto Rico Electric Power Authority.

Pursuant to the Bar Date Order, you **are not** required to file a proof of claim with respect to any claims you have for accrued pensions and any and all other post-retirement benefits due to you ("Pension Benefits"). However, to the extent you have a claim that is not for Pension Benefits against any of the Title III Debtors listed above, then you should file a proof of claim with respect to such claim on or before **4:00 p.m. (Atlantic Standard Time) on May 29, 2018** to avoid disallowance of such claim.

In addition, as an employee, furloughed employee, or former employee you **are not** required to file a proof of claim for any for compensation and employment benefits, including, without limitation, wages, salaries, employee medical benefits and/or insurance benefits, or worker's compensation claims, **but must** file claims asserted or to be asserted in any lawsuit or administrative proceeding based on tort or non-employment-related common law, statutory law, or regulations, even where such claims assert as damages an entitlement to wages, salaries, employee medical benefits and/or insurance benefits;

Finally, you **are not** required to file a claim limited to obligations due under a collective bargaining agreement, including but not limited to grievances, or claims arising from current or former employment relationship with the Commonwealth; **however**, if you assert a claim for one or more grievances that have been resolved and liquidated by settlement or arbitration award as of February 28, 2018, you **must** file a claim.

All documents filed in the Title III Cases, including the Bar Date Order and the Proof of Claim Form, are available, free of charge, by accessing the website https://cases.primeclerk.com/puertorico/. Additional information for retirees is available at www.porturetiro.com.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

H.  Individual ▓▓▓▓ Members' Claims:  Any person or entity ▓▓ holds a claim limited to obligations due under their respective collective bargaining agreements, including, but not limited to, grievances, or claims arising from their current or former employment relationship with the Commonwealth; provided, however, that any such holder must assert (i) a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section, or (ii) a claim for a grievance that has been resolved and liquidated by settlement or arbitration award as of February 28, 2018, by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

I.  Individual Bondholder Claims Arising From Bonds That Do Not Have an Indenture Trustee, Fiscal Agent, or Similar Agent or Nominee:  Any person or entity that holds a claim that is limited to the repayment of principal, interest and such other amounts that may arise under the respective trust agreement or bond document that does not provide for an indenture trustee, fiscal agent, or similar agent or nominee that could file a Master Proof of Claim; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

J.  Individual Bondholder Claims Covered by Timely Filed Bond Master Proof of Claim:  Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant indenture trustee, fiscal agent, or similar agent or nominee files a Bond Debt Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all bond claims against the relevant Debtor under the respective trust agreement or bond document; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

K.  Individual Credit Agreement Lender Claims:  Any person or entity that holds a claim that is limited to the repayment of principal, interest and other fees and expenses, to the extent the relevant agent, if such agent exists, files a Credit Agreement Master Proof of Claim against the relevant Debtor on or before the General Bar Date on account of all lender claims against the relevant Debtor under the respective credit agreement; provided, however, that any such holder must assert a claim not otherwise excepted from filing a proof of claim by Paragraphs A. through O. of this Section by filing a proof of claim with respect to such other claim on or before the General Bar Date to avoid disallowance of such other claim;

L.  Inter-Governmental Claims:  (i) Any municipality, department, or agency of the Commonwealth that is not a Debtor or "covered territorial instrumentality" (as defined in PROMESA) asserting a claim against a Debtor in an amount less than $200 million, or (ii) any Debtor or "covered territorial instrumentality".  For the avoidance of doubt, any entity described in the foregoing clause (i) asserting a claim against a Debtor equal to or greater than $200 million must file a proof of claim with respect to such claim on or before the General Bar Date to avoid disallowance of such claim;

M. ▮▮ministrative Expenses: Any holder of a claim allowable under Bankruptcy Co▮ sections 503(b) and 507(a)(2) as an administrative expense (**other** than a claim und▮ Bankruptcy Code section 503(b)(9));

N. Proofs of Claim with Separate Deadlines: Any holder of a claim for which a separa▮ deadline is or has been fixed by this Court; and

O. Professionals' Administrative Claims: Professionals who assert administrative claims f▮ fees and expenses subject to the Court's approval pursuant to PROMESA section 316;

provided, however, that, should the District Court fix a date by which the Claims described i▮ Paragraphs A. through O. above must be filed, you will be notified of such bar date at the appropria▮ time.

## Section 3 – Who MUST File a Proof of Claim

You **MUST** file a **Proof of Claim** to vote on any plan of adjustment filed by the Oversigh▮ Board on behalf of the Debtors or to share in any distributions from the Debtors if you have a Clair▮ that arose prior to the commencement dates and it is not one of the types of Claims described i▮ Paragraphs A. through O. in Section 2 above.

**A holder of a possible Claim against the Debtors should consult an attorney if suc**▮ **holder has any questions regarding this Notice, including whether the holder should file a Proo**▮ **of Claim.**

## Section 4 – Consequences of Failure to File a Proof of Claim by the Applicable Bar Date

**ANY HOLDER OF A CLAIM THAT IS NOT EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN PARAGRAPHS A THROUGH O. IN SECTION 2 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED (UNLESS OTHERWISE ORDERED BY THE COURT) FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS, FROM VOTING ON ANY PLAN OF ADJUSTMENT FILED IN THESE TITLE III CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THESE TITLE III CASES ON ACCOUNT OF SUCH CLAIM.**

## Section 5 – What to File

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR. SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S TITLE III CASE.

Each Proof of Claim, to be properly filed pursuant to this Notice, shall: (i) be written in English or Spanish; (ii) be denominated in lawful currency of the United States as of the relevant Title III Case commencement date; (iii) set forth with specificity the legal and factual basis for the asserted claim; (iv) include a copy of the supporting documentation (or, if such documentation is voluminous, you must attach a summary of such documentation) or an explanation as to why such documentation is not available, with such documentation, summary, or explanation being provided in English or Spanish; (v) include an original or electronic signature of the claimant or an authorized agent of the

POLICE OF PUERTO RICO        [seal:] POLICE OF
                            PUERTO RICO                    OFFICIAL CORRESPONDENCE
September 5, 2000                                          TO THE SUPERINTENDENT:
                                                          PO BOX 70166
                                                          SAN JUAN, PUERTO RICO 00936-8166

                                                          HEADQUARTERS
                                                          Phone 793 1234

All Civilian Personnel

[*signature*]
**Mr. Pedro A. Toledo**
Superintendent

**CLASSIFICATION AND COMPENSATION PLAN**

On December 12, 1997, the Police of Puerto Rico hired the technical advisory services of the Central Labor Advisory and Human Resources Administration Office (OCALARH), in order to conduct a study of occupied and vacant positions at our Agency, and to develop new Position Classification and Compensation Plans for both Career service and Public Trust employees.

After conducting the corresponding study, OCALARH submitted the new Classification Plan for our consideration. Consistent with OCALARH recommendations, the Fiscal Affairs Department, in coordination with the Human Resources Department, conducted a budget analysis and evaluated various fiscal alternatives. These were discussed with the Management and Budget Office, which authorized implementation of the results of the aforementioned study in stages.

The first stage will take effect on September 7, 2000, and it will begin with the adoption of the first phase of the new pay structures to be developed for both services. As a result of the implementation of the first stage, each employee will receive a pay raise of $150.00 per month. In the remaining upcoming stages, wages will be increased until they reach the corresponding amount based on the adjustment to projected wages.

We hope that this improvement in pay will serve as an incentive and a motivating force to continue offering excellent service to the people of Puerto Rico, as we have been doing until now as an agile and effective work team.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
**POLICE OF PUERTO RICO**

[seal:] POLICE OF PUERTO RICO
PROTECTION [;] INTEGRITY

**SAOC-AP-1-11-062**

June 8, 2009

Honorable José Figueroa Sancha
Superintendent
Police of Puerto Rico

Lt. Col. Héctor Agosto Rodríguez 2-11982
Ponce Regional Director

[signature]
2nd Lt. José I. Rivera Torres 7-15478
Interim Director
Purchasing Division
Ponce Region

[signature]
Carmen María Ruiz Díaz
Purchasing Agent
Ponce Purchasing Division

I am requesting to resign from the Honorable Police Corps of Puerto Rico for years of service. My resignation takes effect on December 31, 2009.

I began working on March 3, 1980, at the Department of the Family of the Commonwealth of Puerto Rico, formerly the Social Services Department, and God willing, I will complete my 30 years of service at the Police of Puerto Rico, where I began working on December 1, 1995.

It is an honor for me to work for the Commonwealth of Puerto Rico as a public servant, both in the Department of the Family and in the honorable Police Corps of Puerto Rico. I am thankful to God and the people of Puerto Rico for allowing me to serve during these years.

I am requesting two (2) merit-based step increases for the years of service that I have rendered with care and dedication at the Police of Puerto Rico.

Enclosures: Copy OCAP-11 and OCAP-15.

CC Organized Civilian Employees Union
    Police of Puerto Rico

**SEND ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, PO BOX 70166 SAN JUAN, PR 00936-8166 PHONE (787) 793-1234**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:] *July 2009 [illegible]*

*Nitza Baez*
*ext. 2202*
*Severance and Retirement Div.*
*[illegible]*

[image]

ORIENTATION FOR RETIREMENT
FOR YEARS OF SERVICE
LEAVE DIVISION

EMPLOYEE INFORMATION

1. Name [handwritten:] <u>*Carmen M. Ruíz Díaz*</u>          Badge No. [handwritten:] <u>*Civilian*</u>

2. Workplace [handwritten:] <u>*Purchasing, Ponce*</u>          Social Security [redacted] [handwritten:] *3426*

3. Effective Date of Resignation for Years of Service [handwritten:] <u>*December 31, 2009*</u>

4. _____ Yes   __X__ No  Do you wish to request unincluded services (payment of Zeta Plan, military time, temporary time, time worked at another Agency)?

If you remain on the Medical Plan, you must make at least two (2) payments in advance. In these cases, as soon as you collect your pension in the Retirement System, bring the payment receipt with you and they will offer you guidance on this.                                                                     *[hw:] 65%*

OTHER OBSERVATIONS:      Resignation Letter pursuant to Regulation

**YOU MUST GO TO THE LEAVE DIVISION AND GET INFORMATION RELATING TO COMPENSATORY HOURS, HOLIDAYS, AND UNUSED LEAVE. SERVICE IS AVAILABLE TO THE PUBLIC MONDAYS AND WEDNESDAYS.**

**NO MORE THAN SIXTY (60) DAYS OF REGULAR LEAVE WILL BE PAID.**

**YOU WILL BE PAID UP TO NINETY (90) DAYS OF SICK LEAVE. EXCESS DAYS WILL NOT BE PAID.**

*[signature]*

**Petra Viera Cruz**
**Ext. 3504**
[handwritten:] *3 Jun 09*

[*signature*]_____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SASG-NRH-11-570

December 4, 2009

Mrs. Carmen M. Ruiz Díaz
PO Box 800047
Cotto Laurel PR 00780

Dear Mrs. Ruiz Díaz:

It is a source of pride for the Police of Puerto Rico to have veterans like you, who offered their lives, efforts, and youth to protect the life and property of the People of Puerto Rico.

For this reason, the Superintendent of the Police of Puerto Rico is inviting you to the recognition activity for all employees retired during 2009. It will be held on Friday, December 11, 2009 at 10:00 am in the amphitheater of the Criminal Justice College (Academy) in Gurabo.

There will be music and lunch. We hope to see you and your family there.

Please confirm your attendance at (787) 793-1234 extension 3504.

Cordially,

[*signature*]
Yadira Rivera Pabón
Director
Employee Assistance Division
for Retirement and Veterans

**SEND ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, PO BOX 70166 SAN JUAN, PR 00936-8166 PHONE (787) 793-1234**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
**POLICE OF PUERTO RICO**

[seal:] POLICE OF PUERTO RICO
PROTECTION [;] INTEGRITY

SAOC-RP-1-1-1,110                    [handwritten:] *2009*          *Retired*

June 16, 2009                           *Pensioner*

José E. Figueroa Sancha              *Central Retirement Administration*
Superintendent

Deborah M. Vega
Manager
Human Resources Department

**RESIGNATION DUE TO YEARS OF SERVICE OF CIVILIAN EMPLOYEE
CARMEN MARIA RUIZ DIAZ, PURCHASING AGENT, OF
THE PURCHASING DIVISION, PONCE REGION**

I am forwarding letter SAOC-AP-1-11-062, dated June 8, 2009, relating to the resignation request of civilian employee **Carmen María Ruiz Díaz**, Purchasing Agent, of the Purchasing Division, Ponce Region.

Mrs. Ruiz Díaz wishes for her resignation to take effect on **December 31, 2009**.

I recommend that she be given one (1) step increase in her salary for the excellent work that she has done during these years of service.

**Lt. Col. Héctor E. Agosto Rodríguez 2-11982
Ponce Region Director**

SEND ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, PO BOX 70166 SAN JUAN, PR 00936-8166 PHONE (787) 793-1234

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

BOARD OF APPEALS OF THE PERSONNEL
ADMINISTRATION SYSTEM

DELFINA LOPEZ ROSARIO, ET AL.

Appellants                                    CASE No.: T-01-10-372

v.

POLICE OF PUERTO RICO, ET AL.

Appellees

### PETITION FOR JOINDER IN APPEAL

I, [handwritten:] *Carmen María Ruiz Díaz*, civilian employee of the Police of Puerto Rico, hereby petition the Honorable Appeals Board of the Personnel Administration System to authorize the joinder of my claim on a violation of the Uniform Compensation Act and FLSA due to the improper withholding of wages, as I am in a similar position. To this end, I appoint Mrs. Ivonne González to represent me.

RESPECTFULLY SUBMITTED.

In [handwritten:] *Ponce*, Puerto Rico, on the ___of [handwritten:] *March* of 2004.

_____[*signature*]_____

PETITIONER'S SIGNATURE
MAILING ADDRESS AND PHONE

[handwritten:] *PO Box 80047*
*Coto Laurel PR 00780*
*787-848-2433*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## PROFESSIONAL SERVICES CONTRACT
## POLICE OF PUERTO RICO CIVILIAN EMPLOYEES

I, [handwritten:] *Carmen María Ruiz Diaz*, hereby contract and authorize the GONZALEZ-ARRAIZA Law Firm to represent me in my claim for Wages and Overtime owed by the POLICE OF PUERTO RICO. I understand that the fees will be contingent on the success of my claim, whether by settlement and/or judgment, at a rate of 25% of the sum I receive. I am issuing an advance of $20.00 dollars for expenses in filing the claim and investigation. I am attaching the amount of $ for case expenses to the contract.

In [handwritten:] *Ponce* , Puerto Rico, today, the___ of _____of 2004.

[*signature*]_____

MS. IVONNE GONZÁLEZ                                       SIGNATURE OF THE EMPLOYEE
PO BOX 9021828
SAN JUAN, PR 00902-1828

### EMPLOYEE'S PERSONAL INFORMATION

1. Name: [handwritten:] *Carmen Milagros Ruiz Diaz*

2. Mailing Address: [handwritten:] *PO Box 80047*

3. Social Security: [redacted] [handwritten:] *3426*          Phone: [handwritten:] *787-*

4. Name of Division or Office where you work: [handwritten:] *Ponce Purchasing Div.*

5. Town where you work: [handwritten:] *Ponce*

6. Date when you started working at the Police of Puerto Rico: [handwritten:] *11 Dec 1995*

7. Position you hold (Indicate level: I, II, etc.): [handwritten:] *Purchasing Agent II*

8. State the scale step assigned to your position [handwritten:] *7*

9. Monthly salary that you receive: $

10. Do you receive any differential wage? YES _____ NO _____ Amount: $

11. Level of education: [handwritten:] *Bachelor's in Business Admin.*

12. Have you ever received merit-based and/or service-based step increases? YES _____ NO _____
State how many steps: _____

13. What is your daily work schedule? 7 ½ hours_____ 8 hours _____

14. Do you have any claim for overtime pay? YES _____ NO __X__
Amount owed to you according to you: $____ Number of hours:_____

15. Have you received overtime pay? [handwritten:] *No*

16. How much money have you received for overtime?_____And submit paystubs, if you kept them

17. Do you have a net balance of compensatory time? [handwritten:] *Yes* and submit copy of letters received if you kept them [handwritten:] *Verbal*

18. Are you owed holidays?

19. Do you receive an hour to break for a meal? [handwritten:] *Yes*

20. If you do not receive a lunch hour, briefly describe the situation _____-_____

**IMPORTANT NOTE:**

**Within a reasonable period of time, provide your counsel with:**

a. **copies of the OP-15 forms (Special Change Report) for the pay raises you received,**

b. **copies of any other document to establish your claim (for example, attendance sheets, reported compensatory time balances, etc.).**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*PROFESSIONAL SERVICES CONTRACT*
*POLICE OF PUERTO RICO EMPLOYEES*

I, [handwritten:] <u>Carmen María Ruiz Diaz</u>, *hereby hire Ivonne González Morales, Esq. and Adela L. Torruella, Esq., to represent me in my salary and COMPENSATION SCALES claim in the Trial Court of Puerto Rico. I understand that the fees will be contingent on the success of my claim, whether by settlement and/or judgment, at a rate of 25% of the sum I receive. I am issuing an advance of $20.00 dollars for expenses in filing the claim and investigation. I am attaching the amount of $ __to the contract.*

*In _____ , Puerto Rico, today, the___ of_____ of* [handwritten:] <u>2004</u>

_____        [*signature*]_____

*Legal Representative*                                *Signature of the Employee*

### EMPLOYEE'S PERSONAL INFORMATION

*1. Name:*

*2. Mailing Address:*

*3. Social Security:*

*4. Division or Office where you work:*

*5. Town where you work:*

*6. Date when you started working at the Police of PR*

*7. Position you are officially appointed to. Indicate level of position (I, II, III, etc.) and date of appointment:*

*8. If you are performing other functions that are not those of your position, explain (for example, acting position, administrative assignment, staff shortage):*

*Start Date        of        of*

*9. Monthly salary that you receive:*

*10. Do you receive any differential wage? YES _____ NO _____ Amount*

*11. Level of education:*

*12. Have you ever received merit-based and/or service-based step increases? YES _____ NO _____ State how many steps*

*13. Have steps that you had ever been eliminated? Explain*

*14. What is your daily work schedule (7 ½ or 8 hours)*

*15. Do you have any claim for overtime pay? YES _____ NO _____        Amount:        Number of hours:*

*16. Do you receive fixed meal stipends? YES _____ NO _____ Date you started to receive them                        Are you owed stipends?        Amount            and provide evidence*

*17. Within a reasonable period of time, provide your counsel with copies of the OP-15 forms, Special Change Report, pay raises received by you, and bimonthly pay stubs for the period of your claim.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea l. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Our Claim with this Complaint:*

*On October 1, 1996, the Federal Minimum Wage Act was implemented at the Agency. The first 10 pay scales were consolidated, with employees in these scales all earning the same. As a result, a janitor and an administrative assistant or a secretary and a whole series of positions all earn the same, violating the Merit Principle.*

1. *We civilian employees are entitled to retroactive adjustment in our wages from October 1, 1996 and September 1, 1997 through the present, if we take action in the courts, in addition to the creation of a new Pay Scale.*

2. *We will also request that the $55.00 be taken as part of the salary when we are given step increases, salary adjustments, promotions, etc.*

3. *That we be placed in the scale that corresponds to us in the raises granted since the last pay scale took effect, like the $100.00 that they gave us for productivity, through the present, and maintaining this in the future.*

### *INSTRUCTIONS*

1. *Read the document carefully.*
2. *Answer each question in printed letters.*
3. *Enter the date and sign the contract.*
4. *Photocopy it and keep a copy for your records.*
5. *Staple your personal money order to the contract.*
6. *Make a list of the contract that you are going to include and make a copy for your records.*
7. *Please send to:*

    *IVONNE GONZALEZ, ESQ.*
    *PO BOX 9021828*
    *SAN JUAN  PR   00902-1828*

8. *Request confirmation of receipt at the post office and keep it as evidence that you sent it and you will receive confirmation from the recipient.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

LAW OFFICES
*Ivonne González Morales*

**PO BOX 9021629**  **POLICE OF PUERTO RICO**  **GALLARDO BLDG**
**SAN JUAN**  **MR. SALVADOR RAYA**  **SUITE 306**
**PUERTO RICO 00902-1828**  **COMPUTER TECHNOLOGY OFFICE**  **001 RECINTO SUR ST**
**PHONE (787) 724-5323**  **HEADQUARTERS**  **OLD SAN JUAN, PUERTO RICO**
**FAX (787) 724-5323**

*February 17, 2004*

[handwritten:] *Submitted*
*Organized Civilian Employees Union*

*RE: Case: Delfina López Rosario v. Police of P.R.*

*Dear Clients:*

*After nearly 10 years since we started the wage claim against the agency where we work, we have obtained a favorable ruling in one of the cases where we put forth similar disputes. For this reason, we are calling a meeting for <u>all</u> employees that we represent to clarify the rumors and to personally share with you the accomplishments achieved and inform you on the procedural status of your case.*

*The meeting will be on Saturday March 6, 2004 at 9:30 at the PALACIO DE LOS TRABAJADORES of the Sindicato Empleados Equipo Pesado [Heavy Equipment Operators' Union] "LOS TIGRES DE LA MONTAÑA", Highway No. 1 from Rio Piedras to Caguas, Kilometer 17.8 (near the Blue Cross building at the intersection with Avenida Las Cumbres).*

*Your attendance is important, as we have to update the information that we have on your personnel file and obtain the documents we need to request the resolution of your case.[1]*

*I want to thank you for the trust you have placed in me as an attorney to serve as an instrument to achieve wage justice for you.*

*Your attendance is important.*

*Cordially,*
*[signature]*
*Ivonne González Morales*

[1] NOTE:

Bring evidence of raises received, for example, pay stubs if you have them, and the OP-15s (special salary change report, which shows all raises given during employment).

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

SASG-NRH-DCR-6-229

August 12, 2008

Mr. CARMEN M RUIZ DIAZ

Dear Mr./Ms. RUIZ

Public Act 110-28 of May 25, 2007 amended the Federal Fair Labor Standards Act,  whereby a staggered increase was established in the federal minimum wage, to be applied over a period of twenty-six (26) months. That is to say, from the previous $5.15 per hour wage to $5.85 per hour effective July 24, 2007; from $5.85 to $6.55 per hour effective July 24, 2008; and from $6.55 to $7.25 per hour effective July 24, 2009.

The implementation of the first stage ($5.85 per hour on July 24, 2007) of the federal minimum wage had no impact on the pay scales of the compensation structure in effect for the Career Service of the Police of Puerto Rico. This is because all the scales comprising the compensation structure that the Agency implemented on January 1, 2002 were above the first stage of the federal minimum wage ($5.85 per hour). However, implementation of the second stage of the federal minimum wage ($6.55 per hour effective July 24, 2008) did impact the pay scales of the compensation structure in effect for the Career Service, and so a new compensation structure for said Service had to be developed and adopted, thereby bringing the Police of Puerto Rico into strict compliance with the provisions of the aforementioned Fair Labor Standards Act.

After developing the new compensation structure for the Career Service and when implementing this structure, the Agency adopted the following rule to make the adjustments to employees' wages on the new corresponding scales, as applicable to each specific case:

*"When an employee's current wage is less than the Minimum Step under the new scale assigned to the class in which their position is classified, their wage will be adjusted to the minimum step under said scale. When the current wage of an employee is between two (2) steps from the new scale, their wage will be adjusted to the higher of those two steps. In cases where the current wage of an employee coincides with one of the steps on the new scale or exceeds the maximum step on the scale, their wage will not be adjusted. Once the new compensation structure takes effect, no employee will earn a wage less than that which they received prior to the effective date of the new structure. The wages resulting from personnel actions made subsequently will continue to be managed pursuant to the rules established in the applicable laws and regulations."*

Pursuant to the above, I hereby inform you that your monthly wage will be $2,196.00, effective July 24, 2008. In addition, all employees that receive $55 in supplemental compensation will continue to receive this compensation.

Cordially,

[*signature*]
Mr. Pedro A. Toledo Dávila
Superintendent

**SEND ALL OFFICIAL CORRESPONDENCE TO THE SUPERINTENDENT, PO BOX 70166 SAN JUAN, PR 00936-8166 PHONE (787) 793-1234**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



Certified to be a correct and true translation from the source text in Spanish to the target language English.
16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556
By Targem Translations Inc.

[logo:] **PRO
SOL
UTIER**

**Solidarity Program - UTIER**

[handwritten:] *Specify that they
currently work for the <u>Police</u>*

May 1, 2008

Carmen María Ruiz Díaz
PO Box 800047
Coto Laurel, Puerto Rico 00780

Dear Mrs. Ruiz:

On April 25, 2008, we had a phone conversation wherein you indicated you were interested in receiving guidance on our organization's federal minimum wage suit against the Department of the Family. Based on that conversation, you may be eligible to join the suit.

We consulted with Milagros Acevedo Colón, Esq. and she informed us that generally, you do qualify because you have remained connected to the Government. However, your file would have to be analyzed to identify the details of the personnel transaction involving you.

For this reason we are sending you Professional Services Contract number 04139, to be filled out, signed, and returned to our office no later than **Friday May 16, 2008**. Note that if it is found that the personnel transaction involving you was a transfer, with no greater separation from service, your claim will be accepted. The expert witness will verify your file and the calculations will be made to determine the amount in wages that the Families Department owes you for the years 1986 to 1994. The last amendment to the federal minimum wage that impacted you was in 1994.

If you have any questions about the information requested in the contract or about the process of the lawsuit, you can contact me by phone at (787) 724-6118 or 724-6119, during business hours from Monday to Friday, 8:00 a.m. to 12:00 p.m. and 1:00 p.m. to 4:30 p.m.

Cordially,

[*signature*]
Helga M. González Nieves
Organization Officer

PO BOX 9063, San Juan, Puerto Rico 00908 – Phone 787-724-6118 / 787-724-6119 – Fax: 787-724-6149 – www.utier.org

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*COMMONWEALTH OF PUERTO RICO*
*POLICE OF PUERTO RICO*
*PONCE AREA*

*SEND ALL OFFICIAL*
*CORRESPONDENCE TO THE*
*SUPERINTENDENT*
*SAN JUAN, PUERTO RICO 00936-8166*
*Phone 793-1234*

[handwritten:] *Submitted*
*2008*      [seal:] POLICE OF PUERTO RICO
PROTECTION [;] INTEGRITY

# ***** FAX 787-259-1537 *****

# PONCE PURCHASING DIVISION

TO              : [handwritten:] *Luis Pedraza Leduc*

FROM         : [handwritten:] *Carmen M. Ruiz Díaz*

DATE         : [handwritten:] *April 25, 2008*

SUBJECT    : [handwritten:] *Reclassification*


PAGES       : [handwritten:] *3*        INCLUDING THIS PAGE

PHONE      : [handwritten:] *1-787-724-6149*

COMMENTS:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



*COMMONWEALTH OF PUERTO RICO*
*POLICE OF PUERTO RICO*
*PONCE AREA*

*SEND ALL OFFICIAL*
*CORRESPONDENCE TO THE*
*SUPERINTENDENT*
*SAN JUAN, PUERTO RICO 00936-8166*
*Phone 793-1234*

[seal:] POLICE OF PUERTO RICO
PROTECTION [;] INTEGRITY

## ***** FAX 787-259-1537 *****

# PONCE PURCHASING DIVISION

TO               : [handwritten:] *Luis Pedraza Leduc* _____

FROM            : [handwritten:] *Carmen M. Ruiz Díaz* _____

DATE            : [handwritten:] *April 25, 2008* _____

SUBJECT        : [handwritten:] *Reclassification* _____

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

04139

DEPARTMENT OF THE FAMILY EMPLOYEES
PROFESSIONAL SERVICES CONTRACT

Calle Recinto Sur 301                                PO Box 9021828
Edificio Gallardo Oficina 305                        San Juan, Puerto Rico
Viejo San Juan                                       00902-1826
Phone: (787) 724-5323 / 764-0244
Fax: (787) 721-4648

I, [handwritten:] _Carmen M. Ruiz Diaz_, hereby hire Ivonne González Morales, Esq. and Milagros Acevedo Colón, Esq. to represent me in my claim relating to improper implementation of the minimum wage and to inquire into the wages to which I am legally entitled. I understand that the fees will be contingent on the success of the claim, whether by settlement and/or judgment, at a rate of 25% of the sum that I receive.

In [handwritten:] _Ponce_ , Puerto Rico, today, the [handwritten:] _April 25 of_ of 200 [handwritten:] _8_.

_____                    _____
                                                     [signature]
Ms. Ivonne González Morales                          CLIENT SIGNATURE
Ms. Milagros Acevedo Colón

**PERSONAL INFORMATION**
**PLEASE PRINT**

1. Agency where you work: [handwritten:] _Police of P.R._      Town: [handwritten:] _Ponce_____

2. Name: [handwritten:] _Carmen María Ruiz Diaz_____

3. Mailing Address: [handwritten:] _PO Box 80047 Coto Laurel PR 00780_____

4. Home Address: [handwritten:] _Urb Sombras del Real Calle Caobo_____
        _E-22 Real Anon Ponce PR_____

5. Social Security: [redacted] [handwritten:] _3426_____Email: [handwritten:] _camarudi@yahoo.com_

6. Home Phone: _____ Work Phone: [handwritten:] _787-284-4040 ext. 4928_ Cell: [handwritten:] _787-929-5411_

7. Date you started working at the agency: [handwritten:] _December 1, 1995_____

8. Position(s) held with date you held each: _____
   [handwritten:] _____Purchasing Agent II – Dec 1995 - 2/2002_____
   _____Purchasing Agent 2/2002 to present_____

9. MARK THE APPROPRIATE BOX WITH AN "X" IF YOU ARE NOT CURRENTLY WORKING due to: Retirement for years of service (   ); Resignation or Transfer (   ) and Date: Month _____ Year _____

10. Current Position: [handwritten:] _Purchasing Agent_ Wage: Monthly: $ [handwritten:] _2,196.00_ Bimonthly: [handwritten:] _588.35 [illegible] 588.35_

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

Page 2

Professional Services Contract

Employees of the Department of the Family

11. Do you receive any differential wage? YES ( *X* )NO (   ) Number of steps and year in which you received them: [handwritten:] *I receive monthly compensation of $55.00 per month. I have never received merit-based step increases due to lack of funds in the agency and I've never received steps under Act 89 for years of service.*

12. What is your level of education? [handwritten:] *Currently I am studying a Masters' in International Business. I have a Bachelors' in Business Administration, Concentration in Management*

.

13. Have you ever received merit-based and/or service-based step increases? YES (   ) NO ( *X* ) Number of steps and year in which you received them:

14. What is your daily work schedule? 7 ½ hours ( *X* ) or 8 hours (   )

15. Are your actual hours worked recorded and are you owed overtime? If so, submit evidence and the number of hours owed._____

16. Do you receive an hour for a meal? [handwritten:] *I receive ½ hour*_____

17. If you do not receive a lunch hour, briefly describe the situation_____

18. Do you supervise staff? YES (   ), NO (*X*) and number of employees and since when _____

**IMPORTANT INSTRUCTIONS: READ BEFORE SIGNING**

a. Check that you have answered all questions.

b. CONTRACTS WILL NOT BE ACCEPTED FROM PEOPLE WHO HAVE BEEN RETIRED FOR MORE THAN ONE YEAR OR WHO HAVE RESIGNED FROM THEIR JOBS.

c. PLEASE PROVIDE YOUR LEGAL COUNSEL WITH YOUR CONTRACT OR, WITHIN A REASONABLE PERIOD OF TIME, THE FOLLOWING DOCUMENTS: 1. Copies of the OP-15 forms (Special Change Report), service records including information on all pay raises you received while employed, 2. Copies of any letter or document where you request from the agency or your supervisor a review of the compensation scale and/or requesting guidance on your rights and the corresponding response.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[seal:] POLICE OF PUERTO RICO
PROTECTION INTEGRITY

*COMMONWEALTH OF PUERTO RICO*

*POLICE OF PUERTO RICO*

*Office of the Assistant Superintendent of Management Services*
*Department of Human Resources*
*Classification and Compensation Division*

[illegible]
OFFICIAL USE

[illegible]

## *ADMINISTRATIVE REVIEW REQUEST FORM*

Carmen M. Ruíz Díaz
*Employee Name*

Inspector Luis R. Torres Santiago
*Immediate Supervisor Name*

[redacted] 3426
*Social Security [redacted]*

██████
*Position or Badge Number*

13971 – (3447717)
*Position Number*

SACC Field Operations
*Assistant Superintendence*

284-4040 Ext. 4928
*Telephone and Extension*

*Department*

Ponce
*Police Area*

Purchasing
*Division*

*District or Precinct*

*Office or Section*

*If it is your understanding that your status as an employee of the Police of Puerto Rico is affected as a result of the implementation of the new Career Service Position Classification and Compensation Plans, mark one of the three options provided below. Then, in the space provided for each option, clearly and legibly explain the reasons or grounds supporting your request for administrative review, as well as the relief you are requesting.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*3.*    *Other:*  Review the classification, salary, and =scale of the position I hold as Purchasing Agent II, # 13971 as a result of the implementation of the new position classification and compensation plan.

*Basis of the Request (type or print):* I disagree: this position classification was unfair, because during my 22 years of service the functions I perform have not changed, my responsibilities with public funds have been increased because of my education with a BA and 15 credits in an MBA, credits in computers. I feel that I deserve a better evaluation of my Purchasing Agent II position. I deserve a better salary. I understand that I have been demoted, which is not consistent with the personnel law and the principle of merit. I am attaching letter AP-28-4-151 and evidence.

*Remedy you are requesting (be specific):*  That when reviewing my scale, position, and salary I be reclassified as Purchasing Agent III, that my salary be raised taking into account my years of service as well, and that I be financially compensated for the period since 1995, as my salary is less than what was due to me and that my pay scale be 12 or higher.

March 7, 2002                          [*signature*]
        *Date*                              *Employee Signature*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**COMPLAINTS, GRIEVANCES, AND ARBITRATION PROCEDURE**
**POLICE OF PUERTO RICO**
**AND**
**ORGANIZED CIVILIAN EMPLOYEES (E.C.O.) UNION**

To be used in Police Areas, University Colleges, and Headquarters

| | |
|---|---|
| **Carmen M. Ruíz Díaz** <br><br> COMPLAINANT <br><br> VS. <br><br> **Police of Puerto Rico** <br><br> RESPONDENT | AREA _Ponce_ <br><br> DATE _September 9, 2003_ <br><br> Q-_[handwritten:] 2003-03-0007_ <br><br> SUBJECT: **Job Classification** <br><br> **and Compensation** |

**COMPLAINT**

DATES AND FACTS THAT OCCURRED AND RESULTED IN THE COMPLAINT

**February 28, 2002 (Notice of Position Classification).**

**March 7, 2002 (Request for administrative review...)**

**August 19, 2003 (Notice regarding administrative review).**

SECTION OF THE AGREEMENT OR LEGAL PROVISION THAT WAS ALLEGEDLY VIOLATED

**See Attachment on this, page 3.**

SOLUTION REQUESTED BY THE EMPLOYEE OR UNION

[ink stamp:] **SEP 09, 2008** [initials]

**See Attachment on this, page 3.**

**September 9, 2003**
DATE

[signature]
**Carmen M. Ruíz Díaz**
SIGNATURE OF COMPLAINANT

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**SECTION OF THE AGREEMENT OR LEGAL PROVISION ALLEGEDLY VIOLATED**

1. Personnel Regulations: Essential Units on Principle of Merit Sec. 6 (1), (2), (3), and (4) and Art. 4 Personnel Act.

2. Uniform Compensation Regulations Sec. 4.4 (3) and 4.6, paragraphs 2, 3, 5, 6, and 8, and Sec. 4.8, Uniform Compensation Act Art. 2 Sec. 1 and 2 and Art. 9.

3. Police of PR Personnel Regulations, provisions relating to the Classification and Compensation of positions.

4. Art. II Sec. 16 Constitution of the Commonwealth.

5. Public Service Personnel Act, No. 5.

6. Section of the Agreement Art. VIII Section 1, Art. IX Section I, Art. X Paragraphs 2 and 3, Art. VII Section 2, Art. III, and Art. XII Paragraph 2.3, Art. XIV Sections 2 and 4, Art. XII, Paragraph 2.3, Art. XIV, Secs. 2 and 4, and Art. XIX, Sec. 5.

**SOLUTION REQUESTED BY THE EMPLOYEE OR UNION**

1. To review the study conducted and the basis used to create the new Purchasing Agent class, given the likelihood of unlawful labor practices on the part of the employer for having used arbitrary criteria in order to discriminate against the position classes held in the majority by women with regard to the conditions and compensation in terms of employment.

2. To declare as void and arbitrary the decision to group the Purchasing Agent II and III positions under a new classification title with employees of a lower hierarchical level and who do not perform work with the same level of complexity and responsibility as my work.

3. To void the Purchasing Agent classification, or to add new levels.

4. To assign me to the Purchasing Agent III position.

5. To audit my position and to restore and correct the assigned classification and compensation such that the pay level that corresponds to me is honored retroactively, and to assign my position to a higher scale and classification that is consistent with the complexity and responsibility of the work that I do, because I am at a higher hierarchical level and I deserve a higher salary, as the principle of pay equity was violated (Act 89).

[handwritten:] *Sept. 9, 2003*                    [signature]

       DATE                                COMPLAINANT SIGNATURE

**Enclosure**

**Page 3**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
POLICE OF PUERTO RICO

[seal:] POLICE OF
PUERTO RICO

SEND ALL
OFFICIAL CORRESPONDENCE
TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166
Phone 793 1234

February 27, 2002-02-27

TO ALL CIVILIAN PERSONNEL          [signatures and initials]
[handwritten:] *2/27/02*

[*signature*]

**Mr. Miguel Pereira**
Superintendent


SUBJECT: JOB CLASSIFICATION AND COMPENSATION PLAN IMPLEMENTATION


The purpose of this letter is to clarify the last paragraph of the third (3rd) page, corresponding to the letter informing all civilian employees of the effect of the implementation of the Position Classification and Compensation Plans on the positions that they hold, as well as on their salary.

If your position is included within the appropriate unit, you may use the process for **Complaints, Grievances, and Arbitration**, as established in the Collective Agreement of the civilian employees of the Police of Puerto Rico, within a period of **15 working days** from notice of the administrative review. On the other hand, if your position is excluded from the appropriate unit, you may appeal to the **Personnel Administration System Appeals Board** (JASAP, in Spanish), as indicated in the aforementioned letter.

[handwritten:] *3:30 PM*

[ink stamp:] FEB 28, 2002

[handwritten, illegible]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

AP-28-4-151

March 7, 2002

Mr. Miguel A. Pereira
Superintendent                    [ink stamp:] MAR. 08, 2002 [illegible]

[*signature*]
Mrs. Carmen M. Ruiz Díaz
Purchasing Agent II

**REQUEST FOR ADMINISTRATIVE REVIEW**
**IMPLEMENTATION OF POSITION CLASSIFICATION**
**AND COMPENSATION PLAN**

With regard to the letters dated February 27, 2002, one with the numbers 02-07, signed by you, I am sending you this letter to request an administrative review of the classification granted to the position that I hold with the Police of Puerto Rico, Ponce Area.

I believe that the title given and the monthly salary, according to the identification columns in one of the letters, do not do justice to my 22 years in public service and to the Purchasing Agent II position for which I joined the Police as a promotion.

While it is mentioned that my "status" as an employee remains unchanged, it seems a contradiction to go from a Purchasing Agent II with position number 13971 to a Purchasing Agent with no position number; it would be feasible to interpret this as a demotion. The same thing occurs as to the scale number, where there is a demotion from 12 to step 7.

The scope and basis of the study conducted needs to be questioned, when not even an interview was conducted.

Were this study truly fair, it would not have reduced me below an acquired right but rather would have resulted in classification as a III position, given my experience, years of service, education, and the volume of work that I do.

In addition, this study began in December 1997, now some five years ago, and my assigned work has increased.

I believe that the agency owes me a pay adjustment for the period since I started working in December 1995, as I was transferred from the Department of the Family as a promotion to the Police of Puerto Rico with 15 years of service. The pay adjustment made was below a Purchasing Agent II who started working in public service in 1994.

When starting at the Police of Puerto Rico, I was not even told what my salary would be to make a determination as to whether it was convenient for me to change Agency, as the Department of the Family had opportunities for growth.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

March 7, 2002
Page 2

I have a Bachelor's degree, as well as 15 credits in an MBA graduate-level program and credits in computer systems.

I perform a wide range of work with great responsibility with public funds.

I very respectfully request that I be reclassified to the position of Purchasing Agent III, and that my pay and scale be increased.

CC: Mr. Pablo Rodríguez Guzmán
    Director, Human Resources

    Mrs. Marta I. Santiago
    President, E.C.O.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*COMMONWEALTH OF PUERTO RICO*
*POLICE OF PUERTO RICO*


[seal:] POLICE OF PUERTO RICO
PROTECTION [;] INTEGRITY

[handwritten:] *Received*
[ink stamp:] FEB. 28, 2002
[handwritten:] *3:30 pm* [initials]

*February 27, 2002*

*Mr./Ms. Pagan Suarez, Maria M*

*PURCHASING AGENT II*                     [handwritten:] *Compare wage to [illegible]*


*Dear Mr./Ms. Pagan Suarez,*

*The Police of Puerto Rico hired the advisory and professional services of the Central Labor Advisory and Human Resources Administration Office (OCALARH) to carry out a study of the inventory of occupied and vacant position at this Agency, in order to develop new Position Classification and Compensation Plans for Career and Confidence Services, in close collaboration with our Human Resources Department. The OCALARH completed the aforementioned study and informed us of the results and corresponding recommendations. After evaluating the aforementioned plans and determining the corresponding adjustments, we have made the decision to adopt and implement said plans, effective January 1, 2002, as we already indicated in our letter NRH-2-6-2-006 of January 24, 2002.*

*The new developed Plans will allow the Agency to rely on agile and modern work instruments, administer our human resources effectively, and to recruit and retain the most qualified and competent staff. Said work instruments are consistent with the provisions of Section 4.2 of Act 5 of October 14, 1975, known as the Public Service Personnel of Puerto Rico Act, as amended, and Article 4 of the Uniform Compensation Regulations of June 7, 1984.*

*Prior to the implementation of the new plans, the option was adopted to grant a minimum raise of three hundred dollars ($300) per month over the salary that each employee was earning, which has already been given in two (2) stages, each of one hundred and fifty dollars ($150), effective in September 2000 and July 2001, respectively. In addition to the three hundred dollars ($300), a considerable number of employees are also receiving another pay raise as a result of the adjustment to the new pay scale assigned to the*

3817

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*new class in which the position they hold at the Agency was classified, pursuant to the adopted adjustment rule, as applicable to each specific case.*

*The rule adopted for adjustment of salaries is as follows: when the current wage of an employee is less than the minimum step under the new scale assigned to the new class in which their position is classified, their wage will be adjusted to the minimum step under said scale; when the current wage of an employee is between two (2) steps from the new scale, their wage will be adjusted to the higher of those two steps; and in cases where the current wage of an employee coincides with one of the steps from the new scale or exceeds the Maximum Step from the scale, their wage will not be adjusted.*

*Based on the study conducted, the effect that it had on the classification of the position you hold at this Agency is shown below, pursuant to the assigned essential duties, as well as on the monthly salary to be earned effective January 1, 2002, when the new Position Classification and Compensation plans will be fully implemented.*

| *Identified Areas* | *Before the Study* | *After the Study* |
|---|---|---|
| Position Number | 13972 | |
| Classification Title | PURCHASING AGENT II | Purchasing Agent |
| Monthly Salary | $1,405.00 | $1,433.00 |
| Supplemental Compensation | $55.00 | $55.00 |
| Wage Differential | | $0.00 |
| Scale Number | 12 | 7 |
| Minimum Step | $867.00 | $1,371.00 |
| Maximum Step | $1,098.00 | $2,037.00 |

*Your status as an employee remains unchanged.*

*In the event that employees receive a wage differential, this differential was honored and the corresponding adjustment was made so that the amount given as differential is comprised within the progression of the compensation types corresponding to the new pay scale assigned to the new class in which the position was classified.*

*On this matter, I inform you that because wage differentials constitute additional compensation separate from the employee's regular wage, everything relating to granting, maintaining, or removing this compensation is conditional on and regulated by the provisions of Act 89 of June 12, 1979, known as the Uniform Compensation Act, as amended, and by Section 4.8 (11) and 5.3 (3) of the Uniform Compensation Regulations.*

*Our Human Resources Department will be available to offer guidance and clarify any questions you may have relating to the study performed, as well as to the new plans developed, as appropriate in each specific case.*

3818

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*If you believe that the action taken harms your status as an employee, you are entitled to request an administrative review from me in writing within a period of fifteen (15) calendar days from receipt of this notice. Administrative reviews will be handled by a work team comprised of people with vast experience with and understanding position classification and compensation in the Public Service of Puerto Rico..*

*Said work team is tasked with evaluating and conducting a technical and objective analysis of the submitted statements, after which they will make a recommendation in writing, as appropriate in each case. During this process, the prevailing structures of positions in each work unit, existing lines of command and supervision, as well as the hierarchies and relative values of positions, will be recognized. Notice of the decision will be provided in writing.*

*In the event that you are not satisfied with the decision, you can appeal to the Personnel Administration System Appeals Board (JASAP), PO Box 4840, Old San Juan Station, San Juan, Puerto Rico 00905, within a period of thirty (30) calendar days from receiving the notice as to the administrative review.*

*Cordially,*

[*signature*]

*Superintendent*

3819

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

August 25, [*illegible*]

Mrs. Serva Parilla de Borinquen
President ECO

[ink stamp, illegible] [initials]

**REQUEST FOR ORIENTATION MEETING
RECLASSIFICATION CASE DECISION**

I am respectfully requesting a meeting in the Ponce Area, in order to receive guidance on the Agency's Decision on Reclassification.

We need guidance before signing any document.

The date of notice of the Agency's decision was August 19, 2003, so the meeting must take place before (15) days elapse.

I thank you for your prompt attention.

**SIGNATURES:**

[*multiple signatures*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*COMMONWEALTH OF PUERTO RICO*
*POLICE OF PUERTO RICO*


[seal:] POLICE OF PUERTO RICO
PROTECTION [;] INTEGRITY

[handwritten:] *Received*
[ink stamp:] FEB. 28, 2002
[handwritten:] *3:30 pm* [initials]

*February 27, 2002*

*Mr./Ms. Pagan Suarez, Maria M*

*PURCHASING AGENT II*                    [handwritten:] *Compare wage to [illegible]*


*Dear Mr./Ms. Pagan Suarez,*

*The Police of Puerto Rico hired the advisory and professional services of the Central Labor Advisory and Human Resources Administration Office (OCALARH) to carry out a study of the inventory of occupied and vacant position at this Agency, in order to develop new Position Classification and Compensation Plans for Career and Confidence Services in close collaboration with our Human Resources Department. The OCALARH completed the aforementioned study and informed us of the results and corresponding recommendations. After evaluating the aforementioned plans and determining the corresponding adjustments, we have made the decision to adopt and implement said plans, effective January 1, 2002, as we already indicated in our letter NRH-2-6-2-006 of January 24, 2002.*

*The new developed Plans will allow the Agency to rely on agile and modern work instruments, administer our human resources effectively, and to recruit and retain the most qualified and competent staff. Said work instruments are consistent with the provisions from Section 4.2 of Act 5 of October 14, 1975, known as the Public Service Personnel of Puerto Rico Act, as amended, and Article 4 of the Uniform Compensation Regulations of June 7, 1984.*

*Prior to the implementation of the new plans, the option was adopted to grant a minimum raise of three hundred dollars ($300) per month over the salary that each employee was earning, which has already been given in two (2) stages, each of one hundred and fifty dollars ($150), effective in September 2000 and July 2001, respectively. In addition to the three hundred dollars ($300), a considerable number of employees are also receiving another pay raise, as a result of the adjustment to the new pay scale assigned to the*

5296

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*new class in which the position they hold at the Agency was classified, pursuant to the adopted adjustment rule, as applicable to each specific case.*

*The rule adopted for adjustment of salaries is as follows: when the current wage of an employee is less than the minimum step under the new scale assigned to the new class in which their position is classified, their wage will be adjusted to the minimum step under said scale; when the current wage of an employee is between two (2) steps from the new scale, their wage will be adjusted to the higher of those two steps; and in cases where the current wage of an employee coincides with one of the steps from the new scale or exceeds the Maximum Step from the scale, their wage will not be adjusted.*

*Based on the study conducted, the effect that it had on the classification of the position you hold at this Agency is shown below, pursuant to the assigned essential duties, as well as on the monthly salary to be earned effective January 1, 2002, when the new Position Classification and Compensation plans will be fully implemented.*

[handwritten:] *3:30 pm*
[ink stamp:] FEB. 28, 2002
[handwritten:] *Received*

| *Identified Areas* | *Before the Study* | *After the Study* |
|---|---|---|
| Position Number | 13971 | |
| Classification Title | PURCHASING AGENT II | Purchasing Agent |
| Monthly Salary | $1,405.00 | $1,433.00 |
| Supplemental Compensation | $55.00 | $55.00 |
| Wage Differential | | $0.00 |
| Scale Number | 12 | 7 |
| Minimum Step | $867.00 | $1,371.00 |
| Maximum Step | $1,098.00 | $2,037.00 |

*Your status as an employee remains unchanged.*

*In the event that employees receive a wage differential, this differential was honored and the corresponding adjustment was made so that the amount given as differential is comprised within the progression of the compensation types corresponding to the new pay scale assigned to the new class in which the position was classified.*

*On this matter, I inform you that because wage differentials constitute additional compensation separate from the employee's regular wage, everything relating to granting, maintaining, or removing this compensation is conditional on and regulated by the provisions of Act 89 of June 12, 1979, known as the Uniform Compensation Act, as amended, and by Section 4.8 (11) and 5.3 (3) of the Uniform Compensation Regulations.*

*Our Human Resources Department will be available to offer guidance and clarify any questions you may have relating to the study performed, as well as to the new plans developed, as appropriate in each specific case.*

[handwritten:] *Act 89*

5297

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*If you believe that the action taken harms your status as an employee, you are entitled to request an administrative review of writing within a period of fifteen (15) calendar days from receipt of this notification. Administrative reviews will be handled by a work team comprised of people with vast experience with and understanding position classification and compensation in the Public Service of Puerto Rico..*

*Said work team is tasked with evaluating and conducting a technical and objective analysis of the submitted statements, after which they will make a recommendation in writing, as appropriate in each case. During this process, the prevailing structures of positions in each work unit, existing lines of command and supervision, as well as the hierarchies and relative values of positions will be recognized. Notice of the decision will be provided in writing.*

*In the event that you are not satisfied with the decision, you can appeal to the Personnel Administration System Appeals Board (JASAP), PO Box 4840, Old San Juan Station, San Juan, Puerto Rico 00905, within a period of thirty (30) calendar days from receiving the notice as to the administrative review.*

*Cordially,*

*[signature]*

*Superintendent*

[handwritten:] *3:30 PM*
[ink stamp:] FEB. 28, 2002
[handwritten:] *Received*

5298

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[handwritten:] *Documents as evidence of Mrs. Carmen María Ruiz Díaz, a civilian employee, as Purchasing Agent Police of P.R.*

*Estimates with margin of error but with communications that demonstrate what was promised to us was given to us only in part and we are still owed.*

*Submitted on this date,*

[*signature*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*Commonwealth of Puerto Rico*

POLICE OF PUERTO RICO   [seal:] POLICE OF

June 8, 2001   PUERTO RICO

SEND ALL
OFFICIAL CORRESPONDENCE
TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

HEADQUARTERS
Phone 793 1234

**TO ALL CIVILIAN PERSONNEL
THAT FORMS PART
OF THE POLICE OF PUERTO RICO**

[*signature*]
**PIERRE E. VIVONI**
Superintendent

**CLASSIFICATION AND COMPENSATION PLANS**

As an essential part of my role as Superintendent of the Police of Puerto Rico, I have appointed a committee that is evaluating the draft Classification and Compensation Plans developed by the Central Labor Advisory and Human Resources Administration Office (OCALARH, in Spanish), in coordination with our Human Resources Department. As soon as this committee issues its report, we will meet with the representatives of the OCALARH in order to make the corresponding changes and adjustments to the project. Our goal is to make these plans appropriate to properly classify occupied and vacant positions. For obvious reasons, there is a need to use effective work instruments to administer the human resources of our Agency in a just manner consistent with the applicable laws and regulations.

As soon as the evaluations process and the corresponding adjustments are complete, I will inform you of everything relating to the adoption and implementation of the new Classification and Compensation Plans. This must be, of course, as soon as possible, but never sacrificing the quality of the work. We estimate that the process will be completed no later than July.

However, it is necessary to clarify the statements made recently by some sectors unrelated to our Agency in various media outlets, suggesting that the money allocated for implementation of the new plans was used to pay for overtime. **This information is completely false, and creates unrest and confusion among our civilian employees. We hereby deny that version as well as other negative versions relating to this matter, and clarify that the funds allocated to the Plans will be used only for these purposes.**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

POLICE OF PUERTO RICO        [seal:] POLICE OF
                              PUERTO RICO

September 5, 2000

OFFICIAL CORRESPONDENCE
TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

HEADQUARTERS
Phone 793 1234

All Civilian Personnel

[*signature*]
**Mr. Pedro A. Toledo**
Superintendent

## CLASSIFICATION AND COMPENSATION PLAN

On December 12, 1997, the Police of Puerto Rico hired the technical advisory services of the Central Labor Advisory and Human Resources Administration Office (OCALARH), in order to conduct a study of occupied and vacant positions at our Agency, and to develop new Position Classification and Compensation Plans for both Career service and Public Trust employees.

After conducting the corresponding study, OCALARH submitted the new Classification Plan for our consideration. Consistent with OCALARH recommendations, the Fiscal Affairs Department, in coordination with the Human Resources Department, conducted a budget analysis and evaluated various financial alternatives. These were discussed with the Office of Management and Budget, which authorized implementation of the results of the aforementioned study in stages.

The first stage will take effect on September 7, 2000, and it will begin with the adoption of the first phase of the new pay structures to be developed for both types of employees. As a result of the implementation of the first stage, each employee will receive a pay raise of $150.00 per month. In the remaining upcoming stages, wages will be increased until they reach the corresponding amount based on the adjustment to projected wages.

[seal:] POLICE OF PUERTO RICO
[illegible]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## Police Civilian Employees Head to the Polls

**By Waldo D. Coyas Quevedo**

**Nuevo Día**

Civilian employees of the Police will begin voting tomorrow on the unionization of this group at the agency. [illegible] Daniel Altorán Mundo and [illegible], president and vice-president, respectively, of the organization Organized Civilian Employees (ECO).

The leaders of ECO reported that voting will take place tomorrow in the police areas of Aguadilla, Arecibo, [illegible], Guayama, Humaco, Mayagüez, [illegible], the Police Academy, in [illegible]

On Thursday, voting will take place in Bayamón, Carolina, Culebra, Fajardo, San Juan, Utuado, Vieques, and the Hato Rey Headquarters. The results will be announced on Friday at the Public Service Labor Relations Commission.

Altorán Mundo indicated that 1,900 civilian employees are eligible to vote, sustaining that they need 960 votes to form the union.

**THE PRESIDENT** anticipated that civilian employees would benefit from pay raises of between $150 and $200 per month beginning on the 15th of this month, when the reclassification and compensation plan takes effect in the Police, after a long wait of [illegible] years.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## Toledo Announces Classification Payments

MARIBEL HERNÁNDEZ EARLY REPORT

THE SUPERINTENDENT of the police, Pedro Toledo Dávila, met yesterday with the agency's civilian personnel to announce that beginning this pay period, they will receive payment of the first stage of the classification and compensation plan that was signed on Thursday, before the electoral ban took effect.

However, the civilian employees expressed their displeasure when they were informed that they will not receive the $100 raise that was to be granted by Governor Pedro Rosselló, as the raise under the classification and compensation plan interrupts it.

Toledo Dávila is awaiting a decision from the Management and Budget Office (OGP, in Spanish) to find out whether they will grant the $14 million necessary for full implementation of the plan, which would represent an average increase of $142 in the salaries of civilian employees.

While this determination is made, the superintendent received an authorization for disbursement of $1 million from savings funds for payment of the first stage, which represents an increase of $150 per month, he reported during the meeting at the amphitheater of the Headquarters. He also noted that 85 percent of the agency's budget is used for salary payments.

One of the concerns raised by the civilian employees during the meeting is whether the raise and the classification of the 24 career scales and the nine would be honored by the new administration taking the helm in January. Toledo Dávila explained this is why he signed the compensation plan on Thursday before the electoral ban, because the agreement is law and it will have to be honored.

"It is the law, it is binding for everyone, even if the government changes, it is part of the government's policy commitment", Toledo Dávila observed. His expression earned applause from the audience.

Another issue raised referred to when they would receive their new position classification and the term required by law to appeal their classification, if necessary, with the Personnel Administration System Appeals Board (JASAP, in Spanish).

In turn, Toledo Dávila clarified that the pay raise will include the civilian employees assigned to the Office of the Commissioner for Safety and Protection, regardless of the position held.

[*other newspaper articles and advertisements, partially truncated*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

# Raise for Civilian Employees of the Police

**By Carmen E. Torres**

El Nuevo Día

Civilian employees of the Police have received a pay raise of $150 per month which, while gladly received by the workers, turned out to be less than they expected.

At a meeting he called last Friday with civilian employees, Superintendent Pedro Toledo announced implementation of the first stage of the compensation plan, whereby some 2,200 civil employees will receive the pay raise.

Toledo indicated that he signed the order authorizing the raise last Thursday, September 7, just before the election period restrictions took effect.

For all civilian employees, the minimum raise will be $300 per month, but given the lack of funds to cover the entire pay raise, the Police administration opted to divide the raises into various steps.

In the first stage of the pay raises, $4 million were set aside from the general police budget for these payments, Toledo said.

However, that figure is just one-third of the $12 million needed to fully implement the compensation plan for civilian employees.

## The head of the Uniformed Division opted to divide the pay raise into various stages

Last week, Toledo explained to the press that he was in talks with the Budget and Management Office in order to allocate the $12 million, but that in the event they did not allocate the full amount, he would have to separate the raises into stages. That is precisely what has occurred.

Toledo said that the next stages of the raises would take approximately five months. However, he hinted that it would be the next administration that will have to authorize the next increases.

With the raise announced by Toledo, civilian Police employees will not qualify this year to receive a $100 pay raise included in the platform of Governor Pedro Rosselló for all public employees, Lieutenant Coronel José Ramos, an assistant to the Superintendent, explained.

Toledo explained that only part of the compensation plan took effect, and not the position classification plan, which will remain under review by the General Labor Administration and Human Resources Office.

Civilian employees have been demanding for the past two years that the classification and compensation plan take effect. They accused Toledo of dragging his feet in adopting the plan.

[*Other, unrelated content*]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

## Wages Increased for Police Civilian Workers

By Tomás de Jesús Mangual
Editor – EL VOCERO

Police Superintendent Pedro Toledo Dávila announced Friday that the more than two thousand police civilian workers will begin to receive a $300 monthly raise in their paychecks retroactively to September 7. Toledo Dávila expressed this minute before inaugurating the agency's first mobile command center together with Miguel A. Santino, executive director of the State Emergency Management Agency.

Regarding the pay raises for civilian employees of the Police, Toledo Dávila claimed to have some $4 million given by the Budget Office to honor these raises, which, according to him, would result in these employees' pay being raised to over $842.00 per month.

Civilian employees of the Police have historically been the worst-paid among all government agencies, and the raises were announced after these employees made the decision to unionize to demand pay raises and better working conditions, like those that their colleagues, i.e., police officers, currently enjoy.

As Toledo Dávila explained to several hundred civilian employees that met with him in the auditorium of the Police Headquarters, they will begin to be receive the pay raise in their next paychecks in the amount of $150 twice monthly.

The Superintendent finished by saying, "[W]e are expecting OCAP to give us a $12 million loan to implement among civilian employees the classification plan that will result in larger pay raises", while offering the "good news" to these employees on Friday.

**The AEMEAD mobile center**

The inauguration of the first AEMEAD mobile center took place in the parking area of the Police Headquarters in Hato Rey. The Command Post, as the unit was named, is 38 feet long and has three air conditioners, one photocopier, one fax machine with cellular communication, and one 15-foot 3,000-watt lighting tower.

In addition, it includes communications equipment that allows modulation with all security and public safety agencies, and eight stations to install and operate the same number of laptop computers. The unit can also operate in any weather conditions. The Command Post will be used as an center for public education, as it will be taken to different points on the island to explain to the community and work and function of this government agency.

*[unrelated newspaper notice, partially truncated]*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Case:** Carmen María [*illegible- cut off*] Díaz
Government Retiree
Central Retirement December 31, 2009

1980: Department of the Family, formerly Social Services Department
Position: Accounting Office Worker
Member since 1983 of the Brotherhood of Social Services Workers
President: Luis Pedraza Leduc

1995: Transfer in Collection to The Police of Puerto Rico
Position: Purchasing Agent II
Member since 1998 of the Organized Civilian Employees Union (E.C.O.)

Claim: Pay raise in the amount of $40.00
from September 19, 1983, known as the Romerazo,
given by Governor Carlos Romero Barceló.
I have not received this $40.00 raise. Estimated amount:    $12,000.00

Claim: Classification and Compensation Plan.
The Police of Puerto Rico drafted a compensation plan
Since 2002 bringing me to a maximum salary of $2,196.00 as a
Purchasing Agent II. The case was filed by E.C.O. in 2008.
My Position of Purchasing Agent II was not reclassified. The scale remains at 7.
I am owed backpay under Act 89 of July 12, 1979, Uniform
Compensation Act (Act 5 passed previously [OCAP])
Civilian employees of the Police of Puerto Rico received backpay
After the year 2009, 2009, Ms. María Pagan Suárez, Purchasing
Agent II, informed me, and Ms. Milagros Torres from Finance. Amount    $

Claim: Pay raise of $175.00 established in the Collective Bargaining Agreement
Effective July 1, 2004. Jorge Méndez, president of E.C.O. Union
Has referred this case to the Commonwealth claiming the money. This case was won.
CRTSP – Public Service Labor Relations Commission.
I saw the evidence, but the union has it. I do not know if Retirees were included. I have not received this raise.
Estimated amount    $11,530.00

Carmen María Ruiz Díaz

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Please sign Receued
documents ofe evidence
to claim the form 410

Thanks

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

POLICE OF PUERTO RICO      [seal:] POLICE OF

June 8, 2001                              PUERTO RICO

TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166

HEADQUARTERS
Phone 793 1234

**TO ALL CIVILIAN PERSONNEL
THAT FORM PART
OF THE POLICE OF PUERTO RICO**

[*signature*]
**PIERRE E. VIVONI**
Superintendent

**CLASSIFICATION AND COMPENSATION PLANS**

As an essential part of my role as Superintendent of the Police of Puerto Rico, I have appointed a committee that is evaluating the draft Classification and Compensation Plans developed by the Central Labor Advisory and Human Resources Administration Office (OCALARH, in Spanish), in coordination with our Human Resources Department. As soon as this committee issues its report, we will meet with the representatives of the OCALARH in order to make the corresponding changes and adjustments to the project. Our goal is to make these plans appropriate to properly classify occupied and vacant positions. For obvious reasons, there is a need to use effective work instruments to administer the human resources of our Agency in a just manner consistent with the applicable laws and regulations.

As soon as the evaluations process and the corresponding adjustments are complete, I will inform you of everything relating to the adoption and implementation of the new Classification and Compensation Plans. This must be, of course, as soon as possible, but never sacrificing the quality of the work. We estimate that the process will be completed no later than July.

However, it is necessary to clarify the statements made recently by some sectors unrelated to our Agency in various media outlets, suggesting that the money allocated for implementation of the new plans was used to pay for overtime. **This information is completely false, and creates unrest and confusion among our civilian employees. We hereby deny that version as well as other negative versions relating to this matter, and clarify that the funds allocated to the Plans will be used only for these purposes.**

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[seal:] POLICE OF
PUERTO RICO
PROTECTION
INTEGRITY

**COMMONWEALTH OF PUERTO RICO**
**POLICE OF PUERTO RICO**
*Office of the Assistant Superintendent of Management Services*
*Department of Human Resources*
*Classification and Compensation Division*

[illegible]
OFFICIAL USE

[illegible]

### ADMINISTRATIVE REVIEW REQUEST FORM

Carmen M. Ruíz Díaz
_____
*Employee Name*

Inspector Luis R. Torres Santiago
_____
*Immediate Supervisor Name*

[redacted] 3426
_____
*Social Security [redacted]*

██████████
_____
*Position or Badge Number*

13971 – (3447717)
_____
*Position Number*

SACC Field Operations
_____
*Assistant Superintendence*

284-4040 Ext. 4928
_____
*Telephone and Extension*

_____
*Department*

Ponce
_____
*Police Area*

Purchasing
_____
*Division*

_____
*District or Precinct*

_____
*Office or Section*

*If it is your understanding that your status as an employee of the Police of Puerto Rico is affected as a result of the implementation of the new Career Service Position Classification and Compensation Plans, mark one of the three options provided below. Then, in the space provided for each option, clearly and legibly explain the reasons or grounds supporting your request for administrative review, as well as the relief you are requesting.*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

*3.    Other:* Review the classification, salary, and scale of the position I hold as Purchasing Agent II, # 13971, as a result of the implementation of the new position classification and compensation plan.

*Basis of the Request (type or print):* I disagree: this position classification was unfair, because during my 22 years of service the functions I perform which have not changed, my responsibilities with public funds have been increased because of my education with a BA and 15 credits in an MBA, credits in computers. I feel that I deserve a better evaluation of my Purchasing Agent II position. I deserve a better salary. I understand that I have been demoted, which is not consistent with the personnel law and the principle of merit. I am attaching letter AP-28-4-151 and evidence.

*Remedy you are requesting (be specific):* That when reviewing my scale, position, and salary, I be reclassified as Purchasing Agent III, that my salary be raised taking into account my years of service as well, and that I be financially compensated since 1995, as my salary is less than what was due to me and that my pay scale be 12 or higher.

March 7, 2002            [*signature*]

      *Date*                  *Employee Signature*

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO      Do not write
POLICE OF PUERTO RICO      in this space

PERSONNEL DEPARTMENT
PPR-15
10-89

POSITION CLASSIFICATION QUESTIONNAIRE   PAGE 2

1. Department, Division, and Section (indicate all three [3])
   OFFICE OF THE ASSISTANT SUPERINTENDENT OF FIELD OPERATIONS – PONCE AREA
   GENERAL COMMAND – ADMINISTRATION DIVISION

| 2. Paternal Last Name | Maternal or Husband's Last Name | First Name |
|---|---|---|
| RUIZ | DIAZ | CARMEN |

| 3. Official Title of the Position (e.g., Secretary IV) | 4. Position No. |
|---|---|
| PURCHASING AGENT II | 13971 |

5. Functional Title of Position (e.g., Secretary to the Director) 6. Current Wage

7. Name and Title of Immediate Supervisor:

8. List the work that you perform in the order of importance of the various tasks, starting with the most important. Indicate the time you dedicate to each task in hours, or as a fraction or percentage of the total time you dedicate to your position. THIS IS THE MOST IMPORTANT PART OF THE FORM. Use your own words and make the description of your duties so clear that people who are not familiar with your work would understand exactly what you do. If this space is not sufficient to write your duties, attach additional sheets.

| Time | Tasks of the Position |
|---|---|
| | […]by way of repairs, acquisition of parts, and other services. |
| | 7. For contracts, verify that the prices are fair to give them the work. |
| | 8. If there is no contract to resolve any need, source three (3) tenderers to select the most convenient option for the Agency. |
| | MARGINAL |
| | 1. If required, personally deliver checks from the Special Payment Officer to garages and supply houses. |
| | 2. Responsible for requesting quotes for bus rentals for trips of the Athletic League and food for prisoners. |
| | 3. Perform other tasks related to the position. |

9. If you supervise fewer than five (5) employees, enter the names and classification titles of each one. If you supervise more than five (5), indicate the number of employees with their classification titles, If you do not supervise anyone, enter "None".

| NAME | POSITION TITLE | NUMBER |
|---|---|---|

10. What machines do you use in your work? Indicate the percentage of time that you use each machine.

| Calculator | 25% | | % |
|---|---|---|---|
| | % | | % |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

11. Indicate how you receive instructions regarding your work by marking the corresponding box.
I receive general instructions [X]   I receive detailed instructions [ ]
I can use my own judgment, subject to review [ ]

12. Indicate how you are supervised in your work by marking the corresponding box.
Supervision is superficial [ ]       Supervision is thorough [X]
Supervision is limited to certain aspects [ ] – Indicate which aspects:

**I CERTIFY THAT THE PRECEDING ANSWERS ARE TRUE AND ACCURATE**

_[signature]_
Date April 22, 1997          Employee Signature  Carmen M. Ruiz Diaz

**INFORMATION ON IMMEDIATE SUPERVISOR**

13. The information from the employee is true and accurate, with the following exceptions or additions (Pay special attention to sections 11 and 12).

True and accurate.

14. What do you consider to be the most important duties of this position?

All of them.

15. Does the position include typing?    X No _____Yes   If yes, indicate

Does the position include stenography?   X No _____Yes   if yes, indicate

16. Indicate the requirements that the person occupying this position must meet. Keep in mind the requirements of the position, and not the person who is to occupy it.

| NECESSARY REQUIREMENTS | ADDITIONAL DESIRABLE REQUIREMENTS |
|---|---|
| General Training | Graduation from college or equivalent, supplemented with business courses. |
| Special Training | |
| Duration and Type of Experience | Two (2) years of experience in purchase or sale of equipment materials, and supplies used by the Police of Puerto Rico |
| Licenses or Certifications | |
| Knowledge, Abilities, Physical Requirements and Other Special Considerations | |

_[signature]_
Date: April 22, 1997   Signature of Immediate Supervisor: Lt. Gil Rodríguez

17. Certification of the Director of the Office          Morales 6-0299

I certify that the information of the Immediate Supervisor is true and accurate, with the following exceptions or additions.

_[signature]_
Lt. Cor. Héctor Rodríguez Muñoz 2-4425
Signature

18. I CERTIFY THAT I HAVE READ THE INFORMATION CONTAINED IN THIS DOCUMENT AND TO THE BEST OF MY KNOWLEDGE IT IS TRUE AND ACCURATE.

_[signature]_

Superintendent's Signature

_Certified to be a correct and true translation from the source text in Spanish to the target language English._
_16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556_
_By Targem Translations Inc._

[logo]

June 28, 1994

OFFICE OF THE SECRETARY

Dear Colleagues,

Since I began working at the head of this Department one-and-a-half years ago, I have noticed the dedication and capability of the staff of this Agency. Acknowledging the difficult situations with which you have to work, and that no financial improvement of this kind has been made to your limited wages, I made public about one year ago that I would do everything within my power to overcome this situation.

Since that time we have taken all the pertinent administrative measures in order to make the necessary savings to be able to achieve our goal. Inspired by the Governor's intent to do justice for our public employees, we have submitted all required documents to the regulatory agencies recommending a pay raise of $115.00 per month effective July 1, 1994, the largest in the entire history of the Social Services Department.

*[handwritten, illegible]*

It is important to reiterate that all of you earned this raise through your dedication and work fully upholding the policy mission of our Department.

On behalf of the people you serve with such devotion, our Governor, and on my own behalf, we owe you a great debt of gratitude for a job well done.

*[signature]*

Carmen L. Rodríguez de Rivera
Secretary

CRP/asr

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

(02) F-398

ORIGINAL

THE COMMONWEALTH OF PUERTO RICO

14th Legislative
Assembly

3rd Ordinary
Session

[handwritten:] *Assembly Bill* *2634*

_____ of [stamp:] MAY [illegible]

Submitted [illegible] *Irizarry*

Referred to: [handwritten:] *Treasury* [illegible]

## ACT

Granting a pay raise of one hundred (100) dollars to the public employees of the Central Government of the Commonwealth of Puerto Rico, effective July 1, 2002.

### STATEMENT OF REASONS

Puerto Rico has thousands of honest and responsible public servants who every day dedicate their lives to the benefit and well-being of all Puerto Ricans. The 21st century public servant, as a representative of the honesty and the dignity of work, has the confidence of this Administration.

Likewise, this Administration is aware of the sacrifices that these public servants make, working ceaselessly to provide the citizenry with service of excellence in exchange for compensation that forces them to live with limitations. Even so, these men and women who honor this distinguished vocation continue serving with generosity and dedication to Puerto Rico.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

In the eighties, a new orientation began to develop in public policy in regard to wages and benefits for public employees with the purpose of bringing these to the level of employees in the private sector, to the extent allowed by public funds. Consistent with this public policy, laws were passed to give them general pay raises, increases in employer contributions for medical premiums, and raises permitted under Act No. 89 of July 12, 1979, as amended, known as the "Uniform Compensation Act", among others. Likewise, various groups have received pay raises through special laws passed, as in the case of police officers and teachers.

It is this Administration's intent and that of this Legislative Assembly to acknowledge the hard work that these public employees do to increase the quality and efficiency of our public administration.

As such, even in the tight financial situation that we are facing, and acknowledging the demand of various groups representing public sector labor, it is essential that we do justice for our public employees, giving them a pay raise of one hundred (100) dollars per month to public employees that fall under the conditions established below.

**DECREE OF THE LEGISLATIVE ASSEMBLY OF PUERTO RICO:**

Article 1. The raises granted under this Act will be as follows:

a. A pay raise of one hundred (100) dollars per month to public employees who on June 30, 2002, are in active service, with no distinction as to status or category. When services are provided in a certain position on a part-time basis, the raise to be given will be proportional to the work day.

Employees who are not in active service as of July 1, 2002 will be entitled to receive the raise effective on the date of their service reinstatement.

The pay raise will be given even when the employee is earning a wage equal to or greater than the maximum step under the scale or that exceeds said maximum with the raise. This raise will not affect the compensation margin the employees enjoy for wage improvement, and it will not be adjusted to scale. The personnel actions taken subsequent to the effective date of this raise will be processed pursuant to the rules issued by the Central Labor Advisory and Human Resources Administration Office, pursuant to Act No. 89 of July 12, 1979, as amended, known as the "Uniform Compensation Act", and the Uniform Compensation Regulations.

b.  One hundred (100) dollars to unionized employees under Act No. 45 of February 25, 1998, as amended, included in appropriate units whose result of the formula from Section 7.5 of the aforementioned Act is zero or negative. Those appropriate units whose formula result is positive, but less than one hundred (100) dollars, will receive a raise equal to the difference between one hundred (100) dollars and the result of said formula.

Article 2. The cost of the proposed raise shall be covered by funds to be provided by way of reimbursement by the Office of Management and Budget, charged to the […]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[…] allocations that were included for this purpose in the Joint Budget Resolution. However, said reimbursement will only cover the wages covered by the General Fund. Public employees who, as of the dates established herein, qualify for this raise but draw from other funds will receive the same raises, but charged to the special federal and state funds from which they draw. The agencies for which such public employees work must make the corresponding adjustments in said funds to give pay raises, as provided for in this Article.

Article 3. To obtain the reimbursement referenced in Article 2, each agency that pays said raises from the General Fund shall submit to the Management and Budget Office a certified list including the name of the employee, social security number, position classification, the date they started working, the wage earned, and the total cost for the agency of the raise given. Said certification must be received at the Management and Budget Office no later than September 1, 2002.

Article 4. The following agencies or public entities are excluded from the provisions of this Act: (1) the University of Puerto Rico; (2) public corporations that have express authority to conduct collective bargaining under the provisions of Act 130 of May 8, 1945, as amended; (3) uniformed members of the Police of Puerto Rico; (4) the Firefighter Corps of Puerto Rico; (5) municipal employees and/or employees rendering service to municipalities; (6) public employees covered by Act No. 45 of February 25, 1998, as amended, included in appropriate units whose result from the formula in Section [illegible] of the aforementioned Act is equal to or greater than one hundred (100) dollars per month.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Article 5. The raises given hereby shall take effect beginning July 1, 2002.

Article 6. The pay raises given hereby shall stop the clock toward raises for years of service.

Article 7. All legal provisions in conflict with the provisions herein shall be null as long as this Act remains applicable.

Article 8. This Act shall take effect immediately once it is passed.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| OCAP-15<br>Rev. 10/78<br>**IMPORTANT**<br>INSTRUCTIONS: READ OTHER SIDE | COMMONWEALTH OF PUERTO RICO<br>CENTRAL PERSONNEL ADMINISTRATION OFFICE<br>Section 8176. Fernández Juncos Station, Santurce, PR<br>**CHANGE REPORT** | 1. Change Number  **73465**<br>2. Employee Social Security Number<br>**[redacted] 3426     SERIES** |
|---|---|---|
| Change to be Made | Before the Change | After the Change **10-816806** |
| | Position No. **7255** | Position No. **13971** |
| 3. Employee Name | **Carmen M. Ruiz Diaz** | |
| 4. Marital Status | | |
| 5. Department or Agency | **Dept. of the Family** | **Police of Puerto Rico** |
| 6. Division | **Family Socioeconomic Dev.** | **ADMINISTRATIVE SERVICES DIV.** |
| 7. Unit or Section | **Adm.** | **PONCE AREA** |
| 8. Geographic location of the position | **Ponce I** | |
| 9. Employee Category | **Career** | **CAREER** |
| 10. Employee Status | **Regular** | **PROBATIONARY** |
| 11. Classification Title | **Accounting Office Worker** | **PURCHASING AGENT II** |
| 12. Salary | **$851.00** | **$893.00** |
| 12a. Differential **SUPPL. COMP. (Z)** | | **55.00** |
| 13. Income Tax Withholding | **17.54** | |
| 14. Social Security Withholding | **65.10** | |
| 15. Retirement Contribution Withholding | **56.67** | **60.15** |
| 16. Medical Services Withholding | **83.00 – 40.00 Employer Contr.** | |
| 17. Savings (AEELA) Withholding | **25.53** | |
| 18. Insurance (AEELA) Withholding | **3.50** | |
| 19. Other Withholdings  **Bus.Ass. Loan**<br>**Benef. Funds**<br>**Emp. Brotherhood** | **96.42**<br>**1.00**<br>**8.00 Nat. Life Ins. 19.70** | |
| 20. Effective Date | **November 30, 1995** | **December 1, 1995** |

| 21. ACCOUNTING SYMBOLS | A.F. | Fund | Agency | Div. | Sub Div. | Assignment | Purpose | A.F. | Fund | Agency | Div. | Sub Div. | Assignment | Purpose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **96** | **111** | **077** | **08** | **--** | **001** | **1110** | **96** | **111** | **40** | **09** | | **75** | **111** |

22. Indicate whether:  [  ] Promotion          [  ] Category Change      [  ] Status Change      [  ] Temporary Promotion or Transfer
          [  ] Demotion      [  ] Reclassification          [  ] Relocation    [ X ] Transfer          [  ] New Appointment          [  ] Pay raise

23. In case of transfer to another agency, leave that must be credited: Mandatory Leave _____ days
Sick Leave _____ days  Given _____ days  Regular Leave _____ days  Given _____ days

| | Date of Separation<br>(Last Day of Payment) | Unpaid Leave | Effective Date of Separation |
|---|---|---|---|
| 24. Resignation<br>25. Separation<br>26. Termination<br>27. Layoff | | | |

28. Suspension of Employment and Pay:  Duration:        From                To

29. Death                          Last                          Retirement Participant
    Date _____ Time _____ paid day:                     [  ] Yes      [  ] No

30. Type of Leave [  ] For study          [  ] Special Paid          [  ] Maternity
                                 [  ] Military Unpaid       [  ] Unpaid
Duration:          FROM                          TO

31. Comments and Explanations (use reverse if more space is needed) **Transfer to the Police of Puerto Rico**

32. If the change in position is by Certificate of Eligibility, indicate: Certification of Eligibility No.
    If the change is to another position, indicate the name of the previous incumbent: **NEWLY CREATED**

33. If the change is to another agency, the head of the sending agency or the authorized representative signs here:
[signature]
**Ramón Hernández [illegible] Assistant Secret**ary **of Personnel and Human Resources**

34. Signature of the employee where necessary

35. Approved by: **GLORIA GUZMAN VIRELLA, HUMAN RES. DEPT. DIRECTOR**
                Head of the Agency of Authorized Representative

36. Date prepared: **Nov. 30, 1995**

FOR USE BY OCAP ONLY
Reviewed and Approved by:                          Date:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

OCAP-11
Rev. [illegible]                    [handwritten:] *Att. Janet Crespo*

| 1. ACCOUNTING SYMBOLS | | | | | | |
|---|---|---|---|---|---|---|
| A.F. | Fund | Agency | Div. | Sub. Div. | Ass. | Purpose |
| 80 | 111 | 77 | 11 | – | 81 | 111 |

**COMMONWEALTH OF PUERTO RICO**
CENTRAL PERSONNEL ADMINISTRATION OFFICE
PO Box 8176. Fernández Juncos Station
Santurce, PR [illegible]

**NOTICE OF APPOINTMENT AND SWORN OATH**

2. Cert. No.
361
3. Certificate Date
November 26, 1979

INSTRUCTIONS: Use this form for all Career Service and Public Trust appointments. Use one form for each appointment. The Agency will use this form to notify the date on which the employee will begin to render service. As such, it must not be submitted before the person begins working. Section 20 "Sworn Oath" must be signed by the employee in the space provided. If the appointed person does not have a Personnel History (Form OP-1) filed with the Personnel Office, that form must be submitted together with this Appointment Notification. Accompany this form with the Personnel History (OCAP-1), Medical Examination (OCAP-2), Requirement Verification Certificate (OCAP-29), Individual Statement, and Birth Certificate. Distribution: Original will be retined by the agency, first and second copies for OCAP, third copy for Treasury Department (Accounting), fourth copy for Employee Association, fifth copy for Retirement System, sixth copy for the employee.

[handwritten:] **Retirement 4 ½%**

4. Name of appointee:
Ruiz          Diaz          Carmen M.
(Paternal Last Name)   (Maternal Last Name)   (First Name)
In the case of a married woman, follow this order:
(1) Paternal Last Name followed by the preposition "OF"
(2) Husband's Last Name, and (3) First name

5. Name as it appears on Social Security          6. Sex
Carmen M. Ruiz Díaz          [ ] [X]
                                                    M     F

7. Social Security Number
[redacted] 3426

8. Employee address:
Calle C Bo. 6
        Ext. Teresita
        Ponce, PR 00731

9. Agency, Department, or Divion, Section, or Unit:
Dept. Social Services/ Public Ass. Assistant
        Sec./Food Coupons Prog./Ponce I

10. Position Classification Title
Accounting Office Worker

11. Class Number
0020

12. Position Number
2105

13. Appointment Type
[ ] Regular      [X] Probationary     [ ] Temporary
[ ] To Confidence Service
*Indicate legal provision that includes the position in confidence service*

14. Monthly Wage: $ 420.00
Difference
Total $

15. Effective Date of Appointment
March 3, 1980

16. Date on which probationary period or appointment expires          August 2, 1980

17. Previous Incumbent
New Position

18. Position Classification Title

19. Signature of the appointing authority or their authorized representative:
[signature] Gustavo Martínez Cancel     Assistant Administration Secretary     February 20, 1980
*Signature*                                          *Title*                                          *Date*

20.     **OATH OF ALLEGIANCE AND ACCEPTANCE OF CHARGE OR EMPLOYMENT**

I,      Carmen M. Ruis Díaz          of legal     age     single     Accounting Office Worker
Name of Official or Employee          Age          Single or Married     Name of position or employment
Resident of     Ponce          , solemnly swear that I will keep and defend the Constitution of the United States and the Constitution and Laws of the Commonwealth of Puerto Rico against all enemies domestic and foreign, that I will be faithful and adhere to them; and that I assume this obligation freely and without mental reservation or the purpose of evading it; and that I will perform the duties of the position or employment that I am about to hold faithfully and well. So help me God.

March 3, 1980                                         [signature]
Date                                          Signature of Employee or Official

AFFIDAVIT No.
Signed and [illegible] Carmen M. Ruiz Díaz          whose personal circumstances are as described above
[illegible] personally in          Ponce          , Puerto Rico, today, the     3rd     of [illegible] of the year     1980     .

[signature]
Signature and Address of the Notary Public or of the Authorized
Official Administering the Oath

FOR USE BY OCAP ONLY

| 21. Received [illegible] | approved or recorded by: | 23. Date |
|---|---|---|

[ink stamp superimposed:] JOSÉ RAMÓN MÉNDEZ [illegible]
ATTORNEY - NOTARY [;] Island of Puerto Rico
[ink stamp superimposed:] APPROVED [illegible]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| OCAP-15 Rev. 10/78  **IMPORTANT** INSTRUCTIONS: READ REVERSE | COMMONWEALTH OF PUERTO RICO CENTRAL PERSONNEL ADMINISTRATION OFFICE Section 8176. Fernández Juncos Station, Santurce, PR **CHANGE REPORT** | 1. Change Number **73465** 2. Employee Social Security Number **[redacted] 3426** |
|---|---|---|
| Change to be Made | Before the Change Position No. **7255** | After the Change Position No. **13971** |
| 3. Employee Name | **Carmen M. Ruiz Diaz** | |
| 4. Marital Status | | |
| 5. Department or Agency | **Families Dept.** | **Police of Puerto Rico** |
| 6. Division | **Family Socioeconomic Dev.** | |
| 7. Unit or Section | **Adm.** | |
| 8. Geographic location of the position | **Ponce I** | |
| 9. Employee Category | **Career** | |
| 10. Employee Status | **Regular** | |
| 11. Classification Title | **Accounting Office Worker** | |
| 12. Salary | **$851.00** | |
| 12a. Differential **SUPPL. COMP. (Z)** | | |
| 13. Income Tax Withholding | **17.54** | |
| 14. Social Security Withholding | **65.10** | |
| 15. Retirement Contribution Withholding | **56.67** | |
| 16. Medical Services Withholding | **83.00 + 40.00 Employer Contr.** | |
| 17. Savings (AEELA) Withholding | **25.53** | |
| 18. Insurance (AEELA) Withholding | **3.50** | |
| 19. Other Withholdings  **Bus.Ass. Loan** **Benef. Funds** **Emp. Brotherhood** | **96.42** **1.00** **8.00 Nat. Life Ins. 19.70** | |
| 20. Effective Date | **November 30, 1995** | **December 1, 1995** |

| 21. ACCOUNTING SYMBOLS | A.F. | Fund | Agency | Div. | Sub Div. | Assignment | Purpose | A.F. | Fund | Agency | Div. | Sub Div. | Assignment | Purpose |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **96** | **111** | **077** | **08** | **--** | **001** | **1110** | | | | | | | |

22. Indicate whether:  [  ] Promotion          [  ] Category Change          [  ] Status Change          [  ] Temporary Promotion or Transfer
[  ] Demotion          [  ] Reclassification          [  ] Relocation          [  ] Transfer          [  ] New Appointment          [  ] Pay raise

23. In case of transfer to another agency, leave that must be credited: Mandatory Leave _____ days
Sick Leave _____ days  Given _____ days  Regular Leave _____ days  Given _____ days

| | Date of Separation (Last Day of Payment) | Unpaid Leave | Effective Date of Separation |
|---|---|---|---|
| 24. Resignation 25. Separation 26. Termination 27. Layoff | | | |

28. Suspension of Employment and Pay: Duration:          From                              To

| 29. Death | | Last | Retirement Participant |
|---|---|---|---|
| Date _____ | Time _____ | paid day: | [  ] Yes          [  ] No |

30. Type of Leave [  ] For study          [  ] Special Paid          [  ] Maternity
                                              [  ] Military Unpaid          [  ] Unpaid
Duration:          FROM                              TO

31. Comments and Explanations (use reverse if more space is needed)

32. If the change in position is by Certificate of Eligibility, indicate: Certification of Eligibility No.
If the change is to another position, indicate the name of the previous incumbent:

| 33. If the change is to another agency, the head of the sending agency or the authorized representative signs here: [signature] **Ramón Hernández [illegible] Assistant Secret** | 34. Signature of the employee where necessary  [signature] **ary of Personnel and Human Resources** |
|---|---|
| 35. Approved by:  Head of the Agency of Authorized Representative | **36. Date prepared: Nov. 30, 1995** |

FOR USE BY OCAP ONLY
Reviewed and Approved by:                              Date:

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
POLICE OF PUERTO RICO

[seal:] POLICE OF
PUERTO RICO

SEND ALL
OFFICIAL CORRESPONDENCE
TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166
Phone 793 1234

NRH-2-2-23-1,428                 November 10, 1995

Ofcr. José L. Vega Santiago
Badge Number ▮▮▮▮
P/C Commander
Ponce Area

Dear Mr. Vega Santiago:

    As you know, due to the demands of the service, you have been performing clerical work. In order to strengthen our operational units, we find ourselves needing to place you in your duties as a member of the Force.

    To this end, effective December 1, 1995, you will be replaced by civilian employee Carmen M. Ruiz Díaz in the duties that you have been performing until now. You must immediately report to the Office of the Field Operations Assistant Superintendent, where Coronel Héctor Quiles Acevedo, Assistant Superintendent, will assign you your duties and work area.

                    Cordially,

                    [signature]

                    Mr. Pedro A. Toledo
                    Superintendent

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

COMMONWEALTH OF PUERTO RICO
POLICE OF PUERTO RICO

[seal:] POLICE OF
PUERTO RICO

SEND ALL
OFFICIAL CORRESPONDENCE
TO THE SUPERINTENDENT:
PO BOX 70166
SAN JUAN, PUERTO RICO 00936-8166
Phone 793 1234

NRH-2-2-23-1,496

December 1, 1995

Lt. Col. Eliezer Barrios Velázquez
Commander, Ponce Area

[*signature*]
Gloria M. Guzmán Virella
Human Resources Department

[*signature*]
Gladys Velázquez Serrano
Director
Appointments and Changes Division

**CIVILIAN POOL APPOINTMENT**

Below I report to you the name, serial number of the appointed civilian employee, effective December 1, 1995. She will render service at the Administrative Services Division of the Ponce Area General Command. She will replace José L. Vega Santiago, badge number ████, who is performing the duties inherent to the position that she will hold.

1. Ms. Carmen M. Ruiz Díaz
   Purchasing Agent II
   Serial Number 10-816806

Please notify the Human Resources Department of her start date and time.

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| 1. ACCOUNTING SYMBOLS | | | | | | | COMMONWEALTH OF PUERTO RICO | 2. Cert. No. |
|---|---|---|---|---|---|---|---|---|

COMMONWEALTH OF PUERTO RICO
CENTRAL PERSONNEL ADMINISTRATION OFFICE
PO Box 8176. Fernández Juncos Station
Santurce, PR [illegible]

**NOTICE OF APPOINTMENT AND SWORN OATH**

2. Cert. No.
361
3. Certificate Date
November 26, 1979

| 1. ACCOUNTING SYMBOLS | | | | | | |
|---|---|---|---|---|---|---|
| A.F. | Fund | Agency | Div. | Sub. Div. | Ass. | Purpose |
| 80 | 111 | 77 | 11 | – | 81 | 111 |

INSTRUCTIONS: Use this form for all Career Service and Public Trust appointments. Use one form for each appointment. The Agency will use this form to notify the date on which the employee will begin to render service. As such, it must not be submitted before the person begins working. Section 20 "Sworn Oath" must be signed by the employee in the space provided. If the appointed person does not have a Personnel History (Form OP-1) filed with the Personnel Office, that form must be submitted together with this Appointment Notification. Accompany this form with the Personnel History (OCAP-1), Medical Examination (OCAP-2), Requirement Verification Certificate (OCAP-29), Individual Statement, and Birth Certificate. Distribution: Original will be retained by the agency, first and second copies for OCAP, third copy for Treasury Department (Accounting), fourth copy for Employee Association, fifth copy for Retirement System, sixth copy for the employee.

| 4. Name of appointee: | 5. Name as it appears on Social Security | 6. Sex |
|---|---|---|
| Ruiz        Diaz        Carmen M.<br>(Paternal Last Name)  (Maternal Last Name)  (First Name)<br>In the case of a married woman, follow this order:<br>(1) Paternal Last Name followed by the preposition "OF"<br>(2) Husband's Last Name, and (3) First name | Carmen M. Ruiz Díaz | [ ] [**X**]<br>M    F |

| 7. Social Security Number |
|---|
| [redacted] 3462   [hw:] **3426** |

| 8. Employee address: | 9. Agency, Department, or Divion, Section, or Unit: |
|---|---|
| Calle C Bo. 6<br>Ext. Teresita<br>Ponce, PR 00731 | Dept. Social Services/ Public Ass. Assistant<br>Sec./Food Coupons Prog./Ponce I |

| 10. Position Classification Title | 11. Class Number | 12. Position Number |
|---|---|---|
| Accounting Office Worker | 0020 | 2105 |

| 13. Appointment Type | 14. Monthly Wage: $ 420.00 |
|---|---|
| [ ] Regular      [X] Probationary     [ ] Temporary<br>[ ] To Confidence Service<br><br>*Indicate legal provision that includes the position in confidence service* | Difference<br>Total $ |

| 15. Effective Date of Appointment | 16. Date on which probationary |
|---|---|
| March 3, 1980 | period or appointment expires     August 2, 1980 |

| 17. Previous Incumbent | 18. Position Classification Title |
|---|---|
| New Position | |

19. Signature of the appointing authority or their authorized representative:

| [*signature*]Gustavo Martínez Cancel     Assistant Administration Secretary     February 20, 1980 |
|---|
| Signature                                Title                                Date |

**20.          OATH OF ALLEGIANCE AND ACCEPTANCE OF CHARGE OR EMPLOYMENT**

I,      Carmen M. Ruis Díaz      of legal   age   single   Accouting Office Worker
Name of Official or Employee      Age      Single or Married      Name of position or employment

Resident of   Ponce   , solemnly swear that I will keep and defend the Constitution of the United States and the Constitution and Laws of the Commonwealth of Puerto Rico against all enemies domestic and foreign, that I will be faithful and adhere to them; and that I assume this obligation freely and without mental reservation or the purpose of evading it; and that I will perform the duties of the position or employment that I am about to hold faithfully and well. So help me God.

March 3, 1980                                        [*signature*]
Date                                        Signature of Employee or Official

AFFIDAVIT No.

Signed and [illegible]Carmen M. Ruiz Díaz                              whose personal circumstances are as described above
[illegible] personally in                    Ponce                , Puerto Rico, today, the   3rd   of [illegible] of the year  1980 .

[signature]
Signature and Address of the Notary Public or of the Authorized
Official Administering the Oath

FOR USE BY OCAP ONLY

| 21. Received [illegible] | 22. approved or recorded by: | 23. Date |
|---|---|---|

[ink stamp superimposed:] JOSÉ RAMÓN MÉNDEZ [illegibile]
ATTORNEY - NOTARY [;] Island of Puerto Rico
[ink stamp superimposed:] APPROVED [illegible]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

FedEx International Air Waybill

PRIME CLERK LLC

JUN 2 9 2018

RECEIVED

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

[*illegible signature*]


[logo] Gmail                                          **Carmen María Ruíz Díaz**
**<camarudifashion@gmail.com>**

**Carmen Ruiz Diaz case**
2 messages

---

**Carmen María Ruiz Diaz** <camarudifashion@gmail.com>          July 19, 2021, 9:35 p.m.
To: puertoricoinfo@primeclerk.com

My correct name is Carmen Maria Ruiz Diaz and I am requesting that my mailing address be updated: Calle el Caobo 722 Urb Sombras del Real Coto Laurel, PR 00780.

Claim Number: 113880.

---

**Carmen María Ruiz Diaz** <camarudifashion@gmail.com>          July 19, 2021, 9:40 p.m.
To: puertoricoinfo@primeclerk.com, Carmen maría Ruiz Diaz <carmeneu474@gmail.com>, Carmen M Ruiz Diaz <camarudi@yahoo.com>

[Cited text hidden]

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

**Commonwealth of Puerto Rico**
**POLICE OF PUERTO RICO**
**San Juan, Puerto Rico**

**SALARY STRUCTURE TO BE APPLIED**
**TO THE POLICE OF PUERTO RICO**
**BEGINNING JANUARY 1, 2002**

[handwritten:] *Carmen Maria Ruiz Diaz*

**CAREER SERVICE**

| Scale No. | INTERMEDIATE STEPS | | | | | | | | | Maximum Step |
|---|---|---|---|---|---|---|---|---|---|---|
| | Minimum Step | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | |
| 1 | 1000 | 1045 | 1092 | 1141 | 1193 | 1246 | 1302 | 1361 | 1422 | 1486 |
| 2 | 1054 | 1101 | 1151 | 1203 | 1257 | 1313 | 1373 | 1434 | 1499 | 1566 |
| 3 | 1111 | 1161 | 1213 | 1268 | 1325 | 1384 | 1447 | 1512 | 1580 | 1651 |
| 4 | 1171 | 1224 | 1279 | 1336 | 1396 | 1459 | 1525 | 1593 | 1665 | 1740 |
| 5 | 1234 | 1290 | 1348 | 1408 | 1472 | 1538 | 1607 | 1679 | 1755 | 1834 |
| 6 | 1301 | 1359 | 1420 | 1484 | 1551 | 1621 | 1694 | 1770 | 1850 | 1933 |
| 7 | 1371 | 1433 | 1497 | 1565 | 1635 | 1709 | 1785 | 1866 | 1950 | 2037 |
| 8 | 1445 | 1510 | 1578 | 1649 | 1723 | 1801 | 1882 | 1967 | 2055 | 2147 |
| 9 | 1523 | 1592 | 1663 | 1738 | 1816 | 1898 | 1983 | 2073 | 2166 | 2263 |
| 10 | 1605 | 1678 | 1753 | 1832 | 1914 | 2001 | 2091 | 2185 | 2283 | 2386 |
| 11 | 1692 | 1768 | 1848 | 1931 | 2018 | 2109 | 2203 | 2303 | 2406 | 2515 |
| 12 | 1783 | 1864 | 1948 | 2035 | 2127 | 2222 | 2322 | 2427 | 2536 | 2650 |
| 13 | 1880 | 1964 | 2053 | 2145 | 2242 | 2342 | 2448 | 2558 | 2673 | 2793 |
| 14 | 1981 | 2070 | 2164 | 2261 | 2363 | 2469 | 2580 | 2696 | 2817 | 2944 |
| 15 | 2088 | 2182 | 2280 | 2383 | 2490 | 2602 | 2719 | 2842 | 2970 | 3103 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Commonwealth of Puerto Rico
POLICE OF PUERTO RICO
San Juan, Puerto Rico

First Assignment of Position Categories Included in the New Job Classification Plan adopted for the Career Service of the Police of Puerto Rico, pursuant to the provisions from Section 4.2 of the amended Public Service Personnel Act Number 5 of October 14, 1975.

In adherence with the provisions from Articles 2, 3, and 5 of the amended Uniform Compensation Act Number 89 of July 12, 1979, we have assigned the position categories included in the new Job Classification Plan adopted for the Career Service of the Police of Puerto Rico to the pay scales established to take effect beginning January 1, 2002.

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 5721 | ATTORNEY I | 8 MONTHS | 2716-4037 | 20 |
| 5722 | ATTORNEY II | 8 MONTHS | 3018-4484 | 22 |
| 5723 | ATTORNEY III | 8 MONTHS | 3652-4982 | 24 |
| 2451 | ASSISTANT DOCUMENT ADMINISTRATOR | 6 MONTHS | 1445-2147 | 8 |
| 2461 | DOCUMENT ADMINISTRATOR | 8 MONTHS | 1692-2515 | 11 |
| 2241 | OFFICE SYSTEMS ADMINISTRATOR I | 6 MONTHS | 1692-2515 | 11 |
| 2242 | OFFICE SYSTEMS ADMINISTRATOR II | 6 MONTHS | 1783-2650 | 12 |
| 2311 | PURCHASING AGENT | 5 MONTHS | 1371-2037 | 7 |
| 4311 | BUDGET ANALYST I | 7 MONTHS | 1605-2386 | 10 |
| 4312 | BUDGET ANALYST II | 7 MONTHS | 1783-2650 | 12 |
| 4313 | BUDGET ANALYST III | 7 MONTHS | 1981-2944 | 14 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 6211 | INFORMATION SYSTEMS ANALYST | 6 MONTHS | 2088-3101 | 15 |
| 5211 | SYSTEMS AND PROCEDURES ANALYST I | 8 MONTHS | 1605-2386 | 10 |
| 5212 | SYSTEMS AND PROCEDURES ANALYST II | 8 MONTHS | 1783-2650 | 12 |
| 5213 | SYSTEMS AND PROCEDURES ANALYST III | 8 MONTHS | 1981-2944 | 14 |
| 5131 | HUMAN RESOURCES ADMINISTRATION ANALYST I | 6 MONTHS | 1605-2386 | 10 |
| 5132 | HUMAN RESOURCES ADMINISTRATION ANALYST II | 6 MONTHS | 1783-2650 | 12 |
| 5133 | HUMAN RESOURCES ADMINISTRATION ANALYST III | 6 MONTHS | 1981-2944 | 14 |
| 1611 | GUNSMITH | 6 MONTHS | 1301-1933 | 6 |
| 1541 | GRAPHIC ARTIST | 6 MONTHS | 1445-2147 | 8 |
| 4411 | AUDITOR I | 8 MONTHS | 1605-2386 | 10 |
| 4412 | AUDITOR II | 8 MONTHS | 1783-2650 | 12 |
| 4413 | AUDITOR III | 8 MONTHS | 2088-3103 | 15 |
| 2411 | ADMINISTRATIVE ASSISTANT I | 6 MONTHS | 1523-2263 | 9 |
| 2412 | ADMINISTRATIVE ASSISTANT II | 6 MONTHS | 1692-2515 | 11 |
| 2121 | PROPERTY ASSISTANT | 5 MONTHS | 1111-1651 | 3 |
| 6111 | INFORMATION TECHNOLOGY SERVICES ASSISTANT | 6 MONTHS | 1111-1651 | 3 |
| 4131 | ACCOUNTING ASSISTANT I | 6 MONTHS | 1371-2037 | 7 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 4132 | ACCOUNTING ASSISTANT II | 6 MONTHS | 1445-2147 | 8 |
| 4133 | ACCOUNTING ASSISTANT III | 6 MONTHS | 1605-2386 | 10 |
| 5311 | STATISTICS ASSISTANT I | 7 MONTHS | 1371-2037 | 7 |
| 5312 | STATISTICS ASSISTANT II | 7 MONTHS | 1445-2147 | 8 |
| 5861 | MEDICAL ASSISTANT | 6 MONTHS | 2716-4037 | 20 |
| 6161 | INFORMATION SYSTEMS SECURITY ASSISTANT | 6 MONTHS | 1783-2650 | 12 |
| 2211 | OFFICE SYSTEMS ASSISTANT I | 6 MONTHS | 1111-1651 | 3 |
| 2212 | OFFICE SYSTEMS ASSISTANT II | 6 MONTHS | 1171-1740 | 4 |
| 2213 | OFFICE SYSTEMS ASSISTANT III | 6 MONTHS | 1301-1933 | 6 |
| 1411 | KITCHEN ASSISTANT | 4 MONTHS | 1000-1486 | 1 |
| 1251 | ASSISTANT TO EXPERT ELECTRICIAN | 4 MONTHS | 1234-1834 | 5 |
| 5421 | LIBRARIAN | 8 MONTHS | 1605-2386 | 10 |
| 1231 | CARPENTER | 4 MONTHS | 1234-1834 | 5 |
| 6141 | MEDIA LIBRARIAN | 6 MONTHS | 1234-1834 | 5 |
| 1421 | COOK | 3 MONTHS | 1054-1566 | 2 |
| 1521 | DRIVER MESSENGER | 4 MONTHS | 1171-1740 | 4 |
| 1111 | JANITOR | 3 MONTHS | 1000-1486 | 1 |
| 4141 | ACCOUNTANT I | 8 MONTHS | 1692-2515 | 11 |
| 4142 | ACCOUNTANT II | 8 MONTHS | 1981-2944 | 14 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 6151 | COMPUTER LABORATORY COORDINATOR | 8 MONTHS | 1981-2944 | 14 |
| 2191 | POLICE ATHLETIC LEAGUE COORDINATOR | 6 MONTHS | 1605-2386 | 10 |
| 1781 | TELECOMMUNICATIONS COORDINATOR | 6 MONTHS | 1523-2263 | 9 |
| 5462 | ASSOCIATE DEAN | 8 MONTHS | 3018-4484 | 22 |
| 5461 | ASSISTANT DEAN | 8 MONTHS | 2863-4255 | 21 |
| 5821 | DIETICIAN | 6 MONTHS | 1880-2793 | 13 |
| 2331 | ASSISTANT DIRECTOR OF PURCHASING | 6 MONTHS | 1692-2515 | 11 |
| 2441 | ASSISTANT DIRECTOR OF PAYROLL | 8 MONTHS | 1692-2515 | 11 |
| 4321 | ASSISTANT DIRECTOR OF BUDGET | 9 MONTHS | 2201-3271 | 16 |
| 6341 | ASSISTANT DIRECTOR  OF INFORMATION TECHNOLOGY | 8 MONTHS | 2863-4255 | 21 |
| 5941 | ASSISTANT DIRECTOR OF THE FAMILY AND VICTIM SUPPORT PROGRAM | 6 MONTHS | 2716-4037 | 20 |
| 4521 | ASSISTANT DIRECTOR FOR FEDERAL PROJECTS | 12 MONTHS | 2088-3103 | 15 |
| 3331 | ASSISTANT DIRECTOR OF TECHNICAL SERVICES | 6 MONTHS | 2445-3643 | 18 |
| 5221 | ASSISTANT DIRECTOR OF SYSTEMS AND PROCEDURES | 8 MONTHS | 2088-3103 | 15 |
| 5141 | DIRECTOR OF TRAINING | 6 MONTHS | 2320-3447 | 17 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1891 | ASSISTANT DIRECTOR FOR COMMUNICATIONS SYSTEMS | 6 MONTHS | 1692-2515 | 11 |
| 1881 | ART AND REPRODUCTION DIRECTOR | 6 MONTHS | 1783-2650 | 12 |
| 5431 | LIBRARY DIRECTOR | 7 MONTHS | 1692-2515 | 11 |
| 2341 | DIRECTOR OF PURCHASING | 6 MONTHS | 1880-2793 | 13 |
| 5451 | ACADEMIC DEPARTMENT DIRECTOR | 8 MONTHS | 2088-3103 | 15 |
| 5151 | HUMAN RESOURCES DIVISION DIRECTOR I | 8 MONTHS | 2201-3271 | 16 |
| 5152 | HUMAN RESOURCES DIVISION DIRECTOR II | 8 MONTHS | 2320-3447 | 17 |
| 5153 | HUMAN RESOURCES DIVISION DIRECTOR III | 8 MONTHS | 2716-4037 | 20 |
| 5951 | PSYCHOLOGY AND SOCIAL WORK DIVISION DIRECTOR | 8 MONTHS | 3018-4484 | 22 |
| 5331 | STATISTICS DIRECTOR | 7 MONTHS | 2201-3271 | 16 |
| 4211 | DIRECTOR OF FINANCE | 8 MONTHS | 2863-4255 | 21 |
| 3151 | PHOTOGRAPHY LABORATORY DIRECTOR | 8 MONTHS | 1783-2650 | 12 |
| 2481 | DIRECTOR OF PAYROLL | 8 MONTHS | 1880-2793 | 13 |
| 4331 | DIRECTOR OF BUDGET | 9 MONTHS | 2863-4255 | 21 |
| 6351 | DIRECTOR OF INFORMATION SYSTEMS SERVICES | 6 MONTHS | 2088-3103 | 15 |
| 2471 | DIRECTOR OF GENERAL SERVICES | 7 MONTHS | 1692-2515 | 11 |
| 5891 | MEDICAL DIRECTOR | 12 MONTHS | 3652-4982 | 24 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1241 | CABINETMAKER | 4 MONTHS | 1234-1834 | 5 |
| 1252 | ELECTRICIAN | 4 MOUNTS | 1371-2037 | 7 |
| 2131 | WEAPON OWNERSHIP CONTROL MANAGER | 6 MONTHS | 1234-1834 | 5 |
| 1221 | STABLE MANAGER | 3 MONTHS | 1171-1740 | 4 |
| 2141 | PROPERTY MANAGER | 5 MONTHS | 1234-1834 | 5 |
| 1331 | VEHICLE MAINTENANCE MANAGER | 4 MONTHS | 1301-1933 | 6 |
| 5841 | MEDICAL SERVICES MANAGER | 6 MONTHS | 1692-2515 | 11 |
| 5812 | GENERAL NURSE | 6 MONTHS | 1605-2386 | 10 |
| 5811 | LICENSED NURSE PRACTITIONER | 4 MONTHS | 1371-2037 | 7 |
| 5921 | COUNSELING AND GUIDANCE SPECIALIST | 8 MONTHS | 2445-3634 | 18 |
| 5881 | WORK HEALTH AND SAFETY SPECIALIST | 8 MONTHS | 1880-2793 | 13 |
| 6311 | INFORMATION SYSTEMS SPECIALIST | 8 MONTHS | 2201-3271 | 16 |
| 5321 | STATISTICIAN I | 8 MONTHS | 1605-2386 | 10 |
| 5322 | STATISTICIAN II | 8 MONTHS | 1692-2515 | 11 |
| 5323 | STATISTICIAN III | 7 MONTHS | 1783-2650 | 12 |
| 2181 | FILE EVALUATOR I | 6 MONTHS | 1234-1834 | 5 |
| 2182 | FILE EVALUATOR II | 6 MONTHS | 1301-1933 | 6 |
| 2183 | FILE EVALUATOR III | 6 MONTHS | 1445-2147 | 8 |
| 1531 | PHOTOGRAPHER | 3 MONTHS | 1301-1933 | 6 |
| 5161 | HUMAN RESOURCES ASSISTANT MANAGER | 8 MONTHS | 2863-4255 | 21 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 2151 | STOREKEEPER I | 5 MONTHS | 1111-1651 | 3 |
| 2152 | STOREKEEPER II | 5 MOUNTS | 1171-1740 | 4 |
| 1311 | TRANSPORT SERVICES ASSISTANT INSPECTOR | 6 MONTHS | 1301-1933 | 6 |
| 1321 | TRANSPORT SERVICES INSPECTOR | 6 MONTHS | 1445-2147 | 8 |
| 1621 | TOWER AND ANTENNA INSTALLER I | 6 MONTHS | 1605-2386 | 10 |
| 1622 | TOWER AND ANTENNA INSTALLER II | 6 MONTHS | 1692-2515 | 11 |
| 5411 | MARTIAL ARTS AND PERSONAL DEFENSE INSTRUCTOR | 6 MONTHS | 1783-2650 | 12 |
| 5413 | FIRST AID INSTRUCTOR | 6 MONTHS | 1783-2650 | 12 |
| 1211 | GARDENER | 4 MONTHS | 1111-1651 | 3 |
| 1291 | BOAT MECHANIC | 4 MONTHS | 1371-2037 | 7 |
| 1281 | MOTOR VEHICLE MECHANIC I | 4 MONTHS | 1371-2037 | 7 |
| 1282 | MOTOR VEHICLE MECHANIC II | 4 MONTHS | 1445-2147 | 8 |
| 5851 | GENERAL PHYSICIAN | 8 MONTHS | 3018-4484 | 22 |
| 1511 | COURIER | 4 MONTHS | 1111-1651 | 3 |
| 2321 | PURCHASING OFFICER I | 5 MONTHS | 1523-2263 | 9 |
| 2322 | PURCHASING OFFICER II | 5 MONTHS | 1605-2386 | 10 |
| 5511 | INVESTIGATIONS OFFICER | 6 MONTHS | 1692-2515 | 11 |
| 5111 | APPOINTMENTS AND CHANGES OFFICER | 6 MONTHS | 1523-2263 | 9 |
| 2431 | PAYROLL OFFICER I | 4 MONTHS | 1371-2037 | 7 |
| 2432 | PAYROLL OFFICER II | 5 MONTHS | 1523-2263 | 9 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 2171 | PROPERTY OFFICER | 5 MONTHS | 1301-1933 | 6 |
| 5611 | COMMUNICATIONS OFFICER | 6 MOUNTS | 1783-2650 | 12 |
| 2491 | EXECUTIVE OFFICER I | 8 MONTHS | 2201-3271 | 16 |
| 2492 | EXECUTIVE OFFICER II | 8 MONTHS | 2445-3634 | 18 |
| 2493 | EXECUTIVE OFFICER III | 8 MONTHS | 2863-4255 | 21 |
| 6171 | INFORMATION SYSTEMS SECURITY OFFICER | 8 MONTHS | 1981-2944 | 14 |
| 2111 | OFFICE WORKER I | 4 MONTHS | 1111-1651 | 3 |
| 2112 | OFFICE WORKER II | 4 MONTHS | 1171-1740 | 4 |
| 2113 | OFFICE WORKER III | 4 MONTHS | 1371-2037 | 7 |
| 4111 | ACCOUNTING OFFICE WORKER | 5 MONTHS | 1171-1740 | 4 |
| 1711 | TELEPHONE SWITCHBOARD OPERATOR | 5 MONTHS | 1111-1651 | 3 |
| 6121 | INFORMATION ELECTRONIC EQUIPMENT OPERATOR I | 6 MONTHS | 1171-1740 | 4 |
| 6122 | INFORMATION ELECTRONIC EQUIPMENT OPERATOR II | 6 MONTHS | 1234-1834 | 5 |
| 1761 | MICROFILM EQUIPMENT OPERATOR I | 6 MONTHS | 1234-1834 | 5 |
| 1762 | MICROFILM EQUIPMENT OPERATOR II | 6 MONTHS | 1301-1933 | 6 |
| 1763 | MICROFILM EQUIPMENT OPERATOR III | 8 MONTHS | 1371-2037 | 7 |
| 1721 | PRINTING EQUIPMENT OPERATOR I | 4 MONTHS | 1171-1740 | 4 |
| 1722 | PRINTING EQUIPMENT OPERATOR II | 4 MONTHS | 1234-1834 | 5 |
| 1731 | SIGNATURE PRINTER OPERATOR | 4 MONTHS | 1111-1651 | 3 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1741 | BULLET RELOADING MACHINE OPERATOR | 4 MONTHS | 1111-1651 | 3 |
| 1751 | RADIOTELEPHONE OPERATOR | 4 MONTHS | 1234-1834 | 5 |
| 1261 | PLUMBER | 4 MONTHS | 1301-1933 | 6 |
| 6221 | INFORMATION SYSTEMS PROGRAMMER I | 6 MONTHS | 1783-2650 | 12 |
| 6222 | INFORMATION SYSTEMS PROGRAMMER II | 6 MONTHS | 1880-2793 | 13 |
| 6223 | INFORMATION SYSTEMS PROGRAMMER III | 6 MONTHS | 1981-2944 | 14 |
| 4121 | ASSISTANT COLLECTOR | 4 MONTHS | 1301-1933 | 6 |
| 4123 | COLLECTIONS OFFICER | 6 MONTHS | 1445-2147 | 8 |
| 5441 | REGISTRAR | 8 MONTHS | 2445-3634 | 18 |
| 5961 | PSYCHOLOGIST I | 8 MONTHS | 2445-3634 | 18 |
| 5962 | PSYCHOLOGIST II | 8 MONTHS | 2716-4037 | 20 |
| 5981 | PSYCHIATRIST | 8 MONTHS | 3180-4727 | 23 |
| 5931 | FAMILY AND VICTIM SUPPORT PROGRAM SUPERVISOR | 8 MONTHS | 2577-3830 | 19 |
| 1811 | JANITORIAL SUPERVISOR | 5 MONTHS | 1234-1834 | 5 |
| 2421 | FILE EVALUATOR SUPERVISOR | 6 MONTHS | 1605-2386 | 10 |
| 1841 | ARMORY SUPERVISOR | 6 MONTHS | 1371-2037 | 7 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1861 | MOTOR VEHICLE MECHANIC SUPERVISOR | 5 MONTHS | 1523-2263 | 9 |
| 6321 | ELECTRONIC INFORMATION EQUIPMENT OPERATOR SUPERVISOR | 6 MONTHS | 1301-1933 | 6 |
| 1831 | PRINTING EQUIPMENT OPERATOR SUPERVISOR | 6 MONTHS | 1301-1933 | 6 |
| 1851 | RADIO TELEPHONE OPERATOR SUPERVISOR | 5 MONTHS | 1301-1933 | 6 |
| 1821 | CABINETMAKING AND CARPENTRY WORKSHOP SUPERVISOR | 6 MONTHS | 1301-1933 | 6 |
| 1871 | COMMUNICATIONS BACKUP GENERATOR TECHNICIAN SUPERVISOR | 6 MONTHS | 1523-2263 | 9 |
| 3111 | CRIMINAL PHOTOGRAPHY TECHNICIAN | 8 MONTHS | 1301-1933 | 6 |
| 3211 | FINGERPRINT TECHNICIAN I | 5 MONTHS | 1371-2037 | 7 |
| 3212 | FINGERPRINT TECHNICIAN II | 5 MONTHS | 1445-2147 | 8 |
| 3213 | FINGERPRINT TECHNICIAN III | 5 MONTHS | 1783-2650 | 12 |
| 3131 | PHOTOGRAPHY LABORATORY TECHNICIAN I | 8 MONTHS | 1234-1834 | 5 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 3132 | PHOTOGRAPH LABORATORY TECHNICIAN II | 8 MONTHS | 1371-2037 | 7 |
| 1631 | COMMUNICATIONS BACKUP GENERATOR TECHNICIAN | 6 MONTHS | 1445-2147 | 8 |
| 6131 | INFORMATION SYSTEMS TECHNICIAN | 3 MONTHS | 1445-2147 | 8 |
| 1771 | COMMUNICATIONS EQUIPMENT TECHNICIAN I | 6 MONTHS | 1371-2037 | 7 |
| 1772 | COMMUNICATIONS EQUIPMENT TECHNICIAN II | 6 MONTHS | 1523-2263 | 9 |
| 1773 | COMMUNICATIONS EQUIPMENT TECHNICIAN III | 6 MONTHS | 1605-2386 | 10 |
| 1271 | REFRIGERATION TECHNICIAN. | 5 MONTHS | 1371-2037 | 7 |
| 5911 | PSYCHOSOCIAL RELATIONS TECHNICIAN | 8 MONTHS | 1605-2386 | 10 |
| 5871 | OCCUPATIONAL HEALTH AND SAFETY TECHNICIAN | 6 MONTHS | 1605-2386 | 10 |
| 2221 | OFFICE SYSTEMS TECHNICIAN I | 4 MONTHS | 1301-1933 | 6 |
| 2222 | OFFICE SYSTEMS TECHNICIAN II | 4 MONTHS | 1445-2147 | 8 |
| 2223 | OFFICE SYSTEMS TECHNICIAN III | 4 MONTHS | 1605-2386 | 10 |
| 5711 | LEGAL TECHNICIAN | 6 MONTHS | 2577-3830 | 19 |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Class Number | Class Title | Probationary Period | Pay Scale | Scale Number |
|---|---|---|---|---|
| 1121 | WORKER | 3 MONTHS | 1000-1486 | 1 |
| 1131 | PRESERVATION AND MAINTENANCE WORKER | 3 MONTHS | 1054-1566 | 2 |
| 5971 | SOCIAL WORKER I | 8 MONTHS | 2201-3271 | 16 |
| 5972 | SOCIAL WORKER II | 8 MONTHS | 2320-3447 | 17 |
| 5973 | SOCIAL WORKER III | 8 MONTHS | 2445-3634 | 18 |
| 2231 | ADMINISTRATIVE INVESTIGATIONS TRANSCRIPTIONIST | 6 MONTHS | 1605-2386 | 10 |

As evidence of our approval of the contents of this document, we sign the list of job categories which indicates the class number and title, the probationary period, the pay scale assigned to each category and the scale number.

This document includes twelve (12) pages containing one hundred and eighty-four (184) job categories, to which we affix our corresponding initials and signatures.

In San Juan, Puerto Rico on [ink stamp:] **JUNE 24, 2002**


[*signature*]_____
Emmalind García García
Administrator
Central Labor Advisory
and Human Resources
Administration Office

[*signature*]_____
Miguel A. Pereira
Superintendent
Police of Puerto Rico

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

Case: 17-03283-LTS Doc#:17497 Filed:07/20/21 Entered:07/23/21 16:20:56 Desc: Main
Document Page 95 of 101

**DELFINA LOPEZ ROSARIO, BENITO ACEVEDO ET AL V.** [handwritten signature]
**POLICE OF PUERTO RICO**

| APPELLANTS | POSITION | SCALE | TOWN |
|---|---|---|---|
| OLAFIA ULZARES, CONCHITA | PERSONNEL TECHNICIAN I | 13 | HATO REY |
| RAFIAN RODRÍGUEZ, LUZ C. | TYPIST IV | 09 | HATO REY |
| EVEDO CEPEDO, BENITO | OFFICE WORKER I | 03 | HATO REY |
| OSTA VÉLEZ, JOSÉ | AUTOMOTIVE MECHANIC I | | PONCE |
| IORNO RIVERA, JOSÉ R. | SOCIAL TECHNICIAN I | 03 | CAROLINA |
| AMO CRUZ, ROSA M. | SOCIAL WORKER I | 18 | HATO REY |
| LCE ORTIZ, ROSA | TYPIST II | | BAYAMON |
| LICEA AGUAYO, JENNY | TYPIST III | 06 | HATO REY |
| LICEA ORTIZ, ROSA | TYPIST I | 04 | HATO REY |
| LLENDE ORTIZ, REGINO | OFFICE WORKER I | | CANOVANAS |
| LLENDE PÉREZ, RAMON L. | FINGERPRINT TECHNICIAN I | 14 | HATO REY |
| LMODOVAR QUILES, ALEJANDRO | STATISTICAL ASSISTANT I | 06 | HATO REY |
| LLTORAN MUÑOZ, DANIEL H. | OFFICE WORKER I | 03 | HATO REY |
| ALVAREZ CALO, LILLIAM | | | CAROLINA |
| ALVAREZ FEBUS, NELIDA | ELECTRONIC EQUIPMENT OPERATOR I | | HATO REY |
| ALVAREZ GONZALEZ, JUANITA | TYPIST II | | HATO REY |
| ALVAREZ MARTINEZ, ELIS P. | TYPIST II | | GUAYANILLA |
| ALVAREZ MORALES, EMMA N. | | | |
| ALVAREZ PÉREZ, MANUEL | ADMINISTRATIVE ASSISTANT I | 11 | HATO REY |
| AMADOR RIVERA, PILAR | FINGERPRINT TECHNICIAN II | 14 | HATO REY |
| AMARO CANCEL, VIRGEN M. | TYPIST III | 06 | HATO REY |
| ANDINO LÓPEZ, RAMONITA | TYPIST II | | BAYAMON |
| ANDUJAR SERRANO, HERMINIA | TYPIST IV | 09 | HATO REY |
| ANGLERO SOTO, DAISY M. | TYPIST II | 04 | ARECIBO |
| ARCE LORENZO, BETTY | DATA ENTRY OPERATOR I | 07 | HATO REY |
| ARCE MUÑIZ, CARMELO | SECRETARY I | 04 | MANATI |
| ARCE RIVERA NANCY I. | INTERNAL AUDITOR III | 20 | HATO REY |
| ARROYO TORRES, NOEMI | MATERIALS AND EQUIPMENT BUYER | | HATO REY |
| ARROYO TORRES, PEDRO J. | OFFICE WORKER I | 03 | HATO REY |
| AVILES ROSADO, EVELYN | ACCOUNTING ASSISTANT II | 13 | HATO REY |
| AYALA GO2MEZ, PEDRO A. | TYPIST I | 03 | AGUADILLA |
| BAEZ GARCIA, WILFREDO | ELECTRICAL DATA INPUT EQUIPMENT OPERATOR I | | HATO REY |
| BAEZ MOYENO, JACQUELINE | PERSONNEL TECHNICIAN II | 16 | HATO REY |
| BAEZ RODRÍGUEZ, GAMALIER | OFFICE WORKER I | | HATO REY |
| BAEZ ROSA, GLADYS | BACKUP GENERATOR TECHNICIAN II | 15 | HATO REY |
| BARBOSA JIMÉNEZ, FRANCER B. | DATA INPUT OPERATOR I | 07 | HATO REY |
| BARBOSA PEDROSA, CELIA I. | PSYCHOLOGY II | | HATO REY |
| BARRETO BARRETO, ROSA LYDIA | BUDGET TECHNICIAN III | | HATO REY |
| BATISTA RIVERA, YOLANDA | TYPIST II | 04 | AGUADILLA |
| BATISTA SERRANO, CARLOS | FINGERPRINT TECHNICIAN I | 12 | HATO REY |
| BENTINE ROBLEDO, WALLACE | STATISTICS ASSISTANT II | 13 | HATO REY |
| BERRIOS SUAREZ, MIRIAM | PERSONNEL TECHNICIAN IV | 21 | HATO REY |
| BERRIOS DELGADO, LUZ E. | TYPIST IV | 09 | HATO REY |
| BLAS MEDINA, FRANCISCO | TYPIST II | 04 | HUMACAO |
| BONILLA MALDONADO, GERARDO | OFFICER WORKER I | 03 | AGUADILLA |
| BONILLA MONTAÑEZ, EMMA | AUTOMOTIVE MECHANIC II | | PONCE |
| BONILLA VÁZQUEZ, MARITZA | TYPIST I | 04 | HATO REY |
| BURGOS HERNANDEZ, LILIDA | OFFICE WORKER I | 03 | CAROLINA |
| BURGOS MARTÍNEZ, MIGDALIA | TYPIST III | 06 | HATO REY |
| CABAN QUIÑONEZ, MARY | ADMINISTRATIVE ASSISTANT I | 11 | HATO REY |
| CABRERA LÓPEZ, CARMEN I | TYPIST II | | SAN SEBASTIAN |
| CABRERA MEDINA, CARMEN D. | SECRETARY III | 10 | HATO REY |
| CAINS CRUZ, URIEL E. | SECRETARY V | 13 | HATO REY |
| CALDERON COLON, MADELINE | DUPLICATION MACHINE OPERATOR II | 05 | HATO REY |
| CALDERON RODRÍGUEZ ANGEL L. | SECRETARY IV | 12 | HATO REY |
| CAMACHO SOTO, DIMARY | ELECTRONIC EQUIPMENT OPERATOR I | | HATO REY |
| CAMPOS COLLAZO, CARMEN | PERSONNEL TECHNICIAN I | | HATO REY |
| CANIERO OLMO, ELWIN | TYPIST II | | PONCE |
| CANIERO OLMO, SONIO C. | FINGERPRINT TECHNICIAN II | 14 | HATO REY |
| CANIERO RODRÍGUEZ, SONIA | | | |
| CAPPAS PEREZ, ASTRID A. | TYPIST III | | HATO REY |
| CARBONEL ORTIZ, VANESSA E. | PERSONNEL TECHNICIAN V | | HATO REY |
| CARDONA COLON, LIRIO G. | OFFICE WORKER I | 03 | HATO REY |
| CARDONA MERCADO, MILSA | AREA COORDINATOR | | HATO REY |
| CARDONA RODRÍGUEZ, JOSÉ A. | TYPIST I | 03 | ARECIBO |
| CARMENATY SANTOS, DAVID | AUTOMOTIVE TECHNICIAN II | | AGUADILLA |
| CARMONA MIRANDA, AWILDA L. | COMMUNICATIONS TECHNICIAN II | 13 | HATO REY |
| CARO RIVERA, WINDY I. | TYPIST I | 03 | HATO REY |
| CARRERO ORTIZ, MARIA DE LOS A. | TYPIST I | | RINCÓN |
| CASSIUY NEGRÓN, MARIA I | OFFICE WORKER | 09 | HATO REY |
| ASTRO CANDELARIA, AIDA I | PERSONNEL TECHNICIAN I | 13 | HATO REY |
| ZO GONZALEZ, JANNETTE | DATA ENTRY  OPERATOR I | 07 | HATO REY |
| DYTIA, ANNIE | SECRETARY | | HATO REY |
| | SOCIAL WORKER I | 16 | HATO REY |
| | BACKUP GENERATOR TECHNICIAN II | | HATO REY |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| APPELLANTS | POSITION | SCALE | TOWN |
|---|---|---|---|
| CASTRO RIVERA, ADRIAN | DATA ENTRY ELECTRONIC EQUIPMENT OPERATOR I | | HATO REY |
| CEDEÑO GALINDEZ, ANTONIO | OFFICER WORKER I | 03 | HATO REY |
| CEPEDA QUIÑONES, CARMEN NITZA | PURCHASING AGENT III | 15 | HATO REY |
| CHABINECO LLORET, PATRIA | TYPIST I | 03 | AGUADILLA |
| CINTRON RIVERA, CARMEN | ADMINISTRATIVE ASSISTANT I | 11 | HATO REY |
| CLASS DÍAZ, FELIX | CRIMINAL PHOTO TECHNICIAN II | 14 | HATO REY |
| CLAUDIO MORALES, FRANCISCO | POLICE SKETCH ARTIST III | 17 | HATO REY |
| COLLAZO COLON, EDWIN F. | DUPLICATION MACHINE OPERATOR II | 05 | HATO REY |
| COLLAZO RIVERA, JAVIER | BUDGET TECHNICIAN I | | HATO REY |
| COLMENARES JIMÉNEZ, MARTA | OFFICE WORKER IV | | HATO REY |
| COLON CRUZ, MILDRED | DATA ENTRY OPERATOR I | 07 | PONCE |
| COLON ORTIZ, EVELINDA | TYPIST II | 04 | HATO REY |
| COLON RIVERA, LUISA | | | |
| COLON RODRÍGUEZ, SONIA L. | SECRETARY III | 10 | HATO REY |
| COLON ROSA, ANA L. | PURCHASING AGENT III | 15 | HATO REY |
| COLON TORRES, MIRIAM H. | PERSONNEL TECHNICIAN III | 19 | HATO REY |
| CONCEPCIÓN RIVERA, RAQUEL | TYPIST | | HATO REY |
| COSÍA AYALA, BETZAIDA | TYPIST III | 06 | HATO REY |
| COLDERO RIVERA, MARIA C. | TYPIST II | 04 | HATO PONCE |
| CORREA ROBLES, SAMUEL | PROC. SYSTEM TECHNICIAN III | 19 | HATO REY |
| CORREA RODRÍGUEZ, SONIA | ADMINISTRATIVE ASSISTANT | | HATO REY |
| CORREA SEPULVEDA, GLADYS A. | PERSONNEL TECHNICIAN II | 16 | HATO REY |
| CORTES BABILONIA, MARILYN | TYPIST II | | AGUADILLA |
| CORTES LABOY, EVELYN | TYPIST IV | | HATO REY |
| CORTES ROSARIO, ELBA | DATA ENTRY OPERATOR I | 07 | HATO REY |
| CORTIJO JORGE, ANA D. | TYPIST IV | | HATO REY |
| COSMÉ FIGUEROA, ANA JULIA | ADMINISTRATIVE ASSISTANT I | 11 | HATO RIO PIEDRA |
| COTTO ANDINO, ANA ERIKA | OFFICE WORKER I | 03 | HATO REY |
| COTTO NIEVES, HERIBERTO | ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| CRESPO PEREZ, LUIS S. | AUTOMOTIVE MECHANIC II | | AGUADILLA |
| CRUZ AQUILINO, MARIA DE LOS A. | TYPIST IV | 09 | HATO REY |
| CRUZ COLLAZO, OLGA | COORDINATOR | | HATO REY |
| CRUZ CORTIJO, MARIO | OFFICE WORKER I | 04 | HATO REY |
| CRUZ CORTIJO, ORESTE | DUPLICATION MACHINE OPERATOR II | 05 | HATO REY |
| CRUZ CRUZ, LUZ S. | TYPIST IV | | HATO REY |
| CRUZ MELÉNDEZ, ILEANA C. | OFFICE WORKER I | 03 | HATO REY |
| CRUZ MORALES, JESÚS A. | ELECT. SYSTEM PROGRAMMER I | 07 | HATO REY |
| CRUZ RIVERA, JOSUÉ A. | PLUMBER | 05 | HATO REY |
| CRUZ RUBIO, VANESA | STATISTICAL ASSISTANT I | 06 | HATO REY |
| CRUZ SANTIAGO, MARISOL | SECRETARY IV | 12 | ARECIBO |
| CRUZ SANTIAGO, MARISOL | SECRETARY IV | 12 | ARECIBO |
| CRUZ VIERA, JULIA | FINGERPRINT TECHNICIAN II | 14 | HATO REY |
| CUEVAS ROSA, CESAR | INTERNAL AUDIT DIVISION | | HATO REY |
| DÁVILA CORREA, NIULCA | TYPIST II | 04 | HATO REY |
| DÁVILA CORTES, MELBA I. | STATISTICAL ASSISTANT | 06 | HATO REY |
| DÁVILA OTERO, GEORGINA | PERSONNEL TECHNICIAN IV | 21 | HATO REY |
| DÁVILA REYES, ANGEL LUIS | STATISTICAL ASSISTANT I | 06 | HATO REY |
| DE JESÚS RAMOS, LUIS G. | DIRECTOR | | HATO REY |
| DE JESÚS RAMOS, LUIS G. | DIRECTOR | | HATO REY |
| DE JESÚS RIVERA, MAURI | INTERNAL AUDITOR III | 20 | HATO REY |
| DE JESÚS VAZQUEZ, ENRIQUE | ELECTRONIC EQUIPMENT OPERATOR I | | HATO REY |
| DEL VALLE DEL VALLE, RENE X | OFFICE WORKER I | 03 | HATO REY |
| DELGADO PAGAN, IDSIA E. | SECRETARY III | 10 | HATO REY |
| DELGADO PEREZ, LUZ E. | OFFICE WORKER II | 04 | HATO REY |
| DELGADO PEREZ, LUZ C. | OFFICE WORKER II | | HATO REY |
| DIA RIOS, HECTOR M. | JANITOR | 01 | LOIZA |
| DÍAZ HERNÁNDEZ, RAFAEL | OFFICE WORKER IIII | 06 | HATO REY |
| DÍAZ MALDONADO, ELIEZER | JANITOR | 01 | YAUCO |
| DÍAZ MARTINEZ, OSCAR | | | |
| DÍAZ RIVERA, MARIA S. | | | |
| DÍAZ VILLEGAS, VIRGINIA | TYPIST II | 04 | HATO REY |
| DOBEKI FLORES, DAMARIS | | | |
| DOMÍNGUEZ TORRES, EDILBERTO | OFFICE WORKER I | 03 | HATO REY |
| DONES DONES PELLICIER, MARIA | TYPIST IV | | HATO REY |
| DONES PELLICIER, MARIA | TYPIST IV | | HATO REY |
| ECHEVARRIA LUCIANO, LEIDA M. | TYPIST I | 04 | PONCE |
| ECT'BAR FALU, ROBERTO | RADIO OPERATOR II | 10 | HATO REY |
| ESTRADA VÁZQUEZ, SYLVIA | SECRETARY V | 13 | HATO REY |
| F. LEON MALDONADO, NELIDA | DATA INPUT OPERATOR II | 09 | HATO REY |
| FALU BENITES, JOSEFINA | | | |
| FEBO CRUZ, JUANITA | ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| FELICIANO GONZÁLEZ, MARIA L. | EXECUTIVE OFFICER I | 20 | HATO REY |
| FERNÁNDEZ MARTINEZ, MEDIN J. | EXECUTIVE OFFICER II | 23 | HATO REY |
| FIGUEROA ARROYO, JOSEFA M. | ACCOUNTING ASSISTANT II | 13 | HATO REY |
| FIGUEROA BAEZ, MARISOL | COMPUTER OPERATOR I | 11 | HATO REY |
| FIGUEROA CARRASCO, JOSÉ DAVID | JANITOR | 01 | SAN [cancelled] |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| [cut off] | ADMINISTRATIVE ASSISTANT I | | HATO REY |

| APPELLANTS |
| --- |
| FIGUEROA ESPERANZA, MARTÍN |
| FIGUEROA HERNÁNDEZ, LUZ V. |
| FIGUEROA NIEVES, ELSA MARIA |
| FIGUEROA NÚÑEZ, JOSUÉ |
| FIGUEROA SIERRA, CARMEN S. |
| FLORES COLÓN, MARIA DE LOS ANGELES |
| FLORES LOZADA, AURELIA |
| FONT RIOS, HIPÓLITO |
| FRANCO GONZÁLEZ, NEREIDA |
| FREYTES MALDONADO, CARMEN Z. |
| FREYTES MALDONADO, LOURDES |
| GALARZA SANTIANA, EVELYN |
| GARCÍA PÉREZ, MARIA M. |
| GARCÍA BETANCOURT, CARMEN E. |
| GARCÍA BETANCOURT, JOSEFA F. |
| GARCÍA JIRIGNONI, MARIA DEL CARMEN |
| GARCÍA DÍAZ, ANA G. |
| GARCÍA FONTANET, HÉCTOR M. |
| GARCÍA GARCÍA LOURDES E. |
| GARCÍA PÉREZ, ELSA E. |
| GELABERT CARABALLO, GLORIA M. |
| GOMEZ MARTINEZ, ANA B. |
| GOMEZ RIEVERA, EDGAR |
| GÓMEZ SIACA,LUZ E. |
| GARCÍA DE JESÚS, MARGARITA |
| GONZÁLEZ COTIO, ADA L. |
| GONZÁLEZ COTIO, NILDA A. |
| GONZÁLEZ DÁVILA, CLARRISA |
| GONZÁLEZ DE JESÚS, ENID M. |
| GUZZÁLEZ DÍAZ, LOURDES |
| GONZÁLEZ GONZÁLEZ, JUAN R. |
| GONZÁLEZ GONZÁLEZ, JUDITH |
| GONZÁLEZ GONZÁLEZ, MARITZA |
| GONZÁLEZ ORTIZ, JOSÉ M. |
| GONZÁLEZ RODRÍGUEZ, ISIDORO |
| GONZÁLEZ SANTIANA, ANTONIO |
| GOTAY CRUZ, ANA D. |
| GRAULAU MARTÍNEZ, VIVIANA |
| GUADALUPE SANABRIA, LUZ I. |
| GUERRA ISSUAR, CARMEN M. |
| GULDI OLIVO, IVONNE |
| HERNÁNDEZ ALEMAN, AIDA I |
| HERNÁNDEZ CORTES, GLADIMAR |
| HERNÁNDEZ CRUZ, MABEL G. |
| HERNÁNDEZ GONZÁLEZ, CARMEN A. |
| HERNÁNDEZ JUARBE, SAMUEL |
| HERNÁNDEZ MARTÍNEZ, JOSÉ JAIME |
| HERNÁNDEZ MÉNDEZ, BRUNILDA |
| HERNÁNDEZ MONTANEZ, LESLIE A. |
| HERNÁNDEZ RIVERA, GLORIA I. |
| HERNÁNDEZ RODRÍGUEZ, MARIA M. |
| HERNÁNDEZ SANDOVAL, NITZA |
| HERNÁNDEZ SOTO, MARIA A |
| HILALGO NÚÑEZ, MARIA L. |
| HUERTAS GREO, SONIA L. |
| INDIO RIVERA, SAMUEL |
| IRIZARRY NIEVES, IRIS M. |
| IRRIZARRY VIZCARRONDO, ROSA O. |
| JIMÉNEZ ROBLES, LETICIA I. |
| KURLAN AMEZQUITA, BEATRIZ |
| KURLAN AMEZQUITA, SONIA NOEMI |
| LA VILLA, RICARDO |
| LABOY RODRÍGUEZ, MARIA DE L. |
| LAGUERRE ACEVEDO, MIRAN |
| LAMELA SOTO, WALTER B. |
| LANZO ROMAN, ERIC O. |
| LEBRON REYES, MARITAZA |
| LEBRON MUÑOZ, ANGEL |
| LEÓN ALICEA, ANA RUTH |
| LÓPEZ DÍAZ, MARILYN |
| LÓPEZ LAUREANO, ANTONIO |
| LÓPEZ LAUREANO, RAUL |
| LÓPEZ LEBRON, NILDA H. |
| LÓPEZ LLOMPART, MERCEDES |
| LÓPEZ MAYMI, CARMEN LINNETTE |
| LÓPEZ MAYSONET, DELIA |
| LÓPEZ OCASIO, MARIANO |

| POSITION | SCALE | TOWN |
| --- | --- | --- |
| TYPIST I | 03 | HATO REY |
| EXECUTIVE SECRETARY | 14 | HATO REY |
| INVESTIGATION TECHNICIAN II | | HATO REY |
| TYPIST II | 09 | HATO REY |
| TYPIST IV | | HUMACAO |
| TELETYPE OPERATOR II | 10 | HATO REY |
| PROGRAMMER II | 21 | HATO REY |
| DIRECTOR PERSONNEL AFFAIRS OFFICE | 26 | HATO REY |
| TYPIST II | 04 | AGUADILLA |
| SECRETARY IV | | HATO REY |
| OFFICE WORKER II | 04 | HATO REY |
| TYPIST II | 04 | HUMACAO |
| TYPIST II | | HATO REY |
| TYPIST II | 04 | ARECIBO |
| SECRETARY II | 06 | ARECIBO |
| OFFICE WORKER I | | CULEBRA |
| TYPIST III | 06 | HATO REY |
| FINGERPRINT TECHNICIAN IV | 18 | HATO REY |
| TYPIST IV | 09 | HATO REY |
| ADMINISTRATIVE ASSISTANT I | 11 | HATO REY |
| EXECUTIVE SECRETARY | 14 | HATO REY |
| TYPIST III | | HATO REY |
| DATA INPUT OPERATOR II | 09 | HATO REY |
| PERSONNEL TECHNICIAN IV | 21 | HATO REY |
| SECRETARY V | 13 | HATO REY |
| OMBUDSMAN CASE COORDINATOR | | HATO REY |
| INVESTIGATION STENOGRAPHER | 12 | HATO REY |
| TYPIST III | 11 | HATO REY |
| TYPIST I | 03 | SAN LORENZO |
| MEDICAL SERVICES DIRECTOR | | HATO REY |
| EXECUTIVE OFFICER II | 23 | RIO PIEDRAS |
| ASSISTANT DIRECTOR | | HATO REY |
| TYPIST IV | | HATO REY |
| FINGERPRINT TECHNICIAN II | 14 | HATO REY |
| OFFICE WORKER I | | HATO REY |
| STATISTICAL ASSISTANT I | 06 | HATO REY |
| SECRETARY IV | 12 | HATO REY |
| STATISTICS III | | HATO REY |
| OFFICE WORKER II | | HATO REY |
| STATISTICAL ASSISTANT I | 06 | ARECIBO |
| DATA ENTRY OPERATOR II | 09 | ARECIBO |
| TYPIST II | 06 | HATO REY |
| DATA INPUT OPERATOR I | 07 | HATO REY |
| PERSONNEL TECHNICIAN II | 16 | HATO REY |
| TYPIST IV | | HATO REY |
| SKETCH ARTIST II | 14 | HATO REY |
| OFFICE WORKER I | 03 | HATO REY |
| SECRETARY II | 06 | ARECIBO |
| SECRETARY IV | 12 | HATO REY |
| TYPIST | | AGUADILLA |
| STATISTICAL ASSISTANT I | 06 | |
| TYPIST II | 04 | CAMUY |
| EXECUTIVE SECRETARY | 14 | HATO REY |
| PRODUCTION & ART DIVISION ASSISTANT DIRECTOR | | HATO REY |
| TYPIST I | 03 | CAMUY |
| PSYCHOSOCIAL RELATIONS TECHNICIAN | 15 | HATO REY |
| TYPIST II | | SAN SEBASTIAN |
| PERSONNEL TECHNICIAN III | 19 | HATO REY |
| DATA INPUT OPERATOR I | 07 | HATO REY |
| ADMINISTRATIVE ASSISTANT | | HATO REY |
| OFFICE WORKER II | | HATO REY |
| TYPIST I | | ARECIBO |
| EXECUTIVE OFFICER II | 23 | HATO REY |
| FINGERPRINT TECHNICIAN I | 12 | HATO REY |
| ADMINISTRATIVE ASSISTANT II | 13 | HATO REY |
| JANITOR | 01 | HATO REY |
| ADMINISTRATIVE ASSISTANT I | 11 | HATO REY |
| OFFICE WORKER I | 03 | HATO REY |
| STOREKEEPER I | | HATO REY |
| OFFICER WORKER II | 04 | HATO REY |
| NURSE | | HATO REY |
| ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| SECRETARY III | 10 | HATO REY |
| STATISTICAL ASSISTANT I | 08 | HATO REY |
| FINGERPRINT TECHNICIAN II | 14 | HATO REY |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| APPELLANTS |
| --- |
| PELANTES |
| ES LOUDRIEL, LUZ C. |
| ES MULLER, WILFREDO |
| ES GOMERO, CARMEN |
| EZ REINA, LUIS A. |
| SIO GRACIA, PABLO |
| SIO RIVERA, BRENDA |
| DA MORALES, VLADIMIR |
| ENCIA RODRIGUEZ, MARIA DEL C |
| JO NIEVES, GLORIA E. |
| JENDO LOPEZ, JOSE RENE |
| JENDO MALDONADO, SILVIA |
| OZCO MOJICA, MARITZA |
| EGA DEL VALLE, SONIA L. |
| EGA TORRES, CANDIDA |
| IIZ AYALA, MARLY A. |
| IIZ CASTILLO, MIGDALIA DEL C. |
| IIZ GUZMAN, Evelyn |
| IIZ MARRERO MIGDALIA |
| IIZ MONTALVO, EMMA |
| IIZ NIEVES, ROSIBEL |
| IIIZ PASTRANA, EMILIO |
| RIIZ RODRIGUEZ, FLOR DE MARIA |
| IRIIZ SANTIAGO, JUANITA |
| OSORIO RAMOS, JOSE A |
| OYOLA OTERO, ORLANDO |
| PABON RUIZ, MIGDALIA |
| PACHECO LABOY, EDWIN |
| PADUA BARRIOS, LISSETE |
| PAGAN CLAUDIO, LISBETT |
| PAGAN MARTINEZ, GLORIA |
| PAGAN SALGADO, PAULA |
| PALACIOS DIAZ, JOSE H. |
| PARRILLA MIRANDA, CONNIE |
| PEREZ AMADOR, LISSETE |
| PEREZ DIAZ, SONIA I. |
| PEREZ IRIZARRY, CARMEN M. |
| PEREZ MARTINEZ, MARLA |
| PEREZ MEDINA, NESTOR |
| PEREZ RIOS, ROSA M. |
| PEREZ RODRIGUEZ, NORMA |
| PEREZ ROSADO, NEYSA |
| PEREZ SANTOS, CARMEN A. |
| PEREZ VELEZ, OLGA |
| PEREZ ZEDA, GLORIMAR |
| PILLICH FELIX, MARILYN |
| PORTELA FELICIANO, AGUSTIN |
| QUIÑONES RAMOS, CAMILA |
| QUIÑONEZ PINTO, SANDRA I. |
| QUIÑONEZ TORRES, CARMEN I. |
| QUIÑONEZ TORRES, NELSON |
| RABASSA DE RIVERA, NEREIDA |
| RAMIREZ PEREZ, GERARDO J. |
| RAMOS AGUILA, RAMON R. |
| RAMOS BRACETTI, JANNETT |
| RAMOS FIGUEROA, LUZ D. |
| RAMOS FUENTES, EDDIE |
| RAMOS FUENTES, EDITH M. |
| RAMOS MARTINEZ, ROSA |
| RAMOS RIVERA, LUZ MARIA |
| RAMOS RODRIGUEZ, LOURDES |
| RAMOS SABASTER, ROSA MA. |
| RAMOS SANCHEZ, CARLOS M. |
| RAYA DAVILA, SALVADOR |
| REYES SANCHEZ, SONIA M. |
| REYES SOTO, CARLOS |
| RIO NAZABAL, AMABLE |
| RIO NAZABAL, AMPARO |
| RIOS CANCEL, LUZ E. |
| RIOS FELICIANO, LUIS S. |
| RIOS LOPEZ, ROSA I. |
| RIOS RAMOS, ANA E |
| RIOS SANTIAGO, ANGEL L. |
| RIVERA RIVERA, SONIA |
| RIVERA RODRIGUEZ, LUZ MINERVA |
| RIVERA RODRIGUEZ, MARIA M. |
| VERA RODRIGUEZ, MARIA M. |
| ALVAREZ, CARMEN IRIS |

| POSITION | SCALE | TOWN |
| --- | --- | --- |
| TYPIST III | 07 | HATO REY |
| OFFICE WORKER II | 04 | HATO REY |
| SECRETARY | 14 | HATO REY |
| JANITOR | 01 | HATO REY |
| JANITOR | 01 | HUMACAO |
| ELECTRONIC EQUIPMENT OPERATOR I | | HATO REY |
| EXECUTIVE OFFICER IV | | HATO REY |
| DATA INPUT OPERATOR I | 07 | HATO REY |
| SECRETARY III | 10 | AGUADILLA |
| FINGERPRINT TECHNICIAN III | 16 | HATO REY |
| OFFICE WORKER | 09 | HATO REY |
| OFFICE WORKER | 03 | HUMACAO |
| OFFICE WORKER II | | HATO REY |
| DATA INPUT OPERATOR II | 09 | ARECIBO |
| DATA INPUT OPERATOR I | 07 | ARECIBO |
| TRAINING DIRECTOR | | CULEBRA |
| SECRETARY V | 13 | HATO REY |
| OFFICE WORKER I | | HATO REY |
| SECRETARY IV | 12 | HATO REY |
| DATA INPUT OPERATOR II | 09 | HATO REY |
| PURCHASING AGENT | | HATO REY |
| TYPIST III | 06 | HATO REY |
| SECRETARY IV | 12 | HATO REY |
| TECHNICIAN I | | HATO REY |
| DATA INPUT OPERATOR II | 09 | HATO REY |
| SECRETARY III | 10 | HATO REY |
| TELETYPE OPERATOR I | 9 | HATO REY |
| TYPIST II | | HATO REY |
| DATA INPUT OPERATOR I | | SAN LORENZO |
| ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| TYPIST II | 04 | RIO PIEDRAS |
| EXECUTIVE OFFICER II | 23 | HATO REY |
| PERSONNEL TECHNICIAN III | 19 | HATO REY |
| PERSONNEL TECHNICIAN I | 13 | HATO REY |
| TYPIST II | 04 | HATO REY |
| TYPIST II | | HATO REY |
| STATISTICIAN II | | HATO REY |
| OFFICE WORKER I | 03 | HATO REY |
| OFFICE WORKER I | | HATO REY |
| TYPIST II | 04 | ARECIBO |
| TYPIST II | 04 | ARECIBO |
| OFFICE WORKER IV | 09 | HATO REY |
| TYPIST III | 06 | HATO REY |
| TYPIST I | 03 | HATO REY |
| DATA INPUT OPERATOR I | | HATO REY |
| DUPLICATION MACHINE OPERATOR | 03 | HATO REY |
| ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| ADMINISTRATIVE ASSISTANT I | 11 | ARECIBO |
| OFFICE WORKER I | 03 | HATO REY |
| OFFICE WORKER I | | AGUADILLA |
| TYPIST II | 04 | |
| STATISTICAL ASSISTANT I | 06 | |
| STOREKEEPER I | | CAMUY |
| DATA INPUT OPERATOR II | 09 | HATO REY |
| TYPIST | | |
| FINGERPRINT TECHNICIAN III | 16 | HATO REY |
| TYPIST II | 04 | CAMUY |
| TYPIST I | | HATO REY |
| ELECTRONIC SYSTEMS ANALYST II | | SAN SEBASTIAN |
| OFFICE WORKER II | | HATO REY |
| SECRETARY III | 10 | HATO REY |
| PROGRAMMER III | 23 | HATO REY |
| TELECOMMUNICATIONS COORDINATOR | 23 | HATO REY |
| TYPIST I | 03 | ARECIBO |
| PROGRAMMER I | 10 | HATO REY |
| DATA INPUT OPERATOR | 07 | HATO REY |
| DATA INPUT OPERATOR II | 09 | HATO REY |
| | | HATO REY |
| TYPIST III | 06 | HATO REY |
| JANITOR | 01 | HATO REY |
| TYPIST I | | HATO REY |
| FINGERPRINT TECHNICIAN IV | 18 | HATO REY |
| ADMINISTRATIVE ASSISTANT I | 11 | HATO REY |
| ACCOUNTANT I | | HATO REY |
| RECRUITMENT DIRECTOR | | HATO REY |
| OFFICE WORKER I | 00 | HATO REY |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| Z, FRANKIE | FINGERPRINT TECHNICIAN III | 10 | HATO REY |
|---|---|---|---|

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| APPELLANTS | POSITION | SCALE | TOWN |
|---|---|---|---|
| RIVERA BORRES, ERNESTO | FINGERPRINT TECHNICIAN I | 12 | HATO REY |
| RIVERA COLMENARES, MARTA | OFFICE WORKER III | | HATO REY |
| RIVERA FERRER, NAVAL | STATISTICS I | 14 | HATO REY |
| RIVERA FLORES, ANA E. | OFFICE WORKER I | | HATO REY |
| RIVERA GARCÍA, MARIA M. | ADMINISTRATIVE ASSISTANT III | | HATO REY |
| RIVERA GARCÍA, IRIS | DATA INPUT OPERATOR I | 07 | HATO REY |
| RIVERA GONZÁLEZ, MARGARITA | OFFICE WORKER I | 03 | HATO REY |
| RIVERA GONZÁLEZ, RUBÉN | JANITOR | 01 | AGUADILLA |
| RIVERA NEGRÓN, IRIS M. | ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| RIVERA OLIVERO, ISRAEL | MEDICAL ASSISTANT | | HATO REY |
| RIVERA OTERO, HAYDEE | OFFICE WORKER IV | 09 | HATO REY |
| RIVERA PABON, YADIRA | PERSONNEL TECHNICIAN II | 16 | HATO REY |
| RIVERA PIZARRO, JOSÉ L. | TYPIST I | 03 | HATO REY |
| RIVERA REYES, GUILLERMO | | | |
| RIVERA RIOS, FRANCES | DATA INPUT OPERATOR I | 07 | HATO REY |
| RIVERA RIVERA, NYDIA | EXECUTIVE OFFICER III | 23 | HATO REY |
| RIVERA RODRÍGUEZ, MARIA M. | RECRUITMENT DIRECTOR | | HATO REY |
| RIVERA SÁNCHEZ, NANCY | PERSONNEL TECHNICIAN I | 13 | HATO REY |
| RIVERA SANTIAGO, MARITZA | TYPIST II | 04 | HATO REY |
| RIVERA SILVA, DAMARIS | TYPIST II | | HATO REY |
| RIVERA TORES, MARIBEL | STATISTICS I | 14 | HATO REY |
| RIVERA VAZQUEZ, MERCEDES | TYPIST II | | PONCE |
| ROBLES PIZARRO, CESAR | FINGERPRINT TECHNICIAN I | 12 | HATO REY |
| ROBLES REYES, ELIUT | EXECUTIVE OFFICER II | 23 | HATO REY |
| RODRÍGUEZ ÁLVEREZ, ISABEL | DATA INPUT OPERATOR II | 09 | HATO REY |
| RODRÍGUEZ ÁLVAREZ, MIGDALIA | DATA INPUT OPERATOR II | 09 | HATO REY |
| RODRÍGUEZ ARROYO, DORIS | OFFICE WORKER I | | GUAYAMA |
| RODRÍGUEZ BURGOS, IVETTE | TYPIST IV | | HATO REY |
| RODRÍGUEZ CEPEDA, ROSA E. | OFFICE WORKER I | 03 | HATO REY |
| RODRÍGUEZ COLLAZO, MARITZA | TYPIST II | 04 | HATO REY |
| RODRÍGUEZ COLON, CARMEN M. | TYPIST II | | HATO REY |
| RODRÍGUEZ COLON, MARIA C. | OFFICE WORKER II | 04 | HATO REY |
| RODRÍGUEZ CRUZ, ALEIDA | EXECUTIVE OFFICER I | 20 | HATO REY |
| RODRÍGUEZ DOMENECH, MARIA DE LA A. | EXECUTIVE OFFICER II | 23 | HATO REY |
| RODRÍGUEZ FONTANEZ, JENNY I. | SOCIAL WORKER II | 18 | HATO REY |
| RODRÍGUEZ HERNÁNDEZ, OSCAR | TYPIST II | 04 | HATO REY |
| RODRÍGUEZ IGLESIAS, VICKY | TYPIST IV | 09 | HATO REY |
| RODRÍGUEZ MATOS, IRVIA L. | TYPIST II | 06 | HATO REY |
| RODRÍGUEZ MELÉNDEZ, MARIA D. | OFFICE WORKER I | | GUAYMA |
| RODRÍGUEZ MILLAN, GLADYS | SECRETARY | | YAUCO |
| RODRÍGUEZ MORALES, BRUNILDA | TYPIST II | 06 | HATO REY |
| RODRÍGUEZ MORALES, JUAN D. | DUPLICATION MACHINE OPERATOR II | 05 | HATO REY |
| RODRÍGUEZ RIVERA, IRIS N. | TYPIST IV | 09 | HATO REY |
| RODRÍGUEZ RODRÍGUEZ, EVANGELINA | OFFICE WORKER I | | GUAYMA |
| RODRÍGUEZ RODRÍGUEZ, SULMENEIDA | ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| RODRÍGUEZ ROSA, ADA E. | SECRETARY III | 10 | HATO REY |
| ROJAS MARRERO, ROSARIO | INVESTIGATION STENOGRAPHER III | | HATO REY |
| ROMAN OCASIO, OSVALDO | OFFICE WORKER I | | HATO REY |
| ROMÁN SANTIAGO, FREDDY | PROGRAMMER III | 23 | HATO REY |
| | SECRETARY I | 04 | ARECIBO |
| ROMAN HERNANDEZ, ANA E. | OFFICE WORKER I | | HATO REY |
| ROMAN HERNANDEZ, ELMO S. | TYPIST I | 03 | HATO REY |
| ROMERO BONILLA, ENEIDA | TYPIST III | 06 | HATO REY |
| ROSA JAVIER, ALICE D. | TYPIST II | | HATO REY |
| ROSA RODRÍGUEZ, LUIS. A. | SECRETARY IV | 12 | HATO REY |
| ROSA ROJAS, Evelyn | EXECUTIVE OFFICER II | 23 | HATO REY |
| ROSA ROSA, MARIA DE LOS A. | TYPIST I | 03 | SAN LORENZO |
| ROSADO BARRETO, MAGDALENA | SECRETARY I | 04 | HATO REY |
| ROSADO OCASIO, CARMEN M. | OFFICER WORKER II | 04 | HATO REY |
| ROSADO TORRES, JOSÉ A. | JANITOR | 01 | HATO REY |
| ROSADO VIRELLA, RAFAEL | SYSTEMS AND PROCEDURES TECHNICIAN II | | HATO REY |
| ROSARIO JIMÉNEZ, JOSE F. | ADMINISTRATIVE ASSISTANT I | 11 | HATO REY |
| ROSARIO LÓPEZ, IVONNE E. | STATISTICS I | 14 | HATO REY |
| ROSARIO ROBLES, CARMEN A. | TYPIST II | | HATO REY |
| ROSARIO RODRÍGUEZ, ANA H. | STATISTICS II | | HATO REY |
| SALA BUSSIER, LEYLA | TYPIST I | 03 | YAUCO |
| SALCEDO RIDRIGUEZ, MARIA I. | TYPIST I | 03 | YABUCOA |
| SÁNCHEZ DELGADO, ANIBAL | COMMUNICATIONS TECHNICIAN II | 13 | HATO REY |
| SÁNCHEZ FONSECA, JORGE A. | SECRETARY IV | 12 | HATO REY |
| SÁNCHEZ ORTIZ, MARTA I. | DATA INPUT OPERATOR II | 09 | HATO REY |
| SÁNCHEZ RIVERA, MARTA | ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| SÁNCHEZ RIVERA, MIRTA | OFFICE WORKER II | 04 | HATO REY |
| SÁNCHEZ RIVERA, ROSALINA | TYPIST II | 04 | VIEQUES |
| SÁNCHEZ ROSARIO, YOLANDA | TYPIST III | 06 | HATO REY |
| SANJUJO SALGADO, MARGARITA | FINGERPRINT TECHNICIAN I | 12 | HATO REY |
| SANJURJO ANDINO, JOHANNA | DATA INPUT OPERATOR II | 09 | HATO REY |
| SANTANA DÍAZ, ANA ROSA | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| SANTANA VELÁSQUEZ, VILMARIZ | TYPIST II | 04 | HATO REY |
|---|---|---|---|

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| APPELLANTS | POSITION | SCALE | TOWN |
|---|---|---|---|
| LÓPEZ RIVERA, SABINA | PROGRAMMER I | 18 | HATO REY |
| LÓPEZ ROSARIO, DELFINA | OFFICER WORKER I | 03 | HATO REY |
| LÓPEZ ROSARIO, MARIA T. | C.I.C. DIRECTOR SECRETARY | | HATO REY |
| LÓPEZ SANTIAGO, MERARYS | TYPIST I | 03 | HATO REY |
| LÓPEZ VEGA, CARMEN M. | TYPIST II | 04 | HATO REY |
| LÓPEZ VEGA, MYRNA | TYPIST II | 03 | MANATI |
| LORENZANA VILLAFEÑE, CARMELO | MESSENGER DRIVER | | ARECIBO |
| LOZADA MARTINEZ, CARMEN A. | DATA INPUT OPERATOR I | | HATO REY |
| LOZADA PEREZ, RENEIDA | SECRETARY III | 10 | CURABO |
| LUGO PEREZ MINERVA | EXECUTIVE OFFICER III | 24 | HATO REY |
| LUQUE COLON, HÉCTOR F. | RADIO OPERATOR I | 05 | CAGUAS |
| MALDONADO ORTIZ, ROSA M. | TYPIST III | 06 | HATO REY |
| MARRERO GONZÁLEZ, NORRES D. | SOCIAL WORKER II | 10 | HATO REY |
| MARRERO RODRÍGUEZ, ADA I. | SECRETARY II | 06 | HATO REY |
| MARRERO RUIZ, JOSÉ G. | EXECUTIVE OFFICER III | 23 | HATO REY |
| MARTÍNEZ BURGOS, HAYDEE | EXECUTIVE OFFICER II | 23 | HATO REY |
| MARTÍNEZ CLAUDIO, RUBEN | JANITOR | 01 | HATO REY |
| MARTÍNEZ GONZÁLEZ, CARMEN M. | TYPIST III | 11 | HATO REY |
| MARTÍNEZ GONZÁLEZ, YOLANDA | TYPIST II | 03 | BAYAMON |
| MARTÍNEZ HERNÁNDEZ, CARMEN T. | SECRETARY V | 13 | HATO REY |
| MARTÍNEZ ORTIZ, HÉCTOR | TYPIST IV | 09 | ARECIBO |
| MATOS JIMÉNEZ, BLANCA IRIS. | ADMINISTRATIVE ASSISTANT II | 13 | HATO REY |
| MATOS VELÁSQUEZ, JULIO A. | JANITOR | 01 | YAUCO |
| MATOS VELAZQUEZ, JULIO A | MAINTENANCE TECHNICIAN | 01 | YABUCOA |
| MAYSONET FALCON, CARMEN G. | EXECUTIVE SECRETARY | | HATO REY |
| MEDINA CABAN, RAUL | EXECUTIVE OFFICER I | 20 | HATO REY |
| MEDINA RIVERA, CARLOS J. | EXECUTIVE OFFICER III | 23 | HATO REY |
| MEDINA RODRÍGUEZ, JORGE | STOREKEEPER I | | HATO REY |
| MEDINA SANTIAGO, OLGA I. | BUDGET TECHNICIAN V | | HATO REY |
| MELÉNDEZ CALDERON, OSCAR | FINGERPRINT TECHNICIAN | 12 | HATO REY |
| MELÉNDEZ RIVERA, MARIA E. | TYPIST II | | HATO REY |
| MENDEZ BONILLA, LILLIAM I. | STATISTICS II | | AGUADILLA |
| MENDEZ CANCEL, MARITZA | | | |
| MENENDEZ GONZÁLEZ, JUAN A. | FINGERPRINT TECHNICIAN III | 16 | HATO REY |
| MERCADO MORALES, HILDA | PSYCHOLOGY AND SOCIAL WORK DIVISION | | HATO REY |
| MERCADO RIVERA, CARLOS | OFFICER WORKER I | 03 | HATO REY |
| MERCED RODRÍGUEZ, BERNARDO | | | |
| MILIAN PIZARRO, ELIAS | FINGERPRINT TECHNICIAN I | 12 | HATO REY |
| MIRANDA HERNÁNDEZ, CARMELO | TYPIST I | 03 | HATO REY |
| MIRANDA MIRANDA, ROSA M. | TYPIST I | 03 | AGUADILLA |
| MIRANDA ORTIZ, CRUZ MARIA | SECRETARY V | 13 | HATO REY |
| MIRANDA RODRÍGUEZ, ANA I. | TYPIST III | | HATO REY |
| MOJICA MOTTA, MELBA IRIS | TYPIST IV | 09 | HATO REY |
| MOJICA TIRADO, YAMILET | TYPIST IV | | CABO ROJO |
| MOLINA HERNÁNDEZ, ERNESTO | JANITOR | 01 | ARECIBO |
| MONCLOVA RODRÍGUEZ, ELEONOR | DATA INPUT OPERATOR I | 07 | HATO REY |
| MONGE FERNÁNDEZ, SONIA | STATISTICS I | 14 | HATO REY |
| MONTALVO AMIL, IRMA | DATA ENTRY I | | HATO REY |
| | DATA ENTRY OPERATOR III | 11 | HATO REY |
| MONTALVO CARABALLO, GLADYS | TYPIST I | 03 | HATO REY |
| MONTALVO PASTRANA, MIRTA | ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| MONTAÑEZ DELGADO, CARMEN S. | ELEC. SYSTEM PROGRAMMER I | 10 | HATO REY |
| MORALES CABALLERO, VIVIAN | ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| MORALES GUADALUPE, MAYRA | OFFICE WORKER I | | HATO REY |
| MORALES MARTINEZ, VILMA | INTERNAL AUDITOR IV | 03 | HATO REY |
| MORALES OTERO, MARIA S. | TYPIST II | 04 | SAN LORENZO |
| MORALES RODRÍGUEZ, MALIA R. | ART AND REPRODUCTION DIRECTOR | 21 | HATO REY |
| MORALES SANTANA, DAMASO | TYPIST III | 06 | HATO REY |
| MORENO CRUZ, MIGDALIA | COMMUNICATIONS TECHNICIAN III | | HATO REY |
| MORINGLANE GONZÁLEZ, ASENCIO | STATISTICS I | 14 | HATO REY |
| MUÑOZ DE VALLEJO, ANTONIA | TYPIST II | 04 | CAGUAS |
| MUÑOZ LOIZ, NILKA | SECRETARY I | 04 | SAN LORENZO |
| MUÑOZ RODRÍGUEZ, ZORAIDA | ADMINISTRATIVE ASSISTANT I | 11 | HATO REY |
| NAPOLEÓN ROSADO, VIVIAN | TYPIST I | | HATO REY |
| NARVÁEZ RIVERA, EPIFANIA | FINGERPRINT TECHNICIAN III | 16 | HATO REY |
| NAVEDO ARROYO, FRANCISCO | P.A.F.U.I.C. VICTIM FAMILY ASSISTANCE | | HATO REY |
| NAZARIO NAVAS, RAMÓN NICOLAS | TYPIST II | 04 | HATO REY |
| NEGRÓN ARROYO, LUZ E. | PROC. SYSTEM TECHNICIAN | 16 | HATO REY |
| NEGRÓN FLORES, ALEYIS | OFFICE WORKER II | | HATO REY |
| NEGRON GARCIA, CARMEN D. | PERSONNEL TECHNICIAN III | 19 | HATO REY |
| NEGRÓN MOJICA, SAUL | JANITOR | 01 | ARECIBO |
| NEGRÓN NEGRÓN, MINERVA | TYPIST IV | 09 | HATO REY |
| NEVARES ÁLVAREZ, RAMONITA | PROC. SYSTEM TECHNICIAN V | 23 | HATO REY |
| NEVÁREZ FONFAN, JOSÉ E. | TYPIST II | 04 | BAYAMON |
| NIEVES COTTO, MIRNA | SECRETARY III | 10 | HATO REY |
| NIEVES CRUZ, ISABEL | OFFICE WORKER I | | HATO REY |
| NIEVES CRUZ, MAYDA | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| IZQUIERDO, EDDIE | OFFICE WORKER III | | HATO REY |
|---|---|---|---|

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*

| APPELLANTS | POSITION | SCALE | TOWN |
|---|---|---|---|
| SANTANA VÉNEGAS, ELSIE H. | OFFICE WORKER II | | HATO REY |
| SANTIAGO AVILÉS, RUBEN | DATA INPUT OPERATOR I | 07 | HATO REY |
| SANTIAGO CESAREO, JOSÉ A. | TYPIST | | HATO REY |
| SANTIAGO GONZÁLEZ, MARGIE | | | PONCE |
| SANTOS LÓPEZ SAMUEL A. | DATA INPUT OPERATOR I | 07 | HATO REY |
| SANTOS RODRÍGUEZ, ROSA M. | OFFICE WORKER IV | 09 | HATO REY |
| SANTOS TORRES, MIRIAM | SOCIAL WORKER IV | | HATO REY |
| SARRAGA RIVERAS, MAGALI | BUDGET TECHNICIAN II | | HATO REY |
| SASTRE SÁNCHE, CARMELO A. | ADMINISTRATIVE ASSISTANT I | 11 | ARECIBO |
| SEDA MARTÍNEZ, LESVIA ENID | PSYCHOLOGY III | | HATO REY |
| SEPULVEDA SIERRA, ZULMA | ADMINISTRATIVE ASSISTANT | | HATO REY |
| SIERRA RIVERA, RANDY | COMMUNICATIONS TECHNICIAN I | 11 | HATO REY |
| SIERRA SOTO, HARRY | ELECTRONIC SYSTEM PROGRAMMER I | | HATO REY |
| SOLIS MANZANO, CARMEN A. | TYPIST I | 03 | HATO REY |
| SOTO NAZARIO, HILDA I. | AREA COORDINATOR | 19 | HATO REY |
| SOTO RIVERA, MARIE E. | TYPIST II | 04 | HATO REY |
| SOTO SANTOS, ROSA I. | TYPIST IV | 09 | HATO REY |
| TIRADO MARTÍNEZ, ANGELIE M. | OFFICE WORKER I | | HATO REY |
| TIRADO MARTIR, VILMA | ADMINISTRATIVE ASSISTANT II | | HATO REY |
| TIRADO ROSARIO, REINALDO | BACKUP GENERATOR TECHNICIAN II | 15 | HATO REY |
| TORRES CRUZ, MILAGROS | ACCOUNTANT I | | PONCE |
| TORRES DÍAZ, MARÍA GISELA | ADMINISTRATIVE ASSISTANT II | 13 | HATO REY |
| TORRES HERNÁNDEZ, RUBEN | FINGERPRINT TECHNICIAN III | 16 | HATO REY |
| TORRES RIOS, CARMEN M. | WEAPON REGISTRY DIVISION | | HATO REY |
| TORRES RODRÍGUEZ, GLORIA | TYPIST I | 03 | HATO REY |
| TORRES RODRÍGUEZ, LUZ M. | TYPIST I | 03 | YAUCO |
| TORRES SERRANO, CARMEN J. | OFFICE WORKER I | 03 | HATO REY |
| TORRUELLAS, SIMONETTI, VICTORINA | SECRETARY IV | 12 | HATO REY |
| URRUTIA NÚÑEZ, ESTEBAN | JANITOR | 01 | SAN SEBASTIAN |
| VALE SOTO, ANA | | | |
| VALENTIN CARRION, VICTORIA | CRIMINAL IDENTIFICATION | 09 | HATO REY |
| VALLEJO MUÑOZ, ANTONIO | SKETCH ARTIST III | 17 | HATO REY |
| VARGAS LOPEZ, MARIA | BUDGET TECHNICIAN IV | | HATO REY |
| VÁZQUEZ DÍAZ, BRUNILDA | ADMINISTRATIVE ASSISTANT III | 17 | HATO REY |
| VÁZQUEZ FERRI NIVIA | OFFICE WORKER I | | HATO REY |
| VÁZQUEZ GONZÁLEZ, MILAGROS | SECRETARY | | CAGUAS |
| VÁZQUEZ RODRÍGUEZ, CARMELITA | | | HATO REY |
| VEGA ARCE, MIGDALIA | EXECUTIVE OFFICER II | 23 | HATO REY |
| VEGA DE LEÓN, LUZ M. | ACCOUNTING ASSISTANT III | 16 | HATO REY |
| VEGA MORALES, CARMEN D. | EXECUTIVE OFFICER I | 20 | HATO REY |
| VEGA PEREZ, LUCAS | OFFICE WORKER | 09 | HATO REY |
| VEGA SERRANO, HÉCTOR R. | TOWER AND ANTENNA INSTALLER | | HATO REY |
| VELÁSQUEZ DÍAZ, MABEL E. | PERSONNEL TECHNICIAN III | 19 | HATO REY |
| VELAZQUEZ MONTALVO, IRVISON | DATA INPUT OPERATOR I | 07 | HATO REY |
| VELEZ CARDONA, AIDA M. | PSYCHOLOGY AND SOCIAL WORK DIVISION DIRECTOR | | HATO REY |
| VÉLEZ COLON, MIRAN | TYPIST II | 04 | ARECIBO |
| VELEZ PAGAN, RAMONA | FINGERPRINT TECHNICIAN I | 12 | HATO REY |
| VENTURA SÁNCHEZ, LISIADA | ACCOUNTANT I | | CAROLINA |
| VENTURA SÁNCHEZ, MARCOS J. | MESSENGER | | GURABO |
| VERA AVEILES, ENILDA | PERSONNEL TECHNICIAN II | 16 | HATO REY |
| VERA VARGAS, OMAYRA | PSYCHOSOCIAL RELATIONS TECHNICIAN | 15 | HATO REY |
| VERDEJO PARRILLA, MARILYN | TYPIST II | 04 | FAJARDO |
| VIDAL ACEVEDO, MARIA A | SECRETARY III | 10 | HATO REY |
| VILLANUEVA DIAZ, PRISCILLA | FINGERPRINT TECHNICIAN I | 12 | HATO REY |
| VILLEGAS ALVAREZ, AIDA L. | TYPIST II | 04 | HATO REY |
| VIRUET VILLAFANE, AIDA I. | SYSTEM ANALYST III | 27 | HATO REY |
| WEAVER CAMPILLO, PETER | EXECUTIVE OFFICER III | 24 | HATO REY |
| ZARZA MARTIN, MARIA I | FIELD OPERATIONS ASSISTANT | | HATO REY |
| ZAYAS RODRÍGUEZ, MIGDALIA | | | |

*Certified to be a correct and true translation from the source text in Spanish to the target language English.*
*16/AUGUST/2021 - Andreea I. Boscor ATA-certified Spanish-English #525556*
*By Targem Translations Inc.*



T  718.384.8040
W  TargemTranslations.com
E  projects@targemtranslations.com
A  185 Clymer St. Brooklyn, NY 11211

### TRANSLATOR'S CERTIFICATE OF TRANSLATION

Translation from: Spanish (Puerto Rico) into English (US)
TARGEM Translations Inc.

I, Andreea I. Boscor, ATA-certified Spanish-English #525556, acting as translator at TARGEM Translations Inc., a NEW YORK City corporation, with its principal office at 185 Clymer Street, Brooklyn, NY, 11211, USA, certify that:

the English translated document is a true and accurate translation of the original Spanish and has been translated to the best of my knowledge.

Original Document Name: **Claim No. 113880 ECF No. 17497**

Signed this 16th  day of August  2021

_____

Andreea I. Boscor

Verify at www.atanet.org/verify

